| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF INDIANA |
| Case number *(if known)* _____    Chapter  **7** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **ITT Educational Services, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA **Center for Professional Development**<br>DBA **Breckinridge School of Nursing and Health Sciences**<br>DBA **Benchmark Learning**<br>DBA **Early Career Academy**<br>DBA **Daniel Webster College** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **36-2061311** |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **13000 N. Meridian Street**<br>**Carmel, IN 46032-1404**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Hamilton**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | **www.itt-tech.edu; www.ittesi.com** |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: _____ |
|---|---|---|

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor  **ITT Educational Services, Inc.**　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.
　　__6115__

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　　☐ A plan is being filed with this petition.
　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District　_____　　When　_____　　Case number　_____
District　_____　　When　_____　　Case number　_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor　**See Schedule 1 attached hereto**　　Relationship to you　_____
District　_____　　When　_____　　Case number, if known　_____

Official Form 201　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　page 2

| Debtor | ITT Educational Services, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other   **Student education records stored at the locations listed on attachment entitled "Leased Properties" which need to be retained and moved to a centralized location.**

**Where is the property?**   See "Leased Properties" attachment
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
■ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
■ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
■ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  ITT Educational Services, Inc.                                    Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signature

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09 / 16 / 2016
             MM / DD / YYYY

X  *(signature)*                                      Phillip B. Frank
   Signature of authorized representative of debtor    Printed name

Title  **Senior Vice President, General Counsel & Secretary**

**18. Signature of attorney**

X  *(signature)*                                      Date  09 / 16 / 2016
   Signature of attorney for debtor                         MM / DD / YYYY

Jay Jaffe
Printed name

**Faegre Baker Daniels LLP**
Firm name

**600 E. 96th Street, Suite 600**
**Indianapolis, IN 46240**
Number, Street, City, State & ZIP Code

Contact phone  317-569-9600       Email address  jay.jaffe@faegrebd.com

**5037-98**
Bar number and State

## **SCHEDULE 1**

### **LIST OF AFFILIATED DEBTORS**

On the date hereof, each of the affiliated entities listed below filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, in the United States Bankruptcy Court, Southern District of Indiana, Indianapolis Division.

