UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | |
| ITT EDUCATIONAL SERVICES, INC. | CASE NO. 16-07207 JMC 7A |
| Debtor. | |

**NOTICE OF APPOINTMENT OF TRUSTEE**

The United States Trustee hereby appoints the following member of the

panel of chapter 7 trustees for the Southern District of Indiana as the Chapter

7 interim trustee in the above captioned case:

Deborah J. Caruso
135 N. Pennsylvania Street
Suite 1400
Indianapolis, IN 46204
Phone: (317) 634-0300

Respectfully Submitted,

NANCY J. GARGULA
UNITED STATES TRUSTEE, REGION 10

Dated: September 16, 2016          By: /s/ Ronald J. Moore
                                       Ronald J. Moore
                                       Assistant U.S. Trustee
                                       101 West Ohio Street, Ste. 1000
                                       Indianapolis, IN 46204
                                       Phone: (317) 226-6101
                                       Fax: (317)226-6356
                                       Ronald.Moore@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Jay Jaffe Jay.Jaffe@faegrebd.com
Dustin R. DeNeal Dustin.Deneal@faegrebd.com
Kayla D. Britton Kayla.Britton@faegrebd.com
Anthony R. Jost tjost@rbelaw.com, baldous@rbelaw.com

I further certify that on September 16, 2016, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

None

/s/ Ronald J. Moore
Ronald J. Moore
Office of the United States Trustee
101 W. Ohio Street, Suite 1000
Indianapolis, IN 46204
Tel. (317) 226-6101
Fax (317) 226-6356
Ronald.Moore@usdoj.gov

2