SO ORDERED: September 19, 2016.

**James M. Carr**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                              )
                                                    )
ITT EDUCATIONAL SERVICES, INC.,                     )  Case No. 16-07207-JMC-7A
                                                    )
                    Debtor.                         )
_____)

ORDER GRANTING
MOTION TO FILE STUDENT NAMES AND ADDRESSES UNDER SEAL
ON AN INTERIM BASIS PENDING HEARING

THIS MATTER comes before the Court on *Debtor's Motion to File and Maintain Student Names and Addresses Under Seal* filed by ITT Educational Services, Inc. ("Debtor") on September 16, 2016 (Docket No. 6) (the "Motion"). The Court, having reviewed the Motion and being otherwise duly advised, now **GRANTS** the Motion on an interim basis pending hearing as set forth herein.

1.      Debtor is authorized to file any documents and pleadings containing the names and addresses of former students under seal.

2.      Debtor shall file publicly redacted copies of such documents and pleadings.

3.      Debtor is authorized to disclose to the chapter 7 trustee and to the Office of the United States Trustee and the Department of Education, upon request, the names and addresses of former students.

4.      The terms and conditions of this Order shall be immediately effective and enforceable upon it entry.

5.      Debtor is authorized to take all actions necessary or appropriate to implement the relief granted in this Order in accordance with the Motion.

6.      This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

7.      The Court will hold a hearing on the Motion on **October 11, 2016 at 1:30 p.m. EDT** in Room 325, 46 East Ohio Street, Indianapolis, Indiana 46204.  Any objection to the Motion or the relief requested therein must be filed with the Bankruptcy Clerk **on or before October 5, 2016** electronically at www.insb.uscourts.gov, or delivered, in writing, to the United States Bankruptcy Clerk, 46 East Ohio Street, Room 116, Indianapolis, Indiana 46204, with a copy to Debtor's counsel, Jay Jaffe, Kayla D. Britton or Dustin R. DeNeal, Faegre Baker Daniels LLP, 600 East 96th Street, Suite 600, Indianapolis, Indiana 46240; telephone: (317) 569-9600; facsimile:  (317) 569-4800; email: jay.jaffe@faegrebd.com, kayla.britton@faegrebd.com, dustin.deneal@faegrebd.com; and to the chapter 7 trustee, Deborah J. Caruso, Rubin & Levin, P.C., 135 North Pennsylvania Street, Suite 1400, Indianapolis, Indiana 46204; telephone: (317) 634-0300; facsimile (317) 263-9411; email trusteecaruso@rubin-levin.net.

IT IS SO ORDERED.

# # #