United States Bankruptcy Court
Southern District of Indiana

In re:  
ITT Educational Services, Inc.  
    Debtor

Case No. 16-07207-JMC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0756-1    User: cathy    Page 1 of 1    Date Rcvd: Sep 19, 2016  
                       Form ID: pdfOrder    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2016.  
db          +ITT Educational Services, Inc.,   13000 N. Meridian Street,   Carmel, IN 46032-1455

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2016                                                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2016 at the address(es) listed below:  
          Anthony R. Jost    on behalf of Plaintiff Allen   Federman tjost@rbelaw.com, baldous@rbelaw.com  
          Anthony R. Jost    on behalf of Plaintiff Steve   Ryan tjost@rbelaw.com, baldous@rbelaw.com  
          Anthony R. Jost    on behalf of Plaintiff Joanna   Castro tjost@rbelaw.com, baldous@rbelaw.com  
          Ashley Flynn Bartram    on behalf of Other Professional    The Texas Higher Education Coordinating Board ashley.bartram@oag.texas.gov  
          Deborah J. Caruso    trusteecaruso@rubin-levin.net, DJC@trustesolutions.net;mcruser@rubin-levin.net  
          Dustin R. DeNeal    on behalf of Debtor    ITT Educational Services, Inc. dustin.deneal@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com  
          Hal F Morris    on behalf of Other Professional    The Texas Higher Education Coordinating Board hal.morris@oag.texas.gov  
          Jay Jaffe    on behalf of Debtor    ITT Educational Services, Inc. jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com  
          Kayla D. Britton    on behalf of Debtor    ITT Educational Services, Inc. kayla.britton@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com  
          Ronald J. Moore    on behalf of U.S. Trustee    U.S. Trustee Ronald.Moore@usdoj.gov  
          Ronald M. Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com, cmartin@simon.com,bankruptcy@simon.com  
          U.S. Trustee    ustpregion10.in.ecf@usdoj.gov  
                                                                                                                              TOTAL: 12

SO ORDERED: September 19, 2016.



James M. Carr
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ITT EDUCATIONAL SERVICES, INC., | ) Case No. 16-07207-JMC-7A |
| | ) |
| Debtor. | ) |
| | ) |

### ORDER SETTING STATUS CONFERENCE

THIS MATTER comes before the Court *sua sponte*. Pursuant to 11 U.S.C. § 105(d), the Court hereby sets a status conference in this case on **September 28, 2016 at 1:30 p.m. EDT** in Room 325, 46 East Ohio Street, Indianapolis, Indiana 46204.

IT IS SO ORDERED.

# # #