SO ORDERED: September 26, 2016.

_____
James M. Carr
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ITT EDUCATIONAL SERVICES, INC., | ) | Case No. 16-07207-JMC-7A |
| | ) | |
| Debtor. | ) | |

## ORDER GRANTING
## MOTION TO EXTEND DEADLINE FOR UPLOADING DEBTOR'S LIST OF CREDITORS PURSUANT TO 11 U.S.C. § 521 AND FED. R. BANKR. P. 1007(a)

This matter is before the Court on the *Motion To Extend Deadline For Uploading Debtor's List Of Creditors Pursuant To 11 U.S.C. § 521 And Fed. R. Bankr. P. 1007(a)* ("Motion") filed by ITT Educational Services, Inc. ("Debtor"). The Motion requests entry of an order granting Debtor an extension of time, up to and including October 6, 2016, within which to upload the Creditor Matrix.[1] The Court, having reviewed and considered the Motion, and being otherwise duly advised, hereby finds that good and sufficient cause exists for granting the relief requested in the Motion. Accordingly,

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED in all respects.

2. The Debtor is granted an extension of time, through and including October 6, 2016, to upload the Creditor Matrix.

3. The extension granted in this order is without prejudice to Debtor's right to seek additional and further extensions of the Creditor Matrix Deadline.

###