UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                       )
                                             )
ITT EDUCATIONAL SERVICES, INC.,              )          Case No.  16-07207-JMC-7A
                                             )
        Debtor.                              )

### MOTION TO SHORTEN NOTICE ON THE TRUSTEE'S
### MOTION TO ESTABLISH CERTAIN NOTICE, CASE MANAGEMENT
### AND ADMINISTRATIVE PROCEDURES AND APPROVE PROPOSED FORM 309D

Deborah J. Caruso, the chapter 7 trustee in this case (the "Trustee"), by counsel, pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule B-9006-1, requests the Court enter an order shortening the notice period on the *Trustee's Motion to Establish Certain Notice, Case Management and Administrative Procedures and Approve Proposed Form 309D* (the "Case Management Motion"), on the following grounds:

1.      The Trustee has contemporaneously filed herewith the Case Management Motion requesting, pursuant to 11 U.S.C. §§ 102(1), 105(a) and Bankruptcy Rules 1015(c), 2002 and 9007, an order (a) approving and implementing certain notice, case management and administrative procedures (collectively, the "Case Management Procedures"), and (b) approving the proposed Form 309D (Notice of Chapter 7 Bankruptcy Case – Proof of Claim Deadline Set) (the "341 Notice").

2.      Due to the nature and size of the Affiliated Debtors'[1] bankruptcy cases, there is an urgent need to implement the Case Management Procedures in order to alleviate the administrative burden on the Court, the Trustee and the Affiliated Debtors' bankruptcy estates. Additionally, there is an urgent need for approval of the proposed 341 Notice.  Currently, the

---

[1] The Affiliated Debtors and their corresponding case numbers are as follows:  ITT Educational Services, Inc., Case No. 16-07207-JMC-7A; ESI Service Corp., Case No. 16-07208-JMC-7A; and Daniel Webster College, Inc., Case No. 16-07209-JMC-7A.

proposed date for the first meeting of creditors under 11 U.S.C. § 341 (the "First Meeting of Creditors") is set for November 1, 2016.  In order for the Trustee to conduct the First Meeting of Creditors on November 1, 2016, the 341 Notice must be served by no later than October 7, 2016.

3.    The Trustee has conferred with representatives of Rust Consulting/Omni Bankruptcy, a division of Rust Consulting, Inc. ("Rust Omni"), the proposed notice and claims agent, and Rust Omni has indicated that it is able to meet the October 7th deadline as long as the 341 Notice is approved by October 4, 2016.

4.    Accordingly, the Trustee is requesting the Court shorten the notice of the Case Management Motion to seven (7) days and provide that, in the event no objections are filed, an order approving the Case Management Motion will be entered without hearing.

**WHEREFORE**, the Trustee respectfully requests entry of an Order, pursuant to Bankruptcy Rule 9006(c) and Local Rule B-9006-1, shortening the notice period for the Case Management Motion to seven (7) days and provide that, in the event no objections are filed, an order approving the Case Management Motion will be entered without hearing, and granting all other just and proper relief.

Respectfully submitted,

Proposed counsel to the Trustee
RUBIN & LEVIN, P.C.

By:/s/ Meredith R. Theisen
Meredith R. Theisen

Deborah J. Caruso (Atty. No. 4273-49)
John C. Hoard (Atty. No. 8024-49)
James E. Rossow, Jr. (Atty. No. 21063-29)
Meredith R. Theisen (Atty. No. 28804-49)
RUBIN & LEVIN, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, Indiana 46204
Tel: (317) 634-0300
Fax: (317) 263-9411
Email:  dcaruso@rubin-levin.net
        johnh@rubin-levin.net
        jim@rubin-levin.net
        mtheisen@rubin-levin.net

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2016, a copy of the foregoing *Motion to Shorten Notice on the Trustee's Motion to Establish Certain Notice, Case Management and Administrative Procedures and Approve Proposed Form 309D* was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

Kay Dee Baird    kbaird@kdlegal.com,
rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com
Michael I. Baird    baird.michael@pbgc.gov, efile@pbgc.gov
Ashley Flynn Bartram    ashley.bartram@oag.texas.gov, elizabeth.martin@oag.texas.gov
Joan Ligocki Blackwell    joan.blackwell@btlaw.com
Kayla D. Britton    kayla.britton@faegrebd.com,
cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
Deborah Caruso    dcaruso@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
Deborah J. Caruso    trusteecaruso@rubin-levin.net,
DJC@trustesolutions.net;mcruser@rubin-levin.net
Dustin R. DeNeal    dustin.deneal@faegrebd.com,
cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
Abby Engen    aengen@nmag.gov
Lydia Eve French    lydia.french@state.ma.us
Julian Ari Hammond    Jhammond@hammondlawpc.com
Michael W. Hile    mhile@jacobsonhile.com, badams@jacobsonhile.com

3

John C. Hoard    johnh@rubin-levin.net, marie@rubin-levin.net;atty_jch@trustesolutions.com
James C Jacobsen    jjacobsen@nmag.gov, eheltman@nmag.gov
Jay Jaffe    jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com
Anthony R. Jost    tjost@rbelaw.com, baldous@rbelaw.com
Lawrence Joel Kotler    ljkotler@duanemorris.com
Donald D Levenhagen    dlevenhagen@landmanbeatty.com
Michael K. McCrory    mmccrory@btlaw.com, bankruptcyindy@btlaw.com
Ronald J. Moore    Ronald.Moore@usdoj.gov
Hal F Morris    hal.morris@oag.texas.gov
Kevin Alonzo Morrissey    kmorrissey@lewis-kappes.com, cestrada@lewis-kappes.com;JMcAlpin@lewis-kappes.com;leckert@lewis-kappes.com
Whitney L Mosby    wmosby@bgdlegal.com, floyd@bgdlegal.com
C Daniel Motsinger    cmotsinger@kdlegal.com, cmotsinger@kdlegal.com;crbpgpleadings@kdlegal.com;lsmalley@kdlegal.com
Jack A Raisner    jar@outtengolden.com
Jonathan Hjalmer Reischl    jonathan.reischl@cfpb.gov
James E Rossow    jim@rubin-levin.net, ATTY_JER@trustesolutions.com;robin@rubin-levin.net;lisa@rubin-levin.net
Rene Sara Roupinian    rsr@outtengolden.com
Thomas C Scherer    tscherer@bgdlegal.com, rjenkins@bgdlegal.com
Lauren C. Sorrell    lsorrell@kdlegal.com
Jonathan David Sundheimer    jsundheimer@btlaw.com
Meredith R. Theisen    mtheisen@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
Ronald M. Tucker    rtucker@simon.com, cmartin@simon.com,bankruptcy@simon.com
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

I further certify that on September 26, 2016, a copy of the foregoing *Motion to Shorten Notice on the Trustee's Motion to Establish Certain Notice, Case Management and Administrative Procedures and Approve Proposed Form 309D* was mailed by first-class U.S. Mail, postage prepaid, and properly address to the following:

Eboney Cobb
Perdue Brandon Fielder
Collins Mott LLP
500 E Border Street Suite 640
Arlington, TX 76010

Alan M Grochal
100 East Pratt Street 26th Floor
Baltimore, MD 21202

Paul Weiser Esq.
Bachalter Nemer
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254-175

*/s/ Meredith R. Theisen*
Meredith R. Theisen

g:\wp80\trustee\caruso\itt educational - 86723901\drafts\motion.shorten.notice.case.management.motion.docx