UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ITT EDUCATIONAL SERVICES, INC., | ) Case No. 16-07207-JMC-7A |
| | ) |
| Debtor. | ) |

## NOTICE REGARDING ACCESS TO STUDENT RECORDS

**PLEASE TAKE NOTICE** that on September 16, 2016 (the "Petition Date"), ITT Educational Services, Inc., ESI Service Corp. and Daniel Webster College, Inc. (collectively, the "Affiliated Debtors") each filed a voluntary petition for relief under chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").[1]  Deborah J. Caruso (the "Trustee") was appointed as chapter 7 trustee in each of the Affiliated Debtors' bankruptcy cases on the Petition Date pursuant to section 701(a)(1) of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Trustee has determined that certain student records constitute property of the Affiliated Debtors' bankruptcy estates, pursuant to section 541 of the Bankruptcy Code.  Prior to the Petition Date, the Affiliated Debtors retained a third-party digital credential service, Parchment, Inc. ("Parchment"), to assist in the safeguarding, collecting, and digitizing academic transcripts for those students enrolled at any of the Affiliated Debtors' schools from 2001 to the Petition Date.  The Trustee will continue to work with Parchment so that Parchment can make such records available as expeditiously as possible through its website—www.Parchment.com.  The Trustee anticipates most records will be available within 7 to 10 days of the date of this Notice.  **The Trustee encourages all students requiring access to their student records, including transcripts, to contact Parchment by accessing their website—www.Parchment.com**.[2]

                Respectfully submitted,

                DEBORAH J. CARUSO, TRUSTEE

Dated: September 29, 2016        By: */s/ Deborah J. Caruso*
                                                  Deborah J. Caruso
                                                  135 N. Pennsylvania Street, Suite 1400
                                                  Indianapolis, Indiana 46204
                                                  Tel: (317) 634-0300
                                                  Fax: (317) 263-9411
                                                  Email:  trusteecaruso@rubin-levin.net

---

[1] The case numbers for the Affiliated Debtors are as follows:  ITT Educational Services, Inc., Case No. 16-07207-JMC-7A; ESI Service Corp., Case No. 16-07208-JMC-7A; and Daniel Webster College, Inc., Case No. 16-07209-JMC-7A.

[2] This Notice shall be posted on the Trustee's website at www.ittchapter7.com and accessible by all interested parties.

**CERTIFICATE OF SERVICE**

 I hereby certify that on September 29, 2016, a copy of the foregoing *Notice Regarding Access to Student Records* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

 Kay Dee Baird kbaird@kdlegal.com, rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com
 Michael I. Baird baird.michael@pbgc.gov, efile@pbgc.gov
 Ashley Flynn Bartram ashley.bartram@oag.texas.gov, elizabeth.martin@oag.texas.gov
 Richard James Bernard rbernard@foley.com
 Joan Ligocki Blackwell joan.blackwell@btlaw.com
 Kayla D. Britton kayla.britton@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
 Deborah Caruso dcaruso@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
 Deborah J. Caruso trusteecaruso@rubin-levin.net, DJC@trustesolutions.net;mcruser@rubin-levin.net
 Sonia A. Chae chaes@sec.gov
 Michael Edward Collins mcollins@manierherod.com
 David H DeCelles david.h.decelles@usdoj.gov
 Dustin R. DeNeal dustin.deneal@faegrebd.com, cindy.wondra@faegrebd.com;sarah.herendeen@faegrebd.com
 Abby Engen aengen@nmag.gov
 Charles Anthony Ercole cercole@klehr.com
 Andrew W Ferich awf@chimicles.com
 Lydia Eve French lydia.french@state.ma.us
 Julian Ari Hammond Jhammond@hammondlawpc.com, ppecherskaya@hammondlawpc.com
 Adam Craig Harris adam.harris@srz.com
 Michael W. Hile mhile@jacobsonhile.com, badams@jacobsonhile.com
 John C. Hoard johnh@rubin-levin.net, marie@rubin-levin.net;atty_jch@trustesolutions.com
 Jeffrey A Hokanson jhokanson@fbtlaw.com, tacton@fbtlaw.com;jhokanson@ecf.inforuptcy.com
 Jeffrey L Hunter jeff.hunter@usdoj.gov, USAINS.ECFBankruptcy@usdoj.gov;denise.woody@usdoj.gov;kristie.baker@usdoj.gov
 James C Jacobsen jjacobsen@nmag.gov, eheltman@nmag.gov
 Christine K. Jacobson cjacobson@jacobsonhile.com, cjacobson@ecf.inforuptcy.com;badams@jacobsonhile.com
 Jay Jaffe jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com
 Benjamin F Johns bfj@chimicles.com, klw@chimicles.com
 Anthony R. Jost tjost@rbelaw.com, baldous@rbelaw.com
 Taejin Kim tae.kim@srz.com
 Edward M King tking@fbtlaw.com, lsugg@fbtlaw.com;tking@ecf.inforuptcy.com
 Lawrence Joel Kotler ljkotler@duanemorris.com

