# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ITT EDUCATIONAL SERVICES, INC. | | |
| **Case Number:** | 16-07207-JMC-7A | **Chapter:** | 7 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 04, 2016 10:00 AM   IP 325 | | |
| **Bankruptcy Judge:** | JAMES M. CARR | | |
| **Courtroom Clerk:** | HEATHER BUTLER | | |
| **Reporter / ECR:** | HEATHER BUTLER | | |

### *Matters:*

1) Hearing on Trustee's Motion for Joint Administration of Cases 1:16-bk-7209, 1:16-bk-7207 and 1:16-bk-7208 [22]
   **R / M #:**   0 / 0

2) Hearing on Trustee's Application to Employ Rust Consulting/Omni Bankruptcy, a division of Rust Consulting, Inc. as Claims and Noticing Agent, NUNC PRO TUNC AS OF SEPTEMBER 16, 2016 [78]
   **R / M #:**   0 / 0

3) Hearing on Putative Class Claimants' Motion for Order Directing Bankruptcy Rule 7023 Applicable to the "Claim Filing Stage" of this Case filed by Creditor Christian M. Long [71]
   **R / M #:**   0 / 0
   **VACATED:   Matter reset for 10/11/16 at 1:30 p.m.**

4) Hearing on Motion to Confirm Termination or Absence of Stay filed by Commonwealth of Massachusetts AND STATE OF NEW MEXICO; Objection of Trustee [72, 189]
   **R / M #:**   0 / 0

5) Hearing on Trustee's Motion to Establish Certain Notice, Case Management and Administrative Procedures and Approve Proposed Form 309D; Objection of the UST [94, 211]
   **R / M #:**   0 / 0

6) Hearing on Trustee's Application to Employ Former Employees as Effective as of September 29, 2016 to Perform Essential Services Relating to (i) Final Reports Required Under Title IV; (ii) Reporting Regarding Employee Benefits; (iii) Securing Electronically Stored Information; and (iv) Related Matters; Objection of the UST [98, 203]
   **R / M #:**   0 / 0

7) Hearing on Trustee's Motion for Use of Cash Collateral [143]
   **R / M #:**   0 / 0

### *Appearances:*

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...   16-07207-JMC-7A            TUESDAY, OCTOBER 04, 2016 10:00 AM

DEBORAH J. CARUSO, TRUSTEE
JOHN C. HOARD, ATTORNEY FOR THE TRUSTEE
JEFF J. MARWIL, ATTORNEY FOR THE TRUSTEE
MEREDITH R. THEISEN, ATTORNEY FOR THE TRUSTEE
JAMES E. ROSSOW, JR., ATTORNEY FOR THE TRUSTEE
TIMOTHY KARCHER, ATTORNEY FOR THE TRUSTEE
RONALD J. MOORE, ATTORNEY FOR US TRUSTEE
THOMAS C. SCHERER, ATTORNEY FOR CERBERUS BUSINESS FINANCE, LLC
ADAM C. HARRIS, ATTORNEY FOR CERBERUS BUSINESS FINANCE, LLC
JEFFREY L. HUNTER, ATTORNEY FOR UNITED STATES OF AMERICA - DEPARTMENTS OF DEFENSE, EDUCATION, AND VETERANS AFFAIRS
DAVID H. DECELLES, ATTORNEY FOR UNITED STATES OF AMERICA
JOSEPH M. SANDERS, ATTORNEY FOR ILLINOIS ATTORNEY GENERAL
JUSTIN MURRAY, ATTORNEY FOR ILLINOIS ATTORNEY GENERAL
LYDIA FRENCH, MASSACHUSETTS ATTORNEY GENERAL
JAMES C. JACOBSEN, STATE OF NEW MEXICO OFFICE OF THE ATTORNEY GENERAL
JEFFREY A. HOKANSON , ATTORNEY FOR WESTCHESTER FIRE INSURANCE CO.
ROBERT MILLER, ATTORNEY FOR WESTCHESTER FIRE INSURANCE CO.
SASHA YANES, REORG RESEARCH, INC.
JONATHN REISCHL, ATTORNEY FOR CONSUMER FINANCIAL PROTECTION BUREAU
ALISSAN NANN, STUDENT CU CONNECT CUSO, LLC
RICHARD BERNARD, STUDENT CU CONNECT CUSO, LLC
ADAM C. HARRIS, ATTORNEY FOR CERBERUS BUSINESS FINANCE, LLC
BRET LAWRENCE
HENRY TIEN

## *Proceedings:*

(1) Disposition:  Hearing held.  Granted.  Proposed order to be submitted.
(2) Disposition:  Hearing held.  Granted.  Proposed order to be submitted.
(3) Vacated:  Matter reset for 10/11/16 at 1:30 p.m.
(4) Disposition:  Hearing held.  Denied without prejudice. Additional briefing to be filed within 10 days.
(5) Disposition:  Hearing held.  Partially granted. Proposed order to be submitted.
(6) Disposition:  Hearing held.  Granted with consent of the United States Trustee. Proposed order reflecting the agreement of the parties to be submitted.
(7) Disposition:  Hearing held.  Interim use of cash collateral is granted through 11/2/16 at 2:00 p.m.  Proposed Interim Order to be submitted.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**