| Information to identify the case: | | |
|---|---|---|
| Debtor | ITT Educational Services, Inc., ESI Service Corp. & Daniel Webster College, Inc. <br> Name | EIN  36-2061311 (ITT Educational Services, Inc.) <br> 35-2062117 (ESI Service Corp.) <br> 26-4555980 (Daniel Webster College, Inc.) |
| United States Bankruptcy Court for the: | Southern   District of   Indiana (State) | [Date case filed for chapter 7   09/16/2016 <br> MM / DD / YYYY |
| Case number: | 16-07207-JMC-7A (ITT Educational Services, Inc.) <br> 16-07208-JMC-7A (ESI Service Corp.) <br> 16-07209-JMC-7A (Daniel Webster College, Inc.) | |

Official Form 309D (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case — Proof of Claim Deadline Set  12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**\*For case information please refer to the case website at www.ittchapter7.com or call the toll-free number 1-888-857-4008.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | ITT Educational Services, Inc.; ESI Service Corp. & Daniel Webster College, Inc. | |
| 2. **All other names used in the last 8 years** | DBA Center for Professional Development, Breckinridge School of Nursing and Health Sciences, Benchmark Learning, Early Career Academy, Daniel Webster College | |
| 3. **Address** | ITT Educational Services, Inc. <br> 13000 N. Meridian Street <br> Carmel, IN 46032 | ESI Service Corp. <br> 13000 N. Meridian Street <br> Carmel, IN 46032 | Daniel Webster College, Inc. <br> 20 University Drive <br> Nashua, NH 03063 |
| 4. **Debtor's attorney** <br> Name and address | Jay Jaffe <br> Faegre Baker Daniels LLC <br> 600 E. 96th Street, Suite 600 <br> Indianapolis, IN 46240 | Contact phone  317-569-9600 <br> Email  jay.jaffe@faegrebd.com |
| 5. **Bankruptcy trustee** <br> Name and address | Deborah J. Caruso <br> Office of Deborah J. Caruso <br> 135 N. Pennsylvania Street, Suite 1400 <br> Indianapolis, IN 46240 | Contact phone  317-634-0300 <br> Email  trusteecaruso@rubin-levin.net |
| 6. **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court <br> Southern District of Indiana <br> 46 E. Ohio Street, Room 116 <br> Indianapolis, IN 46204 | Hours open  Weekdays 8:30 a.m. - 4:30 p.m. (Eastern) <br> Contact phone  317-229-3800 <br> **\*For information about filing proofs of claim, please see Section 8, on page 2.** |
| 7. **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | November 1, 2016  at  1:30 p.m. EDT <br> Date   Time <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  The meeting will be held at the auditorium of the Indiana Government Center South, 302 W. Washington Street, Indianapolis, Indiana. |

**For more information, see page 2 ▶**

| Debtor | ITT Educational Services, Inc. (Case No. 16-07207-JMC-7A) ESI Service Corp. (Case No. 16-07208-JMC-7A) Daniel Webster College, Inc. (Case No. 16-07209-JMC-7A) |
|---|---|
| | Name |

| 8. | **Deadlines** Proofs of claim must be sent to the following address: **Rust Consulting/Omni Bankruptcy Attn: Claims Processing 5955 DeSoto Ave., Suite 100 Woodland Hills, CA 91367** **Do not file proofs of claim with the bankruptcy clerk's office. Proofs of claim may also be electronically submitted at ITTclaims@omnimgt.com or at www.ittchapter7.com.** | **Deadline for all creditors to file a proof of claim (except governmental units):** **Deadline for governmental units to file a proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.      **A proof of claim form may also be obtained at www.ittchapter7.com** | Filing deadline: January 30, 2017 Filing deadline: March 15, 2017 |
|---|---|---|---|
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. | **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. | |
| 11. | **Information Regarding Notice via U.S. Mail** | **Creditors and Former Students, please note that no further notice will be provided in these bankruptcy cases via U.S. Mail, except for the required notices under Bankruptcy Rule 2002(a)(1) and (4) and Bankruptcy Rule 2002(f)(1), (2), (3), (6) and (8). Those who wish to receive notice can file a Request for Notice, under Bankruptcy Rule 2002, or have an attorney enter an appearance.** | |