

**This is your INVOICE**

Page 1 Of 1

| | | |
|---|---|---|
| FID Number: 74-2616805 | Customer Number: 30849222 | Invoice Number: XK1J1DRF7 |
| Sales Rep: JORDAN R CAMPBELL | Purchase Order: 41107586 | |
| For Sales: (800) 274 - 7799 | Order Number: 121964131 | Invoice Date: 09/01/16 |
| Sales Fax: (800) 385 - 5329 | Order Date: 08/31/16 | Payment Terms: NET DUE 30 DAYS |
| Customer Service: (800) 274 - 7799 | | Due Date: 10/01/16 |
| Technical Support: (800) 822 - 8965 | 65 01 O 01 01 N | Shipped Via: STANDARD GROUND |
| Dell Online: www.dell.com | | Waybill Number: 8W078R0393186126 |

**SOLD TO:**
ITT DIRECTOR
ITT TECHNICAL INST 041
650 W CIENEGA AVE
ITT TECHNICAL INST 041
SAN DIMAS, CA 91773

**SHIP TO:**
ITT BOOKSTORE
ITT TECHNICAL INST 041
650 W CIENEGA AVE
SAN DIMAS, CA 917732933

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES AT www.dell.com/us/policy OR UPON REQUEST, WHICH GOVERN THIS TRANSACTION

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 11 | 11 | A8475216 | WD My Passport Ultra portable 1TB USB 3.0 external hard drive<br>S#WX21A66RNNSH S#WXN1A56D4CE7 S#WX21A66AP972S#WXF1A66DUANA<br>S#WXN1A56NRSA8 S#WX11A663TXSKS#WXN1A56D42UR S#WX11A669SYKU<br>S#WX11A669S382S#WX11A669S8PP S#WX21A66APNE5 | EA | 58.50 | 643.50 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $5 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 10.99 |
| Subtotal | $ | 654.49 |
| Taxable | | Tax |
| $ 654.49 | $ | 58.91 |
| ENVIRO FEE | $ | 0.00 |
| Invoice Total | $ | 713.40 |

DETACH AT LINE AND RETURN WITH PAYMENT



Invoice Number: XK1J1DRF7
Customer Name: ITT TECHNICAL INST 041
Customer Number: 30849222
Purchase Order: 41107586
Order Number: 121964131

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 910916
PASADENA, CA.911100916

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 10.99 |
| Subtotal | $ | 654.49 |
| Taxable | | Tax |
| $ 654.49 | $ | 58.91 |
| ENVIRO FEE | $ | 0.00 |
| Invoice Total | $ | 713.40 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 713.40 |
| Amount Enclosed | | |

000XK1J1DRF70000000071340650030849222S

**Exhibit 1**

UPS: Tracking Information                                                                 Page 1 of 1

 **Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z8W078R0393186126 |
| **Service:** | UPS Ground |
| **Weight:** | 8.00 lbs |
| **Shipped/Billed On:** | 09/01/2016 |
| **Delivered On:** | 09/08/2016 12:10 P.M. |
| **Delivered To:** | SAN DIMAS, CA, US |
| **Received By:** | CHAVEZ |
| **Left At:** | Office |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  09/29/2016 3:45 P.M. ET

Print This Page                                                                 Close Window

https://wwwapps.ups.com/WebTracking/processPOD?Requester=&tracknum=1Z8W078R...    9/29/2016

**Exhibit 1**



**This is your INVOICE**

Page 1 Of 1

| | |
|---|---|
| FID Number: | 74-2616805 |
| Sales Rep: | JORDAN R CAMPBELL |
| For Sales: | (800) 274 - 7799 |
| Sales Fax: | (800) 365 - 5329 |
| Customer Service: | (800) 274 - 7799 |
| Technical Support: | (800) 822 - 8965 |
| Dell Online: | www.dell.com |

| | |
|---|---|
| Customer Number: | 34320992 |
| Purchase Order: | 27107930 |
| Order Number: | 121039785 |
| Order Date: | 08/29/16 |

65 01 O 01 01 N

| | |
|---|---|
| Invoice Number: | XK1FFCJ99 |
| Invoice Date: | 08/30/16 |
| Payment Terms: | NET DUE 30 DAYS |
| Due Date: | 09/29/16 |
| Shipped Via: | STANDARD GROUND |
| Waybill Number: | 13E8614206796882 |

**SOLD TO:**
ITT DIRECTOR
ITT TECHNICAL INST 027
7905 GOLDEN TRIANGLE STE 100
ITT TECHNICAL INST 027
EDEN PRAIRIE, MN 553447220

**SHIP TO:**
RECV BOOKSTORE
ITT TECHNICAL INST
7905 GOLDEN TRIANGLE STE 100
EDEN PRAIRIE, MN 553447220

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES AT www.dell.com/us/policy OR UPON REQUEST, WHICH GOVERN THIS TRANSACTION

