**ITT Educational Services, Inc., et al. (16-07207) - Core List**

| Service Method | Creditor | Address1 | Address2 | Address3 | Address4 | Address5 | Attention | Phone | FAX | Email | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ECF Notice | Faegre Baker Daniels LLP | Attn: Dustin DeNeal | 600 E. 96th Street, Suite 600 | Indianapolis, IN 46240 | | | Dustin R. DeNeal | 317-569-9600 | 317-569-4800 | dustin.deneal@faegrebd.com cindy.wondra@faegrebd.com sarah.herendeen@faegrebd.com | CORE - Counsel to Debtor/Special Counsel to Chapter 7 Trustee |
| ECF Notice | Faegre Baker Daniels LLP | Attn: Jay Jaffe | 600 E. 96th Street, Suite 600 | Indianapolis, IN 46240 | | | Jay Jaffe | 317-569-9600 | 317-569-4800 | jay.jaffe@faegrebd.com sarah.herendeen@faegrebd.com | CORE - Counsel to Debtor/Special Counsel to Chapter 7 Trustee |
| ECF Notice | Faegre Baker Daniels LLP | Attn: Kayla Britton | 600 E. 96th Street, Suite 600 | Indianapolis, IN 46240 | | | Kayla D. Britton | 317-569-9600 | 317-569-4800 | kayla.britton@faegrebd.com sarah.herendeen@faegrebd.com cindy.wondra@faegrebd.com | CORE - Counsel to Debtor/Special Counsel to Chapter 7 Trustee |
| ECF Notice | Office of the United States Trustee | Attn: Laura A. DuVall | 101 W. Ohio, Suite 1000 | Indianapolis, IN 46204 | | | Laura A. DuVall | 317-226-6101 | 317.226.6356 | Laura.Duvall@usdoj.gov catherine.henderson@usdoj.gov ustpregion10.in.ecf@usdoj.gov | CORE - U.S. Trustee |
| ECF Notice | Office of the United States Trustee | Attn: Ronald Moore | 101 W. Ohio, Suite 1000 | Indianapolis, IN 46204 | | | Ronald J. Moore | 317-226-6101 | 317-226-6356 | Ronald.Moore@usdoj.gov | CORE - U.S. Trustee |
| ECF Notice | Proskauer Rose LLP | Attn: Jeff J. Marwil | Three First Naional Plaza | 70 West Madison, Suite 3800 | Chicago, IL 60602-4342 | | Jeff J. Marwil | 312-962-3540 | 312-962-3551 | jmarwil@proskauer.com pyoung@proskauer.com jwebb@proskauer.com npetrov@proskauer.com | CORE - Chapter 7 Trustee (Counsel) |
| ECF Notice | Proskauer Rose LLP | Attn: Timothy Q. Karcher | Eleven Times Square | New York, NY 10036-8299 | | | Timothy Q. Karcher | 212-969-4750 | | tkarcher@proskauer.com | CORE - Chapter 7 Trustee (Counsel) |
| ECF Notice | Rubin & Levin, P.C. | Attn: Deborah Caruso | 135 N. Pennsylvania Street, Suite 1400 | Indianapolis, IN 46204 | | | Deborah J. Caruso | 317-860-2867 | 317-453-8616 | dcaruso@rubin-levin.net mcruser@rubin-levin.net djc@trustesolutions.net dwright@rubin-levin.net | CORE - Chapter 7 Trustee |
| ECF Notice | Rubin & Levin, P.C. | Attn: James E. Rossow, Jr. | 135 N. Pennsylvania Street, Suite 1400 | Indianapolis, IN 46204 | | | James E. Rossow, Jr. | 317-860-2893 | 317-453-8619 | jim@rubin-levin.net lisa@rubin-levin.net robin@rubin-levin.net atty_jer@trustesolutions.com | CORE - Chapter 7 Trustee (Counsel) |
| ECF Notice | Rubin & Levin, P.C. | Attn: James T. Young | 135 N. Pennsylvania Street, Suite 1400 | Indianapolis, IN 46204 | | | James T. Young | 317-860-2913 | 317-453-8613 | james@rubin-levin.net lking@rubin-levin.net atty_young@bluestylus.com | CORE - Chapter 7 Trustee (Counsel) |
| ECF Notice | Rubin & Levin, P.C. | Attn: John C. Hoard | 135 N. Pennsylvania Street, Suite 1400 | Indianapolis, IN 46204 | | | John C. Hoard | 317-860-2875 | 317-453-8616 | johnh@rubin-levin.net atty_jch@trustesolutions.com marie@rubin-levin.net | CORE - Chapter 7 Trustee (Counsel) |
