SO ORDERED: January 20, 2017.



James M. Carr
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] ) | Case No. 16-07207-JMC-7A |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

### ORDER APPOINTING OUTTEN & GOLDEN LLP AS INTERIM CLASS COUNSEL AND DENYING COMPETING MOTIONS

THIS MATTER comes before the Court on:

(1)  *Federman et al. Plaintiffs' Motion Pursuant to Fed. R. Bankr. P. 7023(g) for Appointment of Interim Class Counsel and Related Relief* filed by Allen Federman, Joanna Castro and Steve Ryan on behalf of themselves and all others similarly situated on October 11, 2016 (Docket No. 322) (the "Federman Motion"), and all related pleadings and submissions including those at Docket Nos. 460 and 653.

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

(2) *Claimant Christin M. Long's Motion to Appoint Benjamin F. Johns of Chimicles & Tikellis LLP and Michael W. Hile of Jacobson Hile, LLC as Interim Co-Lead Counsel, and Brandon M. Wise of Peiffer Rosca Wolf Abdullah Carr & Kane APLC to an Executive Committee* filed by Christin M. Long on October 11, 2016 (Docket No. 320) (the "Long Motion"), and all related pleadings and submissions including those at Docket Nos. 458, 460, 550 and 655.

(3) *Motion of Artis Plaintiffs' for Appointment of Klehr Harrison Harvey Branzburg LLP as Interim Class Counsel Pursuant to Fed. R. Bankr. Proc. 7023(g)* filed by Dennis Artis, Donna A. Lindsay and Patricia Marshall on October 11, 2016 (Docket No. 321) (together with the Long Motion, the "Competing Motions"), and all related pleadings and submissions including those at Docket Nos. 459, 460 and 656.

The Court, having reviewed the Federman Motion, the Competing Motions and all related pleadings and submissions, having heard the representations of counsel at a hearing on November 16, 2016, and being otherwise duly advised, now **GRANTS** the Federman Motion pursuant to Fed. R. Civ. P. 23(g), made applicable to this bankruptcy case by Fed. R. Bankr. P. 7023, and **DENIES** the Competing Motions.

IT IS ORDERED that Outten & Golden LLP be appointed as interim class counsel to represent the WARN Act claimants in this bankruptcy case.

# # #