Exhibit A

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▼ UK ▼ CHINA

June 22, 2017

Invoice    32036215
Tax ID     41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

**Client**        Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc.
**Matter**        General Corporate and SEC Compliance
**FaegreBD File** 511089.000001

For professional services rendered and disbursements incurred through May 31, 2017

Services                                                                1,875.50

**Invoice Total**                                                  $    1,875.50

**Due and Payable Upon Receipt**
**Thank You**

600 E. 96th Street ▼ Suite 600
Indianapolis ▼ Indiana 46240-3789
Phone +1 317 569 9600 ▼ Fax +1 317 569 4800

**FAEGRE BAKER DANIELS**

FaegreBD.com                                                                                              USA ▼ UK ▼ CHINA

June 22, 2017                                                         Invoice    32036215
                                                                      Tax ID     41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | General Corporate and SEC Compliance |
| FaegreBD File | 511089.000001 |

For professional services rendered and disbursements incurred through May 31, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 05/05/17 | S.B. Herendeen | 0.40 | 110.00 | Begin drafting notice of invoice for fees and expenses for February and March |
| 05/05/17 | S.B. Herendeen | 0.20 | 55.00 | Consultation with J. Jaffe regarding interim compensation and drafting of notice of invoice |
| 05/05/17 | J. Jaffe | 0.60 | 378.00 | Conference with S. Herendeen regarding preparation of interim fee applications, and unique circumstance requiring submission of separate notices for estate and non-estate reimbursement matters (.3); telephonic conference with J. Hoard to confirm that 20% hold back should not apply to recoveries from non-estate sources (.3) |
| 05/09/17 | S.B. Herendeen | 0.10 | 27.50 | Email message to R. Jenkins regarding February and March invoices |
| 05/11/17 | S.B. Herendeen | 1.00 | 275.00 | Revise notice of invoice regarding invoices to be paid by bankruptcy estate; draft notice of invoice regarding invoices to be paid by various plans; revise/finalize invoice exhibits |
| 05/15/17 | S.B. Herendeen | 0.60 | 165.00 | Revise, finalize, electronically file and serve notices of invoice |
| 05/15/17 | S.B. Herendeen | 0.40 | 110.00 | Revise notices of invoice and forward to J. Jaffe for review |
| 05/17/17 | S.B. Herendeen | 0.40 | 110.00 | Create hearing binder for amended fee application following telephone call from J. Jaffe |
| 05/17/17 | J. Jaffe | 0.30 | 189.00 | Several emails with potential real estate purchaser and M. Theisen to attempt to create competition for asset |
| 05/22/17 | J. Jaffe | 0.20 | 126.00 | Emails to D. Caruso regarding PSRB request for E&O Policies |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc.
June 22, 2017
Page    2

Faegre Baker Daniels LLP
Invoice   32036215

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 05/25/17 | S.B. Herendeen | 0.10 | 27.50 | Update eDockets calendar following review of recently filed pleading |
| 05/31/17 | S.B. Herendeen | 1.10 | 302.50 | Begin drafting detailed memorandums to Finance Department outlining application of payments received from client to invoices following voice mail message from J. Jaffe |

| | | |
|---|---|---|
| Total Hours | 5.40 | |
| Total Services | | $ 1,875.50 |
| Invoice Total | | $ 1,875.50 |

### Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|---|---|---|---|
| J. Jaffe | 1.10 | 630.00 | 693.00 |
| S.B. Herendeen | 4.30 | 275.00 | 1,182.50 |
| Total | 5.40 | | $ 1,875.50 |

Case 16-07207-JMC-7A    Doc 186-1    Filed 06/27/17    EOD 06/27/17 15:46:07    Pg 5 of 9

June 22, 2017

| | |
|---|---|
| Invoice | 32036216 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | Employee Benefit Plans |
| **FaegreBD File** | 511089.000002 |

For professional services rendered and disbursements incurred through June 7, 2017

| | |
|---|---:|
| Services | 13,936.50 |
| **Invoice Total** | $ 13,936.50 |

**Due and Payable Upon Receipt**
**Thank You**

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

June 22, 2017

Invoice      32036216
Tax ID       41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | Employee Benefit Plans |
| **FaegreBD File** | 511089.000002 |

For professional services rendered and disbursements incurred through June 7, 2017

### Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 05/01/17 | G.L. Skolnik | 0.50 | 335.00 | Respond to D. Caruso and A. Hart regarding participant's questions about "stock plan" contributions |
| 05/03/17 | J. Jaffe | 0.20 | 126.00 | Conference with D. DeNeal, E. Little regarding preparation of motion to pay tail coverage |
| 05/03/17 | J. Jaffe | 0.30 | 189.00 | Email exchanges regarding preparation of Motion to Extend fiduciary policy tail coverage |
| 05/03/17 | J. Jaffe | 1.00 | 630.00 | Telephonic conference with G. Skolnik and review fiduciary policy with K. Toner, review history of policy summary formula for basis of relief |
| 05/03/17 | J. Jaffe | 0.40 | 252.00 | Telephonic conference with R. Wehrle regarding purchase of tail coverage |
| 05/03/17 | G.L. Skolnik | 0.40 | 268.00 | Correspond with J. Jaffe regarding Chubb fiduciary liability insurance policy and procurement of tail coverage |
| 05/04/17 | J. Jaffe | 0.30 | 189.00 | Telephonic conference with D. Caruso regarding crime/fiduciary policies and recommendations |
| 05/04/17 | J. Jaffe | 1.00 | 630.00 | Several telephonic conferences with P. Justice, R. Wehrle, J. Hoard regarding extension coverage options |
| 05/04/17 | G.L. Skolnik | 0.10 | 67.00 | Teleconference with J. Jaffe regarding whether cost of fiduciary liability coverage can be paid from plan assets |
| 05/05/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with D. Caruso regarding Deloutte's request for pre-approval of additional charges to provide post audit work papers |
| 05/05/17 | G.L. Skolnik | 0.50 | 335.00 | Review auditor engagement letters |

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc.
June 22, 2017
Page 2

Faegre Baker Daniels LLP
Invoice  32036216

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 05/08/17 | J. Jaffe | 0.40 | 252.00 | Review Cavanaugh default judgment application, research history, and email to D. Caruso regarding same |
| 05/08/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with J. Jaffe regarding purported ERISA claim filled in Arizona |
| 05/08/17 | G.L. Skolnik | 0.10 | 67.00 | Finish review of auditor's engagement letters and correspond with J. Hoard regarding same |
| 05/09/17 | J. Jaffe | 1.20 | 756.00 | Draft motion to authorize purchase of tail coverage |
| 05/09/17 | J. Jaffe | 0.20 | 126.00 | Conference with S. Herendeen regarding interim allowance without hold back for plan/insurance payments activities |
| 05/09/17 | J. Jaffe | 0.20 | 126.00 | Telephonic conference with P. Sullivan, D. Caruso for quote on tail coverage |
| 05/09/17 | J. Jaffe | 0.30 | 189.00 | Emails with D. Caruso, G. Skolnik regarding tail coverage for fiduciary and crime policies |
| 05/09/17 | G.L. Skolnik | 0.50 | 335.00 | Respond to D. Caruso's questions regarding ERISA fidelity bond application and other retirement plan matters |
| 05/09/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with D. Caruso regarding ERISA fidelity bond |
| 05/10/17 | J. Jaffe | 0.30 | 189.00 | Draft order for tail coverage motion |
| 05/10/17 | J. Jaffe | 0.50 | 315.00 | Emails with G. Skolnik, D. Caruso for review of motion to authorize purchase of tail coverage and revise same after receiving comments |
| 05/10/17 | J. Jaffe | 0.20 | 126.00 | Attend to filing and service of tail coverage motion |
| 05/10/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with D. Caruso regarding extent to which audit expenses can be paid from plan assets |
| 05/10/17 | G.L. Skolnik | 0.20 | 134.00 | Review proposed motion for authority to purchase tail coverage on fiduciary insurance policy and correspond with J. Jaffe regarding same |
| 05/12/17 | S.B. Herendeen | 0.30 | 82.50 | Draft, finalize and electronically file appearance for E. Little |
| 05/15/17 | J. Jaffe | 0.30 | 189.00 | Revise February/March Draw Request |
| 05/16/17 | J. Jaffe | 0.30 | 189.00 | Emails with D. Caruso regarding preparation of motion for authority to procure ERISA Bond/fiduciary bond renewal policies |
| 05/17/17 | J. Jaffe | 0.20 | 126.00 | Several emails and telephonic conference with M. Theisen to determine need to seek approval to pay ERISA Bond premiums |
| 05/17/17 | G.L. Skolnik | 0.60 | 402.00 | Review ERISA bonds issued for pension and 401(k) plan and correspond with D. Caruso and J. Ritman regarding same |
| 05/18/17 | J. Jaffe | 1.80 | 1,134.00 | Prepare for and attend hearing on interim fee application |
| 05/18/17 | J. Jaffe | 0.20 | 126.00 | Emails to non-estate parties regarding payment of allowed fees |
| 05/18/17 | J. Jaffe | 0.20 | 126.00 | Pull together materials to anticipate emergency filing for ERISA Bonds |
| 05/18/17 | J. Jaffe | 0.30 | 189.00 | Review claim of employee for medical benefit and email exchange with G. Skolnik regarding same |
| 05/18/17 | G.L. Skolnik | 0.50 | 335.00 | Respond to J. Jaffe regarding COBRA beneficiary's inquiry about medical claims under ITT ESI's self-insured plan |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc.  
June 22, 2017  
Page 3

