Exhibit A

**FAEGRE BAKER
DANIELS**

FaegreBD.com                                                                                                                USA • UK • CHINA

---

June 22, 2017                                                                                    Invoice      32036217
                                                                                                 Tax ID       41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204


## Invoice Summary


| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | Pension Plan Administration |
| **FaegreBD File** | 511089.000003 |

For professional services rendered and disbursements incurred through June 22, 2017

Services                                                                                                                      12,460.00

**Invoice Total**                                                                                                   $    12,460.00

**Due and Payable Upon Receipt
Thank You**

---

600 E. 96th Street ▼ Suite 600
Indianapolis ▼ Indiana 46240-3789
Phone +1 317 569 9600 ▼ Fax +1 317 569 4800

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

June 22, 2017

Invoice    32036217
Tax ID     41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | Pension Plan Administration |
| FaegreBD File | 511089.000003 |

For professional services rendered and disbursements incurred through June 22, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 05/01/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with D. Harman, B. Fletcher and D. Caruso regarding investment policy statement and teleconference to discuss investment recommendations |
| 05/01/17 | G. Widmer | 1.70 | 646.00 | Draft forms for IRS determination letter submission |
| 05/02/17 | G.L. Skolnik | 0.20 | 134.00 | Teleconference with G. Widmer regarding pension plan application for determination |
| 05/02/17 | G.L. Skolnik | 0.10 | 67.00 | Review correspondence from C. Herald regarding pending QDROs under pension plan |
| 05/02/17 | G. Widmer | 0.90 | 342.00 | Revise forms for IRS determination request |
| 05/03/17 | G.L. Skolnik | 0.60 | 402.00 | Teleconference with D. Harmon and D. Caruso to discuss ProCourse investment recommendations implementation steps and adoption of investment policy statement |
| 05/03/17 | G.L. Skolnik | 0.20 | 134.00 | Retrieve and transmit to G. Widmer plan documents needed for Form 5310 filing |
| 05/04/17 | G.L. Skolnik | 0.50 | 335.00 | Draft written action adopting investment policy statement for Pension Plan and transmit same to D. Caruso with comments |
| 05/05/17 | G. Widmer | 0.40 | 152.00 | Review and send draft determination submission to G. Skolnik |
| 05/08/17 | D.L. Hinshaw | 1.30 | 715.00 | Review records regarding missing spouse of participant in pension plan to determine requirements for spousal consent |
| 05/08/17 | G.L. Skolnik | 1.00 | 670.00 | Correspond with A. Hart and review ESI Pension Plan's disability retirement provisions |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc.  
June 22, 2017  
Page 2

Faegre Baker Daniels LLP  
Invoice 32036217

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 05/08/17 | G.L. Skolnik | 0.30 | 201.00 | Review D. Hinshaw's summary of research regarding documentation required to substantiate participant's claim that spouse cannot be located |
| 05/10/17 | G.L. Skolnik | 0.30 | 201.00 | Finish drafting written action adopting investment policy statement (IPS) and transmit written action and IPS to D. Caruso |
| 05/10/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with C. Gerace of JP Morgan regarding status of agreements for Titan platform transition |
| 05/11/17 | G.L. Skolnik | 0.10 | 67.00 | Prepare for status conference on pension plan termination |
| 05/11/17 | G.L. Skolnik | 0.70 | 469.00 | Teleconference with A. Hart, B. Fletcher, N. Balassi and S. Niemeyer regarding status of plan termination |
| 05/12/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with B. Fletcher and D. Caruso regarding responding to participant inquiries about disability retirement distributions |
| 05/12/17 | G.L. Skolnik | 0.20 | 134.00 | Review revised provisions of JP Morgan Benefit Paying Agent Agreement and correspond with D. Caruso regarding same |
| 05/15/17 | D.L. Hinshaw | 0.30 | 165.00 | Telephone call with G. Widmer and G. Skolnik to discuss issues related to Form 5310 application for IRS determination on termination |
| 05/15/17 | G.L. Skolnik | 0.40 | 268.00 | Teleconference with G. Widmer and D. Hinshaw regarding Pension Plan Form 5310 and attachments |
| 05/15/17 | G.L. Skolnik | 0.40 | 268.00 | Review updated agreements and correspond with D. Caruso and B. Fletcher regarding finalizing JP Morgan agreements |
| 05/15/17 | G.L. Skolnik | 0.80 | 536.00 | Complete review of draft Forms 5310 and 2848 |
| 05/15/17 | G.L. Skolnik | 0.60 | 402.00 | Review ESI Pension Plan files relating to Normal Retirement Age (determination that it is typical for the industry) |
| 05/15/17 | G. Widmer | 0.30 | 114.00 | Revise attachment to Form 5310 for pension plan determination letter submission |
| 05/15/17 | G. Widmer | 0.40 | 152.00 | Confer with G. Skolnik and D. Hinshaw regarding determination letter request |
| 05/16/17 | G.L. Skolnik | 0.20 | 134.00 | Review draft language for 5310 attachment (regarding normal retirement age) and correspond with G. Widmer regarding same |
| 05/16/17 | G.L. Skolnik | 0.10 | 67.00 | Review proposed Investment Management Agreement with Winthrop Capital Management for ESI Pension Plan |
| 05/16/17 | G. Widmer | 1.00 | 380.00 | Revise determination letter submission and send to D. Caruso |
| 05/17/17 | G.L. Skolnik | 0.90 | 603.00 | Correspond with D. Hinshaw, G. Widmer and A. Hart regarding Form 5310 filing |
| 05/17/17 | G.L. Skolnik | 0.50 | 335.00 | Review ERISA bond application and respond to D. Caruso's questions regarding same |
| 05/17/17 | G. Widmer | 0.20 | 76.00 | Correspond with G. Skolnik and A. Hart regarding determination letter forms |
| 05/18/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with G. Widmer, B. Fletcher, A. Hart and D. Caruso regarding Form 5310 filing and regarding 2016 Form 5500 |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc.
June 22, 2017
Page 3

