Exhibit A

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

September 27, 2017

Invoice     32038155
Tax ID      41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | General Corporate and SEC Compliance |
| **FaegreBD File** | 511089.000001 |

For professional services rendered and disbursements incurred through August 31, 2017

| | | |
|---|---|---|
| Services | | 2,198.50 |
| Disbursements | | 11.50 |
| **Invoice Total** | $ | 2,210.00 |

**Due and Payable Upon Receipt**
**Thank You**

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FAEGRE BAKER DANIELS

FaegreBD.com                                                                                          USA ▾ UK ▾ CHINA

September 27, 2017

| | |
|---|---|
| Invoice | 32038155 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | General Corporate and SEC Compliance |
| FaegreBD File | 511089.000001 |

For professional services rendered and disbursements incurred through August 31, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 08/02/17 | S.B. Herendeen | 1.10 | 302.50 | Draft and finalize detailed memorandum to Finance Department outlining application of payment received from Transamerica to April invoice; email message to J. Jaffe regarding receipt of incorrect payment amounts from Transamerica regarding May invoice; update payment amount spreadsheet |
| 08/02/17 | J. Jaffe | 0.30 | 189.00 | Email exchanges regarding state of compliance with SEC reporting/filing |
| 08/04/17 | S.B. Herendeen | 0.40 | 110.00 | Draft and finalize detailed memorandum to Finance Department outlining application of payment received from Transamerica to April invoice; email message to J. Jaffe regarding receipt of incorrect payment amounts from Transamerica regarding May invoice; update payment amount spreadsheet |
| 08/17/17 | S.B. Herendeen | 0.20 | 55.00 | Email message to D. Stevenson and R. Jenkins regarding status of June and July invoices following consultation with J. Jaffe |
| 08/18/17 | J. Jaffe | 0.20 | 126.00 | Telephonic conference with D. Caruso regarding response to creditor requests for case status |
| 08/21/17 | S.B. Herendeen | 0.20 | 55.00 | Follow-up email message to D. Stevenson regarding July invoices following consultation with J. Jaffe |
| 08/21/17 | S.B. Herendeen | 1.30 | 357.50 | Draft notices of invoice and prepare exhibits following email messages with D. Stevenson |
| 08/21/17 | J. Jaffe | 0.50 | 315.00 | Review and revise draw requests |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
September 27, 2017
Page    2

Faegre Baker Daniels LLP
Invoice   32038155

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 08/22/17 | S.B. Herendeen | 0.90 | 247.50 | Revise, finalize and electronically file notices of invoice and exhibits; update eDockets calendar; update fee and expense summary spreadsheet |
| 08/30/17 | J. Jaffe | 0.70 | 441.00 | Review D. Caruso request, research files and respond to question concerning composition and location of student lists |

**Total Hours**  5.80

**Total Services**  $  2,198.50

## Disbursements

| Description | Date | $ Value | Quantity |
|-------------|------|---------|----------|
| Postage | | 11.50 | |
| Subtotal   Summarized Disbursements | | | 11.50 |

**Total Disbursements**  $  11.50

**Invoice Total**  $  2,210.00

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|------|-------|--------|---------|
| J. Jaffe | 1.70 | 630.00 | 1,071.00 |
| S.B. Herendeen | 4.10 | 275.00 | 1,127.50 |
| Total | 5.80 | $ | 2,198.50 |

# FAEGRE BAKER DANIELS

FaegreBD.com

USA ▾ UK ▾ CHINA

September 27, 2017

| | |
|---|---|
| Invoice | 32038156 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | Employee Benefit Plans |
| **FaegreBD File** | 511089.000002 |

For professional services rendered and disbursements incurred through August 31, 2017

| | |
|---|---|
| Services | 6,462.00 |
| **Invoice Total** | $    6,462.00 |

**Due and Payable Upon Receipt**
**Thank You**

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com

FAEGRE BAKER
DANIELS

USA ▾ UK ▾ CHINA

September 27, 2017

| | |
|---|---|
| Invoice | 32038156 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | Employee Benefit Plans |
| FaegreBD File | 511089.000002 |

