Exhibit A

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

September 27, 2017

Invoice     32038157
Tax ID      41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | Pension Plan Administration |
| **FaegreBD File** | 511089.000003 |

For professional services rendered and disbursements incurred through August 31, 2017

Services                                                                                     7,545.00

**Invoice Total**                                                                    $        7,545.00

**Due and Payable Upon Receipt**
**Thank You**

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

# FAEGRE BAKER DANIELS

FaegreBD.com

USA ▾ UK ▾ CHINA

September 27, 2017

| | |
|---|---|
| Invoice | 32038157 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | Pension Plan Administration |
| FaegreBD File | 511089.000003 |

For professional services rendered and disbursements incurred through August 31, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 08/02/17 | G.L. Skolnik | 0.20 | 134.00 | Conference with D. Hinshaw regarding review of NOPBs templates |
| 08/02/17 | G.L. Skolnik | 0.90 | 603.00 | Review NOPB templates |
| 08/03/17 | D.L. Hinshaw | 0.40 | 220.00 | Telephone call with ESI pension plan termination team to discuss NOPBs |
| 08/03/17 | G.L. Skolnik | 0.90 | 603.00 | Revise NOBPs and circulate same among pension plan termination team with comments |
| 08/03/17 | G.L. Skolnik | 0.50 | 335.00 | Status call with pension plan termination team regarding pension plan termination and related issues |
| 08/17/17 | G.L. Skolnik | 0.70 | 469.00 | Teleconference with B. Fletcher, D. Caruso, N. Balassi and A. Hart regarding status of pension plan termination project |
| 08/17/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with B. Fletcher and D. Caruso regarding annuity placement service selection |
| 08/18/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with A. Hart and D. Hinshaw regarding NOPB review |
| 08/21/17 | D.L. Hinshaw | 2.00 | 1,100.00 | Review, revision and comment on NOPBs for pension plan |
| 08/29/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with D. Caruso and B. Fletcher regarding annuity placement service provider selection for ESI Pension Plan |
| 08/30/17 | G.L. Skolnik | 0.40 | 268.00 | Teleconference with D. Caruso, J. Hoard and B. Fletcher regarding selection of annuity placement services provider for ESI Pension Plan |
| 08/30/17 | G.L. Skolnik | 0.40 | 268.00 | Follow-up correspondence with A. Hart and J. Hoard regarding discussion of annuity placement services in 8/31 status call |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
September 27, 2017
Page    2

Faegre Baker Daniels LLP
Invoice   32038157

| Date | Name | Hours | $  Value | Description |
|------|------|-------|----------|-------------|
| 08/30/17 | G.L. Skolnik | 0.10 | 67.00 | Conference with D. Hinshaw regarding NOPB question raised by Aon Hewitt |
| 08/30/17 | G.L. Skolnik | 0.10 | 67.00 | Review correspondence from ESI Pension Center regarding disability retirement claim |
| 08/30/17 | G.L. Skolnik | 0.40 | 268.00 | Review annuity placement provider proposals in advance of selection meeting |
| 08/31/17 | D.L. Hinshaw | 3.40 | 1,870.00 | Review and comment on NOPBs for group of pension plan participants; conference to discuss same with AON |
| 08/31/17 | G.L. Skolnik | 0.60 | 402.00 | Address questions relating to NOPBs |
| 08/31/17 | G.L. Skolnik | 1.00 | 670.00 | Plan termination project status call, including discussion with S. Shepard regarding annuity placement services |
| **Total Hours** | | **12.30** | | |

| | | |
|---|---|---|
| Total Services | $ | 7,545.00 |

| | | |
|---|---|---|
| **Invoice Total** | **$** | **7,545.00** |

## Services Summary by Professional

| Name | Hours | $  Rate | $  Value |
|------|-------|---------|----------|
| G.L. Skolnik | 6.50 | 670.00 | 4,355.00 |
| D.L. Hinshaw | 5.80 | 550.00 | 3,190.00 |
| Total | 12.30 | $ | 7,545.00 |

600 E. 96th Street ▼ Suite 600
Indianapolis ▼ Indiana 46240-3789
Phone +1 317 569 9600 ▼ Fax +1 317 569 4800

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

September 27, 2017

Invoice       32038158
Tax ID        41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | 401k Plan Administration |
| **FaegreBD File** | 511089.000004 |

For professional services rendered and disbursements incurred through August 31, 2017

| | |
|---|---|
| Services | 1,170.00 |
| **Invoice Total** | $       1,170.00 |

**Due and Payable Upon Receipt**
**Thank You**

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

September 27, 2017

| | |
|---|---|
| Invoice | 32038158 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | 401k Plan Administration |
| FaegreBD File | 511089.000004 |

For professional services rendered and disbursements incurred through August 31, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 08/03/17 | S.B. Herendeen | 0.20 | 55.00 | Email messages with and telephone call from A. Blane-Vaughn regarding duplicate Transamerica checks |
| 08/03/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with B. Fletcher regarding 401(k) plan beneficiary issues |
| 08/08/17 | S.B. Herendeen | 0.40 | 110.00 | Draft letter to B. Fletcher at Katz, Sapper & Miller returning duplicate check on behalf of G. Skolnik following consultation with J. Jaffe |
| 08/09/17 | G.L. Skolnik | 0.80 | 536.00 | Correspond with B. Fletcher regarding beneficiary issues relating to deceased participants Dixon, Boch & West |
| 08/14/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with B. Fletcher and D. Caruso regarding response to P. Safford letter about 401(k) plan benefit |
| 08/31/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with D. Caruso and B. Fletcher regarding 2017 required minimum distributions and termination dates |
| Total Hours | | 2.10 | | |

| | | |
|---|---|---|
| Total Services | $ | 1,170.00 |

| | | |
|---|---|---|
| **Invoice Total** | $ | 1,170.00 |

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
September 27, 2017
Page    2

Faegre Baker Daniels LLP
Invoice   32038158

## Services Summary by Professional

| Name | Hours | $  Rate | $  Value |
|---|---|---|---|
| G.L. Skolnik | 1.50 | 670.00 | 1,005.00 |
| S.B. Herendeen | 0.60 | 275.00 | 165.00 |
| Total | 2.10 | $ | 1,170.00 |

600 E. 96th Street ▼ Suite 600
Indianapolis ▼ Indiana 46240-3789
Phone +1 317 569 9600 ▼ Fax +1 317 569 4800

# FAEGRE BAKER DANIELS

September 27, 2017

Invoice      32038159
Tax ID      41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | DOL Investigations |
| **FaegreBD File** | 511089.000005 |

For professional services rendered and disbursements incurred through August 31, 2017

| | |
|---|---|
| Services | 536.00 |

| | | |
|---|---|---|
| **Invoice Total** | $ | 536.00 |

**Due and Payable Upon Receipt**
**Thank You**

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

September 27, 2017

| | |
|---|---|
| Invoice | 32038159 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | DOL Investigations |
| **FaegreBD File** | 511089.000005 |

For professional services rendered and disbursements incurred through August 31, 2017

## Professional Services

| Date | Name | Hours | $   Value | Description |
|---|---|---|---|---|
| 08/03/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with DOL examiner S. Nguyen regarding pension plan termination question |
| 08/21/17 | G.L. Skolnik | 0.20 | 134.00 | Review DOL preliminary findings in pension plan investigation |
| 08/25/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with s. Nguyen of DOL regarding fidelity bond endorsement |
| **Total Hours** | | **0.80** | | |

| | | |
|---|---|---|
| **Total Services** | $ | 536.00 |

| | | |
|---|---|---|
| **Invoice Total** | $ | 536.00 |

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800