**Exhibit D**

[Summary of Notices of Invoice]

**SUMMARY OF PROSKAUER INVOICES FOR THE
PERIOD FEBRUARY 1, 2017 THROUGH AUGUST 31, 2017**

| Date Circulated to Notice Parties | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses |
| 5/05/2017 [Doc 1613] | 2/1/2017 – 3/31/2017 | $1,150,651.50 | $37,970.90 | $920,521.20 | $37,970.90 |
| 6/06/2017 [Doc 1807] | 4/1/2017 – 4/30/2017 | $429,413.50 | $9,481.86 | $343,530.80 | $9,481.86 |
| 7/07/2017 [Doc 1932] | 5/1/2017 – 5/31/2017 | $510,774.25 | $11,532.16 | $408,619.40 | $11,532.16 |
| 7/26/2017 [Doc 1968] | 6/1/2017 – 6/30/2017 | $386,688.25 | $19,897.52 | $309,350.60 | $19,897.52 |
| 8/24/2017 [Doc 2024] | 7/1/2017 – 7/31/2017 | $305,209.00 | $5,876.65 | Pending | Pending |
| 9/13/2017 [Doc 2072] | 8/1/2017 – 8/31/2017 | $284,687.75 | $22,777.66 | Pending | Pending |
| **TOTAL** | | $3,067,424.25 | $107,536.75 | $1,982,022.00 | $78,882.44 |