**Exhibit A**

FaegreBD.com

# FAEGRE BAKER
# DANIELS

USA ▾ UK ▾ CHINA

March 10, 2017

| | |
|---|---|
| Invoice | 32034345 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | General Corporate and SEC Compliance |
| **FaegreBD File** | 511089.000001 |

For professional services rendered and disbursements incurred through February 28, 2017

| | | |
|---|---|---|
| Services | | 3,165.50 |
| **Invoice Total** | $ | 3,165.50 |

Due and Payable Upon Receipt
Thank You

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

March 10, 2017

| | |
|---|---|
| Invoice | 32034345 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | General Corporate and SEC Compliance |
| **FaegreBD File** | 511089.000001 |

For professional services rendered and disbursements incurred through February 28, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 02/02/17 | S.B. Herendeen | 0.90 | 247.50 | Review employee related spreadsheets received from E. Little and cross-reference names and personal identifiers |
| 02/03/17 | C.G. Long | 0.30 | 163.50 | Conference with J. Jaffe: pull copies of documents requested by J. Hoard |
| 02/03/17 | S.B. Herendeen | 0.80 | 220.00 | Continue review of employee related spreadsheets received from E. Little and cross-reference names and personal identifiers |
| 02/03/17 | J. Jaffe | 0.30 | 189.00 | Emails to J. Hoard transmitting documents located |
| 02/03/17 | J. Jaffe | 0.20 | 126.00 | Telephonic conference with H. Gross regarding sale tax estimates |
| 02/03/17 | J. Jaffe | 1.00 | 630.00 | Telephonic conference with J. Hoard and research to locate corporate documents & department of education |
| 02/06/17 | C.G. Long | 0.60 | 327.00 | Assemble additional documentation for trustee at J. Jaffe request |
| 02/06/17 | J. Jaffe | 0.20 | 126.00 | Review articles, by-laws, and ed materials located by C. Long |
| 02/13/17 | J. Jaffe | 0.30 | 189.00 | Review D. Caruso email, research student notice methodology, and respond |
| 02/14/17 | S.B. Herendeen | 0.40 | 110.00 | Access data room and download student data spreadsheet following email messages from D. DeNeal and P. Kinealy |
| 02/14/17 | J. Jaffe | 0.30 | 189.00 | Review and comment on response regarding student notices |
| 02/15/17 | J. Jaffe | 0.20 | 126.00 | Telephonic conference with D. Caruso regarding status of liquidation and report for fee application |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc.

Faegre Baker Daniels LLP

March 10, 2017

Invoice   32034345

Page     2

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 02/17/17 | S.B. Herendeen | 0.10 | 27.50 | Email message to C. Long, G. Skolnik, and J. Jaffe regarding submission of proformas for preparation of upcoming fee application |
| 02/23/17 | S.B. Herendeen | 1.80 | 495.00 | Begin drafting fee application following voicemail message from J. Jaffe |
| **Total Hours** | | **7.40** | | |

| | | |
|---|---|---|
| **Total Services** | $ | 3,165.50 |
| **Invoice Total** | $ | 3,165.50 |

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|------|-------|--------|---------|
| J. Jaffe | 2.50 | 630.00 | 1,575.00 |
| C.G. Long | 0.90 | 545.00 | 490.50 |
| S.B. Herendeen | 4.00 | 275.00 | 1,100.00 |
| **Total** | **7.40** | $ | **3,165.50** |

# FAEGRE BAKER DANIELS

FaegreBD.com                                                USA ▾ UK ▾ CHINA

March 10, 2017                                              Invoice      32034345
                                                           Tax ID       41-0244008

Client ID          511089
Matter             General Corporate and SEC Compliance
FaegreBD File      511089.000001

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

**Invoice Total**                     $      3,165.50

Payment Enclosed                      _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**                              **Remit checks to**

Faegre Baker Daniels LLP                          Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.                75 Remittance Drive  Dept. 6952
Account Number:  1942086487                       Chicago, IL   60675-6952
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

**FAEGRE BAKER
DANIELS**

FaegreBD.com                                                                                    USA ▾ UK ▾ CHINA

May 3, 2017                                                              Invoice        32035387
                                                                        Tax ID         41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

**Client**          Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
                    Services, Inc.
**Matter**          General Corporate and SEC Compliance
**FaegreBD File**   511089.000001

For professional services rendered and disbursements incurred through March 31, 2017

Services                                                                                   165.00

**Invoice Total**                                                            $          165.00

Due and Payable Upon Receipt
Thank You

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com
FAEGRE BAKER
DANIELS
USA ▾ UK ▾ CHINA

May 3, 2017

| | |
|---|---|
| Invoice | 32035387 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

# Invoice Detail

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | General Corporate and SEC Compliance |
| **FaegreBD File** | 511089.000001 |

For professional services rendered and disbursements incurred through March 31, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 03/21/17 | S.B. Herendeen | 0.40 | 110.00 | Scan edited proformas and email messages with R. Jenkins regarding revisions to same |
| 03/22/17 | S.B. Herendeen | 0.10 | 27.50 | Email message to C. Kelly regarding invoices |
| 03/30/17 | S.B. Herendeen | 0.10 | 27.50 | Telephone call from J. Jaffe regarding fee application |
| **Total Hours** | | **0.60** | | |

| | | |
|---|---|---|
| Total Services | $ | 165.00 |
| **Invoice Total** | **$** | **165.00** |

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|---|---|---|---|
| S.B. Herendeen | 0.60 | 275.00 | 165.00 |
| **Total** | **0.60** | **$** | **165.00** |

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

# FAEGRE BAKER DANIELS

FaegreBD.com

USA ▾ UK ▾ CHINA

May 3, 2017

Invoice 32035387
Tax ID 41-0244008

Client ID          511089
Matter             General Corporate and SEC Compliance
FaegreBD File      511089.000001

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

Invoice Total                        $      165.00

Payment Enclosed                     _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL  60675-6952

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com

**FAEGRE BAKER**
**DANIELS**

USA ▾ UK ▾ CHINA

June 22, 2017

| | |
|---|---|
| Invoice | 32036215 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | General Corporate and SEC Compliance |
| **FaegreBD File** | 511089.000001 |

For professional services rendered and disbursements incurred through May 31, 2017

| | | |
|---|---|---|
| Services | | 1,875.50 |
| **Invoice Total** | $ | 1,875.50 |

Due and Payable Upon Receipt
Thank You

**FAEGRE BAKER
DANIELS**

FaegreBD.com

USA ▾ UK ▾ CHINA

June 22, 2017

| | |
|---|---|
| Invoice | 32036215 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | General Corporate and SEC Compliance |
| FaegreBD File | 511089.000001 |

For professional services rendered and disbursements incurred through May 31, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 05/05/17 | S.B. Herendeen | 0.40 | 110.00 | Begin drafting notice of invoice for fees and expenses for February and March |
| 05/05/17 | S.B. Herendeen | 0.20 | 55.00 | Consultation with J. Jaffe regarding interim compensation and drafting of notice of invoice |
| 05/05/17 | J. Jaffe | 0.60 | 378.00 | Conference with S. Herendeen regarding preparation of interim fee applications, and unique circumstance requiring submission of separate notices for estate and non-estate reimbursement matters (.3); telephonic conference with J. Hoard to confirm that 20% hold back should not apply to recoveries from non-estate sources (.3) |
| 05/09/17 | S.B. Herendeen | 0.10 | 27.50 | Email message to R. Jenkins regarding February and March invoices |
| 05/11/17 | S.B. Herendeen | 1.00 | 275.00 | Revise notice of invoice regarding invoices to be paid by bankruptcy estate; draft notice of invoice regarding invoices to be paid by various plans; revise/finalize invoice exhibits |
| 05/15/17 | S.B. Herendeen | 0.60 | 165.00 | Revise, finalize, electronically file and serve notices of invoice |
| 05/15/17 | S.B. Herendeen | 0.40 | 110.00 | Revise notices of invoice and forward to J. Jaffe for review |
| 05/17/17 | S.B. Herendeen | 0.40 | 110.00 | Create hearing binder for amended fee application following telephone call from J. Jaffe |
| 05/17/17 | J. Jaffe | 0.30 | 189.00 | Several emails with potential real estate purchaser and M. Theisen to attempt to create competition for asset |
| 05/22/17 | J. Jaffe | 0.20 | 126.00 | Emails to D. Caruso regarding PSRB request for E&O Policies |

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
June 22, 2017
Page    2

Faegre Baker Daniels LLP
Invoice   32036215

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 05/25/17 | S.B. Herendeen | 0.10 | 27.50 | Update eDockets calendar following review of recently filed pleading |
| 05/31/17 | S.B. Herendeen | 1.10 | 302.50 | Begin drafting detailed memorandums to Finance Department outlining application of payments received from client to invoices following voice mail message from J. Jaffe |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 5.40 | | |
| Total Services | | | | $    1,875.50 |
| **Invoice Total** | | | | **$    1,875.50** |

### Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|---|---|---|---|
| J. Jaffe | 1.10 | 630.00 | 693.00 |
| S.B. Herendeen | 4.30 | 275.00 | 1,182.50 |
| **Total** | **5.40** | $ | **1,875.50** |

**FAEGRE BAKER DANIELS**

FaegreBD.com

USA ▾ UK ▾ CHINA

June 22, 2017

| | |
|---|---|
| Invoice | 32036215 |
| Tax ID | 41-0244008 |

| | |
|---|---|
| Client ID | 511089 |
| Matter | General Corporate and SEC Compliance |
| FaegreBD File | 511089.000001 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

Invoice Total                          $     1,875.50

Payment Enclosed                 _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL  60675-6952

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FAEGRE BAKER
DANIELS

July 21, 2017

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

| | |
|---|---|
| Invoice | 32036764 |
| Tax ID | 41-0244008 |

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | General Corporate and SEC Compliance |
| **FaegreBD File** | 511089.000001 |

For professional services rendered and disbursements incurred through June 30, 2017

| | |
|---|---|
| Services | 3,491.00 |
| **Invoice Total** | $    3,491.00 |

**Due and Payable Upon Receipt**
**Thank You**

**FAEGRE BAKER
DANIELS**

July 21, 2017

| | |
|---|---|
| Invoice | 32036764 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | General Corporate and SEC Compliance |
| FaegreBD File | 511089.000001 |

For professional services rendered and disbursements incurred through June 30, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 06/02/17 | S.B. Herendeen | 1.00 | 275.00 | Continue drafting detailed memorandums to Finance Department outlining application of payments received from client to invoices |
| 06/02/17 | S.B. Herendeen | 0.40 | 110.00 | Attention to service of order following email message from E. Little (.2); draft, finalize and electronically file certificate of service (.2) |
| 06/05/17 | S.B. Herendeen | 0.30 | 82.50 | Finalize detailed memorandums to Finance Department outlining application of payments received from client to invoices following email messages with D. DeNeal |
| 06/07/17 | S.B. Herendeen | 0.80 | 220.00 | Begin drafting draw notices following consultation with J. Jaffe |
| 06/07/17 | J. Jaffe | 0.50 | 315.00 | Work on April and May billing/draw request |
| 06/07/17 | J. Jaffe | 0.30 | 189.00 | Review SEC settlement motion and email J. Yeager et al regarding same |
| 06/08/17 | S.B. Herendeen | 1.80 | 495.00 | Finalize draft invoice notices, scan invoice exhibits, and forward same to J. Jaffe for review (.5); create spreadsheet summarizing fee applications, invoice notices, and payments received (1.0); revise invoice notice following email message from J.  Jaffe (.3) |
| 06/08/17 | J. Jaffe | 0.50 | 315.00 | Revise notice and work on billing requests for April |
| 06/09/17 | S.B. Herendeen | 0.70 | 192.50 | Revise, finalize, electronically file and serve draw notices (.5); update fee summary spreadsheet (.2) |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
July 21, 2017
Page    2

Faegre Baker Daniels LLP
Invoice   32036764

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 06/09/17 | J. Jaffe | 0.20 | 126.00 | Complete April Bill processing |
| 06/26/17 | S.B. Herendeen | 0.80 | 220.00 | Begin drafting notices of invoices following consultation with J. Jaffe |
| 06/27/17 | S.B. Herendeen | 1.10 | 302.50 | Continue drafting notices of invoices (.3); scan invoice exhibits (.2); forward drafts to J. Jaffe for review (.1); revise, finalize, electronically file and serve notices of invoices (.5) |
| 06/27/17 | J. Jaffe | 0.20 | 126.00 | Review and approve interim draw requests |
| 06/29/17 | S.B. Herendeen | 0.10 | 27.50 | Update eDockets calendar following review of recently filed pleadings |
| 06/30/17 | S.B. Herendeen | 1.80 | 495.00 | Draft and finalize detailed memorandums to Finance Department outlining application of payments received from J.P. Morgan Corporate Investment Bank and Transamerica to invoices |

| | | | | |
|------|------|-------|---------|---|
| **Total Hours** | | **10.50** | | |
| **Total Services** | | | | $ 3,491.00 |
| **Invoice Total** | | | | $ 3,491.00 |

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|------|-------|--------|---------|
| J. Jaffe | 1.70 | 630.00 | 1,071.00 |
| S.B. Herendeen | 8.80 | 275.00 | 2,420.00 |
| Total | 10.50 | | $ 3,491.00 |

FaegreBD.com

# FAEGRE BAKER DANIELS

July 21, 2017

| | |
|---|---|
| Invoice | 32036764 |
| Tax ID | 41-0244008 |

| | |
|---|---|
| Client ID | 511089 |
| Matter | General Corporate and SEC Compliance |
| FaegreBD File | 511089.000001 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

Invoice Total                     $      3,491.00

Payment Enclosed           _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL  60675-6952

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com

**FAEGRE BAKER**
**DANIELS**

USA ▾ UK ▾ CHINA

August 5, 2017

| | |
|---|---|
| Invoice | 32037110 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | General Corporate and SEC Compliance |
| **FaegreBD File** | 511089.000001 |

For professional services rendered and disbursements incurred through July 31, 2017

| | |
|---|---|
| Services | 464.00 |
| Disbursements | 10.80 |
| **Invoice Total** | $ 474.80 |

**Due and Payable Upon Receipt**
**Thank You**

FAEGRE BAKER
DANIELS

FaegreBD.com                                                                          USA ▾ UK ▾ CHINA

August 5, 2017

Invoice         32037110
Tax ID         41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | General Corporate and SEC Compliance |
| FaegreBD File | 511089.000001 |

For professional services rendered and disbursements incurred through July 31, 2017

### Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 07/07/17 | S.B. Herendeen | 0.50 | 137.50 | Draft and finalize detailed memorandum to Finance Department outlining application of payment received from trustee to invoices |
| 07/12/17 | S.B. Herendeen | 0.50 | 137.50 | Draft and finalize detailed memorandum to Finance Department outlining application of payment received from trustee to invoices |
| 07/17/17 | J. Jaffe | 0.30 | 189.00 | Telephonic conference with D. Lee regarding interest in purchase of Daniel Webster College and forward information to J. Hoard, D. Caruso |

| | | |
|---|---|---|
| Total Hours | 1.30 | |

| | | |
|---|---|---|
| Total Services | $ | 464.00 |

### Disbursements

| Description | Date | $ Value | Quantity |
|---|---|---|---|
| Online Docket Search | | 10.80 | |
| Subtotal  Summarized Disbursements | | 10.80 | |

| | | |
|---|---|---|
| Total Disbursements | $ | 10.80 |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
August 5, 2017
Page     2

Faegre Baker Daniels LLP
Invoice   32037110

| Invoice Total | $ | 474.80 |
|---|---|---|

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|---|---|---|---|
| J. Jaffe | 0.30 | 630.00 | 189.00 |
| S.B. Herendeen | 1.00 | 275.00 | 275.00 |
| **Total** | **1.30** | $ | **464.00** |

FAEGRE BAKER
DANIELS

FaegreBD.com                                                                                          USA ▾ UK ▾ CHINA

August 5, 2017                                                                Invoice        32037110
                                                                             Tax ID        41-0244008

Client ID          511089
Matter             General Corporate and SEC Compliance
FaegreBD File      511089.000001

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

**Invoice Total**                              $      474.80

Payment Enclosed                  _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**                                      **Remit checks to**

Faegre Baker Daniels LLP                                  Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.                        75 Remittance Drive  Dept. 6952
Account Number:  1942086487                               Chicago, IL  60675-6952
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com    USA ▾ UK ▾ CHINA

**FAEGRE BAKER DANIELS**

September 27, 2017

Invoice     32038155
Tax ID     41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | General Corporate and SEC Compliance |
| **FaegreBD File** | 511089.000001 |

For professional services rendered and disbursements incurred through August 31, 2017

| | | |
|---|---|---|
| Services | | 2,198.50 |
| Disbursements | | 11.50 |
| **Invoice Total** | $ | 2,210.00 |

**Due and Payable Upon Receipt**
**Thank You**

FaegreBD.com

USA ▾ UK ▾ CHINA

**FAEGRE BAKER
DANIELS**

September 27, 2017

Invoice          32038155
Tax ID           41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | General Corporate and SEC Compliance |
| **FaegreBD File** | 511089.000001 |

For professional services rendered and disbursements incurred through August 31, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 08/02/17 | S.B. Herendeen | 1.10 | 302.50 | Draft and finalize detailed memorandum to Finance Department outlining application of payment received from Transamerica to April invoice; email message to J. Jaffe regarding receipt of incorrect payment amounts from Transamerica regarding May invoice; update payment amount spreadsheet |
| 08/02/17 | J. Jaffe | 0.30 | 189.00 | Email exchanges regarding state of compliance with SEC reporting/filing |
| 08/04/17 | S.B. Herendeen | 0.40 | 110.00 | Draft and finalize detailed memorandum to Finance Department outlining application of payment received from Transamerica to April invoice; email message to J. Jaffe regarding receipt of incorrect payment amounts from Transamerica regarding May invoice; update payment amount spreadsheet |
| 08/17/17 | S.B. Herendeen | 0.20 | 55.00 | Email message to D. Stevenson and R. Jenkins regarding status of June and July invoices following consultation with J. Jaffe |
| 08/18/17 | J. Jaffe | 0.20 | 126.00 | Telephonic conference with D. Caruso regarding response to creditor requests for case status |
| 08/21/17 | S.B. Herendeen | 0.20 | 55.00 | Follow-up email message to D. Stevenson regarding July invoices following consultation with J. Jaffe |
| 08/21/17 | S.B. Herendeen | 1.30 | 357.50 | Draft notices of invoice and prepare exhibits following email messages with D. Stevenson |
| 08/21/17 | J. Jaffe | 0.50 | 315.00 | Review and revise draw requests |

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
September 27, 2017
Page    2

Faegre Baker Daniels LLP
Invoice   32038155

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 08/22/17 | S.B. Herendeen | 0.90 | 247.50 | Revise, finalize and electronically file notices of invoice and exhibits; update eDockets calendar; update fee and expense summary spreadsheet |
| 08/30/17 | J. Jaffe | 0.70 | 441.00 | Review D. Caruso request, research files and respond to question concerning composition and location of student lists |

| Total Hours | 5.80 | | |
|---|---|---|---|

| Total Services | | $ | 2,198.50 |
|---|---|---|---|

## Disbursements

| Description | Date | $ Value | Quantity |
|-------------|------|---------|----------|
| Postage | | 11.50 | |
| Subtotal   Summarized Disbursements | | | 11.50 |

| Total Disbursements | | $ | 11.50 |
|---|---|---|---|

| **Invoice Total** | | $ | 2,210.00 |
|---|---|---|---|

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|------|-------|--------|---------|
| J. Jaffe | 1.70 | 630.00 | 1,071.00 |
| S.B. Herendeen | 4.10 | 275.00 | 1,127.50 |
| Total | 5.80 | $ | 2,198.50 |

FaegreBD.com

# FAEGRE BAKER
# DANIELS

USA ▾ UK ▾ CHINA

September 27, 2017

| | |
|---|---|
| Invoice | 32038155 |
| Tax ID | 41-0244008 |

Client ID        511089
Matter           General Corporate and SEC Compliance
FaegreBD File    511089.000001

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

Invoice Total                              $      2,210.00

Payment Enclosed                    _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL   60675-6952

**FAEGRE BAKER
DANIELS**

October 20, 2017

Invoice      32038581
Tax ID       41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | General Corporate and SEC Compliance |
| **FaegreBD File** | 511089.000001 |

For professional services rendered and disbursements incurred through September 30, 2017

| | |
|---|---|
| Services | 1,514.50 |

| | | |
|---|---|---|
| **Invoice Total** | $ | 1,514.50 |

**Due and Payable Upon Receipt
Thank You**

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com

USA ▾ UK ▾ CHINA

## FAEGRE BAKER
## DANIELS

October 20, 2017

| | |
|---|---|
| Invoice | 32038581 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

# Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | General Corporate and SEC Compliance |
| FaegreBD File | 511089.000001 |

For professional services rendered and disbursements incurred through September 30, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 09/01/17 | J. Jaffe | 0.20 | 126.00 | Respond to J. Hoard inquiry regarding Cable Holdings |
| 09/05/17 | J. Jaffe | 0.30 | 189.00 | Review second interim professional applications and email J. Hoard and D. Caruso regarding timing of request |
| 09/06/17 | S.B. Herendeen | 0.20 | 55.00 | Draft and finalize memorandum to G. Skolnik regarding proforma review and submission |
| 09/13/17 | S.B. Herendeen | 0.50 | 137.50 | Draft and finalize detailed memorandum to Finance Department outlining application of payment received from trustee to invoices |
| 09/27/17 | S.B. Herendeen | 0.10 | 27.50 | Email messages with D. Stevenson regarding finalization of August proformas |
| 09/28/17 | S.B. Herendeen | 1.20 | 330.00 | Draft notices of invoice, prepare exhibits, and forward same to J. Jaffe; finalize, electronically file and serve notices |
| 09/29/17 | S.B. Herendeen | 0.30 | 82.50 | Update fee application and invoice notice status spreadsheet; update file with copies of notices for August 2017 |
| 09/29/17 | J. Jaffe | 0.90 | 567.00 | Review documents and telephonic conference with Chubb regarding coverage issues |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | **3.70** | | |

| | | |
|---|---|---|
| **Total Services** | $ | **1,514.50** |

| | | |
|---|---|---|
| **Invoice Total** | $ | **1,514.50** |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
October 20, 2017
Page    2

Faegre Baker Daniels LLP
Invoice   32038581

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|------|------:|-------:|--------:|
| J. Jaffe | 1.40 | 630.00 | 882.00 |
| S.B. Herendeen | 2.30 | 275.00 | 632.50 |
| **Total** | **3.70** | | $ **1,514.50** |

FAEGRE BAKER
DANIELS

FaegreBD.com                                                                    USA ▾ UK ▾ CHINA

