**<u>Exhibit A</u>**

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

December 19, 2017

Invoice 32039869
Tax ID 41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

**Client**        Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc.
**Matter**        General Corporate and SEC Compliance
**FaegreBD File** 511089.000001

For professional services rendered and disbursements incurred through November 30, 2017

| | |
|---|---:|
| Services | 5,597.00 |
| Disbursements | 8.50 |
| **Invoice Total** | **$ 5,605.50** |

**Due and Payable Upon Receipt**
**Thank You**

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com

FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

December 19, 2017

Invoice  32039869
Tax ID   41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

# Invoice Detail

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | General Corporate and SEC Compliance |
| **FaegreBD File** | 511089.000001 |

For professional services rendered and disbursements incurred through November 30, 2017

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 11/09/17 | E. Little | 0.10 | 28.50 | Email J. Jaffe regarding October invoices to use in second interim fee application |
| 11/10/17 | E. Little | 4.20 | 1,197.00 | Prepare second interim fee application |
| 11/13/17 | J. Jaffe | 0.20 | 126.00 | Process fee payment |
| 11/14/17 | E. Little | 0.50 | 142.50 | Prepare second interim fee application |
| 11/16/17 | E. Little | 1.30 | 370.50 | Prepare notices of invoice for the period October 1, 2017 through October 31, 2017 |
| 11/17/17 | S. Carlson | 0.70 | 196.00 | Finalize and compile notices of invoices for fees and expenses; electronically file notice with the bankruptcy court and complete service |
| 11/17/17 | J. Jaffe | 0.30 | 189.00 | Review and revise October draw request |
| 11/17/17 | J. Jaffe | 0.30 | 189.00 | Call with E. Little regarding preparation of 2nd Interim Fee Application |
| 11/17/17 | E. Little | 2.60 | 741.00 | Prepare notices of invoice for the period October 1, 2017 through October 31, 2017 (0.5); prepare second fee application (2.1) |
| 11/20/17 | J. Jaffe | 0.80 | 504.00 | Review and revise 2nd Interim Fee Application |
| 11/20/17 | E. Little | 2.20 | 627.00 | Prepare second fee application |
| 11/21/17 | S. Carlson | 1.00 | 280.00 | Review second interim fee applications, confirm amounts and relating documentation; compile application and electronically file with the bankruptcy court; complete service |
| 11/21/17 | J. Jaffe | 0.60 | 378.00 | Discuss and revise fee application to take into account October invoice |
| 11/21/17 | J. Jaffe | 0.20 | 126.00 | Call with E. Little regarding charges, hearing |

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

Deborah Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
December 19, 2017
Page  2

Faegre Baker Daniels LLP
Invoice  32039869

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 11/21/17 | J. Jaffe | 0.30 | 189.00 | Call with G. Skolnik regarding plan payments, attendance at hearing |
| 11/21/17 | E. Little | 1.10 | 313.50 | Prepare second fee application |
| **Total Hours** | | **16.40** | | |

**Total Services**  $  5,597.00

## Disbursements

| Description | Date | $ Value | Quantity |
|---|---|---|---|
| Online Docket Search | | 8.50 | |
| Subtotal  Summarized Disbursements | | 8.50 | |

**Total Disbursements**  $ 8.50

**Invoice Total**  $  5,605.50

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|---|---|---|---|
| J. Jaffe | 2.70 | 630.00 | 1,701.00 |
| E. Little | 12.00 | 285.00 | 3,420.00 |
| S. Carlson | 1.70 | 280.00 | 476.00 |
| **Total** | **16.40** | | $  **5,597.00** |

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

December 19, 2017

| | |
|---|---|
| Invoice | 32039869 |
| Tax ID | 41-0244008 |

Client ID 511089
Matter General Corporate and SEC Compliance
FaegreBD File 511089.000001

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

**Invoice Total**          $     5,605.50

Payment Enclosed          _____

Due and Payable Upon Receipt
Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL  60675-6952

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

Case 16-07207-JMC-7A    Doc 2276-1    Filed 12/21/17    EOD 12/21/17 17:39:00    Pg 6 of 8

Case 16-07207-JMC-7A    Doc 2276-1    Filed 12/21/17    EOD 12/21/17 17:39:00    Pg 6 of 8

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

December 19, 2017

| | |
|---|---|
| Invoice | 32039870 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204

## Invoice Summary

**Client**  Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc.
**Matter**  Employee Benefit Plans
**FaegreBD File**  511089.000002

For professional services rendered and disbursements incurred through November 30, 2017

| | |
|---|---:|
| Services | 804.00 |
| **Invoice Total** | $ 804.00 |

**Due and Payable Upon Receipt**
**Thank You**

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

December 19, 2017

Invoice      32039870
Tax ID       41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | Employee Benefit Plans |
| **FaegreBD File** | 511089.000002 |

For professional services rendered and disbursements incurred through November 30, 2017

### Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 11/07/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with D. Caruso and b. Fletcher regarding email downloads needed for benefit plan administration |
| 11/08/17 | G.L. Skolnik | 0.70 | 469.00 | Correspond with D. Caruso and B. Fletcher regarding proxy voting (Vanguard funds) |
| 11/13/17 | G.L. Skolnik | 0.10 | 67.00 | Teleconference with D. Caruso and B. Fletcher regarding auditors reports for limited scope audits |
| 11/21/17 | G.L. Skolnik | 0.10 | 67.00 | Teleconference with J. Jaffe regarding appearance at December 13 bankruptcy court hearing on FaegreBD fee petition |
| **Total Hours** | | **1.20** | | |

**Total Services**                                                                  $   804.00

**Invoice Total**                                                                   $   804.00

### Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|---|---|---|---|
| G.L. Skolnik | 1.20 | 670.00 | 804.00 |
| **Total** | **1.20** | | **$ 804.00** |

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

December 19, 2017

| | |
|---|---|
| Client ID | 511089 |
| Matter | Employee Benefit Plans |
| FaegreBD File | 511089.000002 |

Invoice  32039870
Tax ID   41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

**Invoice Total**          $     804.00

**Payment Enclosed**       _____

**Due and Payable Upon Receipt**
**Thank You**

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH): 091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL  60675-6952

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800