**Exhibit A**

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

December 19, 2017

| | |
|---|---|
| Invoice | 32039871 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

**Client**      Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc.
**Matter**      Pension Plan Administration
**FaegreBD File**  511089.000003

For professional services rendered and disbursements incurred through November 30, 2017

Services                                                                1,998.00

**Invoice Total**                                              $    1,998.00

**Due and Payable Upon Receipt**
**Thank You**

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▼ UK ▼ CHINA

December 19, 2017

| | |
|---|---|
| Invoice | 32039871 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204

## Invoice Detail

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | Pension Plan Administration |
| **FaegreBD File** | 511089.000003 |

For professional services rendered and disbursements incurred through November 30, 2017

### Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 11/07/17 | J. Jaffe | 0.30 | 189.00 | Review list of Microsoft email recapture and consider supplementation |
| 11/09/17 | G.L. Skolnik | 0.70 | 469.00 | Biweekly status call on pension plan termination and annuity search |
| 11/21/17 | G.L. Skolnik | 1.30 | 871.00 | Review files for QDRO information for 4 participants and respond to A. Hart regarding next steps with respect to same |
| 11/21/17 | G.L. Skolnik | 0.40 | 268.00 | Draft template letter from ESI Pension Center to participants who may have QDROs |
| 11/27/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with D. Caruso and B. Fletcher regarding maturity date for purchase of Treasury securities |
| 11/29/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with A. Coons, B. Fletcher and D. Caruso regarding liquidity needs and other considerations affecting purchase of treasury and agency securities for pension plan trust |
| **Total Hours** | | **3.00** | | |

| | | |
|---|---|---|
| **Total Services** | $ | 1,998.00 |
| **Invoice Total** | $ | 1,998.00 |

600 E. 96th Street ▼ Suite 600
Indianapolis ▼ Indiana 46240-3789
Phone +1 317 569 9600 ▼ Fax +1 317 569 4800

Deborah Caruso, Chapter 7 Trustee of ITT Educational  
Services, Inc.  
December 19, 2017  
Page    2

Faegre Baker Daniels LLP  
Invoice    32039871

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|---|---|---|---|
| G.L. Skolnik | 2.70 | 670.00 | 1,809.00 |
| J. Jaffe | 0.30 | 630.00 | 189.00 |
| **Total** | **3.00** |  | **$ 1,998.00** |

# FAEGRE BAKER DANIELS

FaegreBD.com

USA ▼ UK ▼ CHINA

December 19, 2017

| | |
|---|---|
| Invoice | 32039871 |
| Tax ID | 41-0244008 |

| | |
|---|---|
| Client ID | 511089 |
| Matter | Pension Plan Administration |
| FaegreBD File | 511089.000003 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

**Invoice Total**           $     1,998.00

**Payment Enclosed**        _____

**Due and Payable Upon Receipt**
**Thank You**

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL  60675-6952

600 E. 96th Street ▼ Suite 600
Indianapolis ▼ Indiana 46240-3789
Phone +1 317 569 9600 ▼ Fax +1 317 569 4800

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

December 19, 2017

Invoice    32039872
Tax ID    41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | 401k Plan Administration |
| **FaegreBD File** | 511089.000004 |

For professional services rendered and disbursements incurred through November 30, 2017

| | |
|---|---:|
| Services | 7,363.00 |
| **Invoice Total** | **$ 7,363.00** |

**Due and Payable Upon Receipt**
**Thank You**

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

December 19, 2017                                                                                      Invoice     32039872
                                                                                                        Tax ID     41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | 401k Plan Administration |
| **FaegreBD File** | 511089.000004 |

For professional services rendered and disbursements incurred through November 30, 2017

### Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 11/01/17 | G.L. Skolnik | 0.30 | 201.00 | Teleconference with M. Rosenfeld and correspond with D. Caruso and C. Herald regarding response to IRS request for additional information in connection with Form 5310 submission and additional information still needed to finalize response |
| 11/01/17 | M. Rosenfeld | 1.30 | 422.50 | Prepare IRS request response letter |
| 11/02/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with C. Herald and M. Rosenfeld regarding information needed to respond to IRS regarding Form 5310 submission |
| 11/02/17 | M. Rosenfeld | 1.40 | 455.00 | Prepare response to IRS request letter |
| 11/07/17 | G.L. Skolnik | 2.90 | 1,943.00 | Review and revise proposed draft response to IRS regarding Form 5310 submission |
| 11/07/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with M. Rosenfeld regarding response to IRS regarding Form 5310 submission |
| 11/07/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with B. Evans and M. Fischer of Transamerica regarding data needed for IRS response |
| 11/07/17 | M. Rosenfeld | 2.10 | 682.50 | Draft response to IRS document request |
| 11/08/17 | G.L. Skolnik | 0.70 | 469.00 | Revise response to IRS regarding Form 5310 |
| 11/08/17 | G.L. Skolnik | 0.30 | 201.00 | Correspond with M. Rosenfeld regarding response to IRS request for additional information on Form 5310 submission |
| 11/08/17 | M. Rosenfeld | 0.90 | 292.50 | Prepare IRS response letter |
| 11/14/17 | G.L. Skolnik | 0.20 | 134.00 | Respond to questions from B. Fletcher regarding hardship withdrawals |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc.
December 19, 2017
Page    2

Faegre Baker Daniels LLP
Invoice   32039872

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 11/16/17 | G.L. Skolnik | 0.20 | 134.00 | Telephone call with M. Rosenfeld regarding IRS request for additional information on 401(k) plan application for determination |
| 11/16/17 | G.L. Skolnik | 1.00 | 670.00 | Review hardship withdrawal guidelines and other documents relating to hardship withdrawal limits and respond to questions from B. Fletcher regarding whether withdrawals are limited to two per year or to elective deferrals |
| 11/16/17 | M. Rosenfeld | 0.50 | 162.50 | Analyze IRS document request |
| 11/17/17 | M. Rosenfeld | 0.10 | 32.50 | Analyze hardship withdrawal issue |
| 11/29/17 | G.L. Skolnik | 0.30 | 201.00 | Draft amendment and related written action clarifying post bankruptcy hardship withdrawal rules |
| 11/29/17 | G.L. Skolnik | 0.20 | 134.00 | Correspond with D. Caruso and M. Rosenfeld regarding response to IRS request for additional information |
| 11/29/17 | G.L. Skolnik | 0.70 | 469.00 | Review and revise draft response to IRS request for additional information on determination letter request |
| 11/29/17 | G.L. Skolnik | 0.10 | 67.00 | Correspond with M. Rosenfeld regarding response to IRS request for additional information regarding application for determination |
| 11/29/17 | M. Rosenfeld | 1.10 | 357.50 | Draft IRS request response letter |
| **Total Hours** | | **14.80** | | |

**Total Services**                                                                                                    $     7,363.00

**Invoice Total**                                                                                                      $     7,363.00

### Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|---|---|---|---|
| G.L. Skolnik | 7.40 | 670.00 | 4,958.00 |
| M. Rosenfeld | 7.40 | 325.00 | 2,405.00 |
| **Total** | **14.80** | | **$ 7,363.00** |

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▼ UK ▼ CHINA

December 19, 2017

| | |
|---|---|
| Client ID | 511089 |
| Matter | 401k Plan Administration |
| FaegreBD File | 511089.000004 |

Invoice    32039872
Tax ID     41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

**Invoice Total**         $    7,363.00

**Payment Enclosed**      _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL  60675-6952

600 E. 96th Street ▼ Suite 600
Indianapolis ▼ Indiana 46240-3789
Phone +1 317 569 9600 ▼ Fax +1 317 569 4800