UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] | ) | Case No. 16-07207-JMC-7A |
| | ) | |
| Debtors. | ) | Jointly Administered |

## TRUSTEE'S OBJECTION TO MOTION FILED BY CHARLES JOECKS

Deborah J. Caruso, the chapter 7 trustee in this case (the "Trustee"), by counsel, files her objection to the *Motion Filed by Charles Joecks* (the "Motion") [Doc 2228] filed by Charles Joecks ("Mr. Joecks") on the following grounds:

1. On November 20, 2017, Mr. Joecks filed the Motion. It is unclear from the Motion the exact relief Mr. Joecks is seeking, however the Trustee interprets the Motion as requesting that Mr. Joecks' claim be paid and the Trustee and/or the Court reverse any negative credit bureau reporting as a result of Mr. Joecks' failure to pay his federal and private loans associated with his tenure at ITT Technical Institute located in Greenfield, WI.

2. After the January 30, 2017 claims bar date, Mr. Joecks filed a proof of claim on March 2, 2017, asserting a claim in the amount of $37,356.00. [Claim No. 2998.] Mr. Joecks lists the basis for his claim as "student loans, federal and private." Mr. Joecks failed to attach any supporting documentation to his claim.

3. The Trustee objects to the allowance of any unsecured claim at this point the case, including the claim filed by Mr. Joecks. Until a determination is made regarding whether a distribution will be made to unsecured creditors, the Trustee objects to any attempt to force her to engage in a claim objection process on an *ad hoc* basis. Currently, the Trustee is focusing her

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

efforts and the resources of the estate on the liquidation of assets, including but not limited to, the sale of the remaining real estate and pursuing causes of action on behalf of the Affiliated Debtors' bankruptcy estates.

4. Moreover, settlement negotiations with the putative class of former ITT students are ongoing and the Trustee anticipates filing a motion for approval of the settlement in the near future. The claim filed by Mr. Joecks, if he elects to be included in the student class, will be administered pursuant to the settlement as approved by the Court, and will not be administered on an individual basis. Thus, the treatment of Mr. Jocks' claim is not ripe for determination at this time.

5. The Trustee further objects to Mr. Joecks' request that the Trustee and/or the Court reverse any negative credit bureau reporting as a result of Mr. Joecks' failure to pay his federal and private loans associated with his tenure at ITT Technical Institute located in Greenfield, WI. First, there is no authority under the Bankruptcy Code for the Trustee to take such action. Second, the Trustee has not participated in any credit reporting and therefore is not an appropriate party from which to obtain such relief.

**WHEREFORE**, the Trustee requests that the Motion be denied and for all other just and proper relief.

Respectfully submitted,

RUBIN & LEVIN, P.C.

By: */s/ John C. Hoard*
　　　John C. Hoard

Deborah J. Caruso (Atty. No. 4273-49)
John C. Hoard (Atty. No. 8024-49)
James E. Rossow Jr. (Atty. No. 21063-29)
Meredith R. Theisen (Atty. No. 28804-49)
RUBIN & LEVIN, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, Indiana 46204
Tel: (317) 634-0300
Fax: (317) 263-9411
Email:  dcaruso@rubin-levin.net
　　　　　johnh@rubin-levin.net
　　　　　jim@rubin-levin.net
　　　　　mtheisen@rubin-levin.net
Attorneys for Deborah J. Caruso, Trustee

### **CERTIFICATE OF SERVICE**

　　　I hereby certify that on January 3, 2018, a copy of the foregoing *Trustee's Objection to Motion Filed by Charles Joecks* was filed electronically.  Pursuant to Section IV.C.3(a) of the Case Management Procedures, notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

John Joseph Allman　　jallman@hbkfirm.com, dadams@hbkfirm.com
Robert N Amkraut　　ramkraut@foxrothschild.com
Scott S. Anders　　scott.anders@jordanramis.com, litparalegal@jordanramis.com
Manuel German Arreaza　　manuel.arreaza@cfpb.gov
Todd Allan Atkinson　　tatkinson@ulmer.com
Darren Azman　　dazman@mwe.com
Joseph E Bain　　joe.bain@emhllp.com
Kay Dee Baird　　kbaird@kdlegal.com, rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com
Michael I. Baird　　baird.michael@pbgc.gov, efile@pbgc.gov
Christopher E. Baker　　cbaker@hbkfirm.com, thignight@hbkfirm.com
James David Ballinger　　jim@kentuckytrial.com, jennifer@kentuckytrial.com
Joseph E. Bant　　jebant@lewisricekc.com
William J. Barrett　　william.barrett@bfkn.com, mark.mackowiak@bfkn.com
Ashley Flynn Bartram　　ashley.bartram@oag.texas.gov, elizabeth.martin@oag.texas.gov
Alex M Beeman　　alex@beemanlawoffice.com, alexbeemanECF@protonmail.com
Thomas M Beeman　　tom@beemanlawoffice.com
Richard James Bernard　　rbernard@foley.com
John J Berry　　john.berry@dinsmore.com, Christina.Lee@DINSMORE.COM

