# EXHIBIT A

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

April 16, 2018

|  |  |
|---|---|
| Invoice | 32041830 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | Pension Plan Administration |
| **FaegreBD File** | 511089.000003 |

For professional services rendered and disbursements incurred through March 31, 2018

| | |
|---|---|
| Services | 4,079.50 |
| **Invoice Total** | $ **4,079.50** |

**Due and Payable Upon Receipt**
**Thank You**

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

**FaegreBD.com**

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

April 16, 2018

Invoice  32041830
Tax ID   41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | Pension Plan Administration |
| FaegreBD File | 511089.000003 |

For professional services rendered and disbursements incurred through March 31, 2018

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 03/01/18 | G.L. Skolnik | 0.30 | 204.00 | Plan termination project status call with A. Hart and N. Balassi |
| 03/01/18 | G.L. Skolnik | 1.30 | 884.00 | Review and revise Aon's lump sum window requirements document with D. Hinshaw's comments |
| 03/05/18 | J. Jaffe | 0.20 | 133.00 | Consult with E. Little on timing of hearing on PBGC pre-distribution audit |
| 03/05/18 | J. Jaffe | 0.20 | 133.00 | Review and forward G. Skolnik emails to E. Little regarding PBGC approval of modified pleadings |
| 03/05/18 | J. Jaffe | 0.20 | 133.00 | Work through issues relating to undated signed Agreement and review consequential changes to Motion/Order |
| 03/05/18 | G.L. Skolnik | 0.10 | 68.00 | Correspond with M. Rodgers of PBGC regarding pre-distribution audit agreement |
| 03/05/18 | E. Little | 1.50 | 495.00 | Finalize and file motion for approval of PBGC pre-distribution audit agreement |
| 03/06/18 | J. Jaffe | 0.20 | 133.00 | Email to counsel regarding changes to Audit Agreement Motion/Order |
| 03/13/18 | G.L. Skolnik | 0.20 | 136.00 | Correspond with N. Balassi of Aon regarding M. Breckenridge beneficiary issues |
| 03/13/18 | G.L. Skolnik | 0.30 | 204.00 | Analyze M. Breckenridge beneficiary issues |
| 03/15/18 | G.L. Skolnik | 0.40 | 272.00 | Bi-weekly plan termination project status call with Aon, B. Fletcher and D. Caruso |
| 03/16/18 | G.L. Skolnik | 0.30 | 204.00 | Confirm date of hearing on PBGC audit agreement and correspond with M. Rodgers of PBGC regarding same |
| 03/19/18 | G.L. Skolnik | 0.30 | 204.00 | Correspond with B. Fletcher and D. Caruso regarding pension plan financial audit and payment of fees from trust |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc.
April 16, 2018
Page    2

Faegre Baker Daniels LLP
Invoice    32041830

| Date | Name | Hours | $ Value | Description |
| --- | --- | --- | --- | --- |
| 03/26/18 | J. Jaffe | 0.50 | 332.50 | Review G. Skolnik email and respond to Mai Lan Rodgers of PBGC hearing concerns |
| 03/26/18 | G.L. Skolnik | 0.20 | 136.00 | Correspond with M. Rodgers and J. Jaffe regarding PBGC audit and whether court will grant motion to approve audit agreement without a hearing in the absence of objections |
| 03/29/18 | G.L. Skolnik | 0.60 | 408.00 | Plan termination project status call with Aon representatives and B. Fletcher |
| **Total Hours** | | **6.80** | | |

**Total Services**                                                                 $    4,079.50

**Invoice Total**                                                                  $    4,079.50


## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
| --- | --- | --- | --- |
| G.L. Skolnik | 4.00 | 680.00 | 2,720.00 |
| J. Jaffe | 1.30 | 665.00 | 864.50 |
| E. Little | 1.50 | 330.00 | 495.00 |
| **Total** | **6.80** | | **$ 4,079.50** |

FaegreBD.com                                                                                      USA ▾ UK ▾ CHINA

# FAEGRE BAKER DANIELS

April 16, 2018                                                              Invoice    32041830
                                                                            Tax ID     41-0244008

