# EXHIBIT A

**FAEGRE BAKER DANIELS**

FaegreBD.com                                                                 USA ▾ UK ▾ CHINA

April 16, 2018                                                Invoice    32041828
                                                              Tax ID    41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

**Client**          Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc.
**Matter**          General Corporate and SEC Compliance
**FaegreBD File**   511089.000001

For professional services rendered and disbursements incurred through March 31, 2018

Services                                                                          1,357.00

**Invoice Total**                                                            $    1,357.00

**Due and Payable Upon Receipt**
**Thank You**

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

**FaegreBD.com**  **FAEGRE BAKER DANIELS**  USA ▾ UK ▾ CHINA

April 16, 2018

| | |
|---|---|
| Invoice | 32041828 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | General Corporate and SEC Compliance |
| FaegreBD File | 511089.000001 |

For professional services rendered and disbursements incurred through March 31, 2018

### Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 03/06/18 | S. Carlson | 0.60 | 180.00 | Finalize and file motion for authority for pre-distribution audit agreement, exhibits and proposed order and complete service |
| 03/06/18 | J. Jaffe | 0.20 | 133.00 | Follow-up on Chubb billing/payment issues |
| 03/12/18 | E. Little | 0.40 | 132.00 | Prepare memorandum to accounting regarding check no. 5432 received from trustee |
| 03/13/18 | J. Jaffe | 0.20 | 133.00 | Review Proof of Claim and forward to K. Nownes |
| 03/29/18 | E. Little | 0.20 | 66.00 | Prepare notices of invoice for February 2018 |
| 03/30/18 | S. Carlson | 0.50 | 150.00 | Finalize and compile notices of invoices for fees and expenses; electronically file notice with the bankruptcy court and complete service |
| 03/30/18 | J. Jaffe | 0.20 | 133.00 | Review Fee Notices |
| 03/30/18 | J. Jaffe | 0.20 | 133.00 | Conference with E. Little regarding preparation of fee application |
| 03/30/18 | E. Little | 0.90 | 297.00 | Prepare notices of invoice for February 2018 |
| **Total Hours** | | **3.40** | | |

**Total Services**                                                                                                        $    1,357.00

**Invoice Total**                                                                                                         $    1,357.00

Case 16-07207-JMC-7A    Doc 2538-1    Filed 05/12/18    EOD 05/12/18 12:52:03    Pg 4 of 9

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
April 16, 2018
Page    2

Faegre Baker Daniels LLP
Invoice   32041828

**Services Summary by Professional**

| Name | Hours | $  Rate | $  Value |
|---|---|---|---|
| J. Jaffe | 0.80 | 665.00 | 532.00 |
| E. Little | 1.50 | 330.00 | 495.00 |
| S. Carlson | 1.10 | 300.00 | 330.00 |
| **Total** | **3.40** |  | $ **1,357.00** |

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▼ UK ▼ CHINA

April 16, 2018

| | |
|---|---|
| Invoice | 32041828 |
| Tax ID | 41-0244008 |

| | |
|---|---|
| Client ID | 511089 |
| Matter | General Corporate and SEC Compliance |
| FaegreBD File | 511089.000001 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

**Invoice Total**            $     1,357.00

**Payment Enclosed**       _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH): 091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL   60675-6952

600 E. 96th Street ▼ Suite 600
Indianapolis ▼ Indiana 46240-3789
Phone +1 317 569 9600 ▼ Fax +1 317 569 4800

FaegreBD.com　　　　　　　　　　　　　**FAEGRE BAKER DANIELS**　　　　　　　　　　　　　USA ▾ UK ▾ CHINA

April 16, 2018　　　　　　　　　　　　　　　　　　　　　　　Invoice　　32041829
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tax ID　　41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

**Client**　　　Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc.
**Matter**　　　Employee Benefit Plans
**FaegreBD File**　　511089.000002

For professional services rendered and disbursements incurred through March 31, 2018

Services　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　4,000.00

**Invoice Total**　　　　　　　　　　　　　　　　　　　　　　　　　$　　4,000.00

**Due and Payable Upon Receipt**
**Thank You**

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▼ UK ▼ CHINA

April 16, 2018                                              Invoice    32041829
                                                            Tax ID    41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| **Client** | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| **Matter** | Employee Benefit Plans |
| **FaegreBD File** | 511089.000002 |

