| INVOICE NO. | | 40306 | Page | 1 |
|---|---|---|---|---|
| ACCOUNT NO. | OP | DATE | | |
| CARUS-1 | DR | 05/14/2018 | | |

**Ritman & Associates, Inc.**
**1154 Conner Street**
**Noblesville, IN 46060**
**Phone: 317-770-3000   Fax: 317-770-3010**

**Deborah Caruso**
**135 N. Pennsylvania St., #1400**
**Indianapolis, IN 46204**

| Itm # | Eff Date | Description | Amount |
|---|---|---|---|
| 115872 | 06/09/18 | 18/19 Fiduciary Policy | $25,000.00 |
| | | **Invoice Balance:** | **$25,000.00** |

Please makes checks payable to Ritman & Associates, Inc.

Thank you for your business!

**Exhibit 1**
**Page 1 of 1**