# Exhibit 1
**Schedule of Settlements of Avoidance Claims in the Gross Amount of $50,000.00 or Less**

| Settlement Party | Adversary Proceeding No. | Total Avoidance Claim | Total Settlement Amount |
|---|---|---|---|
| Alpha & Omega Building Services, Inc. | None Filed | $9,070.86 | $7,500.00, plus a full waiver of any and all claims or claims for administrative expenses |
| American Medical Association | None Filed | $10,863.86 | $5,500.00, plus a section 502(h) waiver |
| American Health Information Management Association | AP No. 18-50130, dismissed on 7/30/2018 | $18,264.26 | $10,258.84, plus a section 502(h) waiver |
| Brandpro Marketing, LLC | None Filed | $45,536.16 | $5,000.00, plus a full waiver of any and all claims or claims for administrative expenses |
| Charleston (WTAT-TV), LLC | None Filed | $18,343.00 | $6,854.40, plus a full waiver of any and all claims or claims for administrative expenses |
| Entravision Communications Corporation d/b/a XHAS | None Filed | $10,285.00 | $1,250.00, plus a full waiver of any and all claims or claims for administrative expenses |
| Independence Television Company, Inc. d/b/a WMYO | None Filed | $12,704.10 | $5,500.00, plus a section 502(h) waiver |
| Keystone Interpreting Solutions, Inc. | None Filed | $30,587.09 | $3,828.05, plus a full waiver of any and all claims or claims for administrative expenses |
| Patented Acquisition Corporation d/b/a Think Patented | None Filed | $15,645.15 | $10,000.00, plus a section 502(h) waiver |
| Pinnacle Professional Development, LLC | None Filed | $22,671.93 | $3,500.00, plus a full waiver of any and all claims or claims for administrative expenses |