UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF00075 (rev 06/2018)

In re:

| | |
|---|---|
| **ITT Educational Services, Inc.**, | Case No. **16–07207–JMC–7A** |
| **Daniel Webster College, Inc.**, | JOINTLY ADMINISTERED |
| **ESI Service Corp.**, | |
| Debtors. | |

## NOTICE OF DEFICIENT FILING

A Motion to Appear Pro Hac Vice was filed on August 9, 2018, by Other Professional Integra Construction Inc.

**NOTICE IS GIVEN** that the document is deficient as follows:

Pleading should be filed in associated adversary case instead of legal case.
Filing party to re–file in adversary case.

**NOTICE IS FURTHER GIVEN** that failure to cure the above deficiencies by August 24, 2018, may result in the striking of the deficient filing or the dismissal of this case without further notice.

Dated:  August 10, 2018

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court