UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF00075 (rev 06/2018)

In re:

**ITT Educational Services, Inc.**,
**Daniel Webster College, Inc.**,
**ESI Service Corp.**,
        Debtors.

Case No. **16–07207–JMC–7A**
JOINTLY ADMINISTERED

## NOTICE OF DEFICIENT FILING

A Motion to Appear Pro Hac Vice was filed on August 9, 2018, by Other Professional Integra Construction Inc.

**NOTICE IS GIVEN** that the document is deficient as follows:

    Pleading should be filed in associated adversary case instead of legal case.
    Filing party to re–file in adversary case.

**NOTICE IS FURTHER GIVEN** that failure to cure the above deficiencies by August 24, 2018, may result in the striking of the deficient filing or the dismissal of this case without further notice.

Dated: August 10, 2018

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court