FaegreBD.com  **FAEGRE BAKER DANIELS**  USA ▼ UK ▼ CHINA

August 20, 2018                                                      Invoice    32044482
                                                                     Tax ID    41-0244008

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Summary

**Client**        Deborah J. Caruso, Chapter 7 Trustee of ITT Educational
                  Services, Inc.
**Matter**        Pension Plan Administration
**FaegreBD File** 511089.000003

For professional services rendered and disbursements incurred through July 31, 2018

Services                                                                    4,444.00

**Invoice Total**                                                      $    4,444.00

**Due and Payable Upon Receipt**
**Thank You**

600 E. 96th Street ▼ Suite 600
Indianapolis ▼ Indiana 46240-3789
Phone +1 317 569 9600 ▼ Fax +1 317 569 4800

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▼ UK ▼ CHINA

---

August 20, 2018

| | |
|---|---|
| Invoice | 32044482 |
| Tax ID | 41-0244008 |

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Invoice Detail

| | |
|---|---|
| Client | Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc. |
| Matter | Pension Plan Administration |
| FaegreBD File | 511089.000003 |

For professional services rendered and disbursements incurred through July 31, 2018

## Professional Services

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 07/05/18 | G.L. Skolnik | 0.80 | 544.00 | Correspond with M. Rosenfeld, N. Balassi and D. Caruso regarding adequacy of participant affidavit regarding inability to locate spouse |
| 07/05/18 | M. Rosenfeld | 0.80 | 296.00 | Analyze Nelson spousal affidavit issue |
| 07/12/18 | G.L. Skolnik | 0.50 | 340.00 | Project status call regarding ESI Pension Plan termination |
| 07/12/18 | G.L. Skolnik | 0.10 | 68.00 | Prepare for project status conference on pension plan termination |
| 07/16/18 | G.L. Skolnik | 0.10 | 68.00 | Correspond with A. Hart and N. Balassi regarding PBGC audit |
| 07/16/18 | G.L. Skolnik | 0.70 | 476.00 | Correspond with B. Fletcher and D. Caruso regarding Millennium Trust Service Agreement; revise Millennium Trust Service Agreement and transmit same to B. Fletcher for submission to Millennium Trust |
| 07/17/18 | G.L. Skolnik | 0.50 | 340.00 | Correspond with M. Rodgers of PBGC regarding status of PBGC pre-distribution audit and follow-up with A. Hart and D. Caruso regarding same |
| 07/18/18 | G.L. Skolnik | 0.30 | 204.00 | Correspond with M. Rodgers, D. Caruso, A. Hart and B. Fletcher regarding conclusion of PBGC audit |
| 07/19/18 | G.L. Skolnik | 0.30 | 204.00 | ESI Pension Plan termination status call |
| 07/23/18 | G.L. Skolnik | 0.10 | 68.00 | Correspond with D. Caruso and A. Hart regarding completion of PBGC audit and receipt of closing letter |
| 07/24/18 | G.L. Skolnik | 0.60 | 408.00 | Correspond with N. Balassi, B. Fletcher, A. Hart and D. Caruso regarding proof of extenuating circumstances for late submission of lump sum elections |

Deborah J. Caruso, Chapter 7 Trustee of ITT Educational Services, Inc.  
August 20, 2018  
Page    2

Faegre Baker Daniels LLP  
Invoice   32044482

| Date | Name | Hours | $ Value | Description |
|---|---|---|---|---|
| 07/31/18 | G.L. Skolnik | 0.40 | 272.00 | Correspond with N. Balassi of Aon regarding three participants who missed lump sum window deadline and requested reconsideration |
| 07/31/18 | G.L. Skolnik | 1.70 | 1,156.00 | Participate in Insurer Due Diligence meeting with D. Caruso, A. Hart, B. Fletcher and Aon annuity advice team to evaluate insurers who submitted bids for annuity purchase in plan termination |

**Total Hours**     6.90

**Total Services**                                                                                          $    4,444.00

**Invoice Total**                                                                                           $    4,444.00

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|---|---|---|---|
| G.L. Skolnik | 6.10 | 680.00 | 4,148.00 |
| M. Rosenfeld | 0.80 | 370.00 | 296.00 |
| **Total** | **6.90** | | **$ 4,444.00** |

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

August 20, 2018

| | |
|---|---|
| Invoice | 32044482 |
| Tax ID | 41-0244008 |

Client ID  511089
Matter  Pension Plan Administration
FaegreBD File  511089.000003

Deborah J. Caruso
Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN  46204

## Remittance Advice

**Invoice Total**              $    4,444.00

Payment Enclosed          _____

**Due and Payable Upon Receipt**
**Thank You**

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  1942086487
Routing Transit Number (Wires): 121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
75 Remittance Drive  Dept. 6952
Chicago, IL  60675-6952

600 E. 96th Street ▾ Suite 600
Indianapolis ▾ Indiana 46240-3789
Phone +1 317 569 9600 ▾ Fax +1 317 569 4800