UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] ) | Case No. 16-07207-JMC-7A |
| ) | |
| Debtors. ) | Jointly Administered |

**PROPOSED AGENDA OF MATTERS
SCHEDULED FOR OMNIBUS HEARING ON SEPTEMBER 12, 2018 AT 1:30 P.M.**

Deborah J. Caruso, the chapter 7 trustee in this case (the "Trustee"), by counsel, pursuant to the *Notice, Case Management and Administrative Procedures* (the "Case Management Procedures") approved by the Court on October 4, 2016 [Doc 220], submits this proposed agenda for the matters scheduled for the omnibus hearing on September 12, 2018 at 1:30 p.m. (prevailing Eastern time) (the "Hearing"). The Trustee anticipates the matters before the Court for the Hearing will take approximately one (1) hour.

**I.   DIAL-IN INFORMATION**

The dial-in telephone number for interested parties to participate in the Hearing by conference call is 1-800-920-7487; passcode 87599521#. Interested parties planning on participating in the Hearing by conference call shall notify the Court before the Hearing by contacting Heather Butler (heather_butler@insb.uscourts.gov or 317-229-3833) or Suzette Bewley (suzette_bewley@insb.uscourts.gov or 317-229-3862).

**II.   MATTERS SCHEDULED TO BE HEARD AT HEARING**

**Lead Bankruptcy Case (Case No. 16-07207)**

1. *Notice of Invoice for BGBC Partners, LLP's Fees and Expenses for the Period of July 1, 2018 through July 31, 2018* **[Doc 2787]**, filed by BGBC Partners, LLP.

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

- **Status:** There were no objections filed by the August 20, 2018 objection deadline. As such, pursuant to the Court's April 20, 2017 Order **[Doc 1569]**, the Trustee has paid 80% of the requested fees and 100% of the requested expenses. Not going forward at the Hearing.

2. *Notice of Invoice for Rubin & Levin, P.C.'s Fees and Expenses for the Period of July 1, 2018 through July 31, 2018* **[Doc 2816]**, filed by Rubin & Levin, P.C.

    - **Status:** There were no objections filed by the August 28, 2018 objection deadline. As such, pursuant to the Court's April 20, 2017 Order **[Doc 1569]**, the Trustee has paid 80% of the requested fees and 100% of the requested expenses. Not going forward at the Hearing.

3. *Notice of Invoices for Faegre Baker Daniels LLP's Fees and Expenses for the Period July 1, 2018 through July 31, 2018 (To be Paid by Debtors' Estate)* **[Doc 2820]**, filed by Faegre Baker Daniels LLP.

    - **Status:** There were no objections filed by the August 29, 2018 objection deadline. As such, pursuant to the Court's April 20, 2017 Order **[Doc 1569]**, the Trustee has paid 80% of the requested fees and 100% of the requested expenses. Not going forward at the Hearing.

4. *Notice of Invoices for Faegre Baker Daniels LLP's Fees and Expenses for the Period July 1, 2018 through July 31, 2018 (To be Paid by Debtors' Pension Plan)* **[Doc 2821]**, filed by Faegre Baker Daniels LLP.

    - **Status:** There were no objections filed by the August 29, 2018 objection deadline. As such, pursuant to the Court's April 20, 2017 Order **[Doc 1569]**, Faegre Baker Daniels has or will receive in the near future payment of its requested fees and expenses from the respective sources indicated in the notices. Not going forward at the Hearing.

5. *Fourth Interim Fee Application of Rubin & Levin, P.C. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Co-Counsel for the Trustee for the Period January 1, 2018 through July 31, 2018* **[Doc 2823]**, filed by Rubin & Levin, P.C.

    - **Status:** No objections filed by the September 5, 2018 objection deadline. Going forward at the Hearing.

6. *Second Interim Application of Katz Sapper & Miller for Compensation for Accounting Services Rendered to the Trustee in her Capacity as Plan*

2

*Administrator for the Period of November 1, 2017 through July 31, 2018* **[Doc 2837]**, filed by Katz Sapper & Miller.

- **Status:** No objections filed by the September 5, 2018 objection deadline. Going forward at the Hearing.

7. *Trustee's 4th Omnibus Motion to Compromise and Settle Avoidance Claims in the Gross Amount of $50,000.01 or More* **[Doc 2815]**, filed by the Trustee.

