# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

## Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | ITT EDUCATIONAL SERVICES, INC. |
| **Case Number:** | 16-07207-JMC-7A    **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, NOVEMBER 07, 2018 01:30 PM    IP 325 |
| **Bankruptcy Judge:** | JAMES M. CARR |
| **Courtroom Clerk:** | HEATHER BUTLER |
| **Reporter / ECR:** | HEATHER BUTLER |

### Matters:

1) Hearing on Notice of Invoice for Proskauer Rose LLP's Fees and Expenses for the Period September 1, 2018 through September 30, 2018 [2982]
   **R / M #:**    0 / 0
   **VACATED:   No objection timely filed; hearing unnecessary.**

2) Hearing on Notice of Invoice for McKool Smith, P.C. Fees and Expenses for the Period of September 8, 2018 through September 30, 2018 [2990]
   **R / M #:**    0 / 0
   **VACATED:   No objection timely filed; hearing unnecessary.**

3) Hearing on Notice of Invoice for BGBC Partners, LLP's Fees and Expenses for the Period of September 1, 2018 through September 30, 2018 [2991]
   **R / M #:**    0 / 0
   **VACATED:   No objection timely filed; hearing unnecessary.**

4) Hearing on Trustee's 7th Omnibus Motion to Compromise and Settle Avoidance Claims in the Gross Amount of $50,000.01 or More [2986]
   **R / M #:**    0 / 0

5) Hearing on Trustee's Motion to Compromise and Settle Avoidance Claim Against ServiceNow, Inc. [2987]
   **R / M #:**    0 / 0

6) Hearing on Trustee's Motion for Authority to Destroy Electronic Assets and to Pay the Costs Associated with Destruction [2980]
   **R / M #:**    0 / 0

7) Hearing on Trustee's 9th Motion to Extend the Time to Assume or Reject Executory Contracts and Unexpired Leases of Residential Real Property or Personal Property [2992]
   **R / M #:**    0 / 0

8) Hearing on Trustee's Motion for Authority to Assign Outstanding Perkins Loans to the United States Department of Education and to Pay the Costs Associated with Assignment as an Administrative Expense [2998]
   **R / M #:**    0 / 0

9) First Interim Fee Application of Rubin & Levin, P.C. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Avoidance Claims Counsel for the Trustee on a Contingent Fee Basis for the Period April 18, 2018 through September 30, 2018 [3003]
   **R / M #:**    0 / 0

10) Hearing on Fourth Interim Application of Faegre Baker Daniels LLP for Compensation and Reimbursement of Expenses as Special Counsel to Chapter 7 Trustee [2984]
    **R / M #:**    0 / 0

Case 16-07207-JMC-7A   Doc 3037   Filed 11/07/18   EOD 11/08/18 12:51:01   Pg 2 of 2

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...   16-07207-JMC-7A          WEDNESDAY, NOVEMBER 07, 2018 01:30 PM

11) Continued Hearing on Motion for Relief from Stay filed by Creditor Debra Leveski; Objection of Trustee [2331], [2368], [2437], [2438]

R / M #:   0 / 0

VACATED:  Agreed entry resolving motion approved 11/5/18 (docket no. 3017).

## *Appearances:*

JEFF J. MARWIL, ATTORNEY FOR DEBORAH J. CARUSO
ELIZABETH MARIE LITTLE, ATTORNEY FOR DEBORAH J. CARUSO
THOMAS BERNDT, ATTORNEY FOR DEBORAH J. CARUSO
JOHN C. HOARD, ATTORNEY FOR DEBORAH J. CARUSO
MEREDITH R. THEISEN, ATTORNEY FOR DEBORAH J. CARUSO
DEBORAH J. CARUSO, TRUSTEE
DAVID H DECELLES, ATTORNEY FOR UNITED STATES OF AMERICA
JAMES P MOLOY, ATTORNEY FOR JOHN E. DEAN, JOANNA T. LAU, C. DAVID BROWN II, JAMES D. FOWLER, JR., JOHN F. COZZI, SAMUEL L. ODLE, THOMAS I. MORGAN, JOHN A. YENA, LLOYD G. WATERHOUSE, GESSNER 2014 LP, JOHN VINCENT ("VIN") WEBER, JERRY M. COHEN
JEFFREEY HOKANSON, ATTORNEY FOR WESTCHESTER FIRE INSURANCE CO.
J. MICHAEL COOLEY, ATTORNEY FOR SERVICENOW, INC.
DOUGLAS HEFFER, ATTORNEY FOR STUDENT CU CONNECT CUSO
ROBERT FULLER

## *Proceedings:*

(1) Vacated:  No objection timely filed; hearing unnecessary.
(2) Vacated:  No objection timely filed; hearing unnecessary.
(3) Vacated:  No objection timely filed; hearing unnecessary.
(4) Disposition:  Hearing held.  Court accepts trustee's proffer of evidence.  Motion granted.
(5) Disposition:  Hearing held.  Court accepts trustee's proffer of evidence.  Motion granted.
(6) Disposition:  Hearing held.  Motion granted as amended on the record at the hearing.
(7) Disposition:  Hearing held.  Motion granted.
(8) Disposition:  Hearing held.  Motion granted.
(9) Disposition:  Hearing held.  Motion granted on a final basis as described on the record at the hearing.
(10) Disposition:  Hearing held.  Motion granted.
(11) Vacated:  Agreed entry resolving motion approved 11/5/18 (docket no. 3017).

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**