UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] | ) | Case No.  16-07207-JMC-7A |
| | ) | |
| Debtors. | ) | Jointly Administered |

**TRUSTEE'S MOTION TO COMPROMISE AND**
**SETTLE AVOIDANCE CLAIM AGAINST FACEBOOK, INC.**

Deborah J. Caruso, the chapter 7 trustee in this case (the "Trustee"), by counsel, pursuant 11 U.S.C. §§ 105 and 363 and Rule 9019 of the Federal Rules of Bankruptcy Procedure, requests entry of an order authorizing the Trustee to compromise and settle all claims and causes of action related to Facebook, Inc. ("Facebook"), including but not limited to, those claims and causes of action related to the Avoidance Claim (as defined below) on the following grounds:

## I. **JURISDICTION**

1.      The Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory predicate for relief are sections 105 and 363 of the United States Code (the "Bankruptcy Code") and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## II. **BACKGROUND**

4.      On September 16, 2016 (the "Petition Date"), ITT Educational Services, Inc. ("ITT"), ESI Service Corp. ("ESI") and Daniel Webster College, Inc. ("Webster College," and

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

together with ITT and ESI, the "Affiliated Debtors") filed voluntary petitions for relief under chapter 7 of the Bankruptcy Code. The Trustee was appointed interim trustee under section 701 of the Bankruptcy Code in each of the Affiliated Debtors' bankruptcy cases on the Petition Date, and in accordance with section 702(d) of the Bankruptcy Code, became the permanent case trustee on November 1, 2016 following the conclusion of the meeting of creditors held pursuant to section 341(a) of the Bankruptcy Code.

5. On October 4, 2016, the Court entered its *Order Granting Motion for Joint Administration of Chapter 7 Cases* [Docs 221 & 222], directing the Affiliated Debtors' bankruptcy cases to be jointly administered for procedural purposes only.

6. Prior to the Petition Date, the Affiliated Debtors purchased online advertising from Facebook. Facebook charged the Affiliated Debtors' a fee for the type of advertising purchased based on Facebook's standard rates for advertising charged to other customers purchasing similar types of advertising.

7. On July 20, 2018, the Trustee filed a *Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502* (the "Complaint") against Facebook, Adversary Proceeding No. 18-50193 (the "Adversary Proceeding"). In the Complaint, the Trustee seeks, in part, to avoid and recover, pursuant to chapter 5 of the Bankruptcy Code, transfers received by Facebook from the Affiliated Debtors in the amount of $815,167.52 (the "Avoidance Claim").

### III. SETTLEMENT

8. In the interest of avoiding the uncertainties and expenses of further litigation, the Trustee and Facebook have reached a settlement, subject to Court approval, resolving all claims, including the Avoidance Claim. Attached and incorporated as Exhibit 1 is the *Settlement*

2

*Agreement and Mutual Release* (the "Settlement Agreement") reflecting the agreement reached by the Trustee and Facebook.

    9.    The pertinent terms of the Settlement Agreement are as follows:

        (a)    Facebook is to pay the Trustee the sum of $213,248.82 (the "Settlement Payment") on or before December 4, 2018.

        (b)    Facebook has agreed to waive any right it may have under section 502(h) of the Bankruptcy Code to file a proof of claim (or to increase the amount set forth in an existing proof of claim) in the amount of the Settlement Payment.

        (c)    The Trustee and ServiceNow shall release each other and related parties from any and all claims, demands, obligations, judgments, actions, causes of action and/or liability, including without limitation, any claims arising from or relating in any way to the Avoidance Claim.

        (d)    Following the Settlement Effective Date, the Trustee shall file a notice of dismissal with prejudice in the Adversary Proceeding.

    10.    Because the Settlement Agreement provides for a full release of Facebook and is not limited to only those claims and causes of action related to the Avoidance Claim, the Trustee has elected to opt out of the settlement procedures for avoidance claims previously approved by the Court on May 30, 2018 [Doc 2556], and is seeking separate Court approval of the Settlement Agreement.

