UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] ) | Case No. 16-07207-JMC-7A |
| ) | |
| Debtors. ) | Jointly Administered |

**PROPOSED AGENDA OF MATTERS SCHEDULED
FOR OMNIBUS HEARING ON DECEMBER 19, 2018 AT 1:30 P.M.**

Deborah J. Caruso, the chapter 7 trustee in this case (the "Trustee"), by counsel, pursuant to the *Notice, Case Management and Administrative Procedures* (the "Case Management Procedures") approved by the Court on October 4, 2016 [Doc 220], submits this proposed agenda for the matters scheduled for the omnibus hearing on December 19, 2018 at 1:30 p.m. (prevailing Eastern time) (the "Hearing"). The Trustee anticipates the matters before the Court for the Hearing will take approximately one (1) hour.

**I.     DIAL-IN INFORMATION**

The dial-in telephone number for interested parties to participate in the Hearing by conference call is 1-800-920-7487; passcode 87599521#. Interested parties planning on participating in the Hearing by conference call shall notify the Court before the Hearing by contacting Heather Butler (heather_butler@insb.uscourts.gov or 317-229-3833) or Suzette Bewley (suzette_bewley@insb.uscourts.gov or 317-229-3862).

**II.    MATTERS SCHEDULED TO BE HEARD AT HEARING**

**Lead Bankruptcy Case (Case No. 16-07207)**

1. *Notice of Invoice for McKool Smith, P.C.'s Fees and Expenses for the Period October 1, 2018 through October 31, 2018* **[Doc 3057]**, filed by McKool Smith, P.C.

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

- **Status:** There were no objections filed by the November 27, 2018 objection deadline. As such, pursuant to the Court's April 20, 2017 Order **[Doc 1569]**, the Trustee has paid 80% of the requested fees and 100% of the requested expenses. Not going forward at the Hearing.

2. *Notice of Invoice for Faegre Baker Daniels LLP's Fees and Expenses for the Period of October 1, 2018 through October 31, 2018 (To be Paid by Debtors' Estate)* **[Doc 3059]**, filed by Faegre Baker Daniels LLP.

    - **Status:** There were no objections filed by the December 12, 2018 objection deadline. As such, pursuant to the Court's April 20, 2017 Order **[Doc 1569]**, the Trustee has paid 80% of the requested fees and 100% of the requested expenses. Not going forward at the Hearing.

3. *Notice of Invoices for Faegre Baker Daniels LLP's Fees and Expenses for the Period October 1, 2018 through October 31, 2018 (To be Paid by Debtors' Pension Plan)* **[Doc 3060]**, filed by Faegre Baker Daniels LLP.

    - **Status:** There were no objections filed by the December 12, 2018 objection deadline. As such, pursuant to the Court's April 20, 2017 Order **[Doc 1569]**, Faegre Baker Daniels has or will receive in the near future payment of its requested fees and expenses from the respective sources indicated in the notices. Not going forward at the Hearing.

4. *Notice of Invoice for BGBC Partners, LLP's Fees and Expenses for the Period of October 1, 2018 through October 31, 2018* **[Doc 3063]**, filed by BGBC Partners LLP.

    - **Status:** There were no objections filed by the December 3, 2018 objection deadline. As such, pursuant to the Court's April 20, 2017 Order **[Doc 1569]**, the Trustee has paid 80% of the requested fees and 100% of the requested expenses. Not going forward at the Hearing.

5. *Trustee's 8th Omnibus Motion to Compromise and Settle Avoidance Claims in the Gross Amount of $50,000.01 or More* **[Doc 3065]**, filed by the Trustee.

    - **Status:** No objections filed by the December 12, 2018 objection deadline. Going forward at the Hearing.

6. *Trustee's Motion to Compromise and Settle Certain Claims Related to Iron Mountain Incorporated* **[Doc 3061]**, filed by the Trustee.

- **Status:** No objections filed by the December 12, 2018 objection deadline. Going forward at the Hearing.

7. *Trustee's Motion to Compromise and Settle Avoidance Claim Against Facebook, Inc.* **[Doc 3072]**, filed by the Trustee.

    - **Status:** No objections filed by the December 12, 2018 objection deadline. Going forward at the Hearing.

