UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] ) | Case No. 16-07207-JMC-7A |
| ) | |
| Debtors. ) | Jointly Administered |

**TRUSTEE'S 10th OMNIBUS MOTION TO COMPROMISE AND SETTLE AVOIDANCE CLAIMS IN THE GROSS AMOUNT OF $50,000.01 OR MORE**

Deborah J. Caruso, the chapter 7 trustee in this case (the "Trustee"), by counsel, pursuant 11 U.S.C. §§ 105 and 363 and Rule 9019 of the Federal Rules of Bankruptcy Procedure, requests entry of an order authorizing the Trustee to compromise and settle the Avoidance Claims (as defined below) listed on Exhibit 1 on the following grounds:

## I. JURISDICTION

1. The Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicate for relief are sections 105 and 363 of the United States Code (the "Bankruptcy Code") and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## II. BACKGROUND

4. On September 16, 2016 (the "Petition Date"), ITT Educational Services, Inc. ("ITT"), ESI Service Corp. ("ESI") and Daniel Webster College, Inc. ("Webster College," and together with ITT and ESI, the "Affiliated Debtors") filed voluntary petitions for relief under chapter 7 of the Bankruptcy Code. The Trustee was appointed interim trustee under section 701

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

of the Bankruptcy Code in each of the Affiliated Debtors' bankruptcy cases on the Petition Date, and in accordance with section 702(d) of the Bankruptcy Code, became the permanent case trustee on November 1, 2016 following the conclusion of the meeting of creditors held pursuant to section 341(a) of the Bankruptcy Code.

5. On October 4, 2016, the Court entered its *Order Granting Motion for Joint Administration of Chapter 7 Cases* [Docs 221 & 222], directing the Affiliated Debtors' bankruptcy cases to be jointly administered for procedural purposes only.

6. Pursuant to the *Order Granting Trustee's Motion for Authority to Settle Certain Classes of Controversies Pursuant to Bankruptcy Rule 9019(b)* (the "Settlement Authority Order") [Doc 2556], entered on May 30, 2018, the Trustee is required to obtain Court approval of settlements of causes of action under chapter 5 of the Bankruptcy Code (the "Avoidance Claims") that are in the gross amount of $50,000.01 or more. In addition, the Settlement Authority Order authorizes the Trustee to file motions seeking approval of such settlements on an omnibus basis.

7. Attached and incorporated as Exhibit 1, is the schedule of settlements of Avoidance Claims in the gross amount of $50,000.01 or more that have been entered into by the Trustee as of January 28, 2019,[2] which are subject to final approval by the Court.

### III. RELIEF REQUESTED

8. The Trustee requests entry of an order, pursuant to sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rule 9019, authorizing the Trustee to (a) compromise and settle the Avoidance Claims listed on Exhibit 1 for the amounts listed, and (b) to retain the settlement proceeds from the settlements listed on Exhibit 1 for the general administration by the Affiliated Debtors' bankruptcy estates.

---

[2] Exhibit 1 does not include settlements included in prior motions filed with the Court.

2

## IV.  GROUNDS FOR GRANTING RELIEF

9. A court may authorize a trustee to enter into a settlement so long as it is a sound exercise of the trustee's business judgment.  *See* 11 U.S.C. § 363(b); *In re UAL Corp.*, 443 F.3d 565, 571 (7th Cir. 2006) (use under section 363 of the Bankruptcy Code must "[make] good business sense"); *In re Schipper*, 933 F.2d 513, 515 (7th Cir. 1991) (section 363 involves exercise of fiduciary duties and requires an "articulated business justification"); *see also In re Olde Prairie Block Owners, LLC*, 448 B.R. 482, 492 (Bankr. N.D. Ill. 2011) (same).  Moreover, when applying the "business judgment" standard to a use of estate property under section 363 of the Bankruptcy Code, a trustee's judgment is "entitled to great judicial deference as long as a sound business reason is given."  *See In re Efoora, Inc.*, 472 B.R. 481, 488 (Bankr. N.D. Ill. 2012).

