UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] ) | Case No. 16-07207-JMC-7A |
| ) | |
| Debtors. ) | Jointly Administered |

**TRUSTEE'S 14th OMNIBUS MOTION TO COMPROMISE AND SETTLE AVOIDANCE CLAIMS IN THE GROSS AMOUNT OF $50,000.01 OR MORE**

Deborah J. Caruso, the chapter 7 trustee in this case (the "Trustee"), by counsel, pursuant 11 U.S.C. §§ 105 and 363 and Rule 9019 of the Federal Rules of Bankruptcy Procedure, requests entry of an order authorizing the Trustee to compromise and settle the Avoidance Claims (as defined below) listed on Exhibit 1 on the following grounds:

## I. JURISDICTION

1. The Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicate for relief are sections 105 and 363 of the United States Code (the "Bankruptcy Code") and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## II. BACKGROUND

4. On September 16, 2016 (the "Petition Date"), ITT Educational Services, Inc. ("ITT"), ESI Service Corp. ("ESI") and Daniel Webster College, Inc. ("Webster College," and together with ITT and ESI, the "Affiliated Debtors") filed voluntary petitions for relief under chapter 7 of the Bankruptcy Code. The Trustee was appointed interim trustee under section 701

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

of the Bankruptcy Code in each of the Affiliated Debtors' bankruptcy cases on the Petition Date, and in accordance with section 702(d) of the Bankruptcy Code, became the permanent case trustee on November 1, 2016 following the conclusion of the meeting of creditors held pursuant to section 341(a) of the Bankruptcy Code.

5. On October 4, 2016, the Court entered its *Order Granting Motion for Joint Administration of Chapter 7 Cases* [Docs 221 & 222], directing the Affiliated Debtors' bankruptcy cases to be jointly administered for procedural purposes only.

6. Pursuant to the *Order Granting Trustee's Motion for Authority to Settle Certain Classes of Controversies Pursuant to Bankruptcy Rule 9019(b)* (the "Settlement Authority Order") [Doc 2556], entered on May 30, 2018, the Trustee is required to obtain Court approval of settlements of causes of action under chapter 5 of the Bankruptcy Code (the "Avoidance Claims") that are in the gross amount of $50,000.01 or more. In addition, the Settlement Authority Order authorizes the Trustee to file motions seeking approval of such settlements on an omnibus basis.

7. Attached and incorporated as Exhibit 1, is the schedule of settlements of Avoidance Claims in the gross amount of $50,000.01 or more that have been entered into by the Trustee as of April 8, 2019,[2] which are subject to final approval by the Court.

### III. RELIEF REQUESTED

8. The Trustee requests entry of an order, pursuant to sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rule 9019, authorizing the Trustee to (a) compromise and settle the Avoidance Claims listed on Exhibit 1 for the amounts listed, and (b) to retain the settlement proceeds from the settlements listed on Exhibit 1 for the general administration by the Affiliated Debtors' bankruptcy estates.

---

[2] Exhibit 1 does not include settlements included in prior motions filed with the Court.

2

## IV.  GROUNDS FOR GRANTING RELIEF

9. A court may authorize a trustee to enter into a settlement so long as it is a sound exercise of the trustee's business judgment. *See* 11 U.S.C. § 363(b); *In re UAL Corp.*, 443 F.3d 565, 571 (7th Cir. 2006) (use under section 363 of the Bankruptcy Code must "[make] good business sense"); *In re Schipper*, 933 F.2d 513, 515 (7th Cir. 1991) (section 363 involves exercise of fiduciary duties and requires an "articulated business justification"); *see also In re Olde Prairie Block Owners, LLC*, 448 B.R. 482, 492 (Bankr. N.D. Ill. 2011) (same).  Moreover, when applying the "business judgment" standard to a use of estate property under section 363 of the Bankruptcy Code, a trustee's judgment is "entitled to great judicial deference as long as a sound business reason is given." *See In re Efoora, Inc.*, 472 B.R. 481, 488 (Bankr. N.D. Ill. 2012).

