UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] | ) Case No. 16-07207-JMC-7A |
| | ) |
| Debtors. | ) Jointly Administered |

**TRUSTEE'S MOTION TO COMPROMISE AND SETTLE AVOIDANCE
CLAIM AGAINST CAREERBUILDER, LLC d/b/a CAREERBUILDER.COM**

Deborah J. Caruso, the chapter 7 trustee in this case (the "Trustee"), by counsel, pursuant 11 U.S.C. §§ 105 and 363 and Rule 9019 of the Federal Rules of Bankruptcy Procedure, requests entry of an order authorizing the Trustee to compromise and settle all claims and causes of action related to CareerBuilder, LLC d/b/a CareerBuilder.com ("CareerBuilder"), including but not limited to, those claims and causes of action related to the Avoidance Claim (as defined below) on the following grounds:

### I. JURISDICTION

1.   The Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.   Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3.   The statutory predicate for relief are sections 105 and 363 of the United States Code (the "Bankruptcy Code") and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

## II. BACKGROUND

4. On September 16, 2016 (the "Petition Date"), ITT Educational Services, Inc. ("ITT"), ESI Service Corp. ("ESI") and Daniel Webster College, Inc. ("Webster College," and together with ITT and ESI, the "Affiliated Debtors") filed voluntary petitions for relief under chapter 7 of the Bankruptcy Code. The Trustee was appointed interim trustee under section 701 of the Bankruptcy Code in each of the Affiliated Debtors' bankruptcy cases on the Petition Date, and in accordance with section 702(d) of the Bankruptcy Code, became the permanent case trustee on November 1, 2016 following the conclusion of the meeting of creditors held pursuant to section 341(a) of the Bankruptcy Code.

5. On October 4, 2016, the Court entered its *Order Granting Motion for Joint Administration of Chapter 7 Cases* [Docs 221 & 222], directing the Affiliated Debtors' bankruptcy cases to be jointly administered for procedural purposes only.

6. Prior to the Petition Date, CareerBuilder provided construction services to the Affiliated Debtors in connection with the Affiliated Debtors' operation of schools.

7. On June 29, 2018, the Trustee filed a *Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502* (the "Complaint") against CareerBuilder, Adversary Proceeding No. 18-50132 (the "Adversary Proceeding"). In the Complaint, the Trustee seeks to avoid and recover, pursuant to chapter 5 of the Bankruptcy Code, transfers received by CareerBuilder from the Affiliated Debtors in the amount of $40,320.82 (the "Avoidance Claim").

## III. SETTLEMENT

8. In the interest of avoiding the uncertainties and expenses of further litigation, the Trustee and CareerBuilder have reached a settlement, subject to Court approval, resolving all

claims, including the Avoidance Claim. Attached and incorporated as Exhibit 1 is the *Settlement Agreement and Mutual Release* (the "Settlement Agreement") reflecting the agreement reached by the Trustee and CareerBuilder.

9. The pertinent terms of the Settlement Agreement are as follows:

(a) CareerBuilder is to pay the Trustee the sum of $10,000.00 (the "Settlement Payment") on or before May 17, 2019.

(b) CareerBuilder has agreed to waive any and all claims and/or claims for administrative expenses it may have, asserted or unasserted, against the Affiliated Debtors or their bankruptcy estates, including but not limited to any right CareerBuilder may have under section 502(h) of the Bankruptcy Code to file a proof of claim (or to increase the amount set forth in an existing proof of claim) in the amount of the Settlement Payment. CareerBuilder shall not receive any distribution of any kind from the Affiliated Debtors' bankruptcy estates in connection with this case.

(c) The Trustee and CareerBuilder on behalf of themselves and related parties, do fully, finally and forever release, acquit and discharge each other and all of their officers, directors, employees, representatives, agents and professionals, and all of their respective successors and assigns, from any and all claims, demands, obligations, judgments, actions, causes of action and/or liability of every kind and nature whatsoever, known or unknown, suspected or unsuspected, fixed or contingent, which it ever had or now had against the other party, including but not limited to those arising out of or related to the Complaint.

(d) Following the Settlement Effective Date, the Trustee shall file a notice of dismissal with prejudice in the Adversary Proceeding.

10. Because the Settlement Agreement provides for a full release of CareerBuilder and is not limited to only those claims and causes of action related to the Avoidance Claim, the Trustee has elected to opt out of the settlement procedures for avoidance claims previously approved by the Court on May 30, 2018 [Doc 2556], and is seeking separate Court approval of the Settlement Agreement.

