UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] ) | Case No. 16-07207-JMC-7A |
| ) | |
| Debtors. ) | Jointly Administered |

**PROPOSED AGENDA OF MATTERS SCHEDULED
FOR OMNIBUS HEARING ON JULY 11, 2019 AT 1:30 P.M.**

Deborah J. Caruso, the chapter 7 trustee in this case (the "Trustee"), by counsel, pursuant to the *Notice, Case Management and Administrative Procedures* (the "Case Management Procedures") approved by the Court on October 4, 2016 [Doc 220], submits this proposed agenda for the matters scheduled for the omnibus hearing on July 11, 2019 at 1:30 p.m. (prevailing Eastern time) (the "Hearing"). The Trustee anticipates the matters before the Court for the Hearing will take approximately thirty (30) minutes.

**I.     DIAL-IN INFORMATION**

The dial-in telephone number for interested parties to participate in the Hearing by conference call is 1-800-829-7603; passcode 6899341#. Interested parties planning on participating in the Hearing by conference call shall notify the Court before the Hearing by contacting Heather Butler (heather_butler@insb.uscourts.gov or 317-229-3833) or Suzette Bewley (suzette_bewley@insb.uscourts.gov or 317-229-3862).

**II.    MATTERS SCHEDULED TO BE HEARD AT HEARING**

**Lead Bankruptcy Case (Case No. 16-07207)**

1. *Notice of Invoice for Rubin & Levin, P.C.'s Fees and Expenses for the Period of April 1, 2019 through April 30, 2019 as General Counsel* **[Doc 3432]**, filed by Rubin & Levin, P.C.

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

- **Status:** No objections filed by the June 10, 2019 objection deadline. As such, pursuant to the Court's April 20, 2017 Order **[Doc 1569]**, the Trustee has paid 80% of the requested fees and 100% of the requested expenses. Not going forward at the Hearing.

2. *Notice of Invoice for Rubin & Levin, P.C.'s Fees and Expenses in Connection with the Peaks AP for the Period of April 1, 2019 through April 30, 2019* **[Doc 3433]**, filed by Rubin & Levin, P.C.

    - **Status:** No objections filed by the June 10, 2019 objection deadline. As such, pursuant to the Court's April 20, 2017 Order **[Doc 1569]**, the Trustee has paid 80% of the requested fees and 100% of the requested expenses. Not going forward at the Hearing.

3. *Notice of Invoice for BGBC Partners, LLP's Fees and Expenses for the Period of May 1, 2019 through May 31, 2019* **[Doc 3465]**, filed by BGBC Partners, LLP.

    - **Status:** No objections filed by the June 24, 2019 objection deadline. As such, pursuant to the Court's April 20, 2017 Order **[Doc 1569]**, the Trustee has paid 80% of the requested fees and 100% of the requested expenses. Not going forward at the Hearing.

4. *Final Fee Application of Mulvey Law LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Conflict Avoidance Claims Counsel for the Trustee on a Contingent Fee Basis for the Period August 15, 2018 through May 31, 2019* **[Doc 3474]**, filed by Mulvey Law LLC.

    - **Status:** No objections filed by the July 3, 2019 objection deadline. Going forward at the Hearing.

5. *Second Final Fee Application of Rubin & Levin, P.C. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Avoidance Claims Counsel for the Trustee on a Contingent Fee Basis for the Period October 1, 2018 through May 31, 2019* **[Doc 3475]**, filed by Rubin & Levin, P.C.

    - **Status:** No objections filed by the July 3, 2019 objection deadline. Going forward at the Hearing.

6. *Fifth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Co-Counsel for the Trustee for the Period September 1, 2018 through March 31, 2019* **[Doc 3467]**, filed by Proskauer Rose LLP.

    - **Status:** No objections filed by the July 3, 2019 objection deadline. Going forward at the Hearing.

7. *Trustee's Motion for Entry of an Order (A) Authorizing the Trustee to Compromise and Settle Claims By and Between ITT and the CFPB, (B) Authorizing the Trustee to Make a Limited Appearance in the CFPB action, and*

      *(C) Granting Related Relief* **[Doc 3469]**, filed by the Trustee.

