**SO ORDERED: July 11, 2019.**



_____
James M. Carr
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] | ) | Case No.  16-07207-JMC-7A |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING SECOND FINAL FEE
APPLICATION OF RUBIN & LEVIN, P.C. FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
AS AVOIDANCE CLAIMS COUNSEL FOR THE TRUSTEE ON A CONTINGENT
FEE BASIS FOR THE PERIOD OCTOBER 1, 2018 THROUGH MAY 31, 2019**

This matter came before the Court on the *Second Final Fee Application of Rubin & Levin, P.C. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Avoidance Claims Counsel for the Trustee on a Contingent Fee Basis for the Period October 1, 2018 through May 31, 2019* (the "Application") [Doc 3475], filed by Rubin & Levin, P.C. ("Rubin & Levin"), as Avoidance Claims[2] counsel to Deborah J. Caruso, the chapter 7 trustee in this case (the "Trustee").  In the Application, Rubin & Levin requests (a) allowance of final

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].
[2] Capitalized terms used but not otherwise defined herein shall have the meanings used in the Application.

compensation for professional services performed by Rubin & Levin for the period commencing October 1, 2018 through and including May 31, 2019 (the "Current Compensation Period") in the amount of $648,125.24, and (b) reimbursement of Rubin & Levin's actual and necessary expenses in the amount of $1,135.88 incurred during the Current Compensation Period.

The Court, having considered the Application and having convened a hearing on July 11, 2019 and being otherwise duly advised in the premises, determines the Application should be, and hereby is GRANTED. Accordingly,

IT IS THEREFORE ORDERED as follows:

1. The Application is GRANTED in its entirety.

2. Rubin & Levin's compensation for professional services rendered during the Current Compensation Period is allowed on a final basis in the amount of $648,125.24, which represents the contingency fee earned on all Court-approved settled Avoidance Claims during the Current Compensation Period

3. Reimbursement of Rubin & Levin's expenses incurred during the Current Compensation Period in connection with all matters related to Avoidance Claims is allowed on a final basis in the amount of $1,135.88.

4. The Trustee is authorized to pay Rubin & Levin the total amount of $649,261.12, representing the final approved contingency fee earned on all Court-approved settled Avoidance Claims during the Current Compensation Period in the amount of $648,125.24 and reimbursement of expenses during the Current Compensation Period in the amount of $1,135.88.

###