**SO ORDERED: October 22, 2019.**



_____
**James M. Carr**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] ) | Case No. 16-07207-JMC-7A |
| ) | |
| Debtors. ) | Jointly Administered |

**ORDER GRANTING TRUSTEE'S THIRTEENTH MOTION
TO SCHEDULE ADDITIONAL OMNIBUS HEARING DATES**

This matter came before the Court on the *Trustee's Thirteenth Motion to Schedule Additional Omnibus Hearing Dates* (the "Motion") [Doc 3674], filed by Deborah J. Caruso, the chapter 7 trustee in this case (the "Trustee"). In the Motion, the Trustee requests, pursuant to Section I.A.2 of the *Notice, Case Management and Administrative Procedures* (the "Case Management Procedures"), entry of an order scheduling additional omnibus hearings in this case.

The Court, having considered the Motion and being otherwise duly advised in the premises, determines the Motion should be, and hereby is GRANTED. Accordingly,

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

IT IS THEREFORE ORDERED that the following additional omnibus hearing dates are hereby scheduled in this case:

(a) Wednesday, January 15, 2020 at 1:30 p.m. (prevailing Eastern time);

(b) Wednesday, February 19, 2020 at 1:30 p.m. (prevailing Eastern time);

(c) Wednesday, March 18, 2020 at 1:30 p.m. (prevailing Eastern time);

(d) Wednesday, April 15, 2020 at 1:30 p.m. (prevailing Eastern time);

(e) Wednesday, May 20, 2020 at 1:30 p.m. (prevailing Eastern time) and

(f) Wednesday, June 17, 2020 at 1:30 p.m. (prevailing Eastern time).

IT IS THEREFORE FURTHER ORDERED that at or before the last omnibus hearing scheduled for Wednesday, June 17, 2020, the Trustee shall request additional omnibus hearings to be scheduled.

###