UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] | ) | Case No.  16-07207-JMC-7A |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF HEARING AND OBJECTION DEADLINE

**PLEASE TAKE NOTICE** that on December 23, 2019, the United States of America (Internal Revenue Service), filed its *Motion for Relief from Stay to Offset Pre-Petition Tax Overpayments Against Pre-Petition Taxes, Memorandum of Law, and Notice of Objection Deadline* (the "Motion") **[Doc 3741]**.

**NOTICE IS GIVEN** that any objection to the above-referenced Motion must be in writing and filed with the Bankruptcy Clerk by no later than **4:00 p.m.** (prevailing Eastern time) on **January 9, 2020**.  Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail or in person at:

> 116 U.S. Courthouse
> 46 East Ohio Street
> Indianapolis, IN 46204

The objecting party must also serve a copy of the written objection upon the United States of American (Internal Revenue Service), at Sarah T. Mayhew, Trial Attorney, Tax Division, U.S. Department of Justice, P.O. Box 55, Ben Franklin Station, Washington, D.C. 20044.  **If an objection is NOT timely filed, the requested relief may be granted without a hearing.**

**NOTICE IS FURTHER GIVEN** that in the event an objection to the above-referenced Motion is timely filed, a hearing will be conducted on **January 15, 2020** at **1:30 p.m.** (prevailing Eastern time), in Room 325 of the United States Courthouse, 46 East Ohio Street, Indianapolis, IN 46204.

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

                                              Respectfully submitted,

                                              UNITED STATES OF AMERICA
(Internal Revenue Service)

Dated: December 27, 2019        By:*/s/ Sarah T. Mayhew*
                                              Sarah T. Mayhew

                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              P.O. Box 55, Ben Franklin Station
                                              Washington, D.C. 20044
                                              Tel: (202) 616-1929
                                              Fax: (202) 514-5238
                                              Email:  sarah.t.mayhew@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 27, 2019, a copy of the foregoing *Notice of Hearing and Objection Deadline* was filed electronically.  Pursuant to Section IV.C.3(a) of the Case Management Procedures, notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

John Joseph Allman    jallman@hbkfirm.com, dadams@hbkfirm.com
Richard Allyn    rallyn@robinskaplan.com
Robert N Amkraut    ramkraut@foxrothschild.com
Scott S. Anders    scott.anders@jordanramis.com, litparalegal@jordanramis.com
Manuel German Arreaza    manuel.arreaza@cfpb.gov
Todd Allan Atkinson    tatkinson@ulmer.com
Kay Dee Baird    kbaird@kdlegal.com, rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com
Michael I. Baird    baird.michael@pbgc.gov, efile@pbgc.gov
Christopher E. Baker    cbaker@hbkfirm.com, thignight@hbkfirm.com
James David Ballinger    jim@kentuckytrial.com, jennifer@kentuckytrial.com
Joseph E. Bant    jebant@lewisricekc.com
William J. Barrett    william.barrett@bfkn.com, mark.mackowiak@bfkn.com
Ashley Flynn Bartram    ashley.bartram@oag.texas.gov
Alex M Beeman    alex@beemanlawoffice.com, abeeman@reminger.com
Thomas M Beeman    tom@beemanlawoffice.com
Richard James Bernard    rbernard@foley.com
Thomas Berndt    tberndt@robinskaplan.com, jgerboth@robinskaplan.com
John J Berry    john.berry@dinsmore.com, Christina.Lee@DINSMORE.COM
Lauren Beslow    lauren.beslow@quarles.com
Brandon Craig Bickle    bbickle@gablelaw.com
Jill B. Bienstock    jbienstock@coleschotz.com
Michael Blumenthal    michael.blumenthal@tklaw.com
David J. Bodle    dbodle@hhclaw.com, layres@hhlaw-in.com
Robert A. Breidenbach    rab@goldsteinpressman.com

