IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*,[1] | ) | Case No. 16-07207-JMC |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF WITHDRAWAL OF CLAIMS FILED BY PENSION BENEFIT GUARANTY CORPORATION

The Pension Benefit Guaranty Corporation ("PBGC") hereby withdraws the following

Proofs of Claim:

1. Claim No. 1623, filed in *In re ITT Educational Services, Inc.*, Case No. 16-07207-JMC

2. Claim No. 1624, filed in *In re ITT Educational Services, Inc.*, Case No. 16-07207-JMC

3. Claim No. 1625, filed in *In re ITT Educational Services, Inc.*, Case No. 16-07207-JMC

4. Claim No. 1626, filed in *In re ITT Educational Services, Inc.*, Case No. 16-07207-JMC

5. Claim No. 409, filed in *In re ESI Service Corp.*, Case No. 16-07208-JMC

6. Claim No. 410, filed in *In re ESI Service Corp.*, Case No. 16-07208-JMC

7. Claim No. 411, filed in *In re ESI Service Corp.*, Case No. 16-07208-JMC

8. Claim No. 333, filed in *In re Daniel Webster College, Inc.,* Case No. 16-07209-JMC

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: ITT Educational Services, Inc. (1311); ESI Service Corp. (2117); and Daniel Webster College, Inc. (5980).

9.    Claim No. 334, filed in *In re Daniel Webster College, Inc.,* Case No. 16-07209-JMC

10.    Claim No. 335, filed in *In re Daniel Webster College, Inc.,* Case No. 16-07209-JMC

To date, there have been no objections filed to PBGC's claims.

Dated:  Washington, D.C.           Respectfully submitted,
       January 17, 2020

By:    <u>/s/ Mai Lan Rodgers</u>
Lori Butler
Assistant General Counsel
Mai Lan Rodgers
Attorney
Office of the General Counsel
PENSION BENEFIT GUARANTY
CORPORATION
1200 K Street, N.W.
Washington, D.C. 20005-4026
(202) 229-3946
FAX:  (202) 326-4112

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify, that on this 17th of January 2020, the forgoing Notice of Withdrawal of

Claims filed by Pension Benefit Guaranty Corporation was served via the Court's CM/ECF

system on all parties registered to receive CM/ECF notices from the Court concerning this case.


<u>/s/ Mai Lan Rodgers</u>
Mai Lan Rodgers