UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] | ) | Case No.  16-07207-JMC-7A |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF HEARING AND OBJECTION DEADLINE

**PLEASE TAKE NOTICE** that on January 29, 2020, Faegre Baker Daniels LLP, special counsel to Deborah J. Caruso, the chapter 7 trustee in this case (the "Trustee"), filed its *Sixth Interim Application of Faegre Baker Daniels LLP for Compensation and Reimbursement of Expenses as Special Counsel to Chapter 7 Trustee* **[Doc 3805]** (the "Application").

**NOTICE IS GIVEN** that, pursuant to the *Order Establishing Certain Notice, Case Management and Administrative Procedures and Approve Proposed Form 309D* (the "Case Management Procedures") **[Doc 220]**, any objection to the above-referenced Applications must be in writing and filed with the Bankruptcy Clerk by no later than **4:00 p.m.** (prevailing Eastern time) on **February 12, 2020**.  Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail or in person at:

> 116 U.S. Courthouse
> 46 East Ohio Street
> Indianapolis, IN 46204

The objecting party must also serve a copy of the written objection upon the Trustee's counsel, at Counsel for Trustee Deborah J. Caruso, Rubin & Levin, P.C., 135 N. Pennsylvania Street, Suite 1400, Indianapolis, IN 46204.  **If an objection is NOT timely filed, the requested relief may be granted without a hearing.**

**NOTICE IS FURTHER GIVEN** that in the event an objection to the above-referenced Application is timely filed, a hearing will be conducted on **February 19, 2020** at **1:30 p.m.** (prevailing Eastern time), in Room 325 of the United States Courthouse, 46 East Ohio Street, Indianapolis, IN 46204.

**NOTICE IS FURTHER GIVEN** that because this notice is only for purposes of CHAP (Chambers Automation Program) and was also imbedded in the above-referenced Application, this notice will not be served on any parties in this case.

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

2

Respectfully submitted,

RUBIN & LEVIN, P.C.

Dated: January 31, 2020        By:/s/ Meredith R. Theisen
                                  Meredith R. Theisen

Deborah J. Caruso (Atty. No. 4273-49)
John C. Hoard (Atty. No. 8024-49)
James E. Rossow Jr. (Atty. No. 21063-29)
Meredith R. Theisen (Atty. No. 28804-49)
RUBIN & LEVIN, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, Indiana 46204
Tel: (317) 634-0300
Fax: (317) 263-9411
Email:  dcaruso@rubin-levin.net
        johnh@rubin-levin.net
        jim@rubin-levin.net
        mtheisen@rubin-levin.net
Attorneys for Deborah J. Caruso, Trustee

G:\WP80\TRUSTEE\Caruso\ITT Educational - 86723901\Drafts\CHAP Notice - FBD 6th Fee App.docx