SO ORDERED: March 17, 2021.



_____
**James M. Carr**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] | ) | Case No. 16-07207-JMC-7A |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING THIRD INTERIM
APPLICATION OF ROBINS KAPLAN LLP
FOR REIMBURSEMENT OF EXPENSES INCURRED
AS LITIGATION CO-COUNSEL FOR THE TRUSTEE FOR
THE PERIOD DECEMBER 1, 2017 THROUGH JANUARY 31, 2021**

This matter came before the Court on the *Third Interim Application of Robins Kaplan LLP for Reimbursement of Expenses Incurred as Litigation Co-Counsel for the Trustee for the Period December 1, 2017 through January 31, 2021* (the "Application")[2] [Doc 4219], filed by Robins Kaplan, litigation co-counsel to the Trustee with respect to the D&O Claims. In the Application, Robins Kaplan requests (a) interim approval of reimbursement of Robins Kaplan's

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].
[2] Capitalized terms not otherwise defined herein shall have the meanings and definitions ascribed to such terms in the Application.

actual and necessary expenses in the amount of $476,001.57 incurred during the Current Reimbursement Period; (b) authorizing the Trustee to pay the Previously Submitted Invoices Holdback in the amount of $17,914.81;[3] and (c) authorizing the Trustee to pay the Recent Invoice in the amount of $386,427.51.

The Court, having considered the Application and having convened a hearing on March 17, 2021 and being otherwise duly advised in the premises, determines the Application should be, and hereby is GRANTED as described below. Accordingly,

IT IS THEREFORE ORDERED as follows:

1. The Application is GRANTED as described below.

2. Reimbursement of Robins Kaplan's expenses incurred during the Current Reimbursement Period is allowed on an interim basis in the amount of $476,001.57.

3. The Trustee is authorized to pay Robins Kaplan the sum of $17,914.82 for the Previously Submitted Invoices Holdback.

4. The Trustee is authorized to pay Robins Kaplan the sum of $386,427.51 for the Recent Invoice.

5. The reimbursement of expenses awarded in this Order shall be interim and subject to final approval pursuant to 11 U.S.C. § 330(a)(5).

6. The allowance of interim reimbursement of expenses pursuant to this Order is without prejudice to Robins Kaplan's right to seek additional reimbursement for services performed and expenses incurred during the Current Reimbursement Period, which were not processed at the time of the Application.

###

---

[3] Due to a calculation error, the Application requested payment of $17,914.81 for the Previously Submitted Invoices Holdback. However, the correct amount for the Previously Submitted Invoices Holdback is $17,914.82.