UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] ) | Case No.  16-07207-JMC-7A |
| ) | |
| Debtors. ) | Jointly Administered |

**PROPOSED AGENDA OF MATTERS SCHEDULED
FOR OMNIBUS HEARING ON AUGUST 17, 2022 AT 1:30 P.M.**

Deborah J. Caruso, the chapter 7 trustee in this case (the "Trustee"), by counsel, pursuant to the *Notice, Case Management and Administrative Procedures* (the "Case Management Procedures") approved by the Court on October 4, 2016 [Doc 220], submits this proposed agenda for the matters scheduled for the omnibus hearing on August 17, 2022 at 1:30 p.m. (prevailing Eastern time) (the "Hearing").  The Trustee anticipates the matters before the Court for the Hearing will take approximately thirty (30) minutes.

**I.      DIAL-IN INFORMATION**

The dial-in telephone number for interested parties to participate in the Hearing by conference call is 1-888-273-3658; passcode 6349352#.  Interested parties planning on participating in the Hearing by conference call shall notify the Court before the Hearing by contacting Heather Butler (heather_butler@insb.uscourts.gov or 317-229-3833) or Suzette Bewley (suzette_bewley@insb.uscourts.gov or 317-229-3862).

**II.     MATTERS SCHEDULED TO BE HEARD AT HEARING**

**Lead Bankruptcy Case (Case No. 16-07207)**

1. *Notice of Invoice for BGBC Partners, LLP's Fees and Expenses for the Period of June 1, 2022 through June 30, 2022* **[Doc 4912]**, filed by BGBC Partners, LLP.

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

- **Status:** No objections filed by the July 20, 2022 objection deadline. As such, pursuant to the Court's April 20, 2017 Order **[Doc 1569]**, the Trustee has paid 80% of the requested fees and 100% of the requested expenses. Not going forward at the Hearing.

2. *Trustee's Motion to Determine Certain State/City Tax Liabilities for 2010, 2011 and 2012 Arising from Settlement of Federal Tax Obligations for Those Years* **[Doc 4922]**, filed by the Trustee.

    - **Status:** No objections filed by the August 10, 2022 objection deadline. Going forward at the Hearing.

3. Continued hearing on *Motion to Confirm Absence of Stay and for Reconsideration* **[Doc 356]**, filed by the Commonwealth of Massachusetts and the State of New Mexico.

    - *Trustee's Objection to Motion to Confirm Absence of Stay and for Reconsideration* **[Doc 504]**, filed by the Trustee.

    - *Response to Trustee's Objection to Motion to Confirm Absence of Stay and for Reconsideration* **[Doc 543]**, filed by the Commonwealth of Massachusetts and the State of New Mexico.

    - **Status:** The Trustee will provide an update to the Court at the Hearing regarding the proposed continuation of the stay on a consensual basis to September 21, 2022. The Trustee will request on the record that this matter be continued to the omnibus hearing on September 21, 2022 at 1:30 p.m. If granted, not going forward at the Hearing.

**Caruso v. Consumer Financial Protection Bureau, *et al.* (AP No. 16-50318)**

1. Continued final hearing on the *Trustee's Motion to Stay, or in the Alternative, for Injunctive Relief Enjoining, Prosecution of Pending Litigation Against Debtors* **[Doc 3]**, filed by the Trustee.

    - *Objection to Trustee's Motion to Stay, or in the Alternative, for Injunctive Relief Enjoining, Prosecution of Pending Litigation Against Debtors* **[Doc 19]**, filed by the Attorney General for the Commonwealth of Massachusetts and the State of New Mexico.

    - *Consumer Financial Protection Bureau's Objection to Trustee's Motion to Stay, on in the Alternative, for Injunctive Relief Enjoining, Prosecution of Pending Litigation Against Debtors* **[Doc 21]**, filed by the Consumer Financial Protection Bureau.

- *Opposition of Securities and Exchange Commission to Trustee's Motion to Stay, or in the Alternative, for Injunctive Relief Enjoining, Prosecution of Pending Litigation Against Debtors* **[Doc 22]**, filed by the United States Securities and Exchange Commission.

