UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] | ) | Case No.  16-07207-JMC-7A |
| | ) | |
| Debtors. | ) | Jointly Administered |

## TRUSTEE'S 30th OMNIBUS OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY RULE 3007(d)(3) AND NOTICE OF RESPONSE DEADLINE

Deborah J. Caruso, the chapter 7 trustee in this case (the "Trustee"), files this omnibus objection to claims pursuant to Rule 3007(d)(3) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  Pursuant to Bankruptcy Rule 3007(d)(3), the Trustee respectfully objects to those claims listed on **Exhibit 1** attached hereto on the grounds that the claims have been amended by subsequently filed proofs of claim.  **Claimants receiving this objection should locate their names and claim number(s) on Exhibit 1 attached hereto.**  All inquiries regarding the Trustee's proposed treatment of a claim should be submitted electronically at ittchapter7@rubin-levin.net.

The Trustee expressly reserves all rights related to this objection, including, without limitation, the right to amend, modify, or supplement this objection and/or raise any additional objections or arguments, prior to or during any hearing(s) regarding the claims listed on **Exhibit 1**.  The Trustee also reserves the right to object to the claims listed on **Exhibit 1** on any additional grounds permitted under applicable law.  All such rights are expressly reserved and preserved.

**NOTICE:  Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.**

If you disagree with the Trustee's proposed treatment of your claim, as listed on **Exhibit 1**, then by no later than **4:00 p.m.** (prevailing Eastern time) on **September 22, 2022** (**30 days** from the date of service), you or your attorney must file a written response to this objection explaining your position.  Any written response should list or otherwise indicate the title of this objection.

Parties not represented by an attorney may deliver any written response to this objection as follows:  (a) by U.S. mail, courier, overnight/express mail at Clerk, United States Bankruptcy Court, Re:  *In re ITT Educational Services, Inc., et al.*, 116 U.S. Courthouse, 46 East Ohio Street, Indianapolis, IN 46204; or (b) by hand delivery to the Bankruptcy Clerk's office.

If you mail or hand deliver your response to the Court, it **must** contain your original signature (electronic signatures will not be accepted).  If you mail your response to the Court, you **must** mail it early enough so the Court will **receive** it on or before the date stated above.

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

You **must** also send a copy of your response to:

> Deborah J. Caruso, Trustee
> 135 N. Pennsylvania Street, Suite 1400
> Indianapolis, IN 46204
> Email:  ittchapter7@rubin-levin.net

If you or your attorney do not take these steps, the Court may decide you do not oppose the Trustee's proposed treatment of your claim and enter an order affecting your claim as proposed on **Exhibit 1**.

**NOTICE:**  A hearing on this objection and any responses filed thereto will be conducted on **October 26, 2022** at **1:30 p.m.** (prevailing Eastern time).  Interested parties may participate at the hearing by conference call by calling 1-888-273-3658, passcode 6349352#.

　　　　**WHEREFORE**, the Trustee respectfully objects to the claims listed on **Exhibit 1** and requests entry of an order:  (i) granting the Trustee's proposed treatment of the claims as listed on **Exhibit 1**; (ii) authorizing the Trustee to update the claims register(s) accordingly, and (iii) granting the Trustee all other just and proper relief.

Date:  <u>August 23, 2022</u>                           <u>*/s/ Deborah J. Caruso*             </u>
　　　　　　　　　　　　　　　　　　　　Deborah J. Caruso, Trustee
　　　　　　　　　　　　　　　　　　　　135 N. Pennsylvania Street, Suite 1400
　　　　　　　　　　　　　　　　　　　　Indianapolis, IN 46204

**<u>CERTIFICATE OF SERVICE</u>**

        I hereby certify that on August 23, 2022, a copy of the foregoing *Trustee's 30th Omnibus Objection to Claims Pursuant to Bankruptcy Rule 3007(d)(3) and Notice of Response Deadline* was filed electronically. Pursuant to Section IV.C.3(a) of the *Notice, Case Management and Administrative Procedures* (the "Case Management Procedures") approved by the Court on October 4, 2016 [Doc 220], Bankruptcy Rule 3007(a)(2)(B) and S.D.Ind. B-3007-1(a), notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

