# **EXHIBIT 1**

**[Objections to Claims & Trustee's Proposed Treatment]**

| | TRUSTEE'S 30th OMNIBUS OBJECTION TO CLAIMS | | | | | |
|---|---|---|---|---|---|---|
| No. | Claimant's Name | Claim # | Debtor/Case # | Applicable Bankruptcy Rule for Basis of Objection | Trustee's Objection | Proposed Treatment |
| 1 | AROUJ WHYEN | 913 | ITT Educational Services, Inc., Case No. 16-07207 | Amended by Subsequent Filed Claim [Bankruptcy Rule 3007(d)(3)] | Claim was amended by Claim No. 3500 filed in ITT, which was previously disallowed pursuant to Order [Doc 4732] entered on March 31, 2022. | Disallow in full. |
| 2 | FLOYD HODOH | 2381 | ITT Educational Services, Inc., Case No. 16-07207 | Amended by Subsequent Filed Claim [Bankruptcy Rule 3007(d)(3)] | Claim was amended by Claim No. 3137 filed in ITT. The Trustee anticipates that Claim No. 3137 will be an allowed claim; provided however, such allowance shall be subject to further objection to the extent Claimant is entitled to receive additional distributions under 11 U.S.C. § 507(a)(4) that will result in the Claimant receiving in the aggregate more than the statutory limit under 11 U.S.C. § 507(a)(4). | Disallow in full. |
| 3 | MICHAEL HAMMONS | 346 | ITT Educational Services, Inc., Case No. 16-07207 | Amended by Subsequent Filed Claim [Bankruptcy Rule 3007(d)(3)] | Claim was amended by Claim Nos. 1283 and 1284 filed in ITT, which the Trustee plans to object to and reserves all rights to object on any grounds permitted under applicable law. Claimant also filed a separate and different claim in ITT (Claim No. 1282), which the Trustee reserves all rights to object on any gounds permitted under applicable law. | Disallow in full. |
| 4 | SANDRA R. OWENS | 58 | ITT Educational Services, Inc., Case No. 16-07207 | Amended by Subsequent Filed Claim [Bankruptcy Rule 3007(d)(3)] | Claim was amended by Claim No. 1110 filed in ITT, which the Trustee plans to object to and reserves all rights to object on any grounds permitted under applicable law. | Disallow in full. |