UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] ) | Case No.  16-07207-JMC-7A |
| ) | |
| Debtors. ) | Jointly Administered |

**TRUSTEE'S MOTION TO COMPROMISE
AND SETTLE CERTAIN CLAIMS ASSERTED AGAINST ITT'S FORMER
CHIEF EXECUTIVE OFFICER AND ITT'S FORMER BOARD OF DIRECTORS**

Deborah J. Caruso, the chapter 7 trustee in this case (the "Trustee"), by counsel, requests, pursuant to 11 U.S.C. §§ 105(a) and 363 and Rule 9019 of the Federal Rules of Bankruptcy Procedure, entry of an order substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), approving the terms of a proposed settlement by and between the Trustee, acting for and on behalf of the Affiliated Debtors (as defined below), and each of the Affiliated Debtors' respective bankruptcy estates, on the one hand, and on the other hand, ITT's former Chief Executive Officer Kevin Modany ("Modany"), and eight individuals who served as members of ITT's board of directors (the "Board") during all or part of the period beginning on April 20, 2016 and ending with ITT's September 16, 2016 bankruptcy filing:  John E. Dean ("Dean"), C. David Brown II ("Brown"), Joanna T. Lau ("Lau"), Thomas I. Morgan ("Morgan"), John Vincent Weber ("Weber"), John F. Cozzi ("Cozzi"), Samuel L. Odle ("Odle"), and Jerry M. Cohen ("Cohen," and together with Dean, Brown, Lau, Morgan, Weber, Cozzi, and Odle, the "Directors" and, collectively with Modany, the "Defendants"), on the other hand, which is embodied in a certain settlement agreement (the "Settlement Agreement"), a copy of which is attached hereto as **Exhibit B**, on the following grounds:

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

## I. JURISDICTION

1. The Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b).

2. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for relief are sections 105 and 363 of the United States Code (the "Bankruptcy Code") and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## II. BACKGROUND

4. On September 16, 2016 (the "Petition Date"), ITT Educational Services, Inc. ("ITT"), ESI Service Corp. ("ESI") and Daniel Webster College, Inc. ("DWC," and together with ITT and ESI, the "Affiliated Debtors") filed voluntary petitions for relief under chapter 7 of the Bankruptcy Code. The Trustee was appointed interim trustee under section 701 of the Bankruptcy Code in each of the Affiliated Debtors' bankruptcy cases on the Petition Date, and in accordance with section 702(d) of the Bankruptcy Code, became the permanent case trustee on November 1, 2016 following the conclusion of the meeting of creditors held pursuant to section 341(a) of the Bankruptcy Code.

5. On October 4, 2016, the Court entered its *Order Granting Motion for Joint Administration of Chapter 7 Cases* [Docs 221 & 222], directing the Affiliated Debtors' bankruptcy cases to be jointly administered for procedural purposes only.

6. On May 31, 2018, the Trustee commenced an adversary proceeding with this Court, captioned *Deborah J. Caruso, as Chapter 7 Trustee for ITT Educational Services, Inc., ESI Service Corp. and Daniel Webster College, Inc. v. Kevin Modany, John E. Dean, C. David Brown II, Joanna T. Lau, Thomas I. Morgan, John Vincent Weber, John F. Cozzi, Samuel L. Odle, and Jerry M. Cohen,* Adv. Proc. No. No. 18-50100 (the "Adversary Proceeding"),

2

asserting claims against the Defendants for alleged breach of fiduciary duty and equitable subordination of claims arising from Defendants' alleged breach of their fiduciary duties of loyalty, care, and good faith owing to ITT and its stakeholders during the period April 20, 2016 until ITT's bankruptcy filing on September 16, 2016.

7. On June 28, 2018, the Directors filed a motion in the Adversary Proceeding seeking to withdraw the reference, and on January 7, 2019, the United States District Court for the Southern District of Indiana (the "District Court") entered an Order withdrawing reference of the Adversary Proceeding pursuant to 28 U.S.C. § 157(d), after which the proceeding was transferred to the District Court under Case No. 1:18-cv-02182-JPH-TAB (the "District Court Case").

8. On May 23, 2019, Modany and the Directors filed separate motions to dismiss for failure to state a claim [Dkt. Nos. 39, 40], and on January 29, 2020, the District Court granted the motion to dismiss filed by the Directors, but denied the motion to dismiss filed by Modany [Dkt. No. 69].

9. After extensive fact discovery, including substantial production of documents and numerous depositions, and expert discovery, Modany filed a motion for summary judgment [Dkt. No. 108], which was granted by the District Court on June 27, 2022 [Dkt. No. 175]. On the same date, the District Court entered a final order dismissing the action as to all Defendants and claims (the "Final Order") [Dkt. No. 176].

