UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] ) | Case No.  16-07207-JMC-7A |
| ) | |
| Debtors. ) | Jointly Administered |

**TRUSTEE'S MOTION FOR AUTHORITY
TO DESTROY RECORDS MAINTAINED BY GRM
INFORMATION MANAGEMENT SERVICES, LLC AND TO APPROVE
AGREEMENT FOR THE COST ASSOCIATED WITH THE DESTRUCTION**

Deborah J. Caruso, the chapter 7 trustee in this case (the "Trustee"), by counsel, requests entry of an order, pursuant to 11 U.S.C. §§ 105 and 503, authorizing the Trustee to destroy records maintained by GRM Information Management Services, LLC ("GRM") and to approve a certain agreement with GRM for the costs associated with the destruction on the following grounds:

### I. JURISDICTION

1.  The Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3.  The statutory predicates for relief are sections 105 and 503 of Title 11 of the United States Code (the "Bankruptcy Code").

### II. BACKGROUND

4.  On September 16, 2016 (the "Petition Date"), ITT Educational Services, Inc. ("ITT"), ESI Service Corp. ("ESI") and Daniel Webster College, Inc. ("DWC," and together

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

with ITT and ESI, the "Affiliated Debtors") filed voluntary petitions for relief under chapter 7 of the Bankruptcy Code. The Trustee was appointed interim trustee in each of the Affiliated Debtors' bankruptcy cases on the Petition Date pursuant to section 701(a)(1) of the Bankruptcy Code in each of the Affiliated Debtors' bankruptcy cases on the Petition Date, and in accordance with section 702(d) of the Bankruptcy Code, became the permanent case trustee on November 1, 2016 following the conclusion of the meeting of creditors held pursuant to section 341(a) of the Bankruptcy Code.

5. On October 4, 2016, the Court entered its *Order Granting Motion for Joint Administration of Chapter 7 Cases* [Docs 221 & 222], directing the Affiliated Debtors' bankruptcy cases to be jointly administered for procedural purposes only.

6. Pursuant to the *Order Granting Trustee's Motion for authority to Allow Access to the Affiliated Debtors' Books, Records and Other Documents* [Doc 217], the Trustee engaged GRM to image, copy, collect, cull, organize, manage and otherwise process the Affiliated Debtors' records.

7. Previously, GRM was maintaining approximately 35,000 boxes of students records at its location in Indianapolis, Indiana (the "Physical Academic Records"). The Physical Academic Records included all student records from campus locations other than those from campuses located in Indiana and Massachusetts. The Physical Academic Records were destroyed pursuant to the terms of a certain settlement agreement between the Trustee and

certain state agencies[2] and the Court's *Order Granting Trustee's Motion for Authority to Destroy Academic Records and to Pay Costs Associated with Destruction* [Doc 3924].

8. Currently, GRM is maintaining approximately 45,000 boxes of records retrieved from the ITT headquarters, campuses and storage facilities, and summarized as follows:

   (a) 33,629 boxes containing general company records, with an estimated 6,000 pounds of data tapes and hard drives, and 107 boxes of film stored at GRM's Atlanta location (the "Company Records");

   (b) 2,042 boxes containing student records from campuses located in Indiana (the "Indiana Records");

   (c) 696 boxes containing student records from campuses located in Massachusetts (the "Massachusetts Records"); and

   (d) 7,906 boxes containing records from the Affiliated Debtors' corporate headquarters (the "HQ Records," and together with the Company Records, the Indiana Records, the Massachusetts Records, the "Remaining Records").

9. The Trustee has resolved the vast majority of the outstanding issues in these cases and continues to move forward to distribute funds to creditors and close these cases. As a result, the Trustee has determined, in the exercise of her business judgment, that the Remaining Records are no longer needed in connection with the administration of the Affiliated Debtors' bankruptcy estates and should be destroyed by GRM in an appropriate manner ensuring that all confidential information contained in the Remaining Records is protected. Attached and incorporated as **Exhibit 1** is GRM's agreement for the destruction of the Remaining Records (the "Destruction Agreement").

