## **EXHIBIT 1**

**[Destruction Agreement]**

Case 16-07207-JMC-7A    Doc 5135-1    Filed 01/17/23    EOD 01/17/23 12:47:31    Pg 2 of 5



**Services**
Digital Document Management



# Digital Document Management
# Deborah J. Caruso-Chapter 7 Trustee
# ITT Schools Project
# Destruction of all remaining inventory

### December 22, 2022

Bob Hudson-Regional Vice President of Sales - Midwest
GRM Information Management Services, LLC.
2002 S. East Street
Indianapolis, Indiana 46225
317-452-3809

<70><70>
<70><70>



DEBORAH J. CARUSO-CHAPTER 7 TRUSTEE

**Current, 32,629 boxes are "Company-Storage"**
**43,316.4 Estimated Cubic Feet**
**Within this collection, there are an estimated 6,000 pounds of Data Tapes & Hard Drives**

| Service | Rate-Per Contract | Total |
|---|---|---|
| Pull 33,629 Company Boxes | 33,629 x $1.93 | $ 64,903.97 |
| Permanent Removal of 47,665.12 CF | 43,316.4 x $2.40 | $103,959.36 |
| Destruction of 33,629 Company Boxes | 33,629 x $3.00 | $100,887.00 |
| Expedite Access** | 33,629 x $5.00 | $168,145.00 |
| 6000 pounds of Data Tapes/HD | 6000 x $2.25 | $13,500.00 |
| Discount for 1 time project payment | | ($80,000.00) |
| **Total Company Boxes** | | **$371.395.33** |

**Film storage at GRM Atlanta Location**

| Service | Rate-Per Contract | Total |
|---|---|---|
| Pull 107 Film Boxes | 107 x $1.93 | $206.51 |
| Permanent Removal of 128.4 CF | 128.4 x $2.40 | $308.16 |
| Data/Film Destruction | 3210 x $3.95 | $12,679.50 |
| **Total-Atlanta** | | **$13,194.17** |

**Destruction of Indiana Student Boxes**
**2042 containers / 2510.4 Cubic Feet**

| Service | Rate-Per Contract | Total |
|---|---|---|
| Pull 2042 Student Boxes | 2042 x $1.93 | $3901.46 |
| Permanent Removal of 2510.4 CF | 2510.4 x $2.40 | $6024.96 |
| Destruction of 2042 Student Boxes | 2042 x $3.00 | $6126.00 |
| Expedite Access** | 2042 x $5.00 | $10,210.00 |
| Discount for 1 time project payment | | ($5,500.00) |
| **Total Indiana Student Boxes** | | **$20,762.56** |

**Destruction of Massachusetts Student Boxes**
**696 containers / 835.2 Cubic Feet**

| Service | Rate-Per Contract | Total |
|---|---|---|
| Pull 696 Student Boxes | 696 x $1.93 | $1343.28 |
| Permanent Removal of 2510.4 CF | 835.2 x $2.40 | $2004.48 |
| Destruction of 696 Student Boxes | 696 x $3.00 | $2088.00 |
| Expedite Access** | 696 x $5.00 | $3480.00 |
| Discount for 1 time project payment | | ($1,500.00) |
| **Total Mass Student Boxes** | | **$7,415.76** |



**DEBORAH J. CARUSO-CHAPTER 7 TRUSTEE**

**Destruction of ITT Corporate Office Records**
**7906 containers / 14,737.20 Cubic Feet**

| Service | Rate-Per Contract | Total |
|---|---|---|
| **Pull 7906 Company Boxes** | 7,906 x $1.93 | $15,258.58 |
| **Permanent Removal of 14,737.2 CF** | 14,737.2 x $2.40 | $34,495.68 |
| **Destruction of 7906 Company Boxes** | 7906 x $3.00 | $23,718.00 |
| **Expedite Access*** | 7906 x $5.00 | $39,530.00 |
| Discount for 1 time project payment | | ($20,000.00) |
| **Total ITT Corporate Office** | | $93,002.26 |

**Total Inventory Summary Destruction**                                    $505,770.11

**Destruction schedule as follows:**
February – July      Company Records
July                 Indiana/Massachusetts
September            ITT Corporate Office

GRM will issue one invoice February of 2023 for all destruction charges. Upon payment of the invoice to be issued in February, 2023, the contract dated October 8, 2016 ("Contract") will be terminated and no other charges or obligations shall be due under the terms of the Contract. This Agreement is subject to approval of the United States Bankruptcy Court, Southern District of Indiana, presiding over the ITT Educational Services, Inc. and subsidiaries Chapter 7 bankruptcy cases, which are jointly administered and pending under Case No. 16-07207-JMC-7A.

Destruction will commence once Trustee provides GRM the order from the court to proceed. Destruction certificates will be issued quarterly through October, with October being the final.

Should any ITT Corporate Office Records be requested by the Trustee, pull fees, transportation fees, etc., will be applicable and monthly storage minimums will apply effective October, 2023 if any inventory is not authorized by Trustee to be destroyed.

**The Expedite Access with result in an ending of monthly storage fees the total cubic feet upon receipt of 1-time payment.

**IN WITNESS WHEREOF, the parties have caused the Agreement to be executed on the date for above written.**

| GRM Information Management Services, Inc. | Deborah J. Caruso-Chapter 7 Trustee |
|---|---|
| By: _____ | By: _____ |
| Printed    Bob Hudson | Printed: Deborah J. Caruso |
| Title: | Title:  Trustee |
| Date: | Date: |

2



**DEBORAH J. CARUSO-CHAPTER 7 TRUSTEE**

3