SO ORDERED: February 10, 2023.



James M. Carr
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] ) | Case No. 16-07207-JMC-7A |
| ) | |
| Debtors. ) | Jointly Administered |

**CORRECTED[2] ORDER SUSTAINING TRUSTEE'S 16ᵀᴴ OMNIBUS OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY RULE 3007(d)(2), <u>AS MODIFIED ON THE RECORD</u>**

This matter is before the Court on the *Trustee's 16th Omnibus Objection to Claims Pursuant to Bankruptcy Rule 3007(d)(2) and Notice of Response Deadline* (the "16th Omnibus Objection to Claims") [Doc 3878], filed by Deborah J. Caruso, the chapter 7 trustee in this case (the "Trustee"). Pursuant to Rule 3007(d)(2) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Trustee objected to those claims listed on Exhibit 1 to the 16th Omnibus Objection to Claims on the grounds that the claims have been filed in the wrong case.

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].
[2] This corrected Order is submitted to address a typographical error made on Exhibit A to the original Order [Doc 3946].

The Court, having considered the 16th Omnibus Objection to Claims, having convened a hearing on May 20, 2020, at which Trustee advised the Court that (1) based on the response filed to the 16th Omnibus Objection to Claims by Polstar Commercial Cleaning Services, Inc. ("Polstar") on May 11, 2020 [Doc. 3916], the Trustee proposed to disallow Polstar's claim(s) in Case Nos. 16-07208 and 16-07209 and allow Polstar's claim in Case No. 16-07207, and (2) all other responses (filed and unfiled) to the 16th Omnibus Objection to Claims have been informally resolved, and being otherwise duly advised in the premises, determines that the 16th Omnibus Objection to Claims, as modified on the record at the hearing, should be, and hereby is, SUSTAINED. Accordingly,

IT IS THEREFORE ORDERED as follows:

1. The 16th Omnibus Objection to Claims, as modified on the record at the hearing, is SUSTAINED.

2. Claim No. 374 filed by Polstar in Case No. 16-07208 and any claim filed by Polstar in Case No. 16-07209 shall be disallowed, and Polstar's claim in Case No. 16-07207 shall be allowed in full, as indicated on Exhibit A.

3. All other claims to which the Trustee objected pursuant to the 16th Omnibus Objection to Claims are hereby disallowed in their entirety as indicated on Exhibit A, in accordance with Bankruptcy Rule 3007(d)(2), on the grounds that the claims have been filed in the wrong case.

4. The Trustee is hereby authorized to update the claims register in accordance with this Order.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

## EXHIBIT A

**[Resolution of Claims]**

| | RESOLUTION OF CLAIMS SUBJECT TO TRUSTEE'S 16TH OMNIBUS OBJECTION TO CLAIMS | | | |
|---|---|---|---|---|
| No. | Claimant's Name | Claim # | Debtor/Case # | Final Treatment |
| 1 | JOHNSON CITY POWER BOARD | 358 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 2 | KAYU (FOX 28) | 37 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 3 | KELLY CLEANING & SUPPLIES, INC. | 94 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 4 | KELLY CLEANING & SUPPLIES, INC. | 72 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 5 | KUBE, NRJ TV, HOUSTON OPCO, LLC | 143 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 6 | KUBE, NRJ TV, HOUSTON OPCO, LLC | 114 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 7 | LEADING EDGE PERSONNEL | 121 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 8 | LEADINGEDGE PERSONNEL | 96 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 9 | LEARNINGMATE SOLUTIONS, INC. | 340 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 10 | LEARNINGMATE SOLUTIONS, INC. | 280 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 11 | LEIGHTON A WHITE, INC. | 1119 | ITT Educational Services, Inc., Case No. 16-07207 | Disallowed in full. |
| 12 | LIFESCIRPT INC. | 93 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 13 | LIFESCRIPT INC. | 119 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 14 | LIFESCRIPT, INC. | 150 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 15 | LIFESCRIPT, INC. | 119 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 16 | LOUPE PHOTOGRAPHY & VIDEO | 228 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 17 | LOUPE PHOTOGRAPHY & VIDEO | 183 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 18 | MACT STAFFING LP | 76 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 19 | MADISON SECURITY GROUP, INC. | 246 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 20 | MADISON SECURITY GROUP, INC. | 197 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 21 | MCKINNON BROADCASTING CO. | 93 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 22 | MCKINNON BROADCASTING CO. | 71 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 23 | MCS, INC. | 279 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 24 | MCS, INC. | 229 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 25 | MELODY WILSON | 274 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 26 | MICHAEL ALCORN | 419 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 27 | MICHAEL P. KOVACS | 209 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 28 | MICHAEL P. KOVACS | 167 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 29 | MUNN, INC | 89 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 30 | MUNN, INC | 67 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 31 | NASHUA WASTEWATER SYSTEMS | 906 | ITT Educational Services, Inc., Case No. 16-07207 | Disallowed in full. |
| 32 | NASHUA WASTEWATER SYSTEMS | 244 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 33 | NATIONAL CITY INVESTMENT LP | 458 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 34 | NATIONAL CITY INVESTMENT LP | 379 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 35 | NATIONAL FIRST AID & SAFETY | 255 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 36 | NATIONAL FIRST AID & SAFETY | 206 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 37 | NATIONAL FUEL GAS DISTRIBUTION CORPORATION | 210 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 38 | NATIONAL FUEL GAS DISTRIBUTION CORPORATION | 168 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |

