UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] ) | Case No.  16-07207-JMC-7A |
| ) | |
| Debtors. ) | Jointly Administered |

### REPORT OF SALE FOR CERTAIN INTELLECTUAL PROPERTY

Deborah J. Caruso, the chapter 7 trustee in this case (the "Trustee"), by counsel, pursuant to Rule 6004(f)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), reports as follows:

1. On August 2, 2017, the Court entered its *Order Granting Trustee's Motion to Sell at Private Sales Intellectual Property Free and Clear of All Liens, Encumbrances, Claims and Interests* (the "Sale Order") [Doc 1978], authorizing, in part, the Trustee and/or Tiger Capital Group, LLC ("Tiger Capital"), on behalf of the Affiliated Debtor' bankruptcy estates, to immediately conduct sales of intellectual property (the "IP Assets") owed by the Affiliated Debtors, without further order from the Court.  The Sale Order, further provided, that all sales of IP Asset, whether by the Trustee or Tiger Capital, were to be free and clear of all liens, encumbrances, claims and interests.  In addition, the Sale Order directed the Trustee to file reports regarding the sales of the IP Assets disclosing (a) a general description of the IP Assets sold; (b) the identify of the purchaser; (c) the date of the sale; (d) the purchase price; (e) the commission/buyers' premium paid to Tiger Capital; (f) all expenses deducted; and (g) the net proceeds of such sales.

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980] (collectively, the "Debtors").

2. Pursuant to the Sale Order, Tiger Capital sold certain IP Assets in August 2017 and September 2017 (the "IP Assets Sales"). The I Assets Sales resulted in gross sale proceeds of $30,510.00, which is summarized as follows:

| | |
|---|---:|
| Ascolta.com – Buyer: Frank B. Scalia II | $1,000.00 |
| Benchmark Learning Courseware – Buyer: Torchwood Innovations, Inc. | $26,000.00 |
| Buyers' Premium @ 13% | $3,510.00 |
| **TOTAL GROSS PROCEEDS:** | **$30,510.00** |

Attached and incorporated as **Exhibit 1** is the *Settlement Report* (the "Report").

3. As reflected in the Report, the total gross proceeds from the IP Assets Sales were $30,510.00. For its services in connection with the IP Assets Sales, Tiger Capital received a buyers' premium in the amount of $3,510.00.

4. The Trustee received the net proceeds from the IP Assets Sales in the total amount of $27,000.00, which was deposited into the Affiliated Debtors' bankruptcy estates' financial account.

5. Pursuant to the *Notice, Case Management and Administrative Procedures* (the "Case Management Procedures") approved by the Court on October 4, 2016 [Doc 220], the Trustee will serve a copy of this report on the following (as defined in the Case Management Procedures): (a) the Core Group; (b) the Request for Notice List; and (c) the Appearance List.

6. The Trustee requests that this report be exempt from the notice and hearing requirements under the Case Management Procedures and the requested relief be granted without further notice.

**WHEREFORE**, the Trustee respectfully requests entry of an order approving this report, approving the payments set forth herein, and granting the Trustee all other just and proper relief.

        Respectfully submitted,

        RUBIN & LEVIN, P.C.

By: */s/ Meredith R. Theisen*
      Meredith R. Theisen

Deborah J. Caruso (Atty. No. 4273-49)
Meredith R. Theisen (Atty. No. 28804-49)
RUBIN & LEVIN, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, Indiana 46204
Tel: (317) 634-0300
Fax: (317) 263-9411
Email: dcaruso@rubin-levin.net
       mtheisen@rubin-levin.net
Attorneys for Deborah J. Caruso, Trustee

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 17, 2023, a copy of the foregoing *Report of Sale for Certain Intellectual Property* was filed electronically. Pursuant to Section IV.C.3(a) of the Case Management Procedures, notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

