**<u>EXHIBIT 1</u>**

**[Settlement Report]**



Settlement Report

**Client:**
Deborah J. Caruso, Trustee
ATTN: Meridith Theisen
mtheisen@rubin-levin.net

Dated: 10/19/2017

| | |
|---|---:|
| **ITT - Intellectual Property Sales 8/2017-9/2017** | |
| Ascolta.com - Buyer: Frank B Scalia II | 1,000.00 |
| Benchmark Learning Courseware - Buyer: Torchwood Innovations, Inc. | 26,000.00 |
| Buyer's Premium @ 13% | 3,510.00 |
| **Total IP Proceeds & Collections** | **30,510.00** |
| **Adjustments** | |
| Less 15% Buyer's Premium | (3,510.00) |
| **Total Net Proceeds due Client** | **27,000.00** |

I hereby accept the settlement above as complete and accurate based on the Auction Agreement with Tiger Capital Group, LLC and authorize distribution of the net proceeds to:

PAYEE: _____

INSTRUCTIONS: _____

Signature: _____

Date: _____

Tiger Commercial and Industrial                         Confidential - V3