UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] | ) | Case No.  16-07207-JMC-7A |
| | ) | |
| Debtors. | ) | Jointly Administered |

**REPORT OF SALE FOR PERSONAL
PROPERTY OWNED BY DANIEL WEBSTER COLLEGE, INC.**

Deborah J. Caruso, the chapter 7 trustee in this case (the "Trustee"), by counsel, pursuant

to Rule 6004(f)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),

reports as follows:

1.  On July 9, 2017, the Court entered its *Order Granting Trustee's Motion to Sell at

Private Sale or Auction Personal Property Free and Clear of All Liens, Encumbrances, Claims

and Interests* (the "Initial Sale Order") [Doc 1945], authorizing the Trustee to sell the remaining

tangible personal property (the "Remaining Personal Property") owned by Daniel Webster

College, Inc. ("DWC"), free and clear of all liens, encumbrances, claims and interests.  The

Initial Sale Order authorized the Trustee and/or her agent, A&G Realty Partners, LLC, to

immediately conduct sales of the Remaining Personal Property without further order from the

Court.

2.  On September 6, 2017, the Trustee filed the *Trustee's Motion to (I) Sell Real

Estate Located in Nashua, New Hampshire, and Certain Personal Property Located Thereon,

Free and Clear of All Liens, Encumbrances, Claims and Interests, at Auction with No Previously

Identified Initial Bidder, and (II) to Assume and Assign Certain Leases* (the "Subsequent Sale

---

[1]  The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

Motion") [Doc 2044], requesting, in part, authority to sell the real estate owned by DWC and all the Remaining Personal Property, at auction, free and clear of all liens, encumbrances, claims and interests. At the time of the filing of the Subsequent Sale Motion, the Trustee had not sold any of the Remaining Personal Property.

3. As noted in the Subsequent Sale Motion, notwithstanding the prior authorization to sell the Remaining Personal Property pursuant to the Initial Sale Order, the Trustee was seeking additional authority to sell the Remaining Personal Property in connection with the sale of the real estate owned by DWC. [Subsequent Sale Motion at n. 3.]

4. On October 25, 2017, the Court entered its *Order Granting Trustee's Motion to (I) Sell Real Estate Located in Nashua, New Hampshire, and Certain Personal Property Located Thereon, Free and Clear of All Liens, Encumbrances, Claims and Interests, at Auction with No Previously Identified Initial Bidder, and (II) to Assume and Assign Certain Leases* (the "Subsequent Sale Order") [Doc 2164], granting the requested relief in the Subsequent Sale Motion.

5. On June 25, 2021, the Trustee filed the following reports of sale in connection with the Subsequent Sale Order:

(a) *Report of Sale for Tracts 1-4 Located in Hillsborough County, New Hampshire and Certain Personal Property Located Thereon* (the "Report of Sale for Tracts 1-4") [Doc 4377]; and

(b) *Report of Sale for Tracts 5-8 Located in Hillsborough County, New Hampshire and Certain Personal Property Located Thereon* (the "Report of Sale for Tracts 5-8") [Doc 4378].

6. These reports of sale contained the sale information for all the Remaining Personal Property sold by the Trustee, including but not limited to, the following:

(a) As reported in the Report of Sale for Tracts 1-4, on December 15, 2017, Tracts 1-4 and the Remaining Personal Property located thereon was sold to Xinhua

Education Consulting Services Corporation (as assignee of the original purchaser, Sui Liu) for the total purchase price of $11,600,000.00 ($10,600,000.00 for Tracts 1-4 and $1,000,000.00 for the Remaining Personal Property located thereon).

(b) As reported in the Report of Sale for Tracts 5-8, on October 31, 2017, Tracts 5-8 and the Remaining Personal Property located thereon was sold to Southern New Hampshire University for the total purchase price of $410,000.00 ($400,000.00 for Tracts 5-8 and $10,000.00 for the Remaining Personal Property located thereon). Accordingly, the Trustee sold the Remaining Personal Property for a total gross sale price of $1,010,000.00.

