UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ITT EDUCATIONAL SERVICES, INC., | ) | Case No. 16-07207-JMC-7A |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 25, 2023, a copy of the *Notice of Trustee's Final Report and Deadline to Object (NFR)* (the "NFR") **[Doc 5382]** was served, pursuant to Section IV.C.3(a) of the *Notice, Case Management and Administrative Procedures* (the "Case Management Procedures"), on those parties entitled to notice through the Court's Electronic Case Filing System.

The undersigned hereby further certifies that on September 26, 2023, a copy of the NFR was served, pursuant to Section IV.C.3(c) of the Case Management Procedures, via email to the following:

CEC Red Run, LLC: Alan M. Grochal at agrochal@tydingslaw.com
SWRE Deal V Building, LLC: Paul Weiser at pweiser@buchalter.com
Tarrant County/Dallas County: Elizabeth Weller at dallas.bankruptcy@publicans.com
Northwest Natural Gas Company: Ashlee Minty at Ashlee.Minty@nwnatural.com
Solar Drive Business, LLC: Chris W. Halling at challing@hallingmeza.com
Market-Turk Company: Jordan A. Lavinsky at jlavinsky@hansonbridgett.com
Taxing Authority for Harris County, Texas: John P. Dillman at houston_bankruptcy@lgbs.com
Texas Comptroller of Public Accounts: Rachel Obaldo at rachel.obaldo@oag.texas.gov
Clear Creek Independent School District: Carl O. Sandin at csandin@pbfcm.com
Synchrony Bank: Recovery Management Systems Corporation at claims@recoverycorp.com
Bexar County: Don Stecker at sanantonio.bankruptcy@publicans.com
SWRE Deal V Building, LLC: Nancy K. Swift at nswift@buchalter.com
TN Dept. of Revenue: Michael Willey at michael.willey@ag.tn.gov
Florida Department of Education: Jason Borntreger at jason.borntreger@fldoe.org
Last Second Media, Inc.: T. Todd Egland at tegland@beldenblaine.com
Hung Duong: Kevin Schwin at kevin@schwinlaw.com
Travis County: Kay D. Brock at kay.brock@traviscountytx.gov
Able Building Maintenance: Scott D. Fink at bronationalecf@weltman.com
Marathon Ventures, LLC: Daniel M. Karger at kargerlaw@gmail.com
Oklahoma County Treasurer: Tammy Jones at tammy.jones@oklahomacounty.org
JM Partners LLC: John Marshall at jmarshall@jmpartnersllc.com

The undersigned hereby further certifies that on September 25, 2023, a copy of the NFR was served, pursuant to paragraph 12 of the *Order Granting Trustee's Motion for Authority for Certain Procedures in Connection with the Final Administration of the Affiliated Debtors' Bankruptcy Estates* **[Doc 5306]**, on those parties listed on the attached Service List, which includes (a) creditors with allowed claims that have not been excluded from distribution or have not been listed in a notice of address unavailability filed with the Court, (b) all taxing authorities in which the Trustee has filed tax returns with during these bankruptcy cases, and (c) other parties as determined by the Trustee.

Date: September 26, 2023

By: */s/ Deborah J. Caruso*

Deborah J. Caruso, Trustee
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204
Tel: (317) 634-0300
Fax: (317) 453-8605