SO ORDERED: January 5, 2024.



_____
James M. Carr
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF03470 (rev 12/2022)

In re:

**ITT Educational Services, Inc.**,
**Daniel Webster College, Inc.**,
**ESI Service Corp.**,
　　　Debtors.

Case No. **16–07207–JMC–7A**
JOINTLY ADMINISTERED

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

An Application for Payment of Unclaimed Funds was filed on December 20, 2023, by Julie D. Buckler for payment of unclaimed funds deposited with the Court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish the entitlement of the claimant to the unclaimed funds.

**IT IS ORDERED** that the application is **GRANTED**.

**IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 2042, the held unclaimed funds be disbursed as follows:

　　Amount:　$1,725.27
　　Claimant: Julie D. Buckler
　　Address:　9642 N 36th Dr., Phoenix, AZ 85051

**NOTICE IS GIVEN** that the Clerk will disburse these funds no earlier than **14 days** from the date of this order.

###