## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: admin | Date Created: 1/5/2024 |
| Case: 16−07207−JMC−7A | Form ID: pdfOrder | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr          Julie Diane Buckler          10910 W Jacaranda Dr          Sun City, AZ 85373
            Julie D. Buckler             9642 N 36th Dr.               Phoenix, AZ 85051

TOTAL: 2