

## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Gregory G. Falcon ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

Debtor: ITT Educational Services, Inc., Daniel Webster College, Inc., ESI Service Corp.
Court: United States Bankruptcy Court - Southern District of Indiana
Case Number: 16-07207-JMC-7A
Chapter: 7
Original Creditor: Gregory G Falcon

FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the 3rd day of April, 2024.

Gregory G. Falcon

_____Gregory G. Falcon_____
Signature

Subscribed and Sworn before me this 3rd day of April, 2024

Notary Public: _Matthew Zettley_

My Commission Expires: 02/19/2026

MATTHEW ZETTLEY
NOTARY PUBLIC
STATE OF WASHINGTON
Commission #197679
My Comm. Expires 2/19/2026

