# UNITED STATES BANKRUPTCY COURT
## Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

In re:

ITT Educational Services, Inc ., Daniel           Case No. 16-07207-JMC-7A
Webster College, Inc., ESI Service Corp.

Debtors.

## **NOTICE OF TRANSFER OF CLAIM**

A Transfer of Claim #829 was filed on May 30, 2024, by Dilks & Knopik, LLC and is attached to this notice.

**NOTICE IS GIVEN** that the transferee will be substituted as the original claimant without further order of the Court unless an objection is filed by July 16, 2024.


Dated: June 25, 2024                 Eric R. Kleis
                                        Clerk, U.S. Bankruptcy Court

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### Southern District of Indiana

In re     ITT Educational Services, Inc., Daniel
          Webster College, Inc., ESI Service Corp.   ,          Case No.    16-07207-JMC-7A

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than
for security, of the claim referenced in this evidence and notice.

| Dilks & Knopik, LLC | Avenue 100 Media Solutions, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
Should be sent:

35308 SE Center Street
Snoqualmie WA 98065

Court Claim # (if known):          829
Amount of Claim:
Date Claim Filed:

Phone:     425-836-5728          Phone:   617-688-1356
Last Four Digits of Acct #:          Last Four Digits of Acct #:

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By:     /s/ Brian J Dilks - President          Date:   5/30/2024
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.