# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: admin | Date Created: 9/27/2024 |
| Case: 16−07207−JMC−7A | Form ID: pdfOrder | Total: 274 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| tr | Deborah J. Caruso | trusteecaruso@rubin−levin.net |
| cr | John Marshall | JMarshall@JMPartnersLLC.com |
| aty | Abraham Murphy | murphy@abrahammurphy.com |
| aty | Adam Craig Harris | adam.harris@srz.com |
| aty | Alan Mark Grochal | agrochal@tydingslaw.com |
| aty | Alex M Beeman | abeeman@reminger.com |
| aty | Alissa M. Nann | anann@foley.com |
| aty | Amanda Marie Hendren | amanda@indianalawgroup.com |
| aty | Amy E Vulpio | vulpioa@whiteandwilliams.com |
| aty | Amy L VonDielingen | amy.vondielingen@woodenlawyers.com |
| aty | Andrew E. Houha | bkecfnotices@johnsonblumberg.com |
| aty | Andrew L. Kraemer | akraemer@johnsonblumberg.com |
| aty | Andrew W Ferich | awf@chimicles.com |
| aty | Ann Wilkinson Matthews | amatthews@ncdoj.gov |
| aty | Annette England | annette.england@btlaw.com |
| aty | Anthony Darrell Lehman | alehman@hlpwlaw.com |
| aty | Anthony R. Jost | tjost@rbelaw.com |
| aty | Ashley Flynn Bartram | ashley.bartram@oag.texas.gov |
| aty | Ben T. Caughey | ben.caughey@merchocaughey.com |
| aty | Benjamin F Johns | bjohns@shublawyers.com |
| aty | Bradley Winston | bwinston@winstonlaw.com |
| aty | Brandon Craig Bickle | bbickle@gablelaw.com |
| aty | Brandon Michael Wise | bwise@prwlegal.com |
| aty | C Daniel Motsinger | cmotsinger@kdlegal.com |
| aty | Carlos Galliani | carlos@thelidjifirm.com |
| aty | Carolyn G. Wade | Carolyn.G.Wade@doj.state.or.us |
| aty | Carolyn Meredith Fast | carolyn.fast@ag.ny.gov |
| aty | Catherine L. Steege | csteege@jenner.com |
| aty | Cathleen Dianne Wyatt | cwyatt@fbtlaw.com |
| aty | Charles Anthony Ercole | cercole@klehr.com |
| aty | Christine K. Jacobson | cjacobson@jacobsonhile.com |
| aty | Christopher E. Baker | cbaker@hbkfirm.com |
| aty | Claude Michael Higgins | Michael.Higgins@ag.ny.gov |
| aty | Courtney Michelle Scott | cscott1@dor.in.gov |
| aty | Darryl S Laddin | bkrfilings@agg.com |
| aty | David A. Rosenthal | darlaw@nlci.com |
| aty | David R. Krebs | dkrebs@hbkfirm.com |
| aty | David S Lefere | dlefere@mikameyers.com |
| aty | Deborah Caruso | dcaruso@rubin−levin.net |
| aty | Diana Hooley | diana.hooley@state.ma.us |
| aty | Donald D Levenhagen | dlevenhagen@landmanbeatty.com |
| aty | Douglas Gooding | dgooding@choate.com |
| aty | Dustin R. DeNeal | ddeneal@firstib.com |
| aty | Eboney Delane Cobb | ecobb@pbfcm.com |
| aty | Edward M King | tking@fbtlaw.com |
| aty | Eileen Connor | econnor@ppsl.org |
| aty | Eric Pendergraft | ependergraft@slp.law |
| aty | Eric Jay Taube | eric.taube@wallerlaw.com |
| aty | Erin Busch | ebusch@nebraska.edu |
| aty | Gary H Leibowitz | gleibowitz@coleschotz.com |
| aty | George Bach | george@georgebachlaw.com |
| aty | George Wade Hopper | ghopper@cohenandmalad.com |
| aty | Gregory Ostendorf | gostendorf@scopelitis.com |
| aty | H. Jeffrey Schwartz | jschwartz@robinskaplan.com |