1. ITT Educational Services, Inc.

2. ESI Service Corp.

3. Daniel Webster College, Inc.

**Leased Properties**

| Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|
| 9238 Madison Blvd. | Suite 500 | | Madison | AL | 35758 |
| Office Mall South | 3100 Cottage Hill Road | Building #3 | Mobile | AL | 36606 |
| 12200 Westhaven Drive | | | Little Rock | AR | 72211 |
| 10800 Financial Centre Parkway | Suites 100 & 500 | | Little Rock | AR | 72211 |
| 10220 North 25th Ave. | | | Phoenix | AZ | 85021 |
| 1840 North 95th Ave. | Suite 132 | | Phoenix | AZ | 85037 |
| 5005 S. Wendler Dr. | | | Tempe | AZ | 85282 |
| 1455 West River Road | | | Tucson | AZ | 85704 |
| 362 N. Clovis Avenue | | | Clovis | CA | 93612 |
| 1140 Galaxy Way | Suite 400 | | Concord | CA | 94520 |
| 4160 Temescal Canyon Road | Suite 100 | | Corona | CA | 92883 |
| 6101 W. Centinela Ave | Suite 180 | | Culver City | CA | 90230 |
| 16916 South Harlan Road | | | Lathrop | CA | 95330 |
| 401 Mile of Cars Way | | | National City | CA | 91950 |
| 1200 Clay Street | Suite 200 | | Oakland | CA | 94612 |
| 4000 West Metropolitan Drive | Suite 100 | | Orange | CA | 92868 |
| Sares Business Center | 2051 N. Solar Dr. | Suite 150 | Oxnard | CA | 93030 |
| 10863 Gold Center Drive | | | Rancho Cordova | CA | 95670 |
| 12669 Encinitas Avenue | | | Sylmar | CA | 91342 |
| 2555 W. 190th Street | Suite 125 | | Torrance | CA | 90504 |
| 440 South Melrose Drive | Suite 100 | | Vista | CA | 92081 |
| 14001 E. Iliff Avenue | Suites 118 & 320 | | Aurora | CO | 80014 |
| 8620 Wolff Court | Suite 100 | | Westminster | CO | 80031 |
| 700 W. Hillsboro Blvd. | Building 1, Suite 100 | | Deerfield Beach | FL | 33441 |
| 3401 South University Drive | | | Ft. Lauderdale | FL | 33328 |
| 13500 Powers Court | Suite 100 | | Ft. Myers | FL | 33912-1605 |
| 5901 NW 183rd Street | Suite 100 | | Hialeah | FL | 33015 |
| 7011 A.C. Skinner Parkway | Suite 140 | | Jacksonville | FL | 32256 |
| 8301 South Park Circle | Suite 100 | | Orlando | FL | 32819 |
| 6913 North 9th Avenue | | | Pensacola | FL | 32504 |
| 877 Executive Center Drive West | Suite 100 | | St. Petersburg | FL | 33702 |
| 2639 North Monroe Street | Building A | Suite 100 | Tallahassee | FL | 32303 |
| 8039 Cooper Creek Blvd. | | | University Park | FL | 34201 |
| 1756 N. Congress Avenue | | | West Palm Beach | FL | 33409 |
| 485 Oak Place | Suite 800 | | Atlanta | GA | 30349 |
| 5905 Stewart Parkway | | | Douglasville | GA | 30135 |
| 10700 Abbotts Bridge Road | Suite 190 | | Duluth | GA | 30097 |
| 3735 Queen Court SW | | | Cedar Rapids | IA | 52404 |
| 1860 NW 118th Street | Suite 110 | | Clive | IA | 50325 |
| 3800 N. Wilke Road | | | Arlington Heights | IL | 60004 |
| 2828 North Clark Street | | | Chicago | IL | 60657 |
| 800 Jorie Boulevard | Suite 100 | | Oak Brook | IL | 60523 |
| 2501 Wabash Avenue | | | Springfield | IL | 62704 |
| 12208 Hancock Street | | | Carmel | IN | 46032 |
| 1289 City Center Drive | Suite 100 | | Carmel | IN | 46032 |
| 2525 N. Shadeland Avenue | Suite 103 | | Indianapolis | IN | 46219 |
| 6625 Network Way | Suite 360 | | Indianapolis | IN | 46278 |
| 8488 Georgia Street | | | Merrillville | IN | 46410 |
| 17390 Dugdale Drive | | | South Bend | IN | 46635 |
| 7600 West 119th Street | Suite 100 | | Overland Park | KS | 66213 |