Jerrold Scott Kulback     jkulback@archerlaw.com
Donald D Levenhagen     dlevenhagen@landmanbeatty.com
Jeff J. Marwil     jmarwil@proskauer.com, npetrov@proskauer.com;pyoung@proskauer.com;jwebb@proskauer.com
Michael K. McCrory     mmccrory@btlaw.com, bankruptcyindy@btlaw.com
Ronald J. Moore     Ronald.Moore@usdoj.gov
Hal F Morris     hal.morris@oag.texas.gov
Kevin Alonzo Morrissey     kmorrissey@lewis-kappes.com, JMcAlpin@lewis-kappes.com;leckert@lewis-kappes.com;KTinsley@lewis-kappes.com
Whitney L Mosby     wmosby@bgdlegal.com, floyd@bgdlegal.com
C Daniel Motsinger     cmotsinger@kdlegal.com, cmotsinger@kdlegal.com;crbpgpleadings@kdlegal.com;lsmalley@kdlegal.com
Lee Duck Moylan     lmoylan@klehr.com
Alissa M. Nann     anann@foley.com
Jack A Raisner     jar@outtengolden.com
Jonathan Hjalmer Reischl     jonathan.reischl@cfpb.gov
James E Rossow     jim@rubin-levin.net, ATTY_JER@trustesolutions.com;robin@rubin-levin.net;lisa@rubin-levin.net
Rene Sara Roupinian     rsr@outtengolden.com, jxh@outtengolden.com;kdeleon@outtengolden.com;rmasubuchi@outtengolden.com;rfisher@outtengolden.com;gl@outtengolden.com
Joseph Michael Sanders     jsanders@atg.state.il.us
Thomas C Scherer     tscherer@bgdlegal.com, rjenkins@bgdlegal.com
Lauren C. Sorrell     lsorrell@kdlegal.com
Jonathan David Sundheimer     jsundheimer@btlaw.com
Meredith R. Theisen     mtheisen@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
Jessica L Titler     jt@chimicles.com
Ronald M. Tucker     rtucker@simon.com, cmartin@simon.com,bankruptcy@simon.com
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
Sally E Veghte     sveghte@klehr.com
Michael Benton Willey     michael.willey@ag.tn.gov

I further certify that on September 29, 2016, a copy of the foregoing *Notice Regarding Access to Student Records* was mailed by first-class U.S. Mail, postage prepaid, and properly address to the following:

| | | |
|---|---|---|
| Eboney Cobb<br>Perdue Brandon Fielder Collins Mott LLP<br>500 E Border Street Suite 640<br>Arlington, TX 76010 | Alan M Grochal<br>100 East Pratt Street 26th Floor<br>Baltimore, MD 21202 | Paul Weiser Esq.<br>Bachalter Nemer<br>16435 North Scottsdale Road, Suite 440<br>Scottsdale, AZ 85254-175 |
| Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | | |

                                          */s/ Deborah J. Caruso*
                                          Deborah J. Caruso

g:\wp80\trustee\caruso\itt educational - 86723901\drafts\student.records.notice.docx