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 6 | 6 | A8475216 | WD My Passport Ultra portable 1TB USB 3.0 external hard drive<br>DISCOUNT(S) AND/OR CO S#WXL1A56H7PK8<br>S#WXG1A66FZ33VS#WXH1A66R33KR S#WXS1EB516F2M<br>S#WXH1A66N7K6NS#WXH1A66NK4X0 | EA | 62.99 | 377.94 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $5 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | | |
|---|---|---|---|
| Ship. &/or Handling | | $ | 0.00 |
| Subtotal | | $ | 377.94 |
| Taxable | | Tax | |
| $ | 377.94 | $ | 27.50 |
| ENVIRO FEE | | $ | 0.00 |
| Invoice Total | | $ | 405.44 |

DETACH AT LINE AND RETURN WITH PAYMENT



MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 802816
CHICAGO, IL 606802816

Invoice Number: XK1FFCJ99
Customer Name: ITT TECHNICAL INST 027
Customer Number: 34320992
Purchase Order: 27107930
Order Number: 121039785

| | | | |
|---|---|---|---|
| Ship. &/or Handling | | $ | 0.00 |
| Subtotal | | $ | 377.94 |
| Taxable | | Tax | |
| $ | 377.94 | $ | 27.50 |
| ENVIRO FEE | | $ | 0.00 |
| Invoice Total | | $ | 405.44 |
| | | $ | |
| | | $ | |
| | | $ | |
| Balance Due | | $ | 405.44 |
| Amount Enclosed | | | |

000XK1FFCJ9900000000040544650034320992L

**Exhibit 1**

UPS: Tracking Information — Page 1 of 1

 **Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z13E8614206796682 |
| Service: | UPS Ground |
| Special Instructions: | Signature Required |
| Weight: | 3.80 lbs |
| Shipped/Billed On: | 08/30/2016 |
| Delivered On: | 09/02/2016 1:33 P.M. |
| Delivered To: | EDEN PRAIRIE, MN, US |
| Received By: | SEERY |
| Left At: | Office |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 09/29/2016 3:46 P.M. ET

Print This Page                                        Close Window

https://wwwapps.ups.com/WebTracking/processPOD?Requester=&tracknum=1Z13E8614...    9/29/2016

**Exhibit 1**



| | | | This is your INVOICE | | | | Page 1 Of 1 |
|---|---|---|---|---|---|---|---|
| FID Number: | 74-2616905 | Customer Number: | 113369258 | | Invoice Number: | XK1F755N5 | |
| Sales Rep: | JORDAN R CAMPBELL | Purchase Order: | 149107872 | | | | |
| For Sales: | (800) 274 - 7799 | Order Number: | 120486938 | | Invoice Date: | 08/29/16 | |
| Sales Fax: | (800) 365 - 6329 | Order Date: | 08/26/16 | | Payment Terms: | NET DUE 30 DAYS | |
| Customer Service: | (800) 274 - 7799 | | | | Due Date: | 09/28/16 | |
| Technical Support: | (800) 822 - 8965 | | 65 01 O 01 01 N | | Shipped Via: | STANDARD GROUND | |
| Dell Online: | www.dell.com | | | | Waybill Number: | 13E8614206796333 | |

SOLD TO:
ACCTS BOOKSTORE
ITT TECH INST BROOKLYN CENTER
6120 EARLE BROWN DR STE 100
BROOKLYN CENTER, MN 554304100

SHIP TO:
CENTER BROOKLYN
ITT TECHNICAL INST
6120 EARLE BROWN DR STE 100
BROOKLYN CENTER, MN 554304100

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES AT www.dell.com/us/policy OR UPON REQUEST, WHICH GOVERN THIS TRANSACTION

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 20 | 20 | A8475216 | WD My Passport Ultra portable 1TB USB 3.0 external hard drive<br>S#WXF1A665APV7 S#WXH1A66N735Y S#WXH1A66NKZPSS#WXH1A66LSNAS<br>S#WXF1A667K3DP S#WXF1A66P89YYS#WXG1A66FZSJP S#WXH1A66NZ4D9<br>S#WXF1A663NZHNS#WXF1A665A33Y S#WXG1A661D4Y7<br>S#WXG1A66AY4SJS#WXG1A66EKF52 S#WXH1A66R30TU<br>S#WXP1A665YZ9RS#WXS1EB560JR2 S#WXH1A66N7XL8<br>S#WXF1A665AXC6S#WXF1A665THA6 S#WXF1A66HC2Y8 | EA | 62.99 | 1,259.80 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $5 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 1,259.80 |
| Taxable | | Tax | |
| $ 0.00 | $ | | 0.00 |
| ENVIRO FEE | $ | | 0.00 |
| Invoice Total | $ | | 1,259.80 |

DETACH AT LINE AND RETURN WITH PAYMENT



Invoice Number: XK1F755N5
Customer Name: ITT TECH INST BROOKLYN CENTER
Customer Number: 113369258
Purchase Order: 149107872
Order Number: 120486938

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 1,259.80 |
| Taxable | | Tax | |
| $ 0.00 | $ | | 0.00 |
| ENVIRO FEE | $ | | 0.00 |
| Invoice Total | $ | | 1,259.80 |
| | $ | | |
| | $ | | |
| | $ | | |
| Balance Due | $ | | 1,259.80 |
| Amount Enclosed | | | |