| ECF Notice | Rubin & Levin, P.C. | Attn: Joshua W. Casselman | 135 N. Pennsylvania Street, Suite 1400 | Indianapolis, IN 46204 | | | Joshua W. Casselman | 317-860-2878 | 317-453-8631 | jcasselman@rubin-levin.net angie@rubin-levin.net | CORE - Chapter 7 Trustee (Counsel) |
| ECF Notice | Rubin & Levin, P.C. | Attn: Meredith R. Theisen | 135 N. Pennsylvania Street, Suite 1400 | Indianapolis, IN 46204 | | | Meredith R. Theisen | 317-860-2877 | 317-453-8602 | mtheisen@rubin-levin.net dwright@rubin-levin.net mcruser@rubin-levin.net | CORE - Chapter 7 Trustee (Counsel) |

Exhibit "1"

**ITT Educational Services, Inc., et al. (16-07207) - Appearance List**

| Service Method | Creditor | Address1 | Address2 | Address3 | Address4 | Address5 | Attention | Phone | FAX | Email | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ECF Notice | Abraham Murphy Attorney at Law, LLC | Attn: Abraham Murphy | 22 E. Washington Street, Suite 610 | Indianapolis, IN 46204 | | | Abraham Murphy | 317-248-5570 | 317-248-5571 | murphy@abrahammurphy.com | APP - Alief Independent School District (Houston, TX) APP - City of Houston (Houston, TX) APP - Arlington ISD (Arlington, TX) APP - Clear Creek ISD (Webster, TX) APP - Harris County (Houston, TX) APP - Richardson ISD (Richardson, TX) APP - Spring ISD (Houston, TX) |
| ECF Notice | Archer & Greiner, P.C. | Attn: Jerrold S. Kulback | One Liberty Place, 32nd Floor | 1650 Market Street | Philadelphia, PA 19103 | | Jerrold S. Kulback | 215-246-3162 | 215-963-9999 | jkulback@archerlaw.com | APP - GREENTREE II, LLC |
| ECF Notice | Barack Ferrazzano Kirschbaum | & Nagelberg LLP | Attn: William J. Barrett | 200 West Madison Street | Suite 3900 | Chicago, IL 60606 | William J. Barrett | 312-629-5170 | 312-984-3150 | william.barrett@bfkn.com mark.mackowiak@bfkn.com | APP - Boyd Orange GSA, LLC |
| ECF Notice | Barnes & Thornburg LLP | Attn: Joan Blackwell | 11 S. Meridian Street | Indianapolis, IN 46204 | | | Joan Blackwell | 317-236-1313 | 317-231-7433 | joan.blackwell@btlaw.com | APP - Ricoh USA, Inc |
| ECF Notice | Barnes & Thornburg LLP | Attn: Jonathan D. Sundheimer | 11 S. Meridian Street | Indianapolis, IN 46204 | | | Jonathan D. Sundheimer | 317-236-1313 | 317-231-7433 | jsundheimer@btlaw.com | APP - Ricoh USA, Inc. APP - Pearson Education Inc. |
| ECF Notice | Barnes & Thornburg LLP | Attn: Michael K. McCrory | 11 S. Meridian Street | Indianapolis, IN 46204 | | | Michael K. McCrory | 317-236-1313 | 317-231-7433 | michael.mccrory@btlaw.com bankruptcyindy@btlaw.com | APP - Ricoh USA, Inc. APP - Pearson Education Inc. |
| ECF Notice | Benesch, Friedlander, Coplan, Aronoff LLP | Attn: Patrick F. X. Fitzpatrick | 2300 One American Square | Indianapolis, IN 46282 | | | Patrick F. X. Fitzpatrick | 317-632-3232 | 317-632-2962 | pfitzpatrick@beneschlaw.com docket@beneschlaw.com sgarsnett@beneschlaw.com ccanny@beneschlaw.com mdabio@beneschlaw.com | APP - STG Realty Ventures, LLC APP - North Monroe Properties LLC |
| ECF Notice | Bingham Greenebaum Doll LLP | Attn: Thomas C. Scherer | 10 West Market Street, #2700 | Indianapolis, IN 46204 | | | Thomas C. Scherer | 317-968-5469 | 317-236-9907 | tscherer@bgdlegal.com floyd@bgdlegal.com | APP - Cerberus Business Finance |