Faegre Baker Daniels LLP  
Invoice 32036216

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 05/18/17 | G.L. Skolnik | 0.50 | 335.00 | Correspond with R. Fox of Transamerica, B. Fletcher and D. Caruso regarding annual fee disclosure notice |
| 05/19/17 | J. Jaffe | 0.30 | 189.00 | Telephonic conference with M. Theisen and email/telephone call with W. Gouldsbury regarding order on fiduciary policy |
| 05/19/17 | J. Jaffe | 0.20 | 126.00 | Review correspondence with J. Cook |
| 05/19/17 | G.L. Skolnik | 1.60 | 1,072.00 | Respond to participant inquiry regarding medical plan claims and follow up correspondence with S. Nguyen at DOL for information to be included in response |
| 05/19/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with B. Fletcher and D. Caruso regarding steps to be taken to locate missing participants |
| 05/23/17 | J. Jaffe | 0.40 | 252.00 | Telephonic conference and email with W. Gouldsbury regarding changes to order on fiduciary policy and to request an invoice |
| 05/23/17 | J. Jaffe | 0.20 | 126.00 | Review Chubb correspondence regarding tail coverage cost |
| 05/23/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with D. Caruso and J. Alvarez and B. Fletcher of BGBC regarding 201 plan audits and Forms 5500 |
| 05/23/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with B. Fletcher and C. Herald regarding missing participants and returned mailings |
| 05/24/17 | J. Jaffe | 0.20 | 126.00 | Conference with E. Little to update on status and prepare her for hearing |
| 05/24/17 | J. Jaffe | 0.70 | 441.00 | Several emails with D. Caruso, G. Skolnik, J. Rittman regarding ERISA Bonds, need for court approval, Fiduciary Tail Coverage invoice and Federal counsel issues |
| 05/24/17 | J. Jaffe | 0.30 | 189.00 | Several emails and telephonic conference with W. Gouldsbury to resolve federal insurance concerns |
| 05/24/17 | J. Jaffe | 0.30 | 189.00 | Several emails with J. Marwil et al regarding PSRB attempts to end run Trustee on policy issues |
| 05/24/17 | G.L. Skolnik | 0.30 | 201.00 | Review and respond to correspondence from D. Caruso and J. Rittman regarding fidelity bond |
| 05/24/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with M. Theisen, B. Fletcher and M. Joyce of Chubb regarding payment of fees pursuant to bankruptcy court order |
| 05/26/17 | E. Little | 0.20 | 57.00 | Prepare for hearing regarding motion to authorize trustee to purchase tail coverage on fiduciary policy |
| 05/30/17 | J. Jaffe | 0.30 | 189.00 | Telephonic conference with D. Caruso, E. Little regarding matters set for hearing on May 31 |
| 05/30/17 | G.L. Skolnik | 0.40 | 268.00 | Respond to D. Caruso regarding plan participant's inquiry to the court regarding benefit plan issues |
| 05/30/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with B. Fletcher regarding outstanding invoices for plan-related fees and regarding fees paid for 2016 audits |
| 05/30/17 | E. Little | 0.20 | 57.00 | Confer with D. Caruso regarding the hearing regarding the motion to authorize trustee to purchase tail coverage on fiduciary policy |
| 05/30/17 | E. Little | 0.50 | 142.50 | Prepare for hearing regarding the motion to authorize trustee to purchase tail coverage on fiduciary policy |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc.  
June 22, 2017  
Page 4

Faegre Baker Daniels LLP  
Invoice 32036216

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 05/31/17 | E. Little | 1.00 | 285.00 | Omnibus hearing regarding the motion to authorize trustee to purchase tail coverage on fiduciary policy and other matters |
| 05/31/17 | E. Little | 0.30 | 85.50 | Prepare for hearing regarding the motion to authorize trustee to purchase tail coverage on fiduciary policy; send proposed order to chambers |
| **Total Hours** | | **23.00** | | |

| | | |
|---|---|---|
| **Total Services** | $ | 13,936.50 |
| **Invoice Total** | $ | 13,936.50 |

### Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|---|---|---|---|
| G.L. Skolnik | 7.80 | 670.00 | 5,226.00 |
| J. Jaffe | 12.70 | 630.00 | 8,001.00 |
| E. Little | 2.20 | 285.00 | 627.00 |
| S.B. Herendeen | 0.30 | 275.00 | 82.50 |
| Total | 23.00 | | $ 13,936.50 |