Faegre Baker Daniels LLP
Invoice 32036217

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 05/18/17 | G.L. Skolnik | 0.40 | 268.00 | Review proposed Investment and Management Agreement with Winthrop Capital |
| 05/18/17 | G. Widmer | 0.50 | 190.00 | Review and compile determination letter submission |
| 05/19/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with M. Baird of PBGC and S. Nguyen of DOL regarding Form 5310 submission filed with IRS today |
| 05/19/17 | G.L. Skolnik | 1.10 | 737.00 | Finish review of Winthrop Capital Management Investment Management Agreement |
| 05/19/17 | G. Widmer | 0.20 | 76.00 | Sign and file request for IRS determination letter |
| 05/24/17 | G.L. Skolnik | 0.30 | 201.00 | Review changes to Benefit Paying Agency Agreement and correspond with D. Caruso regarding same |
| 05/25/17 | G.L. Skolnik | 0.50 | 335.00 | Status call regarding ESI Pension Plan termination |
| 05/25/17 | G. Widmer | 0.50 | 190.00 | Attend status call regarding termination of ESI Pension Plan |
| 05/31/17 | D.L. Hinshaw | 0.50 | 275.00 | Review records to determine current summary plan description and summary of material modifications |
| 05/31/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with D. Hinshaw and G. Widmer on pension plan SPD/SMM issues and follow up correspondence with D. Caruso regarding same |
| 05/31/17 | G.L. Skolnik | 0.60 | 402.00 | Correspond with D. Caruso requesting authorization to restate ESI Pension Plan SPD |
| 05/31/17 | G. Widmer | 0.20 | 76.00 | Gather historical pension plan SPD and SMMs for response to employee request for documents |
| 06/15/17 | G.L. Skolnik | 1.30 | 871.00 | Review pension plan disability provisions and respond to questions from D. Caruso and C. Herald regarding participant's claim that his 1099 should be changed to reflect that his distribution was due to disability |

| | | | |
|---|---|---|---|
| Total Hours | | 21.70 | |
| Total Services | | | $ 12,460.00 |
| Invoice Total | | | $ 12,460.00 |

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|---|---|---|---|
| G.L. Skolnik | 13.30 | 670.00 | 8,911.00 |
| D.L. Hinshaw | 2.10 | 550.00 | 1,155.00 |
| G. Widmer | 6.30 | 380.00 | 2,394.00 |
| Total | 21.70 | | $ 12,460.00 |

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

June 22, 2017

Invoice       32036218
Tax ID        41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

**Client**         Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc.
**Matter**         401k Plan Administration
**FaegreBD File**  511089.000004

For professional services rendered and disbursements incurred through June 8, 2017

| | |
|---|---:|
| Services | 1,607.00 |
| Disbursements | 57.25 |
| **Invoice Total** | **$ 1,664.25** |

Due and Payable Upon Receipt
Thank You

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

June 22, 2017

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204

Invoice  32036218
Tax ID   41-0244008

# Invoice Detail

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | 401k Plan Administration |
| **FaegreBD File** | 511089.000004 |

For professional services rendered and disbursements incurred through June 8, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 05/04/17 | G. Widmer | 1.30 | 494.00 | Revise and compile determination letter submission for pension plan |
| 05/15/17 | G. Widmer | 0.30 | 114.00 | Review Form 5310 regarding normal retirement age |
| 05/24/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with R. Fox of Transamerica, D. Caruso and B. Fletcher regarding annual fee disclosure notice |
| 05/25/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with R. Fox and C. Herald regarding annual fee disclosure notice and deadline to update participant addresses for notice mailing |
| 05/25/17 | G. Widmer | 0.20 | 76.00 | Review project status and prepare for conference call regarding ESI Pension Plan termination |
| 05/30/17 | G. Widmer | 0.30 | 114.00 | Identify current summary plan description and summaries of material modifications |
| 05/31/17 | G. Widmer | 0.40 | 152.00 | Analyze SPDs and assess whether summary of material modifications is required to communicate plan termination |
| 05/31/17 | G. Widmer | 1.20 | 456.00 | Analyze plan documents and draft 2017 Summary Plan Description |
| **Total Hours** | | **4.00** | | |