For professional services rendered and disbursements incurred through August 31, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 08/01/17 | J. Jaffe | 0.70 | 441.00 | Review and revise Trustee email to M. Babi regarding stock option rights |
| 08/01/17 | J. Jaffe | 0.50 | 315.00 | Review materials and prepare for Cavanaugh hearing |
| 08/01/17 | J. Jaffe | 0.50 | 315.00 | Several emails and telephone calls to broker resolution of Cavanaugh claim |
| 08/01/17 | G.L. Skolnik | 0.30 | 201.00 | Teleconference with E. Little regarding Cavanaugh lawsuit and motion for relief from stay |
| 08/01/17 | G.L. Skolnik | 1.00 | 670.00 | Finish drafting response to M. Babi regarding stock option issues |
| 08/01/17 | E. Little | 1.70 | 484.50 | Email K. Holmstrom regarding W. Cavanaugh's action in the Arizona District Court; telephone call with W. Cavanaugh in an attempt to resolve his Motion to Vacate Stay; strategize with J. Jaffe in attempt to resolve the Motion to Vacate Stay |
| 08/02/17 | J. Jaffe | 0.80 | 504.00 | Multiple emails responding to Trustee questions and revising Babi response |
| 08/02/17 | J. Jaffe | 1.80 | 1,134.00 | Prepare for and participate in Cavanaugh hearing |
| 08/02/17 | G.L. Skolnik | 0.70 | 469.00 | Correspond with J. Jaffe and D. Caruso regarding response to M. Babi relating to stock option question and correspond with C. Long regarding same |
| 08/02/17 | E. Little | 1.30 | 370.50 | Prepare for and attend hearing on W. Cavanaugh's Motion to Vacate Stay |
| 08/03/17 | G.L. Skolnik | 1.00 | 670.00 | Correspond with J. Jaffe, J. Hoard, D. Caruso, C. Long and C. Herald regarding M. Babi stock option question |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
September 27, 2017
Page    2

Faegre Baker Daniels LLP
Invoice    32038156

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 08/11/17 | E. Little | 0.20 | 57.00 | Email K. Holmstrom regarding new lawsuit filed by W. Cavanaugh against CNA and Hartford |
| 08/14/17 | E. Little | 0.20 | 57.00 | Confer with S. Bewley regarding the proposed Order Granting In Part William Cavanaugh's Motion to Vacate Stay |
| 08/16/17 | J. Jaffe | 0.30 | 189.00 | Review Cavanaugh order and email D. Caruso, K. Toner regarding follow-up communication to fiduciary carrier |
| 08/17/17 | J. Jaffe | 0.20 | 126.00 | Conference with E. Little regarding follow-up to make sure ITT is dismissed from Arizona action |
| 08/18/17 | E. Little | 0.20 | 57.00 | Email W. Cavanaugh a copy of the Order Granting in part William Cavanaugh's Motion to Vacate Stay and requesting confirmation of the dismissal of ITT in the Arizona District Court action |
| 08/21/17 | G.L. Skolnik | 0.20 | 134.00 | Teleconference with D. Caruso and J. Hoard regarding DOL's preliminary findings in connection with pending plan investigation and next steps regarding same |
| 08/25/17 | G.L. Skolnik | 0.30 | 201.00 | Review correspondence form J. Rittman and new endorsement from Travelers for fidelity bond |
| 08/30/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with B. Fletcher regarding Transamerica duplicate check on 401(k) matter |
| **Total Hours** | | **12.00** | | |

| | | | |
|---|---|---|---|
| Total Services | | $ | 6,462.00 |

| | | | |
|---|---|---|---|
| **Invoice Total** | | **$** | **6,462.00** |

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|------|-------|--------|---------|
| G.L. Skolnik | 3.60 | 670.00 | 2,412.00 |
| J. Jaffe | 4.80 | 630.00 | 3,024.00 |
| E. Little | 3.60 | 285.00 | 1,026.00 |
| Total | 12.00 | $ | 6,462.00 |