October 20, 2017                                              Invoice      32038581
                                                             Tax ID      41-0244008

Client ID          511089
Matter             General Corporate and SEC Compliance
FaegreBD File      511089.000001

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

**Invoice Total**                           $       1,514.50

Payment Enclosed                      _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**                              **Remit checks to**

Faegre Baker Daniels LLP                          Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.                75 Remittance Drive  Dept. 6952
Account Number:  1942086487                       Chicago, IL  60675-6952
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

November 13, 2017

| | |
|---|---|
| Invoice | 32039006 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | General Corporate and SEC Compliance |
| **FaegreBD File** | 511089.000001 |

For professional services rendered and disbursements incurred through October 31, 2017

| | | |
|---|---|---:|
| Services | | 3,242.00 |
| Disbursements | | 6.40 |
| **Invoice Total** | $ | **3,248.40** |

**Due and Payable Upon Receipt**
**Thank You**

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com                                                                    USA ▾ UK ▾ CHINA

# FAEGRE BAKER
# DANIELS

November 13, 2017

Invoice    32039006
Tax ID    41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | General Corporate and SEC Compliance |
| **FaegreBD File** | 511089.000001 |

For professional services rendered and disbursements incurred through October 31, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 10/03/17 | S.B. Herendeen | 0.50 | 137.50 | Draft and finalize detailed memorandum to Finance Department outlining application of payment received from Transamerica to invoices |
| 10/03/17 | J. Jaffe | 0.30 | 189.00 | Multiple emails with Michigan AG regarding withdrawal of LARA from case |
| 10/05/17 | J. Jaffe | 0.50 | 315.00 | Attend to Chubb billing issues |
| 10/11/17 | K.D. Britton | 0.10 | 41.50 | Email to D. Caruso regarding discovery requests and notice of personal property abandonment |
| 10/18/17 | J. Jaffe | 0.20 | 126.00 | Email exchange to confirm resolution of Chubb coverage issue |
| 10/23/17 | J. Jaffe | 0.30 | 189.00 | Work on reconciliation of billing/payment accounts |
| 10/24/17 | J. Jaffe | 0.30 | 189.00 | Call with E. Little regarding making September draw request, accounting memo, and 2nd Interim Fee Application |
| 10/24/17 | J. Jaffe | 0.20 | 126.00 | Review and revise accounting reconciliations |
| 10/24/17 | J. Jaffe | 0.30 | 189.00 | Respond to creditor inquiry |
| 10/24/17 | J. Jaffe | 0.50 | 315.00 | Reconcile CHUBB billing issues |
| 10/24/17 | E. Little | 2.70 | 769.50 | Draft notices of invoice; draft detailed memorandum to Finance Department outlining application of payment received from Trustee to invoices; confer with J. Jaffe regarding same |
| 10/25/17 | S. Carlson | 0.30 | 84.00 | Finalize and compile notices of invoices for fees and expenses; electronically file notice with the bankruptcy court and complete service |
| 10/25/17 | J. Jaffe | 0.20 | 126.00 | Review and revise draw request |
| 10/25/17 | E. Little | 0.90 | 256.50 | Draft and finalize notices of invoice |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
November 13, 2017
Page    2

Faegre Baker Daniels LLP
Invoice   32039006

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 10/30/17 | J. Jaffe | 0.30 | 189.00 | Email response to creditor regarding request to resolve scheduled "disputed" claim |

**Total Hours** 7.60

**Total Services** $ 3,242.00

**Disbursements**

| Description | Date | $ Value | Quantity |
|-------------|------|---------|----------|
| Online Docket Search | | 6.40 | |
| **Subtotal   Summarized Disbursements** | | | 6.40 |

**Total Disbursements** $ 6.40

**Invoice Total** $ 3,248.40

**Services Summary by Professional**

| Name | Hours | $ Rate | $ Value |
|------|-------|--------|---------|
| J. Jaffe | 3.10 | 630.00 | 1,953.00 |
| K.D. Britton | 0.10 | 415.00 | 41.50 |
| E. Little | 3.60 | 285.00 | 1,026.00 |
| S. Carlson | 0.30 | 280.00 | 84.00 |
| S.B. Herendeen | 0.50 | 275.00 | 137.50 |
| **Total** | 7.60 | $ | 3,242.00 |

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

November 13, 2017

| | | Invoice | 32039006 |
|---|---|---|---|
| | | Tax ID | 41-0244008 |

Client ID     511089
Matter        General Corporate and SEC Compliance
FaegreBD File 511089.000001

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

**Invoice Total**                    $     3,248.40

Payment Enclosed                    _____

## Due and Payable Upon Receipt
## Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL  60675-6952

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

**FAEGRE BAKER
DANIELS**

FaegreBD.com

March 23, 2017

| | |
|---|---|
| Invoice | 32034635 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | Employee Benefit Plans |
| **FaegreBD File** | 511089.000002 |

For professional services rendered and disbursements incurred through February 28, 2017

| | |
|---|---|
| Services | 7,609.00 |
| **Invoice Total** | $    7,609.00 |

**Due and Payable Upon Receipt
Thank You**

FaegreBD.com

FAEGRE BAKER
DANIELS

USA ▾ UK ▾ CHINA

March 23, 2017

| | |
|---|---|
| Invoice | 32034635 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | Employee Benefit Plans |
| FaegreBD File | 511089.000002 |

For professional services rendered and disbursements incurred through February 28, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 02/01/17 | E. Little | 0.80 | 228.00 | Prepare notice of amended schedules to include employee benefit claims |
| 02/06/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with C. Herald regarding pension plan benefit claim received from G. Kraatz and next steps regarding same |
| 02/09/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with D. Caruso regarding Hardship Withdrawal FAQ |
| 02/10/17 | G.L. Skolnik | 1.50 | 1,005.00 | Draft template distribution request denial letter including explanation of hardship withdrawal availability |
| 02/10/17 | G.L. Skolnik | 0.10 | 67.00 | Teleconference with J. Hoard regarding benefit plan issues |
| 02/13/17 | G.L. Skolnik | 1.10 | 737.00 | Continue drafting template response letter to 401(k) plan participants who apply to trustee for distribution |
| 02/14/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with D. Caruso and B. Fletcher regarding template response distribution requests |
| 02/14/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with S. King of Deloitte regarding 401(k) audit issues |
| 02/14/17 | G.L. Skolnik | 1.10 | 737.00 | Finish template response letter to applicants for 401(k) plan distributions (with notice regarding hardship withdrawals) |
| 02/15/17 | G.L. Skolnik | 0.20 | 134.00 | Revise template response letter for 401(k) plan participants and correspond with D. Caruso regarding same |
| 02/15/17 | G.L. Skolnik | 1.20 | 804.00 | Correspond with G. Widmer regarding Form 5310 filing for ESI 401(k) Plan |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
March 23, 2017
Page    2

Faegre Baker Daniels LLP
Invoice   32034635

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 02/17/17 | J. Jaffe | 0.30 | 189.00 | Review ERISA complaint and forward to D. Caruso with analysis |
| 02/17/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with M. Joyce of Chubb regarding coverage and status of DOL investigations of ITT ESI benefit plans |
| 02/18/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with C. Herold and C. Stephens of Worx time regarding 1095-C questions |
| 02/20/17 | G.L. Skolnik | 0.30 | 201.00 | Follow-up correspondence with C. Herald regarding Forms 1095-C and 1094-C |
| 02/20/17 | G.L. Skolnik | 0.40 | 268.00 | Correspond with D. Caruso, B. Fletcher and C. Herald regarding status of DOL audits and IRS termination filings |
| 02/20/17 | G.L. Skolnik | 0.60 | 402.00 | Correspond with J. Wisler, counsel for Aetna, and J. Marshall, counsel for Liberty Mutual regarding schedules for welfare plan Forms 5500 for plan year ending June 30, 2016 |
| 02/21/17 | G.L. Skolnik | 0.20 | 134.00 | Teleconference with M. Joyce of Chubb regarding status of DOL investigations and next steps for obtaining reimbursement of fees incurred in connection with investigations |
| 02/21/17 | G.L. Skolnik | 0.10 | 67.00 | Teleconference with J. Jaffe regarding process for obtaining payment from D & O carrier of fees incurred in DOL investigations |
| 02/22/17 | J. Jaffe | 0.20 | 126.00 | Follow-up on Cavanaugh Complaint |
| 02/22/17 | J. Jaffe | 0.30 | 189.00 | Call with S. Heredeen regarding tweeks to Fee Application to provide for authorization and direction of payment by Plans/Insurers |
| 02/22/17 | J. Jaffe | 0.30 | 189.00 | Call with G. Skolnik regarding Chubb reimbursement and mechanics |
| 02/22/17 | J. Jaffe | 0.30 | 189.00 | Research stay issue and email D. Caruso regarding applicability to Cavanaugh |
| 02/22/17 | G.L. Skolnik | 0.80 | 536.00 | Review and assess Cavanaugh ERISA complaint for long-term disability plan benefits |
| 02/22/17 | G.L. Skolnik | 0.30 | 201.00 | Teleconference with J. Jaffe regarding invoice for D & O insurance reimbursement (DOL investigation) and regarding Cavanaugh ERISA lawsuit |
| 02/22/17 | G.L. Skolnik | 0.20 | 134.00 | Review benefits related claims filed in bankruptcy and correspond to E. Hahn and D. Caruso regarding same |
| 02/23/17 | G.L. Skolnik | 0.40 | 268.00 | Correspond with B. Fletcher, D. Caruso and C. Herald regarding procedures for responding to 401(k) distribution and withdrawal requests and status of application for determination and notice to interested parties |
| 02/27/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with S. King of Deloitte and B. Evans and M. Fischer of Transamerica regarding payment of Deloitte audit invoice |
| 02/28/17 | G.L. Skolnik | 0.10 | 67.00 | Work on claim for reimbursement from D & O insurer for DOL investigations |
| **Total Hours** | | **11.90** | | |
| **Total Services** | | | | $       7,609.00 |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
March 23, 2017
Page    3

Faegre Baker Daniels LLP
Invoice    32034635

| Invoice Total | $ | 7,609.00 |
| --- | --- | --- |

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
| --- | --- | --- | --- |
| G.L. Skolnik | 9.70 | 670.00 | 6,499.00 |
| J. Jaffe | 1.40 | 630.00 | 882.00 |
| E. Little | 0.80 | 285.00 | 228.00 |
| **Total** | **11.90** | $ | **7,609.00** |

**FAEGRE BAKER DANIELS**

FaegreBD.com

USA ▾ UK ▾ CHINA

March 23, 2017

| | |
|---|---|
| Invoice | 32034635 |
| Tax ID | 41-0244008 |

Client ID            511089
Matter              Employee Benefit Plans
FaegreBD File    511089.000002

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

Invoice Total                                $      7,609.00

Payment Enclosed                    _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL   60675-6952

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

**FAEGRE BAKER**
**DANIELS**

May 3, 2017

| | |
|---|---|
| Invoice | 32035388 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | Employee Benefit Plans |
| **FaegreBD File** | 511089.000002 |

For professional services rendered and disbursements incurred through March 31, 2017

| | |
|---|---|
| Services | 5,028.00 |
| **Invoice Total** | $      5,028.00 |

**Due and Payable Upon Receipt**
**Thank You**

# FAEGRE BAKER
## DANIELS

May 3, 2017

| | |
|---|---|
| Invoice | 32035388 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | Employee Benefit Plans |
| FaegreBD File | 511089.000002 |

For professional services rendered and disbursements incurred through March 31, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 03/03/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with D. Caruso and B. Fletcher regarding pension trust EIN issue |
| 03/03/17 | G.L. Skolnik | 0.30 | 201.00 | Review records regarding pension trust EIN |
| 03/06/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with D. Caruso, J. Hoard and B. Fletcher regarding Aon Hewitt agreements and Statement of Work |
| 03/06/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with A. Hart and D. Caruso regarding pension services |
| 03/08/17 | G.L. Skolnik | 0.60 | 402.00 | Conference with D. Hinshaw regarding drafting of plan termination amendment to ESI Pension Plan |
| 03/13/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with M. Fischer of Transamerica regarding EPCRS documentation for 401(k) plan correction |
| 03/14/17 | G.L. Skolnik | 0.60 | 402.00 | Preparation of schedule/exhibit showing fees to be paid by Chubb (D&O insurer) for DOL investigations |
| 03/14/17 | G.L. Skolnik | 0.80 | 536.00 | Teleconference with J. Hoard regarding benefits related legal fees and determination of proper source of payment for same |
| 03/15/17 | G.L. Skolnik | 0.20 | 134.00 | Review KSM Remote Access Policy to be applied to provide file access to C. Herald |
| 03/16/17 | G.L. Skolnik | 0.10 | 67.00 | Teleconference with J. Jaffe regarding fee petition for benefits related services |
| 03/16/17 | G.L. Skolnik | 0.10 | 67.00 | Teleconference with J. Hoard regarding billing of plan-related legal fees |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.

May 3, 2017
Page    2

Faegre Baker Daniels LLP
Invoice   32035388

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 03/16/17 | G.L. Skolnik | 0.30 | 201.00 | Teleconference with H. Gross of BGBC regarding ESI pension plan reversion issue and regarding engagement of BGBC to audited pension and 401(k) plans |
| 03/23/17 | J. Jaffe | 0.20 | 126.00 | Review and forward former employee inquiry to G. Skolnik |
| 03/24/17 | G.L. Skolnik | 0.30 | 201.00 | Review draft of invoice detail for fee petition (DOL investigation fees and expenses to be paid by Chubb) |
| 03/24/17 | G.L. Skolnik | 0.40 | 268.00 | Review draft benefits fee petition of Rubin & Levin to ensure entries properly relate to correct plans and correspond with J. Hoard regarding same |
| 03/27/17 | G.L. Skolnik | 0.60 | 402.00 | Teleconference with D. Caruso and J. Hoard regarding benefits fee petition (which services can be charged to plans) and regarding status and contents of plan termination notices and filings |
| 03/28/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with S.P. Varma regarding engagement letters for benefit plan audits |
| 03/28/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with B. Fletcher and C. Herald regarding Schedules A for welfare plan filings, Forms 5500 and SARs |
| 03/28/17 | G.L. Skolnik | 0.10 | 67.00 | Teleconference with J. Jaffe regarding fee petition documentation and question from D. Caruso regarding court approval of benefit plan service provider agreements |
| 03/29/17 | J. Jaffe | 0.30 | 189.00 | Call with S. Herendeen regarding nuances of fee application |
| 03/29/17 | J. Jaffe | 0.30 | 189.00 | Call with G. Skolnik regarding DOL breakout of submitted time and response to D. Caruso questions regarding court authorization for professionals retained by plans |
| 03/29/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with D. Caruso and B. Fletcher regarding engagement of BGBC to audit pension and 401(k) plans |
| 03/29/17 | G.L. Skolnik | 0.40 | 268.00 | Consult with J. Jaffe regarding various benefit plan issues |
| 03/29/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with M. Joyce of Chubb regarding coverage/payment of fees relating to DOL investigations |
| 03/30/17 | J. Jaffe | 0.50 | 315.00 | Work on fee applications |
| 03/30/17 | J. Jaffe | 0.30 | 189.00 | Telephone conference with D. Caruso regarding retention of professionals to service various plans |

| Total Hours | | 7.60 | | |

| Total Services | | | $ | 5,028.00 |
| **Invoice Total** | | | **$** | **5,028.00** |

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|---|---|---|---|
| G.L. Skolnik | 6.00 | 670.00 | 4,020.00 |
| J. Jaffe | 1.60 | 630.00 | 1,008.00 |
| Total | 7.60 | $ | 5,028.00 |

**FAEGRE BAKER DANIELS**

FaegreBD.com

USA ▾ UK ▾ CHINA

May 3, 2017

| | |
|---|---|
| Invoice | 32035388 |
| Tax ID | 41-0244008 |

| | |
|---|---|
| Client ID | 511089 |
| Matter | Employee Benefit Plans |
| FaegreBD File | 511089.000002 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

Invoice Total                           $        5,028.00

Payment Enclosed                 _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL  60675-6952

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FAEGRE BAKER
DANIELS
FaegreBD.com                                                                              USA ▾ UK ▾ CHINA

June 5, 2017

Invoice      32035978
Tax ID       41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

**Client**          Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
                    Services, Inc.
**Matter**          Employee Benefit Plans
**FaegreBD File**   511089.000002

For professional services rendered and disbursements incurred through April 30, 2017

Services                                                                    5,855.00

**Invoice Total**                                                    $      5,855.00

Due and Payable Upon Receipt
Thank You

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FAEGRE BAKER
DANIELS

FaegreBD.com

USA ▾ UK ▾ CHINA

June 5, 2017

Invoice        32035978
Tax ID        41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
|---|---|
| Matter | Employee Benefit Plans |
| FaegreBD File | 511089.000002 |

For professional services rendered and disbursements incurred through April 30, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 04/04/17 | G.L. Skolnik | 0.40 | 268.00 | Correspond with B. Fletcher regarding welfare plan 5500 questions |
| 04/05/17 | G.L. Skolnik | 0.80 | 536.00 | Estimate fees for pension plan termination and related work and correspond with B. Fletcher regarding fee estimates |
| 04/11/17 | G.L. Skolnik | 0.20 | 134.00 | Conference with D. Hinshaw and G. Widmer regarding options to address Transamerica's delay in mailing Notice to Interested Parties |
| 04/12/17 | G.L. Skolnik | 0.50 | 335.00 | Correspond with J. Hoard and D. Wright regarding responding to questions from 401(k) participants regarding Notice to Interested Parties |
| 04/12/17 | G.L. Skolnik | 1.30 | 871.00 | Correspond with D. Caruso and B. Fletcher regarding responses to participant inquiries regarding 401(k) plan termination and application for determination |
| 04/14/17 | G.L. Skolnik | 1.60 | 1,072.00 | Review draft application for determination and attachments |
| 04/14/17 | G.L. Skolnik | 0.50 | 335.00 | Correspond with G. Widmer, B. Evans, M. Fischer and R. Fox of Transamerica regarding check for 5310 filing fee |
| 04/17/17 | J. Jaffe | 0.20 | 126.00 | Work on fee application |
| 04/17/17 | G.L. Skolnik | 0.20 | 134.00 | Review correspondence from G. Widmer and C. Herald regarding data needed for IRS filings |
| 04/17/17 | G.L. Skolnik | 0.10 | 67.00 | Follow-up with J. Jaffe regarding fee petition and approval payment by Chubb for DOL investigations |
| 04/18/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with D. Caruso regarding plan expense payment issues |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
June 5, 2017
Page    2

Faegre Baker Daniels LLP
Invoice   32035978

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 04/21/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with C. Herald regarding data for plan termination filings |
| 04/25/17 | G.L. Skolnik | 0.30 | 201.00 | Telephone call from S. Bewley of U.S. Bankruptcy Court and correspond with B. Fletcher regarding participant's inquiry regarding status of unpaid pension plan benefits |
| 04/26/17 | G.L. Skolnik | 0.50 | 335.00 | Review proposed order on fee petition to analyze whether it will be sufficient to authorize payment from Chubb and plan assets and correspond with J. Jaffe regarding proposed order |
| 04/28/17 | G.L. Skolnik | 0.20 | 134.00 | Teleconference with G. Widmer regarding research needed regarding compensation of trustee from plan assets for plan administration duties |
| 04/28/17 | G.L. Skolnik | 0.40 | 268.00 | Correspond with Transamerica, DOI and PBGC with updates on IRS filings and notice mailings in connection with plan terminations |
| 04/28/17 | G.L. Skolnik | 0.30 | 201.00 | Respond to question from D. Caruso regarding ERISA fidelity bond requirements for pension and 401(k) plan |
| 04/28/17 | G. Widmer | 1.50 | 570.00 | Research whether expenses for the services of a Chapter 7 trustee, acting as a plan administrator, may be paid from the plan's assets |

| | | | |
|---|---|---|---|
| Total Hours | 9.40 | | |

| | | |
|---|---|---|
| Total Services | $ | 5,855.00 |
| **Invoice Total** | **$** | **5,855.00** |

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|------|-------|--------|---------|
| G.L. Skolnik | 7.70 | 670.00 | 5,159.00 |
| J. Jaffe | 0.20 | 630.00 | 126.00 |
| G. Widmer | 1.50 | 380.00 | 570.00 |
| Total | 9.40 | $ | 5,855.00 |

# FAEGRE BAKER DANIELS

FaegreBD.com

USA ▾ UK ▾ CHINA

June 5, 2017

| | |
|---|---|
| Invoice | 32035978 |
| Tax ID | 41-0244008 |

Client ID           511089
Matter             Employee Benefit Plans
FaegreBD File    511089.000002

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

Invoice Total                              $      5,855.00

Payment Enclosed                    _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL   60675-6952

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FAEGRE BAKER
DANIELS

FaegreBD.com

USA ▾ UK ▾ CHINA

June 22, 2017

Invoice      32036216
Tax ID       41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

**Client**          Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
                    Services, Inc.
**Matter**          Employee Benefit Plans
**FaegreBD File**   511089.000002

For professional services rendered and disbursements incurred through June 7, 2017

Services                                                          13,936.50

**Invoice Total**                                           $     13,936.50

### Due and Payable Upon Receipt
### Thank You

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com

FAEGRE BAKER
DANIELS

USA ▾ UK ▾ CHINA

June 22, 2017

Invoice     32036216
Tax ID      41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | Employee Benefit Plans |
| FaegreBD File | 511089.000002 |

For professional services rendered and disbursements incurred through June 7, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 05/01/17 | G.L. Skolnik | 0.50 | 335.00 | Respond to D. Caruso and A. Hart regarding participant's questions about "stock plan" contributions |
| 05/03/17 | J. Jaffe | 0.20 | 126.00 | Conference with D. DeNeal , E. Little regarding preparation of motion to pay tail coverage |
| 05/03/17 | J. Jaffe | 0.30 | 189.00 | Email exchanges regarding preparation of Motion to Extend fiduciary policy tail coverage |
| 05/03/17 | J. Jaffe | 1.00 | 630.00 | Telephonic conference with G. Skolnik and review fiduciary policy with K. Toner, review history of policy summary formula for basis of relief |
| 05/03/17 | J. Jaffe | 0.40 | 252.00 | Telephonic conference with R. Wehrle regarding purchase of tail coverage |
| 05/03/17 | G.L. Skolnik | 0.40 | 268.00 | Correspond with J. Jaffe regarding Chubb fiduciary liability insurance policy and procurement of tail coverage |
| 05/04/17 | J. Jaffe | 0.30 | 189.00 | Telephonic conference with D. Caruso regarding crime/fiduciary policies and recommendations |
| 05/04/17 | J. Jaffe | 1.00 | 630.00 | Several telephonic conferences with P. Justice, R. Wehrle, J. Hoard regarding extension coverage options |
| 05/04/17 | G.L. Skolnik | 0.10 | 67.00 | Teleconference with J. Jaffe regarding whether cost of fiduciary liability coverage can be paid from plan assets |
| 05/05/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with D. Caruso regarding Deloutte's request for pre-approval of additional charges to provide post audit work papers |
| 05/05/17 | G.L. Skolnik | 0.50 | 335.00 | Review auditor engagement letters |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
June 22, 2017
Page    2