3

Brandon Craig Bickle     bbickle@gablelaw.com
Robert A. Breidenbach     rab@goldsteinpressman.com
Wendy D. Brewer     wbrewer@jensenbrewer.com, info@jeffersonbrewer.com
Kayla D. Britton     kayla.britton@faegrebd.com, rachel.jenkins@faegrebd.com
Jason R Burke     jburke@bbrlawpc.com, kellis@bbrlawpc.com
Erin Busch     ebusch@nebraska.edu
Kevin M. Capuzzi     kcapuzzi@beneschlaw.com, lmolinaro@beneschlaw.com;docket@beneschlaw.com
James E. Carlberg     jcarlberg@boselaw.com, mwakefield@boselaw.com;rmurphy@boselaw.com
Steven Dean Carpenter     scarpenter1@dor.in.gov
Deborah Caruso     dcaruso@rubin-levin.net, dwright@rubin-levin.net;jkrichbaum@rubin-levin.net;atty_dcaruso@bluestylus.com
Deborah J. Caruso     trusteecaruso@rubin-levin.net, DJC@trustesolutions.net
Joshua W. Casselman     jcasselman@rubin-levin.net, angie@rubin-levin.net;atty_jcasselman@bluestylus.com
Ben T. Caughey     ben.caughey@mcdlegalfirm.com
Sonia A. Chae     chaes@sec.gov
John Andrew Chanin     jchanin@lindquist.com, srummery@lindquist.com
Eboney Delane Cobb     ecobb@pbfcm.com
Michael Edward Collins     mcollins@manierherod.com
Michael Anthony Collyard     mcollyard@robinskaplan.com, rhoule@robinskaplan.com
Eileen Connor     econnor@law.harvard.edu
Lawrence D. Coppel     lcoppel@gfrlaw.com
Heather M. Crockett     Heather.Crockett@atg.in.gov, carrie.spann@atg.in.gov;molly.funk@atg.in.gov;kenyatta.peerman@atg.in.gov
J Russell Cunningham     rcunningham@dnlc.net, reaster@dnlc.net
David H DeCelles     david.h.decelles@usdoj.gov
Dustin R. DeNeal     dustin.deneal@faegrebd.com, rachel.jenkins@faegrebd.com
Laura A DuVall     Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Henry A. Efroymson     henry.efroymson@icemiller.com
Abby Engen     aengen@nmag.gov, eheltman@nmag.gov
Annette England     annette.england@btlaw.com
Charles Anthony Ercole     cercole@klehr.com, acollazo@klehr.com
Carolyn Meredith Fast     carolyn.fast@ag.ny.gov
Elaine Victoria Fenna     elaine.fenna@morganlewis.com
Andrew W Ferich     awf@chimicles.com
Patrick F.X. Fitzpatrick     pfitzpatrick@beneschlaw.com, docket@beneschlaw.com;sgarsnett@beneschlaw.com;ccanny@beneschlaw.com;mdabio@beneschlaw.com
John David Folds     dfolds@bakerdonelson.com, sparson@bakerdonelson.com
Jennifer N Fountain     jfountain@iislaw.com, sfilippini@iislaw.com
Sarah Lynn Fowler     Sarah.Fowler@icemiller.com, Kathy.chulchian@icemiller.com
Lydia Eve French     lydia.french@state.ma.us
Jonathan William Garlough     jgarlough@foley.com, mstockl@foley.com;mdlee@foley.com
Robert P Goe     rgoe@goeforlaw.com