Client ID          511089
Matter             Pension Plan Administration
FaegreBD File      511089.000003

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

**Invoice Total**                               $      4,079.50

**Payment Enclosed**                            _____

## Due and Payable Upon Receipt
## Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**                                    **Remit checks to**

Faegre Baker Daniels LLP                                Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.                      75 Remittance Drive  Dept. 6952
Account Number:  1942086487                             Chicago, IL  60675-6952
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▼ UK ▼ CHINA

April 16, 2018

Invoice 32041831
Tax ID 41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204

## Invoice Summary

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | 401k Plan Administration |
| **FaegreBD File** | 511089.000004 |

For professional services rendered and disbursements incurred through March 31, 2018

Services                                                                 8,560.00

**Invoice Total**                                                    $    8,560.00

**Due and Payable Upon Receipt**
**Thank You**

600 E. 96th Street ▼ Suite 600
Indianapolis ▼ Indiana 46240-3789
Phone +1 317 569 9600 ▼ Fax +1 317 569 4800

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

April 16, 2018

Invoice 32041831
Tax ID 41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204

## Invoice Detail

**Client**        Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc.
**Matter**        401k Plan Administration
**FaegreBD File** 511089.000004

For professional services rendered and disbursements incurred through March 31, 2018

### Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 03/09/18 | M. Rosenfeld | 0.60 | 222.00 | Provide requested documentation to B. Fletcher RG 401(k) plan |
| 03/12/18 | J. Jaffe | 0.20 | 133.00 | Email to G. Skolnik regarding IRS determination and path to distribution |
| 03/12/18 | G.L. Skolnik | 0.30 | 204.00 | Teleconference with D. Caruso and J. Hoard regarding IRS determination letter and procedures and next steps to distribute plan assets |
| 03/12/18 | G.L. Skolnik | 0.70 | 476.00 | Correspond with M. Rosenfeld regarding receipt of favorable declaration letter on ESI 401(k) plan; correspond with J. Jaffe, D. Caruso, B. Fletcher and Transamerica representatives regarding receipt of favorable IRS determination letter and next steps to distribute plan assets |
| 03/12/18 | M. Rosenfeld | 0.60 | 222.00 | Review IRS determination letter |
| 03/13/18 | G.L. Skolnik | 0.50 | 340.00 | Correspond with B. Evans, B. Fletcher, D. Caruso and M. Rosenfeld regarding teleconference to discuss next steps for distribution of 401(k) plan assets |
| 03/14/18 | J. Jaffe | 0.80 | 532.00 | Multiple emails on dealing with restoration claims for 401(K) forfeited benefits |
| 03/14/18 | G.L. Skolnik | 1.40 | 952.00 | Teleconference with B. Evans of Transamerica, B. Fletcher and M. Rosenfeld regarding 401(k) plan termination notice, election, and distribution process; follow-up with D. Caruso regarding same |
| 03/14/18 | M. Rosenfeld | 0.80 | 296.00 | Call with TransAmerica to discuss plan termination procedure |
| 03/16/18 | M. Rosenfeld | 0.60 | 222.00 | Research missing participant options |

Case 16-07207-JMC-7A    Doc 2587-1    Filed 05/11/18    EOD 05/11/18 16:43:50    Pg 8 of 13

Deborah J. Caruso, Chapter 7 Trustee of ATT Educational Services, Inc.  
April 16, 2018  
Page    2