For professional services rendered and disbursements incurred through March 31, 2018

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 03/02/18 | G.L. Skolnik | 0.10 | 68.00 | Review correspondence from D. Wright and B. Fletcher regarding retirement plan benefit inquiry |
| 03/08/18 | G.L. Skolnik | 0.10 | 68.00 | Correspond with B. Fletcher and M. Ralph regarding response to former employee's claim for a benefit that has already been paid |
| 03/12/18 | G.L. Skolnik | 0.40 | 272.00 | Correspond with M. Dewey of Chubb regarding payment of invoices relating to DOL investigation |
| 03/13/18 | G.L. Skolnik | 0.30 | 204.00 | Correspond with B. Fletcher and review records relating to participant whose unclaimed benefit was forfeited |
| 03/13/18 | G.L. Skolnik | 0.20 | 136.00 | Draft message to J. Jaffe and D. Caruso regarding forfeiture issue |
| 03/14/18 | G.L. Skolnik | 2.40 | 1,632.00 | Correspond with J. Jaffe, D. Caruso and B. Fletcher regarding restoration of forfeiture issue |
| 03/15/18 | G.L. Skolnik | 0.10 | 68.00 | Correspond with B. Fletcher regarding Millennium Trust agreements |
| 03/19/18 | J. Jaffe | 0.80 | 532.00 | Several telephone calls with D. Caruso, G. Skolnik to fashion process for final billing and payment in connection with 401k distribution to participants |
| 03/19/18 | G.L. Skolnik | 0.30 | 204.00 | Teleconference with J. Jaffe regarding process for final fee payments from 401(k) plan |
| 03/20/18 | G.L. Skolnik | 0.20 | 136.00 | Correspond with D. Caruso and B. Fletcher regarding health care provider appeal issues |
| 03/20/18 | G.L. Skolnik | 0.80 | 544.00 | Review and analyze health care providers request for documents and notice of intent to appeal for unpaid medical claims under ITT ESI/Group Benefit Plan |

600 E. 96th Street ▼ Suite 600
Indianapolis ▼ Indiana 46240-3789
Phone +1 317 569 9600 ▼ Fax +1 317 569 4800

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
Services, Inc.
April 16, 2018
Page    2

Faegre Baker Daniels LLP
Invoice   32041829

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 03/20/18 | G.L. Skolnik | 0.20 | 136.00 | Correspond with B. Fletcher and D. Caruso regarding unclaimed benefits issues |
| **Total Hours** | | **5.90** | | |

**Total Services**                                                                                       **$    4,000.00**

**Invoice Total**                                                                                        **$    4,000.00**

### Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|---|---|---|---|
| G.L. Skolnik | 5.10 | 680.00 | 3,468.00 |
| J. Jaffe | 0.80 | 665.00 | 532.00 |
| **Total** | **5.90** | | **$   4,000.00** |

600 E. 96th Street ▼ Suite 600
Indianapolis ▼ Indiana 46240-3789
Phone +1 317 569 9600 ▼ Fax +1 317 569 4800

FaegreBD.com            **FAEGRE BAKER DANIELS**            USA ▾ UK ▾ CHINA

April 16, 2018            Invoice    32041829
                                                   Tax ID    41-0244008

Client ID          511089
Matter            Employee Benefit Plans
FaegreBD File    511089.000002

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204

## Remittance Advice

**Invoice Total**                        $      4,000.00

Payment Enclosed            _____

## Due and Payable Upon Receipt
## Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**                                        **Remit checks to**

Faegre Baker Daniels LLP                        Faegre Baker Daniels LLP
Bank Name: Wells Fargo Bank, N.A.           75 Remittance Drive Dept. 6952
Account Number: 1942086487               Chicago, IL 60675-6952
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH): 091000019
Swift Code (International Wires in USD): WFBIUS6S
Swift Code (International Wires in non-USD): WFBIUS6WFFX
Wire/ACH Detail to: RemittanceAdvice@FaegreBD.com

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800