- **Status:** No objections filed by the September 5, 2018 objection deadline. Going forward at the Hearing.

8. *Trustee's 5th Omnibus Motion to Compromise and Settle Avoidance Claims in the Gross Amount of $50,000.01 or More* **[Doc 2852]**, filed by the Trustee.

- **Status:** Uncontested at this time. Objections due by 4:00 p.m., September 11, 2018. Going forward at the Hearing.

9. *Trustee's Motion to Compromise and Settle Avoidance Claim against Gibson, Dunn & Crutcher LLP* **[Doc 2781]**, filed by the Trustee.

- **Status:** No objections filed by the September 5, 2018 objection deadline. Going forward at the Hearing.

10. *Trustee's Motion to Compromise and Settle Avoidance Claim against Loan Science, LLC* **[Doc 2848]**, filed by the Trustee.

- **Status:** Uncontested at this time. Objections due by 4:00 p.m., September 11, 2018. Going forward at the Hearing.

11. *Trustee's Motion to Compromise and Settle Claims Related to ADP, LLC* **[Doc 2813]**, filed by the Trustee.

- **Status:** No objections filed by the September 5, 2018 objection deadline. Going forward at the Hearing.

12. *Trustee's Motion to Compromise and Settle Claims Related to Microsoft Corporation and Microsoft Online, Inc.* **[Doc 2819]**, filed by the Trustee.

- **Status:** No objections filed by the September 5, 2018 objection deadline. Going forward at the Hearing.

13. Continued hearing on *Relator Debra Leveski's Motion to Lift Automatic Stay of Relator's Qui Tam Action to: (i) Add and Pursue Claims Against Rene Champagne and (ii) Liquidate Relator's Claim Against ITT and Notice of Objection Deadline with 30-Day Waiver* **[Doc 2331]**, filed by Debra Leveski.

3

- *Trustee's Objection to Motion of Relator Debra Leveski to Lift Automatic Stay* **[Doc 2368]**, filed by the Trustee.

- *Relator Debra Leveski's Supplemental Brief in Support of Leveski's Motion to Lift Automatic Stay of Relator's Qui Tam Action to: (i) Add and Pursue Claims Against Rene Champagne and (ii) Liquidate relator's Claim Against ITT* **[Doc 2437]**, filed by Debra Leveski.

- *Trustee's Brief in Opposition to Motion of Debra Leveski to Lift Automatic Stay* **[Doc 2438]**, filed by the Trustee.

- **Status:** The parties will provide an update to the Court at the Hearing and will request on the record that this matter be continued to a future omnibus hearing. If granted, not going forward at the Hearing.

14. Continued status conference on *American Express Travel Related Services Company, Inc.'s Motion for Relief from Automatic Stay to Effect Setoff Pursuant to 11 U.S.C. § 553(a)* **[Doc 1505]**, filed by American Express Travel Related Services Company, Inc.

    - *Trustee's Objection to Motion for Relief from the Automatic Stay to Effect Setoff Pursuant to 11 U.S.C. § 553(a) Filed by American Express Travel Related Services Company, Inc.* **[Doc 2397]**, filed by the Trustee.

    - **Status:** The Trustee will provide an update to the Court at the Hearing and will request on the record that this matter be continued to the omnibus hearing on September 26, 2018 at 1:30 p.m. (prevailing Eastern time). If granted, not going forward at the Hearing.

**Caruso v. Microsoft Corporation, *et al*. (Adversary No. 17-50139)**

1. Status conference on *Trustee's Motion for Preliminary Injunctive Relief Enjoining Defendants from Destroying Electronic Data* **[Doc 5]** and *Trustee's Memorandum of Law in Support of Trustee's Motion for Preliminary Injunctive Relief Enjoining Defendants from Destroying Electronic Data* **[Doc 6]**, both filed by the Trustee.

    - **Status**: Going forward at the Hearing

**Caruso v. American Express Travel Related Services Company, Inc. (Adversary No. 18-50239)**

1. Status conference.

    - **Status:** The Trustee will provide an update to the Court at the Hearing and will request on the record that this matter be continued to the

4

    omnibus hearing on September 26, 2018 at 1:30 p.m. (prevailing Eastern time). If granted, not going forward at the Hearing.