## IV. RELIEF REQUESTED

    11.    The Trustee requests entry of an order, pursuant to sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rule 9019: (a) authorizing the Trustee, pursuant to the terms of the Settlement Agreement, to compromise and settle all claims and causes of action related to Facebook, including but not limited to, those claims and causes of action related to the Avoidance Claim; (b) approving the Settlement Agreement; and (c) authorizing the Trustee to

retain the Settlement Payment in the amount of $213,248.82 for the general administration by the Affiliated Debtors' bankruptcy estates.

## V. GROUNDS FOR GRANTING RELIEF

12. A court may authorize a trustee to enter into a settlement so long as it is a sound exercise of the trustee's business judgment. *See* 11 U.S.C. § 363(b); *In re UAL Corp.*, 443 F.3d 565, 571 (7th Cir. 2006) (use under section 363 of the Bankruptcy Code must "[make] good business sense"); *In re Schipper*, 933 F.2d 513, 515 (7th Cir. 1991) (section 363 involves exercise of fiduciary duties and requires an "articulated business justification"); *see also In re Olde Prairie Block Owners, LLC*, 448 B.R. 482, 492 (Bankr. N.D. Ill. 2011) (same). Moreover, when applying the "business judgment" standard to a use of estate property under section 363 of the Bankruptcy Code, a trustee's judgment is "entitled to great judicial deference as long as a sound business reason is given." *See In re Efoora, Inc.*, 472 B.R. 481, 488 (Bankr. N.D. Ill. 2012).

13. Similarly, Bankruptcy Rule 9019(a) sets forth the requirements for compromises and settlements and permits a bankruptcy court to approve a trustee's "compromise or settlement" after notice and a hearing, if such settlement is "fair and equitable . . . and in the best interests of the bankruptcy estate." *Depoister v. Mary M. Holloway Found.*, 36 F.3d 582, 586 (7th Cir. 1994); *see also In re Energy Co-op., Inc.*, 886 F.2d 921, 927 (7th Cir. 1989) ("The benchmark for determining the propriety of a bankruptcy settlement is whether the settlement is in the best interests of the estate."); *In re Smith*, No. 02-16450-JKC-7A, 2008 WL 4276171, at *2 (Bankr. S.D. Ind. Sept. 10, 2008) (same). Settlements should be approved unless "the settlement 'falls below the lowest point in the range of reasonableness.'" *In re Commercial Loan Corp.*, 316 B.R. 690, 698 (Bankr. N.D. Ill. 2004) (quoting *Energy Co-op.*, 886 F.2d at 929); *In re*

4

*Doctors Hosp. of Hyde Park, Inc.*, 474 F.3d 421, 426 (7th Cir. 2007); *see also In re Artra Grp., Inc.*, 300 B.R. 699, 702 (Bankr. N.D. Ill. 2003). Settlements and compromises are favored in bankruptcy because they expedite case administration and reduce unnecessary administrative costs. *Fogel v. Zell*, 221 F.3d 955, 960 (7th Cir. 2000). In determining whether a compromise is in the best interests of the estate, the Court must compare "the settlement's terms with the litigation's probable costs and probable benefits." *In re Am. Reserve Corp.*, 841 F.2d 159, 161 (7th Cir. 1987); *see also Doctors Hosp.*, 474 F.3d at 426 ("Among the factors the court considers are the litigation's probability of success, complexity, expense, inconvenience, and delay, including the possibility that disapproving the settlement will cause wasting of assets.") (internal quotation marks and citations omitted); *Commercial Loan*, 316 B.R. at 697 (holding that relevant factors a bankruptcy court should consider in approving a settlement include "the litigation's probability of success, its complexity, and its 'attendant expense, inconvenience and delay'" (quoting *Am. Reserve Corp.*, 841 F.2d at 161)).

14. The Trustee has determined the settlement terms based on the merits of Facebook's defenses to the Avoidance Claim and the risk and expense to the Affiliated Debtors' bankruptcy estates if the Avoidance Claim was litigated. After review of Facebook's defenses to the Avoidance Claim, the Trustee has determined the net liability to be less than the total gross amount of the Avoidance Claim based on the strength of the defenses under section 547 of the Bankruptcy Code. As such, the terms of the Settlement Agreement reflect a compromise between the parties, whereby Facebook is paying $213,248.82 towards the net liability and waiving its right under section 502(h) of the Bankruptcy Code to file a proof of claim (or to increase the amount set forth in an existing proof of claim) in the amount of the Settlement Payment. Based upon these considerations and the Trustee's business judgment, the Trustee

5

respectfully submits that the Settlement Agreement is fair, equitable, in the best interest of the Affiliated Debtors' bankruptcy estates and within the range of reasonableness for approval under Bankruptcy Rule 9019(a).