8. *Second Interim Fee Application of Kane & Co. for Compensation for Services Rendered as Special Counsel for the Trustee for the Period August 1, 2017 through November 27, 2018* **[Doc 3069]**, filed by Kane & Co.

    - **Status:** No objections filed by the December 12, 2018 objection deadline. Going forward at the Hearing.

9. *Trustee's Motion for Authority to Pay Certain Expenses of Transamerica as an Administrative Expense* **[Doc 3074]**, filed by the Trustee.

    - **Status:** No objections filed by the December 12, 2018 objection deadline. Going forward at the Hearing.

10. Continued hearing on *Motion to Confirm Absence of Stay and for Reconsideration* **[Doc 356]**, filed by the Commonwealth of Massachusetts and the State of New Mexico.

    - *Trustee's Objection to Motion to Confirm Absence of Stay and for Reconsideration* **[Doc 504]**, filed by the Trustee.

    - *Response to Trustee's Objection to Motion to Confirm Absence of Stay and for Reconsideration* **[Doc 543]**, filed by the Commonwealth of Massachusetts and the State of New Mexico.

    - **Status:** The Trustee will provide an update to the Court at the Hearing regarding the proposed continuation of the stay on a consensual basis to March 31, 2019. The Trustee will request on the record that this matter be continued to the omnibus hearing on March 20, 2019 at 1:30 p.m. If granted, not going forward at the Hearing.

11. Continued status conference on *American Express Travel Related Services Company, Inc.'s Motion for Relief from the Automatic Stay to Effect Setoff Pursuant to 11 U.S.C. § 553(a)* **[Doc 1505]**, filed by American Express Travel Related Services Company, Inc.

    - *Trustee's Objection to Motion for Relief from the Automatic Stay to Effect*

3

*Setoff Pursuant to 11 U.S.C. § 553(a) Filed by American Express Travel Related Services Company, Inc.* **[Doc 2397]**, filed by the Trustee.

- **Status:** Going forward at the Hearing.

**Caruso v. Consumer Financial Protection Bureau,** *et al.* **(AP No. 16-50318)**

1. Continued final hearing on the *Trustee's Motion to Stay, or in the Alternative, for Injunctive Relief Enjoining, Prosecution of Pending Litigation Against Debtors* **[Doc 3]**, filed by the Trustee.

    - *Objection to Trustee's Motion to Stay, or in the Alternative, for Injunctive Relief Enjoining, Prosecution of Pending Litigation Against Debtors* **[Doc 19]**, filed by the Attorney General for the Commonwealth of Massachusetts and the State of New Mexico.

    - *Consumer Financial Protection Bureau's Objection to Trustee's Motion to Stay, on in the Alternative, for Injunctive Relief Enjoining, Prosecution of Pending Litigation Against Debtors* **[Doc 21]**, filed by the Consumer Financial Protection Bureau.

    - *Opposition of Securities and Exchange Commission to Trustee's Motion to Stay, or in the Alternative, for Injunctive Relief Enjoining, Prosecution of Pending Litigation Against Debtors* **[Doc 22]**, filed by the United States Securities and Exchange Commission.

    - *Trustee's Reply in Support of Trustee's Motion to Stay, or in the Alternative, for Injunctive Relief Enjoining, Prosecution of Pending Litigation Against Debtors* **[Doc 23]**, filed by the Trustee.

    - *Consumer Financial Protection Bureau's Supplemental Objection to Trustee's Motion to Stay* **[Doc 76]**, filed by the Consumer Financial Protection Bureau.

    - *Supplemental Objection to Trustee's Motion to Stay, or in the Alternative, for Injunctive Relief Enjoining, Prosecution of Pending Litigation Against Debtors* **[Doc 84]**, filed by the Attorney General for the Commonwealth of Massachusetts.

    - *Trustee's Supplement to Reply in Support of Trustee's Motion to Stay, or in the Alternative, for Injunctive Relief Enjoining, Prosecution of Pending Litigation Against Debtors* **[Doc 87]** filed by the Trustee.