10. Similarly, Bankruptcy Rule 9019(a) sets forth the requirements for compromises and settlements and permits a bankruptcy court to approve a trustee's "compromise or settlement" after notice and a hearing, if such settlement is "fair and equitable . . . and in the best interests of the bankruptcy estate."  *Depoister v. Mary M. Holloway Found.*, 36 F.3d 582, 586 (7th Cir. 1994); *see also In re Energy Co-op., Inc.*, 886 F.2d 921, 927 (7th Cir. 1989) ("The benchmark for determining the propriety of a bankruptcy settlement is whether the settlement is in the best interests of the estate."); *In re Smith*, No. 02-16450-JKC-7A, 2008 WL 4276171, at *2 (Bankr. S.D. Ind. Sept. 10, 2008) (same).  Settlements should be approved unless "the settlement 'falls below the lowest point in the range of reasonableness.'"  *In re Commercial Loan Corp.*, 316 B.R. 690, 698 (Bankr. N.D. Ill. 2004) (quoting *Energy Co-op.*, 886 F.2d at 929); *In re Doctors Hosp. of Hyde Park, Inc.*, 474 F.3d 421, 426 (7th Cir. 2007); *see also In re Artra Grp., Inc.*, 300 B.R. 699, 702 (Bankr. N.D. Ill. 2003).  Settlements and compromises are favored in bankruptcy because they expedite case administration and reduce unnecessary administrative

3

costs. *Fogel v. Zell*, 221 F.3d 955, 960 (7th Cir. 2000). In determining whether a compromise is in the best interests of the estate, the Court must compare "the settlement's terms with the litigation's probable costs and probable benefits." *In re Am. Reserve Corp.*, 841 F.2d 159, 161 (7th Cir. 1987); *see also Doctors Hosp.*, 474 F.3d at 426 ("Among the factors the court considers are the litigation's probability of success, complexity, expense, inconvenience, and delay, including the possibility that disapproving the settlement will cause wasting of assets.") (internal quotation marks and citations omitted); *Commercial Loan*, 316 B.R. at 697 (holding that relevant factors a bankruptcy court should consider in approving a settlement include "the litigation's probability of success, its complexity, and its 'attendant expense, inconvenience and delay'" (quoting *Am. Reserve Corp.*, 841 F.2d at 161)).

11.     For the proposed settlements of Avoidance Claims listed on Exhibit 1, the Trustee determined the settlement terms based on the merits of the settlement parties' defenses to the Avoidance Claims, the risk to the Affiliated Debtors' bankruptcy estates if the Avoidance Claims were litigated, and the expense the Affiliated Debtors' bankruptcy estates would likely incur in connection with such litigation. Based upon these considerations and the Trustee's business judgment, the Trustee respectfully submits that the settlements of the Avoidance Claims listed on Exhibit 1 are fair, equitable, in the best interest of the Affiliated Debtor' bankruptcy estates and within the range of reasonableness for approval under Bankruptcy Rule 9019(a).

## V. NOTICE

12.     Pursuant to the *Notice, Case Management and Administrative Procedures* (the "Case Management Procedures") approved by the Court on October 4, 2016 [Doc 220], the Trustee will serve a copy of this motion on the following (as defined in the Case Management Procedures): (a) the Core Group; (b) the Request for Notice List; (c) the Appearance List; and (d) those settlement parties listed on Exhibit 1.

4

**NOTICE IS GIVEN**, that pursuant to the Case Management Procedures, any objection to this motion must be in writing and filed with the Bankruptcy Clerk by no later than **4:00 p.m.** (prevailing Eastern Time) on **February 13, 2019**. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail or in person at:

> 116 U.S. Courthouse
> 46 East Ohio Street
> Indianapolis, IN 46204

The objecting party must also serve a copy of the written objection upon the Trustee's counsel, at Counsel for Trustee Deborah J. Caruso, Rubin & Levin, P.C., 135 N. Pennsylvania Street, Suite 1400, Indianapolis, IN 46204. **If an objection is NOT timely filed, the requested relief may be granted without a hearing.**

**NOTICE IS FURTHER GIVEN** that in the event an objection to this motion is timely filed, a hearing on this motion and such objection will be conducted on **February 20, 2019** at **1:30 p.m.** (prevailing Eastern time), in Room 325 of the United States Courthouse, 46 East Ohio Street, Indianapolis, IN 46204.

  **WHEREFORE**, the Trustee respectfully request entry of an order, (i) authorizing the Trustee to compromise and settle the Avoidance Claims listed on Exhibit 1 for the amounts listed, (ii) authorizing the Trustee to retain the settlement proceeds from the settlements listed on Exhibit 1 for the general administration by the Affiliated Debtors' bankruptcy estates, and (iii) granting the Trustee all other just and proper relief.