10. Similarly, Bankruptcy Rule 9019(a) sets forth the requirements for compromises and settlements and permits a bankruptcy court to approve a trustee's "compromise or settlement" after notice and a hearing, if such settlement is "fair and equitable . . . and in the best interests of the bankruptcy estate." *Depoister v. Mary M. Holloway Found.*, 36 F.3d 582, 586 (7th Cir. 1994); *see also In re Energy Co-op., Inc.*, 886 F.2d 921, 927 (7th Cir. 1989) ("The benchmark for determining the propriety of a bankruptcy settlement is whether the settlement is in the best interests of the estate."); *In re Smith*, No. 02-16450-JKC-7A, 2008 WL 4276171, at *2 (Bankr. S.D. Ind. Sept. 10, 2008) (same).  Settlements should be approved unless "the settlement 'falls below the lowest point in the range of reasonableness.'" *In re Commercial Loan Corp.*, 316 B.R. 690, 698 (Bankr. N.D. Ill. 2004) (quoting *Energy Co-op.*, 886 F.2d at 929); *In re Doctors Hosp. of Hyde Park, Inc.*, 474 F.3d 421, 426 (7th Cir. 2007); *see also In re Artra Grp., Inc.*, 300 B.R. 699, 702 (Bankr. N.D. Ill. 2003).  Settlements and compromises are favored in bankruptcy because they expedite case administration and reduce unnecessary administrative

3

costs. *Fogel v. Zell*, 221 F.3d 955, 960 (7th Cir. 2000). In determining whether a compromise is in the best interests of the estate, the Court must compare "the settlement's terms with the litigation's probable costs and probable benefits." *In re Am. Reserve Corp.*, 841 F.2d 159, 161 (7th Cir. 1987); *see also Doctors Hosp.*, 474 F.3d at 426 ("Among the factors the court considers are the litigation's probability of success, complexity, expense, inconvenience, and delay, including the possibility that disapproving the settlement will cause wasting of assets.") (internal quotation marks and citations omitted); *Commercial Loan*, 316 B.R. at 697 (holding that relevant factors a bankruptcy court should consider in approving a settlement include "the litigation's probability of success, its complexity, and its 'attendant expense, inconvenience and delay'" (quoting *Am. Reserve Corp.*, 841 F.2d at 161)).

11.     For the proposed settlements of Avoidance Claims listed on Exhibit 1, the Trustee determined the settlement terms based on the merits of the settlement parties' defenses to the Avoidance Claims, the risk to the Affiliated Debtors' bankruptcy estates if the Avoidance Claims were litigated, and the expense the Affiliated Debtors' bankruptcy estates would likely incur in connection with such litigation. Based upon these considerations and the Trustee's business judgment, the Trustee respectfully submits that the settlements of the Avoidance Claims listed on Exhibit 1 are fair, equitable, in the best interest of the Affiliated Debtor' bankruptcy estates and within the range of reasonableness for approval under Bankruptcy Rule 9019(a).

## V. NOTICE

12.     Pursuant to the *Notice, Case Management and Administrative Procedures* (the "Case Management Procedures") approved by the Court on October 4, 2016 [Doc 220], the Trustee will serve a copy of this motion on the following (as defined in the Case Management Procedures): (a) the Core Group; (b) the Request for Notice List; (c) the Appearance List; and (d) those settlement parties listed on Exhibit 1.

4

**NOTICE IS GIVEN**, that pursuant to the Case Management Procedures, any objection to this motion must be in writing and filed with the Bankruptcy Clerk by no later than **4:00 p.m.** (prevailing Eastern Time) on **April 24, 2019**. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail or in person at:

> 116 U.S. Courthouse
> 46 East Ohio Street
> Indianapolis, IN 46204

The objecting party must also serve a copy of the written objection upon the Trustee's counsel, at Counsel for Trustee Deborah J. Caruso, Rubin & Levin, P.C., 135 N. Pennsylvania Street, Suite 1400, Indianapolis, IN 46204. **If an objection is NOT timely filed, the requested relief may be granted without a hearing.**

**NOTICE IS FURTHER GIVEN** that in the event an objection to this motion is timely filed, a hearing on this motion and such objection will be conducted on **May 1, 2019** at **1:30 p.m.** (prevailing Eastern time), in Room 325 of the United States Courthouse, 46 East Ohio Street, Indianapolis, IN 46204.