## IV. RELIEF REQUESTED

11. The Trustee requests entry of an order, pursuant to sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rule 9019: (a) authorizing the Trustee, pursuant to the terms of the Settlement Agreement, to compromise and settle all claims and causes of action related to CareerBuilder, including but not limited to, those claims and causes of action related to the Avoidance Claim; (b) approving the Settlement Agreement; and (c) authorizing the Trustee to retain the Settlement Payment in the amount of $10,000.00 for the general administration by the Affiliated Debtors' bankruptcy estates.

## V. GROUNDS FOR GRANTING RELIEF

12. A court may authorize a trustee to enter into a settlement so long as it is a sound exercise of the trustee's business judgment. *See* 11 U.S.C. § 363(b); *In re UAL Corp.*, 443 F.3d 565, 571 (7th Cir. 2006) (use under section 363 of the Bankruptcy Code must "[make] good business sense"); *In re Schipper*, 933 F.2d 513, 515 (7th Cir. 1991) (section 363 involves exercise of fiduciary duties and requires an "articulated business justification"); *see also In re Olde Prairie Block Owners, LLC*, 448 B.R. 482, 492 (Bankr. N.D. Ill. 2011) (same). Moreover, when applying the "business judgment" standard to a use of estate property under section 363 of the Bankruptcy Code, a trustee's judgment is "entitled to great judicial deference as long as a sound business reason is given." *See In re Efoora, Inc.*, 472 B.R. 481, 488 (Bankr. N.D. Ill. 2012).

13. Similarly, Bankruptcy Rule 9019(a) sets forth the requirements for compromises and settlements and permits a bankruptcy court to approve a trustee's "compromise or settlement" after notice and a hearing, if such settlement is "fair and equitable . . . and in the best interests of the bankruptcy estate." *Depoister v. Mary M. Holloway Found.*, 36 F.3d 582, 586

4

(7th Cir. 1994); *see also In re Energy Co-op., Inc.*, 886 F.2d 921, 927 (7th Cir. 1989) ("The benchmark for determining the propriety of a bankruptcy settlement is whether the settlement is in the best interests of the estate."); *In re Smith*, No. 02-16450-JKC-7A, 2008 WL 4276171, at *2 (Bankr. S.D. Ind. Sept. 10, 2008) (same).  Settlements should be approved unless "the settlement 'falls below the lowest point in the range of reasonableness.'"  *In re Commercial Loan Corp.*, 316 B.R. 690, 698 (Bankr. N.D. Ill. 2004) (quoting *Energy Co-op.*, 886 F.2d at 929); *In re Doctors Hosp. of Hyde Park, Inc.*, 474 F.3d 421, 426 (7th Cir. 2007); *see also In re Artra Grp., Inc.*, 300 B.R. 699, 702 (Bankr. N.D. Ill. 2003).  Settlements and compromises are favored in bankruptcy because they expedite case administration and reduce unnecessary administrative costs.  *Fogel v. Zell*, 221 F.3d 955, 960 (7th Cir. 2000).  In determining whether a compromise is in the best interests of the estate, the Court must compare "the settlement's terms with the litigation's probable costs and probable benefits."  *In re Am. Reserve Corp.*, 841 F.2d 159, 161 (7th Cir. 1987); *see also Doctors Hosp.*, 474 F.3d at 426 ("Among the factors the court considers are the litigation's probability of success, complexity, expense, inconvenience, and delay, including the possibility that disapproving the settlement will cause wasting of assets.") (internal quotation marks and citations omitted); *Commercial Loan*, 316 B.R. at 697 (holding that relevant factors a bankruptcy court should consider in approving a settlement include "the litigation's probability of success, its complexity, and its 'attendant expense, inconvenience and delay'" (quoting *Am. Reserve Corp.*, 841 F.2d at 161)).

14.     The Trustee has determined the settlement terms based on the merits of CareerBuilder's defenses to the Avoidance Claim and the risk and expense to the Affiliated Debtors' bankruptcy estates if the Avoidance Claim was litigated.  After review of CareerBuilder's defenses to the Avoidance Claim, the Trustee has determined the net transfer

5

liability to be less than the total gross amount of the Transfers. As such, the terms of the Settlement Agreement reflect a compromise between the parties, whereby CareerBuilder is paying $10,000.00 towards the net transfer liability and waiving its right to receive a distribution in this case. Based upon these considerations and the Trustee's business judgment, the Trustee respectfully submits that the Settlement Agreement is fair, equitable, in the best interest of the Affiliated Debtors' bankruptcy estates and within the range of reasonableness for approval under Bankruptcy Rule 9019(a).