- **Status:**  No objections filed by the July 3, 2019 objection deadline. Going forward at the Hearing.

**Caruso v. Student CU Connect CUSO, LLC *et al.*** **(Adversary No. 17-50101)**

1. Continued hearing on *Motion to Dismiss Complaint with Prejudice of Defendants Student CU Connect CUSO, LLC, The Rochdale Group, Inc., Elements Financial Federal Credit Union, Bellco Credit Union, Credit Union of America, Directions Credit Union, Veridian Credit Union, and Workers Credit Union* **[Doc 20]** filed by Student CU Connect CUSO, LLC, The Rochdale Group, Inc., Elements Financial Federal Credit Union, Bellco Credit Union, Credit Union of America, Directions Credit Union, Veridian Credit Union, and Workers Credit Union and *Defendant CommunityAmerica Credit Union's Motion to Dismiss and Brief in Support* **[Doc 22]**, filed by CommunityAmerica Credit Union.

    - *Memorandum of Law in Support of Motion to Dismiss Adversary Complaint of Defendants Student CU Connect CUSO, LLC, The Rochdale Group, Inc., Elements Financial Federal Credit Union, Bellco Credit Union, Credit Union of America, Directions Credit Union, Veridian Credit Union, and Workers Credit Union* **[Doc 21]**, filed by Student CU Connect CUSO, LLC, The Rochdale Group, Inc., Elements Financial Federal Credit Union, Bellco Credit Union, Credit Union of America, Directions Credit Union, Veridian Credit Union, and Workers Credit Union.

    - *Joinder by Defendants Elements Financial Federal Credit Union, Bellco Credit Union, Credit Union of America, Directions Credit Union, Veridian Credit Union, and Workers Credit Union to Defendant CommunityAmerica Credit Union's Motion to Dismiss and Brief in Support* **[Doc 24]**, filed by Elements Financial Federal Credit Union, Bellco Credit Union, Credit Union of America, Directions Credit Union, Veridian Credit Union, and Workers Credit Union.

    - *Plaintiff's Omnibus Memorandum of Law in Opposition to Defendants' Motions to Dismiss* **[Doc 29]**, filed by the Trustee.

    - *Defendant CommunityAmerica Credit Union's Reply Brief in Support of its Motion to Dismiss* **[Doc 33]**, filed by CommunityAmerica Credit Union.

    - *Reply Memorandum of Defendants Student CU Connect CUSO, LLC, the Rochdale Group, Inc., Elements Financial Federal Credit Union, Bellco Credit Union, Credit Union of America, Directions Credit Union, Veridian Credit Union, and Workers Credit Union in Support of Their Motion to Dismiss the Adversary Complaint* **[Doc 34]**, filed by Student CU

3

        Connect CUSO, LLC, The Rochdale Group, Inc., Elements Financial Federal Credit Union, Bellco Credit Union, Credit Union of America, Directions Credit Union, Veridian Credit Union, and Workers Credit Union.

- *Joinder by Defendants Elements Financial Federal Credit Union, Bellco Credit Union, Credit Union of America, Directions Credit Union, Veridian Credit Union, and Workers Credit Union to Defendant Community America Credit Union's Reply Brief in Support of Its Motion to Dismiss* **[Doc 37]**, filed by Elements Financial Federal Credit Union, Bellco Credit Union, Credit Union of America, Directions Credit Union, Veridian Credit Union, and Workers Credit Union.

- **Status:** Per the Court's July 10, 2019 Order **[Doc 89]**, this matter has been continued to September 25, 2019 at 1:30 p.m.  Not going forward at the Hearing.

### III.   NOTICE

Pursuant to the Case Management Procedures, the Trustee will serve this proposed hearing agenda on the Core Group (as defined in the Case Management Procedures) and each entity who has filed and served a court filing set to be heard at the Hearing.

        Respectfully submitted,

        RUBIN & LEVIN, P.C.