Wendy D Brewer    wbrewer@fmdlegal.com, cbellner@fmdlegal.com
Kayla D. Britton    kayla.britton@faegrebd.com, noticeFRindy@faegrebd.com
Robert Bernard Bruner    bob.bruner@nortonrosefulbright.com
Jason R Burke    jburke@bbrlawpc.com, kellis@bbrlawpc.com
Erin Busch    ebusch@nebraska.edu
John Cannizzaro    john.cannizzaro@icemiller.com, Thyrza.Skofield@icemiller.com
Kevin M. Capuzzi    kcapuzzi@beneschlaw.com, lmolinaro@beneschlaw.com;docket@beneschlaw.com
James E. Carlberg    jcarlberg@boselaw.com, mwakefield@boselaw.com;rmurphy@boselaw.com
Steven Dean Carpenter    scarpenter1@dor.in.gov
Deborah Caruso    dcaruso@rubin-levin.net, dwright@rubin-levin.net;jkrichbaum@rubin-levin.net;atty_dcaruso@bluestylus.com
Deborah J. Caruso    trusteecaruso@rubin-levin.net, DJC@trustesolutions.net
Joshua W. Casselman    jcasselman@rubin-levin.net, angie@rubin-levin.net;atty_jcasselman@bluestylus.com
Ben T. Caughey    ben.caughey@merchocaughey.com
Sonia A. Chae    chaes@sec.gov
John Andrew Chanin    jchanin@lindquist.com, srummery@lindquist.com
Courtney Elaine Chilcote    courtney@ckhattorneys.com, ckh@ckhattorneys.com;tracy@ckhattorneys.com
Dale C Christensen    christensen@sewkis.com
Eboney Delane Cobb    ecobb@pbfcm.com
Tiffany Cobb    tscobb@vorys.com
Michael Edward Collins    mcollins@manierherod.com
Michael Anthony Collyard    mcollyard@robinskaplan.com, rhoule@robinskaplan.com
Eileen Connor    econnor@law.harvard.edu
Lawrence D. Coppel    lcoppel@gfrlaw.com
Heather M. Crockett    Heather.Crockett@atg.in.gov, darlene.greenley@atg.in.gov
J Russell Cunningham    rcunningham@dnlc.net, reaster@dnlc.net
Erica Dausch    edausch@babstcalland.com
Melissa J. DeGroff    mjd@kgrlaw.com, cresler@kgrlaw.com
Dustin R. DeNeal    dustin.deneal@faegrebd.com, noticeFRindy@faegrebd.com
Laura A DuVall    Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Annette England    annette.england@btlaw.com
Charles Anthony Ercole    cercole@klehr.com, acollazo@klehr.com
Carolyn Meredith Fast    carolyn.fast@ag.ny.gov
Elaine Victoria Fenna    elaine.fenna@morganlewis.com
Andrew W Ferich    awf@chimicles.com
Scott Patrick Fisher    sfisher@drewrysimmons.com, lgarrison@DSVlaw.com
John David Folds    dfolds@bakerdonelson.com, sparson@bakerdonelson.com
Jennifer N Fountain    jfountain@iislaw.com, sfilippini@iislaw.com
Sarah Lynn Fowler    sarah.fowler@mbcblaw.com, deidre.gastenveld@mbcblaw.com
Robert W. Fuller    rfuller@rbh.com
Carlos Galliani    carlos@thelidjifirm.com
Jonathan William Garlough    jgarlough@foley.com, mstockl@foley.com;mdlee@foley.com

3

Lisa Giandomenico     lgiandomenico@nmag.gov
Lea Pauley Goff     lea.goff@skofirm.com, emily.keith@skofirm.com
John C Goodchild     john.goodchild@morganlewis.com
Douglas Gooding     dgooding@choate.com
John Andrew Goodridge     jagoodridge@jaglo.com, angray@jaglo.com;dwhiggs@jaglo.com
Michael Wayne Grant     michael.w.grant@doj.state.or.us
Richard Grayson Grant     rgrant@rgglaw.com, grantecf@gmail.com
Alan Mark Grochal     agrochal@tydingslaw.com
Elizabeth N. Hahn     ehahn@rubin-levin.net, mralph@rubin-levin.net
Gregory Forrest Hahn     ghahn@boselaw.com, jmcneeley@boselaw.com
Julian Ari Hammond     Jhammond@hammondlawpc.com, ppecherskaya@hammondlawpc.com
Wallace M Handler     whandler@swappc.com, kkloock@swappc.com
William J. Hanlon     whanlon@seyfarth.com
Adam Craig Harris     adam.harris@srz.com
Brian Hauck     bhauck@jenner.com
Jeffrey M. Hawkinson     jhawkinson@pcslegal.com, danderson@pcslegal.com
Michael J. Hebenstreit     mjh@whzlaw.com, arlene@whzlaw.com;ene@whzlaw.com;kdt@whzlaw.com
Amanda Marie Hendren     amanda@indianalawgroup.com
Claude Michael Higgins     Michael.Higgins@ag.ny.gov
Michael W. Hile     mhile@jacobsonhile.com, assistant@jacobsonhile.com
Sean M Hirschten     shirschten@psrb.com
Robert M. Hirsh     robert.hirsh@arentfox.com
John C. Hoard     johnh@rubin-levin.net, jkrichbaum@rubin-levin.net;atty_jch@trustesolutions.com;sturpin@rubin-levin.net
Curt Derek Hochbein     chochbein@rubin-levin.net, deidre@mbcblaw.com;ellen@mbcblaw.com
Jeffrey A Hokanson     jeff.hokanson@icemiller.com, bgnotices@icemiller.com
Steven Howard Holinstat     sholinstat@proskauer.com
Diana Hooley     diana.hooley@state.ma.us
Thomas Ross Hooper     hooper@sewkis.com
George Wade Hopper     ghopper@cohenandmalad.com, klandeck@cohenandmalad.com
Andrew E. Houha     bkecfnotices@johnsonblumberg.com
Andrew W. Hull     awhull@hooverhullturner.com, fgipson@hooverhullturner.com
James C Jacobsen     jjacobsen@nmag.gov, eheltman@nmag.gov
Christine K. Jacobson     cjacobson@jacobsonhile.com, 5412@notices.nextchapterbk.com
Jay Jaffe     jay.jaffe@faegrebd.com, noticeFRindy@faegrebd.com
David Januszewski     djanuszewski@cahill.com
Benjamin F Johns     bfj@chimicles.com, klw@chimicles.com
Russell Ray Johnson     russj4478@aol.com
Kenneth C. Jones     kcjones@lewisricekc.com
Anthony R. Jost     tjost@rbelaw.com, baldous@rbelaw.com
David J. Jurkiewicz     DJurkiewicz@boselaw.com, mwakefield@boselaw.com;rmurphy@boselaw.com;dlingenfelter@boselaw.com
Aaron Kappler     akappler@tokn.com
Timothy Q. Karcher     tkarcher@proskauer.com