- *Trustee's Reply in Support of Trustee's Motion to Stay, or in the Alternative, for Injunctive Relief Enjoining, Prosecution of Pending Litigation Against Debtors* **[Doc 23]**, filed by the Trustee.

- *Consumer Financial Protection Bureau's Supplemental Objection to Trustee's Motion to Stay* **[Doc 76]**, filed by the Consumer Financial Protection Bureau.

- *Supplemental Objection to Trustee's Motion to Stay, or in the Alternative, for Injunctive Relief Enjoining, Prosecution of Pending Litigation Against Debtors* **[Doc 84]**, filed by the Attorney General for the Commonwealth of Massachusetts.

- *Trustee's Supplement to Reply in Support of Trustee's Motion to Stay, or in the Alternative, for Injunctive Relief Enjoining, Prosecution of Pending Litigation Against Debtors* **[Doc 87]** filed by the Trustee.

- *Agreed Entry Resolving Trustee's Motion to Stay, or in the Alternative, for Injunctive Relief Enjoining, Prosecution of Pending Litigation Against Debtors with Respect to Consumer Financial Protection Bureau* **[Doc 98]**, filed by the Trustee and the Consumer Financial Protection Bureau.

- **Status:** The Trustee will provide an update to the Court at the Hearing regarding the proposed continuation of the stay on a consensual basis to September 21, 2022. The Trustee will request on the record that this matter be continued to the omnibus hearing on September 21, 2022 at 1:30 p.m. If granted, not going forward at the Hearing.

### III. NOTICE

Pursuant to the Case Management Procedures, the Trustee will serve this proposed hearing agenda on the Core Group (as defined in the Case Management Procedures) and each entity who has filed and served a court filing set to be heard at the Hearing.

3

Respectfully submitted,

RUBIN & LEVIN, P.C.

By: */s/ Meredith R. Theisen*
　　　Meredith R. Theisen

Deborah J. Caruso (Atty. No. 4273-49)
Meredith R. Theisen (Atty. No. 28804-49)
RUBIN & LEVIN, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, Indiana 46204
Tel: (317) 634-0300
Fax: (317) 263-9411
Email:  dcaruso@rubin-levin.net
　　　　mtheisen@rubin-levin.net
Attorneys for Deborah J. Caruso, Trustee

4

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2022, a copy of the foregoing *Proposed Agenda of Matters Scheduled for Omnibus Hearing on August 17, 2022 at 1:30 p.m.* was filed electronically. Pursuant to Section IV.C.3(a) of the Case Management Procedures, notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

John Joseph Allman   jallman@hbkfirm.com, dadams@hbkfirm.com
Richard Allyn   rallyn@robinskaplan.com
Robert N Amkraut   ramkraut@foxrothschild.com
Scott S. Anders   scott.anders@jordanramis.com, litparalegal@jordanramis.com
Reuel D Ash   rash@ulmer.com, mure@ulmer.com
Todd Allan Atkinson   todd.atkinson@wbd-us.com
George Bach   george@georgebachlaw.com
Kay Dee Baird   kbaird@kdlegal.com, rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com
Christopher E. Baker   cbaker@hbkfirm.com, thignight@hbkfirm.com
James David Ballinger   jim@kentuckytrial.com, jennifer@kentuckytrial.com
Joseph E. Bant   jebant@lewisricekc.com
William J. Barrett   william.barrett@bfkn.com, mark.mackowiak@bfkn.com
Ashley Flynn Bartram   ashley.bartram@oag.texas.gov
Alex M Beeman   alex@beemanlawoffice.com, abeeman@reminger.com
Thomas M Beeman   tom@beemanlawoffice.com
Richard James Bernard   rbernard@foley.com
Thomas Berndt   tberndt@robinskaplan.com, jgerboth@robinskaplan.com
John J Berry   john.berry@dinsmore.com, Christina.Lee@DINSMORE.COM
Brandon Craig Bickle   bbickle@gablelaw.com
Jill B. Bienstock   jillbienstock@hotmail.com
Michael Blumenthal   michael.blumenthal@hklaw.com
David J. Bodle   dbodle@hhclaw.com, layres@hhlaw-in.com
Robert A. Breidenbach   rab@goldsteinpressman.com
Wendy D Brewer   wbrewer@fmdlegal.com, cbellner@fmdlegal.com
Kayla D. Britton   kayla.britton@faegredrinker.com, noticeFRindy@faegrebd.com
Robert Bernard Bruner   bob.bruner@nortonrosefulbright.com
Jason R Burke   jburke@bbrlawpc.com, kellis@bbrlawpc.com
Erin Busch   ebusch@nebraska.edu
John Cannizzaro   john.cannizzaro@icemiller.com, julia.yankula@icemiller.com
Kevin M. Capuzzi   kcapuzzi@beneschlaw.com, lmolinaro@beneschlaw.com;docket@beneschlaw.com
James E. Carlberg   jcarlberg@boselaw.com, mwakefield@boselaw.com;kthompson@boselaw.com
Steven Dean Carpenter   scarpenter1@dor.in.gov
Deborah Caruso   dcaruso@rubin-levin.net, dwright@rubin-levin.net;cgilly@rubin-levin.net;atty_dcaruso@bluestylus.com
Deborah J. Caruso   trusteecaruso@rubin-levin.net, DJC@trustesolutions.net;cdjc11@trustesolutions.net
Joshua W. Casselman   jcasselman@rubin-levin.net, angie@rubin-