John Joseph Allman    jallman@hbkfirm.com, dadams@hbkfirm.com
Richard Allyn    rallyn@robinskaplan.com
Robert N Amkraut    ramkraut@foxrothschild.com
Scott S. Anders    scott.anders@jordanramis.com, litparalegal@jordanramis.com
Reuel D Ash    rash@ulmer.com, mure@ulmer.com
Todd Allan Atkinson    todd.atkinson@wbd-us.com
George Bach    george@georgebachlaw.com
Kay Dee Baird    kbaird@kdlegal.com, rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com
Christopher E. Baker    cbaker@hbkfirm.com, thignight@hbkfirm.com
James David Ballinger    jim@kentuckytrial.com, jennifer@kentuckytrial.com
Joseph E. Bant    jebant@lewisricekc.com
William J. Barrett    william.barrett@bfkn.com, mark.mackowiak@bfkn.com
Ashley Flynn Bartram    ashley.bartram@oag.texas.gov
Alex M Beeman    alex@beemanlawoffice.com, abeeman@reminger.com
Thomas M Beeman    tom@beemanlawoffice.com
Richard James Bernard    rbernard@foley.com
Thomas Berndt    tberndt@robinskaplan.com, jgerboth@robinskaplan.com
John J Berry    john.berry@dinsmore.com, Christina.Lee@DINSMORE.COM
Brandon Craig Bickle    bbickle@gablelaw.com
Jill B. Bienstock    jillbienstock@hotmail.com
Michael Blumenthal    michael.blumenthal@hklaw.com
David J. Bodle    dbodle@hhclaw.com, layres@hhlaw-in.com
Robert A. Breidenbach    rab@goldsteinpressman.com
Wendy D Brewer    wbrewer@fmdlegal.com, cbellner@fmdlegal.com
Kayla D. Britton    kayla.britton@faegredrinker.com, noticeFRindy@faegrebd.com
Robert Bernard Bruner    bob.bruner@nortonrosefulbright.com
Jason R Burke    jburke@bbrlawpc.com, kellis@bbrlawpc.com
Erin Busch    ebusch@nebraska.edu
John Cannizzaro    john.cannizzaro@icemiller.com, julia.yankula@icemiller.com
Kevin M. Capuzzi    kcapuzzi@beneschlaw.com, lmolinaro@beneschlaw.com;docket@beneschlaw.com
James E. Carlberg    jcarlberg@boselaw.com, mwakefield@boselaw.com;kthompson@boselaw.com
Steven Dean Carpenter    scarpenter1@dor.in.gov
Deborah Caruso    dcaruso@rubin-levin.net, dwright@rubin-levin.net;cgilly@rubin-levin.net;atty_dcaruso@bluestylus.com
Deborah J. Caruso    trusteecaruso@rubin-levin.net,