10. On July 22, 2022, the Trustee filed her notice of appeal to the Seventh Circuit Court of Appeals (the "Court of Appeals") with respect to the Final Order dismissing all claims against all Defendants [Dkt. No. 177]. On July 25, 2022, the appeal was docketed with the Court of Appeals as Case No: 22-2292 (the "Appeal").

3

11. The Trustee and the Defendants subsequently participated in mediation of all issues (the "Mediation"), as directed by an Order issued by the Court of Appeals on July 29, 2022, pursuant to Rule 33 of the Federal Rules of Appellate Procedure and Circuit Rule 33.

### III.  SETTLEMENT

12. As a result of the Mediation and the deliberations of the Trustee and the Defendants, and after consultation with their respective counsel, the parties have concluded that the compromise and settlement embodied in the Settlement Agreement attached hereto as **Exhibit B**, is fair and reasonable, and that it is in their respective best interests and the best interests of the Affiliated Debtors' bankruptcy estates to resolve their disputes on the terms set forth in the Settlement Agreement, without any party admitting any liability therefor.

13. The Defendants' Statement expressing the Defendants' position regarding the District Court's rulings in the District Court Case is attached to the Settlement Agreement as **Exhibit 1**.

14. As more specifically addressed in the proposed Settlement Agreement, it generally provides that:

(a) The Settlement Agreement will not become effective (the "Effective Date") until all of the following conditions precedent have occurred:  (i) all of the parties have executed the Settlement Agreement; and (ii) entry of a final order approving the Settlement Agreement.

(b) No later than thirty (30) days after the Effective Date, the Defendants shall jointly deliver, or cause to be delivered to the Trustee the sum of $370,000.00 (the "Settlement Payment").  The day on which the Trustee receives the Settlement Payment shall be referred to as the "Receipt Date."

(c) No later than the fifth (5th) business day after the Receipt Date, the Trustee shall file with the Clerk of the Court of Appeals, pursuant to Federal Rule of Appellate Procedure 42(b), a copy of the signed Dismissal Agreement attached to the Settlement Agreement as **Exhibit 2**, dismissing the Appeal with prejudice pursuant to the terms of the Settlement Agreement and with each party to bear its own costs, expenses, and attorneys' fees.

4

(d) Modany filed Claim No. 2452 in ITT's bankruptcy for the total sum of $5,008,199.00 for amounts due under ITT's Senior Executive Severance Plan. Claim No. 2452 includes $12,850.00 as a section 507(a)(4) priority claim, and the remainder of the claim is a general unsecured claim. $6,404.64 of $12,850.00 shall be allowed as a section 507(a)(4) priority claim and $5,001,794.36 shall be allowed as a general unsecured claim. The amount of Modany's section 507(a)(4) priority claim was arrived at by netting out the funds received by Modany under the WARN class action settlement. Modany shall not waive any right to distribution on account of Claim No. 2452 as a result of accepting and depositing payment received from the WARN class action settlement in the amount of $6,445.36. Claim No. 846 filed by Modany in ITT's bankruptcy case shall be disallowed, having been subsequently amended and replaced by Claim No. 2452 in ITT's bankruptcy case. The Trustee shall not object to the allowance of Claim No. 2452, which shall be allowed as provided for herein. Modany shall not amend, modify or supplement the amount or priority of Claim No. 2452 in ITT's bankruptcy case, nor shall he assert any other claims in any of the bankruptcy cases filed by the Affiliated Debtors.

(e) The proofs of claim filed by the Directors in ITT's bankruptcy case have previously either been withdrawn or disallowed, and the Directors shall not assert any other claims in any of the bankruptcy cases filed by the Affiliated Debtors.

## IV. RELIEF REQUESTED

15. The Trustee requests entry of an order, substantially in the form as **Exhibit A**, pursuant to sections 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rule 9019, (a) approving the terms of the Settlement Agreement, (b) authorizing the Trustee to enter into the Settlement Agreement, and (c) directing that the Court shall retain exclusive jurisdiction as to the Settlement Agreement.

## V. GROUNDS FOR GRANTING RELIEF

16. A court may authorize a trustee to enter into a settlement so long as it is a sound exercise of the trustee's business judgment. *See* 11 U.S.C. § 363(b); *In re UAL Corp.*, 443 F.3d 565, 571 (7th Cir. 2006) (use under section 363 of the Bankruptcy Code must "[make] good business sense"); *In re Schipper*, 933 F.2d 513, 515 (7th Cir. 1991) (section 363 involves exercise of fiduciary duties and requires an "articulated business justification"); *see also In re*

5

*Olde Prairie Block Owners, LLC*, 448 B.R. 482, 492 (Bankr. N.D. Ill. 2011) (same).  Moreover, when applying the "business judgment" standard to a use of estate property under section 363 of the Bankruptcy Code, a trustee's judgment is "entitled to great judicial deference as long as a sound business reason is given."  *See In re Efoora, Inc.*, 472 B.R. 481, 488 (Bankr. N.D. Ill. 2012).