---

[2] On May 30, 2018, the Court entered its *Order (A) Approving a Settlement Between the Trustee and the Mediating States, (B) Approving a Settlement Between the Trustee and the Maryland Higher Education Commission and the Board of Governors of the University of North Carolina, (C) Approving the Destruction of Documents, and (D) Granting Related Relief* [Doc 2559], authorizing the Trustee to enter into a settlement agreement with certain state agencies and providing, in relevant part, for (a) transmission of digital transcripts stored in the IRIS system to states specified in the agreement, (b) the digitization of certain of the Physical Academic Records by GRM, primarily for states with campuses that opened prior to 1992, (c) the subsequent delivery of the digitized Physical Academic Records to the states, and (d) the destruction of the Physical Academic Records.

3

10. As outlined in more detail in the Destruction Agreement, GRM will begin destroying the Company Records in February 2023, with an estimated completion date of July 2023. After receiving approval from the Trustee, GRM will destroy the Indiana Records and Massachusetts Records in July 2023 and the HQ Records in September 2023.

11. Pursuant the Destruction Agreement, the total cost for the destruction of the Remaining Records is $505,770.11. In addition, GRM will continue to charge the Affiliated Debtors' bankruptcy estates for monthly storage fees pursuant to the terms and conditions of the Trustee's original contract with GRM dated October 8, 2016 (the "Original Contract"); provided however, upon payment of GRM's invoice to be issued in February 2023, the Original Contract shall terminate, and no other charges or obligations shall be due under the terms of the Original Contract.

### III. RELIEF REQUESTED

12. The Trustee requests entry of an order, pursuant to section 105 and 503 of the Bankruptcy Code, (a) authorizing the Trustee to enter into the Destruction Agreement and to direct GRM to destroy the Remaining Records in an appropriate manner, and (b) authorizing the Trustee to pay GRM the cost associated with the destruction of the Remaining Records in the amount of $505,770.11 and directing that such payment shall be an administrative expense to be paid by the ITT bankruptcy estate.

### IV. GROUNDS FOR GRANTING RELIEF

13. Section 105(a) of the Bankruptcy Code provides that "[t]he Court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."

4

14. In addition, pursuant to section 503(b)(1)(A) of the Bankruptcy Code, after notice and a hearing, the Court can allow administrative expenses for "the actual, necessary costs and expenses of preserving the estate." A claim is entitled to administrative status when such claim (a) arises from a postpetition transaction with the estate, and (b) the consideration for such payment is supplied to and benefited the estate. *See In re Kent Plastics Corp.*, 183 B.R. 841, 847 (Bankr. S.D. Ind. 1995).

15. As the maintenance of the Remaining Records is no longer required, the Trustee has determined that now is the appropriate time to proceed with destroying the Remaining Records. The destruction of the Remaining Records will benefit the bankruptcy estates by eliminating the monthly administration costs associated with the ongoing maintenance of the Remaining Records and allow the Trustee to be one more step closer to closing these cases. Accordingly, payment to GRM for the destruction of the Remaining Records is warranted as an administrative expense of ITT's bankruptcy estate.

## V. NOTICE

16. Pursuant to the *Notice, Case Management and Administrative Procedures* (the "Case Management Procedures") approved by the Court on October 4, 2016 [Doc 220], the Trustee will provide a copy of this motion, including exhibits, on the following (as defined in the Case Management Procedures): (a) the Core Group; (b) the Request for Notice List; and (c) the Appearance List.

17. The Trustee will file a separate hearing notice for this motion and will provide such hearing notice to: (a) the Core Group; (b) the Request for Notice List; (c) the Appearance List; (d) all 50 State Attorney General's Offices; (e) all 50 State Boards of Higher Education, or

their readily ascertainable equivalent; and (f) Timothy Hartloff.  In addition, the Trustee will post the hearing notice on the case website at: https://omniagentsolutions.com/itt.