| | RESOLUTION OF CLAIMS SUBJECT TO TRUSTEE'S 16TH OMNIBUS OBJECTION TO CLAIMS | | | |
|---|---|---|---|---|
| No. | Claimant's Name | Claim # | Debtor/Case # | Final Treatment |
| 39 | NEIGHBORHOOD HANDYMAN LLC. | 247 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 40 | NEVADA POWER COMPANY DBS NV ENERGY | 484 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 41 | NEXTWAVE MEDIA GROUP, LLC | 158 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 42 | NORTH STATE COMMUNICATIONS | 96 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 43 | NORTH STATE COMMUNICATIONS | 74 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 44 | NPC INTERNATIONAL INC | 334 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 45 | NPC INTERNATIONAL INC | 277 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 46 | ONE SOURCE TECHNOLOGY SOLUTIONS INC, LLC | 231 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 47 | ONE SOURCE TECHNOLOGY SOLUTIONS INC, LLC | 266 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 48 | ONE SOURCE TECHNOLOGY SOLUTIONS INC, LLC | 187 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 49 | ONE SOURCE TECHNOLOGY SOLUTIONS INC, LLC | 216 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 50 | ONE SOURCE TECHNOLOGY SOLUTIONS, INC LLC | 250 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 51 | ONE SOURCE TECHNOLOGY SOLUTIONS, INC LLC | 201 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 52 | ONONDAGA COUNTY WATER AUTHORITY | 131 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 53 | ONONDAGA COUNTY WATER AUTHORITY | 132 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 54 | ONTARIO REFRIGERATION SERVICE INC. (ORSI) | 103 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 55 | ONTARIO REFRIGERATION SERVICE INC. (ORSI) | 80 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 56 | OP BY SUN CROSS, LLC. DBA: OFFICE PRIDE COMMERCIAL CLEANING SERVICES | 524 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 57 | OP BY SUN CROSS, LLC. DBA: OFFICE PRIDE COMMERCIAL CLEANING SERVICES | 427 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 58 | ORDES SERVICES, LLC | 424 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 59 | ORDES SERVICES, LLC | 347 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 60 | OUBE, NAJTV, HOUSTON OPCO, LLC | 113 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 61 | OUBE, NRJ TV, HOUSTON OPCO, LLC | 142 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 62 | PALACE THEATRE TRUST | 2957 | ITT Educational Services, Inc., Case No. 16-07207 | Disallowed in full. |
| 63 | PALACE THEATRE TRUST | 592 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 64 | PEAPOD LLC | 226 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 65 | PEREZ & ASSOCIATES | 321 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 66 | POLSTAR COMMERCIAL SERVICES INC. | 374 | ESI Service Corp., Case No. 16-07208 | Claim filed in Case Nos. 16-07208 and 16-07209, if any, are disallowed in full; claim filed in Case No. 16-07207 is allowed in full. |
| 67 | PROFESSIONAL GUARD & PATROL, INC. | 92 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 68 | PROFESSIONAL GUARD & PATROL, INC. | 70 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 69 | PUBLIC SERVICE OF NEW HAMPSHIRE DBA EVERSOURCE | 1016 | ITT Educational Services, Inc., Case No. 16-07207 | Disallowed in full. |
| 70 | R S I HOLDINGS INC. | 220 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 71 | R.S.I HOLDINGS INC. | 270 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |

| **RESOLUTION OF CLAIMS SUBJECT TO TRUSTEE'S 16TH OMNIBUS OBJECTION TO CLAIMS** |
|---|---|---|---|---|
| No. | Claimant's Name | Claim # | Debtor/Case # | Final Treatment |
| 72 | ROSS ELECTRIC SOLUTIONS, INC. | 151 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 73 | RYAN L. RONEY | 191 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 74 | SARA JO SCHMIDT | 491 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 75 | SARA JO SCHMIDT | 401 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 76 | SERESTAR COMMUNICATIONS CORPORATION | 310 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 77 | SHINY BLACK CLEANING LLC | 430 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 78 | SHINY BLACK CLEANING LLC | 353 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 79 | SHIVELY CENTER, LLC | 267 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 80 | SHIVELY CENTER, LLC | 218 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 81 | SODEXO OPERATIONS, LLC | 1363 | ITT Educational Services, Inc., Case No. 16-07207 | Disallowed in full. |
| 82 | SODEXO OPERATIONS, LLC | 371 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 83 | SOLAR CLEANING | 301 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 84 | SOLAR CLEANING | 247 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 85 | SOUTH SURBURBAN CHAMBER OF COMMERCE | 117 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 86 | SOUTH SURBURBAN CHAMBER OF COMMERCE | 91 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 87 | STAFFMARK INVESTMENT, LLC | 97 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 88 | STAFFMARK INVESTMENT, LLC | 75 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 89 | STANLEY ELEVATOR COMPANY, INC. | 1488 | ITT Educational Services, Inc., Case No. 16-07207 | Disallowed in full. |
| 90 | SYNAPTIC SOLUTIONS INC. | 2 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 91 | SYNAPTIC SOLUTIONS INC. | 1 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 92 | THE GRAPHIC EDGE | 336 | ITT Educational Services, Inc., Case No. 16-07207 | Disallowed in full. |
| 93 | THE GRAPHIC EDGE | 91 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 94 | THE INTERIOR FOLIAGE COMPANY LLC | 156 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 95 | THE INTERIOR FOLIAGE COMPANY LLC | 124 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |
| 96 | THE REGAL PRESS, INC. | 157 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 97 | THE STEPHEN PHILLIPS MEMORIAL SCHOLARSHIP FUND, INC. | 3090 | ITT Educational Services, Inc., Case No. 16-07207 | Disallowed in full. |
| 98 | THE TRAINING ASSOCIATES CORPORATION | 139 | ESI Service Corp., Case No. 16-07208 | Disallowed in full. |
| 99 | THE TRAINING ASSOCIATES CORPORATION | 110 | Daniel Webster College, Inc., Case No. 16-07209 | Disallowed in full. |