John Joseph Allman    jallman@hbkfirm.com, dadams@hbkfirm.com
Richard Allyn    rallyn@robinskaplan.com
Robert N Amkraut    ramkraut@foxrothschild.com
Scott S. Anders    scott.anders@jordanramis.com, litparalegal@jordanramis.com
Reuel D Ash    rash@ulmer.com, mure@ulmer.com
Todd Allan Atkinson    todd.atkinson@wbd-us.com
George Bach    george@georgebachlaw.com
Kay Dee Baird    kbaird@kdlegal.com, rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com
Christopher E. Baker    cbaker@hbkfirm.com, thignight@hbkfirm.com
James David Ballinger    jim@kentuckytrial.com, jennifer@kentuckytrial.com
Joseph E. Bant    jebant@lewisricekc.com
William J. Barrett    william.barrett@bfkn.com, mark.mackowiak@bfkn.com
Ashley Flynn Bartram    ashley.bartram@oag.texas.gov
Alex M Beeman    alex@beemanlawoffice.com, abeeman@reminger.com
Thomas M Beeman    tom@beemanlawoffice.com
Richard James Bernard    rbernard@foley.com
Thomas Berndt    tberndt@robinskaplan.com, jgerboth@robinskaplan.com
John J Berry    john.berry@dinsmore.com, Christina.Lee@DINSMORE.COM
Brandon Craig Bickle    bbickle@gablelaw.com
Jill B. Bienstock    jillbienstock@hotmail.com
Michael Blumenthal    michael.blumenthal@hklaw.com
David J. Bodle    dbodle@hhclaw.com, layres@hhlaw-in.com

Robert A. Breidenbach  rab@goldsteinpressman.com
Wendy D Brewer  wbrewer@fmdlegal.com, cbellner@fmdlegal.com
Kayla D. Britton  kayla.britton@faegredrinker.com, noticeFRindy@faegrebd.com
Robert Bernard Bruner  bob.bruner@nortonrosefulbright.com
Jason R Burke  jburke@bbrlawpc.com, kellis@bbrlawpc.com
Erin Busch  ebusch@nebraska.edu
John Cannizzaro  john.cannizzaro@icemiller.com, julia.yankula@icemiller.com
Kevin M. Capuzzi  kcapuzzi@beneschlaw.com, lmolinaro@beneschlaw.com;docket@beneschlaw.com
James E. Carlberg  jcarlberg@boselaw.com, mwakefield@boselaw.com;kthompson@boselaw.com
Steven Dean Carpenter  scarpenter1@dor.in.gov
Deborah Caruso  dcaruso@rubin-levin.net, dwright@rubin-levin.net;cgilly@rubin-levin.net;atty_dcaruso@bluestylus.com
Deborah J. Caruso  trusteecaruso@rubin-levin.net, DJC@trustesolutions.net;cdjc11@trustesolutions.net
Joshua W. Casselman  jcasselman@rubin-levin.net, angie@rubin-levin.net;atty_jcasselman@bluestylus.com
Ben T. Caughey  ben.caughey@merchocaughey.com
Sonia A. Chae  chaes@sec.gov
John Andrew Chanin  jchanin@lindquist.com, srummery@lindquist.com
Courtney Elaine Chilcote  courtney@ckhattorneys.com, ckh@ckhattorneys.com;tracy@ckhattorneys.com
Dale C Christensen  christensen@sewkis.com
Eboney Delane Cobb  ecobb@pbfcm.com
Tiffany Cobb  tscobb@vorys.com
Michael Edward Collins  mcollins@manierherod.com
Michael Anthony Collyard  mcollyard@robinskaplan.com, rhoule@robinskaplan.com
Eileen Connor  econnor@ppsl.org
Lawrence D. Coppel  lcoppel@gfrlaw.com
Heather M. Crockett  Heather.Crockett@atg.in.gov, marie.baker@atg.in.gov
J Russell Cunningham  rcunningham@dnlc.net, reaster@dnlc.net
Erica Dausch  edausch@babstcalland.com
Dustin R. DeNeal  ddeneal@firstib.com, noticeFRindy@faegredrinker.com;faegrebddocket@faegredrinker.com
Laura A DuVall  Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Annette England  annette.england@btlaw.com
Charles Anthony Ercole  cercole@klehr.com, acollazo@klehr.com
Lydia Faklis  faklis.lydia.j@dol.gov
Carolyn Meredith Fast  carolyn.fast@ag.ny.gov
Elaine Victoria Fenna  elaine.fenna@morganlewis.com
Andrew W Ferich  awf@chimicles.com
Scott Patrick Fisher  sfisher@drewrysimmons.com, lgarrison@DSVlaw.com
John David Folds  dfolds@bakerdonelson.com, sparson@bakerdonelson.com
Jennifer N Fountain  jfountain@iislaw.com, sfilippini@iislaw.com
Sarah Lynn Fowler  sfowler@bbrlawpc.com, kellis@bbrlawpc.com