7.      For purposes of reporting on the sale of the Remaining Personal Property as approved by the Initial Sale Order, the Trustee hereby incorporates by reference, the Report of Sale for Tracts 1-4 and the Report of Sale for Tracts 5-8 that were approved by the Court pursuant to the Orders entered on July 1, 2021 (the "Report of Sale Orders") [Docs 4386 and 4387].

8.      Pursuant to the *Notice, Case Management and Administrative Procedures* (the "Case Management Procedures") approved by the Court on October 4, 2016 [Doc 220], the Trustee will serve a copy of this report on the following (as defined in the Case Management Procedures): (a) the Core Group; (b) the Request for Notice List; and (c) the Appearance List.

9.      The Trustee requests that this report be exempt from the notice and hearing requirements under the Case Management Procedures and the requested relief be granted without further notice.

**WHEREFORE**, the Trustee respectfully requests entry of an order approving this report and granting the Trustee all other just and proper relief.

Respectfully submitted,

RUBIN & LEVIN, P.C.

By: */s/ Meredith R. Theisen*

    Meredith R. Theisen

Deborah J. Caruso (Atty. No. 4273-49)
Meredith R. Theisen (Atty. No. 28804-49)
RUBIN & LEVIN, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, Indiana 46204
Tel: (317) 634-0300
Fax: (317) 263-9411
Email:  dcaruso@rubin-levin.net
          mtheisen@rubin-levin.net
Attorneys for Deborah J. Caruso, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2023, a copy of the foregoing *Report of Sale for Personal Property Owned by Daniel Webster College, Inc.* was filed electronically.  Pursuant to Section IV.C.3(a) of the Case Management Procedures, notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

John Joseph Allman    jallman@hbkfirm.com, dadams@hbkfirm.com
Richard Allyn    rallyn@robinskaplan.com
Robert N Amkraut    ramkraut@foxrothschild.com
Scott S. Anders    scott.anders@jordanramis.com, litparalegal@jordanramis.com
Reuel D Ash    rash@ulmer.com, mure@ulmer.com
Todd Allan Atkinson    todd.atkinson@wbd-us.com
George Bach    george@georgebachlaw.com
Kay Dee Baird    kbaird@kdlegal.com, rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com
Christopher E. Baker    cbaker@hbkfirm.com, thignight@hbkfirm.com
James David Ballinger    jim@kentuckytrial.com, jennifer@kentuckytrial.com
Joseph E. Bant    jebant@lewisricekc.com
William J. Barrett    william.barrett@bfkn.com, mark.mackowiak@bfkn.com
Ashley Flynn Bartram    ashley.bartram@oag.texas.gov
Alex M Beeman    alex@beemanlawoffice.com, abeeman@reminger.com
Thomas M Beeman    tom@beemanlawoffice.com
Richard James Bernard    rbernard@foley.com
John J Berry    john.berry@dinsmore.com, Christina.Lee@DINSMORE.COM
Brandon Craig Bickle    bbickle@gablelaw.com
Jill B. Bienstock    jillbienstock@hotmail.com
Michael Blumenthal    michael.blumenthal@hklaw.com
David J. Bodle    dbodle@hhclaw.com, layres@hhlaw-in.com
Robert A. Breidenbach    rab@goldsteinpressman.com