| aty | Hal F Morris | hal.morris@oag.texas.gov |
| aty | Harley K Means | hkm@kgrlaw.com |
| aty | Harris J. Koroglu | hkoroglu@shutts.com |
| aty | Heather M. Crockett | Heather.Crockett@atg.in.gov |
| aty | Henry Seiji Newman | hsnewman@dglaw.com |
| aty | J Russell Cunningham | rcunningham@dnlc.net |
| aty | J. Taylor Kirklin | taylor.kirklin@usdoj.gov |
| aty | Jack A Raisner | jar@raisnerroupinian.com |
| aty | James A. Knauer | jak@kgrlaw.com |
| aty | James David Ballinger | jim@kentuckytrial.com |
| aty | James E Rossow, Jr. | jim@rubin−levin.net |
| aty | James E. Carlberg | jcarlberg@boselaw.com |
| aty | James E. Zoccola | jzoccola@lewis−kappes.com |
| aty | James Leigh Richmond | James.Richmond@fldoe.org |

| | | |
|---|---|---|
| aty | James R. Schrier | jrs@rtslawfirm.com |
| aty | James T Young | james@rubin–levin.net |
| aty | Jason R Burke | jburke@bbrlawpc.com |
| aty | Jay Jaffe | jay.jaffe@faegredrinker.com |
| aty | Jay R LaBarge | jlabarge@stroblpc.com |
| aty | Jeff J. Marwil | jmarwil@proskauer.com |
| aty | Jeffrey M. Hawkinson | jhawkinson@pcslegal.com |
| aty | Jeffrey R. Waxman | jwaxman@morrisjames.com |
| aty | Jennifer N Fountain | jfountain@iislaw.com |
| aty | Jerrold Scott Kulback | jkulback@archerlaw.com |
| aty | Jesse Ellsworth Summers, Jr. | esummers@burr.com |
| aty | Jessica L Titler | jt@chimicles.com |
| aty | Jill B. Bienstock | jillbienstock@hotmail.com |
| aty | John A. Majors | jam@morganandpottinger.com |
| aty | John Andrew Chanin | jchanin@lindquist.com |
| aty | John David Folds | dfolds@bakerdonelson.com |
| aty | John Deitch Sigel | jsigel@ppsl.org |
| aty | John J Berry | john.berry@dinsmore.com |
| aty | John Joseph Allman | jallman@hbkfirm.com |
| aty | John M. Ketcham | jketcham@psrb.com |
| aty | Jonathan Marshall | jmarshall@choate.com |
| aty | Jonathan David Sundheimer | jsundheimer@btlaw.com |
| aty | Jonathan Hjalmer Reischl | jonathan.reischl@cfpb.gov |
| aty | Jonathan William Garlough | jgarlough@foley.com |
| aty | Jordan A Lavinsky | jlavinsky@hansonbridgett.com |
| aty | Joseph E Shickich, Jr | jshickich@foxrothschild.com |
| aty | Joseph L. Mulvey | joseph@mulveylawllc.com |
| aty | Joseph Michael Sanders | jsanders@atg.state.il.us |
| aty | Joshua W. Casselman | jcasselman@rubin–levin.net |
| aty | Julian Ari Hammond | Jhammond@hammondlawpc.com |
| aty | Justin Scott Murray | jmurray@atg.state.il.us |
| aty | Karl T Ryan | info@ryanesq.com |
| aty | Kay Dee Baird | kbaird@kdlegal.com |
| aty | Kayla D. Britton | kbritton@taftlaw.com |
| aty | Kevin Dale Koons | kkoons@kgrlaw.com |
| aty | Kevin M. Capuzzi | kcapuzzi@beneschlaw.com |
| aty | Kevin M. Newman | knewman@menterlaw.com |
| aty | Laura A DuVall | Laura.Duvall@usdoj.gov |
| aty | Lauren Freeman | lauren.freeman@doj.ca.gov |
| aty | Lauren C. Sorrell | lsorrell@kdlegal.com |
| aty | Lawrence D. Coppel | lcoppel@gfrlaw.com |
| aty | Lawrence Joel Kotler | ljkotler@duanemorris.com |
| aty | Lee Duck Moylan | lmoylan@klehr.com |