**Leased Properties**

| Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|
| 8111 E. 32nd Street North | Suite 103 | | Wichita | KS | 67226 |
| 3020 Old Todd's Road | Suite 100 | | Lexington | KY | 40509 |
| 4420 Dixie Highway | Suite 230 | | Louisville | KY | 40216 |
| 14111 Airline Highway | Suite 101 | | Baton Rouge | LA | 70817 |
| 140 James Drive East | | | St. Rose | LA | 70087 |
| 333 Providence Highway | | | Norwood | MA | 2116 |
| 200 Ballardvale Street | Suite 200 | | Wilmington | MA | 01887 |
| 7030 Dorsey Road | Suite 100 | | Hanover | MD | 21076 |
| 3 Easter Court | Suites E-G | | Owings Mills | MD | 21117 |
| 11301 Red Run Blvd. | | | Owings Mills | MD | 21117 |
| 1905 S. Haggerty Road | | | Canton | MI | 48188 |
| 22500 Metropolitan Parkway | Suite L100 | | Clinton Township | MI | 48035 |
| 19855 West Outer Drive | Suite L10W | | Dearborn | MI | 48124 |
| 3518 Plainfield Avenue NE | | | Grand Rapids | MI | 49525 |
| 26700 Lahser Rd., Suite 100 | | | Southfield | MI | 48033 |
| 6120 Earle Brown Drive | Suite 100 | | Brooklyn Center | MN | 55430 |
| 7905 Golden Triangle Dr. | Suite 100 | | Eden Prairie | MN | 55344-7220 |
| 2042 Wooddale Drive | Suite 250 | | Woodbury | MN | 55125 |
| 1930 Meyer Drury Drive | | | Arnold | MO | 63010 |
| 3216 South National Avenue | | | Springfield | MO | 65807 |
| 382 Galleria Parkway | Suite 100 | | Madison | MS | 39110 |
| 10926 David Taylor Drive | Suite 100 | | Charlotte North | NC | 28269 |
| 4135 Southstream Blvd. | Suite 100 | | Charlotte South | NC | 28217 |
| 3518 Westgate Drive | Suite 150 | | Durham | NC | 27707 |
| 4025 Stirrup Creek Drive | Suites 160 & 200 | | Durham | NC | 27703 |
| 4050 Piedmont Parkway | Suite 110 | | High Point | NC | 27265 |
| 1120 North 103rd Plaza | Suite 200 | | Omaha | NE | 68114 |
| 2 Greentree Centre | Suite 100 | | Marlton | NJ | 08053 |
| 5100 Masthead Street | | | Albuquerque | NM | 87109 |
| 2300 Corporate Circle | Suite 150 | | Henderson | NV | 89074 |
| 3825 W. Cheyenne Avenue | Suite 600 | | North Las Vegas | NV | 89032 |
| 13 Airline Drive | | | Albany | NY | 12205 |
| 2295 Millersport Highway | | | Getzville | NY | 14068 |
| 3428 W. Market Street | | | Akron | OH | 44333 |
| 4717 Hilton Corporate Drive | | | Columbus | OH | 43232 |
| 3781 Park Mill Run | Suite 1 | | Hilliard | OH | 40326 |
| 4750 Wesley Avenue | | | Norwood | OH | 45212 |
| 14955 Sprague Road | | | Strongsville | OH | 44136 |
| 24865 Emery Road | | | Warrensville Heights | OH | 44128 |
| 7116 Office Park Drive | | | West Chester | OH | 45069 |
| 50 Penn Place | 1900 Northwest Expressway | Suite 305 | Oklahoma City | OK | 73118 |
| 4500 S. 129th East Avenue | Suite 125 | | Tulsa | OK | 74134 |
| 9500 NE Cascades Parkway | | | Portland | OR | 97220 |
| 4825 Commercial Street SE | | | Salem | OR | 97302 |
| 1000 Meade Street | Suite 210 | | Dunmore | PA | 18512 |
| 449 Eisenhower Blvd | Suite 100 | | Harrisburg | PA | 17111 |
| 311 Veterans Highway | | | Levittown | PA | 19056 |
| 105 South 7th Street | Suite 100 | | Philadelphia | PA | 19106 |
| 5460 Campbells Run Road | | | Pittsburgh | PA | 15205 |

**Leased Properties**

| Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|
| 220 W. Germantown Pike | Suite 100 | | Plymouth Meeting | PA | 19462 |
| 590 Pittsburg Mills Circle | Suite 100 | | Tarentum | PA | 15084 |
| 1628 Browning Road | Suite 180 | | Columbia | SC | 29210 |
| Six Independence Pointe | | | Greenville | SC | 29615 |
| 9654 N. Kings Highway | Suite 101 | | Myrtle Beach | SC | 29572 |
| 2431 Aviation Avenue | | | North Charleston | SC | 29406 |
| 5600 Brainerd Road | Suite G-1 | | Chattanooga | TN | 37411 |
| 4721 Lake Park Drive | Suite 100 | | Johnson City | TN | 37615 |
| 9123 Executive Park Drive | | | Knoxville | TN | 37923 |
| 551 Ryan Plaza Drive | | | Arlington | TX | 76011 |
| 6330 Highway 290 East | | | Austin | TX | 78723 |
| 921 West Belt Line Road | Suite 181 | | DeSoto | TX | 75115 |
| 2950 South Gessner | | | Houston | TX | 77063 |
| 2895 NE Loop 410 | | | San Antonio | TX | 78218 |
| 3700 S. Jack Kultgen Expy | Suite 100 | | Waco | TX | 76706 |
| 920 West Levoy Drive | | | Murray | UT | 84123 |
| 14420 Albemarle Point Place | Suite 100 | | Chantilly | VA | 20151 |
| 5425 Robin Hood Road | Suite 100 | | Norfolk | VA | 23515 |
| 300 Gateway Centre Parkway | | | Richmond | VA | 23235 |
| 2159 Apperson Drive | | | Salem | VA | 24153 |
| 7300 Boston Boulveard | | | Springfield | VA | 22153 |
| 1615 75th Street | | | Everett | WA | 98203 |
| Gateway Corporate Center | 12720 Gateway Dr. | Suite 100 | Seattle | WA | 98168 |
| W177 N9886 Rivercrest Drive | | | Germantown | WI | 53022 |
| 2450 Rimrock Road | Suite 100 | | Madison | WI | 53713 |
| 6817 W. Morgan Ave | | | Milwaukee | WI | 53220 |
| 5183 US Route 60 | Building 1 | Suite 40 | Huntington | WV | 25705 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ITT EDUCATIONAL SERVICES, INC., | ) | Case No. 16- |
| | ) | |
| Debtor. | ) | |