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 802816
CHICAGO, IL 606802816

000XK1F755N500000001259806501133692583

**Exhibit 1**

UPS: Tracking Information                                                                                     Page 1 of 1

 **Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z13E8614206796333 |
| **Service:** | UPS Ground |
| **Special Instructions:** | Signature Required |
| **Weight:** | 13.50 lbs |
| **Shipped/Billed On:** | 08/29/2016 |
| **Delivered On:** | 09/01/2016 11:31 A.M. |
| **Delivered To:** | MINNEAPOLIS, MN, US |
| **Received By:** | CARISSA |
| **Left At:** | Front Desk |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 09/29/2016 3:46 P.M. ET

Print This Page                                                                   Close Window

https://wwwapps.ups.com/WebTracking/processPOD?Requester=&tracknum=1Z13E8614...    9/29/2016

**Exhibit 1**



|  |  | This is your INVOICE |  |  | Page 1 Of 1 |
|---|---|---|---|---|---|
| FID Number: | 74-2616805 | Customer Number: | 15090707 | Invoice Number: | XK1DM9672 |
| Sales Rep: | JORDAN R CAMPBELL | Purchase Order: | 57107882 |  |  |
| For Sales: | (800) 274 - 7799 | Order Number: | 118517470 | Invoice Date: | 08/25/16 |
| Sales Fax: | (800) 365 - 5329 | Order Date: | 08/22/16 | Payment Terms: | NET DUE 30 DAYS |
| Customer Service: | (800) 274 - 7799 |  |  | Due Date: | 09/24/16 |
| Technical Support: | (800) 822 - 8965 | 65 01 O 01 01 N |  | Shipped Via: | STANDARD GROUND |
| Dell Online: | www.dell.com |  |  | Waybill Number: | 8W104Y0318238722 |

**SOLD TO:**
ITT DIRECTOR
ITT TECHNICAL INST 057
9123 EXECUTIVE PARK DR
ITT TECHNICAL INST 057
KNOXVILLE, TN 379234509

**SHIP TO:**
ITT DIRECTOR
ITT TECHNICAL INST 057
9123 EXECUTIVE PARK DR
ITT TECHNICAL INST 057
KNOXVILLE, TN 379234509

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES AT www.dell.com/us/policy OR UPON REQUEST, WHICH GOVERN THIS TRANSACTION

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 20 | 20 | A7153395 | 1TB 7200RPM 64MB CACHE SATA/60 0<br>S#Z9A21FT1 S#Z9A3BXSX S#Z9A3BXT4S#Z9A21G2A S#Z9A4PE6T<br>S#Z4YDF18TS#Z4YDFG54 S#Z4YDFGML S#Z4YDFGTQS#Z9A21FTL<br>S#Z9A4KQ08 S#Z9A21FEMS#Z9A21FSR S#Z9A3BXPN<br>S#Z4YDFHAAS#Z9A4LX2B S#Z9A4PFQA S#Z9A35VSWS#Z4YDFFZR<br>S#Z4YDFGJA | EA | 62.99 | 1,259.80 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $5 PER ITEM WILL BE ADDED TO INVOICE S FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. PLEASE KEEP ORIGINAL BOX FOR ALL RETURN S. COMPREHENSIVE ONLINE CUSTOMER CARE INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUB LIC-ECARE TO ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| Ship. &/or Handling |  | $ | 18.99 |
|---|---|---|---|
| Subtotal |  | $ | 1,278.79 |
| Taxable |  | Tax |  |
| $ | 1,278.79 | $ | 118.29 |
| ENVIRO FEE |  | $ | 0.00 |
| Invoice Total |  | $ | 1,397.08 |

DETACH AT LINE AND RETURN WITH PAYMENT



Invoice Number: XK1DM9672
Customer Name: ITT TECHNICAL INST 057
Customer Number: 15090707
Purchase Order: 57107882
Order Number: 118517470

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118
ATLANTA, GA 303534118

| Ship. &/or Handling |  | $ | 18.99 |
|---|---|---|---|
| Subtotal |  | $ | 1,278.79 |
| Taxable |  | Tax |  |
| $ | 1,278.79 | $ | 118.29 |
| ENVIRO FEE |  | $ | 0.00 |
| Invoice Total |  | $ | 1,397.08 |
|  |  | $ |  |
|  |  | $ |  |
|  |  | $ |  |
| Balance Due |  | $ | 1,397.08 |
| Amount Enclosed |  |  |  |

000XK1DM9672000000013970865001509070 77

**Exhibit 1**

**Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z8W104Y0318238722 |
| Service: | UPS Ground |
| Weight: | 4.00 lbs |
| Shipped/Billed On: | 08/25/2016 |
| Delivered On: | 09/01/2016 11:23 A.M. |
| Delivered To: | KNOXVILLE, TN, US |
| Received By: | BYRD |
| Left At: | Office |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 09/29/2016 3:47 P.M. ET