| ECF Notice | Bingham Greenebaum Doll LLP | Attn: Whitney Mosby | 10 West Market Street, #2700 | Indianapolis, IN 46204 | | | Whitney L. Mosby | 317-968-5469 | 317-236-9907 | wmosby@bgdlegal.com floyd@bgdlegal.com | APP - Cerberus Business Finance |
| ECF Notice | Bose McKinney & Evans LLP | Attn: James E. Carlberg | 111 Monument Circle, Suite 2700 | Indianapolis, IN 46204 | | | James E. Carlberg | 317-684-5000 | 317-684-5173 | jcarlberg@boselaw.com mwakefield@boselaw.com rmurphy@boselaw.com | APP - Gessner 2014 LP |
| ECF Notice | Bose McKinney & Evans LLP | Attn: James P. Moloy | 111 Monument Circle, Suite 2700 | Indianapolis, IN 46204 | | | James P. Moloy | 317-684-5000 | 317-684-5173 | jmoloy@boselaw.com mwakefield@boselaw.com dlingenfelter@boselaw.com | APP - Gessner 2014 LP |
| Manual Notice | Buchalter Nemer | Attn: Paul M. Weiser | 16435 N. Scottsdale Rd., Suite 440 | Scottsdale, AZ 85254-1754 | | | Paul M. Weiser | 480-383-1800 | 480-824-9400 | pweiser@buchalter.com | APP - SWRE Deal V Building, LLC |
| ECF Notice | California Department of Justice | Bureau of Secondary Education | Attn Craig D. Rust, Deputy AG | 1300 I Street | Sacramento, CA 95814 | | Craig D. Rust | 916-322-0253 | 916-324-5205 | craig.rust@doj.ca.gov kristine.orr@doj.ca.gov | APP - California Dept. of Consumer Affairs |
| ECF Notice | Chimicles & Tikellis LLP | Attn: Andrew W. Ferich | 361 W. Lancaster Avenue | Haverford, PA 19041 | | | Andrew W. Ferich | 610-642-8500 | 610-649-3633 | awf@chimicles.com | APP - Christin M. Long |
| ECF Notice | Chimicles & Tikellis LLP | Attn: Benjamin F. Johns | 361 W. Lancaster Avenue | Haverford, PA 19041 | | | Benjamin F. Johns | 610-642-8500 | 610-649-3633 | bfj@chimicles.com klw@chimicles.com | APP - Christin M. Long |
| ECF Notice | Chimicles & Tikellis LLP | Attn: Jessica L. Titler | 361 W. Lancaster Avenue | Haverford, PA 19041 | | | Jessica L. Titler | 610-642-8500 | 610-649-3633 | jt@chimicles.com | APP - Christin M. Long |
| ECF Notice | Consumer Financial Protection Bureau | Attn: Jonathan H. Reischl | 1700 G. Street | Washington, DC 20552-0003 | | | Jonathan H. Reischl | 202-435-9202 | 202-435-7722 | jonathan.reischl@cfpb.gov | APP - Consumer Financial Protection Bureau |
| ECF Notice | David A. Rosenthal | 410 Main Street | Lafayette, IN 47901 | | | | David A. Rosenthal | 765-423-5375 | | darlaw@nlci.com | APP - Hagerty-Palmer II, LLC |
| ECF Notice | Duane Morris LLP | Attn: Lawrence J. Kotler | 30 South 17th Street | Philadelphia, PA 19103 | | | Lawrence J. Kotler | 215-979-1514 | 215-689-2746 | ljkotler@duanemorris.com | APP - Ricoh USA, Inc |
| ECF Notice | Foley & Lardner LLP | Attn: Alissa Nann | 90 Park Ave | New York, NY 10016 | | | Alissa Nann | 212-682-7474 | 212-687-2329 | anann@foley.com | APP - NOA - Student CU Connect CUSO, LLC |
| ECF Notice | Foley & Lardner LLP | Attn: Richard Bernard | 90 Park Ave | New York, NY 10016 | | | Richard Bernard | 212-682-7474 | 212-687-2329 | rbernard@foley.com | APP - NOA - Student CU Connect CUSO, LLC |
| ECF Notice | Frost Brown Todd LLC | Attn: Edward M. King | 400 West Market Street, Suite 3200 | Louisville, KY 40202 | | | Edward M. King | 502-568-0359 | 502-581-1087 | tking@fbtlaw.com lsugg@fbtlaw.com tking@ecfinforuptcy.com | APP - Westchester Fire Insurance/Insurance Co. of North America |