**Total Services**                                                                 $    1,607.00

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc.
June 22, 2017
Page    2

Faegre Baker Daniels LLP
Invoice   32036218

## Disbursements

| Description | Date | $ Value | Quantity |
|---|---|---|---|
| Internal Copying/Printing | | 41.10 | 274 |
| Postage | | 16.15 | |
| Subtotal Summarized Disbursements | | 57.25 | |

Total Disbursements                                     $    57.25

Invoice Total                                           $ 1,664.25

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|---|---|---|---|
| G.L. Skolnik | 0.30 | 670.00 | 201.00 |
| G. Widmer | 3.70 | 380.00 | 1,406.00 |
| Total | 4.00 | | $ 1,607.00 |

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

June 22, 2017

Invoice   32036219
Tax ID    41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

**Client**        Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc.
**Matter**        DOL Investigations
**FaegreBD File** 511089.000005

For professional services rendered and disbursements incurred through June 22, 2017

Services                                                                        4,690.00

**Invoice Total**                                                         $     4,690.00

**Due and Payable Upon Receipt**
**Thank You**

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▼ UK ▼ CHINA

June 22, 2017

Invoice    32036219
Tax ID    41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | DOL Investigations |
| **FaegreBD File** | 511089.000005 |

For professional services rendered and disbursements incurred through June 22, 2017

### Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 05/02/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with DOL examiner S. Nguyen regarding additional documentation requested relating to trustee's retention of Katz, Sapper & Miller as benefits administrator |
| 05/03/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with S. Nguyen of DOL and follow up correspondence with D. Caruso and B. Fletcher regarding additional documentation requested by DOL; follow up correspondence with J. Hoard and S. Nguyen regarding DOL's request for additional documentation regarding service agreements |
| 05/04/17 | G.L. Skolnik | 0.10 | 67.00 | Review requested information received from Transamerica for DOL regarding missing participants |
| 05/04/17 | G.L. Skolnik | 0.60 | 402.00 | Correspond with B. Evans of Transamerica and B. Fletcher regarding DOL request for update on status of missing participants |
| 05/04/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with B. Evans of Transamerica to obtain additional information regarding status of missing participant search |
| 05/04/17 | G.L. Skolnik | 0.30 | 201.00 | Teleconference with S. Nguyen of DOL regarding requested service agreements; respond to additional correspondence and requests from S. Nguyen of DOL |
| 05/04/17 | G.L. Skolnik | 0.40 | 268.00 | Correspond with B. Fletcher and J. Hoard regarding response to DOL request for KSM service agreement for engagement letter |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc.
June 22, 2017
Page 2

Faegre Baker Daniels LLP
Invoice 32036219

| Date | Name | Hours | $ Value | Description |
| --- | --- | --- | --- | --- |
| 05/05/17 | G.L. Skolnik | 0.60 | 402.00 | Teleconference with DOL examiner S. Nguyen regarding additional information needed by DOL in connection with pending investigations |
| 05/05/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with B. Fletcher and D. Caruso regarding DOL requests for additional information and documents |
| 05/10/17 | G.L. Skolnik | 0.60 | 402.00 | Respond to additional questions from DOL examiner S. Nguyen and provide her with copies of additional documents (service provider agreements) |
| 05/12/17 | G.L. Skolnik | 0.80 | 536.00 | Correspond with S. Nguyen and provide additional requested documents |
| 05/16/17 | G.L. Skolnik | 0.50 | 335.00 | Correspond with DOL examiner S. Nguyen to provide additional requested documents |
| 05/18/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with DOL investigator S. Nguyen regarding participant's inquiry about medical plan claims |
| 05/18/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with S. Nguyen of DOL regarding ERISA fidelity bonds |
| 05/23/17 | G.L. Skolnik | 1.00 | 670.00 | Telephone call with DOL examiner S. Nguyen regarding additional documentation and information requested by DOL in examination of pension plan and follow-up with D. Caruso and B. Fletcher regarding same; transmit additional requested documents to DOL examiner |
| 05/24/17 | G.L. Skolnik | 1.10 | 737.00 | Correspond with D. Caruso, B. Fletcher and S. Nguyen of DOL regarding additional records needed regarding pension plan trust account and transmit additional documents required by DOL |
| **Total Hours** | | **7.00** | | |

| | | |
| --- | --- | --- |
| **Total Services** | $ | 4,690.00 |
| **Invoice Total** | $ | **4,690.00** |