Faegre Baker Daniels LLP
Invoice   32036216

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 05/08/17 | J. Jaffe | 0.40 | 252.00 | Review Cavanaugh default judgment application, research history, and email to D. Caruso regarding same |
| 05/08/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with J. Jaffe regarding purported ERISA claim filled in Arizona |
| 05/08/17 | G.L. Skolnik | 0.10 | 67.00 | Finish review of auditor's engagement letters and correspond with J. Hoard regarding same |
| 05/09/17 | J. Jaffe | 1.20 | 756.00 | Draft motion to authorize purchase of tail coverage |
| 05/09/17 | J. Jaffe | 0.20 | 126.00 | Conference with S. Herendeen regarding interim allowance without hold back for plan/insurance payments activities |
| 05/09/17 | J. Jaffe | 0.20 | 126.00 | Telephonic conference with P. Sullivan, D. Caruso for quote on tail coverage |
| 05/09/17 | J. Jaffe | 0.30 | 189.00 | Emails with D. Caruso, G. Skolnik regarding tail coverage for fiduciary and crime policies |
| 05/09/17 | G.L. Skolnik | 0.50 | 335.00 | Respond to D. Caruso's questions regarding ERISA fidelity bond application and other retirement plan matters |
| 05/09/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with D. Caruso regarding ERISA fidelity bond |
| 05/10/17 | J. Jaffe | 0.30 | 189.00 | Draft order for tail coverage motion |
| 05/10/17 | J. Jaffe | 0.50 | 315.00 | Emails with G. Skolnik, D. Caruso for review of motion to authorize purchase of tail coverage and revise same after receiving comments |
| 05/10/17 | J. Jaffe | 0.20 | 126.00 | Attend to filing and service of tail coverage motion |
| 05/10/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with D. Caruso regarding extent to which audit expenses can be paid from plan assets |
| 05/10/17 | G.L. Skolnik | 0.20 | 134.00 | Review proposed motion for authority to purchase tail coverage on fiduciary insurance policy and correspond with J. Jaffe regarding same |
| 05/12/17 | S.B. Herendeen | 0.30 | 82.50 | Draft, finalize and electronically file appearance for E. Little |
| 05/15/17 | J. Jaffe | 0.30 | 189.00 | Revise February/March Draw Request |
| 05/16/17 | J. Jaffe | 0.30 | 189.00 | Emails with D. Caruso regarding preparation of motion for authority to procure ERISA Bond/fiduciary bond renewal policies |
| 05/17/17 | J. Jaffe | 0.20 | 126.00 | Several emails and telephonic conference with M. Theisen to determine need to seek approval to pay ERISA Bond premiums |
| 05/17/17 | G.L. Skolnik | 0.60 | 402.00 | Review ERISA bonds issued for pension and 401(k) plan and correspond with D. Caruso and J. Ritman regarding same |
| 05/18/17 | J. Jaffe | 1.80 | 1,134.00 | Prepare for and attend hearing on interim fee application |
| 05/18/17 | J. Jaffe | 0.20 | 126.00 | Emails to non-estate parties regarding payment of allowed fees |
| 05/18/17 | J. Jaffe | 0.20 | 126.00 | Pull together materials to anticipate emergency filing for ERISA Bonds |
| 05/18/17 | J. Jaffe | 0.30 | 189.00 | Review claim of employee for medical benefit and email exchange with G. Skolnik regarding same |
| 05/18/17 | G.L. Skolnik | 0.50 | 335.00 | Respond to J. Jaffe regarding COBRA beneficiary's inquiry about medical claims under ITT ESI's self-insured plan |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
June 22, 2017
Page    3

Faegre Baker Daniels LLP
Invoice   32036216

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 05/18/17 | G.L. Skolnik | 0.50 | 335.00 | Correspond with R. Fox of Transamerica, B. Fletcher and D. Caruso regarding annual fee disclosure notice |
| 05/19/17 | J. Jaffe | 0.30 | 189.00 | Telephonic conference with M. Theisen and email/telephone call with W. Gouldsbury regarding order on fiduciary policy |
| 05/19/17 | J. Jaffe | 0.20 | 126.00 | Review correspondence with J. Cook |
| 05/19/17 | G.L. Skolnik | 1.60 | 1,072.00 | Respond to participant inquiry regarding medical plan claims and follow up correspondence with S. Nguyen at DOL for information to be included in response |
| 05/19/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with B. Fletcher and D. Caruso regarding steps to be taken to locate missing participants |
| 05/23/17 | J. Jaffe | 0.40 | 252.00 | Telephonic conference and email with W. Gouldsbury regarding changes to order on fiduciary policy and to request an invoice |
| 05/23/17 | J. Jaffe | 0.20 | 126.00 | Review Chubb correspondence regarding tail coverage cost |
| 05/23/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with D. Caruso and J. Alvarez and B. Fletcher of BGBC regarding 201 plan audits and Forms 5500 |
| 05/23/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with B. Fletcher and C. Herald regarding missing participants and returned mailings |
| 05/24/17 | J. Jaffe | 0.20 | 126.00 | Conference with E. Little to update on status and prepare her for hearing |
| 05/24/17 | J. Jaffe | 0.70 | 441.00 | Several emails with D. Caruso, G. Skolnik, J. Rittman regarding ERISA Bonds, need for court approval, Fiduciary Tail Coverage invoice and Federal counsel issues |
| 05/24/17 | J. Jaffe | 0.30 | 189.00 | Several emails and telephonic conference with W. Gouldsbury to resolve federal insurance concerns |
| 05/24/17 | J. Jaffe | 0.30 | 189.00 | Several emails with J. Marwil et al regarding PSRB attempts to end run Trustee on policy issues |
| 05/24/17 | G.L. Skolnik | 0.30 | 201.00 | Review and respond to correspondence from D. Caruso and J. Rittman regarding fidelity bond |
| 05/24/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with M. Theisen, B. Fletcher and M. Joyce of Chubb regarding payment of fees pursuant to bankruptcy court order |
| 05/26/17 | E. Little | 0.20 | 57.00 | Prepare for hearing regarding motion to authorize trustee to purchase tail coverage on fiduciary policy |
| 05/30/17 | J. Jaffe | 0.30 | 189.00 | Telephonic conference with D. Caruso, E. Little regarding matters set for hearing on May 31 |
| 05/30/17 | G.L. Skolnik | 0.40 | 268.00 | Respond to D. Caruso regarding plan participant's inquiry to the court regarding benefit plan issues |
| 05/30/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with B. Fletcher regarding outstanding invoices for plan-related fees and regarding fees paid for 2016 audits |
| 05/30/17 | E. Little | 0.20 | 57.00 | Confer with D. Caruso regarding the hearing regarding the motion to authorize trustee to purchase tail coverage on fiduciary policy |
| 05/30/17 | E. Little | 0.50 | 142.50 | Prepare for hearing regarding the motion to authorize trustee to purchase tail coverage on fiduciary policy |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
June 22, 2017
Page    4

Faegre Baker Daniels LLP
Invoice   32036216

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 05/31/17 | E. Little | 1.00 | 285.00 | Omnibus hearing regarding the motion to authorize trustee to purchase tail coverage on fiduciary policy and other matters |
| 05/31/17 | E. Little | 0.30 | 85.50 | Prepare for hearing regarding the motion to authorize trustee to purchase tail coverage on fiduciary policy; send proposed order to chambers |

| | | | | |
|------|------|-------|---------|-------------|
| **Total Hours** | | **23.00** | | |

| | | |
|------|---|---|
| **Total Services** | $ | 13,936.50 |
| **Invoice Total** | $ | **13,936.50** |

### Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|------|-------|--------|---------|
| G.L. Skolnik | 7.80 | 670.00 | 5,226.00 |
| J. Jaffe | 12.70 | 630.00 | 8,001.00 |
| E. Little | 2.20 | 285.00 | 627.00 |
| S.B. Herendeen | 0.30 | 275.00 | 82.50 |
| **Total** | **23.00** | $ | **13,936.50** |

**FAEGRE BAKER DANIELS**

FaegreBD.com

USA ▾ UK ▾ CHINA

June 22, 2017

| | |
|---|---|
| Invoice | 32036216 |
| Tax ID | 41-0244008 |

| | |
|---|---|
| Client ID | 511089 |
| Matter | Employee Benefit Plans |
| FaegreBD File | 511089.000002 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

| | | |
|---|---|---|
| Invoice Total | $ | 13,936.50 |

Payment Enclosed  _____

## Due and Payable Upon Receipt
## Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL  60675-6952

FaegreBD.com

FAEGRE BAKER
DANIELS

USA ▾ UK ▾ CHINA

July 24, 2017

Invoice       32036776
Tax ID        41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | Employee Benefit Plans |
| **FaegreBD File** | 511089.000002 |

For professional services rendered and disbursements incurred through June 30, 2017

| | |
|---|---|
| Services | 8,613.00 |
| Disbursements | 0.20 |
| **Invoice Total** | $    8,613.20 |

**Due and Payable Upon Receipt**
**Thank You**

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FAEGRE BAKER
DANIELS

FaegreBD.com

USA ▾ UK ▾ CHINA

July 24, 2017

| | |
|---|---|
| Invoice | 32036776 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | Employee Benefit Plans |
| FaegreBD File | 511089.000002 |

For professional services rendered and disbursements incurred through June 30, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 06/01/17 | J. Jaffe | 0.20 | 126.00 | Receive confirmation of fiduciary policy payment and binder |
| 06/01/17 | J. Jaffe | 0.30 | 189.00 | Emails exchanged to confirm purchase of tail coverage, status of replacement fiduciary coverage |
| 06/01/17 | E. Little | 0.10 | 28.50 | Prepare for service of the order authorizing trustee to purchase tail coverage of the fiduciary policy |
| 06/02/17 | G.L. Skolnik | 0.50 | 335.00 | Correspond with D. Caruso and K. Murphy of Ritman & Associates to provide information requested by the underwriter for fiduciary liability insurance |
| 06/05/17 | G.L. Skolnik | 2.50 | 1,675.00 | Assist with completion of Items 6 and 7 of application for fiduciary liability coverage, including drafting schedule of additional requested information |
| 06/05/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with B. Fletcher and D. Caruso regarding allocation and payment of 401(k) plan expenses |
| 06/05/17 | G.L. Skolnik | 0.50 | 335.00 | Correspond with D. Caruso and J. Ritman regarding application for fiduciary liability insurance |
| 06/06/17 | J. Jaffe | 0.20 | 126.00 | Review fiduciary policy invoice and forward to D. Caruso |
| 06/06/17 | J. Jaffe | 0.20 | 126.00 | Email D. Caruso regarding extended fiduciary coverage |
| 06/09/17 | J. Jaffe | 0.20 | 126.00 | Review G. Skolnik summary of DOL investigation status and D. Caruso response |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
July 24, 2017
Page     2

Faegre Baker Daniels LLP
Invoice   32036776

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 06/09/17 | G.L. Skolnik | 0.40 | 268.00 | Correspond with M. Joyce of Chubb regarding payment of legal fees/receipt of comfort order and update on investigations |
| 06/19/17 | J. Jaffe | 0.20 | 126.00 | Review DOL report/correspondence |
| 06/19/17 | J. Jaffe | 0.20 | 126.00 | Telephonic conference with G. Skolnik regarding options to correct record |
| 06/20/17 | G.L. Skolnik | 0.30 | 201.00 | Respond to question from J. Hoard regarding pension plan revision |
| 06/20/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with D. Caruso regarding receipt of Wells Fargo letter relating to the fiduciary rule |
| 06/22/17 | J. Jaffe | 0.50 | 315.00 | Extended telephonic conference with J. Hoard regarding Cavanaugh claim |
| 06/22/17 | J. Jaffe | 0.80 | 504.00 | Telephonic conference with D. Caruso, G. Skolnik, K.Toner to discuss Cavanaugh claim and notice to insurers |
| 06/22/17 | J. Jaffe | 0.50 | 315.00 | Assemble Cavanaugh materials for J. Hoard et al |
| 06/22/17 | G.L. Skolnik | 0.30 | 201.00 | Teleconference with J. Jaffe regarding Cavanaugh motion to vacate stay as to claim for additional disability benefits |
| 06/22/17 | K.M. Toner | 0.20 | 119.00 | Telephone conference with J. Jaffe and E. Little regarding Cavanaugh claim |
| 06/22/17 | E. Little | 0.20 | 57.00 | Telephone conference with J. Jaffe and K. Toner analyzing motion to vacate stay filed by W. Cavanaugh and trustee's fiduciary policy |
| 06/22/17 | E. Little | 0.20 | 57.00 | Telephone conference with J. Jaffe and G. Skolnik analyzing motion to vacate stay filed by W. Cavanaugh and trustee's fiduciary policy |
| 06/22/17 | E. Little | 0.20 | 57.00 | Telephone conference with J. Jaffe and D. Caruso analyzing motion to vacate stay filed by W. Cavanaugh |
| 06/23/17 | K.M. Toner | 0.50 | 297.50 | Review filings by Mr. Cavanaugh and Chubb fiduciary liability insurance policy |
| 06/26/17 | J. Jaffe | 0.30 | 189.00 | Review Chubb letter and email K. Toner regarding tail extension of fiduciary policy |
| 06/26/17 | K.M. Toner | 0.40 | 238.00 | Study Cavanaugh pleadings |
| 06/26/17 | K.M. Toner | 0.50 | 297.50 | Prepare draft letter from Trustee Caruso to Chubb regarding Cavanaugh matter |
| 06/27/17 | J. Jaffe | 0.20 | 126.00 | Review revised Chubb letter |
| 06/27/17 | J. Jaffe | 0.30 | 189.00 | Review W. Cavanaugh objection notice and email E. Little, G. Skolnik regarding determining CNA coverage |
| 06/27/17 | K.M. Toner | 0.70 | 416.50 | Revise fiduciary liability insurance notice of circumstances letter to Chubb and reply to Trustee Debbie Caruso |
| 06/28/17 | J. Jaffe | 0.20 | 126.00 | Emails with G. Skolnik regarding identifying insurer |
| 06/28/17 | J. Jaffe | 0.40 | 252.00 | Review M. Theisen email and memorandum order in favor of Cavanaugh, conference with E. Little, and telephonic conference with M. Theisin regarding same |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
July 24, 2017
Page    3

Faegre Baker Daniels LLP
Invoice   32036776

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 06/28/17 | G.L. Skolnik | 0.40 | 268.00 | Correspondence with J. Jaffe and E. Little regarding Cavanaugh lawsuit for disability benefits and information in our files regarding funding of long-term disability benefits before 2014 |
| 06/28/17 | G.L. Skolnik | 0.10 | 67.00 | Correspondence with M. Thiesen regarding fees to be paid by liability carrier for DOL investigation |
| 06/28/17 | E. Little | 0.30 | 85.50 | Strategize with J. Jaffe response to motion for stay relief filed by W. Cavanaugh |
| 06/28/17 | E. Little | 0.30 | 85.50 | Telephone conference with J. Jaffe and M. Thiesen regarding claim of W. Cavanaugh |
| 06/29/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with M. Hanneman of Deloitte and B. Fletcher of KSM regarding payment of audit transition fees and expenses |
| 06/29/17 | E. Little | 0.10 | 28.50 | Telephone conference with W. Cavanaugh regarding his motion to vacate stay |
| 06/29/17 | E. Little | 0.10 | 28.50 | Email W. Cavanaugh seeking contact information for Continental Casualty Company |
| 06/29/17 | E. Little | 0.60 | 171.00 | Analyze motion to vacate stay filed by W. Cavanaugh and supporting documents |

**Total Hours**          14.60

**Total Services**                                                                      $      8,613.00

## Disbursements

| Description | Date | $ Value | Quantity |
|------------|------|---------|----------|
| Online Docket Search | | 0.20 | |
| Subtotal   Summarized Disbursements | | | 0.20 |

**Total Disbursements**                                                     $            0.20

**Invoice Total**                                                               $      8,613.20

600 E. 96th Street ▼ Suite 600
Indianapolis ▼ Indiana 46240-3789
Phone +1 317 569 9600 ▼ Fax +1 317 569 4800

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
July 24, 2017
Page      4

Faegre Baker Daniels LLP
Invoice   32036776

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|------|------:|-------:|--------:|
| G.L. Skolnik | 5.50 | 670.00 | 3,685.00 |
| J. Jaffe | 4.70 | 630.00 | 2,961.00 |
| K.M. Toner | 2.30 | 595.00 | 1,368.50 |
| E. Little | 2.10 | 285.00 | 598.50 |
| **Total** | **14.60** | | $ 8,613.00 |

FaegreBD.com

**FAEGRE BAKER
DANIELS**

USA ▾ UK ▾ CHINA

July 24, 2017

| | |
|---|---|
| Invoice | 32036776 |
| Tax ID | 41-0244008 |

| | |
|---|---|
| Client ID | 511089 |
| Matter | Employee Benefit Plans |
| FaegreBD File | 511089.000002 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

| Invoice Total | $ | 8,613.20 |
|---|---|---|

Payment Enclosed  _____

## Due and Payable Upon Receipt
## Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL  60675-6952

FaegreBD.com

FAEGRE BAKER
DANIELS

USA ▾ UK ▾ CHINA

August 21, 2017

Invoice       32037277
Tax ID        41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | Employee Benefit Plans |
| **FaegreBD File** | 511089.000002 |

For professional services rendered and disbursements incurred through July 31, 2017

| | |
|---|---|
| Services | 6,954.00 |
| Disbursements | 61.30 |
| **Invoice Total** | $    7,015.30 |

**Due and Payable Upon Receipt**
**Thank You**

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com    FAEGRE BAKER DANIELS    USA ▼ UK ▼ CHINA

August 21, 2017

Invoice        32037277
Tax ID        41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | Employee Benefit Plans |
| FaegreBD File | 511089.000002 |

For professional services rendered and disbursements incurred through July 31, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 07/04/17 | J. Jaffe | 0.20 | 126.00 | Review Cavanaugh insurance information and conference with E. Little regarding next steps |
| 07/05/17 | E. Little | 0.40 | 114.00 | Analyze motion to vacate stay filed by W. Cavanaugh and supporting documents |
| 07/07/17 | G.L. Skolnik | 0.30 | 201.00 | Teleconference with ITT ESI/dental plan claimant (Sardina Dental office) regarding unpaid claim under dental plan component of ESI Group Benefit Plan |
| 07/10/17 | E. Little | 0.30 | 85.50 | Contact Hartford Insurance in attempt to resolve motion for relief from stay filed by W. Cavanaugh |
| 07/11/17 | G.L. Skolnik | 0.20 | 134.00 | Review E. Little's proposed draft letter to Hartford regarding Cavanaugh complaint and correspond with E. Little regarding same |
| 07/11/17 | E. Little | 1.20 | 342.00 | Draft letter to The Hartford enclosing the complaint and motion for stay relief filed by W. Cavanaugh in an attempt to resolve motion for relief from stay filed by W. Cavanaugh |
| 07/11/17 | E. Little | 0.30 | 85.50 | Call J. Mendez at Hartford Insurance in an attempt to resolve motion for relief from stay filed by W. Cavanaugh |
| 07/12/17 | E. Little | 0.20 | 57.00 | Finalize and fax letter to The Hartford enclosing the complaint and motion for stay relief filed by W. Cavanaugh in an attempt to resolve motion for relief from stay filed by W. Cavanaugh |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
August 21, 2017
Page      2

Faegre Baker Daniels LLP
Invoice    32037277

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 07/17/17 | E. Little | 0.20 | 57.00 | Telephone call with J. Mendez and C. Sauerhoff at The Hartford in an attempt to resolve motion for relief from stay filed by W. Cavanaugh |
| 07/19/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with D. Caruso regarding former employee's inquiry about effect of bankruptcy on his stock options under ITT ESI equity plan |
| 07/19/17 | G.L. Skolnik | 0.10 | 67.00 | Teleconference with M. Dewey of Chubb regarding status of investigations end steps for payment of outstanding invoices |
| 07/19/17 | E. Little | 0.10 | 28.50 | Telephone call with K. Holmstrom, counsel for The Hartford, discussing whether The Hartford will accept defense of W. Cavanaugh's claims |
| 07/20/17 | G.L. Skolnik | 0.30 | 201.00 | Respond to D. Caruso regarding prudence of paying Deloitte's audit transition fees and whether they can be paid from each plan's trust |
| 07/24/17 | J. Jaffe | 0.20 | 126.00 | Conference call with K. Holmstrom regarding CNA defense of Cavanaugh claim |
| 07/24/17 | J. Jaffe | 0.30 | 189.00 | Review 9th Circuit case allowing direct action ERISA claim against insurer |
| 07/24/17 | J. Jaffe | 0.20 | 126.00 | Conference with E. Little regarding objection to Cavanaugh motion |
| 07/24/17 | J. Jaffe | 0.20 | 126.00 | Edit summary of Cavanaugh objection/agreed entry |
| 07/24/17 | J. Jaffe | 0.40 | 252.00 | Review Arizona pleadings and revise limited objection |
| 07/24/17 | E. Little | 2.90 | 826.50 | Email K. Holmstrom, counsel for The Hartford, confirming whether Hartford will accept defense of W. Cavanaugh's claims; telephone call with K. Holmstrom and J. Jaffe regarding same; email M. Theisen to confirm that the Trustee should draft the agreed order and limited objection; draft Limited Objection to Motion of William Cavanaugh to Vacate Stay |
| 07/25/17 | S.B. Herendeen | 0.30 | 82.50 | Finalize, electronically file and serve objection following email message from E. Little |
| 07/25/17 | S.B. Herendeen | 0.30 | 82.50 | Revise objection following email message from E. Little |
| 07/25/17 | J. Jaffe | 0.20 | 126.00 | Review and revise second draft Cavanaugh objection |
| 07/25/17 | J. Jaffe | 0.30 | 189.00 | Review and revise Cavanaugh order |
| 07/25/17 | E. Little | 2.80 | 798.00 | Finalize Limited Objection to Motion of William Cavanaugh to Vacate Stay; draft Order Resolving William Cavanaugh's Motion to Vacate Stay; telephone call with W. Cavanaugh discussing the Objection and the proposed order |
| 07/26/17 | J. Jaffe | 0.20 | 126.00 | Push on parties for resolution of Cavanaugh stay motion |
| 07/26/17 | E. Little | 0.50 | 142.50 | Email W. Cavanaugh for approval the proposed Order Granting In Part William Cavanaugh's Motion to Vacate Stay; email K. Holmstrom for Hartford approval the proposed Order Granting In Part William Cavanaugh's Motion to Vacate Stay |
| 07/27/17 | J. Jaffe | 0.20 | 126.00 | Review CNA comments to proposed Cavanaugh order |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
August 21, 2017
Page      3