4

Douglas Gooding     dgooding@choate.com
John Andrew Goodridge     jagoodridge@jaglo.com, angray@jaglo.com;dwhiggs@jaglo.com
Michael Wayne Grant     michael.w.grant@doj.state.or.us
Alan Mark Grochal     agrochal@tydingslaw.com
Gregory Forrest Hahn     ghahn@boselaw.com, jmcneeley@boselaw.com
Julian Ari Hammond     Jhammond@hammondlawpc.com, ppecherskaya@hammondlawpc.com
Wallace M Handler     whandler@swappc.com, jnicholson@swappc.com
Adam Craig Harris     adam.harris@srz.com
Brian Hauck     bhauck@jenner.com
Jeffrey M. Hawkinson     jhawkinson@pcslegal.com, danderson@pcslegal.com
Claude Michael Higgins     Michael.Higgins@ag.ny.gov
Michael W. Hile     mhile@jacobsonhile.com, assistant@jacobsonhile.com
Sean M Hirschten     shirschten@psrb.com
Robert M. Hirsh     robert.hirsh@arentfox.com
John C. Hoard     johnh@rubin-levin.net, jkrichbaum@rubin-levin.net;atty_jch@trustesolutions.com
Andrew E. Houha     bkecfnotices@johnsonblumberg.com
James C Jacobsen     jjacobsen@nmag.gov, eheltman@nmag.gov
Christine K. Jacobson     cjacobson@jacobsonhile.com, assistant@jacobsonhile.com
Jay Jaffe     jay.jaffe@faegrebd.com, rachel.jenkins@faegrebd.com
Benjamin F Johns     bfj@chimicles.com, klw@chimicles.com
Russell Ray Johnson     russj4478@aol.com
Kenneth C. Jones     kcjones@lewisricekc.com
Anthony R. Jost     tjost@rbelaw.com, baldous@rbelaw.com
Timothy Q. Karcher     tkarcher@proskauer.com
John M. Ketcham     jketcham@psrb.com, scox@psrb.com
Taejin Kim     tae.kim@srz.com
Edward M King     tking@fbtlaw.com, lsugg@fbtlaw.com;tking@ecf.inforuptcy.com
Roy F. Kiplinger     bankruptcy@kiplingerlaw.com, bankruptcy@kiplingerlaw.com
James A. Knauer     jak@kgrlaw.com, tjf@kgrlaw.com
Kevin Dale Koons     kkoons@kgrlaw.com, smr@kgrlaw.com
Harris J. Koroglu     hkoroglu@shutts.com, fsantelices@shutts.com
Lawrence Joel Kotler     ljkotler@duanemorris.com
Robert R Kracht     rrk@mccarthylebit.com
Andrew L. Kraemer     akraemer@johnsonblumberg.com, akraemerlawoffice@att.net
David R. Krebs     dkrebs@hbkfirm.com, dadams@hbkfirm.com
Jerrold Scott Kulback     jkulback@archerlaw.com
Jay R LaBarge     jlabarge@stroblpc.com
Vilda Samuel Laurin     slaurin@boselaw.com
Jordan A Lavinsky     jlavinsky@hansonbridgett.com
David S Lefere     dlefere@mikameyers.com, jfortney@mikameyers.com
Martha R. Lehman     mlehman@salawus.com, marthalehman87@gmail.com;pdidandeh@salawus.com;lengle@salawus.com
Gary H Leibowitz     gleibowitz@coleschotz.com, jdonaghy@coleschotz.com;pratkowiak@coleschotz.com
Donald D Levenhagen     dlevenhagen@landmanbeatty.com