Faegre Baker Daniels LLP  
Invoice    32041831

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 03/19/18 | G.L. Skolnik | 0.70 | 476.00 | Correspond with B. Fletcher, D. Caruso and M. Rosenfeld regarding responding to participant inquiries regarding determination letter and next steps in preparing for notice and distribution process |
| 03/19/18 | M. Rosenfeld | 1.10 | 407.00 | Analyze distribution information materials |
| 03/20/18 | G.L. Skolnik | 0.10 | 68.00 | Correspond with B. Fletcher regarding amendment to proof of claim for participant's whose unclaimed benefits were forfeited before 2016 |
| 03/21/18 | G.L. Skolnik | 0.10 | 68.00 | Correspond with B. Fletcher regarding required minimum distributions |
| 03/26/18 | G.L. Skolnik | 0.40 | 272.00 | Correspond with B. Fletcher, B. Evans, M. Fischer and M. Rosenfeld regarding 401(k) plan distribution election forms and timeline for sending out distribution kits |
| 03/29/18 | G.L. Skolnik | 1.80 | 1,224.00 | Revise notice to participants regarding determination letter and distribution of accounts |
| 03/29/18 | G.L. Skolnik | 1.10 | 748.00 | Review and revise Millennium Trust automatic rollover agreements for plan termination distribution |
| 03/29/18 | G.L. Skolnik | 0.30 | 204.00 | Correspond with D. Caruso and B. Fletcher regarding Millennium Trust service agreement |
| 03/29/18 | G.L. Skolnik | 0.50 | 340.00 | Correspond with M. Rosenfeld regarding plan distribution notice and election forms |
| 03/29/18 | G.L. Skolnik | 0.20 | 136.00 | Correspond with B. Fletcher and D. Caruso regarding 401(k) plan termination distribution notice and election forms |
| 03/29/18 | M. Rosenfeld | 1.20 | 444.00 | Analyze distribution request forms |
| 03/30/18 | G.L. Skolnik | 0.30 | 204.00 | Teleconference with M. Rosenfeld regarding distribution forms |
| 03/30/18 | M. Rosenfeld | 1.00 | 370.00 | Draft distribution request form documents |
| **Total Hours** | | **15.30** | | |

**Total Services**                                                                                      $    8,560.00

**Invoice Total**                                                                                       $    8,560.00

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|---|---|---|---|
| G.L. Skolnik | 8.40 | 680.00 | 5,712.00 |
| J. Jaffe | 1.00 | 665.00 | 665.00 |
| M. Rosenfeld | 5.90 | 370.00 | 2,183.00 |
| **Total** | **15.30** | | $    8,560.00 |

# FAEGRE BAKER DANIELS

FaegreBD.com    USA ▼ UK ▼ CHINA

April 16, 2018

| | |
|---|---|
| Invoice | 32041831 |
| Tax ID | 41-0244008 |

| | |
|---|---|
| Client ID | 511089 |
| Matter | 401k Plan Administration |
| FaegreBD File | 511089.000004 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

**Invoice Total**              $      8,560.00

Payment Enclosed         _____

**Due and Payable Upon Receipt**
**Thank You**

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL  60675-6952

600 E. 96th Street ▼ Suite 600
Indianapolis ▼ Indiana 46240-3789
Phone +1 317 569 9600 ▼ Fax +1 317 569 4800

**FAEGRE BAKER DANIELS**

FaegreBD.com                                                                                                      USA ▼ UK ▼ CHINA

May 10, 2018

| | |
|---|---|
| Invoice | 32042322 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

**Client**         Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc.
**Matter**         401k Plan Administration
**FaegreBD File**  511089.000004

For professional services rendered and disbursements incurred through May 9, 2018

Services                                                                                                          7,621.00

**Invoice Total**                                                                                          $    7,621.00

**Due and Payable Upon Receipt**
**Thank You**

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▼ UK ▼ CHINA

May 10, 2018

Invoice 32042322
Tax ID 41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | 401k Plan Administration |
| **FaegreBD File** | 511089.000004 |

For professional services rendered and disbursements incurred through May 9, 2018

### Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 04/03/18 | G.L. Skolnik | 0.30 | 204.00 | Review and revise distribution form and teleconference with M. Rosenfeld regarding same |
| 04/03/18 | M. Rosenfeld | 0.20 | 74.00 | Revise distribution form |
| 04/04/18 | G.L. Skolnik | 1.00 | 680.00 | Review and revise combined distribution and rollover election form and distribution notice |
| 04/05/18 | G.L. Skolnik | 1.20 | 816.00 | Revise distribution notice and election form and correspond with D. Caruso and B. Fletcher regarding distribution notice and election form |
| 04/06/18 | M. Rosenfeld | 0.60 | 222.00 | Analyze plan loan disclosure issue |
| 04/11/18 | G.L. Skolnik | 0.20 | 136.00 | Teleconference with M. Rosenfeld regarding revisions to distribution notice |
| 04/11/18 | M. Rosenfeld | 0.50 | 185.00 | Revise distribution cover letter |
| 04/12/18 | G.L. Skolnik | 0.60 | 408.00 | Correspond with B. Evans and M. Fischer of Transamerica regarding election kits for termination distributions and date to mail kits and lift suspension |
| 04/12/18 | G.L. Skolnik | 0.20 | 136.00 | Finalize distribution notice for termination distributions |
| 04/13/18 | G.L. Skolnik | 0.20 | 136.00 | Correspond with B. Evans of Transamerica regarding distribution forms and setting mailing date for election kits |
| 04/19/18 | G.L. Skolnik | 0.30 | 204.00 | Correspond with B. Evans of Transamerica and B. Fletcher regarding distribution forms, procedures and election kit mailing for final 401(k) plan distributions |
| 05/01/18 | G.L. Skolnik | 0.50 | 340.00 | Correspond with B. Evans, B. Fletcher and D. Caruso regarding blanket authorization form and final distribution process |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc.
May 10, 2018
Page   2

Faegre Baker Daniels LLP
Invoice   32042322

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 05/02/18 | G.L. Skolnik | 0.40 | 272.00 | Finalize participant notice regarding 401(k) plan distributions and transmit same to B. Evans of Transamerica |
| 05/02/18 | G.L. Skolnik | 0.20 | 136.00 | Correspond with B. Evans, B. Fletcher and D. Caruso regarding distribution election kit |
| 05/03/18 | G.L. Skolnik | 0.20 | 136.00 | Correspond with D. Caruso, D. Shilling and Transamerica regarding final benefits distribution |
| 05/04/18 | G.L. Skolnik | 0.20 | 136.00 | Correspond with D. Caruso and B. Fletcher regarding 401(k) plan distribution process |
| 05/04/18 | G.L. Skolnik | 0.90 | 612.00 | Teleconference with D. Shelling of Transamerica regarding 401(k) plan distribution process |
| 05/07/18 | G.L. Skolnik | 0.80 | 544.00 | Correspond with D. Shelling of Transamerica, D. Caruso and B. Fletcher regarding termination distribution |
| 05/07/18 | G.L. Skolnik | 0.80 | 544.00 | Prepare for teleconference with D. Caruso and B. Fletcher regarding distribution process and teleconference with Transamerica regarding same |
| 05/07/18 | G.L. Skolnik | 0.90 | 612.00 | Teleconference with Transamerica representatives, D. Caruso and B. Fletcher regarding distribution process termination |
| 05/07/18 | G.L. Skolnik | 0.90 | 612.00 | Teleconference with D. Caruso and B. Fletcher regarding 401(k) plan distribution process, including controls and directives, in preparation for discussions with Transamerica team |
| 05/07/18 | G.L. Skolnik | 0.70 | 476.00 | Draft updated notice for bankruptcy website |
| **Total Hours** | | **11.80** | | |

**Total Services**                                                                         $       7,621.00

**Invoice Total**                                                                          $       7,621.00


### Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|---|---|---|---|
| G.L. Skolnik | 10.50 | 680.00 | 7,140.00 |
| M. Rosenfeld | 1.30 | 370.00 | 481.00 |
| **Total** | **11.80** | | $ **7,621.00** |

600 E. 96th Street ▼ Suite 600
Indianapolis ▼ Indiana 46240-3789
Phone +1 317 569 9600 ▼ Fax +1 317 569 4800

FaegreBD.com

# FAEGRE BAKER
# DANIELS

USA ▼ UK ▼ CHINA

May 10, 2018

| | |
|---|---|
| Invoice | 32042322 |
| Tax ID | 41-0244008 |

Client ID        511089
Matter          401k Plan Administration
FaegreBD File   511089.000004

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

**Invoice Total**                    $    7,621.00

Payment Enclosed                 _____

**Due and Payable Upon Receipt**
**Thank You**

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL   60675-6952

600 E. 96th Street ▼ Suite 600
Indianapolis ▼ Indiana 46240-3789
Phone +1 317 569 9600 ▼ Fax +1 317 569 4800