**Caruso v. Student CU Connect CUSO, LLC *et al.* (Adversary No. 17-50101)**

1. *Motion to Dismiss Complaint with Prejudice of Defendants Student CU Connect CUSO, LLC, The Rochdale Group, Inc., Elements Financial Federal Credit Union, Bellco Credit Union, Credit Union of America, Directions Credit Union, Veridian Credit Union, and Workers Credit Union* **[Doc 20]** filed by Student CU Connect CUSO, LLC, The Rochdale Group, Inc., Elements Financial Federal Credit Union, Bellco Credit Union, Credit Union of America, Directions Credit Union, Veridian Credit Union, and Workers Credit Union and *Defendant CommunityAmerica Credit Union's Motion to Dismiss and Brief in Support* **[Doc 22]**, filed by CommunityAmerica Credit Union.

   - *Memorandum of Law in Support of Motion to Dismiss Adversary Complaint of Defendants Student CU Connect CUSO, LLC, The Rochdale Group, Inc., Elements Financial Federal Credit Union, Bellco Credit Union, Credit Union of America, Directions Credit Union, Veridian Credit Union, and Workers Credit Union* **[Doc 21]**, filed by Student CU Connect CUSO, LLC, The Rochdale Group, Inc., Elements Financial Federal Credit Union, Bellco Credit Union, Credit Union of America, Directions Credit Union, Veridian Credit Union, and Workers Credit Union.

   - *Joinder by Defendants Elements Financial Federal Credit Union, Bellco Credit Union, Credit Union of America, Directions Credit Union, Veridian Credit Union, and Workers Credit Union to Defendant CommunityAmerica Credit Union's Motion to Dismiss and Brief in Support* **[Doc 24]**, filed by Elements Financial Federal Credit Union, Bellco Credit Union, Credit Union of America, Directions Credit Union, Veridian Credit Union, and Workers Credit Union.

   - *Plaintiff's Omnibus Memorandum of Law in Opposition to Defendants' Motions to Dismiss* **[Doc 29]**, filed by the Trustee.

   - *Defendant CommunityAmerica Credit Union's Reply Brief in Support of its Motion to Dismiss* **[Doc 33]**, filed by CommunityAmerica Credit Union.

   - *Reply Memorandum of Defendants Student CU Connect CUSO, LLC, the Rochdale Group, Inc., Elements Financial Federal Credit Union, Bellco Credit Union, Credit Union of America, Directions Credit Union, Veridian Credit Union, and Workers Credit Union in Support of Their Motion to Dismiss the Adversary Complaint* **[Doc 34]**, filed by Student CU Connect CUSO, LLC, The Rochdale Group, Inc., Elements Financial

        Federal Credit Union, Bellco Credit Union, Credit Union of America, Directions Credit Union, Veridian Credit Union, and Workers Credit Union.

- **Status:** Per the Court's September 10, 2018 Order **[Doc 65]**, this matter has been continued to October 17, 2018 at 1:30 p.m. Not going forward at the Hearing.

**Caruso v. Kevin Modany, *et al*. (Adversary No. 18-50100)**

1. *Motion for Stay Pending Decision on Withdrawal of Reference* **[Doc 47]**, filed by John E. Dean, C. David Brown II, Joanna T. Lau, Thomas I. Morgan, John Vincent Weber, John F. Cozzi, Samuel L. Odle, and Jerry M. Cohen.

    - *Trustee's Objection to Motion for Stay Pending Decision on Withdrawal of Reference* **[Doc 54]**, filed by the Trustee.

    - **Status:** Going forward at the Hearing.

### III. NOTICE

Pursuant to the Case Management Procedures, the Trustee will serve this proposed hearing agenda on the Core Group (as defined in the Case Management Procedures) and each entity who has filed and served a court filing set to be heard at the Hearing.

    Respectfully submitted,

    RUBIN & LEVIN, P.C.