## VI.  NOTICE

15. Pursuant to the *Notice, Case Management and Administrative Procedures* (the "Case Management Procedures") approved by the Court on October 4, 2016 [Doc 220], the Trustee will serve a copy of this motion on the following (as defined in the Case Management Procedures):  (a) the Core Group; (b) the Request for Notice List; (c) the Appearance List; and (d) Facebook.

**NOTICE IS GIVEN**, that pursuant to the Case Management Procedures, any objection to this motion must be in writing and filed with the Bankruptcy Clerk by no later than **4:00 p.m.** (prevailing Eastern Time) on **December 12, 2018**.  Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail or in person at:

> 116 U.S. Courthouse
> 46 East Ohio Street
> Indianapolis, IN 46204

The objecting party must also serve a copy of the written objection upon the Trustee's counsel, at Counsel for Trustee Deborah J. Caruso, Rubin & Levin, P.C., 135 N. Pennsylvania Street, Suite 1400, Indianapolis, IN 46204.  **If an objection is NOT timely filed, the requested relief may be granted without a hearing.**

**NOTICE IS FURTHER GIVEN** that in the event an objection to this motion is timely filed, a hearing on this motion and such objection will be conducted on **December 19, 2018** at **1:30 p.m.** (prevailing Eastern time), in Room 325 of the United States Courthouse, 46 East Ohio Street, Indianapolis, IN 46204.

**WHEREFORE**, the Trustee respectfully requests entry of an order:  (i) authorizing the Trustee, pursuant to the terms of the Settlement Agreement, to compromise and settle all claims and causes of action related to Facebook, including but not limited to, those claims and causes of action related to the Avoidance Claim; (ii) approving the Settlement Agreement; (iii) authorizing

6

the Trustee to retain the Settlement Payment in the amount of $213,248.82 for the general administration by the Affiliated Debtors' bankruptcy estates, and (iv) granting the Trustee all other just and proper relief.

                Respectfully submitted,

                RUBIN & LEVIN, P.C.

By: */s/ Meredith R. Theisen*
     Meredith R. Theisen

     Deborah J. Caruso (Atty. No. 4273-49)
     John C. Hoard (Atty. No. 8024-49)
     James E. Rossow Jr. (Atty. No. 21063-29)
     Meredith R. Theisen (Atty. No. 28804-49)
     RUBIN & LEVIN, P.C.
     135 N. Pennsylvania Street, Suite 1400
     Indianapolis, Indiana 46204
     Tel: (317) 634-0300
     Fax: (317) 263-9411
     Email: dcaruso@rubin-levin.net
             johnh@rubin-levin.net
             jim@rubin-levin.net
             mtheisen@rubin-levin.net
     Attorneys for Deborah J. Caruso, Trustee

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 28, 2018, a copy of the foregoing *Trustee's Motion to Compromise and Settle Avoidance Claim Against Facebook, Inc.* was filed electronically. Pursuant to Section IV.C.3(a) of the Case Management Procedures, notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

John Joseph Allman    jallman@hbkfirm.com, dadams@hbkfirm.com
Richard Allyn    rallyn@robinskaplan.com
Robert N Amkraut    ramkraut@foxrothschild.com
Scott S. Anders    scott.anders@jordanramis.com, litparalegal@jordanramis.com
Manuel German Arreaza    manuel.arreaza@cfpb.gov
Todd Allan Atkinson    tatkinson@ulmer.com
Darren Azman    dazman@mwe.com
Kay Dee Baird    kbaird@kdlegal.com, rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com
Michael I. Baird    baird.michael@pbgc.gov, efile@pbgc.gov
Christopher E. Baker    cbaker@hbkfirm.com, thignight@hbkfirm.com