    - *Agreed Entry Resolving Trustee's Motion to Stay, or in the Alternative, for Injunctive Relief Enjoining, Prosecution of Pending Litigation Against*

4

*Debtors with Respect to Consumer Financial Protection Bureau* **[Doc 98]**, filed by the Trustee and the Consumer Financial Protection Bureau.

- **Status:** The Trustee will provide an update to the Court at the Hearing regarding the proposed continuation of the stay on a consensual basis to March 31, 2019. The Trustee will request on the record that this matter be continued to the omnibus hearing on March 20, 2019 at 1:30 p.m. If granted, not going forward at the Hearing.

**Caruso v. American Express Travel Related Services Company, Inc. (AP No. 18-50239)**

1. Continued status conference.

    - **Status:** Going forward at the Hearing.

**Caruso v. PEAKS Trust 2009-1, *et al.* (AP No. 18-50272)**

1. *Trustee's Motion for Stay of Adversary Proceeding, on Consent* **[Doc 63]**, filed by the Trustee.

    - **Status:** No objections filed. Motion granted per Court's November 30, 2018 Order **[Doc 83]**. Hearing vacated.

**III.    NOTICE**

Pursuant to the Case Management Procedures, the Trustee will serve this proposed hearing agenda on the Core Group (as defined in the Case Management Procedures) and each entity who has filed and served a court filing set to be heard at the Hearing.

5

Respectfully submitted,

RUBIN & LEVIN, P.C.

By: */s/ Meredith R. Theisen*
     Meredith R. Theisen

Deborah J. Caruso (Atty. No. 4273-49)
John C. Hoard (Atty. No. 8024-49)
James E. Rossow Jr. (Atty. No. 21063-29)
Meredith R. Theisen (Atty. No. 28804-49)
RUBIN & LEVIN, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, Indiana 46204
Tel: (317) 634-0300
Fax: (317) 263-9411
Email:  dcaruso@rubin-levin.net
             johnh@rubin-levin.net
             jim@rubin-levin.net
             mtheisen@rubin-levin.net
Attorneys for Deborah J. Caruso, Trustee

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2018, a copy of the foregoing *Proposed Agenda of Matters Scheduled for Omnibus Hearing on December 19, 2018 at 1:30 p.m.* was filed electronically. Pursuant to Section IV.C.3(a) of the Case Management Procedures, notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

John Joseph Allman     jallman@hbkfirm.com, dadams@hbkfirm.com
Richard Allyn     rallyn@robinskaplan.com
Robert N Amkraut     ramkraut@foxrothschild.com
Scott S. Anders     scott.anders@jordanramis.com, litparalegal@jordanramis.com
Manuel German Arreaza     manuel.arreaza@cfpb.gov
Todd Allan Atkinson     tatkinson@ulmer.com
Darren Azman     dazman@mwe.com
Kay Dee Baird     kbaird@kdlegal.com, rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com
Michael I. Baird     baird.michael@pbgc.gov, efile@pbgc.gov
Christopher E. Baker     cbaker@hbkfirm.com, thignight@hbkfirm.com
James David Ballinger     jim@kentuckytrial.com, jennifer@kentuckytrial.com
Joseph E. Bant     jebant@lewisricekc.com
William J. Barrett     william.barrett@bfkn.com, mark.mackowiak@bfkn.com
Ashley Flynn Bartram     ashley.bartram@oag.texas.gov
Alex M Beeman     alex@beemanlawoffice.com, alexbeemanECF@protonmail.com
Thomas M Beeman     tom@beemanlawoffice.com
Richard James Bernard     rbernard@foley.com
Thomas Berndt     tberndt@robinskaplan.com, jgerboth@robinskaplan.com