Respectfully submitted,

RUBIN & LEVIN, P.C.

By: */s/ Meredith R. Theisen*
     Meredith R. Theisen

Deborah J. Caruso (Atty. No. 4273-49)
John C. Hoard (Atty. No. 8024-49)
James E. Rossow Jr. (Atty. No. 21063-29)
Meredith R. Theisen (Atty. No. 28804-49)
RUBIN & LEVIN, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, Indiana 46204
Tel: (317) 634-0300
Fax: (317) 263-9411
Email:  dcaruso@rubin-levin.net
          johnh@rubin-levin.net
          jim@rubin-levin.net
          mtheisen@rubin-levin.net
Attorneys for Deborah J. Caruso, Trustee

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 28, 2019, a copy of the foregoing *Trustee's 10th Omnibus Motion to Compromise and Settle Avoidance Claims in the Gross Amount of $50,000.01 or More* was filed electronically. Pursuant to Section IV.C.3(a) of the Case Management Procedures, notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

John Joseph Allman    jallman@hbkfirm.com, dadams@hbkfirm.com
Richard Allyn    rallyn@robinskaplan.com
Robert N Amkraut    ramkraut@foxrothschild.com
Scott S. Anders    scott.anders@jordanramis.com, litparalegal@jordanramis.com
Manuel German Arreaza    manuel.arreaza@cfpb.gov
Todd Allan Atkinson    tatkinson@ulmer.com
Darren Azman    dazman@mwe.com
Kay Dee Baird    kbaird@kdlegal.com, rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com
Michael I. Baird    baird.michael@pbgc.gov, efile@pbgc.gov
Christopher E. Baker    cbaker@hbkfirm.com, thignight@hbkfirm.com
James David Ballinger    jim@kentuckytrial.com, jennifer@kentuckytrial.com
Joseph E. Bant    jebant@lewisricekc.com
William J. Barrett    william.barrett@bfkn.com, mark.mackowiak@bfkn.com
Ashley Flynn Bartram    ashley.bartram@oag.texas.gov
Alex M Beeman    alex@beemanlawoffice.com, alexbeemanECF@protonmail.com
Thomas M Beeman    tom@beemanlawoffice.com
Richard James Bernard    rbernard@foley.com

Thomas Berndt    tberndt@robinskaplan.com, jgerboth@robinskaplan.com
John J Berry    john.berry@dinsmore.com, Christina.Lee@DINSMORE.COM
Lauren Beslow    lauren.beslow@quarles.com
Brandon Craig Bickle    bbickle@gablelaw.com
David J. Bodle    dbodle@hhclaw.com, layres@hhlaw-in.com
Robert A. Breidenbach    rab@goldsteinpressman.com
Wendy D Brewer    wbrewer@fmdlegal.com, cbellner@fmdlegal.com
Kayla D. Britton    kayla.britton@faegrebd.com, noticeFRindy@faegrebd.com
Robert Bernard Bruner    bob.bruner@nortonrosefulbright.com
Jason R Burke    jburke@bbrlawpc.com, kellis@bbrlawpc.com
Erin Busch    ebusch@nebraska.edu
John Cannizzaro    john.cannizzaro@icemiller.com, Deborah.Martin@icemiller.com
Kevin M. Capuzzi    kcapuzzi@beneschlaw.com, lmolinaro@beneschlaw.com;docket@beneschlaw.com
James E. Carlberg    jcarlberg@boselaw.com, mwakefield@boselaw.com;rmurphy@boselaw.com
Steven Dean Carpenter    scarpenter1@dor.in.gov
Deborah Caruso    dcaruso@rubin-levin.net, dwright@rubin-levin.net;jkrichbaum@rubin-levin.net;atty_dcaruso@bluestylus.com
Deborah J. Caruso    trusteecaruso@rubin-levin.net, DJC@trustesolutions.net
Joshua W. Casselman    jcasselman@rubin-levin.net, angie@rubin-levin.net;atty_jcasselman@bluestylus.com
Ben T. Caughey    ben.caughey@merchocaughey.com
Sonia A. Chae    chaes@sec.gov
John Andrew Chanin    jchanin@lindquist.com, srummery@lindquist.com
Courtney Elaine Chilcote    courtney@ckhattorneys.com, ckh@ckhattorneys.com;tracy@ckhattorneys.com
Dale C Christensen    christensen@sewkis.com
Eboney Delane Cobb    ecobb@pbfcm.com
Tiffany Cobb    tscobb@vorys.com
Michael Edward Collins    mcollins@manierherod.com
Michael Anthony Collyard    mcollyard@robinskaplan.com, rhoule@robinskaplan.com
Eileen Connor    econnor@law.harvard.edu
Lawrence D. Coppel    lcoppel@gfrlaw.com
Heather M. Crockett    Heather.Crockett@atg.in.gov, darlene.greenley@atg.in.gov
J Russell Cunningham    rcunningham@dnlc.net, reaster@dnlc.net
Erica Dausch    edausch@babstcalland.com
David H DeCelles    david.h.decelles@usdoj.gov
Melissa J. DeGroff    mjd@kgrlaw.com, cjs@kgrlaw.com
Dustin R. DeNeal    dustin.deneal@faegrebd.com, noticeFRindy@faegrebd.com
Laura A DuVall    Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Stephen Emedi    semedi@law.harvard.edu
Abby Engen    aengen@nmag.gov, eheltman@nmag.gov
Annette England    annette.england@btlaw.com
Charles Anthony Ercole    cercole@klehr.com, acollazo@klehr.com
Carolyn Meredith Fast    carolyn.fast@ag.ny.gov
Elaine Victoria Fenna    elaine.fenna@morganlewis.com