**WHEREFORE**, the Trustee respectfully request entry of an order, (i) authorizing the Trustee to compromise and settle the Avoidance Claims listed on Exhibit 1 for the amounts listed, (ii) authorizing the Trustee to retain the settlement proceeds from the settlements listed on Exhibit 1 for the general administration by the Affiliated Debtors' bankruptcy estates, and (iii) granting the Trustee all other just and proper relief.

Respectfully submitted,

RUBIN & LEVIN, P.C.

By: */s/ Meredith R. Theisen*
　　　Meredith R. Theisen

　　　Deborah J. Caruso (Atty. No. 4273-49)
　　　John C. Hoard (Atty. No. 8024-49)
　　　James E. Rossow Jr. (Atty. No. 21063-29)
　　　Meredith R. Theisen (Atty. No. 28804-49)
　　　RUBIN & LEVIN, P.C.
　　　135 N. Pennsylvania Street, Suite 1400
　　　Indianapolis, Indiana 46204
　　　Tel: (317) 634-0300
　　　Fax: (317) 263-9411
　　　Email: dcaruso@rubin-levin.net
　　　　　　　johnh@rubin-levin.net
　　　　　　　jim@rubin-levin.net
　　　　　　　mtheisen@rubin-levin.net
　　　Attorneys for Deborah J. Caruso, Trustee

## CERTIFICATE OF SERVICE

　　I hereby certify that on April 8, 2019, a copy of the foregoing *Trustee's 14th Omnibus Motion to Compromise and Settle Avoidance Claims in the Gross Amount of $50,000.01 or More* was filed electronically. Pursuant to Section IV.C.3(a) of the Case Management Procedures, notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

John Joseph Allman　　jallman@hbkfirm.com, dadams@hbkfirm.com
Richard Allyn　　rallyn@robinskaplan.com
Robert N Amkraut　　ramkraut@foxrothschild.com
Scott S. Anders　　scott.anders@jordanramis.com, litparalegal@jordanramis.com
Manuel German Arreaza　　manuel.arreaza@cfpb.gov
Todd Allan Atkinson　　tatkinson@ulmer.com
Darren Azman　　dazman@mwe.com
Kay Dee Baird　　kbaird@kdlegal.com, rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com
Michael I. Baird　　baird.michael@pbgc.gov, efile@pbgc.gov
Christopher E. Baker　　cbaker@hbkfirm.com, thignight@hbkfirm.com
James David Ballinger　　jim@kentuckytrial.com, jennifer@kentuckytrial.com
Joseph E. Bant　　jebant@lewisricekc.com
William J. Barrett　　william.barrett@bfkn.com, mark.mackowiak@bfkn.com
Ashley Flynn Bartram　　ashley.bartram@oag.texas.gov
Alex M Beeman　　alex@beemanlawoffice.com, abeeman@reminger.com
Thomas M Beeman　　tom@beemanlawoffice.com
Richard James Bernard　　rbernard@foley.com