## VI.  NOTICE

15. Pursuant to the *Notice, Case Management and Administrative Procedures* (the "Case Management Procedures") approved by the Court on October 4, 2016 [Doc 220], the Trustee will serve a copy of this motion on the following (as defined in the Case Management Procedures):  (a) the Core Group; (b) the Request for Notice List; (c) the Appearance List; and (d) CareerBuilder.

**NOTICE IS GIVEN**, that pursuant to the Case Management Procedures, any objection to this motion must be in writing and filed with the Bankruptcy Clerk by no later than **4:00 p.m.** (prevailing Eastern Time) on **June 5, 2019**. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail or in person at:

> 116 U.S. Courthouse
> 46 East Ohio Street
> Indianapolis, IN 46204

The objecting party must also serve a copy of the written objection upon the Trustee's counsel, at Counsel for Trustee Deborah J. Caruso, Rubin & Levin, P.C., 135 N. Pennsylvania Street, Suite 1400, Indianapolis, IN 46204.  **If an objection is NOT timely filed, the requested relief may be granted without a hearing.**

**NOTICE IS FURTHER GIVEN** that in the event an objection to this motion is timely filed, a hearing on this motion and such objection will be conducted on **June 12, 2019** at **1:30 p.m.** (prevailing Eastern time), in Room 325 of the United States Courthouse, 46 East Ohio Street, Indianapolis, IN 46204.

**WHEREFORE**, the Trustee respectfully requests entry of an order: (i) authorizing the Trustee, pursuant to the terms of the Settlement Agreement, to compromise and settle all claims and causes of action related to CareerBuilder, including but not limited to, those claims and causes of action related to the Avoidance Claim; (ii) approving the Settlement Agreement; (iii) authorizing the Trustee to retain the Settlement Payment in the amount of $10,000.00 for the general administration by the Affiliated Debtors' bankruptcy estates, and (iv) granting the Trustee all other just and proper relief.

        Respectfully submitted,

        RUBIN & LEVIN, P.C.

By:*/s/ John C. Hoard*
    John C. Hoard

    Deborah J. Caruso (Atty. No. 4273-49)
    John C. Hoard (Atty. No. 8024-49)
    James E. Rossow Jr. (Atty. No. 21063-29)
    Meredith R. Theisen (Atty. No. 28804-49)
    RUBIN & LEVIN, P.C.
    135 N. Pennsylvania Street, Suite 1400
    Indianapolis, Indiana 46204
    Tel: (317) 634-0300
    Fax: (317) 263-9411
    Email: dcaruso@rubin-levin.net
           johnh@rubin-levin.net
           jim@rubin-levin.net
           mtheisen@rubin-levin.net
Attorneys for Deborah J. Caruso, Trustee

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 26, 2019, a copy of the foregoing *Trustee's Motion to Compromise and Settle Avoidance Claim Against CareerBuilder, LLC d/b/a CareerBuilder.com* was filed electronically. Pursuant to Section IV.C.3(a) of the Case Management Procedures, notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