        By: */s/ Meredith R. Theisen*
            Meredith R. Theisen

        Deborah J. Caruso (Atty. No. 4273-49)
        John C. Hoard (Atty. No. 8024-49)
        James E. Rossow Jr. (Atty. No. 21063-29)
        Meredith R. Theisen (Atty. No. 28804-49)
        RUBIN & LEVIN, P.C.
        135 N. Pennsylvania Street, Suite 1400
        Indianapolis, Indiana 46204
        Tel: (317) 634-0300
        Fax: (317) 263-9411
        Email:  dcaruso@rubin-levin.net
                johnh@rubin-levin.net
                jim@rubin-levin.net
                mtheisen@rubin-levin.net
        Attorneys for Deborah J. Caruso, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2019, a copy of the foregoing *Proposed Agenda of Matters Scheduled for Omnibus Hearing on July 11, 2019 at 1:30 p.m.* was filed electronically. Pursuant to Section IV.C.3(a) of the Case Management Procedures, notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

John Joseph Allman     jallman@hbkfirm.com, dadams@hbkfirm.com
Richard Allyn     rallyn@robinskaplan.com
Robert N Amkraut     ramkraut@foxrothschild.com
Scott S. Anders     scott.anders@jordanramis.com, litparalegal@jordanramis.com
Manuel German Arreaza     manuel.arreaza@cfpb.gov
Todd Allan Atkinson     tatkinson@ulmer.com
Darren Azman     dazman@mwe.com
Kay Dee Baird     kbaird@kdlegal.com, rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com
Michael I. Baird     baird.michael@pbgc.gov, efile@pbgc.gov
Christopher E. Baker     cbaker@hbkfirm.com, thignight@hbkfirm.com
James David Ballinger     jim@kentuckytrial.com, jennifer@kentuckytrial.com
Joseph E. Bant     jebant@lewisricekc.com
William J. Barrett     william.barrett@bfkn.com, mark.mackowiak@bfkn.com
Ashley Flynn Bartram     ashley.bartram@oag.texas.gov
Alex M Beeman     alex@beemanlawoffice.com, abeeman@reminger.com
Thomas M Beeman     tom@beemanlawoffice.com
Richard James Bernard     rbernard@foley.com
Thomas Berndt     tberndt@robinskaplan.com, jgerboth@robinskaplan.com
John J Berry     john.berry@dinsmore.com, Christina.Lee@DINSMORE.COM
Lauren Beslow     lauren.beslow@quarles.com
Brandon Craig Bickle     bbickle@gablelaw.com
Jill B. Bienstock     jbienstock@coleschotz.com
Michael Blumenthal     michael.blumenthal@tklaw.com
David J. Bodle     dbodle@hhclaw.com, layres@hhlaw-in.com
Robert A. Breidenbach     rab@goldsteinpressman.com
Wendy D Brewer     wbrewer@fmdlegal.com, cbellner@fmdlegal.com
Kayla D. Britton     kayla.britton@faegrebd.com, noticeFRindy@faegrebd.com
Robert Bernard Bruner     bob.bruner@nortonrosefulbright.com
Jason R Burke     jburke@bbrlawpc.com, kellis@bbrlawpc.com
Erin Busch     ebusch@nebraska.edu
John Cannizzaro     john.cannizzaro@icemiller.com, Thyrza.Skofield@icemiller.com
Kevin M. Capuzzi     kcapuzzi@beneschlaw.com, lmolinaro@beneschlaw.com;docket@beneschlaw.com
James E. Carlberg     jcarlberg@boselaw.com, mwakefield@boselaw.com;rmurphy@boselaw.com
Steven Dean Carpenter     scarpenter1@dor.in.gov
Deborah Caruso     dcaruso@rubin-levin.net, dwright@rubin-levin.net;jkrichbaum@rubin-levin.net;atty_dcaruso@bluestylus.com
Deborah J. Caruso     trusteecaruso@rubin-levin.net, DJC@trustesolutions.net