4

Steven Joseph Kasyjanski   sjk-yount-atty@ameritech.net, skasyjan@gmail.com
Alan Katz   akatz@lockelord.com
Richard B. Kaufman   richardkfmn@gmail.com
Carly Kessler   ckessler@robinskaplan.com
John M. Ketcham   jketcham@psrb.com, scox@psrb.com
Taejin Kim   tae.kim@srz.com
Edward M King   tking@fbtlaw.com, lsugg@fbtlaw.com;tking@ecf.inforuptcy.com
Roy F. Kiplinger   bankruptcy@kiplingerlaw.com, bankruptcy@kiplingerlaw.com
Jackson Taylor Kirklin   taylor.kirklin@usdoj.gov, melanie.crouch@usdoj.gov
James A. Knauer   jak@kgrlaw.com, tjf@kgrlaw.com
Kevin Dale Koons   kkoons@kgrlaw.com, cjh@kgrlaw.com
Harris J. Koroglu   hkoroglu@shutts.com, fsantelices@shutts.com
Lawrence Joel Kotler   ljkotler@duanemorris.com
Robert R Kracht   rrk@mccarthylebit.com
Andrew L. Kraemer   akraemer@johnsonblumberg.com, akraemerlawoffice@att.net
David R. Krebs   dkrebs@hbkfirm.com, dadams@hbkfirm.com
Jerrold Scott Kulback   jkulback@archerlaw.com
Jay R LaBarge   jlabarge@stroblpc.com
Darryl S Laddin   bkrfilings@agg.com
Michael J. Langlois   mlanglois@shouselanglois.com, rshouse@shouselanglois.com
Vilda Samuel Laurin   slaurin@boselaw.com
Jordan A Lavinsky   jlavinsky@hansonbridgett.com
Todd Evan Leatherman   todd.leatherman@ky.gov
David S Lefere   dlefere@mikameyers.com, jfortney@mikameyers.com
Anthony Darrell Lehman   alehman@hpwlegal.com
Martha R. Lehman   mlehman@salawus.com, marthalehman87@gmail.com;ispells@salawus.com;lengle@salawus.com
Gary H Leibowitz   gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;gleibowitz@coleschotz.com
Donald D Levenhagen   dlevenhagen@landmanbeatty.com
Elizabeth Marie Little   elizabeth.little@faegrebd.com
Edward J LoBello   elobello@msek.com
Melinda Hoover MacAnally   Melinda.MacAnally@atg.in.gov, Carrie.Spann@atg.in.gov;Kenyatta.Peerman@atg.in.gov
Christopher John Madaio   Cmadaio@oag.state.md.us
John A. Majors   jam@morganandpottinger.com, majormajors44@yahoo.com
Steven A. Malcoun   dsmith@mayallaw.com
Jonathan Marshall   jmarshall@choate.com
Thomas Marvin Martin   tmmartin@lewisricekc.com
Jeff J. Marwil   jmarwil@proskauer.com, npetrov@proskauer.com;pyoung@proskauer.com;sholinstat@proskauer.com
Richard J Mason   rmason@mcguirewoods.com
C. Ed Massey   mbracken@nkylawyers.com, cedmassey@nkylawyers.com
Ann Wilkinson Matthews   amatthews@ncdoj.gov
Rachel Jaffe Mauceri   rachel.mauceri@morganlewis.com
Michael Wesley McBride   mmcbride@cohenandmalad.com, klandeck@cohenandmalad.com