levin.net;atty_jcasselman@bluestylus.com
Ben T. Caughey     ben.caughey@merchocaughey.com
Sonia A. Chae     chaes@sec.gov
John Andrew Chanin     jchanin@lindquist.com, srummery@lindquist.com
Courtney Elaine Chilcote     courtney@ckhattorneys.com, ckh@ckhattorneys.com;tracy@ckhattorneys.com
Dale C Christensen     christensen@sewkis.com
Eboney Delane Cobb     ecobb@pbfcm.com
Tiffany Cobb     tscobb@vorys.com
Michael Edward Collins     mcollins@manierherod.com
Michael Anthony Collyard     mcollyard@robinskaplan.com, rhoule@robinskaplan.com
Eileen Connor     econnor@ppsl.org
Lawrence D. Coppel     lcoppel@gfrlaw.com
Heather M. Crockett     Heather.Crockett@atg.in.gov, marie.baker@atg.in.gov
J Russell Cunningham     rcunningham@dnlc.net, reaster@dnlc.net
Erica Dausch     edausch@babstcalland.com
Dustin R. DeNeal     dustin.deneal@faegredrinker.com, noticeFRindy@faegredrinker.com;faegrebddocket@faegredrinker.com
Laura A DuVall     Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Annette England     annette.england@btlaw.com
Charles Anthony Ercole     cercole@klehr.com, acollazo@klehr.com
Carolyn Meredith Fast     carolyn.fast@ag.ny.gov
Elaine Victoria Fenna     elaine.fenna@morganlewis.com
Andrew W Ferich     awf@chimicles.com
Scott Patrick Fisher     sfisher@drewrysimmons.com, lgarrison@DSVlaw.com
John David Folds     dfolds@bakerdonelson.com, sparson@bakerdonelson.com
Jennifer N Fountain     jfountain@iislaw.com, sfilippini@iislaw.com
Sarah Lynn Fowler     sfowler@ofattorneys.com, deidre@ofattorneys.com,rachel@ofattorneys.com,SLF@trustesolutions.net
Lauren Freeman     lauren.freeman@doj.ca.gov
Carlos Galliani     carlos@thelidjifirm.com
Jonathan William Garlough     jgarlough@foley.com, mstockl@foley.com;mdlee@foley.com
Lisa Giandomenico     lgiandomenico@nmag.gov
Lea Pauley Goff     lea.goff@skofirm.com, emily.keith@skofirm.com
John C Goodchild     john.goodchild@morganlewis.com
Douglas Gooding     dgooding@choate.com, douglas-gooding-9991@ecf.pacerpro.com
John Andrew Goodridge     jagoodridge@jaglo.com, angray@jaglo.com;dwhiggs@jaglo.com
Michael Wayne Grant     michael.w.grant@doj.state.or.us
Richard Grayson Grant     rgrant@rgglaw.com, grantecf@gmail.com
Alan Mark Grochal     agrochal@tydingslaw.com
Elizabeth N. Hahn     ehahn@rubin-levin.net, mralph@rubin-levin.net
Gregory Forrest Hahn     ghahn@boselaw.com, jmcneeley@boselaw.com
Julian Ari Hammond     Jhammond@hammondlawpc.com, ppecherskaya@hammondlawpc.com
Wallace M Handler     whandler@swappc.com, kkloock@swappc.com
William J. Hanlon     whanlon@seyfarth.com, 2875011420@filings.docketbird.com;bankruptcydocket@seyfarth.com