DJC@trustesolutions.net;cdjc11@trustesolutions.net
Joshua W. Casselman    jcasselman@rubin-levin.net, angie@rubin-levin.net;atty_jcasselman@bluestylus.com
Ben T. Caughey    ben.caughey@merchocaughey.com
Sonia A. Chae    chaes@sec.gov
John Andrew Chanin    jchanin@lindquist.com, srummery@lindquist.com
Courtney Elaine Chilcote    courtney@ckhattorneys.com, ckh@ckhattorneys.com;tracy@ckhattorneys.com
Dale C Christensen    christensen@sewkis.com
Eboney Delane Cobb    ecobb@pbfcm.com
Tiffany Cobb    tscobb@vorys.com
Michael Edward Collins    mcollins@manierherod.com
Michael Anthony Collyard    mcollyard@robinskaplan.com, rhoule@robinskaplan.com
Eileen Connor    econnor@ppsl.org
Lawrence D. Coppel    lcoppel@gfrlaw.com
Heather M. Crockett    Heather.Crockett@atg.in.gov, marie.baker@atg.in.gov
J Russell Cunningham    rcunningham@dnlc.net, reaster@dnlc.net
Erica Dausch    edausch@babstcalland.com
Dustin R. DeNeal    ddeneal@firstib.com, noticeFRindy@faegredrinker.com;faegrebddocket@faegredrinker.com
Laura A DuVall    Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Annette England    annette.england@btlaw.com
Charles Anthony Ercole    cercole@klehr.com, acollazo@klehr.com
Carolyn Meredith Fast    carolyn.fast@ag.ny.gov
Elaine Victoria Fenna    elaine.fenna@morganlewis.com
Andrew W Ferich    awf@chimicles.com
Scott Patrick Fisher    sfisher@drewrysimmons.com, lgarrison@DSVlaw.com
John David Folds    dfolds@bakerdonelson.com, sparson@bakerdonelson.com
Jennifer N Fountain    jfountain@iislaw.com, sfilippini@iislaw.com
Sarah Lynn Fowler    sfowler@ofattorneys.com, deidre@ofattorneys.com,rachel@ofattorneys.com,SLF@trustesolutions.net
Lauren Freeman    lauren.freeman@doj.ca.gov
Carlos Galliani    carlos@thelidjifirm.com
Jonathan William Garlough    jgarlough@foley.com, mstockl@foley.com;mdlee@foley.com
Lisa Giandomenico    lgiandomenico@nmag.gov
Lea Pauley Goff    lea.goff@skofirm.com, emily.keith@skofirm.com
John C Goodchild    john.goodchild@morganlewis.com
Douglas Gooding    dgooding@choate.com, douglas-gooding-9991@ecf.pacerpro.com
John Andrew Goodridge    jagoodridge@jaglo.com, angray@jaglo.com;dwhiggs@jaglo.com
Michael Wayne Grant    michael.w.grant@doj.state.or.us
Richard Grayson Grant    rgrant@rgglaw.com, grantecf@gmail.com
Alan Mark Grochal    agrochal@tydingslaw.com
Elizabeth N. Hahn    ehahn@rubin-levin.net, mralph@rubin-levin.net
Gregory Forrest Hahn    ghahn@boselaw.com, jmcneeley@boselaw.com
Julian Ari Hammond    Jhammond@hammondlawpc.com, ppecherskaya@hammondlawpc.com
Wallace M Handler    whandler@swappc.com, kkloock@swappc.com
William J. Hanlon    whanlon@seyfarth.com,