17.  Similarly, Bankruptcy Rule 9019(a) permits a bankruptcy court to approve a trustee's "compromise or settlement" after notice and a hearing, if such settlement is "fair and equitable . . . and in the best interests of the bankruptcy estate."  *Depoister v. Mary M. Holloway Found.*, 36 F.3d 582, 586 (7th Cir. 1994); *see also In re Energy Co-op., Inc.*, 886 F.2d 921, 927 (7th Cir. 1989) ("The benchmark for determining the propriety of a bankruptcy settlement is whether the settlement is in the best interest of the estate."); *In re Smith*, No 02-16450-JKC-7A, 2008 Bankr. LEXIS 2821, *6 (Bankr. S.D. Ind. Sept. 10, 2008) (same).  Settlements should be approved unless "the settlement 'falls below the lowest point in the range of reasonableness.'" *In re Commercial Loan Corp.*, 316 B.R. 690, 698 (Bankr. N.D. Ill. 2004) (quoting *Energy Co-op.*, 886 F.2d at 929); *In re Doctors Hosp. of Hyde Park, Inc.*, 474 F.3d 421, 426 (7th Cir. 2007); *see also In re Artra Grp., Inc.*, 300 B.R. 699, 702 (Bankr. N.D. Ill. 2003).  Settlements and compromises are favored in bankruptcy because they expedite case administration and reduce unnecessary administrative costs.  *Fogel v. Zell*, 221 F.3d 955, 960 (7th Cir. 2000).  In determining whether a compromise is in the best interests of the estate, the Court must compare "the settlement's terms with the litigation's probable costs and probable benefits."  *In re Am. Reserve Corp.*, 841 F.2d 159, 161 (7th Cir. 1987); *see also Doctors Hosp.*, 474 F.3d at 426 ("Among the factors the court considers are the litigation's probability of success, complexity, expense, inconvenience, and delay, including the possibility that disapproving the settlement will cause wasting of assets." (internal quotation marks and citations omitted); *Commercial Loan*,

6

316 B.R. at 697 (holding that relevant factors a bankruptcy court should consider in approving a settlement include "the litigation's probability of success, its complexity, and its 'attendant expense, inconvenience and delay'" (quoting *Am. Reserve Corp.*, 841 F.2d at 161)).

18. Here, the Trustee, in the exercise of her business judgment, believes that the Affiliated Debtors' bankruptcy estates should accept the settlement terms based on the merits of the Defendants' defenses to the Appeal and the risk and expense to the Affiliated Debtors' bankruptcy estates if the Appeal were to proceed. The Trustee believes entry into the Settlement Agreement is in the best interest of the Affiliated Debtors' bankruptcy estates and represents a sound exercise of her business judgment. The various disputes between the parties are complex, and the outcome of the Appeal and underlying Adversary Proceeding is uncertain. Resolution of the Appeal, if it were to proceed, has the potential to, and likely will, prove costly and time consuming to all parties, and absent resolution of the issues covered by the Settlement Agreement, costs associated therewith will continue to accrue. Entry into the Settlement Agreement will resolve such issues consensually, bringing the Trustee another step closer to resolution of the bankruptcy cases.

19. For the foregoing reasons, the Trustee has determined, in the exercise of her sound business judgment, that the Settlement Agreement is fair, equitable, in the best interest of the Affiliated Debtors' bankruptcy estates, and well within the range of reasonableness for approval under Bankruptcy Rule 9019(a). Accordingly, the Trustee submits that the Court should approve the settlement terms and the Trustee's entry into the Settlement Agreement.

## VI.  **NOTICE**

20. Pursuant to the *Notice, Case Management and Administrative Procedures* (the "Case Management Procedures") approved by the Court on October 4, 2016 [Doc 220], the Trustee will serve a copy of this motion, including the exhibits, on the following (as defined in

the Case Management Procedures): (a) the Core Group; (b) the Request for Notice List; (c) the Appearance List; and (d) counsel to the Defendants.

21.  Due to certain scheduling conflicts, the Trustee is contemporaneously filing herewith a motion requesting that a hearing on the requested relief herein be set off the omnibus hearing schedule.

**WHEREFORE**, the Trustee respectfully requests entry of an order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and granting the Trustee all other just and proper relief.

Respectfully submitted,

RUBIN & LEVIN, P.C.