**WHEREFORE**, the Trustee respectfully requests entry of an order, (i) authorizing the Trustee to enter into the Destruction Agreement and to direct GRM to destroy the Remaining Records in an appropriate manner, (ii) authorizing the Trustee to pay GRM the cost associated with the destruction of the Remaining Records in the amount of $505,770.11 and directing that such payment shall be an administrative expense to be paid by the ITT bankruptcy estate, and (iii) granting the Trustee all other just and proper relief.

    Respectfully submitted,

    RUBIN & LEVIN, P.C.

By: */s/ Meredith R. Theisen*
    Meredith R. Theisen

    Deborah J. Caruso (Atty. No. 4273-49)
    Meredith R. Theisen (Atty. No. 28804-49)
    RUBIN & LEVIN, P.C.
    135 N. Pennsylvania Street, Suite 1400
    Indianapolis, Indiana 46204
    Tel: (317) 634-0300
    Fax: (317) 263-9411
    Email:  dcaruso@rubin-levin.net
            mtheisen@rubin-levin.net
    Attorneys for Deborah J. Caruso, Trustee

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 17, 2023, a copy of the foregoing *Trustee's Motion for Authority to Destroy Records Maintained by GRM Information Management Services, LLC and to Approve Agreement for the Cost Associated with the Destruction* was filed electronically. Pursuant to Section IV.C.3(a) of the Case Management Procedures, notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

John Joseph Allman     jallman@hbkfirm.com, dadams@hbkfirm.com
Richard Allyn     rallyn@robinskaplan.com
Robert N Amkraut     ramkraut@foxrothschild.com
Scott S. Anders     scott.anders@jordanramis.com, litparalegal@jordanramis.com
Reuel D Ash     rash@ulmer.com, mure@ulmer.com
Todd Allan Atkinson     todd.atkinson@wbd-us.com
George Bach     george@georgebachlaw.com
Kay Dee Baird     kbaird@kdlegal.com, rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com
Christopher E. Baker     cbaker@hbkfirm.com, thignight@hbkfirm.com
James David Ballinger     jim@kentuckytrial.com, jennifer@kentuckytrial.com
Joseph E. Bant     jebant@lewisrickc.com
William J. Barrett     william.barrett@bfkn.com, mark.mackowiak@bfkn.com
Ashley Flynn Bartram     ashley.bartram@oag.texas.gov
Alex M Beeman     alex@beemanlawoffice.com, abeeman@reminger.com
Thomas M Beeman     tom@beemanlawoffice.com
Richard James Bernard     rbernard@foley.com
Thomas Berndt     tberndt@robinskaplan.com, jgerboth@robinskaplan.com
John J Berry     john.berry@dinsmore.com, Christina.Lee@DINSMORE.COM
Brandon Craig Bickle     bbickle@gablelaw.com
Jill B. Bienstock     jillbienstock@hotmail.com
Michael Blumenthal     michael.blumenthal@hklaw.com
David J. Bodle     dbodle@hhclaw.com, layres@hhlaw-in.com
Robert A. Breidenbach     rab@goldsteinpressman.com
Wendy D Brewer     wbrewer@fmdlegal.com, cbellner@fmdlegal.com
Kayla D. Britton     kayla.britton@faegredrinker.com, noticeFRindy@faegrebd.com
Robert Bernard Bruner     bob.bruner@nortonrosefulbright.com
Jason R Burke     jburke@bbrlawpc.com, kellis@bbrlawpc.com
Erin Busch     ebusch@nebraska.edu
John Cannizzaro     john.cannizzaro@icemiller.com, julia.yankula@icemiller.com
Kevin M. Capuzzi     kcapuzzi@beneschlaw.com, lmolinaro@beneschlaw.com;docket@beneschlaw.com
James E. Carlberg     jcarlberg@boselaw.com, mwakefield@boselaw.com;kthompson@boselaw.com