Lauren Freeman     lauren.freeman@doj.ca.gov
Robert W. Fuller     rfuller@robinsonbradshaw.com, emorris@robinsonbradshaw.com,docketing@robinsonbradshaw.com
Carlos Galliani     carlos@thelidjifirm.com
Jonathan William Garlough     jgarlough@foley.com, mstockl@foley.com;mdlee@foley.com
Lisa Giandomenico     lgiandomenico@nmag.gov
Lea Pauley Goff     lea.goff@skofirm.com, emily.keith@skofirm.com
John C Goodchild     john.goodchild@morganlewis.com
Douglas Gooding     dgooding@choate.com, douglas-gooding-9991@ecf.pacerpro.com
John Andrew Goodridge     jagoodridge@jaglo.com, angray@jaglo.com;dwhiggs@jaglo.com
Michael Wayne Grant     michael.w.grant@doj.state.or.us
Richard Grayson Grant     rgrant@rgglaw.com, grantecf@gmail.com
Alan Mark Grochal     agrochal@tydingslaw.com
Elizabeth N. Hahn     ehahn@rubin-levin.net, mralph@rubin-levin.net
Gregory Forrest Hahn     ghahn@boselaw.com, jmcneeley@boselaw.com
Julian Ari Hammond     Jhammond@hammondlawpc.com, ppecherskaya@hammondlawpc.com
Wallace M Handler     whandler@swappc.com, kkloock@swappc.com
William J. Hanlon     whanlon@seyfarth.com, 2875011420@filings.docketbird.com;bankruptcydocket@seyfarth.com
Adam Craig Harris     adam.harris@srz.com
Jeffrey M. Hawkinson     jhawkinson@pcslegal.com, danderson@pcslegal.com
Michael J. Hebenstreit     mhebenstreit@lewiskappes.com, ktierney@lewiskappes.com;pkerr@lewiskappes.com
Amanda Marie Hendren     amanda@indianalawgroup.com
Claude Michael Higgins     Michael.Higgins@ag.ny.gov
Michael W. Hile     mhile@jacobsonhile.com, assistant@jacobsonhile.com
Sean M Hirschten     shirschten@psrb.com
Robert M. Hirsh     rhirsh@lowenstein.com
John C. Hoard     johnh@rubin-levin.net, lking@rubin-levin.net;atty_jch@trustesolutions.com;sturpin@rubin-levin.net
Curt Derek Hochbein     chochbein@rubin-levin.net, kelly.paberzs@mbcblaw.com
Jeffrey A Hokanson     jeff.hokanson@icemiller.com, bgnotices@icemiller.com,david.young@icemiller.com
Steven Howard Holinstat     sholinstat@proskauer.com
Diana Hooley     diana.hooley@state.ma.us
Thomas Ross Hooper     hooper@sewkis.com
George Wade Hopper     ghopper@cohenandmalad.com, kkeith@cohenandmalad.com
Andrew E. Houha     bkecfnotices@johnsonblumberg.com
Andrew W. Hull     awhull@hooverhullturner.com, fgipson@hooverhullturner.com
Christine K. Jacobson     cjacobson@jacobsonhile.com, 5412@notices.nextchapterbk.com,9992889420@filings.docketbird.com
Jay Jaffe     jay.jaffe@faegredrinker.com, noticeFRindy@faegrebd.com
David Januszewski     djanuszewski@cahill.com
Benjamin F Johns     bjohns@shublawyers.com, klw@chimicles.com
Russell Ray Johnson     russj4478@aol.com
Kenneth C. Jones     kcjones@lewisrickc.com