Wendy D Brewer     wbrewer@fmdlegal.com, tcarson@fmdlegal.com
Kayla D. Britton     kbritton@taftlaw.com, aolave@taftlaw.com
Robert Bernard Bruner     bob.bruner@nortonrosefulbright.com
Jason R Burke     jburke@bbrlawpc.com, kellis@bbrlawpc.com
Erin Busch     ebusch@nebraska.edu
John Cannizzaro     john.cannizzaro@icemiller.com, Kelli.Bates@icemiller.com
Kevin M. Capuzzi     kcapuzzi@beneschlaw.com,
lmolinaro@beneschlaw.com;docket@beneschlaw.com
James E. Carlberg     jcarlberg@boselaw.com,
mwakefield@boselaw.com;kthompson@boselaw.com
Steven Dean Carpenter     scarpenter1@dor.in.gov
Deborah Caruso     dcaruso@rubin-levin.net, dwright@rubin-levin.net;cgilly@rubin-
levin.net;atty_dcaruso@bluestylus.com
Deborah J. Caruso     trusteecaruso@rubin-levin.net,
DJC@trustesolutions.net;cdjc11@trustesolutions.net
Joshua W. Casselman     jcasselman@rubin-levin.net, angie@rubin-
levin.net;atty_jcasselman@bluestylus.com
Ben T. Caughey     ben.caughey@merchocaughey.com
Sonia A. Chae     chaes@sec.gov
John Andrew Chanin     jchanin@lindquist.com, srummery@lindquist.com
Courtney Elaine Chilcote     courtney@ckhattorneys.com,
ckh@ckhattorneys.com;tracy@ckhattorneys.com
Dale C Christensen     christensen@sewkis.com
Eboney Delane Cobb     ecobb@pbfcm.com
Tiffany Cobb     tscobb@vorys.com
Michael Edward Collins     mcollins@manierherod.com
Michael Anthony Collyard     mcollyard@robinskaplan.com, rhoule@robinskaplan.com
Eileen Connor     econnor@ppsl.org
Lawrence D. Coppel     lcoppel@gfrlaw.com
Heather M. Crockett     Heather.Crockett@atg.in.gov, marie.baker@atg.in.gov
J Russell Cunningham     rcunningham@dnlc.net, reaster@dnlc.net
Erica Dausch     edausch@babstcalland.com
Dustin R. DeNeal     ddeneal@firstib.com,
noticeFRindy@faegredrinker.com;faegrebddocket@faegredrinker.com
Laura A DuVall     Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Annette England     annette.england@btlaw.com
Charles Anthony Ercole     cercole@klehr.com, acollazo@klehr.com
Lydia Faklis     faklis.lydia.j@dol.gov
Carolyn Meredith Fast     carolyn.fast@ag.ny.gov
Elaine Victoria Fenna     elaine.fenna@morganlewis.com
Andrew W Ferich     awf@chimicles.com
Scott Patrick Fisher     sfisher@drewrysimmons.com, lgarrison@DSVlaw.com
John David Folds     dfolds@bakerdonelson.com, sparson@bakerdonelson.com
Jennifer N Fountain     jfountain@iislaw.com, sfilippini@iislaw.com
Sarah Lynn Fowler     sfowler@bbrlawpc.com, kellis@bbrlawpc.com
Lauren Freeman     lauren.freeman@doj.ca.gov