| aty | Lisa Giandomenico | lgiandomenico@nmag.gov |
| aty | Louis Hanner Watson, Jr. | louis@watsonnorris.com |
| aty | Lydia Faklis | faklis.lydia.j@dol.gov |
| aty | Martha R. Lehman | mlehman@amundsendavislaw.com |
| aty | Mary Alexandra Shipley | ashipley@mcguirewoods.com |
| aty | Matthew G. Summers | summersm@ballardspahr.com |
| aty | Maureen Elin McOwen | molly.mcowen@cfpb.gov |
| aty | Melinda Hoover MacAnally | Melinda.MacAnally@atg.in.gov |
| aty | Melissa M. Root | mroot@jenner.com |
| aty | Meredith R. Theisen | mtheisen@rubin–levin.net |
| aty | Michael O'Donnell | mike.odonnell@nortonrosefulbright.com |
| aty | Michael Tye | michael.tye@usdoj.gov |
| aty | Michael Anthony Collyard | mcollyard@robinskaplan.com |
| aty | Michael David Morris | michael.morris@ago.mo.gov |
| aty | Michael Edward Collins | mcollins@manierherod.com |
| aty | Michael J. Hebenstreit | mhebenstreit@lewiskappes.com |
| aty | Michael K. McCrory | mmccrory@btlaw.com |
| aty | Michael W. Hile | mhile@jacobsonhile.com |
| aty | Michael Wayne Grant | Michael.W.Grant@doj.oregon.gov |
| aty | Nancy K. Swift | nswift@buchalter.com |
| aty | Nathan L Swehla | nswehla@graydon.law |
| aty | Pamela A. Paige | ppaige@plunkettcooney.com |
| aty | Rachel Claire Verbeke | rverbeke@stroblpc.com |
| aty | Rene Sara Roupinian | rsr@raisnerroupinian.com |
| aty | Reuel D Ash | rash@ulmer.com |
| aty | Richard Allyn | rallyn@robinskaplan.com |
| aty | Richard Grayson Grant | rgrant@rgglaw.com |
| aty | Richard James Bernard | rbernard@foley.com |
| aty | Robert A. Breidenbach | rab@goldsteinpressman.com |
| aty | Robert M. Hirsh | robert.hirsh@nortonrosefulbright.com |
| aty | Robert N Amkraut | ramkraut@foxrothschild.com |
| aty | Robert R Kracht | rrk@mccarthylebit.com |
| aty | Robert W. Miller | rmiller@manierherod.com |
| aty | Ronald J. Moore | Ronald.Moore@usdoj.gov |
| aty | Ronald M. Tucker | rtucker@simon.com |

| | | |
|---|---|---|
| aty | Roy F. Kiplinger | bankruptcy@kiplingerlaw.com |
| aty | Russell Ray Johnson, III | russj4478@aol.com |
| aty | Ryan Charles Nixon | rcnixon@lamarcalawgroup.com |
| aty | Sally E Veghte | sveghte@klehr.com |
| aty | Sarah Lynn Fowler | sfowler@bbrlawpc.com |
| aty | Sarah Thomas Mayhew | sarah.t.mayhew@usdoj.gov |
| aty | Scott Patrick Fisher | sfisher@drewrysimmons.com |
| aty | Scott S. Anders | scott.anders@jordanramis.com |
| aty | Sean M Hirschten | shirschten@psrb.com |
| aty | Sonia A. Chae | chaes@sec.gov |
| aty | Steven A. Malcoun | dsmith@mayallaw.com |
| aty | Steven D Carpenter | scarpenter1@dor.in.gov |
| aty | Steven Eric Runyan | ser@kgrlaw.com |
| aty | Steven Howard Holinstat | sholinstat@proskauer.com |
| aty | Taejin Kim | tae.kim@srz.com |
| aty | Thomas C Scherer | thomas.scherer@dentons.com |
| aty | Thomas M Beeman | tom@beemanlawoffice.com |
| aty | Thomas Ross Hooper | hooper@sewkis.com |
| aty | Timothy Q. Karcher | tkarcher@proskauer.com |
| aty | Toby Merrill | toby.merrill@ed.gov |
| aty | Todd Allan Atkinson | todd.atkinson@wbd–us.com |