## CORPORATE OWNERSHIP STATEMENT

ITT Educational Services, Inc. ("Debtor"), by counsel, submits the following corporate ownership statement pursuant to Fed. R. Bankr. P. 1007(a)(1):

Debtor is a publicly held company [NYSE:ESI]. As of August 31, 2016, and based solely on information in reports filed under Section 13(d) or 13(g) of the Securities Exchange Act of 1934, as amended, by the beneficial owners listed below, the following are corporations, other than a governmental unit, that purport to own 10% or more of any class of Debtor's equity interests:

| Beneficial Owner | Approximate Percentage of Shares Held |
|---|---|
| Warburg Pincus Asset Management, Inc. | 12.4% |
| Nantahala Capital Management, LLC | 10.8% |

Debtor is not aware of any other corporation that directly or indirectly owns 10% or more of any class of its equity interests.

Respectfully submitted,

/s/ Jay Jaffe

Jay Jaffe (#5037-98)   *Counsel for Debtor*
Kayla D. Britton (#29177-06)
Dustin R. DeNeal (#27535-49)
Faegre Baker Daniels LLP
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile: (317) 569-4800
jay.jaffe@faegrebd.com
kayla.britton@faegrebd.com
dustin.deneal@faegrebd.com

108039412_2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ITT EDUCATIONAL SERVICES, INC., | ) | Case No. 16- |
| | ) | |
| Debtor. | ) | |

**FAEGRE BAKER DANIELS LLP'S DISCLOSURE OF COMPENSATION UNDER
11 U.S.C. § 329 AND BANKRUPTCY RULE 2016(b)**

    I certify that I am one of the attorneys for the above-captioned debtor ("Debtor") and a partner in the firm of Faegre Baker Daniels LLP ("FBD"), and that compensation paid or agreed to be paid to FBD for services rendered or to be rendered on behalf of Debtor in or in connection with this case, such payment or agreement having been made after one year before the date of filing of the petition, is as follows:

    1.  Debtor provided FBD with retainers prior to the filing of this case, for restructuring services and bankruptcy preparation. Pursuant to the FBD engagement letter, the retainer remaining in the amount of $87,001.28 at the time of the decision to pursue a chapter 7 filing constitutes a flat fee for services rendered and expenses incurred by FBD in contemplation of or in connection with this case and cases filed or that may be filed by Debtor subsidiaries, including, without limitation, pre-filing preparation and planning, case filing, post-filing preparation of schedules and a statement of financial affairs, preparation for and attendance at a Section 341 meeting, and case transition to a chapter 7 trustee.[1]

    2.  The source of compensation paid and agreed to be paid to FBD is the retainer described above.

---

[1] Debtor paid FBD additional amounts in the year preceding the filing of this case on account of fees incurred and expenses advanced by FBD in connection with its representation of Debtor in corporate, restructuring and other matters. Those amounts will be disclosed as necessary in the Statement of Financial Affairs filed in this case.

-2-

      3.      FBD has not agreed to share this compensation with any other person.

      Respectfully submitted,

      FAEGRE BAKER DANIELS LLP

      /s/ Jay Jaffe

Jay Jaffe (#5037-98)      *Counsel for Debtor*
Kayla D. Britton (#29177-06)
Dustin R. DeNeal (#27535-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile:  (317) 569-4800
jay.jaffe@faegrebd.com
kayla.britton@faegrebd.com
dustin.deneal@faegrebd.com

-2-