Print This Page                                         Close Window

**Exhibit 1**



This is your INVOICE                                                                                 Page 1 Of 1

| | |
|---|---|
| FID Number: | 74-2616805 |
| Sales Rep: | JORDAN R CAMPBELL |
| For Sales: | (800) 274 - 7799 |
| Sales Fax: | (800) 366 - 6329 |
| Customer Service: | (800) 274 - 7799 |
| Technical Support: | (800) 822 - 8965 |
| Dell Online: | www.dell.com |

| | |
|---|---|
| Customer Number: | 60987952 |
| Purchase Order: | 906202393 |
| Order Number: | 120675530 |
| Order Date: | 08/29/16 |

65 01 O 01 01 N

| | |
|---|---|
| Invoice Number: | XK1F5RNW1 |
| Invoice Date: | 08/29/16 |
| Payment Terms: | NET DUE 30 DAYS |
| Due Date: | 09/28/16 |
| Shipped Via: | STANDARD GROUND |
| Waybill Number: | 8W073W0331478253 |

**SOLD TO:**
ITT DIRECTOR
ITT TECHNICAL INST 062
5405 GATEWAY CENTRE DR
6359 MILLER RD
ITT TECHNICAL INST 062
SWARTZ CREEK, MI 48473

**SHIP TO:**
ITT DIRECTOR
ITT TECHNICAL INST 062
6359 MILLER RD
6359 MILLER RD
SWARTZ CREEK, MI 484731520

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES AT www.dell.com/us/policy OR UPON REQUEST, WHICH GOVERN THIS TRANSACTION

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 36 | 36 | A8475217 | WD My Passport Ultra portable 1TB USB 3.0 external hard drive<br>S#WX11A5696UA9 S#WX11A56JPN3J S#WX21A56C0ED8S#WX21A56C0H20<br>S#WX21A56EDF8C S#WX21A56EDT6YS#WX21A56EDTZ7 S#WXT1EB5ALAXA<br>S#WX11A5696S32S#WX11A56JPXPJ S#WX21A5628017<br>S#WX21A56285PVS#WX21A56NZAU1 S#WX31A56HKRXS<br>S#WXT1EB5CTZRCS#WX11A56JPS7S S#WX11A56JPT74<br>S#WX21A562839SS#WX21A56284XE S#WX11A56865V4<br>S#WX11A5686FH6S#WX11A56JPD3K S#WX11A56JPJU6<br>S#WX21A56287U3S#WX21A5628KKD S#WX61A467VLUS<br>S#WX11A5686Z6DS#WX11A56C7E67 S#WX11A56C7S7A<br>S#WX31A56244J6S#WX11A5696T50 S#WX11A56JPLUT<br>S#WX21A56NZNCYS#WX11A56963PY S#WX11A56KPX37 S#WX21A5628ANN | EA | 58.50 | 2,106.00 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $5 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 2,106.00 |
| Taxable | | Tax |
| $ 2,106.00 | $ | 126.36 |
| ENVIRO FEE | $ | 0.00 |
| Invoice Total | $ | 2,232.36 |

DETACH AT LINE AND RETURN WITH PAYMENT



Invoice Number: XK1F5RNW1
Customer Name: ITT TECHNICAL INST 062
Customer Number: 60987952
Purchase Order: 906202393
Order Number: 120675530

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O-DELL USA L.P.
PO BOX 643561
PITTSBURGH, PA.152643561

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 2,106.00 |
| Taxable | | Tax |
| $ 2,106.00 | $ | 126.36 |
| ENVIRO FEE | $ | 0.00 |
| Invoice Total | $ | 2,232.36 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 2,232.36 |
| Amount Enclosed | | |

000XK1F5RNW100000000223236650060987952B

**Exhibit 1**

UPS: Tracking Information                                                                                     Page 1 of 1

 **Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z8W073W0331478253 |
| **Service:** | UPS Ground |
| **Weight:** | 23.00 lbs |
| **Shipped/Billed On:** | 08/29/2016 |
| **Delivered On:** | 08/31/2016 10:41 A.M. |
| **Delivered To:** | SWARTZ CREEK, MI, US |
| **Received By:** | OPOMERE |
| **Left At:** | Front Desk |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 09/29/2016 3:47 P.M. ET

Print This Page                                                                                  Close Window

https://wwwapps.ups.com/WebTracking/processPOD?Requester=&tracknum=1Z8W073W...   9/29/2016

**Exhibit 1**

**This is your INVOICE**  Page 1 Of 1

| | |
|---|---|
| FID Number: | 74-2616805 |
| Sales Rep: | JORDAN R CAMPBELL |
| For Sales: | (800) 274 - 7799 |
| Sales Fax: | (800) 365 - 5329 |
| Customer Service: | (800) 274 - 7799 |
| Technical Support: | (800) 822 - 8965 |
| Dell Online: | www.dell.com |

| | |
|---|---|
| Customer Number: | 44731943 |
| Purchase Order: | 17107926 |
| Order Number: | 120545782 |
| Order Date: | 08/27/16 |

65 01 O 01 01 N

| | |
|---|---|
| Invoice Number: | XK1F58RC2 |
| Invoice Date: | 08/29/16 |
| Payment Terms: | NET DUE 30 DAYS |
| Due Date: | 09/28/16 |
| Shipped Via: | STANDARD GROUND |
| Waybill Number: | 8W09Y04206158047 |