| ECF Notice | Frost Brown Todd LLC | Attn: Jeffrey A. Hokanson | 201 North Illinois Street, Suite 1900 | Indianapolis, IN 46204 | | | Jeffrey A. Hokanson | 317-237-3480 | 317-237-3900 | jhokanson@fbtlaw.com jhokanson@ecf.inforuptcy.com tacton@fbtlaw.com | APP - Westchester Fire Insurance/Insurance Co. of North America APP - RREF II Walnut Creek, LLC |
| ECF Notice | Goldstein & Pressman | Attn: Robert A. Breidenbach | 10326 Old Olive Street Road | St. Louis, MO 63141-5922 | | | Robert A. Breidenbach | 314-727-1717 | 314-727-1447 | rab@goldsteinpressman.com | APP - Greater Missouri Builders, Inc./GMB-FB, LLC |
| ECF Notice | HammondLaw, PC | Attn: Julian Ari Hammond | 1829 Reisterstown Rd., Suite 410 | Baltimore, MD 21208 | | | Julian Ari Hammond | 443-739-5758 | 310-295-2385 | jhammond@hammondlawpc.com ppecherskaya@hammondlawpc.com | APP - Sean Miner, David Heumann, and Creditors and parties of interest |
| ECF Notice | Indiana Department of Revenue | Attn: Courtney M. Scott | Legal Division, IGCN N-248 | 100 North Senate Avenue, MS-102 | Indianapolis, IN 46204 | | Courtney M. Scott | 317-232-2158 | 317-233-6489 | cscott1@dor.in.gov | APP - Indiana Dept. of Revenue |
| ECF Notice | Indiana Department of Revenue | Legal Division, IGCN N-248 | Attn: Steven D. Carpenter | 100 North Senate Avenue, MS-102 | Indianapolis, IN 46204 | | Steven D. Carpenter | 317-233-3259 | 317-233-6489 | scarpenter1@dor.in.gov | APP - Indiana Dept. of Revenue |
| ECF Notice | Jacobson Hile, LLC | Attn: Christine K. Jacobson | 211 N. Pennsylvania, Suite 1600 | Indianapolis, IN 46204 | | | Christine K. Jacobson | 317-608-1132 | | cjacobson@jacobsonhile.com cjacobson@ecf.inforuptcy.com | APP - Christin M. Long & Punitive Class |
| ECF Notice | Jacobson Hile, LLC | Attn: Michael W. Hile | 211 N. Pennsylvania, Suite 1600 | Indianapolis, IN 46204 | | | Michael W. Hile | 317-608-1131 | | mhile@jacobsonhile.com | APP - Christin M. Long & Punitive Class |
| ECF Notice | John Andrew Goodridge | 1925 W Franklin St | Evansville, IN 47712 | | | | John Andrew Goodridge | 812-423-5535 | 812-423-7370 | jagoodridge@jaglo.com angray@jaglo.com tmrussell@jaglo.com | APP - Todd Lehman |
| ECF Notice | Johnson Blumberg & Associates | Attn: Rocio Herrera | 230 W. Monroe Street, Suite 1125 | Chicago, IL 60606 | | | Rocio Herrera | 312-541-9710 | 312-541-9711 | rocio@johnsonblumberg.com bkecfnotices@johnsonblumberg.com | APP - LSREF4 Dual, LLC |
| ECF Notice | Jordan Ramis P.C. | Attn: Scott S. Anders | 1499 SE Tech Center Pl. | Suite 380 | Vancouver, WA 98683 | | Scott S. Anders | 360-567-3900 | 360-567-3901 | scott.anders@jordanramis.com litparalegal@jordanramis.com | APP - Cascade Station 1, LLC/Cascade Station 2, LLC |
| ECF Notice | Klehr Harrison Harvey Branzburg LLP | Attn: Charles A. Ercole | 1835 Market Street, Suite 1400 | Philadelphia, PA 19103 | | | Charles A. Ercole | 215-569-4282 | 215-568-6603 | cercole@klehr.com acollazo@klehr.com | APP - Dennis Artis, Donna Lindsay, and other persons of similarly situated |
| ECF Notice | Klehr Harrison Harvey Branzburg LLP | Attn: Lee D. Moylan | 1835 Market Street, Suite 1400 | Philadelphia, PA 19103 | | | Lee D. Moylan | 215-569-4140 | 215-568-6603 | lmoylan@klehr.com acollazo@klehr.com | APP - Dennis Artis, Donna Lindsay, and other persons of similarly situated |
| ECF Notice | Klehr Harrison Harvey Branzburg LLP | Attn: Sally E. Veghte | 919 Market Street, Suite 1000 | Wilmington, DE 19801 | | | Sally E. Veghte | 302-552-5503 | 302-429-9193 | sveghte@klehr.com acollazo@klehr.com | APP - Dennis Artis, Donna Lindsay, and other persons of similarly situated |