Faegre Baker Daniels LLP
Invoice   32037277

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 07/27/17 | E. Little | 0.40 | 114.00 | Email W. Cavanaugh for approval of the proposed Order Granting In Part William Cavanaugh's Motion to Vacate Stay; email K. Holmstrom for Hartford approval the proposed Order Granting In Part William Cavanaugh's Motion to Vacate Stay; prepare Order Granting in Part William Cavanaugh's Motion to Vacate Stay |
| 07/31/17 | J. Jaffe | 0.20 | 126.00 | Conference with E. Little and telephone call with D. Caruso regarding Cavanaugh decision to move forward on stay relief |
| 07/31/17 | J. Jaffe | 0.20 | 126.00 | Telephone call with J. Hoard regarding Cavanaugh claim issues |
| 07/31/17 | J. Jaffe | 0.50 | 315.00 | Review of research stock option question for D. Caruso and G. Skolnik |
| 07/31/17 | J. Jaffe | 0.40 | 252.00 | Conference with G. Skolnik regarding message to option holders |
| 07/31/17 | G.L. Skolnik | 0.60 | 402.00 | Draft response from D. Caruso to M. Babi regarding how bankruptcy affected his ITT ESI stock options |
| 07/31/17 | G.L. Skolnik | 0.40 | 268.00 | Teleconference with J. Jaffe regarding response to former employee regarding content of response to M. Babi regarding effect of bankruptcy on stock options issued to him during his employment |
| 07/31/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with C. Long and teleconference with J. Jaffe regarding M. Babi stock option question |
| 07/31/17 | E. Little | 0.70 | 199.50 | Telephone call with W. Cavanaugh regarding the proposed Order Granting In Part William Cavanaugh's Motion to Vacate Stay; strategize with J. Jaffe steps to resolve the Motion to Vacate Stay; leave voicemail for K. Holmstrom |

**Total Hours**                16.70

**Total Services**                                                          $        6,954.00

## Disbursements

| Description | Date | $ Value | Quantity |
|-------------|------|---------|----------|
| Westlaw (Online Legal Research) | | 60.00 | |
| Online Docket Search | | 1.30 | |
| Subtotal   Summarized Disbursements | | | 61.30 |

**Total Disbursements**                                            $          61.30

**Invoice Total**                                                      $        7,015.30

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
August 21, 2017
Page     4

Faegre Baker Daniels LLP
Invoice   32037277

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|------|------:|-------:|--------:|
| G.L. Skolnik | 2.40 | 670.00 | 1,608.00 |
| J. Jaffe | 3.70 | 630.00 | 2,331.00 |
| E. Little | 10.00 | 285.00 | 2,850.00 |
| S.B. Herendeen | 0.60 | 275.00 | 165.00 |
| **Total** | **16.70** | | $  **6,954.00** |

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

August 21, 2017

| | |
|---|---|
| Invoice | 32037277 |
| Tax ID | 41-0244008 |

Client ID            511089
Matter               Employee Benefit Plans
FaegreBD File        511089.000002

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

**Invoice Total**                    $        7,015.30

Payment Enclosed            _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL  60675-6952

**FAEGRE BAKER**
**DANIELS**

FaegreBD.com

USA ▾ UK ▾ CHINA

September 27, 2017

| | |
|---|---|
| Invoice | 32038156 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | Employee Benefit Plans |
| **FaegreBD File** | 511089.000002 |

For professional services rendered and disbursements incurred through August 31, 2017

| | | |
|---|---|---|
| Services | | 6,462.00 |
| **Invoice Total** | $ | 6,462.00 |

**Due and Payable Upon Receipt**
**Thank You**

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com                                                                                                    USA ▾ UK ▾ CHINA

**FAEGRE BAKER DANIELS**

September 27, 2017

| | |
|---|---|
| Invoice | 32038156 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | Employee Benefit Plans |
| FaegreBD File | 511089.000002 |

For professional services rendered and disbursements incurred through August 31, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 08/01/17 | J. Jaffe | 0.70 | 441.00 | Review and revise Trustee email to M. Babi regarding stock option rights |
| 08/01/17 | J. Jaffe | 0.50 | 315.00 | Review materials and prepare for Cavanaugh hearing |
| 08/01/17 | J. Jaffe | 0.50 | 315.00 | Several emails and telephone calls to broker resolution of Cavanaugh claim |
| 08/01/17 | G.L. Skolnik | 0.30 | 201.00 | Teleconference with E. Little regarding Cavanaugh lawsuit and motion for relief from stay |
| 08/01/17 | G.L. Skolnik | 1.00 | 670.00 | Finish drafting response to M. Babi regarding stock option issues |
| 08/01/17 | E. Little | 1.70 | 484.50 | Email K. Holmstrom regarding W. Cavanaugh's action in the Arizona District Court; telephone call with W. Cavanaugh in an attempt to resolve his Motion to Vacate Stay: strategize with J. Jaffe in attempt to resolve the Motion to Vacate Stay |
| 08/02/17 | J. Jaffe | 0.80 | 504.00 | Multiple emails responding to Trustee questions and revising Babi response |
| 08/02/17 | J. Jaffe | 1.80 | 1,134.00 | Prepare for and participate in Cavanaugh hearing |
| 08/02/17 | G.L. Skolnik | 0.70 | 469.00 | Correspond with J. Jaffe and D. Caruso regarding response to M. Babi relating to stock option question and correspond with C. Long regarding same |
| 08/02/17 | E. Little | 1.30 | 370.50 | Prepare for and attend hearing on W. Cavanaugh's Motion to Vacate Stay |
| 08/03/17 | G.L. Skolnik | 1.00 | 670.00 | Correspond with J. Jaffe, J. Hoard, D. Caruso, C. Long and C. Herald regarding M. Babi stock option question |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
September 27, 2017
Page 2

Faegre Baker Daniels LLP
Invoice 32038156

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 08/11/17 | E. Little | 0.20 | 57.00 | Email K. Holmstrom regarding new lawsuit filed by W. Cavanaugh against CNA and Hartford |
| 08/14/17 | E. Little | 0.20 | 57.00 | Confer with S. Bewley regarding the proposed Order Granting In Part William Cavanaugh's Motion to Vacate Stay |
| 08/16/17 | J. Jaffe | 0.30 | 189.00 | Review Cavanaugh order and email D. Caruso, K. Toner regarding follow-up communication to fiduciary carrier |
| 08/17/17 | J. Jaffe | 0.20 | 126.00 | Conference with E. Little regarding follow-up to make sure ITT is dismissed from Arizona action |
| 08/18/17 | E. Little | 0.20 | 57.00 | Email W. Cavanaugh a copy of the Order Granting in part William Cavanaugh's Motion to Vacate Stay and requesting confirmation of the dismissal of ITT in the Arizona District Court action |
| 08/21/17 | G.L. Skolnik | 0.20 | 134.00 | Teleconference with D. Caruso and J. Hoard regarding DOL's preliminary findings in connection with pending plan investigation and next steps regarding same |
| 08/25/17 | G.L. Skolnik | 0.30 | 201.00 | Review correspondence form J. Rittman and new endorsement from Travelers for fidelity bond |
| 08/30/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with B. Fletcher regarding Transamerica duplicate check on 401(k) matter |
| Total Hours | | 12.00 | | |

| | | |
|---|---|---|
| Total Services | $ | 6,462.00 |

| | | |
|---|---|---|
| **Invoice Total** | **$** | **6,462.00** |

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|------|-------|--------|---------|
| G.L. Skolnik | 3.60 | 670.00 | 2,412.00 |
| J. Jaffe | 4.80 | 630.00 | 3,024.00 |
| E. Little | 3.60 | 285.00 | 1,026.00 |
| Total | 12.00 | $ | 6,462.00 |

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

September 27, 2017

| | |
|---|---|
| Invoice | 32038156 |
| Tax ID | 41-0244008 |

| | |
|---|---|
| Client ID | 511089 |
| Matter | Employee Benefit Plans |
| FaegreBD File | 511089.000002 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

| | | |
|---|---|---|
| **Invoice Total** | $ | 6,462.00 |

Payment Enclosed                      _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

| **Wire payments to** | **Remit checks to** |
|---|---|
| Faegre Baker Daniels LLP | Faegre Baker Daniels LLP |
| Bank Name:  Wells Fargo Bank, N.A. | 75 Remittance Drive  Dept. 6952 |
| Account Number:  1942086487 | Chicago, IL  60675-6952 |
| Routing Transit Number (Wires): 121000248 | |
| Routing Transit Number (ACH):  091000019 | |
| Swift Code (International Wires in USD):  WFBIUS6S | |
| Swift Code (International Wires in non-USD):  WFBIUS6WFFX | |
| Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com | |

**FAEGRE·BAKER**
**DANIELS**

FaegreBD.com

USA ▾ UK ▾ CHINA

October 20, 2017

| Invoice | 32038582 |
|---|---|
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | Employee Benefit Plans |
| **FaegreBD File** | 511089.000002 |

For professional services rendered and disbursements incurred through September 30, 2017

| | |
|---|---|
| Services | 1,801.00 |
| **Invoice Total** | $    1,801.00 |

**Due and Payable Upon Receipt**
**Thank You**

FaegreBD.com                                                                            USA ▾ UK ▾ CHINA

# FAEGRE BAKER
## DANIELS

October 20, 2017

Invoice          32038582
Tax ID           41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204

## Invoice Detail

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | Employee Benefit Plans |
| **FaegreBD File** | 511089.000002 |

For professional services rendered and disbursements incurred through September 30, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 09/01/17 | J. Jaffe | 0.20 | 126.00 | Conference with G. Skolnik regarding Chubb issues arising from DOL investigation |
| 09/01/17 | G.L. Skolnik | 0.30 | 201.00 | Teleconference with M. Dewey of Chubb and teleconference with J. Jaffe regarding billing of DOL investigation matters to be paid by Chubb |
| 09/05/17 | G.L. Skolnik | 0.20 | 134.00 | Teleconference with J. Jaffe regarding resolution of billing issues with Chubb with respect to DOL investigations |
| 09/06/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with J. Jaffe and C. Borowski regarding Chubb payment issues |
| 09/06/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with B. Fletcher regarding return to Transamerica of check incorrectly tendered to FaegreBD for payment of invoice previously paid |
| 09/19/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with D. Caruso and J. Jaffe regarding closing of last DOL investigation; follow-up correspondence with Chubb adjuster M. Dewey regarding closing of DOL investigation |
| 09/27/17 | G.L. Skolnik | 0.40 | 268.00 | Correspond with D. Caruso regarding DOL preliminary findings with respect to ESI Group Benefits Plan |
| 09/28/17 | G.L. Skolnik | 0.50 | 335.00 | Consult with P. Gutwein and correspond with J. Jaffe regarding DOL findings of possible breach in connection with Group Benefits Plan |
| 09/29/17 | G.L. Skolnik | 0.40 | 268.00 | Teleconference with J. Jaffe and M. Dewey of Chubb regarding inapplicability of Chubb LSA to our representation of Trustee in DOL investigations |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
October 20, 2017
Page 2

Faegre Baker Daniels LLP
Invoice 32038582

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 09/29/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with M. Dewey of Chubb regarding teleconference to discuss payment of legal fees for DOL investigation |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | **2.70** | | |

| | | |
|---|---|---|
| **Total Services** | $ | 1,801.00 |

| | | |
|---|---|---|
| **Invoice Total** | $ | 1,801.00 |

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|------|-------|--------|---------|
| G.L. Skolnik | 2.50 | 670.00 | 1,675.00 |
| J. Jaffe | 0.20 | 630.00 | 126.00 |
| **Total** | **2.70** | $ | **1,801.00** |

FAEGRE BAKER
DANIELS

FaegreBD.com

USA ▾ UK ▾ CHINA

October 20, 2017

| | |
|---|---|
| Invoice | 32038582 |
| Tax ID | 41-0244008 |

| | |
|---|---|
| Client ID | 511089 |
| Matter | Employee Benefit Plans |
| FaegreBD File | 511089.000002 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

Invoice Total                                $      1,801.00

Payment Enclosed                    _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL  60675-6952

FaegreBD.com

# FAEGRE BAKER
# DANIELS

USA ▾ UK ▾ CHINA

November 13, 2017

| | |
|---|---|
| Invoice | 32039007 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | Employee Benefit Plans |
| **FaegreBD File** | 511089.000002 |

For professional services rendered and disbursements incurred through October 31, 2017

| | |
|---|---|
| Services | 1,268.00 |
| **Invoice Total** | $    1,268.00 |

**Due and Payable Upon Receipt**
**Thank You**

FaegreBD.com

# FAEGRE BAKER
# DANIELS

USA ▾ UK ▾ CHINA

November 13, 2017

Invoice     32039007
Tax ID     41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204

## Invoice Detail

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | Employee Benefit Plans |
| **FaegreBD File** | 511089.000002 |

For professional services rendered and disbursements incurred through October 31, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 10/02/17 | G.L. Skolnik | 0.20 | 134.00 | Consult with P. Gutwein regarding DOL's closing letter in Group Benefit Plan investigation |
| 10/05/17 | G.L. Skolnik | 0.90 | 603.00 | Respond to C. Knapp and J. Jaffe regarding DOL investigation matters for which we are seeking payment from Chubb |
| 10/18/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with M. Dewey, J. Jaffe and C. Knapp regarding Chubb and decision to pay council fees at Court approved rates for DOL audits |
| 10/23/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with D. Caruso regarding notice requirements for pension and 401(k) plans |
| 10/24/17 | G.L. Skolnik | 0.20 | 134.00 | Teleconference with J. Jaffe regarding allocation of Chubb's payment of fees for DOL application |
| 10/25/17 | S. Carlson | 0.40 | 112.00 | Finalize and compile notices of invoices for fees and expenses; electronically file notice with the bankruptcy court and complete service |
| 10/25/17 | S. Carlson | 0.30 | 84.00 | Finalize and compile notices of invoices for fees and expenses; electronically file notice with the bankruptcy court and complete service |

| | |
|---|---|
| **Total Hours** | 2.30 |

| | |
|---|---|
| **Total Services** | $ 1,268.00 |

| | |
|---|---|
| **Invoice Total** | $ 1,268.00 |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
November 13, 2017
Page     2

Faegre Baker Daniels LLP
Invoice   32039007

## Services Summary by Professional

| Name | Hours | $  Rate | $  Value |
|------|------:|--------:|---------:|
| G.L. Skolnik | 1.60 | 670.00 | 1,072.00 |
| S. Carlson | 0.70 | 280.00 | 196.00 |
| **Total** | **2.30** | $ | **1,268.00** |

**FAEGRE BAKER**
**DANIELS**

FaegreBD.com

USA ▾ UK ▾ CHINA

November 13, 2017

| | |
|---|---|
| Invoice | 32039007 |
| Tax ID | 41-0244008 |

Client ID          511089
Matter             Employee Benefit Plans
FaegreBD File      511089.000002

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

**Invoice Total**                     $      1,268.00

**Payment Enclosed**          _____

**Due and Payable Upon Receipt**
**Thank You**

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD): WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL  60675-6952

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

**FAEGRE BAKER**
**DANIELS**

FaegreBD.com

USA ▾ UK ▾ CHINA

March 23, 2017

| Invoice | 32034636 |
|---|---|
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | Pension Plan Administration |
| **FaegreBD File** | 511089.000003 |

For professional services rendered and disbursements incurred through February 28, 2017

| | |
|---|---|
| Services | 14,271.00 |
| **Invoice Total** | $  14,271.00 |

Due and Payable Upon Receipt
Thank You

FaegreBD.com

FAEGRE BAKER
DANIELS

USA ▾ UK ▾ CHINA

March 23, 2017

Invoice        32034636
Tax ID         41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | Pension Plan Administration |
| FaegreBD File | 511089.000003 |

For professional services rendered and disbursements incurred through February 28, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 02/02/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with A. Hart and D. Caruso regarding pension plan services |
| 02/02/17 | G.L. Skolnik | 0.50 | 335.00 | Correspond with S. Wade of JP Morgan Chase regarding payment of Aon Hewitt invoices from pension trust |
| 02/03/17 | G.L. Skolnik | 0.70 | 469.00 | Correspond with M. Baird of PBGC to provide update on status of pension plan termination and related activities |
| 02/03/17 | G.L. Skolnik | 2.80 | 1,876.00 | Review and revise proposed Fiduciary Management Agreement with ProCourse for ESI Pension Plan |
| 02/06/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with D. Harman and D. Caruso regarding agreement for investment advisory services |
| 02/08/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with B. Fletcher and D. Caruso regarding pension vendor selection |
| 02/08/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with B. Fletcher, D. Caruso and K. Moudgal regarding pension plan custody platform transition and related agreements |
| 02/08/17 | G.L. Skolnik | 0.30 | 201.00 | Begin review of JP Morgan Chase agreements for new custodial platform |
| 02/09/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with D. Caruso and B. Fletcher regarding selection of actuarial/termination services vendor |
| 02/09/17 | G.L. Skolnik | 3.00 | 2,010.00 | Finish review and revision of JP Morgan agreements for transition to Titan platform |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
March 23, 2017
Page    2

Faegre Baker Daniels LLP
Invoice    32034636

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 02/09/17 | G.L. Skolnik | 0.40 | 268.00 | Project status teleconference with JP Morgan Chase NA, B. Fletcher and D. Caruso regarding transition to Titan custody platform |
| 02/09/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with D. Harman and D. Caruso regarding finalizing ProCourse Fiduciary Management Agreement for ESI Pension Plan |
| 02/09/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with D. Caruso and B. Fletcher regarding JP Morgan Chase agreements and direction letter |
| 02/10/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with D. Caruso and B. Fletcher regarding service provider selection for pension plan |
| 02/13/17 | G.L. Skolnik | 0.60 | 402.00 | Correspond with A. Hart of Aon Hewitt, D. Caruso and B. Fletcher regarding pension plan services proposal and vendor selection |
| 02/13/17 | G.L. Skolnik | 0.70 | 469.00 | Teleconference with D. Caruso and B. Fletcher regarding pension plan vendor selection |
| 02/14/17 | G.L. Skolnik | 0.10 | 67.00 | Teleconference with A. Hart of Aon Hewitt regarding vendor selection and next steps to begin plan termination process |
| 02/16/17 | G.L. Skolnik | 0.10 | 67.00 | Prepare for conference call with JP Morgan Chase regarding platform transition and related agreements |
| 02/16/17 | G.L. Skolnik | 0.30 | 201.00 | Revise JP Morgan Chase agreements to incorporate D. Caruso's requested changes |
| 02/16/17 | G.L. Skolnik | 0.40 | 268.00 | Teleconference with B. Fletcher and JP Morgan Chase representatives regarding custody platform transition |
| 02/17/17 | G.L. Skolnik | 0.30 | 201.00 | Teleconference with Adrea Hart regarding master consulting agreement and Statement Of Work for termination and benefit claims processing transition arrangements and kick off meeting |
| 02/17/17 | G.L. Skolnik | 0.60 | 402.00 | Correspond with D. Caruso and B. Fletcher regarding Aon Hewitt pension agreements and pension plan termination project kickoff meeting |
| 02/20/17 | G.L. Skolnik | 0.50 | 335.00 | Correspond with a. Hart, D. Caruso and B. Fletcher regarding production and distribution of annual funding notice |
| 02/20/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with A. Hart, D. Caruso and B. Fletcher regarding pension termination kickoff meeting |
| 02/20/17 | G.L. Skolnik | 0.40 | 268.00 | Revise ProCourse Fiduciary Management Agreement to incorporate comments of D. Caruso and correspond with D. Harman regarding same |
| 02/22/17 | G.L. Skolnik | 0.10 | 67.00 | Teleconference with A. Hart regarding statement of work and consulting agreement for plan termination services |
| 02/23/17 | G.L. Skolnik | 2.10 | 1,407.00 | Review Aon Hewitt statement of work and master consulting agreement for plan termination services |
| 02/23/17 | G.L. Skolnik | 0.80 | 536.00 | Correspond with C. Herald and D. Caruso to respond to participant's question regarding rollover eligibility of pension plan distributions |
| 02/27/17 | G.L. Skolnik | 0.30 | 201.00 | Teleconference with A. Hart of Aon Hewitt regarding calculation of ESI Pension Plan required minimum distribution for April 1, 2017 |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.