5

Elizabeth Marie Little elizabeth.little@faegrebd.com
Melinda Hoover MacAnally Melinda.MacAnally@atg.in.gov, Carrie.Spann@atg.in.gov;Kenyatta.Peerman@atg.in.gov
Christopher John Madaio Cmadaio@oag.state.md.us
John A. Majors jam@morganandpottinger.com, majormajors44@yahoo.com
Steven A. Malcoun dsmith@mayallaw.com
Jonathan Marshall jmarshall@choate.com
Thomas Marvin Martin tmmartin@lewisricekc.com
Jeff J. Marwil jmarwil@proskauer.com, npetrov@proskauer.com;pyoung@proskauer.com;jwebb@proskauer.com
Richard J Mason rmason@mcguirewoods.com
Patrick Francis Mastrian Patrick.mastrian@ogletreedeakins.com, dayna.kistler@ogletreedeakins.com
Ann Wilkinson Matthews amatthews@ncdoj.gov
Rachel Jaffe Mauceri rachel.mauceri@morganlewis.com
Michael K. McCrory mmccrory@btlaw.com, bankruptcyindy@btlaw.com
Maureen Elin McOwen molly.mcowen@cfpb.gov
Harley K Means hkm@kgrlaw.com, kmw@kgrlaw.com;cjs@kgrlaw.com;tjf@kgrlaw.com
Toby Merrill tomerrill@law.harvard.edu,jjimenez@law.harvard.edu,thoffman@law.harvard.edu
Robert W. Miller rmiller@manierherod.com
Thomas E Mixdorf thomas.mixdorf@icemiller.com, carla.persons@icemiller.com
Evgeny Grigori Mogilevsky eugene@egmlegal.com, jolynn@egmlegal.com
James P Moloy jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Ronald J. Moore Ronald.Moore@usdoj.gov
Hal F Morris hal.morris@oag.texas.gov
Michael David Morris michael.morris@ago.mo.gov
Kevin Alonzo Morrissey kmorrissey@lewis-kappes.com, soliver@lewis-kappes.com;leckert@lewis-kappes.com;kwilliams@lewis-kappes.com
Whitney L Mosby wmosby@bgdlegal.com, floyd@bgdlegal.com
C Daniel Motsinger cmotsinger@kdlegal.com, cmotsinger@kdlegal.com;crbpgpleadings@kdlegal.com;shammersley@kdlegal.com
Lee Duck Moylan lmoylan@klehr.com, acollazo@klehr.com
Abraham Murphy murphy@abrahammurphy.com
Justin Scott Murray jmurray@atg.state.il.us
Alissa M. Nann anann@foley.com, DHeffer@foley.com
Henry Seiji Newman hsnewman@dglaw.com
Kevin M. Newman knewman@menterlaw.com, kmnbk@menterlaw.com
Cassandra A. Nielsen cnielsen@rubin-levin.net, atty_cnielsen@bluestylus.com,lking@rubin-levin.net
Ryan Charles Nixon rcnixon@lamarcalawgroup.com
Kathryn Elizabeth Olivier kathryn.olivier@usdoj.gov, denise.woody@usdoj.gov;kristie.baker@usdoj.gov
Gregory Ostendorf gostendorf@scopelitis.com, agregory@scopelitis.com
Pamela A. Paige ppaige@plunkettcooney.com, amiller@plunkettcooney.com

6

Danielle Ann Pham    danielle.pham@usdoj.gov
Zachary David Price    zach@indianalawgroup.com
Jack A Raisner    jar@outtengolden.com
Jonathan Hjalmer Reischl    jonathan.reischl@cfpb.gov
James Leigh Richmond    James.Richmond@fldoe.org
Melissa M. Root    mroot@jenner.com
David A. Rosenthal    darlaw@nlci.com
James E Rossow    jim@rubin-levin.net, ATTY_JER@trustesolutions.com;robin@rubin-levin.net;lisa@rubin-levin.net
Rene Sara Roupinian    rsr@outtengolden.com, jxh@outtengolden.com;kdeleon@outtengolden.com;rmasubuchi@outtengolden.com;rfisher@outtengolden.com;gl@outtengolden.com
Victoria Fay Roytenberg    vroytenberg@law.harvard.edu, jjimenez@law.harvard.edu
Steven Eric Runyan    ser@kgrlaw.com
Craig Damon Rust    craig.rust@doj.ca.gov, Lindsay.Bensen@doj.ca.gov
Karl T Ryan    kryan@ryanesq.com, lindsey@ryanesq.com
Joseph Michael Sanders    jsanders@atg.state.il.us
Thomas C Scherer    tscherer@bgdlegal.com, floyd@bgdlegal.com
James R. Schrier    jrs@rtslawfirm.com, lrobison@rtslawfirm.com;jlandes@rtslawfirm.com
Ronald James Schutz    rschutz@robinskaplan.com
H. Jeffrey Schwartz    jschwartz@robinskaplan.com
Courtney Michelle Scott    cscott1@dor.in.gov
Joseph E Shickich    jshickich@foxrothschild.com, vmagda@foxrothschild.com
William E Smith    wsmith@k-glaw.com, clipke@k-glaw.com
Lauren C. Sorrell    lsorrell@kdlegal.com, ayeskie@kdlegal.com;swaddell@kdlegal.com
Catherine L. Steege    csteege@jenner.com, mhinds@jenner.com;thooker@jenner.com
Jesse Ellsworth Summers    esummers@burr.com, sguest@burr.com
Jonathan David Sundheimer    jsundheimer@btlaw.com
Nancy K. Swift    nswift@buchalter.com, cbohnsack@buchalter.com
Eric Jay Taube    eric.taube@wallerlaw.com, annmarie.jezisek@wallerlaw.com;sherri.savala@wallerlaw.com
Meredith R. Theisen    mtheisen@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
Meredith R. Theisen    mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com;mralph@rubin-levin.net
Jessica L Titler    jt@chimicles.com
Todd Christian Toral    todd.toral@dlapiper.com, todd-toral-9280@ecf.pacerpro.com
Ronald M. Tucker    rtucker@simon.com, cmartin@simon.com,bankruptcy@simon.com
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
Michael Ungar    MUngar@mwe.com
Sally E Veghte    sveghte@klehr.com, acollazo@klehr.com
Rachel Claire Verbeke    rverbeke@stroblpc.com
Amy L VonDielingen    avondielingen@woodmclaw.com
Carolyn Graff Wade    Carolyn.G.Wade@doj.state.or.us
Louis Hanner Watson    louis@watsonnorris.com
Jeffrey R. Waxman    jwaxman@morrisjames.com,