By:*/s/ Meredith R. Theisen*
    Meredith R. Theisen

    Deborah J. Caruso (Atty. No. 4273-49)
    John C. Hoard (Atty. No. 8024-49)
    James E. Rossow Jr. (Atty. No. 21063-29)
    Meredith R. Theisen (Atty. No. 28804-49)
    RUBIN & LEVIN, P.C.
    135 N. Pennsylvania Street, Suite 1400
    Indianapolis, Indiana 46204
    Tel: (317) 634-0300
    Fax: (317) 263-9411
    Email:  dcaruso@rubin-levin.net
            johnh@rubin-levin.net
            jim@rubin-levin.net
            mtheisen@rubin-levin.net
    Attorneys for Deborah J. Caruso, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2018, a copy of the foregoing *Proposed Agenda of Matters Scheduled for Omnibus Hearing on September 12, 2018 at 1:30 p.m.* was filed electronically. Pursuant to Section IV.C.3(a) of the Case Management Procedures, notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

John Joseph Allman     jallman@hbkfirm.com, dadams@hbkfirm.com
Richard Allyn     rallyn@robinskaplan.com
Robert N Amkraut     ramkraut@foxrothschild.com
Scott S. Anders     scott.anders@jordanramis.com, litparalegal@jordanramis.com
Manuel German Arreaza     manuel.arreaza@cfpb.gov
Todd Allan Atkinson     tatkinson@ulmer.com
Darren Azman     dazman@mwe.com
Kay Dee Baird     kbaird@kdlegal.com, rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com
Michael I. Baird     baird.michael@pbgc.gov, efile@pbgc.gov
Christopher E. Baker     cbaker@hbkfirm.com, thignight@hbkfirm.com
James David Ballinger     jim@kentuckytrial.com, jennifer@kentuckytrial.com
Joseph E. Bant     jebant@lewisricekc.com
William J. Barrett     william.barrett@bfkn.com, mark.mackowiak@bfkn.com
Ashley Flynn Bartram     ashley.bartram@oag.texas.gov
Alex M Beeman     alex@beemanlawoffice.com, alexbeemanECF@protonmail.com
Thomas M Beeman     tom@beemanlawoffice.com
Richard James Bernard     rbernard@foley.com
Thomas Berndt     tberndt@robinskaplan.com, jgerboth@robinskaplan.com
John J Berry     john.berry@dinsmore.com, Christina.Lee@DINSMORE.COM
Lauren Beslow     lauren.beslow@quarles.com
Brandon Craig Bickle     bbickle@gablelaw.com
Robert A. Breidenbach     rab@goldsteinpressman.com
Wendy D Brewer     wbrewer@fmdlegal.com, cbellner@fmdlegal.com
Kayla D. Britton     kayla.britton@faegrebd.com, noticeFRindy@faegrebd.com
Robert Bernard Bruner     bob.bruner@nortonrosefulbright.com
Jason R Burke     jburke@bbrlawpc.com, kellis@bbrlawpc.com
Erin Busch     ebusch@nebraska.edu
John Cannizzaro     john.cannizzaro@icemiller.com, Deborah.Martin@icemiller.com
Kevin M. Capuzzi     kcapuzzi@beneschlaw.com, lmolinaro@beneschlaw.com;docket@beneschlaw.com
James E. Carlberg     jcarlberg@boselaw.com, mwakefield@boselaw.com;rmurphy@boselaw.com
Steven Dean Carpenter     scarpenter1@dor.in.gov
Deborah Caruso     dcaruso@rubin-levin.net, dwright@rubin-levin.net;jkrichbaum@rubin-levin.net;atty_dcaruso@bluestylus.com
Deborah J. Caruso     trusteecaruso@rubin-levin.net, DJC@trustesolutions.net
Joshua W. Casselman     jcasselman@rubin-levin.net, angie@rubin-levin.net;atty_jcasselman@bluestylus.com
Ben T. Caughey     ben.caughey@merchocaughey.com