James David Ballinger  jim@kentuckytrial.com, jennifer@kentuckytrial.com
Joseph E. Bant  jebant@lewisricekc.com
William J. Barrett  william.barrett@bfkn.com, mark.mackowiak@bfkn.com
Ashley Flynn Bartram  ashley.bartram@oag.texas.gov
Alex M Beeman  alex@beemanlawoffice.com, alexbeemanECF@protonmail.com
Thomas M Beeman  tom@beemanlawoffice.com
Richard James Bernard  rbernard@foley.com
Thomas Berndt  tberndt@robinskaplan.com, jgerboth@robinskaplan.com
John J Berry  john.berry@dinsmore.com, Christina.Lee@DINSMORE.COM
Lauren Beslow  lauren.beslow@quarles.com
Brandon Craig Bickle  bbickle@gablelaw.com
David J. Bodle  dbodle@hhclaw.com, layres@hhlaw-in.com
Robert A. Breidenbach  rab@goldsteinpressman.com
Wendy D Brewer  wbrewer@fmdlegal.com, cbellner@fmdlegal.com
Kayla D. Britton  kayla.britton@faegrebd.com, noticeFRindy@faegrebd.com
Robert Bernard Bruner  bob.bruner@nortonrosefulbright.com
Jason R Burke  jburke@bbrlawpc.com, kellis@bbrlawpc.com
Erin Busch  ebusch@nebraska.edu
John Cannizzaro  john.cannizzaro@icemiller.com, Deborah.Martin@icemiller.com
Kevin M. Capuzzi  kcapuzzi@beneschlaw.com, lmolinaro@beneschlaw.com;docket@beneschlaw.com
James E. Carlberg  jcarlberg@boselaw.com, mwakefield@boselaw.com;rmurphy@boselaw.com
Steven Dean Carpenter  scarpenter1@dor.in.gov
Deborah Caruso  dcaruso@rubin-levin.net, dwright@rubin-levin.net;jkrichbaum@rubin-levin.net;atty_dcaruso@bluestylus.com
Deborah J. Caruso  trusteecaruso@rubin-levin.net, DJC@trustesolutions.net
Joshua W. Casselman  jcasselman@rubin-levin.net, angie@rubin-levin.net;atty_jcasselman@bluestylus.com
Ben T. Caughey  ben.caughey@merchocaughey.com
Sonia A. Chae  chaes@sec.gov
John Andrew Chanin  jchanin@lindquist.com, srummery@lindquist.com
Courtney Elaine Chilcote  courtney@ckhattorneys.com, ckh@ckhattorneys.com;tracy@ckhattorneys.com
Eboney Delane Cobb  ecobb@pbfcm.com
Michael Edward Collins  mcollins@manierherod.com
Michael Anthony Collyard  mcollyard@robinskaplan.com, rhoule@robinskaplan.com
Eileen Connor  econnor@law.harvard.edu
Lawrence D. Coppel  lcoppel@gfrlaw.com
Heather M. Crockett  Heather.Crockett@atg.in.gov, darlene.greenley@atg.in.gov
J Russell Cunningham  rcunningham@dnlc.net, reaster@dnlc.net
David H DeCelles  david.h.decelles@usdoj.gov
Dustin R. DeNeal  dustin.deneal@faegrebd.com, noticeFRindy@faegrebd.com
Laura A DuVall  Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Stephen Emedi  semedi@law.harvard.edu
Abby Engen  aengen@nmag.gov, eheltman@nmag.gov