John J Berry    john.berry@dinsmore.com, Christina.Lee@DINSMORE.COM
Lauren Beslow    lauren.beslow@quarles.com
Brandon Craig Bickle    bbickle@gablelaw.com
David J. Bodle    dbodle@hhclaw.com, layres@hhlaw-in.com
Robert A. Breidenbach    rab@goldsteinpressman.com
Wendy D Brewer    wbrewer@fmdlegal.com, cbellner@fmdlegal.com
Kayla D. Britton    kayla.britton@faegrebd.com, noticeFRindy@faegrebd.com
Robert Bernard Bruner    bob.bruner@nortonrosefulbright.com
Jason R Burke    jburke@bbrlawpc.com, kellis@bbrlawpc.com
Kevin J. Burke    kburke@cahill.com
Erin Busch    ebusch@nebraska.edu
John Cannizzaro    john.cannizzaro@icemiller.com, Deborah.Martin@icemiller.com
Kevin M. Capuzzi    kcapuzzi@beneschlaw.com, lmolinaro@beneschlaw.com;docket@beneschlaw.com
James E. Carlberg    jcarlberg@boselaw.com, mwakefield@boselaw.com;rmurphy@boselaw.com
Steven Dean Carpenter    scarpenter1@dor.in.gov
Deborah Caruso    dcaruso@rubin-levin.net, dwright@rubin-levin.net;jkrichbaum@rubin-levin.net;atty_dcaruso@bluestylus.com
Deborah J. Caruso    trusteecaruso@rubin-levin.net, DJC@trustesolutions.net
Joshua W. Casselman    jcasselman@rubin-levin.net, angie@rubin-levin.net;atty_jcasselman@bluestylus.com
Ben T. Caughey    ben.caughey@merchocaughey.com
Sonia A. Chae    chaes@sec.gov
John Andrew Chanin    jchanin@lindquist.com, srummery@lindquist.com
Courtney Elaine Chilcote    courtney@ckhattorneys.com, ckh@ckhattorneys.com;tracy@ckhattorneys.com
Dale C Christensen    christensen@sewkis.com
Eboney Delane Cobb    ecobb@pbfcm.com
Michael Edward Collins    mcollins@manierherod.com
Michael Anthony Collyard    mcollyard@robinskaplan.com, rhoule@robinskaplan.com
Eileen Connor    econnor@law.harvard.edu
Lawrence D. Coppel    lcoppel@gfrlaw.com
Heather M. Crockett    Heather.Crockett@atg.in.gov, darlene.greenley@atg.in.gov
J Russell Cunningham    rcunningham@dnlc.net, reaster@dnlc.net
Erica Dausch    edausch@babstcalland.com
David H DeCelles    david.h.decelles@usdoj.gov
Melissa J. DeGroff    mjd@kgrlaw.com, cjs@kgrlaw.com
Dustin R. DeNeal    dustin.deneal@faegrebd.com, noticeFRindy@faegrebd.com
Laura A DuVall    Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Stephen Emedi    semedi@law.harvard.edu
Abby Engen    aengen@nmag.gov, eheltman@nmag.gov
Annette England    annette.england@btlaw.com
Charles Anthony Ercole    cercole@klehr.com, acollazo@klehr.com
Carolyn Meredith Fast    carolyn.fast@ag.ny.gov
Elaine Victoria Fenna    elaine.fenna@morganlewis.com