7

Andrew W Ferich    awf@chimicles.com
Scott Patrick Fisher    sfisher@drewrysimmons.com, lgarrison@DSVlaw.com
John David Folds    dfolds@bakerdonelson.com, sparson@bakerdonelson.com
Jennifer N Fountain    jfountain@iislaw.com, sfilippini@iislaw.com
Sarah Lynn Fowler    sarah.fowler@mbcblaw.com, deidre.gastenveld@mbcblaw.com
Robert W. Fuller    rfuller@rbh.com
Carlos Galliani    carlos@thelidjifirm.com
Jonathan William Garlough    jgarlough@foley.com, mstockl@foley.com;mdlee@foley.com
Lea Pauley Goff    lea.goff@skofirm.com, emily.keith@skofirm.com;mary.lisanby@skofirm.com
Barry S. Gold    bgold@mmlawus.com
John C Goodchild    john.goodchild@morganlewis.com
Douglas Gooding    dgooding@choate.com
John Andrew Goodridge    jagoodridge@jaglo.com, angray@jaglo.com;dwhiggs@jaglo.com
Michael Wayne Grant    michael.w.grant@doj.state.or.us
Richard Grayson Grant    rgrant@rgglaw.com, grantecf@gmail.com
Alan Mark Grochal    agrochal@tydingslaw.com
Elizabeth N. Hahn    ehahn@rubin-levin.net, mralph@rubin-levin.net
Gregory Forrest Hahn    ghahn@boselaw.com, jmcneeley@boselaw.com
Julian Ari Hammond    Jhammond@hammondlawpc.com, ppecherskaya@hammondlawpc.com
Wallace M Handler    whandler@swappc.com, kkloock@swappc.com
William J. Hanlon    whanlon@seyfarth.com
Adam Craig Harris    adam.harris@srz.com
Brian Hauck    bhauck@jenner.com
Jeffrey M. Hawkinson    jhawkinson@pcslegal.com, danderson@pcslegal.com
Michael J. Hebenstreit    mjh@whzlaw.com, arlene@whzlaw.com;ene@whzlaw.com;kdt@whzlaw.com
Amanda Marie Hendren    amanda@indianalawgroup.com
Claude Michael Higgins    Michael.Higgins@ag.ny.gov
Michael W. Hile    mhile@jacobsonhile.com, assistant@jacobsonhile.com
Sean M Hirschten    shirschten@psrb.com
Robert M. Hirsh    robert.hirsh@arentfox.com
John C. Hoard    johnh@rubin-levin.net, jkrichbaum@rubin-levin.net;atty_jch@trustesolutions.com;sturpin@rubin-levin.net
Curt Derek Hochbein    chochbein@rubin-levin.net, mralph@rubin-levin.net;lking@rubin-levin.net;atty_chochbein@bluestylus.com
Jeffrey A Hokanson    jeff.hokanson@icemiller.com, Kathy.peed@icemiller.com
Steven Howard Holinstat    sholinstat@proskauer.com
Diana Hooley    diana.hooley@state.ma.us
Thomas Ross Hooper    hooper@sewkis.com
George Wade Hopper    ghopper@cohenandmalad.com, klandeck@cohenandmalad.com
Andrew E. Houha    bkecfnotices@johnsonblumberg.com
Andrew W. Hull    awhull@hooverhullturner.com, fgipson@hooverhullturner.com
James C Jacobsen    jjacobsen@nmag.gov, eheltman@nmag.gov
Christine K. Jacobson    cjacobson@jacobsonhile.com, assistant@jacobsonhile.com
Jay Jaffe    jay.jaffe@faegrebd.com, noticeFRindy@faegrebd.com
David Januszewski    djanuszewski@cahill.com