6

Thomas Berndt     tberndt@robinskaplan.com, jgerboth@robinskaplan.com
John J Berry     john.berry@dinsmore.com, Christina.Lee@DINSMORE.COM
Lauren Beslow     lauren.beslow@quarles.com
Brandon Craig Bickle     bbickle@gablelaw.com
Michael Blumenthal     michael.blumenthal@tklaw.com
David J. Bodle     dbodle@hhclaw.com, layres@hhlaw-in.com
Robert A. Breidenbach     rab@goldsteinpressman.com
Wendy D Brewer     wbrewer@fmdlegal.com, cbellner@fmdlegal.com
Kayla D. Britton     kayla.britton@faegrebd.com, noticeFRindy@faegrebd.com
Robert Bernard Bruner     bob.bruner@nortonrosefulbright.com
Jason R Burke     jburke@bbrlawpc.com, kellis@bbrlawpc.com
Erin Busch     ebusch@nebraska.edu
John Cannizzaro     john.cannizzaro@icemiller.com, Deborah.Martin@icemiller.com
Kevin M. Capuzzi     kcapuzzi@beneschlaw.com, lmolinaro@beneschlaw.com;docket@beneschlaw.com
James E. Carlberg     jcarlberg@boselaw.com, mwakefield@boselaw.com;rmurphy@boselaw.com
Steven Dean Carpenter     scarpenter1@dor.in.gov
Deborah Caruso     dcaruso@rubin-levin.net, dwright@rubin-levin.net;jkrichbaum@rubin-levin.net;atty_dcaruso@bluestylus.com
Deborah J. Caruso     trusteecaruso@rubin-levin.net, DJC@trustesolutions.net
Joshua W. Casselman     jcasselman@rubin-levin.net, angie@rubin-levin.net;atty_jcasselman@bluestylus.com
Ben T. Caughey     ben.caughey@merchocaughey.com
Sonia A. Chae     chaes@sec.gov
John Andrew Chanin     jchanin@lindquist.com, srummery@lindquist.com
Courtney Elaine Chilcote     courtney@ckhattorneys.com, ckh@ckhattorneys.com;tracy@ckhattorneys.com
Dale C Christensen     christensen@sewkis.com
Eboney Delane Cobb     ecobb@pbfcm.com
Tiffany Cobb     tscobb@vorys.com
Michael Edward Collins     mcollins@manierherod.com
Michael Anthony Collyard     mcollyard@robinskaplan.com, rhoule@robinskaplan.com
Eileen Connor     econnor@law.harvard.edu
Lawrence D. Coppel     lcoppel@gfrlaw.com
Heather M. Crockett     Heather.Crockett@atg.in.gov, darlene.greenley@atg.in.gov
J Russell Cunningham     rcunningham@dnlc.net, reaster@dnlc.net
Erica Dausch     edausch@babstcalland.com
Melissa J. DeGroff     mjd@kgrlaw.com, cjs@kgrlaw.com
Dustin R. DeNeal     dustin.deneal@faegrebd.com, noticeFRindy@faegrebd.com
Laura A DuVall     Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Stephen Emedi     semedi@law.harvard.edu
Abby Engen     aengen@nmag.gov, eheltman@nmag.gov
Annette England     annette.england@btlaw.com
Charles Anthony Ercole     cercole@klehr.com, acollazo@klehr.com
Carolyn Meredith Fast     carolyn.fast@ag.ny.gov
Elaine Victoria Fenna     elaine.fenna@morganlewis.com

7

Andrew W Ferich    awf@chimicles.com
Scott Patrick Fisher    sfisher@drewrysimmons.com, lgarrison@DSVlaw.com
John David Folds    dfolds@bakerdonelson.com, sparson@bakerdonelson.com
Jennifer N Fountain    jfountain@iislaw.com, sfilippini@iislaw.com
Sarah Lynn Fowler    sarah.fowler@mbcblaw.com, deidre.gastenveld@mbcblaw.com
Robert W. Fuller    rfuller@rbh.com
Carlos Galliani    carlos@thelidjifirm.com
Jonathan William Garlough    jgarlough@foley.com, mstockl@foley.com;mdlee@foley.com
Lisa Giandomenico    lgiandomenico@nmag.gov
Lea Pauley Goff    lea.goff@skofirm.com, emily.keith@skofirm.com
Barry S. Gold    bgold@mmlawus.com
John C Goodchild    john.goodchild@morganlewis.com
Douglas Gooding    dgooding@choate.com
John Andrew Goodridge    jagoodridge@jaglo.com, angray@jaglo.com;dwhiggs@jaglo.com
Michael Wayne Grant    michael.w.grant@doj.state.or.us
Richard Grayson Grant    rgrant@rgglaw.com, grantecf@gmail.com
Alan Mark Grochal    agrochal@tydingslaw.com
Elizabeth N. Hahn    ehahn@rubin-levin.net, mralph@rubin-levin.net
Gregory Forrest Hahn    ghahn@boselaw.com, jmcneeley@boselaw.com
Julian Ari Hammond    Jhammond@hammondlawpc.com, ppecherskaya@hammondlawpc.com
Wallace M Handler    whandler@swappc.com, kkloock@swappc.com
William J. Hanlon    whanlon@seyfarth.com
Adam Craig Harris    adam.harris@srz.com
Brian Hauck    bhauck@jenner.com
Jeffrey M. Hawkinson    jhawkinson@pcslegal.com, danderson@pcslegal.com
Michael J. Hebenstreit    mjh@whzlaw.com, arlene@whzlaw.com;ene@whzlaw.com;kdt@whzlaw.com
Amanda Marie Hendren    amanda@indianalawgroup.com
Claude Michael Higgins    Michael.Higgins@ag.ny.gov
Michael W. Hile    mhile@jacobsonhile.com, assistant@jacobsonhile.com
Sean M Hirschten    shirschten@psrb.com
Robert M. Hirsh    robert.hirsh@arentfox.com
John C. Hoard    johnh@rubin-levin.net, jkrichbaum@rubin-levin.net;atty_jch@trustesolutions.com;sturpin@rubin-levin.net
Curt Derek Hochbein    chochbein@rubin-levin.net, mralph@rubin-levin.net;lking@rubin-levin.net;atty_chochbein@bluestylus.com
Jeffrey A Hokanson    jeff.hokanson@icemiller.com, bgnotices@icemiller.com
Steven Howard Holinstat    sholinstat@proskauer.com
Diana Hooley    diana.hooley@state.ma.us
Thomas Ross Hooper    hooper@sewkis.com
George Wade Hopper    ghopper@cohenandmalad.com, klandeck@cohenandmalad.com
Andrew E. Houha    bkecfnotices@johnsonblumberg.com
Andrew W. Hull    awhull@hooverhullturner.com, fgipson@hooverhullturner.com
James C Jacobsen    jjacobsen@nmag.gov, eheltman@nmag.gov
Christine K. Jacobson    cjacobson@jacobsonhile.com, 5412@notices.nextchapterbk.com
Jay Jaffe    jay.jaffe@faegrebd.com, noticeFRindy@faegrebd.com
David Januszewski    djanuszewski@cahill.com