John Joseph Allman     jallman@hbkfirm.com, dadams@hbkfirm.com
Richard Allyn     rallyn@robinskaplan.com
Robert N Amkraut     ramkraut@foxrothschild.com
Scott S. Anders     scott.anders@jordanramis.com, litparalegal@jordanramis.com
Manuel German Arreaza     manuel.arreaza@cfpb.gov
Todd Allan Atkinson     tatkinson@ulmer.com
Darren Azman     dazman@mwe.com
Kay Dee Baird     kbaird@kdlegal.com, rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com
Michael I. Baird     baird.michael@pbgc.gov, efile@pbgc.gov
Christopher E. Baker     cbaker@hbkfirm.com, thignight@hbkfirm.com
James David Ballinger     jim@kentuckytrial.com, jennifer@kentuckytrial.com
Joseph E. Bant     jebant@lewisricekc.com
William J. Barrett     william.barrett@bfkn.com, mark.mackowiak@bfkn.com
Ashley Flynn Bartram     ashley.bartram@oag.texas.gov
Alex M Beeman     alex@beemanlawoffice.com, alexbeemanECF@protonmail.com
Thomas M Beeman     tom@beemanlawoffice.com
Richard James Bernard     rbernard@foley.com
Thomas Berndt     tberndt@robinskaplan.com, jgerboth@robinskaplan.com
John J Berry     john.berry@dinsmore.com, Christina.Lee@DINSMORE.COM
Lauren Beslow     lauren.beslow@quarles.com
Brandon Craig Bickle     bbickle@gablelaw.com
Michael Blumenthal     michael.blumenthal@tklaw.com
David J. Bodle     dbodle@hhclaw.com, layres@hhlaw-in.com
Robert A. Breidenbach     rab@goldsteinpressman.com
Wendy D Brewer     wbrewer@fmdlegal.com, cbellner@fmdlegal.com
Kayla D. Britton     kayla.britton@faegrebd.com, noticeFRindy@faegrebd.com
Robert Bernard Bruner     bob.bruner@nortonrosefulbright.com
Jason R Burke     jburke@bbrlawpc.com, kellis@bbrlawpc.com
Erin Busch     ebusch@nebraska.edu
John Cannizzaro     john.cannizzaro@icemiller.com, Deborah.Martin@icemiller.com
Kevin M. Capuzzi     kcapuzzi@beneschlaw.com, lmolinaro@beneschlaw.com;docket@beneschlaw.com
James E. Carlberg     jcarlberg@boselaw.com, mwakefield@boselaw.com;rmurphy@boselaw.com
Steven Dean Carpenter     scarpenter1@dor.in.gov
Deborah Caruso     dcaruso@rubin-levin.net, dwright@rubin-levin.net;jkrichbaum@rubin-levin.net;atty_dcaruso@bluestylus.com
Deborah J. Caruso     trusteecaruso@rubin-levin.net, DJC@trustesolutions.net
Joshua W. Casselman     jcasselman@rubin-levin.net, angie@rubin-levin.net;atty_jcasselman@bluestylus.com
Ben T. Caughey     ben.caughey@merchocaughey.com
Sonia A. Chae     chaes@sec.gov
John Andrew Chanin     jchanin@lindquist.com, srummery@lindquist.com
Courtney Elaine Chilcote     courtney@ckhattorneys.com, ckh@ckhattorneys.com;tracy@ckhattorneys.com
Dale C Christensen     christensen@sewkis.com

8

Eboney Delane Cobb     ecobb@pbfcm.com
Tiffany Cobb     tscobb@vorys.com
Michael Edward Collins     mcollins@manierherod.com
Michael Anthony Collyard     mcollyard@robinskaplan.com, rhoule@robinskaplan.com
Eileen Connor     econnor@law.harvard.edu
Lawrence D. Coppel     lcoppel@gfrlaw.com
Heather M. Crockett     Heather.Crockett@atg.in.gov, darlene.greenley@atg.in.gov
J Russell Cunningham     rcunningham@dnlc.net, reaster@dnlc.net
Erica Dausch     edausch@babstcalland.com
Melissa J. DeGroff     mjd@kgrlaw.com, cjs@kgrlaw.com
Dustin R. DeNeal     dustin.deneal@faegrebd.com, noticeFRindy@faegrebd.com
Laura A DuVall     Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Stephen Emedi     semedi@law.harvard.edu
Abby Engen     aengen@nmag.gov, eheltman@nmag.gov
Annette England     annette.england@btlaw.com
Charles Anthony Ercole     cercole@klehr.com, acollazo@klehr.com
Carolyn Meredith Fast     carolyn.fast@ag.ny.gov
Elaine Victoria Fenna     elaine.fenna@morganlewis.com
Andrew W Ferich     awf@chimicles.com
Scott Patrick Fisher     sfisher@drewrysimmons.com, lgarrison@DSVlaw.com
John David Folds     dfolds@bakerdonelson.com, sparson@bakerdonelson.com
Jennifer N Fountain     jfountain@iislaw.com, sfilippini@iislaw.com
Sarah Lynn Fowler     sarah.fowler@mbcblaw.com, deidre.gastenveld@mbcblaw.com
Robert W. Fuller     rfuller@rbh.com
Carlos Galliani     carlos@thelidjifirm.com
Jonathan William Garlough     jgarlough@foley.com, mstockl@foley.com;mdlee@foley.com
Lisa Giandomenico     lgiandomenico@nmag.gov
Lea Pauley Goff     lea.goff@skofirm.com, emily.keith@skofirm.com
Barry S. Gold     bgold@mmlawus.com
John C Goodchild     john.goodchild@morganlewis.com
Douglas Gooding     dgooding@choate.com
John Andrew Goodridge     jagoodridge@jaglo.com, angray@jaglo.com;dwhiggs@jaglo.com
Michael Wayne Grant     michael.w.grant@doj.state.or.us
Richard Grayson Grant     rgrant@rgglaw.com, grantecf@gmail.com
Alan Mark Grochal     agrochal@tydingslaw.com
Elizabeth N. Hahn     ehahn@rubin-levin.net, mralph@rubin-levin.net
Gregory Forrest Hahn     ghahn@boselaw.com, jmcneeley@boselaw.com
Julian Ari Hammond     Jhammond@hammondlawpc.com, ppecherskaya@hammondlawpc.com
Wallace M Handler     whandler@swappc.com, kkloock@swappc.com
William J. Hanlon     whanlon@seyfarth.com
Adam Craig Harris     adam.harris@srz.com
Brian Hauck     bhauck@jenner.com
Jeffrey M. Hawkinson     jhawkinson@pcslegal.com, danderson@pcslegal.com
Michael J. Hebenstreit     mjh@whzlaw.com, arlene@whzlaw.com;ene@whzlaw.com;kdt@whzlaw.com
Amanda Marie Hendren     amanda@indianalawgroup.com