5

Joshua W. Casselman   jcasselman@rubin-levin.net, angie@rubin-levin.net;atty_jcasselman@bluestylus.com
Ben T. Caughey   ben.caughey@merchocaughey.com
Sonia A. Chae   chaes@sec.gov
John Andrew Chanin   jchanin@lindquist.com, srummery@lindquist.com
Courtney Elaine Chilcote   courtney@ckhattorneys.com, ckh@ckhattorneys.com;tracy@ckhattorneys.com
Dale C Christensen   christensen@sewkis.com
Eboney Delane Cobb   ecobb@pbfcm.com
Tiffany Cobb   tscobb@vorys.com
Michael Edward Collins   mcollins@manierherod.com
Michael Anthony Collyard   mcollyard@robinskaplan.com, rhoule@robinskaplan.com
Eileen Connor   econnor@law.harvard.edu
Lawrence D. Coppel   lcoppel@gfrlaw.com
Heather M. Crockett   Heather.Crockett@atg.in.gov, darlene.greenley@atg.in.gov
J Russell Cunningham   rcunningham@dnlc.net, reaster@dnlc.net
Erica Dausch   edausch@babstcalland.com
Melissa J. DeGroff   mjd@kgrlaw.com, cjs@kgrlaw.com
Dustin R. DeNeal   dustin.deneal@faegrebd.com, noticeFRindy@faegrebd.com
Laura A DuVall   Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Stephen Emedi   semedi@law.harvard.edu
Annette England   annette.england@btlaw.com
Charles Anthony Ercole   cercole@klehr.com, acollazo@klehr.com
Carolyn Meredith Fast   carolyn.fast@ag.ny.gov
Elaine Victoria Fenna   elaine.fenna@morganlewis.com
Andrew W Ferich   awf@chimicles.com
Scott Patrick Fisher   sfisher@drewrysimmons.com, lgarrison@DSVlaw.com
John David Folds   dfolds@bakerdonelson.com, sparson@bakerdonelson.com
Jennifer N Fountain   jfountain@iislaw.com, sfilippini@iislaw.com
Sarah Lynn Fowler   sarah.fowler@mbcblaw.com, deidre.gastenveld@mbcblaw.com
Robert W. Fuller   rfuller@rbh.com
Carlos Galliani   carlos@thelidjifirm.com
Jonathan William Garlough   jgarlough@foley.com, mstockl@foley.com;mdlee@foley.com
Lisa Giandomenico   lgiandomenico@nmag.gov
Lea Pauley Goff   lea.goff@skofirm.com, emily.keith@skofirm.com
Barry S. Gold   bgold@mmlawus.com
John C Goodchild   john.goodchild@morganlewis.com
Douglas Gooding   dgooding@choate.com
John Andrew Goodridge   jagoodridge@jaglo.com, angray@jaglo.com;dwhiggs@jaglo.com
Michael Wayne Grant   michael.w.grant@doj.state.or.us
Richard Grayson Grant   rgrant@rgglaw.com, grantecf@gmail.com
Alan Mark Grochal   agrochal@tydingslaw.com
Elizabeth N. Hahn   ehahn@rubin-levin.net, mralph@rubin-levin.net
Gregory Forrest Hahn   ghahn@boselaw.com, jmcneeley@boselaw.com
Julian Ari Hammond   Jhammond@hammondlawpc.com, ppecherskaya@hammondlawpc.com
Wallace M Handler   whandler@swappc.com, kkloock@swappc.com