Michael K. McCrory    mmccrory@btlaw.com, bankruptcyindy@btlaw.com
Maureen Elin McOwen    molly.mcowen@cfpb.gov
Harley K Means    hkm@kgrlaw.com, kwhigham@kgrlaw.com;cjs@kgrlaw.com
Toby Merrill    tomerrill@law.harvard.edu, ppsl@law.harvard.edu
Robert W. Miller    rmiller@manierherod.com
Sherry Millman    smillman@stroock.com
Jason Milstone    jason.milstone@cmsenergy.com
Thomas E Mixdorf    thomas.mixdorf@icemiller.com, brandy.matney@icemiller.com
Evgeny Grigori Mogilevsky    eugene@egmlegal.com, emily@egmlegal.com;mogilevskyer41855@notify.bestcase.com
James P Moloy    jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Ronald J. Moore    Ronald.Moore@usdoj.gov
Hal F Morris    hal.morris@oag.texas.gov
Michael David Morris    michael.morris@ago.mo.gov
Kevin Alonzo Morrissey    kmorrissey@lewis-kappes.com, soliver@lewis-kappes.com;leckert@lewis-kappes.com;kwilliams@lewis-kappes.com
Whitney L Mosby    wmosby@bgdlegal.com, fwolfe@bgdlegal.com
C Daniel Motsinger    cmotsinger@kdlegal.com, cmotsinger@kdlegal.com;crbpgpleadings@kdlegal.com;shammersley@kdlegal.com
Lee Duck Moylan    lmoylan@klehr.com, acollazo@klehr.com
Joseph L. Mulvey    joseph@mulveylawllc.com, linda@mulveylawllc.com
Abraham Murphy    murphy@abrahammurphy.com
Justin Scott Murray    jmurray@atg.state.il.us
Alissa M. Nann    anann@foley.com, DHeffer@foley.com
Henry Seiji Newman    hsnewman@dglaw.com
Kevin M. Newman    knewman@menterlaw.com, kmnbk@barclaydamon.com,kevin-newman-8809@ecf.pacerpro.com
Cassandra A. Nielsen    cnielsen@rubin-levin.net, atty_cnielsen@bluestylus.com,mralph@rubin-levin.net;lking@rubin-levin.net
Ryan Charles Nixon    rcnixon@lamarcalawgroup.com
Isaac Nutovic    inutovic@nutovic.com
Michael O'Donnell    mike.odonnell@nortonrosefulbright.com
Gregory Ostendorf    gostendorf@scopelitis.com, agregory@scopelitis.com
Weston Erick Overturf    wes.overturf@mbcblaw.com, deidre.gastenveld@mbcblaw.com;ellen.sauter@mbcblaw.com
Pamela A. Paige    ppaige@plunkettcooney.com, amiller@plunkettcooney.com
Kenneth Pasquale    kpasquale@stroock.com
Eric Pendergraft    ependergraft@slp.law, dwoodall@slp.law;bss@slp.law
Danielle Ann Pham    danielle.pham@usdoj.gov
Anthony Pirraglia    anthony.pirraglia@tklaw.com
Jack A Raisner    jar@outtengolden.com, kdeleon@outtengolden.com;jquinonez@outtengolden.com
Jonathan Hjalmer Reischl    jonathan.reischl@cfpb.gov
Michael Rella    mrella@mmlawus.com
Caroline Ellona Richardson    caroline@paganelligroup.com, anna@paganelligroup.com