Adam Craig Harris     adam.harris@srz.com
Jeffrey M. Hawkinson     jhawkinson@pcslegal.com, danderson@pcslegal.com
Michael J. Hebenstreit     mhebenstreit@lewiskappes.com, ktierney@lewiskappes.com;pkerr@lewiskappes.com
Amanda Marie Hendren     amanda@indianalawgroup.com
Claude Michael Higgins     Michael.Higgins@ag.ny.gov
Michael W. Hile     mhile@jacobsonhile.com, assistant@jacobsonhile.com
Sean M Hirschten     shirschten@psrb.com
Robert M. Hirsh     rhirsh@lowenstein.com
John C. Hoard     johnh@rubin-levin.net, lking@rubin-levin.net;atty_jch@trustesolutions.com;sturpin@rubin-levin.net
Curt Derek Hochbein     chochbein@rubin-levin.net, kelly.paberzs@mbcblaw.com
Jeffrey A Hokanson     jeff.hokanson@icemiller.com, bgnotices@icemiller.com,david.young@icemiller.com
Steven Howard Holinstat     sholinstat@proskauer.com
Diana Hooley     diana.hooley@state.ma.us
Thomas Ross Hooper     hooper@sewkis.com
George Wade Hopper     ghopper@cohenandmalad.com, kkeith@cohenandmalad.com
Andrew E. Houha     bkecfnotices@johnsonblumberg.com
Andrew W. Hull     awhull@hooverhullturner.com, fgipson@hooverhullturner.com
James C Jacobsen     jjacobsen@nmag.gov, eheltman@nmag.gov
Christine K. Jacobson     cjacobson@jacobsonhile.com, 5412@notices.nextchapterbk.com,9992889420@filings.docketbird.com
Jay Jaffe     jay.jaffe@faegredrinker.com, noticeFRindy@faegrebd.com
David Januszewski     djanuszewski@cahill.com
Benjamin F Johns     bfj@chimicles.com, klw@chimicles.com
Russell Ray Johnson     russj4478@aol.com
Kenneth C. Jones     kcjones@lewisricekc.com
Anthony R. Jost     tjost@rbelaw.com, rmcclintic@rbelaw.com;baguado@rbelaw.com
Aaron Kappler     akappler@tokn.com
Timothy Q. Karcher     tkarcher@proskauer.com
Steven Joseph Kasyjanski     sjk-yount-atty@ameritech.net, skasyjan@gmail.com
Alan Katz     akatz@lockelord.com
Richard B. Kaufman     richardkfmn@gmail.com
John M. Ketcham     jketcham@psrb.com, scox@psrb.com
Taejin Kim     tae.kim@srz.com
Edward M King     tking@fbtlaw.com, lsugg@fbtlaw.com;tking@ecf.inforuptcy.com
Roy F. Kiplinger     bankruptcy@kiplingerlaw.com, bankruptcy@kiplingerlaw.com
J. Taylor Kirklin     taylor.kirklin@usdoj.gov, melanie.crouch@usdoj.gov
James A. Knauer     jak@kgrlaw.com, tjf@kgrlaw.com
Kevin Dale Koons     kkoons@kgrlaw.com, cjh@kgrlaw.com
Harris J. Koroglu     hkoroglu@shutts.com, fsantelices@shutts.com
Lawrence Joel Kotler     ljkotler@duanemorris.com
Robert R Kracht     rrk@mccarthylebit.com
Andrew L. Kraemer     akraemer@johnsonblumberg.com, akraemerlawoffice@att.net
David R. Krebs     dkrebs@hbkfirm.com, dadams@hbkfirm.com