2875011420@filings.docketbird.com;bankruptcydocket@seyfarth.com
Adam Craig Harris    adam.harris@srz.com
Jeffrey M. Hawkinson    jhawkinson@pcslegal.com, danderson@pcslegal.com
Michael J. Hebenstreit    mhebenstreit@lewiskappes.com,
ktierney@lewiskappes.com;pkerr@lewiskappes.com
Amanda Marie Hendren    amanda@indianalawgroup.com
Claude Michael Higgins    Michael.Higgins@ag.ny.gov
Michael W. Hile    mhile@jacobsonhile.com, assistant@jacobsonhile.com
Sean M Hirschten    shirschten@psrb.com
Robert M. Hirsh    rhirsh@lowenstein.com
John C. Hoard    johnh@rubin-levin.net, lking@rubin-
levin.net;atty_jch@trustesolutions.com;sturpin@rubin-levin.net
Curt Derek Hochbein    chochbein@rubin-levin.net, kelly.paberzs@mbcblaw.com
Jeffrey A Hokanson    jeff.hokanson@icemiller.com,
bgnotices@icemiller.com,david.young@icemiller.com
Steven Howard Holinstat    sholinstat@proskauer.com
Diana Hooley    diana.hooley@state.ma.us
Thomas Ross Hooper    hooper@sewkis.com
George Wade Hopper    ghopper@cohenandmalad.com, kkeith@cohenandmalad.com
Andrew E. Houha    bkecfnotices@johnsonblumberg.com
Andrew W. Hull    awhull@hooverhullturner.com, fgipson@hooverhullturner.com
James C Jacobsen    jjacobsen@nmag.gov, eheltman@nmag.gov
Christine K. Jacobson    cjacobson@jacobsonhile.com,
5412@notices.nextchapterbk.com,9992889420@filings.docketbird.com
Jay Jaffe    jay.jaffe@faegredrinker.com, noticeFRindy@faegrebd.com
David Januszewski    djanuszewski@cahill.com
Benjamin F Johns    bfj@chimicles.com, klw@chimicles.com
Russell Ray Johnson    russj4478@aol.com
Kenneth C. Jones    kcjones@lewisricekc.com
Anthony R. Jost    tjost@rbelaw.com, rmcclintic@rbelaw.com;baguado@rbelaw.com
Aaron Kappler    akappler@tokn.com
Timothy Q. Karcher    tkarcher@proskauer.com
Steven Joseph Kasyjanski    sjk-yount-atty@ameritech.net, skasyjan@gmail.com
Alan Katz    akatz@lockelord.com
Richard B. Kaufman    richardkfmn@gmail.com
John M. Ketcham    jketcham@psrb.com, scox@psrb.com
Taejin Kim    tae.kim@srz.com
Edward M King    tking@fbtlaw.com, lsugg@fbtlaw.com;tking@ecf.inforuptcy.com
Roy F. Kiplinger    bankruptcy@kiplingerlaw.com, bankruptcy@kiplingerlaw.com
J. Taylor Kirklin    taylor.kirklin@usdoj.gov, melanie.crouch@usdoj.gov
James A. Knauer    jak@kgrlaw.com, tjf@kgrlaw.com
Kevin Dale Koons    kkoons@kgrlaw.com, cjh@kgrlaw.com
Harris J. Koroglu    hkoroglu@shutts.com, fsantelices@shutts.com
Lawrence Joel Kotler    ljkotler@duanemorris.com
Robert R Kracht    rrk@mccarthylebit.com
Andrew L. Kraemer    akraemer@johnsonblumberg.com, akraemerlawoffice@att.net
David R. Krebs    dkrebs@hbkfirm.com, dadams@hbkfirm.com

Jerrold Scott Kulback    jkulback@archerlaw.com
Jay R LaBarge    jlabarge@stroblpc.com
Darryl S Laddin    bkrfilings@agg.com
Michael J. Langlois    mlanglois@shouselanglois.com, rshouse@shouselanglois.com
Vilda Samuel Laurin    slaurin@boselaw.com
Jordan A Lavinsky    jlavinsky@hansonbridgett.com
Todd Evan Leatherman    todd.leatherman@ky.gov
David S Lefere    dlefere@mikameyers.com, jfortney@mikameyers.com
Anthony Darrell Lehman    alehman@hlpwlaw.com
Martha R. Lehman    mlehman@smithamundsen.com,
marthalehman87@gmail.com;ispells@salawus.com;lengle@salawus.com
Gary H Leibowitz    gleibowitz@coleschotz.com,
pratkowiak@coleschotz.com;gleibowitz@coleschotz.com
Donald D Levenhagen    dlevenhagen@landmanbeatty.com
Elizabeth Marie Little    elizabeth.little@faegredrinker.com,
noticeFRindy@faegredrinker.com;anita.sery@faegredrinker.com;docketgeneral@faegredrinker.
com;beth.olivere@faegredrinker.com
Edward J LoBello    elobello@msek.com
Melinda Hoover MacAnally    Melinda.MacAnally@atg.in.gov,
Carrie.Spann@atg.in.gov;Kenyatta.Peerman@atg.in.gov
John A. Majors    jam@morganandpottinger.com, majormajors44@yahoo.com
Steven A. Malcoun    dsmith@mayallaw.com
John Marshall    JMarshall@JMPartnersLLC.com
Jonathan Marshall    jmarshall@choate.com, jonathan-marshall-4638@ecf.pacerpro.com
Thomas Marvin Martin    tmmartin@lewisricekc.com
Jeff J. Marwil    jmarwil@proskauer.com
Charles Edward Massey    mbracken@nkylawyers.com, cedmassey@nkylawyers.com
Ann Wilkinson Matthews    amatthews@ncdoj.gov
Rachel Jaffe Mauceri    rmauceri@rc.com
Sarah Thomas Mayhew    sarah.t.mayhew@usdoj.gov, northern.taxcivil@usdoj.gov
Melissa J. McCarty    mdegroff@kgrlaw.com, cresler@kgrlaw.com
Michael K. McCrory    mmccrory@btlaw.com, bankruptcyindy@btlaw.com
Maureen Elin McOwen    molly.mcowen@cfpb.gov
Harley K Means    hkm@kgrlaw.com,
kwhigham@kgrlaw.com;cjs@kgrlaw.com;tfroelich@kgrlaw.com
Toby Merrill    toby.merrill@ed.gov, ppsl@law.harvard.edu
Robert W. Miller    rmiller@manierherod.com
Sherry Millman    smillman@stroock.com
Jason Milstone    jason.milstone@cmsenergy.com
Thomas E Mixdorf    thomas.mixdorf@icemiller.com, brandy.matney@icemiller.com
James P Moloy    jmoloy@boselaw.com,
dlingenfelter@boselaw.com;mwakefield@boselaw.com
Ronald J. Moore    Ronald.Moore@usdoj.gov
Hal F Morris    hal.morris@oag.texas.gov
Michael David Morris    michael.morris@ago.mo.gov
Kevin Alonzo Morrissey    kmorrissey@lewis-kappes.com, soliver@lewis-
kappes.com;leckert@lewis-kappes.com;kwilliams@lewis-kappes.com