By: */s/ Meredith R. Theisen*
       Meredith R. Theisen

Deborah J. Caruso (Atty. No. 4273-49)
Meredith R. Theisen (Atty. No. 28804-49)
RUBIN & LEVIN, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, Indiana 46204
Tel: (317) 634-0300
Fax: (317) 263-9411
Email: dcaruso@rubin-levin.net
             mtheisen@rubin-levin.net
Attorneys for Deborah J. Caruso, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2022, a copy of the foregoing *Trustee's Motion to Compromise and Settle Certain Claims Asserted Against ITT's Former Chief Executive Officer and ITT's Former Board of Directors* was filed electronically. Pursuant to Section IV.C.3(a) of the Case Management Procedures, notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

John Joseph Allman     jallman@hbkfirm.com, dadams@hbkfirm.com
Richard Allyn     rallyn@robinskaplan.com
Robert N Amkraut     ramkraut@foxrothschild.com
Scott S. Anders     scott.anders@jordanramis.com, litparalegal@jordanramis.com
Reuel D Ash     rash@ulmer.com, mure@ulmer.com

Todd Allan Atkinson     todd.atkinson@wbd-us.com
George Bach     george@georgebachlaw.com
Kay Dee Baird     kbaird@kdlegal.com, rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com
Christopher E. Baker     cbaker@hbkfirm.com, thignight@hbkfirm.com
James David Ballinger     jim@kentuckytrial.com, jennifer@kentuckytrial.com
Joseph E. Bant     jebant@lewisricekc.com
William J. Barrett     william.barrett@bfkn.com, mark.mackowiak@bfkn.com
Ashley Flynn Bartram     ashley.bartram@oag.texas.gov
Alex M Beeman     alex@beemanlawoffice.com, abeeman@reminger.com
Thomas M Beeman     tom@beemanlawoffice.com
Richard James Bernard     rbernard@foley.com
Thomas Berndt     tberndt@robinskaplan.com, jgerboth@robinskaplan.com
John J Berry     john.berry@dinsmore.com, Christina.Lee@DINSMORE.COM
Brandon Craig Bickle     bbickle@gablelaw.com
Jill B. Bienstock     jillbienstock@hotmail.com
Michael Blumenthal     michael.blumenthal@hklaw.com
David J. Bodle     dbodle@hhclaw.com, layres@hhlaw-in.com
Robert A. Breidenbach     rab@goldsteinpressman.com
Wendy D Brewer     wbrewer@fmdlegal.com, cbellner@fmdlegal.com
Kayla D. Britton     kayla.britton@faegredrinker.com, noticeFRindy@faegrebd.com
Robert Bernard Bruner     bob.bruner@nortonrosefulbright.com
Jason R Burke     jburke@bbrlawpc.com, kellis@bbrlawpc.com
Erin Busch     ebusch@nebraska.edu
John Cannizzaro     john.cannizzaro@icemiller.com, julia.yankula@icemiller.com
Kevin M. Capuzzi     kcapuzzi@beneschlaw.com, lmolinaro@beneschlaw.com;docket@beneschlaw.com
James E. Carlberg     jcarlberg@boselaw.com, mwakefield@boselaw.com;kthompson@boselaw.com
Steven Dean Carpenter     scarpenter1@dor.in.gov
Deborah Caruso     dcaruso@rubin-levin.net, dwright@rubin-levin.net;cgilly@rubin-levin.net;atty_dcaruso@bluestylus.com
Deborah J. Caruso     trusteecaruso@rubin-levin.net, DJC@trustesolutions.net;cdjc11@trustesolutions.net
Joshua W. Casselman     jcasselman@rubin-levin.net, angie@rubin-levin.net;atty_jcasselman@bluestylus.com
Ben T. Caughey     ben.caughey@merchocaughey.com
Sonia A. Chae     chaes@sec.gov
John Andrew Chanin     jchanin@lindquist.com, srummery@lindquist.com
Courtney Elaine Chilcote     courtney@ckhattorneys.com, ckh@ckhattorneys.com;tracy@ckhattorneys.com
Dale C Christensen     christensen@sewkis.com
Eboney Delane Cobb     ecobb@pbfcm.com
Tiffany Cobb     tscobb@vorys.com
Michael Edward Collins     mcollins@manierherod.com
Michael Anthony Collyard     mcollyard@robinskaplan.com, rhoule@robinskaplan.com
Eileen Connor     econnor@ppsl.org
Lawrence D. Coppel     lcoppel@gfrlaw.com