Steven Dean Carpenter    scarpenter1@dor.in.gov
Deborah Caruso    dcaruso@rubin-levin.net, dwright@rubin-levin.net;cgilly@rubin-levin.net;atty_dcaruso@bluestylus.com
Deborah J. Caruso    trusteecaruso@rubin-levin.net, DJC@trustesolutions.net;cdjc11@trustesolutions.net
Joshua W. Casselman    jcasselman@rubin-levin.net, angie@rubin-levin.net;atty_jcasselman@bluestylus.com
Ben T. Caughey    ben.caughey@merchocaughey.com
Sonia A. Chae    chaes@sec.gov
John Andrew Chanin    jchanin@lindquist.com, srummery@lindquist.com
Courtney Elaine Chilcote    courtney@ckhattorneys.com, ckh@ckhattorneys.com;tracy@ckhattorneys.com
Dale C Christensen    christensen@sewkis.com
Eboney Delane Cobb    ecobb@pbfcm.com
Tiffany Cobb    tscobb@vorys.com
Michael Edward Collins    mcollins@manierherod.com
Michael Anthony Collyard    mcollyard@robinskaplan.com, rhoule@robinskaplan.com
Eileen Connor    econnor@ppsl.org
Lawrence D. Coppel    lcoppel@gfrlaw.com
Heather M. Crockett    Heather.Crockett@atg.in.gov, marie.baker@atg.in.gov
J Russell Cunningham    rcunningham@dnlc.net, reaster@dnlc.net
Erica Dausch    edausch@babstcalland.com
Dustin R. DeNeal    ddeneal@firstib.com, noticeFRindy@faegredrinker.com;faegrebddocket@faegredrinker.com
Laura A DuVall    Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Annette England    annette.england@btlaw.com
Charles Anthony Ercole    cercole@klehr.com, acollazo@klehr.com
Lydia Faklis    faklis.lydia.j@dol.gov
Carolyn Meredith Fast    carolyn.fast@ag.ny.gov
Elaine Victoria Fenna    elaine.fenna@morganlewis.com
Andrew W Ferich    awf@chimicles.com
Scott Patrick Fisher    sfisher@drewrysimmons.com, lgarrison@DSVlaw.com
John David Folds    dfolds@bakerdonelson.com, sparson@bakerdonelson.com
Jennifer N Fountain    jfountain@iislaw.com, sfilippini@iislaw.com
Sarah Lynn Fowler    sfowler@bbrlawpc.com, kellis@bbrlawpc.com
Lauren Freeman    lauren.freeman@doj.ca.gov
Robert W. Fuller    rfuller@robinsonbradshaw.com, emorris@robinsonbradshaw.com,docketing@robinsonbradshaw.com
Carlos Galliani    carlos@thelidjifirm.com
Jonathan William Garlough    jgarlough@foley.com, mstockl@foley.com;mdlee@foley.com