Anthony R. Jost    tjost@rbelaw.com, rmcclintic@rbelaw.com
Aaron Kappler    akappler@tokn.com
Timothy Q. Karcher    tkarcher@proskauer.com
Steven Joseph Kasyjanski    sjk-yount-atty@ameritech.net, skasyjan@gmail.com
Alan Katz    akatz@lockelord.com
Richard B. Kaufman    richardkfmn@gmail.com
John M. Ketcham    jketcham@psrb.com, scox@psrb.com
Taejin Kim    tae.kim@srz.com
Edward M King    tking@fbtlaw.com, lsugg@fbtlaw.com;tking@ecf.inforuptcy.com
Roy F. Kiplinger    bankruptcy@kiplingerlaw.com, bankruptcy@kiplingerlaw.com
J. Taylor Kirklin    taylor.kirklin@usdoj.gov, melanie.crouch@usdoj.gov
James A. Knauer    jak@kgrlaw.com, tjf@kgrlaw.com
Kevin Dale Koons    kkoons@kgrlaw.com, cjh@kgrlaw.com
Harris J. Koroglu    hkoroglu@shutts.com, fsantelices@shutts.com
Lawrence Joel Kotler    ljkotler@duanemorris.com
Robert R Kracht    rrk@mccarthylebit.com
Andrew L. Kraemer    akraemer@johnsonblumberg.com, akraemerlawoffice@att.net
David R. Krebs    dkrebs@hbkfirm.com, dadams@hbkfirm.com
Jerrold Scott Kulback    jkulback@archerlaw.com
Jay R LaBarge    jlabarge@stroblpc.com
Darryl S Laddin    bkrfilings@agg.com
Michael J. Langlois    mlanglois@shouselanglois.com, rshouse@shouselanglois.com
Vilda Samuel Laurin    slaurin@boselaw.com
Jordan A Lavinsky    jlavinsky@hansonbridgett.com
Todd Evan Leatherman    todd.leatherman@ky.gov
David S Lefere    dlefere@mikameyers.com, jfortney@mikameyers.com
Anthony Darrell Lehman    alehman@hlpwlaw.com
Martha R. Lehman    mlehman@amundsendavislaw.com, marthalehman87@gmail.com;ispells@amundsendavislaw.com;lengle@salawus.com
Gary H Leibowitz    gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;gleibowitz@coleschotz.com
Donald D Levenhagen    dlevenhagen@landmanbeatty.com
Elizabeth Marie Little    elizabeth.little@faegredrinker.com, noticeFRindy@faegredrinker.com;anita.sery@faegredrinker.com;docketgeneral@faegredrinker.com;beth.olivere@faegredrinker.com
Edward J LoBello    elobello@msek.com
Melinda Hoover MacAnally    Melinda.MacAnally@atg.in.gov, Carrie.Spann@atg.in.gov;Kenyatta.Peerman@atg.in.gov
John A. Majors    jam@morganandpottinger.com, majormajors44@yahoo.com
Steven A. Malcoun    dsmith@mayallaw.com
John Marshall    JMarshall@JMPartnersLLC.com
Jonathan Marshall    jmarshall@choate.com, jonathan-marshall-4638@ecf.pacerpro.com
Thomas Marvin Martin    tmmartin@lewisricekc.com
Jeff J. Marwil    jmarwil@proskauer.com
Charles Edward Massey    mbracken@nkylawyers.com, cedmassey@nkylawyers.com
Ann Wilkinson Matthews    amatthews@ncdoj.gov

Rachel Jaffe Mauceri     rmauceri@rc.com
Sarah Thomas Mayhew     sarah.t.mayhew@usdoj.gov, northern.taxcivil@usdoj.gov
Melissa J. McCarty     mdegroff@kgrlaw.com, cresler@kgrlaw.com
Michael K. McCrory     mmccrory@btlaw.com, bankruptcyindy@btlaw.com
Maureen Elin McOwen     molly.mcowen@cfpb.gov
Harley K Means     hkm@kgrlaw.com, kwhigham@kgrlaw.com;cjs@kgrlaw.com;tfroelich@kgrlaw.com
Toby Merrill     toby.merrill@ed.gov, ppsl@law.harvard.edu
Robert W. Miller     rmiller@manierherod.com
Sherry Millman     smillman@stroock.com
Jason Milstone     jason.milstone@cmsenergy.com
Thomas E Mixdorf     thomas.mixdorf@icemiller.com, brandy.matney@icemiller.com
James P Moloy     jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Ronald J. Moore     Ronald.Moore@usdoj.gov
Hal F Morris     hal.morris@oag.texas.gov
Michael David Morris     michael.morris@ago.mo.gov
Kevin Alonzo Morrissey     kmorrissey@lewis-kappes.com, soliver@lewis-kappes.com;leckert@lewis-kappes.com;kwilliams@lewis-kappes.com
Whitney L Mosby     whitney.mosby@dentons.com, faith.wolfe@dentons.com;nancy.branham@dentons.com
C Daniel Motsinger     cmotsinger@kdlegal.com, cmotsinger@kdlegal.com;rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com
Lee Duck Moylan     lmoylan@klehr.com, acollazo@klehr.com
Joseph L. Mulvey     joseph@mulveylawllc.com, linda@mulveylawllc.com
Abraham Murphy     murphy@abrahammurphy.com
Justin Scott Murray     jmurray@atg.state.il.us
Alissa M. Nann     anann@foley.com, DHeffer@foley.com
Henry Seiji Newman     hsnewman@dglaw.com
Kevin M. Newman     knewman@menterlaw.com, kmnbk@barclaydamon.com
Cassandra A. Nielsen     cnielsen@rubin-levin.net, atty_cnielsen@bluestylus.com,mralph@rubin-levin.net;lking@rubin-levin.net
Ryan Charles Nixon     rcnixon@lamarcalawgroup.com
Isaac Nutovic     inutovic@nutovic.com
Michael O'Donnell     mike.odonnell@nortonrosefulbright.com
Gregory Ostendorf     gostendorf@scopelitis.com, agregory@scopelitis.com
Weston Erick Overturf     woverturf@kgrlaw.com, dgastenveld@kgrlaw.com
Pamela A. Paige     ppaige@plunkettcooney.com, amiller@plunkettcooney.com
Eric Pendergraft     ependergraft@slp.law, dwoodall@slp.law;bss@slp.law
Danielle Ann Pham     danielle.pham@usdoj.gov
Anthony Pirraglia     anthony.pirraglia@hklaw.com
Jack A Raisner     jar@raisnerroupinian.com, rrllp@ecf.courtdrive.com
Jonathan Hjalmer Reischl     jonathan.reischl@cfpb.gov
Michael Rella     MichaelRella@dwt.com
Caroline Ellona Richardson     caroline@paganelligroup.com, robin@paganelligroup.com;buffy@paganelligroup.com