Robert W. Fuller    rfuller@robinsonbradshaw.com,
emorris@robinsonbradshaw.com,docketing@robinsonbradshaw.com
Carlos Galliani    carlos@thelidjifirm.com
Jonathan William Garlough    jgarlough@foley.com, mstockl@foley.com;mdlee@foley.com
Lisa Giandomenico    lgiandomenico@nmag.gov
Lea Pauley Goff    lea.goff@skofirm.com, emily.keith@skofirm.com
John C Goodchild    john.goodchild@morganlewis.com
Douglas Gooding    dgooding@choate.com, douglas-gooding-9991@ecf.pacerpro.com
John Andrew Goodridge    jagoodridge@jaglo.com, angray@jaglo.com;dwhiggs@jaglo.com
Michael Wayne Grant    michael.w.grant@doj.state.or.us
Richard Grayson Grant    rgrant@rgglaw.com, grantecf@gmail.com
Alan Mark Grochal    agrochal@tydingslaw.com
Elizabeth N. Hahn    ehahn@rubin-levin.net, mralph@rubin-levin.net;lking@rubin-levin.net
Julian Ari Hammond    Jhammond@hammondlawpc.com, ppecherskaya@hammondlawpc.com
Wallace M Handler    whandler@swappc.com, kkloock@swappc.com
William J. Hanlon    whanlon@seyfarth.com,
2875011420@filings.docketbird.com;bankruptcydocket@seyfarth.com
Adam Craig Harris    adam.harris@srz.com
Jeffrey M. Hawkinson    jhawkinson@pcslegal.com, danderson@pcslegal.com
Michael J. Hebenstreit    mhebenstreit@lewiskappes.com,
ktierney@lewiskappes.com;pkerr@lewiskappes.com
Amanda Marie Hendren    amanda@indianalawgroup.com
Claude Michael Higgins    Michael.Higgins@ag.ny.gov
Michael W. Hile    mhile@jacobsonhile.com, assistant@jacobsonhile.com
Sean M Hirschten    shirschten@psrb.com
Robert M. Hirsh    rhirsh@lowenstein.com
John C. Hoard    johnh@rubin-levin.net, lking@rubin-
levin.net;atty_jch@trustesolutions.com;sturpin@rubin-levin.net
Curt Derek Hochbein    curt.hochbein@mbcblaw.com, kelly.paberzs@mbcblaw.com
Jeffrey A Hokanson    jeff.hokanson@icemiller.com,
bgnotices@icemiller.com,david.young@icemiller.com
Steven Howard Holinstat    sholinstat@proskauer.com
Diana Hooley    diana.hooley@state.ma.us
Thomas Ross Hooper    hooper@sewkis.com
George Wade Hopper    ghopper@cohenandmalad.com, kkeith@cohenandmalad.com
Andrew E. Houha    bkecfnotices@johnsonblumberg.com
Andrew W. Hull    awhull@hooverhullturner.com, fgipson@hooverhullturner.com
Christine K. Jacobson    cjacobson@jacobsonhile.com,
5412@notices.nextchapterbk.com,9992889420@filings.docketbird.com
Jay Jaffe    jay.jaffe@faegredrinker.com, noticeFRindy@faegrebd.com
David Januszewski    djanuszewski@cahill.com
Benjamin F Johns    bjohns@shublawyers.com, klw@chimicles.com
Russell Ray Johnson    russj4478@aol.com
Kenneth C. Jones    kcjones@lewisricekc.com
Anthony R. Jost    tjost@rbelaw.com, rmcclintic@rbelaw.com
Aaron Kappler    akappler@tokn.com