| aty | Todd Christian Toral | todd.toral@dlapiper.com |
| aty | Todd Evan Leatherman | todd.leatherman@ky.gov |
| aty | Victoria Fay Roytenberg | vroytenberg@ppsl.org |
| aty | Wallace M Handler | whandler@swappc.com |
| aty | Wendy D Brewer | wendy.brewer@oldnational.com |
| aty | Whitney L Mosby | whitney.mosby@dentons.com |
| aty | William Shotzbarger | wshotzbarger@duanemorris.com |
| aty | William E Smith, III | wsmith@k–glaw.com |
| aty | William J. Barrett | william.barrett@bfkn.com |

TOTAL: 177

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | ITT Educational Services, Inc. | 13000 N. Meridian Street   Carmel, IN 46032–1404 |
| cr | Pension Benefit Guaranty Corporation | Office of the Chief Counsel   1200 K St., NW, Suite 340   Washington, DC 20005 |
| cr | Providence Melrose Vista, LLC | c/o C. Daniel Motsinger   Krieg DeVault LLP   One Indiana Square   Suite 2800   Indianapolis, IN 46204 |
| cr | TN Dept of Revenue | c/oTN Atty General, Bankruptcy Div   PO Box 20207   Nashville, TN 37202–0207 |
| cr | United States of America | c/o Department of Justice   1100 L Street, NW   Washington, DC 20005 |
| mdb | Daniel Webster College, Inc. | 20 University Drive   Nashua, NH 03063 |
| mdb | ESI Service Corp. | 13000 N. Meridian Street   Carmel, IN 46032–1404 |
| op | Allison Hopkins | Ogletree Deakins Nash Smoak & Stewart   111 Monument Circle   Suite 4600   Indianapolis, IN 46204 |
| cr | RREF II Walnut Creek, LLC | c/o Jeffrey A. Hokanson   Frost Brown Todd LLC   201 North Illinois Street, Suite 1900   Indianapolis, IN 46204 |
| cr | Todd Lehman | 3700 Deer Lake Dr   Evansville, IN 47720 |
| cr | Northwest Natural Gas Company | 220 NW 2nd Avenue   Portland, OR 97209 |
| cr | Carl O Sandin | for Clear Creek Independent School Distr   1235 North Loop West, Ste 600   Houston, TX 77008 |
| cr | Chris W Halling | for Solar Drive Business LLC   23586 Calabasas Rd, Ste 200   Calabasas, CA 91302 |
| cr | Joseph A Malfitano | for Tiger Capital Group LLC   747 Third Ave, 2nd Floor   New York, NY 10017 |
| cr | Jordan A Lavinsky, Esq | for Market–Turk Company   425 Market St, 26th Floor   San Francisco, CA 94105 |
| cr | Rachel Obaldo | Office of the Texas Attorney General   Bankruptcy & Collections Division   PO Box 12548   Austin, TX 78711–2548 |
| cr | John P Dillman | Attorney in Charge for Taxing Authoritie   PO Box 3064   Houston, TX 77253 |
| cr | Recovery Management Systems Corporation | for Synchrony Bank   25 SE 2nd Ave, Ste 1120   Miami, FL 33131–1605 |
| cr | Earle Browne Tower LLP | c/o Krieg DeVault LLP   C. Daniel Motsinger   One Indiana Square   Suite 2800   Indianapolis, IN 46204 |
| cr | Maryland Higher Education Commission | 6 North Liberty Street   10th Floor   Baltimore, MD 21201 UNITED STATES |
| cr | Direct Energy Business, LLC | c/o Joseph E. Bain   Edison, McDowell & Hetherington, LLP   1001 Fannin #2700   Houston, TX 77002 |
| cr | Tammy Jones, Pro Se | Oklahoma County Treasurer   320 Robert S. Kerr   Room 307   Oklahoma City, OK 73102 |