**SOLD TO:**
ITT AP
ITT TECHNICAL INST 017
11301 RED RUN BLVD
ITT TECHNICAL INST 017
OWINGS MILLS, MD 211173246

**SHIP TO:**
ITT DIRECTOR
ITT TECHNICAL INST 017
11301 RED RUN BLVD
OWINGS MILLS, MD 211173246

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES AT www.dell.com/us/policy OR UPON REQUEST, WHICH GOVERN THIS TRANSACTION

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 25 | 25 | A8475216 | WD My Passport Ultra portable 1TB USB 3.0 external hard drive<br>S#WXL1A561UF1H S#WXL1A561ULKU S#WXL1A56H7YUSS#WXP1EB539LD7<br>S#WXP1EB52LZ2D S#WXN1EA54LSLRS#WXN1EA58781C S#WX51E85H00C1<br>S#WXL1A561UL7LS#WXL1A561UPRK S#WXL1A5672HK4<br>S#WXN1EA55K5YDS#WXP1EB5C3166 S#WXL1A561U7VD<br>S#WXL1A56H7TAHS#WXL1A5672ALF S#WXL1A56H7NDL<br>S#WXN1EA5FMCYDS#WX41A4696ZES S#WXL1A5672TPR<br>S#WXL1A56RFD9ES#WXN1EA6EWH59 S#WXN1EA5AY3RR<br>S#WXP1EB55LW18S#WXP1EB5874PU | EA | 58.50 | 1,462.50 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $5 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,462.50 |
| Taxable | Tax | |
| $ 1,462.50 | $ | 87.75 |
| ENVIRO FEE | $ | 0.00 |
| Invoice Total | $ | 1,550.25 |

DETACH AT LINE AND RETURN WITH PAYMENT

Invoice Number: XK1F58RC2
Customer Name: ITT TECHNICAL INST 017
Customer Number: 44731943
Purchase Order: 17107926
Order Number: 120545782

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,462.50 |
| Taxable | Tax | |
| $ 1,462.50 | $ | 87.75 |
| ENVIRO FEE | $ | 0.00 |
| Invoice Total | $ | 1,550.25 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,550.25 |
| Amount Enclosed | | |



MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 802816
CHICAGO, IL 606802816

000XK1F58RC200000001550256500447319430

**Exhibit 1**

UPS: Tracking Information                                                                 Page 1 of 1

 **Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z8W09Y04206158047 |
| **Service:** | UPS Ground |
| **Special Instructions:** | Signature Required |
| **Weight:** | 17.30 lbs |
| **Shipped/Billed On:** | 08/29/2016 |
| **Delivered On:** | 08/30/2016 11:43 A.M. |
| **Delivered To:** | OWINGS MILLS, MD, US |
| **Received By:** | WILCHER |
| **Left At:** | Front Desk |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 09/29/2016 3:47 P.M. ET

Print This Page                                                                Close Window

https://wwwapps.ups.com/WebTracking/processPOD?Requester=&tracknum=1Z8W09Y0...    9/29/2016

**Exhibit 1**

**This is your INVOICE**  Page 1 Of 1

| | |
|---|---|
| FID Number: | 74-2616805 |
| Sales Rep: | JORDAN R CAMPBELL |
| For Sales: | (800) 274 - 7799 |
| Sales Fax: | (800) 365 - 6329 |
| Customer Service: | (800) 274 - 7799 |
| Technical Support: | (800) 822 - 8965 |
| Dell Online: | www.dell.com |

| | |
|---|---|
| Customer Number: | 30846923 |
| Purchase Order: | 903702965 |
| Order Number: | 118507729 |
| Order Date: | 08/22/16 |

65 01 O 01 01 N

| | |
|---|---|
| Invoice Number: | XK1CWTJ59 |
| Invoice Date: | 08/23/16 |
| Payment Terms: | NET DUE 30 DAYS |
| Due Date: | 09/22/16 |
| Shipped Via: | UPS COMMERCIAL |
| Waybill Number: | 05V47W0344301593 |

**SOLD TO:**
ITT DIRECTOR
ITT TECHNICAL INST 037
10863 GOLD CTR DR
ITT TECHNICAL INST 037
RANCHO CORDOVA, CA 95670

**SHIP TO:**
ITT DIRECTOR
ITT TECHNICAL INST 037
10863 GOLD CTR DR
ITT TECHNICAL INST 037
RANCHO CORDOVA, CA 956706047

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES AT www.dell.com/us/policy OR UPON REQUEST, WHICH GOVERN THIS TRANSACTION

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 317-1135 | Dell 4210X/4610X/4310WX Projector Replacement Lamp | EA | 249.99 | 249.99 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $5 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | | |
|---|---|---|---|
| Ship. &/or Handling | | $ | 4.99 |
| Subtotal | | $ | 254.98 |
| Taxable | | Tax | |
| $ | 254.98 | $ | 21.67 |
| ENVIRO FEE | | $ | 0.00 |
| Invoice Total | | $ | 276.65 |