| ECF Notice | Krieg DeVault LLP | Attn: C. Daniel Motsinger | One Indiana Square, Suite 2800 | Indianapolis, IN 46204-2079 | | | C. Daniel Motsinger | 317-636-4341 | 317-636-1507 | cmotsinger@kdlegal.com lsmalley@kdlegal.com crbpgpleadings@kdlegal.com | APP - Providence Melrose Vista, LLC |

**ITT Educational Services, Inc., et al. (16-07207) - Appearance List**

| Service Method | Creditor | Address1 | Address2 | Address3 | Address4 | Address5 | Attention | Phone | FAX | Email | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ECF Notice | Krieg DeVault LLP | Attn: Kay Dee Baird | One Indiana Square, Suite 2800 | Indianapolis, IN 46204-2079 | | | Kay Dee Baird | 317-636-4341 | 317-636-1507 | kbaird@kdlegal.com rhobdy@kdlegal.com crbpgpleadings@kdlegal.com | APP - Providence Melrose Vista, LLC |
| ECF Notice | Landman & Beatty, Lawyers, LLP | Attn: Donald D. Levenhagen | 9100 Keystone Crossing, Suite 870 | P.O. Box 40960 | Indianapolis, IN 46244-0953 | | Donald D. Levenhagen | 317-236-1040 | 317-236-1049 | dlevenhagen@landmanbeatty.com | APP - CRI Mill Run Limited |
| ECF Notice | Lewis & Kappes, P.C. | Attn: Kevin Alonzo Morrisey | 2500 One American Square | Indianapolis, IN 46282 | | | Kevin Alonzo Morrisey | 317-639-1210 | 317-639-4882 | kmorrisey@lewis-kappes.com jmcaplin@lewis-kappes.com leckert@lewis-kappes.com ktinsley@lewis-kappes.com | APP - Dennis Artis, Donna Lindsay, and other persons of similarly situated |
| ECF Notice | Lindquist & Vennum LLP | Attn: John A. Chanin | 600 17th Street, Suite 1800 South | Denver, CO, 80202-5441 | | | John A. Chanin | 303-454-0590 | 303-573-1956 | jchanin@lindquist.com | APP - The Forum Three, LLC |
| ECF Notice | Lindquist & Vennum LLP | Attn: Stephanie A. Kanan | 600 17th Street, Suite 1800 South | Denver, CO, 80202-5441 | | | Stephanie A. Kanan | 303-454-0590 | 303-573-1956 | skanan@lindquist.com bblessing@lindquist.com | APP - The Forum Three, LLC |
| Manual Notice | Linebarger Googan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | Dallas, TX 75207 | | Elizabeth Weller | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@publicans.com | APP - Tarrant County/Dallas County |
| Manual Notice | Malfitano Partners | Joseph A. Malfitano, PLLC | 747 Third Avenue, 2nd Floor | New York, NY 10017 | | | Joseph A. Malfitano | 646-776-0155 | | jm@malfitanopartners.com | APP - Tiger Capital Group, LLC |
| ECF Notice | Manier & Herod, PC | Attn: Michael E. Collins | One Nashville Place, Suite 2200 | 150 Fourth Avenue North | Nashville, TN 37219-2494 | | Michael E. Collins | 615-244-0030 | 615-242-4203 | mcollins@manierherod.com | APP - Westchester Fire Insurance/Insurance Co. of North America |
| ECF Notice | Manier & Herod, PC | Attn: Robert W. Miller | One Nashville Place, Suite 2200 | 150 Fourth Avenue North | Nashville, TN 37219-2494 | | Robert W. Miller | 615-244-0030 | 615-242-4203 | rmiller@manierherod.com | APP - Westchester Fire Insurance/Insurance Co. of North America |
| ECF Notice | Mika Meyers PLC | Attn: David S. Lefere | 900 Monroe Ave NW | Grand Rapids, MI 49503 | | | David S. Lefere | 616-632-8000 | 616-632-8002 | dlefere@mikameyers.com jfortney@mikameyers.com | APP - B&B Mechanical Services LLC |