March 23, 2017

Page      3

Faegre Baker Daniels LLP
Invoice    32034636

| Date | Name | Hours | $  Value | Description |
|------|------|-------|----------|-------------|
| 02/27/17 | G.L. Skolnik | 0.60 | 402.00 | Correspond with D. Caruso and B. Fletcher regarding RMD calculation and related participant correspondence |
| 02/28/17 | G.L. Skolnik | 0.60 | 402.00 | Correspond with D. Caruso, J. Hoard and B. Fletcher regarding Aon Hewitt agreements |
| 02/28/17 | G.L. Skolnik | 3.10 | 2,077.00 | Finish review and revision of Master Consulting Agreement and statement of work for termination and claims processing services |

| | | |
|---|---|---|
| **Total Hours** | 21.30 | |

| | | |
|---|---|---|
| Total Services | $ | 14,271.00 |
| **Invoice Total** | **$** | **14,271.00** |

## Services Summary by Professional

| Name | Hours | $  Rate | $  Value |
|------|-------|---------|----------|
| G.L. Skolnik | 21.30 | 670.00 | 14,271.00 |
| Total | 21.30 | $ | 14,271.00 |

# FAEGRE BAKER
## DANIELS

March 23, 2017

| Invoice | 32034636 |
| Tax ID | 41-0244008 |

Client ID          511089
Matter             Pension Plan Administration
FaegreBD File      511089.000003

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

Invoice Total                    $      14,271.00

Payment Enclosed        _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL   60675-6952

FaegreBD.com

**FAEGRE BAKER**
**DANIELS**

USA ▾ UK ▾ CHINA

May 3, 2017

| | |
|---|---|
| Invoice | 32035389 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | Pension Plan Administration |
| **FaegreBD File** | 511089.000003 |

For professional services rendered and disbursements incurred through March 31, 2017

| | |
|---|---|
| Services | 15,049.00 |
| **Invoice Total** | $    15,049.00 |

Due and Payable Upon Receipt
Thank You

FaegreBD.com

FAEGRE BAKER
DANIELS

USA ▾ UK ▾ CHINA

May 3, 2017

Invoice      32035389
Tax ID       41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | Pension Plan Administration |
| **FaegreBD File** | 511089.000003 |

For professional services rendered and disbursements incurred through March 31, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 03/01/17 | G.L. Skolnik | 1.00 | 670.00 | Revise and finalize ProCourse Fiduciary Management Agreement |
| 03/01/17 | G.L. Skolnik | 0.20 | 134.00 | Review correspondence from JP Morgan and D. Caruso regarding new agreements for Titan Platform and additional information needed to finalize the agreements |
| 03/02/17 | G.L. Skolnik | 0.50 | 335.00 | Review JP Morgan Chase's responses to Trustee's requested changes to benefit payment agreement and accounting services agreement |
| 03/02/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with D. Caruso and B. Fletcher regarding JP Morgan Chase agreements |
| 03/02/17 | G.L. Skolnik | 0.30 | 201.00 | Teleconference with JP Morgan Chase regarding status of transition to Titan platform |
| 03/02/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with D. Caruso and D. Harmon to finalize ProCourse Fiduciary Management Agreement |
| 03/06/17 | G.L. Skolnik | 0.60 | 402.00 | Correspond with M. Baird of PBGC, updating him on the status of the plan termination process |
| 03/06/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with C. Herald and B. Fletcher regarding pension plan required minimum distributions |
| 03/07/17 | G.L. Skolnik | 0.40 | 268.00 | Correspond with M. Rodgers of PBGC regarding proposed pre-distribution audit agreement |
| 03/07/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with B. Fletcher and Aon Hewitt plan termination team regarding PBGC's proposed pre-distribution audit agreement |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
May 3, 2017
Page    2

Faegre Baker Daniels LLP
Invoice   32035389

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 03/07/17 | G.L. Skolnik | 0.40 | 268.00 | Correspond with C. Herald and B. Fletcher regarding pension plan required minimum distributions |
| 03/07/17 | G.L. Skolnik | 2.20 | 1,474.00 | Pension Plan Termination kickoff meeting with D. Caruso, B. Fletcher and Aon Hewitt representatives |
| 03/08/17 | D.L. Hinshaw | 0.50 | 275.00 | Discuss issues related to termination of ESI plan with G. Skolnik |
| 03/11/17 | D.L. Hinshaw | 0.80 | 440.00 | Preparation of ESI pension plan amendment to terminate plan |
| 03/13/17 | D.L. Hinshaw | 0.60 | 330.00 | Review PBGC settlement agreement and comment on same to G. Skolnik |
| 03/13/17 | G.L. Skolnik | 0.20 | 134.00 | Finalize ProCourse Agreement |
| 03/13/17 | G.L. Skolnik | 0.50 | 335.00 | Correspond with D. Caruso and J. Hoard regarding ProCourse Fiduciary Management Agreement |
| 03/13/17 | G.L. Skolnik | 0.10 | 67.00 | Conference with D. Hinshaw regarding pension plan restatement and comments on proposed PBGC audit agreement |
| 03/14/17 | G.L. Skolnik | 0.20 | 134.00 | Teleconference with G. Widmer regarding plan termination filings and related documents |
| 03/16/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with D. Caruso regarding JP Morgan Titan agreements |
| 03/16/17 | G.L. Skolnik | 0.40 | 268.00 | Correspond with A. Hart and B. Fletcher regarding Master Consulting Agreement and Statement of Work |
| 03/16/17 | G.L. Skolnik | 0.70 | 469.00 | Teleconference with JP Morgan Chase representatives and B. Fletcher regarding transition to Titan platform |
| 03/20/17 | D.L. Hinshaw | 1.50 | 825.00 | Review plan termination project plan and amend pension plan for termination and payment window |
| 03/20/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with B. Fletcher and D. Caruso regarding arrangements for NOIT, NTIP, and annual funding notice |
| 03/21/17 | D.L. Hinshaw | 0.80 | 440.00 | Amend pension plan for lump sum window benefit |
| 03/22/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with B. Fletcher and D. Caruso regarding pension estimates |
| 03/23/17 | D.L. Hinshaw | 0.80 | 440.00 | Telephone call with G. Skolnik and G. Widmer to strategize on actions needed to terminate pension plan |
| 03/23/17 | G.L. Skolnik | 0.10 | 67.00 | Review proposed final versions of JP Morgan agreements |
| 03/23/17 | G.L. Skolnik | 0.80 | 536.00 | Teleconference with D. Hinshaw and G. Widmer regarding ESI Pension Plan termination and Form 5310 filing |
| 03/23/17 | G. Widmer | 0.80 | 304.00 | Call with G. Skolnik and D. Hinshaw regarding pension plan termination process |
| 03/24/17 | D.L. Hinshaw | 1.40 | 770.00 | Amend pension plan for lump window program |
| 03/27/17 | D.L. Hinshaw | 0.60 | 330.00 | Revision of third amendment to pension plan for lump sum program |
| 03/27/17 | G.L. Skolnik | 0.10 | 67.00 | Respond to D. Caruso regarding pension distribution tax withholding question |
| 03/27/17 | G.L. Skolnik | 0.40 | 268.00 | Correspond with C. Herald and D. Caruso regarding exception to 10% early distribution penalty for participants who received their pension distributions after they separated from service after reaching age 55 and correction of Form 1099 |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
May 3, 2017
Page    3

Faegre Baker Daniels LLP
Invoice   32035389

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 03/28/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with D. Caruso and B. Fletcher regarding JP Morgan Chase agreements |
| 03/28/17 | G.L. Skolnik | 0.70 | 469.00 | Final review of JP Morgan Chase agreements for new trust platform |
| 03/28/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with D. Harmon of ProCourse and D. Caruso regarding Fiduciary Management Agreement and next steps with respect to investment advice for ESI Pension Plan |
| 03/29/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with A. Hart of Aon Hewitt regarding actuarial language for plan termination/window amendment |
| 03/29/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with D. Caruso regarding pension plan payment directive issues |
| 03/30/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with D. Caruso and B. Fletcher regarding Aon Hewitt's attorneys' comments on our proposed revisions to Master Consulting Agreement and Statement of Work |
| 03/30/17 | G.L. Skolnik | 0.60 | 402.00 | Pension Plan termination status conference with Aon Hewitt team, B. Fletcher and D. Caruso |
| 03/30/17 | G.L. Skolnik | 0.80 | 536.00 | Review and revise ESI Pension Plan termination/window amendment |
| 03/30/17 | G.L. Skolnik | 0.40 | 268.00 | Review Hewitt's comments on markup of Master Consulting Agreement and Statement of Work |
| 03/30/17 | G.L. Skolnik | 0.70 | 469.00 | Correspond with D. Harmon, B. Fletcher and D. Caruso regarding documents and information needed for Procourse to advise trustee on plan investments |
| 03/30/17 | G. Widmer | 1.30 | 494.00 | Review and edit notice of intent to terminate, notice to interested parties, and annual funding notice |
| 03/31/17 | G.L. Skolnik | 0.10 | 67.00 | Teleconference with G. Widmer regarding contents of cover letter for notices |
| 03/31/17 | G.L. Skolnik | 0.10 | 67.00 | Review proposed final Aon Hewitt agreements for plan termination project |
| 03/31/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with A. Hart regarding NOIT, NTIP and cover letter for notice mailing |
| 03/31/17 | G. Widmer | 1.10 | 418.00 | Draft cover letter for pension plan termination notices |
| **Total Hours** | | **25.10** | | |

Total Services                                                                                            $      15,049.00

**Invoice Total**                                                                                        $      **15,049.00**


## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|---|---|---|---|
| G.L. Skolnik | 14.90 | 670.00 | 9,983.00 |
| D.L. Hinshaw | 7.00 | 550.00 | 3,850.00 |
| G. Widmer | 3.20 | 380.00 | 1,216.00 |
| Total | 25.10 | $ | 15,049.00 |

FaegreBD.com

# FAEGRE BAKER
## DANIELS

May 3, 2017

| | |
|---|---|
| Invoice | 32035389 |
| Tax ID | 41-0244008 |

| | |
|---|---|
| Client ID | 511089 |
| Matter | Pension Plan Administration |
| FaegreBD File | 511089.000003 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

Invoice Total                                $    15,049.00

Payment Enclosed                    _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL   60675-6952

FaegreBD.com    FAEGRE BAKER
DANIELS    USA ▾ UK ▾ CHINA

June 5, 2017

Invoice      32035979
Tax ID       41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | Pension Plan Administration |
| **FaegreBD File** | 511089.000003 |

For professional services rendered and disbursements incurred through April 30, 2017

| | |
|---|---|
| Services | 9,288.00 |
| **Invoice Total** | $    9,288.00 |

Due and Payable Upon Receipt
Thank You

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com

FAEGRE BAKER
DANIELS

USA ▾ UK ▾ CHINA

June 5, 2017

Invoice      32035979
Tax ID      41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | Pension Plan Administration |
| **FaegreBD File** | 511089.000003 |

For professional services rendered and disbursements incurred through April 30, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 04/03/17 | G.L. Skolnik | 0.80 | 536.00 | Correspond with C. Herald, N. Balassi, B. Fletcher and D. Caruso and review files regarding missing participants due RMDs |
| 04/04/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with B. Fletcher and C. Herald regarding pension plan administrative questions |
| 04/05/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with D. Harmon of ProCourse regarding timing of lump sum window |
| 04/06/17 | G.L. Skolnik | 0.50 | 335.00 | Draft written action to terminate pension plan and approve and adopt amendment |
| 04/06/17 | G.L. Skolnik | 0.20 | 134.00 | Review and revise draft of termination amendment for ESI Pension Plan and transmit same to D. Caruso, B. Fletcher and Aon Hewitt team for review |
| 04/06/17 | G.L. Skolnik | 0.50 | 335.00 | Correspond with M. Rodgers of PBGC, D. Caruso and B. Fletcher regarding interim contact for pension benefits claims processing |
| 04/10/17 | G.L. Skolnik | 0.40 | 268.00 | Correspond with D. Caruso, G. Widmer and B. Fletcher regarding NOIT, NTIP and JP Morgan agreements |
| 04/10/17 | G. Widmer | 0.60 | 228.00 | Revise pension plan termination notices based on comments of D. Caruso |
| 04/11/17 | G.L. Skolnik | 1.10 | 737.00 | Correspond with C. Gerace and D. Caruso regarding JP Morgan Chase Agreements |
| 04/11/17 | G. Widmer | 0.90 | 342.00 | Review and draft cover letter for pension plan termination notices |

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
June 5, 2017
Page    2

Faegre Baker Daniels LLP
Invoice   32035979

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 04/12/17 | G.L. Skolnik | 1.90 | 1,273.00 | Review and revise cover letter and notices for April 28 mailing (NTIP, NOLT and funding notice) and G. Widmer's comments regarding same |
| 04/12/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with D. Harmon and D. Prince regarding description of investment policy for annual funding notice |
| 04/12/17 | G. Widmer | 0.20 | 76.00 | Correspond with A. Hart regarding annual funding notice |
| 04/12/17 | G. Widmer | 0.40 | 152.00 | Review and edit supplemental annual funding notice disclosure |
| 04/13/17 | G.L. Skolnik | 0.10 | 67.00 | Teleconference with G. Widmer regarding finalizing notices and plan amendment |
| 04/13/17 | G.L. Skolnik | 1.30 | 871.00 | Review and revise annual funding notice and update NOIT and cover letter |
| 04/13/17 | G.L. Skolnik | 0.50 | 335.00 | Plan termination status conference call with A. Hart, N. Balassi, D. Caruso, B. Fletcher and G. Widmer |
| 04/13/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with G. Widmer and A. Hart of Aon Hewitt regarding notices (annual funding, NOIT and NTIP) |
| 04/13/17 | G. Widmer | 0.20 | 76.00 | Circulate final notices regarding pension plan termination |
| 04/13/17 | G. Widmer | 0.70 | 266.00 | Attend status call regarding pension plan termination |
| 04/14/17 | G.L. Skolnik | 0.30 | 201.00 | Finalize termination documents and correspond with D. Caruso transmitting pension plan amendment and written action for signature |
| 04/17/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with D. Caruso regarding payment of actuarial expenses from trust assets |
| 04/21/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with D. Harmon and D. Caruso regarding ProCourse investment strategy recommendation for ESI Pension Plan |
| 04/25/17 | G. Widmer | 0.20 | 76.00 | Respond to question of A. Hart regarding determination letter filing |
| 04/26/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with A. Hart of Aon Hewitt, G. Widmer and D. Hinshaw regarding Form 5310 filing for ESI Pension Plan |
| 04/27/17 | G.L. Skolnik | 0.20 | 134.00 | Teleconference with G. Widmer regarding status of project plan items for Form 5310 filing for Pension Plan |
| 04/27/17 | G.L. Skolnik | 0.50 | 335.00 | Pension plan termination project status call with A. Hart, B. Fletcher, D. Caruso and G. Widmer |
| 04/27/17 | G.L. Skolnik | 0.10 | 67.00 | Review correspondence from D. Caruso and C. Herald regarding status of required minimum distribution |
| 04/27/17 | G. Widmer | 0.20 | 76.00 | Review status of pension plan termination project |
| 04/27/17 | G. Widmer | 0.60 | 228.00 | Attend conference call regarding pension plan termination |
| 04/27/17 | G. Widmer | 0.30 | 114.00 | Draft Form 5310 and correspond with B. Fletcher regarding filing fee for determination request |
| 04/28/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with A. Hart regarding Pension Plan Forms 5310 and 6088 and attachments and teleconference with G. Widmer regarding next steps |
| 04/28/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with D. Caruso and B. Fletcher regarding ProCourse investment recommendations and investment policy statement |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
June 5, 2017
Page    3

Faegre Baker Daniels LLP
Invoice   32035979

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 04/28/17 | G.L. Skolnik | 0.20 | 134.00 | Revise proposed investment policy statement for ESI Pension Plan |
| 04/28/17 | G.L. Skolnik | 0.50 | 335.00 | Review proposed investment policy statement and investment recommendation received from ProCourse |
| 04/28/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with B. Fletcher and C. Herald regarding pension plan distributions |
| 04/28/17 | G. Widmer | 1.10 | 418.00 | Analyze Form 5310 for ESI Pension Plan |
| **Total Hours** | | **16.20** | | |

| | | |
|---|---|---|
| Total Services | $ | 9,288.00 |
| **Invoice Total** | **$** | **9,288.00** |

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|---|---|---|---|
| G.L. Skolnik | 10.80 | 670.00 | 7,236.00 |
| G. Widmer | 5.40 | 380.00 | 2,052.00 |
| **Total** | **16.20** | $ | **9,288.00** |

# FAEGRE BAKER DANIELS

FaegreBD.com                                                                                        USA ▾ UK ▾ CHINA

June 5, 2017                                                          Invoice        32035979
                                                                     Tax ID        41-0244008

Client ID            511089
Matter               Pension Plan Administration
FaegreBD File        511089.000003

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

**Invoice Total**                    $      9,288.00

Payment Enclosed            _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**                              **Remit checks to**

Faegre Baker Daniels LLP                          Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.                75 Remittance Drive  Dept. 6952
Account Number:  1942086487                       Chicago, IL   60675-6952
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

**FAEGRE BAKER**
**DANIELS**

June 22, 2017

Invoice       32036217
Tax ID        41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

**Client**        Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
                Services, Inc.
**Matter**        Pension Plan Administration
**FaegreBD File**  511089.000003

For professional services rendered and disbursements incurred through June 22, 2017

Services                                                         12,460.00

**Invoice Total**                                          $       12,460.00

Due and Payable Upon Receipt
Thank You

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

June 22, 2017

| | |
|---|---|
| Invoice | 32036217 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | Pension Plan Administration |
| FaegreBD File | 511089.000003 |

For professional services rendered and disbursements incurred through June 22, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 05/01/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with D. Harman, B. Fletcher and D. Caruso regarding investment policy statement and teleconference to discuss investment recommendations |
| 05/01/17 | G. Widmer | 1.70 | 646.00 | Draft forms for IRS determination letter submission |
| 05/02/17 | G.L. Skolnik | 0.20 | 134.00 | Teleconference with G. Widmer regarding pension plan application for determination |
| 05/02/17 | G.L. Skolnik | 0.10 | 67.00 | Review correspondence from C. Herald regarding pending QDROs under pension plan |
| 05/02/17 | G. Widmer | 0.90 | 342.00 | Revise forms for IRS determination request |
| 05/03/17 | G.L. Skolnik | 0.60 | 402.00 | Teleconference with D. Harmon and D. Caruso to discuss ProCourse investment recommendations implementation steps and adoption of investment policy statement |
| 05/03/17 | G.L. Skolnik | 0.20 | 134.00 | Retrieve and transmit to G. Widmer plan documents needed for Form 5310 filing |
| 05/04/17 | G.L. Skolnik | 0.50 | 335.00 | Draft written action adopting investment policy statement for Pension Plan and transmit same to D. Caruso with comments |
| 05/05/17 | G. Widmer | 0.40 | 152.00 | Review and send draft determination submission to G. Skolnik |
| 05/08/17 | D.L. Hinshaw | 1.30 | 715.00 | Review records regarding missing spouse of participant in pension plan to determine requirements for spousal consent |
| 05/08/17 | G.L. Skolnik | 1.00 | 670.00 | Correspond with A. Hart and review ESI Pension Plan's disability retirement provisions |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
June 22, 2017
Page    2

Faegre Baker Daniels LLP
Invoice   32036217

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 05/08/17 | G.L. Skolnik | 0.30 | 201.00 | Review D. Hinshaw's summary of research regarding documentation required to substantiate participant's claim that spouse cannot be located |
| 05/10/17 | G.L. Skolnik | 0.30 | 201.00 | Finish drafting written action adopting investment policy statement (IPS) and transmit written action and IPS to D. Caruso |
| 05/10/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with C. Gerace of JP Morgan regarding status of agreements for Titan platform transition |
| 05/11/17 | G.L. Skolnik | 0.10 | 67.00 | Prepare for status conference on pension plan termination |
| 05/11/17 | G.L. Skolnik | 0.70 | 469.00 | Teleconference with A. Hart, B. Fletcher, N. Balassi and S. Niemeyer regarding status of plan termination |
| 05/12/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with B. Fletcher and D. Caruso regarding responding to participant inquiries about disability retirement distributions |
| 05/12/17 | G.L. Skolnik | 0.20 | 134.00 | Review revised provisions of JP Morgan Benefit Paying Agent Agreement and correspond with D. Caruso regarding same |
| 05/15/17 | D.L. Hinshaw | 0.30 | 165.00 | Telephone call with G. Widmer and G. Skolnik to discuss issues related to Form 5310 application for IRS determination on termination |
| 05/15/17 | G.L. Skolnik | 0.40 | 268.00 | Teleconference with G. Widmer and D. Hinshaw regarding Pension Plan Form 5310 and attachments |
| 05/15/17 | G.L. Skolnik | 0.40 | 268.00 | Review updated agreements and correspond with D. Caruso and B. Fletcher regarding finalizing JP Morgan agreements |
| 05/15/17 | G.L. Skolnik | 0.80 | 536.00 | Complete review of draft Forms 5310 and 2848 |
| 05/15/17 | G.L. Skolnik | 0.60 | 402.00 | Review ESI Pension Plan files relating to Normal Retirement Age (determination that it is typical for the industry) |
| 05/15/17 | G. Widmer | 0.30 | 114.00 | Revise attachment to Form 5310 for pension plan determination letter submission |
| 05/15/17 | G. Widmer | 0.40 | 152.00 | Confer with G. Skolnik and D. Hinshaw regarding determination letter request |
| 05/16/17 | G.L. Skolnik | 0.20 | 134.00 | Review draft language for 5310 attachment (regarding normal retirement age) and correspond with G. Widmer regarding same |
| 05/16/17 | G.L. Skolnik | 0.10 | 67.00 | Review proposed Investment Management Agreement with Winthrop Capital Management for ESI Pension Plan |
| 05/16/17 | G. Widmer | 1.00 | 380.00 | Revise determination letter submission and send to D. Caruso |
| 05/17/17 | G.L. Skolnik | 0.90 | 603.00 | Correspond with D. Hinshaw, G. Widmer and A. Hart regarding Form 5310 filing |
| 05/17/17 | G.L. Skolnik | 0.50 | 335.00 | Review ERISA bond application and respond to D. Caruso's questions regarding same |
| 05/17/17 | G. Widmer | 0.20 | 76.00 | Correspond with G. Skolnik and A. Hart regarding determination letter forms |
| 05/18/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with G. Widmer, B. Fletcher, A. Hart and D. Caruso regarding Form 5310 filing and regarding 2016 Form 5500 |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.