jdawson@morrisjames.com;wweller@morrisjames.com
Christine M.H. Wellons     christine.wellons@maryland.gov
Philip A. Whistler     philip.whistler@icemiller.com, carla.persons@icemiller.com
Bradley Winston     bwinston@winstonlaw.com, lwheaton@winstonlaw.com
Brandon Michael Wise     bwise@prwlegal.com
Cathleen Dianne Wyatt     cwyatt@fbtlaw.com, tacton@fbtlaw.com
Joseph Yar     jyar@nmag.gov, eheltman@nmag.gov
James T Young     james@rubin-levin.net, lking@rubin-levin.net;atty_young@bluestylus.com;mralph@rubin-levin.net
James E. Zoccola     jzoccola@lewis-kappes.com

     I further certify that on January 3, 2018, pursuant to Section IV.C.3(c) of the Case Management Procedures, a copy of the foregoing *Trustee's Objection to Motion Filed by Charles Joecks* was emailed to the following:

Arlington ISD/Richardson ISD:  Eboney Cobb at ecobb@pbfcm.com
CEC Red Run, LLC:  Alan M. Grochal at agrochal@tydingslaw.com
SWRE Deal V Building, LLC:  Paul Weiser at pweiser@buchalter.com
Tarrant County/Dallas County:  Elizabeth Weller at dallas.bankruptcy@publicans.com
Northwest Natural Gas Company:  Ashlee Minty at Ashlee.Minty@nwnatural.com
Solar Drive Business, LLC:  Chris W. Halling at challing@hallingmeza.com
Market-Turk Company:  Jordan A. Lavinsky at jlavinsky@hansonbridgett.com
Taxing Authority for Harris County, Texas:  John P. Dillman at houston_bankruptcy@lgbs.com
Texas Comptroller of Public Accounts:  Rachel Obaldo at rachel.obaldo@oag.texas.gov
Clear Creek Independent School District:  Carl O. Sandin at csandin@pbfcm.com
Synchrony Bank:  Recovery Management Systems Corporation at claims@recoverycorp.com
Bexar County:  Don Stecker at sanantonio.bankruptcy@publicans.com
SWRE Deal V Building, LLC:  Nancy K. Swift at nswift@buchalter.com
TN Dept. of Revenue:  Michael Willey at michael.willey@ag.tn.gov
Florida Department of Education:  Benman D. Szeto at benman.szeto@fldoe.org
Last Second Media, Inc.:  T. Todd Egland at tegland@beldenblaine.com
Hung Duong:  Kevin Schwin at kevin@schwinlaw.com
Travis County:  Kay D. Brock at kay.brock@traviscountytx.gov
Able Building Maintenance:  Scott D. Fink at bronationalecf@weltman.com
Marathon Ventures, LLC:  Daniel M. Karger at kargerlaw@gmail.com
Oklahoma County Treasurer:  Tammy Jones at tammy.jones@oklahomacounty.org
JM Partners LLC:  John Marshall at jmarshall@jmpartnersllc.com

      I further certify that on January 3, 2018, a copy of the foregoing *Trustee's Objection to Motion Filed by Charles Joecks* was mailed by overnight mail and properly address to the following:

Charles Joecks
5005 W. College Ave. #101
Greendale, WI 53129

                                          */s/ John C. Hoard*
                                          John C. Hoard

g:\wp80\trustee\caruso\itt educational - 86723901\drafts\objection joecks motion.docx