7

Sonia A. Chae     chaes@sec.gov
John Andrew Chanin     jchanin@lindquist.com, srummery@lindquist.com
Courtney Elaine Chilcote     courtney@ckhattorneys.com, ckh@ckhattorneys.com;tracy@ckhattorneys.com
Eboney Delane Cobb     ecobb@pbfcm.com
Michael Edward Collins     mcollins@manierherod.com
Michael Anthony Collyard     mcollyard@robinskaplan.com, rhoule@robinskaplan.com
Eileen Connor     econnor@law.harvard.edu
Lawrence D. Coppel     lcoppel@gfrlaw.com
Heather M. Crockett     Heather.Crockett@atg.in.gov, darlene.greenley@atg.in.gov
J Russell Cunningham     rcunningham@dnlc.net, reaster@dnlc.net
David H DeCelles     david.h.decelles@usdoj.gov
Dustin R. DeNeal     dustin.deneal@faegrebd.com, noticeFRindy@faegrebd.com
Laura A DuVall     Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Stephen Emedi     semedi@law.harvard.edu
Abby Engen     aengen@nmag.gov, eheltman@nmag.gov
Annette England     annette.england@btlaw.com
Charles Anthony Ercole     cercole@klehr.com, acollazo@klehr.com
Carolyn Meredith Fast     carolyn.fast@ag.ny.gov
Elaine Victoria Fenna     elaine.fenna@morganlewis.com
Andrew W Ferich     awf@chimicles.com
Scott Patrick Fisher     sfisher@drewrysimmons.com, lgarrison@DSVlaw.com
John David Folds     dfolds@bakerdonelson.com, sparson@bakerdonelson.com
Jennifer N Fountain     jfountain@iislaw.com, sfilippini@iislaw.com
Lydia Eve French     lydia.french@state.ma.us
Carlos Galliani     carlos@thelidjifirm.com
Jonathan William Garlough     jgarlough@foley.com, mstockl@foley.com;mdlee@foley.com
John C Goodchild     john.goodchild@morganlewis.com
Douglas Gooding     dgooding@choate.com
John Andrew Goodridge     jagoodridge@jaglo.com, angray@jaglo.com;dwhiggs@jaglo.com
Michael Wayne Grant     michael.w.grant@doj.state.or.us
Richard Grayson Grant     rgrant@rgglaw.com, grantecf@gmail.com
Alan Mark Grochal     agrochal@tydingslaw.com
Gregory Forrest Hahn     ghahn@boselaw.com, jmcneeley@boselaw.com
Julian Ari Hammond     Jhammond@hammondlawpc.com, ppecherskaya@hammondlawpc.com
Wallace M Handler     whandler@swappc.com, kkloock@swappc.com
Adam Craig Harris     adam.harris@srz.com
Brian Hauck     bhauck@jenner.com
Jeffrey M. Hawkinson     jhawkinson@pcslegal.com, danderson@pcslegal.com
Amanda Marie Hendren     amanda@indianalawgroup.com
Claude Michael Higgins     Michael.Higgins@ag.ny.gov
Michael W. Hile     mhile@jacobsonhile.com, assistant@jacobsonhile.com
Sean M Hirschten     shirschten@psrb.com
Robert M. Hirsh     robert.hirsh@arentfox.com
John C. Hoard     johnh@rubin-levin.net, jkrichbaum@rubin-levin.net;atty_jch@trustesolutions.com;sturpin@rubin-levin.net