Annette England   annette.england@btlaw.com
Charles Anthony Ercole   cercole@klehr.com, acollazo@klehr.com
Carolyn Meredith Fast   carolyn.fast@ag.ny.gov
Elaine Victoria Fenna   elaine.fenna@morganlewis.com
Andrew W Ferich   awf@chimicles.com
Scott Patrick Fisher   sfisher@drewrysimmons.com, lgarrison@DSVlaw.com
John David Folds   dfolds@bakerdonelson.com, sparson@bakerdonelson.com
Jennifer N Fountain   jfountain@iislaw.com, sfilippini@iislaw.com
Sarah Lynn Fowler   sarah.fowler@mbcblaw.com, deidre.gastenveld@mbcblaw.com
Lydia Eve French   lydia.french@state.ma.us
Carlos Galliani   carlos@thelidjifirm.com
Jonathan William Garlough   jgarlough@foley.com, mstockl@foley.com;mdlee@foley.com
Barry S. Gold   bgold@mmlawus.com
John C Goodchild   john.goodchild@morganlewis.com
Douglas Gooding   dgooding@choate.com
John Andrew Goodridge   jagoodridge@jaglo.com, angray@jaglo.com;dwhiggs@jaglo.com
Michael Wayne Grant   michael.w.grant@doj.state.or.us
Richard Grayson Grant   rgrant@rgglaw.com, grantecf@gmail.com
Alan Mark Grochal   agrochal@tydingslaw.com
Elizabeth N. Hahn   ehahn@rubin-levin.net, mralph@rubin-levin.net
Gregory Forrest Hahn   ghahn@boselaw.com, jmcneeley@boselaw.com
Julian Ari Hammond   Jhammond@hammondlawpc.com, ppecherskaya@hammondlawpc.com
Wallace M Handler   whandler@swappc.com, kkloock@swappc.com
Adam Craig Harris   adam.harris@srz.com
Brian Hauck   bhauck@jenner.com
Jeffrey M. Hawkinson   jhawkinson@pcslegal.com, danderson@pcslegal.com
Michael J. Hebenstreit   mjh@whzlaw.com, emw@whzlaw.com;arlene@whzlaw.com;ene@whzlaw.com
Amanda Marie Hendren   amanda@indianalawgroup.com
Claude Michael Higgins   Michael.Higgins@ag.ny.gov
Michael W. Hile   mhile@jacobsonhile.com, assistant@jacobsonhile.com
Sean M Hirschten   shirschten@psrb.com
Robert M. Hirsh   robert.hirsh@arentfox.com
John C. Hoard   johnh@rubin-levin.net, jkrichbaum@rubin-levin.net;atty_jch@trustesolutions.com;sturpin@rubin-levin.net
Curt Derek Hochbein   chochbein@rubin-levin.net, mralph@rubin-levin.net;lking@rubin-levin.net;atty_chochbein@bluestylus.com
Jeffrey A Hokanson   jeff.hokanson@icemiller.com, Kathy.peed@icemiller.com
Steven Howard Holinstat   sholinstat@proskauer.com
Andrew E. Houha   bkecfnotices@johnsonblumberg.com
Andrew W. Hull   awhull@hooverhullturner.com, fgipson@hooverhullturner.com
James C Jacobsen   jjacobsen@nmag.gov, eheltman@nmag.gov
Christine K. Jacobson   cjacobson@jacobsonhile.com, assistant@jacobsonhile.com
Jay Jaffe   jay.jaffe@faegrebd.com, noticeFRindy@faegrebd.com
Benjamin F Johns   bfj@chimicles.com, klw@chimicles.com
Russell Ray Johnson   russj4478@aol.com