7

Andrew W Ferich    awf@chimicles.com
Scott Patrick Fisher    sfisher@drewrysimmons.com, lgarrison@DSVlaw.com
John David Folds    dfolds@bakerdonelson.com, sparson@bakerdonelson.com
Jennifer N Fountain    jfountain@iislaw.com, sfilippini@iislaw.com
Sarah Lynn Fowler    sarah.fowler@mbcblaw.com, deidre.gastenveld@mbcblaw.com
Robert W. Fuller    rfuller@rbh.com
Carlos Galliani    carlos@thelidjifirm.com
Jonathan William Garlough    jgarlough@foley.com, mstockl@foley.com;mdlee@foley.com
Lea Pauley Goff    lea.goff@skofirm.com, emily.keith@skofirm.com;mary.lisanby@skofirm.com
Barry S. Gold    bgold@mmlawus.com
John C Goodchild    john.goodchild@morganlewis.com
Douglas Gooding    dgooding@choate.com
John Andrew Goodridge    jagoodridge@jaglo.com, angray@jaglo.com;dwhiggs@jaglo.com
Michael Wayne Grant    michael.w.grant@doj.state.or.us
Richard Grayson Grant    rgrant@rgglaw.com, grantecf@gmail.com
Alan Mark Grochal    agrochal@tydingslaw.com
Elizabeth N. Hahn    ehahn@rubin-levin.net, mralph@rubin-levin.net
Gregory Forrest Hahn    ghahn@boselaw.com, jmcneeley@boselaw.com
Julian Ari Hammond    Jhammond@hammondlawpc.com, ppecherskaya@hammondlawpc.com
Wallace M Handler    whandler@swappc.com, kkloock@swappc.com
William J. Hanlon    whanlon@seyfarth.com
Adam Craig Harris    adam.harris@srz.com
Brian Hauck    bhauck@jenner.com
Jeffrey M. Hawkinson    jhawkinson@pcslegal.com, danderson@pcslegal.com
Michael J. Hebenstreit    mjh@whzlaw.com, arlene@whzlaw.com;ene@whzlaw.com;kdt@whzlaw.com
Amanda Marie Hendren    amanda@indianalawgroup.com
Claude Michael Higgins    Michael.Higgins@ag.ny.gov
Michael W. Hile    mhile@jacobsonhile.com, assistant@jacobsonhile.com
Sean M Hirschten    shirschten@psrb.com
Robert M. Hirsh    robert.hirsh@arentfox.com
John C. Hoard    johnh@rubin-levin.net, jkrichbaum@rubin-levin.net;atty_jch@trustesolutions.com;sturpin@rubin-levin.net
Curt Derek Hochbein    chochbein@rubin-levin.net, mralph@rubin-levin.net;lking@rubin-levin.net;atty_chochbein@bluestylus.com
Jeffrey A Hokanson    jeff.hokanson@icemiller.com, Kathy.peed@icemiller.com
Steven Howard Holinstat    sholinstat@proskauer.com
Diana Hooley    diana.hooley@state.ma.us
Thomas Ross Hooper    hooper@sewkis.com
Andrew E. Houha    bkecfnotices@johnsonblumberg.com
Andrew W. Hull    awhull@hooverhullturner.com, fgipson@hooverhullturner.com
James C Jacobsen    jjacobsen@nmag.gov, eheltman@nmag.gov
Christine K. Jacobson    cjacobson@jacobsonhile.com, assistant@jacobsonhile.com
Jay Jaffe    jay.jaffe@faegrebd.com, noticeFRindy@faegrebd.com
David Januszewski    djanuszewski@cahill.com

Benjamin F Johns    bfj@chimicles.com, klw@chimicles.com
Russell Ray Johnson    russj4478@aol.com
Kenneth C. Jones    kcjones@lewisrickc.com
Anthony R. Jost    tjost@rbelaw.com, baldous@rbelaw.com;tbutton@rbelaw.com
David J. Jurkiewicz    DJurkiewicz@boselaw.com, mwakefield@boselaw.com;rmurphy@boselaw.com;clindsey@boselaw.com;dlingenfelter@boselaw.com
Timothy Q. Karcher    tkarcher@proskauer.com
Alan Katz    akatz@lockelord.com
Richard B. Kaufman    richardkfmn@gmail.com
Carly Kessler    ckessler@robinskaplan.com
John M. Ketcham    jketcham@psrb.com, scox@psrb.com
Taejin Kim    tae.kim@srz.com
Edward M King    tking@fbtlaw.com, lsugg@fbtlaw.com;tking@ecf.inforuptcy.com
Roy F. Kiplinger    bankruptcy@kiplingerlaw.com, bankruptcy@kiplingerlaw.com
Jackson Taylor Kirklin    taylor.kirklin@usdoj.gov, denise.woody@usdoj.gov
James A. Knauer    jak@kgrlaw.com, tjf@kgrlaw.com
Kevin Dale Koons    kkoons@kgrlaw.com, ncarson@kgrlaw.com
Harris J. Koroglu    hkoroglu@shutts.com, fsantelices@shutts.com
Lawrence Joel Kotler    ljkotler@duanemorris.com
Robert R Kracht    rrk@mccarthylebit.com
Andrew L. Kraemer    akraemer@johnsonblumberg.com, akraemerlawoffice@att.net
David R. Krebs    dkrebs@hbkfirm.com, dadams@hbkfirm.com
Jerrold Scott Kulback    jkulback@archerlaw.com
Jay R LaBarge    jlabarge@stroblpc.com
Darryl S Laddin    bkrfilings@agg.com
Michael J. Langlois    mlanglois@shouselanglois.com, rshouse@shouselanglois.com
Vilda Samuel Laurin    slaurin@boselaw.com
Jordan A Lavinsky    jlavinsky@hansonbridgett.com
Todd Evan Leatherman    todd.leatherman@ky.gov
David S Lefere    dlefere@mikameyers.com, jfortney@mikameyers.com
Anthony Darrell Lehman    alehman@hpwlegal.com
Martha R. Lehman    mlehman@salawus.com, marthalehman87@gmail.com;pdidandeh@salawus.com;lengle@salawus.com
Gary H Leibowitz    gleibowitz@coleschotz.com, blansinger@coleschotz.com;pratkowiak@coleschotz.com
Donald D Levenhagen    dlevenhagen@landmanbeatty.com
Elizabeth Marie Little    elizabeth.little@faegrebd.com
Edward J LoBello    elobello@msek.com
Melinda Hoover MacAnally    Melinda.MacAnally@atg.in.gov, Carrie.Spann@atg.in.gov;Kenyatta.Peerman@atg.in.gov
Christopher John Madaio    Cmadaio@oag.state.md.us
John A. Majors    jam@morganandpottinger.com, majormajors44@yahoo.com
Steven A. Malcoun    dsmith@mayallaw.com
Jonathan Marshall    jmarshall@choate.com
Thomas Marvin Martin    tmmartin@lewisrickc.com