8

Benjamin F Johns    bfj@chimicles.com, klw@chimicles.com
Russell Ray Johnson    russj4478@aol.com
Kenneth C. Jones    kcjones@lewisrickc.com
Anthony R. Jost    tjost@rbelaw.com, baldous@rbelaw.com;tbutton@rbelaw.com
David J. Jurkiewicz    DJurkiewicz@boselaw.com, mwakefield@boselaw.com;rmurphy@boselaw.com;clindsey@boselaw.com;dlingenfelter@boselaw.com
Timothy Q. Karcher    tkarcher@proskauer.com
Alan Katz    akatz@lockelord.com
Richard B. Kaufman    richardkfmn@gmail.com
Carly Kessler    ckessler@robinskaplan.com
John M. Ketcham    jketcham@psrb.com, scox@psrb.com
Taejin Kim    tae.kim@srz.com
Edward M King    tking@fbtlaw.com, lsugg@fbtlaw.com;tking@ecf.inforuptcy.com
Roy F. Kiplinger    bankruptcy@kiplingerlaw.com, bankruptcy@kiplingerlaw.com
Jackson Taylor Kirklin    taylor.kirklin@usdoj.gov, denise.woody@usdoj.gov
James A. Knauer    jak@kgrlaw.com, tjf@kgrlaw.com
Kevin Dale Koons    kkoons@kgrlaw.com
Harris J. Koroglu    hkoroglu@shutts.com, fsantelices@shutts.com
Lawrence Joel Kotler    ljkotler@duanemorris.com
Robert R Kracht    rrk@mccarthylebit.com
Andrew L. Kraemer    akraemer@johnsonblumberg.com, akraemerlawoffice@att.net
David R. Krebs    dkrebs@hbkfirm.com, dadams@hbkfirm.com
Jerrold Scott Kulback    jkulback@archerlaw.com
Jay R LaBarge    jlabarge@stroblpc.com
Darryl S Laddin    bkrfilings@agg.com
Michael J. Langlois    mlanglois@shouselanglois.com, rshouse@shouselanglois.com
Vilda Samuel Laurin    slaurin@boselaw.com
Jordan A Lavinsky    jlavinsky@hansonbridgett.com
Todd Evan Leatherman    todd.leatherman@ky.gov
David S Lefere    dlefere@mikameyers.com, jfortney@mikameyers.com
Anthony Darrell Lehman    alehman@hpwlegal.com
Martha R. Lehman    mlehman@salawus.com, marthalehman87@gmail.com;pdidandeh@salawus.com;lengle@salawus.com
Gary H Leibowitz    gleibowitz@coleschotz.com, blansinger@coleschotz.com;pratkowiak@coleschotz.com
Donald D Levenhagen    dlevenhagen@landmanbeatty.com
Elizabeth Marie Little    elizabeth.little@faegrebd.com
Edward J LoBello    elobello@msek.com
Melinda Hoover MacAnally    Melinda.MacAnally@atg.in.gov, Carrie.Spann@atg.in.gov;Kenyatta.Peerman@atg.in.gov
Christopher John Madaio    Cmadaio@oag.state.md.us
John A. Majors    jam@morganandpottinger.com, majormajors44@yahoo.com
Steven A. Malcoun    dsmith@mayallaw.com
Jonathan Marshall    jmarshall@choate.com
Thomas Marvin Martin    tmmartin@lewisrickc.com
Jeff J. Marwil    jmarwil@proskauer.com,