Benjamin F Johns     bfj@chimicles.com, klw@chimicles.com
Russell Ray Johnson     russj4478@aol.com
Kenneth C. Jones     kcjones@lewisricekc.com
Anthony R. Jost     tjost@rbelaw.com, baldous@rbelaw.com
David J. Jurkiewicz     DJurkiewicz@boselaw.com, mwakefield@boselaw.com;rmurphy@boselaw.com;dlingenfelter@boselaw.com
Timothy Q. Karcher     tkarcher@proskauer.com
Alan Katz     akatz@lockelord.com
Richard B. Kaufman     richardkfmn@gmail.com
Carly Kessler     ckessler@robinskaplan.com
John M. Ketcham     jketcham@psrb.com, scox@psrb.com
Taejin Kim     tae.kim@srz.com
Edward M King     tking@fbtlaw.com, lsugg@fbtlaw.com;tking@ecf.inforuptcy.com
Roy F. Kiplinger     bankruptcy@kiplingerlaw.com, bankruptcy@kiplingerlaw.com
Jackson Taylor Kirklin     taylor.kirklin@usdoj.gov, denise.woody@usdoj.gov;melanie.crouch@usdoj.gov
James A. Knauer     jak@kgrlaw.com, tjf@kgrlaw.com
Kevin Dale Koons     kkoons@kgrlaw.com
Harris J. Koroglu     hkoroglu@shutts.com, fsantelices@shutts.com
Lawrence Joel Kotler     ljkotler@duanemorris.com
Robert R Kracht     rrk@mccarthylebit.com
Andrew L. Kraemer     akraemer@johnsonblumberg.com, akraemerlawoffice@att.net
David R. Krebs     dkrebs@hbkfirm.com, dadams@hbkfirm.com
Jerrold Scott Kulback     jkulback@archerlaw.com
Jay R LaBarge     jlabarge@stroblpc.com
Darryl S Laddin     bkrfilings@agg.com
Michael J. Langlois     mlanglois@shouselanglois.com, rshouse@shouselanglois.com
Vilda Samuel Laurin     slaurin@boselaw.com
Jordan A Lavinsky     jlavinsky@hansonbridgett.com
Todd Evan Leatherman     todd.leatherman@ky.gov
David S Lefere     dlefere@mikameyers.com, jfortney@mikameyers.com
Anthony Darrell Lehman     alehman@hpwlegal.com
Martha R. Lehman     mlehman@salawus.com, marthalehman87@gmail.com;pdidandeh@salawus.com;lengle@salawus.com
Gary H Leibowitz     gleibowitz@coleschotz.com, blansinger@coleschotz.com;pratkowiak@coleschotz.com
Donald D Levenhagen     dlevenhagen@landmanbeatty.com
Elizabeth Marie Little     elizabeth.little@faegrebd.com
Edward J LoBello     elobello@msek.com
Melinda Hoover MacAnally     Melinda.MacAnally@atg.in.gov, Carrie.Spann@atg.in.gov;Kenyatta.Peerman@atg.in.gov
Christopher John Madaio     Cmadaio@oag.state.md.us
John A. Majors     jam@morganandpottinger.com, majormajors44@yahoo.com
Steven A. Malcoun     dsmith@mayallaw.com
Jonathan Marshall     jmarshall@choate.com
Thomas Marvin Martin     tmmartin@lewisricekc.com
Jeff J. Marwil     jmarwil@proskauer.com,