9

Claude Michael Higgins    Michael.Higgins@ag.ny.gov
Michael W. Hile    mhile@jacobsonhile.com, assistant@jacobsonhile.com
Sean M Hirschten    shirschten@psrb.com
Robert M. Hirsh    robert.hirsh@arentfox.com
John C. Hoard    johnh@rubin-levin.net, jkrichbaum@rubin-levin.net;atty_jch@trustesolutions.com;sturpin@rubin-levin.net
Curt Derek Hochbein    chochbein@rubin-levin.net, mralph@rubin-levin.net;lking@rubin-levin.net;atty_chochbein@bluestylus.com
Jeffrey A Hokanson    jeff.hokanson@icemiller.com
Steven Howard Holinstat    sholinstat@proskauer.com
Diana Hooley    diana.hooley@state.ma.us
Thomas Ross Hooper    hooper@sewkis.com
George Wade Hopper    ghopper@cohenandmalad.com, klandeck@cohenandmalad.com
Andrew E. Houha    bkecfnotices@johnsonblumberg.com
Andrew W. Hull    awhull@hooverhullturner.com, fgipson@hooverhullturner.com
James C Jacobsen    jjacobsen@nmag.gov, eheltman@nmag.gov
Christine K. Jacobson    cjacobson@jacobsonhile.com, 5412@notices.nextchapterbk.com
Jay Jaffe    jay.jaffe@faegrebd.com, noticeFRindy@faegrebd.com
David Januszewski    djanuszewski@cahill.com
Benjamin F Johns    bfj@chimicles.com, klw@chimicles.com
Russell Ray Johnson    russj4478@aol.com
Kenneth C. Jones    kcjones@lewisricekc.com
Anthony R. Jost    tjost@rbelaw.com, baldous@rbelaw.com
David J. Jurkiewicz    DJurkiewicz@boselaw.com, mwakefield@boselaw.com;rmurphy@boselaw.com;dlingenfelter@boselaw.com
Timothy Q. Karcher    tkarcher@proskauer.com
Alan Katz    akatz@lockelord.com
Richard B. Kaufman    richardkfmn@gmail.com
Carly Kessler    ckessler@robinskaplan.com
John M. Ketcham    jketcham@psrb.com, scox@psrb.com
Taejin Kim    tae.kim@srz.com
Edward M King    tking@fbtlaw.com, lsugg@fbtlaw.com;tking@ecf.inforuptcy.com
Roy F. Kiplinger    bankruptcy@kiplingerlaw.com, bankruptcy@kiplingerlaw.com
Jackson Taylor Kirklin    taylor.kirklin@usdoj.gov, denise.woody@usdoj.gov;melanie.crouch@usdoj.gov
James A. Knauer    jak@kgrlaw.com, tjf@kgrlaw.com
Kevin Dale Koons    kkoons@kgrlaw.com
Harris J. Koroglu    hkoroglu@shutts.com, fsantelices@shutts.com
Lawrence Joel Kotler    ljkotler@duanemorris.com
Robert R Kracht    rrk@mccarthylebit.com
Andrew L. Kraemer    akraemer@johnsonblumberg.com, akraemerlawoffice@att.net
David R. Krebs    dkrebs@hbkfirm.com, dadams@hbkfirm.com
Jerrold Scott Kulback    jkulback@archerlaw.com
Jay R LaBarge    jlabarge@stroblpc.com
Darryl S Laddin    bkrfilings@agg.com
Michael J. Langlois    mlanglois@shouselanglois.com, rshouse@shouselanglois.com