William J. Hanlon    whanlon@seyfarth.com
Adam Craig Harris    adam.harris@srz.com
Brian Hauck    bhauck@jenner.com
Jeffrey M. Hawkinson    jhawkinson@pcslegal.com, danderson@pcslegal.com
Michael J. Hebenstreit    mjh@whzlaw.com, arlene@whzlaw.com;ene@whzlaw.com;kdt@whzlaw.com
Amanda Marie Hendren    amanda@indianalawgroup.com
Claude Michael Higgins    Michael.Higgins@ag.ny.gov
Michael W. Hile    mhile@jacobsonhile.com, assistant@jacobsonhile.com
Sean M Hirschten    shirschten@psrb.com
Robert M. Hirsh    robert.hirsh@arentfox.com
John C. Hoard    johnh@rubin-levin.net, jkrichbaum@rubin-levin.net;atty_jch@trustesolutions.com;sturpin@rubin-levin.net
Curt Derek Hochbein    chochbein@rubin-levin.net, mralph@rubin-levin.net;lking@rubin-levin.net;atty_chochbein@bluestylus.com;robin@rubin-levin.net
Jeffrey A Hokanson    jeff.hokanson@icemiller.com, bgnotices@icemiller.com
Steven Howard Holinstat    sholinstat@proskauer.com
Diana Hooley    diana.hooley@state.ma.us
Thomas Ross Hooper    hooper@sewkis.com
George Wade Hopper    ghopper@cohenandmalad.com, klandeck@cohenandmalad.com
Andrew E. Houha    bkecfnotices@johnsonblumberg.com
Andrew W. Hull    awhull@hooverhullturner.com, fgipson@hooverhullturner.com
James C Jacobsen    jjacobsen@nmag.gov, eheltman@nmag.gov
Christine K. Jacobson    cjacobson@jacobsonhile.com, 5412@notices.nextchapterbk.com
Jay Jaffe    jay.jaffe@faegrebd.com, noticeFRindy@faegrebd.com
David Januszewski    djanuszewski@cahill.com
Benjamin F Johns    bfj@chimicles.com, klw@chimicles.com
Russell Ray Johnson    russj4478@aol.com
Kenneth C. Jones    kcjones@lewisricekc.com
Anthony R. Jost    tjost@rbelaw.com, baldous@rbelaw.com
David J. Jurkiewicz    DJurkiewicz@boselaw.com, mwakefield@boselaw.com;rmurphy@boselaw.com;dlingenfelter@boselaw.com
Aaron Kappler    akappler@tokn.com
Timothy Q. Karcher    tkarcher@proskauer.com
Steven Joseph Kasyjanski    sjk-yount-atty@ameritech.net, skasyjan@gmail.com
Alan Katz    akatz@lockelord.com
Richard B. Kaufman    richardkfmn@gmail.com
Carly Kessler    ckessler@robinskaplan.com
John M. Ketcham    jketcham@psrb.com, scox@psrb.com
Taejin Kim    tae.kim@srz.com
Edward M King    tking@fbtlaw.com, lsugg@fbtlaw.com;tking@ecf.inforuptcy.com
Roy F. Kiplinger    bankruptcy@kiplingerlaw.com, bankruptcy@kiplingerlaw.com
Jackson Taylor Kirklin    taylor.kirklin@usdoj.gov, denise.woody@usdoj.gov;melanie.crouch@usdoj.gov
James A. Knauer    jak@kgrlaw.com, tjf@kgrlaw.com
Kevin Dale Koons    kkoons@kgrlaw.com