James Leigh Richmond     James.Richmond@fldoe.org
Mai Lan Gabrielle Rodgers     Rodgers.MaiLan@pbgc.gov, efile@pbgc.gov
John M. Rogers     johnr@rubin-levin.net, jkrichbaum@rubin-levin.net;atty_rogers@bluestylus.com;mralph@rubin-levin.net;lking@rubin-levin.net
Melissa M. Root     mroot@jenner.com, wwilliams@jenner.com
David A. Rosenthal     darlaw@nlci.com
James E Rossow     jim@rubin-levin.net, ATTY_JER@trustesolutions.com;robin@rubin-levin.net
Rene Sara Roupinian     rsr@outtengolden.com, jxh@outtengolden.com;kdeleon@outtengolden.com;rfisher@outtengolden.com;gl@outtengolden.com;jquinonez@outtengolden.com;tloughran@outtengolden.com
Victoria Fay Roytenberg     vroytenberg@law.harvard.edu, jjimenez@law.harvard.edu
Steven Eric Runyan     ser@kgrlaw.com
Craig Damon Rust     craig.rust@doj.ca.gov, Lindsay.Bensen@doj.ca.gov
Karl T Ryan     info@ryanesq.com, kryan@ryanesq.com
Joseph Michael Sanders     jsanders@atg.state.il.us
Thomas C Scherer     tscherer@bgdlegal.com, fwolfe@bgdlegal.com
James R. Schrier     jrs@rtslawfirm.com, lrobison@rtslawfirm.com;jlandes@rtslawfirm.com
Ronald James Schutz     rschutz@robinskaplan.com
H. Jeffrey Schwartz     jschwartz@robinskaplan.com
Courtney Michelle Scott     cscott1@dor.in.gov
Joseph E Shickich     jshickich@foxrothschild.com, vmagda@foxrothschild.com
Randall R Shouse     rshouse@shouselanglois.com, mlanglois@shouselanglois.com
William E Smith     wsmith@k-glaw.com, clipke@k-glaw.com
Lauren C. Sorrell     lsorrell@kdlegal.com, ayeskie@kdlegal.com;swaddell@kdlegal.com;cmotsinger@kdlegal.com;shammersley@kdlegal.com
Berry Dan Spears     berrydspears616@gmail.com
Catherine L. Steege     csteege@jenner.com, mhinds@jenner.com;thooker@jenner.com;aswingle@jenner.com
LaChelle D Stepp     lstepp@steppjaffe.com, lastepp@yahoo.com
Jason V Stitt     jstitt@kmklaw.com
Sharon Stolte     sstolte@sandbergphoenix.com
Jesse Ellsworth Summers     esummers@burr.com, sguest@burr.com
Matthew G. Summers     summersm@ballardspahr.com, lanoc@ballardspahr.com
Jonathan David Sundheimer     jsundheimer@btlaw.com
Nathan L Swehla     nswehla@graydon.law
Nancy K. Swift     nswift@buchalter.com, cbohnsack@buchalter.com
Andrew W.J. Tarr     atarr@robinsonbradshaw.com, jrobey@robinsonbradshaw.com
Eric Jay Taube     eric.taube@wallerlaw.com, annmarie.jezisek@wallerlaw.com;sherri.savala@wallerlaw.com
Meredith R. Theisen     mtheisen@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
Meredith R. Theisen     mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com;mralph@rubin-levin.net;csprague@rubin-levin.net
Jessica L Titler     jt@chimicles.com

David Tocco     djtocco@vorys.com, mdwalkuski@vorys.com
Todd Christian Toral     todd.toral@dlapiper.com, todd-toral-9280@ecf.pacerpro.com
Ronald M. Tucker     rtucker@simon.com, cmartin@simon.com,bankruptcy@simon.com
Christopher Turner     christopher.turner@lw.com, DClitserv@lw.com
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
Lauren Valkenaar     lauren.valkenaar@nortonrosefulbright.com
Sally E Veghte     sveghte@klehr.com, acollazo@klehr.com
Rachel Claire Verbeke     rverbeke@stroblpc.com
Aimee Vidaurri     aimee.vidaurri@nortonrosefulbright.com
Amy L VonDielingen     avondielingen@woodmclaw.com
Amy E Vulpio     vulpioa@whiteandwilliams.com
Carolyn Graff Wade     Carolyn.G.Wade@doj.state.or.us
Christopher D Wagner     cwagner@hooverhullturner.com
Louis Hanner Watson     louis@watsonnorris.com
Jeffrey R. Waxman     jwaxman@morrisjames.com, jdawson@morrisjames.com;wweller@morrisjames.com
Philip A. Whistler     philip.whistler@icemiller.com, holly.minnis@icemiller.com
Bradley Winston     bwinston@winstonlaw.com, lwheaton@winstonlaw.com
Brandon Michael Wise     bwise@prwlegal.com
Cathleen Dianne Wyatt     cwyatt@fbtlaw.com, tacton@fbtlaw.com
James T Young     james@rubin-levin.net, lking@rubin-levin.net;atty_young@bluestylus.com
James E. Zoccola     jzoccola@lewis-kappes.com

*/s/ Sarah T. Mayhew*
Sarah T. Mayhew

G:\WP80\TRUSTEE\Caruso\ITT Educational - 86723901\Drafts\IRS Stay Relief Motion Hearing Notice.doc