Jerrold Scott Kulback    jkulback@archerlaw.com
Jay R LaBarge    jlabarge@stroblpc.com
Darryl S Laddin    bkrfilings@agg.com
Michael J. Langlois    mlanglois@shouselanglois.com, rshouse@shouselanglois.com
Vilda Samuel Laurin    slaurin@boselaw.com
Jordan A Lavinsky    jlavinsky@hansonbridgett.com
Todd Evan Leatherman    todd.leatherman@ky.gov
David S Lefere    dlefere@mikameyers.com, jfortney@mikameyers.com
Anthony Darrell Lehman    alehman@hlpwlaw.com
Martha R. Lehman    mlehman@smithamundsen.com, marthalehman87@gmail.com;ispells@salawus.com;lengle@salawus.com
Gary H Leibowitz    gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;gleibowitz@coleschotz.com
Donald D Levenhagen    dlevenhagen@landmanbeatty.com
Elizabeth Marie Little    elizabeth.little@faegredrinker.com, noticeFRindy@faegredrinker.com;anita.sery@faegredrinker.com;docketgeneral@faegredrinker.com;beth.olivere@faegredrinker.com
Edward J LoBello    elobello@msek.com
Melinda Hoover MacAnally    Melinda.MacAnally@atg.in.gov, Carrie.Spann@atg.in.gov;Kenyatta.Peerman@atg.in.gov
John A. Majors    jam@morganandpottinger.com, majormajors44@yahoo.com
Steven A. Malcoun    dsmith@mayallaw.com
John Marshall    JMarshall@JMPartnersLLC.com
Jonathan Marshall    jmarshall@choate.com, jonathan-marshall-4638@ecf.pacerpro.com
Thomas Marvin Martin    tmmartin@lewisricekc.com
Jeff J. Marwil    jmarwil@proskauer.com
Charles Edward Massey    mbracken@nkylawyers.com, cedmassey@nkylawyers.com
Ann Wilkinson Matthews    amatthews@ncdoj.gov
Rachel Jaffe Mauceri    rmauceri@rc.com
Sarah Thomas Mayhew    sarah.t.mayhew@usdoj.gov, northern.taxcivil@usdoj.gov
Melissa J. McCarty    mdegroff@kgrlaw.com, cresler@kgrlaw.com
Michael K. McCrory    mmccrory@btlaw.com, bankruptcyindy@btlaw.com
Maureen Elin McOwen    molly.mcowen@cfpb.gov
Harley K Means    hkm@kgrlaw.com, kwhigham@kgrlaw.com;cjs@kgrlaw.com;tfroelich@kgrlaw.com
Toby Merrill    toby.merrill@ed.gov, ppsl@law.harvard.edu
Robert W. Miller    rmiller@manierherod.com
Sherry Millman    smillman@stroock.com
Jason Milstone    jason.milstone@cmsenergy.com
Thomas E Mixdorf    thomas.mixdorf@icemiller.com, brandy.matney@icemiller.com
James P Moloy    jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Ronald J. Moore    Ronald.Moore@usdoj.gov
Hal F Morris    hal.morris@oag.texas.gov
Michael David Morris    michael.morris@ago.mo.gov
Kevin Alonzo Morrissey    kmorrissey@lewis-kappes.com, soliver@lewis-