Whitney L Mosby     whitney.mosby@dentons.com,
faith.wolfe@dentons.com;nancy.branham@dentons.com
C Daniel Motsinger     cmotsinger@kdlegal.com,
cmotsinger@kdlegal.com;rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com
Lee Duck Moylan     lmoylan@klehr.com, acollazo@klehr.com
Joseph L. Mulvey     joseph@mulveylawllc.com, linda@mulveylawllc.com
Abraham Murphy     murphy@abrahammurphy.com
Justin Scott Murray     jmurray@atg.state.il.us
Alissa M. Nann     anann@foley.com, DHeffer@foley.com
Henry Seiji Newman     hsnewman@dglaw.com
Kevin M. Newman     knewman@menterlaw.com, kmnbk@barclaydamon.com
Cassandra A. Nielsen     cnielsen@rubin-levin.net,
atty_cnielsen@bluestylus.com,mralph@rubin-levin.net;lking@rubin-levin.net
Ryan Charles Nixon     rcnixon@lamarcalawgroup.com
Isaac Nutovic     inutovic@nutovic.com
Michael O'Donnell     mike.odonnell@nortonrosefulbright.com
Gregory Ostendorf     gostendorf@scopelitis.com, agregory@scopelitis.com
Weston Erick Overturf     wes@ofattorneys.com,
deidre@ofattorneys.com;rachel@ofattorneys.com;overturf.westonb115224@notify.bestcase.com
Pamela A. Paige     ppaige@plunkettcooney.com, amiller@plunkettcooney.com
Eric Pendergraft     ependergraft@slp.law, dwoodall@slp.law;bss@slp.law
Danielle Ann Pham     danielle.pham@usdoj.gov
Anthony Pirraglia     anthony.pirraglia@hklaw.com
Jack A Raisner     jar@raisnerroupinian.com, rrllp@ecf.courtdrive.com
Jonathan Hjalmer Reischl     jonathan.reischl@cfpb.gov
Michael Rella     MichaelRella@dwt.com
Caroline Ellona Richardson     caroline@paganelligroup.com,
robin@paganelligroup.com;buffy@paganelligroup.com
James Leigh Richmond     James.Richmond@fldoe.org
John M. Rogers     johnr@rubin-levin.net, cgilly@rubin-
levin.net;atty_rogers@bluestylus.com;lking@rubin-levin.net
Melissa M. Root     mroot@jenner.com, wwilliams@jenner.com
David A. Rosenthal     darlaw@nlci.com
James E Rossow     jim@rubin-levin.net, mralph@rubin-
levin.net;ATTY_JER@trustesolutions.com
Rene Sara Roupinian     rsr@raisnerroupinian.com, warnlawyers@raisnerroupinian.com;jenny--
hoxha--5459@ecf.pacerpro.com;rrllp@ecf.courtdrive.com
Victoria Fay Roytenberg     vroytenberg@ppsl.org, eschmidt@law.harvard.edu
Steven Eric Runyan     ser@kgrlaw.com
Karl T Ryan     info@ryanesq.com, kryan@ryanesq.com
Joseph Michael Sanders     jsanders@atg.state.il.us
Thomas C Scherer     thomas.scherer@dentons.com, faith.wolfe@dentons.com
James R. Schrier     jrs@rtslawfirm.com, jar@rtslawfirm.com
Ronald James Schutz     rschutz@robinskaplan.com
H. Jeffrey Schwartz     jschwartz@robinskaplan.com
Courtney Michelle Scott     cscott1@dor.in.gov
Joseph E Shickich     jshickich@foxrothschild.com, vmagda@foxrothschild.com