Heather M. Crockett    Heather.Crockett@atg.in.gov, marie.baker@atg.in.gov
J Russell Cunningham    rcunningham@dnlc.net, reaster@dnlc.net
Erica Dausch    edausch@babstcalland.com
Dustin R. DeNeal    ddeneal@firstib.com, noticeFRindy@faegredrinker.com;faegrebddocket@faegredrinker.com
Laura A DuVall    Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Annette England    annette.england@btlaw.com
Charles Anthony Ercole    cercole@klehr.com, acollazo@klehr.com
Carolyn Meredith Fast    carolyn.fast@ag.ny.gov
Elaine Victoria Fenna    elaine.fenna@morganlewis.com
Andrew W Ferich    awf@chimicles.com
Scott Patrick Fisher    sfisher@drewrysimmons.com, lgarrison@DSVlaw.com
John David Folds    dfolds@bakerdonelson.com, sparson@bakerdonelson.com
Jennifer N Fountain    jfountain@iislaw.com, sfilippini@iislaw.com
Sarah Lynn Fowler    sfowler@bbrlawpc.com, kellis@bbrlawpc.com,SLF@trustesolutions.net
Lauren Freeman    lauren.freeman@doj.ca.gov
Carlos Galliani    carlos@thelidjifirm.com
Jonathan William Garlough    jgarlough@foley.com, mstockl@foley.com;mdlee@foley.com
Lisa Giandomenico    lgiandomenico@nmag.gov
Lea Pauley Goff    lea.goff@skofirm.com, emily.keith@skofirm.com
John C Goodchild    john.goodchild@morganlewis.com
Douglas Gooding    dgooding@choate.com, douglas-gooding-9991@ecf.pacerpro.com
John Andrew Goodridge    jagoodridge@jaglo.com, angray@jaglo.com;dwhiggs@jaglo.com
Michael Wayne Grant    michael.w.grant@doj.state.or.us
Richard Grayson Grant    rgrant@rgglaw.com, grantecf@gmail.com
Alan Mark Grochal    agrochal@tydingslaw.com
Elizabeth N. Hahn    ehahn@rubin-levin.net, mralph@rubin-levin.net
Gregory Forrest Hahn    ghahn@boselaw.com, jmcneeley@boselaw.com
Julian Ari Hammond    Jhammond@hammondlawpc.com, ppecherskaya@hammondlawpc.com
Wallace M Handler    whandler@swappc.com, kkloock@swappc.com
William J. Hanlon    whanlon@seyfarth.com, 2875011420@filings.docketbird.com;bankruptcydocket@seyfarth.com
Adam Craig Harris    adam.harris@srz.com
Jeffrey M. Hawkinson    jhawkinson@pcslegal.com, danderson@pcslegal.com
Michael J. Hebenstreit    mhebenstreit@lewiskappes.com, ktierney@lewiskappes.com;pkerr@lewiskappes.com
Amanda Marie Hendren    amanda@indianalawgroup.com
Claude Michael Higgins    Michael.Higgins@ag.ny.gov
Michael W. Hile    mhile@jacobsonhile.com, assistant@jacobsonhile.com
Sean M Hirschten    shirschten@psrb.com
Robert M. Hirsh    rhirsh@lowenstein.com
John C. Hoard    johnh@rubin-levin.net, lking@rubin-levin.net;atty_jch@trustesolutions.com;sturpin@rubin-levin.net
Curt Derek Hochbein    chochbein@rubin-levin.net, kelly.paberzs@mbcblaw.com
Jeffrey A Hokanson    jeff.hokanson@icemiller.com, bgnotices@icemiller.com,david.young@icemiller.com
Steven Howard Holinstat    sholinstat@proskauer.com