Lisa Giandomenico    lgiandomenico@nmag.gov
Lea Pauley Goff    lea.goff@skofirm.com, emily.keith@skofirm.com
John C Goodchild    john.goodchild@morganlewis.com
Douglas Gooding    dgooding@choate.com, douglas-gooding-9991@ecf.pacerpro.com
John Andrew Goodridge    jagoodridge@jaglo.com, angray@jaglo.com;dwhiggs@jaglo.com
Michael Wayne Grant    michael.w.grant@doj.state.or.us
Richard Grayson Grant    rgrant@rgglaw.com, grantecf@gmail.com
Alan Mark Grochal    agrochal@tydingslaw.com
Elizabeth N. Hahn    ehahn@rubin-levin.net, mralph@rubin-levin.net
Gregory Forrest Hahn    ghahn@boselaw.com, jmcneeley@boselaw.com
Julian Ari Hammond    Jhammond@hammondlawpc.com, ppecherskaya@hammondlawpc.com
Wallace M Handler    whandler@swappc.com, kkloock@swappc.com
William J. Hanlon    whanlon@seyfarth.com, 2875011420@filings.docketbird.com;bankruptcydocket@seyfarth.com
Adam Craig Harris    adam.harris@srz.com
Jeffrey M. Hawkinson    jhawkinson@pcslegal.com, danderson@pcslegal.com
Michael J. Hebenstreit    mhebenstreit@lewiskappes.com, ktierney@lewiskappes.com;pkerr@lewiskappes.com
Amanda Marie Hendren    amanda@indianalawgroup.com
Claude Michael Higgins    Michael.Higgins@ag.ny.gov
Michael W. Hile    mhile@jacobsonhile.com, assistant@jacobsonhile.com
Sean M Hirschten    shirschten@psrb.com
Robert M. Hirsh    rhirsh@lowenstein.com
John C. Hoard    johnh@rubin-levin.net, lking@rubin-levin.net;atty_jch@trustesolutions.com;sturpin@rubin-levin.net
Curt Derek Hochbein    chochbein@rubin-levin.net, kelly.paberzs@mbcblaw.com
Jeffrey A Hokanson    jeff.hokanson@icemiller.com, bgnotices@icemiller.com,david.young@icemiller.com
Steven Howard Holinstat    sholinstat@proskauer.com
Diana Hooley    diana.hooley@state.ma.us
Thomas Ross Hooper    hooper@sewkis.com
George Wade Hopper    ghopper@cohenandmalad.com, kkeith@cohenandmalad.com
Andrew E. Houha    bkecfnotices@johnsonblumberg.com
Andrew W. Hull    awhull@hooverhullturner.com, fgipson@hooverhullturner.com
Christine K. Jacobson    cjacobson@jacobsonhile.com, 5412@notices.nextchapterbk.com,9992889420@filings.docketbird.com
Jay Jaffe    jay.jaffe@faegredrinker.com, noticeFRindy@faegrebd.com
David Januszewski    djanuszewski@cahill.com
Benjamin F Johns    bjohns@shublawyers.com, klw@chimicles.com
Russell Ray Johnson    russj4478@aol.com

Kenneth C. Jones     kcjones@lewisrickc.com
Anthony R. Jost     tjost@rbelaw.com, rmcclintic@rbelaw.com
Aaron Kappler     akappler@tokn.com
Timothy Q. Karcher     tkarcher@proskauer.com
Steven Joseph Kasyjanski     sjk-yount-atty@ameritech.net, skasyjan@gmail.com
Alan Katz     akatz@lockelord.com
Richard B. Kaufman     richardkfmn@gmail.com
John M. Ketcham     jketcham@psrb.com, scox@psrb.com
Taejin Kim     tae.kim@srz.com
Edward M King     tking@fbtlaw.com, lsugg@fbtlaw.com;tking@ecf.inforuptcy.com
Roy F. Kiplinger     bankruptcy@kiplingerlaw.com, bankruptcy@kiplingerlaw.com
J. Taylor Kirklin     taylor.kirklin@usdoj.gov, melanie.crouch@usdoj.gov
James A. Knauer     jak@kgrlaw.com, tjf@kgrlaw.com
Kevin Dale Koons     kkoons@kgrlaw.com, cjh@kgrlaw.com
Harris J. Koroglu     hkoroglu@shutts.com, fsantelices@shutts.com
Lawrence Joel Kotler     ljkotler@duanemorris.com
Robert R Kracht     rrk@mccarthylebit.com
Andrew L. Kraemer     akraemer@johnsonblumberg.com, akraemerlawoffice@att.net
David R. Krebs     dkrebs@hbkfirm.com, dadams@hbkfirm.com
Jerrold Scott Kulback     jkulback@archerlaw.com
Jay R LaBarge     jlabarge@stroblpc.com
Darryl S Laddin     bkrfilings@agg.com
Michael J. Langlois     mlanglois@shouselanglois.com, rshouse@shouselanglois.com
Vilda Samuel Laurin     slaurin@boselaw.com
Jordan A Lavinsky     jlavinsky@hansonbridgett.com
Todd Evan Leatherman     todd.leatherman@ky.gov
David S Lefere     dlefere@mikameyers.com, jfortney@mikameyers.com
Anthony Darrell Lehman     alehman@hlpwlaw.com
Martha R. Lehman     mlehman@amundsendavislaw.com, marthalehman87@gmail.com;ispells@amundsendavislaw.com;lengle@salawus.com
Gary H Leibowitz     gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;gleibowitz@coleschotz.com
Donald D Levenhagen     dlevenhagen@landmanbeatty.com
Elizabeth Marie Little     elizabeth.little@faegredrinker.com, noticeFRindy@faegredrinker.com;anita.sery@faegredrinker.com;docketgeneral@faegredrinker.com;beth.olivere@faegredrinker.com
Edward J LoBello     elobello@msek.com
Melinda Hoover MacAnally     Melinda.MacAnally@atg.in.gov, Carrie.Spann@atg.in.gov;Kenyatta.Peerman@atg.in.gov
John A. Majors     jam@morganandpottinger.com, majormajors44@yahoo.com