James Leigh Richmond    James.Richmond@fldoe.org
John M. Rogers    johnr@rubin-levin.net, cgilly@rubin-levin.net;atty_rogers@bluestylus.com;lking@rubin-levin.net
Melissa M. Root    mroot@jenner.com, wwilliams@jenner.com
David A. Rosenthal    darlaw@nlci.com
James E Rossow    jim@rubin-levin.net, mralph@rubin-levin.net;ATTY_JER@bluestylus.com
Rene Sara Roupinian    rsr@raisnerroupinian.com, warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com;rrllp@ecf.courtdrive.com
Victoria Fay Roytenberg    vroytenberg@ppsl.org, eschmidt@law.harvard.edu
Steven Eric Runyan    ser@kgrlaw.com
Karl T Ryan    info@ryanesq.com, kryan@ryanesq.com
Joseph Michael Sanders    jsanders@atg.state.il.us
Thomas C Scherer    thomas.scherer@dentons.com, faith.wolfe@dentons.com
James R. Schrier    jrs@rtslawfirm.com, jar@rtslawfirm.com
Ronald James Schutz    rschutz@robinskaplan.com
H. Jeffrey Schwartz    jschwartz@robinskaplan.com
Courtney Michelle Scott    cscott1@dor.in.gov
Joseph E Shickich    jshickich@foxrothschild.com, vmagda@foxrothschild.com
Mary Alexandra Shipley    ashipley@mcguirewoods.com
William Shotzbarger    wshotzbarger@duanemorris.com
Randall R Shouse    rshouse@shouselanglois.com, mlanglois@shouselanglois.com;shouse.randallr.r119171@notify.bestcase.com
John Deitch Sigel    jsigel@ppsl.org
William E Smith    wsmith@k-glaw.com, cshaughnessy@k-glaw.com
Lauren C. Sorrell    lsorrell@kdlegal.com, ayeskie@kdlegal.com;cmotsinger@kdlegal.com;shammersley@kdlegal.com
Berry Dan Spears    berrydspears616@gmail.com
Catherine L. Steege    csteege@jenner.com, mhinds@jenner.com;thooker@jenner.com;aswingle@jenner.com
LaChelle Stepp    lstepp@steppjaffe.com, lastepp@yahoo.com
Jason V Stitt    jstitt@kmklaw.com
Sharon L Stolte    sstolte@sandbergphoenix.com
Jesse Ellsworth Summers    esummers@burr.com, sguest@burr.com
Matthew G. Summers    summersm@ballardspahr.com, lanoc@ballardspahr.com
Jonathan David Sundheimer    jsundheimer@btlaw.com
Nathan L Swehla    nswehla@graydon.law
Nancy K. Swift    nswift@buchalter.com, cbohnsack@buchalter.com
Andrew W.J. Tarr    atarr@robinsonbradshaw.com, jrobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com
Eric Jay Taube    eric.taube@wallerlaw.com, annmarie.jezisek@wallerlaw.com;sherri.savala@wallerlaw.com
Meredith R. Theisen    mtheisen@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
Meredith R. Theisen    mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com;mralph@rubin-levin.net;cgilly@rubin-levin.net
Jessica L Titler    jt@chimicles.com