Timothy Q. Karcher     tkarcher@proskauer.com
Steven Joseph Kasyjanski     sjk-yount-atty@ameritech.net, skasyjan@gmail.com
Alan Katz     akatz@lockelord.com
Richard B. Kaufman     richardkfmn@gmail.com
John M. Ketcham     jketcham@psrb.com, scox@psrb.com
Taejin Kim     tae.kim@srz.com
Edward M King     tking@fbtlaw.com, lsugg@fbtlaw.com;tking@ecf.inforuptcy.com
Roy F. Kiplinger     bankruptcy@kiplingerlaw.com, bankruptcy@kiplingerlaw.com
J. Taylor Kirklin     taylor.kirklin@usdoj.gov, melanie.crouch@usdoj.gov
James A. Knauer     jak@kgrlaw.com, tjf@kgrlaw.com
Kevin Dale Koons     kkoons@kgrlaw.com, cjh@kgrlaw.com
Harris J. Koroglu     hkoroglu@shutts.com, fsantelices@shutts.com
Lawrence Joel Kotler     ljkotler@duanemorris.com
Robert R Kracht     rrk@mccarthylebit.com
Andrew L. Kraemer     akraemer@johnsonblumberg.com, akraemerlawoffice@att.net
David R. Krebs     dkrebs@hbkfirm.com, dadams@hbkfirm.com
Jerrold Scott Kulback     jkulback@archerlaw.com
Jay R LaBarge     jlabarge@stroblpc.com
Darryl S Laddin     bkrfilings@agg.com
Michael J. Langlois     mlanglois@shouselanglois.com, rshouse@shouselanglois.com
Jordan A Lavinsky     jlavinsky@hansonbridgett.com
Todd Evan Leatherman     todd.leatherman@ky.gov
David S Lefere     dlefere@mikameyers.com, jfortney@mikameyers.com
Anthony Darrell Lehman     alehman@hlpwlaw.com
Martha R. Lehman     mlehman@amundsendavislaw.com,
marthalehman87@gmail.com;ispells@amundsendavislaw;lengle@salawus.com
Gary H Leibowitz     gleibowitz@coleschotz.com,
pratkowiak@coleschotz.com;gleibowitz@coleschotz.com
Donald D Levenhagen     dlevenhagen@landmanbeatty.com
Edward J LoBello     elobello@msek.com
Melinda Hoover MacAnally     Melinda.MacAnally@atg.in.gov,
Carrie.Spann@atg.in.gov;Kenyatta.Peerman@atg.in.gov
John A. Majors     jam@morganandpottinger.com, majormajors44@yahoo.com
Steven A. Malcoun     dsmith@mayallaw.com
John Marshall     JMarshall@JMPartnersLLC.com
Jonathan Marshall     jmarshall@choate.com, jonathan-marshall-4638@ecf.pacerpro.com
Thomas Marvin Martin     tmmartin@lewisricekc.com
Jeff J. Marwil     jmarwil@proskauer.com
Charles Edward Massey     mbracken@nkylawyers.com, cedmassey@nkylawyers.com
Ann Wilkinson Matthews     amatthews@ncdoj.gov
Rachel Jaffe Mauceri     rmauceri@rc.com
Sarah Thomas Mayhew     sarah.t.mayhew@usdoj.gov, northern.taxcivil@usdoj.gov
Melissa J. McCarty     mdegroff@kgrlaw.com, cresler@kgrlaw.com
Michael K. McCrory     mmccrory@btlaw.com, bankruptcyindy@btlaw.com
Maureen Elin McOwen     molly.mcowen@cfpb.gov
Harley K Means     hkm@kgrlaw.com,

kwhigham@kgrlaw.com;cjs@kgrlaw.com;tfroelich@kgrlaw.com
Toby Merrill    toby.merrill@ed.gov, ppsl@law.harvard.edu
Robert W. Miller    rmiller@manierherod.com
Sherry Millman    smillman@stroock.com
Jason Milstone    jason.milstone@cmsenergy.com
Thomas E Mixdorf    thomas.mixdorf@icemiller.com, brandy.matney@icemiller.com
Ronald J. Moore    Ronald.Moore@usdoj.gov
Hal F Morris    hal.morris@oag.texas.gov
Michael David Morris    michael.morris@ago.mo.gov
Kevin Alonzo Morrissey    kmorrissey@lewis-kappes.com, soliver@lewis-kappes.com;leckert@lewis-kappes.com;kwilliams@lewis-kappes.com
Whitney L Mosby    whitney.mosby@dentons.com,
faith.wolfe@dentons.com;nancy.branham@dentons.com
C Daniel Motsinger    cmotsinger@kdlegal.com,
cmotsinger@kdlegal.com;rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com
Lee Duck Moylan    lmoylan@klehr.com, acollazo@klehr.com
Joseph L. Mulvey    joseph@mulveylawllc.com, linda@mulveylawllc.com
Abraham Murphy    murphy@abrahammurphy.com
Justin Scott Murray    jmurray@atg.state.il.us
Alissa M. Nann    anann@foley.com, DHeffer@foley.com
Henry Seiji Newman    hsnewman@dglaw.com
Kevin M. Newman    knewman@menterlaw.com, kmnbk@barclaydamon.com
Cassandra A. Nielsen    cassie.nielsen@skofirm.com,
Bev.Bladek@skofirm.com;atty_cnielsen@bluestylus.com;cassandra.nielsen1@gmail.com
Ryan Charles Nixon    rcnixon@lamarcalawgroup.com
Isaac Nutovic    inutovic@nutovic.com
Michael O'Donnell    mike.odonnell@nortonrosefulbright.com
Gregory Ostendorf    gostendorf@scopelitis.com, agregory@scopelitis.com
Weston Erick Overturf    woverturf@kgrlaw.com, dgastenveld@kgrlaw.com
Pamela A. Paige    ppaige@plunkettcooney.com, amiller@plunkettcooney.com
Eric Pendergraft    ependergraft@slp.law, dwoodall@slp.law;bss@slp.law
Danielle Ann Pham    danielle.pham@usdoj.gov
Anthony Pirraglia    anthony.pirraglia@hklaw.com
Jack A Raisner    jar@raisnerroupinian.com, rrllp@ecf.courtdrive.com
Jonathan Hjalmer Reischl    jonathan.reischl@cfpb.gov
Michael Rella    MichaelRella@dwt.com
Caroline Ellona Richardson    caroline@paganelligroup.com,
robin@paganelligroup.com;buffy@paganelligroup.com
James Leigh Richmond    James.Richmond@fldoe.org
John M. Rogers    johnr@rubin-levin.net, cgilly@rubin-levin.net;lking@rubin-levin.net
Melissa M. Root    mroot@jenner.com, wwilliams@jenner.com
David A. Rosenthal    darlaw@nlci.com
James E Rossow    jim@rubin-levin.net, mralph@rubin-levin.net;ATTY_JER@bluestylus.com
Rene Sara Roupinian    rsr@raisnerroupinian.com, warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com;rrllp@ecf.courtdrive.com
Victoria Fay Roytenberg    vroytenberg@ppsl.org, eschmidt@law.harvard.edu