| cr | 311 New Rodgers Associates LLC | c/o Kay Dee Baird   Krieg DeVault LLP   One Indiana Square   Suite 2800   Indianapolis, IN 46204 |
| op | Rubin & Levin, P.C. | 135 N Pennsylvania St Ste 1400   Indianapolis, IN 46204 |
| acc | BGBC Partners, LLP | 300 N. Meridian Street, Suite 1100   Indianapolis, IN 46204 |
| cr | City Wide Maintenance of Central Maryland | 1818 Pot Spring Rd, Ste 24   Lutherville, MD 21093 |
| cr | Polstar Commercial Cleaning Inc | 5124 Pontiac Trl   Ann Arbor, MI 48105 |
| cr | Michigan Dept of Licensing & Regulatory Affairs, B | PO Box 30217   Lansing, MI 48909 |
| cr | William Cavanaugh | P.O. Box 40125   Tucson, AZ 85717 |

| | | | | | |
|---|---|---|---|---|---|
| cr | Matthew Howard | 3906 South Pilgrim Street | Seattle, WA 98118 | | |
| cr | Nancy Adkins | 361 Dailey Rd | Crown City, OH 45623 | | |
| cr | Gertrude C. Nelson | 2503 Panagard, #204 | Houston, TX 77082 | | |
| cr | Charles Joecks | 5005 W. College Ave #101 | Greendale, WI 53129 | | |
| cr | Judith Chaney | 179 Township Road – 1431 | South Point, OH 45680 | | |
| cr | James Stark | 10760 Whitten Ridge Rd. | Glenwood, WV 25520 | | |
| cr | Rebekah Hatfield | 10 Tulip St. | Branchland, WV 25506 | | |
| cr | Regina Hallam | P.O. Box 472 | West Hamlin, WV 25571 | | |
| cr | Larry Hafertepe | 8321 Pippin Rd | Cincinnati, OH 45239 | | |
| cr | Shervon Suttle | 4629 Heatherwind Dr. | Ft. Wayne, IN 46815 | | |
| cr | Stephanie D Pollay | 3740 Thompson Rd | Collegeville, PA 19426 | | |
| cr | Central Indiana Maintenance, Inc., d/b/a City Wide | 5155 N. Shadeland Avenue, Suite 101 | Indianapolis, IN 46226 | | |
| cr | Phil Bystry | 3022 E. Palmyra Ave | Orange, CA 92869 | | |
| op | Mulvey Law LLC | 133 W. Market St. #274 | Indianapolis, IN 46204 | | |
| cr | Jake Mills | 6445 Hermosa Ave | Yucca Valley, CA 92284 | | |
| cr | Steven Blahut | 8229 Woodpath Lane | Powell, TN 37849 | | |
| cr | Raul Gonzalez, Jr. | 1700 Seward Rd | Joliet, IL 60431 | | |
| cr | John Hicks | 8250 Spicewood Ct | Mechanicsville, VA 23111 | | |
| cr | Jared Mattern | 7013 17th Place SE | Lake Stevens, WA 98258 | | |
| cr | Joe Cancelliere | 30 Lindsay | Billerica, MA 01821 | | |
| cr | Tomas Canizales | 606 N Central Ave | Cameron, TX 76520 | | |
| cr | Joseph Mazzara | 9473 NW 5th Street | Coral Springs, FL 33071 | | |
| cr | My College Guide | 5500 Military Trail | Suite 22–264 | Jupiter, FL 33458 | |
| cr | Techno Training, Inc | 328 Office Square Lane | Ste. 202 | Virginia Beach, VA 23462–3648 | |
| cr | Expressive Communication Consulting & Training | 4344 Madison St NE | Minneapolis, MN 55421 | | |
| cr | Gustav Skurdal | 720 South 20 Street | Mount Vernon, IL 62864 | | |
| cr | Kristen Trease | 3230 S Santa Rita Way | Chandler, AZ 85286 | | |
| cr | Don Monteaux | DBA Don Monteaux Photography | 203 43rd St | Virginia Beach, VA 23451 | |
| cr | Kim Denise Ingram | 1060 Kennesaw Due W Rd, NW | Kennesaw, GA 30152 | | |
| op | Ezra N. Goldman | EZRA N. GOLDMAN, P.C. | 24725 West 12 Mile Road #110 | Southfield, MI 48034 | |