DETACH AT LINE AND RETURN WITH PAYMENT



Invoice Number: XK1CWTJ59
Customer Name: ITT TECHNICAL INST 037
Customer Number: 30846923
Purchase Order: 903702965
Order Number: 118507729

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 910916
PASADENA, CA.911100916

| | | | |
|---|---|---|---|
| Ship. &/or Handling | | $ | 4.99 |
| Subtotal | | $ | 254.98 |
| Taxable | | Tax | |
| $ | 254.98 | $ | 21.67 |
| ENVIRO FEE | | $ | 0.00 |
| Invoice Total | | $ | 276.65 |
| | | $ | |
| | | $ | |
| | | $ | |
| Balance Due | | $ | 276.65 |
| Amount Enclosed | | | |

000XK1CWTJ5900000000027665650030846923

**Exhibit 1**

UPS: Tracking Information                                                                                         Page 1 of 1

**Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z05V47W0344301593 |
| **Service:** | UPS Ground |
| **Weight:** | 1.40 lbs |
| **Shipped/Billed On:** | 08/23/2016 |
| **Delivered On:** | 08/30/2016 12:17 P.M. |
| **Delivered To:** | RANCHO CORDOVA, CA, US |
| **Received By:** | WILLIAMSON |
| **Left At:** | Receiver |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:   09/29/2016 3:48 P.M.   ET

Print This Page                                                                                            Close Window

https://wwwapps.ups.com/WebTracking/processPOD?Requester=&tracknum=1Z05V47W...   9/29/2016

**Exhibit 1**

**This Is your INVOICE**  Page 1 Of 1

| | | |
|---|---|---|
| FID Number: | 74-2616805 | |
| Sales Rep: | JORDAN R CAMPBELL | |
| For Sales: | (800) 274 - 7799 | |
| Sales Fax: | (800) 385 - 5329 | |
| Customer Service: | (800) 274 - 7799 | |
| Technical Support: | (800) 822 - 8965 | |
| Dell Online: | www.dell.com | |

| | |
|---|---|
| Customer Number: | 116671338 |
| Purchase Order: | 152107919 |
| Order Number: | 120267536 |
| Order Date: | 08/26/16 |

65 01 O 01 01 N

| | |
|---|---|
| Invoice Number: | XK1DT7829 |
| Invoice Date: | 08/26/16 |
| Payment Terms: | NET DUE 30 DAYS |
| Due Date: | 09/25/16 |
| Shipped Via: | STANDARD GROUND |
| Waybill Number: | 8W09Y04206157646 |

**SOLD TO:**
ITT DIRECTOR
ITT TECHNICAL INST 152
105 SOUTH 7TH ST STE 100
ITT TECHNICAL INST 152
PHILADELPHIA, PA 191063324

**SHIP TO:**
ITT DIRECTOR
ITT TECHNICAL INST 152
105 SOUTH 7TH STREET, STE 100
ITT TECHNICAL INST 152
PHILADELPHIA, PA 191063324

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES AT www.dell.com/us/policy OR UPON REQUEST, WHICH GOVERN THIS TRANSACTION

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 60 | 60 | A8475216 | WD My Passport Ultra portable 1TB USB 3.0 external hard drive | EA | 58.50 | 3,510.00 |

S#WXL1A561U5FH S#WXL1A561U97R S#WXN1EA54HK02S#WXL1A56H7X2Z
S#WXR1EB5F0XM9 S#WXL1A56H70J9S#WXN1EA54E6TM S#WXN1EA5AYX5D
S#WXN1EA5EKYE6S#WXP1EB56M2R6 S#WXP1EB5CZYMS
S#WXQ1EB528CCFS#WXR1EB509490 S#WX51E859A0AV
S#WX51EB5DHT1FS#WXN1A561KJZ8 S#WXN1A56JPSND
S#WXP1EB5DUXWRS#WXL1A56H7NUT S#WXL1A56H7V8T
S#WXL1A56RF0UTS#WXN1EA5EY8UM S#WXP1EB55KNY0
S#WXP1EB58M349S#WXL1A561ULE9 S#WXL1A56729YH
S#WXL1A56H71FPS#WXL1A56H76ES S#WXL1A56H7NFV
S#WXL1A56RFTE2S#WXN1EA53SZVZ S#WXN1EA54TP1S
S#WXN1EA560JXMS#WXP1EB58UXRN S#WXP1EB5H3H5E
S#WXN1A561K7TJS#WX51E854UE0E S#WXL1A561U9U3
S#WXL1A5672K16S#WXL1A5672V5C S#WXL1A5672Z84
S#WXL1A56H7KKVS#WXL1A56H7NA1 S#WXL1A56H7R74
S#WXN1EA5EM7F9S#WXP1EB53NMVY S#WXP1EB5FW87W
S#WXL1A5672LH5S#WXL1A561ULH8 S#WXL1A56725NX
S#WXL1A56727FLS#WXL1A56H70KL S#WXL1A56H733P
S#WXP1EB519AMMS#WXP1EB563FSW S#WXJ1E652K0RN
S#WXL1A561U8Z6S#WXP1EB5CFF2P S#WXP1EB5H16HY S#WXP1EB52XPTM