| Manual Notice | Northwest Natural Gas Company | Attn: David E. Erickson | 220 NW 2nd Avenue | Portland, OR 97209 | | | David E. Erickson | 503-226-4211 | | dee@nwnatural.com | APP - Northwest Natural Gas Company |
| ECF Notice | Office of the Attorney General | Attn: Abby Sullivan Engen, AAG | P.O. Drawer 1508 | Santa Fe, NM 87504-1508 | | | Abby Sullivan Engen | 505-827-6700 | 505-827-6685 | aengen@nmag.gov eheltman@nmag.gov | APP - State of New Mexico |
| ECF Notice | Office of the Attorney General | Attn: James C. Jacobsen, AAG | 111 Lomas Blvd. NW, Suite 300 | Albuquerque, NM 87102-2368 | | | James C. Jacobsen | 505-222-9085 | 505-222-9006 | jjacobsen@nmag.gov eheltman@nmag.gov | APP - State of New Mexico |
| ECF Notice | Office of the Attorney General | Attn: Joseph M. Sanders | 100 W Randolph St., 12th Fl | Chicago, IL 60601 | | | Joseph M. Sanders | 312-814-6796 | 312-814-2593 | jsanders@atg.state.il.us | APP - Office of the Illinois Attorney General |
| ECF Notice | Office of the Attorney General | Attn: Lydia French, AAG | Insurance and Financial Services Division | One Ashburton Place, 18th Floor'1 Floor | Boston, MA 02108 | | Lydia French | 617-963-2314 | | lydia.french@state.ma.us | APP - Commonwealth of Massachusetts |
| ECF Notice | Office of the Indiana Attorney General | Attn: Heather Crockett | 302 West Washington Street | Indiana Gov't Center South, 5th Floor | Indianapolis, IN 46204-2770 | | Heather Crockett | 317-233-6254 | 317-232-7979 | Heather.Crockett@atg.in.gov christy.simpson@atg.in.gov | APP - Office of the Indiana Attorney General |
| ECF Notice | Office of the Indiana Attorney General | Attn: Melinda MacAnally | 302 West Washington Street | Indiana Gov't Center South, 5th Floor | Indianapolis, IN 46204-2770 | | Melinda MacAnally | 317-234-8431 | 317-232-7979 | Melinda.MacAnally@atg.in.gov christy.simpson@atg.in.gov | APP - Office of the Indiana Attorney General |
| ECF Notice | Office of the United States Attorney | Attn: Jeffrey L. Hunter, Asst. U.S. Attorney | 10 West Market, Suite 2100 | Indianapolis, IN 46204 | | | Jeffrey L. Hunter | 317-226-6333 | | jeff.hunter@usdoj.gov usains.ecfbankruptcy@usdoj.gov denise.woody@usdoj.gov kristie.baker@usdoj.gov | APP - United States of America, Dept. of Education, Dept of Defense |
| ECF Notice | Ogletree, Deakins, Nash, Smoak, & Stewart P.C. | Attn: Patrick F. Mastrian, III | 111 Monument Circle, Suite 4600 | Indianapolis, IN 46204 | | | Patrick F. Mastrian, III | 317-916-1300 | 317-916-9076 | patrick.mastrian@ogletreedeakins.com dayna.kistler@ogletreedeakins.com | APP - Allison Hopkins |
| ECF Notice | Outten & Golden LLP | Attn: Jack A. Raisner | 685 Third Avenue, 25th Floor | New York, NY 10017 | | | Jack A. Raisner | 212-245-1000 | 646-549-2070 | jar@outtengolden.com | APP - Allen Federman, Joanna Castro, Steve Ryan, and similar creditors |
| ECF Notice | Outten & Golden LLP | Attn: Rene S. Roupinian | 685 Third Avenue, 25th Floor | New York, NY 10017 | | | Rene S. Roupinian | 212-245-1000 | 646-549-2070 | rsr@outtengolden.com gl@outtengolden.com rfisher@outtengolden.com rmasubuchi@outtengolden.com kdeleon@outtengolden.com jxh@outtengolden.com | APP - Allen Federman, Joanna Castro, Steve Ryan, and similar creditors |