Faegre Baker Daniels LLP
Invoice   32036217

June 22, 2017
Page   3

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 05/18/17 | G.L. Skolnik | 0.40 | 268.00 | Review proposed Investment and Management Agreement with Winthrop Capital |
| 05/18/17 | G. Widmer | 0.50 | 190.00 | Review and compile determination letter submission |
| 05/19/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with M. Baird of PBGC and S. Nguyen of DOL regarding Form 5310 submission filed with IRS today |
| 05/19/17 | G.L. Skolnik | 1.10 | 737.00 | Finish review of Winthrop Capital Management Investment Management Agreement |
| 05/19/17 | G. Widmer | 0.20 | 76.00 | Sign and file request for IRS determination letter |
| 05/24/17 | G.L. Skolnik | 0.30 | 201.00 | Review changes to Benefit Paying Agency Agreement and correspond with D. Caruso regarding same |
| 05/25/17 | G.L. Skolnik | 0.50 | 335.00 | Status call regarding ESI Pension Plan termination |
| 05/25/17 | G. Widmer | 0.50 | 190.00 | Attend status call regarding termination of ESI Pension Plan |
| 05/31/17 | D.L. Hinshaw | 0.50 | 275.00 | Review records to determine current summary plan description and summary of material modifications |
| 05/31/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with D. Hinshaw and G. Widmer on pension plan SPD/SMM issues and follow up correspondence with D. Caruso regarding same |
| 05/31/17 | G.L. Skolnik | 0.60 | 402.00 | Correspond with D. Caruso requesting authorization to restate ESI Pension Plan SPD |
| 05/31/17 | G. Widmer | 0.20 | 76.00 | Gather historical pension plan SPD and SMMs for response to employee request for documents |
| 06/15/17 | G.L. Skolnik | 1.30 | 871.00 | Review pension plan disability provisions and respond to questions from D. Caruso and C. Herald regarding participant's claim that his 1099 should be changed to reflect that his distribution was due to disability |

| | | | |
|---|---|---|---|
| Total Hours | 21.70 | | |

| | | |
|---|---|---|
| Total Services | $ | 12,460.00 |
| **Invoice Total** | **$** | **12,460.00** |

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|------|-------|--------|---------|
| G.L. Skolnik | 13.30 | 670.00 | 8,911.00 |
| D.L. Hinshaw | 2.10 | 550.00 | 1,155.00 |
| G. Widmer | 6.30 | 380.00 | 2,394.00 |
| Total | 21.70 | $ | 12,460.00 |

**FAEGRE BAKER DANIELS**

June 22, 2017

| Invoice | 32036217 |
| Tax ID | 41-0244008 |

Client ID        511089
Matter           Pension Plan Administration
FaegreBD File    511089.000003

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

Invoice Total                    $      12,460.00

Payment Enclosed                 _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to: RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL   60675-6952

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com

FAEGRE BAKER
DANIELS

USA ▾ UK ▾ CHINA

July 24, 2017

Invoice      32036777
Tax ID       41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | Pension Plan Administration |
| **FaegreBD File** | 511089.000003 |

For professional services rendered and disbursements incurred through June 30, 2017

| | |
|---|---:|
| Services | 3,703.00 |
| Disbursements | 77.79 |
| **Invoice Total** | **$      3,780.79** |

**Due and Payable Upon Receipt**
**Thank You**

FAEGRE BAKER
DANIELS

July 24, 2017

Invoice      32036777
Tax ID       41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

# Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | Pension Plan Administration |
| FaegreBD File | 511089.000003 |

For professional services rendered and disbursements incurred through June 30, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 06/01/17 | G. Widmer | 2.20 | 836.00 | Draft 2017 restatement of Pension Plan summary plan description |
| 06/02/17 | G.L. Skolnik | 0.10 | 67.00 | Teleconference with G. Widmer regarding restated SPD for ESI Pension Plan |
| 06/02/17 | G. Widmer | 2.30 | 874.00 | Revise summary plan description to reflect plan termination |
| 06/05/17 | G. Widmer | 1.90 | 722.00 | Draft 2017 SPD reflecting termination of plan |
| 06/06/17 | G. Widmer | 0.20 | 76.00 | Review IRS acknowledgment of determination letter submission |
| 06/08/17 | G.L. Skolnik | 0.40 | 268.00 | Participate in biweekly project status call on ESI Pension Plan termination |
| 06/08/17 | G. Widmer | 0.10 | 38.00 | Review project status in preparation for weekly status call |
| 06/08/17 | G. Widmer | 0.40 | 152.00 | Attend weekly status call |
| 06/09/17 | G.L. Skolnik | 0.40 | 268.00 | Finish revising Winthrop Capital Meeting Investment Management Agreement and transmit same to D. Caruso with comments |
| 06/22/17 | G.L. Skolnik | 0.40 | 268.00 | Status call regarding pension plan termination |
| 06/29/17 | G.L. Skolnik | 0.20 | 134.00 | Review and respond to correspondence from B. Fletcher regarding R. Dwyer pension distribution |
| **Total Hours** | | **8.60** | | |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
July 24, 2017
Page    2

Faegre Baker Daniels LLP
Invoice   32036777

**Total Services**                                                                  $      3,703.00

## Disbursements

| Description | Date | $ Value | Quantity |
|---|---|---|---|
| Internal Copying/Printing | | 48.75 | 325 |
| Postage | | 29.04 | |

Subtotal   Summarized Disbursements                            <u>77.79</u>

**Total Disbursements**                                                    $<u>        77.79</u>

**Invoice Total**                                                              $      3,780.79

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|---|---|---|---|
| G.L. Skolnik | 1.50 | 670.00 | 1,005.00 |
| G. Widmer | 7.10 | 380.00 | 2,698.00 |
| **Total** | **8.60** | $ | **3,703.00** |

FaegreBD.com

**FAEGRE BAKER
DANIELS**

USA ▾ UK ▾ CHINA

July 24, 2017

| | |
|---|---|
| Invoice | 32036777 |
| Tax ID | 41-0244008 |

| | |
|---|---|
| Client ID | 511089 |
| Matter | Pension Plan Administration |
| FaegreBD File | 511089.000003 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

Invoice Total                          $      3,780.79

Payment Enclosed                    _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL  60675-6952

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

August 21, 2017

| | |
|---|---|
| Invoice | 32037278 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | Pension Plan Administration |
| **FaegreBD File** | 511089.000003 |

For professional services rendered and disbursements incurred through July 31, 2017

| | |
|---|---|
| Services | 4,742.00 |
| | |
| **Invoice Total** | $    4,742.00 |

### Due and Payable Upon Receipt
### Thank You

FaegreBD.com

# FAEGRE BAKER
# DANIELS

USA ▼ UK ▼ CHINA

August 21, 2017

| | |
|---|---|
| Invoice | 32037278 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | Pension Plan Administration |
| FaegreBD File | 511089.000003 |

For professional services rendered and disbursements incurred through July 31, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 07/05/17 | G.L. Skolnik | 1.60 | 1,072.00 | Draft form of affidavit to support participant's claim that spouse cannot be located and instructions/explanation |
| 07/05/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with D. Hinshaw regarding missing spouse search affidavit and instructions |
| 07/06/17 | D.L. Hinshaw | 0.40 | 220.00 | Review affidavit of search for lost spouse and explanation of same; discuss same with G. Skolnik |
| 07/06/17 | G.L. Skolnik | 0.10 | 67.00 | Conference with D. Hinshaw regarding missing spouse affidavit and instructions |
| 07/06/17 | G.L. Skolnik | 0.30 | 201.00 | Plan termination project status call with Aon Hewitt team and D. Caruso |
| 07/06/17 | G.L. Skolnik | 0.30 | 201.00 | Revise lost spouse affidavit and instructions and circulate in advance of status call |
| 07/06/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with M.L. Rogers of PBGC regarding status of standard termination and next steps |
| 07/12/17 | G.L. Skolnik | 0.20 | 134.00 | Finalize markup of Winthrop Agreement to incorporate D. Caruso's comments and transmit same to A. Coons of Winthrop and D. Harmon of ProCourse |
| 07/12/17 | G.L. Skolnik | 1.90 | 1,273.00 | Draft response to participant M. Wright regarding whether his distribution from Pension Plan was correctly coded on Form 1099 (as not on account of disability) |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
August 21, 2017
Page      2

Faegre Baker Daniels LLP
Invoice   32037278

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 07/20/17 | G.L. Skolnik | 0.80 | 536.00 | Bi-weekly plan termination status call with Aon Hewitt and D. Caruso |
| 07/31/17 | D.L. Hinshaw | 1.40 | 770.00 | Review notices of plan benefits |
| **Total Hours** | | **7.40** | | |

| | | |
|---|---|---|
| Total Services | $ | 4,742.00 |

| | | |
|---|---|---|
| **Invoice Total** | $ | **4,742.00** |

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|------|-------|--------|---------|
| G.L. Skolnik | 5.60 | 670.00 | 3,752.00 |
| D.L. Hinshaw | 1.80 | 550.00 | 990.00 |
| **Total** | **7.40** | $ | **4,742.00** |

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▼ UK ▼ CHINA

August 21, 2017

| | |
|---|---|
| Invoice | 32037278 |
| Tax ID | 41-0244008 |

| | |
|---|---|
| Client ID | 511089 |
| Matter | Pension Plan Administration |
| FaegreBD File | 511089.000003 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

**Invoice Total**               $      4,742.00

Payment Enclosed          _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

| Wire payments to | Remit checks to |
|---|---|
| Faegre Baker Daniels LLP | Faegre Baker Daniels LLP |
| Bank Name:  Wells Fargo Bank, N.A. | 75 Remittance Drive  Dept. 6952 |
| Account Number:  1942086487 | Chicago, IL  60675-6952 |
| Routing Transit Number (Wires): 121000248 | |
| Routing Transit Number (ACH):  091000019 | |
| Swift Code (International Wires in USD):  WFBIUS6S | |
| Swift Code (International Wires in non-USD):  WFBIUS6WFFX | |
| Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com | |

600 E. 96th Street ▼ Suite 600
Indianapolis ▼ Indiana 46240-3789
Phone +1 317 569 9600 ▼ Fax +1 317 569 4800

FaegreBD.com

## FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

September 27, 2017

|  |  |
|---|---|
| Invoice | 32038157 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | Pension Plan Administration |
| **FaegreBD File** | 511089.000003 |

For professional services rendered and disbursements incurred through August 31, 2017

| | |
|---|---|
| Services | 7,545.00 |

| | | |
|---|---|---|
| **Invoice Total** | $ | 7,545.00 |

**Due and Payable Upon Receipt**
**Thank You**

FaegreBD.com

**FAEGRE BAKER DANIELS**

September 27, 2017

| | |
|---|---|
| Invoice | 32038157 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | Pension Plan Administration |
| FaegreBD File | 511089.000003 |

For professional services rendered and disbursements incurred through August 31, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 08/02/17 | G.L. Skolnik | 0.20 | 134.00 | Conference with D. Hinshaw regarding review of NOPBs templates |
| 08/02/17 | G.L. Skolnik | 0.90 | 603.00 | Review NOPB templates |
| 08/03/17 | D.L. Hinshaw | 0.40 | 220.00 | Telephone call with ESI pension plan termination team to discuss NOPBs |
| 08/03/17 | G.L. Skolnik | 0.90 | 603.00 | Revise NOBPs and circulate same among pension plan termination team with comments |
| 08/03/17 | G.L. Skolnik | 0.50 | 335.00 | Status call with pension plan termination team regarding pension plan termination and related issues |
| 08/17/17 | G.L. Skolnik | 0.70 | 469.00 | Teleconference with B. Fletcher, D. Caruso, N. Balassi and A. Hart regarding status of pension plan termination project |
| 08/17/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with B. Fletcher and D. Caruso regarding annuity placement service selection |
| 08/18/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with A. Hart and D. Hinshaw regarding NOPB review |
| 08/21/17 | D.L. Hinshaw | 2.00 | 1,100.00 | Review, revision and comment on NOPBs for pension plan |
| 08/29/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with D. Caruso and B. Fletcher regarding annuity placement service provider selection for ESI Pension Plan |
| 08/30/17 | G.L. Skolnik | 0.40 | 268.00 | Teleconference with D. Caruso, J. Hoard and B. Fletcher regarding selection of annuity placement services provider for ESI Pension Plan |
| 08/30/17 | G.L. Skolnik | 0.40 | 268.00 | Follow-up correspondence with A. Hart and J. Hoard regarding discussion of annuity placement services in 8/31 status call |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
September 27, 2017
Page 2

Faegre Baker Daniels LLP
Invoice 32038157

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 08/30/17 | G.L. Skolnik | 0.10 | 67.00 | Conference with D. Hinshaw regarding NOPB question raised by Aon Hewitt |
| 08/30/17 | G.L. Skolnik | 0.10 | 67.00 | Review correspondence from ESI Pension Center regarding disability retirement claim |
| 08/30/17 | G.L. Skolnik | 0.40 | 268.00 | Review annuity placement provider proposals in advance of selection meeting |
| 08/31/17 | D.L. Hinshaw | 3.40 | 1,870.00 | Review and comment on NOPBs for group of pension plan participants; conference to discuss same with AON |
| 08/31/17 | G.L. Skolnik | 0.60 | 402.00 | Address questions relating to NOPBs |
| 08/31/17 | G.L. Skolnik | 1.00 | 670.00 | Plan termination project status call, including discussion with S. Shepard regarding annuity placement services |

| | | | |
|---|---|---|---|
| **Total Hours** | | **12.30** | |

| | | |
|---|---|---|
| **Total Services** | $ | 7,545.00 |

| | | |
|---|---|---|
| **Invoice Total** | $ | **7,545.00** |

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|------|-------|--------|---------|
| G.L. Skolnik | 6.50 | 670.00 | 4,355.00 |
| D.L. Hinshaw | 5.80 | 550.00 | 3,190.00 |
| **Total** | **12.30** | $ | **7,545.00** |

**FAEGRE BAKER**
**DANIELS**

FaegreBD.com                                                      USA ▾ UK ▾ CHINA

September 27, 2017                                    Invoice      32038157
                                                     Tax ID       41-0244008

Client ID          511089
Matter             Pension Plan Administration
FaegreBD File      511089.000003

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

# Remittance Advice

Invoice Total                    $      7,545.00

Payment Enclosed           _____

## Due and Payable Upon Receipt
## Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**                          **Remit checks to**

Faegre Baker Daniels LLP                      Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.            75 Remittance Drive  Dept. 6952
Account Number:  1942086487                   Chicago, IL   60675-6952
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com

FAEGRE BAKER
DANIELS

USA ▾ UK ▾ CHINA

October 20, 2017

Invoice      32038583
Tax ID       41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

**Client**        Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
                  Services, Inc.
**Matter**        Pension Plan Administration
**FaegreBD File** 511089.000003

For professional services rendered and disbursements incurred through September 30, 2017

Services                                                                    4,573.00

**Invoice Total**                                                    $       4,573.00

**Due and Payable Upon Receipt**
**Thank You**

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

October 20, 2017

| | |
|---|---|
| Invoice | 32038583 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | Pension Plan Administration |
| FaegreBD File | 511089.000003 |

For professional services rendered and disbursements incurred through September 30, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 09/05/17 | G.L. Skolnik | 1.20 | 804.00 | Respond to N. Balassi of Aon Hewitt and follow-up with M. Rosenfeld regarding documentation to be requested from persons seeking to claim pension benefits on behalf of deceased participant's estate |
| 09/05/17 | M. Rosenfeld | 0.30 | 97.50 | Analyze death beneficiary question from ESI Pension Plan center |
| 09/06/17 | D.L. Hinshaw | 0.30 | 165.00 | Review revised NOPB for terminated participants |
| 09/07/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with N. Balassi of Aon Hewitt and M. Rosenfeld regarding response to inquiry from parent of deceased participant with small estate; review applicable authority and analyze automatic rollover issues |
| 09/07/17 | M. Rosenfeld | 0.60 | 195.00 | Analyze deceased participant/small estate issue |
| 09/14/17 | G.L. Skolnik | 0.60 | 402.00 | Pension plan termination status call |
| 09/14/17 | G.L. Skolnik | 0.20 | 134.00 | Respond to questions from A. Hart regarding NOPBs |
| 09/22/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with N. Balassi and M. Rosenfeld regarding small estate affidavit submitted by parent of deceased participant |
| 09/22/17 | M. Rosenfeld | 0.30 | 97.50 | Analyze small estate affidavit |
| 09/25/17 | G.L. Skolnik | 0.50 | 335.00 | Review and revise proposed message to D. Caruso and N. Balassi regarding reliance on small estate affidavit to distribute benefit of deceased participant N. Whitesides and correspond with M. Rosenfeld regarding same |
| 09/26/17 | M. Rosenfeld | 0.20 | 65.00 | Analyze Whiteside small estate affidavit |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
October 20, 2017
Page    2

Faegre Baker Daniels LLP
Invoice    32038583

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 09/28/17 | G.L. Skolnik | 2.10 | 1,407.00 | Review and revise draft NOPBs for alternate payees, deferred beneficiaries and beneficiaries in pay status for more than 1 year |
| 09/28/17 | G.L. Skolnik | 0.70 | 469.00 | Bi-weekly status call regarding pension plan termination project |
| 09/29/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with B. Fletcher and D. Caruso regarding annuity placement service provider selection |
| **Total Hours** | | **7.60** | | |

| | | |
|--|--|--|
| **Total Services** | $ | 4,573.00 |
| **Invoice Total** | $ | 4,573.00 |

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|------|-------|--------|---------|
| G.L. Skolnik | 5.90 | 670.00 | 3,953.00 |
| D.L. Hinshaw | 0.30 | 550.00 | 165.00 |
| M. Rosenfeld | 1.40 | 325.00 | 455.00 |
| **Total** | **7.60** | $ | **4,573.00** |

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

October 20, 2017

Invoice     32038583
Tax ID     41-0244008

| Client ID | 511089 |
|---|---|
| Matter | Pension Plan Administration |
| FaegreBD File | 511089.000003 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

| Invoice Total | $ | 4,573.00 |
|---|---|---|

Payment Enclosed     _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL  60675-6952

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

November 13, 2017

Invoice    32039008
Tax ID     41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | Pension Plan Administration |
| **FaegreBD File** | 511089.000003 |

For professional services rendered and disbursements incurred through October 31, 2017

Services                                                                            7,643.00

**Invoice Total**                                                    $        7,643.00

**Due and Payable Upon Receipt**
**Thank You**

# FAEGRE BAKER DANIELS

FaegreBD.com

USA ▾ UK ▾ CHINA

November 13, 2017

| | |
|---|---|
| Invoice | 32039008 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | Pension Plan Administration |
| **FaegreBD File** | 511089.000003 |

For professional services rendered and disbursements incurred through October 31, 2017

### Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 10/02/17 | G.L. Skolnik | 0.80 | 536.00 | Review and revise message from M. Rosenfeld to N. Balassi of ESI Pension Center regarding response to family member seeking to claim benefits on behalf of estate of participant who died in Florida |
| 10/02/17 | G.L. Skolnik | 0.20 | 134.00 | Teleconference with M. Rosenfeld regarding results of research on whether Florida allows reliance on small estate and donation of deceased participant's benefits |
| 10/02/17 | M. Rosenfeld | 0.80 | 260.00 | Analyze Florida small estate affidavit requirement |
| 10/03/17 | G.L. Skolnik | 0.30 | 201.00 | Teleconference with B. Fletcher and D. Caruso regarding annuity placement services provider selection; follow-up correspondence with A. Hart of Aon Hewitt regarding same |
| 10/04/17 | G.L. Skolnik | 1.60 | 1,072.00 | Review footnotes to draft 2016 audit of financial statements of ESI Pension Plan |
| 10/04/17 | G.L. Skolnik | 0.40 | 268.00 | Review M. Hammons claim for disability retirement distribution under pension plan and correspond with N. Balassi to confirm that Hammons qualifies for disability distribution |
| 10/06/17 | G.L. Skolnik | 0.20 | 134.00 | Review revised draft of notes to ESI Pension Plan financial statements |
| 10/10/17 | G.L. Skolnik | 0.40 | 268.00 | Review draft management representation letter for ESI/Pension Plan audit |
| 10/10/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with D. Caruso regarding management representation letter for ESI/Pension Plan audit and regarding response to participant inquiry |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
November 13, 2017
Page    2

Faegre Baker Daniels LLP
Invoice  32039008

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 10/11/17 | G.L. Skolnik | 0.60 | 402.00 | Plan termination status call with D. Caruso, A. Hart, and N. Balassi and follow-up with D. Hinshaw regarding review of sample NOPBs |
| 10/11/17 | G.L. Skolnik | 0.10 | 67.00 | Review revised 2016 audited financial statements for ESI Pension Plan |
| 10/19/17 | D.L. Hinshaw | 2.90 | 1,595.00 | Review NOPBs for sample of participants |
| 10/19/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with B. Fletcher regarding estimated timing of lump sum window |
| 10/26/17 | D.L. Hinshaw | 0.90 | 495.00 | Telephone call with B. Fletcher, A. Hart and G. Skolnik to resolve plan termination issues |
| 10/26/17 | G.L. Skolnik | 0.30 | 201.00 | Prepare for status conference on pension plan termination |
| 10/26/17 | G.L. Skolnik | 1.10 | 737.00 | Revise sample NOPBs and transmit same to A. Hart and B. Fletcher |
| 10/26/17 | G.L. Skolnik | 0.90 | 603.00 | Bi-weekly plan termination project status call |
| 10/27/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with B. Fletcher and A. Hart regarding revised sample NOPBs |
| 10/27/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with D. Caruso, B. Fletcher and A. Hart regarding NOPB mailing (service provider selection) |
| 10/27/17 | G.L. Skolnik | 0.30 | 201.00 | Finish revising sample NOPBs |
| **Total Hours** | | **12.50** | | |

**Total Services**                                                                            $      7,643.00

**Invoice Total**                                                                             $      7,643.00

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|------|-------|--------|---------|
| G.L. Skolnik | 7.90 | 670.00 | 5,293.00 |
| D.L. Hinshaw | 3.80 | 550.00 | 2,090.00 |
| M. Rosenfeld | 0.80 | 325.00 | 260.00 |
| **Total** | **12.50** | $ | **7,643.00** |

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com

# FAEGRE BAKER
# DANIELS

USA ▪ UK ▪ CHINA

November 13, 2017

| | | Invoice | 32039008 |
|---|---|---|---|
| | | Tax ID | 41-0244008 |

Client ID        511089
Matter           Pension Plan Administration
FaegreBD File    511089.000003

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

**Invoice Total**                    $     7,643.00

Payment Enclosed                    _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL  60675-6952

FaegreBD.com

# FAEGRE BAKER
# DANIELS

USA ▾ UK ▾ CHINA

March 23, 2017

Invoice        32034637
Tax ID         41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

**Client**         Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
                Services, Inc.
**Matter**         401k Plan Administration
**FaegreBD File**  511089.000004

For professional services rendered and disbursements incurred through February 28, 2017

Services                                                                1,251.00

**Invoice Total**                                              $        1,251.00

**Due and Payable Upon Receipt**
**Thank You**

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

March 23, 2017

| | |
|---|---|
| Invoice | 32034637 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | 401k Plan Administration |
| FaegreBD File | 511089.000004 |

For professional services rendered and disbursements incurred through February 28, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 02/08/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with D. Caruso and B. Fletcher regarding procedure and next steps with respect to missing 401(k) plan participants |
| 02/15/17 | G.L. Skolnik | 0.70 | 469.00 | Draft message to B. Evans of Transamerica regarding Form 5310 filing for ESI 401(k) Plan |
| 02/15/17 | G. Widmer | 0.40 | 152.00 | Revise Form 5310 and Notice to Interested Parties |
| 02/15/17 | G. Widmer | 0.60 | 228.00 | Revise Form 5310 and attachments to incorporate information provided by G. Skolnik |
| 02/20/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with Transamerica regarding 401(k) plan administration (plan expense payment and other administration issues, including completion of EPCRS self correction determination) |
| 02/28/17 | G.L. Skolnik | 0.20 | 134.00 | Analyze hardship withdrawal procedures in light of new IRS guidance |
| **Total Hours** | | **2.30** | | |

| | | |
|---|---|---|
| Total Services | $ | 1,251.00 |
| **Invoice Total** | **$** | **1,251.00** |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
March 23, 2017
Page      2

Faegre Baker Daniels LLP
Invoice   32034637

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|------|-------|--------|---------|
| G.L. Skolnik | 1.30 | 670.00 | 871.00 |
| G. Widmer | 1.00 | 380.00 | 380.00 |
| **Total** | **2.30** | $ | **1,251.00** |

**FAEGRE BAKER
DANIELS**

March 23, 2017

| | | Invoice | 32034637 |
| --- | --- | --- | --- |
| | | Tax ID | 41-0244008 |

| Client ID | 511089 |
| --- | --- |
| Matter | 401k Plan Administration |
| FaegreBD File | 511089.000004 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

Invoice Total                          $      1,251.00

Payment Enclosed                 _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL   60675-6952

# FAEGRE BAKER
## DANIELS

May 3, 2017

| | |
|---|---|
| Invoice | 32035390 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | 401k Plan Administration |
| **FaegreBD File** | 511089.000004 |

For professional services rendered and disbursements incurred through March 31, 2017

| | | |
|---|---|---|
| Services | | 6,370.00 |
| **Invoice Total** | $ | 6,370.00 |

**Due and Payable Upon Receipt**
**Thank You**

FaegreBD.com

**FAEGRE BAKER
DANIELS**

USA ▾ UK ▾ CHINA

May 3, 2017

Invoice 32035390
Tax ID 41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | 401k Plan Administration |
| **FaegreBD File** | 511089.000004 |

For professional services rendered and disbursements incurred through March 31, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 03/08/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with B. Evans, B. Fletcher and C. Herald regarding information needed for Form 5310 filing |
| 03/14/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with G. Widmer, C. Herald and B. Fletcher regarding Form 5310 preparation and filling for 401(k) plan termination |
| 03/14/17 | G.L. Skolnik | 0.20 | 134.00 | Teleconference with G. Widmer regarding 401(k) plan termination filings and related documents |
| 03/14/17 | G. Widmer | 0.40 | 152.00 | Confer with G. Skolnik regarding status of 401(k) and pension plan termination |
| 03/14/17 | G. Widmer | 0.70 | 266.00 | Analyze correspondence and information needed to complete Form 5310 |
| 03/16/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with D. Caruso regarding 401(k) Plan correction documentation to be completed, signed and submitted to Transamerica |
| 03/17/17 | G.L. Skolnik | 0.60 | 402.00 | Correspond with D. Caruso, B. Fletcher, G. Widmer, C. Herald and B. Evans regarding postponing Form 5310 filing for 401(k) plan to April 14 |
| 03/17/17 | G. Widmer | 0.30 | 114.00 | Correspond with B. Fletcher and C. Herald regarding information needed for 401(k) plan IRS filing |
| 03/18/17 | G.L. Skolnik | 0.60 | 402.00 | Prepare EPCRS correction letter for D. Caruso's signature (documenting correction of excess matching contributions for final short plan year) |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc.