Curt Derek Hochbein     chochbein@rubin-levin.net, mralph@rubin-levin.net;lking@rubin-levin.net;atty_chochbein@bluestylus.com
Jeffrey A Hokanson     jeff.hokanson@icemiller.com, Kathy.peed@icemiller.com
Steven Howard Holinstat     sholinstat@proskauer.com
Andrew E. Houha     bkecfnotices@johnsonblumberg.com
James C Jacobsen     jjacobsen@nmag.gov, eheltman@nmag.gov
Christine K. Jacobson     cjacobson@jacobsonhile.com, assistant@jacobsonhile.com
Jay Jaffe     jay.jaffe@faegrebd.com, noticeFRindy@faegrebd.com
Benjamin F Johns     bfj@chimicles.com, klw@chimicles.com
Russell Ray Johnson     russj4478@aol.com
Kenneth C. Jones     kcjones@lewisricekc.com
Anthony R. Jost     tjost@rbelaw.com, baldous@rbelaw.com
David J. Jurkiewicz     DJurkiewicz@boselaw.com, mwakefield@boselaw.com;rmurphy@boselaw.com;clindsey@boselaw.com
Timothy Q. Karcher     tkarcher@proskauer.com
Carly Kessler     ckessler@robinskaplan.com
John M. Ketcham     jketcham@psrb.com, scox@psrb.com
Taejin Kim     tae.kim@srz.com
Edward M King     tking@fbtlaw.com, lsugg@fbtlaw.com;tking@ecf.inforuptcy.com
Roy F. Kiplinger     bankruptcy@kiplingerlaw.com, bankruptcy@kiplingerlaw.com
Jackson Taylor Kirklin     taylor.kirklin@usdoj.gov, Kristie.baker@usdoj.gov
James A. Knauer     jak@kgrlaw.com, tjf@kgrlaw.com
Kevin Dale Koons     kkoons@kgrlaw.com, ncarson@kgrlaw.com
Harris J. Koroglu     hkoroglu@shutts.com, fsantelices@shutts.com
Lawrence Joel Kotler     ljkotler@duanemorris.com
Robert R Kracht     rrk@mccarthylebit.com
Andrew L. Kraemer     akraemer@johnsonblumberg.com, akraemerlawoffice@att.net
David R. Krebs     dkrebs@hbkfirm.com, dadams@hbkfirm.com
Jerrold Scott Kulback     jkulback@archerlaw.com
Jay R LaBarge     jlabarge@stroblpc.com
Darryl S Laddin     bkrfilings@agg.com
Michael J. Langlois     mlanglois@shouselanglois.com, rshouse@shouselanglois.com
Vilda Samuel Laurin     slaurin@boselaw.com
Jordan A Lavinsky     jlavinsky@hansonbridgett.com
Todd Evan Leatherman     todd.leatherman@ky.gov
David S Lefere     dlefere@mikameyers.com, jfortney@mikameyers.com
Anthony Darrell Lehman     alehman@hpwlegal.com
Martha R. Lehman     mlehman@salawus.com, marthalehman87@gmail.com;pdidandeh@salawus.com;lengle@salawus.com
Gary H Leibowitz     gleibowitz@coleschotz.com, blansinger@coleschotz.com;pratkowiak@coleschotz.com
Donald D Levenhagen     dlevenhagen@landmanbeatty.com
Elizabeth Marie Little     elizabeth.little@faegrebd.com
Melinda Hoover MacAnally     Melinda.MacAnally@atg.in.gov, Carrie.Spann@atg.in.gov;Kenyatta.Peerman@atg.in.gov
Christopher John Madaio     Cmadaio@oag.state.md.us

9

John A. Majors     jam@morganandpottinger.com, majormajors44@yahoo.com
Steven A. Malcoun     dsmith@mayallaw.com
Jonathan Marshall     jmarshall@choate.com
Thomas Marvin Martin     tmmartin@lewisricekc.com
Jeff J. Marwil     jmarwil@proskauer.com, npetrov@proskauer.com;pyoung@proskauer.com;sholinstat@proskauer.com
Richard J Mason     rmason@mcguirewoods.com
C. Ed Massey     mbracken@nkylawyers.com, cedmassey@nkylawyers.com
Ann Wilkinson Matthews     amatthews@ncdoj.gov
Rachel Jaffe Mauceri     rachel.mauceri@morganlewis.com
Michael K. McCrory     mmccrory@btlaw.com, bankruptcyindy@btlaw.com
Maureen Elin McOwen     molly.mcowen@cfpb.gov
Harley K Means     hkm@kgrlaw.com, kwhigham@kgrlaw.com;cjs@kgrlaw.com;tjf@kgrlaw.com
Charles A Merchant     merchant@mmklegal.com
Toby Merrill     tomerrill@law.harvard.edu, ppsl@law.harvard.edu
Robert W. Miller     rmiller@manierherod.com
Jason Milstone     jason.milstone@cmsenergy.com
Thomas E Mixdorf     thomas.mixdorf@icemiller.com, susan.cogdill@icemiller.com
Evgeny Grigori Mogilevsky     eugene@egmlegal.com, jolynn@egmlegal.com
James P Moloy     jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Ronald J. Moore     Ronald.Moore@usdoj.gov
Hal F Morris     hal.morris@oag.texas.gov
Michael David Morris     michael.morris@ago.mo.gov
Kevin Alonzo Morrissey     kmorrissey@lewis-kappes.com, soliver@lewis-kappes.com;leckert@lewis-kappes.com;kwilliams@lewis-kappes.com
Whitney L Mosby     wmosby@bgdlegal.com, fwolfe@bgdlegal.com
C Daniel Motsinger     cmotsinger@kdlegal.com, cmotsinger@kdlegal.com;crbpgpleadings@kdlegal.com;shammersley@kdlegal.com
Lee Duck Moylan     lmoylan@klehr.com, acollazo@klehr.com
Joseph L. Mulvey     joseph@mulveylawllc.com, linda@mulveylawllc.com
Abraham Murphy     murphy@abrahammurphy.com
Justin Scott Murray     jmurray@atg.state.il.us
Alissa M. Nann     anann@foley.com, DHeffer@foley.com
Henry Seiji Newman     hsnewman@dglaw.com
Kevin M. Newman     knewman@menterlaw.com, kmnbk@menterlaw.com
Cassandra A. Nielsen     cnielsen@rubin-levin.net, atty_cnielsen@bluestylus.com,mralph@rubin-levin.net;lking@rubin-levin.net
Ryan Charles Nixon     rcnixon@lamarcalawgroup.com
Isaac Nutovic     inutovic@nutovic.com
Gregory Ostendorf     gostendorf@scopelitis.com, agregory@scopelitis.com
Pamela A. Paige     ppaige@plunkettcooney.com, amiller@plunkettcooney.com
Eric Pendergraft     ependergraft@slp.law, dwoodall@slp.law;bss@slp.law
Danielle Ann Pham     danielle.pham@usdoj.gov
Jack A Raisner     jar@outtengolden.com,