Kenneth C. Jones    kcjones@lewisricekc.com
Anthony R. Jost    tjost@rbelaw.com, baldous@rbelaw.com
David J. Jurkiewicz    DJurkiewicz@boselaw.com, mwakefield@boselaw.com;rmurphy@boselaw.com;clindsey@boselaw.com;dlingenfelter@boselaw.com
Timothy Q. Karcher    tkarcher@proskauer.com
Alan Katz    akatz@lockelord.com
Richard B. Kaufman    richardkfmn@gmail.com
Carly Kessler    ckessler@robinskaplan.com
John M. Ketcham    jketcham@psrb.com, scox@psrb.com
Taejin Kim    tae.kim@srz.com
Edward M King    tking@fbtlaw.com, lsugg@fbtlaw.com;tking@ecf.inforuptcy.com
Roy F. Kiplinger    bankruptcy@kiplingerlaw.com, bankruptcy@kiplingerlaw.com
Jackson Taylor Kirklin    taylor.kirklin@usdoj.gov, Kristie.baker@usdoj.gov
James A. Knauer    jak@kgrlaw.com, tjf@kgrlaw.com
Kevin Dale Koons    kkoons@kgrlaw.com, ncarson@kgrlaw.com
Harris J. Koroglu    hkoroglu@shutts.com, fsantelices@shutts.com
Lawrence Joel Kotler    ljkotler@duanemorris.com
Robert R Kracht    rrk@mccarthylebit.com
Andrew L. Kraemer    akraemer@johnsonblumberg.com, akraemerlawoffice@att.net
David R. Krebs    dkrebs@hbkfirm.com, dadams@hbkfirm.com
Jerrold Scott Kulback    jkulback@archerlaw.com
Jay R LaBarge    jlabarge@stroblpc.com
Darryl S Laddin    bkrfilings@agg.com
Michael J. Langlois    mlanglois@shouselanglois.com, rshouse@shouselanglois.com
Vilda Samuel Laurin    slaurin@boselaw.com
Jordan A Lavinsky    jlavinsky@hansonbridgett.com
Todd Evan Leatherman    todd.leatherman@ky.gov
David S Lefere    dlefere@mikameyers.com, jfortney@mikameyers.com
Anthony Darrell Lehman    alehman@hpwlegal.com
Martha R. Lehman    mlehman@salawus.com, marthalehman87@gmail.com;pdidandeh@salawus.com;lengle@salawus.com
Gary H Leibowitz    gleibowitz@coleschotz.com, blansinger@coleschotz.com;pratkowiak@coleschotz.com
Donald D Levenhagen    dlevenhagen@landmanbeatty.com
Elizabeth Marie Little    elizabeth.little@faegrebd.com
Edward J LoBello    elobello@msek.com
Melinda Hoover MacAnally    Melinda.MacAnally@atg.in.gov, Carrie.Spann@atg.in.gov;Kenyatta.Peerman@atg.in.gov
Christopher John Madaio    Cmadaio@oag.state.md.us
John A. Majors    jam@morganandpottinger.com, majormajors44@yahoo.com
Steven A. Malcoun    dsmith@mayallaw.com
Jonathan Marshall    jmarshall@choate.com
Thomas Marvin Martin    tmmartin@lewisricekc.com
Jeff J. Marwil    jmarwil@proskauer.com, npetrov@proskauer.com;pyoung@proskauer.com;sholinstat@proskauer.com

Richard J Mason     rmason@mcguirewoods.com
C. Ed Massey     mbracken@nkylawyers.com, cedmassey@nkylawyers.com
Ann Wilkinson Matthews     amatthews@ncdoj.gov
Rachel Jaffe Mauceri     rachel.mauceri@morganlewis.com
Michael K. McCrory     mmccrory@btlaw.com, bankruptcyindy@btlaw.com
Maureen Elin McOwen     molly.mcowen@cfpb.gov
Harley K Means     hkm@kgrlaw.com, kwhigham@kgrlaw.com;cjs@kgrlaw.com;tjf@kgrlaw.com
Toby Merrill     tomerrill@law.harvard.edu, ppsl@law.harvard.edu
Robert W. Miller     rmiller@manierherod.com
Jason Milstone     jason.milstone@cmsenergy.com
Thomas E Mixdorf     thomas.mixdorf@icemiller.com, susan.cogdill@icemiller.com
Evgeny Grigori Mogilevsky     eugene@egmlegal.com, jolynn@egmlegal.com
James P Moloy     jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Ronald J. Moore     Ronald.Moore@usdoj.gov
Hal F Morris     hal.morris@oag.texas.gov
Michael David Morris     michael.morris@ago.mo.gov
Kevin Alonzo Morrissey     kmorrissey@lewis-kappes.com, soliver@lewis-kappes.com;leckert@lewis-kappes.com;kwilliams@lewis-kappes.com
Whitney L Mosby     wmosby@bgdlegal.com, fwolfe@bgdlegal.com
C Daniel Motsinger     cmotsinger@kdlegal.com, cmotsinger@kdlegal.com;crbpgpleadings@kdlegal.com;shammersley@kdlegal.com
Lee Duck Moylan     lmoylan@klehr.com, acollazo@klehr.com
Joseph L. Mulvey     joseph@mulveylawllc.com, linda@mulveylawllc.com
Abraham Murphy     murphy@abrahammurphy.com
Justin Scott Murray     jmurray@atg.state.il.us
Alissa M. Nann     anann@foley.com, DHeffer@foley.com
Henry Seiji Newman     hsnewman@dglaw.com
Kevin M. Newman     knewman@menterlaw.com, kmnbk@menterlaw.com
Cassandra A. Nielsen     cnielsen@rubin-levin.net, atty_cnielsen@bluestylus.com,mralph@rubin-levin.net;lking@rubin-levin.net
Ryan Charles Nixon     rcnixon@lamarcalawgroup.com
Isaac Nutovic     inutovic@nutovic.com
Gregory Ostendorf     gostendorf@scopelitis.com, agregory@scopelitis.com
Weston Erick Overturf     wes.overturf@mbcblaw.com, deidre.gastenveld@mbcblaw.com
Pamela A. Paige     ppaige@plunkettcooney.com, amiller@plunkettcooney.com
Eric Pendergraft     ependergraft@slp.law, dwoodall@slp.law;bss@slp.law
Danielle Ann Pham     danielle.pham@usdoj.gov
Jack A Raisner     jar@outtengolden.com, kdeleon@outtengolden.com;jquinonez@outtengolden.com
Jonathan Hjalmer Reischl     jonathan.reischl@cfpb.gov
Michael Rella     mrella@mmlawus.com
Caroline Ellona Richardson     caroline@paganelligroup.com, anna@paganelligroup.com
James Leigh Richmond     James.Richmond@fldoe.org
Mai Lan Gabrielle Rodgers     Rodgers.MaiLan@pbgc.gov, efile@pbgc.gov