Jeff J. Marwil    jmarwil@proskauer.com, npetrov@proskauer.com;pyoung@proskauer.com;sholinstat@proskauer.com
Richard J Mason    rmason@mcguirewoods.com
C. Ed Massey    mbracken@nkylawyers.com, cedmassey@nkylawyers.com
Ann Wilkinson Matthews    amatthews@ncdoj.gov
Rachel Jaffe Mauceri    rachel.mauceri@morganlewis.com
Michael K. McCrory    mmccrory@btlaw.com, bankruptcyindy@btlaw.com
Maureen Elin McOwen    molly.mcowen@cfpb.gov
Harley K Means    hkm@kgrlaw.com, kwhigham@kgrlaw.com;cjs@kgrlaw.com;tjf@kgrlaw.com
Toby Merrill    tomerrill@law.harvard.edu, ppsl@law.harvard.edu
Robert W. Miller    rmiller@manierherod.com
Sherry Millman    smillman@stroock.com
Jason Milstone    jason.milstone@cmsenergy.com
Thomas E Mixdorf    thomas.mixdorf@icemiller.com, susan.cogdill@icemiller.com
Evgeny Grigori Mogilevsky    eugene@egmlegal.com, emily@egmlegal.com
James P Moloy    jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Ronald J. Moore    Ronald.Moore@usdoj.gov
Hal F Morris    hal.morris@oag.texas.gov
Michael David Morris    michael.morris@ago.mo.gov
Kevin Alonzo Morrissey    kmorrissey@lewis-kappes.com, soliver@lewis-kappes.com;leckert@lewis-kappes.com;kwilliams@lewis-kappes.com
Whitney L Mosby    wmosby@bgdlegal.com, fwolfe@bgdlegal.com
C Daniel Motsinger    cmotsinger@kdlegal.com, cmotsinger@kdlegal.com;crbpgpleadings@kdlegal.com;shammersley@kdlegal.com
Lee Duck Moylan    lmoylan@klehr.com, acollazo@klehr.com
Joseph L. Mulvey    joseph@mulveylawllc.com, linda@mulveylawllc.com
Abraham Murphy    murphy@abrahammurphy.com
Justin Scott Murray    jmurray@atg.state.il.us
Alissa M. Nann    anann@foley.com, DHeffer@foley.com
Henry Seiji Newman    hsnewman@dglaw.com
Kevin M. Newman    knewman@menterlaw.com, kmnbk@menterlaw.com
Cassandra A. Nielsen    cnielsen@rubin-levin.net, atty_cnielsen@bluestylus.com,mralph@rubin-levin.net;lking@rubin-levin.net
Ryan Charles Nixon    rcnixon@lamarcalawgroup.com
Isaac Nutovic    inutovic@nutovic.com
Michael O'Donnell    mike.odonnell@nortonrosefulbright.com
Gregory Ostendorf    gostendorf@scopelitis.com, agregory@scopelitis.com
Weston Erick Overturf    wes.overturf@mbcblaw.com, deidre.gastenveld@mbcblaw.com;ellen.sauter@mbcblaw.com
Pamela A. Paige    ppaige@plunkettcooney.com, amiller@plunkettcooney.com
Kenneth Pasquale    kpasquale@stroock.com
Eric Pendergraft    ependergraft@slp.law, dwoodall@slp.law;bss@slp.law
Danielle Ann Pham    danielle.pham@usdoj.gov
Jack A Raisner    jar@outtengolden.com,