9

npetrov@proskauer.com;pyoung@proskauer.com;sholinstat@proskauer.com
Richard J Mason       rmason@mcguirewoods.com
C. Ed Massey       mbracken@nkylawyers.com, cedmassey@nkylawyers.com
Ann Wilkinson Matthews       amatthews@ncdoj.gov
Rachel Jaffe Mauceri       rachel.mauceri@morganlewis.com
Michael Wesley McBride       mmcbride@cohenandmalad.com, klandeck@cohenandmalad.com
Michael K. McCrory       mmccrory@btlaw.com, bankruptcyindy@btlaw.com
Maureen Elin McOwen       molly.mcowen@cfpb.gov
Harley K Means       hkm@kgrlaw.com,
kwhigham@kgrlaw.com;cjs@kgrlaw.com;tjf@kgrlaw.com
Toby Merrill       tomerrill@law.harvard.edu, ppsl@law.harvard.edu
Robert W. Miller       rmiller@manierherod.com
Sherry Millman       smillman@stroock.com
Jason Milstone       jason.milstone@cmsenergy.com
Thomas E Mixdorf       thomas.mixdorf@icemiller.com, susan.cogdill@icemiller.com
Evgeny Grigori Mogilevsky       eugene@egmlegal.com, emily@egmlegal.com
James P Moloy       jmoloy@boselaw.com,
dlingenfelter@boselaw.com;mwakefield@boselaw.com
Ronald J. Moore       Ronald.Moore@usdoj.gov
Hal F Morris       hal.morris@oag.texas.gov
Michael David Morris       michael.morris@ago.mo.gov
Kevin Alonzo Morrissey       kmorrissey@lewis-kappes.com, soliver@lewis-kappes.com;leckert@lewis-kappes.com;kwilliams@lewis-kappes.com
Whitney L Mosby       wmosby@bgdlegal.com, fwolfe@bgdlegal.com
C Daniel Motsinger       cmotsinger@kdlegal.com,
cmotsinger@kdlegal.com;crbpgpleadings@kdlegal.com;shammersley@kdlegal.com
Lee Duck Moylan       lmoylan@klehr.com, acollazo@klehr.com
Joseph L. Mulvey       joseph@mulveylawllc.com, linda@mulveylawllc.com
Abraham Murphy       murphy@abrahammurphy.com
Justin Scott Murray       jmurray@atg.state.il.us
Alissa M. Nann       anann@foley.com, DHeffer@foley.com
Henry Seiji Newman       hsnewman@dglaw.com
Kevin M. Newman       knewman@menterlaw.com, kmnbk@menterlaw.com
Cassandra A. Nielsen       cnielsen@rubin-levin.net,
atty_cnielsen@bluestylus.com,mralph@rubin-levin.net;lking@rubin-levin.net
Ryan Charles Nixon       rcnixon@lamarcalawgroup.com
Isaac Nutovic       inutovic@nutovic.com
Michael O'Donnell       mike.odonnell@nortonrosefulbright.com
Gregory Ostendorf       gostendorf@scopelitis.com, agregory@scopelitis.com
Weston Erick Overturf       wes.overturf@mbcblaw.com,
deidre.gastenveld@mbcblaw.com;ellen.sauter@mbcblaw.com
Pamela A. Paige       ppaige@plunkettcooney.com, amiller@plunkettcooney.com
Kenneth Pasquale       kpasquale@stroock.com
Eric Pendergraft       ependergraft@slp.law, dwoodall@slp.law;bss@slp.law
Danielle Ann Pham       danielle.pham@usdoj.gov
Jack A Raisner       jar@outtengolden.com,
kdeleon@outtengolden.com;jquinonez@outtengolden.com