npetrov@proskauer.com;pyoung@proskauer.com;sholinstat@proskauer.com
Richard J Mason  rmason@mcguirewoods.com
C. Ed Massey  mbracken@nkylawyers.com, cedmassey@nkylawyers.com
Ann Wilkinson Matthews  amatthews@ncdoj.gov
Rachel Jaffe Mauceri  rachel.mauceri@morganlewis.com
Michael Wesley McBride  mmcbride@cohenandmalad.com, klandeck@cohenandmalad.com
Michael K. McCrory  mmccrory@btlaw.com, bankruptcyindy@btlaw.com
Maureen Elin McOwen  molly.mcowen@cfpb.gov
Harley K Means  hkm@kgrlaw.com, kwhigham@kgrlaw.com;cjs@kgrlaw.com
Toby Merrill  tomerrill@law.harvard.edu, ppsl@law.harvard.edu
Robert W. Miller  rmiller@manierherod.com
Sherry Millman  smillman@stroock.com
Jason Milstone  jason.milstone@cmsenergy.com
Thomas E Mixdorf  thomas.mixdorf@icemiller.com, susan.cogdill@icemiller.com
Evgeny Grigori Mogilevsky  eugene@egmlegal.com, emily@egmlegal.com;mogilevskyer41855@notify.bestcase.com
James P Moloy  jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Ronald J. Moore  Ronald.Moore@usdoj.gov
Hal F Morris  hal.morris@oag.texas.gov
Michael David Morris  michael.morris@ago.mo.gov
Kevin Alonzo Morrissey  kmorrissey@lewis-kappes.com, soliver@lewis-kappes.com;leckert@lewis-kappes.com;kwilliams@lewis-kappes.com
Whitney L Mosby  wmosby@bgdlegal.com, fwolfe@bgdlegal.com
C Daniel Motsinger  cmotsinger@kdlegal.com, cmotsinger@kdlegal.com;crbpgpleadings@kdlegal.com;shammersley@kdlegal.com
Lee Duck Moylan  lmoylan@klehr.com, acollazo@klehr.com
Joseph L. Mulvey  joseph@mulveylawllc.com, linda@mulveylawllc.com
Abraham Murphy  murphy@abrahammurphy.com
Justin Scott Murray  jmurray@atg.state.il.us
Alissa M. Nann  anann@foley.com, DHeffer@foley.com
Henry Seiji Newman  hsnewman@dglaw.com
Kevin M. Newman  knewman@menterlaw.com, kmnbk@menterlaw.com
Cassandra A. Nielsen  cnielsen@rubin-levin.net, atty_cnielsen@bluestylus.com,mralph@rubin-levin.net;lking@rubin-levin.net
Ryan Charles Nixon  rcnixon@lamarcalawgroup.com
Isaac Nutovic  inutovic@nutovic.com
Michael O'Donnell  mike.odonnell@nortonrosefulbright.com
Gregory Ostendorf  gostendorf@scopelitis.com, agregory@scopelitis.com
Weston Erick Overturf  wes.overturf@mbcblaw.com, deidre.gastenveld@mbcblaw.com;ellen.sauter@mbcblaw.com
Pamela A. Paige  ppaige@plunkettcooney.com, amiller@plunkettcooney.com
Kenneth Pasquale  kpasquale@stroock.com
Eric Pendergraft  ependergraft@slp.law, dwoodall@slp.law;bss@slp.law
Danielle Ann Pham  danielle.pham@usdoj.gov
Anthony Pirraglia  anthony.pirraglia@tklaw.com
Jack A Raisner  jar@outtengolden.com,