Vilda Samuel Laurin     slaurin@boselaw.com
Jordan A Lavinsky     jlavinsky@hansonbridgett.com
Todd Evan Leatherman     todd.leatherman@ky.gov
David S Lefere     dlefere@mikameyers.com, jfortney@mikameyers.com
Anthony Darrell Lehman     alehman@hpwlegal.com
Martha R. Lehman     mlehman@salawus.com, marthalehman87@gmail.com;pdidandeh@salawus.com;lengle@salawus.com
Gary H Leibowitz     gleibowitz@coleschotz.com, blansinger@coleschotz.com;pratkowiak@coleschotz.com
Donald D Levenhagen     dlevenhagen@landmanbeatty.com
Elizabeth Marie Little     elizabeth.little@faegrebd.com
Edward J LoBello     elobello@msek.com
Melinda Hoover MacAnally     Melinda.MacAnally@atg.in.gov, Carrie.Spann@atg.in.gov;Kenyatta.Peerman@atg.in.gov
Christopher John Madaio     Cmadaio@oag.state.md.us
John A. Majors     jam@morganandpottinger.com, majormajors44@yahoo.com
Steven A. Malcoun     dsmith@mayallaw.com
Jonathan Marshall     jmarshall@choate.com
Thomas Marvin Martin     tmmartin@lewisricekc.com
Jeff J. Marwil     jmarwil@proskauer.com, npetrov@proskauer.com;pyoung@proskauer.com;sholinstat@proskauer.com
Richard J Mason     rmason@mcguirewoods.com
C. Ed Massey     mbracken@nkylawyers.com, cedmassey@nkylawyers.com
Ann Wilkinson Matthews     amatthews@ncdoj.gov
Rachel Jaffe Mauceri     rachel.mauceri@morganlewis.com
Michael Wesley McBride     mmcbride@cohenandmalad.com, klandeck@cohenandmalad.com
Michael K. McCrory     mmccrory@btlaw.com, bankruptcyindy@btlaw.com
Maureen Elin McOwen     molly.mcowen@cfpb.gov
Harley K Means     hkm@kgrlaw.com, kwhigham@kgrlaw.com;cjs@kgrlaw.com;tjf@kgrlaw.com
Toby Merrill     tomerrill@law.harvard.edu, ppsl@law.harvard.edu
Robert W. Miller     rmiller@manierherod.com
Sherry Millman     smillman@stroock.com
Jason Milstone     jason.milstone@cmsenergy.com
Thomas E Mixdorf     thomas.mixdorf@icemiller.com, susan.cogdill@icemiller.com
Evgeny Grigori Mogilevsky     eugene@egmlegal.com, emily@egmlegal.com;mogilevskyer41855@notify.bestcase.com
James P Moloy     jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Ronald J. Moore     Ronald.Moore@usdoj.gov
Hal F Morris     hal.morris@oag.texas.gov
Michael David Morris     michael.morris@ago.mo.gov
Kevin Alonzo Morrissey     kmorrissey@lewis-kappes.com, soliver@lewis-kappes.com;leckert@lewis-kappes.com;kwilliams@lewis-kappes.com
Whitney L Mosby     wmosby@bgdlegal.com, fwolfe@bgdlegal.com
C Daniel Motsinger     cmotsinger@kdlegal.com,