Harris J. Koroglu     hkoroglu@shutts.com, fsantelices@shutts.com
Lawrence Joel Kotler     ljkotler@duanemorris.com
Robert R Kracht     rrk@mccarthylebit.com
Andrew L. Kraemer     akraemer@johnsonblumberg.com, akraemerlawoffice@att.net
David R. Krebs     dkrebs@hbkfirm.com, dadams@hbkfirm.com
Jerrold Scott Kulback     jkulback@archerlaw.com
Jay R LaBarge     jlabarge@stroblpc.com
Darryl S Laddin     bkrfilings@agg.com
Michael J. Langlois     mlanglois@shouselanglois.com, rshouse@shouselanglois.com
Vilda Samuel Laurin     slaurin@boselaw.com
Jordan A Lavinsky     jlavinsky@hansonbridgett.com
Todd Evan Leatherman     todd.leatherman@ky.gov
David S Lefere     dlefere@mikameyers.com, jfortney@mikameyers.com
Anthony Darrell Lehman     alehman@hpwlegal.com
Martha R. Lehman     mlehman@salawus.com, marthalehman87@gmail.com;pdidandeh@salawus.com;lengle@salawus.com
Gary H Leibowitz     gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;gleibowitz@coleschotz.com
Donald D Levenhagen     dlevenhagen@landmanbeatty.com
Elizabeth Marie Little     elizabeth.little@faegrebd.com
Edward J LoBello     elobello@msek.com
Melinda Hoover MacAnally     Melinda.MacAnally@atg.in.gov, Carrie.Spann@atg.in.gov;Kenyatta.Peerman@atg.in.gov
Christopher John Madaio     Cmadaio@oag.state.md.us
John A. Majors     jam@morganandpottinger.com, majormajors44@yahoo.com
Steven A. Malcoun     dsmith@mayallaw.com
Jonathan Marshall     jmarshall@choate.com
Thomas Marvin Martin     tmmartin@lewisricekc.com
Jeff J. Marwil     jmarwil@proskauer.com, npetrov@proskauer.com;pyoung@proskauer.com;sholinstat@proskauer.com
Richard J Mason     rmason@mcguirewoods.com
C. Ed Massey     mbracken@nkylawyers.com, cedmassey@nkylawyers.com
Ann Wilkinson Matthews     amatthews@ncdoj.gov
Rachel Jaffe Mauceri     rachel.mauceri@morganlewis.com
Michael Wesley McBride     mmcbride@cohenandmalad.com, klandeck@cohenandmalad.com
Michael K. McCrory     mmccrory@btlaw.com, bankruptcyindy@btlaw.com
Maureen Elin McOwen     molly.mcowen@cfpb.gov
Harley K Means     hkm@kgrlaw.com, kwhigham@kgrlaw.com;cjs@kgrlaw.com
Toby Merrill     tomerrill@law.harvard.edu, ppsl@law.harvard.edu
Robert W. Miller     rmiller@manierherod.com
Sherry Millman     smillman@stroock.com
Jason Milstone     jason.milstone@cmsenergy.com
Thomas E Mixdorf     thomas.mixdorf@icemiller.com, brandy.matney@icemiller.com
Evgeny Grigori Mogilevsky     eugene@egmlegal.com, emily@egmlegal.com;mogilevskyer41855@notify.bestcase.com
James P Moloy     jmoloy@boselaw.com,

dlingenfelter@boselaw.com;mwakefield@boselaw.com
Ronald J. Moore     Ronald.Moore@usdoj.gov
Hal F Morris     hal.morris@oag.texas.gov
Michael David Morris     michael.morris@ago.mo.gov
Kevin Alonzo Morrissey     kmorrissey@lewis-kappes.com, soliver@lewis-kappes.com;leckert@lewis-kappes.com;kwilliams@lewis-kappes.com
Whitney L Mosby     wmosby@bgdlegal.com, fwolfe@bgdlegal.com
C Daniel Motsinger     cmotsinger@kdlegal.com, cmotsinger@kdlegal.com;crbpgpleadings@kdlegal.com;shammersley@kdlegal.com
Lee Duck Moylan     lmoylan@klehr.com, acollazo@klehr.com
Joseph L. Mulvey     joseph@mulveylawllc.com, linda@mulveylawllc.com
Abraham Murphy     murphy@abrahammurphy.com
Justin Scott Murray     jmurray@atg.state.il.us
Alissa M. Nann     anann@foley.com, DHeffer@foley.com
Henry Seiji Newman     hsnewman@dglaw.com
Kevin M. Newman     knewman@menterlaw.com, kmnbk@barclaydamon.com,kevin-newman-8809@ecf.pacerpro.com
Cassandra A. Nielsen     cnielsen@rubin-levin.net, atty_cnielsen@bluestylus.com,mralph@rubin-levin.net;lking@rubin-levin.net
Ryan Charles Nixon     rcnixon@lamarcalawgroup.com
Isaac Nutovic     inutovic@nutovic.com
Michael O'Donnell     mike.odonnell@nortonrosefulbright.com
Gregory Ostendorf     gostendorf@scopelitis.com, agregory@scopelitis.com
Weston Erick Overturf     wes.overturf@mbcblaw.com, deidre.gastenveld@mbcblaw.com;ellen.sauter@mbcblaw.com
Pamela A. Paige     ppaige@plunkettcooney.com, amiller@plunkettcooney.com
Kenneth Pasquale     kpasquale@stroock.com
Eric Pendergraft     ependergraft@slp.law, dwoodall@slp.law;bss@slp.law
Danielle Ann Pham     danielle.pham@usdoj.gov
Anthony Pirraglia     anthony.pirraglia@tklaw.com
Jack A Raisner     jar@outtengolden.com, kdeleon@outtengolden.com;jquinonez@outtengolden.com
Jonathan Hjalmer Reischl     jonathan.reischl@cfpb.gov
Michael Rella     mrella@mmlawus.com
Caroline Ellona Richardson     caroline@paganelligroup.com, anna@paganelligroup.com
James Leigh Richmond     James.Richmond@fldoe.org
Mai Lan Gabrielle Rodgers     Rodgers.MaiLan@pbgc.gov, efile@pbgc.gov
John M. Rogers     johnr@rubin-levin.net, jkrichbaum@rubin-levin.net;atty_rogers@bluestylus.com;mralph@rubin-levin.net
Melissa M. Root     mroot@jenner.com, wwilliams@jenner.com
David A. Rosenthal     darlaw@nlci.com
James E Rossow     jim@rubin-levin.net, ATTY_JER@trustesolutions.com;robin@rubin-levin.net
Rene Sara Roupinian     rsr@outtengolden.com, jxh@outtengolden.com;kdeleon@outtengolden.com;rfisher@outtengolden.com;gl@outtengolden.com;jquinonez@outtengolden.com