kappes.com;leckert@lewis-kappes.com;kwilliams@lewis-kappes.com
Whitney L Mosby    whitney.mosby@dentons.com, faith.wolfe@dentons.com;nancy.branham@dentons.com
C Daniel Motsinger    cmotsinger@kdlegal.com, cmotsinger@kdlegal.com;rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com
Lee Duck Moylan    lmoylan@klehr.com, acollazo@klehr.com
Joseph L. Mulvey    joseph@mulveylawllc.com, linda@mulveylawllc.com
Abraham Murphy    murphy@abrahammurphy.com
Justin Scott Murray    jmurray@atg.state.il.us
Alissa M. Nann    anann@foley.com, DHeffer@foley.com
Henry Seiji Newman    hsnewman@dglaw.com
Kevin M. Newman    knewman@menterlaw.com, kmnbk@barclaydamon.com
Cassandra A. Nielsen    cnielsen@rubin-levin.net, atty_cnielsen@bluestylus.com,mralph@rubin-levin.net;lking@rubin-levin.net
Ryan Charles Nixon    rcnixon@lamarcalawgroup.com
Isaac Nutovic    inutovic@nutovic.com
Michael O'Donnell    mike.odonnell@nortonrosefulbright.com
Gregory Ostendorf    gostendorf@scopelitis.com, agregory@scopelitis.com
Weston Erick Overturf    wes@ofattorneys.com, deidre@ofattorneys.com;rachel@ofattorneys.com;overturf.westonb115224@notify.bestcase.com
Pamela A. Paige    ppaige@plunkettcooney.com, amiller@plunkettcooney.com
Eric Pendergraft    ependergraft@slp.law, dwoodall@slp.law;bss@slp.law
Danielle Ann Pham    danielle.pham@usdoj.gov
Anthony Pirraglia    anthony.pirraglia@hklaw.com
Jack A Raisner    jar@raisnerroupinian.com, rrllp@ecf.courtdrive.com
Jonathan Hjalmer Reischl    jonathan.reischl@cfpb.gov
Michael Rella    MichaelRella@dwt.com
Caroline Ellona Richardson    caroline@paganelligroup.com, robin@paganelligroup.com;buffy@paganelligroup.com
James Leigh Richmond    James.Richmond@fldoe.org
John M. Rogers    johnr@rubin-levin.net, cgilly@rubin-levin.net;atty_rogers@bluestylus.com;lking@rubin-levin.net
Melissa M. Root    mroot@jenner.com, wwilliams@jenner.com
David A. Rosenthal    darlaw@nlci.com
James E Rossow    jim@rubin-levin.net, mralph@rubin-levin.net;ATTY_JER@trustesolutions.com
Rene Sara Roupinian    rsr@raisnerroupinian.com, warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com;rrllp@ecf.courtdrive.com
Victoria Fay Roytenberg    vroytenberg@ppsl.org, eschmidt@law.harvard.edu
Steven Eric Runyan    ser@kgrlaw.com
Karl T Ryan    info@ryanesq.com, kryan@ryanesq.com
Joseph Michael Sanders    jsanders@atg.state.il.us
Thomas C Scherer    thomas.scherer@dentons.com, faith.wolfe@dentons.com
James R. Schrier    jrs@rtslawfirm.com, jar@rtslawfirm.com
Ronald James Schutz    rschutz@robinskaplan.com
H. Jeffrey Schwartz    jschwartz@robinskaplan.com

Courtney Michelle Scott	cscott1@dor.in.gov
Joseph E Shickich	jshickich@foxrothschild.com, vmagda@foxrothschild.com
Mary Alexandra Shipley	ashipley@mcguirewoods.com
William Shotzbarger	wshotzbarger@duanemorris.com
Randall R Shouse	rshouse@shouselanglois.com, mlanglois@shouselanglois.com
John Deitch Sigel	jsigel@ppsl.org
William E Smith	wsmith@k-glaw.com, cshaughnessy@k-glaw.com
Lauren C. Sorrell	lsorrell@kdlegal.com, ayeskie@kdlegal.com;cmotsinger@kdlegal.com;shammersley@kdlegal.com
Berry Dan Spears	berrydspears616@gmail.com
Catherine L. Steege	csteege@jenner.com, mhinds@jenner.com;thooker@jenner.com;aswingle@jenner.com
LaChelle Stepp	lstepp@steppjaffe.com, lastepp@yahoo.com
Jason V Stitt	jstitt@kmklaw.com
Sharon Stolte	sstolte@sandbergphoenix.com
Jesse Ellsworth Summers	esummers@burr.com, sguest@burr.com
Matthew G. Summers	summersm@ballardspahr.com, lanoc@ballardspahr.com
Jonathan David Sundheimer	jsundheimer@btlaw.com
Nathan L Swehla	nswehla@graydon.law
Nancy K. Swift	nswift@buchalter.com, cbohnsack@buchalter.com
Andrew W.J. Tarr	atarr@robinsonbradshaw.com, jrobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com
Eric Jay Taube	eric.taube@wallerlaw.com, annmarie.jezisek@wallerlaw.com;sherri.savala@wallerlaw.com
Meredith R. Theisen	mtheisen@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
Meredith R. Theisen	mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com;mralph@rubin-levin.net;cgilly@rubin-levin.net
Jessica L Titler	jt@chimicles.com
David Tocco	djtocco@vorys.com, mdwalkuski@vorys.com
Todd Christian Toral	todd.toral@dlapiper.com, todd-toral-9280@ecf.pacerpro.com
Ronald M. Tucker	rtucker@simon.com, cmartin@simon.com,bankruptcy@simon.com
Christopher Turner	christopher.turner@lw.com, DClitserv@lw.com
Michael Tye	michael.tye@usdoj.gov
U.S. Trustee	ustpregion10.in.ecf@usdoj.gov
Lauren Valkenaar	lvalkenaar@chasnoffstribling.com
Sally E Veghte	sveghte@klehr.com, acollazo@klehr.com
Rachel Claire Verbeke	rverbeke@stroblpc.com
Aimee Vidaurri	aimee.vidaurri@nortonrosefulbright.com
Amy L VonDielingen	amy.vondielingen@woodenlawyers.com
Amy E Vulpio	vulpioa@whiteandwilliams.com
Carolyn G. Wade	Carolyn.G.Wade@doj.state.or.us
Christopher D Wagner	cwagner@hooverhullturner.com
Louis Hanner Watson	louis@watsonnorris.com
Jeffrey R. Waxman	jwaxman@morrisjames.com, jdawson@morrisjames.com;wweller@morrisjames.com