Mary Alexandra Shipley     ashipley@mcguirewoods.com
William Shotzbarger     wshotzbarger@duanemorris.com
Randall R Shouse     rshouse@shouselanglois.com, mlanglois@shouselanglois.com
John Deitch Sigel     jsigel@ppsl.org
William E Smith     wsmith@k-glaw.com, cshaughnessy@k-glaw.com
Lauren C. Sorrell     lsorrell@kdlegal.com,
ayeskie@kdlegal.com;cmotsinger@kdlegal.com;shammersley@kdlegal.com
Berry Dan Spears     berrydspears616@gmail.com
Catherine L. Steege     csteege@jenner.com,
mhinds@jenner.com;thooker@jenner.com;aswingle@jenner.com
LaChelle Stepp     lstepp@steppjaffe.com, lastepp@yahoo.com
Jason V Stitt     jstitt@kmklaw.com
Sharon Stolte     sstolte@sandbergphoenix.com
Jesse Ellsworth Summers     esummers@burr.com, sguest@burr.com
Matthew G. Summers     summersm@ballardspahr.com, lanoc@ballardspahr.com
Jonathan David Sundheimer     jsundheimer@btlaw.com
Nathan L Swehla     nswehla@graydon.law
Nancy K. Swift     nswift@buchalter.com, cbohnsack@buchalter.com
Andrew W.J. Tarr     atarr@robinsonbradshaw.com,
jrobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com
Eric Jay Taube     eric.taube@wallerlaw.com,
annmarie.jezisek@wallerlaw.com;sherri.savala@wallerlaw.com
Meredith R. Theisen     mtheisen@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-
levin.net
Meredith R. Theisen     mtheisen@rubin-levin.net,
atty_mtheisen@bluestylus.com;mralph@rubin-levin.net;cgilly@rubin-levin.net
Jessica L Titler     jt@chimicles.com
David Tocco     djtocco@vorys.com, mdwalkuski@vorys.com
Todd Christian Toral     todd.toral@dlapiper.com, todd-toral-9280@ecf.pacerpro.com
Ronald M. Tucker     rtucker@simon.com, cmartin@simon.com,bankruptcy@simon.com
Christopher Turner     christopher.turner@lw.com, DClitserv@lw.com
Michael Tye     michael.tye@usdoj.gov
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
Lauren Valkenaar     lvalkenaar@chasnoffstribling.com
Sally E Veghte     sveghte@klehr.com, acollazo@klehr.com
Rachel Claire Verbeke     rverbeke@stroblpc.com
Aimee Vidaurri     aimee.vidaurri@nortonrosefulbright.com
Amy L VonDielingen     amy.vondielingen@woodenlawyers.com
Amy E Vulpio     vulpioa@whiteandwilliams.com
Carolyn G. Wade     Carolyn.G.Wade@doj.state.or.us
Christopher D Wagner     cwagner@hooverhullturner.com
Louis Hanner Watson     louis@watsonnorris.com
Jeffrey R. Waxman     jwaxman@morrisjames.com,
jdawson@morrisjames.com;wweller@morrisjames.com
Philip A. Whistler     philip.whistler@icemiller.com, holly.minnis@icemiller.com
Bradley Winston     bwinston@winstonlaw.com, lwheaton@winstonlaw.com
Brandon Michael Wise     bwise@prwlegal.com