Diana Hooley     diana.hooley@state.ma.us
Thomas Ross Hooper     hooper@sewkis.com
George Wade Hopper     ghopper@cohenandmalad.com, kkeith@cohenandmalad.com
Andrew E. Houha     bkecfnotices@johnsonblumberg.com
Andrew W. Hull     awhull@hooverhullturner.com, fgipson@hooverhullturner.com
James C Jacobsen     jjacobsen@nmag.gov, eheltman@nmag.gov
Christine K. Jacobson     cjacobson@jacobsonhile.com, 5412@notices.nextchapterbk.com,9992889420@filings.docketbird.com
Jay Jaffe     jay.jaffe@faegredrinker.com, noticeFRindy@faegrebd.com
David Januszewski     djanuszewski@cahill.com
Benjamin F Johns     bfj@chimicles.com, klw@chimicles.com
Russell Ray Johnson     russj4478@aol.com
Kenneth C. Jones     kcjones@lewisricekc.com
Anthony R. Jost     tjost@rbelaw.com, rmcclintic@rbelaw.com
Aaron Kappler     akappler@tokn.com
Timothy Q. Karcher     tkarcher@proskauer.com
Steven Joseph Kasyjanski     sjk-yount-atty@ameritech.net, skasyjan@gmail.com
Alan Katz     akatz@lockelord.com
Richard B. Kaufman     richardkfmn@gmail.com
John M. Ketcham     jketcham@psrb.com, scox@psrb.com
Taejin Kim     tae.kim@srz.com
Edward M King     tking@fbtlaw.com, lsugg@fbtlaw.com;tking@ecf.inforuptcy.com
Roy F. Kiplinger     bankruptcy@kiplingerlaw.com, bankruptcy@kiplingerlaw.com
J. Taylor Kirklin     taylor.kirklin@usdoj.gov, melanie.crouch@usdoj.gov
James A. Knauer     jak@kgrlaw.com, tjf@kgrlaw.com
Kevin Dale Koons     kkoons@kgrlaw.com, cjh@kgrlaw.com
Harris J. Koroglu     hkoroglu@shutts.com, fsantelices@shutts.com
Lawrence Joel Kotler     ljkotler@duanemorris.com
Robert R Kracht     rrk@mccarthylebit.com
Andrew L. Kraemer     akraemer@johnsonblumberg.com, akraemerlawoffice@att.net
David R. Krebs     dkrebs@hbkfirm.com, dadams@hbkfirm.com
Jerrold Scott Kulback     jkulback@archerlaw.com
Jay R LaBarge     jlabarge@stroblpc.com
Darryl S Laddin     bkrfilings@agg.com
Michael J. Langlois     mlanglois@shouselanglois.com, rshouse@shouselanglois.com
Vilda Samuel Laurin     slaurin@boselaw.com
Jordan A Lavinsky     jlavinsky@hansonbridgett.com
Todd Evan Leatherman     todd.leatherman@ky.gov
David S Lefere     dlefere@mikameyers.com, jfortney@mikameyers.com
Anthony Darrell Lehman     alehman@hlpwlaw.com
Martha R. Lehman     mlehman@smithamundsen.com, marthalehman87@gmail.com;ispells@salawus.com;lengle@salawus.com
Gary H Leibowitz     gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;gleibowitz@coleschotz.com
Donald D Levenhagen     dlevenhagen@landmanbeatty.com
Elizabeth Marie Little     elizabeth.little@faegredrinker.com, noticeFRindy@faegredrinker.com;anita.sery@faegredrinker.com;docketgeneral@faegredrinker.

11

com;beth.olivere@faegredrinker.com
Edward J LoBello    elobello@msek.com
Melinda Hoover MacAnally    Melinda.MacAnally@atg.in.gov, Carrie.Spann@atg.in.gov;Kenyatta.Peerman@atg.in.gov
John A. Majors    jam@morganandpottinger.com, majormajors44@yahoo.com
Steven A. Malcoun    dsmith@mayallaw.com
John Marshall    JMarshall@JMPartnersLLC.com
Jonathan Marshall    jmarshall@choate.com, jonathan-marshall-4638@ecf.pacerpro.com
Thomas Marvin Martin    tmmartin@lewisricekc.com
Jeff J. Marwil    jmarwil@proskauer.com
Charles Edward Massey    mbracken@nkylawyers.com, cedmassey@nkylawyers.com
Ann Wilkinson Matthews    amatthews@ncdoj.gov
Rachel Jaffe Mauceri    rmauceri@rc.com
Sarah Thomas Mayhew    sarah.t.mayhew@usdoj.gov, northern.taxcivil@usdoj.gov
Melissa J. McCarty    mdegroff@kgrlaw.com, cresler@kgrlaw.com
Michael K. McCrory    mmccrory@btlaw.com, bankruptcyindy@btlaw.com
Maureen Elin McOwen    molly.mcowen@cfpb.gov
Harley K Means    hkm@kgrlaw.com, kwhigham@kgrlaw.com;cjs@kgrlaw.com;tfroelich@kgrlaw.com
Toby Merrill    toby.merrill@ed.gov, ppsl@law.harvard.edu
Robert W. Miller    rmiller@manierherod.com
Sherry Millman    smillman@stroock.com
Jason Milstone    jason.milstone@cmsenergy.com
Thomas E Mixdorf    thomas.mixdorf@icemiller.com, brandy.matney@icemiller.com
James P Moloy    jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Ronald J. Moore    Ronald.Moore@usdoj.gov
Hal F Morris    hal.morris@oag.texas.gov
Michael David Morris    michael.morris@ago.mo.gov
Kevin Alonzo Morrissey    kmorrissey@lewis-kappes.com, soliver@lewis-kappes.com;leckert@lewis-kappes.com;kwilliams@lewis-kappes.com
Whitney L Mosby    whitney.mosby@dentons.com, faith.wolfe@dentons.com;nancy.branham@dentons.com
C Daniel Motsinger    cmotsinger@kdlegal.com, cmotsinger@kdlegal.com;rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com
Lee Duck Moylan    lmoylan@klehr.com, acollazo@klehr.com
Joseph L. Mulvey    joseph@mulveylawllc.com, linda@mulveylawllc.com
Abraham Murphy    murphy@abrahammurphy.com
Justin Scott Murray    jmurray@atg.state.il.us
Alissa M. Nann    anann@foley.com, DHeffer@foley.com
Henry Seiji Newman    hsnewman@dglaw.com
Kevin M. Newman    knewman@menterlaw.com, kmnbk@barclaydamon.com
Cassandra A. Nielsen    cnielsen@rubin-levin.net, atty_cnielsen@bluestylus.com,mralph@rubin-levin.net;lking@rubin-levin.net
Ryan Charles Nixon    rcnixon@lamarcalawgroup.com
Isaac Nutovic    inutovic@nutovic.com
Michael O'Donnell    mike.odonnell@nortonrosefulbright.com