Steven A. Malcoun dsmith@mayallaw.com
John Marshall JMarshall@JMPartnersLLC.com
Jonathan Marshall jmarshall@choate.com, jonathan-marshall-4638@ecf.pacerpro.com
Thomas Marvin Martin tmmartin@lewisricekc.com
Jeff J. Marwil jmarwil@proskauer.com
Charles Edward Massey mbracken@nkylawyers.com, cedmassey@nkylawyers.com
Ann Wilkinson Matthews amatthews@ncdoj.gov
Rachel Jaffe Mauceri rmauceri@rc.com
Sarah Thomas Mayhew sarah.t.mayhew@usdoj.gov, northern.taxcivil@usdoj.gov
Melissa J. McCarty mdegroff@kgrlaw.com, cresler@kgrlaw.com
Michael K. McCrory mmccrory@btlaw.com, bankruptcyindy@btlaw.com
Maureen Elin McOwen molly.mcowen@cfpb.gov
Harley K Means hkm@kgrlaw.com, kwhigham@kgrlaw.com;cjs@kgrlaw.com;tfroelich@kgrlaw.com
Toby Merrill toby.merrill@ed.gov, ppsl@law.harvard.edu
Robert W. Miller rmiller@manierherod.com
Sherry Millman smillman@stroock.com
Jason Milstone jason.milstone@cmsenergy.com
Thomas E Mixdorf thomas.mixdorf@icemiller.com, brandy.matney@icemiller.com
James P Moloy jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Ronald J. Moore Ronald.Moore@usdoj.gov
Hal F Morris hal.morris@oag.texas.gov
Michael David Morris michael.morris@ago.mo.gov
Kevin Alonzo Morrissey kmorrissey@lewis-kappes.com, soliver@lewis-kappes.com;leckert@lewis-kappes.com;kwilliams@lewis-kappes.com
Whitney L Mosby whitney.mosby@dentons.com, faith.wolfe@dentons.com;nancy.branham@dentons.com
C Daniel Motsinger cmotsinger@kdlegal.com, cmotsinger@kdlegal.com;rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com
Lee Duck Moylan lmoylan@klehr.com, acollazo@klehr.com
Joseph L. Mulvey joseph@mulveylawllc.com, linda@mulveylawllc.com
Abraham Murphy murphy@abrahammurphy.com
Justin Scott Murray jmurray@atg.state.il.us
Alissa M. Nann anann@foley.com, DHeffer@foley.com
Henry Seiji Newman hsnewman@dglaw.com
Kevin M. Newman knewman@menterlaw.com, kmnbk@barclaydamon.com
Cassandra A. Nielsen cnielsen@rubin-levin.net, atty_cnielsen@bluestylus.com,mralph@rubin-levin.net;lking@rubin-levin.net
Ryan Charles Nixon rcnixon@lamarcalawgroup.com