David Tocco    djtocco@vorys.com, mdwalkuski@vorys.com
Todd Christian Toral    todd.toral@dlapiper.com, todd-toral-9280@ecf.pacerpro.com
Ronald M. Tucker    rtucker@simon.com, cmartin@simon.com,bankruptcy@simon.com
Christopher Turner    christopher.turner@lw.com, DClitserv@lw.com
Michael Tye    michael.tye@usdoj.gov
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
Lauren Valkenaar    lvalkenaar@chasnoffstribling.com
Sally E Veghte    sveghte@klehr.com, acollazo@klehr.com
Rachel Claire Verbeke    rverbeke@stroblpc.com
Aimee Vidaurri    aimee.vidaurri@nortonrosefulbright.com
Amy L VonDielingen    amy.vondielingen@woodenlawyers.com
Amy E Vulpio    vulpioa@whiteandwilliams.com
Carolyn G. Wade    Carolyn.G.Wade@doj.state.or.us
Christopher D Wagner    cwagner@hooverhullturner.com
Louis Hanner Watson    louis@watsonnorris.com
Jeffrey R. Waxman    jwaxman@morrisjames.com
Philip A. Whistler    philip.whistler@icemiller.com, holly.minnis@icemiller.com
Bradley Winston    bwinston@winstonlaw.com, lwheaton@winstonlaw.com
Brandon Michael Wise    bwise@prwlegal.com
Cathleen Dianne Wyatt    cwyatt@fbtlaw.com, tacton@fbtlaw.com
James T Young    james@rubin-levin.net, lking@rubin-levin.net;atty_young@bluestylus.com
James E. Zoccola    jzoccola@lewis-kappes.com

I further certify that on February 17, 2023, pursuant to Section IV.C.3(c) of the Case Management Procedures, a copy of the foregoing *Report of Sale for Certain Intellectual Property* was emailed to the following:

CEC Red Run, LLC: Alan M. Grochal at agrochal@tydingslaw.com
SWRE Deal V Building, LLC: Paul Weiser at pweiser@buchalter.com
Tarrant County/Dallas County: Elizabeth Weller at dallas.bankruptcy@publicans.com
Northwest Natural Gas Company: Ashlee Minty at Ashlee.Minty@nwnatural.com
Solar Drive Business, LLC: Chris W. Halling at challing@hallingmeza.com
Market-Turk Company: Jordan A. Lavinsky at jlavinsky@hansonbridgett.com
Taxing Authority for Harris County, Texas: John P. Dillman at houston_bankruptcy@lgbs.com
Texas Comptroller of Public Accounts: Rachel Obaldo at rachel.obaldo@oag.texas.gov
Clear Creek Independent School District: Carl O. Sandin at csandin@pbfcm.com
Synchrony Bank: Recovery Management Systems Corporation at claims@recoverycorp.com
Bexar County: Don Stecker at sanantonio.bankruptcy@publicans.com
SWRE Deal V Building, LLC: Nancy K. Swift at nswift@buchalter.com
TN Dept. of Revenue: Michael Willey at michael.willey@ag.tn.gov
Florida Department of Education: Jason Borntreger at jason.borntreger@fldoe.org
Last Second Media, Inc.: T. Todd Egland at tegland@beldenblaine.com
Hung Duong: Kevin Schwin at kevin@schwinlaw.com
Travis County: Kay D. Brock at kay.brock@traviscountytx.gov
Able Building Maintenance: Scott D. Fink at bronationalecf@weltman.com
Marathon Ventures, LLC: Daniel M. Karger at kargerlaw@gmail.com
Oklahoma County Treasurer: Tammy Jones at tammy.jones@oklahomacounty.org

JM Partners LLC:  John Marshall at jmarshall@jmpartnersllc.com

*/s/ Meredith R. Theisen*
Meredith R. Theisen

g:\wp80\trustee\caruso\itt educational - 86723901\drafts\report sale -it assets.docx