Steven Eric Runyan    ser@kgrlaw.com
Karl T Ryan    info@ryanesq.com, kryan@ryanesq.com
Joseph Michael Sanders    jsanders@atg.state.il.us
Thomas C Scherer    thomas.scherer@dentons.com, faith.wolfe@dentons.com
James R. Schrier    jrs@rtslawfirm.com, jar@rtslawfirm.com
H. Jeffrey Schwartz    jschwartz@robinskaplan.com
Courtney Michelle Scott    cscott1@dor.in.gov
Joseph E Shickich    jshickich@foxrothschild.com, vmagda@foxrothschild.com
Mary Alexandra Shipley    ashipley@mcguirewoods.com
William Shotzbarger    wshotzbarger@duanemorris.com
Randall R Shouse    rshouse@shouselanglois.com,
mlanglois@shouselanglois.com;shouse.randallr.r119171@notify.bestcase.com
John Deitch Sigel    jsigel@ppsl.org
William E Smith    wsmith@k-glaw.com, cshaughnessy@k-glaw.com
Lauren C. Sorrell    lsorrell@kdlegal.com,
ayeskie@kdlegal.com;cmotsinger@kdlegal.com;shammersley@kdlegal.com
Berry Dan Spears    berrydspears616@gmail.com
Catherine L. Steege    csteege@jenner.com,
mhinds@jenner.com;thooker@jenner.com;aswingle@jenner.com
LaChelle Stepp    lstepp@steppjaffe.com, lastepp@yahoo.com
Jason V Stitt    jstitt@kmklaw.com
Sharon L Stolte    sstolte@sandbergphoenix.com
Jesse Ellsworth Summers    esummers@burr.com, sguest@burr.com
Matthew G. Summers    summersm@ballardspahr.com, lanoc@ballardspahr.com
Jonathan David Sundheimer    jsundheimer@btlaw.com
Nathan L Swehla    nswehla@graydon.law
Nancy K. Swift    nswift@buchalter.com, cbohnsack@buchalter.com
Andrew W.J. Tarr    atarr@robinsonbradshaw.com,
jrobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com
Eric Jay Taube    eric.taube@wallerlaw.com,
annmarie.jezisek@wallerlaw.com;sherri.savala@wallerlaw.com
Meredith R. Theisen    mtheisen@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
Meredith R. Theisen    mtheisen@rubin-levin.net, mralph@rubin-levin.net;cgilly@rubin-levin.net
Jessica L Titler    jt@chimicles.com
David Tocco    djtocco@vorys.com, mdwalkuski@vorys.com
Todd Christian Toral    todd.toral@dlapiper.com, todd-toral-9280@ecf.pacerpro.com
Ronald M. Tucker    rtucker@simon.com, cmartin@simon.com,bankruptcy@simon.com
Christopher Turner    christopher.turner@lw.com, DClitserv@lw.com
Michael Tye    michael.tye@usdoj.gov
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
Lauren Valkenaar    lvalkenaar@chasnoffstribling.com
Sally E Veghte    sveghte@klehr.com, acollazo@klehr.com
Rachel Claire Verbeke    rverbeke@stroblpc.com
Aimee Vidaurri    aimee.vidaurri@nortonrosefulbright.com