| cr | R. S. McCullough | P.O. Box 56201 | Little Rock, AR 72215 | | |
| cr | Yvonne Geter | 2801 Barbara Drive | Huntsville, AL 35816 | | |
| cr | William M. Collins | P.O. Box 2330 | Del Mar, CA 92014 | | |
| cr | Teresa Shearer | 4100 Patty Lane | Bethany, OK 73008 | | |
| cr | Teresa Johnson Patton | 115 Misty Morn Lane | Huntsville, AL 35811 | | |
| cr | Adrian Rshard Williams | 4214 Sunrise Cove Dr | San Antonio, TX 78244 | | |
| cr | Jeannie B. Cook | 4875 Danie Rd | Camilla, GA 31730 | | |
| cr | Lisa Chodil | 1104 Harvest Dr. | Shorewood, IL 60404 | | |
| cr | Jennifer Garcia | 17042 Cairnlassie St. | Houston, TX 77084 | | |
| intp | Cranehill Capital LLC | P.O. Box 25505 | Dallas, TX 75225 | | |
| cr | Bruce Alen Smith | 3181 Hardie Street | Creedmoor, NC 27522 | | |
| cr | Sara Ann Jones | 237 Evergreen Lane | Decatur, IN 46733 | | |
| cr | Stephen Christopher Coles | 103 Lee St | Williamston, SC 29697 | | |
| cr | Jason M Jordan | 5232 State Route 89 Lower | Romulus, NY 14541 | | |
| cr | Julie Diane Buckler | 10910 W Jacaranda Dr | Sun City, AZ 85373 | | |
| cr | Rose M Hall | 1146 S 6th Street | Louisville, KY 40203 | | |
| cr | Dilks & Knopik, LLC | 35308 SE Center Street | Snoqualmie, WA 98065 UNITED STATES | | |
| cr | Ruxandra Kraemer | 448 Lafayette St SW | Palm Bay, FL 32908 | | |
| cr | Brigitte Begley | 2820 Cedar Crest Drive | Independence, MO 64057 | | |
| cr | Marlana Bowling Sutton | 8760 Stoneridge Pl | Montgomery, AL 36117 | | |
| cr | Zareen Nisha Akbal | 5005 Losee Road | Apt #1077 | North Las Vegas, NV 89081 | |
| cr | Francisco Gonzalez | 5379 Lake Bluff Ter | Sanford, FL 32771 | | |
| cr | Detriah A Tyler | 3993 Topaz Lane | Virginia Beach, VA 23456 | | |
| cr | Jeffrey Varner | 2517 Minorwood Rd | Greensboro, NC 27405 | | |
| cr | Sondra G Esposito | 3915 Old Sligo Road | Lagrange, KY 40031 | | |
| cr | Christopher D Lowry | 800 Indian Bay Dr | Sherwood, AR 72120 | | |
| cr | Carlos Rodriguez | 523 E. Spirit Trl | Phoenix, AZ 85042 | | |
| cr | Jerome Baker | 4847 Braemar St | Antioch, CA 94531 | | |
| cr | Donna R Rutan | 7770 Farr Street | Apt 113 | Charleston, SC 29492 | |
| aty | Brian Hauck | Jenner & Block, LLP | 515 South Flower Street | Suite 3300 | Los Angeles, CA 90071 |
| aty | Carly Kessler Rothman | Oppenheim & Zebrak, LLP | 461 5th Ave | 19th Floor | New York, NY 10017 |
| aty | David C. Alford | P.O. Box 58 | Waco, TX 76703 | | |
| aty | Edmund J. Towle, III | 11111 Santa Monica Boulevard – Suite 330 | Los Angeles, CA 90025 | | |
| aty | Elizabeth Weller | Linebarger Goggan Blair & Sampson, LLP | Dallas, TX 75207 | | |
| aty | Kesha L Tanabe | 1515 Canadian Pacific Plaza | 120 South Sixth Street | Minneapolis, MN 55402 | |
| aty | Kevin Schwin | Law Office of Kevin Schwin | 1220 E. Olive Avenue | Fresno, CA 93728 | |
| aty | Paul Weiser Esq. | Bachalter Nemer | 16435 North Scottsdale Road, Suite 440 | Scottsdale, AZ 85254–1754 | |
| aty | T. Todd Egland | Belden Blaine Raytis, LLP | P.O. Box 9129 | Bakersfield, CA 93389–9129 | |

TOTAL: 97