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $5 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 30.99 |
| Subtotal | $ | 3,540.99 |
| Taxable | Tax | |
| $ 3,540.99 | $ | 283.28 |
| ENVIRO FEE | $ | 0.00 |
| Invoice Total | $ | 3,824.27 |

DETACH AT LINE AND RETURN WITH PAYMENT



Invoice Number: XK1DT7829
Customer Name: ITT TECHNICAL INST 152
Customer Number: 116671338
Purchase Order: 152107919
Order Number: 120267536

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 643561
PITTSBURGH, PA.152643561

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 30.99 |
| Subtotal | $ | 3,540.99 |
| Taxable | Tax | |
| $ 3,540.99 | $ | 283.28 |
| ENVIRO FEE | $ | 0.00 |
| Invoice Total | $ | 3,824.27 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 3,824.27 |
| Amount Enclosed | | |

000XK1DT78290000000382427650116671338 0

**Exhibit 1**

UPS: Tracking Information                                                                                                   Page 1 of 1

**Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z8W09Y04206157646 |
| **Service:** | UPS Ground |
| **Special Instructions:** | Signature Required |
| **Weight:** | 35.10 lbs |
| **Shipped/Billed On:** | 08/26/2016 |
| **Delivered On:** | 08/29/2016 12:01 P.M. |
| **Delivered To:** | PHILADELPHIA, PA, US |
| **Received By:** | GAVIN |
| **Left At:** | Front Desk |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 09/29/2016 3:48 P.M. ET

Print This Page                                                                                                 Close Window

https://wwwapps.ups.com/WebTracking/processPOD?Requester=&tracknum=1Z8W09Y0...   9/29/2016

**Exhibit 1**

**This is your INVOICE**

Page 1 Of 1

**DELL**

| | | | |
|---|---|---|---|
| FID Number: 74-2616805 | Customer Number: 31123338 | Invoice Number: XK1DD53M7 | |
| Sales Rep: JORDAN R CAMPBELL | Purchase Order: 45107891 | | |
| For Sales: (800) 274-7799 | Order Number: 119327606 | Invoice Date: 08/25/16 | |
| Sales Fax: (800) 365-6329 | Order Date: 08/24/16 | Payment Terms: NET DUE 30 DAYS | |
| Customer Service: (800) 274-7799 | | Due Date: 09/24/16 | |
| Technical Support: (800) 822-8965 | 65 01 O 01 01 N | Shipped Via: STANDARD GROUND | |
| Dell Online: www.dell.com | | Waybill Number: 13E8614206795370 | |

**SOLD TO:**
ITT DIRECTOR
ITT TECHNICAL INST 045
STE 100
2950 S GESSNER RD STE 100
HOUSTON, TX 770633772

**SHIP TO:**
ITT DIRECTOR
ITT TECHNICAL INST 045
2950 SOUTH GESSNER
2950 S GESSNER RD
HOUSTON, TX 770633772

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES AT www.dell.com/us/policy OR UPON REQUEST, WHICH GOVERN THIS TRANSACTION

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 35 | 35 | A8475216 | WD My Passport Ultra portable 1TB USB 3.0 external hard drive<br>S#WX21A46R0NX6 S#WXH1A66NZXE3 S#WXM1EA59YRPLS#WXS1EB587ADX<br>S#WXS1EB5D7NVE S#WXV1EA57METRS#WXF1A665UTTE<br>S#WXF1A66HCNKS S#WXH1A66FAHJLS#WXE1A360L4J8 S#WXE1A363SE38<br>S#WXF1A665US2ES#WXG1A66EC81R S#WXL1A56LXF53<br>S#WXM1EA52JXKWS#WXF1A66PB51P S#WXH1A66LSC77<br>S#WXH1A66N7FVAS#WXS1EB535RL0 S#WXS1EB57CAJY<br>S#WXS1EB5DV7K0S#WXH1A66R3VRY S#WXS1EB53M2RD<br>S#WXS1EB5FCS42S#WXS1EB5FZVF4 S#WXF1A66RTC18<br>S#WXG1A665FUH7S#WXH1A664V8R9 S#WXH1A66LS6JV<br>S#WXF1A66AVYJNS#WXH1A664V93H S#WXH1A66NKK3U<br>S#WXM1A564VEZPS#WXG1A66EC60D S#WXH1A66NZ8UJ | EA | 58.50 | 2,047.50 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $5 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 2,047.50 |
| Taxable | Tax | |
| $ 0.00 | $ | 0.00 |
| ENVIRO FEE | $ | 0.00 |
| Invoice Total | $ | 2,047.50 |

DETACH AT LINE AND RETURN WITH PAYMENT



Invoice Number: XK1DD53M7
Customer Name: ITT TECHNICAL INST 045
Customer Number: 31123338
Purchase Order: 45107891
Order Number: 119327606

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
PO BOX 676021
C/O DELL USA L.P.
DALLAS, TX.752676021