| ECF Notice | Pension Benefit Guaranty Corporation | Office of the Chief Counsel | Attn: Michael I. Baird | 1200 K Street, N.W., Suite 340 | Washington, D.C. 20005-4026 | | Michael I. Baird | 202-326-4020, ext. 6222 | 202-326-4112 | baird.michael@pbgc.gov efile@pbgc.gov | APP - Pension Benefit Guaranty Corporation |
| Manual Notice | Perdue, Brandon, Fielder, Collins, & Mott LLP | Attn: Eboney Cobb | 500 E. Border Street, Suite 640 | Arlington, TX 76010 | | | Eboney Cobb | 817-461-3344 | 817-860-6509 | ecobb@pbfcm.com | APP - Arlington ISD/Richardson ISD |
| ECF Notice | Riddell Williams P.S. | Attn: Robert A. Amkraut | 1001 Fourth Avenue, Suite 4500 | Seattle, WA 98154-1192 | | | Robert A. Amkraut | 206-624-3600 | 206-389-1708 | ramkraut@riddellwilliams.com | APP - Boeing Employees Credit Union |
| ECF Notice | Riley Bennett Egloff LLP | Attn: Anthony R. Jost | 141 E. Washington Street, Fourth Floor | Indianapolis, IN 46204 | | | Anthony R. Jost | 317-636-8000 | 317-636-8027 | tjost@rbelaw.com baldous@rbelaw.com | APP - Allen Federman, Joanna Castro, Steve Ryan, and similar creditors |
| ECF Notice | Schulte Roth & Zabel LLP | Attn: Adam Harris | 919 Third Avenue | New York, NY 10022 | | | Adam Harris | 212-756-2000 | 212-593-5955 | adam.harris@srz.com | APP - Cerberus Business Finance, LLC |
| ECF Notice | Schulte Roth & Zabel LLP | Attn: Taejin Kim | 919 Third Avenue | New York, NY 10022 | | | Taejin Kim | 212-756-2000 | 212-593-5955 | tae.kim@srz.com | APP - Cerberus Business Finance, LLC |
| ECF Notice | Simon Property Group, Inc. | Attn: Ronald M. Tucker | 225 West Washington Street | Indianapolis, IN 46204 | | | Ronald M. Tucker | 317-263-2346 | 317-263-7901 | rtucker@simon.com bankruptcy@simon.com cmartin@simon.com | APP - Simon Property Group, Inc. |
| ECF Notice | SmithAmundsen LLC | Attn: Martha R. Lehman | Capital Center, South Tower | 201 North Illinois Street | Indianapolis, IN 46204 | | Martha R. Lehman | 317-636-4142 | 317-464-4143 | mlehman@salawus.com marthalehman87@gmail.com pdidandeh@salawus.com | APP - Dell Marketing, L.P. |
| ECF Notice | Texas Attorney General's Office | Ashley Flynn Bartram | Bankruptcy Regulatory Section | Bankruptcy & Collections Division | P.O. Box 12548- MC 008 | Austin, TX 78711-2548 | Ashley Flynn Bartram | 512-463-2173 | 512-936-1409 | ashley.bartram@oag.texas.gov elizabeth.martin@oag.texas.gov | APP - Texas Higher Education Coordinating Board |
| ECF Notice | Texas Attorney General's Office | Hal F. Morris | Bankruptcy Regulatory Section | Bankruptcy & Collections Division | P.O. Box 12548- MC 008 | Austin, TX 78711-2548 | Hal F. Morris | 512-463-2173 | 512-936-1409 | hal.morris@oag.texas.gov | APP - Texas Higher Education Coordinating Board |
| ECF Notice | TN Dept of Revenue | c/o TN Attorney General's Office | Bankruptcy Division | PO Box 20207 | Nashville, TN 37202-0207 | | Michael Willey | 615-532-8924 | 615-741-3334 | michael.willey@ag.tn.gov | APP - TN Dept of Revenue |
| ECF Notice | Tydings & Rosenberg LLP | Attn: Alan M. Grochal | 100 East Pratt Street, 26th Floor | Baltimore, MD 21202 | | | Alan M. Grochal | 410-752-9700 | 410-727-5460 | agrochal@tydingslaw.com | APP - CEC Red Run, LLC |
| ECF Notice | U.S. Department of Justice | Civil Division | Attn: Danielle Pham | P.O. Box 875 | Ben Franklin Station | Washington, DC 20044-0875 | Danielle Pham | 202-514-7451 | 202-514-9163 | danielle.pham@usdoj.gov | APP - United States of America |