Faegre Baker Daniels LLP
Invoice   32035390

May 3, 2017
Page    2

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 03/20/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with B. Evans of Transamerica regarding Form 5310 filing |
| 03/20/17 | G.L. Skolnik | 0.10 | 67.00 | Teleconference with G. Widmer regarding additional data required for Form 5310 filing |
| 03/20/17 | G. Widmer | 1.40 | 532.00 | Analyze data provided by B. Evans to prepare determination letter application |
| 03/20/17 | G. Widmer | 0.60 | 228.00 | Revise Form 5310 based on information provided by Transamerica |
| 03/21/17 | G.L. Skolnik | 0.10 | 67.00 | Teleconference with G. Widmer regarding loan-related information required for Form 5310 filing |
| 03/23/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with D. Caruso and M. Fischer of Transamerica regarding correction documentation |
| 03/27/17 | G. Widmer | 1.80 | 684.00 | Review draft annual funding notice and related disclosures |
| 03/27/17 | G. Widmer | 0.40 | 152.00 | Update and compile 401(k) plan determination letter submission |
| 03/28/17 | G.L. Skolnik | 0.30 | 201.00 | Analyze additional documentation required for 401(k) plan termination filing |
| 03/28/17 | G.L. Skolnik | 0.40 | 268.00 | Review and revise Notice to Interested Parties and cover letter for 401(k) plan termination filing |
| 03/28/17 | G.L. Skolnik | 0.40 | 268.00 | Correspond with G. Widmer and B. Evans regarding 401(k) plan termination filing and related notices |
| 03/28/17 | G.L. Skolnik | 0.60 | 402.00 | Correspond with C. Herald, B. Fletcher, D. Caruso and G. Widmer regarding participant loan information needed for Form 5310 filing |
| 03/28/17 | G. Widmer | 1.30 | 494.00 | Update Notice to Interested Parties and draft cover letter to participants |
| 03/28/17 | G. Widmer | 0.30 | 114.00 | Review loan and financial information provided for determination letter filing |
| 03/28/17 | G. Widmer | 0.50 | 190.00 | Analyze and draft summary of loan information for determination letter filing |
| 03/28/17 | G. Widmer | 0.20 | 76.00 | Confer with G. Skolnik regarding information needed to complete Form 5310 |
| 03/29/17 | G.L. Skolnik | 0.60 | 402.00 | Respond to plan participant, regarding status of ESI 401(k) plan (suspension of distributions, etc.) |
| 03/29/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with G. Widmer and B. Evans regarding Notice to Interested Parties mailing for 401(k) plan |
| 03/29/17 | G. Widmer | 0.40 | 152.00 | Review, edit and send email regarding notice to interested parties |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | **13.10** | | |

| | | |
|---|---|---|
| **Total Services** | $ | 6,370.00 |
| **Invoice Total** | $ | **6,370.00** |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
May 3, 2017
Page      3

Faegre Baker Daniels LLP
Invoice   32035390

## Services Summary by Professional

| Name | Hours | $   Rate | $   Value |
|------|-------|----------|-----------|
| G.L. Skolnik | 4.80 | 670.00 | 3,216.00 |
| G. Widmer | 8.30 | 380.00 | 3,154.00 |
| **Total** | **13.10** | | $   **6,370.00** |

600 E. 96th Street ▼ Suite 600
Indianapolis ▼ Indiana 46240-3789
Phone +1 317 569 9600 ▼ Fax +1 317 569 4800

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

May 3, 2017

|  |  |
|---|---|
| Invoice | 32035390 |
| Tax ID | 41-0244008 |

| | |
|---|---|
| Client ID | 511089 |
| Matter | 401k Plan Administration |
| FaegreBD File | 511089.000004 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

**Invoice Total**              $      6,370.00

Payment Enclosed          _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL  60675-6952

**FAEGRE BAKER
DANIELS**

FaegreBD.com

USA ▾ UK ▾ CHINA

June 5, 2017

Invoice      32035980
Tax ID       41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

**Client**         Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
                   Services, Inc.
**Matter**         401k Plan Administration
**FaegreBD File**  511089.000004

For professional services rendered and disbursements incurred through April 30, 2017

Services                                                          7,016.00

**Invoice Total**                                          $      7,016.00

Due and Payable Upon Receipt
Thank You

FAEGRE BAKER
DANIELS

FaegreBD.com                                                                                    USA ▾ UK ▾ CHINA

June 5, 2017

| | |
|---|---|
| Invoice | 32035980 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | 401k Plan Administration |
| FaegreBD File | 511089.000004 |

For professional services rendered and disbursements incurred through April 30, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 04/10/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with C. Herald, B. Fletcher, D. Caruso and G. Widmer regarding application for determination |
| 04/11/17 | G.L. Skolnik | 0.50 | 335.00 | Correspond with B. Evans, G. Widmer and D. Caruso regarding Transamerica's delay in mailing Notice to Interested Parties |
| 04/11/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with G. Widmer regarding status of 401(k) plan submission |
| 04/11/17 | G. Widmer | 2.70 | 1,026.00 | Gather and analyze plan data to prepare determination letter filing |
| 04/11/17 | G. Widmer | 0.50 | 190.00 | Analyze implications of delayed notice regarding IRS determination letter submission |
| 04/12/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with G. Widmer regarding 401(k) plan application for determination |
| 04/12/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with B. Evans of Transamerica regarding additional information needed for application for determination |
| 04/12/17 | G. Widmer | 0.20 | 76.00 | Confer with G. Skolnik regarding determination letter submission |
| 04/13/17 | G.L. Skolnik | 0.10 | 67.00 | Teleconference with G. Widmer regarding application for determination |
| 04/13/17 | G. Widmer | 1.00 | 380.00 | Second-pass review of IRS determination letter application |
| 04/14/17 | G. Widmer | 0.60 | 228.00 | Revise attachments to determination letter application |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc.

Faegre Baker Daniels LLP

June 5, 2017

Invoice   32035980

Page    2

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 04/14/17 | G. Widmer | 1.20 | 456.00 | Analyze participant data to complete schedules to determination letter filing |
| 04/14/17 | G. Widmer | 0.60 | 228.00 | Review and send determination letter application to D. Caruso |
| 04/17/17 | G.L. Skolnik | 0.70 | 469.00 | Correspond with B. Fletcher regarding data needed for 401(k) plan application for determination |
| 04/17/17 | G.L. Skolnik | 0.80 | 536.00 | Correspond with B. Fletcher and G. Widmer regarding Form 5310 data availability and interpretation issues relating to finalizing form for filing with IRS |
| 04/17/17 | G. Widmer | 0.20 | 76.00 | Revise determination letter application based on comments of B. Fletcher |
| 04/17/17 | G. Widmer | 0.70 | 266.00 | Confer with G. Skolnik and B. Fletcher regarding information needed for IRS determination letter request |
| 04/17/17 | G. Widmer | 0.60 | 228.00 | Analyze plan financial information received from C. Herald |
| 04/18/17 | G.L. Skolnik | 0.90 | 603.00 | Correspond with G. Widmer, C. Herald, Transamerica representatives and D. Caruso regarding application for determination to be filed with IRS |
| 04/18/17 | G. Widmer | 0.40 | 152.00 | Review information from M. Fletcher and C. Herald regarding plan data for determination request |
| 04/24/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with G. Widmer regarding 401(k) plan application for determination |
| 04/27/17 | G.L. Skolnik | 0.10 | 67.00 | Teleconference with G. Widmer regarding 401(k) plan application filing |
| 04/27/17 | G. Widmer | 0.20 | 76.00 | Confer with G. Skolnik and D. Caruso regarding determination letter request for ESI 401(k) Plan |
| 04/28/17 | G.L. Skolnik | 0.40 | 268.00 | Review and revise attachment to Form 5310 for ESI 401(k) plan (regarding data not available from plan's current recordkeeper) |
| 04/28/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with G. Widmer regarding 401(k) plan submission to IRS |
| 04/28/17 | G. Widmer | 1.10 | 418.00 | Compile and review IRS determination submission |
| **Total Hours** | | **14.80** | | |

| | | | |
|---|---|---|---|
| Total Services | | $ | 7,016.00 |
| **Invoice Total** | | **$** | **7,016.00** |

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|------|-------|--------|---------|
| G.L. Skolnik | 4.80 | 670.00 | 3,216.00 |
| G. Widmer | 10.00 | 380.00 | 3,800.00 |
| **Total** | **14.80** | **$** | **7,016.00** |

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

June 5, 2017

| | |
|---|---|
| Invoice | 32035980 |
| Tax ID | 41-0244008 |

| | |
|---|---|
| Client ID | 511089 |
| Matter | 401k Plan Administration |
| FaegreBD File | 511089.000004 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

Invoice Total                          $      7,016.00

Payment Enclosed            _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL  60675-6952

FaegreBD.com

**FAEGRE BAKER**
**DANIELS**

USA ▾ UK ▾ CHINA

June 22, 2017

| | |
|---|---|
| Invoice | 32036218 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | 401k Plan Administration |
| **FaegreBD File** | 511089.000004 |

For professional services rendered and disbursements incurred through June 8, 2017

| | |
|---|---|
| Services | 1,607.00 |
| Disbursements | 57.25 |
| **Invoice Total** | $    1,664.25 |

Due and Payable Upon Receipt
Thank You

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FAEGRE BAKER
DANIELS

FaegreBD.com                                                                    USA ▾ UK ▾ CHINA

June 22, 2017                                              Invoice          32036218
                                                          Tax ID          41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

# Invoice Detail

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | 401k Plan Administration |
| **FaegreBD File** | 511089.000004 |

For professional services rendered and disbursements incurred through June 8, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 05/04/17 | G. Widmer | 1.30 | 494.00 | Revise and compile determination letter submission for pension plan |
| 05/15/17 | G. Widmer | 0.30 | 114.00 | Review Form 5310 regarding normal retirement age |
| 05/24/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with R. Fox of Transamerica, D. Caruso and B. Fletcher regarding annual fee disclosure notice |
| 05/25/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with R. Fox and C. Herald regarding annual fee disclosure notice and deadline to update participant addresses for notice mailing |
| 05/25/17 | G. Widmer | 0.20 | 76.00 | Review project status and prepare for conference call regarding ESI Pension Plan termination |
| 05/30/17 | G. Widmer | 0.30 | 114.00 | Identify current summary plan description and summaries of material modifications |
| 05/31/17 | G. Widmer | 0.40 | 152.00 | Analyze SPDs and assess whether summary of material modifications is required to communicate plan termination |
| 05/31/17 | G. Widmer | 1.20 | 456.00 | Analyze plan documents and draft 2017 Summary Plan Description |
| **Total Hours** | | **4.00** | | |

| | | |
|---|---|---|
| **Total Services** | $ | 1,607.00 |

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
June 22, 2017
Page    2

Faegre Baker Daniels LLP
Invoice   32036218

## Disbursements

| Description | Date | $ Value | Quantity |
|---|---|---|---|
| Internal Copying/Printing | | 41.10 | 274 |
| Postage | | 16.15 | |

|  |  |  |
|---|---|---|
| **Subtotal   Summarized Disbursements** | 57.25 | |
| Total Disbursements | $ | 57.25 |

| **Invoice Total** | $ | **1,664.25** |
|---|---|---|

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|---|---|---|---|
| G.L. Skolnik | 0.30 | 670.00 | 201.00 |
| G. Widmer | 3.70 | 380.00 | 1,406.00 |
| **Total** | **4.00** | $ | **1,607.00** |

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

June 22, 2017

| | | | Invoice | 32036218 |
| | | | Tax ID | 41-0244008 |

| Client ID | 511089 |
| Matter | 401k Plan Administration |
| FaegreBD File | 511089.000004 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

**Invoice Total**            $      1,664.25

Payment Enclosed            _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL  60675-6952

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com

**FAEGRE BAKER
DANIELS**

USA ▾ UK ▾ CHINA

July 24, 2017

| | |
|---|---|
| Invoice | 32036778 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | 401k Plan Administration |
| **FaegreBD File** | 511089.000004 |

For professional services rendered and disbursements incurred through June 30, 2017

| | |
|---|---|
| Services | 268.00 |
| **Invoice Total** | $      268.00 |

**Due and Payable Upon Receipt
Thank You**

FaegreBD.com

**FAEGRE BAKER
DANIELS**

USA ▾ UK ▾ CHINA

July 24, 2017

| | |
|---|---|
| Invoice | 32036778 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | 401k Plan Administration |
| FaegreBD File | 511089.000004 |

For professional services rendered and disbursements incurred through June 30, 2017

### Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 06/19/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with B. Evans of Transamerica, B. Fletcher and D. Caruso regarding how Transamerica call center should respond to questions from 401(k) plan participants regarding timing of final plan distributions |
| 06/29/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with B. Fletcher regarding 401(k) plan loan issue |
| **Total Hours** | | **0.40** | | |

| | | |
|---|---|---|
| **Total Services** | $ | 268.00 |

| | | |
|---|---|---|
| **Invoice Total** | $ | 268.00 |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
July 24, 2017
Page      2

Faegre Baker Daniels LLP
Invoice   32036778

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|------|------:|-------:|--------:|
| G.L. Skolnik | 0.40 | 670.00 | 268.00 |
| **Total** | **0.40** | $ | **268.00** |

FAEGRE BAKER
DANIELS

FaegreBD.com

USA ▾ UK ▾ CHINA

July 24, 2017

Invoice        32036778
Tax ID        41-0244008

Client ID        511089
Matter        401k Plan Administration
FaegreBD File        511089.000004

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

**Invoice Total**                              $        268.00

Payment Enclosed              _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL   60675-6952

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com

**FAEGRE BAKER**
**DANIELS**

USA ▾ UK ▾ CHINA

August 21, 2017

Invoice       32037279
Tax ID       41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | 401k Plan Administration |
| **FaegreBD File** | 511089.000004 |

For professional services rendered and disbursements incurred through July 31, 2017

Services                                                                    796.00

**Invoice Total**                                                    $        796.00

**Due and Payable Upon Receipt**
**Thank You**

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

**FAEGRE BAKER
DANIELS**

August 21, 2017

Invoice      32037279
Tax ID      41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | 401k Plan Administration |
| FaegreBD File | 511089.000004 |

For professional services rendered and disbursements incurred through July 31, 2017

### Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 07/10/17 | G.L. Skolnik | 0.10 | 67.00 | Review correspondence from R. Fox of Transamerica regarding error affecting participant statements and correspond with D. Caruso and B. Fletcher regarding same |
| 07/11/17 | G.L. Skolnik | 0.70 | 469.00 | Correspond with D. Caruso, B. Fletcher and R. Fox of Transamerica regarding correction of Transamerica data transfer error affecting Managed Account Service |
| 07/12/17 | G.L. Skolnik | 0.20 | 134.00 | Review and respond to follow-up correspondence from R. Fox regarding correction of error affecting participants enrolled in Managed Advice Service |
| 07/26/17 | J. Jaffe | 0.20 | 126.00 | Review returned 401k notices and forward to G. Skolnik |
| **Total Hours** | | **1.20** | | |

| | | |
|---|---|---|
| **Total Services** | $ | 796.00 |

| | | |
|---|---|---|
| **Invoice Total** | $ | 796.00 |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
August 21, 2017
Page      2

Faegre Baker Daniels LLP
Invoice   32037279

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|------|------:|-------:|--------:|
| G.L. Skolnik | 1.00 | 670.00 | 670.00 |
| J. Jaffe | 0.20 | 630.00 | 126.00 |
| **Total** | **1.20** | $ | **796.00** |

FaegreBD.com

# FAEGRE BAKER
# DANIELS

USA ▾ UK ▾ CHINA

August 21, 2017

| | |
|---|---|
| Invoice | 32037279 |
| Tax ID | 41-0244008 |

| | |
|---|---|
| Client ID | 511089 |
| Matter | 401k Plan Administration |
| FaegreBD File | 511089.000004 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

**Invoice Total**                    $        796.00

Payment Enclosed              _____

## Due and Payable Upon Receipt
## Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL  60675-6952

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com

FAEGRE BAKER
DANIELS

USA ▾ UK ▾ CHINA

September 27, 2017

| | |
|---|---|
| Invoice | 32038158 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | 401k Plan Administration |
| **FaegreBD File** | 511089.000004 |

For professional services rendered and disbursements incurred through August 31, 2017

| | |
|---|---|
| Services | 1,170.00 |
| **Invoice Total** | $   1,170.00 |

**Due and Payable Upon Receipt**
**Thank You**

FAEGRE BAKER
DANIELS

FaegreBD.com                                                    USA ▾ UK ▾ CHINA

September 27, 2017                                    Invoice        32038158
                                                     Tax ID         41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

# Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | 401k Plan Administration |
| FaegreBD File | 511089.000004 |

For professional services rendered and disbursements incurred through August 31, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 08/03/17 | S.B. Herendeen | 0.20 | 55.00 | Email messages with and telephone call from A. Blane-Vaughn regarding duplicate Transamerica checks |
| 08/03/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with B. Fletcher regarding 401(k) plan beneficiary issues |
| 08/08/17 | S.B. Herendeen | 0.40 | 110.00 | Draft letter to B. Fletcher at Katz, Sapper & Miller returning duplicate check on behalf of G. Skolnik following consultation with J. Jaffe |
| 08/09/17 | G.L. Skolnik | 0.80 | 536.00 | Correspond with B. Fletcher regarding beneficiary issues relating to deceased participants Dixon, Boch & West |
| 08/14/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with B. Fletcher and D. Caruso regarding response to P. Safford letter about 401(k) plan benefit |
| 08/31/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with D. Caruso and B. Fletcher regarding 2017 required minimum distributions and termination dates |
| **Total Hours** | | **2.10** | | |

| | | |
|---|---|---|
| **Total Services** | $ | 1,170.00 |

| | | |
|---|---|---|
| **Invoice Total** | $ | **1,170.00** |

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
September 27, 2017
Page     2

Faegre Baker Daniels LLP
Invoice   32038158

## Services Summary by Professional

| Name | Hours | $  Rate | $  Value |
|------|------:|--------:|---------:|
| G.L. Skolnik | 1.50 | 670.00 | 1,005.00 |
| S.B. Herendeen | 0.60 | 275.00 | 165.00 |
| **Total** | **2.10** | | $   **1,170.00** |

FaegreBD.com                                                    USA ▾ UK ▾ CHINA

# FAEGRE BAKER
## DANIELS

September 27, 2017

| | | Invoice | 32038158 |
|---|---|---|---|
| | | Tax ID | 41-0244008 |

Client ID            511089
Matter               401k Plan Administration
FaegreBD File        511089.000004

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

**Invoice Total**                        $      1,170.00


Payment Enclosed                  _____


### Due and Payable Upon Receipt
### Thank You


Please return this form with your payment in order to ensure proper credit.