kdeleon@outtengolden.com;jquinonez@outtengolden.com
Jonathan Hjalmer Reischl     jonathan.reischl@cfpb.gov
Caroline Ellona Richardson     caroline@paganelligroup.com, anna@paganelligroup.com
James Leigh Richmond     James.Richmond@fldoe.org
Mai Lan Gabrielle Rodgers     Rodgers.MaiLan@pbgc.gov, efile@pbgc.gov
John M. Rogers     johnr@rubin-levin.net, jkrichbaum@rubin-levin.net;atty_rogers@bluestylus.com
Melissa M. Root     mroot@jenner.com
David A. Rosenthal     darlaw@nlci.com
James E Rossow     jim@rubin-levin.net, ATTY_JER@trustesolutions.com;robin@rubin-levin.net;lisa@rubin-levin.net
Rene Sara Roupinian     rsr@outtengolden.com, jxh@outtengolden.com;kdeleon@outtengolden.com;rfisher@outtengolden.com;gl@outtengolden.com;jquinonez@outtengolden.com
Victoria Fay Roytenberg     vroytenberg@law.harvard.edu, jjimenez@law.harvard.edu
Steven Eric Runyan     ser@kgrlaw.com
Craig Damon Rust     craig.rust@doj.ca.gov, Lindsay.Bensen@doj.ca.gov
Karl T Ryan     kryan@ryanesq.com, lindsey@ryanesq.com
Joseph Michael Sanders     jsanders@atg.state.il.us
Thomas C Scherer     tscherer@bgdlegal.com, fwolfe@bgdlegal.com
James R. Schrier     jrs@rtslawfirm.com, lrobison@rtslawfirm.com;jlandes@rtslawfirm.com
Ronald James Schutz     rschutz@robinskaplan.com
H. Jeffrey Schwartz     jschwartz@robinskaplan.com
Courtney Michelle Scott     cscott1@dor.in.gov
Joseph E Shickich     jshickich@foxrothschild.com, vmagda@foxrothschild.com
Randall R Shouse     rshouse@shouselanglois.com, mlanglois@shouselanglois.com
William E Smith     wsmith@k-glaw.com, clipke@k-glaw.com
Lauren C. Sorrell     lsorrell@kdlegal.com, ayeskie@kdlegal.com;swaddell@kdlegal.com
Catherine L. Steege     csteege@jenner.com, mhinds@jenner.com;thooker@jenner.com
Sharon Stolte     sstolte@sandbergphoenix.com
Jesse Ellsworth Summers     esummers@burr.com, sguest@burr.com
Jonathan David Sundheimer     jsundheimer@btlaw.com
Nancy K. Swift     nswift@buchalter.com, cbohnsack@buchalter.com
Eric Jay Taube     eric.taube@wallerlaw.com, annmarie.jezisek@wallerlaw.com;sherri.savala@wallerlaw.com
Meredith R. Theisen     mtheisen@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
Meredith R. Theisen     mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com;mralph@rubin-levin.net
Jessica L Titler     jt@chimicles.com
Todd Christian Toral     todd.toral@dlapiper.com, todd-toral-9280@ecf.pacerpro.com
Ronald M. Tucker     rtucker@simon.com, cmartin@simon.com,bankruptcy@simon.com
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
Michael Ungar     MUngar@mwe.com
Sally E Veghte     sveghte@klehr.com, acollazo@klehr.com
Rachel Claire Verbeke     rverbeke@stroblpc.com