11

John M. Rogers     johnr@rubin-levin.net, jkrichbaum@rubin-levin.net;atty_rogers@bluestylus.com
Melissa M. Root     mroot@jenner.com
David A. Rosenthal     darlaw@nlci.com
James E Rossow     jim@rubin-levin.net, ATTY_JER@trustesolutions.com;robin@rubin-levin.net;lisa@rubin-levin.net
Rene Sara Roupinian     rsr@outtengolden.com, jxh@outtengolden.com;kdeleon@outtengolden.com;rfisher@outtengolden.com;gl@outtengolden.com;jquinonez@outtengolden.com
Victoria Fay Roytenberg     vroytenberg@law.harvard.edu, jjimenez@law.harvard.edu
Steven Eric Runyan     ser@kgrlaw.com
Craig Damon Rust     craig.rust@doj.ca.gov, Lindsay.Bensen@doj.ca.gov
Karl T Ryan     kryan@ryanesq.com, lindsey@ryanesq.com
Joseph Michael Sanders     jsanders@atg.state.il.us
Thomas C Scherer     tscherer@bgdlegal.com, fwolfe@bgdlegal.com
James R. Schrier     jrs@rtslawfirm.com, lrobison@rtslawfirm.com;jlandes@rtslawfirm.com
Ronald James Schutz     rschutz@robinskaplan.com
H. Jeffrey Schwartz     jschwartz@robinskaplan.com
Courtney Michelle Scott     cscott1@dor.in.gov
Joseph E Shickich     jshickich@foxrothschild.com, vmagda@foxrothschild.com
Randall R Shouse     rshouse@shouselanglois.com, mlanglois@shouselanglois.com
William E Smith     wsmith@k-glaw.com, clipke@k-glaw.com
Lauren C. Sorrell     lsorrell@kdlegal.com, ayeskie@kdlegal.com;swaddell@kdlegal.com
Berry Dan Spears     berrydspears616@gmail.com
Catherine L. Steege     csteege@jenner.com, mhinds@jenner.com;thooker@jenner.com
LaChelle D Stepp     lstepp@steppjaffe.com, lastepp@yahoo.com
Jason V Stitt     jstitt@kmklaw.com
Sharon Stolte     sstolte@sandbergphoenix.com
Jesse Ellsworth Summers     esummers@burr.com, sguest@burr.com
Jonathan David Sundheimer     jsundheimer@btlaw.com
Nathan L Swehla     nswehla@graydon.law
Nancy K. Swift     nswift@buchalter.com, cbohnsack@buchalter.com
Eric Jay Taube     eric.taube@wallerlaw.com, annmarie.jezisek@wallerlaw.com;sherri.savala@wallerlaw.com
Meredith R. Theisen     mtheisen@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
Meredith R. Theisen     mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com;mralph@rubin-levin.net
Jessica L Titler     jt@chimicles.com
Todd Christian Toral     todd.toral@dlapiper.com, todd-toral-9280@ecf.pacerpro.com
Ronald M. Tucker     rtucker@simon.com, cmartin@simon.com,bankruptcy@simon.com
Christopher Turner     christopher.turner@lw.com
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
Michael Ungar     MUngar@mwe.com
Sally E Veghte     sveghte@klehr.com, acollazo@klehr.com
Rachel Claire Verbeke     rverbeke@stroblpc.com