kdeleon@outtengolden.com;jquinonez@outtengolden.com
Jonathan Hjalmer Reischl    jonathan.reischl@cfpb.gov
Michael Rella    mrella@mmlawus.com
Caroline Ellona Richardson    caroline@paganelligroup.com, anna@paganelligroup.com
James Leigh Richmond    James.Richmond@fldoe.org
Mai Lan Gabrielle Rodgers    Rodgers.MaiLan@pbgc.gov, efile@pbgc.gov
John M. Rogers    johnr@rubin-levin.net, jkrichbaum@rubin-levin.net;atty_rogers@bluestylus.com;mralph@rubin-levin.net
Melissa M. Root    mroot@jenner.com, wwilliams@jenner.com
David A. Rosenthal    darlaw@nlci.com
James E Rossow    jim@rubin-levin.net, ATTY_JER@trustesolutions.com;robin@rubin-levin.net;lisa@rubin-levin.net
Rene Sara Roupinian    rsr@outtengolden.com, jxh@outtengolden.com;kdeleon@outtengolden.com;rfisher@outtengolden.com;gl@outtengolden.com;jquinonez@outtengolden.com
Victoria Fay Roytenberg    vroytenberg@law.harvard.edu, jjimenez@law.harvard.edu
Steven Eric Runyan    ser@kgrlaw.com
Craig Damon Rust    craig.rust@doj.ca.gov, Lindsay.Bensen@doj.ca.gov
Karl T Ryan    kryan@ryanesq.com, lindsey@ryanesq.com
Joseph Michael Sanders    jsanders@atg.state.il.us
Thomas C Scherer    tscherer@bgdlegal.com, fwolfe@bgdlegal.com
James R. Schrier    jrs@rtslawfirm.com, lrobison@rtslawfirm.com;jlandes@rtslawfirm.com
Ronald James Schutz    rschutz@robinskaplan.com
H. Jeffrey Schwartz    jschwartz@robinskaplan.com
Courtney Michelle Scott    cscott1@dor.in.gov
Joseph E Shickich    jshickich@foxrothschild.com, vmagda@foxrothschild.com
Randall R Shouse    rshouse@shouselanglois.com, mlanglois@shouselanglois.com
William E Smith    wsmith@k-glaw.com, clipke@k-glaw.com
Lauren C. Sorrell    lsorrell@kdlegal.com, ayeskie@kdlegal.com;swaddell@kdlegal.com
Berry Dan Spears    berrydspears616@gmail.com
Catherine L. Steege    csteege@jenner.com, mhinds@jenner.com;thooker@jenner.com
LaChelle D Stepp    lstepp@steppjaffe.com, lastepp@yahoo.com
Jason V Stitt    jstitt@kmklaw.com
Sharon Stolte    sstolte@sandbergphoenix.com
Jesse Ellsworth Summers    esummers@burr.com, sguest@burr.com
Jonathan David Sundheimer    jsundheimer@btlaw.com
Nathan L Swehla    nswehla@graydon.law
Nancy K. Swift    nswift@buchalter.com, cbohnsack@buchalter.com
Andrew W.J. Tarr    atarr@robinsonbradshaw.com
Eric Jay Taube    eric.taube@wallerlaw.com, annmarie.jezisek@wallerlaw.com;sherri.savala@wallerlaw.com
Meredith R. Theisen    mtheisen@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
Meredith R. Theisen    mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com;mralph@rubin-levin.net
Jessica L Titler    jt@chimicles.com