Jonathan Hjalmer Reischl     jonathan.reischl@cfpb.gov
Michael Rella     mrella@mmlawus.com
Caroline Ellona Richardson     caroline@paganelligroup.com, anna@paganelligroup.com
James Leigh Richmond     James.Richmond@fldoe.org
Mai Lan Gabrielle Rodgers     Rodgers.MaiLan@pbgc.gov, efile@pbgc.gov
John M. Rogers     johnr@rubin-levin.net, jkrichbaum@rubin-levin.net;atty_rogers@bluestylus.com;mralph@rubin-levin.net
Melissa M. Root     mroot@jenner.com, wwilliams@jenner.com
David A. Rosenthal     darlaw@nlci.com
James E Rossow     jim@rubin-levin.net, ATTY_JER@trustesolutions.com;robin@rubin-levin.net;lisa@rubin-levin.net
Rene Sara Roupinian     rsr@outtengolden.com, jxh@outtengolden.com;kdeleon@outtengolden.com;rfisher@outtengolden.com;gl@outtengolden.com;jquinonez@outtengolden.com
Victoria Fay Roytenberg     vroytenberg@law.harvard.edu, jjimenez@law.harvard.edu
Steven Eric Runyan     ser@kgrlaw.com
Craig Damon Rust     craig.rust@doj.ca.gov, Lindsay.Bensen@doj.ca.gov
Karl T Ryan     stacey@ryanesq.com, stacey@ryanesq.com
Joseph Michael Sanders     jsanders@atg.state.il.us
Thomas C Scherer     tscherer@bgdlegal.com, fwolfe@bgdlegal.com
James R. Schrier     jrs@rtslawfirm.com, lrobison@rtslawfirm.com;jlandes@rtslawfirm.com
Ronald James Schutz     rschutz@robinskaplan.com
H. Jeffrey Schwartz     jschwartz@robinskaplan.com
Courtney Michelle Scott     cscott1@dor.in.gov
Joseph E Shickich     jshickich@foxrothschild.com, vmagda@foxrothschild.com
Randall R Shouse     rshouse@shouselanglois.com, mlanglois@shouselanglois.com
William E Smith     wsmith@k-glaw.com, clipke@k-glaw.com
Lauren C. Sorrell     lsorrell@kdlegal.com, ayeskie@kdlegal.com;swaddell@kdlegal.com
Berry Dan Spears     berrydspears616@gmail.com
Catherine L. Steege     csteege@jenner.com, mhinds@jenner.com;thooker@jenner.com
LaChelle D Stepp     lstepp@steppjaffe.com, lastepp@yahoo.com
Jason V Stitt     jstitt@kmklaw.com
Sharon Stolte     sstolte@sandbergphoenix.com
Jesse Ellsworth Summers     esummers@burr.com, sguest@burr.com
Jonathan David Sundheimer     jsundheimer@btlaw.com
Nathan L Swehla     nswehla@graydon.law
Nancy K. Swift     nswift@buchalter.com, cbohnsack@buchalter.com
Andrew W.J. Tarr     atarr@robinsonbradshaw.com
Eric Jay Taube     eric.taube@wallerlaw.com, annmarie.jezisek@wallerlaw.com;sherri.savala@wallerlaw.com
Meredith R. Theisen     mtheisen@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
Meredith R. Theisen     mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com;mralph@rubin-levin.net
Jessica L Titler     jt@chimicles.com
David Tocco     djtocco@vorys.com, mdwalkuski@vorys.com
Todd Christian Toral     todd.toral@dlapiper.com, todd-toral-9280@ecf.pacerpro.com

Ronald M. Tucker     rtucker@simon.com, cmartin@simon.com,bankruptcy@simon.com
Christopher Turner     christopher.turner@lw.com, DClitserv@lw.com
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
Michael Ungar     MUngar@mwe.com
Lauren Valkenaar     lauren.valkenaar@nortonrosefulbright.com
Sally E Veghte     sveghte@klehr.com, acollazo@klehr.com
Rachel Claire Verbeke     rverbeke@stroblpc.com
Aimee Vidaurri     aimee.vidaurri@nortonrosefulbright.com
Amy L VonDielingen     avondielingen@woodmclaw.com
Amy E Vulpio     vulpioa@whiteandwilliams.com
Carolyn Graff Wade     Carolyn.G.Wade@doj.state.or.us
Louis Hanner Watson     louis@watsonnorris.com
Jeffrey R. Waxman     jwaxman@morrisjames.com, jdawson@morrisjames.com;wweller@morrisjames.com
Christine M.H. Wellons     christine.wellons@maryland.gov
Philip A. Whistler     philip.whistler@icemiller.com, melodye.mills@icemiller.com
Bradley Winston     bwinston@winstonlaw.com, lwheaton@winstonlaw.com
Brandon Michael Wise     bwise@prwlegal.com
Cathleen Dianne Wyatt     cwyatt@fbtlaw.com, tacton@fbtlaw.com
Joseph Yar     jyar@nmag.gov, eheltman@nmag.gov;lgiandomenico@nmag.gov
James T Young     james@rubin-levin.net, lking@rubin-levin.net;atty_young@bluestylus.com;mralph@rubin-levin.net
James E. Zoccola     jzoccola@lewis-kappes.com