10

kdeleon@outtengolden.com;jquinonez@outtengolden.com
Jonathan Hjalmer Reischl    jonathan.reischl@cfpb.gov
Michael Rella    mrella@mmlawus.com
Caroline Ellona Richardson    caroline@paganelligroup.com, anna@paganelligroup.com
James Leigh Richmond    James.Richmond@fldoe.org
Mai Lan Gabrielle Rodgers    Rodgers.MaiLan@pbgc.gov, efile@pbgc.gov
John M. Rogers    johnr@rubin-levin.net, jkrichbaum@rubin-levin.net;atty_rogers@bluestylus.com;mralph@rubin-levin.net
Melissa M. Root    mroot@jenner.com, wwilliams@jenner.com
David A. Rosenthal    darlaw@nlci.com
James E Rossow    jim@rubin-levin.net, ATTY_JER@trustesolutions.com;robin@rubin-levin.net;lisa@rubin-levin.net
Rene Sara Roupinian    rsr@outtengolden.com, jxh@outtengolden.com;kdeleon@outtengolden.com;rfisher@outtengolden.com;gl@outtengolden.com;jquinonez@outtengolden.com
Victoria Fay Roytenberg    vroytenberg@law.harvard.edu, jjimenez@law.harvard.edu
Steven Eric Runyan    ser@kgrlaw.com
Craig Damon Rust    craig.rust@doj.ca.gov, Lindsay.Bensen@doj.ca.gov
Karl T Ryan    stacey@ryanesq.com, kryan@ryanesq.com
Joseph Michael Sanders    jsanders@atg.state.il.us
Thomas C Scherer    tscherer@bgdlegal.com, fwolfe@bgdlegal.com
James R. Schrier    jrs@rtslawfirm.com, lrobison@rtslawfirm.com;jlandes@rtslawfirm.com
Ronald James Schutz    rschutz@robinskaplan.com
H. Jeffrey Schwartz    jschwartz@robinskaplan.com
Courtney Michelle Scott    cscott1@dor.in.gov
Joseph E Shickich    jshickich@foxrothschild.com, vmagda@foxrothschild.com
Randall R Shouse    rshouse@shouselanglois.com, mlanglois@shouselanglois.com
William E Smith    wsmith@k-glaw.com, clipke@k-glaw.com
Lauren C. Sorrell    lsorrell@kdlegal.com, ayeskie@kdlegal.com;swaddell@kdlegal.com;cmotsinger@kdlegal.com;shammersley@kdlegal.com
Berry Dan Spears    berrydspears616@gmail.com
Catherine L. Steege    csteege@jenner.com, mhinds@jenner.com;thooker@jenner.com
LaChelle D Stepp    lstepp@steppjaffe.com, lastepp@yahoo.com
Jason V Stitt    jstitt@kmklaw.com
Sharon Stolte    sstolte@sandbergphoenix.com
Jesse Ellsworth Summers    esummers@burr.com, sguest@burr.com
Jonathan David Sundheimer    jsundheimer@btlaw.com
Nathan L Swehla    nswehla@graydon.law
Nancy K. Swift    nswift@buchalter.com, cbohnsack@buchalter.com
Andrew W.J. Tarr    atarr@robinsonbradshaw.com
Eric Jay Taube    eric.taube@wallerlaw.com, annmarie.jezisek@wallerlaw.com;sherri.savala@wallerlaw.com
Meredith R. Theisen    mtheisen@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
Meredith R. Theisen    mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com;mralph@rubin-levin.net