11

cmotsinger@kdlegal.com;crbpgpleadings@kdlegal.com;shammersley@kdlegal.com
Lee Duck Moylan     lmoylan@klehr.com, acollazo@klehr.com
Joseph L. Mulvey     joseph@mulveylawllc.com, linda@mulveylawllc.com
Abraham Murphy     murphy@abrahammurphy.com
Justin Scott Murray     jmurray@atg.state.il.us
Alissa M. Nann     anann@foley.com, DHeffer@foley.com
Henry Seiji Newman     hsnewman@dglaw.com
Kevin M. Newman     knewman@menterlaw.com, kmnbk@menterlaw.com
Cassandra A. Nielsen     cnielsen@rubin-levin.net, atty_cnielsen@bluestylus.com,mralph@rubin-levin.net;lking@rubin-levin.net
Ryan Charles Nixon     rcnixon@lamarcalawgroup.com
Isaac Nutovic     inutovic@nutovic.com
Michael O'Donnell     mike.odonnell@nortonrosefulbright.com
Gregory Ostendorf     gostendorf@scopelitis.com, agregory@scopelitis.com
Weston Erick Overturf     wes.overturf@mbcblaw.com, deidre.gastenveld@mbcblaw.com;ellen.sauter@mbcblaw.com
Pamela A. Paige     ppaige@plunkettcooney.com, amiller@plunkettcooney.com
Kenneth Pasquale     kpasquale@stroock.com
Eric Pendergraft     ependergraft@slp.law, dwoodall@slp.law;bss@slp.law
Danielle Ann Pham     danielle.pham@usdoj.gov
Anthony Pirraglia     anthony.pirraglia@tklaw.com
Jack A Raisner     jar@outtengolden.com, kdeleon@outtengolden.com;jquinonez@outtengolden.com
Jonathan Hjalmer Reischl     jonathan.reischl@cfpb.gov
Michael Rella     mrella@mmlawus.com
Caroline Ellona Richardson     caroline@paganelligroup.com, anna@paganelligroup.com
James Leigh Richmond     James.Richmond@fldoe.org
Mai Lan Gabrielle Rodgers     Rodgers.MaiLan@pbgc.gov, efile@pbgc.gov
John M. Rogers     johnr@rubin-levin.net, jkrichbaum@rubin-levin.net;atty_rogers@bluestylus.com;mralph@rubin-levin.net
Melissa M. Root     mroot@jenner.com, wwilliams@jenner.com
David A. Rosenthal     darlaw@nlci.com
James E Rossow     jim@rubin-levin.net, ATTY_JER@trustesolutions.com;robin@rubin-levin.net;lisa@rubin-levin.net
Rene Sara Roupinian     rsr@outtengolden.com, jxh@outtengolden.com;kdeleon@outtengolden.com;rfisher@outtengolden.com;gl@outtengolden.com;jquinonez@outtengolden.com
Victoria Fay Roytenberg     vroytenberg@law.harvard.edu, jjimenez@law.harvard.edu
Steven Eric Runyan     ser@kgrlaw.com
Craig Damon Rust     craig.rust@doj.ca.gov, Lindsay.Bensen@doj.ca.gov
Karl T Ryan     stacey@ryanesq.com, kryan@ryanesq.com
Joseph Michael Sanders     jsanders@atg.state.il.us
Thomas C Scherer     tscherer@bgdlegal.com, fwolfe@bgdlegal.com
James R. Schrier     jrs@rtslawfirm.com, lrobison@rtslawfirm.com;jlandes@rtslawfirm.com
Ronald James Schutz     rschutz@robinskaplan.com
H. Jeffrey Schwartz     jschwartz@robinskaplan.com

Courtney Michelle Scott	cscott1@dor.in.gov
Joseph E Shickich	jshickich@foxrothschild.com, vmagda@foxrothschild.com
Randall R Shouse	rshouse@shouselanglois.com, mlanglois@shouselanglois.com
William E Smith	wsmith@k-glaw.com, clipke@k-glaw.com
Lauren C. Sorrell	lsorrell@kdlegal.com, ayeskie@kdlegal.com;swaddell@kdlegal.com
Berry Dan Spears	berrydspears616@gmail.com
Catherine L. Steege	csteege@jenner.com, mhinds@jenner.com;thooker@jenner.com
LaChelle D Stepp	lstepp@steppjaffe.com, lastepp@yahoo.com
Jason V Stitt	jstitt@kmklaw.com
Sharon Stolte	sstolte@sandbergphoenix.com
Jesse Ellsworth Summers	esummers@burr.com, sguest@burr.com
Jonathan David Sundheimer	jsundheimer@btlaw.com
Nathan L Swehla	nswehla@graydon.law
Nancy K. Swift	nswift@buchalter.com, cbohnsack@buchalter.com
Andrew W.J. Tarr	atarr@robinsonbradshaw.com
Eric Jay Taube	eric.taube@wallerlaw.com, annmarie.jezisek@wallerlaw.com;sherri.savala@wallerlaw.com
Meredith R. Theisen	mtheisen@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
Meredith R. Theisen	mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com;mralph@rubin-levin.net
Jessica L Titler	jt@chimicles.com
David Tocco	djtocco@vorys.com, mdwalkuski@vorys.com
Todd Christian Toral	todd.toral@dlapiper.com, todd-toral-9280@ecf.pacerpro.com
Ronald M. Tucker	rtucker@simon.com, cmartin@simon.com,bankruptcy@simon.com
Christopher Turner	christopher.turner@lw.com, DClitserv@lw.com
U.S. Trustee	ustpregion10.in.ecf@usdoj.gov
Michael Ungar	MUngar@mwe.com
Lauren Valkenaar	lauren.valkenaar@nortonrosefulbright.com
Sally E Veghte	sveghte@klehr.com, acollazo@klehr.com
Rachel Claire Verbeke	rverbeke@stroblpc.com
Aimee Vidaurri	aimee.vidaurri@nortonrosefulbright.com
Amy L VonDielingen	avondielingen@woodmclaw.com
Amy E Vulpio	vulpioa@whiteandwilliams.com
Carolyn Graff Wade	Carolyn.G.Wade@doj.state.or.us
Louis Hanner Watson	louis@watsonnorris.com
Jeffrey R. Waxman	jwaxman@morrisjames.com, jdawson@morrisjames.com;wweller@morrisjames.com
Christine M.H. Wellons	christine.wellons@maryland.gov
Philip A. Whistler	philip.whistler@icemiller.com, melodye.mills@icemiller.com
Bradley Winston	bwinston@winstonlaw.com, lwheaton@winstonlaw.com
Brandon Michael Wise	bwise@prwlegal.com
Cathleen Dianne Wyatt	cwyatt@fbtlaw.com, tacton@fbtlaw.com
Joseph Yar	jyar@nmag.gov, eheltman@nmag.gov;lgiandomenico@nmag.gov
James T Young	james@rubin-levin.net, lking@rubin-