Victoria Fay Roytenberg  vroytenberg@law.harvard.edu, jjimenez@law.harvard.edu
Steven Eric Runyan  ser@kgrlaw.com
Craig Damon Rust  craig.rust@doj.ca.gov, Lindsay.Bensen@doj.ca.gov
Karl T Ryan  info@ryanesq.com, kryan@ryanesq.com
Joseph Michael Sanders  jsanders@atg.state.il.us
Thomas C Scherer  tscherer@bgdlegal.com, fwolfe@bgdlegal.com
James R. Schrier  jrs@rtslawfirm.com, lrobison@rtslawfirm.com;jlandes@rtslawfirm.com
Ronald James Schutz  rschutz@robinskaplan.com
H. Jeffrey Schwartz  jschwartz@robinskaplan.com
Courtney Michelle Scott  cscott1@dor.in.gov
Joseph E Shickich  jshickich@foxrothschild.com, vmagda@foxrothschild.com
Randall R Shouse  rshouse@shouselanglois.com, mlanglois@shouselanglois.com
William E Smith  wsmith@k-glaw.com, clipke@k-glaw.com
Lauren C. Sorrell  lsorrell@kdlegal.com, ayeskie@kdlegal.com;swaddell@kdlegal.com;cmotsinger@kdlegal.com;shammersley@kdlegal.com
Berry Dan Spears  berrydspears616@gmail.com
Catherine L. Steege  csteege@jenner.com, mhinds@jenner.com;thooker@jenner.com
LaChelle D Stepp  lstepp@steppjaffe.com, lastepp@yahoo.com
Jason V Stitt  jstitt@kmklaw.com
Sharon Stolte  sstolte@sandbergphoenix.com
Jesse Ellsworth Summers  esummers@burr.com, sguest@burr.com
Matthew G. Summers  summersm@ballardspahr.com, lanoc@ballardspahr.com
Jonathan David Sundheimer  jsundheimer@btlaw.com
Nathan L Swehla  nswehla@graydon.law
Nancy K. Swift  nswift@buchalter.com, cbohnsack@buchalter.com
Andrew W.J. Tarr  atarr@robinsonbradshaw.com, jrobey@robinsonbradshaw.com
Eric Jay Taube  eric.taube@wallerlaw.com, annmarie.jezisek@wallerlaw.com;sherri.savala@wallerlaw.com
Meredith R. Theisen  mtheisen@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
Meredith R. Theisen  mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com;mralph@rubin-levin.net
Jessica L Titler  jt@chimicles.com
David Tocco  djtocco@vorys.com, mdwalkuski@vorys.com
Todd Christian Toral  todd.toral@dlapiper.com, todd-toral-9280@ecf.pacerpro.com
Ronald M. Tucker  rtucker@simon.com, cmartin@simon.com,bankruptcy@simon.com
Christopher Turner  christopher.turner@lw.com, DClitserv@lw.com
U.S. Trustee  ustpregion10.in.ecf@usdoj.gov
Michael Ungar  MUngar@mwe.com
Lauren Valkenaar  lauren.valkenaar@nortonrosefulbright.com
Sally E Veghte  sveghte@klehr.com, acollazo@klehr.com
Rachel Claire Verbeke  rverbeke@stroblpc.com
Aimee Vidaurri  aimee.vidaurri@nortonrosefulbright.com
Amy L VonDielingen  avondielingen@woodmclaw.com
Amy E Vulpio  vulpioa@whiteandwilliams.com