Philip A. Whistler    philip.whistler@icemiller.com, holly.minnis@icemiller.com
Bradley Winston    bwinston@winstonlaw.com, lwheaton@winstonlaw.com
Brandon Michael Wise    bwise@prwlegal.com
Cathleen Dianne Wyatt    cwyatt@fbtlaw.com, tacton@fbtlaw.com
James T Young    james@rubin-levin.net, lking@rubin-levin.net;atty_young@bluestylus.com
James E. Zoccola    jzoccola@lewis-kappes.com

      I further certify that on August 16, 2022, pursuant to Section IV.C.3(c) of the Case Management Procedures, a copy of the foregoing *Proposed Agenda of Matters Scheduled for Omnibus Hearing on August 17, 2022 at 1:30 p.m.* was emailed to the following:

CEC Red Run, LLC: Alan M. Grochal at agrochal@tydingslaw.com
SWRE Deal V Building, LLC: Paul Weiser at pweiser@buchalter.com
Tarrant County/Dallas County: Elizabeth Weller at dallas.bankruptcy@publicans.com
Northwest Natural Gas Company: Ashlee Minty at Ashlee.Minty@nwnatural.com
Solar Drive Business, LLC: Chris W. Halling at challing@hallingmeza.com
Market-Turk Company: Jordan A. Lavinsky at jlavinsky@hansonbridgett.com
Taxing Authority for Harris County, Texas: John P. Dillman at houston_bankruptcy@lgbs.com
Texas Comptroller of Public Accounts: Rachel Obaldo at rachel.obaldo@oag.texas.gov
Clear Creek Independent School District: Carl O. Sandin at csandin@pbfcm.com
Synchrony Bank: Recovery Management Systems Corporation at claims@recoverycorp.com
Bexar County: Don Stecker at sanantonio.bankruptcy@publicans.com
SWRE Deal V Building, LLC: Nancy K. Swift at nswift@buchalter.com
TN Dept. of Revenue: Michael Willey at michael.willey@ag.tn.gov
Florida Department of Education: Jason Borntreger at jason.borntreger@fldoe.org
Last Second Media, Inc.: T. Todd Egland at tegland@beldenblaine.com
Hung Duong: Kevin Schwin at kevin@schwinlaw.com
Travis County: Kay D. Brock at kay.brock@traviscountytx.gov
Able Building Maintenance: Scott D. Fink at bronationalecf@weltman.com
Marathon Ventures, LLC: Daniel M. Karger at kargerlaw@gmail.com
Oklahoma County Treasurer: Tammy Jones at tammy.jones@oklahomacounty.org
JM Partners LLC:  John Marshall at jmarshall@jmpartnersllc.com

                                                           */s/ Meredith R. Theisen*
                                                           Meredith R. Theisen

G:\WP80\TRUSTEE\Caruso\ITT Educational - 86723901\Drafts\proposed agenda - 081722.docx