Cathleen Dianne Wyatt    cwyatt@fbtlaw.com, tacton@fbtlaw.com
James T Young    james@rubin-levin.net, lking@rubin-levin.net;atty_young@bluestylus.com
James E. Zoccola    jzoccola@lewis-kappes.com

I further certify that on August 23, 2022, pursuant to Section IV.C.3(c) of the Case Management Procedures, a copy of the foregoing *Trustee's 30th Omnibus Objection to Claims Pursuant to Bankruptcy Rule 3007(d)(3) and Notice of Response Deadline* was emailed to the following:

CEC Red Run, LLC: Alan M. Grochal at agrochal@tydingslaw.com
SWRE Deal V Building, LLC: Paul Weiser at pweiser@buchalter.com
Tarrant County/Dallas County: Elizabeth Weller at dallas.bankruptcy@publicans.com
Northwest Natural Gas Company: Ashlee Minty at Ashlee.Minty@nwnatural.com
Solar Drive Business, LLC: Chris W. Halling at challing@hallingmeza.com
Market-Turk Company: Jordan A. Lavinsky at jlavinsky@hansonbridgett.com
Taxing Authority for Harris County, Texas: John P. Dillman at houston_bankruptcy@lgbs.com
Texas Comptroller of Public Accounts: Rachel Obaldo at rachel.obaldo@oag.texas.gov
Clear Creek Independent School District: Carl O. Sandin at csandin@pbfcm.com
Synchrony Bank: Recovery Management Systems Corporation at claims@recoverycorp.com
Bexar County: Don Stecker at sanantonio.bankruptcy@publicans.com
SWRE Deal V Building, LLC: Nancy K. Swift at nswift@buchalter.com
TN Dept. of Revenue: Michael Willey at michael.willey@ag.tn.gov
Florida Department of Education: Jason Borntreger at jason.borntreger@fldoe.org
Last Second Media, Inc.: T. Todd Egland at tegland@beldenblaine.com
Hung Duong: Kevin Schwin at kevin@schwinlaw.com
Travis County: Kay D. Brock at kay.brock@traviscountytx.gov
Able Building Maintenance: Scott D. Fink at bronationalecf@weltman.com
Marathon Ventures, LLC: Daniel M. Karger at kargerlaw@gmail.com
Oklahoma County Treasurer: Tammy Jones at tammy.jones@oklahomacounty.org
JM Partners LLC:  John Marshall at jmarshall@jmpartnersllc.com

I further certify that on August 23, 2022, pursuant to Section IV.C.3(b)(ii) of the Case Management Procedures, Bankruptcy Rule 3007(a)(2)(A) and S.D.Ind. B-3007-1(a), a copy of the foregoing *Trustee's 30th Omnibus Objection to Claims Pursuant to Bankruptcy Rule 3007(d)(3) and Notice of Response Deadline* was mailed either by first-class U.S. Mail or certified mail (as indicated), postage prepaid, and properly addressed to those listed on the Service List attached hereto as **Exhibit 2**.

/s/ Deborah J. Caruso
Deborah J. Caruso, Trustee

G:\WP80\TRUSTEE\Caruso\ITT Educational - 86723901\Drafts\POC Objections\30th Omnibus Objection - (d)(3)\30th objection - 3007(d)(3).docx