Gregory Ostendorf     gostendorf@scopelitis.com, agregory@scopelitis.com
Weston Erick Overturf     wes@ofattorneys.com, deidre@ofattorneys.com;overturf.westonb115224@notify.bestcase.com
Pamela A. Paige     ppaige@plunkettcooney.com, amiller@plunkettcooney.com
Eric Pendergraft     ependergraft@slp.law, dwoodall@slp.law;bss@slp.law
Danielle Ann Pham     danielle.pham@usdoj.gov
Anthony Pirraglia     anthony.pirraglia@hklaw.com
Jack A Raisner     jar@raisnerroupinian.com, rrllp@ecf.courtdrive.com
Jonathan Hjalmer Reischl     jonathan.reischl@cfpb.gov
Michael Rella     MichaelRella@dwt.com
Caroline Ellona Richardson     caroline@paganelligroup.com, robin@paganelligroup.com;buffy@paganelligroup.com
James Leigh Richmond     James.Richmond@fldoe.org
John M. Rogers     johnr@rubin-levin.net, cgilly@rubin-levin.net;atty_rogers@bluestylus.com;lking@rubin-levin.net
Melissa M. Root     mroot@jenner.com, wwilliams@jenner.com
David A. Rosenthal     darlaw@nlci.com
James E Rossow     jim@rubin-levin.net, mralph@rubin-levin.net;ATTY_JER@trustesolutions.com
Rene Sara Roupinian     rsr@raisnerroupinian.com, warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com;rrllp@ecf.courtdrive.com
Victoria Fay Roytenberg     vroytenberg@ppsl.org, eschmidt@law.harvard.edu
Steven Eric Runyan     ser@kgrlaw.com
Karl T Ryan     info@ryanesq.com, kryan@ryanesq.com
Joseph Michael Sanders     jsanders@atg.state.il.us
Thomas C Scherer     thomas.scherer@dentons.com, faith.wolfe@dentons.com
James R. Schrier     jrs@rtslawfirm.com, jar@rtslawfirm.com
Ronald James Schutz     rschutz@robinskaplan.com
H. Jeffrey Schwartz     jschwartz@robinskaplan.com
Courtney Michelle Scott     cscott1@dor.in.gov
Joseph E Shickich     jshickich@foxrothschild.com, vmagda@foxrothschild.com
Mary Alexandra Shipley     ashipley@mcguirewoods.com
William Shotzbarger     wshotzbarger@duanemorris.com
Randall R Shouse     rshouse@shouselanglois.com, mlanglois@shouselanglois.com
John Deitch Sigel     jsigel@ppsl.org
William E Smith     wsmith@k-glaw.com, cshaughnessy@k-glaw.com
Lauren C. Sorrell     lsorrell@kdlegal.com, ayeskie@kdlegal.com;cmotsinger@kdlegal.com;shammersley@kdlegal.com
Berry Dan Spears     berrydspears616@gmail.com
Catherine L. Steege     csteege@jenner.com, mhinds@jenner.com;thooker@jenner.com;aswingle@jenner.com
LaChelle Stepp     lstepp@steppjaffe.com, lastepp@yahoo.com
Jason V Stitt     jstitt@kmklaw.com
Sharon Stolte     sstolte@sandbergphoenix.com
Jesse Ellsworth Summers     esummers@burr.com, sguest@burr.com
Matthew G. Summers     summersm@ballardspahr.com, lanoc@ballardspahr.com
Jonathan David Sundheimer     jsundheimer@btlaw.com