Isaac Nutovic    inutovic@nutovic.com
Michael O'Donnell    mike.odonnell@nortonrosefulbright.com
Gregory Ostendorf    gostendorf@scopelitis.com, agregory@scopelitis.com
Weston Erick Overturf    woverturf@kgrlaw.com, dgastenveld@kgrlaw.com
Pamela A. Paige    ppaige@plunkettcooney.com, amiller@plunkettcooney.com
Eric Pendergraft    ependergraft@slp.law, dwoodall@slp.law;bss@slp.law
Danielle Ann Pham    danielle.pham@usdoj.gov
Anthony Pirraglia    anthony.pirraglia@hklaw.com
Jack A Raisner    jar@raisnerroupinian.com, rrllp@ecf.courtdrive.com
Jonathan Hjalmer Reischl    jonathan.reischl@cfpb.gov
Michael Rella    MichaelRella@dwt.com
Caroline Ellona Richardson    caroline@paganelligroup.com, robin@paganelligroup.com;buffy@paganelligroup.com
James Leigh Richmond    James.Richmond@fldoe.org
John M. Rogers    johnr@rubin-levin.net, cgilly@rubin-levin.net;atty_rogers@bluestylus.com;lking@rubin-levin.net
Melissa M. Root    mroot@jenner.com, wwilliams@jenner.com
David A. Rosenthal    darlaw@nlci.com
James E Rossow    jim@rubin-levin.net, mralph@rubin-levin.net;ATTY_JER@trustesolutions.com
Rene Sara Roupinian    rsr@raisnerroupinian.com, warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com;rrllp@ecf.courtdrive.com
Victoria Fay Roytenberg    vroytenberg@ppsl.org, eschmidt@law.harvard.edu
Steven Eric Runyan    ser@kgrlaw.com
Karl T Ryan    info@ryanesq.com, kryan@ryanesq.com
Joseph Michael Sanders    jsanders@atg.state.il.us
Thomas C Scherer    thomas.scherer@dentons.com, faith.wolfe@dentons.com
James R. Schrier    jrs@rtslawfirm.com, jar@rtslawfirm.com
Ronald James Schutz    rschutz@robinskaplan.com
H. Jeffrey Schwartz    jschwartz@robinskaplan.com
Courtney Michelle Scott    cscott1@dor.in.gov
Joseph E Shickich    jshickich@foxrothschild.com, vmagda@foxrothschild.com
Mary Alexandra Shipley    ashipley@mcguirewoods.com
William Shotzbarger    wshotzbarger@duanemorris.com
Randall R Shouse    rshouse@shouselanglois.com, mlanglois@shouselanglois.com;shouse.randallr.r119171@notify.bestcase.com
John Deitch Sigel    jsigel@ppsl.org
William E Smith    wsmith@k-glaw.com, cshaughnessy@k-glaw.com
Lauren C. Sorrell    lsorrell@kdlegal.com, ayeskie@kdlegal.com;cmotsinger@kdlegal.com;shammersley@kdlegal.com