Amy L VonDielingen    amy.vondielingen@woodenlawyers.com
Amy E Vulpio    vulpioa@whiteandwilliams.com
Carolyn G. Wade    Carolyn.G.Wade@doj.state.or.us
Christopher D Wagner    cwagner@hooverhullturner.com
Louis Hanner Watson    louis@watsonnorris.com
Jeffrey R. Waxman    jwaxman@morrisjames.com
Philip A. Whistler    philip.whistler@icemiller.com, holly.minnis@icemiller.com
Bradley Winston    bwinston@winstonlaw.com, lwheaton@winstonlaw.com
Brandon Michael Wise    bwise@prwlegal.com
Cathleen Dianne Wyatt    cwyatt@fbtlaw.com, tacton@fbtlaw.com
James T Young    james@rubin-levin.net, lking@rubin-levin.net;atty_young@bluestylus.com
James E. Zoccola    jzoccola@lewis-kappes.com

I further certify that on July 27, 2023, pursuant to Section IV.C.3(c) of the Case Management Procedures, a copy of the foregoing *Report of Sale for Personal Property Owned by Daniel Webster College, Inc.* was emailed to the following:

CEC Red Run, LLC: Alan M. Grochal at agrochal@tydingslaw.com
SWRE Deal V Building, LLC: Paul Weiser at pweiser@buchalter.com
Tarrant County/Dallas County: Elizabeth Weller at dallas.bankruptcy@publicans.com
Northwest Natural Gas Company: Ashlee Minty at Ashlee.Minty@nwnatural.com
Solar Drive Business, LLC: Chris W. Halling at challing@hallingmeza.com
Market-Turk Company: Jordan A. Lavinsky at jlavinsky@hansonbridgett.com
Taxing Authority for Harris County, Texas: John P. Dillman at houston_bankruptcy@lgbs.com
Texas Comptroller of Public Accounts: Rachel Obaldo at rachel.obaldo@oag.texas.gov
Clear Creek Independent School District: Carl O. Sandin at csandin@pbfcm.com
Synchrony Bank: Recovery Management Systems Corporation at claims@recoverycorp.com
Bexar County: Don Stecker at sanantonio.bankruptcy@publicans.com
SWRE Deal V Building, LLC: Nancy K. Swift at nswift@buchalter.com
TN Dept. of Revenue: Michael Willey at michael.willey@ag.tn.gov
Florida Department of Education: Jason Borntreger at jason.borntreger@fldoe.org
Last Second Media, Inc.: T. Todd Egland at tegland@beldenblaine.com
Hung Duong: Kevin Schwin at kevin@schwinlaw.com
Travis County: Kay D. Brock at kay.brock@traviscountytx.gov
Able Building Maintenance: Scott D. Fink at bronationalecf@weltman.com
Marathon Ventures, LLC: Daniel M. Karger at kargerlaw@gmail.com
Oklahoma County Treasurer: Tammy Jones at tammy.jones@oklahomacounty.org
JM Partners LLC:  John Marshall at jmarshall@jmpartnersllc.com

*/s/ Meredith R. Theisen*
Meredith R. Theisen

g:\wp80\trustee\caruso\itt educational - 86723901\drafts\report sale - dwc personal property.docx