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 2,047.50 |
| Taxable | Tax | |
| $ 0.00 | $ | 0.00 |
| ENVIRO FEE | $ | 0.00 |
| Invoice Total | $ | 2,047.50 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 2,047.50 |
| Amount Enclosed | | |

000XK1DD53M700000002047506500311233381

## Exhibit 1

UPS: Tracking Information

Page 1 of 1

**Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z13E8614206795370 |
| **Service:** | UPS Ground |
| **Special Instructions:** | Signature Required |
| **Weight:** | 23.80 lbs |
| **Shipped/Billed On:** | 08/25/2016 |
| **Delivered On:** | 08/29/2016 10:05 A.M. |
| **Delivered To:** | HOUSTON, TX, US |
| **Received By:** | LEONA |
| **Left At:** | Inside Delivery |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 09/29/2016 3:48 P.M. ET

Print This Page                                   Close Window

https://wwwapps.ups.com/WebTracking/processPOD?Requester=&tracknum=1Z13E8614...    9/29/2016

**Exhibit 1**

**This is your INVOICE**  Page 1 Of 1

| | |
|---|---|
| FID Number: | 74-2616805 |
| Sales Rep: | JORDAN R CAMPBELL |
| For Sales: | (800) 274 - 7799 |
| Sales Fax: | (800) 385 - 5329 |
| Customer Service: | (800) 274 - 7799 |
| Technical Support: | (800) 822 - 8965 |
| Dell Online: | www.dell.com |

| | |
|---|---|
| Customer Number: | 30843728 |
| Purchase Order: | 86107901 |
| Order Number: | 119759907 |
| Order Date: | 08/25/16 |

65 01 O 01 00 N

| | |
|---|---|
| Invoice Number: | XK1DF8839 |
| Invoice Date: | 08/25/16 |
| Payment Terms: | NET DUE 30 DAYS |
| Due Date: | 09/24/16 |
| Shipped Via: | STANDARD GROUND |
| Waybill Number: | 8W09Y04206157333 |

**SOLD TO:**
ITT DIRECTOR
ITT TECHNICAL INST 086
2295 MILLERSPORT HWY
POBOX 327
GETZVILLE, NY 140681219

**SHIP TO:**
ITT DIRECTOR
ITT TECHNICAL INST 086
2295 MILLERSPORT HWY
2295 MILLERSPORT HWY
GETZVILLE, NY 140681219

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES AT www.dell.com/us/policy OR UPON REQUEST, WHICH GOVERN THIS TRANSACTION

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 20 | 20 | A8476216 | WD My Passport Ultra portable 1TB USB 3.0 external hard drive<br>S#WXL1A56H7KKY S#WXN1EA5AZM04 S#WXL1A56H7KFDS#WXL1A661U4ZX<br>S#WXL1A56H7JZZ S#WX51E85E3UA9S#WXP1EB5EYC80 S#WXQ1EB5CA99Y<br>S#WXL1A56RFCCLS#WXN1A56JP755 S#WXL1A56H7VD7<br>S#WXL1A56H7E4DS#WXL1A5672ES7 S#WXN1EA530UKR<br>S#WXR1EB5FT98MS#WXN1EA59ZYHU S#WXL1A56H7VAN<br>S#WXL1A561UPYDS#WXN1EA565UAF S#WXL1A56H7J2F | EA | 58.50 | 1,170.00 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $5 PER ITEM WILL BE ADDED TO INVOICE
S FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. PLEASE KEEP ORIGINAL BOX FOR ALL RETURN
S. COMPREHENSIVE ONLINE CUSTOMER CARE INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUB
LIC-ECARE TO ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,170.00 |
| Taxable | Tax | |
| $ 1,170.00 | $ | 102.38 |
| ENVIRO FEE | $ | 0.00 |
| Invoice Total | $ | 1,272.38 |

DETACH AT LINE AND RETURN WITH PAYMENT



Invoice Number: XK1DF8839
Customer Name: ITT TECHNICAL INST 086
Customer Number: 30843728
Purchase Order: 86107901
Order Number: 119759907

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 643561
PITTSBURGH, PA.152643561

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,170.00 |
| Taxable | Tax | |
| $ 1,170.00 | $ | 102.38 |
| ENVIRO FEE | $ | 0.00 |
| Invoice Total | $ | 1,272.38 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,272.38 |
| Amount Enclosed | | |

000XK1DF88390000000127238650030843 72 82

**Exhibit 1**

UPS: Tracking Information

Page 1 of 1

**Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z8W09Y04206157333 |
| **Service:** | UPS Ground |
| **Special Instructions:** | Signature Required |
| **Weight:** | 13.60 lbs |
| **Shipped/Billed On:** | 08/25/2016 |
| **Delivered On:** | 08/29/2016 11:50 A.M. |
| **Delivered To:** | GETZVILLE, NY, US |
| **Received By:** | MORGAN |
| **Left At:** | Receiver |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 09/29/2016 3:48 P.M. ET

Print This Page                    Close Window

https://wwwapps.ups.com/WebTracking/processPOD?Requester=&tracknum=1Z8W09Y0...    9/29/2016

**Exhibit 1**