| ECF Notice | U.S. Department of Justice | Civil Division | Attn: David H. DeCelles | P.O. Box 875 | Ben Franklin Station | Washington, DC 20044-0875 | David H. DeCelles | 202-305-2419 | 202-514-9163 | david.h.decelles@usdoj.gov | APP - United States of America |
| ECF Notice | U.S. Securities and Exchange Commission | Attn: Sonia Chae | 175 West Jackson Blvd., Suite 900 | Chicago, IL 60604 | | | ChaeS@SEC.GOV | 312-353-6269 | | chaes@sec.gov | APP - U.S. Securities and Exchange Commission |
| ECF Notice | Waller Lansden Dortch & Davis LLP | Attn: Eric J. Taube | 100 Congress Ave., Suite 1800 | Austin, Texas 78701 | | | Eric J. Taube | 512-685-6400 | 512-685-6417 | Eric.taube@wallerlaw.com annmarie.jezisek@wallerlaw.com sherris@wallerlaw.com | APP - I-290 Limited Partnership |
| ECF Notice | Winston Law Firm | Attn: Bradley Winston | 2924 Davie Road, Suite 201 | Davie, FL 33314 | | | Bradley Winston | 954-475-9666 | 954-475-2279 | bwinston@winstonlaw.com lwheaton@winstonlaw.com | APP - Clare Christle |

**ITT Educational Services, Inc., et al. (16-07207) - Request for Notice List**

| Service Method | Creditor | Address1 | Address2 | Address3 | Address4 | Address5 | Attention | Phone | FAX | Email | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ECF Notice | Gordon Feinblatt LLC | Attn: Lawrence D. Coppel | 233 East Redwood Street | Baltimore, MD 21202 | | | Lawrence D. Coppel | 410-576-4000 | 410-576-4196 | lcoppel@gfrlaw.com | NOA - FRP Hillside LLC#4 |
| Manual Notice | Halling Meza LLP | Attn: Chris W. Halling | 23586 Calabasas Road | Calabasas, CA 91302 | | | Chris W. Halling | 818-222-4994 | 818-222-4995 | challing@hallingmeza.com | NOA - Solar Drive Business, LLC |
| Manual Notice | Hanson Bridgett LLP | Attn: Jordan A. Lavinsky | 425 Market Street, 26th Floor | San Francisco, CA 94105 | | | Jordan A. Lavinsky | 415-777-3200 | 415-541-9366 | jlavinsky@hansonbridgett.com | NOA - Market-Turk Company |
| ECF Notice | Krieg DeVault LLP | Attn: Lauren C. Sorrell | One Indiana Square, Suite 2800 | Indianapolis, IN 46204-2079 | | | Lauren C. Sorrell | 317-636-4341 | 317-636-1507 | lsorrell@kdlegal.com | NOA - Providence Melrose Vista, LLC |
| Manual Notice | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | PO Box 3064 | Houston, TX 77253-3064 | | | John P. Dillman | 713-844-3478 | 713-844-3503 | houston_bankruptcy@lgbs.com | NOA - Harris County |
| Manual Notice | Office of the Texas Attorney General | Attn: Rachel Obaldo, AAG | Bankruptcy & Collections Division | P. O. Box 12548 | Austin, TX 78711-2548 | | Rachel Obaldo, AAG | 512-475-4551 | 512-936-1409 | rachel.obaldo@oag.texas.gov | NOA - Comptroller of Public Accounts of the State of Texas |
| Manual Notice | Perdue, Brandon, Fielder, Collins & Mott, L.L.P | Attn: Carl O. Sandin | 1235 North Loop West, Suite 600 | Houston, TX 77008 | | | Carl O. Sandin | 713-862-1860 | 713-862-1429 | csandin@pbfcm.com | NOA - Clear Creek ISD |
| Manual Notice | Synchrony Bank | c/o Recovery Management Systems Corporation | 25 SE 2nd Avenue, Suite 1120 | Miami, FL 33131-1605 | | | | 305-379-7674 | 305-374-8113 | claims@recoverycorp.com | NOA - Synchrony Bank |
| ECF Notice | Wooden & McLaughlin LLP | Attn: Amy L. VonDielingen | One Indiana Square, Suite 1800 | Indianapolis, IN 46204 | | | Amy L. VonDielingen | 317-639-6151 | 317-639-6444 | avondielingen@woodmclaw.com | NOA - CNO Financial Group, Inc. |