**Wire payments to**                                   **Remit checks to**

Faegre Baker Daniels LLP                        Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.              75 Remittance Drive  Dept. 6952
Account Number:  1942086487                     Chicago, IL   60675-6952
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

**FAEGRE BAKER
DANIELS**

FaegreBD.com

October 20, 2017

| | |
|---|---|
| Invoice | 32038585 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | 401k Plan Administration |
| **FaegreBD File** | 511089.000004 |

For professional services rendered and disbursements incurred through September 30, 2017

| | |
|---|---|
| Services | 536.00 |
| **Invoice Total** | $      536.00 |

**Due and Payable Upon Receipt
Thank You**

FAEGRE BAKER
DANIELS

FaegreBD.com

USA ▾ UK ▾ CHINA

October 20, 2017

| | |
|---|---|
| Invoice | 32038585 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | 401k Plan Administration |
| **FaegreBD File** | 511089.000004 |

For professional services rendered and disbursements incurred through September 30, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 09/12/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with B. Fletcher, D. Caruso and R. Fox of Transamerica regarding call center and distribution form issues |
| 09/27/17 | G.L. Skolnik | 0.50 | 335.00 | Correspond with M. Piro of DOL regarding status of Form 5310 submission on 401(k) plan |
| **Total Hours** | | **0.80** | | |

| | | |
|---|---|---|
| **Total Services** | $ | 536.00 |

| | | |
|---|---|---|
| **Invoice Total** | $ | **536.00** |

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|---|---|---|---|
| G.L. Skolnik | 0.80 | 670.00 | 536.00 |
| **Total** | **0.80** | $ | **536.00** |

**FAEGRE BAKER**
**DANIELS**

FaegreBD.com

USA ▾ UK ▾ CHINA

October 20, 2017

| | |
|---|---|
| Invoice | 32038585 |
| Tax ID | 41-0244008 |

| | |
|---|---|
| Client ID | 511089 |
| Matter | 401k Plan Administration |
| FaegreBD File | 511089.000004 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

Invoice Total                               $        536.00

Payment Enclosed        _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL  60675-6952

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com

# FAEGRE BAKER
# DANIELS

USA ▾ UK ▾ CHINA

November 13, 2017

| | | |
|---|---|---|
| Invoice | 32039009 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | 401k Plan Administration |
| **FaegreBD File** | 511089.000004 |

For professional services rendered and disbursements incurred through October 31, 2017

| | |
|---|---|
| Services | 4,851.00 |
| **Invoice Total** | $    4,851.00 |

**Due and Payable Upon Receipt**
**Thank You**

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

---

November 13, 2017

| | |
|---|---|
| Invoice | 32039009 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | 401k Plan Administration |
| **FaegreBD File** | 511089.000004 |

For professional services rendered and disbursements incurred through October 31, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 10/09/17 | G.L. Skolnik | 1.40 | 938.00 | Review and revise footnotes to 2016 financial statements for ESI 401(k) plan |
| 10/11/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with M. Piro of DOL regarding participant inquiries relating to status of 401(k) plan termination and determination letter process |
| 10/11/17 | G.L. Skolnik | 0.40 | 268.00 | Correspond with D. Caruso, B. Fletcher and M. Rosenfeld regarding response to IRS request for additional documents and information on Form 5310 filing |
| 10/16/17 | M. Rosenfeld | 0.60 | 195.00 | Analyze response to IRS document request |
| 10/17/17 | G.L. Skolnik | 0.70 | 469.00 | Teleconference with B. Fletcher and M. Rosenfeld regarding additional information requested by IRS in connection with Form 5310 submission |
| 10/17/17 | G.L. Skolnik | 1.60 | 1,072.00 | Correspond with B. Fletcher, D. Caruso and M. Rosenfeld regarding response to IRS request for additional information for 5310 submission |
| 10/17/17 | M. Rosenfeld | 2.50 | 812.50 | Analyze response to IRS document request |
| 10/18/17 | G.L. Skolnik | 0.10 | 67.00 | With M. Rosenfeld, teleconference with C. Kalchert of IRS regarding request for additional information and documents in connection with Form 5310 |
| 10/18/17 | M. Rosenfeld | 0.20 | 65.00 | Analyze IRS document response request |
| 10/23/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with M. Rosenfeld regarding follow-up with IRS regarding request for additional information and documents on Form 5310 submission |
| 10/23/17 | M. Rosenfeld | 0.20 | 65.00 | Request 10 day response due date extension |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
November 13, 2017
Page    2

Faegre Baker Daniels LLP
Invoice   32039009

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 10/24/17 | G.L. Skolnik | 0.20 | 134.00 | Conference with M. Rosenfeld regarding IRS agent's response to request for additional time and relief from requests for certain documents available only from prior record keeper at a cost and regarding next steps with respect to 5310 response to IRS |
| 10/24/17 | M. Rosenfeld | 0.50 | 162.50 | Discuss document request with IRS Agent C. Kalchert; prepare form 5310 response |
| 10/27/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with D. Caruso and R. Fox regarding annual notice mailing |
| 10/27/17 | G.L. Skolnik | 0.30 | 201.00 | Review proposed changes to non-qualified plans with U.S. participants for 409A issues |

**Total Hours** 9.30

**Total Services** $    4,851.00

**Invoice Total** $    4,851.00

### Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|------|-------|--------|---------|
| G.L. Skolnik | 5.30 | 670.00 | 3,551.00 |
| M. Rosenfeld | 4.00 | 325.00 | 1,300.00 |
| **Total** | **9.30** | | **$    4,851.00** |

# FAEGRE BAKER
## DANIELS

FaegreBD.com

USA ▾ UK ▾ CHINA

November 13, 2017

| | |
|---|---|
| Invoice | 32039009 |
| Tax ID | 41-0244008 |

Client ID          511089
Matter             401k Plan Administration
FaegreBD File      511089.000004

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

**Invoice Total**                          $    4,851.00

Payment Enclosed                    _____

**Due and Payable Upon Receipt**
**Thank You**

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL  60675-6952

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com

**FAEGRE BAKER
DANIELS**

USA ▾ UK ▾ CHINA

May 3, 2017

| | |
|---|---|
| Invoice | 32035391 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | DOL Investigations |
| **FaegreBD File** | 511089.000005 |

For professional services rendered and disbursements incurred through March 31, 2017

| | | |
|---|---|---|
| Services | | 3,149.00 |
| **Invoice Total** | $ | 3,149.00 |

Due and Payable Upon Receipt
Thank You

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FAEGRE BAKER
DANIELS

FaegreBD.com                                                                    USA ▾ UK ▾ CHINA

May 3, 2017

Invoice        32035391
Tax ID        41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

# Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | DOL Investigations |
| FaegreBD File | 511089.000005 |

For professional services rendered and disbursements incurred through March 31, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 02/01/17 | G.L. Skolnik | 0.20 | 134.00 | Teleconference with S. Nguyen of DOL regarding pending investigations |
| 02/06/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with S. Nguyen of DOL and M. Fischer of Transamerica regarding additional information on RMDs requested in connection with pending DOL investigation |
| 02/07/17 | G.L. Skolnik | 0.20 | 134.00 | Update DOL regarding pension plan termination process and missing participants search procedures |
| 02/07/17 | G.L. Skolnik | 0.50 | 335.00 | Correspond with DOL examiner S. Nguyen regarding pending investigations of 401(k) and pension plans (missing participants, status of plant terminations) |
| 02/07/17 | G.L. Skolnik | 0.60 | 402.00 | Correspond with B. Evans of Transamerica regarding procedures for finding missing participants (information requested by DOL) |
| 02/08/17 | G.L. Skolnik | 1.40 | 938.00 | Correspond with DOL examiner S. Nguyen regarding procedures for addressing missing participants in pension and 401(k) plans and regarding other outstanding issues in pending DOL investigations |
| 02/10/17 | G.L. Skolnik | 0.60 | 402.00 | Correspond with DOL examiner S. Nguyen regarding ongoing investigations of ITT ESI benefit plans |
| 02/23/17 | G.L. Skolnik | 0.40 | 268.00 | Correspond with DOL examiner S. Nguyen regarding DOL investigation of 401(k) plan and pension plan (responding to additional questions regarding plan termination and related governmental filings) |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
May 3, 2017
Page    2

Faegre Baker Daniels LLP
Invoice   32035391

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 03/06/17 | G.L. Skolnik | 0.10 | 67.00 | Update DOL examiner on status of pension plan termination |
| 03/07/17 | G.L. Skolnik | 0.20 | 134.00 | Teleconference with S. Nguyen of DOL regarding next steps in pending DOL investigations of 401(k) and pension plans |
| 03/27/17 | G.L. Skolnik | 0.40 | 268.00 | Correspond with S. Nguyen of DOL on status of Pension and 401(k) plan terminations |
| **Total Hours** | | **4.70** | | |

| | | |
|---|---|---|
| **Total Services** | $ | 3,149.00 |
| **Invoice Total** | $ | **3,149.00** |

FaegreBD.com

**FAEGRE BAKER
DANIELS**

USA ▾ UK ▾ CHINA

May 3, 2017

| Invoice | 32035391 |
| Tax ID | 41-0244008 |

| Client ID | 511089 |
| Matter | DOL Investigations |
| FaegreBD File | 511089.000005 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

Invoice Total                                   $     3,149.00

Payment Enclosed                         _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL  60675-6952

FaegreBD.com

**FAEGRE BAKER
DANIELS**

USA ▾ UK ▾ CHINA

June 5, 2017

| | |
|---|---|
| Invoice | 32035981 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | DOL Investigations |
| **FaegreBD File** | 511089.000005 |

For professional services rendered and disbursements incurred through April 30, 2017

| | | |
|---|---|---|
| Services | | 1,809.00 |
| **Invoice Total** | $ | 1,809.00 |

Due and Payable Upon Receipt
Thank You

FaegreBD.com

**FAEGRE BAKER
DANIELS**

USA ▾ UK ▾ CHINA

June 5, 2017

| | |
|---|---|
| Invoice | 32035981 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | DOL Investigations |
| **FaegreBD File** | 511089.000005 |

For professional services rendered and disbursements incurred through April 30, 2017

### Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 04/12/17 | G.L. Skolnik | 1.10 | 737.00 | Correspond with S. Nguyen of DOL to respond to her requests for additional information regarding pension plan and 401(k) plan investigations |
| 04/17/17 | G.L. Skolnik | 0.50 | 335.00 | Correspond with DOL Examiner S. Nguyen regarding requested update on 401(k) plan termination for pending investigation |
| 04/18/17 | G.L. Skolnik | 0.50 | 335.00 | Correspond with DOL examiner S. Nguyen regarding status of 401(k) plan termination and determination letter request |
| 04/24/17 | G.L. Skolnik | 0.50 | 335.00 | Correspond with DOL examiner S. Nguyen regarding status of 401(k) plan termination filing |
| 04/27/17 | G.L. Skolnik | 0.10 | 67.00 | Provide update to DOL examiner S. Nguyen regarding 5310 filing for 401(k) plan |
| **Total Hours** | | **2.70** | | |

| | | |
|---|---|---|
| **Total Services** | $ | 1,809.00 |
| **Invoice Total** | $ | 1,809.00 |

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

June 5, 2017

| | | Invoice | 32035981 |
| --- | --- | --- | --- |
| | | Tax ID | 41-0244008 |

Client ID        511089
Matter          DOL Investigations
FaegreBD File   511089.000005

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

Invoice Total                          $      1,809.00

Payment Enclosed                 _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL   60675-6952

**FAEGRE BAKER**
**DANIELS**

FaegreBD.com                                                                                      USA ▾ UK ▾ CHINA

June 22, 2017                                                    Invoice        32036219
                                                                Tax ID         41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | DOL Investigations |
| **FaegreBD File** | 511089.000005 |

For professional services rendered and disbursements incurred through June 22, 2017

| | |
|---|---|
| Services | 4,690.00 |
| **Invoice Total** | $    4,690.00 |

Due and Payable Upon Receipt
Thank You

FaegreBD.com

**FAEGRE BAKER
DANIELS**

USA ▾ UK ▾ CHINA

June 22, 2017

Invoice    32036219
Tax ID     41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | DOL Investigations |
| **FaegreBD File** | 511089.000005 |

For professional services rendered and disbursements incurred through June 22, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 05/02/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with DOL examiner S. Nguyen regarding additional documentation requested relating to trustee's retention of Katz, Sapper & Miller as benefits administrator |
| 05/03/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with S. Nguyen of DOL and follow up correspondence with D. Caruso and B. Fletcher regarding additional documentation requested by DOL; follow up correspondence with J. Hoard and S. Nguyen regarding DOL's request for additional documentation regarding service agreements |
| 05/04/17 | G.L. Skolnik | 0.10 | 67.00 | Review requested information received from Transamerica for DOL regarding missing participants |
| 05/04/17 | G.L. Skolnik | 0.60 | 402.00 | Correspond with B. Evans of Transamerica and B. Fletcher regarding DOL request for update on status of missing participants |
| 05/04/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with B. Evans of Transamerica to obtain additional information regarding status of missing participant search |
| 05/04/17 | G.L. Skolnik | 0.30 | 201.00 | Teleconference with S. Nguyen of DOL regarding requested service agreements; respond to additional correspondence and requests from S. Nguyen of DOL |
| 05/04/17 | G.L. Skolnik | 0.40 | 268.00 | Correspond with B. Fletcher and J. Hoard regarding response to DOL request for KSM service agreement for engagement letter |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc.
June 22, 2017
Page    2

Faegre Baker Daniels LLP
Invoice   32036219

| Date | Name | Hours | $ Value | Description |
|------|------|-------|---------|-------------|
| 05/05/17 | G.L. Skolnik | 0.60 | 402.00 | Teleconference with DOL examiner S. Nguyen regarding additional information needed by DOL in connection with pending investigations |
| 05/05/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with B. Fletcher and D. Caruso regarding DOL requests for additional information and documents |
| 05/10/17 | G.L. Skolnik | 0.60 | 402.00 | Respond to additional questions from DOL examiner S. Nguyen and provide her with copies of additional documents (service provider agreements) |
| 05/12/17 | G.L. Skolnik | 0.80 | 536.00 | Correspond with S. Nguyen and provide additional requested documents |
| 05/16/17 | G.L. Skolnik | 0.50 | 335.00 | Correspond with DOL examiner S. Nguyen to provide additional requested documents |
| 05/18/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with DOL investigator S. Nguyen regarding participant's inquiry about medical plan claims |
| 05/18/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with S. Nguyen of DOL regarding ERISA fidelity bonds |
| 05/23/17 | G.L. Skolnik | 1.00 | 670.00 | Telephone call with DOL examiner S. Nguyen regarding additional documentation and information requested by DOL in examination of pension plan and follow-up with D. Caruso and B. Fletcher regarding same; transmit additional requested documents to DOL examiner |
| 05/24/17 | G.L. Skolnik | 1.10 | 737.00 | Correspond with D. Caruso, B. Fletcher and S. Nguyen of DOL regarding additional records needed regarding pension plan trust account and transmit additional documents required by DOL |

| | | | | |
|------|------|-------|---------|---|
| **Total Hours** | | **7.00** | | |

| | | |
|---|---|---|
| **Total Services** | $ | 4,690.00 |
| **Invoice Total** | $ | **4,690.00** |

FAEGRE BAKER
DANIELS

USA ▾ UK ▾ CHINA

June 22, 2017                                                        Invoice        32036219
                                                                    Tax ID         41-0244008

Client ID          511089
Matter             DOL Investigations
FaegreBD File      511089.000005

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

**Invoice Total**                    $      4,690.00

Payment Enclosed                     _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**                               **Remit checks to**

Faegre Baker Daniels LLP                           Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.                 75 Remittance Drive  Dept. 6952
Account Number:  1942086487                        Chicago, IL  60675-6952
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

July 24, 2017

| | |
|---|---|
| Invoice | 32036780 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | DOL Investigations |
| **FaegreBD File** | 511089.000005 |

For professional services rendered and disbursements incurred through June 30, 2017

| | |
|---|---|
| Services | 2,404.00 |

| | | |
|---|---|---|
| **Invoice Total** | $ | 2,404.00 |

### Due and Payable Upon Receipt
### Thank You

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

July 24, 2017

| | |
|---|---|
| Invoice | 32036780 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | DOL Investigations |
| FaegreBD File | 511089.000005 |

For professional services rendered and disbursements incurred through June 30, 2017

### Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 06/08/17 | G.L. Skolnik | 0.60 | 402.00 | Update DOL examiner on status of locating missing participants (ESI Pension Plan); teleconference with S. Nguyen regarding additional action s needed for DOL to close the cases |
| 06/09/17 | G.L. Skolnik | 1.00 | 670.00 | Correspond with M. Fischer of Transamerica regarding additional information requested by DOL examiner regarding uncashed 401(k) plan RMD checks; update D. Caruso regarding status of investigations |
| 06/15/17 | J. Jaffe | 0.20 | 126.00 | Telephonic conference with W. Gouldsbury regarding questions on Chubb changes |
| 06/19/17 | G.L. Skolnik | 0.60 | 402.00 | Correspond with D. Caruso regarding response to finding in DOL closing letter |
| 06/19/17 | G.L. Skolnik | 0.80 | 536.00 | Review closing letter from DOI regarding 401(k) plan investigation correspondence with D. Caruso and J. Jaffe regarding same |
| 06/20/17 | G.L. Skolnik | 0.40 | 268.00 | Correspond with D. Caruso regarding DOL 401(k) plan investigation closing letter and whether to respond to same |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | **3.60** | | |

| | |
|---|---|
| **Total Services** | **$ 2,404.00** |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
July 24, 2017
Page      2

Faegre Baker Daniels LLP
Invoice   32036780

| Invoice Total | $ | 2,404.00 |
| --- | --- | --- |

600 E. 96th Street ▼ Suite 600
Indianapolis ▼ Indiana 46240-3789
Phone +1 317 569 9600 ▼ Fax +1 317 569 4800

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

July 24, 2017

| | |
|---|---|
| Invoice | 32036780 |
| Tax ID | 41-0244008 |

| | |
|---|---|
| Client ID | 511089 |
| Matter | DOL Investigations |
| FaegreBD File | 511089.000005 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204

## Remittance Advice

| Invoice Total | $ | 2,404.00 |
|---|---|---|

Payment Enclosed  _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name: Wells Fargo Bank, N.A.
Account Number: 1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH): 091000019
Swift Code (International Wires in USD): WFBIUS6S
Swift Code (International Wires in non-USD): WFBIUS6WFFX
Wire/ACH Detail to: RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL  60675-6952

FaegreBD.com

FAEGRE BAKER
DANIELS

USA ▾ UK ▾ CHINA

September 27, 2017

| | |
|---|---|
| Invoice | 32038159 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | DOL Investigations |
| **FaegreBD File** | 511089.000005 |

For professional services rendered and disbursements incurred through August 31, 2017

Services                                                                 536.00

**Invoice Total**                                              $        536.00

**Due and Payable Upon Receipt**
**Thank You**

FaegreBD.com

# FAEGRE BAKER
# DANIELS

USA ▾ UK ▾ CHINA

September 27, 2017

| | | Invoice | 32038159 |
|---|---|---|---|
| | | Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | DOL Investigations |
| **FaegreBD File** | 511089.000005 |

For professional services rendered and disbursements incurred through August 31, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 08/03/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with DOL examiner S. Nguyen regarding pension plan termination question |
| 08/21/17 | G.L. Skolnik | 0.20 | 134.00 | Review DOL preliminary findings in pension plan investigation |
| 08/25/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with s. Nguyen of DOL regarding fidelity bond endorsement |
| **Total Hours** | | **0.80** | | |

| | | |
|---|---|---|
| **Total Services** | $ | 536.00 |

| | | |
|---|---|---|
| **Invoice Total** | $ | 536.00 |

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

September 27, 2017

| | |
|---|---|
| Invoice | 32038159 |
| Tax ID | 41-0244008 |

| | |
|---|---|
| Client ID | 511089 |
| Matter | DOL Investigations |
| FaegreBD File | 511089.000005 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

| | | |
|---|---|---|
| **Invoice Total** | $ | 536.00 |

Payment Enclosed _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

| **Wire payments to** | **Remit checks to** |
|---|---|
| Faegre Baker Daniels LLP | Faegre Baker Daniels LLP |
| Bank Name:  Wells Fargo Bank, N.A. | 75 Remittance Drive  Dept. 6952 |
| Account Number:  1942086487 | Chicago, IL  60675-6952 |
| Routing Transit Number (Wires): 121000248 | |
| Routing Transit Number (ACH):  091000019 | |
| Swift Code (International Wires in USD):  WFBIUS6S | |
| Swift Code (International Wires in non-USD):  WFBIUS6WFFX | |
| Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com | |

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com

FAEGRE BAKER
DANIELS

USA ▼ UK ▼ CHINA

October 20, 2017

Invoice      32038586
Tax ID      41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

**Client**          Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
                    Services, Inc.
**Matter**          DOL Investigations
**FaegreBD File**   511089.000005

For professional services rendered and disbursements incurred through September 30, 2017

Services                                                                1,240.00

**Invoice Total**                                              $         1,240.00

**Due and Payable Upon Receipt**
**Thank You**

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

October 20, 2017

Invoice     32038586
Tax ID     41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | DOL Investigations |
| FaegreBD File | 511089.000005 |

For professional services rendered and disbursements incurred through September 30, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 09/05/17 | J. Jaffe | 0.20 | 126.00 | Conference with G. Skolnik regarding trigger for closure of health plan investigation |
| 09/19/17 | J. Jaffe | 0.30 | 189.00 | Several emails regarding apparent conclusion of DOL investigation |
| 09/19/17 | G.L. Skolnik | 0.40 | 268.00 | Teleconference and follow-up correspondence with S. Nguyen regarding closing letter for Group Benefit Plan investigation |
| 09/27/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with M. Dewey of Chubb regarding DOL findings in Group Benefit Plan investigation |
| 09/28/17 | J. Jaffe | 0.40 | 252.00 | Review DOL letter regarding ESI Health Plan letter and conference with G. Skolnik regarding same |
| 09/28/17 | P.J. Gutwein, II | 0.10 | 51.00 | Begin evaluating the appropriate response to the assertion by the DOL of fiduciary breaches under the health plan |
| 09/29/17 | P.J. Gutwein, II | 0.30 | 153.00 | Review the Department of Labor's letter about the fiduciary breaches in the health plan's administration |
| **Total Hours** | | **2.00** | | |

| | | |
|---|---|---|
| **Total Services** | $ | 1,240.00 |

| | | |
|---|---|---|
| **Invoice Total** | $ | 1,240.00 |

**FAEGRE BAKER DANIELS**

FaegreBD.com                                                                   USA ▾ UK ▾ CHINA

October 20, 2017                                          Invoice      32038586
                                                         Tax ID       41-0244008

Client ID        511089
Matter           DOL Investigations
FaegreBD File    511089.000005

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

Invoice Total                           $      1,240.00


Payment Enclosed              _____


### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**                              **Remit checks to**

Faegre Baker Daniels LLP                         Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.               75 Remittance Drive  Dept. 6952
Account Number:  1942086487                      Chicago, IL   60675-6952
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

November 13, 2017

| | |
|---|---|
| Invoice | 32039010 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | DOL Investigations |
| **FaegreBD File** | 511089.000005 |

For professional services rendered and disbursements incurred through October 31, 2017

| | |
|---|---|
| Services | 386.00 |
| **Invoice Total** | $        386.00 |

**Due and Payable Upon Receipt**
**Thank You**

FaegreBD.com

# FAEGRE BAKER
# DANIELS

USA ▾ UK ▾ CHINA

November 13, 2017

| | |
|---|---|
| Invoice | 32039010 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | DOL Investigations |
| **FaegreBD File** | 511089.000005 |

For professional services rendered and disbursements incurred through October 31, 2017

### Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 10/02/17 | P.J. Gutwein, II | 0.10 | 51.00 | Conference with G. Skolnik on the Department of Labor's letter regarding the health plan |
| 10/18/17 | G.L. Skolnik | 0.50 | 335.00 | Correspond with M. Dewey of Chubb and follow-up correspondence with D. Caruso regarding statement of record to DOL regarding findings on DOL group benefit plan |
| **Total Hours** | | **0.60** | | |

| | | |
|---|---|---|
| **Total Services** | $ | 386.00 |

| | | |
|---|---|---|
| **Invoice Total** | $ | 386.00 |

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▪ UK ▪ CHINA

November 13, 2017

Invoice      32039010
Tax ID       41-0244008

Client ID       511089
Matter          DOL Investigations
FaegreBD File   511089.000005

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

**Invoice Total**                        $        386.00

Payment Enclosed                  _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to: RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL  60675-6952

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800