Amy L VonDielingen    avondielingen@woodmclaw.com
Carolyn Graff Wade    Carolyn.G.Wade@doj.state.or.us
Louis Hanner Watson    louis@watsonnorris.com
Jeffrey R. Waxman    jwaxman@morrisjames.com, jdawson@morrisjames.com;wweller@morrisjames.com
Christine M.H. Wellons    christine.wellons@maryland.gov
Philip A. Whistler    philip.whistler@icemiller.com, carla.persons@icemiller.com
Bradley Winston    bwinston@winstonlaw.com, lwheaton@winstonlaw.com
Brandon Michael Wise    bwise@prwlegal.com
Cathleen Dianne Wyatt    cwyatt@fbtlaw.com, tacton@fbtlaw.com
Joseph Yar    jyar@nmag.gov, eheltman@nmag.gov
James T Young    james@rubin-levin.net, lking@rubin-levin.net;atty_young@bluestylus.com;mralph@rubin-levin.net
James E. Zoccola    jzoccola@lewis-kappes.com

      I further certify that on September 11, 2018, pursuant to Section IV.C.3(c) of the Case Management Procedures, a copy of the foregoing *Proposed Agenda of Matters Scheduled for Omnibus Hearing on September 12, 2018 at 1:30 p.m.* was emailed to the following:

Arlington ISD/Richardson ISD:  Eboney Cobb at ecobb@pbfcm.com
CEC Red Run, LLC:  Alan M. Grochal at agrochal@tydingslaw.com
SWRE Deal V Building, LLC:  Paul Weiser at pweiser@buchalter.com
Tarrant County/Dallas County:  Elizabeth Weller at dallas.bankruptcy@publicans.com
Northwest Natural Gas Company:  Ashlee Minty at Ashlee.Minty@nwnatural.com
Solar Drive Business, LLC:  Chris W. Halling at challing@hallingmeza.com
Market-Turk Company:  Jordan A. Lavinsky at jlavinsky@hansonbridgett.com
Taxing Authority for Harris County, Texas:  John P. Dillman at houston_bankruptcy@lgbs.com
Texas Comptroller of Public Accounts:  Rachel Obaldo at rachel.obaldo@oag.texas.gov
Clear Creek Independent School District:  Carl O. Sandin at csandin@pbfcm.com
Synchrony Bank:  Recovery Management Systems Corporation at claims@recoverycorp.com
Bexar County:  Don Stecker at sanantonio.bankruptcy@publicans.com
SWRE Deal V Building, LLC:  Nancy K. Swift at nswift@buchalter.com
TN Dept. of Revenue:  Michael Willey at michael.willey@ag.tn.gov
Florida Department of Education:  Benman D. Szeto at benman.szeto@fldoe.org
Last Second Media, Inc.:  T. Todd Egland at tegland@beldenblaine.com
Hung Duong:  Kevin Schwin at kevin@schwinlaw.com
Travis County:  Kay D. Brock at kay.brock@traviscountytx.gov
Able Building Maintenance:  Scott D. Fink at bronationalecf@weltman.com
Marathon Ventures, LLC:  Daniel M. Karger at kargerlaw@gmail.com
Oklahoma County Treasurer:  Tammy Jones at tammy.jones@oklahomacounty.org
JM Partners LLC:  John Marshall at jmarshall@jmpartnersllc.com

                                                */s/ Meredith R. Theisen*
                                                Meredith R. Theisen

G:\WP80\TRUSTEE\Caruso\ITT Educational - 86723901\Drafts\proposed agenda - 091218.docx