Amy L VonDielingen     avondielingen@woodmclaw.com
Amy E Vulpio     vulpioa@whiteandwilliams.com
Carolyn Graff Wade     Carolyn.G.Wade@doj.state.or.us
Louis Hanner Watson     louis@watsonnorris.com
Jeffrey R. Waxman     jwaxman@morrisjames.com, jdawson@morrisjames.com;wweller@morrisjames.com
Christine M.H. Wellons     christine.wellons@maryland.gov
Philip A. Whistler     philip.whistler@icemiller.com, carla.persons@icemiller.com
Bradley Winston     bwinston@winstonlaw.com, lwheaton@winstonlaw.com
Brandon Michael Wise     bwise@prwlegal.com
Cathleen Dianne Wyatt     cwyatt@fbtlaw.com, tacton@fbtlaw.com
Joseph Yar     jyar@nmag.gov, eheltman@nmag.gov
James T Young     james@rubin-levin.net, lking@rubin-levin.net;atty_young@bluestylus.com;mralph@rubin-levin.net
James E. Zoccola     jzoccola@lewis-kappes.com

I further certify that on November 28, 2018, pursuant to Section IV.C.3(c) of the Case Management Procedures, a copy of the foregoing *Trustee's Motion to Compromise and Settle Avoidance Claim Against Facebook, Inc.* was emailed to the following:

Arlington ISD/Richardson ISD:  Eboney Cobb at ecobb@pbfcm.com
CEC Red Run, LLC:  Alan M. Grochal at agrochal@tydingslaw.com
SWRE Deal V Building, LLC:  Paul Weiser at pweiser@buchalter.com
Tarrant County/Dallas County:  Elizabeth Weller at dallas.bankruptcy@publicans.com
Northwest Natural Gas Company:  Ashlee Minty at Ashlee.Minty@nwnatural.com
Solar Drive Business, LLC:  Chris W. Halling at challing@hallingmeza.com
Market-Turk Company:  Jordan A. Lavinsky at jlavinsky@hansonbridgett.com
Taxing Authority for Harris County, Texas:  John P. Dillman at houston_bankruptcy@lgbs.com
Texas Comptroller of Public Accounts:  Rachel Obaldo at rachel.obaldo@oag.texas.gov
Clear Creek Independent School District:  Carl O. Sandin at csandin@pbfcm.com
Synchrony Bank:  Recovery Management Systems Corporation at claims@recoverycorp.com
Bexar County:  Don Stecker at sanantonio.bankruptcy@publicans.com
SWRE Deal V Building, LLC:  Nancy K. Swift at nswift@buchalter.com
TN Dept. of Revenue:  Michael Willey at michael.willey@ag.tn.gov
Florida Department of Education:  Benman D. Szeto at benman.szeto@fldoe.org
Last Second Media, Inc.:  T. Todd Egland at tegland@beldenblaine.com
Hung Duong:  Kevin Schwin at kevin@schwinlaw.com
Travis County:  Kay D. Brock at kay.brock@traviscountytx.gov
Able Building Maintenance:  Scott D. Fink at bronationalecf@weltman.com
Marathon Ventures, LLC:  Daniel M. Karger at kargerlaw@gmail.com
Oklahoma County Treasurer:  Tammy Jones at tammy.jones@oklahomacounty.org
JM Partners LLC:  John Marshall at jmarshall@jmpartnersllc.com
Facebook, Inc.:  David Serepca at david@msllp.com

                */s/ Meredith R. Theisen*
                Meredith R. Theisen

g:\wp80\trustee\caruso\itt educational - 86723901\drafts\avoidance claims settlements\motions\settlement motion facebook.docx