Todd Christian Toral     todd.toral@dlapiper.com, todd-toral-9280@ecf.pacerpro.com
Ronald M. Tucker     rtucker@simon.com, cmartin@simon.com,bankruptcy@simon.com
Christopher Turner     christopher.turner@lw.com, DClitserv@lw.com
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
Michael Ungar     MUngar@mwe.com
Lauren Valkenaar     lauren.valkenaar@nortonrosefulbright.com
Sally E Veghte     sveghte@klehr.com, acollazo@klehr.com
Rachel Claire Verbeke     rverbeke@stroblpc.com
Aimee Vidaurri     aimee.vidaurri@nortonrosefulbright.com
Amy L VonDielingen     avondielingen@woodmclaw.com
Amy E Vulpio     vulpioa@whiteandwilliams.com
Carolyn Graff Wade     Carolyn.G.Wade@doj.state.or.us
Louis Hanner Watson     louis@watsonnorris.com
Jeffrey R. Waxman     jwaxman@morrisjames.com, jdawson@morrisjames.com;wweller@morrisjames.com
Christine M.H. Wellons     christine.wellons@maryland.gov
Philip A. Whistler     philip.whistler@icemiller.com, marti.westerfield@icemiller.com
Bradley Winston     bwinston@winstonlaw.com, lwheaton@winstonlaw.com
Brandon Michael Wise     bwise@prwlegal.com
Cathleen Dianne Wyatt     cwyatt@fbtlaw.com, tacton@fbtlaw.com
Joseph Yar     jyar@nmag.gov, eheltman@nmag.gov;lgiandomenico@nmag.gov
James T Young     james@rubin-levin.net, lking@rubin-levin.net;atty_young@bluestylus.com;mralph@rubin-levin.net
James E. Zoccola     jzoccola@lewis-kappes.com

I further certify that on December 18, 2018, pursuant to Section IV.C.3(c) of the Case Management Procedures, a copy of the foregoing *Proposed Agenda of Matters Scheduled for Omnibus Hearing on December 19, 2018 at 1:30 p.m.* was emailed to the following:

Arlington ISD/Richardson ISD:  Eboney Cobb at ecobb@pbfcm.com
CEC Red Run, LLC:  Alan M. Grochal at agrochal@tydingslaw.com
SWRE Deal V Building, LLC:  Paul Weiser at pweiser@buchalter.com
Tarrant County/Dallas County:  Elizabeth Weller at dallas.bankruptcy@publicans.com
Northwest Natural Gas Company:  Ashlee Minty at Ashlee.Minty@nwnatural.com
Solar Drive Business, LLC:  Chris W. Halling at challing@hallingmeza.com
Market-Turk Company:  Jordan A. Lavinsky at jlavinsky@hansonbridgett.com
Taxing Authority for Harris County, Texas:  John P. Dillman at houston_bankruptcy@lgbs.com
Texas Comptroller of Public Accounts:  Rachel Obaldo at rachel.obaldo@oag.texas.gov
Clear Creek Independent School District:  Carl O. Sandin at csandin@pbfcm.com
Synchrony Bank:  Recovery Management Systems Corporation at claims@recoverycorp.com
Bexar County:  Don Stecker at sanantonio.bankruptcy@publicans.com
SWRE Deal V Building, LLC:  Nancy K. Swift at nswift@buchalter.com
TN Dept. of Revenue:  Michael Willey at michael.willey@ag.tn.gov
Florida Department of Education:  Benman D. Szeto at benman.szeto@fldoe.org
Last Second Media, Inc.:  T. Todd Egland at tegland@beldenblaine.com
Hung Duong:  Kevin Schwin at kevin@schwinlaw.com
Travis County:  Kay D. Brock at kay.brock@traviscountytx.gov

Able Building Maintenance:  Scott D. Fink at bronationalecf@weltman.com
Marathon Ventures, LLC:  Daniel M. Karger at kargerlaw@gmail.com
Oklahoma County Treasurer:  Tammy Jones at tammy.jones@oklahomacounty.org
JM Partners LLC:  John Marshall at jmarshall@jmpartnersllc.com

                                              */s/ Meredith R. Theisen*
                                              Meredith R. Theisen

G:\WP80\TRUSTEE\Caruso\ITT Educational - 86723901\Drafts\proposed agenda - 121918.docx