     I further certify that on January 28, 2019, pursuant to Section IV.C.3(c) of the Case Management Procedures, a copy of the foregoing *Trustee's 10th Omnibus Motion to Compromise and Settle Avoidance Claims in the Gross Amount of $50,000.01 or More* was emailed to the following:

Arlington ISD/Richardson ISD:  Eboney Cobb at ecobb@pbfcm.com
CEC Red Run, LLC:  Alan M. Grochal at agrochal@tydingslaw.com
SWRE Deal V Building, LLC:  Paul Weiser at pweiser@buchalter.com
Tarrant County/Dallas County:  Elizabeth Weller at dallas.bankruptcy@publicans.com
Northwest Natural Gas Company:  Ashlee Minty at Ashlee.Minty@nwnatural.com
Solar Drive Business, LLC:  Chris W. Halling at challing@hallingmeza.com
Market-Turk Company:  Jordan A. Lavinsky at jlavinsky@hansonbridgett.com
Taxing Authority for Harris County, Texas:  John P. Dillman at houston_bankruptcy@lgbs.com
Texas Comptroller of Public Accounts:  Rachel Obaldo at rachel.obaldo@oag.texas.gov
Clear Creek Independent School District:  Carl O. Sandin at csandin@pbfcm.com
Synchrony Bank:  Recovery Management Systems Corporation at claims@recoverycorp.com
Bexar County:  Don Stecker at sanantonio.bankruptcy@publicans.com
SWRE Deal V Building, LLC:  Nancy K. Swift at nswift@buchalter.com
TN Dept. of Revenue:  Michael Willey at michael.willey@ag.tn.gov
Florida Department of Education:  Benman D. Szeto at benman.szeto@fldoe.org
Last Second Media, Inc.:  T. Todd Egland at tegland@beldenblaine.com
Hung Duong:  Kevin Schwin at kevin@schwinlaw.com
Travis County:  Kay D. Brock at kay.brock@traviscountytx.gov

Able Building Maintenance:  Scott D. Fink at bronationalecf@weltman.com
Marathon Ventures, LLC:  Daniel M. Karger at kargerlaw@gmail.com
Oklahoma County Treasurer:  Tammy Jones at tammy.jones@oklahomacounty.org
JM Partners LLC:  John Marshall at jmarshall@jmpartnersllc.com

I further certify that on January 28, 2019, pursuant to Section IV.C.3(b)(ii) of the Case Management Procedures, a copy of the foregoing *Trustee's 10th Omnibus Motion to Compromise and Settle Avoidance Claims in the Gross Amount of $50,000.01 or More* was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

American Electric Power Company Inc., Indiana Michigan Power Company d/b/a American Electric Power, Ohio Power Company d/b/a American Electric Power, Ohio Power Company d/b/a American Electric Power and AEP Ohio, Appalachian Power Company d/b/a American Electric Power and American Electric Power Corporation
P.O. Box 2021
Roanoke, VA 24022

Cox Media L.L.C., Cox Communications, Inc. d/b/a Cox Media Phoenix, Cox Media Baton Rouge and Cox Media Mobile
6205-A Peachtree Dunwoody Road
Atlanta, GA 30328

Deaf Interpreter Services, Inc.
P.O. Box 700047
San Antonio, TX 78270

Lowe & Partners Worldwide, Inc. d/b/a Sociedad
386 Park Ave. S., 15th Floor
New York, NY 10016

Viacom Inc., Viacom International Inc., Viacom Hearty Ha!Ha! LLC, Comedy Partners and Spike Cable Networks, Inc.
1515 Broadway
New York, NY 10036

                */s/ Meredith R. Theisen*
                Meredith R. Theisen

g:\wp80\trustee\caruso\itt educational - 86723901\drafts\avoidance claims settlements\motions\10th omnibus settlement motion.docx