Jessica L Titler   jt@chimicles.com
David Tocco   djtocco@vorys.com, mdwalkuski@vorys.com
Todd Christian Toral   todd.toral@dlapiper.com, todd-toral-9280@ecf.pacerpro.com
Ronald M. Tucker   rtucker@simon.com, cmartin@simon.com,bankruptcy@simon.com
Christopher Turner   christopher.turner@lw.com, DClitserv@lw.com
U.S. Trustee   ustpregion10.in.ecf@usdoj.gov
Michael Ungar   MUngar@mwe.com
Lauren Valkenaar   lauren.valkenaar@nortonrosefulbright.com
Sally E Veghte   sveghte@klehr.com, acollazo@klehr.com
Rachel Claire Verbeke   rverbeke@stroblpc.com
Aimee Vidaurri   aimee.vidaurri@nortonrosefulbright.com
Amy L VonDielingen   avondielingen@woodmclaw.com
Amy E Vulpio   vulpioa@whiteandwilliams.com
Carolyn Graff Wade   Carolyn.G.Wade@doj.state.or.us
Louis Hanner Watson   louis@watsonnorris.com
Jeffrey R. Waxman   jwaxman@morrisjames.com, jdawson@morrisjames.com;wweller@morrisjames.com
Christine M.H. Wellons   christine.wellons@maryland.gov
Philip A. Whistler   philip.whistler@icemiller.com, melodye.mills@icemiller.com
Bradley Winston   bwinston@winstonlaw.com, lwheaton@winstonlaw.com
Brandon Michael Wise   bwise@prwlegal.com
Cathleen Dianne Wyatt   cwyatt@fbtlaw.com, tacton@fbtlaw.com
Joseph Yar   jyar@nmag.gov, eheltman@nmag.gov;lgiandomenico@nmag.gov
James T Young   james@rubin-levin.net, lking@rubin-levin.net;atty_young@bluestylus.com;mralph@rubin-levin.net
James E. Zoccola   jzoccola@lewis-kappes.com

I further certify that on April 8, 2019, pursuant to Section IV.C.3(c) of the Case Management Procedures, a copy of the foregoing *Trustee's 14th Omnibus Motion to Compromise and Settle Avoidance Claims in the Gross Amount of $50,000.01 or More* was emailed to the following:

Arlington ISD/Richardson ISD:  Eboney Cobb at ecobb@pbfcm.com
CEC Red Run, LLC:  Alan M. Grochal at agrochal@tydingslaw.com
SWRE Deal V Building, LLC:  Paul Weiser at pweiser@buchalter.com
Tarrant County/Dallas County:  Elizabeth Weller at dallas.bankruptcy@publicans.com
Northwest Natural Gas Company:  Ashlee Minty at Ashlee.Minty@nwnatural.com
Solar Drive Business, LLC:  Chris W. Halling at challing@hallingmeza.com
Market-Turk Company:  Jordan A. Lavinsky at jlavinsky@hansonbridgett.com
Taxing Authority for Harris County, Texas:  John P. Dillman at houston_bankruptcy@lgbs.com
Texas Comptroller of Public Accounts:  Rachel Obaldo at rachel.obaldo@oag.texas.gov
Clear Creek Independent School District:  Carl O. Sandin at csandin@pbfcm.com
Synchrony Bank:  Recovery Management Systems Corporation at claims@recoverycorp.com
Bexar County:  Don Stecker at sanantonio.bankruptcy@publicans.com
SWRE Deal V Building, LLC:  Nancy K. Swift at nswift@buchalter.com
TN Dept. of Revenue:  Michael Willey at michael.willey@ag.tn.gov
Florida Department of Education:  Benman D. Szeto at benman.szeto@fldoe.org

Last Second Media, Inc.:  T. Todd Egland at tegland@beldenblaine.com
Hung Duong:  Kevin Schwin at kevin@schwinlaw.com
Travis County:  Kay D. Brock at kay.brock@traviscountytx.gov
Able Building Maintenance:  Scott D. Fink at bronationalecf@weltman.com
Marathon Ventures, LLC:  Daniel M. Karger at kargerlaw@gmail.com
Oklahoma County Treasurer:  Tammy Jones at tammy.jones@oklahomacounty.org
JM Partners LLC:  John Marshall at jmarshall@jmpartnersllc.com

      I further certify that on April 8, 2019, pursuant to Section IV.C.3(b)(ii) of the Case Management Procedures, a copy of the foregoing *Trustee's 14th Omnibus Motion to Compromise and Settle Avoidance Claims in the Gross Amount of $50,000.01 or More* was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

| | | |
|---|---|---|
| Hudson Energy Services, LLC<br>4 Executive Boulevard<br>Suite 301<br>Suffern, NY 10901 | R.S.R. Electronics, Inc.<br>900 Hart Street<br>Rahway, NJ 07065 | Waste Management National Services, Inc.<br>Waste Management, Inc.<br>1001 Fannin Street<br>Houston, TX 77002 |

                                            */s/ Meredith R. Theisen*
                                            Meredith R. Theisen

g:\wp80\trustee\caruso\itt educational - 86723901\drafts\avoidance claims settlements\motions\14th omnibus settlement motion.docx