levin.net;atty_young@bluestylus.com;mralph@rubin-levin.net
James E. Zoccola    jzoccola@lewis-kappes.com

I further certify that on April 26, 2019, pursuant to Section IV.C.3(c) of the Case Management Procedures, a copy of the foregoing *Trustee's Motion to Compromise and Settle Avoidance Claim Against CareerBuilder, LLC d/b/a CareerBuilder.com* was emailed to the following:

Arlington ISD/Richardson ISD:  Eboney Cobb at ecobb@pbfcm.com
CEC Red Run, LLC:  Alan M. Grochal at agrochal@tydingslaw.com
SWRE Deal V Building, LLC:  Paul Weiser at pweiser@buchalter.com
Tarrant County/Dallas County:  Elizabeth Weller at dallas.bankruptcy@publicans.com
Northwest Natural Gas Company:  Ashlee Minty at Ashlee.Minty@nwnatural.com
Solar Drive Business, LLC:  Chris W. Halling at challing@hallingmeza.com
Market-Turk Company:  Jordan A. Lavinsky at jlavinsky@hansonbridgett.com
Taxing Authority for Harris County, Texas:  John P. Dillman at houston_bankruptcy@lgbs.com
Texas Comptroller of Public Accounts:  Rachel Obaldo at rachel.obaldo@oag.texas.gov
Clear Creek Independent School District:  Carl O. Sandin at csandin@pbfcm.com
Synchrony Bank:  Recovery Management Systems Corporation at claims@recoverycorp.com
Bexar County:  Don Stecker at sanantonio.bankruptcy@publicans.com
SWRE Deal V Building, LLC:  Nancy K. Swift at nswift@buchalter.com
TN Dept. of Revenue:  Michael Willey at michael.willey@ag.tn.gov
Florida Department of Education:  Benman D. Szeto at benman.szeto@fldoe.org
Last Second Media, Inc.:  T. Todd Egland at tegland@beldenblaine.com
Hung Duong:  Kevin Schwin at kevin@schwinlaw.com
Travis County:  Kay D. Brock at kay.brock@traviscountytx.gov
Able Building Maintenance:  Scott D. Fink at bronationalecf@weltman.com
Marathon Ventures, LLC:  Daniel M. Karger at kargerlaw@gmail.com
Oklahoma County Treasurer:  Tammy Jones at tammy.jones@oklahomacounty.org
JM Partners LLC:  John Marshall at jmarshall@jmpartnersllc.com

I further certify that on April 26, 2019, pursuant to Section IV.C.3(b)(ii) of the Case Management Procedures, a copy of the foregoing *Trustee's Motion to Compromise and Settle Avoidance Claim Against CareerBuilder, LLC d/b/a CareerBuilder.com* was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

CareerBuilder, LLC d/b/a CareerBuilder.com
200 N. LaSalle Street, Suite 1100
Chicago, IL 60601

*/s/ John C. Hoard*
John C. Hoard

G:\WP80\TRUSTEE\Caruso\ITT Avoidance Actions - 86700001\Defendants\Career Builder Com-86700047\Drafts\Settlement Motion.docx