Case 16-07207-JMC-7A   Doc 3505   Filed 07/10/19   EOD 07/10/19 11:02:50   Pg 11 of 11

Carolyn Graff Wade     Carolyn.G.Wade@doj.state.or.us
Christopher D Wagner     cwagner@hooverhullturner.com
Louis Hanner Watson     louis@watsonnorris.com
Jeffrey R. Waxman     jwaxman@morrisjames.com, jdawson@morrisjames.com;wweller@morrisjames.com
Philip A. Whistler     philip.whistler@icemiller.com, holly.minnis@icemiller.com
Bradley Winston     bwinston@winstonlaw.com, lwheaton@winstonlaw.com
Brandon Michael Wise     bwise@prwlegal.com
Cathleen Dianne Wyatt     cwyatt@fbtlaw.com, tacton@fbtlaw.com
James T Young     james@rubin-levin.net, lking@rubin-levin.net;atty_young@bluestylus.com
James E. Zoccola     jzoccola@lewis-kappes.com

   I further certify that on July 10, 2019, pursuant to Section IV.C.3(c) of the Case Management Procedures, a copy of the foregoing *Proposed Agenda of Matters Scheduled for Omnibus Hearing on July 11, 2019 at 1:30 p.m.* was emailed to the following:

Arlington ISD/Richardson ISD:  Eboney Cobb at ecobb@pbfcm.com
CEC Red Run, LLC:  Alan M. Grochal at agrochal@tydingslaw.com
SWRE Deal V Building, LLC:  Paul Weiser at pweiser@buchalter.com
Tarrant County/Dallas County:  Elizabeth Weller at dallas.bankruptcy@publicans.com
Northwest Natural Gas Company:  Ashlee Minty at Ashlee.Minty@nwnatural.com
Solar Drive Business, LLC:  Chris W. Halling at challing@hallingmeza.com
Market-Turk Company:  Jordan A. Lavinsky at jlavinsky@hansonbridgett.com
Taxing Authority for Harris County, Texas:  John P. Dillman at houston_bankruptcy@lgbs.com
Texas Comptroller of Public Accounts:  Rachel Obaldo at rachel.obaldo@oag.texas.gov
Clear Creek Independent School District:  Carl O. Sandin at csandin@pbfcm.com
Synchrony Bank:  Recovery Management Systems Corporation at claims@recoverycorp.com
Bexar County:  Don Stecker at sanantonio.bankruptcy@publicans.com
SWRE Deal V Building, LLC:  Nancy K. Swift at nswift@buchalter.com
TN Dept. of Revenue:  Michael Willey at michael.willey@ag.tn.gov
Florida Department of Education:  Benman D. Szeto at benman.szeto@fldoe.org
Last Second Media, Inc.:  T. Todd Egland at tegland@beldenblaine.com
Hung Duong:  Kevin Schwin at kevin@schwinlaw.com
Travis County:  Kay D. Brock at kay.brock@traviscountytx.gov
Able Building Maintenance:  Scott D. Fink at bronationalecf@weltman.com
Marathon Ventures, LLC:  Daniel M. Karger at kargerlaw@gmail.com
Oklahoma County Treasurer:  Tammy Jones at tammy.jones@oklahomacounty.org
JM Partners LLC:  John Marshall at jmarshall@jmpartnersllc.com

            */s/ Meredith R. Theisen*
            Meredith R. Theisen

G:\WP80\TRUSTEE\Caruso\ITT Educational - 86723901\Drafts\proposed agenda - 071119.docx