Nathan L Swehla     nswehla@graydon.law
Nancy K. Swift     nswift@buchalter.com, cbohnsack@buchalter.com
Andrew W.J. Tarr     atarr@robinsonbradshaw.com, jrobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com
Eric Jay Taube     eric.taube@wallerlaw.com, annmarie.jezisek@wallerlaw.com;sherri.savala@wallerlaw.com
Meredith R. Theisen     mtheisen@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
Meredith R. Theisen     mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com;mralph@rubin-levin.net;cgilly@rubin-levin.net
Jessica L Titler     jt@chimicles.com
David Tocco     djtocco@vorys.com, mdwalkuski@vorys.com
Todd Christian Toral     todd.toral@dlapiper.com, todd-toral-9280@ecf.pacerpro.com
Ronald M. Tucker     rtucker@simon.com, cmartin@simon.com,bankruptcy@simon.com
Christopher Turner     christopher.turner@lw.com, DClitserv@lw.com
Michael Tye     michael.tye@usdoj.gov
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
Lauren Valkenaar     lvalkenaar@chasnoffstribling.com
Sally E Veghte     sveghte@klehr.com, acollazo@klehr.com
Rachel Claire Verbeke     rverbeke@stroblpc.com
Aimee Vidaurri     aimee.vidaurri@nortonrosefulbright.com
Amy L VonDielingen     amy.vondielingen@woodenlawyers.com
Amy E Vulpio     vulpioa@whiteandwilliams.com
Carolyn G. Wade     Carolyn.G.Wade@doj.state.or.us
Christopher D Wagner     cwagner@hooverhullturner.com
Louis Hanner Watson     louis@watsonnorris.com
Jeffrey R. Waxman     jwaxman@morrisjames.com, jdawson@morrisjames.com;wweller@morrisjames.com
Philip A. Whistler     philip.whistler@icemiller.com, holly.minnis@icemiller.com
Bradley Winston     bwinston@winstonlaw.com, lwheaton@winstonlaw.com
Brandon Michael Wise     bwise@prwlegal.com
Cathleen Dianne Wyatt     cwyatt@fbtlaw.com, tacton@fbtlaw.com
James T Young     james@rubin-levin.net, lking@rubin-levin.net;atty_young@bluestylus.com
James E. Zoccola     jzoccola@lewis-kappes.com

      I further certify that on September 26, 2022, pursuant to Section IV.C.3(c) of the Case Management Procedures, a copy of the foregoing *Trustee's Motion to Compromise and Settle Certain Claims Asserted Against ITT's Former Chief Executive Officer and ITT's Former Board of Directors* was emailed to the following:

CEC Red Run, LLC:  Alan M. Grochal at agrochal@tydingslaw.com
SWRE Deal V Building, LLC:  Paul Weiser at pweiser@buchalter.com
Tarrant County/Dallas County:  Elizabeth Weller at dallas.bankruptcy@publicans.com
Northwest Natural Gas Company:  Ashlee Minty at Ashlee.Minty@nwnatural.com
Solar Drive Business, LLC:  Chris W. Halling at challing@hallingmeza.com
Market-Turk Company:  Jordan A. Lavinsky at jlavinsky@hansonbridgett.com
Taxing Authority for Harris County, Texas:  John P. Dillman at houston_bankruptcy@lgbs.com

Texas Comptroller of Public Accounts:  Rachel Obaldo at rachel.obaldo@oag.texas.gov
Clear Creek Independent School District:  Carl O. Sandin at csandin@pbfcm.com
Synchrony Bank:  Recovery Management Systems Corporation at claims@recoverycorp.com
Bexar County:  Don Stecker at sanantonio.bankruptcy@publicans.com
SWRE Deal V Building, LLC:  Nancy K. Swift at nswift@buchalter.com
TN Dept. of Revenue:  Michael Willey at michael.willey@ag.tn.gov
Florida Department of Education:  Benman D. Szeto at benman.szeto@fldoe.org
Last Second Media, Inc.:  T. Todd Egland at tegland@beldenblaine.com
Hung Duong:  Kevin Schwin at kevin@schwinlaw.com
Travis County:  Kay D. Brock at kay.brock@traviscountytx.gov
Able Building Maintenance:  Scott D. Fink at bronationalecf@weltman.com
Marathon Ventures, LLC:  Daniel M. Karger at kargerlaw@gmail.com
Oklahoma County Treasurer:  Tammy Jones at tammy.jones@oklahomacounty.org
JM Partners LLC:  John Marshall at jmarshall@jmpartnersllc.com
Modany:  Joseph P. Davis III at davisjo@gtlaw.com, Kevin D. Finger at fingerk@gtlaw.com, Mian R. Wang at wangm@gtlaw.com, Alison T. Holdway at holdwaya@gtlaw.com and David Ian Miller at david.miller@gtlaw.com
Directors:  Gregory F. Hahn at ghahn@boselaw.com and Paul D. Vink at pvink@boselaw.com

*/s/ Meredith R. Theisen*
Meredith R. Theisen

g:\wp80\trustee\caruso\itt educational - 86723901\drafts\d&o settlement motion.docx

15