Berry Dan Spears    berrydspears616@gmail.com
Catherine L. Steege    csteege@jenner.com, mhinds@jenner.com;thooker@jenner.com;aswingle@jenner.com
LaChelle Stepp    lstepp@steppjaffe.com, lastepp@yahoo.com
Jason V Stitt    jstitt@kmklaw.com
Sharon Stolte    sstolte@sandbergphoenix.com
Jesse Ellsworth Summers    esummers@burr.com, sguest@burr.com
Matthew G. Summers    summersm@ballardspahr.com, lanoc@ballardspahr.com
Jonathan David Sundheimer    jsundheimer@btlaw.com
Nathan L Swehla    nswehla@graydon.law
Nancy K. Swift    nswift@buchalter.com, cbohnsack@buchalter.com
Andrew W.J. Tarr    atarr@robinsonbradshaw.com, jrobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com
Eric Jay Taube    eric.taube@wallerlaw.com, annmarie.jezisek@wallerlaw.com;sherri.savala@wallerlaw.com
Meredith R. Theisen    mtheisen@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
Meredith R. Theisen    mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com;mralph@rubin-levin.net;cgilly@rubin-levin.net
Jessica L Titler    jt@chimicles.com
David Tocco    djtocco@vorys.com, mdwalkuski@vorys.com
Todd Christian Toral    todd.toral@dlapiper.com, todd-toral-9280@ecf.pacerpro.com
Ronald M. Tucker    rtucker@simon.com, cmartin@simon.com,bankruptcy@simon.com
Christopher Turner    christopher.turner@lw.com, DClitserv@lw.com
Michael Tye    michael.tye@usdoj.gov
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
Lauren Valkenaar    lvalkenaar@chasnoffstribling.com
Sally E Veghte    sveghte@klehr.com, acollazo@klehr.com
Rachel Claire Verbeke    rverbeke@stroblpc.com
Aimee Vidaurri    aimee.vidaurri@nortonrosefulbright.com
Amy L VonDielingen    amy.vondielingen@woodenlawyers.com
Amy E Vulpio    vulpioa@whiteandwilliams.com
Carolyn G. Wade    Carolyn.G.Wade@doj.state.or.us
Christopher D Wagner    cwagner@hooverhullturner.com
Louis Hanner Watson    louis@watsonnorris.com
Jeffrey R. Waxman    jwaxman@morrisjames.com
Philip A. Whistler    philip.whistler@icemiller.com, holly.minnis@icemiller.com
Bradley Winston    bwinston@winstonlaw.com, lwheaton@winstonlaw.com
Brandon Michael Wise    bwise@prwlegal.com
Cathleen Dianne Wyatt    cwyatt@fbtlaw.com, tacton@fbtlaw.com

| | |
|---|---|
| James T Young | james@rubin-levin.net, lking@rubin-levin.net;atty_young@bluestylus.com |
| James E. Zoccola | jzoccola@lewis-kappes.com |

I further certify that on January 17, 2023, pursuant to Section IV.C.3(c) of the Case Management Procedures, a copy of the foregoing *Trustee's Motion for Authority to Destroy Records Maintained by GRM Information Management Services, LLC and to Approve Agreement for the Cost Associated with the Destruction* was emailed to the following:

CEC Red Run, LLC:  Alan M. Grochal at agrochal@tydingslaw.com
SWRE Deal V Building, LLC:  Paul Weiser at pweiser@buchalter.com
Tarrant County/Dallas County:  Elizabeth Weller at dallas.bankruptcy@publicans.com
Northwest Natural Gas Company:  Ashlee Minty at Ashlee.Minty@nwnatural.com
Solar Drive Business, LLC:  Chris W. Halling at challing@hallingmeza.com
Market-Turk Company:  Jordan A. Lavinsky at jlavinsky@hansonbridgett.com
Taxing Authority for Harris County, Texas:  John P. Dillman at houston_bankruptcy@lgbs.com
Texas Comptroller of Public Accounts:  Rachel Obaldo at rachel.obaldo@oag.texas.gov
Clear Creek Independent School District:  Carl O. Sandin at csandin@pbfcm.com
Synchrony Bank:  Recovery Management Systems Corporation at claims@recoverycorp.com
Bexar County:  Don Stecker at sanantonio.bankruptcy@publicans.com
SWRE Deal V Building, LLC:  Nancy K. Swift at nswift@buchalter.com
TN Dept. of Revenue:  Michael Willey at michael.willey@ag.tn.gov
Florida Department of Education:  Benman D. Szeto at benman.szeto@fldoe.org
Last Second Media, Inc.:  T. Todd Egland at tegland@beldenblaine.com
Hung Duong:  Kevin Schwin at kevin@schwinlaw.com
Travis County:  Kay D. Brock at kay.brock@traviscountytx.gov
Able Building Maintenance:  Scott D. Fink at bronationalecf@weltman.com
Marathon Ventures, LLC:  Daniel M. Karger at kargerlaw@gmail.com
Oklahoma County Treasurer:  Tammy Jones at tammy.jones@oklahomacounty.org
JM Partners LLC:  John Marshall at jmarshall@jmpartnersllc.com

>                                  */s/ Meredith R. Theisen*
>                                  Meredith R. Theisen

g:\wp80\trustee\caruso\itt educational - 86723901\drafts\motion destroy remaining grm records.docx