*Proofs of Claim Report*

ITT Educational Services, Inc., et al. Case No. 16-07207

## Claims Summary

| Class | Proof of Claim Amount | Final Allowed Amount |
|---|---|---|
| UNSECURED | $9,745,314,927.60 | $5,095,653,048.19 |
| PRIORITY | $29,000,113,650,043.55 | $11,604,396.60 |
| SECURED | $29,336,398.06 | $18.00 |
| ADMIN | $905,323.97 | $0.00 |
| 503(b)(9) | $723,305.71 | $0.00 |
| Total | $29,009,889,929,998.89 | $5,107,257,462.79 |

| | | |
|---|---|---|
| Total Claims/Schedules: | 5,102 | |

## Claims Details (5,102)

**SYNAPTIC SOLUTIONS INC.**
**Case(s): 209 Clm No: 1 Clm. Amt: $23,298.58**

*ATTN: ELAN BEER*
*305 FRANKLIN AVE*
*THORNHILL, ON L4J 7K7*
*CANADA*
**Date Filed: 10/6/2016**
**Claim Face Value: $23,298.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 209 | UNS | Disallowed | | $23,298.58 | | $0.00 |
| | | | | $23,298.58 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**CHAD MICHAEL COUCH**
**Case(s): 208 Clm No: 1 Clm. Amt: $495.00**

*Address Redacted*
**Date Filed: 9/19/2016**
**Claim Face Value: $2,990.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 208 | PRI | Disallowed | | $495.00 | | $0.00 |
| | | | | $495.00 | | $0.00 |

## RICHARDSON INDEPENDENT SCHOOL DISTRICT
### Case(s): 207 Clm No: 1 Clm. Amt: $39,294.62

*C/O PERDUE BRANDON FIELDER ET AL*
*ATTN: EBONEY COBB*
*500 EAST BORDER ST, STE 640*
*ARLINGTON, TX 76010*
**Date Filed: 10/17/2016**
**Orig. Date Filed: 9/19/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 1**
**Amended By Clm #: 1**
**Claim Face Value: $39,294.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | SEC | Disallowed | | $39,294.62 | | $0.00 |
| | | | | $39,294.62 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

## FOSSETT PAVING CO, LLC
### Case(s): 209 Clm No: 2 Clm. Amt: $3,550.00

*ATTN: LINDA D. DRANE*
*689 COMMERCE PARKWAY*
*COLLIERVILLE, TN 38017*
**Date Filed: 10/10/2016**
**Claim Face Value: $3,550.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $3,550.00 | | $0.00 |
| | | | | $3,550.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## SYNAPTIC SOLUTIONS INC. ELAN BEER
### Case(s): 208 Clm No: 2 Clm. Amt: $23,298.58

*ATTN: ELAN BEER*
*305 FRANKLIN AVE*
*THORNHILL, ONTARIO, L4J 7K7*
*CANADA*
**Date Filed: 10/6/2016**
**Claim Face Value: $23,298.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $23,298.58 | | $0.00 |
| | | | | $23,298.58 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## ARLINGTON INDEPENDENT SCHOOL DISTRICT
### Case(s): 207 Clm No: 2 Clm. Amt: $40,326.58

*C/O PERDUE BRANDON FIELDER ET AL*
*ATTN: EBONEY COBB*
*500 E. BORDER STREET, SUITE 640*
*ARLINGTON, TX 76010*
**Date Filed: 9/19/2016**
**Claim Face Value: $40,326.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | SEC | | | $40,326.58 | | |
| | | | | $40,326.58 | | |

## DENNIS ARTIS, ET AL.
## Case(s): 207 Clm No: 3 Clm. Amt: $50,012,850.00

*INDIVIDUALLY AND ON BEHALF OF ALL WARN ACT CLAIMANTS*
*C/O KLEHR HARRISON HARVEY BRANZBURG LLP*
*ATTN: CHARLES A. ERCOLE, ESQUIRE*
*1835 MARKET STREET, SUITE 1400*
*PHILADELPHIA, PA 19103*
**Date Filed: 9/20/2016**
**Claim Face Value: $50,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | PRI | Withdrawn | | $12,850.00 | | $0.00 |
| 207 | PRI | Withdrawn | | $50,000,000.00 | | $0.00 |
| | | | | $50,012,850.00 | | $0.00 |

## LEIGH A. COUGHLIN
## Case(s): 209 Clm No: 3 Clm. Amt: $8,772.00

*18247 FARMINGTON ROAD*
*LIVONIA, MI 48152*
**Date Filed: 10/11/2016**
**Claim Face Value: $8,772.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 209 | UNS | Disallowed | | $8,772.00 | | $0.00 |
| | | | | $8,772.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

## BRENDAN BUGLEWICZ
## Case(s): 208 Clm No: 3 Clm. Amt: $4,166.50

*Address Redacted*
**Date Filed: 10/9/2016**
**Claim Face Value: $4,166.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 208 | UNS | | | $4,166.50 | | $0.00 |
| | | | | $4,166.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## CIRCLE UP MEDIA
## Case(s): 209 Clm No: 4 Clm. Amt: $19,560.00

*ATTN: RYAN BUELL*
*6565 AMERICAS PARKWAY NE, SUITE 200*
*ALBUQUERQUE, NM 87110*
**Date Filed: 10/11/2016**
**Claim Face Value: $19,560.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 209 | UNS | | | $19,560.00 | | $0.00 |
| | | | | $19,560.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**Foliotek, Inc**

**Case(s): 208 Clm No: 4 Clm. Amt: $57,500.00**

Attn: Christopher Miller
3610 Buttonwood Dr, Ste 200
Columbia, MO 65201
**Date Filed: 10/10/2016**
**Claim Face Value: $57,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $57,500.00 | | $0.00 |
| | | | | $57,500.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**ABC HOLDING COMPANY, INC**

**Case(s): 207 Clm No: 4 Clm. Amt: $186,405.00**

C/O THE WALT DISNEY COMPANY
ATTN: RODNEY WAYNE TAYLOR
500 SOUTH BUENA VISTA STREET
MAIL CODE: 9750
BURBANK, CA 91521-9750
**Date Filed: 9/21/2016**
**Claim Face Value: $186,405.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $186,405.00 | | |
| | | | | $186,405.00 | | |

**SYNAPTIC SOLUTIONS INC.**

**Case(s): 207 Clm No: 5 Clm. Amt: $23,298.58**

ATTN: ELAN BEER
305 FRANKLIN AVE
THORNHILL, ONTARIO, L4J 7K7
CANADA
**Date Filed: 10/6/2016**
**Claim Face Value: $23,298.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $23,298.58 | | |
| | | | | $23,298.58 | | |

**FREDRICK NORFLEET**

**Case(s): 209 Clm No: 5 Clm. Amt: $5,600.50**

Address Redacted
**Date Filed: 10/11/2016**
**Claim Face Value: $5,600.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | PRI | Disallowed | | $5,600.50 | | $0.00 |
| | | | | $5,600.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### FOSSETT PAVING CO, LLC
**Case(s): 208 Clm No: 5 Clm. Amt: $3,550.00**

*ATTN: LINDA D. DRANE*
*689 COMMERCE PARKWAY*
*COLLIERVILLE, TN 38017*
**Date Filed: 10/10/2016**
**Claim Face Value: $3,550.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $3,550.00 | | $0.00 |
| | | | | $3,550.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

### LEIGH A. COUGHLIN
**Case(s): 208 Clm No: 6 Clm. Amt: $8,772.00**

*18247 FARMINGTON ROAD*
*LIVONIA, MI 48152*
**Date Filed: 10/11/2016**
**Claim Face Value: $8,772.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $8,772.00 | | $0.00 |
| | | | | $8,772.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

### CARRIE NEWMAN
**Case(s): 209 Clm No: 6 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/11/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### KFSN-TV LLC
**Case(s): 207 Clm No: 6 Clm. Amt: $7,458.75**

*C/O THE WALT DISNEY COMPANY*
*ATTN: RODNEY WAYNE TAYLOR*
*500 SOUTH BUENA VISTA STREET*
*MAIL CODE: 9750*
*BURBANK, CA 91521*
**Date Filed: 9/21/2016**
**Claim Face Value: $7,458.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $7,458.75 | | |
| | | | | $7,458.75 | | |

### HARRIS COUNTY, ET AL
**Case(s): 207 Clm No: 7 Clm. Amt: $4,337.55**

*C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP*
*ATTN: JOHN P. DILLMAN*
*P.O. BOX 3064*
*HOUSTON, TX 77253-3064*
**Date Filed: 6/9/2017**
**Orig. Date Filed: 9/21/2016**
**Bar Date: 1/30/2017**
**Amended By Clm #: 7**
**Claim Face Value: $4,337.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | | | $4,337.55 | | |
| | | | | $4,337.55 | | |

### JARMIE JOHNSON
**Case(s): 209 Clm No: 7 Clm. Amt: $7,609.87**

*Address Redacted*
**Date Filed: 10/11/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $7,609.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $7,609.87 | | $0.00 |
| | | | | $7,609.87 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### STEVEN GRAAP
**Case(s): 208 Clm No: 7 Clm. Amt: $1,826.92**

*1014 S IRWIN*
*GREEN BAY, WI 54301*
**Date Filed: 10/11/2016**
**Claim Face Value: $1,826.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $1,826.92 | | $0.00 |
| | | | | $1,826.92 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

### CIRCLE UP MEDIA
**Case(s): 208 Clm No: 8 Clm. Amt: $348,072.00**

*ATTN: RYAN BUELL*
*6565 AMERICAS PARKWAY NE SUITE 200*
*ALBUQUERQUE, NM 87110*
**Date Filed: 10/8/2016**
**Claim Face Value: $348,072.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $348,072.00 | | $0.00 |
| | | | | $348,072.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## DEBORA L. LOWKE
### Case(s): 209 Clm No: 8 Clm. Amt: $298.91

*95 DUBLIN AVENUE*
*NASHUA, NH 03063*
**Date Filed: 10/10/2016**
**Claim Face Value: $298.91**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | PRI | Allowed | | $298.91 | | $298.91 |
| 209 | UNS | | | | | $0.00 |
| | | | | $298.91 | | $298.91 |

## CDW, LLC
### Case(s): 207 Clm No: 8 Clm. Amt: $1,348.40

*ATTN: RONELLE ERICKSON*
*200 N. MILWAUKEE AVE*
*VERNON HILLS, IL 60061*
**Date Filed: 9/21/2016**
**Amended By Clm #: 740**
**Claim Face Value: $1,348.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $167.73 | | $0.00 |
| 207 | UNS | Disallowed | | $1,180.67 | | $0.00 |
| | | | | $1,348.40 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Amended claim | 09/02/2020 | 4048 | Objection Granted | 10/22/2020 | 4111 |

## DOVE DATA PRODUCTS
### Case(s): 207 Clm No: 9 Clm. Amt: $122,369.32

*P.O. BOX 6106*
*FLORENCE, SC 29502*
**Date Filed: 9/22/2016**
**Claim Face Value: $122,369.32**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $122,369.32 | | $0.00 |
| | | | | $122,369.32 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

## ARIEL L. FISHER
### Case(s): 209 Clm No: 9 Clm. Amt: $27,000.00

*Address Redacted*
**Date Filed: 10/11/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $27,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $27,000.00 | | $0.00 |
| | | | | $27,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JACK'S MAINTENANCE SERVICE, INC.**
**Case(s): 208 Clm No: 9 Clm. Amt: $82.00**

*ATTN: MICHAEL SCHEIBE*
*730 KUEHN COURT*
*NEENAH, WI 54956*
**Date Filed: 10/11/2016**
**Claim Face Value: $82.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $82.00 | | $0.00 |
| | | | | $82.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**FREDRICK NORFLEET**
**Case(s): 208 Clm No: 10 Clm. Amt: $5,600.50**

*Address Redacted*
**Date Filed: 10/11/2016**
**Claim Face Value: $5,600.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | | | $5,600.50 | | $0.00 |
| | | | | $5,600.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Paid | 07/29/2019 | 3552 | Objection Granted | 09/25/2019 | 3634 |

**TAYLOR RAYMOND**
**Case(s): 209 Clm No: 10 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/11/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ALIEF INDEPENDENT SCHOOL DISTRICT**
**Case(s): 207 Clm No: 10 Clm. Amt: $1,952.68**

*ATTN: CARL O. SANDIN*
*1235 NORTH LOOP WEST SUITE 600*
*HOUSTON, TX 77008*
**Date Filed: 9/23/2016**
**Claim Face Value: $1,952.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | | | $1,952.68 | | |
| | | | | $1,952.68 | | |

## ROSE E. LAFONTAINE
### Case(s): 209 Clm No: 11 Clm. Amt: $278.95

*117 WIRE ROAD*
*MERRIMACK, NH 03054*
**Date Filed: 10/10/2016**
**Claim Face Value: $278.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Allowed | | $278.95 | | $278.95 |
| | | | | $278.95 | | $278.95 |

## CARRIE NEWMAN
### Case(s): 208 Clm No: 11 Clm. Amt:

*Address Redacted*
**Date Filed: 10/11/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CITY OF HOUSTON
### Case(s): 207 Clm No: 11 Clm. Amt: $917.03

*ATTN: CARL O. SANDIN*
*1235 NORTH LOOP WEST SUITE 600*
*HOUSTON, TX 77008*
**Date Filed: 9/23/2016**
**Claim Face Value: $917.03**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | | | $917.03 | | |
| | | | | $917.03 | | |

## CLEAR CREEK INDEPENDENT SCHOOL DISTRICT
### Case(s): 207 Clm No: 12 Clm. Amt: $74,517.15

*ATTN: CARL O. SANDIN*
*1235 NORTH LOOP WEST SUITE 600*
*HOUSTON, TX 77008*
**Date Filed: 9/23/2016**
**Claim Face Value: $74,517.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | Disallowed | | $74,517.15 | | $0.00 |
| | | | | $74,517.15 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 06/21/2021 | 4370 | Objection Granted | 07/28/2021 | 4419 |

**ALBERT PIERCE**
**Case(s): 209 Clm No: 12 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/11/2016**<br>**Orig. Date Filed: 9/26/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JARMIE JOHNSON**
**Case(s): 208 Clm No: 12 Clm. Amt: $7,609.87**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/11/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $7,609.87** | | | | | | | |
| | 208 | UNS | | | $7,609.87 | | $0.00 |
| | | | | | $7,609.87 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ELZBIETA J. NOWAK**
**Case(s): 208 Clm No: 13 Clm. Amt: $977.96**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *7618 CHANCELLOR WAY*<br>*SPRINGFIELD, VA 22153*<br>**Date Filed: 10/10/2016**<br>**Claim Face Value: $488.98** | | | | | | | |
| | 208 | PRI | Disallowed | | $488.98 | | $0.00 |
| | 208 | UNS | Disallowed | | $488.98 | | $0.00 |
| | | | | | $977.96 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

**HARRIS COUNTY MUNICIPAL UTILITY DISTRICT #189**
**Case(s): 207 Clm No: 13 Clm. Amt: $19,810.33**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: CARL O. SANDIN*<br>*1235 NORTH LOOP WEST SUITE 600*<br>*HOUSTON, TX 77008*<br>**Date Filed: 9/23/2016**<br>**Claim Face Value: $19,810.33** | | | | | | | |
| | 207 | SEC | Disallowed | | $19,810.33 | | $0.00 |
| | | | | | $19,810.33 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim satisfied | 06/21/2021 | 4370 | Objection Granted | 07/28/2021 | 4419 |

**Charles Blow**
**Case(s): 209 Clm No: 13 Clm. Amt: $20,000.00**

| *Address Redacted*<br>**Date Filed: 10/12/2016**<br>**Claim Face Value: $20,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 209 | UNS | Disallowed | | $20,000.00 | | $0.00 |
| | | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**KENNETH R. CLEMENS**
**Case(s): 209 Clm No: 14 Clm. Amt: $6,470.00**

| *Address Redacted*<br>**Date Filed: 10/12/2016**<br>**Claim Face Value: $6,470.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 209 | UNS | Disallowed | | $6,470.00 | | $0.00 |
| | | | | | $6,470.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**SPRING INDEPENDENT SCHOOL DISTRICT**
**Case(s): 207 Clm No: 14 Clm. Amt: $59,429.38**

| *ATTN: CARL O. SANDIN*<br>*1235 NORTH LOOP WEST SUITE 600*<br>*HOUSTON, TX 77008*<br>**Date Filed: 9/23/2016**<br>**Claim Face Value: $59,429.38** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | SEC | Disallowed | | $59,429.38 | | $0.00 |
| | | | | | $59,429.38 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |


**ARIEL L. FISHER**
**Case(s): 208 Clm No: 14 Clm. Amt: $27,000.00**

| *Address Redacted*<br>**Date Filed: 10/11/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $27,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 208 | UNS | | | $27,000.00 | | $0.00 |
| | | | | | $27,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## MITCHELL D. HUGHES
### Case(s): 209 Clm No: 15 Clm. Amt: $28,360.65

*Address Redacted*
**Date Filed: 10/12/2016**
**Claim Face Value: $28,360.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $28,360.65 | | $0.00 |
| | | | | $28,360.65 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CHRISTIN M. LONG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED
### Case(s): 207 Clm No: 15 Clm. Amt:

*C/O CHIMICLES & TIKELLIS LLP*
*ATTN: BENJAMIN F. JOHNS*
*ONE HAVERFORD CENTRE*
*361 WEST LANCASTER AVE.*
*HAVERFORD, PA 19041*
**Date Filed: 9/23/2016**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Withdrawn | | | | $0.00 |
| 207 | SEC | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

## TAYLOR RAYMOND
### Case(s): 208 Clm No: 15 Clm. Amt:

*Address Redacted*
**Date Filed: 10/11/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TIMOTHY DEYOUNG
### Case(s): 208 Clm No: 16 Clm. Amt: $3,864.00

*Address Redacted*
**Date Filed: 10/11/2016**
**Claim Face Value: $3,864.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $3,864.00 | | $0.00 |
| | | | | $3,864.00 | | $0.00 |

**JAMES MATTHEWS**

**Case(s): 209 Clm No: 16 Clm. Amt: $1,050.00**

*41 STANDISH WAY*
*WEST YARMOUTH, MA 02673*
**Date Filed: 10/12/2016**
**Claim Face Value: $1,050.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Allowed | | $1,050.00 | | $1,050.00 |
| | | | | $1,050.00 | | $1,050.00 |

**KRISTEN TREASE**

**Case(s): 207 Clm No: 16 Clm. Amt: $589,115.00**

*3692 E Yeager Dr*
*Gilbert, AZ 85295*
**Date Filed: 10/19/2022**
**Amending Clm #: 16**
**Amended By Clm #: 16**
**Claim Face Value: $589,115.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $589,115.00 | | $589,115.00 |
| | | | | $589,115.00 | | $589,115.00 |

**ALBERT PIERCE**

**Case(s): 208 Clm No: 17 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/11/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CIRCLE UP MEDIA**

**Case(s): 209 Clm No: 17 Clm. Amt: $17,448.00**

*ATTN: RYAN BUELL*
*6565 AMERICAS PARKWAY NE, STE 200*
*ALBUQUERQUE, NM 87110*
**Date Filed: 10/12/2016**
**Claim Face Value: $17,448.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $17,448.00 | | $0.00 |
| | | | | $17,448.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**TARRANT COUNTY**

**Case(s): 207 Clm No: 17 Clm. Amt: $3,618.01**

*C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP*
*ATTN: ELIZABETH WELLER*
*2777 N. STEMMONS FREEWAY, STE 1000*
*DALLAS, TX 75207*
**Date Filed: 10/31/2016**
**Orig. Date Filed: 9/26/2016**
**Amending Clm #: 17**
**Amended By Clm #: 17**
**Claim Face Value: $3,618.01**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | | | $3,618.01 | | |
| | | | | $3,618.01 | | |

**BOSTON PORTFOLIO ADVISORS**

**Case(s): 207 Clm No: 18 Clm. Amt: $27,715.00**

*ATTN: JACOB BRIER*
*600 CORPORATE DRIVE, SUITE 502*
*FT. LAUDERDALE, FL 33334*
**Date Filed: 9/26/2016**
**Claim Face Value: $27,715.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $27,715.00 | | |
| | | | | $27,715.00 | | |

**Charles Blow**

**Case(s): 208 Clm No: 18 Clm. Amt: $20,000.00**

*Address Redacted*
**Date Filed: 10/12/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TIMOTHY T. A. JOHNSON**

**Case(s): 209 Clm No: 18 Clm. Amt: $22,122.87**

*Address Redacted*
**Date Filed: 10/12/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $22,122.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $22,122.87 | | $0.00 |
| | | | | $22,122.87 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MBT WORLDWIDE, INC.**
**Case(s): 209 Clm No: 19 Clm. Amt: $20,072.50**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: RUSSELL LIBBY*<br>*951 EAST STREET*<br>*TEWKSBURY, MA 01876*<br>**Date Filed: 10/12/2016**<br>**Claim Face Value: $20,072.50** | 209 | UNS | Allowed | | $20,072.50 | | $20,072.50 |
| | | | | | $20,072.50 | | $20,072.50 |

**LYNDA HALL IN HER OFFICIAL CAPACITY**
**Case(s): 207 Clm No: 19 Clm. Amt: $5,188.05**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *AS TAX COLLECTOR OF MADISON COUNTY AL*<br>*1918 N Memorial Pkwy*<br>*Huntsville, AL 35801*<br>**Date Filed: 9/26/2016**<br>**Claim Face Value: $5,188.05** | 207 | PRI | | | $5,188.05 | | |
| | | | | | $5,188.05 | | |

**KENNETH CLEMENS**
**Case(s): 208 Clm No: 19 Clm. Amt: $6,470.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/12/2016**<br>**Claim Face Value: $6,470.00** | 208 | UNS | | | $6,470.00 | | $0.00 |
| | | | | | $6,470.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**Donald Mulder**
**Case(s): 208 Clm No: 20 Clm. Amt: $26,380.07**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/12/2016**<br>**Claim Face Value: $26,380.07** | 208 | UNS | | | $26,380.07 | | $0.00 |
| | | | | | $26,380.07 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### Dan Picard
### Case(s): 209 Clm No: 20 Clm. Amt: $350.00

*5 Nora Way*
*Attleboro, MA 02703-5909*
**Date Filed: 10/12/2016**
**Claim Face Value: $350.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $350.00 | | $0.00 |
| 209 | UNS | Allowed | | | | $350.00 |
| | | | | $350.00 | | $350.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/09/2021 | 59 | Objection Granted | 04/21/2021 | 70 |

### ADECCO USA, INC
### Case(s): 207 Clm No: 20 Clm. Amt: $766.08

*ATTN: DEREK PRUDENTE*
*175 BROADHOLLOW ROAD*
*MELVILLE, NY 11747*
**Date Filed: 9/26/2016**
**Claim Face Value: $766.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Allowed | | $766.08 | | $766.08 |
| | | | | $766.08 | | $766.08 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/09/2021 | 4197 | Objection Granted | 04/21/2021 | 4276 |

### TONYA GERS
### Case(s): 209 Clm No: 21 Clm. Amt:

*Address Redacted*
**Date Filed: 10/12/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### MITCHELL D. HUGHES
### Case(s): 208 Clm No: 21 Clm. Amt: $28,360.65

*Address Redacted*
**Date Filed: 10/12/2016**
**Claim Face Value: $28,360.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $28,360.65 | | $0.00 |
| | | | | $28,360.65 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## OFFICE DEPOT
### Case(s): 207 Clm No: 21 Clm. Amt: $10,712.37

*ATTN: DAVID PLOURDE*
*6600 N. MILITARY TRAIL-S413G*
*BOCA RATON, FL 33496*
**Date Filed: 9/26/2016**
**Claim Face Value: $10,712.37**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | Withdrawn | | $10,712.37 | | $0.00 |
| | | | | $10,712.37 | | $0.00 |

## OFFICE DEPOT
### Case(s): 207 Clm No: 22 Clm. Amt: $262,610.30

*ATTN: DAVID PLOURDE*
*6600 N. MILITARY TRAIL-S413G*
*BOCA RATON, FL 33496*
**Date Filed: 9/26/2016**
**Amended By Clm #: 3888**
**Claim Face Value: $262,610.30**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $262,610.30 | | $0.00 |
| | | | | $262,610.30 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 06/21/2021 | 4368 | Objection Granted | 07/28/2021 | 4418 |

## CIRCLE UP MEDIA
### Case(s): 208 Clm No: 22 Clm. Amt: $348,072.00

*ATTN: RYAN BUELL*
*6565 AMERICAS PARKWAY NE, STE 200*
*ALBUQUERQUE, NM 87110*
**Date Filed: 10/12/2016**
**Claim Face Value: $348,072.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $348,072.00 | | $0.00 |
| | | | | $348,072.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## BRITTANY NABORS
### Case(s): 209 Clm No: 22 Clm. Amt:

*Address Redacted*
**Date Filed: 10/12/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## Dylan Crawford
### Case(s): 209 Clm No: 23 Clm. Amt: $3,709.48

*Address Redacted*
**Date Filed: 10/12/2016**
**Claim Face Value: $3,709.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $3,709.48 | | $0.00 |
| | | | | $3,709.48 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SYLVIA ASTORGA
### Case(s): 208 Clm No: 23 Clm. Amt: $464.84

*11903 ZACATECAS COURT*
*SAN ANTONIO, TX 78253*
**Date Filed: 10/12/2016**
**Claim Face Value: $464.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | PRI | Disallowed | | $464.84 | | $0.00 |
| | | | | $464.84 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

## BEXAR COUNTY
### Case(s): 207 Clm No: 23 Clm. Amt: $111,394.90

*C/O LINEBARGER GOGGAN BLAIR &*
*SAMPSON, LLP*
*ATTN: DON STECKER*
*711 NAVARRO STREET, STE 300*
*SAN ANTONIO, TX 78205*
**Date Filed: 9/26/2016**
**Amended By Clm #: 3261**
**Claim Face Value: $111,394.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | SEC | Disallowed | | $111,394.90 | | $0.00 |
| | | | | $111,394.90 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 09/02/2020 | 4048 | Objection Granted | 10/22/2020 | 4111 |

## ION MEDIA NETWORKS, INC.
### Case(s): 207 Clm No: 24 Clm. Amt: $367,965.00

*ATTN: ALICIA SUAREZ*
*810 7TH AVE 31ST FLOOR*
*NEW YORK, NY 10019*
**Date Filed: 9/26/2016**
**Claim Face Value: $367,965.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $367,965.00 | | |
| | | | | $367,965.00 | | |

**MELISSA ALEJANDREZ**
**Case(s): 209 Clm No: 24 Clm. Amt:**

*Address Redacted*
**Date Filed:** 10/13/2016
**Bar Date:** 1/30/2017
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**INSPIRED VLABS**
**Case(s): 208 Clm No: 24 Clm. Amt: $3,350.00**

*ATTN: JUSTIN STOLTZ*
*9626 N 184TH LANE*
*WADDELL, AZ 85355*
**Date Filed:** 10/12/2016
**Claim Face Value: $3,350.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | 503(b)(9) | | | Unknown | Y | $0.00 |
| 208 | UNS | | | $3,350.00 | | $0.00 |
| | | | | $3,350.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**SAVINE KHEN**
**Case(s): 209 Clm No: 25 Clm. Amt:**

*2634 SWANSONG LN*
*CHARLOTTE, NC 28213*
**Date Filed:** 10/13/2016
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 04/13/2021 | 64 | Objection Granted | 05/20/2021 | 82 |

**TIMOTHY JOHNSON**
**Case(s): 208 Clm No: 25 Clm. Amt: $22,122.87**

*Address Redacted*
**Date Filed:** 10/12/2016
**Bar Date:** 1/30/2017
**Amended By Clm #: 188**
**Claim Face Value: $22,122.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $22,122.87 | | $0.00 |
| | | | | $22,122.87 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**INDIANA DEPARTMENT OF REVENUE**
**Case(s): 207 Clm No: 25 Clm. Amt: $3,863.48**

*ATTN: Lauretha Butler*
*100 NORTH SENATE AVE*
*N-240 MS 108*
*INDIANAPOLIS, IN 46204*
**Date Filed: 2/28/2020**
**Orig. Date Filed: 9/27/2016**
**Amending Clm #: 25**
**Amended By Clm #: 25**
**Claim Face Value: $2,023.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $1,839.75 | | |
| 207 | UNS | | | $2,023.73 | | |
| | | | | $3,863.48 | | |

**PCM**
**Case(s): 207 Clm No: 26 Clm. Amt: $4,855.55**

*ATTN: ROXANNE HARLOW*
*1940 E. MARIPOSA AVENUE*
*EL SEGUNDO, CA 90245*
**Date Filed: 9/28/2016**
**Claim Face Value: $4,855.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,855.55 | | |
| | | | | $4,855.55 | | |

**JOEL SPILLMAN**
**Case(s): 208 Clm No: 26 Clm. Amt: $551.25**

*809 JEFFERSON AVENUE*
*METAIRIE, LA 70001*
**Date Filed: 10/12/2016**
**Claim Face Value: $525.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $26.25 | | $0.00 |
| 208 | PRI | Disallowed | | $525.00 | | $0.00 |
| | | | | $551.25 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

**HECTOR ALEXIS SANCHEZ**
**Case(s): 209 Clm No: 26 Clm. Amt: $46,649.00**

*Address Redacted*
**Date Filed: 10/13/2016**
**Claim Face Value: $46,649.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $46,649.00 | | $0.00 |
| | | | | $46,649.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TALLAHASSEE MEDIA CORPORATION
### Case(s): 209 Clm No: 27 Clm. Amt: $5,567.50

*C/O WWSB*
*ATTN: KENNETH LONG*
*1477 TENTH STREET*
*SARASOTA, FL 34236*
**Date Filed: 10/12/2016**
**Claim Face Value: $5,567.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $5,567.50 | | $0.00 |
| | | | | $5,567.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## TONYA GERS
### Case(s): 208 Clm No: 27 Clm. Amt:

*Address Redacted*
**Date Filed: 10/12/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SEAN MINER AND DAVID HEUMANN
### Case(s): 207 Clm No: 27 Clm. Amt: $13,776,000.00

*AS AGENTS ON BEHALF OF THE STATE OF CALIFORNIA*
*C/O HAMMONDLAW, PC*
*ATTN: JULIAN HAMMOND, ESQ.*
*1829 REISTERSTOWN RD, SUITE 410*
*BALTIMORE, MD 21208*
**Date Filed: 9/30/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $13,776,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $3,400,000.00 | | $0.00 |
| 207 | UNS | Disallowed | | $10,376,000.00 | | $0.00 |
| | | | | $13,776,000.00 | | $0.00 |

## TENNESSEE DEPARTMENT OF REVENUE
### Case(s): 207 Clm No: 28 Clm. Amt: $218,258.38

*C/O ATTORNEY GENERAL*
*P.O. BOX 20207*
*NASHVILLE, TN 37202-0207*
**Date Filed: 8/2/2022**
**Orig. Date Filed: 10/3/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 28**
**Amended By Clm #: 28**
**Claim Face Value: $218,258.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | Allowed | | $215,487.87 | | $215,487.87 |
| 207 | UNS | Allowed | | $2,770.51 | | $2,770.51 |
| | | | | $218,258.38 | | $218,258.38 |

## JUNE M. MCCORMACK
### Case(s): 208 Clm No: 28 Clm. Amt: $985,374.00

*3736 SPRING HOLLOW RD.*
*INDIANAPOLIS, IN 46208*
**Date Filed: 10/11/2016**
**Claim Face Value: $985,374.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $985,374.00 | | $0.00 |
| | | | | $985,374.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

## THE VILLAGE OF ORLAND PARK
### Case(s): 209 Clm No: 28 Clm. Amt: $662.00

*ATTN: SARAH A. SCHUELER*
*14700 S. RAVINIA AVE.*
*ORLAND PARK, IL 60462*
**Date Filed: 10/12/2016**
**Claim Face Value: $662.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $662.00 | | $0.00 |
| | | | | $662.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|----------------|
| Miscellaneous objection | 04/13/2020 | 3879 | Objection Granted | 06/17/2020 | 3979 |

## BRITTANY NABORS
### Case(s): 208 Clm No: 29 Clm. Amt:

*Address Redacted*
**Date Filed: 10/12/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|----------------|
| | | | Claim Withdrawn | | 3079 |

## TARRELL HINES
### Case(s): 209 Clm No: 29 Clm. Amt:

*Address Redacted*
**Date Filed: 10/13/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|----------------|
| | | | Claim Withdrawn | | 3079 |

## CLARE CHRISTLE
### Case(s): 207 Clm No: 29 Clm. Amt: $250,000.00

*ATTN: BRADLEY WINSTON*
*2924 DAVIE ROAD, SUITE 201*
*DAVIE, FL 33314*
**Date Filed: 10/3/2016**
**Claim Face Value: $250,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $250,000.00 | | $0.00 |
| | | | | $250,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

## LOUIS PALUMBO
### Case(s): 207 Clm No: 30 Clm. Amt: $784.27

*230 RIDGE AVENUE*
*KITTANNING, PA 16201*
**Date Filed: 10/7/2016**
**Claim Face Value: $784.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $784.27 | | |
| | | | | $784.27 | | |

## ROCHELLE DENISE DAVIS
### Case(s): 209 Clm No: 30 Clm. Amt: $3,000.00

*Address Redacted*
**Date Filed: 10/13/2016**
**Claim Face Value: $3,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $3,000.00 | | $0.00 |
| | | | | $3,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## Dylan Crawford
### Case(s): 208 Clm No: 30 Clm. Amt: $3,709.48

*Address Redacted*
**Date Filed: 10/12/2016**
**Claim Face Value: $3,709.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $3,709.48 | | $0.00 |
| | | | | $3,709.48 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MELISSA ALEJANDREZ**

**Case(s): 208 Clm No: 31 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/13/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

---

**SCOTT BRAND**

**Case(s): 209 Clm No: 31 Clm. Amt: $8,100.11**

*Address Redacted*
**Date Filed: 10/13/2016**
**Claim Face Value: $8,100.11**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $8,100.11 | | $0.00 |
| | | | | $8,100.11 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

---

**PROFESSIONAL GROUNDS SERVICES, LLC**

**Case(s): 207 Clm No: 31 Clm. Amt: $14,515.80**

*C/O BELFOR USA GROUP, INC.*
*185 OAKLAND AVE. SUITE 150*
*BIRMINGHAM, MI 48009*
**Date Filed: 10/6/2016**
**Claim Face Value: $14,515.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $14,515.80 | | |
| | | | | $14,515.80 | | |

---

**ZUKE'S LANDSCAPE, INC.**

**Case(s): 207 Clm No: 32 Clm. Amt: $1,937.50**

*ATTN: CYNTHIA JANDA*
*3373 LUYUNG DRIVE*
*RANCHO CORDOVA, CA 95742*
**Date Filed: 10/7/2016**
**Claim Face Value: $1,937.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,937.50 | | |
| | | | | $1,937.50 | | |

**Delvin P Dumas**
**Case(s): 209 Clm No: 32 Clm. Amt:**

*9548 Linden Loop*
*Westwego, LA 70094-3170*
**Date Filed: 10/14/2016**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 04/13/2021 | 64 | Objection Granted | 05/20/2021 | 82 |

**LELIA STRANEY**
**Case(s): 208 Clm No: 32 Clm. Amt: $4,050.00**

*Address Redacted*
**Date Filed: 10/13/2016**
**Claim Face Value: $4,050.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $4,050.00 | | $0.00 |
| | | | | $4,050.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SAVINE KHEN**
**Case(s): 208 Clm No: 33 Clm. Amt:**

*2634 SWANSONG LN*
*CHARLOTTE, NC 28213*
**Date Filed: 10/13/2016**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 02/18/2022 | 67 | Objection Granted | 03/30/2022 | 76 |

**ELIZABETH LAGARON**
**Case(s): 209 Clm No: 33 Clm. Amt: $2,307.69**

*8721 SW 192 TERRACE*
*CUTLER BAY, FL 33157*
**Date Filed: 10/14/2016**
**Claim Face Value: $2,307.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $2,307.69 | | $0.00 |
| | | | | $2,307.69 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

## CONVERT ADVERTISING
### Case(s): 207 Clm No: 33 Clm. Amt: $27,588.00

*ATTN: LETICIA SILVA*
*2385 ORO COURT*
*CHULA VISTA, CA 91915*
**Date Filed: 10/7/2016**
**Claim Face Value: $27,588.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $27,588.00 | | |
| | | | | $27,588.00 | | |

## THOMAS E. ROCKS, JR.
### Case(s): 207 Clm No: 34 Clm. Amt: $7,892.31

*85 EAST MAIN STREET*
*NEW SALEM, PA 15468*
**Date Filed: 10/8/2016**
**Claim Face Value: $7,892.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | | | $5,700.00 |
| 207 | UNS | Disallowed | | $7,892.31 | | $0.00 |
| | | | | $7,892.31 | | $5,700.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4581 | Objection Granted | 04/25/2022 | 4807 |

## PREMIUM ELECTRIC COMPANY, INC.
### Case(s): 209 Clm No: 34 Clm. Amt: $1,731.00

*ATTN: JAMES L TURNER*
*2550 HILTON ROAD*
*FERNDALE, MI 48220*
**Date Filed: 10/13/2016**
**Claim Face Value: $1,731.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $1,731.00 | | $0.00 |
| | | | | $1,731.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## HECTOR ALEXIS SANCHEZ
### Case(s): 208 Clm No: 34 Clm. Amt: $46,649.00

*Address Redacted*
**Date Filed: 10/13/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $46,649.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $46,649.00 | | $0.00 |
| | | | | $46,649.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MATTHEW BROWN**

**Case(s): 208 Clm No: 35 Clm. Amt: $130.87**

*19 ELMWOOD BUILDING*
*MIDDLETOWN, PA 17057*
**Date Filed: 10/13/2016**
**Claim Face Value: $130.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $130.87 | | $0.00 |
| | | | | $130.87 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

**STEPHANIE CORDOVA**

**Case(s): 209 Clm No: 35 Clm. Amt: $14,871.63**

*Address Redacted*
**Date Filed: 10/13/2016**
**Claim Face Value: $14,871.63**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $14,871.63 | | $0.00 |
| | | | | $14,871.63 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ANGELA J. AWE**

**Case(s): 207 Clm No: 35 Clm. Amt: $991.60**

*50 NORWOOD DRIVE*
*COUNCIL BLUFFS, IA 51503*
**Date Filed: 10/9/2016**
**Claim Face Value: $991.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $991.60 | | $0.00 |
| | | | | $991.60 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

**BRENDAN BUGLEWICZ**

**Case(s): 207 Clm No: 36 Clm. Amt: $4,166.50**

*Address Redacted*
**Date Filed: 10/9/2016**
**Claim Face Value: $4,166.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $4,166.50 | | $0.00 |
| | | | | $4,166.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### KIRSTIN CRABTREE
**Case(s): 209 Clm No: 36 Clm. Amt: $7,237.60**

*Address Redacted*
**Date Filed: 10/14/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $7,237.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $7,237.60 | | $0.00 |
| | | | | $7,237.60 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|-------------------|----------------|------------------|
| | | | Claim Withdrawn | | 3079 |

### TALLAHASSEE MEDIA CORPORATION
**Case(s): 208 Clm No: 36 Clm. Amt: $5,567.50**

*ATTN: KENNETH J. LONG*
*1477 TENTH STREET*
*SARASOTA, FL 34236*
**Date Filed: 10/12/2016**
**Claim Face Value: $5,567.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 208 | UNS | | | $5,567.50 | | $0.00 |
| | | | | $5,567.50 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|-------------------|----------------|------------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

### Foliotek, Inc
**Case(s): 207 Clm No: 37 Clm. Amt: $57,500.00**

*Attn: Christopher Miller*
*3610 Buttonwood Dr, Ste 200*
*Columbia, MO 65201*
**Date Filed: 10/10/2016**
**Claim Face Value: $57,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $57,500.00 | | |
| | | | | $57,500.00 | | |

### KAYU (FOX 28)
**Case(s): 208 Clm No: 37 Clm. Amt: $46,801.00**

*ATTN: ANNEMARIE RAMSEY*
*4600 S REGAL ST*
*SPOKANE, WA 99223*
**Date Filed: 10/13/2016**
**Claim Face Value: $46,801.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $46,801.00 | | $0.00 |
| | | | | $46,801.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|-------------------|----------------|------------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## DESIREE PEREZ
### Case(s): 209 Clm No: 37 Clm. Amt: $20,000.00

*Address Redacted*
**Date Filed: 10/14/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## THE VILLAGE OF ORLAND PARK
### Case(s): 208 Clm No: 38 Clm. Amt: $662.00

*ATTN: SARAH A. SCHUELER*
*14700 S. RAVINIA AVE.*
*ORLAND PARK, IL 60462*
**Date Filed: 10/12/2016**
**Claim Face Value: $662.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $662.00 | | $0.00 |
| | | | | $662.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3879 | Objection Granted | 06/17/2020 | 3979 |

## DARRYL WOODARD
### Case(s): 209 Clm No: 38 Clm. Amt:

*Address Redacted*
**Date Filed: 10/14/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## FOSSETT PAVING CO, LLC
### Case(s): 207 Clm No: 38 Clm. Amt: $3,550.00

*ATTN: LINDA D. DRANE*
*689 COMMERCE PARKWAY*
*COLLIERVILLE, TN 38017*
**Date Filed: 10/10/2016**
**Claim Face Value: $3,550.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,550.00 | | |
| | | | | $3,550.00 | | |

## TAB PRODUCTS CO LLC
### Case(s): 207 Clm No: 39 Clm. Amt: $3,376.76

*ATTN: GAIL TOEPFER*
*605 4TH STREET*
*MAYVILLE, WI 53050*
**Date Filed: 10/10/2016**
**Claim Face Value: $3,376.76**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,376.76 | | |
| | | | | $3,376.76 | | |

## TARRELL HINES
### Case(s): 208 Clm No: 39 Clm. Amt:

*Address Redacted*
**Date Filed: 10/13/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TYRONE LA'NEAR DUDLEY
### Case(s): 209 Clm No: 39 Clm. Amt: $20,669.04

*Address Redacted*
**Date Filed: 10/16/2016**
**Claim Face Value: $20,669.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $20,669.04 | | $0.00 |
| | | | | $20,669.04 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ROCHELLE DENISE DAVIS
### Case(s): 208 Clm No: 40 Clm. Amt: $3,000.00

*Address Redacted*
**Date Filed: 10/13/2016**
**Claim Face Value: $3,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $3,000.00 | | $0.00 |
| | | | | $3,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ZACHARY CASTRO
### Case(s): 209 Clm No: 40 Clm. Amt: $20,969.25

*Address Redacted*
**Date Filed: 10/16/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,969.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $20,969.25 | | $0.00 |
| | | | | $20,969.25 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## WLEX TELEVISION
### Case(s): 207 Clm No: 40 Clm. Amt: $10,115.00

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX RD. NE, SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 10/11/2016**
**Amended By Clm #: 685**
**Claim Face Value: $10,115.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $10,115.00 | | $0.00 |
| | | | | $10,115.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 09/02/2020 | 4048 | Objection Granted | 10/22/2020 | 4111 |

## WRCB TELEVISION
### Case(s): 207 Clm No: 41 Clm. Amt: $8,959.00

*Address Redacted*
**Date Filed: 10/11/2016**
**Claim Face Value: $8,959.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $8,959.00 | | |
| | | | | $8,959.00 | | |

## JAMAR REED
### Case(s): 209 Clm No: 41 Clm. Amt:

*Address Redacted*
**Date Filed: 10/16/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TONY DESIMONE**

**Case(s): 208 Clm No: 41 Clm. Amt: $705.50**

*Address Redacted*
**Date Filed: 10/13/2016**
**Claim Face Value: $705.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $705.50 | | $0.00 |
| | | | | $705.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 08/23/2022 | 79 | Objection Granted | 10/26/2022 | 82 |

**KEVIN TARRELL DUNBAR**

**Case(s): 209 Clm No: 42 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/17/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**WTVG/ETVG TELEVISION**

**Case(s): 207 Clm No: 42 Clm. Amt: $17,292.40**

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX RD. NE, SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 10/11/2016**
**Claim Face Value: $17,292.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $17,292.40 | | |
| | | | | $17,292.40 | | |

**SCOTT BRAND**

**Case(s): 208 Clm No: 42 Clm. Amt: $8,100.11**

*Address Redacted*
**Date Filed: 10/13/2016**
**Claim Face Value: $8,100.11**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $8,100.11 | | $0.00 |
| | | | | $8,100.11 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### CHRISTOPHER CRESPO
**Case(s): 208 Clm No: 43 Clm. Amt: $520.00**

*15909 WEST TROON CIRCLE*
*MIAMI, FL 33014*
**Date Filed: 10/14/2016**
**Claim Face Value: $520.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $520.00 | | $0.00 |
| | | | | $520.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/04/2021 | 54 | Objection Granted | 06/23/2021 | 61 |

### WCTV/ECTV TELEVISION
**Case(s): 207 Clm No: 43 Clm. Amt: $12,481.40**

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX RD. NE, SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 10/11/2016**
**Claim Face Value: $12,481.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $12,481.40 | | |
| | | | | $12,481.40 | | |

### CARMEL UTILITIES
**Case(s): 209 Clm No: 43 Clm. Amt: $877.09**

*ATTN: JON OBERLANDER*
*ONE CIVIC SQUARE*
*CARMEL, IN 46032*
**Date Filed: 10/17/2016**
**Claim Face Value: $877.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $877.09 | | $0.00 |
| | | | | $877.09 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

### KATZ SAPPER & MILLER
**Case(s): 209 Clm No: 44 Clm. Amt: $35,521.94**

*C/O BLEECKER BRODEY & ANDREWS*
*ATTN: RONALD B. BRODEY*
*9247 N. MERIDIAN ST, STE 101*
*INDIANAPOLIS, IN 46260*
**Date Filed: 10/17/2016**
**Claim Face Value: $35,521.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Withdrawn | | $35,521.94 | | $0.00 |
| | | | | $35,521.94 | | $0.00 |

### WDBJ/EDBJ TELEVISION
**Case(s): 207 Clm No: 44 Clm. Amt: $7,536.10**

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX RD. NE, SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 10/11/2016**
**Claim Face Value: $7,536.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $7,536.10 | | |
| | | | | $7,536.10 | | |

## DELVIN P. DUMAS
### Case(s): 208 Clm No: 44 Clm. Amt:

*3611 RIVER OAKS DR.*
*NEW ORLEANS, LA 70131*
**Date Filed: 10/14/2016**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No documentation | 02/18/2022 | 67 | Objection Granted | 03/30/2022 | 76 |

## ELIZABETH LAGARON
### Case(s): 208 Clm No: 45 Clm. Amt: $2,307.69

*8721 SW 192 TERRACE*
*CUTLER BAY, FL 33157*
**Date Filed: 10/14/2016**
**Claim Face Value: $2,307.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $2,307.69 | | $0.00 |
| | | | | $2,307.69 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

## WOWT TELEVISION
### Case(s): 207 Clm No: 45 Clm. Amt: $5,376.25

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX RD. NE, SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 10/11/2016**
**Claim Face Value: $5,376.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $5,376.25 | | |
| | | | | $5,376.25 | | |

## DOMANIK GUTIERREZ
### Case(s): 209 Clm No: 45 Clm. Amt: $1,000.00

*Address Redacted*
**Date Filed: 10/17/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $1,000.00 | | $0.00 |
| | | | | $1,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## GRANITE STATE AUTOMATION
### Case(s): 209 Clm No: 46 Clm. Amt: $874.49

*ATTN: JONATHAN W. MAJOR*
*728 E INDUSTRIAL PARK DRIVE, UNIT 10*
*MANCHESTER, NH 03109*
**Date Filed: 10/13/2016**
**Claim Face Value: $874.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Allowed | | $874.49 | | $874.49 |
| | | | | $874.49 | | $874.49 |

## PREMIUM ELECTRIC COMPANY, INC.
### Case(s): 208 Clm No: 46 Clm. Amt: $1,731.00

*ATTN: JAMES L. TURNER*
*2550 HILTON ROAD*
*FERNDALE, MI 48220*
**Date Filed: 10/14/2016**
**Claim Face Value: $1,731.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $1,731.00 | | $0.00 |
| | | | | $1,731.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## EKYT TELEVISION
### Case(s): 207 Clm No: 46 Clm. Amt: $4,542.40

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX RD. NE, SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 10/11/2016**
**Claim Face Value: $4,542.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,542.40 | | |
| | | | | $4,542.40 | | |

## WSAZ/ESAZ/WQCW TELEVISION
### Case(s): 207 Clm No: 47 Clm. Amt: $9,817.51

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX RD. NE, SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 10/11/2016**
**Claim Face Value: $9,817.51**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $9,817.51 | | |
| | | | | $9,817.51 | | |

## STEPHANIE CORDOVA
### Case(s): 208 Clm No: 47 Clm. Amt: $14,871.63

*Address Redacted*
**Date Filed: 10/13/2016**
**Claim Face Value: $14,871.63**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $14,871.63 | | $0.00 |
| | | | | $14,871.63 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ORREN C. BRADLEY III
### Case(s): 209 Clm No: 47 Clm. Amt: $26,822.00

*Address Redacted*
**Date Filed: 10/14/2016**
**Claim Face Value: $26,822.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 209 | UNS | Disallowed | | $26,822.00 | | $0.00 |
| | | | | $26,822.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## WA VORPAHL INC
### Case(s): 209 Clm No: 48 Clm. Amt: $54.00

*ATTN: DENNIS ZAK*
*526 LAMBEAU ST*
*GREENBAY, WI 54303*
**Date Filed: 10/14/2016**
**Claim Face Value: $54.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 209 | UNS | Disallowed | | $54.00 | | $0.00 |
| | | | | $54.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 04/13/2020 | 3879 | Objection Granted | 06/17/2020 | 3979 |

## MOUNIR BERRADA
### Case(s): 208 Clm No: 48 Clm. Amt:

*13309 BRAMPTON WAY*
*YUKON, OK 73099*
**Date Filed: 10/14/2016**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 208 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| No documentation | 02/18/2022 | 67 | Objection Granted | 03/30/2022 | 76 |

## LUND FOOD HOLDINGS, INC.
### Case(s): 207 Clm No: 48 Clm. Amt: $1,995.39

*ATTN: NATE BERNAL*
*3948 W. 50TH ST., SUITE B102*
*EDINA, MN 55424*
**Date Filed: 10/11/2016**
**Claim Face Value: $1,995.39**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | 503(b)(9) | Disallowed | | $742.88 | | $0.00 |
| 207 | UNS | | | $1,252.51 | | $1,995.39 |
| | | | | $1,995.39 | | $1,995.39 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

## COMMERCIAL LIGHTING SUPPLY
### Case(s): 207 Clm No: 49 Clm. Amt: $49.51

*ATTN: DEMAREE PEHRSON*
*PO BOX 65675*
*SALT LAKE CITY, UT 84165-0675*
**Date Filed: 10/11/2016**
**Claim Face Value: $49.51**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $49.51 | | |
| | | | | $49.51 | | |

## KIRSTIN CRABTREE
### Case(s): 208 Clm No: 49 Clm. Amt: $7,237.60

*Address Redacted*
**Date Filed: 10/14/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $7,237.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 208 | UNS | | | $7,237.60 | | $0.00 |
| | | | | $7,237.60 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## HECTOR ALEXIS SANCHEZ
### Case(s): 209 Clm No: 49 Clm. Amt: $46,649.00

*Address Redacted*
**Date Filed: 10/17/2016**
**Claim Face Value: $46,649.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 209 | UNS | Disallowed | | $46,649.00 | | $0.00 |
| | | | | $46,649.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## Carl H Price Jr
### Case(s): 209 Clm No: 50 Clm. Amt: $7,600.00

*4303 Curly Oaks Dr*
*Houston, TX 77053-1305*
**Date Filed: 10/17/2016**
**Claim Face Value: $7,600.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $7,600.00 | | $0.00 |
| 209 | SEC | Disallowed | | | | $0.00 |
| | | | | $7,600.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

## DESIREE PEREZ
### Case(s): 208 Clm No: 50 Clm. Amt: $20,000.00

*Address Redacted*
**Date Filed: 10/14/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LEIGH A. COUGHLIN
### Case(s): 207 Clm No: 50 Clm. Amt: $8,772.00

*18247 FARMINGTON ROAD*
*LIVONIA, MI 48152*
**Date Filed: 10/11/2016**
**Claim Face Value: $8,772.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $8,772.00 | | $0.00 |
| | | | | $8,772.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4605 | Objection Granted | 04/25/2022 | 4808 |

## DARRYL WOODARD
### Case(s): 208 Clm No: 51 Clm. Amt:

*Address Redacted*
**Date Filed: 10/14/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DORA LANDSCAPING COMPANY**

**Case(s): 209 Clm No: 51 Clm. Amt: $1,913.75**

*ATTN: JAMES H. OYLER SR*
*P.O. BOX 1207*
*PLYMOUTH, FL 32768*
**Date Filed: 10/18/2016**
**Claim Face Value: $1,913.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $1,913.75 | | $0.00 |
| | | | | $1,913.75 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**STEVEN GRAAP**

**Case(s): 207 Clm No: 51 Clm. Amt: $1,826.92**

*1014 S. IRWIN*
*GREEN BAY, WI 54301*
**Date Filed: 10/11/2016**
**Claim Face Value: $1,826.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | $1,826.92 | | $1,826.92 |
| | | | | $1,826.92 | | $1,826.92 |

**SEAN MINER, DAVID HEUMANN, AND SHAWNA ADMIRE**

**Case(s): 207 Clm No: 52 Clm. Amt: $20,219,000.00**

*ON BEHALF OF THEMSELVES AND ALL OTHER SIMILARLY*
*C/O HAMMONDLAW, PC*
*ATTN: JULIAN HAMMOND*
*1829 REISTERSTOWN RD. SUITE 410*
*BALTIMORE, MD 21208*
**Date Filed: 10/5/2016**
**Claim Face Value: $20,219,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | $3,400,000.00 | | $520,000.00 |
| 207 | UNS | Allowed | | $16,819,000.00 | | $4,500,000.00 |
| | | | | $20,219,000.00 | | $5,020,000.00 |

**ANDRE COVINGTON**

**Case(s): 209 Clm No: 52 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/18/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TYRONE LA'NEAR DUDLEY
**Case(s): 208 Clm No: 52 Clm. Amt: $20,669.04**

*Address Redacted*
**Date Filed: 10/16/2016**
**Claim Face Value: $20,669.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $20,669.04 | | $0.00 |
| | | | | $20,669.04 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DOUGLAS JACOB
**Case(s): 208 Clm No: 53 Clm. Amt: $1,000.00**

*224 WILLIAM STREET*
*TONAWANDA, NY 14150*
**Date Filed: 10/16/2016**
**Claim Face Value: $1,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $1,000.00 | | $0.00 |
| | | | | $1,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 02/18/2022 | 67 | Objection Granted | 03/30/2022 | 76 |

## RICO LOGAN
**Case(s): 209 Clm No: 53 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/18/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## IAN L. WEBB
**Case(s): 207 Clm No: 53 Clm. Amt: $919.65**

*11314 NORTH BOOTH AVENUE*
*KANSAS CITY, MO 64157*
**Date Filed: 10/5/2016**
**Claim Face Value: $919.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | | | $919.65 |
| 207 | UNS | | | $919.65 | | $0.00 |
| | | | | $919.65 | | $919.65 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 11/17/2022 | 5044 | Objection Granted | 12/13/2022 | 5075 |

## CYNTHIA MATHAI
### Case(s): 207 Clm No: 54 Clm. Amt: $1,498.83

*1325 NE SUMNER ST.*
*PORTLAND, OR 97211*
**Date Filed: 10/7/2016**
**Claim Face Value: $1,498.83**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | | | $1,498.83 |
| 207 | UNS | | | $1,498.83 | | $0.00 |
| | | | | $1,498.83 | | $1,498.83 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| Different class | 11/17/2022 | 5044 | Objection Granted | 12/13/2022 | 5075 |

## SIDEAM M. RANDOLPH
### Case(s): 209 Clm No: 54 Clm. Amt: $29,027.44

*Address Redacted*
**Date Filed: 10/18/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $29,027.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $29,027.44 | | $0.00 |
| | | | | $29,027.44 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KATRINA CRADDOCK
### Case(s): 208 Clm No: 54 Clm. Amt: $191.70

*53074TH AVE SE., UNIT A*
*EVERETT, WA 98203*
**Date Filed: 10/16/2016**
**Claim Face Value: $191.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $191.70 | | $0.00 |
| | | | | $191.70 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| No documentation | 02/18/2022 | 67 | Objection Granted | 03/30/2022 | 76 |

## ZACHARY CASTRO
### Case(s): 208 Clm No: 55 Clm. Amt: $20,969.25

*Address Redacted*
**Date Filed: 10/16/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,969.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $20,969.25 | | $0.00 |
| | | | | $20,969.25 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## EATON INTERPRETING SERVICES, INC.
### Case(s): 209 Clm No: 55 Clm. Amt: $60,178.00

*ATTN: KIM J. EATON*
*8333 OLIVINE AVE.*
*CITRUS HEIGHTS, CA 95610*
**Date Filed: 10/18/2016**
**Claim Face Value: $60,178.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $60,178.00 | | $0.00 |
| | | | | $60,178.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## H&T JANITORIAL SERVICE INC.
### Case(s): 207 Clm No: 55 Clm. Amt: $6,800.50

*ATTN: THURMAN T MILLS*
*1838 EASTCHESTER DR, SUITE 104*
*HIGH POINT, NC 27265*
**Date Filed: 10/11/2016**
**Claim Face Value: $6,800.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $6,800.50 | | $0.00 |
| | | | | $6,800.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## ALBERT TAYLOR
### Case(s): 207 Clm No: 56 Clm. Amt: $914.44

*1619 TREASURE DR.*
*TARPON SPRINGS, FL 34689*
**Date Filed: 10/10/2016**
**Claim Face Value: $914.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | PRI | | | | | $914.44 |
| 207 | UNS | | | $914.44 | | $0.00 |
| | | | | $914.44 | | $914.44 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 08/23/2022 | 4947 | Objection Granted | 10/26/2022 | 4987 |

## Worxtime, LLC
### Case(s): 209 Clm No: 56 Clm. Amt: $25,079.36

*c/o Gina Lance*
*360B Quality Cir NW, Ste 220*
*Huntsville, AL 35806*
**Date Filed: 10/19/2016**
**Claim Face Value: $25,079.36**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $25,079.36 | | $0.00 |
| | | | | $25,079.36 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3879 | Objection Granted | 06/17/2020 | 3979 |

**JAMAR REED**

**Case(s): 208 Clm No: 56 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/16/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 208 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**KEVIN TARRELL DUNBAR**

**Case(s): 208 Clm No: 57 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/17/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 208 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**Scan Business Systems Inc**

**Case(s): 209 Clm No: 57 Clm. Amt: $23,228.64**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: Patricia Ahern*<br>*990 Washington St*<br>*Dedham, MA 02026*<br>**Date Filed: 10/20/2016**<br>**Claim Face Value: $23,228.64** | | | | | | | |
| | 209 | UNS | Disallowed | | $23,228.64 | | $0.00 |
| | | | | | $23,228.64 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**JAMES LOSOYA**

**Case(s): 207 Clm No: 57 Clm. Amt: $50,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/11/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $50,000.00** | | | | | | | |
| | 207 | UNS | Disallowed | | $50,000.00 | | $0.00 |
| | | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## SANDRA R OWENS
### Case(s): 207 Clm No: 58 Clm. Amt: $5,124.02

*1669 E. GREYHAWK WAY*
*GREENFIELD, IN 46140*
**Date Filed: 10/11/2016**
**Amended By Clm #: 1110**
**Claim Face Value: $5,124.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $5,124.02 | | $0.00 |
| | | | | $5,124.02 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 08/23/2022 | 4945 | Objection Granted | 10/26/2022 | 4985 |

## PAUL W. GUILMETTE
### Case(s): 209 Clm No: 58 Clm. Amt:

*Address Redacted*
**Date Filed: 10/21/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CARMEL UTILITIES
### Case(s): 208 Clm No: 58 Clm. Amt: $877.09

*ATTN: JON OBERLANDER*
*ONE CIVIC SQUARE*
*CARMEL, IN 46032*
**Date Filed: 10/17/2016**
**Claim Face Value: $877.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $877.09 | | $0.00 |
| | | | | $877.09 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## DOMANIK GUTIERREZ
### Case(s): 208 Clm No: 59 Clm. Amt: $1,000.00

*Address Redacted*
**Date Filed: 10/17/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $1,000.00 | | $0.00 |
| | | | | $1,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### JEREMY MURPHY
**Case(s): 209 Clm No: 59 Clm. Amt: $118.50**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *1 EASTMEADOW WAY*<br>*MANCHESTER, NH 03109*<br>**Date Filed: 10/21/2016**<br>**Claim Face Value: $118.50** | 209 | UNS | Allowed | | $118.50 | | $118.50 |
| | | | | | $118.50 | | $118.50 |

### NASHVILLE ELECTRIC SERVICE
**Case(s): 207 Clm No: 59 Clm. Amt: $21,073.59**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: LA RAYNE GILL*<br>*1214 CHURCH STREET*<br>*NASHVILLE, TN 37246*<br>**Date Filed: 10/11/2016**<br>**Claim Face Value: $21,073.59** | 207 | UNS | | | $21,073.59 | | |
| | | | | | $21,073.59 | | |

### REBECCA PERSHING-GOLOBISH
**Case(s): 207 Clm No: 60 Clm. Amt: $831.25**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *3482 LEWIS ATKINS RD*<br>*WOODLAWN, TN 37191*<br>**Date Filed: 10/11/2016**<br>**Claim Face Value: $831.25** | 207 | PRI | Allowed | | $831.25 | | $831.25 |
| | | | | | $831.25 | | $831.25 |

### JEREMY MURPHY
**Case(s): 209 Clm No: 60 Clm. Amt: $118.50**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *1 EASTMEADOW WAY*<br>*MANCHESTER, NH 03109*<br>**Date Filed: 10/21/2016**<br>**Claim Face Value: $118.50** | 209 | UNS | Disallowed | | $118.50 | | $0.00 |
| | | | | | $118.50 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 04/13/2021 | 62 | Objection Granted | 05/19/2021 | 77 |

### ORREN C. BRADLEY III
**Case(s): 208 Clm No: 60 Clm. Amt: $26,822.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/17/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $26,822.00** | 208 | UNS | | | $26,822.00 | | $0.00 |
| | | | | | $26,822.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## ANGELA J. COOPER
### Case(s): 208 Clm No: 61 Clm. Amt: $10,703.78

*5966 FAIRCREST DRIVE*
*HAMILTON, OH 45011*
**Date Filed: 10/17/2016**
**Claim Face Value: $5,351.89**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | PRI | Disallowed | | $5,351.89 | | $0.00 |
| 208 | UNS | Disallowed | | $5,351.89 | Y | $0.00 |
| | | | | $10,703.78 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

## ASHLEY ELLIOTT
### Case(s): 207 Clm No: 61 Clm. Amt: $19,691.00

*Address Redacted*
**Date Filed: 10/11/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $19,691.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $19,691.00 | | $0.00 |
| | | | | $19,691.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## HAMIM BIN ALAM RAFI
### Case(s): 209 Clm No: 61 Clm. Amt: $52,276.77

*Address Redacted*
**Date Filed: 10/22/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $52,276.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $52,276.77 | | $0.00 |
| | | | | $52,276.77 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## AARON JAMES LANDRUM
### Case(s): 209 Clm No: 62 Clm. Amt: $59,056.60

*Address Redacted*
**Date Filed: 10/23/2016**
**Claim Face Value: $59,056.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $59,056.60 | | $0.00 |
| | | | | $59,056.60 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## HENRIK PETROSYAN
### Case(s): 207 Clm No: 62 Clm. Amt:

*Address Redacted*
**Date Filed: 10/11/2016**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 08/23/2022 | 4947 | Objection Granted | 10/26/2022 | 4987 |

## HECTOR ALEXIS SANCHEZ
### Case(s): 208 Clm No: 62 Clm. Amt: $46,649.00

*Address Redacted*
**Date Filed: 10/17/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $46,649.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $46,649.00 | | $0.00 |
| | | | | $46,649.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BRUCE LAMBERT
### Case(s): 208 Clm No: 63 Clm. Amt: $1,939.00

*Address Redacted*
**Date Filed: 10/17/2016**
**Claim Face Value: $1,939.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $1,939.00 | | $0.00 |
| | | | | $1,939.00 | | $0.00 |

**BEELINE WEB SITE PROMOTIONS**
**Case(s): 207 Clm No: 63 Clm. Amt: $10,255.00**

*ATTN: JENNIFER MATSUDA*
*9611 HWY 97*
*LAKE COUNTRY, BC V4V 1T7*
*CANADA*
**Date Filed: 10/11/2016**
**Claim Face Value: $10,255.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,255.00 | | |
| | | | | $10,255.00 | | |

**STEVEN PHARO**
**Case(s): 209 Clm No: 63 Clm. Amt: $6,502.25**

*Address Redacted*
**Date Filed: 10/23/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,502.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $6,502.25 | | $0.00 |
| | | | | $6,502.25 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MATTHEW BROWN**
**Case(s): 207 Clm No: 64 Clm. Amt: $6,257.95**

*Address Redacted*
**Date Filed: 10/11/2016**
**Claim Face Value: $6,257.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $6,257.95 | | $0.00 |
| | | | | $6,257.95 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MY COLLEGE GUIDE**
**Case(s): 209 Clm No: 64 Clm. Amt: $6,995.00**

*ATTN: MICHAEL GLUCKSTERN*
*5500 MILITARY TRAIL*
*SUITE 22-264*
*JUPITER, FL 33458*
**Date Filed: 10/23/2016**
**Claim Face Value: $6,995.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Allowed | | $6,995.00 | | $6,995.00 |
| | | | | $6,995.00 | | $6,995.00 |

**CARL H. PRICE JR.**
**Case(s): 208 Clm No: 64 Clm. Amt: $7,600.00**

*16522 QUAIL DALE DR*
*MISSOURI CITY, TX 77489*
**Date Filed: 10/17/2016**
**Claim Face Value: $7,600.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | PRI | | | $7,600.00 | | $0.00 |
| 208 | SEC | | | | | $0.00 |
| | | | | $7,600.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 08/23/2022 | 79 | Objection Granted | 10/26/2022 | 82 |

**DORA LANDSCAPING COMPANY**
**Case(s): 208 Clm No: 65 Clm. Amt: $1,913.75**

*ATTN: JAMES H. OYLER SR.*
*P.O. BOX 1207*
*PLYMOUTH, FL 32768*
**Date Filed: 10/18/2016**
**Claim Face Value: $1,913.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $1,913.75 | | $0.00 |
| | | | | $1,913.75 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**PAPERGRAPHICS PRINT & COPY, INC**
**Case(s): 209 Clm No: 65 Clm. Amt: $985.67**

*ATTN: FRANK LAGANA*
*4 JOHN TYLER STREET*
*MERRIMACK, NH 03054*
**Date Filed: 10/24/2016**
**Claim Face Value: $985.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Allowed | | $985.67 | | $985.67 |
| | | | | $985.67 | | $985.67 |

**FREDRICK NORFLEET**
**Case(s): 207 Clm No: 65 Clm. Amt: $5,600.50**

*Address Redacted*
**Date Filed: 10/11/2016**
**Claim Face Value: $5,600.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $5,600.50 | | $0.00 |
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | $5,600.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**FORT WAYNE STORAGE**

**Case(s): 209 Clm No: 66 Clm. Amt: $1,034.00**

*DBA DUPONT OFFICE & STORAGE*
*ATTN: DANIEL R. HORWEDEL*
*4616 E DUPONT RD*
*FORT WAYNE, IN 46825*
**Date Filed: 10/17/2016**
**Claim Face Value: $1,034.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 209 | UNS | Disallowed | | $1,034.00 | | $0.00 |
| | | | | $1,034.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**ANDRE COVINGTON**

**Case(s): 208 Clm No: 66 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/18/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**CARRIE NEWMAN**

**Case(s): 207 Clm No: 66 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/11/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**KIM KONOLD**

**Case(s): 207 Clm No: 67 Clm. Amt: $63,526.00**

*Address Redacted*
**Date Filed: 10/11/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $63,526.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | Disallowed | | $63,526.00 | | $0.00 |
| | | | | $63,526.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**RICO LOGAN**
**Case(s): 208 Clm No: 67 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 10/18/2016** **Claim Face Value:** | 208 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**MUNN, INC**
**Case(s): 209 Clm No: 67 Clm. Amt: $1,415.62**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *DBA OVERNIGHT INDUSTRIAL SUPPLY* *ATTN: RICHARD MUNN* *976 ENTERPRISE AVENUE* *SAN JACINTO, CA 92582* **Date Filed: 10/17/2016** **Claim Face Value: $1,415.62** | 209 | UNS | Disallowed | | $1,415.62 | | $0.00 |
| | | | | | $1,415.62 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**SIDEAM M. RANDOLPH**
**Case(s): 208 Clm No: 68 Clm. Amt: $29,027.44**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 10/18/2016** **Claim Face Value: $29,027.44** | 208 | UNS | | | $29,027.44 | | $0.00 |
| | | | | | $29,027.44 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JARMIE JOHNSON**
**Case(s): 207 Clm No: 68 Clm. Amt: $7,609.87**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 10/11/2016** **Bar Date: 1/30/2017** **Claim Face Value: $7,609.87** | 207 | UNS | Disallowed | | $7,609.87 | | $0.00 |
| | | | | | $7,609.87 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### J. F. AHERN CO.
**Case(s): 209 Clm No: 68 Clm. Amt: $208.00**

*ATTN: SHAWN M. ANHALT*
*855 MORRIS STREET*
*FOND DU LAC, WI 54935*
**Date Filed: 10/17/2016**
**Claim Face Value: $208.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $208.00 | | $0.00 |
| | | | | $208.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

### THE GRAPHIC EDGE
**Case(s): 209 Clm No: 69 Clm. Amt: $2,615.15**

*C/O BRUNER, BRUNER & REINHART, LLP*
*ATTN: BARRY T. BRUNER*
*225 E. 7TH STREET*
*CARROLL, IA 51401*
**Date Filed: 10/17/2016**
**Claim Face Value: $2,615.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Allowed | | $2,615.15 | | $2,615.15 |
| | | | | $2,615.15 | | $2,615.15 |

### LORI M. HUDAK
**Case(s): 207 Clm No: 69 Clm. Amt: $12,850.00**

*53 RIVERSIDE ROAD*
*SANDY HOOK, CT 06482*
**Date Filed: 10/11/2016**
**Claim Face Value: $12,850.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| | | | | $12,850.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 08/23/2022 | 4947 | Objection Granted | 10/26/2022 | 4987 |

### EATON INTERPRETING SERVICES, INC.
**Case(s): 208 Clm No: 69 Clm. Amt: $60,178.00**

*ATTN: KIM J. EATON*
*8333 OLIVINE AVE.*
*CITRUS HEIGHTS, CA 95610*
**Date Filed: 10/18/2016**
**Claim Face Value: $60,178.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $60,178.00 | | $0.00 |
| | | | | $60,178.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## WORXTIME, LLC
### Case(s): 208 Clm No: 70 Clm. Amt: $25,079.36

*C/O GINA LANCE*
*360B QUALITY CIRCLE*
*SUITE 220*
*HUNTSVILLE, AL 35806*
**Date Filed: 10/19/2016**
**Claim Face Value: $25,079.36**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $25,079.36 | | $0.00 |
| | | | | $25,079.36 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3879 | Objection Granted | 06/17/2020 | 3979 |

## PETER O'KEEFE
### Case(s): 207 Clm No: 70 Clm. Amt: $5,989.60

*13585 FLAGSTAFF AVE*
*APPLE VALLEY, MN 55124*
**Date Filed: 10/11/2016**
**Claim Face Value: $5,989.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | PRI | | | | | $5,989.60 |
| 207 | UNS | | | $5,989.60 | | $0.00 |
| | | | | $5,989.60 | | $5,989.60 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 11/17/2022 | 5044 | Objection Granted | 12/13/2022 | 5075 |

## PROFESSIONAL GUARD & PATROL, INC.
### Case(s): 209 Clm No: 70 Clm. Amt: $1,866.51

*ATTN: ANDREW BURNS*
*PO BOX 671586*
*HOUSTON, TX 77267*
**Date Filed: 10/18/2016**
**Claim Face Value: $1,866.51**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $1,866.51 | | $0.00 |
| | | | | $1,866.51 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## MCKINNON BROADCASTING CO.
### Case(s): 209 Clm No: 71 Clm. Amt: $21,352.00

*ATTN: JAYNE R. BEAT*
*4575 VIEWRIDGE AVE.*
*SAN DIEGO, CA 92123*
**Date Filed: 10/20/2016**
**Claim Face Value: $21,352.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $21,352.00 | | $0.00 |
| | | | | $21,352.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**ADTHEORY.COM**

**Case(s): 207 Clm No: 71 Clm. Amt: $42,360.00**

*ATTN: CHRISTOPHER BAKER*
*3052 NW MERCHANT WAY, SUITE 100*
*BEND, OR 97701*
**Date Filed: 10/11/2016**
**Claim Face Value: $42,360.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $42,360.00 | | |
| | | | | $42,360.00 | | |

**COMMUNICATION BY HAND, LLC**

**Case(s): 208 Clm No: 71 Clm. Amt: $29,397.00**

*ATTN: DELIA MOTT MERRITT*
*P.O. BOX 9064*
*AUSTIN, TX 78766*
**Date Filed: 10/19/2016**
**Claim Face Value: $29,397.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | 503(b)(9) | | | | | $0.00 |
| 208 | UNS | | | $29,397.00 | | $0.00 |
| | | | | $29,397.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**Ralph Davidson Kyle Williams**

**Case(s): 208 Clm No: 72 Clm. Amt: $21,677.17**

*Address Redacted*
**Date Filed: 10/20/2016**
**Claim Face Value: $21,677.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $21,677.17 | | $0.00 |
| | | | | $21,677.17 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Paid | 07/29/2019 | 3552 | Objection Granted | 09/25/2019 | 3634 |

**ELZBIETA J. NOWAK**

**Case(s): 207 Clm No: 72 Clm. Amt: $488.98**

*7618 CHANCELLOR WAY*
*SPRINGFIELD, VA 22153*
**Date Filed: 10/10/2016**
**Claim Face Value: $488.98**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | PRI | | | $488.98 | | |
| | | | | $488.98 | | |

**KELLY CLEANING & SUPPLIES, INC.**
**Case(s): 209 Clm No: 72 Clm. Amt: $4,773.68**

*ATTN: ALMA PETTIT*
*1445 DONLON ST, SUITE 4*
*VENTURA, CA 93003*
**Date Filed: 10/18/2016**
**Claim Face Value: $4,773.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $4,773.68 | | $0.00 |
| | | | | $4,773.68 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**MAYNE MECHANICAL LLC**
**Case(s): 209 Clm No: 73 Clm. Amt: $2,460.20**

*ATTN: GEORGE E MAYNE*
*5401 NEW EXPANSION DRIVE*
*ELDERSBURG, MD 21784*
**Date Filed: 10/17/2016**
**Claim Face Value: $2,460.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $2,460.20 | | $0.00 |
| | | | | $2,460.20 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**DEBORA L. LOWKE**
**Case(s): 207 Clm No: 73 Clm. Amt: $298.91**

*95 DUBLIN AVENUE*
*NASHUA, NH 03063*
**Date Filed: 10/10/2016**
**Claim Face Value: $298.91**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $298.91 | | $0.00 |
| | | | | $298.91 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 02/18/2022 | 4613 | Objection Granted | 03/31/2022 | 4730 |

**JEREMY MURPHY**
**Case(s): 208 Clm No: 73 Clm. Amt: $118.50**

*Address Redacted*
**Date Filed: 10/21/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $118.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $118.50 | | $0.00 |
| | | | | $118.50 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

**JEREMY MURPHY**
**Case(s): 208 Clm No: 74 Clm. Amt: $118.50**

*Address Redacted*
**Date Filed: 10/21/2016**
**Claim Face Value: $118.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $118.50 | | $0.00 |
| | | | | $118.50 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

**ARIEL L. FISHER**
**Case(s): 207 Clm No: 74 Clm. Amt: $27,000.00**

*Address Redacted*
**Date Filed: 10/11/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $27,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $27,000.00 | | $0.00 |
| | | | | $27,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**NORTH STATE COMMUNICATIONS**
**Case(s): 209 Clm No: 74 Clm. Amt: $701.19**

*ATTN: TAMARA PLUMMER*
*111 NORTH MAIN STREET*
*HIGH POINT, NC 27260*
**Date Filed: 10/14/2016**
**Claim Face Value: $701.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $701.19 | | $0.00 |
| | | | | $701.19 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**STAFFMARK INVESTMENT, LLC**
**Case(s): 209 Clm No: 75 Clm. Amt: $2,160.42**

*ATTN: LISA BAILEY*
*201 EAST 4TH STREET SUIT 800*
*CINCINNATI, OH 45202*
**Date Filed: 10/17/2016**
**Claim Face Value: $2,160.42**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $2,160.42 | | $0.00 |
| | | | | $2,160.42 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**TAYLOR RAYMOND**
**Case(s): 207 Clm No: 75 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/10/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**GLENN E TANNER**
**Case(s): 208 Clm No: 75 Clm. Amt: $964,668.00**

*7302 WOOD STREAM DR*
*INDIANAPOLIS, IN 46254*
**Date Filed: 10/21/2016**
**Amended By Clm #: 417**
**Claim Face Value: $964,668.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $10,000.00 | | $0.00 |
| 208 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| 208 | UNS | Disallowed | | $941,818.00 | | $0.00 |
| | | | | $964,668.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

**MACT STAFFING LP**
**Case(s): 208 Clm No: 76 Clm. Amt: $404.47**

*ATTN: JESSICA ARGUBRIGHT*
*505 EAST HUNTLAND DR., STE 190*
*AUSTIN, TX 78752*
**Date Filed: 10/21/2016**
**Claim Face Value: $404.47**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | 503(b)(9) | Disallowed | | Unknown | Y | $0.00 |
| 208 | UNS | Disallowed | | $404.47 | | $0.00 |
| | | | | $404.47 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**JOHN E. THOMPSON**
**Case(s): 207 Clm No: 76 Clm. Amt: $1,600.00**

*805 LIBERTY DR.*
*MISHAWAKA, IN 46545*
**Date Filed: 10/10/2016**
**Claim Face Value: $1,600.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $200.00 | | $0.00 |
| 207 | PRI | Disallowed | | $1,400.00 | | $0.00 |
| | | | | $1,600.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

**COMMERCIAL INVESTMENTS, LLC**
**Case(s): 209 Clm No: 76 Clm. Amt: $585,787.58**

*ATTN: TROY HAKE*
*915 N MAIN STREET*
*INDEPENDENCE, OR 97351*
**Date Filed: 10/19/2016**
**Claim Face Value: $585,787.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $585,787.58 | | $0.00 |
| | | | | $585,787.58 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**CARMEN Z. BAKER**
**Case(s): 209 Clm No: 77 Clm. Amt: $11,968.90**

*Address Redacted*
**Date Filed: 10/24/2016**
**Claim Face Value: $11,968.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $11,968.90 | | $0.00 |
| | | | | $11,968.90 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ROSE E. LAFONTAINE**

**Case(s): 207 Clm No: 77 Clm. Amt: $278.95**

*117 WIRE ROAD*
*MERRIMACK, NH 03054*
**Date Filed: 10/10/2016**
**Claim Face Value: $278.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $278.95 | | $0.00 |
| | | | | $278.95 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 02/18/2022 | 4613 | Objection Granted | 03/31/2022 | 4730 |

**GLENN E TANNER**

**Case(s): 208 Clm No: 77 Clm. Amt: $14,677.23**

*7302 WOOD STREAM DR*
*INDIANAPOLIS, IN 46254*
**Date Filed: 10/21/2016**
**Amended By Clm #: 418**
**Claim Face Value: $14,677.23**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Withdrawn | | $12,323.29 | | $0.00 |
| 208 | UNS | Withdrawn | | $2,353.94 | | $0.00 |
| | | | | $14,677.23 | | $0.00 |

**JOHNNY DOOLEY**

**Case(s): 207 Clm No: 78 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 10/11/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**LUCENT MEDIA, LLC**

**Case(s): 209 Clm No: 78 Clm. Amt: $96,583.00**

*ATTN: MARK CORONADO*
*304 N. VALENCIA ST.*
*GLENDORA, CA 91741*
**Date Filed: 10/24/2016**
**Amended By Clm #: 221**
**Claim Face Value: $96,583.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $96,583.00 | | $0.00 |
| | | | | $96,583.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 09/02/2020 | 4048 | Objection Granted | 10/22/2020 | 4111 |

## HAMIM BIN ALAM RAFI
### Case(s): 208 Clm No: 78 Clm. Amt: $52,276.77

*Address Redacted*
**Date Filed: 10/22/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $52,276.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $52,276.77 | | $0.00 |
| | | | | $52,276.77 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## AARON JAMES LANDRUM
### Case(s): 208 Clm No: 79 Clm. Amt: $59,056.60

*Address Redacted*
**Date Filed: 10/23/2016**
**Claim Face Value: $59,056.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $59,056.60 | | $0.00 |
| | | | | $59,056.60 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## A & A SOLUTIONS
### Case(s): 209 Clm No: 79 Clm. Amt: $7,105.00

*ATTN: MELISSA GOSSETT*
*P.O BOX 481*
*HELENA, AL 35080*
**Date Filed: 10/21/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $7,105.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $7,000.00 | | $0.00 |
| 209 | UNS | Disallowed | | $105.00 | | $0.00 |
| | | | | $7,105.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**SHARNICE CRAWFORD**
**Case(s): 207 Clm No: 79 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/11/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TIMOTHY DEYOUNG**
**Case(s): 207 Clm No: 80 Clm. Amt: $3,864.00**

*Address Redacted*
**Date Filed: 10/11/2016**
**Claim Face Value: $3,864.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $3,864.00 | | $0.00 |
| | | | | $3,864.00 | | $0.00 |

**ONTARIO REFRIGERATION SERVICE INC. (ORSI)**
**Case(s): 209 Clm No: 80 Clm. Amt: $6,714.00**

*ATTN: JESSICA ROE*
*635 SOUTH MOUNTAIN AVE*
*ONTARIO, CA 91762*
**Date Filed: 10/24/2016**
**Claim Face Value: $6,714.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $6,714.00 | | $0.00 |
| | | | | $6,714.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**STEVEN PHARO**
**Case(s): 208 Clm No: 80 Clm. Amt: $6,502.25**

*Address Redacted*
**Date Filed: 10/23/2016**
**Claim Face Value: $6,502.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $6,502.25 | | $0.00 |
| | | | | $6,502.25 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BRYAN R. VIG
**Case(s): 209 Clm No: 81 Clm. Amt: $300.00**

*Address Redacted*
**Date Filed: 10/24/2016**
**Claim Face Value: $300.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $300.00 | | $0.00 |
| | | | | $300.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

## HERNAN ZARATE
**Case(s): 207 Clm No: 81 Clm. Amt: $63,000.00**

*Address Redacted*
**Date Filed: 10/11/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $63,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $63,000.00 | | $0.00 |
| | | | | $63,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CHRISTOPHER DESHAWN JACKSON
**Case(s): 208 Clm No: 81 Clm. Amt: $739.50**

*Address Redacted*
**Date Filed: 10/23/2016**
**Claim Face Value: $739.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | 503(b)(9) | Disallowed | | $739.50 | | $0.00 |
| | | | | $739.50 | | $0.00 |

## DEBORAH SMITH
**Case(s): 208 Clm No: 82 Clm. Amt: $10,676.44**

*165 HIGH STREET*
*RANDOLPH, MA 02368*
**Date Filed: 10/24/2016**
**Claim Face Value: $10,676.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $10,676.44 | | $0.00 |
| | | | | $10,676.44 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Paid | 05/04/2021 | 53 | Objection Granted | 06/23/2021 | 60 |

## BOBBY HOLMES
### Case(s): 207 Clm No: 82 Clm. Amt:

*Address Redacted*
**Date Filed: 10/11/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DATASAVERS OF JACKSONVILLE
### Case(s): 209 Clm No: 82 Clm. Amt: $669.20

*ATTN: MICHAEL LOMBRADI*
*888 SUEMAC RD*
*JACKSONVILLE, FL 32254*
**Date Filed: 10/24/2016**
**Claim Face Value: $669.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $669.20 | | $0.00 |
| | | | | $669.20 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## BRUCE WARREN II
### Case(s): 209 Clm No: 83 Clm. Amt:

*Address Redacted*
**Date Filed: 10/24/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JONATHAN VILLEGAS
### Case(s): 207 Clm No: 83 Clm. Amt: $48,000.00

*Address Redacted*
**Date Filed: 10/11/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $48,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $48,000.00 | | $0.00 |
| | | | | $48,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**THE ATLANTIS COMPANY**
**Case(s): 208 Clm No: 83 Clm. Amt: $3,573.99**

*PO BOX 5047*
*LARGO, FL 33779*
**Date Filed: 10/20/2016**
**Claim Face Value: $3,573.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | Allowed | | $3,573.99 | | $3,573.99 |
| | | | | $3,573.99 | | $3,573.99 |

**DUSTIN VICK**
**Case(s): 208 Clm No: 84 Clm. Amt: $2,860.00**

*2000 STAPP DR NE*
*HUNTSVILLE, AL 35811*
**Date Filed: 10/14/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $2,860.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | PRI | Disallowed | | $2,860.00 | | $0.00 |
| | | | | $2,860.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 05/04/2021 | 52 | Claim Withdrawn | | |
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

**NICOLE AMBER AUGHE**
**Case(s): 207 Clm No: 84 Clm. Amt: $9,000.00**

*Address Redacted*
**Date Filed: 10/11/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $9,000.00 | | $0.00 |
| | | | | $9,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SANJIB CHOWDHURY**
**Case(s): 209 Clm No: 84 Clm. Amt: $2,422.00**

*1927 SHILOH DRIVE*
*COLUMBUS, IN 47203*
**Date Filed: 10/25/2016**
**Claim Face Value: $2,422.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $2,422.00 | | $0.00 |
| | | | | $2,422.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

### SHEMEKA DRUMMOND
**Case(s): 209 Clm No: 85 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/25/2016**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 209 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### ALBERT PIERCE
**Case(s): 207 Clm No: 85 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/11/2016**
**Orig. Date Filed: 9/26/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### TIMOTHY JOYNER HALL
**Case(s): 208 Clm No: 85 Clm. Amt: $1,177.50**

*Address Redacted*
**Date Filed: 10/20/2016**
**Claim Face Value: $1,177.50**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 208 | PRI | Disallowed | | $1,177.50 | | $0.00 |
| | | | | | $1,177.50 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed against wrong company | 08/23/2022 | 79 | Objection Granted | 10/26/2022 | 82 |

### BAY CITY TELEVISION, INC
**Case(s): 208 Clm No: 86 Clm. Amt: $13,260.00**

*ATTN: LESSLYE FLORES*
*8253 RONSON ROAD*
*SAN DIEGO, CA 92111*
**Date Filed: 10/20/2016**
**Claim Face Value: $13,260.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 208 | UNS | | | $13,260.00 | | $0.00 |
| | | | | | $13,260.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## COURTTNEA HENDERSON TURNER
### Case(s): 207 Clm No: 86 Clm. Amt: $22,009.00

*Address Redacted*
**Date Filed: 10/11/2016**
**Claim Face Value: $22,009.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $22,009.00 | | $0.00 |
| | | | | $22,009.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DEBRA S. O'BRYAN FBO FMT CO IRA
### Case(s): 209 Clm No: 86 Clm. Amt: $93,532.50

*ATTN: DEBRA S. O'BRYAN*
*4 DAVEY LANE*
*WINCHESTER, MA 01890*
**Date Filed: 10/25/2016**
**Claim Face Value: $93,532.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $93,532.50 | | $0.00 |
| | | | | $93,532.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## MICHELLE MAIER
### Case(s): 209 Clm No: 87 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed: 10/25/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ROJENSON U
### Case(s): 208 Clm No: 87 Clm. Amt: $1,939.00

*Address Redacted*
**Date Filed: 10/20/2016**
**Claim Face Value: $1,939.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $1,939.00 | | $0.00 |
| | | | | $1,939.00 | | $0.00 |

## CALOB PEOPLES
### Case(s): 207 Clm No: 87 Clm. Amt: $18,311.74

*Address Redacted*
**Date Filed: 10/12/2016**
**Claim Face Value: $18,311.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | Disallowed | | $18,311.74 | | $0.00 |
| | | | | $18,311.74 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## CHARLES BLOW
### Case(s): 207 Clm No: 88 Clm. Amt: $20,000.00

*Address Redacted*
**Date Filed: 10/12/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | Disallowed | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## FORT WAYNE STORAGE LLC
### Case(s): 208 Clm No: 88 Clm. Amt: $1,034.00

*DBA DUPONT OFFICE & STORAGE*
*ATTN: DANIEL R. HORWEDEL*
*4616 E DUPONT RD*
*FORT WAYNE, IN 46825*
**Date Filed: 10/17/2016**
**Claim Face Value: $1,034.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 208 | UNS | | | $1,034.00 | | $0.00 |
| | | | | $1,034.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## JENNIFER EVERLY
### Case(s): 209 Clm No: 88 Clm. Amt: $700.40

*230 EASTERN AVE., UNIT 202*
*MANCHESTER, NH 03104*
**Date Filed: 10/26/2016**
**Claim Face Value: $700.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 209 | PRI | Allowed | | $30.00 | | $30.00 |
| 209 | PRI | Allowed | | $670.40 | | $670.40 |
| | | | | $700.40 | | $700.40 |

**SYNERGY ENVIRONMENTAL SERVICES, LLC**
**Case(s): 209 Clm No: 89 Clm. Amt: $11,005.57**

*ATTN: STACEY MOORE*
*P.O. BOX 1217*
*HURST, TX 76053*
**Date Filed: 10/26/2016**
**Claim Face Value: $11,005.57**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $11,005.57 | | $0.00 |
| | | | | $11,005.57 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**MUNN, INC**
**Case(s): 208 Clm No: 89 Clm. Amt: $1,415.62**

*DBA OVERNIGHT INDUSTRIAL SUPPLY*
*ATTN: RICHARD MUNN*
*976 ENTERPRISE AVENUE*
*SAN JACINTO, CA 92582*
**Date Filed: 10/24/2016**
**Claim Face Value: $1,415.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $1,415.62 | | $0.00 |
| | | | | $1,415.62 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**Kenneth Clemens**
**Case(s): 207 Clm No: 89 Clm. Amt: $6,470.00**

*Address Redacted*
**Date Filed: 10/12/2016**
**Claim Face Value: $6,470.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $6,470.00 | | $0.00 |
| | | | | $6,470.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DONALD MULDER**
**Case(s): 207 Clm No: 90 Clm. Amt: $26,380.07**

*Address Redacted*
**Date Filed: 10/12/2016**
**Claim Face Value: $26,380.07**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $26,380.07 | | $0.00 |
| | | | | $26,380.07 | | $0.00 |

### J. F. AHERN CO.
**Case(s): 208 Clm No: 90 Clm. Amt: $208.00**

*ATTN: SHAWN M. ANHALT*
*855 MORRIS STREET*
*FOND DU LAC, WI 54935*
**Date Filed: 10/17/2016**
**Claim Face Value: $208.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $208.00 | | $0.00 |
| | | | | $208.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

### CHAD PATTON COLBURN
**Case(s): 209 Clm No: 90 Clm. Amt: $4,200.00**

*15827 DECATUR ST*
*OMAHA, NE 68118*
**Date Filed: 10/18/2016**
**Claim Face Value: $4,200.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $4,200.00 | | $0.00 |
| | | | | $4,200.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | | | Objection Granted | | 3079 |
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

### SOUTH SURBURBAN CHAMBER OF COMMERCE
**Case(s): 209 Clm No: 91 Clm. Amt: $400.00**

*ATTN: BARBARA WESENER*
*8580 S. HOWELL AVENUE*
*OAK CREEK, WI 53132*
**Date Filed: 10/17/2016**
**Claim Face Value: $400.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $400.00 | | $0.00 |
| | | | | $400.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

### THE GRAPHIC EDGE
**Case(s): 208 Clm No: 91 Clm. Amt: $2,615.15**

*C/O BRUNER, BRUNER, & REINHART, LLP*
*ATTN: BARRY T. BRUNER*
*225 E. 7TH STREET*
*CARROLL, IA 51401*
**Date Filed: 10/17/2016**
**Claim Face Value: $2,615.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $2,615.15 | | $0.00 |
| | | | | $2,615.15 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2020 | 3878 | Objection Granted | 05/21/2020 | 3946 |

**HUNG NGOC NGUYEN**
**Case(s): 207 Clm No: 91 Clm. Amt: $175.00**

*Address Redacted*
**Date Filed: 10/12/2016**
**Claim Face Value: $175.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $175.00 | | $0.00 |
| | | | | $175.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

---

**PROFESSIONAL GUARD & PATROL, INC.**
**Case(s): 208 Clm No: 92 Clm. Amt: $1,866.51**

*ATTN: ANDREW BURNS*
*PO BOX 671586*
*HOUSTON, TX 77267*
**Date Filed: 10/24/2016**
**Claim Face Value: $1,866.51**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $1,866.51 | | $0.00 |
| | | | | $1,866.51 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

---

**DOUGLAS COUNTY TAX COMMISSIONER**
**Case(s): 209 Clm No: 92 Clm. Amt: $5,613.93**

*ATTN: JENNIFER LIERSH*
*5200 Fairburn Rd*
*Douglasville, GA 30314*
**Date Filed: 10/17/2016**
**Claim Face Value: $5,613.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | PRI | Disallowed | | $5,613.93 | | $0.00 |
| | | | | $5,613.93 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

---

**ASIA LOWE**
**Case(s): 207 Clm No: 92 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/12/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MITCHELL D. HUGHES
### Case(s): 207 Clm No: 93 Clm. Amt: $28,360.65

| *Address Redacted*<br>**Date Filed: 10/12/2016**<br>**Claim Face Value: $28,360.65** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | Disallowed | | $28,360.65 | | $0.00 |
| | | | | | $28,360.65 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## LIFESCRIPT, INC
### Case(s): 209 Clm No: 93 Clm. Amt: $14,739.00

| *900 Glenneyre St, Ste 944B*<br>*Laguna Beach, CA 92651*<br>**Date Filed: 10/24/2016**<br>**Claim Face Value: $14,739.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 209 | UNS | Disallowed | | $14,739.00 | | $0.00 |
| | | | | | $14,739.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## MCKINNON BROADCASTING CO.
### Case(s): 208 Clm No: 93 Clm. Amt: $21,352.00

| *ATTN: JAYNE R. BEAT*<br>*4575 VIEWRIDGE CO.*<br>*SAN DIEGO, CA 92123*<br>**Date Filed: 10/20/2016**<br>**Claim Face Value: $21,352.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 208 | UNS | Disallowed | | $21,352.00 | | $0.00 |
| | | | | | $21,352.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## KELLY CLEANING & SUPPLIES, INC.
### Case(s): 208 Clm No: 94 Clm. Amt: $4,773.68

| *ATTN: ALMA PETTIT*<br>*1445 DONLON STREET, STE 4*<br>*VENTURA, CA 93003*<br>**Date Filed: 10/18/2016**<br>**Claim Face Value: $4,773.68** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 208 | UNS | Disallowed | | $4,773.68 | | $0.00 |
| | | | | | $4,773.68 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

### CENTURY FIRE SPRINKLERS INC
### Case(s): 207 Clm No: 94 Clm. Amt: $216.00

*ATTN: TERI STEVENS*
*1901 BEDFORD RD*
*NORTH KANSAS CITY, MO 64116*
**Date Filed: 10/12/2016**
**Claim Face Value: $216.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | 503(b)(9) | Disallowed | | $216.00 | | $0.00 |
| 207 | UNS | Allowed | | | | $216.00 |
| | | | | $216.00 | | $216.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 02/09/2021 | 4198 | Objection Granted | 04/21/2021 | 4277 |

### MCMASTER-CARR SUPPLY COMPANY
### Case(s): 209 Clm No: 94 Clm. Amt: $86.60

*ATTN: MATTHEW A. SHAPIRO*
*P.O. BOX 5370*
*PRINCETON, NJ 08543*
**Date Filed: 10/21/2016**
**Claim Face Value: $86.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 209 | UNS | Allowed | | $86.60 | | $86.60 |
| | | | | $86.60 | | $86.60 |

### LENZY ELLOITT GAITER
### Case(s): 209 Clm No: 95 Clm. Amt: $24,688.39

*Address Redacted*
**Date Filed: 10/24/2016**
**Claim Face Value: $24,688.39**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 209 | UNS | Disallowed | | $24,688.39 | | $0.00 |
| | | | | $24,688.39 | | $0.00 |

### RAUL LUIS VILLARREAL III
### Case(s): 207 Clm No: 95 Clm. Amt: $19,000.00

*Address Redacted*
**Date Filed: 10/12/2016**
**Claim Face Value: $19,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | Disallowed | | $19,000.00 | | $0.00 |
| | | | | $19,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### MAYNE MECHANICAL LLC
**Case(s): 208 Clm No: 95 Clm. Amt: $2,460.20**

*ATTN: GEORGE E. MAYNE*
*5401 NEW EXPANSION DRIVE*
*ELDERSBURG, MD 21784*
**Date Filed: 10/17/2016**
**Claim Face Value: $2,460.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $2,460.20 | | $0.00 |
| | | | | $2,460.20 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

### NORTH STATE COMMUNICATIONS
**Case(s): 208 Clm No: 96 Clm. Amt: $701.19**

*ATTN: TAMARA PLUMMER*
*111 NORTH MAIN ST.*
*HIGH POINT, NC 27260*
**Date Filed: 10/14/2016**
**Claim Face Value: $701.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $701.19 | | $0.00 |
| | | | | $701.19 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

### CONVERT ADVERTISING
**Case(s): 207 Clm No: 96 Clm. Amt: $27,588.00**

*ATTN: LETICIA NAZARENO*
*2385 ORO COURT*
*CHULA VISTA, CA 91915*
**Date Filed: 10/11/2016**
**Claim Face Value: $27,588.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $27,588.00 | | $0.00 |
| | | | | $27,588.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

### Leading Edge Personnel
**Case(s): 209 Clm No: 96 Clm. Amt: $4,484.20**

*12500 San Pedro Ave, Ste 120*
*San Antonio, TX 78216-2890*
**Date Filed: 10/24/2016**
**Claim Face Value: $4,484.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $4,484.20 | | $0.00 |
| | | | | $4,484.20 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## Cascade Healthcare Services, LLC
### Case(s): 209 Clm No: 97 Clm. Amt: $9,880.00

Attn: David Wayne Frauhiger
101 Nickerson St, Ste 200
Seattle, WA 98109
**Date Filed: 10/24/2016**
**Claim Face Value: $9,880.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $9,880.00 | | $0.00 |
| | | | | $9,880.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|-----------------|--------------|----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## COMFORT AIR INC
### Case(s): 207 Clm No: 97 Clm. Amt: $1,114.67

ATTN: LISA DUBURG
PO BOX 1969
STOCKTON, CA 95201
**Date Filed: 10/12/2016**
**Claim Face Value: $1,114.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,114.67 | | |
| | | | | $1,114.67 | | |

## STAFFMARK INVESTMENT, LLC
### Case(s): 208 Clm No: 97 Clm. Amt: $2,160.42

ATTN: LISA BAILEY
201 EAST 4TH STREET, SUITE 800
CINCINNATI, OH 45202
**Date Filed: 10/17/2016**
**Claim Face Value: $2,160.42**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $2,160.42 | | $0.00 |
| | | | | $2,160.42 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|-----------------|--------------|----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## COMMERCIAL INVESTMENTS, LLC
### Case(s): 208 Clm No: 98 Clm. Amt: $585,787.58

ATTN: TROY HAKE
915 N MAIN STREET
INDEPENDENCE, OR 97351
**Date Filed: 10/19/2016**
**Claim Face Value: $585,787.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $585,787.58 | | $0.00 |
| | | | | $585,787.58 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|-----------------|--------------|----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**JERI ALDEA**
**Case(s): 207 Clm No: 98 Clm. Amt: $26,000.00**

| *Address Redacted*<br>**Date Filed: 10/12/2016**<br>**Claim Face Value: $26,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | Disallowed | | $26,000.00 | | $0.00 |
| | | | | | $26,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**PAUL LOUISSAINT**
**Case(s): 209 Clm No: 98 Clm. Amt: $30,474.87**

| *Address Redacted*<br>**Date Filed: 10/26/2016**<br>**Claim Face Value: $30,474.87** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 209 | UNS | Disallowed | | $30,474.87 | | $0.00 |
| | | | | | $30,474.87 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**KIUMARS SETAYESH**
**Case(s): 209 Clm No: 99 Clm. Amt: $7,415.90**

| *231 DUNCASTER ROAD*<br>*BLOOMFIELD, CT 06002*<br>**Date Filed: 10/26/2016**<br>**Claim Face Value: $7,415.90** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 209 | UNS | Disallowed | | $7,415.90 | | $0.00 |
| | | | | | $7,415.90 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**NICHOLAS BYRNES**
**Case(s): 207 Clm No: 99 Clm. Amt: $1,000.00**

| *4665 LEDGEWOOD DR*<br>*MEDINA, OH 44256*<br>**Date Filed: 10/12/2016**<br>**Claim Face Value:** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | Allowed | | $1,000.00 | | $815.84 |
| | | | | | $1,000.00 | | $815.84 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed against wrong company | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

## CARMEN Z. BAKER
### Case(s): 208 Clm No: 99 Clm. Amt: $11,968.90

*Address Redacted*
**Date Filed: 10/21/2016**
**Claim Face Value: $11,968.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $11,968.90 | | $0.00 |
| | | | | $11,968.90 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LUCENT MEDIA, LLC
### Case(s): 208 Clm No: 100 Clm. Amt: $96,583.00

*ATTN: MARK CORONADO*
*304 N. VALENCIA ST.*
*GLENDORA, CA 91741*
**Date Filed: 10/24/2016**
**Amended By Clm #: 272**
**Claim Face Value: $96,583.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $96,583.00 | | $0.00 |
| | | | | $96,583.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 02/19/2020 | 4048 | Objection Granted | 10/22/2020 | 4111 |

## ALICIA RUTHERFORD
### Case(s): 207 Clm No: 100 Clm. Amt: $10,000.00

*Address Redacted*
**Date Filed: 10/12/2016**
**Orig. Date Filed: 9/16/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KENYA JEROME ALEXANDER
### Case(s): 209 Clm No: 100 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 10/27/2016**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## THOMAS BONNER
### Case(s): 209 Clm No: 101 Clm. Amt: $251.95

6905 TAYLORS VALLEY CREEK DR
TEMPLE, TX 76502
**Date Filed: 10/27/2016**
**Claim Face Value: $251.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $251.95 | | $0.00 |
| | | | | $251.95 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-------------------|----------------|------------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## SYLVIA ASTORGA
### Case(s): 207 Clm No: 101 Clm. Amt: $464.84

11903 ZACATECAS COURT
SAN ANTONIO, TX 78253
**Date Filed: 10/12/2016**
**Claim Face Value: $464.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | PRI | Allowed | | $464.84 | | $464.84 |
| | | | | $464.84 | | $464.84 |

## DENISE NELSON
### Case(s): 208 Clm No: 101 Clm. Amt: $986.00

20 WOODSTOCK DR.
BROWNSBURG, IN 46112
**Date Filed: 10/24/2016**
**Claim Face Value: $986.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 208 | UNS | Allowed | | $986.00 | | $986.00 |
| | | | | $986.00 | | $986.00 |

## A & A SOLUTIONS
### Case(s): 208 Clm No: 102 Clm. Amt: $7,105.00

ATTN: MELISSA GOSSETT
P.O BOX 481
HELENA, AL 35080
**Date Filed: 10/21/2016**
**Claim Face Value: $7,105.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 208 | PRI | | | $7,000.00 | | $0.00 |
| 208 | UNS | | | $105.00 | | $0.00 |
| | | | | $7,105.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-------------------|----------------|------------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## JEREMY MEHAFFEY
### Case(s): 207 Clm No: 102 Clm. Amt: $1,000.00

809 TROTTER LN
HIXSON, TN 37343
**Date Filed: 10/12/2016**
**Claim Face Value: $1,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | PRI | Allowed | | $1,000.00 | | $1,000.00 |
| | | | | $1,000.00 | | $1,000.00 |

## ALIREZA TALEBIZADEH
**Case(s): 209 Clm No: 102 Clm. Amt: $1,890.00**

*611 EAGLECREEK DR*
*LEANDER, TX 78641*
**Date Filed: 10/27/2016**
**Claim Face Value: $1,890.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $1,890.00 | | $0.00 |
| | | | | $1,890.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## BOSTON CLEANING CO. INC
**Case(s): 209 Clm No: 103 Clm. Amt: $6,337.28**

*150P NEW BOSTON ST.*
*WOBURN, MA 01801*
**Date Filed: 10/25/2016**
**Claim Face Value: $6,337.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $6,337.28 | | $0.00 |
| | | | | $6,337.28 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## REGINALD MILLER II
**Case(s): 207 Clm No: 103 Clm. Amt: $31,714.87**

*Address Redacted*
**Date Filed: 10/12/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $31,714.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $31,714.87 | | $0.00 |
| | | | | $31,714.87 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ONTARIO REFRIGERATION SERVICE INC.
**Case(s): 208 Clm No: 103 Clm. Amt: $6,714.00**

*ATTN: JESSICA ROE*
*635 SOUTH MOUNTAIN AVE*
*ONTARIO, CA 91762*
**Date Filed: 10/24/2016**
**Claim Face Value: $6,714.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $6,714.00 | | $0.00 |
| | | | | $6,714.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

### BRYAN R VIG
**Case(s): 208 Clm No: 104 Clm. Amt: $300.00**

*Address Redacted*
**Date Filed: 10/24/2016**
**Claim Face Value: $300.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $300.00 | | $0.00 |
| | | | | $300.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 08/23/2022 | 79 | Objection Granted | 10/26/2022 | 82 |

### RHNAE STEDDUM
**Case(s): 207 Clm No: 104 Clm. Amt: $10,000.00**

*8518 E LIMERICK ST.*
*WICHITA, KS 67206*
**Date Filed: 10/12/2016**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4624 | Objection Granted | 04/25/2022 | 4809 |

### LESLIE REED
**Case(s): 209 Clm No: 104 Clm. Amt: $1,629.00**

*Address Redacted*
**Date Filed: 10/25/2016**
**Claim Face Value: $1,629.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | Unknown | Y | $0.00 |
| 209 | UNS | Disallowed | | $1,629.00 | | $0.00 |
| | | | | $1,629.00 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### TOCCARA PRECIOUS CLAY
**Case(s): 209 Clm No: 105 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed: 10/25/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TIMOTHY T. A. JOHNSON**
**Case(s): 207 Clm No: 105 Clm. Amt: $22,122.87**

*Address Redacted*
**Date Filed: 10/12/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $22,122.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $22,122.87 | | $0.00 |
| | | | | $22,122.87 | | $0.00 |

**DATASAVERS OF JACKSONVILLE**
**Case(s): 208 Clm No: 105 Clm. Amt: $669.20**

*C/O DATASAVERS, INC.*
*ATTN: MICHAEL LOMBARDI*
*888 SUEMAC RD*
*JACKSONVILLE, FL 32254*
**Date Filed: 10/24/2016**
**Claim Face Value: $669.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $669.20 | | $0.00 |
| | | | | $669.20 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**BRUCE WARREN II**
**Case(s): 208 Clm No: 106 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/24/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JAMES WOODY**
**Case(s): 207 Clm No: 106 Clm. Amt: $24,774.10**

*Address Redacted*
**Date Filed: 10/12/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $24,774.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $24,774.10 | | $0.00 |
| | | | | $24,774.10 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## GRANITE STATE GLASS
**Case(s): 209 Clm No: 106 Clm. Amt: $562.00**

*ATTN: PATRICK J. MARCOTTE*
*4 AVIATION DR.*
*GILFORD, NH 03249*
**Date Filed: 10/25/2016**
**Claim Face Value: $562.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 209 | UNS | Allowed | | $562.00 | | $562.00 |
| | | | | $562.00 | | $562.00 |

## FIELDEN HENDRY-SMITH
**Case(s): 209 Clm No: 107 Clm. Amt: $1,400.00**

*Address Redacted*
**Date Filed: 10/25/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,400.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 209 | UNS | Disallowed | | $1,400.00 | | $0.00 |
| | | | | $1,400.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## JOEL SPILLMAN
**Case(s): 207 Clm No: 107 Clm. Amt: $551.25**

*809 JEFFERSON AVENUE*
*METAIRIE, LA 70001*
**Date Filed: 10/12/2016**
**Claim Face Value: $525.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | PRI | Disallowed | | $26.25 | | $0.00 |
| 207 | PRI | Allowed | | $525.00 | | $551.25 |
| | | | | $551.25 | | $551.25 |

## KAYVON SADEGHI
**Case(s): 208 Clm No: 107 Clm. Amt: $9,925.77**

*Address Redacted*
**Date Filed: 10/24/2016**
**Claim Face Value: $9,925.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 208 | UNS | Disallowed | | $9,925.77 | | $0.00 |
| | | | | $9,925.77 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**SANJIB CHOWDHURY**

**Case(s): 208 Clm No: 108 Clm. Amt: $2,422.00**

*1927 SHILOH DRIVE*
*COLUMBUS, IN 47203*
**Date Filed: 10/25/2016**
**Claim Face Value: $2,422.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $2,422.00 | | $0.00 |
| | | | | $2,422.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**PINNACLE PRODEV, LLC**

**Case(s): 207 Clm No: 108 Clm. Amt: $17,001.11**

*ATTN: BRIAN SALK*
*37510 SIENNA OAKS DRIVE*
*NEW BALTIMORE, MI 48047*
**Date Filed: 10/12/2016**
**Claim Face Value: $17,001.11**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $17,001.11 | | $0.00 |
| | | | | $17,001.11 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**CERTIFIED RECORDS MANAGEMENT**

**Case(s): 209 Clm No: 108 Clm. Amt: $439.20**

*ATTN: SEAN KELLEY*
*7880 CROSSWAY DR.*
*PICO RIVERA, CA 90660*
**Date Filed: 10/25/2016**
**Claim Face Value: $439.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $439.20 | | $0.00 |
| | | | | $439.20 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**GREENVILLE WATER**

**Case(s): 209 Clm No: 109 Clm. Amt: $18.22**

*ATTN: KATHY E. REEDER*
*P.O. BOX 687*
*GREENVILLE, SC 29602-0687*
**Date Filed: 10/25/2016**
**Claim Face Value: $18.22**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $18.22 | | $0.00 |
| | | | | $18.22 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | | Objection Granted | | 3079 |
| Miscellaneous objection | | 3877 | Objection Granted | 05/20/2020 | 3931 |

**DEMETRAS ANGELE BURGIN**
**Case(s): 207 Clm No: 109 Clm. Amt: $17,552.00**

*Address Redacted*
**Date Filed: 10/12/2016**
**Claim Face Value: $17,552.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $17,552.00 | | $0.00 |
| | | | | $17,552.00 | | $0.00 |

**SHEMEKA DRUMMOND**
**Case(s): 208 Clm No: 109 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/25/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DEBRA S. O'BRYAN FBO FMT CO IRA**
**Case(s): 208 Clm No: 110 Clm. Amt: $93,532.50**

*ATTN: DEBRA S. O'BRYAN*
*4 DAVEY LANE*
*WINCHESTER, MA 01890*
**Date Filed: 10/25/2016**
**Claim Face Value: $93,532.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $93,532.50 | | $0.00 |
| | | | | $93,532.50 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**BRIA MELANCON**
**Case(s): 207 Clm No: 110 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/12/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**The Training Associates Corp**
**Case(s): 209 Clm No: 110 Clm. Amt: $3,750.00**

*Attn: Elizabeth A Malone*
*11 Apex Dr, Ste 202A*
*Marlborough, MA 01752*
**Date Filed: 10/25/2016**
**Claim Face Value: $3,750.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $3,750.00 | | $0.00 |
| | | | | $3,750.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2020 | 3878 | Objection Granted | 05/21/2020 | 3946 |

**GREENVILLE WATER**
**Case(s): 209 Clm No: 111 Clm. Amt: $364.54**

*ATTN: KATHY E. REEDER*
*P O BOX 687*
*GREENVILLE, SC 29602-0687*
**Date Filed: 10/25/2016**
**Claim Face Value: $364.54**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $364.54 | | $0.00 |
| | | | | $364.54 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**MARY LAMBERG**
**Case(s): 207 Clm No: 111 Clm. Amt: $5,000.00**

*1123 MAXVILLE RD*
*BOONVILLE, IN 47601*
**Date Filed: 10/12/2016**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

**BUJINLKHAM BADAM**
**Case(s): 208 Clm No: 111 Clm. Amt: $3,000.00**

*7708 GROVELAND HEIGHTS CT*
*SPRINGFIELD, VA 22153*
**Date Filed: 10/25/2016**
**Claim Face Value: $3,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $3,000.00 | | $0.00 |
| | | | | $3,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## MICHELLE MAIER
### Case(s): 208 Clm No: 112 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed: 10/25/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## NATIONAL BACKGROUND CHECK INC.
### Case(s): 207 Clm No: 112 Clm. Amt: $1,190.00

*ATTN: MARLA BAUGHMAN*
*4140 EXECUTIVE PKWY.*
*WESTERVILLE, OH 43081*
**Date Filed: 10/12/2016**
**Claim Face Value: $1,190.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,190.00 | | |
| | | | | $1,190.00 | | |

## GREENVILLE WATER
### Case(s): 209 Clm No: 112 Clm. Amt: $356.12

*ATTN: KATHY E. REEDER*
*P O BOX 687*
*GREENVILLE, SC 29602-0687*
**Date Filed: 10/25/2016**
**Claim Face Value: $356.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $356.12 | | $0.00 |
| | | | | $356.12 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## OUBE, NAJTV, HOUSTON OPCO, LLC
### Case(s): 209 Clm No: 113 Clm. Amt: $20,179.00

*C/O KUBE / OUBE*
*ATTN: VIRGINIA MCMINN*
*2401 FOUNTAIN VIEW DR. STE. 300*
*HOUSTON, TX 77057*
**Date Filed: 10/27/2016**
**Claim Face Value: $20,179.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $20,179.00 | | $0.00 |
| | | | | $20,179.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## TONYA GERS
### Case(s): 207 Clm No: 113 Clm. Amt:

*Address Redacted*
**Date Filed: 10/12/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LIJUN LIU
### Case(s): 208 Clm No: 113 Clm. Amt: $37,000.00

*Address Redacted*
**Date Filed: 10/25/2016**
**Claim Face Value: $37,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $37,000.00 | | $0.00 |
| | | | | $37,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Paid | 05/04/2021 | 53 | Objection Granted | 06/23/2021 | 60 |

## JUDY QUICK
### Case(s): 208 Clm No: 114 Clm. Amt: $1,191.40

*Address Redacted*
**Date Filed: 10/26/2016**
**Claim Face Value: $1,191.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $1,191.40 | | $0.00 |
| | | | | $1,191.40 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## WILLIAM HOGAN
### Case(s): 207 Clm No: 114 Clm. Amt: $5,000.00

*2451 NORTH WEIL STREET*
*MILWAUKEE, WI 53212*
**Date Filed: 10/11/2016**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | $5,000.00 | | $5,000.00 |
| | | | | $5,000.00 | | $5,000.00 |

### KUBE, NRJ TV, HOUSTON OPCO, LLC
**Case(s): 209 Clm No: 114 Clm. Amt: $15,984.25**

*C/O KUBE/OUBE*
*ATTN: VIRGINIA MCMINN*
*2401 FOUNTAIN VIEW DR. STE 300*
*HOUSTON, TX 77057*
**Date Filed: 10/25/2016**
**Claim Face Value: $15,984.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $15,984.25 | | $0.00 |
| | | | | $15,984.25 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

### MICHAEL E. BRADY
**Case(s): 209 Clm No: 115 Clm. Amt: $5,000.00**

*Address Redacted*
**Date Filed: 10/25/2016**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

### SYNERGY ENVIRONMENTAL SERVICES, LLC
**Case(s): 208 Clm No: 115 Clm. Amt: $11,005.57**

*ATTN: STACEY MOORE*
*PO BOX 1217*
*HURST, TX 76053*
**Date Filed: 10/26/2016**
**Claim Face Value: $11,005.57**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $11,005.57 | | $0.00 |
| | | | | $11,005.57 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

### June M. McCormack
**Case(s): 207 Clm No: 115 Clm. Amt: $985,374.00**

*44 Tidewater Ln*
*Yarmouth, ME 04096*
**Date Filed: 3/8/2023**
**Orig. Date Filed: 10/11/2016**
**Amending Clm #: 115**
**Amended By Clm #: 115**
**Claim Face Value: $985,374.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $6,404.64 | | |
| 207 | UNS | | | $978,969.36 | | |
| | | | | $985,374.00 | | |

**RITZ CHARLES, INC.**

**Case(s): 207 Clm No: 116 Clm. Amt: $3,449.38**

*ATTN: LINDA MARIE BENDER*
*12156 N. MERIDIAN ST.*
*CARMEL, IN 46032*
**Date Filed: 10/11/2016**
**Claim Face Value: $3,449.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,449.38 | | |
| | | | | $3,449.38 | | |

**CHAD PATTON COLBURN**

**Case(s): 208 Clm No: 116 Clm. Amt: $4,200.00**

*15827 DECATUR ST*
*OMAHA, NE 68118*
**Date Filed: 10/18/2016**
**Claim Face Value: $4,200.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $4,200.00 | | $0.00 |
| | | | | $4,200.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

**BRENDA HARRINGTON**

**Case(s): 209 Clm No: 116 Clm. Amt: $1,404.79**

*11112 CHERRY LAKE COURT*
*INDIANAPOLIS, IN 46235*
**Date Filed: 10/27/2016**
**Claim Face Value: $1,404.79**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $1,404.79 | | $0.00 |
| | | | | $1,404.79 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

**JOSEPH DAVIS**

**Case(s): 209 Clm No: 117 Clm. Amt: $166.64**

*Address Redacted*
**Date Filed: 10/27/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $166.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $166.64 | | $0.00 |
| | | | | $166.64 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### SOUTH SURBURBAN CHAMBER OF COMMERCE
**Case(s): 208 Clm No: 117 Clm. Amt: $400.00**

*ATTN: BARBARA WESENER*
*8580 S. HOWELL AVENUE*
*OAK CREEK, WI 53132*
**Date Filed: 10/17/2016**
**Claim Face Value: $400.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 208 | UNS | | | $400.00 | | $0.00 |
| | | | | $400.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

### RLS CONSTRUCTION LLC
**Case(s): 207 Clm No: 117 Clm. Amt: $7,810.00**

*ATTN: RICHARD B. PARRY*
*668 N. 1250 WEST*
*CENTERVILLE, UT 84014*
**Date Filed: 10/11/2016**
**Claim Face Value: $7,810.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $7,810.00 | | |
| | | | | $7,810.00 | | |

### PLYMOUTH PLUMBING & SEWER SERVICE INC.
**Case(s): 207 Clm No: 118 Clm. Amt: $1,435.00**

*ATTN: GARY RICHARD FARWELL*
*41743 JOY ROAD*
*CANTON, MI 48187*
**Date Filed: 10/11/2016**
**Claim Face Value: $1,435.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $1,435.00 | | |
| | | | | $1,435.00 | | |

### DOUGLAS COUNTY TAX COMMISSIONER
**Case(s): 208 Clm No: 118 Clm. Amt: $5,613.93**

*ATTN: JENNIFER LIERSCH*
*5200 Fairburn Rd*
*Douglasville, GA 30134*
**Date Filed: 10/17/2016**
**Claim Face Value: $5,613.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 208 | PRI | Disallowed | | $5,613.93 | | $0.00 |
| | | | | $5,613.93 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

### LLEWELYN EVAN HUGHES IV
### Case(s): 209 Clm No: 118 Clm. Amt: $1,500.00

*20 FREEDOM WAY*
*BARRE, VT 05941*
**Date Filed: 10/27/2016**
**Claim Face Value: $1,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $1,500.00 | | $0.00 |
| | | | | $1,500.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

### LIFESCRIPT, INC
### Case(s): 209 Clm No: 119 Clm. Amt: $14,739.00

*ATTN: MICHELLE GARZA*
*4000 MACARTHUR BLVD., STE 800*
*NEWPORT BEACH, CA 90606*
**Date Filed: 10/27/2016**
**Claim Face Value: $14,739.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $14,739.00 | | $0.00 |
| | | | | $14,739.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

### LIFESCRIPT, INC
### Case(s): 208 Clm No: 119 Clm. Amt: $14,739.00

*ATTN: MICHELLE GARZA*
*4000 MACARTHUR BLVD, STE 800*
*NEWPORT BEACH, CA 92660*
**Date Filed: 10/24/2016**
**Claim Face Value: $14,739.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $14,739.00 | | $0.00 |
| | | | | $14,739.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

### PROFITNALL, LLC DBA ECOCARE
### Case(s): 207 Clm No: 119 Clm. Amt: $3,625.33

*ATTN: AMANDA L. HONEA*
*3007 LONGHORN BOULEVARD, SUITE 101*
*AUSTIN, TX 78758*
**Date Filed: 10/11/2016**
**Claim Face Value: $3,625.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,625.33 | | |
| | | | | $3,625.33 | | |

**MICHAEL J. TADYCH**
**Case(s): 207 Clm No: 120 Clm. Amt: $32,624.53**

*Address Redacted*
**Date Filed: 10/12/2016**
**Claim Face Value: $32,624.53**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $32,624.53 | | $0.00 |
| | | | | $32,624.53 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**LENZY ELLIOT GAITER**
**Case(s): 208 Clm No: 120 Clm. Amt: $24,688.39**

*Address Redacted*
**Date Filed: 10/24/2016**
**Claim Face Value: $24,688.39**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $24,688.39 | | $0.00 |
| | | | | $24,688.39 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**KATHRYN V NOREEN**
**Case(s): 209 Clm No: 120 Clm. Amt: $2,670.77**

*Address Redacted*
**Date Filed: 10/28/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $2,670.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $2,670.77 | | $0.00 |
| | | | | $2,670.77 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JAYDEN M LE
### Case(s): 209 Clm No: 121 Clm. Amt: $62,000.00

*Address Redacted*
**Date Filed: 10/29/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $62,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $62,000.00 | | $0.00 |
| | | | | $62,000.00 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LEADING EDGE PERSONNEL
### Case(s): 208 Clm No: 121 Clm. Amt: $4,484.20

*ATTN: LEANN KELLER*
*901 NE LOOP 410, SUITE 300*
*SAN ANTONIO, TX 78209*
**Date Filed: 10/24/2016**
**Claim Face Value: $4,484.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $4,484.20 | | $0.00 |
| | | | | $4,484.20 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## MARIAH D. WOOD
### Case(s): 207 Clm No: 121 Clm. Amt: $5,681.34

*P.O. BOX 51748*
*ALBUQUERQUE, NM 87181*
**Date Filed: 10/12/2016**
**Claim Face Value: $5,681.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $5,681.34 | | $0.00 |
| 207 | UNS | Allowed | | | | $5,681.34 |
| | | | | $5,681.34 | | $5,681.34 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/09/2021 | 4199 | Objection Granted | 04/21/2021 | 4278 |

## MAXYMILIAN R. SPIEWAK
### Case(s): 207 Clm No: 122 Clm. Amt: $2,533.00

*Address Redacted*
**Date Filed: 10/12/2016**
**Claim Face Value: $2,533.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $2,533.00 | | $0.00 |
| | | | | $2,533.00 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## Cascade Healthcare Services, LLC
### Case(s): 208 Clm No: 122 Clm. Amt: $9,880.00

*Attn: David Wayne Frauhiger*
*101 Nickerson St, Ste 200*
*Seattle, WA 98109*
**Date Filed: 10/24/2016**
**Claim Face Value: $9,880.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $9,880.00 | | $0.00 |
| | | | | $9,880.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## NADINE CHAMBERLIN (GENE GRAVELLE)
### Case(s): 209 Clm No: 122 Clm. Amt: $913.54

*27 ALPINE AVE.*
*HUDSON, NH 03051*
**Date Filed: 10/29/2016**
**Claim Face Value: $913.54**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Allowed | | $913.54 | | $913.54 |
| 209 | SEC | | | Unknown | Y | |
| | | | | $913.54 | | $913.54 |

## CINDY M. IRWIN
### Case(s): 209 Clm No: 123 Clm. Amt: $925.44

*85 LEEDS POINT ROAD*
*GALLOWAY, NJ 08205*
**Date Filed: 10/24/2016**
**Claim Face Value: $925.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $925.44 | | $0.00 |
| | | | | $925.44 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

## PAUL LOUISSAINT
### Case(s): 208 Clm No: 123 Clm. Amt: $30,474.87

*Address Redacted*
**Date Filed: 10/26/2016**
**Claim Face Value: $30,474.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $30,474.87 | | $0.00 |
| | | | | $30,474.87 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KOFFI H. AGBOTON
**Case(s): 207 Clm No: 123 Clm. Amt: $70,077.52**

*Address Redacted*
**Date Filed: 10/12/2016**
**Claim Face Value: $70,077.52**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $70,077.52 | | $0.00 |
| | | | | $70,077.52 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## BRITTANY NABORS
**Case(s): 207 Clm No: 124 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/12/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KIUMARS SETAYESH
**Case(s): 208 Clm No: 124 Clm. Amt: $7,415.90**

*231 DUNCASTER ROAD*
*BLOOMFIELD, CT 06002*
**Date Filed: 10/26/2016**
**Claim Face Value: $7,415.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $7,415.90 | | $0.00 |
| | | | | $7,415.90 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**THE INTERIOR FOLIAGE COMPANY LLC**
**Case(s): 209 Clm No: 124 Clm. Amt: $780.93**

*ATTN: ERIC MILDEBERGER*
*3834 E. MERCER WAY*
*MERCER ISLAND, WA 98040*
**Date Filed: 10/28/2016**
**Claim Face Value: $780.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $780.93 | | $0.00 |
| | | | | $780.93 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2020 | 3878 | Objection Granted | 05/21/2020 | 3946 |

**THE REGAL PRESS, INC.**
**Case(s): 209 Clm No: 125 Clm. Amt: $11,664.33**

*ATTN: WILLIAM N. DUFFEY JR.*
*79 ASTOR AVE*
*NORWOOD, MA 02062*
**Date Filed: 10/27/2016**
**Claim Face Value: $11,664.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Allowed | | $11,664.33 | | $287.34 |
| | | | | $11,664.33 | | $287.34 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 09/03/2020 | 4052 | Objection Granted | 10/22/2020 | 4114 |

**NITIN LADSE**
**Case(s): 208 Clm No: 125 Clm. Amt: $800.00**

*1950 ELDRIDGE PKWY 9103*
*HOUSTON, TX 77077*
**Date Filed: 10/27/2016**
**Claim Face Value: $800.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $800.00 | | $0.00 |
| | | | | $800.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**MD HAQUE**
**Case(s): 207 Clm No: 125 Clm. Amt: $990.00**

*27A MAPLERIDGE AVE*
*CLIFTON PARK, NY 12065*
**Date Filed: 10/12/2016**
**Claim Face Value: $990.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $990.00 | | $0.00 |
| | | | | $990.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

## DYLAN CRAWFORD
### Case(s): 207 Clm No: 126 Clm. Amt: $3,709.48

*Address Redacted*
**Date Filed: 10/12/2016**
**Claim Face Value: $3,709.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $3,709.48 | | $0.00 |
| | | | | $3,709.48 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KENYA JEROME ALEXANDER
### Case(s): 208 Clm No: 126 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 10/27/2016**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## WINKLER ELECTRIC INC
### Case(s): 209 Clm No: 126 Clm. Amt: $3,402.25

*9695 THREE NOTCH RD*
*THEODORE, AL 36582*
**Date Filed: 10/27/2016**
**Claim Face Value: $3,402.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $3,402.25 | | $0.00 |
| | | | | $3,402.25 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | | Objection Granted | | 3079 |
| Miscellaneous objection | 04/13/2020 | 3879 | Objection Granted | 06/17/2020 | 3979 |

## CATHY A BROCK
### Case(s): 208 Clm No: 127 Clm. Amt: $21,400.00

*102 WOODSIDE CIRCLE UNIT A*
*GREENVILLE, SC 29609*
**Date Filed: 10/27/2016**
**Claim Face Value: $21,400.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $2,200.00 | | $0.00 |
| 208 | UNS | Disallowed | | $19,200.00 | | $0.00 |
| | | | | $21,400.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

## KIWANIS BROWNLEE
### Case(s): 207 Clm No: 127 Clm. Amt: $34,000.00

*Address Redacted*
**Date Filed: 10/12/2016**
**Claim Face Value: $34,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $34,000.00 | | $0.00 |
| | | | | $34,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## Janitek Cleaning Solutions
### Case(s): 209 Clm No: 127 Clm. Amt: $6,787.46

*Attn: Dena A Bibb*
*2735 Teepee Dr, Ste D*
*Stockton, CA 95205*
**Date Filed: 10/31/2016**
**Claim Face Value: $6,787.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | 503(b)(9) | Disallowed | | $2,301.73 | | $0.00 |
| 209 | UNS | Disallowed | | $4,485.73 | | $0.00 |
| | | | | $6,787.46 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**BENJAMIN PATRI**
**Case(s): 209 Clm No: 128 Clm. Amt: $239.38**

*W6264 CEDAR CLIFF DR.*
*HORTONVILLE, WI 54944*
**Date Filed: 10/31/2016**
**Claim Face Value: $239.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $239.38 | | $0.00 |
| | | | | $239.38 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**DAVID A PEREZ**
**Case(s): 207 Clm No: 128 Clm. Amt: $20,705.00**

*Address Redacted*
**Date Filed: 10/12/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,705.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $20,705.00 | | $0.00 |
| | | | | $20,705.00 | | $0.00 |

**MICHAEL JONES**
**Case(s): 208 Clm No: 128 Clm. Amt: $400.00**

*Address Redacted*
**Date Filed: 10/27/2016**
**Claim Face Value: $400.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $400.00 | | $0.00 |
| | | | | $400.00 | | $0.00 |

**THOMAS BONNER**
**Case(s): 208 Clm No: 129 Clm. Amt: $251.95**

*6905 TAYLORS VALLEY CREEK DR*
*TEMPLE, TX 76502*
**Date Filed: 10/27/2016**
**Claim Face Value: $251.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $251.95 | | $0.00 |
| | | | | $251.95 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## TAMEKA COLEMAN
### Case(s): 207 Clm No: 129 Clm. Amt:

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 10/13/2016 Bar Date: 1/30/2017 Claim Face Value:** | | | | | | | |
| | 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## DOMINIC A. JACKSON
### Case(s): 209 Clm No: 129 Clm. Amt:

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 10/31/2016 Bar Date: 1/30/2017 Claim Face Value:** | | | | | | | |
| | 209 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | | $0.00 |

## MCGILL'S, INC.
### Case(s): 209 Clm No: 130 Clm. Amt: $412.70

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: BENNETT FREEMAN 410 CHESTNUT ST MANCHESTER, NH 03101* **Date Filed: 10/25/2016 Claim Face Value: $412.70** | | | | | | | |
| | 209 | UNS | Allowed | | $412.70 | | $412.70 |
| | | | | | $412.70 | | $412.70 |

## MELISSA ALEJANDREZ
### Case(s): 207 Clm No: 130 Clm. Amt:

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 10/13/2016 Bar Date: 1/30/2017 Claim Face Value:** | | | | | | | |
| | 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ALIREZA TALEBIZADEH**
**Case(s): 208 Clm No: 130 Clm. Amt: $1,890.00**

*611 EAGLECREEK DR*
*LEANDER, TX 78641*
**Date Filed: 10/27/2016**
**Claim Face Value: $1,890.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $1,890.00 | | $0.00 |
| | | | | $1,890.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2021 | 3768 |

**BOSTON CLEANING CO. INC**
**Case(s): 208 Clm No: 131 Clm. Amt: $6,337.28**

*ATTN: PAUL PASQUALE*
*150P NEW BOSTON ST.*
*WOBURN, MA 01801*
**Date Filed: 10/25/2016**
**Claim Face Value: $6,337.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $6,337.28 | | $0.00 |
| | | | | $6,337.28 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**JUSTINA SERRANO**
**Case(s): 207 Clm No: 131 Clm. Amt: $8,167.64**

*Address Redacted*
**Date Filed: 10/13/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $8,167.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $8,167.64 | | $0.00 |
| | | | | $8,167.64 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ONONDAGA COUNTY WATER AUTHORITY**
**Case(s): 209 Clm No: 131 Clm. Amt: $260.65**

*ATTN: HOWARD JAN FRIEDMAN*
*PO BOX 4949*
*SYRACUSE, NY 13221-4949*
**Date Filed: 10/24/2016**
**Claim Face Value: $260.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $260.65 | | $0.00 |
| | | | | $260.65 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## ONONDAGA COUNTY WATER AUTHORITY
### Case(s): 209 Clm No: 132 Clm. Amt: $320.74

*ATTN: HOWARD JAN FRIEDMAN*
*PO BOX 4949*
*SYRACUSE, NY 13221-4949*
**Date Filed: 10/24/2016**
**Claim Face Value: $320.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $320.74 | | $0.00 |
| | | | | $320.74 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## WHIO/EHIO TELEVISION
### Case(s): 207 Clm No: 132 Clm. Amt: $12,852.00

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX ROAD, NE SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 10/13/2016**
**Claim Face Value: $12,852.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $12,852.00 | | |
| | | | | $12,852.00 | | |

## LYNNETTE WILLIAMS
### Case(s): 208 Clm No: 132 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 10/25/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BRIGHTLIGHTS LED'S INC.
### Case(s): 208 Clm No: 133 Clm. Amt: $281.22

*ATTN: ERIC S. JOHNSON*
*3720 SUNLAND LANE*
*ESTERO, FL 33928*
**Date Filed: 10/25/2016**
**Claim Face Value: $281.22**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $281.22 | | $0.00 |
| | | | | $281.22 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**KOKI/KMYT TELEVISION**

**Case(s): 207 Clm No: 133 Clm. Amt: $72,182.00**

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX ROAD, NE SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 10/13/2016**
**Amended By Clm #: 3789**
**Claim Face Value: $72,182.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $72,182.00 | | $0.00 |
| | | | | $72,182.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 09/02/2020 | 4048 | Objection Granted | 10/22/2020 | 4111 |

**PARTY VISION, LLC**

**Case(s): 209 Clm No: 133 Clm. Amt: $1,550.00**

*ATTN: JIM FICHERA*
*20 A NORTHWEST BLVD, #217*
*NASHUA, NH 03063*
**Date Filed: 10/24/2016**
**Claim Face Value: $1,550.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $1,550.00 | | $0.00 |
| | | | | $1,550.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**WILLIAM R. MARQUIS**

**Case(s): 209 Clm No: 134 Clm. Amt: $161.58**

*15 MARTIN ST. APT 2*
*MANCHESTER, NH 03103*
**Date Filed: 10/25/2016**
**Claim Face Value: $161.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Allowed | | $161.58 | | $161.58 |
| | | | | $161.58 | | $161.58 |

**LELIA STRANEY**

**Case(s): 207 Clm No: 134 Clm. Amt: $4,050.00**

*Address Redacted*
**Date Filed: 10/13/2016**
**Claim Face Value: $4,050.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $4,050.00 | | $0.00 |
| | | | | $4,050.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**TOCCARA PRECIOUS CLAY**

**Case(s): 208 Clm No: 134 Clm. Amt: $10,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/25/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $10,000.00** | 208 | UNS | | | $10,000.00 | | $0.00 |
| | | | | | $10,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**GRANITE STATE GLASS**

**Case(s): 208 Clm No: 135 Clm. Amt: $562.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: PATRICK J. MARCOTTE*<br>*4 AVIATION DR.*<br>*GILFORD, NH 03249*<br>**Date Filed: 10/25/2016**<br>**Claim Face Value: $562.00** | 208 | UNS | | | $562.00 | | $0.00 |
| | | | | | $562.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**WFXT TELEVISION**

**Case(s): 207 Clm No: 135 Clm. Amt: $4,420.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *C/O SZABO ASSOCIATES, INC.*<br>*ATTN: SANDI G. HENDERSON*<br>*3355 LENOX ROAD, NE SUITE 945*<br>*ATLANTA, GA 30326*<br>**Date Filed: 10/13/2016**<br>**Claim Face Value: $4,420.00** | 207 | UNS | | | $4,420.00 | | |
| | | | | | $4,420.00 | | |

**PRIORITY BUILDING SERVICES, LLC.**

**Case(s): 209 Clm No: 135 Clm. Amt: $2,331.98**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: KELLY S. ROCHA*<br>*521 MERCURY LANE*<br>*BREA, CA 92821*<br>**Date Filed: 10/25/2016**<br>**Claim Face Value: $2,331.98** | 209 | UNS | Disallowed | | $2,331.98 | | $0.00 |
| | | | | | $2,331.98 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**JEREMY JOHN MURPHY**
**Case(s): 209 Clm No: 136 Clm. Amt: $481.19**

*1 EASTMEADOW WAY*
*MANCHESTER, NH 03109*
**Date Filed: 10/25/2016**
**Claim Face Value: $481.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | PRI | Allowed | | $481.19 | | $481.19 |
| | | | | $481.19 | | $481.19 |

**FIELDEN HENDRY-SMITH**
**Case(s): 208 Clm No: 136 Clm. Amt: $1,400.00**

*Address Redacted*
**Date Filed: 10/25/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,400.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $1,400.00 | | $0.00 |
| | | | | $1,400.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**WRDQ/ERDQ TELEVISION**
**Case(s): 207 Clm No: 136 Clm. Amt: $24,777.50**

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX ROAD, NE SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 10/13/2016**
**Claim Face Value: $24,777.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $24,777.50 | | |
| | | | | $24,777.50 | | |

**CERTIFIED RECORDS MANAGEMENT**
**Case(s): 208 Clm No: 137 Clm. Amt: $439.20**

*ATTN: SEAN KELLEY*
*7880 CROSSWAY DR.*
*PICO RIVERA, CA 90660*
**Date Filed: 10/25/2016**
**Claim Face Value: $439.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $439.20 | | $0.00 |
| | | | | $439.20 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

### BRITTANY ZUBICK
**Case(s): 209 Clm No: 137 Clm. Amt: $31,999.00**

*Address Redacted*
**Date Filed: 10/25/2016**
**Claim Face Value: $31,999.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $31,999.00 | | $0.00 |
| | | | | $31,999.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### EPXI/PCNC TELEVISION
**Case(s): 207 Clm No: 137 Clm. Amt: $7,344.00**

*SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX RD. NE SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 10/13/2016**
**Claim Face Value: $7,344.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $7,344.00 | | |
| | | | | $7,344.00 | | |

### SAVINE KHEN
**Case(s): 207 Clm No: 138 Clm. Amt:**

*2634 SWANSONG LN*
*CHARLOTTE, NC 28213*
**Date Filed: 10/13/2016**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

### HAROLD D. PATRICK, JR.
**Case(s): 209 Clm No: 138 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 10/25/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## GREENVILLE WATER
### Case(s): 208 Clm No: 138 Clm. Amt: $18.22

ATTN: KATHY E. REEDER
PO BOX 687
GREENVILLE, SC 29602-0687
**Date Filed: 10/25/2016**
**Claim Face Value: $18.22**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $18.22 | | $0.00 |
| | | | | $18.22 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## THE TRAINING ASSOCIATES CORPORATION
### Case(s): 208 Clm No: 139 Clm. Amt: $3,750.00

ATTN: ELIZABETH A. MALONE
287 TURNPIKE RD. STE. 300
WESTBOROUGH, MA 01581
**Date Filed: 10/25/2016**
**Claim Face Value: $3,750.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $3,750.00 | | $0.00 |
| | | | | $3,750.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2020 | 3878 | Objection Granted | 05/21/2020 | 3946 |

## JOSTENS, INC.
### Case(s): 209 Clm No: 139 Clm. Amt: $541.17

148 EAST BROADWAY
OWATONNA, MN 55060
**Date Filed: 10/25/2016**
**Claim Face Value: $541.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| 209 | UNS | Allowed | | $541.17 | | $541.17 |
| | | | | $541.17 | | $541.17 |

## EFOX/WFOX TELEVISION
### Case(s): 207 Clm No: 139 Clm. Amt: $53,788.00

C/O SZABO ASSOCIATES, INC.
ATTN: SANDI G. HENDERSON
3355 LENOX RD, NE SUITE 945
ATLANTA, GA 30326
**Date Filed: 10/13/2016**
**Claim Face Value: $53,788.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $53,788.00 | | |
| | | | | $53,788.00 | | |

## WAXN TELEVISION
### Case(s): 207 Clm No: 140 Clm. Amt: $13,152.90

C/O SZABO ASSOCIATES, INC.
ATTN: SANDI G. HENDERSON
3355 LENOX RD. NE, SUITE 945
ATLANTA, GA 30326
**Date Filed: 10/13/2016**
**Claim Face Value: $13,152.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $13,152.90 | | |
| | | | | $13,152.90 | | |

**WOODARD, EMHARDT, MORIARTY, MCNETT & HENRY LLP**
**Case(s): 209 Clm No: 140 Clm. Amt: $2,632.50**

*ATTN: JAMES M. DURLACHER*
*111 MONUMENT CIRCLE, STE. 3700*
*INDIANAPOLIS, IN 46204-5137*
**Date Filed: 10/26/2016**
**Claim Face Value: $2,632.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $2,632.50 | | $0.00 |
| | | | | $2,632.50 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3879 | Objection Granted | 06/17/2020 | 3979 |

**GREENVILLE WATER**
**Case(s): 208 Clm No: 140 Clm. Amt: $364.54**

*ATTN: KATHY E. REEDER*
*PO BOX 687*
*GREENVILLE, SC 29602-0687*
**Date Filed: 10/25/2016**
**Claim Face Value: $364.54**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $364.54 | | $0.00 |
| | | | | $364.54 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**GREENVILLE WATER**
**Case(s): 208 Clm No: 141 Clm. Amt: $356.12**

*ATTN: KATHY E. REEDER*
*PO BOX 687*
*GREENVILLE, SC 29602-0687*
**Date Filed: 10/25/2016**
**Claim Face Value: $356.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $356.12 | | $0.00 |
| | | | | $356.12 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**ALPHA & OMEGA BUILDING SERVICES, INC.**
**Case(s): 209 Clm No: 141 Clm. Amt: $25,633.91**

*ATTN: JENNIFER KAY KEISH*
*2843 CULVER AVE.*
*KETTERING, OH 45429*
**Date Filed: 10/28/2016**
**Claim Face Value: $25,633.91**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $25,633.91 | | $0.00 |
| | | | | $25,633.91 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## WFMB-AM RADIO
### Case(s): 207 Clm No: 141 Clm. Amt: $3,332.00

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX RD., NE SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 10/13/2016**
**Claim Face Value: $3,332.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,332.00 | | |
| | | | | $3,332.00 | | |

## EARL ROBINSON, JR
### Case(s): 209 Clm No: 142 Clm. Amt: $26,587.16

*1035 ROSLYN*
*MT CLEMENS, MI 48043*
**Date Filed: 10/31/2016**
**Claim Face Value: $26,587.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $26,587.16 | | $0.00 |
| | | | | $26,587.16 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

## MELODY ENGLISH
### Case(s): 207 Clm No: 142 Clm. Amt:

*Address Redacted*
**Date Filed: 10/13/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## OUBE, NRJ TV, HOUSTON OPCO, LLC
### Case(s): 208 Clm No: 142 Clm. Amt: $20,179.00

*C/O KUBE/OUBE*
*ATTN: VIRGINIA MCMINN*
*2401 FOUNTAIN VIEW DR. STE 300*
*HOUSTON, TX 77057*
**Date Filed: 10/25/2016**
**Claim Face Value: $20,179.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $20,179.00 | | $0.00 |
| | | | | $20,179.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**KUBE, NRJ TV, HOUSTON OPCO, LLC**
**Case(s): 208 Clm No: 143 Clm. Amt: $15,984.25**

*C/O KUBE/OUBE*
*ATTN: VIRGINIA MCMINN*
*2401 FOUNTAIN VIEW DR. STE 300*
*HOUSTON, TX 77057*
**Date Filed: 10/25/2016**
**Claim Face Value: $15,984.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $15,984.25 | | $0.00 |
| | | | | $15,984.25 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**CIRUS WATER / ROASTER JOES**
**Case(s): 207 Clm No: 143 Clm. Amt: $248.61**

*ATTN: BRENDA TATMAN*
*8225 W IRVING ST*
*WICHITA, KS 67209*
**Date Filed: 10/13/2016**
**Claim Face Value: $248.61**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $248.61 | | $0.00 |
| | | | | $248.61 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**VIRENDER SINGH**
**Case(s): 209 Clm No: 143 Clm. Amt: $730.00**

*7325 TOTTENHAM*
*SHELBY TWP, MI 48317*
**Date Filed: 11/1/2016**
**Claim Face Value: $730.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $730.00 | | $0.00 |
| | | | | $730.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**HECTOR ALEXIS SANCHEZ**
**Case(s): 207 Clm No: 144 Clm. Amt: $46,649.00**

*Address Redacted*
**Date Filed: 10/13/2016**
**Claim Face Value: $46,649.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $46,649.00 | | $0.00 |
| | | | | $46,649.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DEBRA W. JONES
### Case(s): 209 Clm No: 144 Clm. Amt:

*Address Redacted*
**Date Filed: 11/3/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## MIKE E BRADY
### Case(s): 208 Clm No: 144 Clm. Amt: $5,000.00

*Address Redacted*
**Date Filed: 10/25/2016**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

## BRENDA HARRINGTON
### Case(s): 208 Clm No: 145 Clm. Amt: $1,404.79

*11112 CHERRY LAKE COURT*
*INDIANAPOLIS, IN 46235*
**Date Filed: 10/27/2016**
**Claim Face Value: $1,404.79**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $1,404.79 | | $0.00 |
| | | | | $1,404.79 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 08/23/2022 | 79 | Objection Granted | 10/26/2022 | 82 |

## DEBRA W. JONES
### Case(s): 209 Clm No: 145 Clm. Amt:

*Address Redacted*
**Date Filed: 11/3/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

**UNIVISION COMMUNICATIONS, INC.**
**Case(s): 207 Clm No: 145 Clm. Amt: $108,689.50**

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX ROAD, NE SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 10/13/2016**
**Claim Face Value: $108,689.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $108,689.50 | | |
| | | | | $108,689.50 | | |

**NEW ENGLAND SPORTS NETWORK**
**Case(s): 207 Clm No: 146 Clm. Amt: $5,610.00**

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX ROAD, NE SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 10/13/2016**
**Claim Face Value: $5,610.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,610.00 | | |
| | | | | $5,610.00 | | |

**REGINALD JONES JR.**
**Case(s): 209 Clm No: 146 Clm. Amt:**

*Address Redacted*
**Date Filed: 11/3/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JOSEPH DAVIS**
**Case(s): 208 Clm No: 146 Clm. Amt: $166.64**

*Address Redacted*
**Date Filed: 10/27/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $166.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $166.64 | | $0.00 |
| | | | | $166.64 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ROBERT DITTMER**
**Case(s): 208 Clm No: 147 Clm. Amt: $379.38**

*219 ANTIOCH DR*
*COUNCIL BLUFFS, IA 51503*
**Date Filed: 10/28/2016**
**Claim Face Value: $379.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $379.38 | | $0.00 |
| | | | | $379.38 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**WORK OPPORTUNITIES UNLIMITED INC**
**Case(s): 209 Clm No: 147 Clm. Amt: $4,646.66**

*DBA CAREER CONNECTIONS, INC*
*ATTN: MARCIA WELSH*
*114 LOCUST STREET*
*DOVER, NH 03820*
**Date Filed: 11/3/2016**
**Claim Face Value: $4,646.66**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $4,646.66 | | $0.00 |
| | | | | $4,646.66 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**KMSB TELEVISION**
**Case(s): 207 Clm No: 147 Clm. Amt: $10,455.00**

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX ROAD, NE SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 10/13/2016**
**Claim Face Value: $10,455.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,455.00 | | |
| | | | | $10,455.00 | | |

**YVONNE GETER**
**Case(s): 209 Clm No: 148 Clm. Amt: $152.86**

*115 FORESTSIDE COURT*
*COLLEGE PARK, GA 30349*
**Date Filed: 11/2/2016**
**Claim Face Value: $152.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $152.86 | | $0.00 |
| | | | | $152.86 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

## MATTHEW BROWN
**Case(s): 207 Clm No: 148 Clm. Amt: $130.87**

*19 ELMWOOD BUILDING*
*MIDDLETOWN, PA 17057*
**Date Filed: 10/13/2016**
**Claim Face Value: $130.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $130.87 | | |
| | | | | $130.87 | | |

## LAWRENCE REUBEN
**Case(s): 208 Clm No: 148 Clm. Amt: $10,000.00**

*2120 W. GOOD HOPE ROAD #7*
*GLENDALE, WI 53209*
**Date Filed: 10/31/2016**
**Orig. Date Filed: 10/27/2016**
**Amending Clm #: 148**
**Amended By Clm #: 148**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

## LLEWELYN EVAN HUGHES, IV
**Case(s): 208 Clm No: 149 Clm. Amt: $1,500.00**

*20 FREEDOM WAY*
*BARRE, VT 05641*
**Date Filed: 10/27/2016**
**Claim Face Value: $1,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $1,500.00 | | $0.00 |
| | | | | $1,500.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## KUSA TELEVISION
**Case(s): 207 Clm No: 149 Clm. Amt: $10,149.00**

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX ROAD, NE SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 10/13/2016**
**Claim Face Value: $10,149.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,149.00 | | |
| | | | | $10,149.00 | | |

**MICHELLE CRENSHAW**
**Case(s): 209 Clm No: 149 Clm. Amt:**

*Address Redacted*
**Date Filed: 11/3/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BARCOM TECHNOLOGY SOLUTIONS**
**Case(s): 209 Clm No: 150 Clm. Amt: $1,234.05**

*ATTN: VIVIAN A. DELEN*
*435 ISOM RD, SUITE 202*
*SAN ANTONIO, TX 78216*
**Date Filed: 11/3/2016**
**Claim Face Value: $1,234.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $1,234.05 | | $0.00 |
| | | | | $1,234.05 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**KSKN TELEVISION**
**Case(s): 207 Clm No: 150 Clm. Amt: $8,483.00**

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX ROAD, NE SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 10/13/2016**
**Claim Face Value: $8,483.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $8,483.00 | | |
| | | | | $8,483.00 | | |

**LIFESCRIPT, INC**
**Case(s): 208 Clm No: 150 Clm. Amt: $14,739.00**

*ATTN: MICHELLE GARZA*
*4000 MACARTHUR BLVD., SUITE 800*
*NEWPORT BEACH, CA 90606*
**Date Filed: 10/27/2016**
**Claim Face Value: $14,739.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $14,739.00 | | $0.00 |
| | | | | $14,739.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## ROSS ELECTRIC SOLUTIONS, INC.
### Case(s): 208 Clm No: 151 Clm. Amt: $182.00

*ATTN: PHILIP J. LEBLANC*
*10004 NW 46TH STREET*
*SUNRISE, FL 33351*
**Date Filed: 10/27/2016**
**Claim Face Value: $182.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $182.00 | | $0.00 |
| | | | | $182.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## KSDK TELEVISION
### Case(s): 207 Clm No: 151 Clm. Amt: $8,372.50

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX ROAD, NE SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 10/13/2016**
**Claim Face Value: $8,372.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $8,372.50 | | |
| | | | | $8,372.50 | | |

## JAMES CAMOZA
### Case(s): 209 Clm No: 151 Clm. Amt: $1,101.50

*Address Redacted*
**Date Filed: 11/3/2016**
**Claim Face Value: $1,101.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $1,101.50 | | $0.00 |
| | | | | $1,101.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BETTY K. MULLINS
### Case(s): 209 Clm No: 152 Clm. Amt: $1,790.00

*15 CHAUCER RD*
*NASHUA, NH 03062*
**Date Filed: 11/3/2016**
**Claim Face Value: $1,790.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Allowed | | $1,790.00 | | $1,790.00 |
| | | | | $1,790.00 | | $1,790.00 |

## WLTX TELEVISION
### Case(s): 207 Clm No: 152 Clm. Amt: $1,933.75

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX ROAD, NE SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 10/13/2016**
**Amended By Clm #: 682**
**Claim Face Value: $1,933.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $1,933.75 | | $0.00 |
| | | | | $1,933.75 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 09/02/2020 | 4048 | Objection Granted | 10/22/2020 | 4111 |

## LISA C. JOHNSON
### Case(s): 208 Clm No: 152 Clm. Amt: $1,380.00

*209 Santa Cruz Dr*
*LAFAYETTE, LA 70503*
**Date Filed: 10/27/2016**
**Claim Face Value: $1,380.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $1,380.00 | | $0.00 |
| | | | | $1,380.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

## JAYDEN M LE
### Case(s): 208 Clm No: 153 Clm. Amt: $62,000.00

*Address Redacted*
**Date Filed: 10/29/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $62,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $62,000.00 | | $0.00 |
| | | | | $62,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## WZZM TELEVISION
### Case(s): 207 Clm No: 153 Clm. Amt: $12,818.00

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX ROAD, NE SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 10/13/2016**
**Claim Face Value: $12,818.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $12,818.00 | | |
| | | | | $12,818.00 | | |

## VALERIE TAYLOR HOLLIS
### Case(s): 209 Clm No: 153 Clm. Amt: $7,000.00

*Address Redacted*
**Date Filed: 11/3/2016**
**Claim Face Value: $7,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $7,000.00 | | $0.00 |
| | | | | $7,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MAJID FARAJPOUREDARI
### Case(s): 209 Clm No: 154 Clm. Amt: $3,758.94

*Address Redacted*
**Date Filed: 11/3/2016**
**Claim Face Value: $3,758.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $3,758.94 | | $0.00 |
| | | | | $3,758.94 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## WBNX TELEVISION
### Case(s): 207 Clm No: 154 Clm. Amt: $21,369.00

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX ROAD, NE SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 10/13/2016**
**Claim Face Value: $21,369.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $21,369.00 | | |
| | | | | $21,369.00 | | |

## DEREK MESSERLY
### Case(s): 208 Clm No: 154 Clm. Amt: $1,454.00

*Address Redacted*
**Date Filed: 10/29/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,454.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | 503(b)(9) | | | $1,454.00 | | $0.00 |
| | | | | $1,454.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### Cindy M Irwin
### Case(s): 208 Clm No: 155 Clm. Amt: $925.44

*85 Leeds Point Rd*
*Galloway, NJ 08205*
**Date Filed: 10/30/2016**
**Claim Face Value: $925.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $925.44 | | $0.00 |
| | | | | $925.44 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 08/23/2022 | 79 | Objection Granted | 10/26/2022 | 82 |

### NWTX TELEVISION
### Case(s): 207 Clm No: 155 Clm. Amt: $6,455.75

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX ROAD, NE SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 10/13/2016**
**Claim Face Value: $6,455.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $6,455.75 | | |
| | | | | $6,455.75 | | |

### SOLOMON FISHER, III
### Case(s): 209 Clm No: 155 Clm. Amt:

*Address Redacted*
**Date Filed: 11/5/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### CURTIS 1000, INC.
### Case(s): 209 Clm No: 156 Clm. Amt: $78,957.14

*ATTN: MARGARET NEAL*
*1725 BRECKINRIDGE PKWY, STE 500*
*DULUTH, GA 30096*
**Date Filed: 11/7/2016**
**Claim Face Value: $78,957.14**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $78,957.14 | | $0.00 |
| | | | | $78,957.14 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## MOHAMMED SULEIMAN
**Case(s): 207 Clm No: 156 Clm. Amt: $1,000.00**

*7329 MIMOSA DRIVE*
*ORLAND PARK, IL 60462*
**Date Filed: 10/12/2016**
**Claim Face Value: $1,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | $1,000.00 | | $901.69 |
| | | | | $1,000.00 | | $901.69 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

## THE INTERIOR FOLIAGE COMPANY LLC
**Case(s): 208 Clm No: 156 Clm. Amt: $780.93**

*ATTN: ERIC MILDEBERGER*
*3834 E. MERCER WAY*
*MERCER ISLAND, WA 98040*
**Date Filed: 10/28/2016**
**Claim Face Value: $780.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $780.93 | | $0.00 |
| | | | | $780.93 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2020 | 3878 | Objection Granted | 05/21/2020 | 1602 |

## THE REGAL PRESS, INC.
**Case(s): 208 Clm No: 157 Clm. Amt: $11,664.33**

*ATTN: WILLIAM N. DUFFEY, JR.*
*79 ASTOR AVE*
*NORWOOD, MA 02062*
**Date Filed: 10/27/2016**
**Claim Face Value: $11,664.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $11,664.33 | | $0.00 |
| | | | | $11,664.33 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2020 | 3878 | Objection Granted | 05/21/2020 | 3946 |

## WBCB TELEVISION
**Case(s): 207 Clm No: 157 Clm. Amt: $5,271.70**

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX ROAD, NE SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 10/13/2016**
**Claim Face Value: $5,271.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,271.70 | | |
| | | | | $5,271.70 | | |

### ANTHONY WAYNE VENDING CO, INC.
**Case(s): 209 Clm No: 157 Clm. Amt: $97.75**

*ATTN: PATRICK M. RORICK*
*530 WOLFE DR*
*FORT WAYNE, IN 46825*
**Date Filed: 11/7/2016**
**Claim Face Value: $97.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $97.75 | | $0.00 |
| | | | | $97.75 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|-----------------|--------------|----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

### ERIKA DAWN MOHR
**Case(s): 209 Clm No: 158 Clm. Amt: $6,194.91**

*Address Redacted*
**Date Filed: 11/7/2016**
**Claim Face Value: $6,194.91**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $6,194.91 | | $0.00 |
| | | | | $6,194.91 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|-----------------|--------------|----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

### DONNELL J HALL
**Case(s): 207 Clm No: 158 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/13/2016**
**Bar Date: 1/30/2017**
**Amended By Clm #: 169**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### NEXTWAVE MEDIA GROUP LLC
**Case(s): 208 Clm No: 158 Clm. Amt: $82,804.00**

*ATTN: THOMAS RANDALL LUBIN*
*2219 ORRINGTON AVE*
*EVANSTON, IL 60201*
**Date Filed: 10/26/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $82,804.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $82,804.00 | | $0.00 |
| | | | | $82,804.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|-----------------|--------------|----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**WINKLER ELECTRIC INC**

**Case(s): 208 Clm No: 159 Clm. Amt: $3,402.25**

*ATTN: REBECCA A. MARSHALL*
*9695 THREE NOTCH RD*
*THEODORE, AL 36582*
**Date Filed: 10/27/2016**
**Claim Face Value: $3,402.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $3,402.25 | | $0.00 |
| | | | | $3,402.25 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3879 | Objection Granted | 06/17/2020 | 3979 |

**WDZZ/WFBE/WWCK-FM RADIO**

**Case(s): 207 Clm No: 159 Clm. Amt: $10,235.76**

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX ROAD, NE SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 10/13/2016**
**Claim Face Value: $10,235.76**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $10,235.76 | | |
| | | | | $10,235.76 | | |

**GALE/ CENGAGE LEARNING**

**Case(s): 209 Clm No: 159 Clm. Amt: $4,270.85**

*ATTN: MELISSA K. NORTH*
*10650 TOEBBEN DR*
*INDEPENDENCE, KY 41051*
**Date Filed: 11/7/2016**
**Claim Face Value: $4,270.85**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $4,270.85 | | $0.00 |
| | | | | $4,270.85 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**DEBORA L. LOWKE**

**Case(s): 209 Clm No: 160 Clm. Amt: $77.22**

*95 DUBLIN AVE*
*NASHUA, NH 03063*
**Date Filed: 11/7/2016**
**Claim Face Value: $77.22**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | PRI | Allowed | | $77.22 | | $77.22 |
| | | | | $77.22 | | $77.22 |

## TALLAHASSEE MEDIA CORPORATION
**Case(s): 207 Clm No: 160 Clm. Amt: $5,567.50**

*ATTN: KENNETH J. LONG*
*1477 TENTH STREET*
*SARASOTA, FL 34236*
**Date Filed: 10/12/2016**
**Claim Face Value: $5,567.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $5,567.50 | | $0.00 |
| | | | | $5,567.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## MARLA MCDONALD
**Case(s): 208 Clm No: 160 Clm. Amt: $2,195.00**

*1123 WEYBRIDGE WAY*
*PELHAM, AL 35124*
**Date Filed: 10/31/2016**
**Claim Face Value: $2,195.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $2,195.00 | | $0.00 |
| | | | | $2,195.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 08/23/2022 | 79 | Objection Granted | 10/26/2022 | 82 |

## WDBD FOX40/ WLOO TOUGALOO
**Case(s): 209 Clm No: 161 Clm. Amt: $5,134.00**

*ATTN: DAWNITA RITTER*
*715 SOUTH JEFFERSON ST*
*JACKSON, MS 39201*
**Date Filed: 11/7/2016**
**Claim Face Value: $5,134.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $5,134.00 | | $0.00 |
| | | | | $5,134.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3879 | Objection Granted | 06/17/2020 | 3979 |

## JOHN CONTI COFFEE CO
**Case(s): 207 Clm No: 161 Clm. Amt: $428.18**

*ATTN: LISA MCDOUGALL*
*P.O. BOX 32189*
*LOUISVILLE, KY 40232*
**Date Filed: 10/13/2016**
**Claim Face Value: $428.18**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $428.18 | | |
| | | | | $428.18 | | |

**JOHN AQUILINA**
**Case(s): 208 Clm No: 161 Clm. Amt: $2,152.40**

*30160 MINTON*
*LIVONIA, MI,48150*
**Date Filed: 10/31/2016**
**Claim Face Value: $2,152.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $2,152.40 | | $0.00 |
| | | | | $2,152.40 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

**Janitek Cleaning Solutions**
**Case(s): 208 Clm No: 162 Clm. Amt: $6,787.46**

*Attn: Dena A Bibb*
*2375 Teepee Dr, Ste D*
*Stockton, CA 95205*
**Date Filed: 10/31/2016**
**Claim Face Value: $6,787.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | 503(b)(9) | | | $2,301.73 | | $0.00 |
| 208 | UNS | | | $4,485.73 | | $0.00 |
| | | | | $6,787.46 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**LANDSCAPE WORKSHOP, LLC**
**Case(s): 207 Clm No: 162 Clm. Amt: $495.00**

*ATTN: DONALD JOHN DEMETZ, JR.*
*550 MONTGOMERY HIGHWAY, SUITE 200*
*VESTAVIA HILLS, AL 35216*
**Date Filed: 10/13/2016**
**Claim Face Value: $495.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $495.00 | | |
| | | | | $495.00 | | |

**COMMERCIAL BUILDING MAINTENANCE SERVICES**
**Case(s): 209 Clm No: 162 Clm. Amt: $8,768.87**

*7740 INDIAN RIDGE TRAIL S*
*KISSIMMEE, FL 34747*
**Date Filed: 11/7/2016**
**Claim Face Value: $8,768.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $8,768.87 | | $0.00 |
| | | | | $8,768.87 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## R.S. MCCULLOUGH
### Case(s): 209 Clm No: 163 Clm. Amt: $152,686.40

*PO BOX 56201*
*LITTLE ROCK, AR 72215*
**Date Filed: 11/7/2016**
**Claim Face Value: $152,686.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 209 | PRI | Disallowed | | $9,446.40 | | $0.00 |
| 209 | UNS | Disallowed | | $143,240.00 | | $0.00 |
| | | | | $152,686.40 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

## HOFFMAN & HARPST CO. INC.
### Case(s): 207 Clm No: 163 Clm. Amt: $1,219.25

*642 E. WOODRUFF AVE.*
*TOLEDO, OH 43624*
**Date Filed: 10/12/2016**
**Claim Face Value: $1,219.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $1,219.25 | | |
| | | | | $1,219.25 | | |

## BENJAMIN PATRI
### Case(s): 208 Clm No: 163 Clm. Amt: $239.38

*W6264 CEDAR CLIFF DR.*
*HORTONVILLE, WI 54944*
**Date Filed: 10/31/2016**
**Claim Face Value: $239.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 208 | PRI | Disallowed | | $239.38 | | $0.00 |
| | | | | $239.38 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## SHIRA AMOS
### Case(s): 208 Clm No: 164 Clm. Amt:

*8010 WINDHAM LAKE WAY*
*INDIANAPOLIS, IN 46214*
**Date Filed: 10/31/2016**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 208 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| No documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

## DILLIN MERTZ
**Case(s): 209 Clm No: 164 Clm. Amt: $19,431.49**

*Address Redacted*
**Date Filed: 11/7/2016**
**Claim Face Value: $19,431.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $19,431.49 | | $0.00 |
| | | | | $19,431.49 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KAYU (FOX 28)
**Case(s): 207 Clm No: 164 Clm. Amt: $46,801.00**

*ATTN: ANNEMARIE RAMSEY*
*4600 S REGAL ST*
*SPOKANE, WA 99223*
**Date Filed: 10/13/2016**
**Claim Face Value: $46,801.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $46,801.00 | | |
| | | | | $46,801.00 | | |

## THE VILLAGE OF ORLAND PARK
**Case(s): 207 Clm No: 165 Clm. Amt: $662.00**

*ATTN: SARAH A. SCHUELER*
*14700 S. RAVINIA AVE.*
*ORLAND PARK, IL 60462*
**Date Filed: 10/13/2016**
**Claim Face Value: $662.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $662.00 | | |
| | | | | $662.00 | | |

## JIM TROMBLY PLUMBING, HEATING & COOLING INC.
**Case(s): 209 Clm No: 165 Clm. Amt: $5,830.00**

*ATTN: CARL PANZIERI*
*257 BRIDGE STREET*
*MANCHESTER, NH 03104*
**Date Filed: 11/7/2016**
**Claim Face Value: $5,830.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Allowed | | $5,830.00 | | $5,830.00 |
| | | | | $5,830.00 | | $5,830.00 |

## DOMINIC A. JACKSON
**Case(s): 208 Clm No: 165 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/31/2016**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LJUBA TRNINIC
### Case(s): 208 Clm No: 166 Clm. Amt: $29,775.00

*1678 ROOSEVELT AVE*
*LAKEWOOD, OH 44107*
**Date Filed: 10/29/2016**
**Claim Face Value: $29,775.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| 208 | PRI | Disallowed | | $16,925.00 | | $0.00 |
| | | | | $29,775.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

## MAXIMINO RIOS JR
### Case(s): 209 Clm No: 166 Clm. Amt: $900.00

*Address Redacted*
**Date Filed: 11/7/2016**
**Claim Face Value: $900.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $900.00 | | $0.00 |
| | | | | $900.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MIDWEST JANITORIAL SERVICE, INC.
### Case(s): 207 Clm No: 166 Clm. Amt: $1,499.90

*ATTN: MARGO ROWLAND*
*1395 NORTH CENTER POINT ROAD*
*HIAWATHA, IA 52233*
**Date Filed: 10/13/2016**
**Claim Face Value: $1,499.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,499.90 | | |
| | | | | $1,499.90 | | |

## CHARLESTON (WTAT-TV), LLC
### Case(s): 207 Clm No: 167 Clm. Amt: $22,508.00

*ATTN: NORA FUSCO*
*4301 ARCO LANE*
*CHARLESTON, SC 29418*
**Date Filed: 10/13/2016**
**Claim Face Value: $22,508.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Withdrawn | | $22,508.00 | | $0.00 |
| | | | | $22,508.00 | | $0.00 |

## MICHAEL P. KOVACS
### Case(s): 209 Clm No: 167 Clm. Amt: $22,200.00

P.O. BOX 394
SUDBURY, MA 01776
**Date Filed: 11/4/2016**
**Claim Face Value: $22,200.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $22,200.00 | | $0.00 |
| | | | | $22,200.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## ZELJKO TRNINIC
### Case(s): 208 Clm No: 167 Clm. Amt: $13,575.00

1678 ROOSEVELT AVE
LAKEWOOD, OH 44107
**Date Filed: 10/29/2016**
**Claim Face Value: $13,575.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | PRI | Disallowed | | $725.00 | | $0.00 |
| 208 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| | | | | $13,575.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

## PRIORITY BUILDING SERVICES, LLC
### Case(s): 208 Clm No: 168 Clm. Amt: $2,331.98

ATTN: KELLY S. ROCHA
521 MERCURY LANE
BREA, CA 92821
**Date Filed: 10/25/2016**
**Claim Face Value: $2,331.98**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $2,331.98 | | $0.00 |
| | | | | $2,331.98 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3708 |

## NATIONAL FUEL GAS DISTRIBUTION CORPORATION
### Case(s): 209 Clm No: 168 Clm. Amt: $26.41

ATTN: MEGHAN CORCORAN
6363 MAIN STREET
WILLIAMSVILLE, NY 14221
**Date Filed: 11/3/2016**
**Claim Face Value: $26.41**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $26.41 | | $0.00 |
| | | | | $26.41 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**PORTLAND MECHANICAL CONTRACTORS**

**Case(s): 207 Clm No: 168 Clm. Amt: $1,467.41**

*ATTN: TINA TISHENDORF*
*2000 SE HANNA HARVESTER DR.*
*MILWAUKIE, OR 97222*
**Date Filed: 10/13/2016**
**Claim Face Value: $1,467.41**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $1,467.41 | | |
| | | | | $1,467.41 | | |

**DONNELL J HALL**

**Case(s): 207 Clm No: 169 Clm. Amt: $6,000.00**

*Address Redacted*
**Date Filed: 10/13/2016**
**Orig. Date Filed: 10/13/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 158**
**Claim Face Value: $6,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $6,000.00 | | $0.00 |
| | | | | $6,000.00 | | $0.00 |

**SUSAN MONACO**

**Case(s): 209 Clm No: 169 Clm. Amt: $707.12**

*1598 LAKEVIEW AVE*
*SEAFORD, NY 11783*
**Date Filed: 11/8/2016**
**Claim Face Value: $707.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $707.12 | | $0.00 |
| | | | | $707.12 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**MARCELLA Y. ARELLANO**

**Case(s): 208 Clm No: 169 Clm. Amt: $35,000.00**

*Address Redacted*
**Date Filed: 10/26/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $35,000.00 | | $0.00 |
| | | | | $35,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BRITTANY ZUBICK
### Case(s): 208 Clm No: 170 Clm. Amt: $31,999.00

*Address Redacted*
**Date Filed: 10/25/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $31,999.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $31,999.00 | | $0.00 |
| | | | | $31,999.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CANDICE VILLAFUERTE
### Case(s): 209 Clm No: 170 Clm. Amt:

*Address Redacted*
**Date Filed: 11/10/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## PIEDMONT NATURAL GAS
### Case(s): 207 Clm No: 170 Clm. Amt: $152.20

*ATTN: BANKRUPTCY*
*4339 S TRYON ST.*
*CHARLOTTE, NC 28217*
**Date Filed: 10/13/2016**
**Amended By Clm #: 276**
**Claim Face Value: $152.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $152.20 | | $0.00 |
| | | | | $152.20 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 09/02/2020 | 4048 | Objection Granted | 10/22/2020 | 4111 |

## CENTRAL INDIANA HARDWARE
### Case(s): 207 Clm No: 171 Clm. Amt: $224.70

*ATTN: MICKEY R. VISSING*
*9190 CORPORATION DRIVE*
*INDIANAPOLIS, IN 46256*
**Date Filed: 10/13/2016**
**Claim Face Value: $224.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $224.70 | | |
| | | | | $224.70 | | |

**CANDICE VILLAFUERTE**
**Case(s): 209 Clm No: 171 Clm. Amt:**

*Address Redacted*
**Date Filed: 11/10/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**HAROLD D PATRICK, JR.**
**Case(s): 208 Clm No: 171 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 10/25/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 208 | UNS | | | $80,000.00 | | $0.00 |
| | | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**COMMUNITY COFFEE CO., LLC**
**Case(s): 208 Clm No: 172 Clm. Amt: $1,953.44**

*P O BOX 919149*
*DALLAS, TX 75391*
**Date Filed: 10/25/2016**
**Claim Face Value: $1,953.44**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 208 | UNS | | | $1,953.44 | | $0.00 |
| | | | | | $1,953.44 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**KENDRICK SHEARD**
**Case(s): 209 Clm No: 172 Clm. Amt: $5,000.00**

*Address Redacted*
**Date Filed: 11/10/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 209 | UNS | Disallowed | | $5,000.00 | | $0.00 |
| | | | | | $5,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## AMERICAN CHEMICALS & EQUIPMENT, INC.
### Case(s): 207 Clm No: 172 Clm. Amt: $524.44

*C/O AMERICAN OSMENT*
*ATTN: TOM HAMM*
*2923 5TH AVENUE SOUTH*
*BIRMINGHAM, AL 35233*
**Date Filed: 10/13/2016**
**Claim Face Value: $524.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $524.44 | | |
| | | | | $524.44 | | |

## TARRELL HINES
### Case(s): 207 Clm No: 173 Clm. Amt:

*Address Redacted*
**Date Filed: 10/13/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## WOODARD, EMHARDT, MORIARTY, MCNETT & HENRY LLP
### Case(s): 208 Clm No: 173 Clm. Amt: $2,632.50

*ATTN: JAMES M. DURLACHER*
*111 MONUMENT CIRCLE, STE. 3700*
*INDIANAPOLIS, IN 46204-5137*
**Date Filed: 10/26/2016**
**Claim Face Value: $2,632.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $2,632.50 | | $0.00 |
| | | | | $2,632.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3879 | Objection Granted | 06/17/2020 | 3979 |

## STEPHANIE RIDDEL
### Case(s): 209 Clm No: 173 Clm. Amt: $17,722.69

*Address Redacted*
**Date Filed: 11/11/2016**
**Claim Face Value: $17,722.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $17,722.69 | | $0.00 |
| | | | | $17,722.69 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**LAWRENCE L. SINSEL, JR.**

**Case(s): 209 Clm No: 174 Clm. Amt: $6,225.35**

*15206 RUSSET BEND LN*
*CYPRESS, TX 77429-8521*
**Date Filed: 11/12/2016**
**Claim Face Value: $6,225.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | 503(b)(9) | Disallowed | | $390.45 | | $0.00 |
| 209 | UNS | Disallowed | | $5,834.90 | | $0.00 |
| | | | | $6,225.35 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**RONOVAN R. SPENCER**

**Case(s): 208 Clm No: 174 Clm. Amt: $12,333.00**

*Address Redacted*
**Date Filed: 11/1/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,333.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $12,333.00 | | $0.00 |
| | | | | $12,333.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

**WILLIAM TOWNES**

**Case(s): 207 Clm No: 174 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/13/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### ALPHA & OMEGA BUILDING SERVICES, INC.
**Case(s): 208 Clm No: 175 Clm. Amt: $25,633.91**

*ATTN: JENNIFER KAY KEISH*
*2843 CULVER AVE.*
*KETTERING, OH 45429*
**Date Filed: 10/28/2016**
**Claim Face Value: $25,633.91**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $25,633.91 | | $0.00 |
| | | | | $25,633.91 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/26/2019 | 3620 |

### EMMA L. ROSS
**Case(s): 209 Clm No: 175 Clm. Amt:**

*Address Redacted*
**Date Filed: 11/13/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### ROCHELLE DENISE DAVIS
**Case(s): 207 Clm No: 175 Clm. Amt: $3,000.00**

*Address Redacted*
**Date Filed: 10/13/2016**
**Claim Face Value: $3,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $3,000.00 | | $0.00 |
| | | | | $3,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
**Case(s): 207 Clm No: 176 Clm. Amt: $107,286.54**

*ATTN: OSCAR ESTRADA*
*P.O. BOX 54110*
*LOS ANGELES, CA 90054-0110*
**Date Filed: 10/13/2016**
**Claim Face Value: $107,286.54**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | SEC | Withdrawn | | $107,286.54 | | $0.00 |
| | | | | $107,286.54 | | $0.00 |

## STEPHANIE FISH
### Case(s): 209 Clm No: 176 Clm. Amt: $25,113.74

*Address Redacted*
**Date Filed: 11/13/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,113.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $25,113.74 | | $0.00 |
| | | | | $25,113.74 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## GEIGER DATE INTELLIGENCE, LLC
### Case(s): 208 Clm No: 176 Clm. Amt: $2,880.00

*ATTN: BRIDGETTE WELSH*
*9103 MALLARD POINT*
*ZIONSVILLE, IN 46077*
**Date Filed: 11/2/2016**
**Claim Face Value: $2,880.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $2,880.00 | | $0.00 |
| | | | | $2,880.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## GEIGER DATA INTELLIGENCE, LLC
### Case(s): 208 Clm No: 177 Clm. Amt: $7,020.00

*ATTN: KERI A. GEIGER*
*9103 MALLARD POINT*
*ZIONSVILLE, IN 46077*
**Date Filed: 11/2/2016**
**Claim Face Value: $7,020.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $7,020.00 | | $0.00 |
| | | | | $7,020.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## ZACHARY PAISLEY
### Case(s): 209 Clm No: 177 Clm. Amt: $1,563.00

*Address Redacted*
**Date Filed: 11/14/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,563.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $1,563.00 | | $0.00 |
| | | | | $1,563.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TONY DESIMONE
### Case(s): 207 Clm No: 177 Clm. Amt: $705.50

*Address Redacted*
**Date Filed: 10/13/2016**
**Claim Face Value: $705.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $705.50 | | |
| | | | | $705.50 | | |

## ANDRE MOORE
### Case(s): 207 Clm No: 178 Clm. Amt:

*Address Redacted*
**Date Filed: 10/13/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## VIRENDER SINGH
### Case(s): 208 Clm No: 178 Clm. Amt: $730.00

*7325 TOTTENHAM*
*SHELBY TWP, MI 48317*
**Date Filed: 11/1/2016**
**Claim Face Value: $730.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $730.00 | | $0.00 |
| | | | | $730.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## IDAHO INDEPENDENT TELEVISION
### Case(s): 209 Clm No: 178 Clm. Amt: $2,312.00

*C/O WDRB*
*ATTN: JAMAL S. GREY*
*624 W. MUHAMMAD ALI BLVD*
*LOUISVILLE, KY 40203*
**Date Filed: 11/11/2016**
**Claim Face Value: $2,312.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $2,312.00 | | $0.00 |
| | | | | $2,312.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**INDEPENDENT TELEVISION COMPANY, INC.**
**Case(s): 209 Clm No: 179 Clm. Amt: $54,979.40**

*C/O WDRB-TV*
*ATTN: JAMAL S. GREY*
*624 W. MUHAMMAD ALI BLVD*
*LOUISVILLE, KY 40203*
**Date Filed: 11/11/2016**
**Claim Face Value: $54,979.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $54,979.40 | | $0.00 |
| | | | | $54,979.40 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**LORI JACKSON**
**Case(s): 207 Clm No: 179 Clm. Amt: $9,401.00**

*Address Redacted*
**Date Filed: 10/13/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,401.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $9,401.00 | | $0.00 |
| | | | | $9,401.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JOSHUA LEONGUERRERO**
**Case(s): 208 Clm No: 179 Clm. Amt: $1,939.00**

*Address Redacted*
**Date Filed: 11/2/2016**
**Claim Face Value: $1,939.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $1,939.00 | | $0.00 |
| | | | | $1,939.00 | | $0.00 |

**LINH NGUYEN**
**Case(s): 208 Clm No: 180 Clm. Amt: $822.82**

*Address Redacted*
**Date Filed: 11/2/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $822.82**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | SEC | | | Unknown | Y | $0.00 |
| 208 | UNS | | | $822.82 | | $0.00 |
| | | | | $822.82 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DAVID N. DEVORE**

**Case(s): 207 Clm No: 180 Clm. Amt: $5,562.10**

*Address Redacted*
**Date Filed: 10/13/2016**
**Claim Face Value: $5,562.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $5,562.10 | | $0.00 |
| | | | | $5,562.10 | | $0.00 |

**GENERAL FIRE EQUIPMENT COMPANY, INC.**

**Case(s): 209 Clm No: 180 Clm. Amt: $189.02**

*ATTN: BEVERLY WERDIN*
*975 NORTH HAWLEY ROAD*
*MILWAUKEE, WI 53213*
**Date Filed: 11/14/2016**
**Claim Face Value: $189.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $189.02 | | $0.00 |
| | | | | $189.02 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | | Objection Granted | | 3079 |
| Miscellaneous objection | | 3877 | Objection Granted | 05/20/2020 | 3931 |

**JAMES B. TAURING**

**Case(s): 209 Clm No: 181 Clm. Amt: $44,676.88**

*Address Redacted*
**Date Filed: 11/14/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $44,676.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $44,676.88 | | $0.00 |
| | | | | $44,676.88 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CHRISTOPHER DEITZ**

**Case(s): 207 Clm No: 181 Clm. Amt: $280,000.00**

*Address Redacted*
**Date Filed: 10/13/2016**
**Amended By Clm #: 419**
**Claim Face Value: $280,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $280,000.00 | | $0.00 |
| | | | | $280,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## VIVI NGUYEN
**Case(s): 208 Clm No: 181 Clm. Amt: $1,923.10**

*328 S. ELECTRIC AVE*
*ALHAMBRA, CA 91803*
**Date Filed: 11/3/2016**
**Claim Face Value: $961.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $961.55 | | $0.00 |
| 208 | SEC | Disallowed | | $961.55 | | $0.00 |
| | | | | $1,923.10 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 08/23/2022 | 79 | Objection Granted | 10/26/2022 | 82 |

## DEBRA W. JONES
**Case(s): 208 Clm No: 182 Clm. Amt:**

*Address Redacted*
**Date Filed: 11/3/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## SCOTT BRAND
**Case(s): 207 Clm No: 182 Clm. Amt: $8,100.11**

*Address Redacted*
**Date Filed: 10/13/2016**
**Claim Face Value: $8,100.11**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $8,100.11 | | $0.00 |
| | | | | $8,100.11 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JAMES H. YOUNG
**Case(s): 209 Clm No: 182 Clm. Amt: $4,590.00**

*190 UPPER GARLAND RD*
*GARLAND, ME 04939*
**Date Filed: 11/14/2016**
**Claim Face Value: $4,590.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Allowed | | $4,590.00 | | $4,590.00 |
| | | | | $4,590.00 | | $4,590.00 |

## LOUPE PHOTOGRAPHY & VIDEO
### Case(s): 209 Clm No: 183 Clm. Amt: $1,122.19

*ATTN: RICKY C. LOUPE*
*320 METAIRIE RD*
*METAIRIE, LA 70005*
**Date Filed: 11/14/2016**
**Claim Face Value: $1,122.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $1,122.19 | | $0.00 |
| | | | | $1,122.19 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## CHRISTOPHER CRESPO
### Case(s): 207 Clm No: 183 Clm. Amt: $520.00

*15909 WEST TROON CIRCLE*
*MIAMI, FL 33014*
**Date Filed: 10/14/2016**
**Claim Face Value: $520.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $520.00 | | $0.00 |
| | | | | $520.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## DEBRA W. JONES
### Case(s): 208 Clm No: 183 Clm. Amt:

*Address Redacted*
**Date Filed: 11/3/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## REGINALD JONES JR.
### Case(s): 208 Clm No: 184 Clm. Amt:

*Address Redacted*
**Date Filed: 11/3/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DELVIN P. DUMAS**

**Case(s): 207 Clm No: 184 Clm. Amt:**

3611 RIVER OAKS DR.
NEW ORLEANS, LA 70131
**Date Filed: 10/14/2016**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

**HIPPOPRESS LLC**

**Case(s): 209 Clm No: 184 Clm. Amt: $900.00**

ATTN: JODY REESE
49 HOLLIS ST
MANCHESTER, NH 03101
**Date Filed: 11/15/2016**
**Claim Face Value: $900.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Allowed | | $900.00 | | $900.00 |
| | | | | $900.00 | | $900.00 |

**ERIC DAVIS**

**Case(s): 209 Clm No: 185 Clm. Amt: $4,779.67**

5500 ENGLISH AVE
AUSTIN, TX 78724
**Date Filed: 11/8/2016**
**Claim Face Value: $4,779.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $4,779.67 | | $0.00 |
| | | | | $4,779.67 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**YVONNE GETER**

**Case(s): 208 Clm No: 185 Clm. Amt: $152.86**

Address Redacted
**Date Filed: 11/2/2016**
**Claim Face Value: $152.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | PRI | Disallowed | | $152.86 | | $0.00 |
| | | | | $152.86 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

**OMAR TORRES**
**Case(s): 207 Clm No: 185 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/14/2016**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ARVATO DIGITAL SERVCIES LLC**
**Case(s): 207 Clm No: 186 Clm. Amt: $29,641.59**

*ATTN: MARY ARMSTRONG*
*29011 COMMERCE CENTER DRIVE*
*VALENCIA, CA 91355*
**Date Filed: 10/14/2016**
**Claim Face Value: $29,641.59**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $29,641.59 | | |
| | | | | | $29,641.59 | | |

**MICHELLE CRENSHAW**
**Case(s): 208 Clm No: 186 Clm. Amt:**

*Address Redacted*
**Date Filed: 11/3/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 208 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**DALONNA P. WHITACRE**
**Case(s): 209 Clm No: 186 Clm. Amt: $2,386.28**

*105 BENTREE BLVD.*
*DANVILLE, IN 46122*
**Date Filed: 11/15/2016**
**Claim Face Value: $2,386.28**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 209 | PRI | Disallowed | | $2,386.28 | | $0.00 |
| | | | | | $2,386.28 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

### ONE SOURCE TECHNOLOGY SOLUTIONS INC, LLC
**Case(s): 209 Clm No: 187 Clm. Amt: $642.65**

*ATTN: MANDY ABERMANIS*
*28525 BECK ROAD*
*WIXOM, MI 48393*
**Date Filed: 11/15/2016**
**Claim Face Value: $642.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $642.65 | | $0.00 |
| | | | | $642.65 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

### BARCOM TECHNOLOGY SOLUTIONS
**Case(s): 208 Clm No: 187 Clm. Amt: $1,234.05**

*ATTN: VINAN A DELEN*
*435 ISOM RD SUITE # 202*
*SAN ANTONIO, TX 78216*
**Date Filed: 11/3/2016**
**Claim Face Value: $1,234.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $1,234.05 | | $0.00 |
| | | | | $1,234.05 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

### ELIZABETH LAGARON
**Case(s): 207 Clm No: 187 Clm. Amt: $2,307.69**

*8721 SW 192 TERRACE*
*CUTLER BAY, FL 33157*
**Date Filed: 10/14/2016**
**Claim Face Value: $2,307.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | | | $2,307.69 |
| 207 | UNS | Disallowed | | $2,307.69 | | $0.00 |
| | | | | $2,307.69 | | $2,307.69 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 11/17/2022 | 5044 | Objection Granted | 12/13/2022 | 5075 |

### WYATT, TARRANT & COMBS, LLP
**Case(s): 207 Clm No: 188 Clm. Amt: $742.95**

*ATTN: DANIEL WAXMAN*
*250 WEST MAIN ST., SUITE 1600*
*LEXINGTON, KY 40507*
**Date Filed: 10/14/2016**
**Claim Face Value: $742.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $742.95 | | |
| | | | | $742.95 | | |

### VALERIE TAYLOR HOLLIS
### Case(s): 208 Clm No: 188 Clm. Amt: $7,000.00

*Address Redacted*
**Date Filed: 11/3/2016**
**Claim Face Value: $7,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $7,000.00 | | $0.00 |
| | | | | $7,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### TIMOTHY JOHNSON
### Case(s): 209 Clm No: 188 Clm. Amt:

*Address Redacted*
**Date Filed: 11/16/2016**
**Orig. Date Filed: 10/12/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 25**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | 04/13/2020 | | Claim Withdrawn | | 3079 |

### MARQUIS LAMAR HOOPER
### Case(s): 209 Clm No: 189 Clm. Amt:

*Address Redacted*
**Date Filed: 11/17/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### MAJID FARAJPOUREDARI
### Case(s): 208 Clm No: 189 Clm. Amt: $3,758.94

*Address Redacted*
**Date Filed: 11/3/2016**
**Claim Face Value: $3,758.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $3,758.94 | | $0.00 |
| | | | | $3,758.94 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## KTTU TELEVISION
**Case(s): 207 Clm No: 189 Clm. Amt: $7,480.00**

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX ROAD, NE, SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 10/14/2016**
**Claim Face Value: $7,480.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $7,480.00 | | |
| | | | | $7,480.00 | | |

## ALVIN N. RICHARDSON, JR.
**Case(s): 207 Clm No: 190 Clm. Amt: $23,189.56**

*Address Redacted*
**Date Filed: 10/14/2016**
**Claim Face Value: $23,189.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | 503(b)(9) | Disallowed | | $23,189.56 | | $0.00 |
| | | | | $23,189.56 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MAGALY D. CARRO
**Case(s): 208 Clm No: 190 Clm. Amt: $15,694.86**

*9729 NW 52 MANOR*
*CAROL SPRINGS, FL 33076*
**Date Filed: 11/4/2016**
**Claim Face Value: $15,694.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $15,694.86 | | $0.00 |
| | | | | $15,694.86 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

## ASHLEY CUTTER
**Case(s): 209 Clm No: 190 Clm. Amt: $19,000.00**

*Address Redacted*
**Date Filed: 11/18/2016**
**Claim Face Value: $19,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $19,000.00 | | $0.00 |
| | | | | $19,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KEVIN R. BELL**
**Case(s): 209 Clm No: 191 Clm. Amt: $3,187.15**

*Address Redacted*
**Date Filed: 11/18/2016**
**Claim Face Value: $3,187.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $3,187.15 | | $0.00 |
| | | | | $3,187.15 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**Ryan L Roney**
**Case(s): 208 Clm No: 191 Clm. Amt: $31,924.85**

*376 S Golden Beach Dr*
*Kewadin, MI 49648*
**Date Filed: 11/4/2016**
**Claim Face Value: $31,924.85**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| 208 | UNS | Disallowed | | $19,074.85 | | $0.00 |
| | | | | $31,924.85 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**MEGAN PATRICK**
**Case(s): 207 Clm No: 191 Clm. Amt: $1,937.00**

*Address Redacted*
**Date Filed: 10/14/2016**
**Claim Face Value: $1,937.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | Y | $1,937.00 | | $0.00 |
| | | | | $1,937.00 | | $0.00 |

**PREMIUM ELECTRIC COMPANY, INC.**
**Case(s): 207 Clm No: 192 Clm. Amt: $1,731.00**

*ATTN: JAMES L. TURNER*
*2550 HILTON ROAD*
*FERNDALE, MI 48220*
**Date Filed: 10/13/2016**
**Claim Face Value: $1,731.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,731.00 | | $0.00 |
| | | | | $1,731.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## DAIR PILLAI
**Case(s): 208 Clm No: 192 Clm. Amt: $309.99**

*2189 CANTLEY COURT*
*FOREST HILL, MD 21050*
**Date Filed: 11/5/2016**
**Claim Face Value: $309.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $309.99 | | $0.00 |
| | | | | $309.99 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## YOUSEF DEHGHANI
**Case(s): 209 Clm No: 192 Clm. Amt: $147.06**

*13103 MILLHAVEN PL APT B*
*GERMANTOWN, MD 20874*
**Date Filed: 11/20/2016**
**Claim Face Value: $147.06**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $147.06 | | $0.00 |
| | | | | $147.06 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## ESP, LLC
**Case(s): 209 Clm No: 193 Clm. Amt: $4,194.99**

*c/o The Law Offices of Daley & West, PLLC*
*Attn: Brenda West, Esq*
*702 Rio Grande St, Ste 301*
*Austin, TX 78701-2720*
**Date Filed: 11/21/2016**
**Claim Face Value: $4,194.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $4,194.99 | | $0.00 |
| | | | | $4,194.99 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## Jason Cory Weisbrich
**Case(s): 208 Clm No: 193 Clm. Amt: $1,454.00**

*Address Redacted*
**Date Filed: 11/5/2016**
**Claim Face Value: $1,454.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $1,454.00 | | $0.00 |
| | | | | $1,454.00 | | $0.00 |

## STEPHANIE CORDOVA
### Case(s): 207 Clm No: 193 Clm. Amt: $14,871.63

*Address Redacted*
**Date Filed: 10/13/2016**
**Claim Face Value: $14,871.63**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $14,871.63 | | $0.00 |
| | | | | $14,871.63 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## MOUNIR BERRADA
### Case(s): 207 Clm No: 194 Clm. Amt:

*13309 BRAMPTON WAY*
*YUKON, OK 73099*
**Date Filed: 10/14/2016**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |


## SOLOMON FISHER III
### Case(s): 208 Clm No: 194 Clm. Amt:

*Address Redacted*
**Date Filed: 11/5/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## JONATHAN SIBLEY
### Case(s): 209 Clm No: 194 Clm. Amt: $58,702.13

*Address Redacted*
**Date Filed: 11/22/2016**
**Claim Face Value: $58,702.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $58,702.13 | | $0.00 |
| | | | | $58,702.13 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TREVOR JAMAL ENGRAM
### Case(s): 209 Clm No: 195 Clm. Amt: $24,500.00

*Address Redacted*
**Date Filed: 11/22/2016**
**Claim Face Value: $24,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $24,500.00 | | $0.00 |
| | | | | $24,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MICHAEL BLAND
### Case(s): 208 Clm No: 195 Clm. Amt: $113,400.00

*Address Redacted*
**Date Filed: 11/6/2016**
**Claim Face Value: $113,400.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $113,400.00 | | $0.00 |
| | | | | $113,400.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KIRSTIN CRABTREE
### Case(s): 207 Clm No: 195 Clm. Amt: $7,237.60

*Address Redacted*
**Date Filed: 10/14/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $7,237.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $7,237.60 | | $0.00 |
| | | | | $7,237.60 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CURTIS 1000, INC.
### Case(s): 208 Clm No: 196 Clm. Amt: $78,957.14

*ATTN: MARGARET NEAL*
*1725 BRECKINRIDGE PKWY, STE 500*
*DULUTH, GA 30096*
**Date Filed: 11/7/2016**
**Claim Face Value: $78,957.14**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $78,957.14 | | $0.00 |
| | | | | $78,957.14 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## DESIREE PEREZ
### Case(s): 207 Clm No: 196 Clm. Amt: $20,000.00

*Address Redacted*
**Date Filed: 10/14/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

## NASHUA WASTEWATER SYSTEMS
### Case(s): 209 Clm No: 196 Clm. Amt: $21,939.26

*ATTN: RUTH E. RASWYCK*
*229 MAIN ST.*
*NASHUA, NH 03060*
**Date Filed: 11/22/2016**
**Claim Face Value: $10,969.63**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $10,969.63 | | $0.00 |
| 209 | SEC | Disallowed | | $10,969.63 | | $0.00 |
| | | | | $21,939.26 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | | | Objection Granted | | 3079 |
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

## MADISON SECURITY GROUP, INC.
### Case(s): 209 Clm No: 197 Clm. Amt: $1,658.25

*ATTN: JAMES C. LIMPERIS*
*31 KIRK STREET*
*LOWELL, MA 01852*
**Date Filed: 11/22/2016**
**Claim Face Value: $1,658.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | Unknown | Y | $0.00 |
| 209 | UNS | Disallowed | | $1,658.25 | | $0.00 |
| | | | | $1,658.25 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## AARON BARBAS
### Case(s): 207 Clm No: 197 Clm. Amt: $13,728.91

*Address Redacted*
**Date Filed: 10/14/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $13,728.91**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $13,728.91 | | $0.00 |
| | | | | $13,728.91 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ANTHONY WAYNE VENDING CO, INC.**
**Case(s): 208 Clm No: 197 Clm. Amt: $97.75**

*ATTN: PATRICK M. RORICK*
*530 WOLFE DR*
*FORT WAYNE, IN 46825*
**Date Filed: 11/7/2016**
**Claim Face Value: $97.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $97.75 | | $0.00 |
| | | | | $97.75 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**BUSINESS FURNITURE**
**Case(s): 208 Clm No: 198 Clm. Amt: $13,541.60**

*ATTN: SHEILA BOELKE*
*8421 BEARING DR. SUITE 200E*
*INDIANAPOLIS, IN 46268*
**Date Filed: 11/7/2016**
**Claim Face Value: $13,541.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $13,541.60 | | $0.00 |
| | | | | $13,541.60 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**PETER O'KEEFE**
**Case(s): 207 Clm No: 198 Clm. Amt: $1,234.13**

*13585 FLAGSTAFF AVE*
*APPLE VALLEY, MN 55124*
**Date Filed: 10/14/2016**
**Claim Face Value: $1,234.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | | | $1,234.13 |
| 207 | UNS | | | $1,234.13 | | $0.00 |
| | | | | $1,234.13 | | $1,234.13 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 11/17/2022 | 5044 | Objection Granted | 12/13/2022 | 5075 |

**Marilyn Frankland**
**Case(s): 209 Clm No: 198 Clm. Amt: $194.71**

*588 Embury Rd*
*Rochester, NY 14625-1216*
**Date Filed: 11/22/2016**
**Claim Face Value: $194.71**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Allowed | | $194.71 | | $194.71 |
| | | | | $194.71 | | $194.71 |

**NACIRA NICOLE HALL**

**Case(s): 209 Clm No: 199 Clm. Amt: $34,883.74**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 11/22/2016**<br>**Claim Face Value: $34,883.74** | | | | | | | |
| | 209 | UNS | Disallowed | | $34,883.74 | | $0.00 |
| | | | | | $34,883.74 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ISAIAH TAYLOR**

**Case(s): 207 Clm No: 199 Clm. Amt: $18,829.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/14/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $18,829.00** | | | | | | | |
| | 207 | UNS | | | $18,829.00 | | $0.00 |
| | | | | | $18,829.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ERIKA DAWN MOHR**

**Case(s): 208 Clm No: 199 Clm. Amt: $6,194.91**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 11/7/2016**<br>**Claim Face Value: $6,194.91** | | | | | | | |
| | 208 | UNS | | | $6,194.91 | | $0.00 |
| | | | | | $6,194.91 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**DARRYL WOODARD**

**Case(s): 207 Clm No: 200 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/14/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

## BEST QUALIFIED CLEANING, INC.
### Case(s): 209 Clm No: 200 Clm. Amt: $596.00

ATTN: MARK ROBERT BLANCHETTE, SR.
PO BOX 10666
BEDFORD, NH 03110
**Date Filed: 11/14/2016**
**Claim Face Value: $596.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Allowed | | $596.00 | | $596.00 |
| | | | | $596.00 | | $596.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | | | Objection Granted | | 3079 |

## VOIDED CLAIM - CLAIM CREATED IN ERROR
### Case(s): Clm No: 200 Clm. Amt:

**Date Filed:**
**Claim Face Value:**

## ONE SOURCE TECHNOLOGY SOLUTIONS, INC LLC
### Case(s): 209 Clm No: 201 Clm. Amt: $642.65

ATTN: MANDY S. ABERMANIS
28525 BECK ROAD #113
WIXOM, MI 48393
**Date Filed: 11/23/2016**
**Claim Face Value: $642.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $642.65 | | $0.00 |
| | | | | $642.65 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## GALE/ CENGAGE LEARNING
### Case(s): 208 Clm No: 201 Clm. Amt: $4,270.85

ATTN: MELISSA K. NORTH
10650 TOEBBEN DR
INDEPENDENCE, KY 41051
**Date Filed: 11/7/2016**
**Claim Face Value: $4,270.85**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $4,270.85 | | $0.00 |
| | | | | $4,270.85 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## CORRIDOR TELEVISION, LLP
### Case(s): 207 Clm No: 201 Clm. Amt: $28,968.00

ATTN: TARA RUSSELL
1402 WEST AVENUE
AUSTIN, TX 78701
**Date Filed: 10/14/2016**
**Claim Face Value: $28,968.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $28,968.00 | | |
| | | | | $28,968.00 | | |

### MICHAEL N. CAHL
#### Case(s): 207 Clm No: 202 Clm. Amt: $3,561.60

*207 MEADOW CIRCLE*
*BOYNTON BEACH, FL 33436*
**Date Filed: 10/14/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $3,561.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $3,561.60 | | |
| | | | | $3,561.60 | | |

### Mosammat Chowdhury
#### Case(s): 208 Clm No: 202 Clm. Amt: $548.00

*7522 N Ridge Blvd, Apt 1W*
*Chicago, IL 60645*
**Date Filed: 11/8/2016**
**Orig. Date Filed: 9/16/2016**
**Claim Face Value: $548.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $548.00 | | $0.00 |
| | | | | $548.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

### DWC MECHANICAL, INC.
#### Case(s): 209 Clm No: 202 Clm. Amt: $6,359.95

*ATTN: ROBIN CLOY*
*100 JOHN GLENN DR*
*AMHERST, NY 14228*
**Date Filed: 11/25/2016**
**Claim Face Value: $6,359.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | 503(b)(9) | Disallowed | | $6,359.95 | | $0.00 |
| | | | | $6,359.95 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

### GRANT A. CONRY
#### Case(s): 209 Clm No: 203 Clm. Amt: $42,000.00

*Address Redacted*
**Date Filed: 11/26/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $42,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $42,000.00 | | $0.00 |
| | | | | $42,000.00 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**WDBD FOX40/ WLOO TOUGALOO**
**Case(s): 208 Clm No: 203 Clm. Amt: $5,134.00**

ATTN: DAWNITA RITTER
715 SOUTH JEFFERSON ST
JACKSON, MS 39201
**Date Filed: 11/7/2016**
**Claim Face Value: $5,134.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 208 | UNS | | | $5,134.00 | | $0.00 |
| | | | | $5,134.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3879 | Objection Granted | 06/17/2020 | 3979 |

**SONDRA BONTON**
**Case(s): 207 Clm No: 203 Clm. Amt: $3,464.00**

Address Redacted
**Date Filed: 10/15/2016**
**Bar Date: 1/30/2017**
**Amended By Clm #: 204**
**Claim Face Value: $3,464.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $3,464.00 | | $0.00 |
| | | | | $3,464.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SONDRA BONTON**
**Case(s): 207 Clm No: 204 Clm. Amt: $9,401.00**

Address Redacted
**Date Filed: 10/15/2016**
**Orig. Date Filed: 10/15/2016**
**Amending Clm #: 203**
**Claim Face Value: $9,401.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $9,401.00 | | $0.00 |
| | | | | $9,401.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**COMMERCIAL BUILDING MAINTENANCE SERVICES**
**Case(s): 208 Clm No: 204 Clm. Amt: $8,768.87**

7740 INDIAN RIDGE TRAIL S
KISSIMMEE, FL 34747
**Date Filed: 11/7/2016**
**Claim Face Value: $8,768.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 208 | UNS | | | $8,768.87 | | $0.00 |
| | | | | $8,768.87 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**MATTHEW HOLLERMANN**
**Case(s): 209 Clm No: 204 Clm. Amt: $125,000.00**

*Address Redacted*
**Date Filed: 11/27/2016**
**Claim Face Value: $125,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 209 | UNS | Disallowed | | $125,000.00 | | $0.00 |
| | | | | $125,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**SHARON MARTELLA**
**Case(s): 209 Clm No: 205 Clm. Amt: $900.00**

*600 DIANA CT.*
*BENSENVILLE, IL 60106*
**Date Filed: 11/28/2016**
**Claim Face Value: $900.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 209 | UNS | Disallowed | | $900.00 | | $0.00 |
| | | | | $900.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**R.S. MCCULLOUGH**
**Case(s): 208 Clm No: 205 Clm. Amt: $152,686.40**

*P.O. BOX 56201*
*LITTLE ROCK, AR 72215*
**Date Filed: 11/7/2016**
**Claim Face Value: $152,686.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 208 | PRI | Disallowed | | $9,446.40 | | $0.00 |
| 208 | UNS | Disallowed | | $143,240.00 | | $0.00 |
| | | | | $152,686.40 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

## JOHN MCCULLOUGH
### Case(s): 207 Clm No: 205 Clm. Amt: $2,912.25

*Address Redacted*
**Date Filed: 10/15/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $2,912.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,912.25 | | $0.00 |
| | | | | $2,912.25 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TYRONE LA'NEAR DUDLEY
### Case(s): 207 Clm No: 206 Clm. Amt: $20,669.04

*Address Redacted*
**Date Filed: 10/16/2016**
**Claim Face Value: $20,669.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,669.04 | | $0.00 |
| | | | | $20,669.04 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DILLIN MERTZ
### Case(s): 208 Clm No: 206 Clm. Amt: $19,431.49

*Address Redacted*
**Date Filed: 11/7/2016**
**Claim Face Value: $19,431.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $19,431.49 | | $0.00 |
| | | | | $19,431.49 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## NATIONAL FIRST AID & SAFETY
### Case(s): 209 Clm No: 206 Clm. Amt: $79.35

*ATTN: NADINE ESTHER BURGESS*
*PO BOX 821682*
*VANCOUVER, WA 98682*
**Date Filed: 11/28/2016**
**Claim Face Value: $79.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $79.35 | | $0.00 |
| | | | | $79.35 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**YORK MAHONING MECHANICAL CONTRACTORS, INC**
**Case(s): 209 Clm No: 207 Clm. Amt: $326.70**

*ATTN: BRIAN BRUCHS PFAN*
*724 CANFIELD RD.*
*YOUNGSTOWN, OH 44511*
**Date Filed: 11/28/2016**
**Claim Face Value: $326.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $326.70 | | $0.00 |
| | | | | $326.70 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3879 | Objection Granted | 06/17/2020 | 3979 |

**JAMES K DAWSON**
**Case(s): 208 Clm No: 207 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 11/7/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ANTOINE G BELOT**
**Case(s): 207 Clm No: 207 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed: 10/16/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ROBERT VALDEZ**
**Case(s): 207 Clm No: 208 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/16/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MAXIMINO RIOS JR**

**Case(s): 208 Clm No: 208 Clm. Amt: $900.00**

*Address Redacted*
**Date Filed: 11/7/2016**
**Claim Face Value: $900.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $900.00 | | $0.00 |
| | | | | $900.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ASHLEY JOHNSON**

**Case(s): 209 Clm No: 208 Clm. Amt:**

*Address Redacted*
**Date Filed: 11/28/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**Xerox Education Services, LLC**

**Case(s): 209 Clm No: 209 Clm. Amt: $1,207.01**

*100 Campus Dr, Ste 200*
*Florham Park, NJ 07932*
**Date Filed: 11/28/2016**
**Claim Face Value: $1,207.01**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Allowed | | $1,207.01 | | $1,207.01 |
| | | | | $1,207.01 | | $1,207.01 |

**MICHAEL P. KOVACS**

**Case(s): 208 Clm No: 209 Clm. Amt: $22,200.00**

*P.O. BOX 394*
*SUDBURY, MA 01776*
**Date Filed: 11/4/2016**
**Claim Face Value: $22,200.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $22,200.00 | | $0.00 |
| | | | | $22,200.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**DOUGLAS JACOB**

**Case(s): 207 Clm No: 209 Clm. Amt: $1,000.00**

*224 WILLIAM STREET*
*TONAWANDA, NY 14150*
**Date Filed: 10/16/2016**
**Claim Face Value: $1,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $1,000.00 | | $0.00 |
| | | | | $1,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2020 | 4621 | Objection Granted | 03/31/2022 | 4732 |

**KATRINA CRADDOCK**

**Case(s): 207 Clm No: 210 Clm. Amt: $191.70**

*53074TH AVE SE*
*UNIT A*
*EVERETT, WA 98203*
**Date Filed: 10/16/2016**
**Claim Face Value: $191.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $191.70 | | $0.00 |
| | | | | $191.70 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

**NATIONAL FUEL GAS DISTRIBUTION CORPORATION**

**Case(s): 208 Clm No: 210 Clm. Amt: $26.41**

*ATTN: MEGHAN CORCORAN*
*6363 MAIN STREET*
*WILLIAMSVILLE, NY 14221*
**Date Filed: 11/3/2016**
**Claim Face Value: $26.41**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $26.41 | | $0.00 |
| | | | | $26.41 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**Mei Ellis**

**Case(s): 209 Clm No: 210 Clm. Amt: $10,000.00**

*12 Clifwood Rd*
*North York, ON M2H 3G4*
*Canada*
**Date Filed: 11/29/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**PENNICHUCK WATER**

**Case(s): 209 Clm No: 211 Clm. Amt: $14,134.39**

*ATTN: TARA KING*
*PO BOX 1947*
*MERRIMACK, NH 03054*
**Date Filed: 11/30/2016**
**Claim Face Value: $14,134.39**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | 503(b)(9) | Disallowed | | Unknown | Y | $0.00 |
| 209 | UNS | Allowed | | $14,134.39 | | $14,134.39 |
| | | | | $14,134.39 | | $14,134.39 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 04/15/2021 | 66 | Objection Granted | 05/19/2021 | 78 |

**CARLA G KURZYNSKI**

**Case(s): 208 Clm No: 211 Clm. Amt: $10,000.00**

*11027 W ROCKNE AVE*
*HALES CORNERS, WI 53130*
**Date Filed: 11/8/2016**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | PRI | Disallowed | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

**ZACHARY CASTRO**

**Case(s): 207 Clm No: 211 Clm. Amt: $20,969.25**

*Address Redacted*
**Date Filed: 10/16/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,969.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $20,969.25 | | $0.00 |
| | | | | $20,969.25 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JAMAR REED
### Case(s): 207 Clm No: 212 Clm. Amt:

*Address Redacted*
**Date Filed: 10/16/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LINDA RAMOS
### Case(s): 208 Clm No: 212 Clm. Amt: $0.00

*C/O Linda Wynn*
*1198 LAKE LUCERNE CIR*
*Winter Springs, FL 32708*
**Date Filed: 11/8/2016**
**Amending Clm #: 212**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 208 | PRI | Disallowed | | $0.00 | | $0.00 |
| 208 | SEC | Disallowed | | $0.00 | | $0.00 |
| 208 | UNS | Disallowed | | | | $0.00 |
| | | | | $0.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

## DEPARTMENT OF THE TREASURY
### Case(s): 209 Clm No: 212 Clm. Amt: $0.00

*INTERNAL REVENUE SERVICE*
*P.O. BOX 7346*
*PHILADELPHIA, PA 19101-7346*
**Date Filed: 5/3/2021**
**Bar Date: 1/30/2017**
**Amending Clm #: 212**
**Amended By Clm #: 212**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 209 | UNS | Allowed | | $0.00 | | $0.00 |
| | | | | $0.00 | | $0.00 |

## JENIPHER BETH COWLEY
### Case(s): 209 Clm No: 213 Clm. Amt: $85,000.00

*Address Redacted*
**Date Filed: 12/2/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $85,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $85,000.00 | | $0.00 |
| | | | | $85,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SUSAN MONACO
**Case(s): 208 Clm No: 213 Clm. Amt: $707.12**

*1598 LAKEVIEW AVE*
*SEAFORD, NY 11783*
**Date Filed: 11/8/2016**
**Claim Face Value: $707.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $707.12 | | $0.00 |
| | | | | $707.12 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## KEVIN TARRELL DUNBAR
**Case(s): 207 Clm No: 213 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/17/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SYSTEM4, LLC
**Case(s): 207 Clm No: 214 Clm. Amt: $232.96**

*ATTN: EDWARD HAMMER*
*4700 ROCKSIDE RD.*
*SUITE 610*
*INDEPENDENCE, OH 44131*
**Date Filed: 10/17/2016**
**Claim Face Value: $232.96**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $232.96 | | $0.00 |
| | | | | $232.96 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## RODNEY KRUSE
**Case(s): 208 Clm No: 214 Clm. Amt: $305.99**

*9 PARIS POINT COURT*
*GREENVILLE, SC 20960*
**Date Filed: 11/8/2016**
**Claim Face Value: $305.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $305.99 | | $0.00 |
| | | | | $305.99 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## ALTON REESE
### Case(s): 209 Clm No: 214 Clm. Amt:

*Address Redacted*
**Date Filed: 12/2/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LEHR MIDDLEBROOKS VREELAND & THOMPSON, P.C.
### Case(s): 209 Clm No: 215 Clm. Amt: $8,380.10

*ATTN: MICHAEL L. THOMPSON*
*2021 THIRD AVENUE NORTH*
*BIRMINGHAM, AL 35203*
**Date Filed: 12/5/2016**
**Claim Face Value: $8,380.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $8,380.10 | | $0.00 |
| | | | | $8,380.10 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## DAWN KRUSE
### Case(s): 208 Clm No: 215 Clm. Amt: $1,209.99

*9 PARIS POINT COURT*
*GREENVILLE, SC 20960*
**Date Filed: 11/8/2016**
**Claim Face Value: $1,209.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $1,209.99 | | $0.00 |
| | | | | $1,209.99 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## WZVN
### Case(s): 207 Clm No: 215 Clm. Amt: $14,543.50

*ATTN: ALICIA HOMA*
*PO BOX 62610*
*FORT MYERS, FL 33906-0610*
**Date Filed: 10/17/2016**
**Claim Face Value: $14,543.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $14,543.50 | | |
| | | | | $14,543.50 | | |

## CARMEL UTILITIES
### Case(s): 207 Clm No: 216 Clm. Amt: $877.09

*ATTN: JON OBERLANDER*
*ONE CIVIC SQUARE*
*CARMEL, IN 46032*
**Date Filed: 10/17/2016**
**Claim Face Value: $877.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207  | UNS   |        |           | $877.09              |     |                     |
|      |       |        |           | $877.09              |     |                     |

## CANDICE VILLAFUERTE
### Case(s): 208 Clm No: 216 Clm. Amt:

*Address Redacted*
**Date Filed: 11/10/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208  | UNS   |        |           |                      |     | $0.00               |
|      |       |        |           |                      |     | $0.00               |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
|                |            |           | Claim Withdrawn  |               | 3079            |

## ONE SOURCE TECHNOLOGY SOLUTIONS INC, LLC
### Case(s): 209 Clm No: 216 Clm. Amt: $642.65

*ATTN: MANDY S. ABERMANIS*
*28525 BECK ROAD #113*
*WIXOM, MI 48393*
**Date Filed: 11/22/2016**
**Claim Face Value: $642.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209  | UNS   | Disallowed |        | $642.65              |     | $0.00               |
|      |       |        |           | $642.65              |     | $0.00               |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed against wrong company |  | 3878 | Objection Granted | 05/21/2020 | 3946 |

## PUBLIC SERVICE OF NEW HAMPSHIRE
### Case(s): 209 Clm No: 217 Clm. Amt: $21,355.19

*DBA EVERSOURCE*
*ATTN: ROBERTA CHAPMAN*
*P.O. BOX 270*
*HARTFORD, CT 06141*
**Date Filed: 11/21/2016**
**Claim Face Value: $21,355.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209  | UNS   | Allowed |          | $21,355.19           |     | $21,355.19          |
|      |       |        |           | $21,355.19           |     | $21,355.19          |

## CANDICE VILLAFUERTE
### Case(s): 208 Clm No: 217 Clm. Amt:

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 11/10/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 208 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## THE DUBIN GROUP
### Case(s): 207 Clm No: 217 Clm. Amt: $3,938.22

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: KENNY DUBIN*<br>*555 E CITY AVE*<br>*SUITE 430*<br>*BALA CYNWYD, PA 19004*<br>**Date Filed: 10/17/2016**<br>**Claim Face Value: $3,928.32** | | | | | | | |
| | 207 | PRI | | | $3,938.22 | | $0.00 |
| | | | | | $3,938.22 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## RAYCOM MEDIA INC DBA WBRC LLC
### Case(s): 207 Clm No: 218 Clm. Amt: $4,148.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: TRICIA A. CRAMLETT*<br>*1720 VALLEY VIEW DRIVE*<br>*BIRMINGHAM, AL 35209*<br>**Date Filed: 10/17/2016**<br>**Claim Face Value: $4,148.00** | | | | | | | |
| | 207 | UNS | | | $4,148.00 | | |
| | | | | | $4,148.00 | | |

## KENDRICK SHEARD
### Case(s): 208 Clm No: 218 Clm. Amt: $5,000.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 11/10/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $5,000.00** | | | | | | | |
| | 208 | UNS | | | $5,000.00 | | $0.00 |
| | | | | | $5,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**SHIVELY CENTER, LLC**
**Case(s): 209 Clm No: 218 Clm. Amt: $19,566.88**

*2908 BROWNSBORO ROAD, SUITE 100*
*LOUISVILLE, KY 40206*
**Date Filed: 12/5/2016**
**Claim Face Value: $19,566.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $19,566.88 | | $0.00 |
| | | | | $19,566.88 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**Granite State Stamps**
**Case(s): 209 Clm No: 219 Clm. Amt: $21.20**

*c/o Owl Stamp Visual Solutions*
*Attn: Alec Foley*
*31 1St St*
*Lowell, MA 01850*
**Date Filed: 12/6/2016**
**Claim Face Value: $21.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | 503(b)(9) | Disallowed | | Unknown | Y | $0.00 |
| 209 | UNS | Allowed | | $21.20 | | $21.20 |
| | | | | $21.20 | | $21.20 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 02/09/2021 | 60 | Objection Granted | 04/21/2021 | 71 |

**STEPHEN MCTIGUE**
**Case(s): 208 Clm No: 219 Clm. Amt: $1,000.00**

*2847 WOODTHRUSH DR SW*
*ROANOKE, VA 24018*
**Date Filed: 11/10/2016**
**Claim Face Value: $1,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $1,000.00 | | $0.00 |
| | | | | $1,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

**HARMON SECURITY GROUP LLC**
**Case(s): 207 Clm No: 219 Clm. Amt: $4,374.93**

*ATTN: CATHY HARMON*
*P.O. BOX 690843*
*TULSA, OK 74169-0843*
**Date Filed: 10/17/2016**
**Claim Face Value: $4,374.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,374.93 | | |
| | | | | $4,374.93 | | |

**STEVEN PARKER**
**Case(s): 207 Clm No: 220 Clm. Amt: $7,000.00**

*Address Redacted*
**Date Filed: 10/17/2016**
**Claim Face Value: $7,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $7,000.00 | | $0.00 |
| | | | | $7,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**R S I HOLDINGS INC.**
**Case(s): 209 Clm No: 220 Clm. Amt: $2,177.15**

*REFRESHMENT SERVICES*
*ATTN: DONNA COX*
*1209-A TECHNOLOGY DRIVE*
*INDIAN TRAIL, NC 28079*
**Date Filed: 12/5/2016**
**Claim Face Value: $2,177.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $2,177.15 | | $0.00 |
| | | | | $2,177.15 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**LAWRENCE L. SINSEL JR**
**Case(s): 208 Clm No: 220 Clm. Amt: $6,225.35**

*15206 RUSSET BEND LN*
*CYPRESS, TX 77429-8521*
**Date Filed: 11/12/2016**
**Claim Face Value: $6,225.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | 503(b)(9) | Disallowed | | $390.45 | | $0.00 |
| 208 | UNS | Disallowed | | $5,834.90 | | $0.00 |
| | | | | $6,225.35 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**EMMA L. ROSS**
**Case(s): 208 Clm No: 221 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 11/13/2016** **Bar Date: 1/30/2017** **Claim Face Value:** | 208 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**LUCENT MEDIA, LLC**
**Case(s): 209 Clm No: 221 Clm. Amt: $15,466.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: MARK CORONADO* *304 N. VALENCIA ST* *GLENDORA, CA 91741* **Date Filed: 12/6/2016** **Orig. Date Filed: 10/24/2016** **Amending Clm #: 78** **Claim Face Value: $15,466.00** | 209 | UNS | Allowed | | $15,466.00 | | $15,466.00 |
| | | | | | $15,466.00 | | $15,466.00 |

**DARLENE BOOTH**
**Case(s): 207 Clm No: 221 Clm. Amt: $500.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *6225 ROE ST* *CINCINNATI, OH 45227* **Date Filed: 10/17/2016** **Claim Face Value: $500.00** | 207 | PRI | Disallowed | | $500.00 | | $0.00 |
| | | | | | $500.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

**JOSHUA MINJAREZ-BRUYERE**
**Case(s): 207 Clm No: 222 Clm. Amt: $20,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 10/13/2016** **Bar Date: 1/30/2017** **Claim Face Value: $20,000.00** | 207 | UNS | | | $20,000.00 | | $0.00 |
| | | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## WEI WU
### Case(s): 209 Clm No: 222 Clm. Amt: $1,488.87

*2573 SANCTUARY STREET*
*LISLE, IL 60532*
**Date Filed: 12/5/2016**
**Claim Face Value: $1,488.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $1,488.87 | | $0.00 |
| | | | | $1,488.87 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## STEPHANIE FISH
### Case(s): 208 Clm No: 222 Clm. Amt: $25,113.74

*Address Redacted*
**Date Filed: 11/13/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,113.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $25,113.74 | | $0.00 |
| | | | | $25,113.74 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## IDAHO INDEPENDENT TELEVISION
### Case(s): 208 Clm No: 223 Clm. Amt: $2,312.00

*C/O WDRB MEDIA*
*ATTN: JAMAL S. GREY*
*624 W. MUHAMMAD ALI BLVD*
*LOUISVILLE, KY 40203*
**Date Filed: 11/11/2016**
**Claim Face Value: $2,312.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $2,312.00 | | $0.00 |
| | | | | $2,312.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## NAKEEF WRIGHT
### Case(s): 209 Clm No: 223 Clm. Amt:

*Address Redacted*
**Date Filed: 12/6/2016**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DAVINCI INSTRUCTION, LLC
### Case(s): 207 Clm No: 223 Clm. Amt: $20,245.79

*ATTN: KYLE ALLEN*
*705 BROWNWOOD AVE SE*
*ATLANTA, GA 30316*
**Date Filed: 10/14/2016**
**Claim Face Value: $20,245.79**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $20,245.79 | | |
| | | | | $20,245.79 | | |

## DOMANIK GUTIERREZ
### Case(s): 207 Clm No: 224 Clm. Amt: $1,000.00

*Address Redacted*
**Date Filed: 10/17/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $1,000.00 | | $0.00 |
| | | | | $1,000.00 | | $0.00 |

## Bradley-Morris, LLC
### Case(s): 209 Clm No: 224 Clm. Amt: $495.00

*dba Civilianjobs, LLC*
*c/o Civilianjobs, LLC*
*1545 Crossways Blvd, Ste 200*
*Chesapeake, VA 23320*
**Date Filed: 12/6/2016**
**Claim Face Value: $495.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $495.00 | | $0.00 |
| | | | | $495.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | | Objection Granted | | 3079 |
| Miscellaneous objection | | 3877 | Objection Granted | 05/20/2020 | 3931 |

## INDEPENDENT TELEVISION COMPANY, INC.
### Case(s): 208 Clm No: 224 Clm. Amt: $54,979.40

*C/O WDRB MEDIA*
*ATTN: JAMAL S. GREY*
*624 W. MUHAMMAD ALI BLVD*
*LOUISVILLE, KY 40203*
**Date Filed: 11/11/2016**
**Claim Face Value: $54,979.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $54,979.40 | | $0.00 |
| | | | | $54,979.40 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

### GENERAL FIRE EQUIPMENT COMPANY, INC.
### Case(s): 208 Clm No: 225 Clm. Amt: $189.02

*ATTN: BEVERLY WERDIN*
*975 NORTH HAWLEY ROAD*
*MILWAUKEE, WI 53213*
**Date Filed: 11/14/2016**
**Claim Face Value: $189.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 208 | UNS | | | $189.02 | | $0.00 |
| | | | | $189.02 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

### ALICIA MAE GINGRICH
### Case(s): 209 Clm No: 225 Clm. Amt: $30,000.00

*Address Redacted*
**Date Filed: 12/6/2016**
**Orig. Date Filed: 10/13/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 209 | UNS | Disallowed | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### TECHNO TRAINING, INC.
### Case(s): 207 Clm No: 225 Clm. Amt: $12,350.00

*ATTN: RICHARD BRADFORD DREHOFF*
*328 OFFICE SQUARE LANE, SUITE 202*
*VIRGINIA BEACH, VA 23462*
**Date Filed: 10/14/2016**
**Claim Face Value: $12,350.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $12,350.00 | | $12,350.00 |
| | | | | $12,350.00 | | $12,350.00 |

### APTNUS
### Case(s): 207 Clm No: 226 Clm. Amt: $36,336.00

*ATTN: RYAN WIENER*
*428 GILBERT RD STE 106-6*
*GILBERT, AZ 85296*
**Date Filed: 10/14/2016**
**Claim Face Value: $36,336.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $36,336.00 | | |
| | | | | $36,336.00 | | |

## ROBERT ALLEN PAYNTER III
### Case(s): 209 Clm No: 226 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 12/6/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## PEAPOD LLC
### Case(s): 208 Clm No: 226 Clm. Amt: $757.94

*ATTN: JEANNE A. COOKE*
*580 CAPITAL DRIVE*
*LAKE ZURICH, IL 60047*
**Date Filed: 11/14/2016**
**Claim Face Value: $757.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $757.94 | | $0.00 |
| | | | | $757.94 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## STATE OF FLORIDA
### Case(s): 208 Clm No: 227 Clm. Amt: $125.48

*C/O BANKRUPTCY SECTION*
*PO BOX 6668*
*TALLAHASSEE, FL 32314-6668*
**Date Filed: 11/14/2016**
**Claim Face Value: $125.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Allowed | | $100.48 | | $100.48 |
| 208 | UNS | Allowed | | $25.00 | | $25.00 |
| | | | | $125.48 | | $125.48 |

## Nhti Athletic Calendar
### Case(s): 209 Clm No: 227 Clm. Amt: $995.00

*c/o College Publications, Inc*
*9 Dartmouth Dr, Bldg 3*
*Marshalls Creek, PA 18335*
**Date Filed: 12/7/2016**
**Claim Face Value: $995.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Allowed | | $995.00 | | $995.00 |
| | | | | $995.00 | | $995.00 |

## TUCSON ELECTRIC POWER CO.
### Case(s): 207 Clm No: 227 Clm. Amt: $5,538.02

*ATTN: BANKRUPTCY SC122*
*P.O. BOX 711*
*TUCSON, AZ 75702*
**Date Filed: 10/14/2016**
**Claim Face Value: $5,538.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,538.02 | | |
| | | | | $5,538.02 | | |

## WAYNE T. WELANDER
**Case(s): 207 Clm No: 228 Clm. Amt: $4,186.28**

*103 Evergreen Dr*
*Harker Hts, TX 76548*
**Date Filed: 10/17/2016**
**Claim Face Value: $4,186.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,186.28 | | |
| | | | | $4,186.28 | | |

## ADHERE, INC.
**Case(s): 209 Clm No: 228 Clm. Amt: $9,400.00**

*97 S 2nd St, Ste 100*
*San Jose, CA 95113*
**Date Filed: 12/7/2016**
**Claim Face Value: $9,400.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $9,400.00 | | $0.00 |
| | | | | $9,400.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## LOUPE PHOTOGRAPHY & VIDEO
**Case(s): 208 Clm No: 228 Clm. Amt: $1,122.19**

*ATTN: RICKY C. LOUPE*
*320 METAIRIE RD*
*METAIRIE, LA 70005*
**Date Filed: 11/14/2016**
**Claim Face Value: $1,122.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $1,122.19 | | $0.00 |
| | | | | $1,122.19 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## ERIC DAVIS
**Case(s): 208 Clm No: 229 Clm. Amt: $4,779.67**

*5500 ENGLISH AVE*
*AUSTIN, TX 78724*
**Date Filed: 11/8/2016**
**Claim Face Value: $4,779.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $4,779.67 | | $0.00 |
| | | | | $4,779.67 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**MCS, INC.**

**Case(s): 209 Clm No: 229 Clm. Amt: $18,805.00**

*DBA MAINTENANCE RESOURCES*
*ATTN: TITO MUNIZ*
*702 W. 48TH AVE., UNIT H*
*DENVER, CO 80216*
**Date Filed: 12/7/2016**
**Claim Face Value: $18,805.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Amount |
|------|-------|--------|-----------|----------------------:|-----|-------------:|
| 209 | UNS | Disallowed | | $18,805.00 | | $0.00 |
| | | | | $18,805.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**JESSE WISEMAN**

**Case(s): 207 Clm No: 229 Clm. Amt: $26,261.95**

*Address Redacted*
**Date Filed: 10/17/2016**
**Claim Face Value: $26,261.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 207 | UNS | | | $26,261.95 | | $0.00 |
| | | | | $26,261.95 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BRANDON STRICKLAND**

**Case(s): 207 Clm No: 230 Clm. Amt: $14,746.69**

*Address Redacted*
**Date Filed: 10/17/2016**
**Claim Face Value: $14,746.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 207 | UNS | | | $14,746.69 | | $0.00 |
| | | | | $14,746.69 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**STEVEN PRICE**

**Case(s): 209 Clm No: 230 Clm. Amt: $20,000.00**

*Address Redacted*
**Date Filed: 12/8/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 209 | UNS | Disallowed | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DALONNA P. WHITACRE**
**Case(s): 208 Clm No: 230 Clm. Amt: $2,386.28**

*105 BENTREE BLVD.*
*DANVILLE, IN 46122*
**Date Filed: 11/15/2016**
**Claim Face Value: $2,386.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | PRI | Disallowed | | $2,386.28 | | $0.00 |
| | | | | $2,386.28 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 08/23/2022 | 79 | Objection Granted | 10/26/2022 | 82 |

**ONE SOURCE TECHNOLOGY SOLUTIONS INC, LLC**
**Case(s): 208 Clm No: 231 Clm. Amt: $642.65**

*ATTN: MANDY ABERMANIS*
*28525 BECK ROAD*
*WIXOM, MI 48393*
**Date Filed: 11/15/2016**
**Claim Face Value: $642.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $642.65 | | $0.00 |
| | | | | $642.65 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**Roxanne Riley**
**Case(s): 209 Clm No: 231 Clm. Amt: $126,052.59**

*Address Redacted*
**Date Filed: 12/8/2016**
**Claim Face Value: $126,052.59**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $126,052.59 | | $0.00 |
| | | | | $126,052.59 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ORREN C. BRADLEY III**
**Case(s): 207 Clm No: 231 Clm. Amt: $26,822.00**

*Address Redacted*
**Date Filed: 10/14/2016**
**Claim Face Value: $26,822.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $26,822.00 | | $0.00 |
| | | | | $26,822.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ZACHARY HARTMAN
### Case(s): 207 Clm No: 232 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed:** 10/17/2016
**Bar Date:** 1/30/2017
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CHUNBIAO HU
### Case(s): 209 Clm No: 232 Clm. Amt: $20,619.20

*302C-1919 UNIVERSITY DR NW*
*CALGARY, AB T2N 4K5*
*CANADA*
**Date Filed:** 12/9/2016
**Claim Face Value: $20,619.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $20,619.20 | | $0.00 |
| | | | | $20,619.20 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## TIMOTHY JOHNSON
### Case(s): 208 Clm No: 232 Clm. Amt:

*Address Redacted*
**Date Filed:** 11/16/2016
**Orig. Date Filed:** 10/12/2016
**Bar Date:** 1/30/2017
**Amending Clm #:** 25
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ALEX OVANISIAN
### Case(s): 208 Clm No: 233 Clm. Amt:

*Address Redacted*
**Date Filed:** 11/16/2016
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

### HAMID AIT KACI AZZOU
**Case(s): 209 Clm No: 233 Clm. Amt: $5,000.00**

*Address Redacted*
**Date Filed: 12/14/2016**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

### JORGE QUIRINO
**Case(s): 207 Clm No: 233 Clm. Amt: $87,696.00**

*Address Redacted*
**Date Filed: 10/17/2016**
**Claim Face Value: $87,696.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $87,696.00 | | $0.00 |
| | | | | $87,696.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### ANCHOR POINT TECHNOLOGY RESOURCES, INC.
**Case(s): 207 Clm No: 234 Clm. Amt: $19,136.00**

*ATTN: JULIE KENNEDY*
*8440 KEYSTONE CROSSING*
*SUITE 375*
*INDIANAPOLIS, IN, 46240*
**Date Filed: 10/17/2016**
**Claim Face Value: $19,136.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $19,136.00 | | $0.00 |
| | | | | $19,136.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

### MARQUIS LAMAR HOOPER
**Case(s): 208 Clm No: 234 Clm. Amt:**

*Address Redacted*
**Date Filed: 11/17/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## AMERICAN FOOD & VENDING CORPORATION
### Case(s): 209 Clm No: 234 Clm. Amt: $742.51

*ATTN: MIKE HADLEY*
*124 METROPOLITAN PARK DRIVE*
*SYRACUSE, NY 13088*
**Date Filed: 12/9/2016**
**Claim Face Value: $742.51**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $742.51 | | $0.00 |
| | | | | $742.51 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## HOUSTON CRIME PREVENTION OFFICERS INC
### Case(s): 208 Clm No: 235 Clm. Amt: $3,113.65

*ATTN: HILSIA FLORES*
*P.O. BOX 37351*
*HOUSTON, TX 77237*
**Date Filed: 11/17/2016**
**Claim Face Value: $3,113.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 208 | UNS | | | $3,113.65 | | $0.00 |
| | | | | $3,113.65 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## JOSEPH CAMPBELL (TIMOTHY)
### Case(s): 209 Clm No: 235 Clm. Amt: $31,080.00

*Address Redacted*
**Date Filed: 12/11/2016**
**Claim Face Value: $31,080.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $31,080.00 | | $0.00 |
| | | | | $31,080.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## AMERICAN SECURITY OF GREENVILLE, LLC
### Case(s): 207 Clm No: 235 Clm. Amt: $3,018.40

*ATTN: TIMOTHY LYLE MORTON*
*P.O. BOX 486*
*GREENVILLE, SC 29602*
**Date Filed: 10/17/2016**
**Claim Face Value: $3,018.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $3,018.40 | | |
| | | | | $3,018.40 | | |

**WHELAN SECURITY CO**

**Case(s): 207 Clm No: 236 Clm. Amt: $6,189.27**

*ATTN: DAWN KOHLMANN*
*1699 S. HANLEY RD., STE #350*
*ST. LOUIS, MO 63144*
**Date Filed: 10/17/2016**
**Claim Face Value: $6,189.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $6,189.27 | | |
| | | | | $6,189.27 | | |

**EDWARD JOHN PEREZ**

**Case(s): 209 Clm No: 236 Clm. Amt: $39,758.31**

*C/O BRENNEMAN, JUAREZ & ADAM LLP*
*ATTN: MARIO A. JUAREZ, ESQ*
*625 E. CHAPEL ST.*
*SANTA MARIA, CA 93454*
**Date Filed: 12/9/2016**
**Claim Face Value: $39,758.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $39,758.31 | | $0.00 |
| | | | | $39,758.31 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**STEPHANIE SHOOK**

**Case(s): 208 Clm No: 236 Clm. Amt: $630.00**

*3725 108TH AVE E*
*EDGEWOOD, WA 98372*
**Date Filed: 11/18/2016**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $630.00 | | $0.00 |
| | | | | $630.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

**KEVIN R. BELL**

**Case(s): 208 Clm No: 237 Clm. Amt: $3,187.15**

*Address Redacted*
**Date Filed: 11/18/2016**
**Claim Face Value: $3,187.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $3,187.15 | | $0.00 |
| | | | | $3,187.15 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**GREER ANNE WAGNER**
**Case(s): 209 Clm No: 237 Clm. Amt: $4,223.00**

*Address Redacted*
**Date Filed: 12/9/2016**
**Claim Face Value: $4,223.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $4,223.00 | | $0.00 |
| | | | | $4,223.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**J&B CLEANERS INC.**
**Case(s): 207 Clm No: 237 Clm. Amt: $3,964.40**

*ATTN: JOSEPH MAZZARA*
*9473 NW 5TH STREET*
*CORAL SPRINGS, FL 33071*
**Date Filed: 10/17/2016**
**Claim Face Value: $3,964.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,964.40 | | $3,964.40 |
| | | | | $3,964.40 | | $3,964.40 |

**ANGELA J. COOPER**
**Case(s): 207 Clm No: 238 Clm. Amt: $5,351.89**

*5966 FAIRCREST DRIVE*
*HAMILTON, OH 45011*
**Date Filed: 10/17/2016**
**Claim Face Value: $5,351.89**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | $5,351.89 | | $5,351.89 |
| | | | | $5,351.89 | | $5,351.89 |

**MIN SONG**
**Case(s): 209 Clm No: 238 Clm. Amt: $4,761.00**

*3061 HAZEL FOSTER DR.*
*CARMEL, IN 46033*
**Date Filed: 12/12/2016**
**Claim Face Value: $4,761.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $4,761.00 | | $0.00 |
| | | | | $4,761.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**EDMOND MAAS**
**Case(s): 208 Clm No: 238 Clm. Amt: $20.21**

*28758 GLENWOOD*
*FLAT ROCK, MI 48134*
**Date Filed: 11/19/2016**
**Claim Face Value: $18.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 208 | 503(b)(9) | Disallowed | | $20.21 | | $0.00 |
| | | | | $20.21 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**YOUSEF DEHGHANI**
**Case(s): 208 Clm No: 239 Clm. Amt: $147.06**

*13103 MILLHAVEN PL APT B*
*GERMANTOWN, MD 20874*
**Date Filed: 11/20/2016**
**Claim Face Value: $147.06**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 208 | UNS | | | $147.06 | | $0.00 |
| | | | | $147.06 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**DALE L. COPLEY, JR.**
**Case(s): 209 Clm No: 239 Clm. Amt: $13,438.00**

*Address Redacted*
**Date Filed: 12/12/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $13,438.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $13,438.00 | | $0.00 |
| | | | | $13,438.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MACKEL MITCHELL**
**Case(s): 207 Clm No: 239 Clm. Amt: $18,834.00**

*Address Redacted*
**Date Filed: 10/17/2016**
**Claim Face Value: $18,834.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $18,834.00 | | $0.00 |
| | | | | $18,834.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MATTHEW ELLIS
**Case(s): 207 Clm No: 240 Clm. Amt: $75,000.00**

*Address Redacted*
**Date Filed: 10/17/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $75,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $2,500.00 | | $0.00 |
| 207 | UNS | | | $72,500.00 | | $0.00 |
| | | | | $75,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CHRISTOPHER BOEN
**Case(s): 209 Clm No: 240 Clm. Amt: $44,000.00**

*Address Redacted*
**Date Filed: 12/12/2016**
**Claim Face Value: $44,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $44,000.00 | | $0.00 |
| | | | | $44,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ESP, LLC
**Case(s): 208 Clm No: 240 Clm. Amt: $4,194.99**

*c/o The Law Offices of Daley & West, PLLC*
*Attn: Brenda West, Esq*
*702 Rio Grande St, Ste 301*
*Austin, TX 78701-2720*
**Date Filed: 11/21/2016**
**Claim Face Value: $4,194.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $4,194.99 | | $0.00 |
| | | | | $4,194.99 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## GISELA NAVARRO
### Case(s): 208  Clm No: 241  Clm. Amt: $5,239.78

| *Address Redacted*<br>**Date Filed: 11/21/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $5,239.78** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 208 | UNS | | | $5,239.78 | | $0.00 |
| | | | | | $5,239.78 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


## SUZANNE FRANKLIN
### Case(s): 209  Clm No: 241  Clm. Amt: $32,453.50

| *Address Redacted*<br>**Date Filed: 12/9/2016**<br>**Claim Face Value: $32,453.50** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 209 | UNS | Disallowed | | $32,453.50 | | $0.00 |
| | | | | | $32,453.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


## JOSHUA DORSEY
### Case(s): 207  Clm No: 241  Clm. Amt: $3,892.00

| *Address Redacted*<br>**Date Filed: 10/17/2016**<br>**Claim Face Value: $3,892.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $3,892.00 | | $0.00 |
| | | | | | $3,892.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**HECTOR ALEXIS SANCHEZ**
**Case(s): 207 Clm No: 242 Clm. Amt: $46,649.00**

*Address Redacted*
**Date Filed: 10/17/2016**
**Claim Face Value: $46,649.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $46,649.00 | | $0.00 |
| | | | | $46,649.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JEANA CUZZUPE**
**Case(s): 209 Clm No: 242 Clm. Amt: $28,157.09**

*Address Redacted*
**Date Filed: 12/6/2016**
**Claim Face Value: $28,157.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $28,157.09 | | $0.00 |
| | | | | $28,157.09 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JONATHAN SIBLEY**
**Case(s): 208 Clm No: 242 Clm. Amt: $58,702.13**

*Address Redacted*
**Date Filed: 11/22/2016**
**Claim Face Value: $58,702.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $58,702.13 | | $0.00 |
| | | | | $58,702.13 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TREVOR JAMAL ENGRAM**
**Case(s): 208 Clm No: 243 Clm. Amt: $24,500.00**

*Address Redacted*
**Date Filed: 11/22/2016**
**Claim Face Value: $24,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $24,500.00 | | $0.00 |
| | | | | $24,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**GEORGE CHEEKS**
**Case(s): 209 Clm No: 243 Clm. Amt: $17,386.00**

*Address Redacted*
**Date Filed: 12/5/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $17,386.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $17,386.00 | | $0.00 |
| | | | | $17,386.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**BRUCE LAMBERT**
**Case(s): 207 Clm No: 243 Clm. Amt: $1,939.00**

*Address Redacted*
**Date Filed: 10/17/2016**
**Claim Face Value: $1,939.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $1,939.00 | | $0.00 |
| | | | | $1,939.00 | | $0.00 |


**360 BRANDS INC.**
**Case(s): 207 Clm No: 244 Clm. Amt: $4,259.00**

*ATTN: ALLISON BODIFORD*
*P.O. BOX 2478*
*MT. PLEASANT, SC 29465*
**Date Filed: 10/17/2016**
**Claim Face Value: $4,259.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,259.00 | | |
| | | | | $4,259.00 | | |

### STATE OF ALABAMA, DEPARTMENT OF REVENUE
### Case(s): 209 Clm No: 244 Clm. Amt: $118.99

ATTN: KELLEY A. GILLIKIN
P.O. BOX 320001
MONTGOMERY, AL 36132
**Date Filed: 12/5/2016**
**Claim Face Value: $118.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | PRI | Allowed | | $111.99 | | $111.99 |
| 209 | UNS | Allowed | | $7.00 | | $7.00 |
| | | | | $118.99 | | $118.99 |

### NASHUA WASTEWATER SYSTEMS
### Case(s): 208 Clm No: 244 Clm. Amt: $21,939.26

ATTN: RUTH E. RASWYCK
229 MAIN STREET
NASHUA, NH 03060
**Date Filed: 11/22/2016**
**Claim Face Value: $10,969.63**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | PRI | Disallowed | | $10,969.63 | | $0.00 |
| 208 | SEC | Disallowed | | $10,969.63 | | $0.00 |
| | | | | $21,939.26 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

### BRETT LANDRY
### Case(s): 208 Clm No: 245 Clm. Amt: $80,628.00

Address Redacted
**Date Filed: 11/22/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,628.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $80,628.00 | | $0.00 |
| | | | | $80,628.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### Leighton A White, Inc
### Case(s): 209 Clm No: 245 Clm. Amt: $9,093.00

Attn: Dale White
138 Elm St
Milford, NH 03055
**Date Filed: 12/5/2016**
**Claim Face Value: $9,093.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Allowed | | $9,093.00 | | $9,093.00 |
| | | | | $9,093.00 | | $9,093.00 |

**CARL H. PRICE JR.**
**Case(s): 207 Clm No: 245 Clm. Amt: $7,600.00**

*16522 QUAIL DALE DR*
*MISSOURI CITY, TX 77489*
**Date Filed: 10/17/2016**
**Claim Face Value: $7,600.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $7,600.00 | | $0.00 |
| 207 | SEC | Disallowed | | | | $0.00 |
| | | | | $7,600.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 08/23/2022 | 4946 | Objection Granted | 10/26/2022 | 4986 |

**OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C**
**Case(s): 207 Clm No: 246 Clm. Amt: $990,725.05**

*ATTN: OGLETREE DEAKINS*
*PATEWOOD IV*
*50 INTERNATIONAL DR., STE 200*
*GREENVILLE, SC 29615*
**Date Filed: 10/18/2016**
**Claim Face Value: $990,725.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $990,725.05 | | |
| | | | | $990,725.05 | | |

**EMERY B. CARTER**
**Case(s): 209 Clm No: 246 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 12/2/2016**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MADISON SECURITY GROUP, INC.**
**Case(s): 208 Clm No: 246 Clm. Amt: $1,658.25**

*ATTN: JAMES C. LIMPERIS*
*31 KIRK STREET*
*LOWELL, MA 01852*
**Date Filed: 11/22/2016**
**Claim Face Value: $1,658.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | Unknown | Y | $0.00 |
| 208 | UNS | Disallowed | | $1,658.25 | | $0.00 |
| | | | | $1,658.25 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**NEIGHBORHOOD HANDYMAN LLC.**
**Case(s): 208 Clm No: 247 Clm. Amt: $484.00**

*ATTN: JOHN MICHAEL BRUSKY*
*1916 S. 72ST*
*WEST ALLIS, WI 53219*
**Date Filed: 11/22/2016**
**Claim Face Value: $484.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $484.00 | | $0.00 |
| | | | | $484.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**SOLAR CLEANING**
**Case(s): 209 Clm No: 247 Clm. Amt: $34,560.00**

*ATTN: HUBERT DWAYNE BULLOCK*
*2619 LANCE ST.*
*LAKE ORION, MI 48360*
**Date Filed: 12/2/2016**
**Claim Face Value: $34,560.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $34,560.00 | | $0.00 |
| | | | | $34,560.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**LORRAINE STEWART**
**Case(s): 207 Clm No: 247 Clm. Amt: $593.28**

*404 SPRINGTREE RD*
*LAKE DALLAS, TX 75065*
**Date Filed: 10/18/2016**
**Claim Face Value: $593.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $593.28 | | $0.00 |
| | | | | $593.28 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 08/23/2022 | 4947 | Objection Granted | 10/26/2022 | 4987 |

**MARK KING**
**Case(s): 207 Clm No: 248 Clm. Amt: $2,000.00**

*402 SOUTH KELSEY AVENUE*
*EVANSVILLE, IN 47714*
**Date Filed: 10/18/2016**
**Claim Face Value: $2,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,000.00 | | $2,000.00 |
| | | | | $2,000.00 | | $2,000.00 |

## TODD CUSHMAN
### Case(s): 209 Clm No: 248 Clm. Amt: $25,295.27

*Address Redacted*
**Date Filed: 12/13/2016**
**Claim Face Value: $25,295.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 209 | UNS | Disallowed | | $25,295.27 | | $0.00 |
| | | | | $25,295.27 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## NACIRA NICOLE HALL
### Case(s): 208 Clm No: 248 Clm. Amt: $34,883.74

*Address Redacted*
**Date Filed: 11/22/2016**
**Claim Face Value: $34,883.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 208 | UNS | | | $34,883.74 | | $0.00 |
| | | | | $34,883.74 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BRADLEY TERRILL
### Case(s): 208 Clm No: 249 Clm. Amt: $48,889.71

*Address Redacted*
**Date Filed: 11/23/2016**
**Claim Face Value: $48,889.71**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 208 | UNS | | | $48,889.71 | | $0.00 |
| | | | | $48,889.71 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DAVID O. PANIAGUA RAMIREZ**

**Case(s): 209 Clm No: 249 Clm. Amt: $11,613.00**

*Address Redacted*
**Date Filed: 12/14/2016**
**Claim Face Value: $11,613.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $11,613.00 | | $0.00 |
| | | | | $11,613.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DORA LANDSCAPING COMPANY**

**Case(s): 207 Clm No: 249 Clm. Amt: $1,913.75**

*ATTN: JAMES H OYLER SR*
*P.O. BOX 1207*
*PLYMOUTH, FL 32768*
**Date Filed: 10/18/2016**
**Claim Face Value: $1,913.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,913.75 | | $0.00 |
| | | | | $1,913.75 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**ANTHONY EVANS**

**Case(s): 207 Clm No: 250 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/18/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**RYAN F. RUSHING**

**Case(s): 209 Clm No: 250 Clm. Amt: $14,689.13**

*Address Redacted*
**Date Filed: 12/15/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $14,689.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $14,689.13 | | $0.00 |
| | | | | $14,689.13 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ONE SOURCE TECHNOLOGY SOLUTIONS, INC LLC**
**Case(s): 208 Clm No: 250 Clm. Amt: $642.65**

*ATTN: MANDY S. ABERMANIS*
*28525 BECK ROAD #113*
*WIXOM, MI 48393*
**Date Filed: 11/23/2016**
**Claim Face Value: $642.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $642.65 | | $0.00 |
| | | | | $642.65 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**PATRICK LEYBA**
**Case(s): 209 Clm No: 251 Clm. Amt: $28,468.64**

*Address Redacted*
**Date Filed: 12/15/2016**
**Claim Face Value: $28,468.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $28,468.64 | | $0.00 |
| | | | | $28,468.64 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DWC MECHANICAL, INC.**
**Case(s): 208 Clm No: 251 Clm. Amt: $6,359.95**

*ATTN: ROBIN CLOY*
*100 JOHN GLENN DR*
*AMHERST, NY 14228*
**Date Filed: 11/25/2016**
**Claim Face Value: $6,359.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | 503(b)(9) | | | $6,359.95 | | $0.00 |
| | | | | $6,359.95 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**TOWLE DENISON & MANISCALCO LLP**
**Case(s): 207 Clm No: 251 Clm. Amt: $19,622.41**

*ATTN: EDMUND J TOWLE*
*1575 Westwood Blvd, Ste 303*
*Los Angeles, CA 90024*
**Date Filed: 10/18/2016**
**Claim Face Value: $19,622.41**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $19,622.41 | | $19,622.41 |
| | | | | $19,622.41 | | $19,622.41 |

**DURHAM COUNTY TAX**

**Case(s): 207 Clm No: 252 Clm. Amt: $17,514.61**

*ATTN: DEBORAH CRAWFORD*
*200 EAST MAIN ST, 1ST FLOOR*
*DURHAM, NC 27701*
**Date Filed: 10/18/2016**
**Claim Face Value: $17,514.61**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $17,514.61 | | |
| | | | | $17,514.61 | | |

**GRANT A. CONRY**

**Case(s): 208 Clm No: 252 Clm. Amt: $42,000.00**

*Address Redacted*
**Date Filed: 11/26/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $42,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $42,000.00 | | $0.00 |
| | | | | $42,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JOHN E. PERTEET**

**Case(s): 209 Clm No: 252 Clm. Amt: $46,149.00**

*Address Redacted*
**Date Filed: 12/15/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $46,149.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $46,149.00 | | $0.00 |
| | | | | $46,149.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BRITTNEY LJ JOHNSON**

**Case(s): 209 Clm No: 253 Clm. Amt: $7,449.92**

*Address Redacted*
**Date Filed: 12/15/2016**
**Claim Face Value: $7,449.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $7,449.92 | | $0.00 |
| | | | | $7,449.92 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MATTHEW HOLLERMANN
**Case(s): 208 Clm No: 253 Clm. Amt: $125,000.00**

*Address Redacted*
**Date Filed: 11/27/2016**
**Claim Face Value: $125,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $125,000.00 | | $0.00 |
| | | | | $125,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## GREATER TEXAS LANDSCAPES, INC.
**Case(s): 207 Clm No: 253 Clm. Amt: $2,361.75**

*ATTN:JON HASBROUCK*
*PO BOX 43820*
*TUCSON, AZ 85733*
**Date Filed: 10/18/2016**
**Claim Face Value: $2,361.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,361.75 | | |
| | | | | $2,361.75 | | |

## BAKER TILLY VIRCHOW KRAUSE, LLP
**Case(s): 207 Clm No: 254 Clm. Amt: $6,500.00**

*ATTN: SHERRY MARKS*
*PO BOX 7398*
*MADISON, WI 53707-7398*
**Date Filed: 10/18/2016**
**Claim Face Value: $6,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $6,500.00 | | |
| | | | | $6,500.00 | | |

## SHARON MARTELLA
**Case(s): 208 Clm No: 254 Clm. Amt: $900.00**

*600 DIANA CT.*
*BENSENVILLE, IL 60106*
**Date Filed: 11/28/2016**
**Claim Face Value: $900.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $900.00 | | $0.00 |
| | | | | $900.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## ECONOMY PLUMBING, INC.
### Case(s): 209 Clm No: 254 Clm. Amt: $594.38

ATTN: KAREN L. MARTIN
4564 TELEPHONE RD., #801
VENTURA, CA 93003
**Date Filed: 12/15/2016**
**Claim Face Value: $594.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $594.38 | | $0.00 |
| | | | | $594.38 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## JANITORIAL MANAGEMENT INCORPORATED
### Case(s): 209 Clm No: 255 Clm. Amt: $17,416.19

ATTN: MICHAEL RUSCIOLELLI
713 HYDE PARK
DOYLESTOWN, PA 18902
**Date Filed: 12/16/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $17,416.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Withdrawn | | $17,416.19 | | $0.00 |
| | | | | $17,416.19 | | $0.00 |

## NATIONAL FIRST AID & SAFETY
### Case(s): 208 Clm No: 255 Clm. Amt: $79.35

ATTN: NADINE ESTHER BURGESS
P.O. BOX 821682
VANCOUVER, WA 98682
**Date Filed: 11/28/2016**
**Claim Face Value: $79.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $79.35 | | $0.00 |
| | | | | $79.35 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## KFOR/KAUT-TV
### Case(s): 207 Clm No: 255 Clm. Amt: $19,363.00

ATTN: SHANNON GOTTSCHALK
444 EAST BRITTON ROAD
OKLAHOMA CITY, OK 73114
**Date Filed: 10/18/2016**
**Claim Face Value: $19,363.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $19,363.00 | | |
| | | | | $19,363.00 | | |

## COLTAN WATLINGTON
### Case(s): 207 Clm No: 256 Clm. Amt:

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/18/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## YORK MAHONING MECHANICAL CONTRACTORS, INC
### Case(s): 208 Clm No: 256 Clm. Amt: $326.70

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: BRIAN BRUCHS PFAN*<br>*724 CANFIELD RD.*<br>*YOUNGSTOWN, OH 44511*<br>**Date Filed: 11/28/2016**<br>**Claim Face Value: $326.70** | | | | | | | |
| | 208 | UNS | | | $326.70 | | $0.00 |
| | | | | | $326.70 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 04/13/2020 | 3879 | Objection Granted | 06/17/2020 | 3979 |

## DENNIS THOMPSON
### Case(s): 209 Clm No: 256 Clm. Amt: $793.57

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *17434 W. MADISON ST*<br>*GOODYEAR, AZ 85338*<br>**Date Filed: 12/16/2016**<br>**Claim Face Value: $793.57** | | | | | | | |
| | 209 | UNS | Disallowed | | $793.57 | | $0.00 |
| | | | | | $793.57 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## RYAN RICHARD WENTWORTH
### Case(s): 209 Clm No: 257 Clm. Amt: $82,624.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Orig. Date Filed: 12/16/2016**<br>**Bar Date: 1/30/2017**<br>**Amending Clm #: 257**<br>**Amended By Clm #: 257**<br>**Claim Face Value: $82,624.00** | | | | | | | |
| | 209 | PRI | Disallowed | | $82,624.00 | | $0.00 |
| | | | | | $82,624.00 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## ASHLEY JOHNSON
**Case(s): 208 Clm No: 257 Clm. Amt:**

*Address Redacted*
**Date Filed: 11/28/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|------------------|
| | | | Claim Withdrawn | | 3079 |

## ANDRE COVINGTON
**Case(s): 207 Clm No: 257 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/18/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|------------------|
| | | | Claim Withdrawn | | 3079 |

## LUIS ANGEL MORALES
**Case(s): 207 Clm No: 258 Clm. Amt: $5,000.00**

*Address Redacted*
**Date Filed: 10/18/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|------------------|
| | | | Claim Withdrawn | | 3079 |

## KEITH WOODMAN
**Case(s): 208 Clm No: 258 Clm. Amt: $243.30**

*Address Redacted*
**Date Filed: 11/28/2016**
**Claim Face Value: $243.30**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 208 | PRI | Allowed | | $243.30 | | $243.30 |
| | | | | $243.30 | | $243.30 |

## CHRISTOPHER CANCELLIERE
### Case(s): 209 Clm No: 258 Clm. Amt: $58,400.00

*Address Redacted*
**Date Filed: 12/16/2016**
**Claim Face Value: $58,400.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $58,400.00 | | $0.00 |
| | | | | $58,400.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JOSEPH CANCELLIERE
### Case(s): 209 Clm No: 259 Clm. Amt: $144,952.00

*Address Redacted*
**Date Filed: 12/16/2016**
**Claim Face Value: $144,952.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $144,952.00 | | $0.00 |
| | | | | $144,952.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

## Jeffrey Klar
### Case(s): 208 Clm No: 259 Clm. Amt: $2,428.97

*6153 E Mombasa Ln*
*Hereford, AZ 85615*
**Date Filed: 11/29/2016**
**Claim Face Value: $2,428.97**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $2,428.97 | | $0.00 |
| | | | | $2,428.97 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## RICO LOGAN
### Case(s): 207 Clm No: 259 Clm. Amt:

*Address Redacted*
**Date Filed: 10/18/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SIDEAM M. RANDOLPH**
**Case(s): 207 Clm No: 260 Clm. Amt: $29,027.44**

*Address Redacted*
**Date Filed: 10/18/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $29,027.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $29,027.44 | | $0.00 |
| | | | | $29,027.44 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**Mei Ellis**
**Case(s): 208 Clm No: 260 Clm. Amt: $10,000.00**

*12 Clifwood Rd*
*North York, ON M2H 3G4*
*Canada*
**Date Filed: 11/29/2016**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/19/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**DEBORAH BIDDLE**
**Case(s): 209 Clm No: 260 Clm. Amt: $688,186.00**

*7722 W. 28TH ST*
*LITTLE ROCK, AR 72204*
**Date Filed: 12/19/2016**
**Claim Face Value: $688,186.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $35,200.00 | | $0.00 |
| 209 | UNS | Disallowed | | $652,986.00 | | $0.00 |
| | | | | $688,186.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

## HELEN G. JOHNSON
### Case(s): 209 Clm No: 261 Clm. Amt: $31,287.68

*Address Redacted*
**Date Filed: 12/19/2016**
**Claim Face Value: $31,287.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $31,287.68 | | $0.00 |
| | | | | $31,287.68 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DEPARTMENT OF TREASURY
### Case(s): 208 Clm No: 261 Clm. Amt: $0.00

*INTERNAL REVENUE SERVICE*
*P.O. BOX 7346*
*PHILADELPHIA, PA 19101-7346*
**Date Filed: 5/3/2021**
**Orig. Date Filed: 11/30/2016**
**Amending Clm #: 261**
**Amended By Clm #: 261**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Allowed | | $0.00 | | $0.00 |
| | | | | $0.00 | | $0.00 |

## EATON INTERPRETING SERVICES, INC.
### Case(s): 207 Clm No: 261 Clm. Amt: $60,178.00

*ATTN: KIM J. EATON*
*8333 OLIVINE AVE.*
*CITRUS HEIGHTS, CA 95610*
**Date Filed: 10/18/2016**
**Claim Face Value: $60,178.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,178.00 | | |
| | | | | $60,178.00 | | |

## WORXTIME, LLC
### Case(s): 207 Clm No: 262 Clm. Amt: $25,079.36

*ATTN: GINA LANCE*
*360B QUALITY CIRCLE*
*SUITE 220*
*HUNTSVILLE, AL 35806*
**Date Filed: 10/19/2016**
**Claim Face Value: $25,079.36**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $25,079.36 | | |
| | | | | $25,079.36 | | |

## JENIPHER BETH COWLEY
### Case(s): 208 Clm No: 262 Clm. Amt: $85,000.00

*Address Redacted*
**Date Filed: 12/2/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $85,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $85,000.00 | | $0.00 |
| | | | | $85,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JEREMY ARMSTRONG
### Case(s): 209 Clm No: 262 Clm. Amt:

*Address Redacted*
**Date Filed: 12/19/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## VOIDED CLAIM- CLAIM CREATED IN ERROR
### Case(s): Clm No: 263 Clm. Amt:

**Date Filed:**
**Claim Face Value:**

## WRIGHT COUNTY
### Case(s): 208 Clm No: 263 Clm. Amt: $15,534.65

*ATTN: BRIAN J. ASLESON*
*10 2ND STREET NW, ROOM 400*
*BUFFALO, MN 55313*
**Date Filed: 12/2/2016**
**Claim Face Value: $15,534.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $15,534.65 | | $0.00 |
| | | | | $15,534.65 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3879 | Objection Granted | 06/17/2020 | 3979 |

**LASONYA L BONDS**

**Case(s): 207 Clm No: 263 Clm. Amt: $40,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/19/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $40,000.00** | 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**CHONG LOR**

**Case(s): 207 Clm No: 264 Clm. Amt: $78,305.19**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/19/2016**<br>**Claim Face Value: $78,305.19** | 207 | UNS | | | $78,305.19 | | $0.00 |
| | | | | | $78,305.19 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ALTON REESE**

**Case(s): 208 Clm No: 264 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 12/2/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | 208 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## Jingbo Pi
### Case(s): 209 Clm No: 264 Clm. Amt: $11,800.00

*3125 Lavender Ln*
*Saint Louis, MO 63139-1773*
**Date Filed: 12/19/2016**
**Claim Face Value: $11,800.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $11,800.00 | | $0.00 |
| | | | | $11,800.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## LI WANG
### Case(s): 209 Clm No: 265 Clm. Amt: $4,900.00

*3061 HAZEL FOSTER DR*
*CARMEL, IN 46033*
**Date Filed: 12/19/2016**
**Claim Face Value: $4,900.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $4,900.00 | | $0.00 |
| | | | | $4,900.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## LEHR MIDDLEBROOKS VREELAND & THOMPSON, P.C.
### Case(s): 208 Clm No: 265 Clm. Amt: $8,380.10

*ATTN: MICHAEL L. THOMPSON*
*2021 THIRD AVENUE NORTH*
*BIRMINGHAM, AL 35203*
**Date Filed: 12/5/2016**
**Claim Face Value: $8,380.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $8,380.10 | | $0.00 |
| | | | | $8,380.10 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## DISCOUNT ELECTRONICS
### Case(s): 207 Clm No: 265 Clm. Amt: $192.62

*ATTN: LEANNE ORR*
*1011 W. ANDERSON LANE*
*AUSTIN, TX 78757*
**Date Filed: 10/19/2016**
**Claim Face Value: $192.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $192.62 | | |
| | | | | $192.62 | | |

## COMMUNICATION BY HAND, LLC
### Case(s): 207 Clm No: 266 Clm. Amt: $29,397.00

*ATTN: DELIA MOTT MERRITT*
*PO BOX 9064*
*AUSTIN, TX 78766*
**Date Filed: 10/19/2016**
**Claim Face Value: $29,397.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | 503(b)(9) | Disallowed | | | | $0.00 |
| 207 | UNS | Allowed | | $29,397.00 | | $29,397.00 |
| | | | | $29,397.00 | | $29,397.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 02/09/2021 | 4200 | Objection Granted | 04/21/2021 | 4279 |

## ONE SOURCE TECHNOLOGY SOLUTIONS INC, LLC
### Case(s): 208 Clm No: 266 Clm. Amt: $642.65

*ATTN: MANDY S. ABERMANIS*
*28525 BECK ROAD #113*
*WIXOM, MI 48393*
**Date Filed: 11/22/2016**
**Claim Face Value: $642.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $642.65 | | $0.00 |
| | | | | $642.65 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## BETH SANDERS
### Case(s): 209 Clm No: 266 Clm. Amt: $41,125.20

*Address Redacted*
**Date Filed: 12/20/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $41,125.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $41,125.20 | | $0.00 |
| | | | | $41,125.20 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### DERRICK MATOLA
**Case(s): 209 Clm No: 267 Clm. Amt: $20,167.00**

*Address Redacted*
**Date Filed: 12/21/2016**
**Claim Face Value: $20,167.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $20,167.00 | | $0.00 |
| | | | | $20,167.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### SHIVELY CENTER, LLC
**Case(s): 208 Clm No: 267 Clm. Amt: $19,566.88**

*2908 BROWNSBORO ROAD, SUITE 100*
*LOUISVILLE, KY 40206*
**Date Filed: 12/5/2016**
**Claim Face Value: $19,566.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $19,566.88 | | $0.00 |
| | | | | $19,566.88 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

### MONIC HONIKER
**Case(s): 207 Clm No: 267 Clm. Amt: $12,000.00**

*Address Redacted*
**Date Filed: 10/19/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $12,000.00 | | $0.00 |
| | | | | $12,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### BIRCHWOOD SNOW & LANDSCAPE CONTRACTORS, INC.
**Case(s): 207 Clm No: 268 Clm. Amt: $1,891.04**

*C/O KOHNER, MANN & KAILAS, S.C.*
*ATTN: ERIC VON HELMS*
*4650 NORTH PORT WASHINGTON ROAD*
*MILWAUKEE, WI 53212*
**Date Filed: 10/19/2016**
**Claim Face Value: $1,891.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,891.04 | | |
| | | | | $1,891.04 | | |

## WON CHUN
### Case(s): 208 Clm No: 268 Clm. Amt: $7,973.10

*184 PINECREST LANE*
*LANSDALE, PA 19446*
**Date Filed: 12/5/2016**
**Claim Face Value: $7,973.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $7,973.10 | | $0.00 |
| | | | | $7,973.10 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

## JOHN W. GUYINN
### Case(s): 209 Clm No: 268 Clm. Amt:

*Address Redacted*
**Date Filed: 12/21/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LEARNINGMATE SOLUTIONS INC.
### Case(s): 209 Clm No: 269 Clm. Amt: $50,454.00

*C/O SAUL EWING LLP*
*ATTN: DIPESH PATEL*
*1037 RAYMOND BLVD., STE 1520*
*NEWARK, NJ 07102*
**Date Filed: 12/22/2016**
**Amended By Clm #: 280**
**Claim Face Value: $50,454.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | 503(b)(9) | Disallowed | | $8,762.00 | | $0.00 |
| 209 | PRI | Disallowed | | $8,762.00 | | $0.00 |
| 209 | UNS | Disallowed | | $32,930.00 | | $0.00 |
| | | | | $50,454.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 09/02/2020 | 4048 | Objection Granted | 10/22/2020 | 4111 |

## SUSAN BARTHOLOMEW
### Case(s): 208 Clm No: 269 Clm. Amt: $1,224.08

*7115 ANTIOCH RD*
*OVERLAND PARK, KS 66204*
**Date Filed: 12/5/2016**
**Claim Face Value: $1,224.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | | | $1,224.08 | | $0.00 |
| | | | | $1,224.08 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

## JAMES HOLLIFIELD
### Case(s): 207 Clm No: 269 Clm. Amt: $1,331.90

*Address Redacted*
**Date Filed: 10/19/2016**
**Claim Face Value: $1,331.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $1,331.90 | | $0.00 |
| | | | | $1,331.90 | | $0.00 |

## RILEY WILLIS
### Case(s): 207 Clm No: 270 Clm. Amt: $60,000.00

*Address Redacted*
**Date Filed: 10/19/2016**
**Bar Date: 1/30/2017**
**Amended By Clm #: 1556**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## R.S.I HOLDINGS INC.
### Case(s): 208 Clm No: 270 Clm. Amt: $2,177.15

*REFRESHMENT SERVICES*
*ATTN: DONNA COX*
*1209-A TECHNOLOGY DRIVE*
*INDIAN TRAIL, NC 28079*
**Date Filed: 12/5/2016**
**Claim Face Value: $2,177.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $2,177.15 | | $0.00 |
| | | | | $2,177.15 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**NICHOLAS PRICE**

**Case(s): 209 Clm No: 270 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed: 12/22/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $1,450.00 | | $0.00 |
| 209 | UNS | Disallowed | | $8,550.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KEVIN DEON BROWN**

**Case(s): 209 Clm No: 271 Clm. Amt: $33,000.00**

*Address Redacted*
**Date Filed: 12/23/2016**
**Claim Face Value: $33,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $33,000.00 | | $0.00 |
| | | | | $33,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**WEI WU**

**Case(s): 208 Clm No: 271 Clm. Amt: $1,488.87**

*2573 SANCTUARY STREET*
*LISLE, IL 60532*
**Date Filed: 12/5/2016**
**Claim Face Value: $1,488.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $1,488.87 | | $0.00 |
| | | | | $1,488.87 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**DAVID MCCLOUD**

**Case(s): 207 Clm No: 271 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/19/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**ANNA KASL**

**Case(s): 207 Clm No: 272 Clm. Amt: $6,000.00**

*1521 JOHNSTON DRIVE*
*RAYMORE, MO 66083*
**Date Filed: 10/19/2016**
**Claim Face Value: $6,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $6,000.00 | | $0.00 |
| | | | | $6,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No documentation | 02/18/2022 | 4582 | Objection Granted | 04/25/2022 | 4810 |

**LUCENT MEDIA, LLC**

**Case(s): 208 Clm No: 272 Clm. Amt: $0.00**

*ATTN: MARK CORONADO*
*304 N. VALENCIA ST.*
*GLENDORA, CA 91741*
**Date Filed: 12/6/2016**
**Orig. Date Filed: 10/24/2016**
**Amending Clm #: 100**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | Allowed | | $0.00 | | $0.00 |
| | | | | $0.00 | | $0.00 |

**Sonya Palmer**

**Case(s): 209 Clm No: 272 Clm. Amt: $12,000.00**

*Address Redacted*
**Date Filed: 12/23/2016**
**Claim Face Value: $12,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $12,000.00 | | $0.00 |
| | | | | $12,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**LELAND COHEN**

**Case(s): 209 Clm No: 273 Clm. Amt: $430.61**

*121 KINGSTON ROAD*
*CHELTENHAM, PA 19012*
**Date Filed: 12/25/2016**
**Claim Face Value: $430.61**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | SEC | Disallowed | | $430.61 | | $0.00 |
| | | | | $430.61 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## NAKEEF WRIGHT
### Case(s): 208 Clm No: 273 Clm. Amt:

*Address Redacted*
**Date Filed: 12/6/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## ITIL WORKS LIMITED
### Case(s): 207 Clm No: 273 Clm. Amt: $9,444.00

*ATTN: MARTIN SMITH*
*10 CORN MARKET*
*WORCESTER, WR1 2DR*
*UNITED KINGDOM*
**Date Filed: 10/20/2016**
**Claim Face Value: $4,895.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | 503(b)(9) | | | $4,895.00 | | $0.00 |
| 207 | PRI | | | $109.00 | | $0.00 |
| 207 | PRI | | | $4,440.00 | | $0.00 |
| 207 | UNS | | | | | $4,895.00 |
| | | | | $9,444.00 | | $4,895.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

## KNOX COUNTY TRUSTEE
### Case(s): 207 Clm No: 274 Clm. Amt: $1,569.00

*ATTN: LINDA G. MCGINNIS*
*400 MAIN STREET, SUITE 418*
*KNOXVILLE, TN 37902*
**Date Filed: 10/20/2016**
**Claim Face Value: $1,569.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | 503(b)(9) | | | | | |
| 207 | SEC | | | $1,569.00 | | |
| 207 | UNS | | | $0.00 | | |
| | | | | $1,569.00 | | |

## MELODY WILSON
### Case(s): 208 Clm No: 274 Clm. Amt: $1,920.00

*772 DAVID ALLEN DRIVE*
*JACKSONVILLE, FL 32220*
**Date Filed: 12/6/2016**
**Claim Face Value: $1,920.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 208 | UNS | Disallowed | | $1,920.00 | | $0.00 |
| | | | | $1,920.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**NATHANIEL A. WHARTON**
**Case(s): 209 Clm No: 274 Clm. Amt: $7,016.00**

*Address Redacted*
**Date Filed: 12/26/2016**
**Claim Face Value: $7,016.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $7,016.00 | | $0.00 |
| | | | | $7,016.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MISTY BROCK**
**Case(s): 209 Clm No: 275 Clm. Amt: $40,588.00**

*Address Redacted*
**Date Filed: 12/26/2016**
**Claim Face Value: $40,588.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $40,588.00 | | $0.00 |
| | | | | $40,588.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BRADLEY-MORRIS, LLC**
**Case(s): 208 Clm No: 275 Clm. Amt: $495.00**

*DBA CIVILIANJOBS, LLC.*
*ATTN: JUSTIN WILLIAM RIVARD*
*1825 BARRETT LAKES BLVD, STE 300*
*KENNESAW, GA 30144*
**Date Filed: 12/7/2016**
**Claim Face Value: $495.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $495.00 | | $0.00 |
| | | | | $495.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**PAUL WELENC JR.**
**Case(s): 207 Clm No: 275 Clm. Amt: $21,277.19**

*Address Redacted*
**Date Filed: 10/20/2016**
**Claim Face Value: $21,277.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $21,277.19 | | $0.00 |
| | | | | $21,277.19 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## PIEDMONT NATURAL GAS
### Case(s): 207 Clm No: 276 Clm. Amt: $152.20

*ATTN: BANKRUPTCY*
*4339 S. TRYON ST.*
*CHARLOTTE, NC 28217*
**Date Filed: 10/20/2016**
**Orig. Date Filed: 10/13/2016**
**Amending Clm #: 170**
**Claim Face Value: $152.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $152.20 | | |
| | | | | $152.20 | | |

## ALICIA MAE GINGRICH
### Case(s): 208 Clm No: 276 Clm. Amt: $30,000.00

*Address Redacted*
**Date Filed: 12/6/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## VINCENT HUTCHINSON
### Case(s): 209 Clm No: 276 Clm. Amt:

*Address Redacted*
**Date Filed: 12/26/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ROBERT ALLEN PAYNTER III
### Case(s): 208 Clm No: 277 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 12/7/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**NPC INTERNATIONAL INC**
**Case(s): 209 Clm No: 277 Clm. Amt: $293.65**

*ATTN: SARA BURKE*
*720 W. 20TH STREET*
*PITTSBURG, KS 66762*
**Date Filed: 12/27/2016**
**Claim Face Value: $293.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $293.65 | | $0.00 |
| | | | | $293.65 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**KDVR-TV**
**Case(s): 207 Clm No: 277 Clm. Amt: $34,187.00**

*ATTN: CHRIS DOHERTY*
*100 E SPEER BLVD*
*DENVER, CO 80203*
**Date Filed: 10/20/2016**
**Claim Face Value: $34,187.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $34,187.00 | | |
| | | | | $34,187.00 | | |

**KSTU-TV**
**Case(s): 207 Clm No: 278 Clm. Amt: $30,472.50**

*ATTN: CHRIS DOHERTY*
*100 E SPEER BLVD*
*DENVER, CO 80203*
**Date Filed: 10/20/2016**
**Claim Face Value: $30,472.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $30,472.50 | | |
| | | | | $30,472.50 | | |

**JESSICA RENDLE**
**Case(s): 209 Clm No: 278 Clm. Amt:**

*Address Redacted*
**Date Filed: 12/27/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ADHERE, INC.
**Case(s): 208 Clm No: 278 Clm. Amt: $9,400.00**

*97 S 2nd St, Ste 100*
*San Jose, CA 95113*
**Date Filed: 12/7/2016**
**Claim Face Value: $9,400.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $9,400.00 | | $0.00 |
| | | | | $9,400.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## MCS, INC.
**Case(s): 208 Clm No: 279 Clm. Amt: $18,805.00**

*DBA MAINTENANCE RESOURCES*
*ATTN: TITO MUNIZ*
*702 W. 48TH AVE., UNIT H*
*DENVER, CO 80216*
**Date Filed: 12/7/2016**
**Claim Face Value: $18,805.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $18,805.00 | | $0.00 |
| | | | | $18,805.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## LISA MICHELLE GEISINGER
**Case(s): 209 Clm No: 279 Clm. Amt: $28,018.20**

*42792 PILGRIM SQUARE*
*CHANTILLY, VA 20152*
**Date Filed: 12/27/2016**
**Claim Face Value: $28,018.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | PRI | Disallowed | | $28,018.20 | | $0.00 |
| | | | | $28,018.20 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

## EUREKA WATER COMPANY
**Case(s): 207 Clm No: 279 Clm. Amt: $233.83**

*ATTN: BARBARA SNODGRASS*
*729 SW 3RD ST*
*OKLAHOMA CITY, OK 73109*
**Date Filed: 10/20/2016**
**Claim Face Value: $233.83**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $233.83 | | |
| | | | | $233.83 | | |

## KQCW
### Case(s): 207 Clm No: 280 Clm. Amt: $13,778.50

*ATTN: ROBIN BAILEY*
*7401 NORTH KELLEY AVENUE*
*OKLAHOMA CITY, OK 73111*
**Date Filed: 10/20/2016**
**Claim Face Value: $13,778.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $13,778.50 | | |
| | | | | $13,778.50 | | |

## LEARNINGMATE SOLUTIONS INC.
### Case(s): 209 Clm No: 280 Clm. Amt: $50,454.00

*C/O SAUL EWING LLP*
*ATTN: DIPESH PATEL*
*1037 RAYMOND BLVD., STE 1520*
*NEWARK, NJ 07102*
**Date Filed: 12/28/2016**
**Orig. Date Filed: 12/22/2016**
**Amending Clm #: 269**
**Claim Face Value: $50,454.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 209 | 503(b)(9) | Disallowed | | $16,604.00 | | $0.00 |
| 209 | PRI | Disallowed | | $16,604.00 | | $0.00 |
| 209 | UNS | Disallowed | | $17,246.00 | | $0.00 |
| | | | | $50,454.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## STEVEN PRICE
### Case(s): 208 Clm No: 280 Clm. Amt: $20,000.00

*Address Redacted*
**Date Filed: 12/8/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 208 | UNS | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**Roxanne Riley**

**Case(s): 208 Clm No: 281 Clm. Amt: $126,052.59**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 12/8/2016**<br>**Claim Face Value: $126,052.59** | | | | | | | |
| | 208 | UNS | | | $126,052.59 | | $0.00 |
| | | | | | $126,052.59 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JASON JENKINS**

**Case(s): 209 Clm No: 281 Clm. Amt: $60,754.38**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 12/27/2016**<br>**Claim Face Value: $60,754.38** | | | | | | | |
| | 209 | UNS | Disallowed | | $60,754.38 | | $0.00 |
| | | | | | $60,754.38 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**KOTV**

**Case(s): 207 Clm No: 281 Clm. Amt: $10,081.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: ROBIN BAILEY*<br>*7401 NORTH KELLEY*<br>*OKLAHOMA CITY, OK 73111*<br>**Date Filed: 10/20/2016**<br>**Claim Face Value: $10,081.00** | | | | | | | |
| | 207 | UNS | | | $10,081.00 | | |
| | | | | | $10,081.00 | | |

**KSWB-TV**

**Case(s): 207 Clm No: 282 Clm. Amt: $18,785.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: CHRIS DOHERTY*<br>*7191 ENGINEER ROAD*<br>*SAN DIEGO, CA 92111*<br>**Date Filed: 10/20/2016**<br>**Claim Face Value: $18,785.00** | | | | | | | |
| | 207 | UNS | | | $18,785.00 | | |
| | | | | | $18,785.00 | | |

## MARKUS ANDREW CLARK
### Case(s): 209 Clm No: 282 Clm. Amt: $20,000.00

*Address Redacted*
**Date Filed: 1/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CHUNBIAO HU
### Case(s): 208 Clm No: 282 Clm. Amt: $20,619.20

*302C,1919,UNIVERSITY DR NW CALGARY, AB T2N 4T4 CANADA*
**Date Filed: 12/9/2016**
**Claim Face Value: $20,619.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $20,619.20 | | $0.00 |
| | | | | $20,619.20 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## HAMID AIT KACI AZZOU
### Case(s): 208 Clm No: 283 Clm. Amt: $5,000.00

*Address Redacted*
**Date Filed: 12/14/2016**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

## ROBERT PASSMORE, JR.
### Case(s): 209 Clm No: 283 Clm. Amt: $7,742.00

*Address Redacted*
**Date Filed: 1/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $7,742.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $7,742.00 | | $0.00 |
| | | | | $7,742.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## PHOEUT PECH
### Case(s): 207 Clm No: 283 Clm. Amt:

*Address Redacted*
**Date Filed: 10/20/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## EDWARD DAVID HURDEL
### Case(s): 207 Clm No: 284 Clm. Amt: $25,123.18

*Address Redacted*
**Date Filed: 10/20/2016**
**Claim Face Value: $25,123.18**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $25,123.18 | | $0.00 |
| | | | | $25,123.18 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JORGE VILLALBA ET AL. & OTHERS SIMILARLY SITUATED
### Case(s): 209 Clm No: 284 Clm. Amt:

*c/o Eileen Connor, Esq*
*The Projects On Predatory Student Lending, Inc*
*769 Centre St, Ste 106*
*Jamaica Plain, MA 02130*
**Date Filed: 1/3/2017**
**Amended By Clm #: 424**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | | | Objection Granted | | 3079 |
| Amended claim | 07/29/2019 | 3550 | Objection Granted | 09/25/2019 | 3630 |

**AMERICAN FOOD & VENDING CORPORATION**

**Case(s): 208 Clm No: 284 Clm. Amt: $742.51**

*ATTN: MIKE HADLEY*
*124 METROPOLITAN PARK DRIVE*
*SYRACUSE, NY 13088*
**Date Filed: 12/9/2016**
**Claim Face Value: $742.51**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $742.51 | | $0.00 |
| | | | | $742.51 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**MAMDOUH BABI**

**Case(s): 208 Clm No: 285 Clm. Amt: $27,771.30**

*P.O. BOX 14*
*NORTH OLMSTED, OH 44070*
**Date Filed: 12/9/2016**
**Claim Face Value: $27,771.30**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $27,771.30 | | $0.00 |
| | | | | $27,771.30 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Paid | 05/04/2021 | 53 | Objection Granted | 06/23/2021 | 60 |

**MICHAEL J. BELL, JR.**

**Case(s): 209 Clm No: 285 Clm. Amt: $39,794.00**

*Address Redacted*
**Date Filed: 1/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $39,794.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $39,794.00 | | $0.00 |
| | | | | $39,794.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**Shawn J. Crawford**

**Case(s): 207 Clm No: 285 Clm. Amt: $488,418.00**

*3069 Belterra Pl*
*Westfield, IN 46074*
**Date Filed: 3/8/2023**
**Orig. Date Filed: 10/20/2016**
**Amending Clm #: 285**
**Amended By Clm #: 285**
**Claim Face Value: $488,418.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | | | $6,404.64 | | |
| 207 | UNS | | | $482,013.36 | | |
| | | | | $488,418.00 | | |

### Ralph Davidson Kyle Williams
### Case(s): 207 Clm No: 286 Clm. Amt: $21,677.17

*Address Redacted*
**Date Filed: 10/20/2016**
**Claim Face Value: $21,677.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $21,677.17 | | $0.00 |
| | | | | $21,677.17 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Paid | 07/29/2019 | 3552 | Objection Granted | 09/25/2019 | 3634 |

### KEVIN DEON BROWN
### Case(s): 209 Clm No: 286 Clm. Amt:

*Address Redacted*
**Date Filed: 1/3/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### CHARLES KUGELMAN
### Case(s): 208 Clm No: 286 Clm. Amt: $769.24

*9104 HAZY CIR*
*INDIANAPOLIS, IN 46260*
**Date Filed: 12/10/2016**
**Claim Face Value: $769.24**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | PRI | Disallowed | | | | $0.00 |
| | | | | $769.24 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 08/23/2022 | 79 | Objection Granted | 10/26/2022 | 82 |

### Gerald Robert Syck
### Case(s): 208 Clm No: 287 Clm. Amt: $12,850.00

*15460 Old Pond Cir*
*Noblesville, IN 46060*
**Date Filed: 12/11/2016**
**Claim Face Value: $7,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| | | | | $12,850.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

## GOOGLE INC.
### Case(s): 209 Clm No: 287 Clm. Amt: $855,121.38

*C/O WHITE AND WILLIAMS LLP*
*ATTN: AMY E. VULPIO, ESQ.*
*1650 MARKET STREET FL 18*
*PHILADELPHIA, PA 19103*
**Date Filed: 1/3/2017**
**Claim Face Value: $855,121.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Withdrawn | | $855,121.38 | | $0.00 |
| | | | | $855,121.38 | | $0.00 |

## KAYLA VICINSKI
### Case(s): 207 Clm No: 287 Clm. Amt: $9,243.99

*114 KOEHLER ST*
*PITTSBURGH, PA 15210*
**Date Filed: 10/20/2016**
**Claim Face Value: $9,243.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $9,243.99 | | $0.00 |
| | | | | $9,243.99 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/18/2022 | 4609 | Objection Granted | 03/31/2022 | 4729 |

## EFRAIN RIVERA
### Case(s): 207 Clm No: 288 Clm. Amt:

*Address Redacted*
**Date Filed: 10/20/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JESSICA BELANGER
### Case(s): 209 Clm No: 288 Clm. Amt: $33,484.00

*Address Redacted*
**Date Filed: 1/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $33,484.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $33,484.00 | | $0.00 |
| | | | | $33,484.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## MAGGI SHINOUDA
### Case(s): 208 Clm No: 288 Clm. Amt: $20,414.99

*18 PAULSTOWN CRES. GUELPH, ON N1G5H7 CANADA*
**Date Filed: 12/11/2016**
**Claim Face Value: $20,414.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $20,414.99 | | $0.00 |
| | | | | $20,414.99 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## MAHER SHINOUDA
### Case(s): 208 Clm No: 289 Clm. Amt: $32,969.98

*18 PAULSTOWN CRES. GUELPH, ON N1G5H7 CANADA*
**Date Filed: 12/11/2016**
**Claim Face Value: $32,969.98**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $32,969.98 | | $0.00 |
| | | | | $32,969.98 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## BENJAMIN ALAN COLE
### Case(s): 209 Clm No: 289 Clm. Amt: $52.66

*648 SILVERLEAF DR DAYTON, OH 45431*
**Date Filed: 1/5/2017**
**Claim Face Value: $52.66**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $52.66 | | $0.00 |
| | | | | $52.66 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## JULIA NUNEZ
### Case(s): 207 Clm No: 289 Clm. Amt: $9,952.83

*Address Redacted*
**Date Filed: 10/20/2016**
**Claim Face Value: $9,952.83**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $9,952.83 | | $0.00 |
| | | | | $9,952.83 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## WVLT/EVLT/WBXX TELEVISION
### Case(s): 207 Clm No: 290 Clm. Amt: $40,001.00

C/O SZABO ASSOCIATES, INC.
ATTN: KERRY MCDONOUGH
3355 LENOX ROAD, NE, SUITE 945
ATLANTA, GA 30326
**Date Filed: 10/21/2016**
**Claim Face Value: $40,001.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,001.00 | | |
| | | | | $40,001.00 | | |

## ANDRE' MARQUIS CHEEKS
### Case(s): 209 Clm No: 290 Clm. Amt: $5,000.00

*Address Redacted*
**Date Filed: 1/4/2017**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

## EDWARD JOHN PEREZ
### Case(s): 208 Clm No: 290 Clm. Amt: $39,758.31

C/O BRENNENMAN, JUAREZ & ADAM LLP
ATTN: MARIO A. JUAREZ, ESQ.
625 E. CHAPEL ST.
SANTA MARIA, CA 93454
**Date Filed: 12/9/2016**
**Claim Face Value: $39,758.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $39,758.31 | | $0.00 |
| | | | | $39,758.31 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## GREER ANNE WAGNER
### Case(s): 208 Clm No: 291 Clm. Amt: $4,223.00

*Address Redacted*
**Date Filed: 12/9/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $4,223.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $4,223.00 | | $0.00 |
| | | | | $4,223.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### ANTHONY COLEY
**Case(s): 209 Clm No: 291 Clm. Amt: $7,150.31**

*Address Redacted*
**Date Filed: 12/27/2016**
**Claim Face Value: $7,150.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $7,150.31 | | $0.00 |
| | | | | $7,150.31 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### BEST FACILITY SERVICES
**Case(s): 207 Clm No: 291 Clm. Amt: $8,946.63**

*ATTN: KIM ROBINSON*
*305 N.E. LOOP 820*
*SUITE 106*
*HURST, TX 76053*
**Date Filed: 10/21/2016**
**Claim Face Value: $8,946.63**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $8,946.63 | | $0.00 |
| | | | | $8,946.63 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

### JEREMY MURPHY
**Case(s): 207 Clm No: 292 Clm. Amt: $118.50**

*1 EASTMEADOW WAY*
*MANCHESTER, NH 03109*
**Date Filed: 10/21/2016**
**Claim Face Value: $118.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $118.50 | | $0.00 |
| | | | | $118.50 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 02/18/2022 | 4613 | Objection Granted | 03/31/2022 | 4730 |

### JACOB MICHAEL BOREN
**Case(s): 209 Clm No: 292 Clm. Amt: $29,351.84**

*Address Redacted*
**Date Filed: 12/27/2016**
**Claim Face Value: $29,351.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $29,351.84 | | $0.00 |
| | | | | $29,351.84 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MIN SONG
**Case(s): 208 Clm No: 292 Clm. Amt: $4,761.00**

*3061 HAZEL FOSTER DR.*
*CARMEL, IN 46033*
**Date Filed: 12/12/2016**
**Claim Face Value: $4,761.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $4,761.00 | | $0.00 |
| | | | | $4,761.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## D.I.V.A.S., LLC
**Case(s): 208 Clm No: 293 Clm. Amt: $3,087.78**

*ATTN: JOSEPH WILLIAM CORRALES*
*10934 ROSEMAR LANE*
*ADKINS, TX 78101*
**Date Filed: 12/12/2016**
**Claim Face Value: $3,087.78**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $3,087.78 | | $0.00 |
| | | | | $3,087.78 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## BENJAMIN LEE RUTHERFORD
**Case(s): 209 Clm No: 293 Clm. Amt:**

*Address Redacted*
**Date Filed: 12/28/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JEREMY MURPHY
**Case(s): 207 Clm No: 293 Clm. Amt: $118.50**

*1 EASTMEADOW WAY*
*MANCHESTER, NH 03109*
**Date Filed: 10/21/2016**
**Claim Face Value: $118.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $118.50 | | $0.00 |
| | | | | $118.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 02/18/2022 | 4613 | Objection Granted | 03/31/2022 | 4730 |

**VHMNETWORK LLC**

**Case(s): 209 Clm No: 294 Clm. Amt: $5,640.00**

*ATTN: MICHAEL DERIKRAVA*
*270 GREENWICH AVE.*
*GREENWICH, CT 06830*
**Date Filed: 1/4/2017**
**Claim Face Value: $5,640.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $5,640.00 | | $0.00 |
| | | | | $5,640.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**Bruce Embry**

**Case(s): 208 Clm No: 294 Clm. Amt: $3,237.92**

*165 N 1650 W, Apt P101*
*Pleasant Grove, UT 84062*
**Date Filed: 12/12/2016**
**Claim Face Value: $3,237.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | PRI | Disallowed | | $3,237.92 | | $0.00 |
| | | | | $3,237.92 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

**MACEY NEAGLE**

**Case(s): 207 Clm No: 294 Clm. Amt: $26,512.76**

*Address Redacted*
**Date Filed: 10/21/2016**
**Claim Face Value: $26,512.76**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $26,512.76 | | $0.00 |
| | | | | $26,512.76 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**GLENN E. TANNER**

**Case(s): 207 Clm No: 295 Clm. Amt: $964,668.00**

*7302 WOOD STREAM DR*
*INDIANAPOLIS, IN 46254*
**Date Filed: 10/21/2016**
**Claim Face Value: $964,668.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | PRI | Withdrawn | | $10,000.00 | | $0.00 |
| 207 | PRI | Withdrawn | | $12,850.00 | | $0.00 |
| 207 | UNS | Withdrawn | | $941,818.00 | | $0.00 |
| | | | | $964,668.00 | | $0.00 |

## DALE L. COPLEY JR.
### Case(s): 208 Clm No: 295 Clm. Amt: $13,438.00

*Address Redacted*
**Date Filed: 12/12/2016**
**Claim Face Value: $13,438.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $13,438.00 | | $0.00 |
| | | | | $13,438.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## RUMMY SULLIMAN
### Case(s): 209 Clm No: 295 Clm. Amt:

*Address Redacted*
**Date Filed: 1/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ARGELIA VILLASENOR
### Case(s): 209 Clm No: 296 Clm. Amt: $39,313.56

*Address Redacted*
**Date Filed: 1/6/2017**
**Claim Face Value: $39,313.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $39,313.56 | | $0.00 |
| | | | | $39,313.56 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CHRISTOPHER BOEN**

**Case(s): 208 Clm No: 296 Clm. Amt: $44,000.00**

*Address Redacted*
**Date Filed: 12/12/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $44,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | | | $44,000.00 | | $0.00 |
| | | | | $44,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MACT STAFFING LP**

**Case(s): 207 Clm No: 296 Clm. Amt: $404.47**

*505 EAST HUNTLAND DRIVE*
*SUITE 190*
*AUSTIN, TX 78752*
**Date Filed: 10/21/2016**
**Claim Face Value: $404.47**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | | | Unknown | Y | $0.00 |
| 207 | UNS | Allowed | | $404.47 | | $404.47 |
| | | | | $404.47 | | $404.47 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 02/09/2021 | 4201 | Objection Granted | 04/21/2021 | 4280 |

**GLENN E. TANNER**

**Case(s): 207 Clm No: 297 Clm. Amt: $14,677.23**

*7302 WOOD STREAM DR*
*INDIANAPOLIS, IN 46254*
**Date Filed: 10/21/2016**
**Claim Face Value: $14,677.23**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Withdrawn | | $12,323.29 | | $0.00 |
| 207 | UNS | Withdrawn | | $2,353.94 | | $0.00 |
| | | | | $14,677.23 | | $0.00 |

**SUZANNE FRANKLIN**

**Case(s): 208 Clm No: 297 Clm. Amt: $32,453.50**

*Address Redacted*
**Date Filed: 12/9/2016**
**Claim Face Value: $32,453.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $32,453.50 | | $0.00 |
| | | | | $32,453.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DAMON POKE
### Case(s): 209 Clm No: 297 Clm. Amt: $43,999.56

*Address Redacted*
**Date Filed: 1/5/2017**
**Claim Face Value: $43,999.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $43,999.56 | | $0.00 |
| | | | | $43,999.56 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ULREY FOODS, INC. DBA FLYERS PIZZA
### Case(s): 209 Clm No: 298 Clm. Amt: $829.36

*ATTN: ELLEN M. ULREY*
*6025 AVERY RD.*
*DUBLIN, OH 43016*
**Date Filed: 1/6/2017**
**Claim Face Value: $829.36**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $829.36 | | $0.00 |
| | | | | $829.36 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3879 | Objection Granted | 06/17/2020 | 3979 |

## GEORGE CHEEKS
### Case(s): 208 Clm No: 298 Clm. Amt: $17,386.00

*Address Redacted*
**Date Filed: 12/5/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $17,386.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $17,386.00 | | $0.00 |
| | | | | $17,386.00 | | $0.00 |

## CHESTERFIELD COUNTY DEPT OF UTILITIES
### Case(s): 207 Clm No: 298 Clm. Amt: $424.56

*ATTN: LAURA SAXON*
*PO BOX 608*
*CHESTERFIELD, VA 23832*
**Date Filed: 10/21/2016**
**Claim Face Value: $424.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $424.56 | | |
| | | | | $424.56 | | |

**LOCKPRO, LLC DBA SERVICEMASTER BUILDING SERVICES**
**Case(s): 207 Clm No: 299 Clm. Amt: $28,196.40**

*ATTN: JEFF PROHASKA*
*120 MERIDIAN AVE. SUITE 5*
*LOUISVILLE, KY 40207*
**Date Filed: 10/6/2016**
**Claim Face Value: $28,196.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $28,196.40 | | $13,860.40 |
| | | | | $28,196.40 | | $13,860.40 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 11/18/2019 | 3710 | Objection Granted | 01/15/2020 | 3772 |

**EMMANUEL UGONO**
**Case(s): 208 Clm No: 299 Clm. Amt: $5,000.00**

*Address Redacted*
**Date Filed: 12/5/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | PRI | | | Unknown | Y | $0.00 |
| 208 | UNS | | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**WILLIAM WALLACE**
**Case(s): 209 Clm No: 299 Clm. Amt: $364.19**

*PO BOX 769*
*MILFORD, NH 03055*
**Date Filed: 1/9/2017**
**Claim Face Value: $364.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Allowed | | $364.19 | | $364.19 |
| | | | | $364.19 | | $364.19 |

**MICHELLE CHESNUT**
**Case(s): 209 Clm No: 300 Clm. Amt: $3,017.30**

*Address Redacted*
**Date Filed: 1/9/2017**
**Claim Face Value: $3,017.30**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $3,017.30 | | $0.00 |
| | | | | $3,017.30 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### EMERY B. CARTER
**Case(s): 208 Clm No: 300 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 12/2/2016**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### NATIONAL CLEANING
**Case(s): 207 Clm No: 300 Clm. Amt: $5,311.97**

*ATTN: RICARDO AMARO*
*P.O. BOX 65804*
*ALBUQUERQUE, NM 87193-5804*
**Date Filed: 10/6/2016**
**Claim Face Value: $5,311.97**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $5,311.97 | | $0.00 |
| | | | | $5,311.97 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

### SEARCH CACTUS, LLC
**Case(s): 207 Clm No: 301 Clm. Amt: $67,460.00**

*C/O DINSMORE & SHOHL, LLP*
*ATTN: TIM ROBINSON*
*191 W NATIONWIDE BLVD. SUITE 300*
*COLUMBUS, OH 43215*
**Date Filed: 10/6/2016**
**Claim Face Value: $67,460.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $67,460.00 | | $0.00 |
| | | | | $67,460.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

### SOLAR CLEANING
**Case(s): 208 Clm No: 301 Clm. Amt: $34,560.00**

*ATTN: HUBERT DWAYNE BULLOCK*
*2619 LANCE ST.*
*LAKE ORION, MI 48360*
**Date Filed: 12/2/2016**
**Claim Face Value: $34,560.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $34,560.00 | | $0.00 |
| | | | | $34,560.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## Yan Sun
### Case(s): 209 Clm No: 301 Clm. Amt: $11,097.71

8617 Spicewood Springs Rd, Apt 274
Austin, TX 78759-4363
**Date Filed: 1/6/2017**
**Claim Face Value: $11,097.71**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $11,097.71 | | $0.00 |
| | | | | $11,097.71 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## TIMOTHY DEL GREEN
### Case(s): 209 Clm No: 302 Clm. Amt:

*Address Redacted*
**Date Filed: 1/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TODD CUSHMAN
### Case(s): 208 Clm No: 302 Clm. Amt: $25,295.27

*Address Redacted*
**Date Filed: 12/13/2016**
**Claim Face Value: $25,295.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $25,295.27 | | $0.00 |
| | | | | $25,295.27 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## NEXT STEP LEARNING SOLUTIONS, LLC
### Case(s): 207 Clm No: 302 Clm. Amt: $92,300.00

*ATTN: SEAN REED MCGEE*
*300 HYLAN DR STE 222*
*ROCHESTER, NY 14623*
**Date Filed: 10/7/2016**
**Claim Face Value: $92,300.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | PRI | | | $12,850.00 | | |
| 207 | UNS | | | $79,450.00 | | |
| | | | | $92,300.00 | | |

## DIGITAL TECHNOLOGY INC
### Case(s): 207 Clm No: 303 Clm. Amt: $24,104.85

*ATTN: WESLEY R BAGNELL*
*6892 HILLSDALE COURT*
*INDIANAPOLIS, IN 46250*
**Date Filed: 10/22/2016**
**Claim Face Value: $24,104.85**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $24,104.85 | | |
| | | | | $24,104.85 | | |

## DAVID O. PANIAGUA RAMIREZ
### Case(s): 208 Clm No: 303 Clm. Amt: $11,613.00

*Address Redacted*
**Date Filed: 12/14/2016**
**Claim Face Value: $11,613.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $11,613.00 | | $0.00 |
| | | | | $11,613.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SODEXO OPERATIONS, LLC
### Case(s): 209 Clm No: 303 Clm. Amt: $125,205.28

*C/O Thomas Stanton*
*9801 Washingtonian Blvd*
*Gaithersburg, MD 20878*
**Date Filed: 1/9/2017**
**Claim Face Value: $125,205.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| 209 | UNS | Allowed | | $125,205.28 | | $125,205.28 |
| | | | | $125,205.28 | | $125,205.28 |

## ARUN ANBUMANI
### Case(s): 209 Clm No: 304 Clm. Amt: $4,000.00

*724 BUCHANAN LANE*
*LONGMONT, CO 80504*
**Date Filed: 1/9/2017**
**Claim Face Value: $4,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $4,000.00 | | $0.00 |
| | | | | $4,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**RYAN F. RUSHING**
**Case(s): 208 Clm No: 304 Clm. Amt: $14,689.13**

*Address Redacted*
**Date Filed: 12/15/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $14,689.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $14,689.13 | | $0.00 |
| | | | | $14,689.13 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MICHAEL DAVIS JR**
**Case(s): 207 Clm No: 304 Clm. Amt: $8,066.00**

*Address Redacted*
**Date Filed: 10/22/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $8,066.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $8,066.00 | | $0.00 |
| | | | | $8,066.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ARIELA SHANNON**
**Case(s): 207 Clm No: 305 Clm. Amt: $1,697.47**

*9537 MANNING AVE*
*KANSAS CITY, MO 64134*
**Date Filed: 10/22/2016**
**Claim Face Value: $1,697.47**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | Allowed | | $1,697.47 | | $1,697.47 |
| | | | | $1,697.47 | | $1,697.47 |

**PATRICK LEYBA**
**Case(s): 208 Clm No: 305 Clm. Amt: $28,468.64**

*Address Redacted*
**Date Filed: 12/15/2016**
**Claim Face Value: $28,468.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $28,468.64 | | $0.00 |
| | | | | $28,468.64 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ROWMAN & LITTLEFIELD DBA BERNAN
### Case(s): 209 Clm No: 305 Clm. Amt: $283.55

*ATTN: DIONNE OWENS*
*15200 NBN WAY*
*PO BOX 190*
*BLUE RIDGE SUMMIT, PA 17214*
**Date Filed: 1/10/2017**
**Claim Face Value: $283.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|-----------------------|
| 209 | UNS | Disallowed | | $283.55 | | $0.00 |
| | | | | $283.55 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## ILTAF AHMAD
### Case(s): 209 Clm No: 306 Clm. Amt: $5,000.00

*Address Redacted*
**Date Filed: 1/6/2017**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|-----------------------|
| 209 | PRI | Disallowed | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

## JOHN E. PERTEET
### Case(s): 208 Clm No: 306 Clm. Amt: $46,149.00

*Address Redacted*
**Date Filed: 12/15/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $46,149.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|-----------------------|
| 208 | UNS | | | $46,149.00 | | $0.00 |
| | | | | $46,149.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## HAMIM BIN ALAM RAFI
### Case(s): 207 Clm No: 306 Clm. Amt: $52,276.77

*Address Redacted*
**Date Filed: 10/22/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $52,276.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|-----------------------|
| 207 | UNS | | | $52,276.77 | | $0.00 |
| | | | | $52,276.77 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | 11/30/2018 | 3079 |

**RUSSELL MARTIN & ASSOCIATES**
**Case(s): 207 Clm No: 307 Clm. Amt: $195.00**

*ATTN: KELLY SEBREE*
*9084 TECHNOLOGY DRIVE*
*SUITE 500*
*FISHERS, IN 46038*
**Date Filed: 10/22/2016**
**Claim Face Value: $195.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $195.00 | | |
| | | | | $195.00 | | |

**BRITTNEY LJ JOHNSON**
**Case(s): 208 Clm No: 307 Clm. Amt: $7,449.92**

*Address Redacted*
**Date Filed: 12/15/2016**
**Claim Face Value: $7,449.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $7,449.92 | | $0.00 |
| | | | | $7,449.92 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**EUGENE SCOTT, JR.**
**Case(s): 209 Clm No: 307 Clm. Amt: $24,998.72**

*Address Redacted*
**Date Filed: 1/9/2017**
**Claim Face Value: $24,998.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $24,998.72 | | $0.00 |
| | | | | $24,998.72 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

**MASON A. CUMMINGS**
**Case(s): 209 Clm No: 308 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JAN POINT**

**Case(s): 208 Clm No: 308 Clm. Amt: $34,573.00**

*ATTN: SUNNY S. KIM*
*1250 W. MISSION BLVD*
*POMONA, CA 91766*
**Date Filed: 12/14/2016**
**Claim Face Value: $34,573.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $34,573.00 | | $0.00 |
| | | | | $34,573.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**SHERI CAMPFIELD**

**Case(s): 207 Clm No: 308 Clm. Amt: $1,000.00**

*2120 RUSTY HINGE DRIVE*
*COLORADO SPRINGS, CO 80920*
**Date Filed: 10/22/2016**
**Claim Face Value: $1,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $1,000.00 | | $0.00 |
| | | | | $1,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 08/23/2022 | 4947 | Objection Granted | 10/26/2022 | 4987 |

**MSE CLEANING CO.**

**Case(s): 207 Clm No: 309 Clm. Amt: $9,182.40**

*60 Oxford Rd*
*Dracut, MA 01826*
**Date Filed: 10/23/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,182.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $2,700.00 | | $0.00 |
| 207 | PRI | Disallowed | | $3,000.00 | | $0.00 |
| 207 | PRI | Disallowed | | $3,036.83 | | $0.00 |
| 207 | UNS | | | $445.57 | | $7,009.84 |
| | | | | $9,182.40 | | $7,009.84 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 09/03/2020 | 4052 | Objection Granted | 10/22/2020 | 4114 |

### ECONOMY PLUMBING, INC.
**Case(s): 208 Clm No: 309 Clm. Amt: $594.38**

*ATTN: KAREN MARTIN*
*4564 TELEPHONE RD., #801*
*VENTURA, CA 93003*
**Date Filed: 12/15/2016**
**Claim Face Value: $594.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $594.38 | | $0.00 |
| | | | | $594.38 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

### MARGARET A. RUSSELL
**Case(s): 209 Clm No: 309 Clm. Amt: $4,000.00**

*Address Redacted*
**Date Filed: 1/10/2017**
**Claim Face Value: $4,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $4,000.00 | | $0.00 |
| | | | | $4,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

### SAMANTHA YOUNG
**Case(s): 209 Clm No: 310 Clm. Amt: $34,664.38**

*Address Redacted*
**Date Filed: 1/11/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $34,664.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $34,664.38 | | $0.00 |
| | | | | $34,664.38 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### SERESTAR COMMUNICATIONS CORPORATION
**Case(s): 208 Clm No: 310 Clm. Amt: $49,419.00**

*ATTN: RAE ANN MARIE MOSLEY*
*500 MEDIA PLACE*
*SACRAMENTO, CA 95815*
**Date Filed: 12/15/2016**
**Claim Face Value: $49,419.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $49,419.00 | | $0.00 |
| | | | | $49,419.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## AARON JAMES LANDRUM
### Case(s): 207 Clm No: 310 Clm. Amt: $59,056.60

*Address Redacted*
**Date Filed: 10/23/2016**
**Claim Face Value: $59,056.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $59,056.60 | | $0.00 |
| | | | | $59,056.60 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## STEVEN PHARO
### Case(s): 207 Clm No: 311 Clm. Amt: $6,502.25

*Address Redacted*
**Date Filed: 10/23/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,502.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $6,502.25 | | $0.00 |
| | | | | $6,502.25 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JANITORIAL MANAGEMENT INCORPORATED
### Case(s): 208 Clm No: 311 Clm. Amt: $17,416.19

*ATTN: MICHAEL RUSCIOLELLI*
*713 HYDE PARK*
*DOYLESTOWN, PA 18902*
**Date Filed: 12/16/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $17,416.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $17,416.19 | | $0.00 |
| | | | | $17,416.19 | | $0.00 |

## BENNY GERALD EWALD
### Case(s): 209 Clm No: 311 Clm. Amt: $15,846.00

*Address Redacted*
**Date Filed: 1/11/2017**
**Claim Face Value: $15,846.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $2,850.00 | | $0.00 |
| 209 | UNS | Disallowed | | $12,996.00 | | $0.00 |
| | | | | $15,846.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## BRANDPRO MARKETING LLC
### Case(s): 208 Clm No: 312 Clm. Amt: $35,307.95

*ATTN: DAVID SCHWEISTHAL*
*15502 DECLARATION DRIVE*
*WESTFIELD, IN 46074*
**Date Filed: 12/16/2016**
**Claim Face Value: $35,307.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $35,307.95 | | $0.00 |
| | | | | $35,307.95 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## TUONG G. THAI
### Case(s): 209 Clm No: 312 Clm. Amt: $22,000.00

*9106 LOWERCOVE CIR*
*HOUSTON, TX 77083*
**Date Filed: 1/12/2017**
**Claim Face Value: $22,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $22,000.00 | | $0.00 |
| | | | | $22,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## JOSHUA BURROUGHS
### Case(s): 207 Clm No: 312 Clm. Amt: $52,174.00

*Address Redacted*
**Date Filed: 10/23/2016**
**Claim Face Value: $52,174.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $52,174.00 | | $0.00 |
| | | | | $52,174.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CHRISTOPHER DESHAWN JACKSON
### Case(s): 207 Clm No: 313 Clm. Amt: $739.50

*Address Redacted*
**Date Filed: 10/23/2016**
**Claim Face Value: $739.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | Disallowed | | $739.50 | | $0.00 |
| | | | | $739.50 | | $0.00 |

## MAY H NGUYEN AND STANLEY THAI
**Case(s): 209 Clm No: 313 Clm. Amt: $1,401.86**

*9106 LOWERCOVE CIR*
*HOUSTON, TX 77064*
**Date Filed: 1/12/2017**
**Claim Face Value: $1,401.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $1,401.86 | | $0.00 |
| | | | | $1,401.86 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## DENNIS THOMPSON
**Case(s): 208 Clm No: 313 Clm. Amt: $793.57**

*17434 W. MADISON ST*
*GOODYEAR, AZ 85338*
**Date Filed: 12/16/2016**
**Claim Face Value: $793.57**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $793.57 | | $0.00 |
| | | | | $793.57 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## RYAN RICHARD WENTWORTH
**Case(s): 208 Clm No: 314 Clm. Amt: $82,624.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Orig. Date Filed: 12/16/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 314**
**Amended By Clm #: 314**
**Claim Face Value: $82,624.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | | | $82,624.00 | | $0.00 |
| | | | | $82,624.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CHASE MADISON LEONARD
**Case(s): 209 Clm No: 314 Clm. Amt: $1,007.50**

*1316 WESTBROOKE DR.*
*LAPEER, MI 48446*
**Date Filed: 1/12/2017**
**Claim Face Value: $1,007.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $1,007.50 | | $0.00 |
| | | | | $1,007.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**DEBORAH SMITH**

**Case(s): 207 Clm No: 314 Clm. Amt: $10,676.44**

*165 HIGH STREET*
*RANDOLPH, MA 02368*
**Date Filed: 10/24/2016**
**Claim Face Value: $10,676.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $10,676.44 | | $0.00 |
| | | | | $10,676.44 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 4617 | Objection Granted | 03/31/2022 | 4731 |

**LISA JOHNSON**

**Case(s): 207 Clm No: 315 Clm. Amt: $1,380.00**

*209 Santa Cruz Drive,*
*Lafayette, LA 70503*
**Date Filed: 10/24/2016**
**Claim Face Value: $1,380.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | PRI | | | $1,380.00 | | |
| | | | | $1,380.00 | | |

**HEATHER ALLEN**

**Case(s): 209 Clm No: 315 Clm. Amt: $26,082.00**

*Address Redacted*
**Date Filed: 1/13/2017**
**Claim Face Value: $26,082.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $26,082.00 | | $0.00 |
| | | | | $26,082.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DEBORAH BIDDLE**

**Case(s): 208 Clm No: 315 Clm. Amt: $688,186.00**

*7722 W. 28TH ST*
*LITTLE ROCK, AR 72204*
**Date Filed: 12/19/2016**
**Claim Face Value: $688,186.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | PRI | Disallowed | | $35,200.00 | | $0.00 |
| 208 | UNS | Disallowed | | $652,986.00 | | $0.00 |
| | | | | $688,186.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

## HELEN G. JOHNSON
### Case(s): 208 Clm No: 316 Clm. Amt: $31,287.68

*Address Redacted*
**Date Filed: 12/19/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $31,287.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $31,287.68 | | $0.00 |
| | | | | $31,287.68 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## GEORGE A. HURLBURT
### Case(s): 209 Clm No: 316 Clm. Amt: $63,088.00

*Address Redacted*
**Date Filed: 1/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $63,088.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $63,088.00 | | $0.00 |
| | | | | $63,088.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## RALPH PARRISH
### Case(s): 207 Clm No: 316 Clm. Amt: $4,999.00

*Address Redacted*
**Date Filed: 10/24/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $4,999.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,999.00 | | $0.00 |
| | | | | $4,999.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MCLENNAN COUNTY
### Case(s): 207 Clm No: 317 Clm. Amt: $1,661.74

*C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLLP*
*ATTN: DIANE W SANDERS*
*P O BOX 17428*
*AUSTIN, TX 78760*
**Date Filed: 10/11/2016**
**Claim Face Value: $1,661.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | | | $1,661.74 | | |
| | | | | $1,661.74 | | |

## JOHN GREENE JR
### Case(s): 209 Clm No: 317 Clm. Amt:

*Address Redacted*
**Date Filed: 1/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## JEREMY ARMSTRONG
### Case(s): 208 Clm No: 317 Clm. Amt:

*Address Redacted*
**Date Filed: 12/19/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 208 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## VOIDED CLAIM- CLAIM ENTERED IN ERROR
### Case(s): Clm No: 318 Clm. Amt:

**Date Filed:**
**Claim Face Value:**

## ACME SIGN, INC.
### Case(s): 209 Clm No: 318 Clm. Amt: $6,110.06

*1313 VERNON STREET*
*N. KANSAS CITY, MO 64116*
**Date Filed: 1/13/2017**
**Claim Face Value: $6,110.06**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 209 | UNS | Disallowed | | $6,110.06 | | $0.00 |
| | | | | | $6,110.06 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

### Found Search Marketing
**Case(s): 207 Clm No: 318 Clm. Amt: $109,850.00**

Attn: Becky Mosier
*9795 Crosspoint Blvd, 102*
*Indianapolis, IN 46256-3354*
**Date Filed: 10/24/2016**
**Claim Face Value: $109,850.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $109,850.00 | | $0.00 |
| | | | | $109,850.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

### BEXAR COUNTY
**Case(s): 207 Clm No: 319 Clm. Amt: $121,340.05**

*C/O LINEBARGER GOGGAN BLAIR &*
*SAMPSON, LLP*
*ATTN: DON STECKER*
*711 NAVARRO ST. SUITE 300*
*SAN ANTONIO, TX 78205*
**Date Filed: 10/11/2016**
**Amending Clm #: 23**
**Claim Face Value: $121,340.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | SEC | | | $121,340.05 | | $0.00 |
| | | | | $121,340.05 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Amended claim | 09/02/2020 | 4048 | Objection Granted | 10/22/2020 | 4111 |

### JENNY MARIE ELLIS
**Case(s): 209 Clm No: 319 Clm. Amt: $35,226.90**

*1289 VALLEY VIEW DRIVE*
*BOARDMAN, OH 44512*
**Date Filed: 1/13/2017**
**Claim Face Value: $35,226.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | PRI | Disallowed | | Unknown | Y | $0.00 |
| 209 | UNS | Disallowed | | $35,226.90 | | $0.00 |
| | | | | $35,226.90 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

## Jingbo PI
**Case(s): 208 Clm No: 319 Clm. Amt: $11,800.00**

*3125 Lavender Ln*
*Saint Louis, MO 63139-1773*
**Date Filed: 12/19/2016**
**Claim Face Value: $11,800.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $11,800.00 | | $0.00 |
| | | | | $11,800.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## LI WANG
**Case(s): 208 Clm No: 320 Clm. Amt: $4,900.00**

*3061 HAZEL FOSTER DR*
*CARMEL, IN 46033*
**Date Filed: 12/19/2016**
**Claim Face Value: $4,900.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $4,900.00 | | $0.00 |
| | | | | $4,900.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## MISTY KILLINDER
**Case(s): 209 Clm No: 320 Clm. Amt: $2,968.50**

*Address Redacted*
**Date Filed: 1/13/2017**
**Claim Face Value: $2,968.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $2,968.50 | | $0.00 |
| | | | | $2,968.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DUSTIN VICK
**Case(s): 207 Clm No: 320 Clm. Amt: $2,860.00**

*Address Redacted*
**Date Filed: 10/14/2016**
**Claim Face Value: $2,860.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | | | $2,860.00 | | $0.00 |
| | | | | $2,860.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## IMAGING TECHNOLOGIES DIRECT, UC
### Case(s): 207 Clm No: 321 Clm. Amt: $1,348.69

*ATTN: TAMMY DOSS*
*5220 PACIFIC CONCOURSE DR, #300*
*LOS ANGELES, CA 90045*
**Date Filed: 10/11/2016**
**Claim Face Value: $1,348.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $1,348.69 | | |
| | | | | $1,348.69 | | |

## CLIFFORD A. WELLS
### Case(s): 209 Clm No: 321 Clm. Amt: $13,833.00

*Address Redacted*
**Date Filed: 1/16/2017**
**Claim Face Value: $13,833.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $13,833.00 | | $0.00 |
| | | | | $13,833.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## PEREZ & ASSOCIATES
### Case(s): 208 Clm No: 321 Clm. Amt: $1,222.00

*ATTN: SUANNE GENE PEREZ*
*14312 MATISSE AVENUE*
*IRVINE, CA 92606*
**Date Filed: 12/19/2016**
**Claim Face Value: $1,222.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $1,222.00 | | $0.00 |
| | | | | $1,222.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## SIDNEY BLAKE ADDISON
### Case(s): 209 Clm No: 322 Clm. Amt: $20,167.00

*Address Redacted*
**Date Filed: 1/16/2017**
**Claim Face Value: $20,167.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $20,167.00 | | $0.00 |
| | | | | $20,167.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BETH SANDERS
**Case(s): 208 Clm No: 322 Clm. Amt: $41,125.20**

*Address Redacted*
**Date Filed: 12/20/2016**
**Claim Face Value: $41,125.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $41,125.20 | | $0.00 |
| | | | | $41,125.20 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## INGRAM MICRO INC.
**Case(s): 207 Clm No: 322 Clm. Amt: $3,861.90**

*1759 WEHRLE DR.*
*WILLIAMSVILLE, NY 14221*
**Date Filed: 10/13/2016**
**Claim Face Value: $3,861.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,861.90 | | |
| | | | | $3,861.90 | | |

## TIMOTHY JOYNER HALL
**Case(s): 207 Clm No: 323 Clm. Amt: $1,177.50**

*Address Redacted*
**Date Filed: 10/20/2016**
**Claim Face Value: $1,177.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $1,177.50 | | |
| | | | | $1,177.50 | | |

## DERRICK MATOLA
**Case(s): 208 Clm No: 323 Clm. Amt: $20,167.00**

*Address Redacted*
**Date Filed: 12/21/2016**
**Claim Face Value: $20,167.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $20,167.00 | | $0.00 |
| | | | | $20,167.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### ERICA WARREN
**Case(s): 209 Clm No: 323 Clm. Amt: $34,638.12**

*Address Redacted*
**Date Filed: 1/16/2017**
**Claim Face Value: $34,638.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $34,638.12 | | $0.00 |
| | | | | $34,638.12 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### KAMERON REED DAVIS
**Case(s): 209 Clm No: 324 Clm. Amt: $10,100.00**

*Address Redacted*
**Date Filed: 1/16/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,100.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $10,100.00 | | $0.00 |
| | | | | $10,100.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### JOHN W. GUYINN
**Case(s): 208 Clm No: 324 Clm. Amt:**

*Address Redacted*
**Date Filed: 12/21/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### WILDING INDUSTRIES, INC.
**Case(s): 207 Clm No: 324 Clm. Amt: $32.07**

*ATTN: CAROLYN E. WILDING*
*P.O. BOX 368*
*CRESTWOOD, KY 40014*
**Date Filed: 10/14/2016**
**Claim Face Value: $32.07**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $32.07 | | |
| | | | | $32.07 | | |

## RONNIE HESSMAN
### Case(s): 207 Clm No: 325 Clm. Amt: $4,863.86

3108 OLD KENT ROAD S.E.
*KENTWOOD, MI 49512*
**Date Filed: 10/17/2016**
**Claim Face Value: $4,863.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $4,863.86 | | $0.00 |
| | | | | $4,863.86 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

## LEARNINGMATE SOLUTIONS INC.
### Case(s): 208 Clm No: 325 Clm. Amt: $50,454.00

*C/O SAUL EWING LLP*
*ATTN: DIPESH PATEL*
*1037 RAYMOND BLVD., SUITE 1520*
*NEWARK, NJ 07102*
**Date Filed: 12/22/2016**
**Amended By Clm #: 340**
**Claim Face Value: $50,454.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | 503(b)(9) | | | $8,762.00 | | $0.00 |
| 208 | PRI | | | $8,762.00 | | $0.00 |
| 208 | UNS | | | $32,930.00 | | $0.00 |
| | | | | $50,454.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 09/02/2020 | 4048 | Objection Granted | 10/22/2020 | 4111 |

## CHANTELLE Y. SUBLETT
### Case(s): 209 Clm No: 325 Clm. Amt: $57,418.73

*Address Redacted*
**Date Filed: 1/17/2017**
**Claim Face Value: $57,418.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $57,418.73 | | $0.00 |
| | | | | $57,418.73 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### SHENGTAO YAO PROFESSIONAL CORPORATION
**Case(s): 209 Clm No: 326 Clm. Amt: $15,027.95**

*ATTN: SHENGTAO YAO*
*1004 HOLLANDS POINT*
*EDMONTON, AB T6R 3TI*
*CANADA*
**Date Filed: 1/17/2017**
**Claim Face Value: $15,027.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $15,027.95 | | $0.00 |
| | | | | $15,027.95 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

### NICHOLAS PRICE
**Case(s): 208 Clm No: 326 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed: 12/22/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | | | $1,450.00 | | $0.00 |
| 208 | UNS | | | $8,550.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### BLUE STAR LIGHTING
**Case(s): 207 Clm No: 326 Clm. Amt: $334.77**

*ATTN: MARILYN YAMASAKI*
*P.O. BOX 6162*
*SAN PEDRO, CA 90734*
**Date Filed: 10/17/2016**
**Claim Face Value: $334.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $334.77 | | |
| | | | | $334.77 | | |

### RUETH CONSULTING SHARP FINE LINE COATING RUETH
**Case(s): 207 Clm No: 327 Clm. Amt: $1,714.74**

*ATTN: TAMARA RUETH*
*2115 CRESTON DRIVE*
*SPRING, TX 77386*
**Date Filed: 10/17/2016**
**Claim Face Value: $1,714.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $1,714.74 | | $0.00 |
| | | | | $1,714.74 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**GEORGE H. RENDELL ASSOCIATES, INC.**
**Case(s): 208 Clm No: 327 Clm. Amt: $95,680.00**

*2501 Seaport Dr, Ste Sh 200*
*Chester, PA 10013*
**Date Filed: 12/21/2016**
**Claim Face Value: $95,680.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $95,680.00 | | $0.00 |
| | | | | $95,680.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**LAUREN TRAVIS KAHLE**
**Case(s): 209 Clm No: 327 Clm. Amt: $292.65**

*57 WOODLAND CT*
*WAYNE, WV 25570*
**Date Filed: 1/18/2017**
**Claim Face Value: $292.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $292.65 | | $0.00 |
| | | | | $292.65 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

**BLAKE BRENDLINGER**
**Case(s): 209 Clm No: 328 Clm. Amt: $9,640.81**

*Address Redacted*
**Date Filed: 1/18/2017**
**Claim Face Value: $9,640.81**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $9,640.81 | | $0.00 |
| | | | | $9,640.81 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KEVIN DEON BROWN**
**Case(s): 208 Clm No: 328 Clm. Amt: $33,000.00**

*Address Redacted*
**Date Filed: 12/23/2016**
**Claim Face Value: $33,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $33,000.00 | | $0.00 |
| | | | | $33,000.00 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**FORT WAYNE STORAGE**
**Case(s): 207 Clm No: 328 Clm. Amt: $1,034.00**

*C/O DUPONT OFFICE & STORAGE*
*ATTN: DANIEL R. HORWEDEL*
*4616 E DUPONT RD*
*FORT WAYNE, IN 46825*
**Date Filed: 10/17/2016**
**Claim Face Value: $1,034.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,034.00 | | |
| | | | | $1,034.00 | | |

**JESSE LAMAR LEARY**
**Case(s): 207 Clm No: 329 Clm. Amt: $14,930.73**

*Address Redacted*
**Date Filed: 10/17/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $14,930.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $14,930.73 | | $0.00 |
| | | | | $14,930.73 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**Sonya Palmer**
**Case(s): 208 Clm No: 329 Clm. Amt: $12,000.00**

*Address Redacted*
**Date Filed: 12/23/2016**
**Claim Face Value: $12,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $12,000.00 | | $0.00 |
| | | | | $12,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ELIZABETH W. FRANKLIN**
**Case(s): 209 Clm No: 329 Clm. Amt: $11,702.00**

*Address Redacted*
**Date Filed: 1/18/2017**
**Claim Face Value: $11,702.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $11,702.00 | | $0.00 |
| | | | | $11,702.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**LELAND COHEN**

**Case(s): 208 Clm No: 330 Clm. Amt: $430.61**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 12/25/2016**<br>**Claim Face Value: $430.61** | 208 | SEC | Disallowed | | $430.61 | | $0.00 |
| | | | | | $430.61 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**EVERETT T. HUCKPETH**

**Case(s): 207 Clm No: 330 Clm. Amt: $103,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/17/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $103,000.00** | 207 | UNS | | | $103,000.00 | | $0.00 |
| | | | | | $103,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**RAMZI THEODORE NASSAR**

**Case(s): 209 Clm No: 330 Clm. Amt: $23,566.33**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/9/2017**<br>**Claim Face Value: $23,566.33** | 209 | UNS | Disallowed | | $23,566.33 | | $0.00 |
| | | | | | $23,566.33 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**EUGENE SCOTT, JR.**

**Case(s): 209 Clm No: 331 Clm. Amt: $24,998.72**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/9/2017**<br>**Claim Face Value: $24,998.72** | 209 | UNS | Disallowed | | $24,998.72 | | $0.00 |
| | | | | | $24,998.72 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/21/2019 | 3622 |

**MUNN, INC**

**Case(s): 207 Clm No: 331 Clm. Amt: $1,415.62**

*DBA OVERNIGHT INDUSTRIAL SUPPLY*
*ATTN: RICHARD MUNN*
*976 ENTERPRISE AVENUE*
*SAN JACINTO, CA 92582*
**Date Filed: 10/17/2016**
**Claim Face Value: $1,415.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $1,415.62 | | |
| | | | | $1,415.62 | | |

**NATHANIEL A. WHARTON**

**Case(s): 208 Clm No: 331 Clm. Amt: $7,016.00**

*Address Redacted*
**Date Filed: 12/26/2016**
**Claim Face Value: $7,016.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $7,016.00 | | $0.00 |
| | | | | $7,016.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MISTY BROCK**

**Case(s): 208 Clm No: 332 Clm. Amt: $40,588.00**

*Address Redacted*
**Date Filed: 12/26/2016**
**Claim Face Value: $40,588.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | PRI | | | $40,588.00 | | $0.00 |
| | | | | $40,588.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BROPHY SERVICES, INC.**

**Case(s): 207 Clm No: 332 Clm. Amt: $5,493.06**

*ATTN: EILEEN LOUISE MACCOMBIE*
*P.O. BOX 166*
*SYRACUSE, NY 13206*
**Date Filed: 10/17/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,493.06**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | Withdrawn | | | | $0.00 |
| 207 | UNS | Withdrawn | | $5,493.06 | | $0.00 |
| | | | | $5,493.06 | | $0.00 |

## DONALD L. MEIER
### Case(s): 209 Clm No: 332 Clm. Amt: $18,000.00

*1448 SEDONA DR.*
*CARMEL, IN 46032*
**Date Filed: 1/13/2017**
**Claim Face Value: $18,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $18,000.00 | | $0.00 |
| | | | | $18,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2021 | 3768 |

## PENSION BENEFIT GUARANTY CORPORATION
### Case(s): 209 Clm No: 333 Clm. Amt:

*OFFICE OF THE CHIEF COUNSEL*
*ATTN: MICHAEL BAIRD*
*1200 K STREET, N.W. SUITE 340*
*WASHINGTON, DC 20005*
**Date Filed: 1/18/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | PRI | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

## BECKSTOFFER-WELSH, INC
### Case(s): 207 Clm No: 333 Clm. Amt: $220.00

*ATTN: ROBERT L. BECKSTOFFER*
*2020 SLEDD ST.*
*RICHMOND, VA 23220*
**Date Filed: 10/17/2016**
**Claim Face Value: $220.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $220.00 | | |
| | | | | $220.00 | | |

## VINCENT HUTCHINSON
### Case(s): 208 Clm No: 333 Clm. Amt:

*Address Redacted*
**Date Filed: 12/26/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

## NPC INTERNATIONAL INC
### Case(s): 208 Clm No: 334 Clm. Amt: $293.65

*ATTN: SARA BURKE*
*720 W. 20TH STREET*
*PITTSBURG, KS 66762*
**Date Filed: 12/27/2016**
**Claim Face Value: $293.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $293.65 | | $0.00 |
| | | | | $293.65 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## J. F. AHERN CO.
### Case(s): 207 Clm No: 334 Clm. Amt: $208.00

ATTN: SHAWN M. ANHALT
855 MORRIS STREET
FOND DU LAC, WI 54935
**Date Filed: 10/17/2016**
**Claim Face Value: $208.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $208.00 | | |
| | | | | $208.00 | | |

## PENSION BENEFIT GUARANTY CORPORATION
### Case(s): 209 Clm No: 334 Clm. Amt:

OFFICE OF THE CHIEF COUNSEL
ATTN: MICHAEL BAIRD
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005
**Date Filed: 1/18/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

## PENSION BENEFIT GUARANTY CORPORATION
### Case(s): 209 Clm No: 335 Clm. Amt:

OFFICE OF THE CHIEF COUNSEL
ATTN: MICHAEL BAIRD
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005
**Date Filed: 1/18/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

## FAITH TECHNOLOGIES
### Case(s): 207 Clm No: 335 Clm. Amt: $467.39

ATTN; JIM STEPHENSON
225 MAIN ST.
P.O. BOX 26
MENASHA, WI 54952
**Date Filed: 10/17/2016**
**Claim Face Value: $467.39**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $467.39 | | |
| | | | | $467.39 | | |

## CAMILO PENSO
### Case(s): 208 Clm No: 335 Clm. Amt: $13,000.00

9220 CLAREWOOD DR #1054
HOUSTON, TX 77036
**Date Filed: 12/27/2016**
**Claim Face Value: $13,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $13,000.00 | | $0.00 |
| | | | | $13,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Paid | 05/04/2021 | 53 | Objection Granted | 06/23/2021 | 60 |

### JESSICA RENDLE
### Case(s): 208 Clm No: 336 Clm. Amt:

*Address Redacted*
**Date Filed: 12/27/2016**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


### THE GRAPHIC EDGE
### Case(s): 207 Clm No: 336 Clm. Amt: $2,615.15

*C/O BRUNER, BRUNER & REINHART, LLP*
*ATTN: BARRY T. BRUNER*
*225 E. 7TH STREET*
*CARROLL, IA 51401*
**Date Filed: 10/17/2016**
**Claim Face Value: $2,615.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $2,615.15 | | $0.00 |
| | | | | $2,615.15 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2020 | 3878 | Objection Granted | 05/21/2020 | 3946 |


### STATE OF NEW JERSEY- DIVISION OF TAXATION
### Case(s): 209 Clm No: 336 Clm. Amt: $2,000.00

*ATTN: TIMOTHY COLE*
*P.O. BOX 245*
*TRENTON, NJ 08695*
**Date Filed: 1/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $2,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Withdrawn | | $2,000.00 | | $0.00 |
| | | | | $2,000.00 | | $0.00 |


### MICHAEL SHORT
### Case(s): 209 Clm No: 337 Clm. Amt: $45,134.00

*Address Redacted*
**Date Filed: 1/18/2017**
**Claim Face Value: $45,134.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $45,134.00 | | $0.00 |
| | | | | $45,134.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CALLNET CALL CENTER SERVICES, INC**
**Case(s): 207 Clm No: 337 Clm. Amt: $8,412.00**

*ATTN: CHARLES H. WEBB, III*
*P.O. BOX 1345*
*BLOOMINGTON, IN 47402-1345*
**Date Filed: 10/17/2016**
**Claim Face Value: $8,412.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $8,412.00 | | $0.00 |
| | | | | $8,412.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**LISA MICHELLE GEISINGER**
**Case(s): 208 Clm No: 337 Clm. Amt: $28,018.20**

*42792 PILGRIM SQUARE*
*CHANTILLY, VA 20152*
**Date Filed: 12/27/2016**
**Claim Face Value: $28,018.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | PRI | Disallowed | | $28,018.20 | | $0.00 |
| | | | | $28,018.20 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 08/23/2022 | 79 | Objection Granted | 10/26/2022 | 82 |

**ZACHARY P. ERICKSON**
**Case(s): 208 Clm No: 338 Clm. Amt: $11,123.72**

*Address Redacted*
**Date Filed: 12/27/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $11,123.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $11,123.72 | | $0.00 |
| | | | | $11,123.72 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**PROFESSIONAL GUARD & PATROL, INC.**
**Case(s): 207 Clm No: 338 Clm. Amt: $1,866.51**

*ATTN: ANDREW BURNS*
*P.O. BOX 671586*
*HOUSTON, TX 77267*
**Date Filed: 10/18/2016**
**Claim Face Value: $1,866.51**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $1,866.51 | | |
| | | | | $1,866.51 | | |

### LIBERTY MUTUAL INSURANCE COMPANY
**Case(s): 209 Clm No: 338 Clm. Amt: $683,605.67**

*C/O CHOATE HALL & STEWART LLP*
*ATTN: DOUGLAS R GOODING, ESQ*
*TWO INTERNATIONAL PL*
*BOSTON, MA 02110*
**Date Filed: 8/19/2021**
**Orig. Date Filed: 1/19/2017**
**Bar Date: 1/30/2017**
**Amending Clm #: 338**
**Amended By Clm #: 338**
**Claim Face Value: $683,605.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | SEC | | | | | $0.00 |
| 209 | UNS | Allowed | | $683,605.67 | | $683,605.67 |
| | | | | $683,605.67 | | $683,605.67 |

### JOBCASE, INC.
**Case(s): 209 Clm No: 339 Clm. Amt: $16,770.00**

*ATTN: ASHLEY WALL, VP FINANCE*
*201 BROADWAY (7TH FLOOR)*
*CAMBRIDGE, MA 02139*
**Date Filed: 1/19/2017**
**Claim Face Value: $16,770.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Allowed | | $16,770.00 | | $16,770.00 |
| | | | | $16,770.00 | | $16,770.00 |

### FUSSY CLEANERS
**Case(s): 207 Clm No: 339 Clm. Amt: $210.88**

*ATTN: JASON MATTHEW LONG*
*100 THIRD ST*
*CHARLEROI, PA 15022*
**Date Filed: 10/17/2016**
**Claim Face Value: $210.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $210.88 | | |
| | | | | $210.88 | | |

### DOUGLAS J PRASKA
**Case(s): 208 Clm No: 339 Clm. Amt: $585.00**

*Address Redacted*
**Date Filed: 12/27/2016**
**Claim Face Value: $585.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | PRI | Disallowed | | $585.00 | | $0.00 |
| | | | | $585.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 08/23/2022 | 79 | Objection Granted | 10/26/2022 | 82 |

## LEARNINGMATE SOLUTIONS, INC.
### Case(s): 208 Clm No: 340 Clm. Amt: $50,454.00

*C/O SAUL EWING LLP*
*ATTN: DIPESH PATEL*
*1037 RAYMOND BLVD., STE 1520*
*NEWARK, NJ 07102*
**Date Filed: 12/28/2016**
**Orig. Date Filed: 12/22/2016**
**Amending Clm #: 325**
**Claim Face Value: $50,454.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | 503(b)(9) | Disallowed | | $16,604.00 | | $0.00 |
| 208 | PRI | Disallowed | | $16,604.00 | | $0.00 |
| 208 | UNS | Disallowed | | $17,246.00 | | $0.00 |
| | | | | $50,454.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## SUSANA GALLEGOS
### Case(s): 207 Clm No: 340 Clm. Amt: $13,752.29

*Address Redacted*
**Date Filed: 10/24/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $13,752.29**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $13,752.29 | | $0.00 |
| | | | | $13,752.29 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ITT EDUCATIONAL SERVICES INC.
### Case(s): 209 Clm No: 340 Clm. Amt:

*C/O RUBIN & LEVIN, P.C.*
*ATTN: DEBORAH J. CARUSO*
*135 N. PENNSYLVANIA STREET, SUITE 1400*
*INDIANAPOLIS, IN 46204*
**Date Filed: 1/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/26/2021 | 4413 | Objection Granted | 08/18/2021 | 4454 |

**BOBBIE LYDIA MUNIZ**
**Case(s): 209 Clm No: 341 Clm. Amt: $3,590.36**

*Address Redacted*
**Date Filed: 1/19/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $3,590.36**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $3,590.36 | | $0.00 |
| | | | | $3,590.36 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

---

**JUDY WANG**
**Case(s): 207 Clm No: 341 Clm. Amt: $43,168.00**

*Address Redacted*
**Date Filed: 10/24/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $43,168.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $43,168.00 | | $0.00 |
| | | | | $43,168.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

---

**JASON JENKINS**
**Case(s): 208 Clm No: 341 Clm. Amt: $60,754.38**

*Address Redacted*
**Date Filed: 12/27/2016**
**Claim Face Value: $60,754.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $60,754.38 | | $0.00 |
| | | | | $60,754.38 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CITY WIDE MAINTENANCE OF CINCINNATI
### Case(s): 208 Clm No: 342 Clm. Amt: $12,983.31

*ATTN: DON DEGENHARDT*
*2169 CHAMBER CENTER DRIVE*
*FT. MITCHELL, KY 41017*
**Date Filed: 12/29/2016**
**Claim Face Value: $12,983.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $12,983.31 | | $0.00 |
| | | | | $12,983.31 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## ESI SERVICE CORP.
### Case(s): 209 Clm No: 342 Clm. Amt: $9,630,752.65

*C/O RUBIN & LEVIN, PC*
*ATTN: DEBORAH J CARUSO / Meredith R Theisen*
*135 N PENNSYLVANIA ST, STE 1400*
*INDIANAPOLIS, IN 46204*
**Date Filed: 8/26/2021**
**Orig. Date Filed: 1/20/2017**
**Bar Date: 1/30/2017**
**Amending Clm #: 342**
**Amended By Clm #: 342**
**Claim Face Value: $9,630,752.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Allowed | | $9,630,752.65 | | $9,630,752.65 |
| | | | | $9,630,752.65 | | $9,630,752.65 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/26/2021 | 4413 | Objection Granted | 08/18/2021 | 4454 |

## MCKINNON BROADCASTING CO.
### Case(s): 207 Clm No: 342 Clm. Amt: $21,352.00

*ATTN: JAYNE R. BEAT*
*4575 VIEWRIDGE CO.*
*SAN DIEGO, CA 92123*
**Date Filed: 10/20/2016**
**Claim Face Value: $21,352.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $21,352.00 | | |
| | | | | $21,352.00 | | |

## WIS, LLC
### Case(s): 207 Clm No: 343 Clm. Amt: $6,387.75

*ATTN: STEPHANIE SHEALY*
*P.O. BOX 367*
*COLUMBIA, SC 29002*
**Date Filed: 10/17/2016**
**Claim Face Value: $6,387.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $6,387.75 | | |
| | | | | $6,387.75 | | |

**JOHN A. YENA**

**Case(s): 209 Clm No: 343 Clm. Amt: $0.00**

*ATTN: JAMES P. MOLOY*
*111 MONUMENT CIRCLE, SUITE 2700*
*INDIANAPOLIS, IN 46204*
**Date Filed: 1/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Withdrawn | | $0.00 | | $0.00 |
| | | | | $0.00 | | $0.00 |

**YOLANDA LISTER**

**Case(s): 208 Clm No: 343 Clm. Amt: $10,385.00**

*3033 Bardin Rd, Apt 1201*
*Grand Prairie, TX 75052*
**Date Filed: 12/30/2016**
**Claim Face Value: $10,385.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $10,385.00 | | $0.00 |
| | | | | $10,385.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Paid | 05/04/2021 | 53 | Objection Granted | 06/23/2021 | 60 |

**GRAHAM WILSON**

**Case(s): 208 Clm No: 344 Clm. Amt: $725.00**

*7482 QUINCY CT*
*INDIANAPOLIS, IN 46254*
**Date Filed: 1/1/2017**
**Claim Face Value: $725.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $725.00 | | $0.00 |
| | | | | $725.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**ANGELA DUMAS**

**Case(s): 209 Clm No: 344 Clm. Amt: $35,474.00**

*Address Redacted*
**Date Filed: 1/23/2017**
**Claim Face Value: $35,474.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $35,474.00 | | $0.00 |
| | | | | $35,474.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JDG MANAGEMENT CORP DBA/CITY WIDE OF CENTRAL MARYL**

**Case(s): 207 Clm No: 344 Clm. Amt: $16,782.46**

*ATTN: THOMAS J. GREM*
*1818 POT SPRING ROAD SUITE 24*
*LUTHERVILLE, MD 21093*
**Date Filed: 10/20/2016**
**Claim Face Value: $10,305.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $618.36 | | $0.00 |
| 207 | PRI | | | $5,858.15 | | $0.00 |
| 207 | UNS | | | $10,305.95 | | $0.00 |
| | | | | $16,782.46 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**CINTAS CORPORATION #354**

**Case(s): 207 Clm No: 345 Clm. Amt: $259.96**

*ATTN: MATTHEW C. MULLEN*
*51518 QUADRATE DRIVE*
*MACOMB, MI 48042*
**Date Filed: 10/17/2016**
**Claim Face Value: $259.96**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $259.96 | | $0.00 |
| | | | | $259.96 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**SHEILA MORING**

**Case(s): 209 Clm No: 345 Clm. Amt: $250.00**

*Address Redacted*
**Date Filed: 1/20/2017**
**Claim Face Value: $250.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $250.00 | | $0.00 |
| | | | | $250.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MARKUS ANDREW CLARK**
**Case(s): 208 Clm No: 345 Clm. Amt: $20,000.00**

*Address Redacted*
**Date Filed: 1/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ROBERT PASSMORE, JR.**
**Case(s): 208 Clm No: 346 Clm. Amt: $7,742.00**

*Address Redacted*
**Date Filed: 1/2/2017**
**Claim Face Value: $7,742.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $7,742.00 | | $0.00 |
| | | | | $7,742.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ERIC WILEY**
**Case(s): 209 Clm No: 346 Clm. Amt: $60,868.00**

*Address Redacted*
**Date Filed: 1/23/2017**
**Claim Face Value: $60,868.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | Unknown | Y | $0.00 |
| 209 | UNS | Disallowed | | $60,868.00 | | $0.00 |
| | | | | $60,868.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MICHAEL HAMMONS**
**Case(s): 207 Clm No: 346 Clm. Amt: $31,610.45**

*135 RULAND CIRCLE*
*HENDERSONVILLE, TN 37075*
**Date Filed: 10/24/2016**
**Amended By Clm #: 1283**
**Claim Face Value: $31,610.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $1,541.97 | | $0.00 |
| 207 | PRI | Disallowed | | $30,068.48 | | $0.00 |
| | | | | $31,610.45 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 08/23/2022 | 4945 | Objection Granted | 10/26/2022 | 4985 |

**KELLY CLEANING & SUPPLIES, INC.**
**Case(s): 207 Clm No: 347 Clm. Amt: $4,773.68**

*ATTN: ALMA PETTIT*
*1445 DONLON STREET*
*SUIT 4*
*VENTURA, CA 93003*
**Date Filed: 10/18/2016**
**Claim Face Value: $4,773.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $4,773.68 | | |
| | | | | $4,773.68 | | |

**ORDES SERVICES, LLC**
**Case(s): 209 Clm No: 347 Clm. Amt: $381.00**

*ATTN: GWEN O. HOSELLE*
*3401 JEAN LAFITTE PARKWAY*
*CHALMETTE, LA 70043*
**Date Filed: 1/20/2017**
**Claim Face Value: $381.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $381.00 | | $0.00 |
| | | | | $381.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**JORGE VILLALBA ET AL & OTHERS SIMILARLY SITUATED**
**Case(s): 208 Clm No: 347 Clm. Amt:**

*c/o Eileen Connor, Esq*
*The Projects On Predatory Student Lending, Inc*
*769 Centre St, Ste 106*
*Jamaica Plain, MA 02130*
**Date Filed: 1/3/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | PRI | | | | | $0.00 |
| | | | | | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 07/29/2019 | 3550 | Objection Granted | 09/25/2019 | 3030 |

## MICHAEL J. BELL, JR.
### Case(s): 208 Clm No: 348 Clm. Amt: $39,794.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/3/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $39,794.00** | | | | | | | |
| | 208 | UNS | | | $39,794.00 | | $0.00 |
| | | | | | $39,794.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## SAMANTHA SEIFERT
### Case(s): 209 Clm No: 348 Clm. Amt: $25,350.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/20/2017**<br>**Claim Face Value: $25,350.00** | | | | | | | |
| | 209 | UNS | Disallowed | | $25,350.00 | | $0.00 |
| | | | | | $25,350.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## SCHMITT REFRIGERATION INC
### Case(s): 207 Clm No: 348 Clm. Amt: $669.36

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: ALLISON WILLIAMSON*<br>*200 S GOVERNOR ST*<br>*EVANSVILLE, IN 47713*<br>**Date Filed: 10/20/2016**<br>**Claim Face Value: $669.36** | | | | | | | |
| | 207 | UNS | | | $669.36 | | |
| | | | | | $669.36 | | |

## ALLIED PAPER COMPANY
### Case(s): 207 Clm No: 349 Clm. Amt: $1,718.14

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: IREL SEARS*<br>*5700 PLAUCHE CT.*<br>*HARAHAN, LA 70123*<br>**Date Filed: 10/17/2016**<br>**Claim Face Value: $1,718.14** | | | | | | | |
| | 207 | UNS | | | $1,718.14 | | |
| | | | | | $1,718.14 | | |

## VANTIV, LLC
### Case(s): 209 Clm No: 349 Clm. Amt:

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *C/O ULMER & BERNE LLP*<br>*ATTN: TODD ATKINSON*<br>*1660 WEST 2ND STREET, SUITE 1100*<br>*CLEVELAND, OHIO 44113*<br>**Date Filed: 1/23/2017**<br>**Claim Face Value:** | | | | | | | |
| | 209 | UNS | Allowed | | | | $500.00 |
| | | | | | | | $500.00 |

**KEVIN DEON BROWN**

**Case(s): 208 Clm No: 349 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/3/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

---

**JESSICA BELANGER**

**Case(s): 208 Clm No: 350 Clm. Amt: $33,484.00**

*Address Redacted*
**Date Filed: 1/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $33,484.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $33,484.00 | | $0.00 |
| | | | | $33,484.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

---

**GREG AGOPIAN**

**Case(s): 209 Clm No: 350 Clm. Amt: $1,570,256.20**

*Address Redacted*
**Date Filed: 1/23/2017**
**Claim Face Value: $1,570,256.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $1,570,256.20 | | $0.00 |
| | | | | $1,570,256.20 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3758 |

**COVERALL OF NORTH FLORIDA**

**Case(s): 207 Clm No: 350 Clm. Amt: $9,169.90**

*ATTN: SAMUEL JOSEPH SMID*
*P.O. BOX 57490*
*JACKSONVILLE, FL 32241*
**Date Filed: 10/17/2016**
**Claim Face Value: $9,169.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $9,169.90 | | $7,030.23 |
| | | | | $9,169.90 | | $7,030.23 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 11/18/2019 | 3710 | Objection Granted | 01/15/2020 | 3772 |

**MAYNE MECHANICAL LLC**

**Case(s): 207 Clm No: 351 Clm. Amt: $2,460.20**

*George E Mayne, President*
*5401 NEW EXPANSION DRIVE*
*ELDERSBURG, MD 21784*
**Date Filed: 10/17/2016**
**Claim Face Value: $2,460.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,460.20 | | |
| | | | | $2,460.20 | | |

**LIRONG LIN**

**Case(s): 209 Clm No: 351 Clm. Amt: $15,778.10**

*33 FAWN RIDGE RD*
*HENRIETTA, NY 14467*
**Date Filed: 1/24/2017**
**Claim Face Value: $15,778.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $15,778.10 | | $0.00 |
| | | | | $15,778.10 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**STEPHEN DANIEL HYSON**

**Case(s): 208 Clm No: 351 Clm. Amt: $54,130.00**

*Address Redacted*
**Date Filed: 1/4/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $54,130.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $54,130.00 | | $0.00 |
| | | | | $54,130.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BENJAMIN ALAN COLE
### Case(s): 208 Clm No: 352 Clm. Amt: $52.66

*648 SILVERLEAF DR*
*DAYTON, OH 45431*
**Date Filed: 1/5/2017**
**Claim Face Value: $52.66**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Withdrawn | | $52.66 | | $0.00 |
| | | | | $52.66 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3758 |

## JOSEPH MICHAEL ESWAY
### Case(s): 209 Clm No: 352 Clm. Amt: $6,696.34

*641 MANNELA DRIVE*
*STRAWBERRY PLAINS, TN 37871*
**Date Filed: 1/24/2017**
**Claim Face Value: $6,696.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $6,696.34 | | $0.00 |
| | | | | $6,696.34 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

## MARC ANTHONY S NICDAO
### Case(s): 207 Clm No: 352 Clm. Amt: $65,911.38

*Address Redacted*
**Date Filed: 10/20/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $65,911.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $65,911.38 | | $0.00 |
| | | | | $65,911.38 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## WCSC-TV
### Case(s): 207 Clm No: 353 Clm. Amt: $4,590.00

*2126 CHARLIE HALL BLVD*
*CHARLESTON, SC 29414*
**Date Filed: 10/18/2016**
**Claim Face Value: $4,590.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,590.00 | | |
| | | | | $4,590.00 | | |

## Shiny Black Cleaning LLC
**Case(s): 209 Clm No: 353 Clm. Amt: $3,800.00**

*Attn: Adriana Valencia*
*2450 Rimrock Rd*
*Madison, WI 53713*
**Date Filed: 1/23/2017**
**Claim Face Value: $3,800.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $3,800.00 | | $0.00 |
| | | | | $3,800.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## ANDRE' MARQUIS CHEEKS
**Case(s): 208 Clm No: 353 Clm. Amt: $5,000.00**

*Address Redacted*
**Date Filed: 1/4/2017**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

## ANTHONY COLEY
**Case(s): 208 Clm No: 354 Clm. Amt: $7,150.31**

*Address Redacted*
**Date Filed: 12/27/2016**
**Claim Face Value: $7,150.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $7,150.31 | | $0.00 |
| | | | | $7,150.31 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DAWN BELTON
**Case(s): 209 Clm No: 354 Clm. Amt: $90,000.00**

*Address Redacted*
**Date Filed: 1/23/2017**
**Claim Face Value: $90,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $90,000.00 | | $0.00 |
| | | | | $90,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## NORTH STATE COMMUNICATIONS
### Case(s): 207 Clm No: 354 Clm. Amt: $701.19

*ATTN: TAMARA PLUMMER*
*111 NORTH MAIN STREET*
*HIGH POINT, NC 27260*
**Date Filed: 10/14/2016**
**Claim Face Value: $701.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $701.19 | | |
| | | | | $701.19 | | |

## LUNCH MONY INC
### Case(s): 207 Clm No: 355 Clm. Amt: $207.97

*ATTN: KIRK JEFFERIES*
*3713 COCKRELL AVE*
*FORT WORTH, TX 76110*
**Date Filed: 10/21/2016**
**Claim Face Value: $207.97**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $207.97 | | |
| | | | | $207.97 | | |

## LIJUAN YANG
### Case(s): 209 Clm No: 355 Clm. Amt: $3,900.00

*4429 PANTHERA LEO DR.*
*CAMEL, IN 46074*
**Date Filed: 1/23/2017**
**Claim Face Value: $3,900.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $3,900.00 | | $0.00 |
| | | | | $3,900.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## JACOB MICHAEL BOREN
### Case(s): 208 Clm No: 355 Clm. Amt: $29,351.84

*Address Redacted*
**Date Filed: 12/27/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $29,351.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $29,351.84 | | $0.00 |
| | | | | $29,351.84 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MARIA GRISEL CARNERO GONZALEZ**

**Case(s): 209 Clm No: 356 Clm. Amt: $7,756.00**

*Address Redacted*
**Date Filed: 1/23/2017**
**Claim Face Value: $7,756.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $7,756.00 | | $0.00 |
| | | | | $7,756.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**WUPV-TV**

**Case(s): 207 Clm No: 356 Clm. Amt: $16,983.00**

*ATTN: CORRY MORRON*
*5710 MIDLOTHIAN TURNPIKE*
*RICHMOND, VA 23225*
**Date Filed: 10/18/2016**
**Claim Face Value: $16,983.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $16,983.00 | | |
| | | | | $16,983.00 | | |

**BENJAMIN LEE RUTHERFORD**

**Case(s): 208 Clm No: 356 Clm. Amt:**

*Address Redacted*
**Date Filed: 12/28/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**VHMNETWORK LLC**

**Case(s): 208 Clm No: 357 Clm. Amt: $5,640.00**

*ATTN: MICHAEL DERIKRAVA*
*270 GREENWICH AVE.*
*GREENWICH, CT 06830*
**Date Filed: 1/4/2017**
**Claim Face Value: $5,640.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $5,640.00 | | $0.00 |
| | | | | $5,640.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**STAFFMARK INVESTMENT, LLC**
**Case(s): 207 Clm No: 357 Clm. Amt: $2,160.42**

*ATTN: LISA BAILEY*
*201 EAST 4TH STREET SUIT 800*
*CINCINNATI, OH 45202*
**Date Filed: 10/17/2016**
**Claim Face Value: $2,160.42**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $2,160.42 | | |
| | | | | $2,160.42 | | |

**STORMIE M GRAHAM**
**Case(s): 209 Clm No: 357 Clm. Amt: $48.35**

*4460 ASHBERRY ST.*
*APT. 410*
*FORTWORTH, TX 76106*
**Date Filed: 1/23/2017**
**Claim Face Value: $48.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $48.35 | | $0.00 |
| | | | | $48.35 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**DEBORA IBRAHIM**
**Case(s): 209 Clm No: 358 Clm. Amt: $83,364.73**

*34 MARKLEVILLE LN*
*WESTFIELD, IN 46074*
**Date Filed: 1/23/2017**
**Claim Face Value: $83,364.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | PRI | Disallowed | | $83,364.73 | | $0.00 |
| | | | | $83,364.73 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

**WBTV-TV**
**Case(s): 207 Clm No: 358 Clm. Amt: $637.50**

*ATTN: CORY MORROW*
*5710 MIDLOTHIAN TURNPIKE*
*RICHMOND, VA 23225*
**Date Filed: 10/18/2016**
**Claim Face Value: $637.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $637.50 | | |
| | | | | $637.50 | | |

## JOHNSON CITY POWER BOARD
### Case(s): 208 Clm No: 358 Clm. Amt: $4,194.14

*ATTN: EDWARD T. BRADING*
*208 SUNSET DRIVE, SUITE 409*
*JOHNSON CITY, TN 37604*
**Date Filed: 1/5/2017**
**Claim Face Value: $4,194.14**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $4,194.14 | | $0.00 |
| | | | | $4,194.14 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## RUMMY SULLIMAN
### Case(s): 208 Clm No: 359 Clm. Amt:

*Address Redacted*
**Date Filed: 1/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## COASTAL VENDING AND FOOD SERVICES
### Case(s): 207 Clm No: 359 Clm. Amt: $222.74

*ATTN: DONNA D. TREGO*
*2801 THREE LAKES ROAD*
*N CHARLESTON, SC 29418*
**Date Filed: 10/18/2016**
**Claim Face Value: $222.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $222.74 | | |
| | | | | $222.74 | | |

## STUDENT CU CONNECT CUSO, LLC (CUSO)
### Case(s): 209 Clm No: 359 Clm. Amt: $150,083,040.42

*C/O FOLEY & LARDNER LLP*
*ATTN: RICHARD J. BERNARD*
*90 PARK AVENUE*
*NEW YORK, NY 10016*
**Date Filed: 1/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $150,083,040.42**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | SEC | Disallowed | | $8,818,617.76 | | $0.00 |
| 209 | UNS | Allowed | | $141,264,422.66 | | $127,844,857.00 |
| | | | | $150,083,040.42 | | $127,844,857.00 |

### ARTHUR ZAVALA MURILLO
**Case(s): 207 Clm No: 360 Clm. Amt: $5,136.79**

*Address Redacted*
**Date Filed: 10/21/2016**
**Claim Face Value: $5,136.79**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $5,136.79 | | $0.00 |
| | | | | $5,136.79 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### ARGELIA VILLASENOR
**Case(s): 208 Clm No: 360 Clm. Amt: $39,313.56**

*Address Redacted*
**Date Filed: 1/6/2017**
**Claim Face Value: $39,313.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $39,313.56 | | $0.00 |
| | | | | $39,313.56 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### Itt Manufacturing Enterprises LLC
**Case(s): 209 Clm No: 360 Clm. Amt:**

*c/o Shawn Fox*
*Mcguirewoods*
*1251 6th Ave, 20th Fl*
*New York, NY 10020*
**Date Filed: 1/25/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

### JOSEPH LOVELL
**Case(s): 209 Clm No: 361 Clm. Amt: $12,791.00**

*301 MILLER DR.*
*RICHMOND, KY 40475*
**Date Filed: 1/25/2017**
**Claim Face Value: $12,791.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $12,791.00 | | $0.00 |
| | | | | $12,791.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## DAMON POKE
### Case(s): 208 Clm No: 361 Clm. Amt: $43,999.56

*Address Redacted*
**Date Filed: 1/5/2017**
**Claim Face Value: $43,999.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $43,999.56 | | $0.00 |
| | | | | $43,999.56 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## COMMERCIAL INVESTMENTS, LLC
### Case(s): 207 Clm No: 361 Clm. Amt: $585,787.58

*ATTN: TROY HAKE*
*915 N MAIN STREET*
*INDEPENDENCE, OR 97351*
**Date Filed: 10/19/2016**
**Claim Face Value: $585,787.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $585,787.58 | | $293,816.17 |
| | | | | $585,787.58 | | $293,816.17 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 09/03/2020 | 4052 | Objection Granted | 10/22/2020 | 4114 |

## PARIA BAKHSHI
### Case(s): 207 Clm No: 362 Clm. Amt: $1,526.00

*Address Redacted*
**Date Filed: 10/18/2016**
**Claim Face Value: $1,526.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,526.00 | | $0.00 |
| | | | | $1,526.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ULREY FOODS, INC. DBA FLYERS PIZZA
### Case(s): 208 Clm No: 362 Clm. Amt: $829.36

*ATTN: ELLEN M. ULREY*
*6025 AVERY RD.*
*DUBLIN, OH 43016*
**Date Filed: 1/6/2017**
**Claim Face Value: $829.36**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $829.36 | | $0.00 |
| | | | | $829.36 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3879 | Objection Granted | 06/17/2020 | 3979 |

## SARAN CONDE
### Case(s): 209 Clm No: 362 Clm. Amt: $31,111.00

*Address Redacted*
**Date Filed: 1/17/2017**
**Claim Face Value: $31,111.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $31,111.00 | | $0.00 |
| | | | | $31,111.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MARY DIETZ
### Case(s): 209 Clm No: 363 Clm. Amt: $260.00

*Address Redacted*
**Date Filed: 1/18/2017**
**Claim Face Value: $260.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $260.00 | | $0.00 |
| | | | | $260.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

## DALAL AZOOZ
### Case(s): 208 Clm No: 363 Clm. Amt: $98,980.00

*Address Redacted*
**Date Filed: 1/6/2017**
**Claim Face Value: $41,721.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | | | $18,980.00 | | $0.00 |
| 208 | SEC | | | $40,000.00 | | $0.00 |
| 208 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $98,980.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CARL RADER
### Case(s): 207 Clm No: 363 Clm. Amt: $1,000.00

*11873 NW 12TH DR.*
*CORAL SPRINGS, FL 33071*
**Date Filed: 10/18/2016**
**Claim Face Value: $1,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | $1,000.00 | | $1,000.00 |
| | | | | $1,000.00 | | $1,000.00 |

## WSKY
### Case(s): 207 Clm No: 364 Clm. Amt: $10,191.50

*ATTN: AMIE ELIZABETH WANVEER*
*3914 WISTAR ROAD*
*RICHMOND, VA 23228*
**Date Filed: 10/21/2016**
**Claim Face Value: $10,191.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,191.50 | | |
| | | | | $10,191.50 | | |

## ROOSEVELT ZACHARY III
### Case(s): 208 Clm No: 364 Clm. Amt: $38,812.06

*Address Redacted*
**Date Filed: 1/7/2017**
**Claim Face Value: $38,812.06**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $38,812.06 | | $0.00 |
| | | | | $38,812.06 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ANTHONY T. CAPOZZI
### Case(s): 209 Clm No: 364 Clm. Amt: $34,752.46

*Address Redacted*
**Date Filed: 1/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $34,752.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $34,752.46 | | $0.00 |
| | | | | $34,752.46 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## WW Grainger
### Case(s): 209 Clm No: 365 Clm. Amt: $810.27

*Attn: Margaret M Blaus*
*100 Grainger Pkwy*
*Lake Forest, IL 60045*
**Date Filed: 1/24/2017**
**Claim Face Value: $810.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $810.27 | | $0.00 |
| | | | | $810.27 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3879 | Objection Granted | 06/17/2020 | 3979 |

### TIFFANY Q. HOTT
**Case(s): 208 Clm No: 365 Clm. Amt: $599.00**

*3996 SAINT PARIS PIKE*
*SPRINGFIELD, OH 45504*
**Date Filed: 1/8/2017**
**Claim Face Value: $599.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $599.00 | | $0.00 |
| | | | | $599.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

### WWBT-TV
**Case(s): 207 Clm No: 365 Clm. Amt: $44,599.50**

*ATTN: CORY MORROW*
*5710 MIDLOTHION TURNPIKE*
*RICHMOND, VA 23225*
**Date Filed: 10/18/2016**
**Claim Face Value: $44,599.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $44,599.50 | | |
| | | | | $44,599.50 | | |

### RICHARDS, LAYTON, & FINGER, P.A
**Case(s): 207 Clm No: 366 Clm. Amt: $55,473.93**

*ATTN: MARISSA ALESSANDRA*
*TERRANOVA FISSEL*
*920 N KING STREET*
*WILMINGTON, DE 19801*
**Date Filed: 10/21/2016**
**Claim Face Value: $55,473.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $55,473.93 | | |
| | | | | $55,473.93 | | |

### Yan Sun
**Case(s): 208 Clm No: 366 Clm. Amt: $11,097.71**

*8617 Spicewood Springs Rd, Apt 274*
*Austin, TX 78759-4363*
**Date Filed: 1/6/2017**
**Claim Face Value: $11,097.71**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $11,097.71 | | $0.00 |
| | | | | $11,097.71 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

### Westchester Fire Insurance Co
**Case(s): 209 Clm No: 366 Clm. Amt: $179,275.00**

*c/o Edward M King*
*Frost Brown Todd, LLC*
*400 W Market St, 32nd Fl*
*Louisville, KY 40202*
**Date Filed: 1/25/2017**
**Claim Face Value: $179,275.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | PRI | Withdrawn | | $179,275.00 | | $0.00 |
| | | | | $179,275.00 | | $0.00 |

## DEREK Z. KILLION
### Case(s): 209 Clm No: 367 Clm. Amt:

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/24/2017**<br>**Claim Face Value:** | | | | | | | |
| | 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## MICHELLE CHESNUT
### Case(s): 208 Clm No: 367 Clm. Amt: $3,017.30

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/9/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $3,017.30** | | | | | | | |
| | 208 | UNS | | | $3,017.30 | | $0.00 |
| | | | | | $3,017.30 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## WCWG
### Case(s): 207 Clm No: 367 Clm. Amt: $3,710.25

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: AMIE ELIZABETH WANVEER*<br>*3914 WISTAR ROAD*<br>*RICHMOND, VA 23228*<br>**Date Filed: 10/21/2016**<br>**Claim Face Value: $3,710.25** | | | | | | | |
| | 207 | UNS | | | $3,710.25 | | |
| | | | | | $3,710.25 | | |

## CAL-IDEAS, INC.
### Case(s): 207 Clm No: 368 Clm. Amt: $224.83

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: FRANK G. CALI*<br>*111 S BLAKELY ST*<br>*DUNMORE, PA 18512*<br>**Date Filed: 10/18/2016**<br>**Claim Face Value: $224.83** | | | | | | | |
| | 207 | UNS | | | $224.83 | | |
| | | | | | $224.83 | | |

## DAVID MEHTA
**Case(s): 208 Clm No: 368 Clm. Amt: $47,328.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/9/2017**<br>**Claim Face Value: $47,328.00** | 208 | UNS | | | $47,328.00 | | $0.00 |
| | | | | | $47,328.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## RYAN ATKERSON
**Case(s): 209 Clm No: 368 Clm. Amt: $8,423.44**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/25/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $8,423.44** | 209 | UNS | Disallowed | | $8,423.44 | | $0.00 |
| | | | | | $8,423.44 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## JUSTIN H. LOTTIG
**Case(s): 209 Clm No: 369 Clm. Amt: $5,425.49**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *3405 NW 31ST CIRCLE*<br>*CAMAS, WA 98607*<br>**Date Filed: 1/25/2017**<br>**Claim Face Value: $5,425.49** | 209 | UNS | Disallowed | | $5,425.49 | | $0.00 |
| | | | | | $5,425.49 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## WILLIAM WALLACE
**Case(s): 208 Clm No: 369 Clm. Amt: $364.19**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *PO BOX 769*<br>*MILFORD, NH 03055*<br>**Date Filed: 1/9/2017**<br>**Claim Face Value: $364.19** | 208 | UNS | Disallowed | | $364.19 | | $0.00 |
| | | | | | $364.19 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

**MARK J. BUCKLER**
**Case(s): 207 Clm No: 369 Clm. Amt: $2,384.62**

*10748 W Sands Dr*
*Sun City, AZ 85373*
**Date Filed: 10/21/2016**
**Claim Face Value: $2,384.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | $2,384.62 | | $2,384.62 |
| | | | | $2,384.62 | | $2,384.62 |

**WKNX**
**Case(s): 207 Clm No: 370 Clm. Amt: $2,847.50**

*ATTN: AMIE ELIZABETH WANVEER*
*3914 WISTAR ROAD*
*RICHMOND, VA 23228*
**Date Filed: 10/21/2016**
**Claim Face Value: $2,847.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,847.50 | | |
| | | | | $2,847.50 | | |

**TIMOTHY DEL GREEN**
**Case(s): 208 Clm No: 370 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**THOSE PERSONS LISTED ON EXHIBIT A**
**Case(s): 209 Clm No: 370 Clm. Amt: $9,134.06**

*c/o Rubin & Levin, PC*
*ATTN: Deborah J Caruso, Trustee*
*135 N. Pennsylvania St, Ste 1400*
*INDIANAPOLIS, IN 46204*
**Date Filed: 7/19/2021**
**Orig. Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,134.06**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Allowed | | $9,134.06 | | $9,134.06 |
| 209 | UNS | | | $0.00 | | $0.00 |
| | | | | $9,134.06 | | $9,134.06 |

**TERRY LAWRENCE CORNISH**
**Case(s): 209 Clm No: 371 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/26/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**SODEXO OPERATIONS, LLC**
**Case(s): 208 Clm No: 371 Clm. Amt: $125,205.28**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *C/O Thomas Stanton*<br>*9801 Washingtonian Blvd*<br>*Gaithersburg, MD 20878*<br>**Date Filed: 1/9/2017**<br>**Claim Face Value: $125,205.28** | | | | | | | |
| | 208 | UNS | Disallowed | | $125,205.28 | | $0.00 |
| | | | | | $125,205.28 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**WHDF**
**Case(s): 207 Clm No: 371 Clm. Amt: $8,066.50**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: AMIE ELIZABETH WANVEER*<br>*3914 WISTAR ROAD*<br>*RICHMOND, VA 23228*<br>**Date Filed: 10/21/2016**<br>**Claim Face Value: $8,066.50** | | | | | | | |
| | 207 | UNS | | | $8,066.50 | | |
| | | | | | $8,066.50 | | |

**THYSSENKRUPP ELEVATOR CORP.**
**Case(s): 207 Clm No: 372 Clm. Amt: $1,484.73**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *C/O LAW OF D. PARK SMITH*<br>*ATTN: D. PARK SMITH*<br>*250 CHERRY SPRINGS ROAD, SUIT 200*<br>*HUNT, TX 78024*<br>**Date Filed: 10/21/2016**<br>**Claim Face Value: $1,484.73** | | | | | | | |
| | 207 | UNS | | | $1,484.73 | | |
| | | | | | $1,484.73 | | |

## ARUN ANBUMANI
### Case(s): 208 Clm No: 372 Clm. Amt: $4,000.00

*724 BUCHANAN LANE*
*LONGMONT, CO 80504*
**Date Filed: 1/9/2017**
**Claim Face Value: $4,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $4,000.00 | | $0.00 |
| | | | | $4,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3758 |

## BRIAN A. SCOFIELD
### Case(s): 209 Clm No: 372 Clm. Amt: $33,529.58

*Address Redacted*
**Date Filed: 1/25/2017**
**Claim Face Value: $33,529.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $33,529.58 | | $0.00 |
| | | | | $33,529.58 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## Kathleen Anne Bachhuber
### Case(s): 209 Clm No: 373 Clm. Amt: $5,000.00

*2303 Wilson Lima Rd*
*Oostburg, WI 53070-1984*
**Date Filed: 1/25/2017**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

## NATIONAL ECONOMIC RESEARCH ASSOCIATES, INC.
### Case(s): 207 Clm No: 373 Clm. Amt: $46,125.00

*ATTN: ACCOUNTING DEPT*
*360 HAMILTON AVE. 10TH FL*
*WHITE PLAINS, NY 10601*
**Date Filed: 10/18/2016**
**Claim Face Value: $46,125.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $46,125.00 | | $0.00 |
| | | | | $46,125.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

### RITA G. CRAYTON
**Case(s): 208 Clm No: 373 Clm. Amt: $3,971.68**

*2100 S. NEW ROAD, #322*
*WACO, TX 76711*
**Date Filed: 1/10/2017**
**Claim Face Value: $3,971.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | PRI | Disallowed | | $3,971.68 | | $0.00 |
| | | | | $3,971.68 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

### HENRY BROS INC DBA DECA SOUTHWEST
**Case(s): 207 Clm No: 374 Clm. Amt: $507.15**

*ATTN: SUSAN HENRY*
*1404 W SAN PEDRO*
*GILBERT, AZ 85233*
**Date Filed: 10/18/2016**
**Claim Face Value: $507.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $507.15 | | |
| | | | | $507.15 | | |

### POLSTAR COMMERCIAL CLEANING SERVICES INC.
**Case(s): 208 Clm No: 374 Clm. Amt: $16,785.90**

*ATTN: KAMIL KRAINSKI*
*5124 PONTIAC TRL.*
*ANN ARBOR, MI 48105*
**Date Filed: 1/10/2017**
**Claim Face Value: $16,785.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $16,785.90 | | $0.00 |
| | | | | $16,785.90 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

### FRANCHISE TAX BOARD
**Case(s): 209 Clm No: 374 Clm. Amt: $1,860.84**

*ATTN: VIVIAN HO*
*P.O. BOX 2952*
*SACRAMENTO, CA 95812-2952*
**Date Filed: 1/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,860.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | PRI | Allowed | | $1,657.78 | | $823.54 |
| 209 | UNS | Disallowed | | $203.06 | | $0.00 |
| | | | | $1,860.84 | | $823.54 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 04/21/2021 | 68 | Objection Granted | 06/23/2021 | 90 |

## JEFFREY D. SPANGLER
### Case(s): 209 Clm No: 375 Clm. Amt: $119,083.00

*Address Redacted*
**Date Filed: 1/25/2017**
**Claim Face Value: $119,083.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $119,083.00 | | $0.00 |
| | | | | $119,083.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ILTAF AHMAD
### Case(s): 208 Clm No: 375 Clm. Amt: $5,000.00

*Address Redacted*
**Date Filed: 1/6/2017**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

## CITYWIDE BUILDING MAINTENANCE INC
### Case(s): 207 Clm No: 375 Clm. Amt: $9,515.03

*ATTN: PETER TERESIO BATTISTA*
*1555 INDUSTRIAL DRIVE.SUIT A*
*ITASCA, IL 60143*
**Date Filed: 10/24/2016**
**Claim Face Value: $9,515.03**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $9,515.03 | | $0.00 |
| | | | | $9,515.03 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## TOWN OF NEWBURGH, INDIANA
### Case(s): 207 Clm No: 376 Clm. Amt: $798.23

*ATTN: ANDREW C. OZETE*
*P.O. BOX 657*
*EVANSVILLE, IN 47708*
**Date Filed: 10/21/2016**
**Claim Face Value: $798.23**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $798.23 | | |
| | | | | $798.23 | | |

## EUGENE SCOTT, JR.
**Case(s): 208 Clm No: 376 Clm. Amt: $24,998.72**

*Address Redacted*
**Date Filed: 1/10/2017**
**Claim Face Value: $24,998.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $24,998.72 | | $0.00 |
| | | | | $24,998.72 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## EUGENE SCOTT JR.
**Case(s): 209 Clm No: 376 Clm. Amt: $24,998.72**

*Address Redacted*
**Date Filed: 1/25/2017**
**Claim Face Value: $24,998.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $24,998.72 | | $0.00 |
| | | | | $24,998.72 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## PAUL K. KU
**Case(s): 209 Clm No: 377 Clm. Amt: $9,934.80**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $9,934.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $9,934.80 | | $0.00 |
| | | | | $9,934.80 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

## MASON A. CUMMINGS
**Case(s): 208 Clm No: 377 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### DANSON, INC. DBA AEGIS PROTECTIVE SERVICES
### Case(s): 207 Clm No: 377 Clm. Amt: $4,872.67

*ATTN: JUSTIN DUTRO*
*3033 ROBERTSON AVE*
*CINCINNATI, OH 45209*
**Date Filed: 10/18/2016**
**Claim Face Value: $4,872.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,872.67 | | |
| | | | | $4,872.67 | | |

### CAREER MARKETPLACE LLC
### Case(s): 207 Clm No: 378 Clm. Amt: $495.00

*4883 DRESSLER ROAD NW, STE 203*
*CANTON, OH 44718*
**Date Filed: 10/24/2016**
**Claim Face Value: $495.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $495.00 | | $0.00 |
| | | | | $495.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

### MARGARET A RUSSELL
### Case(s): 208 Clm No: 378 Clm. Amt: $4,000.00

*Address Redacted*
**Date Filed: 1/10/2017**
**Claim Face Value: $4,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $4,000.00 | | $0.00 |
| | | | | $4,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

### JOHN MACNEIL
### Case(s): 209 Clm No: 378 Clm. Amt: $35,000.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $35,000.00 | | $0.00 |
| | | | | $35,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## NATIONAL CITY INVESTMENT LP
### Case(s): 209 Clm No: 379 Clm. Amt: $1,647,568.00

*ASHLEY GOSAL, ESQ.*
*121 W. MARKET ST*
*SAN DIEGO, CA 92101*
**Date Filed: 1/26/2017**
**Claim Face Value: $1,647,568.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $1,647,568.00 | | $0.00 |
| | | | | $1,647,568.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## SAMANTHA YOUNG
### Case(s): 208 Clm No: 379 Clm. Amt: $34,664.38

*Address Redacted*
**Date Filed: 1/11/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $34,664.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $34,664.38 | | $0.00 |
| | | | | $34,664.38 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CRAVATH, SWAINE & MOORE, LLP
### Case(s): 207 Clm No: 379 Clm. Amt: $362,110.14

*ATTN: PAUL ZUMBRO*
*WORLDWIDE PLAZA*
*825 EIGHTH AVE.*
*NEW YORK, NY 10019*
**Date Filed: 10/19/2016**
**Claim Face Value: $362,110.14**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $362,110.14 | | |
| | | | | $362,110.14 | | |

## OHIO HEATING & REFRIGERATION
### Case(s): 207 Clm No: 380 Clm. Amt: $1,232.32

*ATTN: SAMUEL L. NORMAN*
*P.O BOX 91203*
*COLUMBUS, OH 43209*
**Date Filed: 10/21/2016**
**Claim Face Value: $1,232.32**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,232.32 | | |
| | | | | $1,232.32 | | |

**SANDRA WATSON**
**Case(s): 208 Clm No: 380 Clm. Amt: $100,955.27**

*Address Redacted*
**Date Filed: 1/11/2017**
**Claim Face Value: $100,955.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $100,955.27 | | $0.00 |
| | | | | $100,955.27 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**OMAR VERDINEZ**
**Case(s): 209 Clm No: 380 Clm. Amt: $8,428.38**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $8,428.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $8,428.38 | | $0.00 |
| | | | | $8,428.38 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**Allegiancy Acting Agent For Reva Norfolk, LLC**
**Case(s): 209 Clm No: 381 Clm. Amt: $1,361,495.79**

*c/o Allegiancy*
*5540 Falmouth St*
*Richmond, VA 23230*
**Date Filed: 1/26/2017**
**Claim Face Value: $1,361,495.79**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $2,850.00 | | $0.00 |
| 209 | UNS | Disallowed | | $1,358,645.79 | | $0.00 |
| | | | | $1,361,495.79 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## THEODORE HUDSON
**Case(s): 208 Clm No: 381 Clm. Amt: $37,000.00**

*Address Redacted*
**Date Filed: 1/11/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $37,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 208 | PRI | | | $37,000.00 | | $0.00 |
| | | | | $37,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ALARMCO, INC.
**Case(s): 207 Clm No: 381 Clm. Amt: $177.59**

*ATTN: PATRICIA BECK*
*2007 LAS VEGAS BLVD. SO.*
*LAS VEGAS, NV 89104*
**Date Filed: 10/19/2016**
**Claim Face Value: $177.59**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 207 | UNS | | | $177.59 | | |
| | | | | $177.59 | | |

## CARMEN Z. BAKER
**Case(s): 207 Clm No: 382 Clm. Amt: $11,968.90**

*Address Redacted*
**Date Filed: 10/21/2016**
**Claim Face Value: $11,968.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 207 | UNS | | | $11,968.90 | | $0.00 |
| | | | | $11,968.90 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BENNY GERALD EWALD
**Case(s): 208 Clm No: 382 Clm. Amt: $15,846.00**

*Address Redacted*
**Date Filed: 1/11/2017**
**Claim Face Value: $15,846.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|------------|----------------------:|-----|---------------------:|
| 208 | PRI | Disallowed | | $2,850.00 | | $0.00 |
| 208 | UNS | Disallowed | | $12,996.00 | | $0.00 |
| | | | | $15,846.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## TRT ENTERPRISES, LLC DBA STRATEGIC JANITORIAL SOLUTIONS
### Case(s): 209 Clm No: 382 Clm. Amt: $5,389.45

*C/O STRATEGIC JANITORIAL SOLUTIONS*
*ATTN: TINA NATOLI*
*14333 PROTON RD*
*DALLAS, TX 75244*
**Date Filed: 1/26/2017**
**Claim Face Value: $5,389.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $5,389.45 | | $0.00 |
| | | | | $5,389.45 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3879 | Objection Granted | 06/17/2020 | 3979 |

## SOUTHERN NEW HAMPSHIRE UNIVERSITY
### Case(s): 209 Clm No: 383 Clm. Amt: $816,743.44

*ATTN: R. YVETTE CLARK, GENERAL COUNSEL*
*2500 NORTH RIVER ROAD*
*MANCHESTER, NH 03106*
**Date Filed: 1/26/2017**
**Claim Face Value: $934,501.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Allowed | | $816,743.44 | | $816,743.44 |
| | | | | $816,743.44 | | $816,743.44 |

## TUONG G. THAI
### Case(s): 208 Clm No: 383 Clm. Amt: $22,000.00

*9106 LOWERCOVE CIR*
*HOUSTON, TX 77083*
**Date Filed: 1/12/2017**
**Claim Face Value: $22,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $22,000.00 | | $0.00 |
| | | | | $22,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## THE ATLANTIS COMPANY
### Case(s): 207 Clm No: 383 Clm. Amt: $1,360.80

*P O BOX 5047*
*LARGO, FL 33779*
**Date Filed: 10/20/2016**
**Claim Face Value: $1,360.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $1,360.80 | | |
| | | | | $1,360.80 | | |

## COSGROVE ENTERPRISES, INC.
### Case(s): 207 Clm No: 384 Clm. Amt: $1,514.02

*ATTN: LOURDES COHEN*
*14300 NW 77TH COURT*
*MIAMI LAKES, FL 33016*
**Date Filed: 10/20/2016**
**Claim Face Value: $1,514.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $1,514.02 | | |
| | | | | $1,514.02 | | |

## MAY H NGUYEN AND STANLEY THAI
### Case(s): 208 Clm No: 384 Clm. Amt: $1,401.86

9106 LOWERCOVE CIR
HOUSTON, TX 77064
**Date Filed: 1/12/2017**
**Claim Face Value: $1,401.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $1,401.86 | | $0.00 |
| | | | | $1,401.86 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## VECTREN ENERGY DELIVERY
### Case(s): 209 Clm No: 384 Clm. Amt: $101.11

ATTN: BANKRUPTCY
PO Box 209
EVANSVILLE, IN 47702
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $101.11**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Withdrawn | | $101.11 | | $0.00 |
| | | | | $101.11 | | $0.00 |

## VECTREN ENERGY DELIVERY
### Case(s): 209 Clm No: 385 Clm. Amt: $119.29

ATTN: BANKRUPTCY
PO BOX 209
EVANSVILLE, IN 47702
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $119.29**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Withdrawn | | $119.29 | | $0.00 |
| | | | | $119.29 | | $0.00 |

## CHASE MADISON LEONARD
### Case(s): 208 Clm No: 385 Clm. Amt: $1,007.50

1316 WESTBROOKE DR.
LAPEER, MI 48446
**Date Filed: 1/12/2017**
**Claim Face Value: $1,007.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $1,007.50 | | $0.00 |
| | | | | $1,007.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## RESOURCES GLOBAL PROFESSIONALS
### Case(s): 207 Clm No: 385 Clm. Amt: $33,490.00

ATTN: ERIN L. HARTSHORN
17101 ARMSTRONG AVE
IRVINE, CA 92614
**Date Filed: 10/20/2016**
**Claim Face Value: $33,490.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $33,490.00 | | |
| | | | | $33,490.00 | | |

**CAMPUS EXPLORER, INC.**

**Case(s): 207 Clm No: 386 Clm. Amt: $295,620.00**

*C/O DIAMOND MCCARTHY, LLP*
*ATTN: CHARLES RUBIO*
*909 FANNIN, SUITE 1500*
*HOUSTON, TX 77010*
**Date Filed: 10/20/2016**
**Claim Face Value: $295,620.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 208 | UNS | Disallowed | | | | $0.00 |
| 209 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $295,620.00 | | $0.00 |
| | | | | $295,620.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**VOIDED CLAIM - CLAIM CREATED IN ERROR**

**Case(s): Clm No: 386 Clm. Amt:**

**Date Filed:**
**Claim Face Value:**

**VECTREN ENERGY DELIVERY**

**Case(s): 209 Clm No: 386 Clm. Amt: $119.29**

*ATTN: BANKRUPTCY*
*PO BOX 209*
*EVANSVILLE, IN 47702*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $119.29**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 209 | UNS | Withdrawn | | $119.29 | | $0.00 |
| | | | | $119.29 | | $0.00 |

**VECTREN ENERGY DELIVERY**

**Case(s): 209 Clm No: 387 Clm. Amt: $12,754.27**

*ATTN: BANKRUPTCY*
*PO BOX 209*
*EVANSVILLE, IN 47702*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,754.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 209 | UNS | Withdrawn | | $12,754.27 | | $0.00 |
| | | | | $12,754.27 | | $0.00 |

**RODNEY LIPSCOMB AND UNITED STATES EX. REL. RODNEY LIPSCOMB**

**Case(s): 208 Clm No: 387 Clm. Amt: $12,000,000.00**

*C/O THE EMPLOYMENT LAW GROUP, PC*
*ATTN: DAVID SCHER, ESQ.*
*888 17TH ST NW 9TH FLOOR*
*WASHINGTON, DC 20010*
**Date Filed: 1/12/2017**
**Claim Face Value: $12,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 208 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| 208 | UNS | Disallowed | | $11,987,150.00 | | $0.00 |
| | | | | $12,000,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 05/04/2021 | 54 | Objection Granted | 06/23/2021 | 61 |

**CPS RECRUITMENT, INC**

**Case(s): 207 Clm No: 387 Clm. Amt: $331.53**

*ATTN: CHRISTIN ROLLINS*
*904 7TH NORTH ST*
*LIVERPOOL, NY 13088*
**Date Filed: 10/20/2016**
**Claim Face Value: $331.53**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $331.53 | | |
| | | | | $331.53 | | |

**SANTOS CALDERON**

**Case(s): 207 Clm No: 388 Clm. Amt: $3,668.00**

*Address Redacted*
**Date Filed: 10/20/2016**
**Claim Face Value: $3,668.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $3,668.00 | | $0.00 |
| | | | | $3,668.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**HEATHER ALLEN**

**Case(s): 208 Clm No: 388 Clm. Amt: $26,082.00**

*Address Redacted*
**Date Filed: 1/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $26,082.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 208 | UNS | | | $26,082.00 | | $0.00 |
| | | | | $26,082.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**CAPITAL HEALTH ASSOCIATES L.P.**

**Case(s): 209 Clm No: 388 Clm. Amt: $1,544,866.69**

*ATTN: SEAN YOUNGBLOOD*
*1000 MEADE STREET*
*DUNMORE, PA 18512*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,544,866.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 209 | UNS | Disallowed | | $1,544,866.69 | | $0.00 |
| | | | | $1,544,866.69 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | | 3877 | Objection Granted | 05/20/2020 | 3931 |

**JAMES JOHNSON**

**Case(s): 209 Clm No: 389 Clm. Amt: $20,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 209 | UNS | Disallowed | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**GEORGE A. HURLBURT**

**Case(s): 208 Clm No: 389 Clm. Amt: $63,088.00**

*Address Redacted*
**Date Filed: 1/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $63,088.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 208 | UNS | | | $63,088.00 | | $0.00 |
| | | | | $63,088.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**KAYLA VICINSKI**
**Case(s): 207 Clm No: 389 Clm. Amt: $9,243.99**

*114 KOEHLER ST.*
*PITTSBURGH, PA 15210*
**Date Filed: 10/20/2016**
**Claim Face Value: $9,243.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | | | $5,243.99 |
| 207 | UNS | Disallowed | | $9,243.99 | | $0.00 |
| | | | | $9,243.99 | | $5,243.99 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4625 | Objection Filed | 04/25/2022 | 4811 |

**ALEXIS MAGANA**
**Case(s): 207 Clm No: 390 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/24/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JOHN GREENE JR**
**Case(s): 208 Clm No: 390 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ALICIA NOTTER
### Case(s): 209 Clm No: 390 Clm. Amt: $9,952.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $9,952.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $9,952.00 | | $0.00 |
| | | | | $9,952.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## VERONICA DELVADA WILLIAMS
### Case(s): 209 Clm No: 391 Clm. Amt: $33,000.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $33,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $33,000.00 | | $0.00 |
| | | | | $33,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## ACME SIGN, INC.
### Case(s): 208 Clm No: 391 Clm. Amt: $6,110.06

*ATTN: VANESSA LYNN HARBRUCKER*
*1313 VERNON STREET*
*N. KANSAS CITY, MO 64116*
**Date Filed: 1/13/2017**
**Claim Face Value: $6,110.06**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $6,110.06 | | $0.00 |
| | | | | $6,110.06 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## NANCY ADKINS
### Case(s): 207 Clm No: 391 Clm. Amt: $47,000.00

*Address Redacted*
**Date Filed: 2/13/2017**
**Orig. Date Filed: 10/24/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 391**
**Amended By Clm #: 391**
**Claim Face Value: $47,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $47,000.00 | | $0.00 |
| | | | | $47,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CITY OF SOUTH BEND
### Case(s): 207 Clm No: 392 Clm. Amt: $813.26

*C/O DEPARTMENT OF LAW*
*1200 COUNTY-CITY BUILDING*
*227 W. JEFFERSON BOULEVARD*
*SOUTH BEND, ID 46601*
**Date Filed: 10/24/2016**
**Claim Face Value: $813.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $813.26 | | |
| | | | | $813.26 | | |

## SHARJEEL AHMAD
### Case(s): 208 Clm No: 392 Clm. Amt: $25,681.09

*Address Redacted*
**Date Filed: 1/13/2017**
**Claim Face Value: $25,681.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $2,334.64 | | $0.00 |
| 208 | UNS | Disallowed | | $23,346.45 | | $0.00 |
| | | | | $25,681.09 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 08/23/2022 | 79 | Objection Granted | 10/26/2022 | 82 |

## Brightview Landscape Services
### Case(s): 209 Clm No: 392 Clm. Amt: $1,942.16

*Attn: Tomas Kuehn*
*27001 Agoura Rd*
*Calabasas, CA 91301*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,942.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $1,942.16 | | $0.00 |
| | | | | $1,942.16 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## JENNY MARIE ELLIS
### Case(s): 208 Clm No: 393 Clm. Amt: $35,226.90

*1289 VALLEY VIEW DRIVE*
*BOARDMAN, OH 44512*
**Date Filed: 1/13/2017**
**Claim Face Value: $35,226.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | Unknown | Y | $0.00 |
| 208 | UNS | Disallowed | | $35,226.90 | | $0.00 |
| | | | | $35,226.90 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

## David E. Catalano
### Case(s): 207 Clm No: 393 Clm. Amt: $605,978.00

*2323 Glebe St*
*Carmel, IN 46032*
**Date Filed: 3/8/2023**
**Orig. Date Filed: 10/24/2016**
**Amending Clm #: 393**
**Amended By Clm #: 393**
**Claim Face Value: $605,978.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $6,404.64 | | |
| 207 | UNS | | | $599,573.36 | | |
| | | | | $605,978.00 | | |

## TIMOTHY BICKEL
### Case(s): 209 Clm No: 393 Clm. Amt: $1,822.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,822.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $1,822.00 | | $0.00 |
| | | | | $1,822.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## RUIZHONG WANG
### Case(s): 209 Clm No: 394 Clm. Amt: $9,146.90

*5736 FAIRBOURNE COURT*
*CARMEL, IN 46033*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,146.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $9,146.90 | | $0.00 |
| | | | | $9,146.90 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**ANGELA ELDRIDGE**

**Case(s): 207 Clm No: 394 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/24/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MISTY KILLINDER**

**Case(s): 208 Clm No: 394 Clm. Amt: $2,968.50**

*Address Redacted*
**Date Filed: 1/13/2017**
**Claim Face Value: $2,968.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $2,968.50 | | $0.00 |
| | | | | $2,968.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| Miscellaneous objection | | 66 | Objection Filed | | |

**CLIFFORD A. WELLS**

**Case(s): 208 Clm No: 395 Clm. Amt: $13,833.00**

*Address Redacted*
**Date Filed: 1/16/2017**
**Claim Face Value: $13,833.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $13,833.00 | | $0.00 |
| | | | | $13,833.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LUCENT MEDIA, LLC
### Case(s): 207 Clm No: 395 Clm. Amt: $96,583.00

*ATTN: MARK CORONADO*
*304 N. VALENCIA ST.*
*GLENDORA, CA 91741*
**Date Filed: 10/24/2016**
**Amended By Clm #: 1035**
**Claim Face Value: $96,583.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $96,583.00 | | $0.00 |
| | | | | $96,583.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Amended claim | 09/02/2020 | 4048 | Objection Granted | 10/22/2020 | 4111 |

## FEDERAL INSURANCE COMPANY
### Case(s): 209 Clm No: 395 Clm. Amt:

*C/O DUANE MORRIS LLP*
*ATTN: WENDY M. SIMKULAK*
*30 S. 17TH STREET*
*PHILADELPHIA, PA 19103*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | ADM | Withdrawn | | Unknown | Y | $0.00 |
| 209 | UNS | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

## ACE AMERICAN INSURANCE COMPANY
### Case(s): 209 Clm No: 396 Clm. Amt:

*C/O DUANE MORRIS LLP*
*ATTN: WENDY M. SIMKULAK*
*30 S. 17TH STREET*
*PHILADELPHIA, PA 19103*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $26,983.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | ADM | Withdrawn | | Unknown | Y | $0.00 |
| 209 | SEC | Withdrawn | | Unknown | Y | $0.00 |
| 209 | UNS | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

## A & A SOLUTIONS
### Case(s): 207 Clm No: 396 Clm. Amt: $7,105.00

*ATTN: MELISSA GOSSETT*
*P.O BOX 481*
*HELENA, AL 35080*
**Date Filed: 10/21/2016**
**Claim Face Value: $7,105.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $7,000.00 | | $0.00 |
| 207 | UNS | | | $105.00 | | $5,366.72 |
| | | | | $7,105.00 | | $5,366.72 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 09/03/2020 | 4052 | Objection Granted | 10/22/2020 | 4114 |

### SIDNEY BLAKE ADDISON
**Case(s): 208 Clm No: 396 Clm. Amt: $20,167.00**

*Address Redacted*
**Date Filed: 1/16/2017**
**Claim Face Value: $20,167.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $20,167.00 | | $0.00 |
| | | | | $20,167.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### ERICA WARREN
**Case(s): 208 Clm No: 397 Clm. Amt: $34,638.12**

*Address Redacted*
**Date Filed: 1/16/2017**
**Claim Face Value: $34,638.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $34,638.12 | | $0.00 |
| | | | | $34,638.12 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### IVEY M BRYANT
**Case(s): 207 Clm No: 397 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/24/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### INDEMNITY INSURANCE COMPANY OF NORTH AMERICA
**Case(s): 209 Clm No: 397 Clm. Amt:**

*C/O DUANE MORRIS LLP*
*ATTN: WENDY M. SIMKULAK*
*30 S. 17TH STREET*
*PHILADELPHIA, PA 19103*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $26,983.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | ADM | Withdrawn | | Unknown | Y | $0.00 |
| 209 | SEC | Withdrawn | | Unknown | Y | $0.00 |
| 209 | UNS | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

## ALEXANA HOME FULL SERVICE
### Case(s): 209 Clm No: 398 Clm. Amt: $8,964.52

*ATTN: ALEJANDRO J. MEJIA*
*321 SE 17 TER.*
*CAPE CORAL, FL 33990*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $8,964.52**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $8,964.52 | | $0.00 |
| | | | | $8,964.52 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## MCCLINTOCK & ASSOCIATE, P.C
### Case(s): 207 Clm No: 398 Clm. Amt: $40,000.00

*ATTN: DAVID B. MCCLINTOCK*
*1370 WASHINGTOON PIKE, SUITE 201*
*BRIDGEVILLE, PA 15017*
**Date Filed: 10/24/2016**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | |
| | | | | $40,000.00 | | |

## KAMERON REED DAVIS
### Case(s): 208 Clm No: 398 Clm. Amt: $10,100.00

*Address Redacted*
**Date Filed: 1/16/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,100.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $10,100.00 | | $0.00 |
| | | | | $10,100.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## ONTARIO REFRIGERATION SERVICE INC.
### Case(s): 207 Clm No: 399 Clm. Amt: $6,714.00

*ATTN: JESSICA ROE*
*635 SOUTH MOUNTAIN AVE*
*ONTARIO, CA 91762*
**Date Filed: 10/24/2016**
**Claim Face Value: $6,714.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $6,714.00 | | |
| | | | | $6,714.00 | | |

**NATIONAL TECHNICAL HONOR SOCIETY**

**Case(s): 208 Clm No: 399 Clm. Amt: $4,793.07**

*ATTN: CHRISTY C. SWIFT*
*1011 AIRPORT ROAD*
*P.O. BOX 1336*
*FLAT ROCK, NC 28731*
**Date Filed: 1/16/2017**
**Claim Face Value: $4,793.07**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $4,793.07 | | $0.00 |
| | | | | $4,793.07 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**BRIAN KEISER**

**Case(s): 209 Clm No: 399 Clm. Amt: $9,519.12**

*75-6158 HAKU MELE ST.*
*KAILUA-KONA, HI 96740*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,519.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $9,519.12 | | $0.00 |
| | | | | $9,519.12 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**THE CLINICAL HUB INC.**

**Case(s): 207 Clm No: 400 Clm. Amt: $80.00**

*ATTN: JAMES C TEDROW*
*300 N MERIDIAN STE 105*
*OKLAHOMA CITY, OK 73107*
**Date Filed: 10/24/2016**
**Claim Face Value: $80.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80.00 | | |
| | | | | $80.00 | | |

**CHANTELLE Y. SUBLETT**

**Case(s): 208 Clm No: 400 Clm. Amt: $57,418.73**

*Address Redacted*
**Date Filed: 1/17/2017**
**Claim Face Value: $57,418.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $57,418.73 | | $0.00 |
| | | | | $57,418.73 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## VINSON LONGLEY
### Case(s): 209 Clm No: 400 Clm. Amt:

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SARA JO SCHMIDT
### Case(s): 209 Clm No: 401 Clm. Amt: $1,500.00

*1256 HOT SPRINGS COURT*
*LEXINGTON, KY 40517*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $1,500.00 | | $0.00 |
| | | | | $1,500.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## KENNETH W. TATE
### Case(s): 208 Clm No: 401 Clm. Amt: $4,645.81

*123 DONLEY DRIVE*
*MONROEVILLE, PA 15146*
**Date Filed: 1/18/2017**
**Claim Face Value: $4,645.81**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $4,645.81 | | $0.00 |
| | | | | $4,645.81 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

## US MONITOR
### Case(s): 207 Clm No: 401 Clm. Amt: $153.23

*ATTN: ANITA SASS*
*86 MAPLE AVE*
*NEW CITY, NY 10956*
**Date Filed: 10/24/2016**
**Claim Face Value: $153.23**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $153.23 | | |
| | | | | $153.23 | | |

## BRYAN R. VIG
**Case(s): 207 Clm No: 402 Clm. Amt: $300.00**

*Address Redacted*
**Date Filed: 10/24/2016**
**Claim Face Value: $300.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $300.00 | | $0.00 |
| | | | | $300.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 08/23/2022 | 4947 | Objection Granted | 10/26/2022 | 4987 |

## SHENGTAO YAO PROFESSIONAL CORPORATION
**Case(s): 208 Clm No: 402 Clm. Amt: $15,027.95**

*ATTN: SHENGTAO YAO*
*1004 HOLLANDS POINT*
*EDMONTON, AB T6R 3TI*
*CANADA*
**Date Filed: 1/17/2017**
**Claim Face Value: $15,027.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $15,027.95 | | $0.00 |
| | | | | $15,027.95 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## MALACHI C. LITTLE
**Case(s): 209 Clm No: 402 Clm. Amt: $7,500.00**

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $7,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $7,500.00 | | $0.00 |
| | | | | $7,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## RONNYE BERNICE STEWART
**Case(s): 209 Clm No: 403 Clm. Amt: $49,916.42**

*Address Redacted*
**Date Filed: 1/28/2017**
**Claim Face Value: $49,916.42**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $49,916.42 | | $0.00 |
| | | | | $49,916.42 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**LAUREN TRAVIS KAHLE**
**Case(s): 208 Clm No: 403 Clm. Amt: $292.65**

*57 WOODLAND CT*
*WAYNE, WV 25570*
**Date Filed: 1/18/2017**
**Claim Face Value: $292.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $292.65 | | $0.00 |
| | | | | $292.65 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

**DATASAVERS OF JACKSONVILLE**
**Case(s): 207 Clm No: 403 Clm. Amt: $669.20**

*ATTN: MICHAEL LOMBRADI*
*888 SUEMAC RD*
*JACKSONVILLE, FL 32254*
**Date Filed: 10/24/2016**
**Claim Face Value: $669.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $669.20 | | |
| | | | | $669.20 | | |

**SCOTT A JOHNSON**
**Case(s): 207 Clm No: 404 Clm. Amt: $3,000.00**

*4331 FLAMINGO BLVD*
*PORT CHARLOTTE, FL 33948*
**Date Filed: 10/24/2016**
**Claim Face Value: $3,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $3,000.00 | | $0.00 |
| | | | | $3,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

**BLAKE BRENDLINGER**
**Case(s): 208 Clm No: 404 Clm. Amt: $9,640.81**

*Address Redacted*
**Date Filed: 1/18/2017**
**Claim Face Value: $9,640.81**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $9,640.81 | | $0.00 |
| | | | | $9,640.81 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**WHITNEY LESHEA KING**
**Case(s): 209 Clm No: 404 Clm. Amt: $19,018.00**

*Address Redacted*
**Date Filed: 1/29/2017**
**Claim Face Value: $19,018.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $19,018.00 | | $0.00 |
| | | | | $19,018.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**Veronica Woodford**
**Case(s): 209 Clm No: 405 Clm. Amt: $7,175.31**

*11430 Floyd Dr, Apt 506*
*Overland Park, KS 66210-4009*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $7,175.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $915.17 | | $0.00 |
| 209 | PRI | Disallowed | | $6,260.14 | | $0.00 |
| | | | | $7,175.31 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

**ELIZABETH W. FRANKLIN**
**Case(s): 208 Clm No: 405 Clm. Amt: $11,702.00**

*Address Redacted*
**Date Filed: 1/18/2017**
**Claim Face Value: $11,702.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $11,702.00 | | $0.00 |
| | | | | $11,702.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ADA COUNTY TREASURER**
**Case(s): 207 Clm No: 405 Clm. Amt: $3,839.70**

*ATTN: AMMON C. TAYLOR*
*200 W. FRONT ROOM 3191*
*BOISE, ID 83702*
**Date Filed: 10/24/2016**
**Amended By Clm #: 955**
**Claim Face Value: $3,839.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | | | $3,839.70 | | $0.00 |
| | | | | $3,839.70 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 09/02/2020 | 4048 | Objection Granted | 10/22/2020 | 4111 |

## ADA COUNTY TREASURER
### Case(s): 207 Clm No: 406 Clm. Amt: $47,544.54

*ATTN: AMMON C. TAYLOR*
*200 W. FRONT ST. ROOM 3191*
*BOISE, ID 83702*
**Date Filed: 10/24/2016**
**Amended By Clm #: 951**
**Claim Face Value: $47,544.54**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | | | $47,544.54 | | $0.00 |
| | | | | $47,544.54 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 09/02/2020 | 4048 | Objection Granted | 10/22/2020 | 4111 |

## RAMZI THEODORE NASSAR
### Case(s): 208 Clm No: 406 Clm. Amt: $23,566.33

*Address Redacted*
**Date Filed: 1/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $23,566.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $23,566.33 | | $0.00 |
| | | | | $23,566.33 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JADE DIXON
### Case(s): 209 Clm No: 406 Clm. Amt:

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## EUGENE SCOTT, JR.
### Case(s): 208 Clm No: 407 Clm. Amt: $24,998.72

*Address Redacted*
**Date Filed: 1/9/2017**
**Claim Face Value: $24,998.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $24,998.72 | | $0.00 |
| | | | | $24,998.72 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

**BRUCE WARREN II**
**Case(s): 207 Clm No: 407 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/24/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BRANDON L. CLARK**
**Case(s): 209 Clm No: 407 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**VALERIA JOHNSON**
**Case(s): 209 Clm No: 408 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## YANETH RUIZ
### Case(s): 207 Clm No: 408 Clm. Amt:

*Address Redacted*
**Date Filed: 10/24/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DONALD L. MEIER
### Case(s): 208 Clm No: 408 Clm. Amt: $18,000.00

*1448 SEDONA DR.*
*CARMEL, IN 46032*
**Date Filed: 1/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $18,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $18,000.00 | | $0.00 |
| | | | | $18,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## PENSION BENEFIT GUARANTY CORPORATION
### Case(s): 208 Clm No: 409 Clm. Amt:

*C/O OFFICE OF THE CHIEF COUNSEL*
*ATTN: MICHAEL BAIRD*
*1200 K STREET, N.W., SUITE 340*
*WASHINGTON, DC 20005*
**Date Filed: 1/18/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

## KAYVON SADEGHI
### Case(s): 207 Clm No: 409 Clm. Amt: $9,925.77

*Address Redacted*
**Date Filed: 10/24/2016**
**Claim Face Value: $9,925.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $9,925.77 | | $0.00 |
| | | | | $9,925.77 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## BRANDON HAYES
**Case(s): 209 Clm No: 409 Clm. Amt: $35,000.00**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $35,000.00 | | $0.00 |
| | | | | $35,000.00 | | $0.00 |

Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## RICHARD CRADDOCK
**Case(s): 209 Clm No: 410 Clm. Amt: $35,435.16**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,435.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $35,435.16 | | $0.00 |
| | | | | $35,435.16 | | $0.00 |

Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SANJIB CHOWDHURY
**Case(s): 207 Clm No: 410 Clm. Amt: $2,422.00**

*1927 SHILOH DRIVE*
*COLUMBUS, IN 47203*
**Date Filed: 10/25/2016**
**Claim Face Value: $2,422.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,422.00 | | $0.00 |
| | | | | $2,422.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## PENSION BENEFIT GUARANTY CORPORATION
**Case(s): 208 Clm No: 410 Clm. Amt:**

*C/O OFFICE OF THE CHIEF COUNSEL*
*ATTN: MICHAEL BAIRD*
*1200 K STREET, N.W., SUITE 340*
*WASHINGTON, DC 20005*
**Date Filed: 1/18/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

**PENSION BENEFIT GUARANTY CORPORATION**
**Case(s): 208 Clm No: 411 Clm. Amt:**

*C/O OFFICE OF THE CHIEF COUNSEL*
*ATTN: MICHAEL BAIRD*
*1200 K STREET, N.W., SUITE 340*
*WASHINGTON, DC 20005*
**Date Filed: 1/18/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

**SHEMEKA DRUMMOND**
**Case(s): 207 Clm No: 411 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/25/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**AUSTIN RYDZEWSKI**
**Case(s): 209 Clm No: 411 Clm. Amt: $399,595.90**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $399,595.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $399,595.90 | | $0.00 |
| | | | | $399,595.90 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KARRI HEDDEN**
**Case(s): 209 Clm No: 412 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DEBRA S. O'BRYAN FBO FMT CO IRA
### Case(s): 207 Clm No: 412 Clm. Amt: $93,532.50

*4 DAVEY LANE*
*WINCHESTER, MA 01890*
**Date Filed: 10/25/2016**
**Claim Face Value: $93,532.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $93,532.50 | | $0.00 |
| | | | | $93,532.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## STATE OF NEW JERSEY DIVISION OF TAXATION
### Case(s): 208 Clm No: 412 Clm. Amt: $0.00

*ATTN: TIMOTHY COLE*
*P.O. BOX 245*
*TRENTON, NJ 08695*
**Date Filed: 6/12/2019**
**Orig. Date Filed: 1/18/2017**
**Bar Date: 1/30/2017**
**Amending Clm #: 412**
**Amended By Clm #: 412**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Allowed | | $0.00 | | $0.00 |
| | | | | $0.00 | | $0.00 |

## LIBERTY MUTUAL INSURANCE COMPANY
### Case(s): 208 Clm No: 413 Clm. Amt: $683,605.67

*C/O CHOATE HALL & STEWART LLP*
*ATTN: DOUGLAS R. GOODING, ESQ.*
*TWO INTERNATIONAL PLACE*
*BOSTON, MA 02110*
**Date Filed: 8/19/2021**
**Bar Date: 1/30/2017**
**Amending Clm #: 413**
**Amended By Clm #: 413**
**Claim Face Value: $683,605.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Allowed | | $683,605.67 | | $683,605.67 |
| | | | | $683,605.67 | | $683,605.67 |

## NBC UNIVERSAL MEDIA LLC
### Case(s): 207 Clm No: 413 Clm. Amt: $5,942,301.92

*ATTN: MARY MCKENNA*
*30 ROCKEFELLER PLAZA - 1221 CAMPUS*
*NEW YORK, NY 10112*
**Date Filed: 10/19/2016**
**Claim Face Value: $5,942,301.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $5,942,301.92 | | $0.00 |
| | | | | $5,942,301.92 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

## LIRONG LIN
### Case(s): 209 Clm No: 413 Clm. Amt: $7,017.70

*33 FAWN RIDGE RD*
*HENRIETTA, NY 14467*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $7,017.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $7,017.70 | | $0.00 |
| | | | | $7,017.70 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## Akesha S Franks
### Case(s): 209 Clm No: 414 Clm. Amt: $12,403.00

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,403.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | 503(b)(9) | Disallowed | | Unknown | Y | $0.00 |
| 209 | UNS | Disallowed | | $12,403.00 | | $0.00 |
| | | | | $12,403.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## FROST BROWN TODD LLC
### Case(s): 207 Clm No: 414 Clm. Amt: $2,470.50

*ATTN: DONALD HENSLEY*
*400 W MARKET ST 32ND FLR*
*LOUISVILLE, KY 40222*
**Date Filed: 10/25/2016**
**Claim Face Value: $2,470.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,470.50 | | |
| | | | | $2,470.50 | | |

## ITT EDUCATIONAL SERVICES, INC.
### Case(s): 208 Clm No: 414 Clm. Amt:

*C/O RUBIN & LEVIN, P.C.*
*ATTN: DEBORAH J. CARUSO*
*135 N. PENNSYLVANIA STREET, SUITE 1400*
*INDIANAPOLIS, IN 46204*
**Date Filed: 1/20/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | |

## BOBBIE LYDIA MUNIZ
### Case(s): 208 Clm No: 415 Clm. Amt: $3,590.36

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/19/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $3,590.36** | | | | | | | |
| | 208 | UNS | | | $3,590.36 | | $0.00 |
| | | | | | $3,590.36 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## PROFESSIONAL MAINTENANCE OF MICHIGAN
### Case(s): 207 Clm No: 415 Clm. Amt: $6,758.30

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: TONIA STURDY*<br>*1640 ELIZABETH ST. NW*<br>*GRAND RAPIDS, MI 49504*<br>**Date Filed: 10/25/2016**<br>**Claim Face Value: $6,758.30** | | | | | | | |
| | 208 | UNS | Disallowed | | | | $0.00 |
| | 207 | UNS | Disallowed | | $6,758.30 | | $0.00 |
| | | | | | $6,758.30 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| No documentation | 11/18/2019 | 3709 | Objection Granted | 01/15/2020 | 3771 |

## Samuel DeBella
### Case(s): 209 Clm No: 415 Clm. Amt: $6,780.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/27/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $6,780.00** | | | | | | | |
| | 209 | UNS | Disallowed | | $6,780.00 | | $0.00 |
| | | | | | $6,780.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## ZHU TIAN
### Case(s): 209 Clm No: 416 Clm. Amt: $5,293.94

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *33 FAWN RIDGE RD*<br>*HENRIETTA, NY 14467*<br>**Date Filed: 1/29/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $5,293.94** | | | | | | | |
| | 209 | UNS | Disallowed | | $5,293.94 | | $0.00 |
| | | | | | $5,293.94 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## MICHELLE MAIER
**Case(s): 207 Clm No: 416 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 10/25/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DANIEL WEBSTER COLLEGE, INC.
**Case(s): 208 Clm No: 416 Clm. Amt:**

*C/O RUBIN & LEVIN, P.C.*
*ATTN: DEBORAH J. CARUSO*
*135 N. PENNSYLVANIA STREET, SUITE 1400*
*INDIANAPOLIS, IN 46204*
**Date Filed: 1/20/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/26/2021 | 4413 | Objection Granted | 08/18/2021 | 4454 |

## GLENN E TANNER
**Case(s): 208 Clm No: 417 Clm. Amt: $964,818.00**

*62 BALTIMORE AVE*
*POINT PLEASANT BEACH, NJ 08742*
**Date Filed: 1/20/2017**
**Orig. Date Filed: 10/21/2016**
**Amending Clm #: 75**
**Claim Face Value: $964,818.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| 208 | UNS | Disallowed | | $951,968.00 | | $0.00 |
| | | | | $964,818.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

## MICHAEL'S PHOTOGRAPHY INC.
**Case(s): 207 Clm No: 417 Clm. Amt: $160.50**

*ATTN: MIKE KLEBER*
*839 NORTHCREST SHOPPING CENTER*
*2717 N HIGHLANDS BLVD*
*FORT WAYNE, IN 46805*
**Date Filed: 10/25/2016**
**Claim Face Value: $160.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $160.50 | | |
| | | | | $160.50 | | |

## EDGAR CHAVEZ
### Case(s): 209 Clm No: 417 Clm. Amt: $186,516.24

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $183,663.24**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | 503(b)(9) | Disallowed | | $12,850.00 | | $0.00 |
| 209 | PRI | Disallowed | | $173,666.24 | | $0.00 |
| | | | | $186,516.24 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

## VOIDED CLAIM - CLAIM CREATED IN ERROR
### Case(s): Clm No: 418 Clm. Amt:

**Date Filed:**
**Bar Date: 1/30/2017**
**Claim Face Value:**

## JENNIFER MASON
### Case(s): 207 Clm No: 418 Clm. Amt: $56,000.00

*Address Redacted*
**Date Filed: 10/25/2016**
**Claim Face Value: $56,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $56,000.00 | | $0.00 |
| | | | | $56,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## GLENN E TANNER
### Case(s): 208 Clm No: 418 Clm. Amt: $14,677.23

*62 BALTIMORE AVE*
*POINT PLEASANT BEACH, NJ 08742*
**Date Filed: 1/20/2017**
**Orig. Date Filed: 10/21/2016**
**Amending Clm #: 77**
**Claim Face Value: $14,677.23**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | PRI | Withdrawn | | $12,323.29 | | $0.00 |
| 208 | UNS | Withdrawn | | $2,353.94 | | $0.00 |
| | | | | $14,677.23 | | $0.00 |

**MICHAEL ALCORN**

**Case(s): 208 Clm No: 419 Clm. Amt: $1,500.00**

*2293 BOGARD LANE*
*MT WASHINGTON, KY 40047*
**Date Filed: 1/22/2017**
**Claim Face Value: $1,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Amount |
|------|-------|--------|-----------|----------------------|-----|--------------|
| 208 | UNS | Disallowed | | $1,500.00 | | $0.00 |
| | | | | $1,500.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**CHRISTOPHER DEITZ**

**Case(s): 207 Clm No: 419 Clm. Amt: $28,000.00**

*Address Redacted*
**Date Filed: 10/25/2016**
**Orig. Date Filed: 10/13/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 181**
**Claim Face Value: $28,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $28,000.00 | | $0.00 |
| | | | | $28,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JAZMYN MCKINNEY**

**Case(s): 209 Clm No: 419 Clm. Amt: $20,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**Akesha S Franks**

**Case(s): 209 Clm No: 420 Clm. Amt: $25,480.72**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,480.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $25,480.72 | | $0.00 |
| | | | | $25,480.72 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LIJUN LIU
### Case(s): 207 Clm No: 420 Clm. Amt: $37,000.00

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/25/2016**<br>**Claim Face Value: $37,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
| | 207 | UNS | Disallowed | | $37,000.00 | | $0.00 |
| | | | | | $37,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim satisfied | 08/23/2022 | 4946 | Objection Granted | 10/26/2022 | 4986 |

## ANGELA DUMAS
### Case(s): 208 Clm No: 420 Clm. Amt: $35,474.00

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/23/2017**<br>**Claim Face Value: $35,474.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
| | 208 | UNS | | | $35,474.00 | | $0.00 |
| | | | | | $35,474.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## WILLIAM VAUGHN
### Case(s): 208 Clm No: 421 Clm. Amt: $16,476.44

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *458 PARK BARRINGTON DRIVE*<br>*BARRINGTON, IL 60010*<br>**Date Filed: 1/23/2017**<br>**Claim Face Value: $16,476.44** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
| | 208 | UNS | | | $16,476.44 | | $0.00 |
| | | | | | $16,476.44 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## ASCEND LEARNING LLC (PARENT CO)
### Case(s): 207 Clm No: 421 Clm. Amt: $147,883.10

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *ATTN: RENEE LEACH*<br>*11161 OVERBROOK ROAD*<br>*LEAWOOD, KS 66211*<br>**Date Filed: 10/26/2016**<br>**Claim Face Value: $147,883.10** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
| | 207 | UNS | | | $147,883.10 | | |
| | | | | | $147,883.10 | | |

**JOSEPH TAYLOR**
**Case(s): 209 Clm No: 421 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

---

**THOMAS A. SCHWARZE**
**Case(s): 209 Clm No: 422 Clm. Amt: $72,500.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $72,500.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 209 | UNS | Disallowed | | $72,500.00 | | $0.00 |
| | | | | | $72,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

---

**LABORATORY CORPORATION OF AMERICA**
**Case(s): 207 Clm No: 422 Clm. Amt: $28,661.55**

*JOHNSON LEGAL NETWORK, PLLC*
*ATTN: KAREN W IRVING*
*535 WELLINGTON WAY SUITE 380*
*LEXINGTON, KY 40503*
**Date Filed: 10/26/2016**
**Amended By Clm #: 1061**
**Claim Face Value: $28,661.55**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $28,661.55 | | $0.00 |
| | | | | | $28,661.55 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

---

**SHEILA MORING**
**Case(s): 208 Clm No: 422 Clm. Amt: $250.00**

*Address Redacted*
**Date Filed: 1/20/2017**
**Claim Face Value: $250.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 208 | UNS | | | $250.00 | | $0.00 |
| | | | | | $250.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### ERIC WILEY
**Case(s): 208 Clm No: 423 Clm. Amt: $60,868.00**

*Address Redacted*
**Date Filed: 1/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,868.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | PRI | | | Unknown | Y | $0.00 |
| 208 | UNS | | | $60,868.00 | | $0.00 |
| | | | | $60,868.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### JACQUELYN A HOWELL
**Case(s): 207 Clm No: 423 Clm. Amt: $94,208.58**

*Address Redacted*
**Date Filed: 10/26/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $94,208.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $94,208.58 | | $0.00 |
| | | | | $94,208.58 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### ANNE M. KELLER
**Case(s): 209 Clm No: 423 Clm. Amt: $13,577.25**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $13,577.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $13,577.25 | | $0.00 |
| | | | | $13,577.25 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### JORGE VILLALBA ET AL. & OTHERS SIMILARLY SITUATED
**Case(s): 209 Clm No: 424 Clm. Amt: $1,099,896,000.00**

c/o Eileen Connor, Esq
*The Projects On Predatory Student Lending, Inc*
*769 Centre St, Ste 106*
*Jamaica Plain, MA 02130*
**Date Filed: 9/20/2021**
**Orig. Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Amending Clm #: 424**
**Amended By Clm #: 424**
**Claim Face Value: $1,099,896,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Allowed | | $1,099,896,000.00 | | $1,099,896,000.00 |
| | | | | $1,099,896,000.00 | | $1,099,896,000.00 |

### JUDY QUICK
**Case(s): 207 Clm No: 424 Clm. Amt: $1,191.40**

*Address Redacted*
**Date Filed: 10/26/2016**
**Claim Face Value: $1,191.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $1,191.40 | | $0.00 |
| | | | | $1,191.40 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

### ORDES SERVICES, LLC
**Case(s): 208 Clm No: 424 Clm. Amt: $381.00**

*ATTN: GWEN O. HOSELLE*
*3401 JEAN LAFITTE PARKWAY*
*CHALMETTE, LA 70043*
**Date Filed: 1/20/2017**
**Claim Face Value: $381.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $381.00 | | $0.00 |
| | | | | $381.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

### SAMANTHA SEIFERT
**Case(s): 208 Clm No: 425 Clm. Amt: $25,350.00**

*Address Redacted*
**Date Filed: 1/20/2017**
**Claim Face Value: $25,350.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $25,350.00 | | $0.00 |
| | | | | $25,350.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MACBETH FARM, LLC
### Case(s): 207 Clm No: 425 Clm. Amt: $1,626.65

*ATTN: FRANK ARCAROLI*
*37 WEST CENTURY ROAD, SUITE 109*
*PARAMUS, NJ 07652*
**Date Filed: 10/26/2016**
**Claim Face Value: $1,626.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $1,626.65 | | $0.00 |
| | | | | $1,626.65 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## RUBY WINFREY
### Case(s): 209 Clm No: 425 Clm. Amt: $80,000.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 209 | UNS | Disallowed | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## 1-290 LIMITED PARTNERSHIP
### Case(s): 209 Clm No: 426 Clm. Amt: $370,555.10

*C/O WALLER LANSDEN DORTCH & DAVIS*
*ATTN: ERIC J. TAUBE*
*100 CONGRESS AVE, SUITE 1800*
*AUSTIN, TX 78701*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $370,555.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 209 | UNS | Disallowed | | $370,555.10 | | $0.00 |
| | | | | $370,555.10 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## AVISTA UTILITIES
### Case(s): 207 Clm No: 426 Clm. Amt: $7,158.48

*ATTN: HEATHER THOMPSON*
*PO BOX 3727 MSC 34*
*SPOKANE, WA 99220-3727*
**Date Filed: 10/26/2016**
**Claim Face Value: $7,158.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $7,158.48 | | |
| | | | | $7,158.48 | | |

### VANTIV, LLC
**Case(s): 208 Clm No: 426 Clm. Amt:**

C/O ULMER & BERNE LLP
ATTN: TODD ATKINSON
1660 WEST 2ND STREET, SUITE 1100
CLEVELAND, OH 44113
**Date Filed: 1/23/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3879 | Objection Granted | 06/17/2020 | 3979 |

### GREG AGOPIAN
**Case(s): 208 Clm No: 427 Clm. Amt: $1,570,256.20**

Address Redacted
**Date Filed: 1/23/2017**
**Claim Face Value: $1,570,256.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $1,570,256.20 | | $0.00 |
| | | | | $1,570,256.20 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

### BATES ELECTRIC
**Case(s): 207 Clm No: 427 Clm. Amt: $592.00**

ATTN: JAY DERBY
7901 HOPI PLACE
TAMPA, FL 33634
**Date Filed: 10/26/2016**
**Claim Face Value: $592.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $592.00 | | |
| | | | | $592.00 | | |

### OP BY SUN CROSS, LLC.
**Case(s): 209 Clm No: 427 Clm. Amt: $9,510.69**

DBA OFFICE PRIDE COMMERCIAL
CLEANING SERVICES
ATTN: TODD JONES
340 CLEVELAND PLACE, SUITE A
VIRGINIA BEACH, VA 23462
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,510.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $9,510.69 | | $0.00 |
| | | | | $9,510.69 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## MATT CARTER
### Case(s): 209 Clm No: 428 Clm. Amt: $12,871.50

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,871.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $12,871.50 | | $0.00 |
| | | | | $12,871.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MARTIN'S SUPER MARKETS, INC.
### Case(s): 207 Clm No: 428 Clm. Amt: $775.90

*MICHELLE STEBBINS*
*PO BOX 2709*
*SOUTH BEND, IN 46680-2709*
**Date Filed: 10/26/2016**
**Claim Face Value: $775.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $775.90 | | $0.00 |
| | | | | $775.90 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## LIRONG LIN
### Case(s): 208 Clm No: 428 Clm. Amt: $15,778.10

*33 FAWN RIDGE RD*
*HENRIETTA, NY 14467*
**Date Filed: 1/24/2017**
**Claim Face Value: $15,778.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $15,778.10 | | $0.00 |
| | | | | $15,778.10 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## JOSEPH MICHAEL ESWAY
### Case(s): 208 Clm No: 429 Clm. Amt: $6,696.34

*641 MANNELA DRIVE*
*STRAWBERRY PLAINS, TN 37871*
**Date Filed: 1/24/2017**
**Claim Face Value: $6,696.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $6,696.34 | | $0.00 |
| | | | | $6,696.34 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

**STEDSON BUTLER**
**Case(s): 207 Clm No: 429 Clm. Amt: $5,359.00**

*Address Redacted*
**Date Filed: 10/26/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,359.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,359.00 | | $0.00 |
| | | | | $5,359.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KYERRA IVORY**
**Case(s): 209 Clm No: 429 Clm. Amt: $32,043.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $32,043.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $32,043.00 | | $0.00 |
| | | | | $32,043.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**VOIDED CLAIM - CLAIM CREATED IN ERROR**
**Case(s): Clm No: 430 Clm. Amt:**

**Date Filed:**
**Bar Date: 1/30/2017**
**Claim Face Value:**

**WYATT L. HARBISON**
**Case(s): 207 Clm No: 430 Clm. Amt: $510.51**

*6523 GLEN IVY DR.*
*HUBER HTS, OH 45424*
**Date Filed: 10/19/2016**
**Claim Face Value: $510.51**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $510.51 | | |
| | | | | $510.51 | | |

## SHINY BLACK CLEANING LLC
### Case(s): 208 Clm No: 430 Clm. Amt: $3,800.00

*1 GOLDENROAD LN*
*MADISON, WI 53719*
**Date Filed: 1/23/2017**
**Claim Face Value: $3,800.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | PRI | Disallowed | | $3,800.00 | | $0.00 |
| 208 | UNS | Disallowed | | | | $0.00 |
| | | | | $3,800.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## DAWN BELTON
### Case(s): 208 Clm No: 431 Clm. Amt: $90,000.00

*Address Redacted*
**Date Filed: 1/23/2017**
**Claim Face Value: $90,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $90,000.00 | | $0.00 |
| | | | | $90,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MULTNOMAH COUNTY-DART
### Case(s): 207 Clm No: 431 Clm. Amt: $5,810.28

*ATTN: ANGELIKA LOMMIS*
*P.O. BOX 2716*
*PORTLAND, OR 97208*
**Date Filed: 10/21/2016**
**Claim Face Value: $5,810.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | SEC | | | $5,810.28 | | |
| | | | | $5,810.28 | | |

## PACIFIC EMPLOYERS INSURANCE COMPANY
### Case(s): 209 Clm No: 431 Clm. Amt:

*ATTN: WENDY M. SIMKULAK*
*30 S. 17TH STREET*
*PHILADELPHIA, PA 19103*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $26,983.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | ADM | Withdrawn | | Unknown | Y | $0.00 |
| 209 | SEC | Withdrawn | | Unknown | Y | $0.00 |
| 209 | UNS | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

**WESTCHESTER FIRE INSURANCE COMPANY**
**Case(s): 209 Clm No: 432 Clm. Amt:**

*ATTN: WENDY M. SIMKULAK*
*30 S. 17TH STREET*
*PHILADELPHIA, PA 19103*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $26,983.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | ADM | Withdrawn | | Unknown | Y | $0.00 |
| 209 | SEC | Withdrawn | | Unknown | Y | $0.00 |
| 209 | UNS | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

**PLANTATION SERVICES, INC.**
**Case(s): 207 Clm No: 432 Clm. Amt: $333.15**

*ATTN: CHRISTIE ROACHELL*
*PO BOX 241006*
*LITTLE ROCK, AR 72223*
**Date Filed: 10/26/2016**
**Claim Face Value: $333.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $333.15 | | |
| | | | | $333.15 | | |

**LIJUAN YANG**
**Case(s): 208 Clm No: 432 Clm. Amt: $3,900.00**

*4429 PANTHERA LEO DR.*
*CAMEL, IN 46074*
**Date Filed: 1/23/2017**
**Claim Face Value: $3,900.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $3,900.00 | | $0.00 |
| | | | | $3,900.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**MARIA GRISEL CARNERO GONZALEZ**
**Case(s): 208 Clm No: 433 Clm. Amt: $7,756.00**

*Address Redacted*
**Date Filed: 1/23/2017**
**Claim Face Value: $7,756.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $7,756.00 | | $0.00 |
| | | | | $7,756.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CINDY & JOSE MONTERO
### Case(s): 209 Clm No: 433 Clm. Amt: $103,766.35

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $103,766.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $103,766.35 | | $0.00 |
| | | | | $103,766.35 | | $0.00 |

## STEPHEN TAYLOR
### Case(s): 207 Clm No: 433 Clm. Amt: $3,901.60

*Address Redacted*
**Date Filed: 10/26/2016**
**Claim Face Value: $3,901.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,901.60 | | $0.00 |
| | | | | $3,901.60 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SHELBY COUNTY TRUSTEE
### Case(s): 207 Clm No: 434 Clm. Amt: $51,186.68

*ATTN: KITRICIA MCCLEALLAN*
*P.O. BOX 2751*
*MEMPHIS, TN 38101*
**Date Filed: 10/21/2016**
**Claim Face Value: $51,186.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 207 | UNS | Disallowed | | $51,186.68 | | $0.00 |
| | | | | $51,186.68 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

## SAMUEL MORRIS
### Case(s): 209 Clm No: 434 Clm. Amt: $5,175.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,175.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | Unknown | Y | $0.00 |
| 209 | UNS | Disallowed | | $5,175.00 | | $0.00 |
| | | | | $5,175.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

## STORMIE M GRAHAM
### Case(s): 208 Clm No: 434 Clm. Amt: $48.35

*4460 ASHBERRY ST.*
*APT. 410*
*FORTWORTH, TX 76106*
**Date Filed: 1/23/2017**
**Claim Face Value: $48.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $48.35 | | $0.00 |
| | | | | $48.35 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## DEBORA IBRAHIM
### Case(s): 208 Clm No: 435 Clm. Amt: $83,364.73

*34 MARKLEVILLE LN*
*WESTFIELD, IN 46074*
**Date Filed: 1/23/2017**
**Claim Face Value: $83,364.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $83,364.73 | | $0.00 |
| | | | | $83,364.73 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 08/23/2022 | 79 | Objection Granted | 10/26/2022 | 82 |

## Angela Hicks
### Case(s): 209 Clm No: 435 Clm. Amt: $5,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SYNERGY ENVIRONMENTAL SERVICES, LLC
### Case(s): 207 Clm No: 435 Clm. Amt: $11,005.57

*ATTN: STACEY MOORE*
*PO BOX 1217*
*HURST, TX 76053*
**Date Filed: 10/26/2016**
**Claim Face Value: $11,005.57**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $11,005.57 | | $0.00 |
| | | | | $11,005.57 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## SHELBY COUNTY TRUSTEE
### Case(s): 207 Clm No: 436 Clm. Amt: $5,550.77

*ATTN: KITRICIA MCCLELLAN*
*P.O. BOX 2751*
*MEMPHIS, TN 38101*
**Date Filed: 10/21/2016**
**Claim Face Value: $5,550.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | Disallowed | | Unknown | Y | $9.00 |
| 207 | UNS | Disallowed | | $5,550.77 | | $9.00 |
| | | | | $5,550.77 | | $18.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 10/14/2022 | 4977 | Objection Granted | 12/13/2022 | 5069 |

## CHRISTOPHER K. ELLINGSON
### Case(s): 209 Clm No: 436 Clm. Amt: $174.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $174.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $174.00 | | $0.00 |
| | | | | $174.00 | | $0.00 |

## STUDENT CU CONNECT CUSO, LLC (CUSO)
### Case(s): 208 Clm No: 436 Clm. Amt: $150,083,040.42

*C/O FOLEY & LARDNER LLP*
*ATTN: RICHARD J. BERNARD*
*90 PARK AVENUE*
*NEW YORK, NY 10016*
**Date Filed: 1/24/2017**
**Claim Face Value: $150,083,040.42**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | SEC | | | $8,818,617.76 | | $0.00 |
| 208 | UNS | Allowed | | $141,264,422.66 | | $127,844,857.00 |
| | | | | $150,083,040.42 | | $127,844,857.00 |

## ATLANTA'S FAVORITE TRANSPORTATION
### Case(s): 208 Clm No: 437 Clm. Amt: $10,700.00

*ATTN: MAEDEAN NOBLE*
*696 CATHERINE STREET, SW*
*ATLANTA, GA 30310*
**Date Filed: 1/24/2017**
**Claim Face Value: $5,350.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | 503(b)(9) | Disallowed | | $5,350.00 | | $0.00 |
| 208 | PRI | Disallowed | | $5,350.00 | | $0.00 |
| | | | | $10,700.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**PROCYON PROPERTIES, LLC**
**Case(s): 209 Clm No: 437 Clm. Amt: $62,750.72**

*ATTN: JAMES N. TAMPOSI, JR.*
*91 AMHERST STREET*
*NASHUA, NH 03064*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $62,750.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Allowed | | $62,750.72 | | $62,750.72 |
| | | | | $62,750.72 | | $62,750.72 |

**LEAF CAPITAL FUNDING, LLC**
**Case(s): 207 Clm No: 437 Clm. Amt: $7,368.22**

*ATTN: LEGAL DEPARTMENT*
*2005 MARKET ST 14TH FLOOR*
*PHILADELPHIA , PA 19103*
**Date Filed: 10/18/2016**
**Claim Face Value: $7,368.22**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | SEC | Disallowed | | $7,368.22 | | $0.00 |
| | | | | $7,368.22 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3709 | Objection Granted | 01/15/2020 | 3771 |

**LEAF CAPITAL FUNDING, LLC**
**Case(s): 207 Clm No: 438 Clm. Amt: $6,652.15**

*ATTN: LEGAL DEPARTMENT*
*2005 MARKET ST 14TH FLOOR*
*PHILADELPHIA, CA 19103*
**Date Filed: 10/18/2016**
**Claim Face Value: $6,652.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | SEC | Disallowed | | $6,652.15 | | $0.00 |
| | | | | $6,652.15 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3709 | Objection Granted | 01/15/2020 | 3771 |

**MARY L. HENRY**
**Case(s): 209 Clm No: 438 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## PHILLIP B. FRANK
### Case(s): 208 Clm No: 438 Clm. Amt: $508,533.00

*12514 PEMBROOKE CIRCLE*
*CARMEL, IN 46032*
**Date Filed: 1/24/2017**
**Claim Face Value: $508,533.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| 208 | UNS | Disallowed | | $495,683.00 | | $0.00 |
| | | | | $508,533.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

## MANASA CHENNADI
### Case(s): 208 Clm No: 439 Clm. Amt: $15,415.80

*1645 ALTAIR DR*
*CARMEL, IN 46032*
**Date Filed: 1/24/2017**
**Claim Face Value: $15,415.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | PRI | Disallowed | | $2,565.80 | | $0.00 |
| 208 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| | | | | $15,415.80 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

## EXECUTIVE EDUCATIONAL ASSOCIATES
### Case(s): 209 Clm No: 439 Clm. Amt: $3,860.28

*DBA ALPHA BETA KAPPA NATIONAL*
*HONOR SOCIETY*
*ATTN: JANE C. DAVIS*
*31257 BIRD HAVEN ST*
*OCEAN VIEW, DE 19970*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $3,860.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $3,860.28 | | $0.00 |
| | | | | $3,860.28 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## JEFFREY MAHON
### Case(s): 207 Clm No: 439 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed:** 10/18/2016
**Bar Date:** 1/30/2017
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LIGHT BULB DEPOT 7 LLC
### Case(s): 207 Clm No: 440 Clm. Amt: $372.65

*ATTN: MICHAEL ANTHONY BRATTIN*
*P.O. BOX 410*
*AURORA, MO 65605*
**Date Filed:** 10/18/2016
**Claim Face Value: $372.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Allowed | | $372.65 | | $0.00 |
| | | | | $372.65 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## ITT MANUFACTURING ENTERPRISES LLC
### Case(s): 208 Clm No: 440 Clm. Amt:

*C/O MCGUIREWOODS LLP*
*ATTN: SHAWN FOX*
*1345 AVE. OF THE AMERICAS, 7TH FLOOR*
*NEW YORK, NY 10105*
**Date Filed:** 1/25/2017
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## JAKE D. ANDRY
### Case(s): 209 Clm No: 440 Clm. Amt: $2,002.67

*Address Redacted*
**Date Filed:** 1/24/2017
**Bar Date:** 1/30/2017
**Claim Face Value: $2,002.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $2,002.67 | | $0.00 |
| | | | | $2,002.67 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JOSEPH LOVELL
### Case(s): 208 Clm No: 441 Clm. Amt: $12,791.00

*301 MILLER DR.*
*RICHMOND, KY 40475*
**Date Filed: 1/25/2017**
**Claim Face Value: $12,791.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $12,791.00 | | $0.00 |
| | | | | $12,791.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## BAI CENTURY, LLC.
### Case(s): 209 Clm No: 441 Clm. Amt: $242,417.14

*720 EAST PALISADES AVE, STE 201*
*ENGLEWOOD CLIFFS, NJ 07632*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $242,417.14**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $242,417.14 | | $0.00 |
| | | | | $242,417.14 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## HI5 ACCESS
### Case(s): 207 Clm No: 441 Clm. Amt: $5,200.00

*ATTN: CHARLES BEARDEN*
*5411 E MILL PLAIN BLVD 7*
*VANCOUVER, OR 98661*
**Date Filed: 10/18/2016**
**Claim Face Value: $5,200.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,200.00 | | |
| | | | | $5,200.00 | | |

## CHAD PATTON COLBURN
### Case(s): 207 Clm No: 442 Clm. Amt: $4,200.00

*15827 DECATUR ST*
*OMAHA, NE 68118*
**Date Filed: 10/18/2016**
**Claim Face Value: $4,200.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $4,200.00 | | $0.00 |
| | | | | $4,200.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

**CHRISTOPHER L. WALTERS**
**Case(s): 209 Clm No: 442 Clm. Amt: $9,500.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $9,500.00** | 209 | UNS | Disallowed | | $9,500.00 | | $0.00 |
| | | | | | $9,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

---

**SARAN CONDE**
**Case(s): 208 Clm No: 442 Clm. Amt: $31,111.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/17/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $31,111.00** | 208 | UNS | | | $31,111.00 | | $0.00 |
| | | | | | $31,111.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

---

**MARY DIETZ**
**Case(s): 208 Clm No: 443 Clm. Amt: $260.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/18/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $260.00** | 208 | PRI | Disallowed | | $260.00 | | $0.00 |
| | | | | | $260.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed against wrong company | 08/23/2022 | 79 | Objection Granted | 10/26/2022 | 82 |

## WILLIAM FORD
**Case(s): 209 Clm No: 443 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 209 | PRI | Disallowed | | Unknown | Y | $0.00 |
| 209 | UNS | Disallowed | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## SILABA MPASU
**Case(s): 207 Clm No: 443 Clm. Amt: $6,500.00**

*Address Redacted*
**Date Filed: 10/26/2016**
**Claim Face Value: $6,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $6,500.00 | | $0.00 |
| | | | | $6,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SOUTH SUBURBAN CHAMBER OF COMMERCE
**Case(s): 207 Clm No: 444 Clm. Amt: $400.00**

*ATTN: BARBARA WESENER*
*8580 S. HOWELL AVENUE*
*OAK CREEK, WI 53132*
**Date Filed: 10/17/2016**
**Claim Face Value: $400.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $400.00 | | |
| | | | | $400.00 | | |

## BRUCE ALEN SMITH
**Case(s): 209 Clm No: 444 Clm. Amt: $3,134.00**

*1545 APPALOOSA TRAIL*
*FRANKLINTON, NC 27525*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $3,134.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 209 | PRI | Disallowed | | $3,134.00 | | $0.00 |
| | | | | $3,134.00 | | $0.00 |

## ANTHONY T. CAPOZZI
**Case(s): 208 Clm No: 444 Clm. Amt: $34,752.46**

*Address Redacted*
**Date Filed: 1/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $34,752.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $34,752.46 | | $0.00 |
| | | | | $34,752.46 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DEREK Z. KILLION
**Case(s): 208 Clm No: 445 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/24/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## PERRY WILLIAM ROBINSON
**Case(s): 209 Clm No: 445 Clm. Amt: $70,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DOUGLAS COUNTY TAX COMMISSIONER
**Case(s): 207 Clm No: 445 Clm. Amt: $5,613.93**

*ATTN: JENNIFER LIERSH*
*5200 Fairburn Rd*
*Douglasville GA 30134*
**Date Filed: 10/17/2016**
**Claim Face Value: $5,613.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $5,613.93 | | |
| | | | | $5,613.93 | | |

**SRP**

**Case(s): 207 Clm No: 446 Clm. Amt: $27,131.37**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: DIANA RENEE GREER*<br>*P.O. BOX 80062*<br>*PRESCOTT, AZ 86304*<br>**Date Filed: 10/17/2016**<br>**Claim Face Value: $27,131.37** | 207 | UNS | | | $27,131.37 | | |
| | | | | | $27,131.37 | | |

**MANUEL JEAN**

**Case(s): 209 Clm No: 446 Clm. Amt: $60,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $60,000.00** | 209 | UNS | Disallowed | | $60,000.00 | | $0.00 |
| | | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**LISA D BROWN**

**Case(s): 208 Clm No: 446 Clm. Amt: $14,170.36**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *1839 OLD MADISONVILLE ROAD*<br>*HENDERSON, KY 42420*<br>**Date Filed: 1/25/2017**<br>**Claim Face Value: $14,170.36** | 208 | UNS | Disallowed | | $14,170.36 | | $0.00 |
| | | | | | $14,170.36 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Paid | 05/04/2021 | 53 | Objection Granted | 06/23/2021 | 60 |

**RYAN ATKERSON**

**Case(s): 208 Clm No: 447 Clm. Amt: $8,423.44**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/25/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $8,423.44** | 208 | UNS | | | $8,423.44 | | $0.00 |
| | | | | | $8,423.44 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**DAVID FLORES**
**Case(s): 209 Clm No: 447 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ACCOUNTING PRINCIPLE/ MODIS**
**Case(s): 207 Clm No: 447 Clm. Amt: $8,290.46**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: STEVEN REBIDAS*<br>*10151 DEERWOOD PARK BLVD*<br>*JACKSONVILLE FL 32256*<br>**Date Filed: 10/17/2016**<br>**Claim Face Value: $8,290.46** | | | | | | | |
| | 207 | PRI | Disallowed | | Unknown | Y | $0.00 |
| | 207 | UNS | Allowed | | $8,290.46 | | $8,290.46 |
| | | | | | $8,290.46 | | $8,290.46 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 02/09/2021 | 4203 | Objection Granted | 04/21/2021 | 4281 |

**Lifescript, Inc**
**Case(s): 207 Clm No: 448 Clm. Amt: $14,739.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *4000 MacArthur Blvd, Ste 800*<br>*Newport Beach, CA 92660*<br>**Date Filed: 10/24/2016**<br>**Claim Face Value: $14,739.00** | | | | | | | |
| | 207 | UNS | | | $14,739.00 | | |
| | | | | | $14,739.00 | | |

**RASHANA HUIZAR**
**Case(s): 209 Clm No: 448 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JUSTIN H. LOTTIG**
**Case(s): 208 Clm No: 448 Clm. Amt: $5,425.49**

*3405 NW 31ST CIRCLE*
*CAMAS, WA 98607*
**Date Filed: 1/25/2017**
**Claim Face Value: $5,425.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $5,425.49 | | $0.00 |
| | | | | $5,425.49 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**THOSE PERSONS LISTED ON EXHIBIT A**
**Case(s): 208 Clm No: 449 Clm. Amt: $6,538.53**

*c/o Rubin & Levin, PC*
*ATTN: Deborah J Caruso, Trustee*
*135 N Pennsylvania St, Ste 1400*
*INDIANAPOLIS, IN 46204*
**Date Filed: 3/23/2023**
**Orig. Date Filed: 1/26/2017**
**Amending Clm #: 449**
**Amended By Clm #: 449**
**Claim Face Value: $6,538.53**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | | | $6,538.53 | | |
| | | | | $6,538.53 | | |

**NICOLE JOHNSON**
**Case(s): 209 Clm No: 449 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CITY OF KENNESAW TAX DEPARTMENT**
**Case(s): 207 Clm No: 449 Clm. Amt: $17,764.69**

*ATTN: CHRISTY HUIEL*
*2529 J.O STEPHENSON AVENUE*
*KENNESAW, GA 30144*
**Date Filed: 10/20/2016**
**Amending Clm #: 0**
**Claim Face Value: $17,764.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | Unknown | Y | $0.00 |
| 207 | SEC | Disallowed | | $17,764.69 | | $0.00 |
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | $17,764.69 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

**MOORE RECYCLING**

**Case(s): 207 Clm No: 450 Clm. Amt: $237.99**

*ATTN: CHRISTINE SANDLIN*
*1720 REGAL ROW SUITE 126*
*DALLAS, TX 75235*
**Date Filed: 10/18/2016**
**Claim Face Value: $237.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $237.99 | | $0.00 |
| | | | | $237.99 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**REGINALD RASHAD COSTEN**

**Case(s): 209 Clm No: 450 Clm. Amt: $28,676.83**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $28,676.83**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $28,676.83 | | $0.00 |
| | | | | $28,676.83 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TERRY LAWRENCE CORNISH**

**Case(s): 208 Clm No: 450 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BRIAN A. SCOFIELD
### Case(s): 208 Clm No: 451 Clm. Amt: $33,529.58

*Address Redacted*
**Date Filed: 1/25/2017**
**Claim Face Value: $33,529.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $33,529.58 | | $0.00 |
| | | | | $33,529.58 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ALLEN FEDERMAN, JOANNA CASTRO AND SIMILAR CLASS MEMBERS
### Case(s): 209 Clm No: 451 Clm. Amt: $10,000,000.00

*C/O OUTTEN & GOLDEN LLP*
*ATTN: JACK A. RAISNER*
*685 THIRD AVENUE, 25TH FLOOR*
*NEW YORK, NY 10017*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Withdrawn | | $10,000,000.00 | | $0.00 |
| | | | | $10,000,000.00 | | $0.00 |

## LENZY ELLIOT GAITER
### Case(s): 207 Clm No: 451 Clm. Amt: $24,688.39

*Address Redacted*
**Date Filed: 10/24/2016**
**Claim Face Value: $24,688.39**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $24,688.39 | | $0.00 |
| | | | | $24,688.39 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## COUSINS SUBS
### Case(s): 207 Clm No: 452 Clm. Amt: $1,477.81

*7495 WEST LAYTON AVENUE*
*GREEFIELD, WI 53220*
**Date Filed: 10/24/2016**
**Claim Face Value: $1,477.81**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,477.81 | | |
| | | | | $1,477.81 | | |

### JEREMY IAN CUMMINGS
**Case(s): 209 Clm No: 452 Clm. Amt: $90,624.34**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $90,624.34** | | | | | | | |
| | 209 | UNS | Disallowed | | $90,624.34 | | $0.00 |
| | | | | | $90,624.34 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### KATHLEEN ANNE BACHHUBER
**Case(s): 208 Clm No: 452 Clm. Amt: $5,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *N9532 WINNEBAGO PARK RD*<br>*FOND DU LAC, WI 54937*<br>**Date Filed: 1/25/2017**<br>**Claim Face Value: $5,000.00** | | | | | | | |
| | 208 | UNS | Disallowed | | $5,000.00 | | $0.00 |
| | | | | | $5,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

### JEFFREY D. SPANGLER
**Case(s): 208 Clm No: 453 Clm. Amt: $119,083.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/25/2017**<br>**Claim Face Value: $119,083.00** | | | | | | | |
| | 208 | UNS | | | $119,083.00 | | $0.00 |
| | | | | | $119,083.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### KATHIA YAMOUT
**Case(s): 209 Clm No: 453 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 209 | PRI | Disallowed | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**LEADING EDGE PERSONNEL**

**Case(s): 207 Clm No: 453 Clm. Amt: $4,484.20**

*ATTN: LEANN KELLER*
*901 NE LOOP 410, SUITE 300*
*SAN ANTONIO, TX 78209*
**Date Filed: 10/24/2016**
**Claim Face Value: $4,484.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,484.20 | | |
| | | | | $4,484.20 | | |

**Cascade Healthcare Services, LLC**

**Case(s): 207 Clm No: 454 Clm. Amt: $9,880.00**

*Attn: David Wayne Frauhiger*
*101 Nickerson St, Ste 200*
*Seattle, WA 98109*
**Date Filed: 10/24/2016**
**Claim Face Value: $9,880.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $9,880.00 | | |
| | | | | $9,880.00 | | |

**SHAUN SMITH**

**Case(s): 209 Clm No: 454 Clm. Amt: $33,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $33,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $33,000.00 | | $0.00 |
| | | | | $33,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**EUGENE SCOTT JR**

**Case(s): 208 Clm No: 454 Clm. Amt: $24,998.72**

*Address Redacted*
**Date Filed: 1/25/2017**
**Claim Face Value: $24,998.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $24,998.72 | | $0.00 |
| | | | | $24,998.72 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

**ANTHONY MILTON**

**Case(s): 208 Clm No: 455 Clm. Amt: $70,498.16**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $70,498.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $70,498.16 | | $0.00 |
| | | | | $70,498.16 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**LEON BLYE**

**Case(s): 209 Clm No: 455 Clm. Amt: $28,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $28,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $28,000.00 | | $0.00 |
| | | | | $28,000.00 | | $0.00 |

**SILABA MPASU**

**Case(s): 207 Clm No: 455 Clm. Amt: $6,500.00**

*Address Redacted*
**Date Filed: 10/25/2016**
**Claim Face Value: $6,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $6,500.00 | | $0.00 |
| | | | | $6,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**WFLX, LLC**

**Case(s): 207 Clm No: 456 Clm. Amt: $20,727.25**

*ATTN: SHERRY SPIVEY*
*1100 BANYAN BLVD*
*WEST PALM BEACH, FL 33401*
**Date Filed: 10/25/2016**
**Claim Face Value: $20,727.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,727.25 | | |
| | | | | $20,727.25 | | |

## PAUL K. KU
### Case(s): 208 Clm No: 456 Clm. Amt: $9,934.80

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $9,934.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $9,934.80 | | $0.00 |
| | | | | $9,934.80 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

## TALIA STOKES
### Case(s): 209 Clm No: 456 Clm. Amt: $73,694.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Claim Face Value: $73,694.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $73,694.00 | | $0.00 |
| | | | | $73,694.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## FOLLETT HIGHER EDUCATION GROUP, INC.
### Case(s): 209 Clm No: 457 Clm. Amt: $65,618.51

*C/O FOLLETT CORPORATION*
*ATTN: SUHAIB GHAZI, AGC LEGAL DEPT.*
*3 WESTBROOK CORP CENTER, SUITE 200*
*WESTCHESTER, IL 60154*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $65,618.51**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | 503(b)(9) | Disallowed | | Unknown | Y | $0.00 |
| 209 | UNS | Disallowed | | $65,618.51 | | $0.00 |
| | | | | $65,618.51 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3709 | Objection Granted | 01/15/2020 | 3771 |

## KXXV-D12 TELEMUNDO
### Case(s): 207 Clm No: 457 Clm. Amt: $5,652.50

*1909 S NEW ROAD*
*WACO, TX 76711*
**Date Filed: 10/25/2016**
**Claim Face Value: $5,652.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,652.50 | | |
| | | | | $5,652.50 | | |

### JOHN MACNEIL
**Case(s): 208 Clm No: 457 Clm. Amt: $35,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $35,000.00 | | $0.00 |
| | | | | $35,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### NATIONAL CITY INVESTMENT LP
**Case(s): 208 Clm No: 458 Clm. Amt: $1,647,568.00**

*ATTN: ASHLEY GOSAL, ESQ.*
*121 W. MARKET ST*
*SAN DIEGO, CA 92101*
**Date Filed: 1/26/2017**
**Claim Face Value: $1,647,568.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $1,647,568.00 | | $0.00 |
| | | | | $1,647,568.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

### PAUL LOUISSAINT
**Case(s): 207 Clm No: 458 Clm. Amt: $30,474.87**

*Address Redacted*
**Date Filed: 10/25/2016**
**Claim Face Value: $30,474.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,474.87 | | $0.00 |
| | | | | $30,474.87 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## GLENN CORTES
**Case(s): 209 Clm No: 458 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## NESTOR RAFAEL AYALA
**Case(s): 209 Clm No: 459 Clm. Amt: $45,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KIUMARS SETAYESH
**Case(s): 207 Clm No: 459 Clm. Amt: $7,415.90**

*231 DUNCASTER ROAD*
*BLOOMFIELD, CT 06002*
**Date Filed: 10/26/2016**
**Claim Face Value: $7,415.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $7,415.90 | | $0.00 |
| | | | | $7,415.90 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## OMAR VERDINEZ
**Case(s): 208 Clm No: 459 Clm. Amt: $8,428.38**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $8,428.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $8,428.38 | | $0.00 |
| | | | | $8,428.38 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### RSR ELECTRONICS, INC.
### Case(s): 208 Clm No: 460 Clm. Amt: $1,590,291.89

*ATTN: AJIT GULATI*
*900 HART STREET*
*RAHWAY, NJ 07065*
**Date Filed: 1/26/2017**
**Claim Face Value: $1,590,291.89**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | 503(b)(9) | | | $69,543.69 | | $0.00 |
| 208 | UNS | | | $1,520,748.20 | | $0.00 |
| | | | | $1,590,291.89 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

### JENNIFER DENISE MCKINLEY
### Case(s): 207 Clm No: 460 Clm. Amt: $775.00

*Address Redacted*
**Date Filed: 10/26/2016**
**Claim Face Value: $775.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $775.00 | | $0.00 |
| | | | | $775.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### Akesha S Franks
### Case(s): 209 Clm No: 460 Clm. Amt: $25,480.72

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,480.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $25,480.72 | | $0.00 |
| | | | | $25,480.72 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ALEXIS MINGHIN NG
**Case(s): 209 Clm No: 461 Clm. Amt: $20,167.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,167.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | | | $0.00 |
| 209 | UNS | Disallowed | | $20,167.00 | | $0.00 |
| | | | | $20,167.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KENYA JEROME ALEXANDER
**Case(s): 207 Clm No: 461 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 10/27/2016**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ALLEGIANCY
**Case(s): 208 Clm No: 461 Clm. Amt: $1,361,495.79**

*ATTN: STEPHEN CELUCK*
*1100 BOULDERS PKWY*
*SUITE 605*
*RICHMOND, VA 23225*
**Date Filed: 1/26/2017**
**Claim Face Value: $1,361,495.79**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | | | $2,850.00 | | $0.00 |
| 208 | UNS | | | $1,358,645.79 | | $0.00 |
| | | | | $1,361,495.79 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | | 3877 | Objection Granted | 05/20/2020 | 3931 |

### Delia Quintanilla
**Case(s): 208 Clm No: 462 Clm. Amt: $2,500.00**

*1530 SW 152nd Pl*
*Miami, FL 33194*
**Date Filed: 1/26/2017**
**Claim Face Value: $2,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $2,500.00 | | $0.00 |
| | | | | $2,500.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

### MARSHALL VANORNUM
**Case(s): 207 Clm No: 462 Clm. Amt: $413.26**

*Address Redacted*
**Date Filed: 10/27/2016**
**Claim Face Value: $413.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $413.26 | | $0.00 |
| | | | | $413.26 | | $0.00 |

### FRESH START SERVICE SOLUTIONS
**Case(s): 209 Clm No: 462 Clm. Amt: $14,451.46**

*ATTN: FERDINANDO PEREZ*
*3005 S. LAMAR BLVD., STE D109-365*
*AUSTIN, TX 78704*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $14,451.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | 503(b)(9) | Disallowed | | | | $0.00 |
| 209 | PRI | Disallowed | | $14,451.46 | | $0.00 |
| | | | | $14,451.46 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

### CATHY A BROCK
**Case(s): 207 Clm No: 463 Clm. Amt: $21,400.00**

*102 WOODSIDE CIRCLE UNIT A*
*GREENVILLE, SC 29609*
**Date Filed: 10/27/2016**
**Claim Face Value: $21,400.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $2,200.00 | | $0.00 |
| 207 | UNS | Disallowed | | $19,200.00 | | $0.00 |
| | | | | $21,400.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

**CARLTON JONES**
**Case(s): 209 Clm No: 463 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TRT ENTERPRISES, LLC DBA STRATEGIC JANITORIAL SOLUTIONS**
**Case(s): 208 Clm No: 463 Clm. Amt: $5,389.45**

*C/O STRATEGIC JANITORIAL SOLUTIONS*
*ATTN: TINA NATOLI*
*14333 PROTON RD*
*DALLAS, TX 75244*
**Date Filed: 1/26/2017**
**Claim Face Value: $5,389.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $5,389.45 | | $0.00 |
| | | | | $5,389.45 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3879 | Objection Granted | 06/17/2020 | 3979 |

**VECTREN ENERGY DELIVERY**
**Case(s): 208 Clm No: 464 Clm. Amt: $101.11**

*ATTN: BANKRUPTCY*
*P.O. BOX 209*
*EVANSVILLE, IN 47702*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $101.11**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $101.11 | | $0.00 |
| | | | | $101.11 | | $0.00 |

**STEVEN KING**
**Case(s): 209 Clm No: 464 Clm. Amt: $86,622.92**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $86,622.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $86,622.92 | | $0.00 |
| | | | | $86,622.92 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MICHAEL JONES**

**Case(s): 207 Clm No: 464 Clm. Amt: $400.00**

*Address Redacted*
**Date Filed: 10/27/2016**
**Claim Face Value: $400.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $400.00 | | $0.00 |
| | | | | $400.00 | | $0.00 |

**CHAD PARK**

**Case(s): 207 Clm No: 465 Clm. Amt: $29,894.31**

*Address Redacted*
**Date Filed: 10/25/2016**
**Claim Face Value: $29,894.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | PRI | | | $29,894.31 | | $0.00 |
| | | | | $29,894.31 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SABREENA MIDDLEBROOKS**

**Case(s): 209 Clm No: 465 Clm. Amt: $8,673.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $8,673.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | PRI | Disallowed | | Unknown | Y | $0.00 |
| 209 | UNS | Disallowed | | $8,673.00 | | $0.00 |
| | | | | $8,673.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**VECTREN ENERGY DELIVERY**

**Case(s): 208 Clm No: 465 Clm. Amt: $119.29**

*ATTN: BANKRUPTCY*
*P.O. BOX 209*
*EVANSVILLE, IN 47702*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $119.29**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $119.29 | | $0.00 |
| | | | | $119.29 | | $0.00 |

## JPMORGAN CHASE BANK, N.A.
### Case(s): 208 Clm No: 466 Clm. Amt: $25,229.61

*ATTN: PATRICIA S. CARPEN*
*10 S. DEARBORN, 37TH FLOOR*
*CHICAGO, IL 60603*
**Date Filed: 1/26/2017**
**Amended By Clm #: 468**
**Claim Face Value: $25,229.61**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | SEC | | | $25,229.61 | | $0.00 |
| | | | | $25,229.61 | | $0.00 |

## JERRY M. BROWN
### Case(s): 209 Clm No: 466 Clm. Amt: $46,199.34

*27 OBRIEN GLENWAY*
*OSWEGO, NY 13126*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $46,199.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $46,199.34 | | $0.00 |
| | | | | $46,199.34 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## PAMELA COLEMAN-ADAMS
### Case(s): 207 Clm No: 466 Clm. Amt: $4,033.00

*Address Redacted*
**Date Filed: 10/25/2016**
**Claim Face Value: $4,033.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,033.00 | | $0.00 |
| | | | | $4,033.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## HUFCOR, INC.
### Case(s): 207 Clm No: 467 Clm. Amt: $676.00

*ATTN: APRIL WARTNER*
*2101 KENNEDY RD*
*JANESVILLE, WI 53545*
**Date Filed: 10/25/2016**
**Claim Face Value: $676.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $676.00 | | |
| | | | | $676.00 | | |

## MOSES CLARK
### Case(s): 209 Clm No: 467 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 2/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | SEC | Disallowed | | $0.00 | | $0.00 |
| 209 | UNS | Disallowed | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DAWN LUECK
### Case(s): 208 Clm No: 467 Clm. Amt: $11,880.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $11,880.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $11,880.00 | | $0.00 |
| | | | | $11,880.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JPMORGAN CHASE, N.A.
### Case(s): 208 Clm No: 468 Clm. Amt: $25,229.61

*C/O FROST BROWN TODD LLC*
*ATTN: EDWARD M. KING*
*400 W. MARKET ST, 32ND FLOOR*
*LOUISVILLE, KY 40202*
**Date Filed: 2/17/2017**
**Orig. Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Amending Clm #: 468**
**Amended By Clm #: 468**
**Claim Face Value: $25,229.61**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | SEC | | | $25,229.61 | | |
| | | | | $25,229.61 | | |

## CRYSTAL D. UNDERWOOD
### Case(s): 209 Clm No: 468 Clm. Amt: $59,108.00

*Address Redacted*
**Date Filed: 2/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $59,108.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $59,108.00 | | $0.00 |
| | | | | $59,108.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DSP ENTERPRISES BUILDING MAINTENANCE
### Case(s): 207 Clm No: 468 Clm. Amt: $3,800.00

*ATTN: GREGORY FINCH*
*945 EASTERN AVE.*
*SACRAMENTO, CA 95864*
**Date Filed: 10/25/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $3,800.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $3,800.00 | | $0.00 |
| | | | | $3,800.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## KRCW-TV
### Case(s): 207 Clm No: 469 Clm. Amt: $48,484.00

*ATTN: VICKI MORIN*
*1813 WESTLAKE AVE. N*
*SEATTLE, WA 98109*
**Date Filed: 10/25/2016**
**Claim Face Value: $48,484.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $48,484.00 | | |
| | | | | $48,484.00 | | |

## VICTORIA C. PYLES
### Case(s): 209 Clm No: 469 Clm. Amt: $47,108.00

*Address Redacted*
**Date Filed: 2/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $47,108.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $47,108.00 | | $0.00 |
| | | | | $47,108.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BLAKE ROBERT REGAN
### Case(s): 208 Clm No: 469 Clm. Amt: $74,500.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $74,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | SEC | | | Unknown | Y | $0.00 |
| 208 | UNS | | | $74,500.00 | | $0.00 |
| | | | | $74,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## VECTREN ENERGY DELIVERY
### Case(s): 208 Clm No: 470 Clm. Amt: $119.29

*ATTN: SHYANNE BERRIOS*
*P.O. BOX 209*
*EVANSVILLE, IN 47702*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $119.29**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $119.29 | | $0.00 |
| | | | | $119.29 | | $0.00 |

## KARI HEATH-SHULTZ
### Case(s): 209 Clm No: 470 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 2/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TRIBUNE TELEVISION NW
### Case(s): 207 Clm No: 470 Clm. Amt: $33,464.50

*KCPQ-TV*
*ATTN: VICKI MORIN*
*1813 WESTLAKE AVE. N*
*SEATTLE, WA 98109*
**Date Filed: 10/25/2016**
**Claim Face Value: $33,464.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $33,464.50 | | $0.00 |
| | | | | $33,464.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## EDGAR LOZANO
### Case(s): 207 Clm No: 471 Clm. Amt:

*Address Redacted*
**Date Filed: 10/27/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | 11/30/2018 | 3079 |

### DERRICK C. MARTIN
**Case(s): 209 Clm No: 471 Clm. Amt: $51,634.60**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $51,634.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $51,634.60 | | $0.00 |
| | | | | $51,634.60 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

### VECTREN ENERGY DELIVERY
**Case(s): 208 Clm No: 471 Clm. Amt: $12,754.27**

*ATTN: BANKRUPTCY*
*P.O. BOX 209*
*EVANSVILLE, IN 47702*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,754.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $12,754.27 | | $0.00 |
| | | | | $12,754.27 | | $0.00 |

### CAPITAL HEALTH ASSOCIATES L.P.
**Case(s): 208 Clm No: 472 Clm. Amt: $1,544,866.69**

*ATTN: SEAN YOUNGBLOOD*
*1000 MEADE STREET*
*DUNMORE, PA 18512*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,544,866.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $1,544,866.69 | | $0.00 |
| | | | | $1,544,866.69 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

### CAPITAL HEALTH ASSOCIATES L.P.
**Case(s): 209 Clm No: 472 Clm. Amt: $1,544,866.69**

*ATTN: SEAN YOUNGBLOOD*
*1000 MEADE STREET*
*DUNMORE, PA 18512*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,544,866.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $1,544,866.69 | | $0.00 |
| | | | | $1,544,866.69 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**DENA HEWITT-CAMERON**
**Case(s): 207 Clm No: 472 Clm. Amt: $6,500.00**

*1058 MIDDLEBROOKE DR.*
*CANTON, GA 30115*
**Date Filed: 10/25/2016**
**Claim Face Value: $6,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $6,500.00 | | $3,500.00 |
| | | | | $6,500.00 | | $3,500.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 09/03/2020 | 4052 | Objection Granted | 10/22/2020 | 4114 |

**APPLEONE EMPLOYMENT SERVICES, LTD**
**Case(s): 207 Clm No: 473 Clm. Amt: $9,459.00**

*ATTN: MARLENE YON*
*327 W BROADWAY*
*GLENDALE, CA 91204*
**Date Filed: 10/25/2016**
**Claim Face Value: $9,459.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $9,459.00 | | |
| | | | | $9,459.00 | | |

**DAVID T. MARTIN SR**
**Case(s): 209 Clm No: 473 Clm. Amt: $18,413.94**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $18,413.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $18,413.94 | | $0.00 |
| 209 | SEC | Disallowed | | Unknown | Y | $0.00 |
| | | | | $18,413.94 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

**JAMES JOHNSON**
**Case(s): 208 Clm No: 473 Clm. Amt: $20,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ANNA BARCENAS
### Case(s): 208 Clm No: 474 Clm. Amt: $1,235.17

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,235.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Allowed | | $1,235.17 | | $0.00 |
| | | | | $1,235.17 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 08/23/2022 | 79 | Objection Granted | 10/26/2022 | 82 |

## JESSICA L. DEW
### Case(s): 209 Clm No: 474 Clm. Amt:

*Address Redacted*
**Date Filed: 2/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BRANDON M. HOLLIS
### Case(s): 207 Clm No: 474 Clm. Amt: $10,000.00

*Address Redacted*
**Date Filed: 10/25/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## PRIORITY BUILDING SERVICES, LLC
### Case(s): 207 Clm No: 475 Clm. Amt: $2,331.98

*ATTN: KELLY S. ROCHA*
*521 MERCURY LANE*
*BREA, CA 92821*
**Date Filed: 10/25/2016**
**Claim Face Value: $2,331.98**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,331.98 | | $0.00 |
| | | | | $2,331.98 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## OLGA QUEVEDO
**Case(s): 209 Clm No: 475 Clm. Amt: $7,714.17**

*Address Redacted*
**Date Filed: 2/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $7,714.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $7,714.17 | | $0.00 |
| | | | | $7,714.17 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ALICIA NOTTER
**Case(s): 208 Clm No: 475 Clm. Amt: $9,952.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,952.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $9,952.00 | | $0.00 |
| | | | | $9,952.00 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## VERONICA DELVADA WILLIAMS
**Case(s): 208 Clm No: 476 Clm. Amt: $33,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $33,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $33,000.00 | | $0.00 |
| | | | | $33,000.00 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CT DEPARTMENT OF REVENUE SERVICES
**Case(s): 209 Clm No: 476 Clm. Amt: $250.00**

*ATTN: BANKRUPTCY TEAM*
*450 COLUMBUS BLVD., SUITE 1*
*HARTFORD, CT 06103*
**Date Filed: 2/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $250.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Allowed | | $250.00 | | $250.00 |
| | | | | $250.00 | | $250.00 |

## JET INDUSTRIES, INC
### Case(s): 207 Clm No: 476 Clm. Amt: $630.27

ATTN: BRAD BOX
1935 SILVERTON RD. NE
SALEM, OR 97301
**Date Filed:** 10/25/2016
**Claim Face Value:** $630.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $630.27 | | $0.00 |
| | | | | $630.27 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## MCL, INC.
### Case(s): 207 Clm No: 477 Clm. Amt: $494.50

ATTN: TONY HAMLIN
2730 E 62ND. ST
INDIANAPOLIS, IN 46220
**Date Filed:** 10/25/2016
**Claim Face Value:** $494.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $494.50 | | |
| | | | | $494.50 | | |

## KAVITHA VALLIAPPAN
### Case(s): 209 Clm No: 477 Clm. Amt: $9,823.09

8 HOUGANG STREET 92 TOWER 4
#07-01 REGENTVILLE
SINGAPORE -538686
**Date Filed:** 2/3/2017
**Bar Date:** 1/30/2017
**Claim Face Value:** $9,823.09

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $9,823.09 | | $0.00 |
| | | | | $9,823.09 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## Brightview Landscape Services
### Case(s): 208 Clm No: 477 Clm. Amt: $1,942.16

Attn: Tomas Kuehn
27001 Agoura Rd
Calabasas, CA 91301
**Date Filed:** 1/26/2017
**Bar Date:** 1/30/2017
**Claim Face Value:** $1,942.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $1,942.16 | | $0.00 |
| | | | | $1,942.16 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## TIMOTHY BICKEL
### Case(s): 208 Clm No: 478 Clm. Amt: $1,822.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,822.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $1,822.00 | | $0.00 |
| | | | | $1,822.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## INFOSTORE
### Case(s): 207 Clm No: 478 Clm. Amt: $1,030.00

*ATTN: MARK RIGGS*
*P.O. BOX 1150*
*GROVE CITY, OH 43123*
**Date Filed: 10/27/2016**
**Claim Face Value: $1,030.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 207 | UNS | Disallowed | | $1,030.00 | | $0.00 |
| | | | | $1,030.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3709 | Objection Granted | 01/15/2020 | 3771 |

## VOIDED CLAIM - CLAIM CREATED IN ERROR
### Case(s): Clm No: 478 Clm. Amt:

**Date Filed:**
**Bar Date: 1/30/2017**
**Claim Face Value:**

## CLAUDIA ULLOA
### Case(s): 207 Clm No: 479 Clm. Amt: $9,552.33

*Address Redacted*
**Date Filed: 10/25/2016**
**Claim Face Value: $9,552.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $9,552.33 | | $0.00 |
| | | | | $9,552.33 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**RUIZHONG WANG**

**Case(s): 208 Clm No: 479 Clm. Amt: $9,146.90**

*5736 FAIRBOURNE COURT*
*CARMEL, IN 46033*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,146.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | | | $9,146.90 | | $0.00 |
| | | | | $9,146.90 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**VICTOR L. GUMBS**

**Case(s): 209 Clm No: 479 Clm. Amt: $58,912.32**

*Address Redacted*
**Date Filed: 2/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $58,912.32**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| 209 | UNS | Disallowed | | $46,062.32 | | $0.00 |
| | | | | $58,912.32 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**College Publications, Inc**

**Case(s): 209 Clm No: 480 Clm. Amt: $995.00**

*(NHTI Athletic Calendar)*
*c/o College Publications*
*Attn: Tim Neece*
*9 Dartmouth Dr, Bldg 3*
*Marshalls Creek, PA 18335*
**Date Filed: 2/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $995.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Allowed | | $995.00 | | $995.00 |
| | | | | $995.00 | | $995.00 |

**FEDERAL INSURANCE COMPANY**

**Case(s): 208 Clm No: 480 Clm. Amt:**

*C/O DUANE MORRIS LLP*
*ATTN: WENDY M. SIMKULAK*
*30 S. 17TH STREET*
*PHILADELPHIA, PA 19103*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | ADM | Withdrawn | | | | $0.00 |
| 208 | UNS | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

## RUTHERFORD SUPPLY CORP
### Case(s): 207 Clm No: 480 Clm. Amt: $1,858.01

*ATTN: DAWN B. SULLIVAN*
*1101 E LABURNUM AVE.*
*RICHMOND, VA 23222*
**Date Filed: 10/25/2016**
**Claim Face Value: $1,858.01**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $1,858.01 | | |
| | | | | $1,858.01 | | |

## THOMAS BONNER
### Case(s): 207 Clm No: 481 Clm. Amt: $251.95

*6905 TAYLORS VALLEY CREEK DR*
*TEMPLE, TX 76502*
**Date Filed: 10/27/2016**
**Claim Face Value: $251.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $251.95 | | $0.00 |
| | | | | $251.95 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## ACE AMERICAN INSURANCE COMPANY
### Case(s): 208 Clm No: 481 Clm. Amt:

*C/O DUANE MORRIS LLP*
*ATTN: WENDY M. SIMKULAK*
*30 S. 17TH STREET*
*PHILADELPHIA, PA 19103*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $26,983.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | ADM | Withdrawn | | Unknown | Y | $0.00 |
| 208 | SEC | Withdrawn | | Unknown | Y | $0.00 |
| 208 | UNS | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

## GERTRUDE CECILIA NELSON
### Case(s): 209 Clm No: 481 Clm. Amt: $6,654.00

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,654.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $6,654.00 | | $0.00 |
| | | | | $6,654.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

### THIERRY JACOBSOONE
#### Case(s): 209 Clm No: 482 Clm. Amt: $1,204.00

*12245 JOSEPH-CASAVANT STREET*
*MTL, QC H3M 2C7*
*CANADA*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,204.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $1,204.00 | | $0.00 |
| | | | | $1,204.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

### INDEMNITY INSURANCE COMPANY OF NORTH AMERICA
#### Case(s): 208 Clm No: 482 Clm. Amt:

*C/O DUANE MORRIS LLP*
*ATTN: WENDY M. SIMKULAK*
*30 S. 17TH STREET*
*PHILADELPHIA, PA 19103*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $26,983.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | ADM | Withdrawn | | Unknown | Y | $0.00 |
| 208 | SEC | Withdrawn | | Unknown | Y | $0.00 |
| 208 | UNS | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

### COBALT SECURITY SERVICES, INC.
#### Case(s): 207 Clm No: 482 Clm. Amt: $2,007.10

*ATTN: ANDREW ESSEFF*
*2625 TOWNSGATE RD. STE. 330*
*WESTLAKE VILLAGE, CA 91361*
**Date Filed: 10/25/2016**
**Claim Face Value: $2,007.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,007.10 | | |
| | | | | $2,007.10 | | |

### WESTPLEX LTD PARTNERSHIP III
#### Case(s): 207 Clm No: 483 Clm. Amt: $248,713.26

*ATTN: JEFF CIZEK*
*15740 WEST CENTER ROAD*
*OMAHA, NE 68130*
**Date Filed: 10/28/2016**
**Claim Face Value: $248,713.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $248,713.26 | | |
| | | | | $248,713.26 | | |

### PACIFIC EMPLOYERS INSURANCE COMPANY
**Case(s): 208 Clm No: 483 Clm. Amt:**

*C/O DUANE MORRIS LLP*
*ATTN: WENDY M. SIMKULAK*
*30 S. 17TH STREET*
*PHILADELPHIA, PA 19103*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $26,983.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | ADM | Withdrawn | | Unknown | Y | $0.00 |
| 208 | SEC | Withdrawn | | Unknown | Y | $0.00 |
| 208 | UNS | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

#### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *PACIFIC EMPLOYERS INSURANCE COMPANY*<br>*C/O CHUBB*<br>*ATTN: THOMAS A. GROVES*<br>*1 BEAVER VALLEY ROAD*<br>*WILMINGTON, DE 19803* | | | |

### LOOMIS
**Case(s): 209 Clm No: 483 Clm. Amt: $914.95**

*2500 CITY WEST BLVD*
*SUITE 2300*
*HOUSTON, TX 77042*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $914.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Allowed | | $914.95 | | $914.95 |
| | | | | $914.95 | | $914.95 |

### NEVADA POWER COMPANY DBS NV ENERGY
**Case(s): 209 Clm No: 484 Clm. Amt: $14,822.26**

*ATTN: SUSANA M. GARCIA*
*P.O. BOX 10100*
*RENO, NV 89520*
**Date Filed: 2/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $14,822.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $14,822.26 | | $0.00 |
| | | | | $14,822.26 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

### WESTCHESTER FIRE INSURANCE COMPANY
**Case(s): 208 Clm No: 484 Clm. Amt:**

*C/O DUANE MORRIS LLP*
*ATTN: WENDY M. SIMKULAK*
*30 S. 17TH STREET*
*PHILADELPHIA, PA 19103*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $26,983.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | ADM | Withdrawn | | Unknown | Y | $0.00 |
| 208 | SEC | Withdrawn | | Unknown | Y | $0.00 |
| 208 | UNS | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

## HATCH STAFFING SERVICES
**Case(s): 207 Clm No: 484 Clm. Amt: $130.80**

*ATTN: ELSA M. MEDRANO*
*700 WEST VIRGINIA ST. STE. 400*
*MILWAUKEE, WI 53204*
**Date Filed: 10/25/2016**
**Claim Face Value: $130.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $130.80 | | |
| | | | | $130.80 | | |

## CUYAHOGA VENDING
**Case(s): 207 Clm No: 485 Clm. Amt: $1,573.22**

*ATTN: MARK PAYDOCK*
*14250 S INDUSTRIAL AVE. STE. 104*
*MAPLE HEIGHTS, OH 44137*
**Date Filed: 10/25/2016**
**Claim Face Value: $1,573.22**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $1,573.22 | | |
| | | | | $1,573.22 | | |

## WANDA CRUZ
**Case(s): 208 Clm No: 485 Clm. Amt: $3,500.00**

*26155 SW DUCT*
*HOMESTEAD, FL 33032*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $3,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $3,500.00 | | $0.00 |
| | | | | $3,500.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

## AIRSTRON, INC.
**Case(s): 209 Clm No: 485 Clm. Amt: $3,379.50**

*ATTN: JAMIE P. PASCUCCI*
*1559 S.W. 21 AVENUE*
*FT. LAUDERDALE, FL 33312*
**Date Filed: 2/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $3,379.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $3,379.50 | | $0.00 |
| | | | | $3,379.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## ALEXANA HOME FULL SERVICE
### Case(s): 208 Clm No: 486 Clm. Amt: $8,964.52

*ATTN: ALEJANDRO J. MEJIA*
*321 SE 17 TER.*
*CAPE CORAL, FL 33990*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $8,964.52**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $8,964.52 | | $0.00 |
| | | | | $8,964.52 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## ALIREZA TALEBIZADEH
### Case(s): 207 Clm No: 486 Clm. Amt: $1,890.00

*611 EAGLECREEK DR*
*LEANDER, TX 78641*
**Date Filed: 10/27/2016**
**Claim Face Value: $1,890.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $1,890.00 | | $0.00 |
| | | | | $1,890.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## PALACE THEATRE TRUST
### Case(s): 209 Clm No: 486 Clm. Amt: $495.00

*ATTN: BETH MORTENSEN*
*80 HANOVER STREET*
*MANCHESTER, NH 03101*
**Date Filed: 2/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $495.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Allowed | | $495.00 | | $495.00 |
| | | | | $495.00 | | $495.00 |

## MARIAH SPRIGGSBRUCE
### Case(s): 209 Clm No: 487 Clm. Amt: $1,100.00

*Address Redacted*
**Date Filed: 2/16/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,100.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $1,100.00 | | $0.00 |
| | | | | $1,100.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

**SCIENTIFIC INSECT CONTROL**

**Case(s): 207 Clm No: 487 Clm. Amt: $150.00**

*ATTN: RONALD LINGENFELDER*
*PO BOX 164*
*GLYNDON, MD 21071*
**Date Filed: 10/25/2016**
**Claim Face Value: $150.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $150.00 | | |
| | | | | $150.00 | | |

**BRIAN KEISER**

**Case(s): 208 Clm No: 487 Clm. Amt: $9,519.12**

*75-6158 HAKU MELE ST.*
*KAILUA-KONA, HI 96740*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,519.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $9,519.12 | | $0.00 |
| | | | | $9,519.12 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**GRANT BANGERTER**

**Case(s): 208 Clm No: 488 Clm. Amt: $5,000.00**

*1502 EAST HARRIER STREET*
*EAGLE MOUNTAIN, UT 84005*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | PRI | Disallowed | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

**FIRE EQUIPMENT CO. INC.**

**Case(s): 207 Clm No: 488 Clm. Amt: $63.00**

*ATTN: RAYMOND L. BRACE JR.*
*20100 JOHN R ST.*
*DETROIT, MI 48203*
**Date Filed: 10/25/2016**
**Claim Face Value: $63.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $63.00 | | |
| | | | | $63.00 | | |

**MARION MCNEILLIE, JEFFREY MCNEILLIE, KYLE GROOM**
**Case(s): 209 Clm No: 488 Clm. Amt: $100,000.00**

*Address Redacted*
**Date Filed: 2/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $100,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $100,000.00 | | $0.00 |
| | | | | $100,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JESUS MARCANO**
**Case(s): 209 Clm No: 489 Clm. Amt: $4,000.00**

*Address Redacted*
**Date Filed: 2/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $4,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $4,000.00 | | $0.00 |
| | | | | $4,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BOSTON CLEANING CO. INC**
**Case(s): 207 Clm No: 489 Clm. Amt: $6,337.28**

*ATTN: PAUL PASQUALE*
*150P NEW BOSTON ST.*
*WOBURN, MA 01801*
**Date Filed: 10/25/2016**
**Claim Face Value: $6,337.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $6,337.28 | | $0.00 |
| | | | | $6,337.28 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## VINSON LONGLEY
### Case(s): 208 Clm No: 489 Clm. Amt:

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 208 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## JUSTIN D GOODYEAR
### Case(s): 208 Clm No: 490 Clm. Amt: $6,886.46

*232 S MISSISSIPPI AVE*
*MORTON, IL 61550*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,886.46**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 208 | UNS | Disallowed | | $6,886.46 | | $0.00 |
| | | | | | $6,886.46 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## FUJIA LU
### Case(s): 207 Clm No: 490 Clm. Amt: $515.38

*5 ECLIPSE LANE*
*SALEM, MA 01970*
**Date Filed: 10/25/2016**
**Claim Face Value: $515.38**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | Disallowed | | $515.38 | | $0.00 |
| | | | | | $515.38 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed against wrong company | 02/18/2022 | 4613 | Objection Granted | 03/31/2022 | 4730 |

## MATTHEW ROBERT WATERSTRADT
### Case(s): 209 Clm No: 490 Clm. Amt: $12,120.73

*Address Redacted*
**Date Filed: 3/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,120.73**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 209 | UNS | Disallowed | | $12,120.73 | | $0.00 |
| | | | | | $12,120.73 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JON DONOHUE**
**Case(s): 209 Clm No: 491 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 3/9/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**SOPHIA JOHNSON**
**Case(s): 207 Clm No: 491 Clm. Amt: $94.63**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *95 DAVE ST*<br>*MANCHESTER, NH 03104*<br>**Date Filed: 10/25/2016**<br>**Claim Face Value: $94.63** | | | | | | | |
| | 207 | PRI | Disallowed | | $94.63 | | $0.00 |
| | | | | | $94.63 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed against wrong company | 02/18/2022 | 4613 | Objection Granted | 03/31/2022 | 4730 |

**SARA JO SCHMIDT**
**Case(s): 208 Clm No: 491 Clm. Amt: $1,500.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/28/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $1,500.00** | | | | | | | |
| | 208 | UNS | Disallowed | | $1,500.00 | | $0.00 |
| | | | | | $1,500.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**MALACHI C. LITTLE**
**Case(s): 208 Clm No: 492 Clm. Amt: $7,500.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/28/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $7,500.00** | | | | | | | |
| | 208 | PRI | | | $7,500.00 | | $0.00 |
| | | | | | $7,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## CATHERINE A. CONNELL
### Case(s): 207 Clm No: 492 Clm. Amt: $151.30

*10 TATE ST.*
*HUDSON, NH 03051*
**Date Filed: 10/25/2016**
**Claim Face Value: $151.30**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $151.30 | | $0.00 |
| | | | | $151.30 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 02/18/2022 | 4613 | Objection Granted | 03/31/2022 | 4730 |

## OHIO DEPARTMENT OF COMMERCE DIVISION OF UNCLAIMED FUNDS
### Case(s): 209 Clm No: 492 Clm. Amt:

*ATTN: YAW OBENG*
*77 S. HIGH ST., 20TH FL*
*COLUMBUS, OH 43215*
**Date Filed: 3/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 04/13/2021 | 64 | Objection Granted | 05/20/2021 | 82 |

## RODDRICK C. GOODJOHN III
### Case(s): 209 Clm No: 493 Clm. Amt: $45,000.00

*Address Redacted*
**Date Filed: 3/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MCGRAW-HILL EDUCATION, INC.
### Case(s): 207 Clm No: 493 Clm. Amt: $23,103.12

*ATTN: MAX IVANOW*
*104 WINDSOR CENTER DR.*
*EAST WINDSOR, NJ 08520*
**Date Filed: 10/25/2016**
**Claim Face Value: $23,103.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $23,103.12 | | $0.00 |
| | | | | $23,103.12 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**RONNYE BERNICE STEWART**
**Case(s): 208 Clm No: 493 Clm. Amt: $49,916.42**

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $49,916.42**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $49,916.42 | | $0.00 |
| | | | | $49,916.42 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**WHITNEY LESHEA KING**
**Case(s): 208 Clm No: 494 Clm. Amt: $19,018.00**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $19,018.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $19,018.00 | | $0.00 |
| | | | | $19,018.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CLINE'S AIR CONDITIONING SERVICE, INC.**
**Case(s): 207 Clm No: 494 Clm. Amt: $1,346.25**

*ATTN: HELEN ELIZABETH BLYTON*
*PO BOX 4363*
*SPOKANE, WA 99202*
**Date Filed: 10/25/2016**
**Claim Face Value: $1,346.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,346.25 | | |
| | | | | $1,346.25 | | |

**RODDRICK C. GOODJOHN III**
**Case(s): 209 Clm No: 494 Clm. Amt: $17,000.00**

*Address Redacted*
**Date Filed: 3/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $17,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $17,000.00 | | $0.00 |
| | | | | $17,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## RODDRICK C. GOODJOHN III
### Case(s): 209 Clm No: 495 Clm. Amt: $17,000.00

*Address Redacted*
**Date Filed: 3/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $17,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $17,000.00 | | $0.00 |
| | | | | $17,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MARCELLA Y. ARELLANO
### Case(s): 207 Clm No: 495 Clm. Amt: $35,000.00

*Address Redacted*
**Date Filed: 10/26/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $35,000.00 | | $0.00 |
| | | | | $35,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## VERONICA WOODFORD
### Case(s): 208 Clm No: 495 Clm. Amt: $7,175.31

*10107 CENTRAL STREET*
*APT 208*
*KANSAS CITY, MO 64114*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $7,175.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | PRI | Disallowed | | $7,175.31 | | $0.00 |
| | | | | $7,175.31 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

## WILLIAM R. MARQUIS
### Case(s): 207 Clm No: 496 Clm. Amt: $161.58

*15 MARTIN ST. APT. 2*
*MANCHESTER, NH 03103*
**Date Filed: 10/25/2016**
**Claim Face Value: $161.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $161.58 | | $0.00 |
| | | | | $161.58 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 02/18/2022 | 4613 | Objection Granted | 03/31/2022 | 4730 |

## CESAR LOPEZ
### Case(s): 209 Clm No: 496 Clm. Amt: $20,770.87

*Address Redacted*
**Date Filed: 3/14/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,770.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $20,770.87 | | $0.00 |
| | | | | $20,770.87 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ANTHONY KRAUSE
### Case(s): 208 Clm No: 496 Clm. Amt: $53,222.67

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $53,222.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $53,222.67 | | $0.00 |
| | | | | $53,222.67 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JADE DIXON
### Case(s): 208 Clm No: 497 Clm. Amt:

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## UNITED STATES ON BEHALF OF U.S. DEPARTMENT OF EDUCATION
### Case(s): 209 Clm No: 497 Clm. Amt: $1,544,738.11

*ATTN: DAVID DECELLES*
*P.O. BOX 875*
*BEN FRANKLIN STATION*
*WASHNGTON, DC 20044*
**Date Filed: 3/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,544,738.11**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Allowed | | $1,544,738.11 | | $1,544,738.11 |
| | | | | $1,544,738.11 | | $1,544,738.11 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 06/25/2020 | 3999 | Objection Granted | 07/20/2020 | 4014 |

**JEREMY JOHN MURPHY**

**Case(s): 207 Clm No: 497 Clm. Amt: $481.19**

*1 EASTMEADOW WAY*
*MANCHESTER, NH 03109*
**Date Filed: 10/25/2016**
**Claim Face Value: $481.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $481.19 | | $0.00 |
| | | | | $481.19 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 02/18/2022 | 4613 | Objection Granted | 03/31/2022 | 4730 |

**LESLIE REED**

**Case(s): 207 Clm No: 498 Clm. Amt: $1,629.00**

*Address Redacted*
**Date Filed: 10/25/2016**
**Claim Face Value: $1,629.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,629.00 | | $0.00 |
| | | | | $1,629.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**SHEILA WILLIAMS**

**Case(s): 209 Clm No: 498 Clm. Amt: $52,857.67**

*Address Redacted*
**Date Filed: 3/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $52,857.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $52,857.67 | | $0.00 |
| | | | | $52,857.67 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BRANDON L. CLARK**
**Case(s): 208 Clm No: 498 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**VALERIA JOHNSON**
**Case(s): 208 Clm No: 499 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ABRAM MOODY**
**Case(s): 209 Clm No: 499 Clm. Amt: $31,649.86**

*Address Redacted*
**Date Filed: 3/14/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $31,649.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $31,649.86 | | $0.00 |
| | | | | $31,649.86 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LYNNETTE WILLIAMS
**Case(s): 207 Clm No: 499 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 10/25/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $50.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BRIGHTLIGHTS LED'S INC.
**Case(s): 207 Clm No: 500 Clm. Amt: $281.22**

*ATTN: ERIC S. JOHNSON*
*3720 SUNLAND LANE*
*ESTERO, FL 33928*
**Date Filed: 10/25/2016**
**Claim Face Value: $281.22**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $281.22 | | |
| | | | | $281.22 | | |

## THE STEPHEN PHILLIPS MEMORIAL SCHOLARSHIP FUND, INC.
**Case(s): 209 Clm No: 500 Clm. Amt: $4,500.00**

*ATTN: BARBARA WELLES ILER*
*27 FLINT STREET*
*SALEM, MA 01970*
**Date Filed: 3/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $4,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Allowed | | $4,500.00 | | $4,500.00 |
| | | | | $4,500.00 | | $4,500.00 |

## BRANDON HAYES
**Case(s): 208 Clm No: 500 Clm. Amt: $35,000.00**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $35,000.00 | | $0.00 |
| | | | | $35,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## RICHARD CRADDOCK
**Case(s): 208 Clm No: 501 Clm. Amt: $35,435.16**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,435.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $35,435.16 | | $0.00 |
| | | | | $35,435.16 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CITY OF TEMPE
**Case(s): 209 Clm No: 501 Clm. Amt: $1,840.33**

*ATTN: SONIA BLAIN, ESQ.*
*21 E SIXTH STREET #201*
*TEMPE, AZ 85281*
**Date Filed: 3/21/2017**
**Bar Date: 3/15/2017**
**Claim Face Value: $1,840.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $1,840.33 | | $0.00 |
| | | | | $1,840.33 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## TOCCARA PRECIOUS CLAY
**Case(s): 207 Clm No: 501 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed: 10/25/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## GRANITE STATE GLASS
**Case(s): 207 Clm No: 502 Clm. Amt: $562.00**

*ATTN: PATRICK J MARCOTTE*
*4 AVIATION DR.*
*GILFORD, NH 03249*
**Date Filed: 10/25/2016**
**Claim Face Value: $562.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $562.00 | | $0.00 |
| | | | | $562.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## AUSTIN RYDZEWSKI
### Case(s): 208 Clm No: 502 Clm. Amt: $399,595.90

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $399,595.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $399,595.90 | | $0.00 |
| | | | | $399,595.90 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TREVOR BOBO
### Case(s): 209 Clm No: 502 Clm. Amt: $48,829.16

*Address Redacted*
**Date Filed: 3/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $48,829.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $48,829.16 | | $0.00 |
| | | | | $48,829.16 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KARRI HEDDEN
### Case(s): 208 Clm No: 503 Clm. Amt:

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**FIELDEN HENDRY-SMITH**
**Case(s): 207 Clm No: 503 Clm. Amt: $1,400.00**

*Address Redacted*
**Date Filed: 10/25/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,400.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,400.00 | | $0.00 |
| | | | | $1,400.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**JAMES GRAY**
**Case(s): 209 Clm No: 503 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 4/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**KYLE QUISENBERRY**
**Case(s): 209 Clm No: 504 Clm. Amt: $62,572.63**

*Address Redacted*
**Date Filed: 4/22/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $62,572.63**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $62,572.63 | | $0.00 |
| | | | | $62,572.63 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**CERTIFIED RECORDS MANAGEMENT**
**Case(s): 207 Clm No: 504 Clm. Amt: $439.20**

*ATTN: SEAN KELLEY*
*7880 CROSSWAY DR.*
*PICO RIVERA, CA 90660*
**Date Filed: 10/25/2016**
**Claim Face Value: $439.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $439.20 | | |
| | | | | $439.20 | | |

**HELEN KRONE**

**Case(s): 208 Clm No: 504 Clm. Amt: $14,424.00**

*PO BOX 201252*
*BLOOMINGTON, MN 55420*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $14,424.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $14,424.00 | | $0.00 |
| | | | | $14,424.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 08/23/2022 | 79 | Objection Granted | 10/26/2022 | 82 |

**LIRONG LIN**

**Case(s): 208 Clm No: 505 Clm. Amt: $7,017.70**

*33 FAWN RIDGE RD*
*HENRIETTA, NY 14467*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $7,017.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $7,017.70 | | $0.00 |
| | | | | $7,017.70 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**GREENVILLE WATER**

**Case(s): 207 Clm No: 505 Clm. Amt: $18.22**

*ATTN: KATHY E. REEDER*
*P O BOX 687*
*GREENVILLE, SC 29602-0687*
**Date Filed: 10/25/2016**
**Claim Face Value: $18.22**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $18.22 | | |
| | | | | $18.22 | | |

**ELIZABETH HICKS**

**Case(s): 209 Clm No: 505 Clm. Amt: $41,540.59**

*Address Redacted*
**Date Filed: 4/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $41,540.59**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $41,540.59 | | $0.00 |
| | | | | $41,540.59 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TREVOR JERMAINE CHRISTIAN**
**Case(s): 209 Clm No: 506 Clm. Amt:**

*Address Redacted*
**Date Filed: 5/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**The Training Associates Corp**
**Case(s): 207 Clm No: 506 Clm. Amt: $3,750.00**

*Attn: Elizabeth A Malone*
*11 Apex Dr, Ste 202A*
*Marlborough, MA 01752*
**Date Filed: 10/25/2016**
**Claim Face Value: $3,750.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $3,750.00 | | |
| | | | | | $3,750.00 | | |

**Akesha S Franks**
**Case(s): 208 Clm No: 506 Clm. Amt: $12,403.00**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,403.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 208 | 503(b)(9) | | | Unknown | Y | $0.00 |
| | 208 | UNS | | | $12,403.00 | | $0.00 |
| | | | | | $12,403.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**Samuel DeBella**
**Case(s): 208 Clm No: 507 Clm. Amt: $6,780.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,780.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 208 | UNS | | | $6,780.00 | | $0.00 |
| | | | | | $6,780.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### GREENVILLE WATER
**Case(s): 207 Clm No: 507 Clm. Amt: $364.54**

*ATTN: KATHY E. REEDER*
*P O BOX 687*
*GREENVILLE, SC 29602-0687*
**Date Filed: 10/25/2016**
**Claim Face Value: $364.54**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $364.54 | | |
| | | | | $364.54 | | |

### PHYLLIS SCHERER
**Case(s): 209 Clm No: 507 Clm. Amt: $9,711.00**

*Address Redacted*
**Date Filed: 5/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,711.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $9,711.00 | | $0.00 |
| | | | | $9,711.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### JOSIAH HILL
**Case(s): 209 Clm No: 508 Clm. Amt: $8,235.56**

*Address Redacted*
**Date Filed: 7/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $8,235.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $8,235.56 | | $0.00 |
| | | | | $8,235.56 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### GREENVILLE WATER
**Case(s): 207 Clm No: 508 Clm. Amt: $356.12**

*ATTN: KATHY E. REEDER*
*P O BOX 687*
*GREENVILLE, SC 29602-0687*
**Date Filed: 10/25/2016**
**Claim Face Value: $356.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $356.12 | | |
| | | | | $356.12 | | |

## ZHU TIAN
**Case(s): 208 Clm No: 508 Clm. Amt: $5,293.94**

*33 FAWN RIDGE RD*
*HENRIETTA, NY 14467*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,293.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $5,293.94 | | $0.00 |
| | | | | $5,293.94 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|--------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## NICOLE WINTERS
**Case(s): 208 Clm No: 509 Clm. Amt: $10,767.45**

*15104 Redwood St*
*Omaha, NE 68138*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,767.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $10,767.45 | | $0.00 |
| | | | | $10,767.45 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|--------------|-----------------|
| Filed against wrong company | 08/23/2022 | 79 | Objection Granted | 10/26/2022 | 82 |

## DEVON MCGUIRK
**Case(s): 207 Clm No: 509 Clm. Amt: $68.93**

*Address Redacted*
**Date Filed: 10/27/2016**
**Claim Face Value: $68.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | | | $68.93 |
| 207 | UNS | | | $68.93 | | $0.00 |
| | | | | $68.93 | | $68.93 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|--------------|-----------------|
| Different class | 11/17/2022 | 5044 | Objection Granted | 12/13/2022 | 5075 |

## CARRIE LANCASTER
**Case(s): 209 Clm No: 509 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 8/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|--------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SANDRA LUZ YZAGUIRRE**
**Case(s): 209 Clm No: 510 Clm. Amt:**

*Address Redacted*
**Date Filed: 8/16/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**OUBE, NAJTV, HOUSTON OPCO, LLC**
**Case(s): 207 Clm No: 510 Clm. Amt: $20,179.00**

*ATTN: VIRGINIA MCMINN*
*2401 FOUNTAIN VIEW DR. STE. 300*
*HOUSTON, TX 77057*
**Date Filed: 10/25/2016**
**Claim Face Value: $20,179.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,179.00 | | |
| | | | | $20,179.00 | | |

**EDGAR CHAVEZ**
**Case(s): 208 Clm No: 510 Clm. Amt: $186,516.24**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $183,663.24**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | 503(b)(9) | Disallowed | | $12,850.00 | | $0.00 |
| 208 | PRI | Disallowed | | $173,666.24 | | $0.00 |
| | | | | $186,516.24 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

**VOIDED CLAIM - CLAIM CREATED IN ERROR**
**Case(s): Clm No: 511 Clm. Amt:**

**Date Filed:**
**Bar Date: 1/30/2017**
**Claim Face Value:**

**KUBE, NRJ TV, HOUSTON OPCO, LLC**
**Case(s): 207 Clm No: 511 Clm. Amt: $15,984.25**

*ATTN: VIRGINIA MCMINN*
*2401 FOUNTAIN VIEW DR. STE 300*
*HOUSTON, TX 77057*
**Date Filed: 10/25/2016**
**Claim Face Value: $15,984.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $15,984.25 | | |
| | | | | $15,984.25 | | |

**FRANCHISE TAX BOARD**
**Case(s): 209 Clm No: 511 Clm. Amt: $829.28**

*C/O BANKRUPTCY SECTION MS A340*
*PO BOX 2952*
*SACRAMENTO, CA 95812-2952*
**Date Filed: 8/17/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $829.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | ADM | Disallowed | | $829.28 | | $0.00 |
| | | | | $829.28 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 04/21/2021 | 68 | Objection Granted | 06/23/2021 | 90 |

**CALEB JERRELL KEIRSEY**
**Case(s): 209 Clm No: 512 Clm. Amt: $101,529.39**

*Address Redacted*
**Date Filed: 9/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $101,529.39**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $101,529.39 | | $0.00 |
| | | | | $101,529.39 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MIKE E. BRADY**
**Case(s): 207 Clm No: 512 Clm. Amt: $5,000.00**

*Address Redacted*
**Date Filed: 10/25/2016**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4626 | Objection Granted | 04/25/2022 | 4812 |

## JAZMYN MCKINNEY
### Case(s): 208 Clm No: 512 Clm. Amt: $20,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DANNA RUSSELL
### Case(s): 208 Clm No: 513 Clm. Amt: $250,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $250,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $250,000.00 | | $0.00 |
| | | | | $250,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BRENDA HARRINGTON
### Case(s): 207 Clm No: 513 Clm. Amt: $1,404.79

*11112 CHERRY LAKE COURT*
*INDIANAPOLIS, IN 46235*
**Date Filed: 10/27/2016**
**Claim Face Value: $1,404.79**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $1,404.79 | | |
| | | | | $1,404.79 | | |

## PARADIGM PLUMBING HEATING & AIR CONDITIONING
### Case(s): 209 Clm No: 513 Clm. Amt: $5,989.59

*ATTN: CARA L. MALOREY*
*8 INDUSTRIAL PARK DR., UNIT 12*
*HOOKSETT, NH 03106*
**Date Filed: 10/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,989.59**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Allowed | | $5,989.59 | | $5,989.59 |
| | | | | $5,989.59 | | $5,989.59 |

## MISSISSIPPI DEPARTMENT OF REVENUE
**Case(s): 209 Clm No: 514 Clm. Amt: $0.00**

*ATTN: BANKRUPTCY SECTION*
*P.O. BOX 22808*
*JACKSON, MS 39225-2808*
**Date Filed: 10/12/2018**
**Orig. Date Filed: 11/28/2017**
**Bar Date: 1/30/2017**
**Amending Clm #: 514**
**Amended By Clm #: 514**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Allowed | | $0.00 | | $0.00 |
| 209 | SEC | Allowed | | $0.00 | Y | $0.00 |
| | | | | $0.00 | | $0.00 |

## JOSEPH DAVIS
**Case(s): 207 Clm No: 514 Clm. Amt: $166.64**

*Address Redacted*
**Date Filed: 10/27/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $166.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $166.64 | | $0.00 |
| | | | | $166.64 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## Akesha S Franks
**Case(s): 208 Clm No: 514 Clm. Amt: $25,480.72**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,480.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $25,480.72 | | $0.00 |
| | | | | $25,480.72 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SHAYNE SNEED
**Case(s): 208 Clm No: 515 Clm. Amt: $300,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $300,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $300,000.00 | | $0.00 |
| | | | | $300,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | 11/30/2018 | 3079 |

## KTNV
### Case(s): 207 Clm No: 515 Clm. Amt: $3,825.00

*ATTN: WILLIAM LEON*
*312 WALNUT STREET*
*CINCINNATI, OH 45202*
**Date Filed: 10/28/2016**
**Claim Face Value: $3,825.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $3,825.00 | | $0.00 |
| | | | | $3,825.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## NEW HAMPSHIRE DEPARTMENT
### Case(s): 209 Clm No: 515 Clm. Amt: $6,293.75

*OF LEGAL REVENUE ADMINISTRATION*
*C/O LEGAL BUREAU*
*ATTN: SHAUN P. THOMAS*
*P.O. BOX 457*
*CONCORD, NH 03302-0457*
**Date Filed: 12/8/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,293.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | ADM | Disallowed | | $6,293.75 | | $0.00 |
| | | | | $6,293.75 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

## NEW HAMPSHIRE DEPT OF REVENUE ADMIN
### Case(s): 209 Clm No: 516 Clm. Amt: $6,293.75

*C/O LEGAL BUREAU*
*ATTN: SHAUN P. THOMAS*
*PO BOX 457*
*CONCORD, NH 03302-0457*
**Date Filed: 12/11/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,293.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $6,293.75 | | $0.00 |
| | | | | $6,293.75 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2021 | 62 | Objection Granted | 05/19/2021 | 77 |

## WPTV
### Case(s): 207 Clm No: 516 Clm. Amt: $34,616.25

*ATTN: WILLIAM LEON*
*312 WALNUT STREET*
*CINCINNATI, OH 45202*
**Date Filed: 10/28/2016**
**Claim Face Value: $34,616.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $34,616.25 | | |
| | | | | $34,616.25 | | |

## APRIL MITCHELL
### Case(s): 208 Clm No: 516 Clm. Amt: $350,000.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $350,000.00** | | | | | | | |
| | 208 | UNS | | | $350,000.00 | | $0.00 |
| | | | | | $350,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## JOSEPH TAYLOR
### Case(s): 208 Clm No: 517 Clm. Amt:

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 208 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## WPTV
### Case(s): 207 Clm No: 517 Clm. Amt: $34,616.25

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: WILLIAM LEON*<br>*312 WALNUT STREET*<br>*CINCINNATI, OH 45202*<br>**Date Filed: 10/28/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $34,616.25** | | | | | | | |
| | 207 | UNS | | | $34,616.25 | | $0.00 |
| | | | | | $34,616.25 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

## ROBERT AZZALINA
### Case(s): 209 Clm No: 517 Clm. Amt: $40,000.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/25/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $40,000.00** | | | | | | | |
| | 209 | UNS | Disallowed | | $40,000.00 | | $0.00 |
| | | | | | $40,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

## BREANNE STEWART
### Case(s): 209 Clm No: 518 Clm. Amt: $36,933.60

*Address Redacted*
**Date Filed: 1/28/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $36,933.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $36,933.60 | | $0.00 |
| | | | | $36,933.60 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## KMCI
### Case(s): 207 Clm No: 518 Clm. Amt: $17,263.50

*ATTN: WILLIAM LEON*
*312 WALNUT STREET*
*CINCINNATI, OH 45202*
**Date Filed: 10/28/2016**
**Claim Face Value: $17,263.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $17,263.50 | | $0.00 |
| | | | | $17,263.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## THOMAS A SCHWARZE
### Case(s): 208 Clm No: 518 Clm. Amt: $72,500.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $72,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $72,500.00 | | $0.00 |
| | | | | $72,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ANNE M KELLER
### Case(s): 208 Clm No: 519 Clm. Amt: $13,577.25

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $13,577.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $13,577.25 | | $0.00 |
| | | | | $13,577.25 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## NSHB
### Case(s): 207 Clm No: 519 Clm. Amt: $1,453.50

*ATTN: WILLIAM LEON*
*312 WALNUT STREET*
*CINCINNATI, OH 45202*
**Date Filed: 10/28/2016**
**Claim Face Value: $1,453.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,453.50 | | |
| | | | | $1,453.50 | | |

## BREANA BAKIS
### Case(s): 209 Clm No: 519 Clm. Amt: $28,533.00

*Address Redacted*
**Date Filed: 1/29/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $28,533.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $28,533.00 | | $0.00 |
| | | | | $28,533.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## KWBA
### Case(s): 207 Clm No: 520 Clm. Amt: $3,961.00

*ATTN: WILLIAM LEON*
*312 WALNUT STREET*
*CINCINNATI, OH 45202*
**Date Filed: 10/28/2016**
**Claim Face Value: $3,961.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,961.00 | | |
| | | | | $3,961.00 | | |

## Scott Sexton
### Case(s): 209 Clm No: 520 Clm. Amt: $54,537.00

*Address Redacted*
**Date Filed: 2/11/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $54,537.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 209 | UNS | Disallowed | | $54,537.00 | | $0.00 |
| | | | | $54,537.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

**JORGE VILLALBA, JAMES ERIC BREWER, JOSHUA CAHILL, JUAN HINCAPIE, AND CHERYL**
**Case(s): 208 Clm No: 520 Clm. Amt: $1,099,896,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| c/o Eileen Connor, Esq *The Projects On Predatory Student Lending, Inc* *769 Centre St, Ste 106* *Jamaica Plain, MA 02130* **Date Filed: 9/20/2021** **Orig. Date Filed: 1/3/2017** **Bar Date: 1/30/2017** **Amending Clm #: 520** **Amended By Clm #: 520** **Claim Face Value: $1,099,896,000.00** | 208 | UNS | Allowed | | $1,099,896,000.00 | | $1,099,896,000.00 |
| | | | | | $1,099,896,000.00 | | $1,099,896,000.00 |

**R.S.R. ELECTRONICS, INC.**
**Case(s): 208 Clm No: 521 Clm. Amt: $1,590,291.89**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: AJIT K. GULATI* *900 HART ST* *RAHWAY, NJ 07065* **Date Filed: 1/27/2017** **Bar Date: 1/30/2017** **Claim Face Value: $1,590,291.89** | 208 | UNS | | | $1,590,291.89 | | $0.00 |
| | | | | | $1,590,291.89 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**Kristine Machleit**
**Case(s): 209 Clm No: 521 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 3/4/2018** **Bar Date: 1/30/2017** **Claim Face Value:** | 209 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

**WFTX**
**Case(s): 207 Clm No: 521 Clm. Amt: $28,619.50**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: WILLIAM LEON* *312 WALNUT STREET* *CINCINNATI, OH 45202* **Date Filed: 10/28/2016** **Claim Face Value: $28,619.50** | 208 | UNS | Disallowed | | | | $0.00 |
| | 207 | UNS | Disallowed | | $28,619.50 | | $0.00 |
| | | | | | $28,619.50 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## SCRIPPS WTMJ
### Case(s): 207 Clm No: 522 Clm. Amt: $3,740.00

*ATTN: WILLIAM LEON*
*312 WALNUT STREET*
*CINCINNATI, OH 45202*
**Date Filed: 10/28/2016**
**Claim Face Value: $3,740.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,740.00 | | $0.00 |
| | | | | $3,740.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## TIMOTHY WHITE
### Case(s): 209 Clm No: 522 Clm. Amt: $20,000.00

*Address Redacted*
**Date Filed: 6/21/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

## RUBY WINFREY
### Case(s): 208 Clm No: 522 Clm. Amt: $80,000.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## 1-290 LIMITED PARTNERSHIP
### Case(s): 208 Clm No: 523 Clm. Amt: $370,555.10

*C/O WALLER LANSDEN DORTCH & DAVIS LLP*
*ATTN: ERIC J. TAUBE*
*100 CONGRESS AVE*
*SUITE 1800*
*AUSTIN, TX 78701*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $370,555.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $370,555.10 | | $0.00 |
| | | | | $370,555.10 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**Ashley Slowe**
**Case(s): 209 Clm No: 523 Clm. Amt: $100,000.00**

*45742 Wellesley Ter, Apt 315*
*Sterling, VA 20166*
**Date Filed: 7/20/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $100,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | PRI | Disallowed | | $100,000.00 | | $0.00 |
| | | | | $100,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2021 | 63 | Objection Granted | 05/20/2021 | 81 |

**ROBERT DITTMER**
**Case(s): 207 Clm No: 523 Clm. Amt: $379.38**

*219 ANTIOCH DR*
*COUNCIL BLUFFS, IA 51503*
**Date Filed: 10/28/2016**
**Claim Face Value: $379.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $379.38 | | $0.00 |
| | | | | $379.38 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**FOX PORTRAIT STUDIOS, INC.**
**Case(s): 207 Clm No: 524 Clm. Amt: $1,672.71**

*ATTN: RADU D. MAGUREANU*
*27700 GRATIOT AVE.*
*ROSEVILLE, MI 48066*
**Date Filed: 10/28/2016**
**Claim Face Value: $1,672.71**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,672.71 | | |
| | | | | $1,672.71 | | |

**omar mustafa**
**Case(s): 209 Clm No: 524 Clm. Amt: $25,000.00**

*Address Redacted*
**Date Filed: 11/22/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $25,000.00 | | $0.00 |
| | | | | $25,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### OP BY SUN CROSS, LLC.
**Case(s): 208 Clm No: 524 Clm. Amt: $9,510.69**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *DBA OFFICE PRIDE COMMERCIAL CLEANING SERVICES* *ATTN: TODD NORMAN JONES* *340 CLEVELAND PLACE SUITE A* *VIRGINIA BEACH, VA 23462* **Date Filed: 1/27/2017** **Bar Date: 1/30/2017** **Claim Face Value: $9,510.69** | 208 | UNS | Disallowed | | $9,510.69 | | $0.00 |
| | | | | | $9,510.69 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

### MATT CARTER
**Case(s): 208 Clm No: 525 Clm. Amt: $12,871.50**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 1/27/2017** **Bar Date: 1/30/2017** **Claim Face Value: $12,871.50** | 208 | UNS | | | $12,871.50 | | $0.00 |
| | | | | | $12,871.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### David Brown
**Case(s): 209 Clm No: 525 Clm. Amt: $10,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 11/25/2018** **Bar Date: 1/30/2017** **Amended By Clm #: 526** **Claim Face Value: $10,000.00** | 209 | UNS | Disallowed | | $10,000.00 | | $0.00 |
| | | | | | $10,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

### SCRIPPS - KIVI
**Case(s): 207 Clm No: 525 Clm. Amt: $5,091.50**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: WILLIAM LEON* *312 WALNUT STREET* *CINCINNATI, OH 45202* **Date Filed: 10/28/2016** **Claim Face Value: $5,091.50** | 207 | UNS | | | $5,091.50 | | $0.00 |
| | | | | | $5,091.50 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## GRANT COOLEY
### Case(s): 207 Clm No: 526 Clm. Amt: $6,750.00

*Address Redacted*
**Date Filed: 10/28/2016**
**Bar Date: 1/30/2017**
**Amended By Clm #: 539**
**Claim Face Value: $6,750.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $6,750.00 | | $0.00 |
| | | | | $6,750.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## David Brown
### Case(s): 209 Clm No: 526 Clm. Amt: $10,000.00

*Address Redacted*
**Date Filed: 11/25/2018**
**Orig. Date Filed: 11/25/2018**
**Bar Date: 1/30/2017**
**Amending Clm #: 525**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

## KYERRA IVORY
### Case(s): 208 Clm No: 526 Clm. Amt: $32,043.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $32,043.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $32,043.00 | | $0.00 |
| | | | | $32,043.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CARLO-SANCHEZ AKIL BURNSIDE
### Case(s): 208 Clm No: 527 Clm. Amt: $67,271.11

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $67,271.11**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | | | $67,271.11 | | $0.00 |
| | | | | $67,271.11 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### Robert Whitney
**Case(s): 209 Clm No: 527 Clm. Amt: $37,214.55**

*Address Redacted*
**Date Filed: 5/14/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $37,214.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $37,214.55 | | $0.00 |
| | | | | $37,214.55 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

### KMTV
**Case(s): 207 Clm No: 527 Clm. Amt: $2,554.25**

*ATTN: WILLIAM LEON*
*312 WALUT STREET*
*CINCINNATI, OH 45202*
**Date Filed: 10/28/2016**
**Claim Face Value: $2,554.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,554.25 | | |
| | | | | $2,554.25 | | |

### KGTV
**Case(s): 207 Clm No: 528 Clm. Amt: $19,014.50**

*ATTN: WILLIAM LEON*
*312 WALNUT STREET*
*CINCINNATI, OH 45202*
**Date Filed: 10/28/2016**
**Claim Face Value: $19,014.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $19,014.50 | | |
| | | | | $19,014.50 | | |

### Christopher D. Mallett
**Case(s): 209 Clm No: 528 Clm. Amt: $1,500,000,000.00**

*Address Redacted*
**Date Filed: 6/23/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,500,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | 503(b)(9) | Disallowed | | $46,007.00 | | $0.00 |
| 209 | UNS | Disallowed | | $1,499,953,993.00 | | $0.00 |
| | | | | $1,500,000,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**SAMUEL MORRIS**

**Case(s): 208 Clm No: 528 Clm. Amt: $5,175.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,175.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | Unknown | Y | $0.00 |
| 208 | UNS | Disallowed | | $5,175.00 | | $0.00 |
| | | | | $5,175.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

**TRACEY BLACKMAN**

**Case(s): 208 Clm No: 529 Clm. Amt: $29,225.04**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $29,225.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $29,225.04 | | $0.00 |
| | | | | $29,225.04 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Paid | 05/04/2021 | 53 | Objection Granted | 06/23/2021 | 60 |

**Antonio Reddick**

**Case(s): 209 Clm No: 529 Clm. Amt:**

*Address Redacted*
**Date Filed: 6/24/2019**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**MARKETPRO, INC.**

**Case(s): 207 Clm No: 529 Clm. Amt: $3,034.25**

*ATTN: SCOTT R WILLIAMS*
*12804 FORD DRIVE*
*FISHERS, IN 46038*
**Date Filed: 10/28/2016**
**Claim Face Value: $3,034.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,034.25 | | |
| | | | | $3,034.25 | | |

**DALLAS COUNTY**

**Case(s): 207 Clm No: 530 Clm. Amt: $8,603.68**

*c/o LINEBARGER GOGGAN BLAIR & SAMPSON, LLP*
*ATTN: ELIZABETH WELLER*
*2777 N. STEMMONS FREEWAY SUITE 1000*
*DALLAS, TX 75207*
**Date Filed: 3/10/2017**
**Orig. Date Filed: 10/26/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 530**
**Amended By Clm #: 530**
**Claim Face Value: $8,603.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | | | $8,603.68 | | |
| | | | | $8,603.68 | | |

**Angela Hicks**

**Case(s): 208 Clm No: 530 Clm. Amt: $5,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**Crystal Hawkins**

**Case(s): 209 Clm No: 530 Clm. Amt: $42,830.00**

*Address Redacted*
**Date Filed: 8/5/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $42,830.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $42,830.00 | | $0.00 |
| | | | | $42,830.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

**Siarah Phillips**

**Case(s): 209 Clm No: 531 Clm. Amt: $25,000.00**

*Address Redacted*
**Date Filed: 2/13/2020**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 209 | UNS | Disallowed | | $25,000.00 | | $0.00 |
| | | | | $25,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

### VALLEY PIZZA, INC.
**Case(s): 208 Clm No: 531 Clm. Amt: $1,002.08**

*ATTN: CYNTHIA S. STREAMS*
*3224 BOB WALLACE AVE*
*HUNTSVILLE, AL 35805*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,002.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $1,002.08 | | $0.00 |
| | | | | $1,002.08 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3879 | Objection Granted | 06/17/2020 | 3979 |

### WRTV
**Case(s): 207 Clm No: 531 Clm. Amt: $7,692.50**

*ATTN: WILLIAM LEON*
*312 WALNUT STREET*
*CINCINNATI, OH 45202*
**Date Filed: 10/28/2016**
**Claim Face Value: $7,692.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $7,692.50 | | $0.00 |
| | | | | $7,692.50 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

### MARTEZ SCOTT
**Case(s): 207 Clm No: 532 Clm. Amt: $6,655.50**

*Address Redacted*
**Date Filed: 10/27/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,655.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $6,655.50 | | $0.00 |
| | | | | $6,655.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### MARY L HENRY
**Case(s): 208 Clm No: 532 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**Daniel P Kissee**
**Case(s): 209 Clm No: 532 Clm. Amt: $15,000.00**

*Address Redacted*
**Date Filed: 12/4/2020**
**Bar Date: 1/30/2017**
**Claim Face Value: $15,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 209 | PRI | Disallowed | | Unknown | Y | $0.00 |
| 209 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 209 | UNS | Disallowed | | $15,000.00 | | $0.00 |
| | | | | $15,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2021 | 62 | Objection Granted | 05/19/2021 | 77 |

**Voided amending claim 338**
**Case(s): 209 Clm No: 533 Clm. Amt:**

**Date Filed:**
**Claim Face Value:**

**EXECUTIVE EDUCATIONAL ASSOCIATES**
**Case(s): 208 Clm No: 533 Clm. Amt: $3,860.28**

*C/O ALPHA BETA KAPPA NATIONAL HONOR SOCIETY*
*31257 BIRD HAVEN ST*
*OCEAN VIEW, DE 19970*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $3,860.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $3,860.28 | | $0.00 |
| | | | | $3,860.28 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

**GROVER DUNN, ASSISTANT TAX COLLECTOR**
**Case(s): 207 Clm No: 533 Clm. Amt: $9,644.98**

*P.O. BOX 1190*
*BESSEMER, AL 35021*
**Date Filed: 10/27/2016**
**Claim Face Value: $9,644.98**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $9,644.98 | | $0.00 |
| | | | | $9,644.98 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 10/14/2022 | 4977 | Objection Granted | 12/13/2022 | 5069 |

**GROVER DUNN, ASSISTANT TAX COLLECTOR**

**Case(s): 207 Clm No: 534 Clm. Amt: $44,514.74**

*P.O. BOX 1190*
*BESSEMER, AL 35021*
**Date Filed: 10/27/2016**
**Claim Face Value: $44,514.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $44,514.74 | | $0.00 |
| | | | | $44,514.74 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

**JOSEPH DEMBECK**

**Case(s): 208 Clm No: 534 Clm. Amt: $234.60**

*827 Meadowood Lane*
*Warminster, PA 18974*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $234.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $234.60 | | $0.00 |
| | | | | $234.60 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

**Karen Barker**

**Case(s): 209 Clm No: 534 Clm. Amt: $350,000.00**

*Address Redacted*
**Date Filed: 8/1/2022**
**Bar Date: 1/30/2017**
**Claim Face Value: $350,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | $350,000.00 | | $0.00 |
| | | | | $350,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 08/23/2022 | 103 | Objection Granted | 10/26/2022 | 105 |

## Jacob Viregan
### Case(s): 209 Clm No: 535 Clm. Amt: $2,500,000.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 8/18/2022**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $2,500,000.00** | | | | | | | |
| | 209 | UNS | Disallowed | | $2,500,000.00 | | $0.00 |
| | | | | | $2,500,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 08/23/2022 | 103 | Objection Granted | 10/26/2022 | 105 |

## JAKE D. ANDRY
### Case(s): 208 Clm No: 535 Clm. Amt: $2,002.67

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/24/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $2,002.67** | | | | | | | |
| | 208 | UNS | | | $2,002.67 | | $0.00 |
| | | | | | $2,002.67 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## MARKUS L. JONES
### Case(s): 207 Clm No: 535 Clm. Amt: $39,933.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/27/2016**<br>**Claim Face Value: $39,933.00** | | | | | | | |
| | 207 | UNS | | | $39,933.00 | | $0.00 |
| | | | | | $39,933.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## WIEGMANN ASSOCIATES
### Case(s): 207 Clm No: 536 Clm. Amt: $3,341.50

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: DANIEL J. EBERT*<br>*750 FOUNTAIN LAKES BLVD*<br>*ST CHARLES, MO 63301*<br>**Date Filed: 10/27/2016**<br>**Claim Face Value: $3,341.50** | | | | | | | |
| | 207 | UNS | | | $3,341.50 | | |
| | | | | | $3,341.50 | | |

## BAI CENTURY, LLC.
### Case(s): 208 Clm No: 536 Clm. Amt: $242,417.14

720 EAST PALISADES AVENUE
SUITE 201
ENGLEWOOD CLIFFS, NJ 07632
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $242,417.14**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $242,417.14 | | $0.00 |
| | | | | $242,417.14 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## CHRISTOPHER L WALTERS
### Case(s): 208 Clm No: 537 Clm. Amt: $9,500.00

Address Redacted
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $9,500.00 | | $0.00 |
| | | | | $9,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LAWRENCE REUBEN
### Case(s): 207 Clm No: 537 Clm. Amt: $10,000.00

2120 W. GOOD HOPE ROAD #7
GLENDALE, WI 53209
**Date Filed: 10/31/2016**
**Orig. Date Filed: 10/27/2016**
**Amending Clm #: 537**
**Amended By Clm #: 537**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4606 | Objection Granted | 04/25/2022 | 4813 |

## LLEWELYN EVAN HUGHES IV
### Case(s): 207 Clm No: 538 Clm. Amt: $1,500.00

20 FREEDOM WAY
BARRE, VT 05941
**Date Filed: 10/27/2016**
**Claim Face Value: $1,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,500.00 | | $0.00 |
| | | | | $1,500.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**NICOLE HOWLAND**
**Case(s): 208 Clm No: 538 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**WILLIAM FORD**
**Case(s): 208 Clm No: 539 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | | | Unknown | Y | $0.00 |
| 208 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**GRANT LONYE COOLEY**
**Case(s): 207 Clm No: 539 Clm. Amt: $57,569.00**

*Address Redacted*
**Date Filed: 10/28/2016**
**Orig. Date Filed: 10/28/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 526**
**Claim Face Value: $57,569.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $57,569.00 | | $0.00 |
| | | | | $57,569.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**LIFESCRIPT, INC**

**Case(s): 207 Clm No: 540 Clm. Amt: $14,739.00**

*ATTN: MICHELLE GARZA*
*4000 MACARTHUR BLVD., SUITE 800*
*NEWPORT BEACH, CA 90606*
**Date Filed: 10/27/2016**
**Claim Face Value: $14,739.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $14,739.00 | | $0.00 |
| | | | | $14,739.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

**BRUCE ALEN SMITH**

**Case(s): 208 Clm No: 540 Clm. Amt: $3,134.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $3,134.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $3,134.00 | | $0.00 |
| | | | | $3,134.00 | | $0.00 |

**ROBERT BRUGGE**

**Case(s): 208 Clm No: 541 Clm. Amt: $85,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $85,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $85,000.00 | | $0.00 |
| | | | | $85,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ROSS ELECTRIC SOLUTIONS, INC.**

**Case(s): 207 Clm No: 541 Clm. Amt: $182.00**

*ATTN: PHILIP J. LEBLANK*
*10004 NW 46TH STREET*
*SUNRISE, FL 33351*
**Date Filed: 10/27/2016**
**Claim Face Value: $182.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $182.00 | | |
| | | | | $182.00 | | |

**PRO CLEAN BUILDING MAINTENANCE, INC.**

**Case(s): 207 Clm No: 542 Clm. Amt: $6,314.16**

*ATTN: JACKIE COLLINS*
*380 NORTHLAKE BLVD., STE 1000*
*ALTAMONTE SPRINGS, FL 32701*
**Date Filed: 10/28/2016**
**Claim Face Value: $6,314.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $6,314.16 | | |
| | | | | $6,314.16 | | |

**PERRY WILLIAM ROBINSON**
**Case(s): 208 Clm No: 542 Clm. Amt: $70,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $70,000.00** | 208 | UNS | | | $70,000.00 | | $0.00 |
| | | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**MANUEL JEAN**
**Case(s): 208 Clm No: 543 Clm. Amt: $60,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $60,000.00** | 208 | UNS | | | $60,000.00 | | $0.00 |
| | | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**CITYWIDE BUILDING MAINTENANCE INC**
**Case(s): 207 Clm No: 543 Clm. Amt: $9,515.03**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: PETER TERESIO BATTISTA*<br>*1555 INDUSTRIAL DR., SUITE A*<br>*ITASCA, IL 60143*<br>**Date Filed: 10/27/2016**<br>**Claim Face Value: $9,515.03** | 207 | UNS | | | $9,515.03 | | $0.00 |
| | | | | | $9,515.03 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**WYATT HARBISON**
**Case(s): 207 Clm No: 544 Clm. Amt: $510.51**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *6523 GLEN IVY DRIVE*<br>*HUBER HEIGHTS, OH 45424*<br>**Date Filed: 10/27/2016**<br>**Claim Face Value: $510.51** | 208 | UNS | Disallowed | | | | $0.00 |
| | 207 | UNS | Disallowed | | $510.51 | | $0.00 |
| | | | | | $510.51 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

**DAVID FLORES**
**Case(s): 208 Clm No: 544 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 208 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**RASHANA HUIZAR**
**Case(s): 208 Clm No: 545 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 208 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**KATHRYN V. NOREEN**
**Case(s): 207 Clm No: 545 Clm. Amt: $2,670.77**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/28/2016**<br>**Claim Face Value: $2,670.77** | | | | | | | |
| | 207 | PRI | | | $2,670.77 | | $0.00 |
| | | | | | $2,670.77 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**BRADLEY D. CRESS**
**Case(s): 207 Clm No: 546 Clm. Amt: $5,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *4914 S. 30TH STREET*<br>*GREENFIELD, WI 53221*<br>**Date Filed: 10/27/2016**<br>**Claim Face Value: $5,000.00** | | | | | | | |
| | 207 | PRI | Allowed | | $5,000.00 | | $5,000.00 |
| | | | | | $5,000.00 | | $5,000.00 |

## NICOLE JOHNSON
### Case(s): 208 Clm No: 546 Clm. Amt: $30,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## GARRY WEBB II
### Case(s): 208 Clm No: 547 Clm. Amt: $1,000.00

*1310 TANGLEWOOD DR.*
*MANSFIELD, TX 76063*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $1,000.00 | | $0.00 |
| | | | | $1,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |


## LISA C. JOHNSON
### Case(s): 207 Clm No: 547 Clm. Amt: $1,380.00

*209 Santa Cruz Dr*
*LAFAYETTE, LA 70503*
**Date Filed: 10/27/2016**
**Claim Face Value: $1,380.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $1,380.00 | | $0.00 |
| | | | | $1,380.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/18/2022 | 4609 | Objection Granted | 03/31/2022 | 4729 |


## ORLANDO WEEKS
### Case(s): 207 Clm No: 548 Clm. Amt: $702.50

*Address Redacted*
**Date Filed: 10/28/2016**
**Claim Face Value: $702.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $702.50 | | $0.00 |
| | | | | $702.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**REGINALD RASHAD COSTEN**
**Case(s): 208 Clm No: 548 Clm. Amt: $28,676.83**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $28,676.83**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $28,676.83 | | $0.00 |
| | | | | $28,676.83 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JAMES M. COSTELLO II**
**Case(s): 208 Clm No: 549 Clm. Amt: $95,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $95,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $95,000.00 | | $0.00 |
| | | | | $95,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**GINA TIGNINO**
**Case(s): 207 Clm No: 549 Clm. Amt: $18,479.68**

*5307 EMSTAN HILLS ROAD*
*RACINE, WI 53406*
**Date Filed: 10/26/2016**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $18,479.68 | | $0.00 |
| | | | | $18,479.68 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 2607 | Objection Granted | 04/25/2022 | 4814 |

**Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A.**
**Case(s): 207 Clm No: 550 Clm. Amt: $5,502.13**

*Attn: Amy L. Drushal, John S. Vance*
*P.O. Box 1102*
*Tampa, FL 33601*
**Date Filed: 10/26/2016**
**Claim Face Value: $5,502.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $5,502.13 | | |
| | | | | $5,502.13 | | |

**ALLEN FEDERMAN, JOANNA CASTRO AND SIMILAR CLASS MEMBERS**
**Case(s): 208 Clm No: 550 Clm. Amt: $10,000,000.00**

*C/O OUTTEN & GOLDEN LLP*
*ATTN: JACK A. RAISNER*
*685 THIRD AVENUE, 25TH FLOOR*
*NEW YORK, NY 10017*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | PRI | Disallowed | | $10,000,000.00 | | $0.00 |
| | | | | $10,000,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 01/24/2022 | 4563 | Objection Granted | 04/27/2022 | 4856 |

**BRANDON WESTOVER**
**Case(s): 208 Clm No: 551 Clm. Amt: $94,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $94,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $94,000.00 | | $0.00 |
| | | | | $94,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MARIA TESTA**
**Case(s): 207 Clm No: 551 Clm. Amt: $8,361.00**

*Address Redacted*
**Date Filed: 10/28/2016**
**Claim Face Value: $8,361.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $8,361.00 | | $0.00 |
| | | | | $8,361.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JACOB B. TIETZ**
**Case(s): 207 Clm No: 552 Clm. Amt: $28,797.25**

*Address Redacted*
**Date Filed: 10/28/2016**
**Claim Face Value: $28,797.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | | | $28,797.25 | | $0.00 |
| | | | | $28,797.25 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**JEREMY IAN CUMMINGS**
**Case(s): 208 Clm No: 552 Clm. Amt: $90,624.34**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $90,624.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $90,624.34 | | $0.00 |
| | | | | $90,624.34 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**KATHIA YAMOUT**
**Case(s): 208 Clm No: 553 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JAYDEN M LE**
**Case(s): 207 Clm No: 553 Clm. Amt: $62,000.00**

*Address Redacted*
**Date Filed: 10/29/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $62,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $62,000.00 | | $0.00 |
| | | | | $62,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DEREK MESSERLY**
**Case(s): 207 Clm No: 554 Clm. Amt: $1,454.00**

*Address Redacted*
**Date Filed: 10/29/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,454.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | 503(b)(9) | | | $1,454.00 | | $0.00 |
| | | | | $1,454.00 | | $0.00 |

**SHAUN SMITH**
**Case(s): 208 Clm No: 554 Clm. Amt: $33,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $33,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $33,000.00 | | $0.00 |
| | | | | $33,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**LEON BLYE**
**Case(s): 208 Clm No: 555 Clm. Amt: $28,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $28,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $28,000.00 | | $0.00 |
| | | | | $28,000.00 | | $0.00 |

**JEFF CHEN**

**Case(s): 207 Clm No: 555 Clm. Amt: $2,996.95**

*11732 12TH PL W*
*EVERETT, WA 98204*
**Date Filed: 10/29/2016**
**Claim Face Value: $2,996.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $2,996.95 | | $0.00 |
| | | | | $2,996.95 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**JEFF H CROWTHER JR**

**Case(s): 207 Clm No: 556 Clm. Amt: $2,005.20**

*3717 CARRIAGE OAKS DR*
*MONTGOMERY, AL 36116*
**Date Filed: 10/30/2016**
**Claim Face Value: $2,005.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,005.20 | | $0.00 |
| | | | | $2,005.20 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/21/2020 | 3768 |

**MARIZILDA FONSECA**

**Case(s): 208 Clm No: 556 Clm. Amt: $2,500.00**

*7941 S.W. 146TH AVE*
*MIAMI, FL 33183*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $2,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $2,500.00 | | $0.00 |
| | | | | $2,500.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

**TALIA STOKES**

**Case(s): 208 Clm No: 557 Clm. Amt: $73,694.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $73,694.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $73,694.00 | | $0.00 |
| | | | | $73,694.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ROBERT LOWE**
**Case(s): 207 Clm No: 557 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/30/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

---

**Cindy M. Irwin**
**Case(s): 207 Clm No: 558 Clm. Amt: $925.44**

*85 Leeds Point Road*
*Galloway, NJ 08205*
**Date Filed: 10/30/2016**
**Claim Face Value: $925.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $925.44 | | $0.00 |
| | | | | $925.44 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 10/31/2022 | 5007 | Objection Granted | 12/13/2022 | 5070 |

---

**ALBERT P CRUZ**
**Case(s): 208 Clm No: 558 Clm. Amt: $47,460.98**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $47,460.98**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $47,460.98 | | $0.00 |
| | | | | $47,460.98 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

---

**RONNIE GODWIN**
**Case(s): 208 Clm No: 559 Clm. Amt: $111,273.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $111,273.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $111,273.00 | | $0.00 |
| | | | | $111,273.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**FIRST HAVEN MEDIA**

**Case(s): 207 Clm No: 559 Clm. Amt: $20,328.00**

*ATTN: CHRIS BAKER*
*835 W WARNER RD*
*SUITE 101-201*
*GILBERT, AZ 85233*
**Date Filed: 10/30/2016**
**Claim Face Value: $20,328.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,328.00 | | |
| | | | | $20,328.00 | | |

**MALIAANA BRUHN**

**Case(s): 207 Clm No: 560 Clm. Amt: $26,000.00**

*Address Redacted*
**Date Filed: 10/31/2016**
**Claim Face Value: $26,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $26,000.00 | | $0.00 |
| | | | | $26,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CODY GODWIN**

**Case(s): 208 Clm No: 560 Clm. Amt: $23,617.77**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $23,617.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $23,617.77 | | $0.00 |
| | | | | $23,617.77 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MICHAEL TUCKER**

**Case(s): 208 Clm No: 561 Clm. Amt: $1,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $1,000.00 | | $0.00 |
| | | | | $1,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ABRAHAM DANIELLS**
**Case(s): 207 Clm No: 561 Clm. Amt: $54,950.73**

*Address Redacted*
**Date Filed: 10/31/2016**
**Claim Face Value: $54,950.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $54,950.73 | | $0.00 |
| | | | | $54,950.73 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**THE INTERIOR FOLIAGE COMPANY LLC**
**Case(s): 207 Clm No: 562 Clm. Amt: $780.93**

*ATTN: ERIC MILDEBERGER*
*3834 E. MERCER WAY*
*MERCER ISLAND, WA 98040*
**Date Filed: 10/28/2016**
**Claim Face Value: $780.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $780.93 | | |
| | | | | $780.93 | | |

**GLENN CORTES**
**Case(s): 208 Clm No: 562 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**NESTOR RAFAEL AYALA**
**Case(s): 208 Clm No: 563 Clm. Amt: $45,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ROBERT M NEWTON**
**Case(s): 207 Clm No: 563 Clm. Amt: $18,342.30**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *44 PINOT TRAIL*<br>*NIAGARA ON THE LAKE, ON L0S 1J0*<br>*CANADA*<br>**Date Filed: 10/31/2016**<br>**Claim Face Value: $18,342.30** | 207 | UNS | | | $18,342.30 | | $0.00 |
| | | | | | $18,342.30 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**THE REGAL PRESS, INC.**
**Case(s): 207 Clm No: 564 Clm. Amt: $11,664.33**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: WILLIAM N. DUFFEY, JR.*<br>*79 ASTOR AVE*<br>*NORWOOD, MA 02062*<br>**Date Filed: 10/27/2016**<br>**Claim Face Value: $11,664.33** | 207 | UNS | | | $11,664.33 | | $11,376.99 |
| | | | | | $11,664.33 | | $11,376.99 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 09/03/2020 | 4052 | Objection Granted | 10/22/2020 | 4114 |

**Akesha S Franks**
**Case(s): 208 Clm No: 564 Clm. Amt: $25,480.72**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $25,480.72** | 208 | UNS | | | $25,480.72 | | $0.00 |
| | | | | | $25,480.72 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ALEXIS MINGHIN NG**
**Case(s): 208 Clm No: 565 Clm. Amt: $20,167.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $20,167.00** | 208 | PRI | | | Unknown | Y | $0.00 |
| | 208 | UNS | | | $20,167.00 | | $0.00 |
| | | | | | $20,167.00 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**NEXTWAVE MEDIA GROUP LLC**

**Case(s): 207 Clm No: 565 Clm. Amt: $82,804.00**

*ATTN: THOMAS RANDALL LUBIN*
*2219 ORRINGTON AVE*
*EVANSTON, IL 60201*
**Date Filed: 10/26/2016**
**Claim Face Value: $82,804.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $82,804.00 | | |
| | | | | $82,804.00 | | |

**WINKLER ELECTRIC INC**

**Case(s): 207 Clm No: 566 Clm. Amt: $3,402.25**

*9695 THREE NOTCH RD*
*THEODORE, AL 36582*
**Date Filed: 10/27/2016**
**Claim Face Value: $3,402.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,402.25 | | |
| | | | | $3,402.25 | | |

**Debeshi Maitra**

**Case(s): 208 Clm No: 566 Clm. Amt: $3,260.56**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $3,260.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | 503(b)(9) | Disallowed | | Unknown | Y | $0.00 |
| 208 | UNS | Disallowed | | $3,260.56 | | $0.00 |
| | | | | $3,260.56 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**FRESH START SERVICE SOLUTIONS**

**Case(s): 208 Clm No: 567 Clm. Amt: $14,451.46**

*ATTN: FERDINANDO PEREZ*
*3005 S. LAMAR BLVD.*
*STE D109-365*
*AUSTIN, TX 78704*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $14,451.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | 503(b)(9) | | | Unknown | Y | $0.00 |
| 208 | PRI | | | $14,451.46 | | $0.00 |
| 208 | UNS | | | | | $0.00 |
| | | | | $14,451.46 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## MARLA MCDONALD
### Case(s): 207 Clm No: 567 Clm. Amt: $2,195.00

*1123 WEYBRIDGE WAY*
*PELHAM, AL 35124*
**Date Filed: 10/31/2016**
**Claim Face Value: $2,195.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | | | $1,000.00 |
| 207 | UNS | Disallowed | | $2,195.00 | | $0.00 |
| | | | | $2,195.00 | | $1,000.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/31/2022 | 5020 | Objection Granted | 12/13/2022 | 5065 |

## MIE PROPERTIES-LA, LLC
### Case(s): 207 Clm No: 568 Clm. Amt: $34,432.45

*Address Redacted*
**Date Filed: 10/28/2016**
**Claim Face Value: $34,432.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $34,432.45 | | $0.00 |
| | | | | $34,432.45 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2021 | 3876 | Objection Granted | 05/20/2020 | 3930 |

## ELENA BOCOLA-MAVAR
### Case(s): 208 Clm No: 568 Clm. Amt: $192.00

*7500 IVY LANE*
*CANFIELD, OH 44406*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $192.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $192.00 | | $0.00 |
| | | | | $192.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 05/23/2022 | 79 | Objection Granted | 10/26/2022 | 82 |

## ADEL ARELLANO
### Case(s): 208 Clm No: 569 Clm. Amt: $90,000.00

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $90,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $90,000.00 | | $0.00 |
| | | | | $90,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### INDIANA UNIVERSITY HEALTH PHYSICIANS
**Case(s): 207 Clm No: 569 Clm. Amt: $6,456.00**

*2568 RELIABLE PARKWAY*
*CHICAGO, IL 60677*
**Date Filed: 10/28/2016**
**Claim Face Value: $6,456.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $6,456.00 | | |
| | | | | $6,456.00 | | |

### FX NETWORKS, LLC
**Case(s): 207 Clm No: 570 Clm. Amt: $403,461.00**

*ATTN: SCOTT THOMSON*
*10201 W. PICO BLVD #1289A*
*LOS ANGELES, CA 90067*
**Date Filed: 10/28/2016**
**Claim Face Value: $403,461.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $403,461.00 | | |
| | | | | $403,461.00 | | |

### CARLTON JONES
**Case(s): 208 Clm No: 570 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### STEVEN KING
**Case(s): 208 Clm No: 571 Clm. Amt: $86,622.92**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $86,622.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $86,622.92 | | $0.00 |
| | | | | $86,622.92 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### TRI CITY CORP. CENTRE MAINTENANCE ASSOCIATION #3
**Case(s): 207 Clm No: 571 Clm. Amt: $31,018.67**

*C/O HINES*
*ATTN: CHRIS CESARZ*
*685 E. CARNEGIE DRIVE, SUITE 135*
*SAN BERNARDINO, CA 92408*
**Date Filed: 10/28/2016**
**Claim Face Value: $31,018.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $31,018.67 | | |
| | | | | $31,018.67 | | |

**JOHN AQUILINA**

**Case(s): 207 Clm No: 572 Clm. Amt: $2,152.40**

*30160 MINTON*
*LIVONIA, MI 48150*
**Date Filed: 10/31/2016**
**Claim Face Value: $2,152.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | | | $2,152.40 |
| 207 | UNS | Disallowed | | $2,152.40 | | $0.00 |
| | | | | $2,152.40 | | $2,152.40 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 11/17/2022 | 5044 | Objection Granted | 12/13/2022 | 5075 |

**SABREENA MIDDLEBROOKS**

**Case(s): 208 Clm No: 572 Clm. Amt: $8,673.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $8,673.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | | | Unknown | Y | $0.00 |
| 208 | UNS | | | $8,673.00 | | $0.00 |
| | | | | $8,673.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**WRAZ-TV/ FOX 50**

**Case(s): 208 Clm No: 573 Clm. Amt: $10,412.50**

*ATTN: TONYA FAISON*
*2619 WESTERN BLVD*
*RALEIGH, NE 27606*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,412.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $10,412.50 | | $0.00 |
| | | | | $10,412.50 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**PROSCAPES OF ATLANTA, LLC**
**Case(s): 207 Clm No: 573 Clm. Amt: $5,645.00**

*ATTN: JOHN M ESTES*
*PO BOX 1721*
*WOODSTOCK, GA 30188*
**Date Filed: 10/31/2016**
**Claim Face Value: $5,645.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $5,645.00 | | $0.00 |
| | | | | $5,645.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | | 3709 | Objection Granted | 01/15/2020 | 3771 |

**Janitek Cleaning Solutions**
**Case(s): 207 Clm No: 574 Clm. Amt: $6,787.46**

*Attn: Dena M Bibb*
*2735 Teepee Dr, Ste D*
*Stockton, CA 95205*
**Date Filed: 10/31/2016**
**Claim Face Value: $6,787.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | Disallowed | | $2,301.73 | | $0.00 |
| 207 | UNS | | | $4,485.73 | | $6,583.73 |
| | | | | $6,787.46 | | $6,583.73 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 09/03/2020 | 4052 | Objection Granted | 10/22/2020 | 4114 |

**JERRY M. BROWN**
**Case(s): 208 Clm No: 574 Clm. Amt: $46,199.34**

*27 OBRIEN GLENWAY*
*OSWEGO, NY 13126*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $46,199.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $46,199.34 | | $0.00 |
| | | | | $46,199.34 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**MOSES CLARK**

**Case(s): 208 Clm No: 575 Clm. Amt: $50,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 2/1/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $50,000.00** | | | | | | | |
| | 208 | UNS | | | $50,000.00 | | $0.00 |
| | | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**PATRICK NKANSAH**

**Case(s): 207 Clm No: 575 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/31/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**DANIEL KUBADJEH**

**Case(s): 207 Clm No: 576 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/31/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | | $0.00 |

**CRYSTAL D. UNDERWOOD**

**Case(s): 208 Clm No: 576 Clm. Amt: $59,108.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 2/2/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $59,108.00** | | | | | | | |
| | 208 | UNS | | | $59,108.00 | | $0.00 |
| | | | | | $59,108.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## VICTORIA C. PYLES
### Case(s): 208 Clm No: 577 Clm. Amt: $47,108.00

*Address Redacted*
**Date Filed: 2/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $47,108.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $47,108.00 | | $0.00 |
| | | | | $47,108.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ALEXANDER MATTHEWS
### Case(s): 207 Clm No: 577 Clm. Amt: $16,135.26

*Address Redacted*
**Date Filed: 10/31/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $16,135.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $16,135.26 | | $0.00 |
| | | | | $16,135.26 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DELL MARKETING, L.P.
### Case(s): 207 Clm No: 578 Clm. Amt: $104,481.06

*ATTN: NANCY MIMS*
*ONE DELL WAY*
*RR1, MS-52*
*ROUND ROCK, TX 78682*
**Date Filed: 10/31/2016**
**Claim Face Value: $104,481.06**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | | | $14,979.03 | | $0.00 |
| 207 | PRI | | | $14,979.03 | | $0.00 |
| 207 | UNS | | | $74,523.00 | | $89,502.03 |
| | | | | $104,481.06 | | $89,502.03 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied in part | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

## KARI HEATH-SHULTZ
### Case(s): 208 Clm No: 578 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 2/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BENJAMIN M. REEVES, JR.
### Case(s): 208 Clm No: 579 Clm. Amt:

*321 WATSON WAY*
*BIRMINGHAM, AL 35071*
**Date Filed: 2/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | | 67 | Objection Granted | 03/30/2022 | 76 |

## JOEL ABISINA
### Case(s): 207 Clm No: 579 Clm. Amt:

*Address Redacted*
**Date Filed: 10/31/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BENJAMIN PATRI
### Case(s): 207 Clm No: 580 Clm. Amt: $239.38

*W6264 CEDAR CLIFF DR.*
*HORTONVILLE, WI 54944*
**Date Filed: 10/31/2016**
**Claim Face Value: $239.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $239.38 | | $0.00 |
| | | | | $239.38 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## DERRICK C. MARTIN
### Case(s): 208 Clm No: 580 Clm. Amt: $51,634.60

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $51,634.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $51,634.60 | | $0.00 |
| | | | | $51,634.60 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CAPITAL HEALTH ASSOCIATES L.P.
### Case(s): 208 Clm No: 581 Clm. Amt: $1,544,866.69

*ATTN: SEAN YOUNGBLOOD*
*1000 MEADE STREET*
*DUNMORE, PA 18512*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,544,866.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $1,544,866.69 | | $0.00 |
| | | | | $1,544,866.69 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## SHIRA AMOS
### Case(s): 207 Clm No: 581 Clm. Amt:

*Address Redacted*
**Date Filed: 10/31/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

## DOMINIC A. JACKSON
### Case(s): 207 Clm No: 582 Clm. Amt:

*Address Redacted*
**Date Filed: 10/31/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DAVID T. MARTIN SR
### Case(s): 208 Clm No: 582 Clm. Amt: $18,413.94

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $18,413.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $18,413.94 | | $0.00 |
| | | | | $18,413.94 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 08/23/2022 | 79 | Objection Granted | 10/26/2022 | 82 |

## JESSICA L. DEW
### Case(s): 208 Clm No: 583 Clm. Amt:

*Address Redacted*
**Date Filed: 2/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## B&B MECHANICAL SERVICES LLC
### Case(s): 207 Clm No: 583 Clm. Amt: $7,406.72

*ATTN: BILL SCHRIVER*
*8475 SPARTA LINE ROAD*
*SPARTA, MI 49345*
**Date Filed: 11/1/2016**
**Claim Face Value: $7,406.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $7,406.72 | | |
| | | | | $7,406.72 | | |

## JOHN DELAVERGNE
### Case(s): 207 Clm No: 584 Clm. Amt:

*Address Redacted*
**Date Filed: 11/1/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## OLGA QUEVEDO
### Case(s): 208 Clm No: 584 Clm. Amt: $7,714.17

*Address Redacted*
**Date Filed: 2/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $7,714.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $7,714.17 | | $0.00 |
| | | | | $7,714.17 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KAVITHA VALLIAPPAN
### Case(s): 208 Clm No: 585 Clm. Amt: $9,823.09

*8 HOUGANG STREET 92 TOWER 4*
*#07-01 REGENTVILLE*
*SINGAPORE 538686*
**Date Filed: 2/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,823.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $9,823.09 | | $0.00 |
| | | | | $9,823.09 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## LJUBA TRNINIC
### Case(s): 207 Clm No: 585 Clm. Amt: $29,775.00

*1678 ROOSEVELT AVE*
*LAKEWOOD, OH 44107*
**Date Filed: 10/29/2016**
**Claim Face Value: $29,775.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| 207 | PRI | Disallowed | | $16,925.00 | | $0.00 |
| | | | | $29,775.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 4617 | Objection Granted | 03/31/2022 | 4731 |

**ZELJKO TRNINIC**
**Case(s): 207 Clm No: 586 Clm. Amt: $13,575.00**

*1678 ROOSEVELT AVE*
*LAKEWOOD, OH 44107*
**Date Filed: 11/1/2016**
**Claim Face Value: $13,575.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $725.00 | | $0.00 |
| 207 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| | | | | $13,575.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 4617 | Objection Granted | 03/31/2022 | 4731 |

**VOIDED CLAIM - CLAIM CREATED IN ERROR**
**Case(s):  Clm No: 586 Clm. Amt:**

**Date Filed:**
**Bar Date: 1/30/2017**
**Claim Face Value:**

**VICTOR L. GUMBS**
**Case(s): 208 Clm No: 587 Clm. Amt: $58,912.32**

*Address Redacted*
**Date Filed: 2/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $58,912.32**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 208 | PRI | | | $12,850.00 | | $0.00 |
| 208 | UNS | | | $46,062.32 | | $0.00 |
| | | | | $58,912.32 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JAMES CAMP STEWART, JR.**
**Case(s): 207 Clm No: 587 Clm. Amt: $5,000.00**

*3420 CHATTAHOOCHEE RD.*
*CUMMING, GA 30041*
**Date Filed: 11/1/2016**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | PRI | Allowed | | | | $5,000.00 |
| 207 | UNS | Disallowed | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $5,000.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 11/17/2022 | 5044 | Objection Granted | 12/13/2022 | 5075 |

## JUDY BOYNTON
### Case(s): 207 Clm No: 588 Clm. Amt: $68,078.00

*Address Redacted*
**Date Filed:** 10/31/2016
**Claim Face Value: $68,078.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $68,078.00 | | $0.00 |
| | | | | $68,078.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## JEFFREY S. MORRIS
### Case(s): 208 Clm No: 588 Clm. Amt: $51,070.03

*Address Redacted*
**Date Filed:** 2/8/2017
**Bar Date:** 1/30/2017
**Claim Face Value: $51,070.03**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $51,070.03 | | $0.00 |
| | | | | $51,070.03 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## GERTRUDE CECILIA NELSON
### Case(s): 208 Clm No: 589 Clm. Amt: $6,654.00

*Address Redacted*
**Date Filed:** 1/31/2017
**Bar Date:** 1/30/2017
**Claim Face Value: $6,654.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $6,654.00 | | $0.00 |
| | | | | $6,654.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |


## ONONDAGA COUNTY WATER AUTHORITY
### Case(s): 207 Clm No: 589 Clm. Amt: $260.65

*ATTN: HOWARD JAN FRIEDMAN*
*P O BOX 4949*
*SYRACUSE, NY 13221-4949*
**Date Filed:** 10/24/2016
**Claim Face Value: $260.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $260.65 | | |
| | | | | $260.65 | | |

## ONONDAGA COUNTY WATER AUTHORITY
### Case(s): 207 Clm No: 590 Clm. Amt: $320.74

ATTN: HOWARD JAN FRIEDMAN
PO BOX 4949
SYRACUSE, NY 13221
**Date Filed: 10/24/2016**
**Claim Face Value: $320.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $320.74 | | |
| | | | | $320.74 | | |

## THIERRY JACOBSOONE
### Case(s): 208 Clm No: 590 Clm. Amt: $1,204.00

12245 JOSEPH-CASAVANT STREET
MTL, QC H3M 2C7
CANADA
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,204.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $1,204.00 | | $0.00 |
| | | | | $1,204.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## AIRSTRON, INC.
### Case(s): 208 Clm No: 591 Clm. Amt: $3,379.50

1559 S.W. 21 AVENUE
FT. LAUDERDALE, FL 33312
**Date Filed: 2/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $3,379.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $3,379.50 | | $0.00 |
| | | | | $3,379.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## QUALITY TOUCH JANITORIAL SERVICE, INC
### Case(s): 207 Clm No: 591 Clm. Amt: $58,001.00

PO BOX 62423
NORTH CHARLESTON, SC 29419
**Date Filed: 10/24/2016**
**Claim Face Value: $58,001.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $58,001.00 | | $0.00 |
| 208 | UNS | Disallowed | | | | $0.00 |
| | | | | $58,001.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

### CAROLYN L. MATTHEWS
**Case(s): 207 Clm No: 592 Clm. Amt: $6,064.00**

*Address Redacted*
**Date Filed: 10/24/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $4,125.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $1,939.00 | | $0.00 |
| 207 | PRI | | | $4,125.00 | | $0.00 |
| | | | | $6,064.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | 11/30/2018 | 3079 |

### PALACE THEATRE TRUST
**Case(s): 208 Clm No: 592 Clm. Amt: $495.00**

*ATTN: BETH MORTENSEN*
*80 HANOVER STREET*
*MANCHESTER, NH 03101*
**Date Filed: 2/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $495.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $495.00 | | $0.00 |
| | | | | $495.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

### MARIAH SPRIGGSBRUCE
**Case(s): 208 Clm No: 593 Clm. Amt: $1,100.00**

*Address Redacted*
**Date Filed: 2/16/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,100.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $1,100.00 | | $0.00 |
| | | | | $1,100.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

### CINTAS CORPORATION
**Case(s): 207 Clm No: 593 Clm. Amt: $66.59**

*ATTN: ANDREW CAREAU*
*300 HIGHLAND CORPORATE DR.*
*CUMBERLAND, RI 02864*
**Date Filed: 10/24/2016**
**Claim Face Value: $66.59**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $66.59 | | |
| | | | | $66.59 | | |

## CITY OF OXNARD
### Case(s): 207 Clm No: 594 Clm. Amt: $123.13

C/O TREASURER'S DEPT
ATTN: AMIDA MONARES
214 S. C STREET
OXNARD, CA 93030
**Date Filed: 10/24/2016**
**Claim Face Value: $123.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $123.13 | | |
| | | | | $123.13 | | |

## KEVIN L. WARD
### Case(s): 208 Clm No: 594 Clm. Amt: $42,619.93

*Address Redacted*
**Date Filed: 2/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $42,619.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $42,619.93 | | $0.00 |
| | | | | $42,619.93 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JESUS MARCANO
### Case(s): 208 Clm No: 595 Clm. Amt: $4,000.00

*Address Redacted*
**Date Filed: 2/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $4,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $4,000.00 | | $0.00 |
| | | | | $4,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MARCUS, WATANABE & ENOWITZ
### Case(s): 207 Clm No: 595 Clm. Amt: $5,150.00

ATTN: DANIEL J. ENOWITZ ESQ
11377 W. OLYMPIC BOULEVARD
5TH FLOOR
LOS ANGELES, CA 90064
**Date Filed: 10/31/2016**
**Claim Face Value: $5,150.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,150.00 | | |
| | | | | $5,150.00 | | |

## SMITH AWAMBU
### Case(s): 207 Clm No: 596 Clm. Amt: $10,000.00

*Address Redacted*
**Date Filed: 1/23/2017**
**Orig. Date Filed: 10/24/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 596**
**Amended By Clm #: 596**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $2,850.00 | | $0.00 |
| 207 | UNS | | | $7,150.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MATTHEW ROBERT WATERSTRADT
### Case(s): 208 Clm No: 596 Clm. Amt: $12,120.73

*Address Redacted*
**Date Filed: 3/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,120.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $12,120.73 | | $0.00 |
| | | | | $12,120.73 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JON DONOHUE
### Case(s): 208 Clm No: 597 Clm. Amt:

*Address Redacted*
**Date Filed: 3/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SOPHIA JOHNSON
### Case(s): 207 Clm No: 597 Clm. Amt: $212.00

*95 DAVE ST*
*MANCHESTER, NH 03104*
**Date Filed: 10/31/2016**
**Claim Face Value: $212.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $212.00 | | $0.00 |
| | | | | $212.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/31/2022 | 5021 | Objection Granted | 12/13/2022 | 5066 |

## BRITTANY ZUBICK
### Case(s): 207 Clm No: 598 Clm. Amt: $31,999.00

*Address Redacted*
**Date Filed: 10/25/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $31,999.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $31,999.00 | | $0.00 |
| | | | | $31,999.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## OHIO DEPARTMENT OF COMMERCE DIVISION OF UNCLAIMED FUNDS
### Case(s): 208 Clm No: 598 Clm. Amt:

*ATTN: YAW OBENG*
*77 S. HIGH ST., 20TH FL*
*COLUMBUS, OH 43215*
**Date Filed: 3/10/2017**
**Bar Date: 3/15/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/04/2021 | 54 | Objection Granted | 06/22/2021 | 61 |

## CESAR LOPEZ
### Case(s): 208 Clm No: 599 Clm. Amt: $20,770.87

*Address Redacted*
**Date Filed: 3/14/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,770.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $20,770.87 | | $0.00 |
| | | | | $20,770.87 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## COUNTY OF SAN BERNARDINO
### Case(s): 207 Clm No: 599 Clm. Amt: $93,881.92

*C/O SBC TAX COLLECTOR*
*268 W. HOSPITALITY LANE*
*1ST FLOOR*
*SAN BERNARDINO, CA 92415*
**Date Filed: 10/31/2016**
**Claim Face Value: $93,881.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | | | $93,881.92 | | $0.00 |
| | | | | $93,881.92 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

## HOI YAN NG
### Case(s): 207 Clm No: 600 Clm. Amt: $6,000.00

*Address Redacted*
**Date Filed: 10/31/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $6,000.00 | | $0.00 |
| | | | | $6,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TIMOTHY O. JENKINS
### Case(s): 208 Clm No: 600 Clm. Amt:

*Address Redacted*
**Date Filed: 3/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SHEILA WILLIAMS
### Case(s): 208 Clm No: 601 Clm. Amt: $52,857.67

*Address Redacted*
**Date Filed: 3/14/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $52,857.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $52,857.67 | | $0.00 |
| | | | | $52,857.67 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**HAROLD D PATRICK, JR.**
**Case(s): 207 Clm No: 601 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 10/25/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ROBINSON JANITORIAL**
**Case(s): 207 Clm No: 602 Clm. Amt: $5,960.00**

*ATTN: GABRIEL ROBINSON*
*5638 DOGWOOD TRL*
*JACKSON, MS 39212*
**Date Filed: 10/31/2016**
**Claim Face Value: $5,960.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $5,960.00 | | $0.00 |
| | | | | $5,960.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**CALIFORNIA DEPT. OF CONSUMER AFFAIRS, BUREAU FOR PRIVATE POSTSECONDARY EDU.**
**Case(s): 208 Clm No: 602 Clm. Amt: $775,780.93**

*ATTN: Lauren E Freeman*
*1300 I. St*
*SACRAMENTO, CA 95814*
**Date Filed: 3/11/2022**
**Orig. Date Filed: 3/14/2017**
**Bar Date: 3/15/2017**
**Amending Clm #: 602**
**Amended By Clm #: 602**
**Claim Face Value: $775,780.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Allowed | | $69,393.14 | | $69,393.14 |
| 208 | PRI | Allowed | | $118,488.71 | | $118,488.71 |
| 208 | UNS | Allowed | | $587,899.08 | | $587,899.08 |
| | | | | $775,780.93 | | $775,780.93 |

## ABRAM MOODY
**Case(s): 208 Clm No: 603 Clm. Amt: $31,649.86**

*Address Redacted*
**Date Filed: 3/14/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $31,649.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $31,649.86 | | $0.00 |
| | | | | $31,649.86 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## AMERICAN AWARDS, INC.
**Case(s): 207 Clm No: 603 Clm. Amt: $642.10**

*ATTN: GARY GIBSON*
*2380 HARRISBURG PIKE*
*GROVE CITY, OH 43123*
**Date Filed: 10/31/2016**
**Claim Face Value: $642.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $642.10 | | |
| | | | | $642.10 | | |

## BANCHETTI BY RIZZO'S
**Case(s): 207 Clm No: 604 Clm. Amt: $3,001.24**

*ATTN: ANNE L KASPEREK*
*550 N. FRENCH ROAD*
*AMHERST, NY 14228*
**Date Filed: 10/31/2016**
**Claim Face Value: $3,001.24**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $3,001.24 | | |
| | | | | $3,001.24 | | |

## U.S. DEPARTMENT OF VETERANS AFFAIRS (VA)
**Case(s): 208 Clm No: 604 Clm. Amt: $3,668,734.12**

*ATTN: DAVID DECELLES*
*U.S. DEPT OF JUSTICE*
*1100 L. STREET, NW ROOM 10046*
*WASHINGTON, DC 20005*
**Date Filed: 3/14/2017**
**Bar Date: 3/15/2017**
**Claim Face Value: $3,668,734.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | Allowed | | $3,668,734.12 | | $3,011,015.88 |
| | | | | $3,668,734.12 | | $3,011,015.88 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 06/25/2020 | 3999 | Objection Granted | 07/20/2020 | 4014 |

## CITY OF TEMPE
**Case(s): 208 Clm No: 605 Clm. Amt: $1,840.33**

*ATTN: SONIA BLAIN, ESQ.*
*21 E SIXTH STREET #201*
*TEMPE, AZ 85281*
**Date Filed: 3/14/2017**
**Bar Date: 3/15/2017**
**Claim Face Value: $1,840.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $1,840.33 | | $0.00 |
| | | | | $1,840.33 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## ASAP FIRE & SAFETY CORP
**Case(s): 207 Clm No: 605 Clm. Amt: $1,000.00**

*ATTN: BRIAN M. COTE*
*6 PROGRESS AVE, #3*
*TYNGSBORO, MA 01879*
**Date Filed: 10/31/2016**
**Claim Face Value: $1,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 209 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $1,000.00 | | $0.00 |
| | | | | $1,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## CITY UTILITIES
**Case(s): 207 Clm No: 606 Clm. Amt: $1,157.63**

*ATTN: DIANA K. WOTNON*
*200 E BERRY ST. STE 130*
*FORT WAYNE, IN 46802*
**Date Filed: 10/26/2016**
**Claim Face Value: $1,157.63**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $1,157.63 | | $0.00 |
| | | | | $1,157.63 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

## JOHN FIIG
### Case(s): 208 Clm No: 606 Clm. Amt: $111,434.68

*Address Redacted*
**Date Filed: 3/21/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $111,434.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $111,434.68 | | $0.00 |
| | | | | $111,434.68 | | $0.00 |

Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JAMES R. HEYWORTH
### Case(s): 208 Clm No: 607 Clm. Amt: $150,000.00

*Address Redacted*
**Date Filed: 4/4/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $150,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $150,000.00 | | $0.00 |
| | | | | $150,000.00 | | $0.00 |

Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## PROPHECY MEDIA GROUP DBA KIXT,KWPW, KWOW
### Case(s): 207 Clm No: 607 Clm. Amt: $1,009.80

*ATTN: CYNTHIA LOPEZ*
*6401 COBBS DR.*
*WACO, TX 76710*
**Date Filed: 10/31/2016**
**Claim Face Value: $1,009.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,009.80 | | |
| | | | | $1,009.80 | | |

## MINT CONDITION FRANCHISING, INC.
### Case(s): 207 Clm No: 608 Clm. Amt: $2,035.32

*ATTN: JOHN FRANCIS SAUMBY*
*1057 RED VENTURES DR. #165*
*FORT MILL, SC 29707*
**Date Filed: 10/31/2016**
**Claim Face Value: $2,035.32**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,035.32 | | $0.00 |
| | | | | $2,035.32 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## GABRIELLE KELLERMAN
### Case(s): 208 Clm No: 608 Clm. Amt: $90,000.00

*Address Redacted*
**Date Filed: 4/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $90,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $90,000.00 | | $0.00 |
| | | | | $90,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JAMES GRAY
### Case(s): 208 Clm No: 609 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed: 4/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## WOODARD, EMHARDT, MORIARTY, MCNETT & HENRY LLP
### Case(s): 207 Clm No: 609 Clm. Amt: $2,632.50

*ATTN: JAMES M. DURLACHER*
*111 MONUMENT CIRCLE, STE. 3700*
*INDIANAPOLIS, IN 46204-5137*
**Date Filed: 10/26/2016**
**Claim Face Value: $2,632.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,632.50 | | |
| | | | | $2,632.50 | | |

## LITTLE ANTHONY'S
### Case(s): 207 Clm No: 610 Clm. Amt: $745.50

*ATTN: PATRICK J. BATTUELLO*
*1095 CENTRAL AVE*
*ALBANY, NY 12205*
**Date Filed: 10/31/2016**
**Claim Face Value: $745.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $745.50 | | |
| | | | | $745.50 | | |

**MICHEAL MCCOMBER**
**Case(s): 208 Clm No: 610 Clm. Amt: $70,000.00**

*Address Redacted*
**Date Filed: 4/11/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 208 | UNS | | | $70,000.00 | | $0.00 |
| | | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ELIZABETH HICKS**
**Case(s): 208 Clm No: 611 Clm. Amt: $41,540.59**

*Address Redacted*
**Date Filed: 4/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $41,540.59**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 208 | UNS | | | $41,540.59 | | $0.00 |
| | | | | | $41,540.59 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**GEORGIA POWER COMPANY**
**Case(s): 207 Clm No: 611 Clm. Amt: $8,467.62**

*ATTN: ANDERSON MARSHALL*
*2500 PATRICK HENRY PARKWAY*
*MCDONOUGH, GA 30253*
**Date Filed: 10/27/2016**
**Claim Face Value: $8,467.62**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $8,467.62 | | |
| | | | | | $8,467.62 | | |

**RICARDO SEPULVEDA**
**Case(s): 207 Clm No: 612 Clm. Amt: $76,852.30**

*Address Redacted*
**Date Filed: 10/31/2016**
**Claim Face Value: $76,852.30**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $76,852.30 | | $0.00 |
| | | | | | $76,852.30 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**TREVOR JERMAINE CHRISTIAN**
**Case(s): 208 Clm No: 612 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 5/1/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 208 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**PHYLLIS SCHERER**
**Case(s): 208 Clm No: 613 Clm. Amt: $9,711.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 5/5/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $9,711.00** | | | | | | | |
| | 208 | UNS | | | $9,711.00 | | $0.00 |
| | | | | | $9,711.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**YULANDA T. CARROLL**
**Case(s): 207 Clm No: 613 Clm. Amt: $21,283.20**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *137 OAK DRIVE*<br>*STAFFORD, VA 22554*<br>**Date Filed: 10/31/2016**<br>**Claim Face Value: $21,283.20** | | | | | | | |
| | 207 | PRI | Disallowed | | $21,283.20 | | $0.00 |
| | | | | | $21,283.20 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 02/18/2022 | 4583 | Objection Granted | 04/25/2022 | 4815 |

**RONOVAN R. SPENCER**
**Case(s): 207 Clm No: 614 Clm. Amt: $12,333.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *124 CAMBRIDGE COVE*<br>*CLINTON, MS 39056*<br>**Date Filed: 11/1/2016**<br>**Claim Face Value: $12,333.00** | | | | | | | |
| | 207 | UNS | Disallowed | | $12,333.00 | | $0.00 |
| | | | | | $12,333.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

## WILLIAM SCHONFELDER
### Case(s): 208 Clm No: 614 Clm. Amt: $36,000.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 6/10/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $36,000.00** | | | | | | | |
| | 208 | UNS | | | $36,000.00 | | $0.00 |
| | | | | | $36,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## JOSIAH HILL
### Case(s): 208 Clm No: 615 Clm. Amt: $8,235.56

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 7/6/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $8,235.56** | | | | | | | |
| | 208 | UNS | | | $8,235.56 | | $0.00 |
| | | | | | $8,235.56 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## SACRAMENTO MUNICIPAL UTILITY DISTRICT (SMUD)
### Case(s): 207 Clm No: 615 Clm. Amt: $6,768.20

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: CYNTHIA WHITTEN*<br>*PO BOX 15830*<br>*SACRAMENTO, CA 95852-1830*<br>**Date Filed: 10/28/2016**<br>**Claim Face Value: $6,768.20** | | | | | | | |
| | 207 | UNS | | | $6,768.20 | | |
| | | | | | $6,768.20 | | |

## ALPHA & OMEGA BUILDING SERVICES, INC.
### Case(s): 207 Clm No: 616 Clm. Amt: $25,633.91

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: JENNIFER KAY KEISH*<br>*2843 CULVER AVE.*<br>*KETTERING, OH 45429*<br>**Date Filed: 10/28/2016**<br>**Claim Face Value: $25,633.91** | | | | | | | |
| | 207 | UNS | | | $25,633.91 | | $0.00 |
| | | | | | $25,633.91 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## BILLY HEROMAN'S FLOWERLAND, INC.
### Case(s): 208 Clm No: 616 Clm. Amt: $1,761.17

*ATTN: BENJAMIN TOWNS HEROMAN*
*10812 N. HARRELL'S FERRY ROAD*
*BATON ROUGE, LA 70816*
**Date Filed: 7/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,761.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $1,761.17 | | $0.00 |
| | | | | $1,761.17 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## CARRIE LANCASTER
### Case(s): 208 Clm No: 617 Clm. Amt: $80,000.00

*Address Redacted*
**Date Filed: 8/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ALL STAR DIRECTORIES, INC.
### Case(s): 207 Clm No: 617 Clm. Amt: $189,420.00

*ATTN: MICHELLE FERRIS*
*101 STEWART ST. STE. 500*
*SEATTLE, WA 98101*
**Date Filed: 10/28/2016**
**Claim Face Value: $189,420.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $189,420.00 | | |
| | | | | $189,420.00 | | |

## ROCK CREEK PUBLIC SEWER DISTRICT
### Case(s): 207 Clm No: 618 Clm. Amt: $144.66

*ATTN: DON DANIEL*
*PO BOX 1060*
*IMPERIAL, MO 63052*
**Date Filed: 10/28/2016**
**Claim Face Value: $72.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $72.33 | | $0.00 |
| 207 | SEC | Disallowed | | $72.33 | | $0.00 |
| 207 | UNS | | | | | $72.33 |
| | | | | $144.66 | | $72.33 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

**SANDRA LUZ YZAGUIRRE**
**Case(s): 208 Clm No: 618 Clm. Amt:**

*Address Redacted*
**Date Filed: 8/16/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CALEB JERRELL KEIRSEY**
**Case(s): 208 Clm No: 619 Clm. Amt: $101,529.39**

*Address Redacted*
**Date Filed: 9/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $101,529.39**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $101,529.39 | | $0.00 |
| | | | | $101,529.39 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JAYESHKUMAR PATEL**
**Case(s): 207 Clm No: 619 Clm. Amt: $3,728.55**

*1650 US HIGHWAY 1*
*RAHWAY, NJ 07065*
**Date Filed: 11/1/2016**
**Claim Face Value: $3,728.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $3,728.55 | | $0.00 |
| | | | | $3,728.55 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**BAYSHORE BEVERAGES, INC**
**Case(s): 207 Clm No: 620 Clm. Amt: $1,118.07**

*CARDINAL CANTEEN FOOD SERVICE*
*914 CAVALIER BLVD*
*CHESAPEAK, VA 23323*
**Date Filed: 10/31/2016**
**Claim Face Value: $1,118.07**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,118.07 | | |
| | | | | $1,118.07 | | |

## AROUJ WHYEN
**Case(s): 208 Clm No: 620 Clm. Amt: $1,700,000.00**

*ATTN: DANIEL TASHNEK*
*2205 MATHEWS AVENUE*
*REDONDO BEACH, CA 90278*
**Date Filed: 12/14/2017**
**Orig. Date Filed: 11/22/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 913**
**Claim Face Value: $1,700,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $1,700,000.00 | | $0.00 |
| | | | | $1,700,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 02/18/2022 | 67 | Objection Granted | 03/30/2022 | 76 |

## Melvin Reed
**Case(s): 208 Clm No: 621 Clm. Amt: $34,000.00**

*Address Redacted*
**Date Filed: 1/7/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $34,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $34,000.00 | | $0.00 |
| | | | | $34,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

## Denise K Dukelow
**Case(s): 207 Clm No: 621 Clm. Amt: $372.37**

*177 Deering Center Rd*
*Weare, NY 03281-5810*
**Date Filed: 10/31/2016**
**Claim Face Value: $372.37**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $372.37 | | $0.00 |
| | | | | $372.37 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 02/18/2022 | 4613 | Objection Granted | 03/31/2022 | 4730 |

## BOB DUHAINY
**Case(s): 207 Clm No: 622 Clm. Amt: $1,026.66**

*17 ROYAL CREST DRIVE #9*
*NORTH ANDOVER, MA 01845*
**Date Filed: 10/31/2016**
**Claim Face Value: $513.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $513.33 | | $0.00 |
| 207 | UNS | Disallowed | | $513.33 | | $0.00 |
| | | | | $1,026.66 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 08/23/2022 | 4948 | Objection Granted | 10/26/2022 | 4988 |

## ROBERT AZZALINA
**Case(s): 208 Clm No: 622 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/25/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

## BREANNE STEWART
**Case(s): 208 Clm No: 623 Clm. Amt: $36,933.60**

*Address Redacted*
**Date Filed: 1/28/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $36,933.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $36,933.60 | | $0.00 |
| | | | | $36,933.60 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## BOB DUHAINY
**Case(s): 207 Clm No: 623 Clm. Amt: $2,175.00**

*17 ROYAL CREST DRIVE #9*
*NORTH ANDOVER, MA 01845*
**Date Filed: 10/31/2016**
**Claim Face Value: $2,175.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | | | $2,175.00 |
| 207 | UNS | | | $2,175.00 | | $0.00 |
| | | | | $2,175.00 | | $2,175.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 11/17/2022 | 5044 | Objection Granted | 12/13/2022 | 5075 |

## BOB DUHAINY
**Case(s): 207 Clm No: 624 Clm. Amt: $2,684.24**

*17 ROYAL CREST DRIVE, #9*
*NORTH ANDOVER, MA 01845*
**Date Filed: 10/31/2016**
**Claim Face Value: $2,684.24**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | | | | | $2,684.24 |
| 207 | UNS | | | $2,684.24 | | $0.00 |
| | | | | $2,684.24 | | $2,684.24 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 11/17/2022 | 5044 | Objection Granted | 12/13/2022 | 5075 |

## BREANA BAKIS
**Case(s): 208 Clm No: 624 Clm. Amt: $28,533.00**

*Address Redacted*
**Date Filed: 1/29/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $28,533.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $28,533.00 | | $0.00 |
| | | | | $28,533.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## ANDREW LEBOV
**Case(s): 208 Clm No: 625 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 1/30/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## CITY OF WYOMING
**Case(s): 207 Clm No: 625 Clm. Amt: $1,881.13**

*C/O CITY OF WYOMING TREASURER*
*ATTN: TRACI LYNN SHAFFER*
*1155 28TH ST SW*
*P.O.BOX 908*
*WYOMING , MI 49509*
**Date Filed: 10/31/2016**
**Claim Face Value: $1,881.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | SEC | Disallowed | | $1,881.13 | | $0.00 |
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | $1,881.13 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

## CITY OF WYOMING
**Case(s): 207 Clm No: 626 Clm. Amt: $1,353.36**

*C/O CITY OF WYOMING TREASURER*
*ATTN: TRACI LYNN SHAFFER*
*1155 28TH ST SW*
*P.O. BOX 905*
*WYOMING, MI 49509*
**Date Filed: 10/31/2016**
**Claim Face Value: $1,353.36**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | | | $0.00 |
| 207 | SEC | Disallowed | | $1,333.36 | | $0.00 |
| 207 | UNS | Disallowed | | $20.00 | | $0.00 |
| | | | | $1,353.36 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

## JAMES E MCCLENDON
**Case(s): 208 Clm No: 626 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/31/2018**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## ULINE SHIPPING SUPPLIES
**Case(s): 207 Clm No: 627 Clm. Amt: $2,305.64**

*ATTN: SEAN CALVIN MCNAUGHTAN*
*12575 ULINE DRIVE*
*PLEASANT PRAIRIE, WI 53158*
**Date Filed: 10/31/2016**
**Claim Face Value: $2,305.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $2,305.64 | | |
| | | | | $2,305.64 | | |

## Scott Sexton
**Case(s): 208 Clm No: 627 Clm. Amt: $54,537.00**

*Address Redacted*
**Date Filed: 2/11/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $54,537.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | SEC | | | Unknown | Y | $0.00 |
| 208 | UNS | | | $54,537.00 | | $0.00 |
| | | | | $54,537.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### Kristine Machleit
**Case(s): 208 Clm No: 628 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 3/4/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | 208 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### RONALD A. MCALPINE
**Case(s): 207 Clm No: 628 Clm. Amt: $698.68**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *49 CHRISTMAS COVE ROAD*<br>*CRAWFORD, ME 04694*<br>**Date Filed: 10/31/2016**<br>**Claim Face Value: $698.68** | 207 | UNS | | | $698.68 | | $0.00 |
| | | | | | $698.68 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

### WILNEACE T. GRANT
**Case(s): 207 Clm No: 629 Clm. Amt: $36,732.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/31/2016**<br>**Claim Face Value: $18,366.00** | 207 | PRI | | | $18,366.00 | | $0.00 |
| | 207 | UNS | | | $18,366.00 | | $0.00 |
| | | | | | $36,732.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### Matthew Wood
**Case(s): 208 Clm No: 629 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 5/4/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | 208 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| No Basis | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

## TIMOTHY WHITE
### Case(s): 208 Clm No: 630 Clm. Amt: $20,000.00

*Address Redacted*
**Date Filed: 6/21/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

## COLUMBIA GAS OF OHIO
### Case(s): 207 Clm No: 630 Clm. Amt: $624.72

*ATTN: CHRISTY L. PEOPLES*
*P.O. BOX 117*
*COLUMBUS, OH 43216*
**Date Filed: 10/31/2016**
**Claim Face Value: $624.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $624.72 | | |
| | | | | $624.72 | | |

## COLUMBIA GAS OF VIRGINIA
### Case(s): 207 Clm No: 631 Clm. Amt: $114.59

*ATTN: CHRISTY L. PEOPLES*
*P.O. BOX 117*
*COLUMBUS, OH 43216*
**Date Filed: 10/31/2016**
**Claim Face Value: $114.59**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $114.59 | | |
| | | | | $114.59 | | |

## Ashley Slowe
### Case(s): 208 Clm No: 631 Clm. Amt: $100,000.00

*45742 Wellesley Ter, Apt 315*
*Sterling, VA 20166*
**Date Filed: 7/20/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $100,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | PRI | Disallowed | | $100,000.00 | | $0.00 |
| | | | | $100,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

**omar mustafa**
**Case(s): 208 Clm No: 632 Clm. Amt: $25,000.00**

*Address Redacted*
**Date Filed: 11/22/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $25,000.00 | | $0.00 |
| | | | | $25,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

**COLUMBIA GAS OF KENTUCKY**
**Case(s): 207 Clm No: 632 Clm. Amt: $106.05**

*ATTN: CHRISTY L. PEOPLES*
*P.O. BOX 117*
*COLUMBUS, OH 43216*
**Date Filed: 10/31/2016**
**Claim Face Value: $106.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $106.05 | | |
| | | | | $106.05 | | |

**CP-DBS, LLC**
**Case(s): 207 Clm No: 633 Clm. Amt: $945.00**

*C/O PAYSCHOOLS*
*ATTN: SCOTT MERIWETHER*
*40 BURTON HLLS BLVD SUITE 415*
*NASHVILLE, TN 37215*
**Date Filed: 10/31/2016**
**Claim Face Value: $945.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $945.00 | | |
| | | | | $945.00 | | |

**David Brown**
**Case(s): 208 Clm No: 633 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed: 11/25/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

**Robert Whitney**
**Case(s): 208 Clm No: 634 Clm. Amt: $37,214.55**

*Address Redacted*
**Date Filed: 5/14/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $37,214.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | $37,214.55 | | $0.00 |
| | | | | $37,214.55 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

**TEAGUE ELECTRIC CONSTRUCTION, INC**
**Case(s): 207 Clm No: 634 Clm. Amt: $375.00**

*ATTN: ISRATH R. ABUNDIS*
*12425 W. 92ND STREET*
*LENEXA, KS 66215*
**Date Filed: 10/31/2016**
**Claim Face Value: $375.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $375.00 | | |
| | | | | $375.00 | | |

**EARL ROBINSON, JR**
**Case(s): 207 Clm No: 635 Clm. Amt: $26,587.16**

*1035 ROSLYN*
*MT CLEMENS, MI 48043*
**Date Filed: 10/31/2016**
**Claim Face Value: $26,587.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | $26,587.16 | | $5,027.93 |
| | | | | $26,587.16 | | $5,027.93 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

**Christopher D. Mallett**
**Case(s): 208 Clm No: 635 Clm. Amt: $1,500,000,000.00**

*Address Redacted*
**Date Filed: 6/23/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,500,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | 503(b)(9) | | | $46,007.00 | | $0.00 |
| 208 | UNS | | | $1,499,953,993.00 | | $0.00 |
| | | | | $1,500,000,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**Antonio Reddick**
**Case(s): 208 Clm No: 636 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 6/24/2019** **Bar Date: 1/30/2017** **Claim Face Value:** | 208 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**CIT BANK N.A.**
**Case(s): 207 Clm No: 636 Clm. Amt: $38,753.81**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *CIT FINANCE, LLC C/O WELTMAN, WEINBERG, & REIS CO., LPA 3705 MARLANE DRIVE GROVE CITY, OH 43123* **Date Filed: 11/1/2016** **Claim Face Value: $38,753.81** | 207 | UNS | Disallowed | | $38,753.81 | | $0.00 |
| | | | | | $38,753.81 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| No documentation | 11/18/2016 | 3709 | Objection Granted | 01/15/2020 | 3771 |

**JOSEPH PULASKI**
**Case(s): 207 Clm No: 637 Clm. Amt: $40,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 11/1/2016** **Bar Date: 1/30/2017** **Claim Face Value: $40,000.00** | 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**Crystal Hawkins**
**Case(s): 208 Clm No: 637 Clm. Amt: $42,830.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 8/5/2019** **Bar Date: 1/30/2017** **Claim Face Value: $42,830.00** | 208 | UNS | | | $42,830.00 | | $0.00 |
| | | | | | $42,830.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

### Siarah Phillips
**Case(s): 208 Clm No: 638 Clm. Amt: $25,000.00**

*Address Redacted*
**Date Filed: 2/13/2020**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | | | $25,000.00 | | $0.00 |
| | | | | $25,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

### LUANN L. LARSON
**Case(s): 207 Clm No: 638 Clm. Amt: $799.15**

*6605 HUNTER TRAIL WAY*
*FREDERICK, MD 21702*
**Date Filed: 11/1/2016**
**Claim Face Value: $799.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | PRI | | | | | $799.15 |
| 207 | UNS | | | $799.15 | | $0.00 |
| | | | | $799.15 | | $799.15 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 11/17/2022 | 5044 | Objection Granted | 12/13/2022 | 5075 |

### MONTEVERDE GARDENS
**Case(s): 207 Clm No: 639 Clm. Amt: $9,155.00**

*ATTN: GUSTAVO REYES*
*8523 CHANCELLORSVILLE LN*
*HOUSTON, TX 77083*
**Date Filed: 11/1/2016**
**Claim Face Value: $9,155.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $9,155.00 | | |
| | | | | $9,155.00 | | |

### Patrick Lance Kovatch
**Case(s): 208 Clm No: 639 Clm. Amt: $82,272.17**

*Address Redacted*
**Date Filed: 9/26/2020**
**Bar Date: 1/30/2017**
**Claim Face Value: $82,272.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $82,272.17 | | $0.00 |
| | | | | $82,272.17 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 66 | Objection Granted | 03/30/2022 | 75 |

**SCOTT DAVIS**

**Case(s): 207 Clm No: 640 Clm. Amt: $25,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 11/1/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $25,000.00** | | | | | | | |
| | 207 | UNS | | | $25,000.00 | | $0.00 |
| | | | | | $25,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

---

**Daniel P Kissee**

**Case(s): 208 Clm No: 640 Clm. Amt: $15,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 12/4/2020**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $15,000.00** | | | | | | | |
| | 208 | PRI | Disallowed | | Unknown | Y | $0.00 |
| | 208 | SEC | Disallowed | | Unknown | Y | $0.00 |
| | 208 | UNS | Disallowed | | $15,000.00 | | $0.00 |
| | | | | | $15,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 05/04/2021 | 54 | Objection Granted | 06/23/2021 | 61 |

---

**SECOND 2 NONE ENTERPRISE**

**Case(s): 207 Clm No: 641 Clm. Amt: $21,941.87**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: SEAN HAMPTON*<br>*P.O. BOX 109*<br>*MADISON, TN 37116*<br>**Date Filed: 11/1/2016**<br>**Claim Face Value: $21,941.87** | | | | | | | |
| | 207 | UNS | | | $21,941.87 | | |
| | | | | | $21,941.87 | | |

---

**Void Claim - See amended claim 413**

**Case(s): 208 Clm No: 641 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| **Date Filed: 8/19/2021**<br>**Orig. Date Filed: 1/19/2017**<br>**Claim Face Value:** | | | | | | | |
| | 208 | UNS | | | Unknown | Y | |

---

**VOIDED CLAIM - Amending Claim 208-212**

**Case(s): 208 Clm No: 642 Clm. Amt:**

**Date Filed:**

**Claim Face Value:**

### NTERONE CORPORATION
**Case(s): 207 Clm No: 642 Clm. Amt: $27,569.00**

*ATTN: BRITTANY HAMILTON*
*747 SANDY RIDGE ROAD*
*TYNER, NC 27980*
**Date Filed: 11/2/2016**
**Claim Face Value: $27,569.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $27,569.00 | | |
| | | | | $27,569.00 | | |

### CITY OF RICHARDSON, TEXAS
**Case(s): 207 Clm No: 643 Clm. Amt: $721.86**

*ATTN: WHITT L. WYATT*
*500 N. AKARD SUITE 1800*
*DALLAS, TX 75201*
**Date Filed: 11/2/2016**
**Claim Face Value: $721.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $721.86 | | |
| | | | | $721.86 | | |

### Adam Olivares
**Case(s): 208 Clm No: 643 Clm. Amt: $77,873.00**

*Address Redacted*
**Date Filed: 4/28/2022**
**Bar Date: 1/30/2017**
**Claim Face Value: $77,873.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $77,873.00 | | $0.00 |
| | | | | $77,873.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 08/23/2022 | 79 | Objection Granted | 10/26/2022 | 82 |

### ADAMS COUNTY TREASURER
**Case(s): 207 Clm No: 644 Clm. Amt: $7,878.26**

*P.O.BOX 869*
*BRIGHTON, CO 80601*
**Date Filed: 11/1/2016**
**Claim Face Value: $7,878.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | SEC | | | $7,878.26 | | |
| | | | | $7,878.26 | | |

### Jacob Viregan
**Case(s): 208 Clm No: 644 Clm. Amt: $2,500,000.00**

*Address Redacted*
**Date Filed: 8/18/2022**
**Bar Date: 1/30/2017**
**Claim Face Value: $2,500,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | $2,500,000.00 | | $0.00 |
| | | | | $2,500,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 08/23/2022 | 80 | Objection Granted | 10/26/2022 | 83 |

### ROBERT A. ADKISON III
**Case(s): 207 Clm No: 645 Clm. Amt: $359.30**

*723 OLD SAVANNAH DR*
*LONG BEACH, MS 39560*
**Date Filed: 11/1/2016**
**Claim Face Value: $359.30**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $359.30 | | $0.00 |
| | | | | $359.30 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

### ALAENA WRIGHT
**Case(s): 207 Clm No: 646 Clm. Amt: $1,775.00**

*4728 S. SHADES CREST RD*
*HELENA, AL 35022*
**Date Filed: 11/1/2016**
**Claim Face Value: $1,775.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $1,775.00 | | $0.00 |
| | | | | $1,775.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3709 | Objection Granted | 01/15/2020 | 3771 |

### YUYUE JIAO
**Case(s): 207 Clm No: 647 Clm. Amt: $65,345.57**

*336 MEADOWBREEZE DR*
*KANATA, ON K2M0G7*
*CANADA*
**Date Filed: 11/1/2016**
**Claim Face Value: $65,345.57**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $65,345.57 | | $0.00 |
| | | | | $65,345.57 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

### BIRDDOG MEDIA LLC
**Case(s): 207 Clm No: 648 Clm. Amt: $46,242.00**

*ATTN: EILEEN AUSTIN*
*125 S. WILKE RD*
*SUITE 204*
*ARLINGTON HEIGHTS, IL 60005*
**Date Filed: 11/1/2016**
**Claim Face Value: $46,242.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $46,242.00 | | $0.00 |
| | | | | $46,242.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3709 | Objection Granted | 01/15/2020 | 3771 |

## VIRENDER SINGH
### Case(s): 207 Clm No: 649 Clm. Amt: $730.00

*7325 TOTTENHAM*
*SHELBY TWP, MI 48317*
**Date Filed: 11/1/2016**
**Claim Face Value: $730.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $730.00 | | $0.00 |
| | | | | $730.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## COLLABORATIVE LEADERSHIP TEAM
### Case(s): 207 Clm No: 650 Clm. Amt: $17,324.19

*ATTN: JESSICA LOTHER*
*1104 HOLLYBROOK DRIVE*
*WAYZATA, MN 55391*
**Date Filed: 11/2/2016**
**Claim Face Value: $17,324.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $17,324.19 | | |
| | | | | $17,324.19 | | |

## JOSEPH OSBORNE
### Case(s): 207 Clm No: 651 Clm. Amt: $8,988.00

*Address Redacted*
**Date Filed: 11/2/2016**
**Claim Face Value: $8,988.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $8,988.00 | | $0.00 |
| | | | | $8,988.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CLIFFORD PLACIDE
### Case(s): 207 Clm No: 652 Clm. Amt: $1,200.00

*Address Redacted*
**Date Filed: 11/2/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,200.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,200.00 | | $0.00 |
| | | | | $1,200.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**COLUMBIA TELEVISION BROADCASTERS, INC.**
**Case(s): 207 Clm No: 653 Clm. Amt: $13,056.00**

*D/B/A WOLO*
*5807 SHAKESPEARE RD*
*COLUMBIA, SC 29223*
**Date Filed: 11/2/2016**
**Claim Face Value: $13,056.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $13,056.00 | | $0.00 |
| | | | | $13,056.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**LINH NGUYEN**
**Case(s): 207 Clm No: 654 Clm. Amt: $822.82**

*Address Redacted*
**Date Filed: 11/2/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $822.82**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | SEC | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $822.82 | | $0.00 |
| | | | | $822.82 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**WILLETTER MORRISON**
**Case(s): 207 Clm No: 655 Clm. Amt:**

*Address Redacted*
**Date Filed: 11/2/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## VIVI NGUYEN
**Case(s): 207 Clm No: 656 Clm. Amt: $1,923.10**

*Address Redacted*
**Date Filed: 11/3/2016**
**Claim Face Value: $961.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | $961.55 | | $961.55 |
| 207 | SEC | | | $961.55 | | $0.00 |
| | | | | $1,923.10 | | $961.55 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 08/23/2022 | 4947 | Objection Granted | 10/26/2022 | 4987 |

## HOWARD G. SMITH
**Case(s): 207 Clm No: 657 Clm. Amt: $1,135.00**

*Address Redacted*
**Date Filed: 11/3/2016**
**Claim Face Value: $1,135.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | $1,135.00 | | $1,037.97 |
| | | | | $1,135.00 | | $1,037.97 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

## POWERSCOURT, LLC
**Case(s): 207 Clm No: 658 Clm. Amt: $31,050.98**

*C/O ALOIA, ROLAND & LUBELL, PLLC*
*ATTN: FRANK J. ALOIA, JR.*
*2254 1ST STREET*
*FORT MYERS, FL 33901*
**Date Filed: 11/3/2016**
**Claim Face Value: $31,050.98**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $31,050.98 | | |
| | | | | $31,050.98 | | |

## DEAFINITELY TAKING REQUESTS, LLC
**Case(s): 207 Clm No: 659 Clm. Amt: $14,979.37**

*ATTN: GLENDIA BOON*
*540 ST ANDREWS RD*
*SUITE 216A*
*COLUMBIA, SC 29210*
**Date Filed: 11/3/2016**
**Claim Face Value: $14,979.37**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $14,979.37 | | $11,778.75 |
| | | | | $14,979.37 | | $11,778.75 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 11/18/2019 | 3710 | Objection Granted | 01/15/2020 | 3772 |

## RODOLFO CORIA TORRES
### Case(s): 207 Clm No: 660 Clm. Amt: $35,000.00

*Address Redacted*
**Date Filed: 11/3/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $35,000.00 | | $0.00 |
| | | | | $35,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DEBRA W. JONES
### Case(s): 207 Clm No: 661 Clm. Amt:

*Address Redacted*
**Date Filed: 11/3/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## DEBRA W. JONES
### Case(s): 207 Clm No: 662 Clm. Amt:

*Address Redacted*
**Date Filed: 11/3/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## REGINALD JONES JR.
### Case(s): 207 Clm No: 663 Clm. Amt:

*Address Redacted*
**Date Filed: 11/3/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**IMPERIAL SECURITY SERVICES, INC.**
**Case(s): 207 Clm No: 664 Clm. Amt: $5,078.42**

*ATTN: LINDA MOSS*
*2555 POPLAR AVE*
*MEMPHIS, TN 38112*
**Date Filed: 11/3/2016**
**Claim Face Value: $5,078.42**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $5,078.42 | | |
| | | | | $5,078.42 | | |

**IMPERIAL SECURITY SERVICES, INC.**
**Case(s): 207 Clm No: 665 Clm. Amt: $5,325.06**

*ATTN: LINDA MOSS*
*2555 POPLAR AVE*
*MEMPHIS, TN 38112*
**Date Filed: 11/3/2016**
**Claim Face Value: $5,325.06**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $5,325.06 | | |
| | | | | $5,325.06 | | |

**SECURITAS SECURITY SERVICES USA, INC.**
**Case(s): 207 Clm No: 666 Clm. Amt: $16,583.89**

*ATTN: JAIME BERGARA*
*4330 PARK TERRACE DR.*
*WESTLAKE VILLAGE, CA 91361*
**Date Filed: 11/3/2016**
**Claim Face Value: $16,583.89**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $16,583.89 | | $0.00 |
| | | | | $16,583.89 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**ANTHONY M. LADEAU**
**Case(s): 207 Clm No: 667 Clm. Amt: $1,839.00**

*Address Redacted*
**Date Filed: 11/3/2016**
**Claim Face Value: $1,839.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $1,839.00 | | $0.00 |
| | | | | $1,839.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JOSHUA STANPHILL**
**Case(s): 207 Clm No: 668 Clm. Amt: $4,208.00**

*Address Redacted*
**Date Filed: 11/3/2016**
**Claim Face Value: $4,208.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,208.00 | | $0.00 |
| | | | | $4,208.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**YVONNE GETER**
**Case(s): 207 Clm No: 669 Clm. Amt: $152.86**

*115 FORESTSIDE COURT*
*COLLEGE PARK, GA 30349*
**Date Filed: 11/2/2016**
**Claim Face Value: $152.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $152.86 | | |
| | | | | $152.86 | | |

**CASCADE STATION I & II, LLC**
**Case(s): 207 Clm No: 670 Clm. Amt: $104,078.86**

*C/O SCOTT ANDERS, JORDAN RAMIS PC*
*1499 SE TECH CENTER PL. SUITE 380*
*VANCOUVER, WA 98683*
**Date Filed: 11/3/2016**
**Claim Face Value: $104,078.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $104,078.86 | | |
| | | | | $104,078.86 | | |

**MICHELLE CRENSHAW**
**Case(s): 207 Clm No: 671 Clm. Amt:**

*Address Redacted*
**Date Filed: 11/3/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## HANNAN MICHAEL EDWARDS
### Case(s): 207 Clm No: 672 Clm. Amt: $24,842.00

*Address Redacted*
**Date Filed: 11/3/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $24,842.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $24,842.00 | | $0.00 |
| | | | | $24,842.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SHERYL HEMMINGWAY
### Case(s): 207 Clm No: 673 Clm. Amt:

*Address Redacted*
**Date Filed: 11/3/2016**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## IHEARTMEDIA
### Case(s): 207 Clm No: 674 Clm. Amt: $131,115.96

*C/O HERZLICH & BLUM, LLP*
*ATTN: JEROME J. BLUM*
*15760 VENTURA BLVD SUITE 850*
*ENCINO, CA 91436*
**Date Filed: 12/27/2016**
**Orig. Date Filed: 10/25/2016**
**Amending Clm #: 674**
**Amended By Clm #: 674**
**Claim Face Value: $131,115.96**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $131,115.96 | | $128,305.10 |
| | | | | $131,115.96 | | $128,305.10 |

## DOMINIQUE MALLETT
### Case(s): 207 Clm No: 675 Clm. Amt: $4,225.00

*Address Redacted*
**Date Filed: 11/3/2016**
**Claim Face Value: $4,225.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $4,225.00 | | $0.00 |
| | | | | $4,225.00 | | $0.00 |

### JENNIFER SHACKELFORD
**Case(s): 207 Clm No: 676 Clm. Amt: $529,500.00**

*C/O WATSON & NORRIS, PLLC*
*ATTN: LOUIS H. WATSON JR*
*1880 LAKELAND DR. SUITE G*
*JACKSON, MS 39216*
**Date Filed: 11/3/2016**
**Claim Face Value: $529,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $529,500.00 | | $51,000.00 |
| | | | | $529,500.00 | | $51,000.00 |

### PPS GROUP
**Case(s): 207 Clm No: 677 Clm. Amt: $41,140.00**

*ATTN: VANDY LOUDEN*
*424 SCOTT ST*
*COVINGTON, KY 41011*
**Date Filed: 11/3/2016**
**Claim Face Value: $41,140.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $41,140.00 | | $0.00 |
| | | | | $41,140.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

### BINBIN ZHANG
**Case(s): 207 Clm No: 678 Clm. Amt: $734.85**

*7500 CAHILL ROAD #116C*
*EDINA, MN 55439*
**Date Filed: 11/3/2016**
**Claim Face Value: $734.85**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $734.85 | | $0.00 |
| | | | | $734.85 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

### NOLAN PAINTING, INC.
**Case(s): 207 Clm No: 679 Clm. Amt: $13,160.00**

*ATTN: STEVE NAFRANOWICZ*
*181 WEST HILLCREST AVENUE*
*HAVERTOWN, PA 19083*
**Date Filed: 11/3/2016**
**Claim Face Value: $13,160.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $13,160.00 | | |
| | | | | $13,160.00 | | |

## BARCOM TECHNOLOGY SOLUTIONS
### Case(s): 207 Clm No: 680 Clm. Amt: $1,234.05

*ATTN: VINAN A DELEN*
*435 ISOM RD SUITE #202*
*SAN ANTONIO, TX 78216*
**Date Filed: 11/3/2016**
**Claim Face Value: $1,234.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $1,234.05 | | $0.00 |
| | | | | $1,234.05 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

## VALERIE TAYLOR HOLLIS
### Case(s): 207 Clm No: 681 Clm. Amt: $7,000.00

*Address Redacted*
**Date Filed: 11/3/2016**
**Claim Face Value: $7,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $7,000.00 | | $0.00 |
| | | | | $7,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## WLTX TELEVISION
### Case(s): 207 Clm No: 682 Clm. Amt: $3,442.50

*C/O SZABO ASSOCIATES INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX ROAD, NE, SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 11/4/2016**
**Orig. Date Filed: 10/13/2016**
**Amending Clm #: 152**
**Claim Face Value: $3,442.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,442.50 | | |
| | | | | $3,442.50 | | |

## WGRZ TELEVISION
### Case(s): 207 Clm No: 683 Clm. Amt: $450.50

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX ROAD, NE, SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 11/4/2016**
**Claim Face Value: $450.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $450.50 | | |
| | | | | $450.50 | | |

## MAJID FARAJPOUREDARI
### Case(s): 207 Clm No: 684 Clm. Amt: $3,758.94

*Address Redacted*
**Date Filed: 11/3/2016**
**Claim Face Value: $3,758.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $3,758.94 | | $0.00 |
| | | | | $3,758.94 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## WLEX TELEVISION
### Case(s): 207 Clm No: 685 Clm. Amt: $10,115.00

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX ROAD, NE, SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 11/4/2016**
**Orig. Date Filed: 10/11/2016**
**Amending Clm #: 40**
**Claim Face Value: $10,115.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $10,115.00 | | |
| | | | | $10,115.00 | | |

## RON GORDON
### Case(s): 207 Clm No: 686 Clm. Amt: $22,000.00

*Address Redacted*
**Date Filed: 11/4/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $22,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $22,000.00 | | $0.00 |
| | | | | $22,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ACADEMIX DIRECT, INC.
### Case(s): 207 Clm No: 687 Clm. Amt: $1,239,125.00

*ATTN: PHILIP G. CONNOLLY*
*4400 BOHANNON DR., SUITE 110*
*MENLO PARK, CA 94025*
**Date Filed: 11/1/2016**
**Claim Face Value: $1,239,125.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $1,239,125.00 | | |
| | | | | $1,239,125.00 | | |

### MAGALY D. CARRO
**Case(s): 207 Clm No: 688 Clm. Amt: $15,694.86**

*9729 NW 52 MANOR*
*CAROL SPRINGS, FL 33076*
**Date Filed: 11/3/2016**
**Claim Face Value: $15,694.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $15,694.86 | | $0.00 |
| | | | | $15,694.86 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4584 | Objection Granted | 04/25/2022 | 4816 |
| Miscellaneous objection | 10/31/2022 | 5019 | Objection Granted | 12/13/2022 | 5064 |

### STEPHEN D. BURKETT
**Case(s): 207 Clm No: 689 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 11/4/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### STG REALTY VENTURES, LLC
**Case(s): 207 Clm No: 690 Clm. Amt: $360,438.56**

*ATTN: WILLIAM SNELL*
*1304 SOUTHPOINT BLVD., STE. 101*
*PETALUMA, CA 94954*
**Date Filed: 11/4/2016**
**Claim Face Value: $360,438.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $360,438.56 | | |
| | | | | $360,438.56 | | |

### Ryan L Roney
**Case(s): 207 Clm No: 691 Clm. Amt: $31,924.85**

*376 S Golden Beach Dr*
*Kewadin, MI 49648*
**Date Filed: 11/4/2016**
**Claim Face Value: $31,924.85**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | Y | $12,850.00 | | $0.00 |
| 207 | UNS | Allowed | Y | $19,074.85 | | $31,924.85 |
| | | | | $31,924.85 | | $31,924.85 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/09/2021 | 4204 | Objection Granted | 04/21/2021 | 4282 |

## 50 PENN BUILDING OWNER, LLC
### Case(s): 207 Clm No: 692 Clm. Amt: $282,694.37

*C/O IN-REL PROPERTIES NORTH, LLC*
*ATTN: WILLIAM A. WHITE IV*
*2328 10TH AVENUE NORTH SUITE 401*
*LAKE WORTH, FL 33461*
**Date Filed: 11/4/2016**
**Claim Face Value: $282,694.37**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $282,694.37 | | |
| | | | | $282,694.37 | | |

## KVOS TV
### Case(s): 207 Clm No: 693 Clm. Amt: $15,232.00

*ATTN: SABRINA HLEBICHUK*
*3111 NEWMARKET ST #108*
*BELLINGHAM, WA 98226*
**Date Filed: 11/4/2016**
**Claim Face Value: $15,232.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $15,232.00 | | |
| | | | | $15,232.00 | | |

## DON MONTEAUX PHOTOGRAPHY
### Case(s): 207 Clm No: 694 Clm. Amt: $1,855.00

*ATTN: DON MONTEAUX*
*203 43RD ST*
*VIRGINIA BEACH, VA 23451*
**Date Filed: 11/4/2016**
**Claim Face Value: $1,855.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | Y | $1,855.00 | | $0.00 |
| 207 | UNS | Allowed | Y | | | $1,855.00 |
| | | | | $1,855.00 | | $1,855.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/09/2021 | 4205 | Objection Granted | 04/21/2021 | 4283 |

## CAMISHA HOLLIS
### Case(s): 207 Clm No: 695 Clm. Amt: $20,000.00

*Address Redacted*
**Date Filed: 11/4/2016**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### KIZZY LORRAINE SCOTT
**Case(s): 207 Clm No: 696 Clm. Amt: $46,799.00**

*Address Redacted*
**Date Filed: 11/4/2016**
**Claim Face Value: $46,799.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $46,799.00 | | $0.00 |
| | | | | $46,799.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

### BRANDON WILLIAM CRIDDELL
**Case(s): 207 Clm No: 697 Clm. Amt: $12,608.78**

*Address Redacted*
**Date Filed: 11/4/2016**
**Claim Face Value: $12,608.78**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $12,608.78 | | $0.00 |
| | | | | $12,608.78 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### GALE/ CENGAGE LEARNING
**Case(s): 207 Clm No: 698 Clm. Amt: $300.00**

*ATTN: MELISSA K. NORTH*
*10650 TOEBBEN DR*
*INDEPENDENCE, KY 41051*
**Date Filed: 11/4/2016**
**Claim Face Value: $300.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $300.00 | | $0.00 |
| | | | | $300.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

### NEW YORK STATE DEPARTMENT OF LABOR
**Case(s): 207 Clm No: 699 Clm. Amt:**

*ATTN: DEBBIE ANZIANO*
*STATE OFFICE BLDG #12, ROOM 256*
*ALBANY, NY 12240*
**Date Filed: 10/24/2016**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | | | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

### G4S SECURE SOLUTIONS(USA), INC.
**Case(s): 207 Clm No: 700 Clm. Amt: $6,922.71**

*ATTN: TONY CAPPELLO*
*1395 UNIVERSITY BLVD*
*JUPITER, FL 33458*
**Date Filed: 11/4/2016**
**Claim Face Value: $6,922.71**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $6,922.71 | | |
| | | | | $6,922.71 | | |

### BRADY INDUSTRIES
**Case(s): 207 Clm No: 701 Clm. Amt: $341.19**

*ATTN: COLLEEN KEITH*
*7055 LINDELL RD*
*LAS VEGAS, NV 89118*
**Date Filed: 11/4/2016**
**Claim Face Value: $341.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $341.19 | | |
| | | | | $341.19 | | |

### JIMMY C. THOMPSON
**Case(s): 207 Clm No: 702 Clm. Amt: $11,414.00**

*Address Redacted*
**Date Filed: 11/4/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $11,414.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $11,414.00 | | $0.00 |
| | | | | $11,414.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

### Jason Cory Weisbrich
**Case(s): 207 Clm No: 703 Clm. Amt: $1,454.00**

*Address Redacted*
**Date Filed: 11/5/2016**
**Claim Face Value: $1,454.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $1,454.00 | | $0.00 |
| | | | | $1,454.00 | | $0.00 |

## SOLOMON FISHER III
### Case(s): 207 Clm No: 704 Clm. Amt:

*Address Redacted*
**Date Filed: 11/5/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SOCRATES L. PENA II
### Case(s): 207 Clm No: 705 Clm. Amt: $17,246.92

*Address Redacted*
**Date Filed: 11/5/2016**
**Claim Face Value: $17,246.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $17,246.92 | | $0.00 |
| | | | | $17,246.92 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## EDDY JESAEN ALVARADO
### Case(s): 207 Clm No: 706 Clm. Amt: $7,488.30

*Address Redacted*
**Date Filed: 11/6/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $7,488.30**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $7,488.30 | | $0.00 |
| | | | | $7,488.30 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## WIRED IT, LLC
**Case(s): 207 Clm No: 707 Clm. Amt: $18,440.30**

*ATTN: TYLER MCMINN*
*24212 SE 258TH WAY*
*MAPLE VALLEY, WA 98038*
**Date Filed: 11/6/2016**
**Claim Face Value: $18,440.30**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $18,440.30 | | $13,690.30 |
| | | | | $18,440.30 | | $13,690.30 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 11/18/2019 | 3710 | Objection Granted | 01/15/2020 | 3772 |

## MICHAEL GALI
**Case(s): 207 Clm No: 708 Clm. Amt: $1,751.16**

*Address Redacted*
**Date Filed: 11/6/2016**
**Claim Face Value: $1,751.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,751.16 | | $0.00 |
| | | | | $1,751.16 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MICHAEL BLAND
**Case(s): 207 Clm No: 709 Clm. Amt: $113,400.00**

*Address Redacted*
**Date Filed: 11/6/2016**
**Claim Face Value: $113,400.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $113,400.00 | | $0.00 |
| | | | | $113,400.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CURTIS 1000, INC.
**Case(s): 207 Clm No: 710 Clm. Amt: $78,957.14**

*ATTN: MARGARET NEAL*
*1725 BRECKINRIDGE PKWY, SUITE 500*
*DULUTH, GA 30096*
**Date Filed: 11/7/2016**
**Claim Face Value: $78,957.14**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $78,957.14 | | $0.00 |
| | | | | $78,957.14 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## COX MEDIA-OKLAHOMA CITY
### Case(s): 207 Clm No: 711 Clm. Amt: $18,466.20

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX ROAD NE, SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 11/7/2016**
**Claim Face Value: $18,466.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $18,466.20 | | |
| | | | | $18,466.20 | | |

## COX MEDIA-OMAHA
### Case(s): 207 Clm No: 712 Clm. Amt: $39,815.40

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX ROAD NE, SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 11/7/2016**
**Claim Face Value: $39,815.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $39,815.40 | | |
| | | | | $39,815.40 | | |

## BOYD ORANGE GSA LLC
### Case(s): 207 Clm No: 713 Clm. Amt: $1,028,440.80

*C/O BARACK FERRAZZANO KIRSCHBAUM &*
*NAGELBERG LLP*
*ATTN: WILLIAM J. BARRETT*
*200 W. MADISON ST, STE 3900*
*CHICAGO, IL 60606*
**Date Filed: 11/7/2016**
**Claim Face Value: $1,028,440.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | | | $102,230.10 | | $0.00 |
| 207 | UNS | | | $926,210.70 | | $926,210.70 |
| | | | | $1,028,440.80 | | $926,210.70 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim satisfied in part | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

## WENDY ANN HONEMAN
### Case(s): 207 Clm No: 714 Clm. Amt: $4,780.80

*854 CHESTNUT STREET*
*WYANDOTTE, MI 48192*
**Date Filed: 11/7/2016**
**Claim Face Value: $4,780.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $4,780.80 | | $0.00 |
| | | | | $4,780.80 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

## SHARLEE KNIGHT
### Case(s): 207 Clm No: 715 Clm. Amt: $46,376.82

*Address Redacted*
**Date Filed: 11/7/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $46,376.82**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $46,376.82 | | $0.00 |
| | | | | $46,376.82 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ANTHONY WAYNE VENDING CO, INC.
### Case(s): 207 Clm No: 716 Clm. Amt: $97.75

*ATTN: PATRICK M. RORICK*
*530 WOLFE DR*
*FORT WAYNE, IN 46825*
**Date Filed: 11/7/2016**
**Claim Face Value: $97.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $97.75 | | |
| | | | | $97.75 | | |

## BUSINESS FURNITURE
### Case(s): 207 Clm No: 717 Clm. Amt: $13,541.60

*ATTN: SHEILA BOELKE*
*8421 BEARING DR. SUITE 200E*
*INDIANAPOLIS, IN 46268*
**Date Filed: 11/7/2016**
**Claim Face Value: $13,541.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $13,541.60 | | |
| | | | | $13,541.60 | | |

## LIZER LAWN CARE AND IRRIGATION
### Case(s): 207 Clm No: 718 Clm. Amt: $2,013.65

*ATTN: ERIC R. ERDMAN*
*716 PINE STREET*
*PO BOX 488*
*GREEN BAY, WI 54305*
**Date Filed: 11/7/2016**
**Claim Face Value: $2,013.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,013.65 | | |
| | | | | $2,013.65 | | |

## ERIKA DAWN MOHR
### Case(s): 207 Clm No: 719 Clm. Amt: $6,194.91

*Address Redacted*
**Date Filed: 11/7/2016**
**Claim Face Value: $6,194.91**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $6,194.91 | | $0.00 |
| | | | | $6,194.91 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CHANNEL PUBLISHING, LTD
**Case(s): 207 Clm No: 720 Clm. Amt: $4,745.65**

*ATTN: JANET S. COLEMAN*
*4750 LONGLEY LN, STE. 110*
*RENO, NV 89502*
**Date Filed: 11/7/2016**
**Claim Face Value: $4,745.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $4,745.65 | | $0.00 |
| | | | | $4,745.65 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## MM&R AIR CONDITIONING, LLC
**Case(s): 207 Clm No: 721 Clm. Amt: $3,982.52**

*ATTN: AMY M. CARTWRIGHT*
*PO BOX 1172*
*LEAGUE CITY, TX 77574*
**Date Filed: 11/7/2016**
**Claim Face Value: $3,982.52**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,982.52 | | |
| | | | | $3,982.52 | | |

## TONYA DESSELLE
**Case(s): 207 Clm No: 722 Clm. Amt: $324.00**

*Address Redacted*
**Date Filed: 11/7/2016**
**Claim Face Value: $324.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $324.00 | | $0.00 |
| | | | | $324.00 | | $0.00 |

## ALLEGIENT, LLC
**Case(s): 207 Clm No: 723 Clm. Amt: $19,326.25**

*ATTN: JENNY QUINNETTE*
*10201 N. ILLINOIS ST. SUITE 520*
*INDIANAPOLIS, IN 46290*
**Date Filed: 11/7/2016**
**Claim Face Value: $19,326.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $19,326.25 | | |
| | | | | $19,326.25 | | |

## STATE OF FLORIDA- DEPT OF REVENUE
**Case(s): 207 Clm No: 724 Clm. Amt: $3,176.32**

*BANKRUPTCY SECTION*
*PO BOX 6668*
*TALLAHASSEE, FL 32314-6668*
**Date Filed: 11/7/2016**
**Amended By Clm #: 1105**
**Claim Face Value: $3,176.32**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $3,176.32 | | $0.00 |
| | | | | $3,176.32 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 09/02/2020 | 4048 | Objection Granted | 10/22/2020 | 4111 |

## IDAHO POWER COMPANY
### Case(s): 207 Clm No: 725 Clm. Amt: $6,070.27

*ATTN: KC KELLEY*
*PO BOX 70*
*BOISE, ID 83707*
**Date Filed: 11/7/2016**
**Claim Face Value: $6,070.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $6,070.27 | | |
| | | | | $6,070.27 | | |

## VOIDED CLAIM - CLAIM CREATED IN ERROR
### Case(s): Clm No: 726 Clm. Amt:

**Date Filed:**
**Claim Face Value:**

## MERRILL LYNCH, PIERCE, FENNER & SMITH INC.
### Case(s): 207 Clm No: 727 Clm. Amt: $21,000.00

*ATTN: TIMOTHY HALE*
*1400 AMERICAN BLVD.*
*M/S NJ2-140-03-04*
*PENNINGTON, NJ 08534*
**Date Filed: 11/7/2016**
**Claim Face Value: $21,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $21,000.00 | | |
| | | | | $21,000.00 | | |

## GALE/ CENGAGE LEARNING
### Case(s): 207 Clm No: 728 Clm. Amt: $4,270.85

*10650 TOEBBEN DR*
*INDEPENDENCE, KY 41051*
**Date Filed: 11/7/2016**
**Claim Face Value: $4,270.85**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,270.85 | | $0.00 |
| | | | | $4,270.85 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## Eugene Feichtner
### Case(s): 207 Clm No: 729 Clm. Amt: $1,424,819.00

*11330 Valley Meadow Dr*
*Zionsville, IN 46077*
**Date Filed: 3/8/2023**
**Orig. Date Filed: 11/7/2016**
**Amending Clm #: 729**
**Amended By Clm #: 729**
**Claim Face Value: $1,424,819.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $6,404.64 | | |
| 207 | UNS | | | $1,418,414.36 | | |
| | | | | $1,424,819.00 | | |

## DEBORA L. LOWKE
### Case(s): 207 Clm No: 730 Clm. Amt: $77.22

*95 DUBLIN AVE*
*NASHUA, NH 03063*
**Date Filed: 11/8/2016**
**Claim Face Value: $77.22**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $77.22 | | $0.00 |
| | | | | $77.22 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 02/18/2022 | 4613 | Objection Granted | 03/31/2022 | 4730 |

## WDBD FOX40/ WLOO TOUGALOO
### Case(s): 207 Clm No: 731 Clm. Amt: $5,134.00

*ATTN: DAWNITA RITTER*
*715 SOUTH JEFFERSON ST*
*JACKSON, MS 39201*
**Date Filed: 11/7/2016**
**Claim Face Value: $5,134.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,134.00 | | |
| | | | | $5,134.00 | | |

## JOSE G. ESCOBAR RIVERA
### Case(s): 207 Clm No: 732 Clm. Amt:

*Address Redacted*
**Date Filed: 11/8/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | | | | | $0.00 |
| 207 | PRI | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## COMMERCIAL BUILDING MAINTENANCE SERVICES
### Case(s): 207 Clm No: 733 Clm. Amt: $8,768.87

*ATTN: GARY R. FRIEDMEYER*
*7740 INDIAN RIDGE TRAIL SOUTH*
*KISSIMMEE, FL 34747*
**Date Filed: 11/7/2016**
**Claim Face Value: $8,768.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $8,768.87 | | |
| | | | | $8,768.87 | | |

## R.S. MCCULLOUGH
### Case(s): 207 Clm No: 734 Clm. Amt: $152,686.40

*PO BOX 56201*
*LITTLE ROCK, AR 72215*
**Date Filed: 11/7/2016**
**Claim Face Value: $152,686.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $9,446.40 | | $0.00 |
| 207 | UNS | Allowed | | $143,240.00 | | $10,000.00 |
| | | | | $152,686.40 | | $10,000.00 |

## DILLIN MERTZ
### Case(s): 207 Clm No: 735 Clm. Amt: $19,431.49

*Address Redacted*
**Date Filed: 11/7/2016**
**Claim Face Value: $19,431.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $19,431.49 | | $0.00 |
| | | | | $19,431.49 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## JIM TROMBLY PLUMBING, HEATING & COOLING INC.
### Case(s): 207 Clm No: 736 Clm. Amt: $5,830.00

*ATTN: CARL PANZIERI*
*257 BRIDGE STREET*
*MANCHESTER, NH 03104*
**Date Filed: 11/7/2016**
**Claim Face Value: $5,830.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $5,830.00 | | $0.00 |
| | | | | $5,830.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## JAMES K. DAWSON
### Case(s): 207 Clm No: 737 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed: 11/8/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## MAXIMINO RIOS JR
### Case(s): 207 Clm No: 738 Clm. Amt: $900.00

*Address Redacted*
**Date Filed: 11/7/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $900.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $900.00 | | $0.00 |
| | | | | $900.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## MALL AT WHITE OAKS, LLC
### Case(s): 207 Clm No: 739 Clm. Amt: $412,106.36

*3392 PAYSPHERE CIRCLE*
*CHICAGO, IL 60674*
**Date Filed: 11/8/2016**
**Claim Face Value: $412,106.36**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $32,873.61 | | $0.00 |
| 207 | UNS | | | $379,232.75 | | $379,323.75 |
| | | | | $412,106.36 | | $379,323.75 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 09/03/2020 | 4052 | Objection Granted | 10/22/2020 | 4114 |


## CDW, LLC
### Case(s): 207 Clm No: 740 Clm. Amt: $2,182.53

*ATTN: RONELLE ERICKSON*
*200 N. MILWAUKEE AVE.*
*VERNON HILLS, IL 60061*
**Date Filed: 10/27/2016**
**Amending Clm #: 8**
**Claim Face Value: $2,182.53**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $167.73 | | $0.00 |
| 207 | UNS | | | $2,014.80 | | $2,014.80 |
| | | | | $2,182.53 | | $2,014.80 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |


## MICHAEL P. KOVACS
### Case(s): 207 Clm No: 741 Clm. Amt: $22,200.00

*PO BOX 394*
*SUDBURY, MA 01776*
**Date Filed: 11/4/2016**
**Claim Face Value: $22,200.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $22,200.00 | | |
| | | | | $22,200.00 | | |

## NATIONAL FUEL GAS DISTRIBUTION CORPORATION
### Case(s): 207 Clm No: 742 Clm. Amt: $26.41

ATTN: MEGHAN CORCORAN
6363 MAIN STREET
WILLIAMSVILLE, NY 14221
**Date Filed: 11/3/2016**
**Claim Face Value: $26.41**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 207 | UNS | | | $26.41 | | |
| | | | | $26.41 | | |

## RONIN REVENUE MEDIA, LLC
### Case(s): 207 Clm No: 743 Clm. Amt: $14,175.00

ATTN: JASON VERNIER
703 PIER AVENUE, #202
HERMOSA BEACH, CA 90254
**Date Filed: 10/31/2016**
**Claim Face Value: $14,175.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 207 | UNS | | | $14,175.00 | | |
| | | | | $14,175.00 | | |

## CARLA G KURZYNSKI
### Case(s): 207 Clm No: 744 Clm. Amt: $10,000.00

11027 W ROCKNE AVE
HALES CORNERS, WI 53130
**Date Filed: 11/8/2016**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 207 | PRI | Disallowed | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4608 | Objection Granted | 04/25/2022 | 4817 |

## LINDA RAMOS
### Case(s): 207 Clm No: 745 Clm. Amt: $29,350.65

1198 Lake Lucerne Cir
Winter Springs, FL 32708
**Date Filed: 11/8/2016**
**Claim Face Value: $12,100.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 207 | PRI | Disallowed | | $7,200.00 | | $0.00 |
| 207 | PRI | Disallowed | | $10,050.00 | | $0.00 |
| 207 | SEC | Disallowed | | $7,100.65 | | $0.00 |
| 207 | UNS | Disallowed | | $5,000.00 | | $0.00 |
| | | | | $29,350.65 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

## SUSAN MONACO
### Case(s): 207 Clm No: 746 Clm. Amt: $707.12

*1598 LAKEVIEW AVE*
*SEAFORD, NY 11783*
**Date Filed: 11/8/2016**
**Claim Face Value: $707.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $707.12 | | $0.00 |
| | | | | $707.12 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## ALYSSA SANTANGELO
### Case(s): 207 Clm No: 747 Clm. Amt: $27,235.00

*Address Redacted*
**Date Filed: 10/31/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $27,235.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $27,235.00 | | $0.00 |
| | | | | $27,235.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | 11/30/2018 | 3079 |

## RODNEY KRUSE
### Case(s): 207 Clm No: 748 Clm. Amt: $305.99

*9 PARIS POINT COURT*
*GREENVILLE, SC 20960*
**Date Filed: 11/8/2016**
**Claim Face Value: $305.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $305.99 | | $0.00 |
| | | | | $305.99 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## DAWN KRUSE
### Case(s): 207 Clm No: 749 Clm. Amt: $1,209.99

*9 PARIS POINT COURT*
*GREENVILLE, SC 20960*
**Date Filed: 11/8/2016**
**Claim Face Value: $1,209.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $1,209.99 | | $0.00 |
| | | | | $1,209.99 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**PAUL HENNESSEY**
**Case(s): 207 Clm No: 750 Clm. Amt: $3,990.00**

*6 NEWELL HAGAN CT, APT G*
*CANTON, WA 02021*
**Date Filed: 10/31/2016**
**Claim Face Value: $3,990.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $3,990.00 | | $0.00 |
| | | | | $3,990.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**FASTSERV SUPPLY**
**Case(s): 207 Clm No: 751 Clm. Amt: $391.22**

*ATTN: STACY SPENCER*
*4060 E PLANO PKWY*
*PLANO, TX 75074*
**Date Filed: 11/1/2016**
**Claim Face Value: $391.22**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $391.22 | | |
| | | | | $391.22 | | |

**NORTH AMERICAN COMMUNICATIONS, INC**
**Case(s): 207 Clm No: 752 Clm. Amt: $90,344.35**

*ATTN: CHARLES MICHAEL HAENIG*
*141 NAC DRIVE*
*DUNCANSVILLE, PA 16635*
**Date Filed: 11/3/2016**
**Claim Face Value: $90,344.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $90,344.35 | | |
| | | | | $90,344.35 | | |

**TRAVIS T. CRAIG**
**Case(s): 207 Clm No: 753 Clm. Amt: $25,000.00**

*Address Redacted*
**Date Filed: 11/8/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $25,000.00 | | $0.00 |
| | | | | $25,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ANTHONY HUNTER**
**Case(s): 207 Clm No: 754 Clm. Amt:**

*Address Redacted*
**Date Filed: 11/9/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**YOUNGSTOWN SYMPHONY SOCIETY**
**Case(s): 207 Clm No: 755 Clm. Amt: $1,500.00**

*260 W. FEDERAL STREET*
*YOUNGSTOWN, OH 44503*
**Date Filed: 11/9/2016**
**Claim Face Value: $1,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,500.00 | | |
| | | | | $1,500.00 | | |

**MEREDITH CORPORATION, WALA**
**Case(s): 207 Clm No: 756 Clm. Amt: $5,078.75**

*ATTN: TONYA COCHRAN*
*1716 LOCUST ST., LS101-A*
*DES MOINES, IA 50309*
**Date Filed: 11/3/2016**
**Claim Face Value: $5,078.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,078.75 | | |
| | | | | $5,078.75 | | |

**MEREDITH CORPORATION, WNEM-TV**
**Case(s): 207 Clm No: 757 Clm. Amt: $21,313.75**

*ATTN: TONYA COCHRAN*
*1716 LOCUST ST., LS101-A*
*DES MOINES, IA 50309*
**Date Filed: 11/3/2016**
**Claim Face Value: $21,313.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $21,313.75 | | |
| | | | | $21,313.75 | | |

**MEREDITH CORPORATION, KPDX**
**Case(s): 207 Clm No: 758 Clm. Amt: $27,064.00**

*ATTN: TONYA COCHRAN*
*1716 LOCUST ST., LS101-A*
*DES MOINES, IA 50309*
**Date Filed: 11/3/2016**
**Claim Face Value: $27,064.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $27,064.00 | | |
| | | | | $27,064.00 | | |

**ANTON COMMUNITY NEWSPAPERS**

**Case(s): 207 Clm No: 759 Clm. Amt: $749.00**

*ATTN: IRIS LYN PICONE*
*132 E 2ND. ST.*
*MINEOLA, NY 11501*
**Date Filed: 11/4/2016**
**Claim Face Value: $749.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $749.00 | | |
| | | | | $749.00 | | |

**DONNA M ZERBE**

**Case(s): 207 Clm No: 760 Clm. Amt: $26,647.19**

*Address Redacted*
**Date Filed: 11/4/2016**
**Claim Face Value: $26,647.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $26,647.19 | | $0.00 |
| | | | | $26,647.19 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**CIRCLE CITY LIGHTING, INC.**

**Case(s): 207 Clm No: 761 Clm. Amt: $4,260.53**

*ATTN: BRYAN H. DURR*
*8237 INDY LANE*
*INDIANAPOLIS, IN 46237*
**Date Filed: 11/8/2016**
**Claim Face Value: $4,260.53**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $4,260.53 | | |
| | | | | $4,260.53 | | |

**CHELSEA BUCKHALTER**

**Case(s): 207 Clm No: 762 Clm. Amt: $761.90**

*1408 DUNBROOK DR.*
*WINTERVILLE, NC 28590*
**Date Filed: 11/8/2016**
**Claim Face Value: $761.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | PRI | | | $761.90 | | $0.00 |
| | | | | $761.90 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 08/23/2022 | 4947 | Objection Granted | 10/26/2022 | 4987 |

**ZACHARY TYLER HUGHES**
**Case(s): 207 Clm No: 763 Clm. Amt: $13,140.75**

*Address Redacted*
**Date Filed: 11/8/2016**
**Claim Face Value: $13,140.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $13,140.75 | | $0.00 |
| | | | | $13,140.75 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JOSEF SILNY AND ASSOCIATES, INC.**
**Case(s): 207 Clm No: 764 Clm. Amt: $160.00**

*ATTN: SYLVIA L. MILDER*
*7101 SW 102 AVENUE*
*MIAMI, FL 33173*
**Date Filed: 11/9/2016**
**Claim Face Value: $160.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $160.00 | | $0.00 |
| | | | | $160.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**QUENSHANA JOHNSON**
**Case(s): 207 Clm No: 765 Clm. Amt: $14,435.00**

*Address Redacted*
**Date Filed: 11/8/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $14,435.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $14,435.00 | | $0.00 |
| | | | | $14,435.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**Jill M. Minnick**
**Case(s): 207 Clm No: 766 Clm. Amt: $529,020.00**

*13924 Sandy Creek Ct*
*Carmel, IN 46032*
**Date Filed: 3/8/2023**
**Orig. Date Filed: 11/8/2016**
**Amending Clm #: 766**
**Amended By Clm #: 766**
**Claim Face Value: $529,020.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $6,404.64 | | |
| 207 | UNS | | | $522,615.36 | | |
| | | | | $529,020.00 | | |

### TIMOTHY CARPENTER
**Case(s): 207 Clm No: 767 Clm. Amt: $66,538.54**

*Address Redacted*
**Date Filed: 11/7/2016**
**Claim Face Value: $66,538.54**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $66,538.54 | | $0.00 |
| | | | | $66,538.54 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### BUCKEYE PLUMBING SERVICES, INC.
**Case(s): 207 Clm No: 768 Clm. Amt: $175.88**

*ATTN: VERONICA L. MURPHY*
*310 BUSINESS PARK WAY*
*WEST PALM BEACH, FL 33411*
**Date Filed: 11/8/2016**
**Claim Face Value: $175.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $175.88 | | |
| | | | | $175.88 | | |

### GEIL ENTERPRISES INC
**Case(s): 207 Clm No: 769 Clm. Amt: $869.18**

*ATTN: YVONNE CHELBERG*
*1945 N HELM AVE STE 102*
*FRESNO, CA 93727*
**Date Filed: 11/9/2016**
**Claim Face Value: $869.18**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $869.18 | | |
| | | | | $869.18 | | |

### COX MEDIA-MOBILE/PENSACOLA
**Case(s): 207 Clm No: 770 Clm. Amt: $30,805.71**

*C/O SZABO ASSOCIATES, INC.*
*3355 LENOX ROAD NE, SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 11/9/2016**
**Claim Face Value: $30,805.71**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,805.71 | | |
| | | | | $30,805.71 | | |

### COX MEDIA-NEW ORLEANS
**Case(s): 207 Clm No: 771 Clm. Amt: $84,265.51**

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX ROAD NE, SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 11/9/2016**
**Claim Face Value: $84,265.51**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $84,265.51 | | |
| | | | | $84,265.51 | | |

## COX MEDIA-HAMPTON ROADS/ROANOKE
### Case(s): 207 Clm No: 772 Clm. Amt: $7,633.00

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX ROAD NE, SUITE 945*
*ATLANTA, GA 30326*
**Date Filed: 11/9/2016**
**Claim Face Value: $7,633.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $7,633.00 | | |
| | | | | $7,633.00 | | |

## DECHARNEL TURENNES
### Case(s): 207 Clm No: 773 Clm. Amt:

*Address Redacted*
**Date Filed: 11/9/2016**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## GRANT LONYE COOLEY
### Case(s): 207 Clm No: 774 Clm. Amt:

*Address Redacted*
**Date Filed: 11/10/2016**
**Orig. Date Filed: 10/28/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 526**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## UNITED STATES SERVICE INDUSTRIES, INC.
### Case(s): 207 Clm No: 775 Clm. Amt: $8,290.80

*ATTN: ZACHARY CARSON ALBERT AUMAN*
*4340 EAST-WEST HIGHWAY STE 240*
*BETHESDA, MD 20814*
**Date Filed: 11/7/2016**
**Claim Face Value: $8,290.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $8,290.80 | | |
| | | | | $8,290.80 | | |

## NR6, LLC.
### Case(s): 207 Clm No: 776 Clm. Amt: $856,235.16

ATTN: GARY L. OBORNY
8111 E 32ND STREET NORTH, SUITE 101
WICHITA, KS 67226
**Date Filed: 11/9/2016**
**Claim Face Value: $856,235.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $856,235.16 | | $481,189.28 |
| | | | | $856,235.16 | | $481,189.28 |

### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| Cedar Glade LP
Attn: Kesha L. Tanabe
Re: NR6, LLC.
660 Madison Avenue, 17 Floor
New York, NY 10065 | 100.00% | | Final |

## CANDICE VILLAFUERTE
### Case(s): 207 Clm No: 777 Clm. Amt:

Address Redacted
**Date Filed: 11/10/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CANDICE VILLAFUERTE
### Case(s): 207 Clm No: 778 Clm. Amt:

Address Redacted
**Date Filed: 11/10/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## WJXT TV
### Case(s): 207 Clm No: 779 Clm. Amt: $11,687.50

ATTN: DELANA MCKENZIE
4 BROADCAST PLACE
JACKSONVILLE, FL 32207
**Date Filed: 11/10/2016**
**Claim Face Value: $11,687.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $11,687.50 | | |
| | | | | $11,687.50 | | |

## KENDRICK SHEARD
### Case(s): 207 Clm No: 780 Clm. Amt: $5,000.00

*Address Redacted*
**Date Filed: 11/10/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## STEPHEN MCTIGUE
### Case(s): 207 Clm No: 781 Clm. Amt: $1,000.00

*2847 WOODTHRUSH DR SW*
*ROANOKE, VA 24018*
**Date Filed: 11/10/2016**
**Claim Face Value: $1,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | $1,000.00 | | $839.60 |
| | | | | $1,000.00 | | $839.60 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

## ROCHE BROS SUPERMARKETS CO
### Case(s): 207 Clm No: 782 Clm. Amt: $543.26

*ATTN: ANDREA GRAJEDA*
*70 HASTINGS ST*
*WELLESLEY, MA 02481*
**Date Filed: 11/11/2016**
**Claim Face Value: $543.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $543.26 | | |
| | | | | $543.26 | | |

## AK BUILDING SERVICES INC
### Case(s): 207 Clm No: 783 Clm. Amt: $5,398.76

*ATTN: JOSEPH ESPINOSA*
*6600 GEORGIA AVE SUITE 9*
*WEST PALM BEACH, FL 33405*
**Date Filed: 11/11/2016**
**Claim Face Value: $5,398.76**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,398.76 | | |
| | | | | $5,398.76 | | |

### GREATER TEXAS LANDSCAPE SERVICES
#### Case(s): 207 Clm No: 784 Clm. Amt: $2,362.75

*11523 JONES MALTSBERGER RD.*
*SAN ANTONIO, TX 78216*
**Date Filed: 11/11/2016**
**Claim Face Value: $2,362.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,362.75 | | $0.00 |
| | | | | $2,362.75 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

### CHRIS CASAVAN
#### Case(s): 207 Clm No: 785 Clm. Amt: $4,426.38

*Address Redacted*
**Date Filed: 11/11/2016**
**Claim Face Value: $4,426.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,426.38 | | $0.00 |
| | | | | $4,426.38 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### BRITON LEWIS
#### Case(s): 207 Clm No: 786 Clm. Amt: $6,461.20

*Address Redacted*
**Date Filed: 11/11/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,461.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $6,461.20 | | $0.00 |
| | | | | $6,461.20 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### A-BEST TERMITE & PEST CONTROL, INC.
#### Case(s): 207 Clm No: 787 Clm. Amt: $122.76

*ATTN: DENISE ANDERSON*
*891 GORGE BLVD.*
*AKRON, OH 44310*
**Date Filed: 11/10/2016**
**Claim Face Value: $122.76**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $122.76 | | |
| | | | | $122.76 | | |

**LAST SECOND MEDIA, INC.**
**Case(s): 207 Clm No: 788 Clm. Amt: $133,974.00**

*C/O BELDEN BLAINE RAYTIS, LLP*
*ATTN: T. TODD EGLAND, ESQ.*
*P.O. BOX 9129*
*BAKERSFIELD, CA 93389*
**Date Filed: 11/10/2016**
**Claim Face Value: $133,974.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $133,974.00 | | |
| | | | | $133,974.00 | | |

**LOGAN SANDERS**
**Case(s): 207 Clm No: 789 Clm. Amt: $3,167.00**

*Address Redacted*
**Date Filed: 11/10/2016**
**Claim Face Value: $3,167.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,167.00 | | $0.00 |
| | | | | $3,167.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ERICA JORDAN PHARR**
**Case(s): 207 Clm No: 790 Clm. Amt: $32,000.00**

*Address Redacted*
**Date Filed: 11/10/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $32,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $32,000.00 | | $0.00 |
| | | | | $32,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BRITTANY N. HANGER**
**Case(s): 207 Clm No: 791 Clm. Amt: $39,636.43**

*Address Redacted*
**Date Filed: 11/10/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $39,636.43**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $39,636.43 | | $0.00 |
| | | | | $39,636.43 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BRIAN MITCHELL**
**Case(s): 207 Clm No: 792 Clm. Amt: $2,312.59**

*Address Redacted*
**Date Filed: 11/10/2016**
**Claim Face Value: $2,312.59**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $2,312.59 | | |
| | | | | $2,312.59 | | |

**CHARLES DAVID-LEE STANLEY**
**Case(s): 207 Clm No: 793 Clm. Amt: $152,000,000.00**

*Address Redacted*
**Date Filed: 11/10/2016**
**Claim Face Value: $152,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $152,000,000.00 | | $0.00 |
| | | | | $152,000,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**PERSONNEL RESEARCH & DEVELOPMENT CORP DBA PRADCO**
**Case(s): 207 Clm No: 794 Clm. Amt: $11,820.00**

*ATTN: NANCY KAY MCCARTHY*
*178 E. WASHINGTON ST*
*CHAGRIN FALLS, OH 44022*
**Date Filed: 11/11/2016**
**Claim Face Value: $11,820.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $11,820.00 | | $0.00 |
| | | | | $11,820.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**JUSTIN CAMPER**
**Case(s): 207 Clm No: 795 Clm. Amt: $4,080.72**

*Address Redacted*
**Date Filed: 11/11/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $4,080.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,080.72 | | $0.00 |
| | | | | $4,080.72 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**STEPHANIE RIDDEL**
**Case(s): 207 Clm No: 796 Clm. Amt: $17,722.69**

*Address Redacted*
**Date Filed: 11/11/2016**
**Claim Face Value: $17,722.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $17,722.69 | | $0.00 |
| | | | | $17,722.69 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**LAWRENCE L. SINSEL JR**
**Case(s): 207 Clm No: 797 Clm. Amt: $6,225.35**

*15206 RUSSET BEND LN*
*CYPRESS, TX 77429-8521*
**Date Filed: 11/12/2016**
**Claim Face Value: $6,225.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | Disallowed | | $390.45 | | $0.00 |
| 207 | UNS | Disallowed | | $5,834.90 | | $0.00 |
| | | | | $6,225.35 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**SHAREECE BARRETT-SMITH**
**Case(s): 207 Clm No: 798 Clm. Amt:**

*Address Redacted*
**Date Filed: 11/12/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## EMMA LROSS
### Case(s): 207 Clm No: 799 Clm. Amt:

*Address Redacted*
**Date Filed: 11/13/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## STEPHANIE FISH
### Case(s): 207 Clm No: 800 Clm. Amt: $25,113.74

*Address Redacted*
**Date Filed: 11/13/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,113.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $25,113.74 | | $0.00 |
| | | | | $25,113.74 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JON MCHENRY
### Case(s): 207 Clm No: 801 Clm. Amt: $1,000.00

*Address Redacted*
**Date Filed: 11/13/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $1,000.00 | | $0.00 |
| | | | | $1,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

## PEOPLECERT INTERNATIONAL LIMITED
### Case(s): 207 Clm No: 802 Clm. Amt: $3,544.00

*ATTN: MARIANTHI SPYROPOULOU*
*3 KORAI STR.*
*10564*
*ATHENS*
*GREECE*
**Date Filed: 11/14/2016**
**Claim Face Value: $3,544.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,544.00 | | |
| | | | | $3,544.00 | | |

### CLAUDIA ULLOA
### Case(s): 207 Clm No: 803 Clm. Amt: $9,552.33

*Address Redacted*
**Date Filed:** 11/14/2016
**Bar Date:** 1/30/2017
**Claim Face Value:** $9,552.33

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $9,552.33 | | $0.00 |
| | | | | $9,552.33 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### CHARLES T. BOWMAN III
### Case(s): 207 Clm No: 804 Clm. Amt: $1,603.81

*244 HEMLOCK LANE*
*SPRINGFIELD, PA 19064*
**Date Filed:** 11/14/2016
**Claim Face Value:** $1,603.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | | | $1,603.81 |
| 207 | UNS | | | $1,603.81 | | $0.00 |
| | | | | $1,603.81 | | $1,603.81 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 11/17/2022 | 5044 | Objection Granted | 12/13/2022 | 5075 |

### COOLEY, LLP.
### Case(s): 207 Clm No: 805 Clm. Amt: $1,236,020.43

*ATTN: J. MICHAEL KELLY*
*101 CALIFORNIA STREET 5TH FLOOR*
*SAN FRANCISCO, CA 94111*
**Date Filed:** 11/14/2016
**Claim Face Value:** $1,236,020.43

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,236,020.43 | | |
| | | | | $1,236,020.43 | | |

### MICHAEL MACHADO
### Case(s): 207 Clm No: 806 Clm. Amt: $26,092.00

*Address Redacted*
**Date Filed:** 11/14/2016
**Claim Face Value:** $26,092.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $26,092.00 | | $0.00 |
| | | | | $26,092.00 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CAMPOBELLOS PIZZERIA & RESTAURANT INC.
### Case(s): 207 Clm No: 807 Clm. Amt: $604.79

*ATTN: JEFFREY BRIAN FYVIE*
*9334 TRANSIT RD.*
*EASTAMHERST, NY 14051*
**Date Filed: 10/31/2016**
**Claim Face Value: $604.79**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $604.79 | | |
| | | | | $604.79 | | |

## IDAHO INDEPENDENT TELEVISION
### Case(s): 207 Clm No: 808 Clm. Amt: $2,312.00

*C/O WDRB*
*ATTN: JAMAL S. GREY*
*624 W. MUHAMMAD ALI BLVD*
*LOUISVILLE, KY 40203*
**Date Filed: 11/11/2016**
**Claim Face Value: $2,312.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,312.00 | | |
| | | | | $2,312.00 | | |

## INDEPENDENT TELEVISION COMPANY, INC.
### Case(s): 207 Clm No: 809 Clm. Amt: $54,979.40

*C/O WDRB*
*624 W. MUHAMMAD ALI BLVD*
*LOUISVILLE, KY 40203*
**Date Filed: 11/11/2016**
**Claim Face Value: $54,979.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $54,979.40 | | |
| | | | | $54,979.40 | | |

## GENERAL FIRE EQUIPMENT COMPANY, INC.
### Case(s): 207 Clm No: 810 Clm. Amt: $189.02

*ATTN: BEVERLY WERDIN*
*975 NORTH HAWLEY ROAD*
*MILWAUKEE, WI 53213*
**Date Filed: 11/14/2016**
**Claim Face Value: $189.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $189.02 | | |
| | | | | $189.02 | | |

## JAMES B. TAURING
### Case(s): 207 Clm No: 811 Clm. Amt: $44,676.88

*Address Redacted*
**Date Filed: 11/14/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $44,676.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $44,676.88 | | $0.00 |
| | | | | $44,676.88 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**LOHER ENTERPRISES OF TN, INC.**
**Case(s): 207 Clm No: 812 Clm. Amt: $2,998.35**

*ATTN: DONALD LOHER*
*2402 PARTNERS PLACE*
*KNOXVILLE, TN 37921*
**Date Filed: 11/14/2016**
**Claim Face Value: $2,998.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | 503(b)(9) | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $2,998.35 | | $0.00 |
| | | | | $2,998.35 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**RUSSELL H. MAUK**
**Case(s): 207 Clm No: 813 Clm. Amt: $748.54**

*1101 Moring Side Dr*
*Lexington, KY 40500*
**Date Filed: 11/14/2016**
**Claim Face Value: $748.54**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $748.54 | | $0.00 |
| | | | | $748.54 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

**LOHER ENTERPRISES OF TN, INC**
**Case(s): 207 Clm No: 814 Clm. Amt: $482.50**

*ATTN: DONALD LOHER*
*2402 PARTNERS PLACE*
*KNOXVILLE, TN 37921*
**Date Filed: 11/14/2016**
**Claim Face Value: $482.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $482.50 | | $0.00 |
| | | | | $482.50 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**HEATHER FORD-HOFFMAN**
**Case(s): 207 Clm No: 815 Clm. Amt:**

*904 SW LEAFWING CT.*
*LEES SUMMIT, MO 64063*
**Date Filed: 11/14/2016**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

## SOPHIA JOHNSON
### Case(s): 207 Clm No: 816 Clm. Amt: $550.46

*95 DAVE ST.*
*MANCHESTER, NH 03104*
**Date Filed: 11/14/2016**
**Claim Face Value: $550.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $550.46 | | $0.00 |
| | | | | $550.46 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 02/18/2022 | 4613 | Objection Granted | 03/31/2022 | 4730 |

## JAMES H. YOUNG
### Case(s): 207 Clm No: 817 Clm. Amt: $4,590.00

*190 UPPER GARLAND RJ*
*GARLAND, ME 04939*
**Date Filed: 11/14/2016**
**Claim Face Value: $4,590.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,590.00 | | $0.00 |
| | | | | $4,590.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3877 | Objection Granted | 05/20/2020 | 3931 |

## PEAPOD LLC
### Case(s): 207 Clm No: 818 Clm. Amt: $757.94

*ATTN: JEANNE A. COOKE*
*580 CAPITAL DRIVE*
*LAKE ZURICH, IL 60047*
**Date Filed: 11/14/2016**
**Claim Face Value: $757.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $757.94 | | |
| | | | | $757.94 | | |

## ADELL BROADCASTING INC.
### Case(s): 207 Clm No: 819 Clm. Amt: $42,398.00

*ATTN: CAMEA FRANKLIN*
*35000 ADELL DR.*
*CLINTON TWP, MI 48035*
**Date Filed: 11/14/2016**
**Claim Face Value: $42,398.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $42,398.00 | | $0.00 |
| | | | | $42,398.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**LOUPE PHOTOGRAPHY & VIDEO**
**Case(s): 207 Clm No: 820 Clm. Amt: $1,122.19**

*ATTN: RICKY C. LOUPE*
*320 METAIRIE RD*
*METAIRIE, LA 70005*
**Date Filed: 11/14/2016**
**Claim Face Value: $1,122.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,122.19 | | |
| | | | | $1,122.19 | | |

**KATHRYN L. CRADDOCK**
**Case(s): 207 Clm No: 821 Clm. Amt: $15,996.00**

*Address Redacted*
**Date Filed: 11/14/2016**
**Claim Face Value: $15,996.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $15,996.00 | | $0.00 |
| | | | | $15,996.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**PRO-TEC FIRE PROTECTION, INC.**
**Case(s): 207 Clm No: 822 Clm. Amt: $233.94**

*ATTN: ROBERT FORD*
*2330 PRO-TEC WAY*
*LOGANVILLE, GA 30052*
**Date Filed: 11/15/2016**
**Claim Face Value: $233.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $233.94 | | |
| | | | | $233.94 | | |

**COASTAL LIGHTING & SUPPLY, INC.**
**Case(s): 207 Clm No: 823 Clm. Amt: $60.00**

*ATTN: BRUCE GORDON KROST*
*P.O. BOX 1342*
*ORANGE PARK, FL 32067-1342*
**Date Filed: 11/7/2016**
**Claim Face Value: $60.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60.00 | | |
| | | | | $60.00 | | |

**MARK JACOBS**
**Case(s): 207 Clm No: 824 Clm. Amt: $1,727.00**

*C/O GLOBAL CURRENCY SERVICES OF PA*
*1350 S. PENNSYLVANIA AVE*
*NORRISVILLE, PA 19067*
**Date Filed: 11/7/2016**
**Claim Face Value: $1,727.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $1,727.00 | | $0.00 |
| | | | | $1,727.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3709 | Objection Granted | 01/15/2020 | 3771 |

## LELAND A. DEKAY
**Case(s): 207 Clm No: 825 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed: 11/7/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $10.00 | | $0.00 |
| 207 | UNS | Disallowed | | $9,990.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

## HYVEE FOOD AND DRUG
**Case(s): 207 Clm No: 826 Clm. Amt: $1,979.57**

*ATTN: MITZIE L. SMITH*
*9707 Q ST.*
*OMAHA, NE 68128*
**Date Filed: 11/7/2016**
**Claim Face Value: $1,979.57**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $1,979.57 | | $0.00 |
| | | | | $1,979.57 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3709 | Objection Granted | 01/15/2020 | 3771 |

## STEVEN LAM
**Case(s): 207 Clm No: 827 Clm. Amt: $2,445.94**

*Address Redacted*
**Date Filed: 11/7/2016**
**Claim Face Value: $2,445.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,445.94 | | $0.00 |
| | | | | $2,445.94 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## SAWNEE EMC
**Case(s): 207 Clm No: 828 Clm. Amt: $7,317.71**

*PO BOX 266*
*CUMMING, GA 30028*
**Date Filed: 11/7/2016**
**Claim Face Value: $7,317.71**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $7,317.71 | | |
| | | | | $7,317.71 | | |

**AVENUE100 MEDIA SOLUTIONS, LLC.**
**Case(s): 207 Clm No: 829 Clm. Amt: $90,285.00**

*14541 Bellino Ter Unit 101*
**Date Filed: 11/15/2016**
**Claim Face Value: $90,285.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $90,285.00 | | |
| | | | | $90,285.00 | | |

**ERIC DAVIS**
**Case(s): 207 Clm No: 830 Clm. Amt: $4,779.67**

*5500 ENGLISH AVE*
*AUSTIN, TX 78724*
**Date Filed: 11/8/2016**
**Claim Face Value: $4,779.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $4,779.67 | | $0.00 |
| | | | | $4,779.67 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**DANIEL C. RODDY**
**Case(s): 207 Clm No: 831 Clm. Amt: $1,900.00**

*226 LINKS CT.*
*BOWLING GREEN, KY 42104*
**Date Filed: 11/9/2016**
**Claim Face Value: $1,900.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $1,900.00 | | $0.00 |
| | | | | $1,900.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**FEDEX CORPORATE SERVICES INC.**
**Case(s): 207 Clm No: 832 Clm. Amt: $54,396.88**

*AS ASSIGNEE OF FEDEX*
*EXPRESS/GROUND/ FREIGHT/OFFICE*
*ATTN: MELISSA K. FITZGERALD*
*3965 AIRWAYS BLVD*
*MODULE G, 3RD FLOOR*
*MEMPHIS, TN 38116-5017*
**Date Filed: 11/15/2016**
**Claim Face Value: $54,396.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $54,396.88 | | $0.00 |
| | | | | $54,396.88 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3709 | Objection Granted | 01/15/2020 | 3771 |

## EXITCERTIFIED CORP.
### Case(s): 207 Clm No: 833 Clm. Amt: $8,337.50

*ATTN: DEAN DICKS*
*8950 CAL CENTER DRIVE*
*BLDG. 1, SUITE 110*
*SACRAMENTO, CA 95826*
**Date Filed: 11/15/2016**
**Claim Face Value: $8,337.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $8,337.50 | | |
| | | | | $8,337.50 | | |

## MICHAEL C. BARNES
### Case(s): 207 Clm No: 834 Clm. Amt: $4,000.00

*Address Redacted*
**Date Filed: 11/15/2016**
**Claim Face Value: $4,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,000.00 | | $0.00 |
| | | | | $4,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## OHIO EDISON
### Case(s): 207 Clm No: 835 Clm. Amt: $4,810.61

*ATTN: PATRICIA A LEWIS*
*5001 NASA BLVD*
*FAIRMONT, WV 26554*
**Date Filed: 11/15/2016**
**Claim Face Value: $4,810.61**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,810.61 | | |
| | | | | $4,810.61 | | |

## THE ILLUMINATING COMPANY
### Case(s): 207 Clm No: 836 Clm. Amt: $1,643.57

*ATTN: PATRICIA A. LEWIS*
*5001 NASA BLVD*
*FAIRMONT, WV 26554*
**Date Filed: 11/15/2016**
**Claim Face Value: $1,643.57**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,643.57 | | |
| | | | | $1,643.57 | | |

## TOLEDO EDISON
### Case(s): 207 Clm No: 837 Clm. Amt: $2,435.25

*5001 NASA BLVD*
*FAIRMONT, WV 26554*
**Date Filed: 4/12/2017**
**Orig. Date Filed: 11/15/2016**
**Amended By Clm #: 837**
**Claim Face Value: $2,435.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,435.25 | | |
| | | | | $2,435.25 | | |

## NM TAXATION & REVENUE DEPARTMENT
### Case(s): 207 Clm No: 838 Clm. Amt: $113,251.02

*ATTN: LISA ELA*
*P.O. BOX 8575*
*ALBUQUERQUE, NM 87198-8575*
**Date Filed: 11/15/2016**
**Claim Face Value: $57,525.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | $55,725.33 | | $1,358.47 |
| 207 | UNS | Allowed | | $57,525.69 | | $1,785.36 |
| | | | | $113,251.02 | | $3,143.83 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 04/18/2022 | 4793 | Objection Granted | 06/15/2022 | 4888 |

## DALONNA P. WHITACRE
### Case(s): 207 Clm No: 839 Clm. Amt: $2,386.28

*105 BENTREE BLVD.*
*DANVILLE, IN 46122*
**Date Filed: 11/15/2016**
**Claim Face Value: $2,386.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $2,386.28 | | |
| | | | | $2,386.28 | | |

## ONE SOURCE TECHNOLOGY SOLUTIONS, INC LLC
### Case(s): 207 Clm No: 840 Clm. Amt: $642.65

*ATTN: MANDY ABERMANIS*
*28525 BECK ROAD*
*WIXOM, MI 48393*
**Date Filed: 11/15/2016**
**Claim Face Value: $642.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $642.65 | | |
| | | | | $642.65 | | |

## COMMERCE BUILDING II, LLC.
### Case(s): 207 Clm No: 841 Clm. Amt: $413,980.31

*C/O FOLEY & LARDNER LLP*
*ATTN: MATTHEW D. LEE*
*150 EAST GILMAN STREET*
*MADISON, WI 53703*
**Date Filed: 11/15/2016**
**Claim Face Value: $413,980.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $413,980.31 | | |
| | | | | $413,980.31 | | |

## LATHROP BUSINESS PARK, LLC
### Case(s): 207 Clm No: 842 Clm. Amt: $44,673.13

*ATTN: STEVEN A. MALCOUN*
*2453 GRAND CANAL BLVD.*
*STOCKTON, CA 95207*
**Date Filed: 11/15/2016**
**Claim Face Value: $44,673.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $44,673.13 | | |
| | | | | $44,673.13 | | |

**TIMOTHY JOHNSON**
**Case(s): 207 Clm No: 843 Clm. Amt:**

*Address Redacted*
**Date Filed: 11/16/2016**
**Orig. Date Filed: 10/12/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 25**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**MINDY RAMIREZ**
**Case(s): 207 Clm No: 844 Clm. Amt: $150,000.00**

*C/O SHAWN HARRISON ASSOCIATES, PLLC*
*ATTN: CHRISTOPHER L. WELTER, ESQ.*
*1010 N. FLORIDA AVENUE*
*TAMPA, FL 33602*
**Date Filed: 11/16/2016**
**Claim Face Value: $150,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | Disallowed | | $150,000.00 | | $0.00 |
| | | | | | $150,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

**MARATHON VENTURES, LLC.**
**Case(s): 207 Clm No: 845 Clm. Amt: $738,019.72**

*ATTN: SABRY MOHIDEEN*
*655 3RD AVENUE 19TH FLOOR*
*NEW YORK, NY 10017*
**Date Filed: 11/16/2016**
**Claim Face Value: $738,019.72**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 208 | UNS | Disallowed | | | | $0.00 |
| | 207 | UNS | Disallowed | Y | $738,019.72 | | $0.00 |
| | | | | | $738,019.72 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

### KEVIN M. MODANY
**Case(s): 207 Clm No: 846 Clm. Amt: $3,360,199.00**

*10369 CHARTER OAKS*
*CARMEL, IN 46032*
**Date Filed: 11/16/2016**
**Bar Date: 1/30/2017**
**Amended By Clm #: 2452**
**Claim Face Value: $3,360,199.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| 207 | UNS | Disallowed | | $3,347,349.00 | | $0.00 |
| | | | | $3,360,199.00 | | $0.00 |

### ALEX OVANISIAN
**Case(s): 207 Clm No: 847 Clm. Amt:**

*Address Redacted*
**Date Filed: 11/16/2016**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

### KEITH WOODFORK
**Case(s): 207 Clm No: 848 Clm. Amt: $150,000.00**

*Address Redacted*
**Date Filed: 11/16/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $150,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $150,000.00 | | $0.00 |
| | | | | $150,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### HOLLY FISHER
**Case(s): 207 Clm No: 849 Clm. Amt: $14,722.00**

*10004 WATER CREST DR*
*FISHERS, IN 46038*
**Date Filed: 11/16/2016**
**Claim Face Value: $14,722.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $14,722.00 | | $0.00 |
| | | | | $14,722.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

## THOREN STORM WASHINGTON
### Case(s): 207 Clm No: 850 Clm. Amt: $1,500.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *7 DAVID STREET*<br>*ELLENVILLE, NY 12428*<br>**Date Filed: 11/17/2016**<br>**Claim Face Value: $1,500.00** | | | | | | | |
| | 207 | PRI | Disallowed | | $1,500.00 | | $0.00 |
| | | | | | $1,500.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

## MARQUIS LAMAR HOOPER
### Case(s): 207 Clm No: 851 Clm. Amt:

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 11/17/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## PERSONAL SECURITY CONCEPTS
### Case(s): 207 Clm No: 852 Clm. Amt: $900.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: OLIVER LEONG*<br>*1705 METROPOLITAN BLVD, STE 102*<br>*TALLAHASSEE, FL 32308*<br>**Date Filed: 11/17/2016**<br>**Claim Face Value: $900.00** | | | | | | | |
| | 207 | UNS | | | $900.00 | | |
| | | | | | $900.00 | | |

## KERI NELSON
### Case(s): 207 Clm No: 853 Clm. Amt: $767.32

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *5809 NW 93RD ST*<br>*JOHNSTON, IA 50131*<br>**Date Filed: 11/17/2016**<br>**Claim Face Value: $767.32** | | | | | | | |
| | 207 | PRI | Allowed | | $767.32 | | $767.32 |
| | | | | | $767.32 | | $767.32 |

## TAMEKA DUDLEY
### Case(s): 207 Clm No: 854 Clm. Amt:

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 11/17/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

## NORTH MONROE PROPERTIES LLC
### Case(s): 207 Clm No: 855 Clm. Amt: $451,174.79

*ATTN: KETAN VORA*
*4 E. LANCASTER AVE.*
*PAOLI, PA 19301*
**Date Filed: 11/17/2016**
**Claim Face Value: $410,394.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | PRI | | | $40,780.62 | | $0.00 |
| 207 | UNS | | | $410,394.17 | | $369,613.55 |
| | | | | $451,174.79 | | $369,613.55 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim satisfied in part | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

## LG III, LLC
### Case(s): 207 Clm No: 856 Clm. Amt: $401,971.35

*C/O BARNES & THORNBURG LLP*
*ATTN: ANNETTE ENGLAND*
*11 SOUTH MERIDIAN ST*
*INDIANAPOLIS, IN 46204*
**Date Filed: 11/17/2016**
**Claim Face Value: $401,971.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $401,971.35 | | $320,317.37 |
| | | | | $401,971.35 | | $320,317.37 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 09/03/2020 | 4052 | Objection Granted | 10/22/2020 | 4114 |

## PETER E. BELAND
### Case(s): 207 Clm No: 857 Clm. Amt: $303.44

*912 N. OAK ST.*
*LITTLE ROCK, AR 72205*
**Date Filed: 11/17/2016**
**Claim Face Value: $303.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $303.44 | | $0.00 |
| | | | | $303.44 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## CITY PHOTO INC.
### Case(s): 207 Clm No: 858 Clm. Amt: $517.88

*ATTN: RICK QUINTUER*
*PO BOX 85003*
*HALLANDALE, FL 33008*
**Date Filed: 11/17/2016**
**Claim Face Value: $517.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $517.88 | | |
| | | | | $517.88 | | |

## SAMUEL L. ODLE
**Case(s): 207 Clm No: 859 Clm. Amt: $271,206.64**

*C/O BOSE MCKINNEY & EVANS L LP*
*ATTN: JAMES E. CARLBERG*
*111 MONUMENT CIRCLE, SUITE 2700*
*INDIANAPOLIS, IN 46204*
**Date Filed: 11/17/2016**
**Bar Date: 1/30/2017**
**Amended By Clm #: 892**
**Claim Face Value: $271,206.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $271,206.64 | | $0.00 |
| | | | | $271,206.64 | | $0.00 |

## HOUSTON CRIME PREVENTION OFFICERS INC
**Case(s): 207 Clm No: 860 Clm. Amt: $3,113.65**

*ATTN: HILSIA FLORES*
*P.O. BOX 37351*
*HOUSTON, TX 77237*
**Date Filed: 11/17/2016**
**Claim Face Value: $3,113.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,113.65 | | |
| | | | | $3,113.65 | | |

## KEEGAN L. PRIES
**Case(s): 207 Clm No: 861 Clm. Amt: $32,715.37**

*Address Redacted*
**Date Filed: 11/18/2016**
**Claim Face Value: $32,715.37**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $32,715.37 | | $0.00 |
| | | | | $32,715.37 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## STEPHANIE SHOOK
**Case(s): 207 Clm No: 862 Clm. Amt: $630.00**

*3725 108TH AVE E*
*EDGEWOOD, WA 98372*
**Date Filed: 11/18/2016**
**Claim Face Value: $630.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $630.00 | | $0.00 |
| | | | | $630.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

## UTV OF SAN FRANCISCO, INC., STATION WDCA
**Case(s): 207 Clm No: 863 Clm. Amt: $19,745.50**

*ATTN: LISA R. RAFFERTY*
*1999 S. BUNDY DR.*
*LOS ANGELES, CA 90025*
**Date Filed: 11/18/2016**
**Claim Face Value: $19,745.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $19,745.50 | | |
| | | | | $19,745.50 | | |

## FOX TELEVISION STATIONS, LLC, STATION WTTG
**Case(s): 207 Clm No: 864 Clm. Amt: $21,165.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: LISA R. RAFFERTY*<br>*1999 S. BUNDY DR.*<br>*LOS ANGELES, CA 90025*<br>**Date Filed: 11/18/2016**<br>**Claim Face Value: $21,165.00** | 207 | UNS | | | $21,165.00 | | |
| | | | | | $21,165.00 | | |

## FOX / UTV HOLDINGS, INC., STATION WFTC
**Case(s): 207 Clm No: 865 Clm. Amt: $53,082.50**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: LISA R. RAFFERTY*<br>*1999 S. BUNDY DR.*<br>*LOS ANGELES, CA 90025*<br>**Date Filed: 11/18/2016**<br>**Claim Face Value: $53,082.50** | 207 | UNS | | | $53,082.50 | | |
| | | | | | $53,082.50 | | |

## FOX TELEVISION STATIONS, LLC, STATION KTTV
**Case(s): 207 Clm No: 866 Clm. Amt: $196,668.75**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: LISA R. RAFFERTY*<br>*1999 S. BUNDY DR.*<br>*LOS ANGELES, CA 90025*<br>**Date Filed: 11/18/2016**<br>**Claim Face Value: $196,668.75** | 207 | UNS | | | $196,668.75 | | |
| | | | | | $196,668.75 | | |

## FOX / UTV HOLDINGS, INC., STATION KMSP
**Case(s): 207 Clm No: 867 Clm. Amt: $7,956.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: LISA R. RAFFERTY*<br>*1999 S. BUNDY DR.*<br>*LOS ANGELES, CA 90025*<br>**Date Filed: 11/18/2016**<br>**Claim Face Value: $7,956.00** | 207 | UNS | | | $7,956.00 | | |
| | | | | | $7,956.00 | | |

## FOX TELEVISION STATIONS, LLC, STATION WMYT
**Case(s): 207 Clm No: 868 Clm. Amt: $5,461.25**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: LISA R. RAFFERTY*<br>*1999 S. BUNDY DR.*<br>*LOS ANGELES, CA 90025*<br>**Date Filed: 11/18/2016**<br>**Claim Face Value: $5,461.25** | 207 | UNS | | | $5,461.25 | | |
| | | | | | $5,461.25 | | |

## NW COMMUNICATIONS OF AUSTIN, INC., STATION KTBC
**Case(s): 207 Clm No: 869 Clm. Amt: $7,480.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: LISA R. RAFFERTY*<br>*1999 S. BUNDY DR.*<br>*LOS ANGELES, CA 90025*<br>**Date Filed: 11/18/2016**<br>**Claim Face Value: $7,480.00** | 207 | UNS | | | $7,480.00 | | |
| | | | | | $7,480.00 | | |

## UTV OF SAN FRANCISCO, INC., STATION KTXH
### Case(s): 207 Clm No: 870 Clm. Amt: $74,511.00

*ATTN: LISA R. RAFFERTY*
*1999 S. BUNDY DR.*
*LOS ANGELES, CA 90025*
**Date Filed: 11/18/2016**
**Claim Face Value: $74,511.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $74,511.00 | | |
| | | | | $74,511.00 | | |

## FOX TELEVISION STATIONS, LLC, STATION WJZY
### Case(s): 207 Clm No: 871 Clm. Amt: $2,890.00

*ATTN: LISA R. RAFFERTY*
*1999 S. BUNDY DR.*
*LOS ANGELES, CA 90025*
**Date Filed: 11/18/2016**
**Claim Face Value: $2,890.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $2,890.00 | | |
| | | | | $2,890.00 | | |

## NW COMMUNICATIONS OF TX, INC., STATION KDFW
### Case(s): 207 Clm No: 872 Clm. Amt: $31,173.75

*ATTN: LISA R. RAFFERTY*
*1999 S. BUNDY DR.*
*LOS ANGELES, CA 90025*
**Date Filed: 11/18/2016**
**Claim Face Value: $31,173.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $31,173.75 | | |
| | | | | $31,173.75 | | |

## NW COMMUNICATIONS OF TEXAS, INC., STATION KDFI
### Case(s): 207 Clm No: 873 Clm. Amt: $23,460.00

*ATTN: LISA R. RAFFERTY*
*1999 S. BUNDY DR.*
*LOS ANGELES, CA 90025*
**Date Filed: 11/18/2016**
**Claim Face Value: $23,460.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $23,460.00 | | |
| | | | | $23,460.00 | | |

## FOX TELEVISION STATIONS, LLC, STATION WPWR
### Case(s): 207 Clm No: 874 Clm. Amt: $19,805.00

*ATTN: LISA R. RAFFERTY*
*1999 S. BUNDY DR.*
*LOS ANGELES, CA 90025*
**Date Filed: 11/18/2016**
**Claim Face Value: $19,805.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $19,805.00 | | |
| | | | | $19,805.00 | | |

## NEW WORLD COMMUNICATIONS OF TAMPA, INC.
### Case(s): 207 Clm No: 875 Clm. Amt: $14,705.00

*STATION WTVT*
*ATTN: LISA R. RAFFERTY*
*1999 S. BUNDY DR.*
*LOS ANGELES, CA 90025*
**Date Filed: 11/18/2016**
**Claim Face Value: $14,705.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $14,705.00 | | |
| | | | | $14,705.00 | | |

## UTV OF ORLANDO, INC. STATION WRBW
### Case(s): 207 Clm No: 876 Clm. Amt: $722.50

*ATTN: LISA R. RAFFERTY*
*1999 S. BUNDY DR.*
*LOS ANGELES, CA 90025*
**Date Filed: 11/18/2016**
**Claim Face Value: $722.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $722.50 | | |
| | | | | $722.50 | | |

## NEW WORLD COMMUNICATIONS OF DETROIT, INC.
### Case(s): 207 Clm No: 877 Clm. Amt: $29,750.00

*STATION WJBK*
*ATTN: LISA R. RAFFERTY*
*1999 S. BUNDY DR.*
*LOS ANGELES, CA 90025*
**Date Filed: 11/18/2016**
**Claim Face Value: $29,750.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $29,750.00 | | |
| | | | | $29,750.00 | | |

## KEVIN R. BELL
### Case(s): 207 Clm No: 878 Clm. Amt: $3,187.15

*Address Redacted*
**Date Filed: 11/18/2016**
**Claim Face Value: $3,187.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,187.15 | | $0.00 |
| | | | | $3,187.15 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DEVONTE MARQUIS CRAWFORD
### Case(s): 207 Clm No: 879 Clm. Amt:

*Address Redacted*
**Date Filed: 11/19/2016**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**EDMOND MAAS**
**Case(s): 207 Clm No: 880 Clm. Amt: $20.21**

*28758 GLENWOOD*
*FLAT ROCK, MI 48134*
**Date Filed: 11/19/2016**
**Claim Face Value: $18.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | 503(b)(9) | Disallowed | | $20.21 | | $0.00 |
| | | | | $20.21 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**KATRINA GOAD-AULT**
**Case(s): 207 Clm No: 881 Clm. Amt: $7,226.76**

*Address Redacted*
**Date Filed: 11/19/2016**
**Claim Face Value: $7,226.76**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $7,226.76 | | $0.00 |
| | | | | $7,226.76 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**YOUSEF DEHGHANI**
**Case(s): 207 Clm No: 882 Clm. Amt: $147.06**

*13103 MILLHAVEN PL, APT B*
*GERMANTOWN, MD 20874*
**Date Filed: 11/20/2016**
**Claim Face Value: $147.06**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $147.06 | | $0.00 |
| | | | | $147.06 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**GLARIAL ENERGY OF NEW ENGLAND, INC. (AGERA ENERGY)**
**Case(s): 207 Clm No: 883 Clm. Amt: $19,448.96**

*C/O BASS & ASSOCIATES, P.C.*
*ATTN: RAEANNE BURLEIGH*
*3936 E FT LOWELL RD, STE 200*
*TUCSON, AZ 85712*
**Date Filed: 11/21/2016**
**Claim Face Value: $19,448.96**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $19,448.96 | | $0.00 |
| | | | | $19,448.96 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

**QUATTLEBAUM, GROOMS & TULL PLLC**
**Case(s): 207 Clm No: 884 Clm. Amt: $16,146.20**

*ATTN: MARY-TIPTON THALHEIMER*
*111 CENTER ST, STE 1900*
*LITTLE ROCK, AR 72201*
**Date Filed: 11/21/2016**
**Claim Face Value: $16,146.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $16,146.20 | | $0.00 |
| | | | | $16,146.20 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**CITY WIDE MAINTENANCE OF TAMPA BAY**
**Case(s): 207 Clm No: 885 Clm. Amt: $12,934.72**

*ATTN: KELLI HOUDEK*
*8950 9TH STREET NORTH, STE 103*
*ST. PETERSBURG, FL 33702*
**Date Filed: 11/21/2016**
**Claim Face Value: $12,934.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $12,934.72 | | $0.00 |
| | | | | $12,934.72 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**POLSINELLI PC**
**Case(s): 207 Clm No: 886 Clm. Amt: $7,451.25**

*ATTN: ACCOUNTING DEPT/BANKRUPTCY*
*900 W 48TH PLACE, SUITE 900*
*KANSAS CITY, MO 64112*
**Date Filed: 11/18/2016**
**Claim Face Value: $7,451.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $7,451.25 | | $0.00 |
| | | | | $7,451.25 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## BRANDON BARRY
### Case(s): 207 Clm No: 887 Clm. Amt: $7,000.00

3371 SLEEPY HOLLOW RD
BRUNSWICK, OH 44212
**Date Filed: 11/21/2016**
**Claim Face Value: $7,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | | | $7,000.00 |
| 207 | UNS | Disallowed | | $7,000.00 | | $0.00 |
| | | | | $7,000.00 | | $7,000.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 11/17/2022 | 5044 | Objection Granted | 12/13/2022 | 5075 |
| Miscellaneous objection | 03/20/2023 | 5215 | Objection Filed | 03/30/2023 | 5232 |

## ESP, LLC
### Case(s): 207 Clm No: 888 Clm. Amt: $4,194.99

c/o The Law Offices of Daley& West, PLLC
Attn: Brenda West, Esq
702 Rio Grande St, Ste 301
Austin, TX 78701-2720
**Date Filed: 11/21/2016**
**Claim Face Value: $4,194.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,194.99 | | |
| | | | | $4,194.99 | | |

## GISELA NAVARRO
### Case(s): 207 Clm No: 889 Clm. Amt: $5,239.78

Address Redacted
**Date Filed: 11/21/2016**
**Claim Face Value: $5,239.78**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,239.78 | | $0.00 |
| | | | | $5,239.78 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JONATHAN SIBLEY
### Case(s): 207 Clm No: 890 Clm. Amt: $58,702.13

Address Redacted
**Date Filed: 11/22/2016**
**Claim Face Value: $58,702.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $58,702.13 | | $0.00 |
| | | | | $58,702.13 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MARICOPA COUNTY TREASURER**
**Case(s): 207 Clm No: 891 Clm. Amt: $13,800.15**

*ATTN: LORI A. LEWIS*
*222 N. CENTRAL AVE, STE 1100*
*PHOENIX, AZ 85004*
**Date Filed: 11/22/2016**
**Claim Face Value: $13,800.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $13,800.15 | | $0.00 |
| | | | | $13,800.15 | | $0.00 |

**SAMUEL L. ODLE**
**Case(s): 207 Clm No: 892 Clm. Amt: $271,206.64**

*C/O BOSE MCKINNEY & EVANS LLP*
*ATTN: JAMES E. CARLBERG*
*111 MONUMENT CIRCLE, STE 2700*
*INDIANAPOLIS, IN 46204*
**Date Filed: 11/22/2016**
**Orig. Date Filed: 11/17/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 859**
**Claim Face Value: $271,206.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $271,206.64 | | $0.00 |
| | | | | $271,206.64 | | $0.00 |

**CITY OF TUKWILA (WA)**
**Case(s): 207 Clm No: 893 Clm. Amt: $350.00**

*C/O CITY OF TUKWILA FINANCE DEPARTMENT*
*ATTN: LAURIE ANDERSON*
*6200 SOUTHCENTER BLVD*
*TUKWILA, WA 98188*
**Date Filed: 11/21/2016**
**Claim Face Value: $350.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $350.00 | | |
| | | | | $350.00 | | |

**ERIC JUSTIN JAY**
**Case(s): 207 Clm No: 894 Clm. Amt: $3,125.00**

*Address Redacted*
**Date Filed: 11/21/2016**
**Claim Face Value: $3,125.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,125.00 | | $0.00 |
| | | | | $3,125.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**GREEN OASIS, LLC.**
**Case(s): 207 Clm No: 895 Clm. Amt: $908.00**

*ATTN: MICHAEL MCABERY*
*155 REMOUNT*
*SAN ANTONIO, TX 78218*
**Date Filed: 11/21/2016**
**Claim Face Value: $908.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $908.00 | | |
| | | | | $908.00 | | |

**ACCREDITING COUNCIL FOR**

**Case(s): 207 Clm No: 896 Clm. Amt: $875,080.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| INDEPENDENT COLLEGES AND SCHOOLS<br>750 FIRST ST. NE, STE 980<br>WASHINGTON, DC 20002<br>**Date Filed: 11/22/2016**<br>**Claim Face Value: $875,080.00** | 207 | UNS | | | $875,080.00 | | $165,370.80 |
| | | | | | $875,080.00 | | $165,370.80 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 11/18/2019 | 3710 | Objection Granted | 01/15/2020 | 3772 |

**METROPOLITAN GOVERNMENT OF**

**Case(s): 207 Clm No: 897 Clm. Amt: $3,247.32**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| NASHVILLE & DAVIDSON COUNTY TN<br>ATTN: METROPOLITAN TRUSTEE<br>PO BOX 196358<br>NASHVILLE, TN 37219<br>**Date Filed: 11/22/2016**<br>**Claim Face Value: $3,247.32** | 207 | SEC | Disallowed | | $3,247.32 | | $0.00 |
| | | | | | $3,247.32 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

**METROPOLITAN GOVERNMENT OF**

**Case(s): 207 Clm No: 898 Clm. Amt: $66,551.38**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| NASHVILLE & DAVIDSON COUNTY TN<br>ATTN: METROPOLITAN TRUSTEE<br>PO BOX 196358<br>NASHVILLE, TN 37219<br>**Date Filed: 11/22/2016**<br>**Claim Face Value: $66,551.38** | 207 | SEC | Disallowed | | $66,551.38 | | $0.00 |
| | | | | | $66,551.38 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

**EVERETT D. GEORGE, SR.**

**Case(s): 207 Clm No: 899 Clm. Amt: $10,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| Address Redacted<br>**Date Filed: 11/22/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $10,000.00** | 207 | PRI | | | Unknown | Y | $0.00 |
| | 207 | UNS | | | $10,000.00 | | $0.00 |
| | | | | | $10,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## CONSUMERS ENERGY COMPANY
**Case(s): 207 Clm No: 900 Clm. Amt: $43,923.61**

*ATTN: MARY COWELL*
*ONE ENERGY PLAZA*
*JACKSON, MI 49201*
**Date Filed: 11/22/2016**
**Claim Face Value: $43,923.61**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $43,923.61 | | |
| | | | | $43,923.61 | | |

## TOM GALLAGHER ENTERPRISES INC.
**Case(s): 207 Clm No: 901 Clm. Amt: $1,185.00**

*ATTN: TOM GALLAGHER*
*703 WEST PALM ST.*
*LANTONA, FL 33462*
**Date Filed: 11/22/2016**
**Claim Face Value: $1,185.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,185.00 | | |
| | | | | $1,185.00 | | |

## AMERICAN LIMOUSINES INC.
**Case(s): 207 Clm No: 902 Clm. Amt: $27,979.76**

*ATTN: GARY LEE DAY*
*4401 E. FAIRMOUNT AVE.*
*BALTO, MD 21224*
**Date Filed: 11/22/2016**
**Claim Face Value: $27,979.76**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $27,979.76 | | |
| | | | | $27,979.76 | | |

## CHIN HONG LARRY & ANNIE LIN
**Case(s): 207 Clm No: 903 Clm. Amt: $5,874.00**

*2723 SUGAR LINE CT.*
*SUGARLAND, TX 77479*
**Date Filed: 11/22/2016**
**Claim Face Value: $5,874.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $5,874.00 | | $0.00 |
| | | | | $5,874.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | | 3706 | Objection Granted | 01/15/2020 | 3768 |

## EDNEY ENTERPRISES, INC.
**Case(s): 207 Clm No: 904 Clm. Amt: $55.96**

*C/O CULLIGAN DRINKING WATER*
*ATTN: CAROL A. EDNEY*
*2111 E. CENTRAL CT.*
*SPRINGFIELD, MO 65802*
**Date Filed: 11/22/2016**
**Claim Face Value: $55.96**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $55.96 | | |
| | | | | $55.96 | | |

## TREVOR JAMAL ENGRAM
### Case(s): 207 Clm No: 905 Clm. Amt: $24,500.00

*Address Redacted*
**Date Filed: 11/22/2016**
**Claim Face Value: $24,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $24,500.00 | | $0.00 |
| | | | | $24,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## NASHUA WASTEWATER SYSTEMS
### Case(s): 207 Clm No: 906 Clm. Amt: $21,939.26

*ATTN: RUTH E. RASWYCK*
*229 MAIN ST.*
*NASHUA, NH 03060*
**Date Filed: 11/22/2016**
**Claim Face Value: $10,969.63**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $10,969.63 | | $0.00 |
| 207 | SEC | Disallowed | | $10,969.63 | | $0.00 |
| | | | | $21,939.26 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## BRETT LANDRY
### Case(s): 207 Clm No: 907 Clm. Amt: $80,628.00

*Address Redacted*
**Date Filed: 11/22/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,628.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,628.00 | | $0.00 |
| | | | | $80,628.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MADISON SECURITY GROUP, INC.
### Case(s): 207 Clm No: 908 Clm. Amt: $1,658.25

*ATTN: JAMES C. LIMPERIS*
*31 KIRK ST*
*LOWELL, MA 01852*
**Date Filed: 11/22/2016**
**Claim Face Value: $1,658.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | Y | Unknown | Y | $0.00 |
| 207 | UNS | Allowed | Y | $1,658.25 | | $1,658.25 |
| | | | | $1,658.25 | | $1,658.25 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 02/09/2021 | 4206 | Objection Granted | 04/21/2021 | 4284 |

## JUSTIN YOCHEM
### Case(s): 207 Clm No: 909 Clm. Amt: $30,000.00

*Address Redacted*
**Date Filed: 11/22/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BOSTON PROPERTIES LIMITED PARTNERSHIP
### Case(s): 207 Clm No: 910 Clm. Amt: $827,998.62

*C/O BAKER DONELSON*
*ATTN: J. DAVID FOLDS*
*901 K ST NW, STE 900*
*WASHINGTON, DC 20001*
**Date Filed: 11/22/2016**
**Orig. Date Filed: 11/22/2016**
**Bar Date: 1/30/2017**
**Amended By Clm #: 3308**
**Claim Face Value: $827,998.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | | | $50,091.31 | | $0.00 |
| 207 | UNS | | | $777,907.31 | | $0.00 |
| | | | | $827,998.62 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 09/02/2020 | 4048 | Objection Granted | 10/22/2020 | 4111 |

**Marilyn Frankland**
**Case(s): 207 Clm No: 911 Clm. Amt: $194.71**

*588 Embury Rd*
*Rochester, NY 14625-1216*
**Date Filed: 11/22/2016**
**Claim Face Value: $194.71**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $194.71 | | $0.00 |
| | | | | $194.71 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 02/18/2022 | 4613 | Objection Granted | 03/31/2022 | 4730 |

**NACIRA NICOLE HALL**
**Case(s): 207 Clm No: 912 Clm. Amt: $34,883.74**

*Address Redacted*
**Date Filed: 11/22/2016**
**Claim Face Value: $34,883.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $34,883.74 | | $0.00 |
| | | | | $34,883.74 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**AROUJ WHYEN**
**Case(s): 207 Clm No: 913 Clm. Amt: $1,700,000.00**

*ATTN: DANIEL TASHNEK*
*229 AVENUE I - SECOND FLOOR*
*REDONDO BEACH, CA 90277*
**Date Filed: 11/22/2016**
**Amended By Clm #: 3500**
**Claim Face Value: $1,700,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $1,700,000.00 | | $0.00 |
| | | | | $1,700,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 08/23/2022 | 4945 | Objection Granted | 10/26/2022 | 4985 |

**VOIDED CLAIM - CLAIM CREATED IN ERROR**
**Case(s): Clm No: 914 Clm. Amt:**

**Date Filed:**
**Bar Date: 1/30/2017**
**Claim Face Value:**

### KENNETH L. COOLEY
**Case(s): 207 Clm No: 915 Clm. Amt: $240.00**

*2841 S. TURNER RD*
*CANFIELD, OH 44406*
**Date Filed: 11/22/2016**
**Claim Face Value: $240.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $240.00 | | $0.00 |
| | | | | $240.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

### SOUTH CAROLINA ELECTRIC & GAS COMPANY
**Case(s): 207 Clm No: 916 Clm. Amt: $9,152.17**

*C/O SCANA SERVICES INC.*
*ATTN: JANET C. REYES*
*220 OPERATION WAY*
*MAIL CODE C222*
*CAYCE, SC 29033*
**Date Filed: 11/22/2016**
**Claim Face Value: $9,152.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $9,152.17 | | |
| | | | | $9,152.17 | | |

### SWRE DEAL V BUILDING, LLC.
**Case(s): 207 Clm No: 917 Clm. Amt: $36,712.37**

*C/O BUCHALTER NEMER*
*ATTN: NANCY SWIFT*
*16435 NORTH SCOTTSDALE ROAD, SUITE 440*
*SCOTTSDALE, AZ 85254*
**Date Filed: 11/22/2016**
**Claim Face Value: $36,712.37**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | ADM | Disallowed | | $36,712.37 | | $0.00 |
| | | | | $36,712.37 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

### SWRE DEAL V BUILDING, LLC.
**Case(s): 207 Clm No: 918 Clm. Amt: $303,114.99**

*C/O BUCHALTER NEMER*
*ATTN: NANCY SWIFT*
*16435 NORTH SCOTTSDALE ROAD*
*SUITE 440*
*SCOTTSDALE, AZ 85254-1754*
**Date Filed: 11/22/2016**
**Claim Face Value: $303,114.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $303,114.99 | | |
| | | | | $303,114.99 | | |

### 26500 NORTHWESTERN, LLC.
**Case(s): 207 Clm No: 919 Clm. Amt: $30,460.65**

*ATTN: ARI KRESCH*
*26700 LAHSER RD SUITE 400*
*SOUTHFIELD, MI 48033*
**Date Filed: 11/22/2016**
**Claim Face Value: $30,460.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,460.65 | | |
| | | | | $30,460.65 | | |

**YOUNG LEE**

**Case(s): 207 Clm No: 920 Clm. Amt: $12,436.92**

*4618 W. PASEO WAY*
*LAVEEN, AZ 85339*
**Date Filed: 11/23/2016**
**Claim Face Value: $12,436.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $12,436.92 | | |
| | | | | $12,436.92 | | |

**BRADLEY TERRILL**

**Case(s): 207 Clm No: 921 Clm. Amt: $48,889.71**

*Address Redacted*
**Date Filed: 11/23/2016**
**Claim Face Value: $48,889.71**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $48,889.71 | | $0.00 |
| | | | | $48,889.71 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**EILEEN JACOBSON-VITA**

**Case(s): 207 Clm No: 922 Clm. Amt: $34,173.83**

*Address Redacted*
**Date Filed: 11/23/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $34,173.83**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $34,173.83 | | $0.00 |
| | | | | $34,173.83 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

### TINNIN LAW FIRM, A PROFESSIONAL CORPORATION
**Case(s): 207 Clm No: 923 Clm. Amt: $61,659.77**

*ATTN: STANLEY K. KOTOVSKY, JR.*
*500 MARQUETTE NW SUITE 1300*
*ALBUQUERQUE, NM 87102*
**Date Filed: 11/23/2016**
**Claim Face Value: $61,659.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | Disallowed | Y | $4,519.59 | | $0.00 |
| 207 | UNS | Allowed | Y | $57,140.18 | | $61,659.77 |
| | | | | $61,659.77 | | $61,659.77 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 02/09/2021 | 4207 | Objection Granted | 04/21/2021 | 4285 |

### TOPMOST CHEMICAL & PAPER CORP
**Case(s): 207 Clm No: 924 Clm. Amt: $1,275.93**

*ATTN: MAZELLE ATTIYA*
*P.O. BOX 18913*
*MEMPHIS, TN 38181*
**Date Filed: 11/23/2016**
**Claim Face Value: $1,275.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,275.93 | | |
| | | | | $1,275.93 | | |

### SHYAM SUNDER YAMMANUR
**Case(s): 207 Clm No: 925 Clm. Amt: $3,687.19**

*Address Redacted*
**Date Filed: 11/23/2016**
**Claim Face Value: $3,687.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,687.19 | | $0.00 |
| | | | | $3,687.19 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

### LEMBERG ELECTRIC COMPANY, INC.
**Case(s): 207 Clm No: 926 Clm. Amt: $230.98**

*ATTN: SEAN G. MCBRIDE*
*4085 N. 128 STREET*
*BROOKFIELD, WI 53005*
**Date Filed: 11/7/2016**
**Claim Face Value: $230.98**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $230.98 | | |
| | | | | $230.98 | | |

## PETER MICHAEL HALL
### Case(s): 207 Clm No: 927 Clm. Amt: $8,063.96

*Address Redacted*
**Date Filed: 11/14/2016**
**Claim Face Value: $8,063.96**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $8,063.96 | | $0.00 |
| | | | | $8,063.96 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## COBB EMC
### Case(s): 207 Clm No: 928 Clm. Amt: $12,610.10

*ATTN: RENNIA TAYLOR*
*PO BOX 369*
*MARIETTA, GA 30061-0369*
**Date Filed: 11/14/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,610.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $12,610.10 | | |
| | | | | $12,610.10 | | |

## WESTERN MECHANICAL CONTRACTORS INC.
### Case(s): 207 Clm No: 929 Clm. Amt: $968.28

*ATTN: KAREN NOEL*
*1911 SW CAMPUS DR. #321*
*FEDERAL WAY, WA 98023*
**Date Filed: 11/14/2016**
**Claim Face Value: $968.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $968.28 | | |
| | | | | $968.28 | | |

## COUNTY OF FAIRFAX
### Case(s): 207 Clm No: 930 Clm. Amt: $23,171.45

*FAIRFAX COUNTY, OFFICE OF THE*
*COUNTY ATTORNEY*
*ATTN: JOHN W. BURTON*
*12000 GOVT. CENTER PARKWAY*
*FAIRFAX, VA 22035*
**Date Filed: 11/14/2016**
**Claim Face Value: $23,171.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | | | $23,171.45 | | |
| | | | | $23,171.45 | | |

**JOSHUA DAVID HALL**
**Case(s): 207 Clm No: 931 Clm. Amt: $9,655.62**

*Address Redacted*
**Date Filed: 11/14/2016**
**Claim Face Value: $9,655.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $9,655.62 | | $0.00 |
| | | | | $9,655.62 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**LINDA RAE MORNINGSTAR**
**Case(s): 207 Clm No: 932 Clm. Amt: $12,459.35**

*3211 CHERRY LANE*
*FORT WAYNE, IN 46804*
**Date Filed: 11/15/2016**
**Claim Face Value: $12,459.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | | | $7,459.35 |
| 207 | UNS | Disallowed | | $12,459.35 | | $0.00 |
| | | | | $12,459.35 | | $7,459.35 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4585 | Objection Granted | 04/25/2022 | 4818 |

**YACOUBA OUATTARA**
**Case(s): 207 Clm No: 933 Clm. Amt: $47,338.50**

*Address Redacted*
**Date Filed: 11/18/2016**
**Claim Face Value: $47,338.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $47,338.50 | | $0.00 |
| | | | | $47,338.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## POLSINELLI PC
### Case(s): 207 Clm No: 934 Clm. Amt: $7,451.25

*ATTN: ACCOUNTING DEPT/BANKRUPTCY*
*900 W. 48TH PLACE, SUITE 900*
*KANSAS CITY, MS 64112*
**Date Filed: 11/18/2016**
**Claim Face Value: $7,451.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $7,451.25 | | $0.00 |
| | | | | $7,451.25 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## FRP HILLSIDE LLC #4
### Case(s): 207 Clm No: 935 Clm. Amt: $473,554.65

*CO/ FRP DEVELOPMENT CORP*
*ATTN: DAVID DEVILLIERS, JR.*
*34 LOVETON CIRCLE, SUITE 100*
*SPARKS, MD 21152*
**Date Filed: 11/23/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $473,554.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $38,590.00 | | $0.00 |
| 207 | UNS | | | $434,964.65 | | $434,964.65 |
| | | | | $473,554.65 | | $434,964.65 |

### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Cedar Glade LP*<br>*Attn: Kesha Tanabe, Esq.*<br>*Re: FRP Hillside, LLC #4*<br>*660 Madison Avenue, 17th Fl.*<br>*New York, NY 10065* | 100.00% | | Final |

## ONE SOURCE TECHNOLOGY SOLUTIONS, INC LLC
### Case(s): 207 Clm No: 936 Clm. Amt: $642.65

*ATTN: MANDY S. ABERMANIS*
*28525 BECK ROAD #113*
*WIXOM, MI 48393*
**Date Filed: 11/23/2016**
**Claim Face Value: $642.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $642.65 | | $0.00 |
| | | | | $642.65 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

**CAREY WANAMAKER**
**Case(s): 207 Clm No: 937 Clm. Amt: $5,000.00**

*Address Redacted*
**Date Filed: 11/23/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ARGUS INTEGRATED SERVICES, LLC**
**Case(s): 207 Clm No: 938 Clm. Amt: $8,891.54**

*ATTN: JACKIE FOUNTAIN*
*P.O. BOX 13202*
*SPOKANE VALLEY, WA 99213*
**Date Filed: 11/25/2016**
**Claim Face Value: $8,891.54**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $8,891.54 | | |
| | | | | $8,891.54 | | |

**DWC MECHANICAL, INC.**
**Case(s): 207 Clm No: 939 Clm. Amt: $6,359.95**

*ATTN: ROBIN CLOY*
*100 JOHN GLENN DR*
*AMHERST, NY 14228*
**Date Filed: 11/25/2016**
**Claim Face Value: $6,359.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | Disallowed | | $6,359.95 | | $0.00 |
| | | | | $6,359.95 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

**GRANT A CONRY**
**Case(s): 207 Clm No: 940 Clm. Amt: $42,000.00**

*Address Redacted*
**Date Filed: 11/26/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $42,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $42,000.00 | | $0.00 |
| | | | | $42,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ALEX SLAYMAKER
### Case(s): 207 Clm No: 941 Clm. Amt: $7,344.00

*Address Redacted*
**Date Filed: 11/27/2016**
**Claim Face Value: $7,344.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $7,344.00 | | $0.00 |
| | | | | $7,344.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MATTHEW HOLLERMANN
### Case(s): 207 Clm No: 942 Clm. Amt: $125,000.00

*Address Redacted*
**Date Filed: 11/27/2016**
**Claim Face Value: $125,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $125,000.00 | | $0.00 |
| | | | | $125,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SHARON MARTELLA
### Case(s): 207 Clm No: 943 Clm. Amt: $900.00

*600 DIANA CT.*
*BENSENVILLE, IL 60106*
**Date Filed: 11/28/2016**
**Claim Face Value: $900.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $900.00 | | $0.00 |
| | | | | $900.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## PETRI ELECTRIC, INC.
### Case(s): 207 Clm No: 944 Clm. Amt: $122.05

*ATTN: GREG JARCHOW*
*907 N. BOWSER*
*RICHARDSON, TX 75081*
**Date Filed: 11/28/2016**
**Claim Face Value: $122.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $122.05 | | |
| | | | | $122.05 | | |

## NATIONAL FIRST AID & SAFETY
### Case(s): 207 Clm No: 945 Clm. Amt: $79.35

ATTN: NADINE ESTHER BURGESS
PO BOX 821682
VANCOUVER, WA 98682
**Date Filed: 11/28/2016**
**Claim Face Value: $79.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $79.35 | | |
| | | | | $79.35 | | |

## YORK MAHONING MECHANICAL CONTRACTORS, INC
### Case(s): 207 Clm No: 946 Clm. Amt: $326.70

ATTN: BRIAN BRUCHS PFAN
724 CANFIELD RD.
YOUNGSTOWN, OH 44511
**Date Filed: 11/28/2016**
**Claim Face Value: $326.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $326.70 | | |
| | | | | $326.70 | | |

## RHO PROPERTIES
### Case(s): 207 Clm No: 947 Clm. Amt: $324,926.00

C/O MITRANI, RYNOR, ADAMSKY &
TOLAND, P.A.
ATTN: JAMES J. WEBB, ESQ.
1200 WESTON ROAD, PH
WESTON, FL 33326
**Date Filed: 11/28/2016**
**Claim Face Value: $324,926.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $324,926.00 | | $235,526.67 |
| | | | | $324,926.00 | | $235,526.67 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 09/03/2020 | 4052 | Objection Granted | 10/22/2020 | 4114 |

## NICKOLAS SMITH
### Case(s): 207 Clm No: 948 Clm. Amt: $4,000.00

*Address Redacted*
**Date Filed: 11/28/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $4,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $4,000.00 | | $0.00 |
| | | | | $4,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CITY OF BOISE
### Case(s): 207 Clm No: 949 Clm. Amt: $114.82

C/O BOISE CITY ATTORNEY'S OFFICE
ATTN: SCOTT B. MUIR
PO BOX 500
BOISE, ID 83701
**Date Filed: 11/28/2016**
**Claim Face Value: $114.82**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $114.82 | | |
| | | | | $114.82 | | |

## JOSE M. FLORES
### Case(s): 207 Clm No: 950 Clm. Amt: $10,500.00

*711 S. 20TH ST.*
*MILWAUKEE, WI 53204*
**Date Filed: 11/28/2016**
**Claim Face Value: $10,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | Y | $10,500.00 | | $0.00 |
| 207 | UNS | Allowed | Y | | | $10,500.00 |
| | | | | $10,500.00 | | $10,500.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 02/09/2021 | 4208 | Objection Granted | 04/21/2021 | 4286 |

## ADA COUNTY TREASURER
### Case(s): 207 Clm No: 951 Clm. Amt: $45,845.08

*ATTN: AMMON C. TAYLOR*
*200 W. FRONT ST., ROOM 3191*
*BOISE, ID 83702*
**Date Filed: 11/28/2016**
**Orig. Date Filed: 10/24/2016**
**Amending Clm #: 406**
**Claim Face Value: $45,845.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | | | $45,845.08 | | $0.00 |
| | | | | $45,845.08 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

## ASHLEY JOHNSON
### Case(s): 207 Clm No: 952 Clm. Amt:

*Address Redacted*
**Date Filed: 11/28/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## HEATHER GROSS
### Case(s): 207 Clm No: 953 Clm. Amt: $1,250.00

*13914 E 39TH LN*
*VERADALE, WA 99037*
**Date Filed: 11/28/2016**
**Claim Face Value: $1,250.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | $1,250.00 | | $1,250.00 |
| | | | | $1,250.00 | | $1,250.00 |

## TABCO BUSINESS FORMS
### Case(s): 207 Clm No: 954 Clm. Amt: $43,904.65

*ATTN: WILLIAM ABANATHIE, II*
*1100 S. ST, RD. 46*
*TERRE HAUTE, IN 47803*
**Date Filed: 11/28/2016**
**Claim Face Value: $43,904.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $43,904.65 | | |
| | | | | $43,904.65 | | |

## ADA COUNTY TREASURER
### Case(s): 207 Clm No: 955 Clm. Amt: $3,702.44

*ATTN: AMMON C. TAYLOR*
*200 W. FRONT ST., ROOM 3191*
*BOISE, ID 83702*
**Date Filed: 11/28/2016**
**Orig. Date Filed: 10/24/2016**
**Amending Clm #: 405**
**Claim Face Value: $3,702.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | | | $3,702.44 | | $0.00 |
| | | | | $3,702.44 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

## LIFESAVER LEARNING, INC.
### Case(s): 207 Clm No: 956 Clm. Amt: $500.00

*ATTN: MIKE FERGUSON*
*1115 S. GLENDALE, SUITE 106*
*WICHITA, KS 67218*
**Date Filed: 11/28/2016**
**Claim Face Value: $500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $500.00 | | |
| | | | | $500.00 | | |

## ABLE BUILDING MAINTENANCE
### Case(s): 207 Clm No: 957 Clm. Amt: $26,411.15

*C/O WELTMAN, WEINBERG, & REIS CO. LPA*
*ATTN: SCOTT D. FINK*
*323 W. LAKESIDE AVENUE, STE. 200*
*CLEVELAND, OH 44113*
**Date Filed: 11/28/2016**
**Claim Face Value: $26,411.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $26,411.15 | | $0.00 |
| | | | | $26,411.15 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

## HILLSBOROUGH COUNTY WATER
### Case(s): 207 Clm No: 958 Clm. Amt: $512.01

*ATTN: MIKE MANN*
*PO BOX 342456*
*TAMPA, FL 33694*
**Date Filed: 11/28/2016**
**Claim Face Value: $512.01**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $512.01 | | |
| | | | | $512.01 | | |

## SILABA MPASU
**Case(s): 207 Clm No: 959 Clm. Amt: $6,500.00**

*Address Redacted*
**Date Filed: 11/28/2016**
**Claim Face Value: $6,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $6,500.00 | | $0.00 |
| | | | | $6,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JORGE A. ROSALES, JR.
**Case(s): 207 Clm No: 960 Clm. Amt: $44,655.00**

*Address Redacted*
**Date Filed: 11/28/2016**
**Claim Face Value: $44,655.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $44,655.00 | | $0.00 |
| | | | | $44,655.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## Jeffrey Klar
**Case(s): 207 Clm No: 961 Clm. Amt: $2,428.97**

*6153 E Mombasa Ln*
*Hereford, AZ 85615*
**Date Filed: 11/29/2016**
**Claim Face Value: $2,428.97**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $2,428.97 | | $0.00 |
| | | | | $2,428.97 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## WA VORPAHL INC
**Case(s): 207 Clm No: 962 Clm. Amt: $54.00**

*ATTN: DENNIS ZAK*
*PO BOX 12175*
*GREEN BAY, WI 54307*
**Date Filed: 11/29/2016**
**Claim Face Value: $54.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $54.00 | | |
| | | | | $54.00 | | |

## JILL E. MCAULIFFE
### Case(s): 207 Clm No: 963 Clm. Amt: $12,850.00

*15524 BETHESDA CIRCLE*
*WESTFIELD, IN 46074*
**Date Filed: 11/28/2016**
**Claim Face Value: $8,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| | | | | $12,850.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4610 | Objection Granted | 04/25/2022 | 4819 |

## XEROX EDUCATION SERVICES, LLC
### Case(s): 207 Clm No: 964 Clm. Amt: $1,207.01

*ATTN: D. CHARLENE DRUMMOND*
*501 BLEECKER STREET*
*UTICA, NY 13501*
**Date Filed: 11/28/2016**
**Claim Face Value: $1,207.01**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,207.01 | | $0.00 |
| | | | | $1,207.01 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/13/2020 | 3879 | Objection Granted | 06/17/2020 | 3979 |

## CHARLES MCCLENDON
### Case(s): 207 Clm No: 965 Clm. Amt:

*Address Redacted*
**Date Filed: 11/29/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## GERICE PARTEE
### Case(s): 207 Clm No: 966 Clm. Amt:

*Address Redacted*
**Date Filed: 11/29/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### Mei Ellis
**Case(s): 207 Clm No: 967 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed: 11/29/2016**
**Amended By Clm #: 3906**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

### DIANE FREELAND
**Case(s): 207 Clm No: 968 Clm. Amt: $12,850.00**

*10059 GLENN ABBEY LN*
*FISHERS, IN 46037*
**Date Filed: 11/29/2016**
**Claim Face Value: $7,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| | | | | $12,850.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2020 | 4611 | Objection Granted | 04/25/2022 | 4820 |

### JOHN R. BLAND, JR.
**Case(s): 207 Clm No: 969 Clm. Amt: $18,506.47**

*Address Redacted*
**Date Filed: 11/29/2016**
**Claim Face Value: $18,506.47**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $18,506.47 | | $0.00 |
| | | | | $18,506.47 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

### TEQ HILLSBORO, LLC
**Case(s): 207 Clm No: 970 Clm. Amt: $69,562.16**

*C/O HARRIS J. KOROGLU, ESQ.*
*200 S. BISCAYNE BLVD., SUITE 4100*
*MIAMI, FL 33131*
**Date Filed: 11/29/2016**
**Claim Face Value: $69,562.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | | | $51,388.33 | | $0.00 |
| 207 | UNS | | | $18,173.83 | | $18,173.83 |
| | | | | $69,562.16 | | $18,173.83 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim satisfied in part | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

**SPANTRAN, INC.**

**Case(s): 207 Clm No: 971 Clm. Amt: $4,305.00**

ATTN: SYEDA KABIR
450 7TH AVENUE, SUITE 1004
NEW YORK, NY 10123
**Date Filed: 11/29/2016**
**Claim Face Value: $4,305.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,305.00 | | |
| | | | | $4,305.00 | | |

**JENNIFER TAYLOR**

**Case(s): 207 Clm No: 972 Clm. Amt:**

C/O LAW OFFICE OF GEORGE BACH
ATTN: GEORGE BACH
PO BOX 7386
ALBUQUERQUE, NM 87194
**Date Filed: 11/30/2016**
**Amended By Clm #: 973**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 06/21/2021 | 4368 | Objection Granted | 07/28/2021 | 4417 |

**JENNIFER TAYLOR**

**Case(s): 207 Clm No: 973 Clm. Amt:**

C/O LAW OFFICE OF GEORGE BACH
ATTN: GEORGE BACH
PO BOX 7386
ALBUQUERQUE, NM 87194
**Date Filed: 11/30/2016**
**Orig. Date Filed: 11/30/2016**
**Amending Clm #: 972**
**Amended By Clm #: 3856**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 06/21/2021 | 4368 | Objection Granted | 07/28/2021 | 4418 |

**Department of the Treasury**

**Case(s): 207 Clm No: 974 Clm. Amt: $0.00**

c/o Internal Service Revenue
P.O. Box 7346
Philadelphia, PA 19101-7346
**Date Filed: 5/3/2021**
**Orig. Date Filed: 11/30/2016**
**Amending Clm #: 974**
**Amended By Clm #: 974**
**Claim Face Value: $20,602,823.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $0.00 | | |
| 207 | UNS | | | $0.00 | | |
| | | | | $0.00 | | |

**BOSTON PROPERTIES LIMITED PARTNERSHIP**
**Case(s): 207 Clm No: 975 Clm. Amt: $827,998.62**

*C/O BAKER DONELSON*
*ATTN: J. DAVID FOLDS*
*901 K STREET NW, SUITE 900*
*WASHINGTON, DC 20001*
**Date Filed: 11/30/2016**
**Orig. Date Filed: 11/22/2016**
**Amending Clm #: 910**
**Claim Face Value: $827,998.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 207 | SEC | | | $50,091.31 | | $0.00 |
| 207 | UNS | | | $777,907.31 | | $0.00 |
| | | | | $827,998.62 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 09/02/2020 | 4048 | Objection Granted | 10/22/2020 | 4111 |

**YAHOO! INC.**
**Case(s): 207 Clm No: 976 Clm. Amt: $15,723.28**

*C/O BIALSON, BERGEN & SCHWAB*
*ATTN: LAWRENCE SCHWAB/ THOMAS GAA*
*633 MENLO AVE, SUITE 100*
*MENLO PARK, CA 94025*
**Date Filed: 11/30/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $15,723.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 207 | UNS | | | $15,723.28 | | $0.00 |
| | | | | $15,723.28 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**RON R. SHAFFER**
**Case(s): 207 Clm No: 977 Clm. Amt: $17,000.00**

*Address Redacted*
**Date Filed: 11/30/2016**
**Claim Face Value: $17,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 207 | PRI | | | | | $0.00 |
| 207 | UNS | | | $17,000.00 | | $0.00 |
| | | | | $17,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KETHIA MORIN
**Case(s): 207 Clm No: 978 Clm. Amt: $3,270.40**

*13455 GANNETT POINT PL, 203*
*CARMEL, IN 46032*
**Date Filed: 11/30/2016**
**Claim Face Value: $3,270.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $3,270.40 | | $0.00 |
| | | | | $3,270.40 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 08/23/2022 | 4947 | Objection Granted | 10/26/2022 | 4987 |

## DONNA A. LINDSAY
**Case(s): 207 Clm No: 979 Clm. Amt: $12,850.00**

*9645 CLAYMORE DRIVE*
*FISHERS, IN 46038*
**Date Filed: 12/1/2016**
**Claim Face Value: $8,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| | | | | $12,850.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4586 | Objection Granted | 04/25/2022 | 4821 |

## TEQ HILLSBORO, LLC
**Case(s): 207 Clm No: 980 Clm. Amt: $69,562.16**

*C/O HARRIS J. KOROGLU, ESQ.*
*200 S. BISCAYNE BLVD, SUITE 4100*
*MIAMI, FL 33131*
**Date Filed: 12/1/2016**
**Claim Face Value: $69,562.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $51,388.33 | | $0.00 |
| 207 | UNS | | | $18,173.83 | | $0.00 |
| | | | | $69,562.16 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

## JOSH REITMAN
**Case(s): 207 Clm No: 981 Clm. Amt: $1,000.00**

*4038 CAIRO PL*
*WOODBRIDGE, VA 22912*
**Date Filed: 12/1/2016**
**Claim Face Value: $1,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $1,000.00 | | $0.00 |
| | | | | $1,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 10/31/2022 | 5007 | Objection Granted | 12/13/2022 | 5070 |

## SEAN LOVELADY
### Case(s): 207 Clm No: 982 Clm. Amt: $90,309.65

*Address Redacted*
**Date Filed: 12/1/2016**
**Claim Face Value: $90,309.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $90,309.65 | | $0.00 |
| | | | | $90,309.65 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## YOUNG ELECTRIC SIGN COMPANY
### Case(s): 207 Clm No: 983 Clm. Amt: $1,482.78

*DBA YESCO, LLC*
*ATTN: CHRISTEN STONEHOCKER*
*1605 S. GRAMERCY ROAD*
*SALT LAKE CITY, UT 84104*
**Date Filed: 12/1/2016**
**Claim Face Value: $1,482.78**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,482.78 | | |
| | | | | $1,482.78 | | |

## TLC PLUMBING & UTILITY
### Case(s): 207 Clm No: 984 Clm. Amt: $333.12

*ATTN: TODD REINERT*
*5000 EDITH BLVD NE*
*ALBUQUERQUE, NM 87107*
**Date Filed: 12/1/2016**
**Claim Face Value: $333.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $333.12 | | |
| | | | | $333.12 | | |

## MARSHALL HARTLESS
### Case(s): 207 Clm No: 985 Clm. Amt: $8,000.00

*Address Redacted*
**Date Filed: 12/1/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $8,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $8,000.00 | | $0.00 |
| | | | | $8,000.00 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TULSA COUNTY TREASURER**
**Case(s): 207 Clm No: 986 Clm. Amt: $9,066.00**

*ATTN: CAROL HANDY*
*500 S. DENVER AVE 3RD FLR*
*TULSA, OK 74103*
**Date Filed: 12/2/2016**
**Amended By Clm #: 987**
**Claim Face Value: $9,066.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | PRI | | | $9,066.00 | | $0.00 |
| | | | | $9,066.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 09/02/2020 | 4048 | Objection Granted | 10/22/2020 | 4111 |

**TULSA COUNTY TREASURER**
**Case(s): 207 Clm No: 987 Clm. Amt: $7,729.00**

*ATTN: CAROL HANDY*
*500 S. DENVER AVE 3RD FLR*
*TULSA, OK 74103*
**Date Filed: 12/2/2016**
**Orig. Date Filed: 12/2/2016**
**Amending Clm #: 986**
**Claim Face Value: $7,729.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | PRI | | | $7,729.00 | | |
| | | | | $7,729.00 | | |

**SBC III REO LLC**
**Case(s): 207 Clm No: 988 Clm. Amt: $1,444,722.02**

*ATTN: MATTHEW GODLEY*
*1700 LINCOLN ST, SUITE 2150*
*DENVER, CO 80203*
**Date Filed: 12/2/2016**
**Claim Face Value: $1,444,722.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $1,444,722.02 | | $213,576.07 |
| | | | | $1,444,722.02 | | $213,576.07 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 09/03/2020 | 4052 | Objection Granted | 10/22/2020 | 4114 |

**ANDREW JOEL THOMAS**
**Case(s): 207 Clm No: 989 Clm. Amt: $6,106.00**

*Address Redacted*
**Date Filed: 12/2/2016**
**Claim Face Value: $6,106.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | PRI | | | $6,106.00 | | $0.00 |
| | | | | $6,106.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### KAZT, LLC
**Case(s): 207 Clm No: 990 Clm. Amt: $25,738.25**

*ATTN: JOHN RYAN*
*4343 E. CAMELBACK RD. STE 130*
*PHOENIX, AZ 85018*
**Date Filed: 12/5/2016**
**Claim Face Value: $25,738.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $25,738.25 | | |
| | | | | $25,738.25 | | |

### JENIPHER BETH COWLEY
**Case(s): 207 Clm No: 991 Clm. Amt: $85,000.00**

*Address Redacted*
**Date Filed: 12/2/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $85,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $85,000.00 | | $0.00 |
| | | | | $85,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### WRIGHT COUNTY
**Case(s): 207 Clm No: 992 Clm. Amt: $15,534.65**

*ATTN: BRIAN J. ASLESON*
*10 2ND STREET NW, ROOM 400*
*BUFFALO, MN 55313*
**Date Filed: 12/2/2016**
**Claim Face Value: $15,534.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $15,534.65 | | |
| | | | | $15,534.65 | | |

### CLERE D. BROWN
**Case(s): 207 Clm No: 993 Clm. Amt: $67,480.60**

*Address Redacted*
**Date Filed: 12/3/2016**
**Claim Face Value: $67,480.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $67,480.60 | | $0.00 |
| | | | | $67,480.60 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## VISHAL SHAH
### Case(s): 207 Clm No: 994 Clm. Amt: $5,940.00

*376 W HAYDN DR, APT 914*
*CARMEL, IN 46032*
**Date Filed: 12/4/2016**
**Claim Face Value: $5,940.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,940.00 | | $0.00 |
| | | | | $5,940.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/26/2019 | 3620 |

## JUAN PLIEGO
### Case(s): 207 Clm No: 995 Clm. Amt: $26,597.63

*Address Redacted*
**Date Filed: 12/4/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $26,597.63**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $696.56 | | $0.00 |
| 207 | PRI | | | $2,276.54 | | $0.00 |
| 207 | PRI | | | $12,500.00 | | $0.00 |
| 207 | UNS | | | $11,124.53 | | $0.00 |
| | | | | $26,597.63 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## PROFESSIONAL FIRE ALARM SYSTEMS, INC.
### Case(s): 207 Clm No: 996 Clm. Amt: $65.31

*ATTN: DEB HALL*
*6431 SE BLECKLEY ST.*
*TOPEKA, KS 66619*
**Date Filed: 12/2/2016**
**Claim Face Value: $65.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $65.31 | | $0.00 |
| | | | | $65.31 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## HURST, INC. DBA HURST MECHANICAL
### Case(s): 207 Clm No: 997 Clm. Amt: $6,466.40

*ATTN: MATT RYLE*
*5800 SAFETY DR.*
*BELMONT, MI 49306*
**Date Filed: 12/2/2016**
**Claim Face Value: $6,466.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $6,466.40 | | |
| | | | | $6,466.40 | | |

**ALTON REESE**
**Case(s): 207 Clm No: 998 Clm. Amt:**

*Address Redacted*
**Date Filed: 12/2/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $0.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**WICHITA STATE UNIVERSITY**
**Case(s): 207 Clm No: 999 Clm. Amt: $912.19**

*ATTN: DAVID MOSES*
*1845 FAIRMOUNT*
*WICHITA, KS 67260-0205*
**Date Filed: 12/5/2016**
**Claim Face Value: $912.19**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $912.19 | | |
| | | | | | $912.19 | | |

**HUFCOR, INC.**
**Case(s): 207 Clm No: 1000 Clm. Amt: $676.00**

*ATTN: APRIL WARTNER*
*2101 KENNEDY ROAD*
*JANESVILLE, WI 53545*
**Date Filed: 12/2/2016**
**Claim Face Value: $676.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $676.00 | | $0.00 |
| | | | | | $676.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

**ROBERTO A. ORTIZ-LOPEZ**
**Case(s): 207 Clm No: 1001 Clm. Amt: $17,000.00**

*Address Redacted*
**Date Filed: 12/2/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $17,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | | | $17,000.00 | | $0.00 |
| | | | | | $17,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**KIMBERLY L. SUMLER**
**Case(s): 207 Clm No: 1002 Clm. Amt: $1,785.73**

*3303 MANOR CT.*
*INDIANAPOLIS, IN 46218*
**Date Filed: 12/5/2016**
**Claim Face Value: $1,785.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | Allowed | | $1,579.60 | | $1,705.78 |
| 207 | UNS | Disallowed | | $206.13 | | $0.00 |
| | | | | $1,785.73 | | $1,705.78 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/31/2022 | 5016 | Objection Granted | 12/13/2022 | 5061 |

**VOIDED CLAIM - CLAIM CREATED IN ERROR**
**Case(s): Clm No: 1003 Clm. Amt:**

**Date Filed:**
**Bar Date: 1/30/2017**
**Claim Face Value:**

**ELIZABETH HURT**
**Case(s): 207 Clm No: 1004 Clm. Amt: $32,097.60**

*Address Redacted*
**Date Filed: 11/22/2016**
**Claim Face Value: $32,097.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $32,097.60 | | $0.00 |
| | | | | $32,097.60 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BOSCO HO**
**Case(s): 207 Clm No: 1005 Clm. Amt: $720.00**

*Address Redacted*
**Date Filed: 11/30/2016**
**Claim Face Value: $720.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $720.00 | | $0.00 |
| | | | | $720.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## MARY KATE SMITH
### Case(s): 207 Clm No: 1006 Clm. Amt: $12,166.54

*10326 N. FONTANA CT.*
*JACKSONVILLE, FL 32225*
**Date Filed: 11/30/2016**
**Claim Face Value: $6,083.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $6,083.27 | | $0.00 |
| 207 | UNS | Disallowed | | $6,083.27 | | $0.00 |
| | | | | $12,166.54 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 08/23/2022 | 4946 | Objection Granted | 10/26/2022 | 4986 |

## FORREST 'BUTCH' FREEMAN
### Case(s): 207 Clm No: 1007 Clm. Amt: $4,845.05

*C/O OKLAHOMA COUNTY TREASURER*
*320 ROBERT S. KERR, RM 307*
*OKLAHOMA CITY, OK 73102*
**Date Filed: 11/21/2016**
**Claim Face Value: $4,845.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | Unknown | Y | $4,845.05 |
| 207 | SEC | Disallowed | | $4,845.05 | | $0.00 |
| 207 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | $4,845.05 | | $4,845.05 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 02/08/2023 | 5115 | Objection Granted | 03/15/2023 | 5195 |

## DE LAGE LANDEN FINANCIAL SERVICES, INC.
### Case(s): 207 Clm No: 1008 Clm. Amt: $44,370.50

*ATTN: L. LEVIN*
*1111 OLD EAGLE SCHOOL RD*
*WAYNE, PA 19087*
**Date Filed: 12/5/2016**
**Claim Face Value: $44,370.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $44,370.50 | | |
| | | | | $44,370.50 | | |

## CHARLES PATTERSON
### Case(s): 207 Clm No: 1009 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 12/5/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### PITNEY BOWES GLOBAL FINANCIAL SERVICES, LLC
**Case(s): 207 Clm No: 1010 Clm. Amt: $116,151.86**

*C/O PITNEY BOWES, INC.*
*ATTN: FAITH SANTIAGO*
*27 WATERVIEW DRIVE, 3RD FLOOR*
*SHELTON, CT 06484*
**Date Filed: 12/5/2016**
**Claim Face Value: $116,151.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $116,151.86 | | $0.00 |
| | | | | $116,151.86 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

### PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC.
**Case(s): 207 Clm No: 1011 Clm. Amt: $770,075.36**

*C/O PITNEY BOWES INC.*
*ATTN: FAITH SANTIAGO*
*27 WATERVIEW DRIVE, 3RD FLOOR*
*SHELTON, CT 06484*
**Date Filed: 12/5/2016**
**Claim Face Value: $770,075.36**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $770,075.36 | | $0.00 |
| | | | | $770,075.36 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

### MISSISSIPPI DEPARTMENT OF REVENUE
**Case(s): 207 Clm No: 1012 Clm. Amt: $664.80**

*C/O BANKRUPTCY SECTION*
*ATTN: NIKESHIA AGEE*
*P.O. BOX 22808*
*JACKSON, MS 39225-2808*
**Date Filed: 12/5/2016**
**Claim Face Value: $664.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $664.80 | | $0.00 |
| | | | | $664.80 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 04/18/2022 | 4791 | Objection Granted | 06/15/2022 | 4886 |

### LEHR MIDDLEBROOKS VREELAND & THOMPSON, P.C.
**Case(s): 207 Clm No: 1013 Clm. Amt: $8,380.10**

*ATTN: MICHAEL L. THOMPSON*
*2021 THIRD AVENUE NORTH*
*BIRMINGHAM, AL 35203*
**Date Filed: 12/5/2016**
**Claim Face Value: $8,380.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $8,380.10 | | $0.00 |
| | | | | $8,380.10 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## CHRISTOPHER WOLFLA
### Case(s): 207 Clm No: 1014 Clm. Amt: $16,000.00

*Address Redacted*
**Date Filed: 12/5/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $16,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $16,000.00 | | $0.00 |
| | | | | $16,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ONE SOURCE TECHNOLOGY SOLUTIONS INC, LLC
### Case(s): 207 Clm No: 1015 Clm. Amt: $642.65

*ATTN: MANDY S. ABERMANIS*
*28525 BECK ROAD #113*
*WIXOM, MI 48393*
**Date Filed: 11/22/2016**
**Claim Face Value: $642.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $642.65 | | $0.00 |
| | | | | $642.65 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

## PUBLIC SERVICE OF NEW HAMPSHIRE
### Case(s): 207 Clm No: 1016 Clm. Amt: $21,355.19

*DBA EVERSOURCE*
*ATTN: ROBERTA CHAPMAN*
*P.O. BOX 270*
*HARTFORD, CT 06141*
**Date Filed: 11/21/2016**
**Claim Face Value: $21,355.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $21,355.19 | | $0.00 |
| | | | | $21,355.19 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

## SHIVELY CENTER, LLC
### Case(s): 207 Clm No: 1017 Clm. Amt: $19,566.88

*2908 BROWNSBORO ROAD, SUITE 100*
*LOUISVILLE, KY 40206*
**Date Filed: 12/5/2016**
**Claim Face Value: $19,566.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $19,566.88 | | |
| | | | | $19,566.88 | | |

### KIRST CONSTRUCTION INC.
**Case(s): 207 Clm No: 1018 Clm. Amt: $87,470.00**

*C/O THE CAVALL LAW FIRM, PLLC*
*ATTN: DIANA B. CAVALL, ESQ.*
*403 MAIN STREET, SUITE 420*
*BUFFALO, NY 14203*
**Date Filed: 12/5/2016**
**Claim Face Value: $87,470.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | Disallowed | | $87,470.00 | | $0.00 |
| | | | | $87,470.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 06/21/2021 | 4367 | Objection Granted | 07/28/2021 | 4417 |

### UPWARD.NET LLC
**Case(s): 207 Clm No: 1019 Clm. Amt: $51,060.00**

*ATTN: ARYN PEDOWITZ*
*7979 GATEWAY BLVD., STE. 110*
*NEWARK, CA 94560*
**Date Filed: 12/5/2016**
**Claim Face Value: $51,060.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $51,060.00 | | |
| | | | | $51,060.00 | | |

### WON CHUN
**Case(s): 207 Clm No: 1020 Clm. Amt: $7,973.10**

*184 PINECREST LANE*
*LANSDALE, PA 19446*
**Date Filed: 12/5/2016**
**Claim Face Value: $7,973.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | PRI | Allowed | | | | $306.44 |
| 207 | UNS | Disallowed | | $7,973.10 | | $0.00 |
| | | | | $7,973.10 | | $306.44 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

### SUSAN BARTHOLOMEW
**Case(s): 207 Clm No: 1021 Clm. Amt: $1,224.08**

*7115 ANTIOCH RD*
*OVERLAND PARK, KS 66204*
**Date Filed: 12/5/2016**
**Claim Face Value: $1,224.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | PRI | Allowed | | $1,224.08 | | $1,224.08 |
| | | | | $1,224.08 | | $1,224.08 |

**MAXINE WILLIAMS**
**Case(s): 207 Clm No: 1022 Clm. Amt: $8,000.00**

*7720 KISMET ST*
*MIRAMAR, FL 33023*
**Date Filed: 12/6/2016**
**Claim Face Value: $8,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $8,000.00 | | $0.00 |
| | | | | $8,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 08/23/2022 | 4947 | Objection Granted | 10/26/2022 | 4987 |

**MARTIN ANDAYA**
**Case(s): 207 Clm No: 1023 Clm. Amt: $18,647.86**

*13506 ASHWORTH PL*
*CERRITOS, CA, 90703*
**Date Filed: 12/6/2016**
**Claim Face Value: $18,647.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | $18,647.86 | | $10,647.86 |
| | | | | $18,647.86 | | $10,647.86 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4587 | Objection Granted | 04/25/2022 | 4822 |

**CLEAN-O-RAMA**
**Case(s): 207 Clm No: 1024 Clm. Amt: $5,875.60**

*ATTN: CHRISTINA A. KEEFE*
*P.O. BOX 400*
*GORHAM, ME 04038*
**Date Filed: 12/5/2016**
**Claim Face Value: $5,875.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,875.60 | | |
| | | | | $5,875.60 | | |

**HARRIS COUNTY, ET AL**
**Case(s): 207 Clm No: 1025 Clm. Amt: $74,225.65**

*C/O LINEBARGER GOGGAN BLAIR &*
*SAMPSON, LLP*
*ATTN: JOHN P. DILLMAN*
*P.O. BOX 3064*
*HOUSTON, TX 77253-3064*
**Date Filed: 12/5/2016**
**Orig. Date Filed: 9/21/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 7**
**Claim Face Value: $74,225.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | | | $74,225.65 | | $0.00 |
| | | | | $74,225.65 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 09/02/2020 | 4048 | Objection Granted | 10/22/2020 | 4111 |

**R.S.I HOLDINGS INC.**

**Case(s): 207 Clm No: 1026 Clm. Amt: $2,177.15**

*C/O REFRESHMENT SERVICES*
*ATTN: DONNA COX*
*1209-A TECHNOLOGY DRIVE*
*INDIAN TRAIL, NC 28079*
**Date Filed: 12/5/2016**
**Claim Face Value: $2,177.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $2,177.15 | | |
| | | | | $2,177.15 | | |

**NEUSTAR INFORMATION SERVICES, INC.**

**Case(s): 207 Clm No: 1027 Clm. Amt: $145,887.96**

*C/O NEUSTAR, INC.*
*ATTN: NELSIE PANGAN UBALDE*
*21575 RIDGETOP CIRCLE*
*STERLING, VA 20166*
**Date Filed: 12/5/2016**
**Claim Face Value: $145,887.96**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $145,887.96 | | |
| | | | | $145,887.96 | | |

**JOSE M. FLORES**

**Case(s): 207 Clm No: 1028 Clm. Amt: $10,500.00**

*711 S. 20TH ST.*
*MILWAUKEE, WI 53204*
**Date Filed: 12/6/2016**
**Claim Face Value: $10,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | | | $10,500.00 | | $0.00 |
| | | | | $10,500.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | | 3876 | Objection Granted | 05/20/2020 | 3930 |

**TERESA JOHNSON PATTON**

**Case(s): 207 Clm No: 1029 Clm. Amt: $17,000.00**

*115 MISTY MORN LANE*
*HUNTSVILLE, AL 35811*
**Date Filed: 12/5/2016**
**Claim Face Value: $17,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|------------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| 207 | UNS | Disallowed | | $4,150.00 | | $0.00 |
| | | | | $17,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books/multiple cases | 02/18/2022 | 4612 | Objection Granted | 04/25/2022 | 4823 |

## DEREK WHEATLEY
### Case(s): 207 Clm No: 1030 Clm. Amt: $20,000.00

*Address Redacted*
**Date Filed: 12/6/2016**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## FLORIDA RETAIL FLOWERS DBA JENNIE'S FLOWERS
### Case(s): 207 Clm No: 1031 Clm. Amt: $280.73

*ATTN: JENNIFER HITCHCOCK*
*2730 W. COLUMBUS DR.*
*TAMPA, FL 33607*
**Date Filed: 12/5/2016**
**Claim Face Value: $280.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $280.73 | | |
| | | | | $280.73 | | |

## BRYAN CHRISTOPHER BABCOCK
### Case(s): 207 Clm No: 1032 Clm. Amt: $20,000.00

*Address Redacted*
**Date Filed: 12/5/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## RUDOLPH WILLIAMS
### Case(s): 207 Clm No: 1033 Clm. Amt: $86,000.00

*Address Redacted*
**Date Filed: 12/5/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $86,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $86,000.00 | | $0.00 |
| | | | | $86,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**RETRO TV, INC.**
**Case(s): 207 Clm No: 1034 Clm. Amt: $25,636.00**

*C/O HORTON, BALLARD & PEMERTON, PLLC*
*ATTN: WILLIAM H. HORTON*
*735 BROAD STREET SUITE 306*
*CHATTANOOGA, TN 37402*
**Date Filed: 12/5/2016**
**Claim Face Value: $25,636.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $25,636.00 | | $0.00 |
| | | | | $25,636.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**LUCENT MEDIA, LLC**
**Case(s): 207 Clm No: 1035 Clm. Amt: $81,081.00**

*ATTN: MARK CORONADO*
*304 N. VALENCIA ST.*
*GLENDORA, CA 91741*
**Date Filed: 12/6/2016**
**Orig. Date Filed: 10/24/2016**
**Amending Clm #: 395**
**Claim Face Value: $81,081.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $81,081.00 | | |
| | | | | $81,081.00 | | |

**RICHARD JOSEPH LEE**
**Case(s): 207 Clm No: 1036 Clm. Amt: $25,696.93**

*Address Redacted*
**Date Filed: 12/6/2016**
**Claim Face Value: $25,696.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | | | $25,696.93 | | $0.00 |
| | | | | $25,696.93 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**WEI WU**
**Case(s): 207 Clm No: 1037 Clm. Amt: $1,488.87**

*2573 SANCTUARY STREET*
*LISLE, IL 60532*
**Date Filed: 12/5/2016**
**Claim Face Value: $1,488.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $1,488.87 | | $0.00 |
| | | | | $1,488.87 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**DAVID HANEY**
**Case(s): 207 Clm No: 1038 Clm. Amt: $49,990.00**

*Address Redacted*
**Date Filed: 1/20/2017**
**Orig. Date Filed: 12/6/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 1038**
**Amended By Clm #: 1038**
**Claim Face Value: $49,990.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $49,990.00 | | $0.00 |
| | | | | $49,990.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**JAK SOLUTIONS LLC**
**Case(s): 207 Clm No: 1039 Clm. Amt: $12,950.00**

*ATTN: NATHANIEL E. FEUERSTINE*
*11263 DUNCAN DRIVE*
*FISHERS, IN 46038*
**Date Filed: 12/6/2016**
**Claim Face Value: $12,950.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $12,950.00 | | |
| | | | | $12,950.00 | | |


**MAURICE RILEY**
**Case(s): 207 Clm No: 1040 Clm. Amt: $23,613.00**

*Address Redacted*
**Date Filed: 12/6/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $23,613.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $23,613.00 | | $0.00 |
| | | | | $23,613.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**NAKEEF WRIGHT**
**Case(s): 207 Clm No: 1041 Clm. Amt:**

*Address Redacted*
**Date Filed: 12/6/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MELODY WILSON**
**Case(s): 207 Clm No: 1042 Clm. Amt: $1,920.00**

*772 DAVID ALLEN DRIVE*
*JACKSONVILLE, FL 32220*
**Date Filed: 12/6/2016**
**Claim Face Value: $1,920.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,920.00 | | |
| | | | | $1,920.00 | | |

**KEVIN CRAWLEY**
**Case(s): 207 Clm No: 1043 Clm. Amt: $32,017.98**

*Address Redacted*
**Date Filed: 12/6/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $32,017.98**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $32,017.98 | | $0.00 |
| | | | | $32,017.98 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JOSHUA MARTIN**
**Case(s): 207 Clm No: 1044 Clm. Amt: $41,012.86**

*Address Redacted*
**Date Filed: 12/6/2016**
**Claim Face Value: $41,012.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $41,012.86 | | $0.00 |
| | | | | $41,012.86 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ERNEST COGDELL**
**Case(s): 207 Clm No: 1045 Clm. Amt:**

*Address Redacted*
**Date Filed: 12/7/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**LORRAINE DANDREA**
**Case(s): 207 Clm No: 1046 Clm. Amt: $64,000.00**

*Address Redacted*
**Date Filed: 12/7/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $64,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $64,000.00 | | $0.00 |
| | | | | $64,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BRADLEY-MORRIS, LLC**
**Case(s): 207 Clm No: 1047 Clm. Amt: $495.00**

*DBA CIVILIANJOBS, LLC*
*ATTN: JUSTIN WILLIAM RIVARD*
*1825 BARRETT LAKES BLVD, STE 300*
*KENNESAW, GA 30144*
**Date Filed: 12/6/2016**
**Claim Face Value: $495.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $495.00 | | |
| | | | | $495.00 | | |

**FARRELL CORPORATION**
**Case(s): 207 Clm No: 1048 Clm. Amt: $364.28**

*C/O NORTH ALABAMA CHEMICAL*
*ATTN: PETER EDWARD FARRELL, JR.*
*2105 WEST FERRY WAY*
*HUNTSVILLE, AL 35801*
**Date Filed: 12/6/2016**
**Claim Face Value: $364.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $364.28 | | |
| | | | | $364.28 | | |

**ALICIA MAE GINGRICH**
**Case(s): 207 Clm No: 1049 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 12/6/2016**
**Orig. Date Filed: 10/13/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SNOHOMISH COUNTY TREASURER
**Case(s): 207 Clm No: 1050 Clm. Amt: $2,501.54**

*ATTN: SARAH SULLIVAN*
*3000 ROCKEFELLER AVE., M/S 501*
*EVERETT, WA 98201*
**Date Filed: 12/6/2016**
**Claim Face Value: $2,501.54**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | PRI | | | Unknown | Y | |
| 207 | SEC | | | $2,501.54 | | |
| | | | | $2,501.54 | | |

## BALTIMORE COUNTY, MARYLAND
**Case(s): 207 Clm No: 1051 Clm. Amt: $7,412.59**

*ATTN: BAMBI GLENN*
*400 WASHINGTON AVE, SUITE 219*
*TOWSON, MD 21204*
**Date Filed: 12/6/2016**
**Claim Face Value: $7,412.59**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | PRI | | | $7,412.59 | | |
| | | | | $7,412.59 | | |

## ROBERT ALLEN PAYNTER III
**Case(s): 207 Clm No: 1052 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 12/6/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KENTAVIAN BRYANT
**Case(s): 207 Clm No: 1053 Clm. Amt:**

*Address Redacted*
**Date Filed: 12/7/2016**
**Bar Date: 1/30/2017**
**Amended By Clm #: 2968**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ADHERE, INC.
**Case(s): 207 Clm No: 1054 Clm. Amt: $9,400.00**

*97 S 2nd St, Ste 100*
*San Jose, CA 95113*
**Date Filed: 12/7/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,400.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $9,400.00 | | |
| | | | | $9,400.00 | | |

## BRIGIT C. MALLOY
**Case(s): 207 Clm No: 1055 Clm. Amt:**

*Address Redacted*
**Date Filed: 12/7/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|-----------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MCS, INC.
**Case(s): 207 Clm No: 1056 Clm. Amt: $18,805.00**

*DBA MAINTENANCE RESOURCES*
*ATTN: TITO MUNIZ*
*702 W. 48TH AVE., UNIT H*
*DENVER, CO 80216*
**Date Filed: 12/7/2016**
**Claim Face Value: $18,805.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $18,805.00 | | |
| | | | | $18,805.00 | | |

## DR. LORI A. ESCALLIER
**Case(s): 207 Clm No: 1057 Clm. Amt: $8,000.00**

*47 LAKEVIEW DRIVE*
*RIVERHEAD, NY 11901*
**Date Filed: 12/7/2016**
**Claim Face Value: $8,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $8,000.00 | | $0.00 |
| | | | | $8,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|-----------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3709 | Objection Granted | 01/15/2020 | 3771 |

## AT&T CORP
### Case(s): 207 Clm No: 1058 Clm. Amt: $256,460.94

C/O AT&T SERVICES, INC
ATTN: KAREN A. CAVAGNARO
ONE AT&T WAY, ROOM 3A104
BEDMINSTER, NJ 07921
**Date Filed: 12/7/2016**
**Claim Face Value: $256,460.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $256,460.94 | | $0.00 |
| | | | | $256,460.94 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## RICHARD L. POLLOCK, JR
### Case(s): 207 Clm No: 1059 Clm. Amt: $16,542.66

*Address Redacted*
**Date Filed: 12/8/2016**
**Claim Face Value: $16,542.66**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $16,542.66 | | $0.00 |
| | | | | $16,542.66 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## 3800 WILKE LLC, AN ILLINOIS LIABILITY COMPANY
### Case(s): 207 Clm No: 1060 Clm. Amt: $488,956.84

C/O KOVITZ SHIFRIN NESBIT
ATTN: RONALD J. KAPUSTKA
175 N. ARCHER AVENUE
MUNDELEING, IL 60060
**Date Filed: 12/8/2016**
**Claim Face Value: $488,956.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $488,956.84 | | |
| | | | | $488,956.84 | | |

## LABORATORY CORPORATION OF AMERICA
### Case(s): 207 Clm No: 1061 Clm. Amt: $29,923.78

C/O JOHNSON LEGAL NETWORK, PLLC
ATTN: KAREN W. IRVING
535 WELLINGTON WAY, STE 380
LEXINGTON, KY 40503
**Date Filed: 12/8/2016**
**Orig. Date Filed: 10/26/2016**
**Amending Clm #: 422**
**Claim Face Value: $29,923.78**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $29,923.78 | | $0.00 |
| | | | | $29,923.78 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## ICE MILLER LLP
### Case(s): 207 Clm No: 1062 Clm. Amt: $151,923.01

ATTN: HENRY A. EFROYMSON
ONE AMERICAN SQUARE, STE 2900
INDIANAPOLIS, IN 46282-0200
**Date Filed: 12/8/2016**
**Claim Face Value: $151,923.01**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $151,923.01 | | |
| | | | | $151,923.01 | | |

## STEVEN PRICE
### Case(s): 207 Clm No: 1063 Clm. Amt: $20,000.00

Address Redacted
**Date Filed: 12/8/2016**
**Bar Date: 1/30/2017**
**Amended By Clm #: 1295**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## Roxanne Riley
### Case(s): 207 Clm No: 1064 Clm. Amt: $126,052.59

Address Redacted
**Date Filed: 12/8/2016**
**Claim Face Value: $126,052.59**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $126,052.59 | | $0.00 |
| | | | | $126,052.59 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CHUNBIAO HU
### Case(s): 207 Clm No: 1065 Clm. Amt: $20,619.20

302C- 1919 UNIVERSITY DR NW
CALGARY, AB T2N 4K5
CANADA
**Date Filed: 12/9/2016**
**Claim Face Value: $20,619.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $20,619.20 | | $0.00 |
| | | | | $20,619.20 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**PEARSON EDUCATION, INC.**
**Case(s): 207 Clm No: 1066 Clm. Amt: $3,769,597.70**

*200 Old Tappan Rd*
*Old Tappan, NJ 07675*
**Date Filed: 12/13/2016**
**Claim Face Value: $3,765,996.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $3,600.86 | | $0.00 |
| 207 | SEC | Disallowed | | $53,368.09 | | $0.00 |
| 207 | UNS | | | $3,712,628.75 | | $3,712,628.75 |
| | | | | $3,769,597.70 | | $3,712,628.75 |

**HAMID AIT KACI AZZOU**
**Case(s): 207 Clm No: 1067 Clm. Amt: $5,000.00**

*Address Redacted*
**Date Filed: 12/14/2016**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|-------------------|----------------|------------------|
| Claim does not agree with books | 02/18/2022 | 4614 | Objection Granted | 04/25/2022 | 4824 |

**LG III, LLC**
**Case(s): 207 Clm No: 1068 Clm. Amt: $34,258.63**

*C/O BARNES & THORNBURG LLP*
*ATTN: ANNETTE ENGLAND*
*11 SOUTH MERIDIAN STREET*
*INDIANAPOLIS, IN 46204*
**Date Filed: 12/9/2016**
**Claim Face Value: $34,258.63**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | ADM | | | Unknown | Y | $0.00 |
| 207 | PRI | Disallowed | | $34,258.63 | | $0.00 |
| | | | | $34,258.63 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|-------------------|----------------|------------------|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

**CINTAS CORP #446**
**Case(s): 207 Clm No: 1069 Clm. Amt: $894.80**

*ATTN: NATALIE HIBBS*
*2222 VONDRON RD.*
*MADISON, WI 53718*
**Date Filed: 12/8/2016**
**Claim Face Value: $894.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $894.80 | | |
| | | | | $894.80 | | |

## JESSICA GREER
**Case(s): 207 Clm No: 1070 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 12/8/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## VOIDED CLAIM- CLAIM CREATED IN ERROR
**Case(s): Clm No: 1071 Clm. Amt:**

**Date Filed:**
**Bar Date: 1/30/2017**
**Claim Face Value:**

## DINO PETKOVIC
**Case(s): 207 Clm No: 1072 Clm. Amt: $27,960.22**

*Address Redacted*
**Date Filed: 12/9/2016**
**Claim Face Value: $27,960.22**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $27,960.22 | | $0.00 |
| | | | | $27,960.22 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## BRANDON PARK ASSOCIATES, LLC
**Case(s): 207 Clm No: 1073 Clm. Amt: $48,317.71**

*ATTN: MARK A. ROTHBERG*
*820 MORRIS TURNPIKE, SUITE 301*
*SHORT HILLS, NJ 07078*
**Date Filed: 12/9/2016**
**Claim Face Value: $48,317.71**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $48,317.71 | | |
| | | | | $48,317.71 | | |

## AMERICAN FOOD & VENDING CORPORATION
**Case(s): 207 Clm No: 1074 Clm. Amt: $742.51**

*ATTN: MIKE HADLEY*
*124 METROPOLITAN PARK DRIVE*
*SYRACUSE, NY 13088*
**Date Filed: 12/9/2016**
**Claim Face Value: $742.51**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $742.51 | | |
| | | | | $742.51 | | |

## GARDENS 5901 REAL ESTATE CORP.
### Case(s): 207 Clm No: 1075 Clm. Amt: $371,549.99

*ATTN: CHAD S. PAIVA, ESQ.*
*525 OKEECHOBEE BLVD, SUITE 900*
*WEST PALM BEACH, FL 33401*
**Date Filed: 12/9/2016**
**Claim Face Value: $371,549.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $371,549.99 | | |
| | | | | $371,549.99 | | |

## RICHARD CHAD DORSEY
### Case(s): 207 Clm No: 1076 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed: 12/9/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MAMDOUH BABI
### Case(s): 207 Clm No: 1077 Clm. Amt: $27,771.30

*P.O. BOX 14*
*NORTH OLMSTED, OH 44070*
**Date Filed: 12/9/2016**
**Claim Face Value: $27,771.30**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $27,771.30 | | $0.00 |
| | | | | $27,771.30 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 4617 | Objection Granted | 03/31/2022 | 4731 |

## CHARLES KUGELMAN
### Case(s): 207 Clm No: 1078 Clm. Amt: $769.24

*9104 HAZY CIR*
*INDIANAPOLIS, IN 46260*
**Date Filed: 12/10/2016**
**Claim Face Value: $769.24**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | | | $769.24 | | |
| | | | | $769.24 | | |

**CASSANDRA LEE FISHER**
**Case(s): 207 Clm No: 1079 Clm. Amt:**

*Address Redacted*
**Date Filed: 12/11/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**Gerald Robert Syck**
**Case(s): 207 Clm No: 1080 Clm. Amt: $12,850.00**

*15460 Old Pond Cir*
*Noblesville, IN 46060*
**Date Filed: 12/11/2016**
**Claim Face Value: $7,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| | | | | $12,850.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4588 | Objection Granted | 04/25/2022 | 4825 |

**MAHER SHINOUDA**
**Case(s): 207 Clm No: 1081 Clm. Amt: $1,909.99**

*18 PAULSTOWN CRES*
*GUELPH, ON N1G5H7*
*CANADA*
**Date Filed: 12/11/2016**
**Claim Face Value: $1,909.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,909.99 | | $0.00 |
| | | | | $1,909.99 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**MAGGI SHINOUDA**
**Case(s): 207 Clm No: 1082 Clm. Amt: $20,414.99**

*18 PAULSTOWN CRES.*
*GUELPH, ON N1G5H7*
*CANADA*
**Date Filed: 12/11/2016**
**Claim Face Value: $20,414.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,414.99 | | $0.00 |
| | | | | $20,414.99 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## MAHER SHINOUDA
### Case(s): 207 Clm No: 1083 Clm. Amt: $32,969.98

*18 PAULSTOWN CRES.*
*GUELPH, ON N1G5H7*
*CANADA*
**Date Filed: 12/11/2016**
**Claim Face Value: $32,969.98**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $32,969.98 | | $0.00 |
| | | | | $32,969.98 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## DAVID WALDEN
### Case(s): 207 Clm No: 1084 Clm. Amt: $45,000.00

*Address Redacted*
**Date Filed: 12/12/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## NISHIKAWA FARMS, INC.
### Case(s): 207 Clm No: 1085 Clm. Amt: $41,918.60

*PO Box 1257*
*Davis, CA 95617*
**Date Filed: 3/3/2017**
**Orig. Date Filed: 12/12/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 1085**
**Amended By Clm #: 1085**
**Claim Face Value: $41,918.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | Unknown | Y | $0.00 |
| 207 | UNS | Disallowed | | $41,918.60 | | $0.00 |
| | | | | $41,918.60 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

## NISHIKAWA FARMS, INC.
### Case(s): 207 Clm No: 1086 Clm. Amt: $357,880.90

*PO BOX 1257*
*DAVIS, CA 95617*
**Date Filed: 3/3/2017**
**Orig. Date Filed: 12/12/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 1086**
**Amended By Clm #: 1086**
**Claim Face Value: $357,880.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $357,880.90 | | |
| | | | | $357,880.90 | | |

**LOAN SCIENCE, LLC**

**Case(s): 207 Clm No: 1087 Clm. Amt: $126,593.20**

*ATTN: JENNIFER F. WERTZ*
*100 CONGRESS AVE, STE 1100*
*AUSTIN, TX 78701*
**Date Filed: 12/9/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $126,593.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $126,593.20 | | $0.00 |
| | | | | $126,593.20 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**EDWARD JOHN PEREZ**

**Case(s): 207 Clm No: 1088 Clm. Amt: $39,758.31**

*C/O BRENNE, JUAREZ & ADAM LLP*
*ATTN: MARIO A. JUAREZ, ESQ.*
*625 E. CHAPEL ST.*
*SANTA MARIA, CA 93454*
**Date Filed: 12/9/2016**
**Claim Face Value: $39,758.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $39,758.31 | | $0.00 |
| | | | | $39,758.31 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**COLUMBIA GAS OF VIRGINIA**

**Case(s): 207 Clm No: 1089 Clm. Amt: $114.59**

*ATTN: CHRISTY L. PEOPLES*
*P.O. BOX 117*
*COLUMBUS, OH 43216*
**Date Filed: 12/9/2016**
**Claim Face Value: $114.59**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $114.59 | | $0.00 |
| | | | | $114.59 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

### COLUMBIA GAS OF KENTUCKY
**Case(s): 207 Clm No: 1090 Clm. Amt: $106.05**

*ATTN: CHRISTY L. PEOPLES*
*P.O. BOX 117*
*COLUMBUS, OH 43216*
**Date Filed: 12/9/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $106.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $106.05 | | $0.00 |
| | | | | $106.05 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

### COLUMBIA GAS OF OHIO
**Case(s): 207 Clm No: 1091 Clm. Amt: $624.72**

*ATTN: CHRISTY L. PEOPLES*
*P.O. BOX 117*
*COLUMBUS, OH 43216*
**Date Filed: 12/9/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $624.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $624.72 | | $0.00 |
| | | | | $624.72 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

### MARLENE KELLY
**Case(s): 207 Clm No: 1092 Clm. Amt: $10,068.59**

*13805 W. WOODSIDE DR., UNIT 143*
*SUN CITY WEST, AZ 85375*
**Date Filed: 12/9/2016**
**Claim Face Value: $10,068.59**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,068.59 | | $0.00 |
| | | | | $10,068.59 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## OREGON DEPARTMENT OF REVENUE
### Case(s): 207 Clm No: 1093 Clm. Amt: $1,862,438.00

*ATTN: BEVERLY RATHELEGURCHE*
*955 CENTER ST. NE*
*SALEM, OR 97301-2555*
**Date Filed: 12/9/2016**
**Claim Face Value: $1,862,438.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $393,972.00 | | $0.00 |
| 207 | UNS | Disallowed | | $1,468,466.00 | | $0.00 |
| | | | | $1,862,438.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 06/21/2021 | 4367 | Objection Granted | 07/28/2021 | 4417 |

## GREER ANNE WAGNER
### Case(s): 207 Clm No: 1094 Clm. Amt: $4,223.00

*Address Redacted*
**Date Filed: 12/9/2016**
**Claim Face Value: $4,223.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,223.00 | | $0.00 |
| | | | | $4,223.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## WE ENERGIES
### Case(s): 207 Clm No: 1095 Clm. Amt: $7,006.58

*ATTN: JILL CASTILLO*
*333 W. EVERETT ST.*
*MILWAUKEE, WI 53203*
**Date Filed: 12/12/2016**
**Claim Face Value: $7,006.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $7,006.58 | | |
| | | | | $7,006.58 | | |

## ROBERT G. HUTH
### Case(s): 207 Clm No: 1096 Clm. Amt: $51,828.00

*Address Redacted*
**Date Filed: 12/12/2016**
**Claim Face Value: $51,828.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $36,828.00 | | $0.00 |
| 207 | UNS | | | $15,000.00 | | $0.00 |
| | | | | $51,828.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ERICK FERNANDO MARZANA ZELAYA**
**Case(s): 207 Clm No: 1097 Clm. Amt: $2,450.00**

*Address Redacted*
**Date Filed: 12/12/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $2,450.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $2,450.00 | | $0.00 |
| | | | | $2,450.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**MIN SONG**
**Case(s): 207 Clm No: 1098 Clm. Amt: $4,761.00**

*3061 HAZEL FOSTER DR.*
*CARMEL, IN 46033*
**Date Filed: 12/12/2016**
**Claim Face Value: $4,761.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $4,761.00 | | $0.00 |
| | | | | $4,761.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**NY STATE DEPT. OF TAXATION AND FINANCE**
**Case(s): 207 Clm No: 1099 Clm. Amt: $626.04**

*ATTN: BANKRUPTCY SECTION*
*P.O. BOX 5300*
*ALBANY, NY 12205-0300*
**Date Filed: 11/13/2017**
**Orig. Date Filed: 12/12/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 1099**
**Amended By Clm #: 1099**
**Claim Face Value: $626.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | PRI | | | $626.04 | | |
| | | | | $626.04 | | |

**Bruce Embry**
**Case(s): 207 Clm No: 1100 Clm. Amt: $3,237.92**

*165 N 1650 W, Apt P101*
*Pleasant Grove, UT 84062*
**Date Filed: 12/12/2016**
**Claim Face Value: $3,237.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | PRI | Allowed | | $3,237.92 | | $3,237.92 |
| | | | | $3,237.92 | | $3,237.92 |

## MATTHEW MALONEY
### Case(s): 207 Clm No: 1101 Clm. Amt: $26,000.00

*Address Redacted*
**Date Filed: 12/12/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $13,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | | | $13,000.00 | | $0.00 |
| 207 | PRI | | | $13,000.00 | | $0.00 |
| | | | | $26,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SOAH FILMS, LLC
### Case(s): 207 Clm No: 1102 Clm. Amt: $32,950.00

*ATTN: SAMIRA NARCIS*
*1825 PONCE DE LEON BLVD. #301*
*CORAL GABLES, FL 33134*
**Date Filed: 12/12/2016**
**Claim Face Value: $32,950.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $32,950.00 | | |
| | | | | $32,950.00 | | |

## CLOW CONTROLS & SERVICE, INC.
### Case(s): 207 Clm No: 1103 Clm. Amt: $2,585.00

*ATTN: ANNETTE MARIE CLOW*
*7381 WALKER RD.*
*DECATUR, IL 62521*
**Date Filed: 12/12/2016**
**Claim Face Value: $2,585.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,585.00 | | |
| | | | | $2,585.00 | | |

## JS FREEMAN & ASSOCIATES, LLC
### Case(s): 207 Clm No: 1104 Clm. Amt:

*ATTN: JEFF FREEMAN*
*10223 BOSLOE DRIVE*
*CARMEL, IN 46032*
**Date Filed: 12/12/2016**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | Unknown | Y | |

## STATE OF FLORIDA - DEPARTMENT OF REVENUE
### Case(s): 207 Clm No: 1105 Clm. Amt: $0.00

*C/O BANKRUPTCY SECTION*
*ATTN: TERESA BEASLEY*
*PO BOX 6668*
*TALLAHASSEE, FL 32314-6668*
**Date Filed: 12/12/2016**
**Orig. Date Filed: 11/7/2016**
**Amending Clm #: 724**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $0.00 | | |
| | | | | $0.00 | | |

**DALE L. COPLEY JR.**
**Case(s): 207 Clm No: 1106 Clm. Amt: $13,438.00**

*Address Redacted*
**Date Filed: 12/12/2016**
**Claim Face Value: $13,438.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $13,438.00 | | $0.00 |
| | | | | $13,438.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**CHRISTOPHER BOEN**
**Case(s): 207 Clm No: 1107 Clm. Amt: $44,000.00**

*Address Redacted*
**Date Filed: 12/12/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $44,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | PRI | | | $44,000.00 | | $0.00 |
| | | | | $44,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**BJB NET, INC**
**Case(s): 207 Clm No: 1108 Clm. Amt: $10,909.06**

*ATTN: BRYAN BRADSHAW*
*1021 KAPOK CT.*
*CLAY-TON, NC 27511*
**Date Filed: 12/12/2016**
**Claim Face Value: $10,909.06**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | PRI | Disallowed | | $9,500.00 | | $0.00 |
| 207 | UNS | Disallowed | | $1,409.06 | | $0.00 |
| | | | | $10,909.06 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| No documentation | 11/18/2019 | 3709 | Objection Granted | 01/15/2020 | 3771 |

### NWAMAKA MUOEGBUNAM
**Case(s): 207 Clm No: 1109 Clm. Amt:**

*Address Redacted*
**Date Filed: 12/12/2016**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### SANDRA R OWENS
**Case(s): 207 Clm No: 1110 Clm. Amt: $7,510.52**

*1669 E. GREYHAWK WAY*
*GREENFIELD, IN 46140*
**Date Filed: 12/13/2016**
**Orig. Date Filed: 10/11/2016**
**Amending Clm #: 58**
**Claim Face Value: $7,510.52**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | PRI | Allowed | | $7,510.52 | | $6,530.73 |
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | $7,510.52 | | $6,530.73 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 08/23/2022 | 4947 | Objection Granted | 10/26/2022 | 4987 |

### AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY
**Case(s): 207 Clm No: 1111 Clm. Amt: $833,414.46**

*C/O BECKET AND LEE LLP*
*16 GENERAL WARREN BLVD*
*MALVERN, PA 19355-0701*
**Date Filed: 1/10/2017**
**Orig. Date Filed: 12/12/2016**
**Amending Clm #: 1111**
**Amended By Clm #: 1111**
**Claim Face Value: $833,414.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $833,414.46 | | $0.00 |
| | | | | $833,414.46 | | $0.00 |

### LUKE E. WHIPPO
**Case(s): 207 Clm No: 1112 Clm. Amt: $525.00**

*Address Redacted*
**Date Filed: 12/9/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $525.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $525.00 | | $0.00 |
| | | | | $525.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### SUZANNE FRANKLIN
#### Case(s): 207 Clm No: 1113 Clm. Amt: $32,453.50

*Address Redacted*
**Date Filed: 12/9/2016**
**Claim Face Value: $32,453.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $32,453.50 | | $0.00 |
| | | | | $32,453.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### STATE OF OREGON BUREAU OF LABOR & INDUSTRIES
#### Case(s): 207 Clm No: 1114 Clm. Amt: $11,499.24

*ATTN: MARGARET PARGETER*
*1400 EXECUTIVE PKWY, STE 200*
*EUGENE, OR 97401*
**Date Filed: 12/5/2016**
**Claim Face Value: $11,499.24**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $1,707.15 | | |
| 207 | UNS | | | $9,792.09 | | |
| | | | | $11,499.24 | | |

### ALEC S. NATER
#### Case(s): 207 Clm No: 1115 Clm. Amt: $17,703.53

*Address Redacted*
**Date Filed: 12/5/2016**
**Claim Face Value: $17,703.53**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $17,703.53 | | $0.00 |
| | | | | $17,703.53 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### AB CLEANING SERVICES
#### Case(s): 207 Clm No: 1116 Clm. Amt: $7,968.00

*20335 ACAPULCO COVE DR.*
*HUMBLE, TX 77346*
**Date Filed: 12/5/2016**
**Claim Face Value: $3,984.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | Y | $3,984.00 | | $0.00 |
| 207 | UNS | Allowed | Y | $3,984.00 | | $3,984.00 |
| | | | | $7,968.00 | | $3,984.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/09/2021 | 4209 | Objection Granted | 04/21/2021 | 4287 |

## GEORGE CHEEKS
### Case(s): 207 Clm No: 1117 Clm. Amt: $17,386.00

*Address Redacted*
**Date Filed: 12/5/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $17,386.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $17,386.00 | | $0.00 |
| | | | | $17,386.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## Emmanuel Ugono
### Case(s): 207 Clm No: 1118 Clm. Amt: $5,000.00

*Address Redacted*
**Date Filed: 12/5/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LEIGHTON A WHITE, INC.
### Case(s): 207 Clm No: 1119 Clm. Amt: $9,093.00

*ATTN: DALE WHITE*
*468 ROUTE 13 SOUTH*
*MILFORD, NH 03055*
**Date Filed: 12/5/2016**
**Claim Face Value: $9,093.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $9,093.00 | | $0.00 |
| | | | | $9,093.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

### EMERY B. CARTER
**Case(s): 207 Clm No: 1120 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 12/2/2016**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### SOLAR CLEANING
**Case(s): 207 Clm No: 1121 Clm. Amt: $34,560.00**

*ATTN: HUBERT DWAYNE BULLOCK*
*2619 LANCE ST.*
*LAKE ORION, MI 48360*
**Date Filed: 12/2/2016**
**Claim Face Value: $34,560.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $34,560.00 | | |
| | | | | $34,560.00 | | |

### CAROLYN SUE BALTZ
**Case(s): 207 Clm No: 1122 Clm. Amt: $418.93**

*1111 S. MUD SPRINGS RD.*
*PAYSON, AZ 85541*
**Date Filed: 12/5/2016**
**Claim Face Value: $418.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $418.93 | | $0.00 |
| | | | | $418.93 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

### CLEAN & SAFE LLC
**Case(s): 207 Clm No: 1123 Clm. Amt: $3,700.00**

*ATTN: JOHN HUMPHRIES*
*PO BOX 688*
*BLOUNTVILLE, TN 37617*
**Date Filed: 12/13/2016**
**Claim Face Value: $3,700.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,700.00 | | |
| | | | | $3,700.00 | | |

**Oregon Department of Revenue**
**Case(s): 207 Clm No: 1124 Clm. Amt: $1,996,780.29**

*ATTN: Cynthia Test*
*955 Center St. NE*
*Salem, OR 97301-2555*
**Date Filed: 9/4/2018**
**Orig. Date Filed: 12/5/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 1124**
**Amended By Clm #: 3899**
**Claim Face Value: $1,996,780.29**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $430,673.92 | | $0.00 |
| 207 | UNS | Disallowed | | $1,566,106.37 | | $0.00 |
| | | | | $1,996,780.29 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 06/21/2021 | 4368 | Objection Granted | 07/28/2021 | 4418 |

**SHRED-IT USA**
**Case(s): 207 Clm No: 1125 Clm. Amt: $1,196.60**

*ATTN: DE'MYN M. BROWN*
*7734 S. 133RD ST*
*OMAHA, NE 68138*
**Date Filed: 12/5/2016**
**Claim Face Value: $1,196.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $1,196.60 | | $0.00 |
| | | | | $1,196.60 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

**SHRED-IT USA**
**Case(s): 207 Clm No: 1126 Clm. Amt: $613.47**

*ATTN: KRISTINA BAHNS*
*28883 NETWORK PL*
*CHICAGO, IL 60673-1288*
**Date Filed: 12/5/2016**
**Claim Face Value: $613.47**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $613.47 | | |
| | | | | $613.47 | | |

**BRYANT MAURICE JONES**
**Case(s): 207 Clm No: 1127 Clm. Amt:**

*Address Redacted*
**Date Filed: 12/12/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**NICHOLAS RAMOS**
**Case(s): 207 Clm No: 1128 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 12/13/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**TODD CUSHMAN**
**Case(s): 207 Clm No: 1129 Clm. Amt: $25,295.27**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 12/13/2016**<br>**Claim Face Value: $25,295.27** | | | | | | | |
| | 207 | UNS | | | $25,295.27 | | $0.00 |
| | | | | | $25,295.27 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**KATTEN MUCHIN ROSENMAN LLP**
**Case(s): 207 Clm No: 1130 Clm. Amt: $26,878.19**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: PETER SIDDIQUI*<br>*525 W. MONROE ST.*<br>*CHICAGO, IL 60661*<br>**Date Filed: 12/13/2016**<br>**Claim Face Value: $26,878.19** | | | | | | | |
| | 207 | UNS | | | $26,878.19 | | $0.00 |
| | | | | | $26,878.19 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**PHILIPPE FRASER**
**Case(s): 207 Clm No: 1131 Clm. Amt: $14,247.50**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 12/13/2016**<br>**Claim Face Value: $14,247.50** | | | | | | | |
| | 207 | UNS | | | $14,247.50 | | $0.00 |
| | | | | | $14,247.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## HYUN SON
### Case(s): 207 Clm No: 1132 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 12/13/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MERIT PARTNERS, LLC
### Case(s): 207 Clm No: 1133 Clm. Amt: $644,197.66

*ATTN: BRANDON BICKLE*
*100 W. 5TH ST., STE 1100*
*TULSA, OK 74103*
**Date Filed: 12/14/2016**
**Amended By Clm #: 1638**
**Claim Face Value: $644,197.66**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $644,197.66 | | $0.00 |
| | | | | $644,197.66 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 09/02/2020 | 4048 | Objection Granted | 10/22/2020 | 4111 |

## DEAF INTERPRETER SERVICES, INC.
### Case(s): 207 Clm No: 1134 Clm. Amt: $26,833.13

*ATTN: MARILYN L. WEBER*
*PO BOX 700047*
*SAN ANTONIO, TX 78270*
**Date Filed: 12/14/2016**
**Claim Face Value: $26,833.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $26,833.13 | | $0.00 |
| | | | | $26,833.13 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## VOIDED CLAIM - CLAIM CREATED IN ERROR
### Case(s): Clm No: 1135 Clm. Amt:

**Date Filed:**
**Bar Date: 1/30/2017**
**Claim Face Value:**

## ARIC V. AERY
### Case(s): 207 Clm No: 1136 Clm. Amt: $542.00

*275 VLY ROAD*
*NISKAYUNA, NY 12309*
**Date Filed: 12/14/2016**
**Claim Face Value: $542.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $542.00 | | |
| | | | | $542.00 | | |

## KIDS' CHANCE OF KENTUCKY, INC
### Case(s): 207 Clm No: 1137 Clm. Amt: $1,500.00

*ATTN: WILLIAM GARY DAVIS*
*PO BOX 910234*
*LEXINGTON, KY 40591*
**Date Filed: 12/14/2016**
**Claim Face Value: $1,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,500.00 | | |
| | | | | $1,500.00 | | |

## STEPHEN LEE
### Case(s): 207 Clm No: 1138 Clm. Amt: $551.09

*1215 STIRLING ST*
*PHILADELPHIA, PA 19111*
**Date Filed: 12/14/2016**
**Claim Face Value: $551.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $551.09 | | $0.00 |
| | | | | $551.09 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## DAVID O. PANIAGUA RAMIREZ
### Case(s): 207 Clm No: 1139 Clm. Amt: $11,613.00

*Address Redacted*
**Date Filed: 12/14/2016**
**Claim Face Value: $11,613.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $11,613.00 | | $0.00 |
| | | | | $11,613.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TAVARIS T. PEYTON
### Case(s): 207 Clm No: 1140 Clm. Amt: $2,423.00

*Address Redacted*
**Date Filed: 12/14/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $2,423.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $2,423.00 | | $0.00 |
| | | | | $2,423.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SHANICE MITCHELL
### Case(s): 207 Clm No: 1141 Clm. Amt: $500.00

*Address Redacted*
**Date Filed: 12/14/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $500.00 | | $0.00 |
| | | | | $500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## RYAN F. RUSHING
### Case(s): 207 Clm No: 1142 Clm. Amt: $14,689.13

*Address Redacted*
**Date Filed: 12/15/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $14,689.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $14,689.13 | | $0.00 |
| | | | | $14,689.13 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## PATRICK LEYBA
### Case(s): 207 Clm No: 1143 Clm. Amt: $28,468.64

*Address Redacted*
**Date Filed: 12/15/2016**
**Claim Face Value: $28,468.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $28,468.64 | | $0.00 |
| | | | | $28,468.64 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## TIFFANY DOUGHERTY
### Case(s): 207 Clm No: 1144 Clm. Amt: $725.00

*Address Redacted*
**Date Filed: 12/15/2016**
**Claim Face Value: $725.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $725.00 | | $0.00 |
| | | | | $725.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## JOHN E. PERTEET
### Case(s): 207 Clm No: 1145 Clm. Amt: $46,149.00

*Address Redacted*
**Date Filed: 12/15/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $46,149.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $46,149.00 | | $0.00 |
| | | | | $46,149.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BRITTNEY LJ JOHNSON
### Case(s): 207 Clm No: 1146 Clm. Amt: $7,449.92

*Address Redacted*
**Date Filed: 12/15/2016**
**Claim Face Value: $7,449.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $7,449.92 | | $0.00 |
| | | | | $7,449.92 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TAWANDA MCCRAE
### Case(s): 207 Clm No: 1147 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed: 12/15/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## GARY L. MCCLARIN
### Case(s): 207 Clm No: 1148 Clm. Amt: $10,500.00

*Address Redacted*
**Date Filed: 12/15/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,500.00 | | $0.00 |
| | | | | $10,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CATHERINE STREET ASSOCIATES, LLC
### Case(s): 207 Clm No: 1149 Clm. Amt: $402,389.28

*C/O SPOTTS FAIN PC*
*ATTN: JENNIFER J. WEST, ESQUIRE*
*411 E. FRANKLIN ST., SUITE 600*
*RICHMOND, VA 23219*
**Date Filed: 12/15/2016**
**Claim Face Value: $402,389.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $402,389.28 | | |
| | | | | $402,389.28 | | |

### CATHERINE STREET ASSOCIATES, LLC
**Case(s): 207 Clm No: 1150 Clm. Amt: $16,730.00**

*C/O SPOTTS FAIN PC.*
*ATTN: JENNIFER J. WEST, ESQUIRE*
*411 E. FRANKLIN ST., SUITE 600*
*RICHMOND, VA 23219*
**Date Filed: 12/15/2016**
**Claim Face Value: $16,730.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $16,730.00 | | |
| | | | | $16,730.00 | | |

### OAK HALL INDUSTRIES, LP
**Case(s): 207 Clm No: 1151 Clm. Amt: $41,829.47**

*ATTN: PATRICIA OSHIDA*
*840 UNION STREET*
*SALEM, VA 24153*
**Date Filed: 12/14/2016**
**Claim Face Value: $41,829.47**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $41,829.47 | | $0.00 |
| | | | | $41,829.47 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

### JAN POINT
**Case(s): 207 Clm No: 1152 Clm. Amt: $34,573.00**

*ATTN: SUNNY S. KIM*
*1250 W. MISSION BLVD*
*POMONA, CA 91766*
**Date Filed: 12/14/2016**
**Claim Face Value: $34,573.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $34,573.00 | | $0.00 |
| | | | | $34,573.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

### ECONOMY PLUMBING, INC.
**Case(s): 207 Clm No: 1153 Clm. Amt: $594.38**

*ATTN: KAREN MARTIN*
*4564 TELEPHONE RD., #801*
*VENTURA, CA 93003*
**Date Filed: 12/15/2016**
**Claim Face Value: $594.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $594.38 | | $0.00 |
| | | | | $594.38 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## PARK SOUTH STORAGE
### Case(s): 207 Clm No: 1154 Clm. Amt: $1,455.00

*ATTN: HEATH GILLIAM*
*6282 PARK SOUTH DRIVE*
*BESSEMER, AL 35022*
**Date Filed: 12/15/2016**
**Claim Face Value: $1,455.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $1,455.00 | | |
| | | | | $1,455.00 | | |

## SERESTAR COMMUNICATIONS CORPORATION
### Case(s): 207 Clm No: 1155 Clm. Amt: $49,419.00

*ATTN: RAE ANN MARIE MOSLEY*
*500 MEDIA PLACE*
*SACRAMENTO, CA 95815*
**Date Filed: 12/15/2016**
**Claim Face Value: $49,419.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $49,419.00 | | |
| | | | | $49,419.00 | | |

## JANITORIAL MANAGEMENT INCORPORATED
### Case(s): 207 Clm No: 1156 Clm. Amt: $17,416.19

*ATTN: MICHAEL RUSCIOLELLI*
*713 HYDE PARK*
*DOYLESTOWN, PA 18902*
**Date Filed: 12/16/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $17,416.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $17,416.19 | | $0.00 |
| | | | | $17,416.19 | | $0.00 |

## BRANDPRO MARKETING LLC
### Case(s): 207 Clm No: 1157 Clm. Amt: $35,307.95

*ATTN: DAVID SCHWEISTHAL*
*15502 DECLARATION DRIVE*
*WESTFIELD, IN 46074*
**Date Filed: 12/16/2016**
**Claim Face Value: $35,307.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $35,307.95 | | $0.00 |
| | | | | $35,307.95 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## Brightview Landscape Services Inc
### Case(s): 207 Clm No: 1158 Clm. Amt: $647.00

*Attn: Tomas A Kuehn Esq*
*27001 Agoura Rd*
*Calabasas, CA 91301*
**Date Filed: 12/16/2016**
**Claim Face Value: $647.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $647.00 | | $0.00 |
| | | | | $647.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## DAVID ALAN RITZ
**Case(s): 207 Clm No: 1159 Clm. Amt: $23,679.85**

*324 E. MAIN ST., UNIT 526*
*LOUISVILLE, KY 40202*
**Date Filed: 12/16/2016**
**Claim Face Value: $23,679.85**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $23,635.85 | | $0.00 |
| 207 | UNS | Disallowed | | $44.00 | | $0.00 |
| | | | | $23,679.85 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 08/23/2022 | 1946 | Objection Granted | 10/26/2022 | 4986 |

## CHANDLER UTILITIES
**Case(s): 207 Clm No: 1160 Clm. Amt: $420.55**

*ATTN: SANDY ELDER*
*417 E. JEFFERSON*
*CHANDLER, IN 47610*
**Date Filed: 12/16/2016**
**Claim Face Value: $420.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $420.55 | | |
| | | | | $420.55 | | |

## TASHA CRUTCHER
**Case(s): 207 Clm No: 1161 Clm. Amt: $55,984.00**

*Address Redacted*
**Date Filed: 12/16/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $55,984.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $55,984.00 | | $0.00 |
| | | | | $55,984.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DENNIS THOMPSON
**Case(s): 207 Clm No: 1162 Clm. Amt: $793.57**

*17434 W. MADISON ST*
*GOODYEAR, AZ 85338*
**Date Filed: 12/16/2016**
**Claim Face Value: $793.57**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $793.57 | | $0.00 |
| | | | | $793.57 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**RYAN RICHARD WENTWORTH**
**Case(s): 207 Clm No: 1163 Clm. Amt: $82,624.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Orig. Date Filed: 12/16/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 1163**
**Amended By Clm #: 1163**
**Claim Face Value: $82,624.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | | | $82,624.00 | | $0.00 |
| | | | | $82,624.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

---

**CHRISTOPHER CANCELLIERE**
**Case(s): 207 Clm No: 1164 Clm. Amt: $58,400.00**

*Address Redacted*
**Date Filed: 12/16/2016**
**Claim Face Value: $58,400.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $58,400.00 | | $0.00 |
| | | | | $58,400.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

---

**JOSEPH CANCELLIERE**
**Case(s): 207 Clm No: 1165 Clm. Amt: $144,952.00**

*Address Redacted*
**Date Filed: 12/16/2016**
**Claim Face Value: $144,952.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $144,952.00 | | $0.00 |
| | | | | $144,952.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

## WILLIAM EDWARDS JACOBS, JR.
### Case(s): 207 Clm No: 1166 Clm. Amt: $23,588.00

*Address Redacted*
**Date Filed: 12/16/2016**
**Claim Face Value: $23,588.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $23,588.00 | | $0.00 |
| | | | | $23,588.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## THIEN KIM
### Case(s): 207 Clm No: 1167 Clm. Amt: $7,244.62

*Address Redacted*
**Date Filed: 12/16/2016**
**Claim Face Value: $7,244.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $7,244.62 | | $0.00 |
| | | | | $7,244.62 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JUSTIN MURCIA
### Case(s): 207 Clm No: 1168 Clm. Amt: $1,000,000.00

*C/O BARNESS & BARNESS LLP*
*ATTN: DANIEL I. BARNESS*
*11377 W. OLYMPIC BLVD., 2ND FLOOR*
*LOS ANGELES, CA 90064*
**Date Filed: 12/17/2016**
**Claim Face Value: $1,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,000,000.00 | | $0.00 |
| | | | | $1,000,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JUSTIN MURCIA
### Case(s): 207 Clm No: 1169 Clm. Amt: $57,488.00

*C/O BARNESS & BARNESS LLP*
*ATTN: DANIEL I. BARNESS*
*11377 W. OLYMPIC BLVD., 2ND FLOOR*
*LOS ANGELES, CA 90064*
**Date Filed: 12/17/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $57,488.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $2,850.00 | | $0.00 |
| 207 | UNS | | | $54,638.00 | | $0.00 |
| | | | | $57,488.00 | | $0.00 |

Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MRS REMI AKANDE (DAYO IGHODALO)
### Case(s): 207 Clm No: 1170 Clm. Amt: $6,855.50

*Address Redacted*
**Date Filed: 12/18/2016**
**Claim Face Value: $6,855.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $6,855.50 | | $0.00 |
| | | | | $6,855.50 | | $0.00 |

Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CANDACE CRUSE
### Case(s): 207 Clm No: 1171 Clm. Amt: $66,290.98

*Address Redacted*
**Date Filed: 12/18/2016**
**Claim Face Value: $66,290.98**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $66,290.98 | | $0.00 |
| | | | | $66,290.98 | | $0.00 |

Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SPRINT CORPORATION
**Case(s): 207 Clm No: 1172 Clm. Amt: $12,014.64**

*ATTN: BANKRUPTCY DEPT*
*P.O. BOX 7949*
*OVERLAND PARK, KS 66207-0949*
**Date Filed: 3/6/2017**
**Orig. Date Filed: 12/19/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 1172**
**Amended By Clm #: 1172**
**Claim Face Value: $12,014.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $12,014.64 | | $0.00 |
| | | | | $12,014.64 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## CDYNE CORPORATION
**Case(s): 207 Clm No: 1173 Clm. Amt: $776.48**

*ATTN: JOHN TYLER*
*505 INDEPENDENCE PARKWAY, STE 300*
*CHESAPEAKE, VA 23320*
**Date Filed: 12/19/2016**
**Claim Face Value: $776.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $776.48 | | $0.00 |
| | | | | $776.48 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3709 | Objection Granted | 01/15/2020 | 3771 |

## DEBORAH BIDDLE
**Case(s): 207 Clm No: 1174 Clm. Amt: $688,186.00**

*7722 W. 28TH ST*
*LITTLE ROCK, AR 72204*
**Date Filed: 12/19/2016**
**Claim Face Value: $688,186.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $35,200.00 | | $0.00 |
| 207 | UNS | Disallowed | | $652,986.00 | | $0.00 |
| | | | | $688,186.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

### HELEN G. JOHNSON
### Case(s): 207 Clm No: 1175 Clm. Amt: $31,287.68

*Address Redacted*
**Date Filed: 12/19/2016**
**Claim Face Value: $31,287.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $31,287.68 | | $0.00 |
| | | | | $31,287.68 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### CITY WIDE MAINTENANCE OF SOUTH CAROLINA
### Case(s): 207 Clm No: 1176 Clm. Amt: $9,046.60

*ATTN: KAREN KLINE*
*1200 WOODRUFF ROAD, SUITE G-12*
*GREENVILLE, SC 29607*
**Date Filed: 12/19/2016**
**Claim Face Value: $9,046.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $9,046.60 | | $0.00 |
| | | | | $9,046.60 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | | | Objection Granted | | 3079 |
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

### AMERICAN ELECTRIC POWER
### Case(s): 207 Clm No: 1177 Clm. Amt: $22,810.75

*ATTN: BANKRUPTCY*
*P.O. BOX 2021*
*ROANOKE, VA 24022*
**Date Filed: 12/19/2016**
**Claim Face Value: $22,810.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $22,810.75 | | |
| | | | | $22,810.75 | | |

### NIIT (USA) Inc
### Case(s): 207 Clm No: 1178 Clm. Amt: $620,050.00

*c/o Coface North America Insurance Company*
*Attn: Amy Schmidt*
*650 College Rd E, Ste 2005*
*Princeton, NJ 08540*
**Date Filed: 12/19/2016**
**Claim Face Value: $620,050.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $620,050.00 | | $0.00 |
| | | | | $620,050.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## SKYLINE ADVANCED TECHNOLOGY SERVICES
### Case(s): 207 Clm No: 1179 Clm. Amt: $1,293.25

ATTN: JODY LYNN SALCEDO
490 DIVISION ST
CAMPBELL, CA 95008
**Date Filed: 12/19/2016**
**Claim Face Value: $1,293.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $1,293.25 | | $0.00 |
| | | | | $1,293.25 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3709 | Objection Granted | 01/15/2020 | 3771 |

## SKYLINE ADVANCED TECHNOLOGY SERVICES
### Case(s): 207 Clm No: 1180 Clm. Amt: $1,328.25

ATTN: JODY LYNN SALCEDO
490 DIVISION STREET
CAMPBELL, CA 95008
**Date Filed: 12/19/2016**
**Claim Face Value: $1,328.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,328.25 | | |
| | | | | $1,328.25 | | |

## SORRENTO II, LLC
### Case(s): 207 Clm No: 1181 Clm. Amt: $386,474.88

ATTN: CRAIG PANTER
P.O. BOX 2310
MADISON, MS 39130
**Date Filed: 12/19/2016**
**Claim Face Value: $386,474.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $386,474.88 | | |
| | | | | $386,474.88 | | |

## JEREMY ARMSTRONG
### Case(s): 207 Clm No: 1182 Clm. Amt:

Address Redacted
**Date Filed: 12/19/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## APERIO COMMUNICATIONS, LLC
### Case(s): 207 Clm No: 1183 Clm. Amt: $18,566.81

ATTN: ROXZAN CASTRO
1187 N Willow Ave 103-58
Clovis, CA 93611
**Date Filed: 12/19/2016**
**Claim Face Value: $18,566.81**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $18,566.81 | | |
| | | | | $18,566.81 | | |

**VOIDED CLAIM- CLAIM CREATED IN ERROR**
**Case(s): Clm No: 1184 Clm. Amt:**

**Date Filed:**
**Claim Face Value:**

**Jingbo Pi**
**Case(s): 207 Clm No: 1185 Clm. Amt: $11,800.00**

*3125 Lavender Ln*
*Saint Louis, MO 63139-1773*
**Date Filed: 12/19/2016**
**Claim Face Value: $11,800.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $11,800.00 | | $0.00 |
| | | | | $11,800.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**LAURENCE VINZEN**
**Case(s): 207 Clm No: 1186 Clm. Amt: $20,166.50**

*Address Redacted*
**Date Filed: 12/19/2016**
**Claim Face Value: $20,166.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,166.50 | | $0.00 |
| | | | | $20,166.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**LI WANG**
**Case(s): 207 Clm No: 1187 Clm. Amt: $4,900.00**

*3061 HAZEL FOSTER DR*
*CARMEL, IN 46033*
**Date Filed: 12/19/2016**
**Claim Face Value: $4,900.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $4,900.00 | | $0.00 |
| | | | | $4,900.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## PEREZ & ASSOCIATES
### Case(s): 207 Clm No: 1188 Clm. Amt: $1,222.00

*ATTN: SUANNE GENE PEREZ*
*14312 MATISSE AVENUE*
*IRVINE, CA 92606*
**Date Filed: 12/19/2016**
**Claim Face Value: $1,222.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,222.00 | | |
| | | | | $1,222.00 | | |

## GEORGIA NATURAL GAS
### Case(s): 207 Clm No: 1189 Clm. Amt: $811.87

*ATTN: RENEE AMIE*
*P.O. BOX 105445*
*ATLANTA, GA 30348*
**Date Filed: 12/19/2016**
**Claim Face Value: $811.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $811.87 | | |
| | | | | $811.87 | | |

## VWR INTERNATIONAL LLC
### Case(s): 207 Clm No: 1190 Clm. Amt: $12,575.51

*100 MATSON FORD RD*
*BLDG ONE, SUITE 200*
*RADNOR, PA 19082*
**Date Filed: 12/19/2016**
**Claim Face Value: $12,575.51**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $12,575.51 | | $8,660.05 |
| | | | | $12,575.51 | | $8,660.05 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 11/18/2019 | 3710 | Objection Granted | 01/15/2020 | 3772 |

## COLUMBIA EXECUTIVE XIII ASSOCIATES, LLC
### Case(s): 207 Clm No: 1191 Clm. Amt: $67,011.53

*ATTN: THOMAS M. OWENS*
*695 ROTTERDAM INDUSTRIAL PARK*
*SCHENECTADY, NY 12306*
**Date Filed: 12/19/2016**
**Claim Face Value: $67,011.53**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $67,011.53 | | |
| | | | | $67,011.53 | | |

## HIGHLANDS PATHOLOGY CONSULTANTS PC
### Case(s): 207 Clm No: 1192 Clm. Amt: $204.00

*ATTN: SUSAN DILLARD*
*2175 HIGHWAY 75, SUITE 4*
*BLOUNTVILLE, TN 37617*
**Date Filed: 12/19/2016**
**Claim Face Value: $204.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $204.00 | | $0.00 |
| | | | | $204.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 10/31/2022 | 5008 | Objection Granted | 12/13/2022 | 5071 |

**FRONTIER COMMUNICATIONS**
**Case(s): 207 Clm No: 1193 Clm. Amt: $1,510.93**

*ATTN: ANGELA SENGER*
*19 JOHN ST*
*MIDDLETOWN, NY 10940*
**Date Filed: 12/20/2016**
**Claim Face Value: $1,510.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $1,510.93 | | |
| | | | | $1,510.93 | | |

**BETH SANDERS**
**Case(s): 207 Clm No: 1194 Clm. Amt: $41,125.20**

*Address Redacted*
**Date Filed: 12/20/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $41,125.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $41,125.20 | | $0.00 |
| | | | | $41,125.20 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**HUNG DUONG**
**Case(s): 207 Clm No: 1195 Clm. Amt: $975,595.56**

*7543 N Carnegie*
*Fresno, CA 93722*
**Date Filed: 12/20/2016**
**Claim Face Value: $975,595.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | SEC | Disallowed | | $862,381.25 | | $0.00 |
| 207 | UNS | | | $113,214.31 | | $864,035.14 |
| | | | | $975,595.56 | | $864,035.14 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

**Hung Duong**
**Case(s): 207 Clm No: 1196 Clm. Amt: $1,626,920.00**

*7543 N Carnegie*
*Fresno, CA 93722*
**Date Filed: 12/20/2016**
**Claim Face Value: $1,626,920.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $1,626,920.00 | | |
| | | | | $1,626,920.00 | | |

**NORTASHA SHAUNTA TUCK**
**Case(s): 207 Clm No: 1197 Clm. Amt:**

*Address Redacted*
**Date Filed: 12/19/2016**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**BRIGITTE BEGLEY**
**Case(s): 207 Clm No: 1198 Clm. Amt: $655.18**

*3155 ANACAPA WAY*
*LAS VEGAS, NV 89146*
**Date Filed: 12/20/2016**
**Claim Face Value: $655.18**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | Disallowed | | $655.18 | | $0.00 |
| | | | | | $655.18 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 10/31/2022 | 5009 | Objection Granted | 12/13/2022 | 5072 |

**BRIGITTE BEGLEY**
**Case(s): 207 Clm No: 1199 Clm. Amt: $2,260.00**

*3155 ANACAPA WAY*
*LAS VEGAS, NV 89146*
**Date Filed: 12/20/2016**
**Claim Face Value: $2,260.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | Allowed | | $2,260.00 | | $1,469.00 |
| | | | | | $2,260.00 | | $1,469.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 10/31/2022 | 5009 | Objection Granted | 12/13/2022 | 5072 |

**BRIGITTE BEGLEY**
**Case(s): 207 Clm No: 1200 Clm. Amt: $321.87**

*3155 ANACAPA WAY*
*LAS VEGAS, NV 89146*
**Date Filed: 12/20/2016**
**Claim Face Value: $321.87**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | Allowed | | $321.87 | | $209.22 |
| | | | | | $321.87 | | $209.22 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 10/31/2022 | 5009 | Objection Granted | 12/13/2022 | 5072 |

## CHARLES NOE
### Case(s): 207 Clm No: 1201 Clm. Amt:

*Address Redacted*
**Date Filed: 12/19/2016**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LEECO GROUNDS MANAGEMENT, INC.
### Case(s): 207 Clm No: 1202 Clm. Amt: $1,753.48

*ATTN: BRENDA A MARTINEZ*
*7804 TIBURON STREET NE*
*ALBUQUERQUE, NM 87109*
**Date Filed: 12/21/2016**
**Claim Face Value: $1,753.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,753.48 | | |
| | | | | $1,753.48 | | |

## DERRICK MATOLA
### Case(s): 207 Clm No: 1203 Clm. Amt: $20,167.00

*Address Redacted*
**Date Filed: 12/21/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,167.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,167.00 | | $0.00 |
| | | | | $20,167.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## TREMAYNE JACKSON
### Case(s): 207 Clm No: 1204 Clm. Amt: $64,000.00

*Address Redacted*
**Date Filed: 12/21/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $64,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $64,000.00 | | $0.00 |
| | | | | $64,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JOHN W. GUYINN**
**Case(s): 207 Clm No: 1205 Clm. Amt:**

*Address Redacted*
**Date Filed: 12/21/2016**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**LEARNINGMATE SOLUTIONS, INC.**
**Case(s): 207 Clm No: 1206 Clm. Amt: $50,454.00**

*C/O SAUL EWING LLP*
*ATTN: DIPESH PATEL*
*1037 RAYMOND BLVD., STE 1520*
*NEWARK, NJ 07102*
**Date Filed: 12/22/2016**
**Amended By Clm #: 1254**
**Claim Face Value: $50,454.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | 503(b)(9) | | | $8,762.00 | | $0.00 |
| 207 | PRI | | | $8,762.00 | | $0.00 |
| 207 | UNS | | | $32,930.00 | | $0.00 |
| | | | | $50,454.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 09/02/2020 | 4048 | Objection Granted | 10/22/2020 | 4111 |

**NICHOLAS PRICE**
**Case(s): 207 Clm No: 1207 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed: 12/22/2016**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | PRI | | | $1,450.00 | | $0.00 |
| 207 | UNS | | | $8,550.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JAMIE MORROW**
**Case(s): 207 Clm No: 1208 Clm. Amt: $6,524.01**

*Address Redacted*
**Date Filed: 12/22/2016**
**Claim Face Value: $6,524.01**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $6,524.01 | | $0.00 |
| | | | | $6,524.01 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ARNOLD & BLEVINS ELECTRIC COMPANY**
**Case(s): 207 Clm No: 1209 Clm. Amt: $3,940.00**

*ATTN: JONATHAN T. ROGERS*
*P.O. BOX 688*
*NORTH LITTLE ROCK, AR 72115*
**Date Filed: 12/22/2016**
**Claim Face Value: $3,940.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,940.00 | | |
| | | | | $3,940.00 | | |

**GEORGE H. RENDELL ASSOCIATES, INC.**
**Case(s): 207 Clm No: 1210 Clm. Amt: $95,680.00**

*2501 Seaport Dr, Ste Sh 200*
*Chester, PA 10013*
**Date Filed: 12/21/2016**
**Claim Face Value: $95,680.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $95,680.00 | | |
| | | | | $95,680.00 | | |

**MIKE COPLEY**
**Case(s): 207 Clm No: 1211 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 12/21/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TABITHA BARRIENTES**

**Case(s): 207 Clm No: 1212 Clm. Amt: $44,007.30**

*Address Redacted*
**Date Filed: 12/22/2016**
**Claim Face Value: $44,007.30**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $44,007.30 | | $0.00 |
| | | | | $44,007.30 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**GMB-FB, LLC**

**Case(s): 207 Clm No: 1213 Clm. Amt: $757,306.39**

*ATTN: ROBERT A. BREIDENBACH*
*7777 Bonhomme Ave, Ste 1910*
*ST. LOUIS, MO 63105*
**Date Filed: 12/22/2016**
**Claim Face Value: $757,306.39**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $160,803.25 | | $0.00 |
| 207 | UNS | | | $596,503.14 | | $596,503.14 |
| | | | | $757,306.39 | | $596,503.14 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied in part | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

**RICHARD STAWOWY**

**Case(s): 207 Clm No: 1214 Clm. Amt: $2,964.88**

*Address Redacted*
**Date Filed: 12/22/2016**
**Claim Face Value: $2,964.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,964.88 | | $0.00 |
| | | | | $2,964.88 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TAMECKO TURLEY**
**Case(s): 207 Clm No: 1215 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 12/23/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**KEVIN DEON BROWN**
**Case(s): 207 Clm No: 1216 Clm. Amt: $33,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 12/23/2016**<br>**Claim Face Value: $33,000.00** | | | | | | | |
| | 207 | UNS | | | $33,000.00 | | $0.00 |
| | | | | | $33,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**Sonya Palmer**
**Case(s): 207 Clm No: 1217 Clm. Amt: $12,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 12/23/2016**<br>**Claim Face Value: $12,000.00** | | | | | | | |
| | 207 | UNS | | | $12,000.00 | | $0.00 |
| | | | | | $12,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**CHITTIBABU SRIDHARAKANNAN**
**Case(s): 207 Clm No: 1218 Clm. Amt: $25,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *BLK 3A UPPERBOON KENG ROAD*<br>*381003*<br>*SINGAPORE*<br>**Date Filed: 12/24/2016**<br>**Claim Face Value: $25,000.00** | | | | | | | |
| | 207 | UNS | Disallowed | | $25,000.00 | | $0.00 |
| | | | | | $25,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## SRIDHARAKANNAN GIRIJA
### Case(s): 207 Clm No: 1219 Clm. Amt: $60,000.00

*BLK 3A UPPER BOON KENG ROAD*
*05-606, 381003*
*SINGAPORE*
**Date Filed: 12/24/2016**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## LELAND COHEN
### Case(s): 207 Clm No: 1220 Clm. Amt: $430.61

*121 KINGSTON ROAD*
*CHELTENHAM, PA 19012*
**Date Filed: 12/25/2016**
**Claim Face Value: $430.61**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | Disallowed | | $430.61 | | $0.00 |
| | | | | $430.61 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## NATHANIEL A. WHARTON
### Case(s): 207 Clm No: 1221 Clm. Amt: $7,016.00

*Address Redacted*
**Date Filed: 12/26/2016**
**Claim Face Value: $7,016.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $7,016.00 | | $0.00 |
| | | | | $7,016.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MISTY BROCK
### Case(s): 207 Clm No: 1222 Clm. Amt: $40,588.00

*Address Redacted*
**Date Filed: 12/26/2016**
**Claim Face Value: $40,588.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $40,588.00 | | $0.00 |
| | | | | $40,588.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**VINCENT HUTCHINSON**
**Case(s): 207 Clm No: 1223 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 12/26/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**YAJUN ZHENG**
**Case(s): 207 Clm No: 1224 Clm. Amt: $3,600.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 12/26/2016**<br>**Claim Face Value: $3,600.00** | | | | | | | |
| | 207 | UNS | | | $3,600.00 | | $0.00 |
| | | | | | $3,600.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**YAJUN ZHENG**
**Case(s): 207 Clm No: 1225 Clm. Amt: $3,600.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 12/26/2016**<br>**Claim Face Value: $3,600.00** | | | | | | | |
| | 207 | UNS | | | $3,600.00 | | $0.00 |
| | | | | | $3,600.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**MATT BRENNAN**
**Case(s): 207 Clm No: 1226 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 12/27/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**SUNRISE MONIER SELF STORAGE, LLC**
**Case(s): 207 Clm No: 1227 Clm. Amt: $1,400.00**

*ATTN: GAIL GLOVER*
*3291 SUNRISE BLVD*
*RANCHO CORDOVA, CA 95742*
**Date Filed: 12/23/2016**
**Claim Face Value: $1,400.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $1,400.00 | | |
| | | | | $1,400.00 | | |

**KIM DENISE INGRAM**
**Case(s): 207 Clm No: 1228 Clm. Amt: $12,850.00**

*1060 KENNESAW DUE WEST RD, NW*
*KENNESAW, GA 30152*
**Date Filed: 12/23/2016**
**Claim Face Value: $12,850.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| | | | | $12,850.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4589 | Objection Granted | 04/25/2022 | 4826 |

**SHAWN THOMPSON**
**Case(s): 207 Clm No: 1229 Clm. Amt: $61,765.31**

*Address Redacted*
**Date Filed: 12/23/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $61,765.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $61,765.31 | | $0.00 |
| | | | | $61,765.31 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**RAYMOND P. CRUZ**
**Case(s): 207 Clm No: 1230 Clm. Amt: $42,934.58**

*Address Redacted*
**Date Filed: 12/23/2016**
**Claim Face Value: $42,934.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $42,934.58 | | $0.00 |
| | | | | $42,934.58 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**RAYMOND P. CRUZ**
**Case(s): 207 Clm No: 1231 Clm. Amt: $3,613.49**

*Address Redacted*
**Date Filed: 12/23/2016**
**Claim Face Value: $3,613.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,613.49 | | $0.00 |
| | | | | $3,613.49 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**RESERVIST, LP**
**Case(s): 207 Clm No: 1232 Clm. Amt: $442,518.22**

*C/O SAMPSON MORRIS GROUP , INC.*
*ATTN: MICHAEL MORRIS*
*2500 ELDO ROAD, SUITE 1*
*MONROEVILLE, PA 15146*
**Date Filed: 12/27/2016**
**Claim Face Value: $442,518.22**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $442,518.22 | | |
| | | | | $442,518.22 | | |

**DANIEL RATCLIFF**
**Case(s): 207 Clm No: 1233 Clm. Amt: $2,172.28**

*Address Redacted*
**Date Filed: 12/27/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $2,172.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,172.28 | | $0.00 |
| | | | | $2,172.28 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**RESERVIST, LP**
**Case(s): 207 Clm No: 1234 Clm. Amt: $45,624.22**

*C/O SAMPSON MORRIS GROUP, INC.*
*ATTN: MICHAEL MORRIS*
*2500 ELDO ROAD, SUITE 1*
*MONROEVILLE, PA 15146*
**Date Filed: 12/27/2016**
**Claim Face Value: $45,624.22**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,624.22 | | $0.00 |
| | | | | $45,624.22 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2021 | 3876 | Objection Granted | 05/20/2020 | 3930 |

## CAREERCO, LLC
**Case(s): 207 Clm No: 1235 Clm. Amt: $1,221,010.00**

*C/O KELLY DRYE & WARREN LLP*
*ATTN: JASON R. ADAMS*
*101 PARK AVENUE*
*NEW YORK, NY 10178*
**Date Filed: 12/27/2016**
**Claim Face Value: $1,221,010.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,221,010.00 | | |
| | | | | $1,221,010.00 | | |

### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *ASM Capital*<br>*Attn: Adam S. Moskowitz*<br>*Re: Careerco, LLC*<br>*7600 Jericho Turnpike, Ste. 302*<br>*Woodbury, NY 11797* | 100.00% | | Final |

## KOORSEN FIRE & SECURITY, INC.
**Case(s): 207 Clm No: 1236 Clm. Amt. $2,712.78**

*ATTN: KYLE TODD RICH*
*2719 N. ARLINGTON AVE*
*INDIANAPOLIS, IN 46218*
**Date Filed: 12/21/2016**
**Claim Face Value: $2,712.78**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,712.78 | | |
| | | | | $2,712.78 | | |

## WISCONSIN PUBLIC SERVICE CORPORATION
**Case(s): 207 Clm No: 1237 Clm. Amt: $3,311.06**

*ATTN: TERESA M. RIVERS*
*P.O. BOX 19003*
*GREEN BAY, WI 54307*
**Date Filed: 12/21/2016**
**Claim Face Value: $3,311.06**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,311.06 | | |
| | | | | $3,311.06 | | |

## CITY OF SWARTZ CREEK
**Case(s): 207 Clm No: 1238 Clm. Amt: $2,535.58**

*ATTN: AMY L. NICHOLS*
*8083 CIVIC DR*
*SWARTZ CREEK, MI 48473*
**Date Filed: 12/27/2016**
**Orig. Date Filed: 12/22/2016**
**Amending Clm #: 1238**
**Amended By Clm #: 1238**
**Claim Face Value: $1,267.79**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $1,267.79 | | $0.00 |
| 207 | SEC | Disallowed | | $1,267.79 | | $0.00 |
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | $2,535.58 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 06/21/2021 | 4370 | Objection Granted | 07/28/2021 | 4419 |

## PHOTOS BY RICK
### Case(s): 207 Clm No: 1239 Clm. Amt: $2,428.00

*ATTN: RICHARD BUTKUS*
*17244 OAK PARK AVE*
*TINLEY PARK, IL 60477*
**Date Filed: 12/22/2016**
**Claim Face Value: $2,428.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,428.00 | | |
| | | | | $2,428.00 | | |

## NPC INTERNATIONAL INC
### Case(s): 207 Clm No: 1240 Clm. Amt: $293.65

*ATTN: SARA BURKE*
*720 W. 20TH ST*
*PITTSBURG, KS 66762*
**Date Filed: 12/27/2016**
**Claim Face Value: $293.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $293.65 | | |
| | | | | $293.65 | | |

## PAMELA WARREN ROGERS
### Case(s): 207 Clm No: 1241 Clm. Amt: $1,487.50

*1127 APT. A KNOX PL. DRIVE*
*GREENSBORO, NC 27407*
**Date Filed: 12/27/2016**
**Claim Face Value: $1,487.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $1,487.50 | | $0.00 |
| | | | | $1,487.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

## CAMILO PENSO
### Case(s): 207 Clm No: 1242 Clm. Amt: $13,000.00

*9220 CLAREWOOD DR #1054*
*HOUSTON, TX 77036*
**Date Filed: 12/27/2016**
**Claim Face Value: $13,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $13,000.00 | | $0.00 |
| | | | | $13,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 4617 | Objection Granted | 03/31/2022 | 4731 |

**SHANAKAY CAMPBELL-LAWRENCE**
**Case(s): 207 Clm No: 1243 Clm. Amt: $15,000.00**

*Address Redacted*
**Date Filed: 12/27/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $15,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $15,000.00 | | $0.00 |
| | | | | $15,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|-----------------|--------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JESSICA RENDLE**
**Case(s): 207 Clm No: 1244 Clm. Amt:**

*Address Redacted*
**Date Filed: 12/27/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|-----------------|--------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**FIRSTENERGY SOLUTIONS, CORP.**
**Case(s): 207 Clm No: 1245 Clm. Amt: $3,945.61**

*ATTN: CAROL HUNT*
*341 WHITE POND DRIVE*
*MAILSTOP: A-WAC-B3*
*AKRON, OH 44320*
**Date Filed: 12/27/2016**
**Claim Face Value: $3,945.61**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,945.61 | | |
| | | | | $3,945.61 | | |

**DAN MCKINZIE**
**Case(s): 207 Clm No: 1246 Clm. Amt: $14,000.00**

*Address Redacted*
**Date Filed: 12/27/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $14,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $14,000.00 | | $0.00 |
| | | | | $14,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|-----------------|--------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**LISA MICHELLE GEISINGER**
**Case(s): 207 Clm No: 1247 Clm. Amt: $28,018.20**

*42792 PILGRIM SQUARE*
*CHANTILLY, VA 20152*
**Date Filed: 12/27/2016**
**Claim Face Value: $28,018.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $28,018.20 | | $0.00 |
| | | | | $28,018.20 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 08/23/2022 | 4946 | Objection Granted | 10/26/2022 | 4986 |

**ZACHARY P. ERICKSON**
**Case(s): 207 Clm No: 1248 Clm. Amt: $11,123.72**

*Address Redacted*
**Date Filed: 12/27/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $11,123.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $11,123.72 | | $0.00 |
| | | | | $11,123.72 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JESSICA MEDINA**
**Case(s): 207 Clm No: 1249 Clm. Amt: $24,349.45**

*Address Redacted*
**Date Filed: 12/27/2016**
**Claim Face Value: $24,349.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $24,349.45 | | $0.00 |
| | | | | $24,349.45 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**PAUL ASHER JARROLD**
**Case(s): 207 Clm No: 1250 Clm. Amt: $35,000.00**

*Address Redacted*
**Date Filed: 12/27/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $35,000.00 | | $0.00 |
| | | | | $35,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DOUGLAS J PRASKA**
**Case(s): 207 Clm No: 1251 Clm. Amt: $585.00**

*Address Redacted*
**Date Filed: 12/27/2016**
**Claim Face Value: $585.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | $585.00 | | $585.00 |
| | | | | $585.00 | | $585.00 |

**GILBERT BERNARD SHAW JR.**
**Case(s): 207 Clm No: 1252 Clm. Amt: $37,330.96**

*Address Redacted*
**Date Filed: 12/27/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $37,330.96**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $37,330.96 | | $0.00 |
| | | | | $37,330.96 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MARKET-TURK COMPANY**
**Case(s): 207 Clm No: 1253 Clm. Amt: $70,332.20**

*C/O HANSON BRIDGETT LLP*
*ATTN: JORDAN LAVINSKY*
*425 MARKET STREET, 26TH FLOOR*
*SAN FRANCISCO, CA 94105*
**Date Filed: 1/30/2017**
**Orig. Date Filed: 12/27/2016**
**Amending Clm #: 1253**
**Amended By Clm #: 1253**
**Claim Face Value: $70,332.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $70,332.20 | | |
| | | | | $70,332.20 | | |

**LEARNINGMATE SOLUTIONS, INC.**
**Case(s): 207 Clm No: 1254 Clm. Amt: $50,454.00**

*C/O SAUL EWING LLP*
*ATTN: DIPESH PATEL*
*1037 RAYMOND BLVD, STE 1520*
*NEWARK, NJ 07102*
**Date Filed: 12/28/2016**
**Orig. Date Filed: 12/22/2016**
**Amending Clm #: 1206**
**Claim Face Value: $50,454.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | | | $16,604.00 | | $0.00 |
| 207 | PRI | | | $16,604.00 | | $0.00 |
| 207 | UNS | | | $17,246.00 | | $50,454.00 |
| | | | | $50,454.00 | | $50,454.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

**JASON JENKINS**
**Case(s): 207 Clm No: 1255 Clm. Amt: $60,754.38**

*Address Redacted*
**Date Filed: 12/27/2016**
**Claim Face Value: $60,754.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $60,754.38 | | $0.00 |
| | | | | $60,754.38 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**WGN AMERICA**
**Case(s): 207 Clm No: 1256 Clm. Amt: $17,340.00**

*C/O GEORGE LYNCH*
*2501 W BRADLEY PL #215*
*CHICAGO, IL 60618*
**Date Filed: 12/28/2016**
**Claim Face Value: $17,340.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $17,340.00 | | $17,340.00 |
| | | | | $17,340.00 | | $17,340.00 |

**RLS CONSTRUCTION**
**Case(s): 207 Clm No: 1257 Clm. Amt: $15,620.00**

*ATTN: CALVIN SQUIRES*
*668 N 1250 W*
*CENTERVILLE, UT 84014*
**Date Filed: 12/28/2016**
**Claim Face Value: $7,810.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | SEC | | | $7,810.00 | | $0.00 |
| 207 | UNS | | | $7,810.00 | | $0.00 |
| | | | | $15,620.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

**THOMPSON COBURN LLP**
**Case(s): 207 Clm No: 1258 Clm. Amt: $1,393,310.09**

*ATTN: WILLIAM R. BAY*
*ONE US BANK PLAZA, SUITE 3500*
*ST. LOUIS, MO 63101*
**Date Filed: 12/28/2016**
**Claim Face Value: $1,393,310.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $1,393,310.09 | | |
| | | | | $1,393,310.09 | | |

**NASHEA SWINSON**

**Case(s): 207 Clm No: 1259 Clm. Amt: $20,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 12/28/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $20,000.00** | | | | | | | |
| | 207 | UNS | | | $20,000.00 | | $0.00 |
| | | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ANTHONY COURTNEY**

**Case(s): 207 Clm No: 1260 Clm. Amt: $14,965.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 12/28/2016**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $14,965.00** | | | | | | | |
| | 207 | UNS | | | $14,965.00 | | $0.00 |
| | | | | | $14,965.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ASHLEY MONPLAISIR**

**Case(s): 207 Clm No: 1261 Clm. Amt: $6,285.06**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 12/28/2016**<br>**Claim Face Value: $6,285.06** | | | | | | | |
| | 207 | UNS | | | $6,285.06 | | $0.00 |
| | | | | | $6,285.06 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**COLUMBUS MUSEUM OF ART**

**Case(s): 207 Clm No: 1262 Clm. Amt: $707.50**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: KIM AUFDENCAMP*<br>*480 E. BROAD STREET*<br>*COLUMBUS, OH 43215*<br>**Date Filed: 12/29/2016**<br>**Claim Face Value: $707.50** | | | | | | | |
| | 207 | UNS | | | $707.50 | | |
| | | | | | $707.50 | | |

## ERICA BROWN
### Case(s): 207 Clm No: 1263 Clm. Amt: $1,868.67

*Address Redacted*
**Date Filed: 12/29/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,868.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $1,868.67 | | $0.00 |
| | | | | $1,868.67 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ANDY KMIECIK
### Case(s): 207 Clm No: 1264 Clm. Amt: $98,000.00

*Address Redacted*
**Date Filed: 12/28/2016**
**Claim Face Value: $98,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | | | $98,000.00 | | $0.00 |
| | | | | $98,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MEADOR STAFFING SERVICES, INC.
### Case(s): 207 Clm No: 1265 Clm. Amt: $1,900.80

*P.O. BOX 2001*
*PASADENA, TX 77501*
**Date Filed: 12/28/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,900.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $1,900.80 | | |
| | | | | $1,900.80 | | |

## VOIDED CLAIM - CLAIM CREATED IN ERROR
### Case(s): Clm No: 1266 Clm. Amt:

**Date Filed:**
**Claim Face Value:**

### GAMAYIEL KAWANA HARRIS
### Case(s): 207 Clm No: 1267 Clm. Amt: $20,000.00

*Address Redacted*
**Date Filed: 12/28/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### CITY WIDE MAINTENANCE OF CINCINNATI
### Case(s): 207 Clm No: 1268 Clm. Amt: $12,983.31

*ATTN: DON DEGENHARDT*
*2169 CHAMBER CENTER DRIVE*
*FT. MITCHELL, KY 41017*
**Date Filed: 12/29/2016**
**Claim Face Value: $12,983.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $12,983.31 | | |
| | | | | $12,983.31 | | |

### YAJUN ZHENG
### Case(s): 207 Clm No: 1269 Clm. Amt: $3,600.00

*Address Redacted*
**Date Filed: 12/30/2016**
**Claim Face Value: $3,600.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,600.00 | | $0.00 |
| | | | | $3,600.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

### JESSE DESPLINTER
### Case(s): 207 Clm No: 1270 Clm. Amt: $337.38

*5113 BRIGHTON DR*
*WHITESTOWN, IN 46075*
**Date Filed: 12/30/2016**
**Claim Face Value: $337.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | | | $337.38 |
| 207 | UNS | | | $337.38 | | $0.00 |
| | | | | $337.38 | | $337.38 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| Different class | 11/17/2022 | 5044 | Objection Granted | 12/13/2022 | 5075 |

**STATE SYSTEMS INC.**
**Case(s): 207 Clm No: 1271 Clm. Amt: $650.00**

*P.O. BOX 372 DEPT. 90*
*MEMPHIS, TN 38101*
**Date Filed: 12/30/2016**
**Claim Face Value: $650.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $650.00 | | |
| | | | | $650.00 | | |

**BRADLEY L. SPENCER**
**Case(s): 207 Clm No: 1272 Clm. Amt: $480.00**

*DBA E-VAL REPORTS*
*3213 W. WHEELER ST, #287*
*SEATTLE, WA 98199*
**Date Filed: 12/30/2016**
**Claim Face Value: $480.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $480.00 | | $0.00 |
| | | | | $480.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**EAST NOOGA, LLC**
**Case(s): 207 Clm No: 1273 Clm. Amt: $247,622.46**

*C/O 3D INVESTMENTS, LLC*
*468 N. CAMDEN DRIVE, SUITE 300*
*BEVERLY HILLS, CA 90210*
**Date Filed: 12/30/2016**
**Claim Face Value: $247,622.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $247,622.46 | | |
| | | | | $247,622.46 | | |

**EXPRESSIVE! COMMUNICATION CONSULTING & TRAINING**
**Case(s): 207 Clm No: 1274 Clm. Amt: $2,707.28**

*ATTN: JEANNETTE GRACE*
*4344 MADISON ST NE*
*MINNEAPOLIS, MN 55421*
**Date Filed: 12/30/2016**
**Amended By Clm #: 1275**
**Claim Face Value: $2,707.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,707.28 | | $2,707.28 |
| | | | | $2,707.28 | | $2,707.28 |

**EXPRESSIVE! COMMUNICATION CONSULTING & TRAINING**
**Case(s): 207 Clm No: 1275 Clm. Amt:**

*ATTN: JEANNETTE GRACE*
*4344 MADISON ST NE*
*MINNEAPOLIS, MN 55421*
**Date Filed: 12/30/2016**
**Orig. Date Filed: 12/30/2016**
**Amending Clm #: 1274**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

**YOLANDA LISTER**

**Case(s): 207 Clm No: 1276 Clm. Amt: $10,385.00**

*3033 Bardin Rd, Apt 1201*
*Grand Prairie, TX 75052*
**Date Filed: 12/30/2016**
**Claim Face Value: $10,385.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $10,385.00 | | $0.00 |
| | | | | $10,385.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 4617 | Objection Granted | 03/31/2022 | 4730 |

**GRAHAM WILSON**

**Case(s): 207 Clm No: 1277 Clm. Amt: $725.00**

*7482 QUINCY CT*
*INDIANAPOLIS, IN 46254*
**Date Filed: 1/1/2017**
**Claim Face Value: $725.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $725.00 | | $0.00 |
| | | | | $725.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**MARKUS ANDREW CLARK**

**Case(s): 207 Clm No: 1278 Clm. Amt: $20,000.00**

*Address Redacted*
**Date Filed: 1/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KRISTIN FOLEY**

**Case(s): 207 Clm No: 1279 Clm. Amt: $16,046.00**

*Address Redacted*
**Date Filed: 1/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $16,046.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $16,046.00 | | $0.00 |
| | | | | $16,046.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**JENNIFER STEVENSON**

**Case(s): 207 Clm No: 1280 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ROBERT PASSMORE, JR.**

**Case(s): 207 Clm No: 1281 Clm. Amt: $7,742.00**

*Address Redacted*
**Date Filed: 1/2/2017**
**Claim Face Value: $7,742.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $7,742.00 | | $0.00 |
| | | | | $7,742.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MICHAEL HAMMONS**

**Case(s): 207 Clm No: 1282 Clm. Amt: $126,279.77**

*135 RULAND CIRCLE*
*HENDERSONVILLE, TN 37075*
**Date Filed: 1/3/2017**
**Claim Face Value: $126,279.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $126,279.77 | | $0.00 |
| | | | | $126,279.77 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 10/31/2022 | 5007 | Objection Granted | 12/13/2022 | 5070 |

**MICHAEL HAMMONS**

**Case(s): 207 Clm No: 1283 Clm. Amt: $1,541.97**

*135 RULAND CIRCLE*
*HENDERSONVILLE, TN 37075*
**Date Filed: 1/3/2017**
**Orig. Date Filed: 10/24/2016**
**Amending Clm #: 346**
**Claim Face Value: $1,541.97**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $1,541.97 | | $1,403.06 |
| 207 | UNS | | | | | $0.00 |
| | | | | $1,541.97 | | $1,403.06 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 08/23/2022 | 4947 | Objection Granted | 10/26/2022 | 4987 |

**MICHAEL HAMMONS**

**Case(s): 207 Clm No: 1284 Clm. Amt: $30,068.48**

*135 RULAND CIRCLE*
*HENDERSONVILLE, TN 37075*
**Date Filed: 1/3/2017**
**Claim Face Value: $30,068.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $30,068.48 | | $0.00 |
| | | | | $30,068.48 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 08/23/2024 | 4947 | Objection Granted | 10/26/2022 | 4987 |

## JORGE VILLALBA ET AL. & OTHERS SIMILARLY SITUATED
### Case(s): 207 Clm No: 1285 Clm. Amt:

*c/o Eileen Connor, Esq*
*The Projects On Predatory Student Lending, Inc*
*769 Centre St, Ste 106*
*Jamaica Plain, MA 02130*
**Date Filed: 1/3/2017**
**Bar Date: 1/30/2017**
**Amended By Clm #: 2383**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207  | PRI   |        |           |                      |     | $0.00                |
|      |       |        |           |                      |     | $0.00                |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status  | Order Entered | Order Docket No |
|----------------|------------|-----------|-------------------|---------------|-----------------|
| Amended claim  | 07/29/2019 | 3550      | Objection Granted | 09/25/2019    | 3630            |

## DAVID ALVARADO
### Case(s): 207 Clm No: 1286 Clm. Amt: $9,703.90

*Address Redacted*
**Date Filed: 1/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,703.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207  | UNS   |        |           | $9,703.90            |     | $0.00                |
|      |       |        |           | $9,703.90            |     | $0.00                |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
|                |            |           | Claim Withdrawn  |               | 3079            |

## JOSEPH WHITE
### Case(s): 207 Clm No: 1287 Clm. Amt: $20,000.00

*Address Redacted*
**Date Filed: 1/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207  | PRI   |        |           | $20,000.00           |     | $0.00                |
|      |       |        |           | $20,000.00           |     | $0.00                |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
|                |            |           | Claim Withdrawn  |               | 3079            |

## INFOSEC LEARNING LLC
### Case(s): 207 Clm No: 1288 Clm. Amt: $12,675.00

*ATTN: JAMES T. KOWATCH*
*841 EAST FORT AVE, SUITE 239*
*BALTIMORE, MD 21230*
**Date Filed: 1/3/2017**
**Claim Face Value: $12,675.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207  | UNS   |        |           | $12,675.00           |     |                      |
|      |       |        |           | $12,675.00           |     |                      |

**MICHAEL J. BELL JR.**
**Case(s): 207 Clm No: 1289 Clm. Amt: $39,794.00**

| *Address Redacted*<br>**Date Filed: 1/3/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $39,794.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $39,794.00 | | $0.00 |
| | | | | | $39,794.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**JAMES MICHAEL SUMMEROUR**
**Case(s): 207 Clm No: 1290 Clm. Amt: $69,000.00**

| *Address Redacted*<br>**Date Filed: 1/3/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $69,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | | | $69,000.00 | | $0.00 |
| | | | | | $69,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**JEFFREY WAYNE LANKFORD**
**Case(s): 207 Clm No: 1291 Clm. Amt: $581.10**

| *804 WINGED FOOT LN*<br>*WILMINGTON, NC 28411*<br>**Date Filed: 1/3/2017**<br>**Claim Face Value: $581.10** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | Disallowed | | $581.10 | | $0.00 |
| | | | | | $581.10 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |


**KEVIN DEON BROWN**
**Case(s): 207 Clm No: 1292 Clm. Amt:**

| *Address Redacted*<br>**Date Filed: 1/3/2017**<br>**Claim Face Value:** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JESSICA BELANGER**
**Case(s): 207 Clm No: 1293 Clm. Amt: $33,484.00**

*Address Redacted*
**Date Filed: 1/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $33,484.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $33,484.00 | | $0.00 |
| | | | | $33,484.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**GOOGLE INC.**
**Case(s): 207 Clm No: 1294 Clm. Amt: $568,683.86**

*C/O WHITE AND WILLIAMS LLP*
*ATTN: AMY E. VULPIO, ESQ.*
*1650 MARKET ST FL 18*
*PHILADELPHIA, PA 19103*
**Date Filed: 1/3/2017**
**Claim Face Value: $568,683.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Withdrawn | | $568,683.86 | | $0.00 |
| | | | | $568,683.86 | | $0.00 |

**STEVEN PRICE**
**Case(s): 207 Clm No: 1295 Clm. Amt: $17,090.56**

*Address Redacted*
**Date Filed: 1/3/2017**
**Orig. Date Filed: 12/8/2016**
**Amending Clm #: 1063**
**Claim Face Value: $17,090.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $17,090.56 | | $0.00 |
| | | | | $17,090.56 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**GOODWILL SOLAC**
**Case(s): 207 Clm No: 1296 Clm. Amt: $595.00**

*ATTN: LISA GRASSI*
*800 W. PACIFIC COAST HWY*
*LONG BEACH, CA 90806*
**Date Filed: 12/27/2016**
**Claim Face Value: $595.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $595.00 | | $0.00 |
| | | | | $595.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**GREGORY T. WOOLLEY**

**Case(s): 207 Clm No: 1297 Clm. Amt: $27,020.00**

*18820 MONTRA ROAD*
*JACKSON CENTER, OH 45334*
**Date Filed: 12/27/2016**
**Claim Face Value: $27,020.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $27,020.00 | | $0.00 |
| | | | | $27,020.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**NICOR GAS**

**Case(s): 207 Clm No: 1298 Clm. Amt: $159.13**

*P.O. BOX 549*
*AURORA, IL 60507*
**Date Filed: 12/27/2016**
**Bar Date: 1/30/2017**
**Claim Face Value: $159.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $159.13 | | |
| | | | | $159.13 | | |

**FLORIDA NO 2 LLC**

**Case(s): 207 Clm No: 1299 Clm. Amt: $1,633,947.05**

*ATTN: GARY O. TRIPHAN*
*5440 MOREHOUSE DR. SUITE 4000*
*SAN DIEGO, CA 92121*
**Date Filed: 12/30/2016**
**Amended By Clm #: 3896**
**Claim Face Value: $1,633,947.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $14,162.81 | | $0.00 |
| 207 | UNS | Disallowed | | $1,619,784.24 | | $0.00 |
| | | | | $1,633,947.05 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 06/21/2021 | 4368 | Objection Granted | 07/28/2021 | 4418 |

**ANDREW KRETZER**

**Case(s): 207 Clm No: 1300 Clm. Amt: $5,103.11**

*Address Redacted*
**Date Filed: 1/4/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,103.11**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,103.11 | | $0.00 |
| | | | | $5,103.11 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DAVID V. PRIMM, SR
### Case(s): 207 Clm No: 1301 Clm. Amt: $45,210.00

*Address Redacted*
**Date Filed: 1/4/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,210.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $45,210.00 | | $0.00 |
| | | | | $45,210.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## LEHMAN ROOFING, INC
### Case(s): 207 Clm No: 1302 Clm. Amt: $120,220.00

*C/O GOODRIDGE LAW OFFICE*
*ATTN: JOHN ANDREW GOODRIDGE*
*1925 W FRANKLIN ST*
*EVANSVILLE, IN 47712*
**Date Filed: 1/4/2017**
**Claim Face Value: $120,220.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $120,220.00 | | |
| | | | | $120,220.00 | | |

## TRICIA CHARLESWORTH
### Case(s): 207 Clm No: 1303 Clm. Amt: $46,149.00

*Address Redacted*
**Date Filed: 1/4/2017**
**Claim Face Value: $46,149.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $46,149.00 | | $0.00 |
| | | | | $46,149.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MARION COUNTY TAX COLLECTOR
### Case(s): 207 Clm No: 1304 Clm. Amt: $5,335.67

*ATTN: NATASHA RYDER*
*PO BOX 2511*
*SALEM, OR 97308*
**Date Filed: 1/4/2017**
**Claim Face Value: $5,335.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | Disallowed | | $5,335.67 | | $0.00 |
| | | | | $5,335.67 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 10/14/2022 | 4977 | Objection Granted | 12/13/2022 | 5069 |

**THE FORUM THREE, LLC**
**Case(s): 207 Clm No: 1305 Clm. Amt: $280,364.12**

*SUCCESSOR IN INTEREST TO FORUM INVESTORS LLC*
1780 S BELLAIRE, SUITE 800
DENVER, CO 80222
**Date Filed: 1/4/2017**
**Claim Face Value: $280,364.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $280,364.12 | | |
| | | | | $280,364.12 | | |

**ABRAHAM R. PEREZ JR.**
**Case(s): 207 Clm No: 1306 Clm. Amt: $68,000.00**

*Address Redacted*
**Date Filed: 1/4/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $68,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $68,000.00 | | $0.00 |
| | | | | $68,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DONALD GENE ALLY, JR**
**Case(s): 207 Clm No: 1307 Clm. Amt: $85,000.00**

*Address Redacted*
**Date Filed: 1/4/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $85,000.00 | | $0.00 |
| | | | | $85,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**2GRAND MEDIA**
**Case(s): 207 Clm No: 1308 Clm. Amt: $4,830.00**

*6956 NAVIGATION DRIVE*
*GRAND PRAIRIE, TX 75054*
**Date Filed: 1/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $4,830.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,830.00 | | |
| | | | | $4,830.00 | | |

## ELKAR LLC
### Case(s): 207 Clm No: 1309 Clm. Amt: $235,186.08

*c/o BEEMAN LAW*
*Attn: ALEX BEEMAN*
*3737 S. SCATTERFIELD RD. SUITE 200*
*ANDERSON, IN 46013*
**Date Filed: 1/4/2017**
**Claim Face Value: $235,186.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $29,094.38 | | $0.00 |
| 207 | UNS | | | $206,091.70 | | $206,091.70 |
| | | | | $235,186.08 | | $206,091.70 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied in part | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

## KIP LADWAYNE MALONE
### Case(s): 207 Clm No: 1310 Clm. Amt: $64,000.00

*Address Redacted*
**Date Filed: 1/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $64,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $64,000.00 | | $0.00 |
| | | | | $64,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SHEENA BRILEY
### Case(s): 207 Clm No: 1311 Clm. Amt: $77,252.22

*Address Redacted*
**Date Filed: 1/4/2017**
**Claim Face Value: $77,252.22**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $77,252.22 | | $0.00 |
| | | | | $77,252.22 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CASSANDRA PERKINS**
**Case(s): 207 Clm No: 1312 Clm. Amt: $3,134.00**

*Address Redacted*
**Date Filed: 1/4/2017**
**Claim Face Value: $3,134.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,134.00 | | $0.00 |
| | | | | $3,134.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MARINA LEONARD**
**Case(s): 207 Clm No: 1313 Clm. Amt: $310.00**

*1316 WEST BROOKE DR.*
*LAPEER, MI 48446*
**Date Filed: 1/6/2017**
**Claim Face Value: $310.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $310.00 | | |
| | | | | $310.00 | | |

**DAYTON POWER AND LIGHT COMPANY**
**Case(s): 207 Clm No: 1314 Clm. Amt: $3,547.96**

*ATTN: FRAN DAVIDSON*
*1065 WOODMAN DRIVE*
*DAYTON, OH 45432*
**Date Filed: 1/4/2017**
**Claim Face Value: $3,547.96**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,547.96 | | |
| | | | | $3,547.96 | | |

**JOHNSON CITY POWER BOARD**
**Case(s): 207 Clm No: 1315 Clm. Amt: $1,981.27**

*PO BOX 1636*
*JOHNSON CITY, TN 37605*
**Date Filed: 1/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,981.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,981.27 | | |
| | | | | $1,981.27 | | |

**JUSTIN M. O'NEAL**
**Case(s): 207 Clm No: 1316 Clm. Amt: $5,500.00**

*Address Redacted*
**Date Filed: 1/4/2017**
**Claim Face Value: $5,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,500.00 | | $0.00 |
| | | | | $5,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JESSE CARRASCO
### Case(s): 207 Clm No: 1317 Clm. Amt: $8,026.00

*Address Redacted*
**Date Filed: 1/4/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $8,026.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $8,026.00 | | $0.00 |
| | | | | $8,026.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KYLE OLGUIN
### Case(s): 207 Clm No: 1318 Clm. Amt: $25,338.85

*Address Redacted*
**Date Filed: 1/4/2017**
**Amended By Clm #: 1517**
**Claim Face Value: $25,338.85**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $25,338.85 | | $0.00 |
| | | | | $25,338.85 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## STEPHEN DANIEL HYSON
### Case(s): 207 Clm No: 1319 Clm. Amt: $54,130.00

*Address Redacted*
**Date Filed: 1/4/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $54,130.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $54,130.00 | | $0.00 |
| | | | | $54,130.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### BENJAMIN ALAN COLE
#### Case(s): 207 Clm No: 1320 Clm. Amt: $52.66

*648 SILVERLEAF DR*
*DAYTON, OH 45431*
**Date Filed: 1/5/2017**
**Claim Face Value: $52.66**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $52.66 | | $0.00 |
| | | | | $52.66 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

### LEHMAN ROOFING, INC
#### Case(s): 207 Clm No: 1321 Clm. Amt: $120,220.00

*ATTN: JOHN ANDREW GOODRIDGE*
*1925 W FRANKLIN ST*
*EVANSVILLE, IN 47712*
**Date Filed: 1/5/2017**
**Claim Face Value: $120,220.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $120,220.00 | | $0.00 |
| | | | | $120,220.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2021 | 3876 | Objection Granted | 05/20/2020 | 3930 |

### ANDRE' MARQUIS CHEEKS
#### Case(s): 207 Clm No: 1322 Clm. Amt: $5,000.00

*Address Redacted*
**Date Filed: 1/4/2017**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4627 | Objection Granted | 04/25/2022 | 4827 |

### ANTHONY COLEY
#### Case(s): 207 Clm No: 1323 Clm. Amt: $7,150.31

*Address Redacted*
**Date Filed: 12/27/2016**
**Claim Face Value: $7,150.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $7,150.31 | | $0.00 |
| | | | | $7,150.31 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JACOB MICHAEL BOREN
### Case(s): 207 Clm No: 1324 Clm. Amt: $29,351.84

*Address Redacted*
**Date Filed: 12/27/2016**
**Claim Face Value: $29,351.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $29,351.84 | | $0.00 |
| | | | | $29,351.84 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BENJAMIN LEE RUTHERFORD
### Case(s): 207 Clm No: 1325 Clm. Amt:

*Address Redacted*
**Date Filed: 12/28/2016**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## VHMNETWORK LLC
### Case(s): 207 Clm No: 1326 Clm. Amt: $5,640.00

*ATTN: MICHAEL DERIKRAVA*
*270 GREENWICH AVE.*
*GREENWICH, CT 06830*
**Date Filed: 1/4/2017**
**Claim Face Value: $5,640.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,640.00 | | $0.00 |
| | | | | $5,640.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## SAFESITE, INC.
### Case(s): 207 Clm No: 1327 Clm. Amt: $4,818.46

*ATTN: H. DALTON WALLACE*
*9505 JOHNNY MORRIS ROAD*
*AUSTIN, TX 78724*
**Date Filed: 1/5/2017**
**Claim Face Value: $4,818.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,818.46 | | |
| | | | | $4,818.46 | | |

## AARON GOODWINE
**Case(s): 207 Clm No: 1328 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## STEPHANIE SMITH
**Case(s): 207 Clm No: 1329 Clm. Amt: $784.00**

*11316 JERSEY DRIVE*
*THORNTON, CO 80233*
**Date Filed: 1/5/2017**
**Claim Face Value: $784.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | $784.00 | | $509.60 |
| | | | | $784.00 | | $509.60 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 10/31/2022 | 5022 | Objection Granted | 12/13/2022 | 5067 |

## JOHNSON CITY POWER BOARD
**Case(s): 207 Clm No: 1330 Clm. Amt: $4,194.14**

*ATTN: EDWARD T. BRADING*
*208 SUNSET DRIVE, STE 409*
*JOHNSON CITY, TN 37604*
**Date Filed: 1/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $4,194.14**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,194.14 | | $0.00 |
| | | | | $4,194.14 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

## JOHN D. WALKER
**Case(s): 207 Clm No: 1331 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 1/5/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BRADY BALINT
**Case(s): 207 Clm No: 1332 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## RUMMY SULLIMAN
**Case(s): 207 Clm No: 1333 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ARGELIA VILLASENOR
**Case(s): 207 Clm No: 1334 Clm. Amt: $39,313.56**

*Address Redacted*
**Date Filed: 1/6/2017**
**Claim Face Value: $39,313.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $39,313.56 | | $0.00 |
| | | | | $39,313.56 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LILLIE-ANNE LETARTE
### Case(s): 207 Clm No: 1335 Clm. Amt: $5,000.00

*Address Redacted*
**Date Filed: 1/6/2017**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## SONIA RAMIREZ
### Case(s): 207 Clm No: 1336 Clm. Amt:

*Address Redacted*
**Date Filed: 1/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DAMON POKE
### Case(s): 207 Clm No: 1337 Clm. Amt: $43,999.56

*Address Redacted*
**Date Filed: 1/5/2017**
**Claim Face Value: $43,999.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $43,999.56 | | $0.00 |
| | | | | $43,999.56 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ULREY FOODS, INC. DBA FLYERS PIZZA
### Case(s): 207 Clm No: 1338 Clm. Amt: $829.36

*ATTN: ELLEN M. ULREY*
*6025 AVERY RD.*
*DUBLIN, OH 43016*
**Date Filed: 1/6/2017**
**Claim Face Value: $829.36**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $829.36 | | |
| | | | | $829.36 | | |

## SALVADOR SUMARAN
### Case(s): 207 Clm No: 1339 Clm. Amt: $95,000.00

*Address Redacted*
**Date Filed: 1/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $95,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $95,000.00 | | $0.00 |
| | | | | $95,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## THE FORUM THREE, LLC
### Case(s): 207 Clm No: 1340 Clm. Amt: $280,364.12

*Address Redacted*
**Date Filed: 1/6/2017**
**Claim Face Value: $280,364.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $280,364.12 | | $0.00 |
| | | | | $280,364.12 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

## DALAL AZOOZ
### Case(s): 207 Clm No: 1341 Clm. Amt: $98,980.00

*Address Redacted*
**Date Filed: 1/6/2017**
**Claim Face Value: $41,721.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $18,980.00 | | $0.00 |
| 207 | SEC | | | $40,000.00 | | $0.00 |
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $98,980.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## TERRA DURBIN
### Case(s): 207 Clm No: 1342 Clm. Amt: $600.00

*Address Redacted*
**Date Filed: 1/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $600.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $600.00 | | $0.00 |
| | | | | $600.00 | | $0.00 |

**CORWIN DION HICKS**
**Case(s): 207 Clm No: 1343 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed:** 1/6/2017<br>**Bar Date:** 1/30/2017<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

---

**PAUL RICHARD BASLER**
**Case(s): 207 Clm No: 1344 Clm. Amt: $62,233.99**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed:** 1/7/2017<br>**Bar Date:** 1/30/2017<br>**Claim Face Value:** $62,233.99 | | | | | | | |
| | 207 | UNS | | | $62,233.99 | | $0.00 |
| | | | | | $62,233.99 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

---

**ROOSEVELT ZACHARY III**
**Case(s): 207 Clm No: 1345 Clm. Amt: $38,812.06**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed:** 1/7/2017<br>**Claim Face Value:** $38,812.06 | | | | | | | |
| | 207 | UNS | | | $38,812.06 | | $0.00 |
| | | | | | $38,812.06 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

---

**Patricia Van Kirk**
**Case(s): 207 Clm No: 1346 Clm. Amt: $1,508.41**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *14650 Chatsworth Dr*<br>*Noblesville, IN 46062*<br>**Date Filed:** 1/7/2017<br>**Claim Face Value:** $1,508.41 | | | | | | | |
| | 207 | PRI | | | $1,508.41 | | |
| | | | | | $1,508.41 | | |

## MYTEAR LEE
### Case(s): 207 Clm No: 1347 Clm. Amt: $135,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $135,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | | | $65,000.00 | | $0.00 |
| 207 | UNS | | | $1,000.00 | | $0.00 |
| 207 | UNS | | | $69,000.00 | | $0.00 |
| | | | | $135,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TIFFANY Q. HOTT
### Case(s): 207 Clm No: 1348 Clm. Amt: $599.00

*3996 SAINT PARIS PIKE*
*SPRINGFIELD, OH 45504*
**Date Filed: 1/8/2017**
**Claim Face Value: $599.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | | | $389.35 |
| 207 | UNS | Disallowed | | $599.00 | | $0.00 |
| | | | | $599.00 | | $389.35 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/31/2022 | 5023 | Objection Granted | 12/13/2022 | 5068 |

## MICHAEL PIVARAL
### Case(s): 207 Clm No: 1349 Clm. Amt:

*Address Redacted*
**Date Filed: 1/8/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TONI M. BRYANT
**Case(s): 207 Clm No: 1350 Clm. Amt: $62,854.14**

*Address Redacted*
**Date Filed: 1/8/2017**
**Claim Face Value: $62,854.14**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $62,854.14 | | $0.00 |
| | | | | $62,854.14 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ALEJANDRA ADAME PULIDO
**Case(s): 207 Clm No: 1351 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/8/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MICHAEL PIVARAL
**Case(s): 207 Clm No: 1352 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/8/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JAMES D. HOYT**
**Case(s): 207 Clm No: 1353 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 1/8/2017** **Bar Date: 1/30/2017** **Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**Yan Sun**
**Case(s): 207 Clm No: 1354 Clm. Amt: $11,097.71**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *8617 Spicewood Springs Rd, Apt 274* *Austin, TX 78759-4363* **Date Filed: 1/6/2017** **Claim Face Value: $11,097.71** | | | | | | | |
| | 207 | UNS | | | $11,097.71 | | $0.00 |
| | | | | | $11,097.71 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**Michelle Chesnut**
**Case(s): 207 Clm No: 1355 Clm. Amt: $3,017.30**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 1/9/2017** **Bar Date: 1/30/2017** **Claim Face Value: $3,017.30** | | | | | | | |
| | 207 | UNS | | | $3,017.30 | | $0.00 |
| | | | | | $3,017.30 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**DAVID MEHTA**
**Case(s): 207 Clm No: 1356 Clm. Amt: $47,328.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 1/9/2017** **Claim Face Value: $47,328.00** | | | | | | | |
| | 207 | UNS | | | $47,328.00 | | $0.00 |
| | | | | | $47,328.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## CRAIG VANDERVOORD
### Case(s): 207 Clm No: 1357 Clm. Amt: $172,000.00

*Address Redacted*
**Date Filed: 1/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $172,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $172,000.00 | | $0.00 |
| | | | | $172,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## IVY KRAMP
### Case(s): 207 Clm No: 1358 Clm. Amt: $1,484.85

*20 Pierrepont St, Apt 5 A*
*Brooklyn, NY 11201*
**Date Filed: 1/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,484.85**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $1,484.85 | | $0.00 |
| | | | | $1,484.85 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## HOWARD O. ARIYO
### Case(s): 207 Clm No: 1359 Clm. Amt:

*Address Redacted*
**Date Filed: 1/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DOS LAGOS OFFICE, LLC
### Case(s): 207 Clm No: 1360 Clm. Amt: $469,324.03

*4160 TEMESCAL CANYON ROAD*
*SUITE 314*
*CORONA, CA 92883*
**Date Filed: 1/9/2017**
**Claim Face Value: $469,324.03**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $469,324.03 | | |
| | | | | $469,324.03 | | |

**MELISSA BARRAGAN**

**Case(s): 207 Clm No: 1361 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TIMOTHY DEL GREEN**

**Case(s): 207 Clm No: 1362 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SODEXO OPERATIONS, LLC**

**Case(s): 207 Clm No: 1363 Clm. Amt: $125,205.28**

*C/O Thomas Stanton*
*9801 Washingtonian Blvd*
*Gaithersburg, MD 20878*
**Date Filed: 1/9/2017**
**Claim Face Value: $125,205.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $125,205.28 | | $0.00 |
| | | | | $125,205.28 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**220 WEST GERMANTOWN LLC**

**Case(s): 207 Clm No: 1364 Clm. Amt: $582,482.57**

*C/O BALLARD SPAHR LLP*
*ATTN: CHRISTINE BARBA, ESQ.*
*1735 MARKET STREET*
*51ST FLOOR*
*PHILADELPHIA, PA 19103*
**Date Filed: 1/9/2017**
**Claim Face Value: $582,482.57**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $582,482.57 | | |
| | | | | $582,482.57 | | |

## PHILIP A CARROLL
### Case(s): 207 Clm No: 1365 Clm. Amt: $24,984.00

*Address Redacted*
**Date Filed: 1/9/2017**
**Claim Face Value: $24,984.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $24,984.00 | | $0.00 |
| | | | | $24,984.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## CRYSTAL CHANEL AGUIRRE
### Case(s): 207 Clm No: 1366 Clm. Amt:

*Address Redacted*
**Date Filed: 1/9/2017**
**Bar Date: 1/30/2017**
**Amended By Clm #: 3357**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## NICOLE SCHULTZ-RYAN
### Case(s): 207 Clm No: 1367 Clm. Amt:

*Address Redacted*
**Date Filed: 1/9/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## AUDREY CEBALLOS
### Case(s): 207 Clm No: 1368 Clm. Amt:

*Address Redacted*
**Date Filed: 1/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ARUN ANBUMANI
### Case(s): 207 Clm No: 1369 Clm. Amt: $4,000.00

*724 BUCHANAN LANE*
*LONGMONT, CO 80504*
**Date Filed: 1/9/2017**
**Claim Face Value: $4,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $4,000.00 | | $0.00 |
| | | | | $4,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## WILLIAM WALLACE
### Case(s): 207 Clm No: 1370 Clm. Amt: $364.19

*Address Redacted*
**Date Filed: 1/9/2017**
**Claim Face Value: $364.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $364.19 | | $0.00 |
| | | | | $364.19 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 02/18/2022 | 4613 | Objection Granted | 03/31/2022 | 4730 |

## CARL BENJAMIN SLAGLE
### Case(s): 207 Clm No: 1371 Clm. Amt: $7,342.00

*Address Redacted*
**Date Filed: 1/9/2017**
**Claim Face Value: $7,342.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $7,342.00 | | $0.00 |
| | | | | $7,342.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MAGALI HERNANDEZ
**Case(s): 207 Clm No: 1372 Clm. Amt: $100,000.00**

*Address Redacted*
**Date Filed: 1/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $100,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $100,000.00 | | $0.00 |
| | | | | $100,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## ISRAEL SANDOVAL
**Case(s): 207 Clm No: 1373 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/10/2017**
**Bar Date: 1/30/2017**
**Amended By Clm #: 1781**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## SARAH ENYEART
**Case(s): 207 Clm No: 1374 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## THOMAS ANDERSON
### Case(s): 207 Clm No: 1375 Clm. Amt: $0.00

*Address Redacted*
**Date Filed: 1/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $0.00 | | $0.00 |
| | | | | $0.00 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JOSEPH DICICCO
### Case(s): 207 Clm No: 1376 Clm. Amt: $69,841.21

*Address Redacted*
**Date Filed: 1/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $69,841.21**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | | | $69,841.21 | | $0.00 |
| | | | | $69,841.21 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DEBORAH ENYEART
### Case(s): 207 Clm No: 1377 Clm. Amt:

*Address Redacted*
**Date Filed: 1/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## TAFT STETTINIUS & HOLLISTER LLP
**Case(s): 207 Clm No: 1378 Clm. Amt: $58,811.49**

*ATTN: KATHLEEN M. GROTE, PARALEGAL*
*425 WALNUT STREET*
*SUITE 1800*
*CINCINNATI, OH 45202*
**Date Filed: 1/10/2017**
**Claim Face Value: $58,811.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $58,811.49 | | $0.00 |
| | | | | $58,811.49 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## Frank A Pope
**Case(s): 207 Clm No: 1379 Clm. Amt: $9,881.57**

*123 Creek Ridge Dr*
*Meridianville, AL 35759*
**Date Filed: 1/9/2017**
**Claim Face Value: $9,881.57**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $9,881.57 | | $0.00 |
| | | | | $9,881.57 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 4617 | Objection Granted | 03/31/2022 | 4731 |

## GIBSON, DUNN & CRUTCHER LLP
**Case(s): 207 Clm No: 1380 Clm. Amt: $2,003,603.09**

*ATTN: MICHAEL HERRICK*
*333 SOUTH GRAND AVENUE*
*LOS ANGELES, CA 90071*
**Date Filed: 1/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $2,003,603.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,003,603.09 | | $0.00 |
| | | | | $2,003,603.09 | | $0.00 |

## AARON PALMER
**Case(s): 207 Clm No: 1381 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### JUAQUIN M. BROWN
### Case(s): 207 Clm No: 1382 Clm. Amt: $150,000.00

*Address Redacted*
**Date Filed: 1/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $150,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $150,000.00 | | $0.00 |
| | | | | $150,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### MOHAMMAD Z. KHAN
### Case(s): 207 Clm No: 1383 Clm. Amt: $3,560.00

*Address Redacted*
**Date Filed: 1/9/2017**
**Claim Face Value: $3,560.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $3,500.00 | | $0.00 |
| 207 | UNS | Disallowed | | $60.00 | | $0.00 |
| | | | | $3,560.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4590 | Objection Granted | 04/25/2022 | 4828 |

### WINDSTREAM
### Case(s): 207 Clm No: 1384 Clm. Amt: $89,725.03

*ATTN: SHANNON SULLIVAN*
*929 MARTHA'S WAY*
*HIAWATHA, IA 52233*
**Date Filed: 1/10/2017**
**Claim Face Value: $89,725.03**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $89,725.03 | | |
| | | | | $89,725.03 | | |

### Jacqueline Renee Richards
### Case(s): 207 Clm No: 1385 Clm. Amt: $42,239.49

*6358 Brookline Dr, Apt C*
*Indianapolis, IN 46220*
**Date Filed: 1/9/2017**
**Claim Face Value: $42,239.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $42,239.49 | | $0.00 |
| | | | | $42,239.49 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 10/31/2022 | 5007 | Objection Granted | 12/13/2022 | 5070 |

### Brian Partridge
### Case(s): 207 Clm No: 1386 Clm. Amt:

*Address Redacted*
**Date Filed: 1/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### CHANDLER E. MINNICH
### Case(s): 207 Clm No: 1387 Clm. Amt: $31,515.03

*Address Redacted*
**Date Filed: 1/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $31,515.03**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $31,515.03 | | $0.00 |
| | | | | $31,515.03 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### RITA G CRAYTON
### Case(s): 207 Clm No: 1388 Clm. Amt: $3,971.68

*2100 S. NEW ROAD, #322*
*WACO, TX 76711*
**Date Filed: 1/10/2017**
**Claim Face Value: $3,971.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $3,971.68 | | $0.00 |
| | | | | $3,971.68 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

### PENN. HIGHER EDUCATION ASSISTANCE AGENCY
### Case(s): 207 Clm No: 1389 Clm. Amt: $56,331.00

*C/O HALLER & COLVIN, PC*
*ATTN: MARTIN E. SEIFERT, ESQ.*
*444 EAST MAIN STREET*
*FORT WAYNE, IN 46802*
**Date Filed: 1/10/2017**
**Claim Face Value: $56,331.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $56,331.00 | | |
| | | | | $56,331.00 | | |

## POLSTAR COMMERCIAL SERVICES INC.
### Case(s): 207 Clm No: 1390 Clm. Amt. $16,785.90

*C/O POLSTAR COMMERCIAL CLEANING SERVICES INC.*
*ATTN: KAMIL KRAINSKI*
*5124 PONTIAC TRL.*
*ANN ARBOR, MI 48105*
**Date Filed: 1/10/2017**
**Claim Face Value: $16,785.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $16,785.90 | | |
| | | | | $16,785.90 | | |

## THOMAS E. JOHNSON
### Case(s): 207 Clm No: 1391 Clm. Amt. $33,558.91

*Address Redacted*
**Date Filed: 1/10/2017**
**Claim Face Value: $33,558.91**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $33,558.91 | | $0.00 |
| | | | | $33,558.91 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## VECTREN ENERGY DELIVERY
### Case(s): 207 Clm No: 1392 Clm. Amt. $10,655.58

*ATTN: BANKRUPTCY*
*PO BOX 209*
*EVANSVILLE, IN 47702-0209*
**Date Filed: 1/10/2017**
**Claim Face Value: $10,655.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | Disallowed | | $4,024.50 | | $0.00 |
| 207 | UNS | | | $6,631.08 | | $10,655.58 |
| | | | | $10,655.58 | | $10,655.58 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

## CALIFORNIA CREDITS GROUP LLC
### Case(s): 207 Clm No: 1393 Clm. Amt. $292,418.00

*ATTN: MARIANNE SERPA*
*251 S LAKE AVE SUITE 400*
*PASADENA, CA 91101*
**Date Filed: 1/10/2017**
**Claim Face Value: $292,418.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $292,418.00 | | |
| | | | | $292,418.00 | | |

**VICTOR CHATMAN**
**Case(s): 207 Clm No: 1394 Clm. Amt: $7,000.00**

*Address Redacted*
**Date Filed: 1/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $7,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $7,000.00 | | $0.00 |
| | | | | $7,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DANIEL DALEY**
**Case(s): 207 Clm No: 1395 Clm. Amt: $43,379.00**

*Address Redacted*
**Date Filed: 1/10/2017**
**Claim Face Value: $43,379.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $43,379.00 | | $0.00 |
| | | | | $43,379.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DAMIEN MICHAEL MILES**
**Case(s): 207 Clm No: 1396 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 1/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DOUGLAS B. EKDAHL**
**Case(s): 207 Clm No: 1397 Clm. Amt: $226,000.00**

*1815 S. PARKSIDE DR.*
*TEMPE, AZ 85281*
**Date Filed: 1/9/2017**
**Claim Face Value: $226,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $226,000.00 | | $0.00 |
| | | | | $226,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 4617 | Objection Granted | 03/31/2022 | 4731 |

**ERIN NIVENS**
**Case(s): 207 Clm No: 1398 Clm. Amt: $46,888.50**

*Address Redacted*
**Date Filed: 1/9/2017**
**Claim Face Value: $46,888.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $46,888.50 | | $0.00 |
| | | | | $46,888.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**W.W. GRAINGER**
**Case(s): 207 Clm No: 1399 Clm. Amt: $810.27**

*ATTN: MARGARET M. BLAUS*
*7300 NORTH MELVINA AVE.*
*NILES, IL 60714*
**Date Filed: 1/3/2017**
**Claim Face Value: $810.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $810.27 | | |
| | | | | $810.27 | | |

**COMPASS GROUP USA. INC DBA CANTEEN REFRESHMENTS SERVICES**
**Case(s): 207 Clm No: 1400 Clm. Amt: $460.73**

*DBA CANTEEN REFRESHMENTS SERVICES*
*ATTN: CATHY ALION*
*2400 YORKMONT ROAD*
*CHARLOTTE, NC 28217*
**Date Filed: 1/3/2017**
**Claim Face Value: $460.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $460.73 | | $0.00 |
| | | | | $460.73 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## HEIDI CROWELL
### Case(s): 207 Clm No: 1401 Clm. Amt: $1,425.00

*50 CATALINA LANE*
*NASHUA, NH 03064*
**Date Filed: 1/10/2017**
**Claim Face Value: $1,425.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,425.00 | | |
| | | | | $1,425.00 | | |

## MONICA NIVENS
### Case(s): 207 Clm No: 1402 Clm. Amt: $46,888.50

*Address Redacted*
**Date Filed: 1/9/2017**
**Claim Face Value: $46,888.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $46,888.50 | | $0.00 |
| | | | | $46,888.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DAVID A. LINK
### Case(s): 207 Clm No: 1403 Clm. Amt: $140,000.00

*Address Redacted*
**Date Filed: 1/9/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $70,000.00 | | $0.00 |
| 207 | SEC | | | $70,000.00 | | $0.00 |
| | | | | $140,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ANDRE HUNEAULT
### Case(s): 207 Clm No: 1404 Clm. Amt: $67,000.00

*Address Redacted*
**Date Filed: 1/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $67,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $67,000.00 | | $0.00 |
| | | | | $67,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## PAULA R. SUITE
### Case(s): 207 Clm No: 1405 Clm. Amt: $3,784.50

*Address Redacted*
**Date Filed: 1/10/2017**
**Claim Face Value: $3,784.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $3,784.50 | | $0.00 |
| | | | | $3,784.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Paid | 07/29/2019 | 3552 | Objection Granted | 09/25/2019 | 3634 |

## KAYLEE ROBERTSON
### Case(s): 207 Clm No: 1406 Clm. Amt: $26,590.00

*Address Redacted*
**Date Filed: 1/9/2017**
**Claim Face Value: $26,590.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $26,590.00 | | $0.00 |
| | | | | $26,590.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JOHN F HARDESTY
### Case(s): 207 Clm No: 1407 Clm. Amt: $7,000.00

*13519 OLIVER STATION COURT*
*LOUISVILLE, KY 40245*
**Date Filed: 1/10/2017**
**Claim Face Value: $7,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $7,000.00 | | $0.00 |
| | | | | $7,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4628 | Objection Granted | 04/25/2022 | 4829 |

## ILTAF AHMAD
### Case(s): 207 Clm No: 1408 Clm. Amt: $5,000.00

*Address Redacted*
**Date Filed: 1/6/2017**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4629 | Objection Granted | 04/25/2022 | 4830 |

**EUGENE SCOTT, JR.**
**Case(s): 207 Clm No: 1409 Clm. Amt: $24,998.72**

*Address Redacted*
**Date Filed: 1/9/2017**
**Claim Face Value: $24,998.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $24,998.72 | | $0.00 |
| | | | | $24,998.72 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

**JOSE ZEVALLOS**
**Case(s): 207 Clm No: 1410 Clm. Amt: $59,225.00**

*Address Redacted*
**Date Filed: 1/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $59,225.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $59,225.00 | | $0.00 |
| | | | | $59,225.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**AMY LYNN PAVKA**
**Case(s): 207 Clm No: 1411 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## VINCENT M. CRIDER
### Case(s): 207 Clm No: 1412 Clm. Amt: $59,946.76

*Address Redacted*
**Date Filed: 1/9/2017**
**Claim Face Value: $59,946.76**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $59,946.76 | | $0.00 |
| | | | | $59,946.76 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## GOLDEN STATE WATER COMPANY
### Case(s): 207 Clm No: 1413 Clm. Amt: $457.73

*ATTN: GLORY VIRAMONTES*
*P.O BOX 9016*
*SAN DIMAS, CA 91773-9016*
**Date Filed: 1/9/2017**
**Claim Face Value: $457.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $457.73 | | |
| | | | | $457.73 | | |

## ANDREW KRETZER
### Case(s): 207 Clm No: 1414 Clm. Amt: $5,103.11

*Address Redacted*
**Date Filed: 1/9/2017**
**Claim Face Value: $5,103.11**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,103.11 | | $0.00 |
| | | | | $5,103.11 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## WLVI-TV
### Case(s): 207 Clm No: 1415 Clm. Amt: $11,844.75

*ATTN: LAURA GLENNON*
*7 BULFINCH PLACE*
*BOSTON, MA 02114*
**Date Filed: 1/10/2017**
**Claim Face Value: $11,844.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $11,844.75 | | |
| | | | | $11,844.75 | | |

## HOWARD R. TOLLER
**Case(s): 207 Clm No: 1416 Clm. Amt: $86,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/10/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $86,000.00** | | | | | | | |
| | 207 | PRI | | | $86,000.00 | | $0.00 |
| | | | | | $86,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


## SCOTT HUTTO
**Case(s): 207 Clm No: 1417 Clm. Amt: $48,988.97**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/10/2017**<br>**Claim Face Value: $48,988.97** | | | | | | | |
| | 207 | UNS | | | $48,988.97 | | $0.00 |
| | | | | | $48,988.97 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


## JEA RECEIVABLES & COLLECTION SERVICES
**Case(s): 207 Clm No: 1418 Clm. Amt: $13,945.48**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: SHAWNA TOOKES*<br>*21 W. CHURCH STREET CC-3*<br>*JACKSONVILLE, FL 32202*<br>**Date Filed: 1/12/2017**<br>**Claim Face Value: $13,945.48** | | | | | | | |
| | 207 | UNS | | | $13,945.48 | | |
| | | | | | $13,945.48 | | |


## WILLIAM LUNDQUIST
**Case(s): 207 Clm No: 1419 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/10/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**THOMAS SNOW**
**Case(s): 207 Clm No: 1420 Clm. Amt: $70,000.00**

*Address Redacted*
**Date Filed: 1/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**XIAOYUAN LIU**
**Case(s): 207 Clm No: 1421 Clm. Amt: $216.00**

*52 WELLESLEY DRIVE*
*LONGMEADOW, MA 01106*
**Date Filed: 1/10/2017**
**Claim Face Value: $216.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $216.00 | | $0.00 |
| | | | | $216.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**LARINA BOYD (MARTIN)**
**Case(s): 207 Clm No: 1422 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## BRENDA ORTIZCRUZ
### Case(s): 207 Clm No: 1423 Clm. Amt:

*Address Redacted*
**Date Filed: 1/10/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## WALID NASR
### Case(s): 207 Clm No: 1424 Clm. Amt:

*Address Redacted*
**Date Filed: 1/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## HASAN YACOUB
### Case(s): 207 Clm No: 1425 Clm. Amt: $500.00

*1722 Amistad Way*
*Round Rock, TX 78665*
**Date Filed: 1/11/2017**
**Claim Face Value: $500.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | Disallowed | | $500.00 | | $0.00 |
| | | | | | $500.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| No documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

## CHRISTINA KING
### Case(s): 207 Clm No: 1426 Clm. Amt:

*Address Redacted*
**Date Filed: 1/11/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## JASON HUBER
### Case(s): 207 Clm No: 1427 Clm. Amt: $134,589.00

| *Address Redacted*<br>**Date Filed: 1/11/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $134,589.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $134,589.00 | | $0.00 |
| | | | | | $134,589.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## MASON A. CUMMINGS
### Case(s): 207 Clm No: 1428 Clm. Amt:

| *Address Redacted*<br>**Date Filed: 1/9/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## MARGARET A RUSSELL
### Case(s): 207 Clm No: 1429 Clm. Amt: $4,000.00

| *Address Redacted*<br>**Date Filed: 1/10/2017**<br>**Claim Face Value: $4,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | Disallowed | | $4,000.00 | | $0.00 |
| | | | | | $4,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 02/18/2022 | 4630 | Objection Granted | 04/25/2022 | 4831 |

## TRAVIS WIBLE
### Case(s): 207 Clm No: 1430 Clm. Amt: $45,000.00

| *Address Redacted*<br>**Date Filed: 1/11/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $45,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | | | $45,000.00 | | $0.00 |
| | | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**LAUREN MCCRACKEN**
**Case(s): 207 Clm No: 1431 Clm. Amt: $30,579.23**

*Address Redacted*
**Date Filed: 1/11/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,579.23**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $30,579.23 | | $0.00 |
| | | | | | $30,579.23 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**ZACKERY PAUL SALZWEDEL**
**Case(s): 207 Clm No: 1432 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/11/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**GILBERT BERNARD SHAW, JR.**
**Case(s): 207 Clm No: 1433 Clm. Amt: $37,330.96**

*Address Redacted*
**Date Filed: 1/11/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $37,330.96**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | | | $37,330.96 | | $0.00 |
| | | | | | $37,330.96 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**WHDH-TV**
**Case(s): 207 Clm No: 1434 Clm. Amt: $11,602.50**

*ATTN: LAURA GLENNON*
*7 BULFINCH PLACE*
*BOSTON, MA 02114*
**Date Filed: 1/11/2017**
**Claim Face Value: $11,602.50**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $11,602.50 | | |
| | | | | | $11,602.50 | | |

**FREDDIE CLAY LEWIS III**

**Case(s): 207 Clm No: 1435 Clm. Amt: $3,998.49**

*Address Redacted*
**Date Filed: 1/11/2017**
**Claim Face Value: $3,998.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,998.49 | | $0.00 |
| | | | | $3,998.49 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Paid | 07/29/2019 | 3552 | Objection Granted | 09/25/2019 | 3634 |

**ALVARO JOSE JEREZ JR.**

**Case(s): 207 Clm No: 1436 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/11/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ABDELNASIR SHATA**

**Case(s): 207 Clm No: 1437 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 1/11/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MABY HERNANDEZ AUDELO**

**Case(s): 207 Clm No: 1438 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/11/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MATTHEW CHANDLER
### Case(s): 207 Clm No: 1439 Clm. Amt: $0.00

*Address Redacted*
**Date Filed:** 1/11/2017
**Bar Date:** 1/30/2017
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $0.00 | | $0.00 |
| | | | | $0.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DONNELL P. HICKS
### Case(s): 207 Clm No: 1440 Clm. Amt: $30,000.00

*Address Redacted*
**Date Filed:** 1/11/2017
**Bar Date:** 1/30/2017
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## SAMANTHA YOUNG
### Case(s): 207 Clm No: 1441 Clm. Amt: $34,664.38

*Address Redacted*
**Date Filed:** 1/11/2017
**Bar Date:** 1/30/2017
**Claim Face Value: $34,664.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $34,664.38 | | $0.00 |
| | | | | $34,664.38 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TIMOTHY PAUL NEWMAN**
**Case(s): 207 Clm No: 1442 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/11/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**KENDRA ENGLEHART**
**Case(s): 207 Clm No: 1443 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/11/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**SANDRA WATSON**
**Case(s): 207 Clm No: 1444 Clm. Amt: $100,955.27**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/11/2017**<br>**Claim Face Value: $100,955.27** | | | | | | | |
| | 207 | UNS | | | $100,955.27 | | $0.00 |
| | | | | | $100,955.27 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**SHANE SMITH**
**Case(s): 207 Clm No: 1445 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/11/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**AMEE WALDEN SULLIVAN**
**Case(s): 207 Clm No: 1446 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/11/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**MELISSA RUSH**
**Case(s): 207 Clm No: 1447 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/11/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## BRIDGET ARMSTRONG
### Case(s): 207 Clm No: 1448 Clm. Amt: $20,167.00

*Address Redacted*
**Date Filed: 1/11/2017**
**Claim Face Value: $20,167.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,167.00 | | $0.00 |
| | | | | $20,167.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## CHRISTOPHER BELLENGER
### Case(s): 207 Clm No: 1449 Clm. Amt:

*Address Redacted*
**Date Filed: 1/11/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## THEODORE HUDSON
### Case(s): 207 Clm No: 1450 Clm. Amt: $37,000.00

*Address Redacted*
**Date Filed: 1/11/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $37,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $37,000.00 | | $0.00 |
| | | | | $37,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BRANDON MICHAEL VANVORST**
**Case(s): 207 Clm No: 1451 Clm. Amt: $42,619.00**

*Address Redacted*
**Date Filed: 1/11/2017**
**Claim Face Value: $42,619.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $42,619.00 | | $0.00 |
| | | | | $42,619.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**JESSICA HEDRICK**
**Case(s): 207 Clm No: 1452 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/11/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**ANA M. VALENTIN-ROSA**
**Case(s): 207 Clm No: 1453 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### STACEY HOWELL
#### Case(s): 207 Clm No: 1454 Clm. Amt: $30,000.00

*Address Redacted*
**Date Filed: 1/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### KYLE HEMMING
#### Case(s): 207 Clm No: 1455 Clm. Amt:

*Address Redacted*
**Date Filed: 1/12/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

### DIRECT ENERGY BUSINESS MARKETING LLC
#### Case(s): 207 Clm No: 1456 Clm. Amt: $16,277.17

*ATTN: BRIAN KEOGH*
*194 WOOD AVENUE SOUTH, 2ND FLOOR*
*ISELIN, NJ 08830*
**Date Filed: 1/12/2017**
**Claim Face Value: $16,277.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | Disallowed | | $4,802.63 | | $0.00 |
| 207 | UNS | | | $11,474.54 | | $16,277.17 |
| | | | | $16,277.17 | | $16,277.17 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

**JESSE COATES**
**Case(s): 207 Clm No: 1457 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ANGELA KEMMERLING**
**Case(s): 207 Clm No: 1458 Clm. Amt: $38,852.82**

*Address Redacted*
**Date Filed: 1/12/2017**
**Claim Face Value: $38,852.82**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $38,852.82 | | $0.00 |
| | | | | $38,852.82 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CECIL DANT'E JONES**
**Case(s): 207 Clm No: 1459 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/12/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**GARREN HENRY**
**Case(s): 207 Clm No: 1460 Clm. Amt: $90,000.00**

*Address Redacted*
**Date Filed: 1/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $90,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $90,000.00 | | $0.00 |
| | | | | $90,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**WESSIE N. EMMERT**
**Case(s): 207 Clm No: 1461 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed: 1/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**LAMONTE S. MCPIKE**
**Case(s): 207 Clm No: 1462 Clm. Amt: $2,200.00**

*Address Redacted*
**Date Filed: 1/11/2017**
**Claim Face Value: $2,200.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | $1,966.75 | | $859.92 |
| 207 | UNS | Disallowed | | $233.25 | | $0.00 |
| | | | | $2,200.00 | | $859.92 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/31/2022 | 5018 | Objection Granted | 12/13/2022 | 5063 |

**BENNY GERALD EWALD**
**Case(s): 207 Clm No: 1463 Clm. Amt: $15,846.00**

*Address Redacted*
**Date Filed: 1/11/2017**
**Claim Face Value: $15,846.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | | | $2,850.00 | | $0.00 |
| 207 | UNS | | | $12,996.00 | | $0.00 |
| | | | | $15,846.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**POLINA MIKELOVA**
**Case(s): 207 Clm No: 1464 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/11/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
**Case(s): 207 Clm No: 1465 Clm. Amt: $33,196.99**

*ATTN: RICHARD W. BRUNETTE, ESQ.*
*333 SOUTH HOPE ST., 43RD FLR.*
*LOS ANGELES, CA 90071-1422*
**Date Filed: 1/12/2017**
**Claim Face Value: $33,196.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $33,196.99 | | |
| | | | | $33,196.99 | | |

**CHERICE THOMAS**
**Case(s): 207 Clm No: 1466 Clm. Amt: $42,000.00**

*Address Redacted*
**Date Filed: 1/12/2017**
**Claim Face Value: $42,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $42,000.00 | | $0.00 |
| | | | | $42,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## YONNIE TRAVIS
### Case(s): 207 Clm No: 1467 Clm. Amt: $114,000.00

*Address Redacted*
**Date Filed: 1/12/2017**
**Claim Face Value: $114,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $114,000.00 | | $0.00 |
| | | | | $114,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## PROTIVITI
### Case(s): 207 Clm No: 1468 Clm. Amt: $51,291.30

*C/O ROBERT HALF INTERNATIONAL*
*ATTN: KAREN LIMA*
*P.O. BOX 5024*
*SAN RAMON, CA 94583*
**Date Filed: 1/12/2017**
**Claim Face Value: $51,291.30**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $51,291.30 | | |
| | | | | $51,291.30 | | |

## ANDREW SABOURIN
### Case(s): 207 Clm No: 1469 Clm. Amt: $58,376.00

*Address Redacted*
**Date Filed: 1/12/2017**
**Bar Date: 1/30/2017**
**Amended By Clm #: 3546**
**Claim Face Value: $58,376.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $58,376.00 | | $0.00 |
| | | | | $58,376.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## HELENA LU
### Case(s): 207 Clm No: 1470 Clm. Amt: $58,425.41

*Address Redacted*
**Date Filed: 1/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $58,425.41**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $58,425.41 | | $0.00 |
| | | | | $58,425.41 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## PATRICK GRAY
**Case(s): 207 Clm No: 1471 Clm. Amt: $52,000.00**

*Address Redacted*
**Date Filed: 1/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $52,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $52,000.00 | | $0.00 |
| | | | | $52,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JOHN BASS
**Case(s): 207 Clm No: 1472 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 1/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TUONG G. THAI
**Case(s): 207 Clm No: 1473 Clm. Amt: $22,000.00**

*9106 LOWERCOVE CIR*
*HOUSTON, TX 77083*
**Date Filed: 1/12/2017**
**Claim Face Value: $22,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $22,000.00 | | $0.00 |
| | | | | $22,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## MICHAEL W. DICHAZI
**Case(s): 207 Clm No: 1474 Clm. Amt: $40,034.40**

*Address Redacted*
**Date Filed: 1/12/2017**
**Claim Face Value: $40,034.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,034.40 | | $0.00 |
| | | | | $40,034.40 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MAY H. NGUYEN AND STANLEY THAI**

**Case(s): 207 Clm No: 1475 Clm. Amt: $1,401.86**

*9106 LOWERCOVE CIR*
*HOUSTON, TX 77064*
**Date Filed: 1/12/2017**
**Claim Face Value: $1,401.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,401.86 | | $0.00 |
| | | | | $1,401.86 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**JESSICA KNISS**

**Case(s): 207 Clm No: 1476 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/12/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CHERYL TOMISATO**

**Case(s): 207 Clm No: 1477 Clm. Amt: $91,698.31**

*Address Redacted*
**Date Filed: 1/12/2017**
**Claim Face Value: $91,698.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $91,698.31 | | $0.00 |
| | | | | $91,698.31 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DOUGLAS BRIONES MARADAIAGA**
**Case(s): 207 Clm No: 1478 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**BRYAN SIDNER**
**Case(s): 207 Clm No: 1479 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BRANDON TORREZ**
**Case(s): 207 Clm No: 1480 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/12/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**EXPRESS SERVICES, INC.**
**Case(s): 207 Clm No: 1481 Clm. Amt: $2,880.69**

*ATTN: JENNY E. MCELROY*
*5816 NW 135TH ST, SUITE A*
*OKLAHOMA CITY, OK 73142*
**Date Filed: 1/12/2017**
**Claim Face Value: $2,880.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,880.69 | | |
| | | | | $2,880.69 | | |

**JAMES SAPIEGA**
**Case(s): 207 Clm No: 1482 Clm. Amt: $0.00**

*Address Redacted*
**Date Filed: 1/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $0.00 | | $0.00 |
| | | | | $0.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JEREMIAH LYLES JOHNSON**
**Case(s): 207 Clm No: 1483 Clm. Amt: $33,239.17**

*Address Redacted*
**Date Filed: 1/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $33,239.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $33,239.17 | | $0.00 |
| | | | | $33,239.17 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JEREMIAH LYLES JOHNSON**
**Case(s): 207 Clm No: 1484 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ROLAND ANDREW POLLACK**
**Case(s): 207 Clm No: 1485 Clm. Amt: $40,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/13/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $40,000.00** | | | | | | | |
| | 207 | PRI | | | $40,000.00 | | $0.00 |
| | | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**VICTORIA M. LOPEZ**
**Case(s): 207 Clm No: 1486 Clm. Amt: $55,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/12/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $55,000.00** | | | | | | | |
| | 207 | UNS | | | $55,000.00 | | $0.00 |
| | | | | | $55,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**AREA TEMPS, INC.**
**Case(s): 207 Clm No: 1487 Clm. Amt: $2,763.18**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *C/O DITCHEY GEIGER, LLC*<br>*ATTN: TIMOTHY J. DITCHEY*<br>*2728 EUCLID AVE, SUITE 201*<br>*CLEVELAND, OH 44115*<br>**Date Filed: 1/12/2017**<br>**Claim Face Value: $2,763.18** | | | | | | | |
| | 207 | UNS | | | $2,763.18 | | |
| | | | | | $2,763.18 | | |

**STANLEY ELEVATOR COMPANY, INC.**
**Case(s): 207 Clm No: 1488 Clm. Amt: $2,722.89**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *P.O. BOX 843*<br>*NASHUA, NH 03061*<br>**Date Filed: 1/12/2017**<br>**Claim Face Value: $2,722.89** | | | | | | | |
| | 209 | UNS | Disallowed | | | | $0.00 |
| | 207 | UNS | Disallowed | | $2,722.89 | | $0.00 |
| | | | | | $2,722.89 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

**DALE AJIFU**
**Case(s): 207 Clm No: 1489 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/12/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**CHASE MADISON LEONARD**
**Case(s): 207 Clm No: 1490 Clm. Amt: $1,007.50**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *1316 WESTBROOKE DR.*<br>*LAPEER, MI 48446*<br>**Date Filed: 1/12/2017**<br>**Claim Face Value: $1,007.50** | | | | | | | |
| | 207 | UNS | | | $1,007.50 | | |
| | | | | | $1,007.50 | | |

**LEROY HARRISON III**
**Case(s): 207 Clm No: 1491 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/12/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | PRI | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**JUSTIN LIDY**
**Case(s): 207 Clm No: 1492 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/12/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## RODNEY LIPSCOMB AND UNITED STATES
### Case(s): 207 Clm No: 1493 Clm. Amt: $12,000,000.00

*EX. REL RODNEY LIPSCOMB*
*C/O THE EMPLOYMENT LAW GROUP, PC*
*ATTN: DAVID SCHER, ESQ.*
*888 17TH STREET NW*
*WASHINGTON, DC 20006*
**Date Filed: 1/12/2017**
**Claim Face Value: $12,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| 207 | UNS | Disallowed | | $11,987,150.00 | | $0.00 |
| | | | | $12,000,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

## JEREMY HICKEY
### Case(s): 207 Clm No: 1494 Clm. Amt: $32,845.00

*Address Redacted*
**Date Filed: 1/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $32,845.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $32,845.00 | | $0.00 |
| | | | | $32,845.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ANDREW LEBOV
### Case(s): 207 Clm No: 1495 Clm. Amt:

*Address Redacted*
**Date Filed: 1/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LISA MELLO
### Case(s): 207 Clm No: 1496 Clm. Amt:

*Address Redacted*
**Date Filed: 1/13/2017**
**Bar Date: 1/30/2017**
**Amended By Clm #: 2860**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## SOPHIA DANIELS
### Case(s): 207 Clm No: 1497 Clm. Amt:

*Address Redacted*
**Date Filed: 1/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## TANNER REED THRASH
### Case(s): 207 Clm No: 1498 Clm. Amt:

*Address Redacted*
**Date Filed: 1/13/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TONYA FIGHTMASTER**
**Case(s): 207 Clm No: 1499 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**HEATHER ALLEN**
**Case(s): 207 Clm No: 1500 Clm. Amt: $26,082.00**

*Address Redacted*
**Date Filed: 1/13/2017**
**Claim Face Value: $26,082.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $26,082.00 | | $0.00 |
| | | | | | $26,082.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**GEORGE A. HURLBURT**
**Case(s): 207 Clm No: 1501 Clm. Amt: $63,088.00**

*Address Redacted*
**Date Filed: 1/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $63,088.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $63,088.00 | | $0.00 |
| | | | | | $63,088.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## JOHN GREENE, JR.
**Case(s): 207 Clm No: 1502 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/13/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## MARCUS D. WILLIAMS
**Case(s): 207 Clm No: 1503 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/13/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | PRI | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## FLOYD CRAIG WOLVERTON
**Case(s): 207 Clm No: 1504 Clm. Amt: $1,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *6630 W. 108TH AVENUE*<br>*WESTMINSTER, CO 80020*<br>**Date Filed: 1/13/2017**<br>**Claim Face Value: $1,000.00** | | | | | | | |
| | 207 | PRI | Allowed | | $1,000.00 | | $823.04 |
| | | | | | $1,000.00 | | $823.04 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

## ACME SIGN, INC.
**Case(s): 207 Clm No: 1505 Clm. Amt: $6,110.06**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: VANESSA LYNN HARBRUCKER*<br>*1313 VERNON ST*<br>*N. KANSAS CITY, MO 64116*<br>**Date Filed: 1/13/2017**<br>**Claim Face Value: $6,110.06** | | | | | | | |
| | 207 | UNS | | | $6,110.06 | | |
| | | | | | $6,110.06 | | |

**GARRETT M. SHUCK**
**Case(s): 207 Clm No: 1506 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/13/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**LEON GRIFFIN**
**Case(s): 207 Clm No: 1507 Clm. Amt: $24,378.12**

*Address Redacted*
**Date Filed: 1/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $24,378.12**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | | | $24,378.12 | | $0.00 |
| | | | | | $24,378.12 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**RACHEL SMITH**
**Case(s): 207 Clm No: 1508 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## SHARJEEL AHMAD
### Case(s): 207 Clm No: 1509 Clm. Amt: $25,681.09

*Address Redacted*
**Date Filed:** 1/13/2017
**Bar Date:** 1/30/2017
**Claim Face Value:** $25,681.09

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $2,334.64 | | $0.00 |
| 207 | UNS | Disallowed | | $23,346.45 | | $0.00 |
| | | | | $25,681.09 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 08/23/2022 | 4947 | Objection Granted | 10/26/2022 | 4987 |

## JEWETT ORTHOPAEDIC CLINIC
### Case(s): 207 Clm No: 1510 Clm. Amt: $430.00

*ATTN: PETRA DEVEAUX*
*1285 ORANGE AVE*
*WINTER PARK, FL 32789*
**Date Filed:** 1/13/2017
**Claim Face Value:** $430.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | Unknown | Y | $0.00 |
| 207 | UNS | Disallowed | | $430.00 | | $0.00 |
| | | | | $430.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 10/31/2022 | 5008 | Objection Granted | 12/13/2022 | 5071 |

## DALAL AZOOZ
### Case(s): 207 Clm No: 1511 Clm. Amt: $302,738.00

*Address Redacted*
**Date Filed:** 1/13/2017
**Claim Face Value:** $231,780.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $47,780.00 | | $0.00 |
| 207 | SEC | | | $231,780.00 | | $0.00 |
| 207 | UNS | | | $23,178.00 | | $0.00 |
| | | | | $302,738.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KUMAGAI PROPERTIES I, LLC
### Case(s): 207 Clm No: 1512 Clm. Amt: $276,507.42

*ATTN: RYAN C. NIXON*
*1820 NW 118TH ST, SUITE 200*
*DES MOINES, IA 50325*
**Date Filed: 1/13/2017**
**Claim Face Value: $276,507.42**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | ADM | Disallowed | | $35,375.91 | | $0.00 |
| 207 | UNS | | | $241,131.51 | | $241,131.51 |
| | | | | $276,507.42 | | $241,131.51 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied in part | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

## California Department of Tax and Fee Administration
### Case(s): 207 Clm No: 1513 Clm. Amt: $319,382.00

*P.O. BOX 942879*
*SACRAMENTO, CA 94279-0055*
**Date Filed: 5/4/2022**
**Orig. Date Filed: 1/13/2017**
**Amending Clm #: 1513**
**Amended By Clm #: 1513**
**Claim Face Value: $319,382.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | $319,382.00 | | $319,382.00 |
| | | | | $319,382.00 | | $319,382.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/31/2022 | 4727 | Objection Granted | 04/20/2022 | 4801 |

## RICOH USA, INC.
### Case(s): 207 Clm No: 1514 Clm. Amt:

*C/O OLIVIA MOODY*
*3920 ARKWRIGHT ROAD, SUITE 400*
*MACON, GA 31210*
**Date Filed: 1/13/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## KEVIN LEWIS
### Case(s): 207 Clm No: 1515 Clm. Amt: $100,000.00

*Address Redacted*
**Date Filed: 1/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $100,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $100,000.00 | | $0.00 |
| | | | | $100,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DARBY CREEK, LLC
### Case(s): 207 Clm No: 1516 Clm. Amt: $293,519.14

*ATTN: SCOTT T. RICKMAN*
*275 EAST MAIN ST, STE 200*
*LEXINGTON, KY 40507*
**Date Filed: 1/13/2017**
**Claim Face Value: $293,519.14**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $293,519.14 | | $293,519.14 |
| | | | | $293,519.14 | | $293,519.14 |

## KYLE OLGUIN
### Case(s): 207 Clm No: 1517 Clm. Amt: $30,000.00

*Address Redacted*
**Date Filed: 1/13/2017**
**Orig. Date Filed: 1/4/2017**
**Bar Date: 1/30/2017**
**Amending Clm #: 1318**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## KRISTEN SMITH
### Case(s): 207 Clm No: 1518 Clm. Amt:

*Address Redacted*
**Date Filed: 1/14/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**TINA LOUISE ADAMS**
**Case(s): 207 Clm No: 1519 Clm. Amt: $8,224.37**

*7342 LOCKWOOD LN, APT A*
*INDIANAPOLIS, IN 46217-5309*
**Date Filed: 1/16/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $8,224.37**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | Allowed | | $8,037.20 | | $119.67 |
| 207 | UNS | Allowed | | $187.17 | | $67.50 |
| | | | | $8,224.37 | | $187.17 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|------------------|
| Claim does not agree with books | 02/18/2022 | 4591 | Objection Granted | 04/25/2022 | 4832 |

**JENNY MARIE ELLIS**
**Case(s): 207 Clm No: 1520 Clm. Amt: $35,226.90**

*1289 VALLEY VIEW DRIVE*
*BOARDMAN, OH 44512*
**Date Filed: 1/13/2017**
**Claim Face Value: $35,226.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | Unknown | Y | $0.00 |
| 207 | UNS | Disallowed | | $35,226.90 | | $0.00 |
| | | | | $35,226.90 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|------------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

**MISTY KILLINDER**
**Case(s): 207 Clm No: 1521 Clm. Amt: $2,968.50**

*Address Redacted*
**Date Filed: 1/13/2017**
**Claim Face Value: $2,968.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $2,968.50 | | $0.00 |
| | | | | $2,968.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|------------------|
| | | | Claim Withdrawn | | 3079 |

**COREY HAYES**
**Case(s): 207 Clm No: 1522 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 1/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**TRACY LYNN SUTTLES**
**Case(s): 207 Clm No: 1523 Clm. Amt: $128,741.78**

*Address Redacted*
**Date Filed: 1/13/2017**
**Claim Face Value: $128,741.78**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $128,741.78 | | $0.00 |
| | | | | $128,741.78 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**TROY K. SCHRADER**
**Case(s): 207 Clm No: 1524 Clm. Amt: $12,548.77**

*Address Redacted*
**Date Filed: 1/13/2017**
**Claim Face Value: $12,548.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $12,548.77 | | $0.00 |
| | | | | $12,548.77 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**AARON KUNEC**
**Case(s): 207 Clm No: 1525 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**EDWARD COOK**
**Case(s): 207 Clm No: 1526 Clm. Amt: $46,872.00**

*Address Redacted*
**Date Filed: 1/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $46,872.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | | | $46,872.00 | | $0.00 |
| | | | | | $46,872.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**CLIFFORD A. WELLS**
**Case(s): 207 Clm No: 1527 Clm. Amt: $13,833.00**

*Address Redacted*
**Date Filed: 1/16/2017**
**Claim Face Value: $13,833.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $13,833.00 | | $0.00 |
| | | | | | $13,833.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**SIDNEY BLAKE ADDISON**
**Case(s): 207 Clm No: 1528 Clm. Amt: $20,167.00**

*Address Redacted*
**Date Filed: 1/16/2017**
**Claim Face Value: $20,167.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,167.00 | | $0.00 |
| | | | | $20,167.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**SHELBY HORNE**
**Case(s): 207 Clm No: 1529 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 1/16/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**DOMINICK LAGRUTTA JR**
**Case(s): 207 Clm No: 1530 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/16/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## PHILLIP FRANTA
### Case(s): 207 Clm No: 1531 Clm. Amt: $19,417.80

*Address Redacted*
**Date Filed: 1/16/2017**
**Claim Face Value: $19,417.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $19,417.80 | | $0.00 |
| | | | | $19,417.80 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SLEEP INN AND SUITES
### Case(s): 207 Clm No: 1532 Clm. Amt: $683.26

*ATTN: ERIN LYSAPHT*
*631 EISENHOWER BLVD*
*HARRISBURG, PA 17111*
**Date Filed: 1/16/2017**
**Claim Face Value: $683.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $683.26 | | $0.00 |
| | | | | $683.26 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## ERICA WARREN
### Case(s): 207 Clm No: 1533 Clm. Amt: $34,638.12

*Address Redacted*
**Date Filed: 1/16/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $34,638.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $34,638.12 | | $0.00 |
| | | | | $34,638.12 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## H & W LANDSCAPES INC.
### Case(s): 207 Clm No: 1534 Clm. Amt: $195.00

*C/O HARDER & WARNER LANDSCAPING*
*ATTN: KEVIN SLOSSER*
*6464 BROADMOOR AVE SE*
*CALEDONIA, MI 49316*
**Date Filed: 1/16/2017**
**Claim Face Value: $195.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $195.00 | | |
| | | | | $195.00 | | |

## DANIEL R. FISCHER JR
### Case(s): 207 Clm No: 1535 Clm. Amt: $63,976.00

*Address Redacted*
**Date Filed: 1/16/2017**
**Claim Face Value: $63,976.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $63,976.00 | | $0.00 |
| | | | | $63,976.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## WILLIAM J. BELL, II
### Case(s): 207 Clm No: 1536 Clm. Amt: $63,976.00

*Address Redacted*
**Date Filed: 1/16/2017**
**Claim Face Value: $63,976.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $63,976.00 | | $0.00 |
| | | | | $63,976.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KAMERON REED DAVIS
### Case(s): 207 Clm No: 1537 Clm. Amt: $10,100.00

*Address Redacted*
**Date Filed: 1/16/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,100.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,100.00 | | $0.00 |
| | | | | $10,100.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JENNY MARIE (PADULA) ELLIS**
**Case(s): 207 Clm No: 1538 Clm. Amt: $35,226.90**

*1289 VALLEY VIEW DR.*
*BOARDMAN, OH 44512*
**Date Filed: 1/13/2017**
**Claim Face Value: $35,226.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | Unknown | Y | $0.00 |
| 207 | UNS | Disallowed | | $35,226.90 | | $0.00 |
| | | | | $35,226.90 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/18/2022 | 4609 | Objection Granted | 03/31/2022 | 4729 |

**MARIE N. POPPS**
**Case(s): 207 Clm No: 1539 Clm. Amt: $27,495.40**

*Address Redacted*
**Date Filed: 1/16/2017**
**Claim Face Value: $27,495.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $27,495.40 | | $0.00 |
| | | | | $27,495.40 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MARIE N. POPPS**
**Case(s): 207 Clm No: 1540 Clm. Amt: $8,142.00**

*Address Redacted*
**Date Filed: 1/16/2017**
**Claim Face Value: $8,142.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $8,142.00 | | $0.00 |
| | | | | $8,142.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### 311 NEW RODGERS ASSOCIATES LLC
**Case(s): 207 Clm No: 1541 Clm. Amt: $512,377.41**

*C/O LASSER HOCHMAN LLC*
*ATTN: RICHARD L. ZUCKER*
*75 EISENHOWER PARKWAY*
*ROSELAND, NJ 07068-1694*
**Date Filed: 1/13/2017**
**Amended By Clm #: 3473**
**Claim Face Value: $512,377.41**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | ADM | | | $153,275.91 | | $0.00 |
| 207 | UNS | | | $359,101.50 | | $0.00 |
| | | | | $512,377.41 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 09/02/2020 | 4048 | Objection Granted | 10/22/2020 | 4111 |

### SOPHIA TRAN
**Case(s): 207 Clm No: 1542 Clm. Amt: $54,430.43**

*Address Redacted*
**Date Filed: 1/16/2017**
**Claim Face Value: $54,430.43**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $54,430.43 | | $0.00 |
| | | | | $54,430.43 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### IVAN MOORE
**Case(s): 207 Clm No: 1543 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/16/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**GABRIEL ALEXANDER JIMENEZ**
**Case(s): 207 Clm No: 1544 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 1/17/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ERIK WINKELKOTTER**
**Case(s): 207 Clm No: 1545 Clm. Amt: $55,000.00**

*Address Redacted*
**Date Filed: 1/16/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $55,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $55,000.00 | | $0.00 |
| | | | | $55,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BRIAN PROVIDENCE**
**Case(s): 207 Clm No: 1546 Clm. Amt: $15,000.00**

*Address Redacted*
**Date Filed: 1/16/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $15,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $15,000.00 | | $0.00 |
| | | | | $15,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CHRISTOPHER DESHAWN JACKSON**
**Case(s): 207 Clm No: 1547 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 1/16/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JAMES O. JOHNSON**
**Case(s): 207 Clm No: 1548 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/16/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DERRICK LEE ASH**
**Case(s): 207 Clm No: 1549 Clm. Amt: $87,536.00**

*Address Redacted*
**Date Filed: 1/16/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $87,536.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $87,536.00 | | $0.00 |
| | | | | $87,536.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## JESUS RAMIREZ
### Case(s): 207 Clm No: 1550 Clm. Amt: $42,000.00

*Address Redacted*
**Date Filed: 1/16/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $42,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $42,000.00 | | $0.00 |
| | | | | $42,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CHRISTOPHER WEBB
### Case(s): 207 Clm No: 1551 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 1/16/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## NATIONAL TECHNICAL HONOR SOCIETY
### Case(s): 207 Clm No: 1552 Clm. Amt: $4,793.07

*ATTN: CHRISTY C. SWIFT*
*1011 AIRPORT ROAD*
*P.O. BOX 1336*
*FLAT ROCK, NC 28731*
**Date Filed: 1/16/2017**
**Claim Face Value: $4,793.07**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,793.07 | | $0.00 |
| | | | | $4,793.07 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## CHRISTOPHER ROBERTS
### Case(s): 207 Clm No: 1553 Clm. Amt: $75,000.00

*Address Redacted*
**Date Filed: 1/17/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $75,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $75,000.00 | | $0.00 |
| | | | | $75,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ASHLEY NICOLE RICH**
**Case(s): 207 Clm No: 1554 Clm. Amt: $50,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/17/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $50,000.00** | 207 | PRI | | | $50,000.00 | | $0.00 |
| | | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**RYAN P. HAAS**
**Case(s): 207 Clm No: 1555 Clm. Amt: $17,570.35**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/17/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $17,570.35** | 207 | UNS | | | $17,570.35 | | $0.00 |
| | | | | | $17,570.35 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**RILEY WILLIS, III**
**Case(s): 207 Clm No: 1556 Clm. Amt: $60,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/17/2017**<br>**Orig. Date Filed: 10/19/2016**<br>**Amending Clm #: 270**<br>**Claim Face Value: $60,000.00** | 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### MIE PROPERTIES-LA, LLC
**Case(s): 207 Clm No: 1557 Clm. Amt: $412,503.06**

*ATTN: TODD PEVEY*
*6473 HIGHWAY 44, SUITE 201*
*GONZALES, LA 70737*
**Date Filed: 1/17/2017**
**Claim Face Value: $412,503.06**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $41,790.57 | | $0.00 |
| 207 | UNS | | | $370,712.49 | | $370,712.49 |
| | | | | $412,503.06 | | $370,712.49 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied in part | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

### CARLOS GRAVIER
**Case(s): 207 Clm No: 1558 Clm. Amt: $54,595.91**

*Address Redacted*
**Date Filed: 1/17/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $54,595.91**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $54,595.91 | | $0.00 |
| | | | | $54,595.91 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### CHANTELLE Y. SUBLETT
**Case(s): 207 Clm No: 1559 Clm. Amt: $57,418.73**

*Address Redacted*
**Date Filed: 1/17/2017**
**Claim Face Value: $57,418.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $57,418.73 | | $0.00 |
| | | | | $57,418.73 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KENNETH W. TATE**

**Case(s): 207 Clm No: 1560 Clm. Amt: $4,645.81**

*123 DONLEY DRIVE*
*MONROEVILLE, PA 15146*
**Date Filed: 1/18/2017**
**Claim Face Value: $4,645.81**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | | | $4,645.81 |
| 207 | UNS | Disallowed | | $4,645.81 | | $0.00 |
| | | | | $4,645.81 | | $4,645.81 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 11/17/2022 | 5044 | Objection Granted | 12/13/2022 | 5075 |

**EDWARD LANING GORDON V**

**Case(s): 207 Clm No: 1561 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 1/17/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**HURST REVIEW SERVICES, INC.**

**Case(s): 207 Clm No: 1562 Clm. Amt: $15,330.00**

*127 S. RAILROAD AVENUE*
*BROOKHAVEN, MS 39601*
**Date Filed: 1/17/2017**
**Claim Face Value: $15,330.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $15,330.00 | | $0.00 |
| | | | | $15,330.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

**PAUL ASHER JARROLD**

**Case(s): 207 Clm No: 1563 Clm. Amt: $35,000.00**

*Address Redacted*
**Date Filed: 1/17/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $35,000.00 | | $0.00 |
| | | | | $35,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JIMMY BILBO
### Case(s): 207 Clm No: 1564 Clm. Amt: $64,000.00

*Address Redacted*
**Date Filed: 1/17/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $64,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $64,000.00 | | $0.00 |
| | | | | $64,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SHENGTAO YAO PROFESSIONAL CORPORATION
### Case(s): 207 Clm No: 1565 Clm. Amt: $15,027.95

*ATTN: SHENGTAO YAO*
*1004 HOLLANDS POINT*
*EDMONTON, AB T6R 3T1*
*CANADA*
**Date Filed: 1/17/2017**
**Claim Face Value: $15,027.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $15,027.95 | | $0.00 |
| | | | | $15,027.95 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## DOUGLAS A. ESPINOSA
### Case(s): 207 Clm No: 1566 Clm. Amt: $117,379.28

*Address Redacted*
**Date Filed: 1/17/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $117,379.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $117,379.28 | | $0.00 |
| | | | | $117,379.28 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**LAUREN TRAVIS KAHLE**
**Case(s): 207 Clm No: 1567 Clm. Amt: $292.65**

*57 WOODLAND CT*
*WAYNE, WV 25570*
**Date Filed: 1/18/2017**
**Claim Face Value: $292.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | | | $292.65 |
| 207 | UNS | | | $292.65 | | $0.00 |
| | | | | $292.65 | | $292.65 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 11/17/2022 | 5044 | Objection Granted | 12/13/2022 | 5075 |

**DONNA CALLIHAN**
**Case(s): 207 Clm No: 1568 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**JAMES EDMOND BOWERS**
**Case(s): 207 Clm No: 1569 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ANDREA BURKMAN**
**Case(s): 207 Clm No: 1570 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/18/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | PRI | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**SOLOMON L. WALKER, JR**
**Case(s): 207 Clm No: 1571 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/18/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**RICHARD SHAFFER JR**
**Case(s): 207 Clm No: 1572 Clm. Amt: $60,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/18/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $60,000.00** | | | | | | | |
| | 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## EZEKIEL LAWSON
### Case(s): 207 Clm No: 1573 Clm. Amt: $72,000.00

*Address Redacted*
**Date Filed: 1/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $72,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $72,000.00 | | $0.00 |
| | | | | $72,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JANEE S. HARRIS
### Case(s): 207 Clm No: 1574 Clm. Amt:

*Address Redacted*
**Date Filed: 1/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BLAKE BRENDLINGER
### Case(s): 207 Clm No: 1575 Clm. Amt: $9,640.81

*Address Redacted*
**Date Filed: 1/18/2017**
**Claim Face Value: $9,640.81**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $9,640.81 | | $0.00 |
| | | | | $9,640.81 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## PETER E. GALEY
**Case(s): 207 Clm No: 1576 Clm. Amt: $41,000.00**

*Address Redacted*
**Date Filed: 1/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $41,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $41,000.00 | | $0.00 |
| | | | | $41,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ASHLEY TARLOSKI
**Case(s): 207 Clm No: 1577 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JESSILYN HAYWARD HILTON
**Case(s): 207 Clm No: 1578 Clm. Amt: $9,963.00**

*Address Redacted*
**Date Filed: 1/18/2017**
**Claim Face Value: $9,963.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $9,963.00 | | $0.00 |
| | | | | $9,963.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JEFFREY PADEN
**Case(s): 207 Clm No: 1579 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 1/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MICHAEL W. DICHAZI
**Case(s): 207 Clm No: 1580 Clm. Amt: $40,034.40**

*Address Redacted*
**Date Filed: 1/18/2017**
**Claim Face Value: $40,034.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,034.40 | | $0.00 |
| | | | | $40,034.40 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LESMANY NUNEZ
**Case(s): 207 Clm No: 1581 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**ARVIN P. FABRE**
**Case(s): 207 Clm No: 1582 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

---

**FREDERICK C. WEST IV**
**Case(s): 207 Clm No: 1583 Clm. Amt: $47,662.00**

*Address Redacted*
**Date Filed: 1/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $47,662.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | | | $47,662.00 | | $0.00 |
| | | | | | $47,662.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

---

**RASHEEN SHAMAR DAYS**
**Case(s): 207 Clm No: 1584 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 1/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | | | $60,000.00 | | $0.00 |
| | | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**RACHEL SMITH**
**Case(s): 207 Clm No: 1585 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/18/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**FRANCISCO VILELA CUSTODIO TEMBO**
**Case(s): 207 Clm No: 1586 Clm. Amt: $1,992.50**

*Address Redacted*
**Date Filed: 1/18/2017**
**Claim Face Value: $1,992.50**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $1,992.50 | | $0.00 |
| | | | | | $1,992.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JAMES SAPIEGA**
**Case(s): 207 Clm No: 1587 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## OMAR ALKAM
**Case(s): 207 Clm No: 1588 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/18/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## CAROL STAPLETON
**Case(s): 207 Clm No: 1589 Clm. Amt: $9,875.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/18/2017**<br>**Claim Face Value: $9,875.00** | 207 | UNS | | | $9,875.00 | | $0.00 |
| | | | | | $9,875.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## CRAIG BARRETT
**Case(s): 207 Clm No: 1590 Clm. Amt: $11,820.94**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/18/2017**<br>**Claim Face Value: $11,820.94** | 207 | UNS | | | $11,820.94 | | $0.00 |
| | | | | | $11,820.94 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## LM PHASE I LIMITED PARTNERSHIP
**Case(s): 207 Clm No: 1591 Clm. Amt: $1,201,414.82**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: WILLIAM J. SCHOTTENSTEIN*<br>*107 S. HIGH STREET, SUITE 300*<br>*COLUMBUS, OH 43215*<br>**Date Filed: 1/18/2017**<br>**Claim Face Value: $1,201,414.82** | 207 | UNS | | | $1,201,414.82 | | $243,110.89 |
| | | | | | $1,201,414.82 | | $243,110.89 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 09/03/2020 | 4052 | Objection Granted | 10/22/2020 | 4114 |

**BARNES & THORNBURG LLP**
**Case(s): 207 Clm No: 1592 Clm. Amt: $12,900.07**

*ATTN: MICHAEL K. MCCRORY*
*11 SOUTH MERIDIAN STREET*
*INDIANAPOLIS, IN 46204*
**Date Filed: 1/18/2017**
**Claim Face Value: $12,900.07**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $12,900.07 | | |
| | | | | $12,900.07 | | |

**JENNA M. REGAN**
**Case(s): 207 Clm No: 1593 Clm. Amt: $45,000.00**

*Address Redacted*
**Date Filed: 1/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ELIZABETH W. FRANKLIN**
**Case(s): 207 Clm No: 1594 Clm. Amt: $11,702.00**

*Address Redacted*
**Date Filed: 1/18/2017**
**Claim Face Value: $11,702.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $11,702.00 | | $0.00 |
| | | | | $11,702.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**Aisha Drayton**
**Case(s): 207 Clm No: 1595 Clm. Amt: $12,850.00**

*1695 Broad River Rd*
*Atlanta, GA 30349*
**Date Filed: 1/18/2017**
**Claim Face Value: $12,850.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| | | | | $12,850.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4592 | Objection Granted | 04/25/2022 | 4833 |

**PARIS FLORES**
**Case(s): 207 Clm No: 1596 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MICHAEL A. COLE**
**Case(s): 207 Clm No: 1597 Clm. Amt: $35,585.49**

*Address Redacted*
**Date Filed: 1/9/2017**
**Claim Face Value: $35,585.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $35,585.49 | | $0.00 |
| | | | | $35,585.49 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JEFFREY BEAVER**
**Case(s): 207 Clm No: 1598 Clm. Amt: $36,732.00**

*Address Redacted*
**Date Filed: 1/9/2017**
**Claim Face Value: $36,732.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $36,732.00 | | $0.00 |
| | | | | $36,732.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JOHN WILEY & SONS INC.**
**Case(s): 207 Clm No: 1599 Clm. Amt: $257,873.31**

*C/O ED LAMORTE*
*1 WILEY DRIVE*
*SOMERSET, NJ 08873-1272*
**Date Filed: 1/17/2017**
**Claim Face Value: $257,873.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $257,873.31 | | |
| | | | | $257,873.31 | | |

## CITY OF ARLINGTON
### Case(s): 207 Clm No: 1600 Clm. Amt: $2,134.81

*C/O CITY ATTORNEYS OFFICE*
*ATTN: URSULA MONROE PATTERSON*
*PO BOX 90231*
*ARLINGTON, TX 76004-3231*
**Date Filed: 1/10/2017**
**Claim Face Value: $2,134.81**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $2,134.81 | | |
| | | | | $2,134.81 | | |

## PRESTIGE FLOOR CARE LLC
### Case(s): 207 Clm No: 1601 Clm. Amt: $1,390.00

*ATTN: ROBERT JAMES MATHEWS*
*PO BOX 1863*
*PELHAM, AL 35124*
**Date Filed: 1/12/2017**
**Claim Face Value: $1,390.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $1,390.00 | | |
| | | | | $1,390.00 | | |

## TRIBUNE MEDIA
### Case(s): 207 Clm No: 1602 Clm. Amt: $100,304.25

*ATTN: KATHLEEN BONDI*
*1 GALLERIA BLVD. STE. 850*
*METAIRIE, CA 70005*
**Date Filed: 1/13/2017**
**Claim Face Value: $100,304.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $100,304.25 | | $0.00 |
| | | | | $100,304.25 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## TRIBUNE MEDIA
### Case(s): 207 Clm No: 1603 Clm. Amt: $23,570.50

*ATTN: KATHLEEN BONDI*
*1 GALLERIA BLVD. STE. 850*
*METAIRIE, CA 70005*
**Date Filed: 1/13/2017**
**Claim Face Value: $23,570.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $23,570.50 | | $0.00 |
| | | | | $23,570.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**TRIBUNE MEDIA**

**Case(s): 207 Clm No: 1604 Clm. Amt: $112,642.00**

*ATTN: KATHLEEN BONDI*
*1 GALLERIA BLVD. STE. 850*
*METAIRIE, CA 70005*
**Date Filed: 1/13/2017**
**Claim Face Value: $112,642.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $112,642.00 | | |
| | | | | $112,642.00 | | |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Filed | | |

**TRIBUNE MEDIA**

**Case(s): 207 Clm No: 1605 Clm. Amt: $77,171.50**

*ATTN: KATHLEEN BONDI*
*1 GALLERIA BLVD. STE. 850*
*METAIRIE, CA 70005*
**Date Filed: 1/13/2017**
**Claim Face Value: $77,171.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $77,171.50 | | $0.00 |
| | | | | $77,171.50 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**TRIBUNE MEDIA**

**Case(s): 207 Clm No: 1606 Clm. Amt: $32,155.50**

*ATTN: KATHLEEN BONDI*
*1 GALLERIA BLVD. STE. 850*
*METAIRIE, CA 70005*
**Date Filed: 1/13/2017**
**Claim Face Value: $32,155.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $32,155.50 | | $0.00 |
| | | | | $32,155.50 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**TRIBUNE MEDIA**

**Case(s): 207 Clm No: 1607 Clm. Amt: $6,885.00**

*ATTN: KATHLEEN BONDI*
*1 GALLERIA BLVD. STE. 850*
*METAIRIE, CA 70005*
**Date Filed: 1/13/2017**
**Claim Face Value: $6,885.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $6,885.00 | | $0.00 |
| | | | | $6,885.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**TRIBUNE MEDIA**
**Case(s): 207 Clm No: 1608 Clm. Amt: $36,040.00**

*ATTN: KATHLEEN BONDI*
*1 GALLERIA BLVD. STE. 850*
*METAIRIE, CA 70005*
**Date Filed: 1/13/2017**
**Claim Face Value: $36,040.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $36,040.00 | | $0.00 |
| | | | | | $36,040.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**LLOYD D. BORCHERT**
**Case(s): 207 Clm No: 1609 Clm. Amt: $11,976.00**

*Address Redacted*
**Date Filed: 1/13/2017**
**Claim Face Value: $11,976.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $11,976.00 | | $0.00 |
| | | | | | $11,976.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ALICIA HOWARD**
**Case(s): 207 Clm No: 1610 Clm. Amt: $28,199.85**

*Address Redacted*
**Date Filed: 1/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $28,199.85**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $28,199.85 | | $0.00 |
| | | | | | $28,199.85 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JUSTIN M. PARKER**
**Case(s): 207 Clm No: 1611 Clm. Amt: $140,000.00**

*Address Redacted*
**Date Filed: 1/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $140,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $140,000.00 | | $0.00 |
| | | | | | $140,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JOANNA RODRIGUEZ**
**Case(s): 207 Clm No: 1612 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 1/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JOSHUA CAIN DICKERSON**
**Case(s): 207 Clm No: 1613 Clm. Amt: $63,976.00**

*Address Redacted*
**Date Filed: 1/18/2017**
**Claim Face Value: $63,976.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $63,976.00 | | $0.00 |
| | | | | $63,976.00 | | $0.00 |

**STEPHEN YONZAL HARRIS**
**Case(s): 207 Clm No: 1614 Clm. Amt: $29,000,000,030,000.00**

*Address Redacted*
**Date Filed: 1/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $29,000,000,000,000.00 | Y | $0.00 |
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $29,000,000,030,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JAREN GABRIEL WHITE**
**Case(s): 207 Clm No: 1615 Clm. Amt: $43,000.00**

| *Address Redacted*<br>**Date Filed: 1/12/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $43,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $43,000.00 | | $0.00 |
| | | | | | $43,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**CORY MICHAEL POLIZZI**
**Case(s): 207 Clm No: 1616 Clm. Amt: $34,544.05**

| *Address Redacted*<br>**Date Filed: 1/18/2017**<br>**Claim Face Value: $34,544.05** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $34,544.05 | | $0.00 |
| | | | | | $34,544.05 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**RAMZI THEODORE NASSAR**
**Case(s): 207 Clm No: 1617 Clm. Amt: $23,566.33**

| *Address Redacted*<br>**Date Filed: 1/9/2017**<br>**Claim Face Value: $23,566.33** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $23,566.33 | | $0.00 |
| | | | | | $23,566.33 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**EUGENE SCOTT, JR.**
**Case(s): 207 Clm No: 1618 Clm. Amt: $24,998.72**

| *Address Redacted*<br>**Date Filed: 1/9/2017**<br>**Claim Face Value: $24,998.72** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $24,998.72 | | $0.00 |
| | | | | | $24,998.72 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

**DONALD L. MEIER**
**Case(s): 207 Clm No: 1619 Clm. Amt: $18,000.00**

*1448 SEDONA DR.*
*CARMEL, IN 46032*
**Date Filed: 1/13/2017**
**Claim Face Value: $18,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $18,000.00 | | $0.00 |
| | | | | $18,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**WILLIAM BRISCOE**
**Case(s): 207 Clm No: 1620 Clm. Amt: $46,435.88**

*c/o Horn Aylward & Bandy, LLC*
*Attn: Dirk Hubbard*
*2600 Grand Blvd., Suite 1100*
*Kansas City, MO 64106*
**Date Filed: 1/19/2017**
**Claim Face Value: $46,435.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $46,435.88 | | $0.00 |
| | | | | $46,435.88 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BRIAN BURR**
**Case(s): 207 Clm No: 1621 Clm. Amt: $75,000.00**

*c/o Horn Aylward & Bandy, LLC*
*Attn: Dirk Hubbard*
*2600 Grand Blvd., Suite 1100*
*Kansas City, MO 64106*
**Date Filed: 1/19/2017**
**Claim Face Value: $75,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $75,000.00 | | $0.00 |
| | | | | $75,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**RACQUEL HIBDON**
**Case(s): 207 Clm No: 1622 Clm. Amt: $150,000.00**

*c/o Horn Aylward & Bandy, LLC*
*Attn: Dirk Hubbard*
*2600 Grand Blvd., Suite 1100*
*Kansas City, MO 64106*
**Date Filed: 1/19/2017**
**Claim Face Value: $150,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $150,000.00 | | $0.00 |
| | | | | $150,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**PENSION BENEFIT GUARANTY CORPORATION**

**Case(s): 207 Clm No: 1623 Clm. Amt:**

*OFFICE OF THE CHIEF COUNSEL*
*ATTN: MICHAEL BAIRD*
*1200 K STREET, N.W. SUITE 340*
*WASHINGTON, DC 20005*
**Date Filed: 1/18/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

**PENSION BENEFIT GUARANTY CORPORATION**

**Case(s): 207 Clm No: 1624 Clm. Amt:**

*OFFICE OF THE CHIEF COUNSEL*
*ATTN: MICHAEL BAIRD*
*1200 K STREET, N.W. SUITE 340*
*WASHINGTON, DC 20005*
**Date Filed: 1/18/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

**PENSION BENEFIT GUARANTY CORPORATION**

**Case(s): 207 Clm No: 1625 Clm. Amt:**

*OFFICE OF THE CHIEF COUNSEL*
*ATTN: MICHAEL BAIRD*
*1200 K STREET, N.W. SUITE 340*
*WASHINGTON, DC 20005*
**Date Filed: 1/18/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

**PENSION BENEFIT GUARANTY CORPORATION**

**Case(s): 207 Clm No: 1626 Clm. Amt:**

*OFFICE OF THE CHIEF COUNSEL*
*ATTN: MICHAEL BAIRD*
*1200 K STREET, N.W. SUITE 340*
*WASHINGTON, DC 20005*
**Date Filed: 1/18/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

**CHRISTOPHER MORGAN**

**Case(s): 207 Clm No: 1627 Clm. Amt: $75,000.00**

*c/o Horn Aylward & Bandy, LLC*
*Attn: Dirk Hubbard*
*2600 Grand Blvd., Suite 1100*
*Kansas City, MO 64106*
**Date Filed: 1/19/2017**
**Claim Face Value: $75,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $75,000.00 | | $0.00 |
| | | | | $75,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## STATE OF NEW JERSEY DIVISION OF TAXATION
### Case(s): 207 Clm No: 1628 Clm. Amt: $3,000.00

*C/O TIMOTHY COLE*
*P.O. BOX 245*
*TRENTON, NJ 08695*
**Date Filed: 8/3/2018**
**Orig. Date Filed: 1/18/2017**
**Bar Date: 1/30/2017**
**Amending Clm #: 1628**
**Amended By Clm #: 1628**
**Claim Face Value: $3,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $3,000.00 | | |
| | | | | $3,000.00 | | |

## SKILLSOFT CORPORATION
### Case(s): 207 Clm No: 1629 Clm. Amt: $67,246.04

*ATTN: LEGAL DEPARTMENT*
*107 NORTHEASTERN BLVD*
*NASHUA, NH 03062*
**Date Filed: 1/19/2017**
**Claim Face Value: $67,246.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $67,246.04 | | $0.00 |
| | | | | $67,246.04 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## LEIGH KATHRYN ALLEN
### Case(s): 207 Clm No: 1630 Clm. Amt: $6,657.13

*368 PLEASANT POINTE DR.*
*LEXINGTON, KY 40517*
**Date Filed: 1/19/2017**
**Claim Face Value: $6,657.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | Unknown | Y | $0.00 |
| 207 | UNS | Disallowed | | $6,657.13 | | $0.00 |
| | | | | $6,657.13 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 08/23/2022 | 1046 | Objection Granted | 10/26/2022 | 4986 |

## LIBERTY MUTUAL INSURANCE COMPANY
### Case(s): 207 Clm No: 1631 Clm. Amt: $683,605.67

*C/O CHOATE HALL & STEWART LLP*
*ATTN: DOUGLAS R GOODING, ESQ*
*TWO INTERNATIONAL PL*
*BOSTON, MA 02110*
**Date Filed: 8/19/2021**
**Orig. Date Filed: 1/19/2017**
**Amending Clm #: 1631**
**Amended By Clm #: 1631**
**Claim Face Value: $683,605.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $683,605.67 | | |
| | | | | $683,605.67 | | |

**JOBCASE, INC.**
**Case(s): 207 Clm No: 1632 Clm. Amt: $466,000.00**

*ATTN: ASHLEY WALL*
*201 BROADWAY, 7TH FLOOR*
*CAMBRIDGE, MA 02139*
**Date Filed: 1/19/2017**
**Claim Face Value: $466,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $466,000.00 | | |
| | | | | $466,000.00 | | |

**MATTHEW ROBERTS**
**Case(s): 207 Clm No: 1633 Clm. Amt: $45,201.75**

*c/o Horn Aylward & Bandy, LLC*
*Attn: Dirk Hubbard*
*2600 Grand Blvd., Suite 1100*
*Kansas City, MO 64106*
**Date Filed: 1/19/2017**
**Claim Face Value: $45,201.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,201.75 | | $0.00 |
| | | | | $45,201.75 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**STEVEN SIMMONS**
**Case(s): 207 Clm No: 1634 Clm. Amt: $150,000.00**

*c/o Horn Aylward & Bandy, LLC*
*Attn: Dirk Hubbard*
*2600 Grand Blvd., Suite 1100*
*Kansas City, MO 64106*
**Date Filed: 1/19/2017**
**Claim Face Value: $150,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $150,000.00 | | $0.00 |
| | | | | $150,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**LISA WEBSTER**
**Case(s): 207 Clm No: 1635 Clm. Amt: $150,000.00**

*c/o Horn Aylward & Bandy, LLC*
*Attn: Dirk Hubbard*
*2600 Grand Blvd., Suite 1100*
*Kansas City, MO 64106*
**Date Filed: 1/19/2017**
**Claim Face Value: $150,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $150,000.00 | | $0.00 |
| | | | | $150,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DANIEL WENDT**
**Case(s): 207 Clm No: 1636 Clm. Amt: $74,794.78**

*c/o Horn Aylward & Bandy, LLC*
*Attn: Dirk Hubbard*
*2600 Grand Blvd., Suite 1100*
*Kansas City, MO 64106*
**Date Filed: 1/19/2017**
**Claim Face Value: $74,794.78**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $74,794.78 | | $0.00 |
| | | | | $74,794.78 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DONALD WILLIAMS**
**Case(s): 207 Clm No: 1637 Clm. Amt: $75,000.00**

*c/o Horn Aylward & Bandy, LLC*
*Attn: Dirk Hubbard*
*2600 Grand Blvd., Suite 1100*
*Kansas City, MO 64106*
**Date Filed: 1/19/2017**
**Claim Face Value: $75,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $75,000.00 | | $0.00 |
| | | | | $75,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**MERIT PARTNERS, LLC**
**Case(s): 207 Clm No: 1638 Clm. Amt: $315,521.90**

*ATTN: BRANDON BICKLE*
*100 W. 5TH ST., STE. 1100*
*TULSA, OK 74103*
**Date Filed: 1/19/2017**
**Orig. Date Filed: 12/14/2016**
**Amending Clm #: 1133**
**Claim Face Value: $315,521.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $315,521.90 | | |
| | | | | $315,521.90 | | |

**STEPHANIE MONTERO (NOW ZERR)**
**Case(s): 207 Clm No: 1639 Clm. Amt: $22,413.00**

*c/o Horn Aylward & Bandy, LLC*
*Attn: Dirk Hubbard*
*2600 Grand Blvd., Suite 1100*
*Kansas City, MO 64106*
**Date Filed: 1/19/2017**
**Claim Face Value: $22,413.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $22,413.00 | | $0.00 |
| | | | | $22,413.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ANGELA LOTHAMER**

**Case(s): 207 Clm No: 1640 Clm. Amt: $150,000.00**

*c/o Horn Aylward & Bandy, LLC*
*Attn: Dirk Hubbard*
*2600 Grand Blvd., Suite 1100*
*Kansas City, MO 64106*
**Date Filed: 1/19/2017**
**Claim Face Value: $150,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $150,000.00 | | $0.00 |
| | | | | $150,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MARY PATTERSON-LAWSON**

**Case(s): 207 Clm No: 1641 Clm. Amt: $150,000.00**

*c/o Horn Aylward & Bandy, LLC*
*Attn: Dirk Hubbard*
*2600 Grand Blvd., Suite 1100*
*Kansas City, MO 64106*
**Date Filed: 1/19/2017**
**Claim Face Value: $150,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $150,000.00 | | $0.00 |
| | | | | $150,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MARSHONA SEAWRIGHT**

**Case(s): 207 Clm No: 1642 Clm. Amt: $150,000.00**

*c/o Horn Aylward & Bandy, LLC*
*Attn: Dirk Hubbard*
*2600 Grand Blvd., Suite 1100*
*Kansas City, MO 64106*
**Date Filed: 1/19/2017**
**Claim Face Value: $150,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $150,000.00 | | $0.00 |
| | | | | $150,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MARK UNIANDEYE
### Case(s): 207 Clm No: 1643 Clm. Amt: $150,000.00

*c/o Horn Aylward & Bandy, LLC*
*Attn: Dirk Hubbard*
*2600 Grand Blvd., Suite 1100*
*Kansas City, MO 64106*
**Date Filed: 1/19/2017**
**Claim Face Value: $150,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $150,000.00 | | $0.00 |
| | | | | $150,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DENISE COLE
### Case(s): 207 Clm No: 1644 Clm. Amt:

*Address Redacted*
**Date Filed: 1/19/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## CHRISTOPHER JUDE MARTINEZ
### Case(s): 207 Clm No: 1645 Clm. Amt:

*Address Redacted*
**Date Filed: 1/19/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**STEVEN JUDE MARTINEZ**
**Case(s): 207 Clm No: 1646 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/19/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**Brightview Landscapes, LLC**
**Case(s): 207 Clm No: 1647 Clm. Amt: $6,630.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: Tomas A Kuehn*<br>*27001 Agoura Rd*<br>*Calabasas, CA 91301*<br>**Date Filed: 1/19/2017**<br>**Claim Face Value: $6,630.00** | 207 | UNS | | | $6,630.00 | | $0.00 |
| | | | | | $6,630.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**BOBBIE LYDIA MUNIZ**
**Case(s): 207 Clm No: 1648 Clm. Amt: $3,590.36**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/19/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $3,590.36** | 207 | UNS | | | $3,590.36 | | $0.00 |
| | | | | | $3,590.36 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**CESAR M. GARCIA**
**Case(s): 207 Clm No: 1649 Clm. Amt: $5,656.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/19/2017**<br>**Claim Face Value: $5,656.00** | 207 | UNS | | | $5,656.00 | | $0.00 |
| | | | | | $5,656.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**LEVEL 3 COMMUNICATIONS, LLC**
**Case(s): 207 Clm No: 1650 Clm. Amt: $17,887.26**

*ATTN : LEGAL - BKY*
*1025 EL DORADO BLVD*
*BROOMFIELD, CO 80021*
**Date Filed: 1/19/2017**
**Claim Face Value: $17,887.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $17,887.26 | | $0.00 |
| | | | | $17,887.26 | | $0.00 |

**JONATHAN E MARTINEZ**
**Case(s): 207 Clm No: 1651 Clm. Amt: $95,406.89**

*Address Redacted*
**Date Filed: 1/20/2017**
**Claim Face Value: $95,406.89**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $95,406.89 | | $0.00 |
| | | | | $95,406.89 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DOLORES SOLIZ**
**Case(s): 207 Clm No: 1652 Clm. Amt: $4,808.31**

*Address Redacted*
**Date Filed: 1/20/2017**
**Claim Face Value: $4,808.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,808.31 | | $0.00 |
| | | | | $4,808.31 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**DANIEL WEBSTER COLLEGE, INC.**
**Case(s): 207 Clm No: 1653 Clm. Amt:**

*C/O RUBIN & LEVIN P.C.*
*ATTN: DEBORAH J. CARUSO*
*135 N. PENNSYLVANIA STREET, SUITE 1400*
*INDIANAPOLIS, IN 46204*
**Date Filed: 1/20/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/26/2021 | 4413 | Objection Granted | 08/18/2021 | 4454 |

**ESI SERVICES CORP.**

**Case(s): 207 Clm No: 1654 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *C/O RUBIN & LEVIN, P.C.*<br>*ATTN: DEBORAH J. CARUSO*<br>*135 N. PENNSYLVANIA STREET, SUITE 1400*<br>*INDIANAPOLIS, IN 46204*<br>**Date Filed: 1/20/2017**<br>**Claim Face Value:** | 207 | UNS | | | | | |

**C. DAVID BROWN, II**

**Case(s): 207 Clm No: 1655 Clm. Amt: $0.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *C/O JAMES P. MOLOY*<br>*111 MONUMENT CIRCLE, SUITE 2700*<br>*INDIANAPOLIS, IN 46204*<br>**Date Filed: 1/20/2017**<br>**Claim Face Value: $0.00** | 207 | UNS | | | $0.00 | | $0.00 |
| | | | | | $0.00 | | $0.00 |

**JOHN F. COZZI**

**Case(s): 207 Clm No: 1656 Clm. Amt: $0.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *C/O JAMES P. MOLOY*<br>*111 MONUMENT CIRCLE, SUITE 2700*<br>*INDIANAPOLIS, IN 46204*<br>**Date Filed: 1/20/2017**<br>**Claim Face Value: $0.00** | 207 | UNS | | | $0.00 | | $0.00 |
| | | | | | $0.00 | | $0.00 |

**JOHN E. DEAN**

**Case(s): 207 Clm No: 1657 Clm. Amt: $0.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *C/O JAMES P. MOLOY*<br>*111 MONUMENT CIRCLE, SUITE 2700*<br>*INDIANAPOLIS, IN 46204*<br>**Date Filed: 1/20/2017**<br>**Claim Face Value: $0.00** | 207 | UNS | | | $0.00 | | $0.00 |
| | | | | | $0.00 | | $0.00 |

**JAMES D. FOWLER, JR.**

**Case(s): 207 Clm No: 1658 Clm. Amt: $0.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *C/O JAMES P. MOLOY*<br>*111 MONUMENT CIRCLE, SUITE 2700*<br>*INDIANAPOLIS, IN 46204*<br>**Date Filed: 1/20/2017**<br>**Claim Face Value: $0.00** | 207 | UNS | | | $0.00 | | $0.00 |
| | | | | | $0.00 | | $0.00 |

**JOANNA T. LAU**

**Case(s): 207 Clm No: 1659 Clm. Amt: $0.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *C/O JAMES P. MOLOY*<br>*111 MONUMENT CIRCLE, SUITE 2700*<br>*INDIANAPOLIS, IN 46204*<br>**Date Filed: 1/20/2017**<br>**Claim Face Value: $0.00** | 207 | UNS | | | $0.00 | | $0.00 |
| | | | | | $0.00 | | $0.00 |

**THOMAS I. MORGAN**

**Case(s): 207 Clm No: 1660 Clm. Amt: $0.00**

*C/O JAMES P. MOLOY*
*111 MONUMENT CIRCLE, SUITE 2700*
*INDIANAPOLIS, IN 46204*
**Date Filed: 1/20/2017**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $0.00 | | $0.00 |
| | | | | $0.00 | | $0.00 |

**SAMUEL L. ODLE**

**Case(s): 207 Clm No: 1661 Clm. Amt: $0.00**

*C/O JAMES P. MOLOY*
*111 MONUMENT CIRCLE, SUITE 2700*
*INDIANAPOLIS, IN 46204*
**Date Filed: 1/20/2017**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $0.00 | | $0.00 |
| | | | | $0.00 | | $0.00 |

**LLOYD G. WATERHOUSE**

**Case(s): 207 Clm No: 1662 Clm. Amt: $0.00**

*C/O JAMES P. MOLOY*
*111 MONUMENT CIRCLE, SUITE 2700*
*INDIANAPOLIS, IN 46204*
**Date Filed: 1/20/2017**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $0.00 | | $0.00 |
| | | | | $0.00 | | $0.00 |

**JOHN VINCENT WEBER**

**Case(s): 207 Clm No: 1663 Clm. Amt: $0.00**

*C/O JAMES P. MOLOY*
*111 MONUMENT CIRCLE, SUITE 2700*
*INDIANAPOLIS, IN 46204*
**Date Filed: 1/20/2017**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $0.00 | | $0.00 |
| | | | | $0.00 | | $0.00 |

**JOHN A. YENA**

**Case(s): 207 Clm No: 1664 Clm. Amt: $0.00**

*C/O JAMES P. MOLOY*
*111 MONUMENT CIRCLE, SUITE 2700*
*INDIANAPOLIS, IN 46204*
**Date Filed: 1/20/2017**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $0.00 | | $0.00 |
| | | | | $0.00 | | $0.00 |

**JERRY M. COHEN**
**Case(s): 207 Clm No: 1665 Clm. Amt: $0.00**

*C/O JAMES P. MOLOY*
*111 MONUMENT CIRCLE, STE 2700*
*INDIANAPOLIS, IN 46204*
**Date Filed: 1/20/2017**
**Bar Date: 1/30/2017**
**Amended By Clm #: 2416**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $0.00 | | $0.00 |
| | | | | $0.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Amended claim | 06/21/2021 | 4370 | Objection Granted | 07/28/2021 | 4419 |

**Glenn E. Tanner**
**Case(s): 207 Clm No: 1666 Clm. Amt: $964,818.00**

*62 Baltimore Ave*
*Point Pleasant Beach, NJ 08742*
**Date Filed: 3/8/2023**
**Orig. Date Filed: 10/21/2016**
**Amending Clm #: 75**
**Amended By Clm #: 1666**
**Claim Face Value: $964,818.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $6,404.64 | | |
| 207 | UNS | | | $958,413.36 | | |
| | | | | $964,818.00 | | |

**Glenn E. Tanner**
**Case(s): 207 Clm No: 1667 Clm. Amt: $14,677.23**

*62 Baltimore Ave*
*Point Pleasant Beach, NJ 08742*
**Date Filed: 3/8/2023**
**Orig. Date Filed: 10/21/2016**
**Amending Clm #: 77**
**Amended By Clm #: 1667**
**Claim Face Value: $14,677.23**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $14,677.23 | | |
| | | | | $14,677.23 | | |

**JACQUELYN ROBINSON**
**Case(s): 207 Clm No: 1668 Clm. Amt: $44,000.00**

*Address Redacted*
**Date Filed: 1/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $44,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $44,000.00 | | $0.00 |
| | | | | $44,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BOWEN A LORD**
**Case(s): 207 Clm No: 1669 Clm. Amt: $40,851.93**

*Address Redacted*
**Date Filed: 1/20/2017**
**Claim Face Value: $40,851.93**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $40,851.93 | | $0.00 |
| | | | | | $40,851.93 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**FOREST BOND-WHEELER**
**Case(s): 207 Clm No: 1670 Clm. Amt: $30,379.06**

*Address Redacted*
**Date Filed: 1/20/2017**
**Claim Face Value: $30,379.06**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $30,379.06 | | $0.00 |
| | | | | | $30,379.06 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JOHN CANIA**
**Case(s): 207 Clm No: 1671 Clm. Amt: $31,088.00**

*Address Redacted*
**Date Filed: 1/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $31,088.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $31,088.00 | | $0.00 |
| | | | | | $31,088.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## ANDREW LEBOV
**Case(s): 207 Clm No: 1672 Clm. Amt: $50,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 1/20/2017** **Claim Face Value: $50,000.00** | | | | | | | |
| | 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## MELVIN E. JENKINS
**Case(s): 207 Clm No: 1673 Clm. Amt: $9,500.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 1/21/2017** **Claim Face Value: $9,500.00** | | | | | | | |
| | 207 | UNS | | | $9,500.00 | | $0.00 |
| | | | | | $9,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## TODD GERARD BADER
**Case(s): 207 Clm No: 1674 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 1/22/2017** **Bar Date: 1/30/2017** **Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## MICHAEL ALCORN
**Case(s): 207 Clm No: 1675 Clm. Amt: $1,500.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *2293 BOGARD LANE* *MT WASHINGTON, KY 40047* **Date Filed: 1/22/2017** **Claim Face Value: $1,500.00** | | | | | | | |
| | 207 | UNS | Disallowed | | $1,500.00 | | $0.00 |
| | | | | | $1,500.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

## ANGELA DUMAS
### Case(s): 207 Clm No: 1676 Clm. Amt: $35,474.00

*Address Redacted*
**Date Filed: 1/23/2017**
**Claim Face Value: $35,474.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $35,474.00 | | $0.00 |
| | | | | $35,474.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## NATIONAL GUARDIAN LIFE INSURANCE COMPANY
### Case(s): 207 Clm No: 1677 Clm. Amt: $34,950.37

*ATTN: MARK CHRISTOPHER NEIDINGER*
*TWO EAST GILMAN STREET*
*MADISON, WI 53703*
**Date Filed: 1/23/2017**
**Claim Face Value: $34,950.37**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $34,950.37 | | $0.00 |
| | | | | $34,950.37 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

## JOHN LAVOLPA
### Case(s): 207 Clm No: 1678 Clm. Amt: $686.00

*2509 VERMONT ST NE, C-1*
*ALBUQUERQUE, NM 87110*
**Date Filed: 1/20/2017**
**Claim Face Value: $686.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $686.00 | | |
| | | | | $686.00 | | |

## FONG M. TRAN
### Case(s): 207 Clm No: 1679 Clm. Amt:

*3615 SARDIS LN.*
*HOUSTON, TX 77088*
**Date Filed: 1/20/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## RYAN DEVORE
### Case(s): 207 Clm No: 1680 Clm. Amt: $4,600.00

*Address Redacted*
**Date Filed: 1/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $4,600.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $4,600.00 | | $0.00 |
| | | | | $4,600.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

## GLOBAL KNOWLEDGE NETWORK TRAINING LIMITED
### Case(s): 207 Clm No: 1681 Clm. Amt: $20,587.16

*ATTN: WILLIAM PETTINGER*
*MULBERRY BUSINESS PARK*
*FISHPONDS ROAD*
*WOKINGHAM, ENGLAND RG41 2GY*
**Date Filed: 1/20/2017**
**Claim Face Value: $20,587.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,587.16 | | $0.00 |
| | | | | $20,587.16 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## DUKE ENERGY
### Case(s): 207 Clm No: 1682 Clm. Amt: $14,872.85

*ATTN: CAROL BAUCOM*
*P.O. BOX 1245 DT01X*
*CHARLOTTE, NC 28201*
**Date Filed: 1/20/2017**
**Claim Face Value: $14,872.85**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $14,872.85 | | $0.00 |
| | | | | $14,872.85 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## NATHANIEL WALKER
### Case(s): 207 Clm No: 1683 Clm. Amt: $68,293.00

*Address Redacted*
**Date Filed: 1/20/2017**
**Claim Face Value: $68,293.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $68,293.00 | | $0.00 |
| | | | | $68,293.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CHRISTOPHER BLANK
### Case(s): 207 Clm No: 1684 Clm. Amt: $130,000.00

*Address Redacted*
**Date Filed: 1/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $130,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $130,000.00 | | $0.00 |
| | | | | $130,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ANDREW R. DILLON
### Case(s): 207 Clm No: 1685 Clm. Amt: $63,976.00

*Address Redacted*
**Date Filed: 1/20/2017**
**Claim Face Value: $63,976.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $63,976.00 | | $0.00 |
| | | | | $63,976.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DAVID VINCENT PRIMM, SR.
### Case(s): 207 Clm No: 1686 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed: 1/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## ANTHONY STEVENSON
**Case(s): 207 Clm No: 1687 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## VORTEX INDUSTRIES
**Case(s): 207 Clm No: 1688 Clm. Amt: $3,532.12**

*ATTN: MICHELLE CRECELIUS*
*20 ODYSSEY*
*IRVINE, CA 92618*
**Date Filed: 1/20/2017**
**Claim Face Value: $3,532.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,532.12 | | |
| | | | | $3,532.12 | | |

## SHEILA MORING
**Case(s): 207 Clm No: 1689 Clm. Amt: $250.00**

*Address Redacted*
**Date Filed: 1/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $250.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $250.00 | | $0.00 |
| | | | | $250.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ERIC WILEY
**Case(s): 207 Clm No: 1690 Clm. Amt: $60,868.00**

*Address Redacted*
**Date Filed: 1/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,868.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $60,868.00 | | $0.00 |
| | | | | $60,868.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## HURST REVIEW SERVICES, INC.
**Case(s): 207 Clm No: 1691 Clm. Amt: $15,330.00**

*ATTN: MICHAEL TANNER*
*127 S. RAILROAD AVENUE*
*BROOKHAVEN, MS 39601*
**Date Filed: 1/20/2017**
**Claim Face Value: $15,330.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $15,330.00 | | |
| | | | | $15,330.00 | | |

## ORDES SERVICES, LLC
**Case(s): 207 Clm No: 1692 Clm. Amt: $381.00**

*ATTN: GWEN O. HOSELLE*
*3401 JEAN LAFITTE PARKWAY*
*CHALMETTE, LA 70043*
**Date Filed: 1/20/2017**
**Claim Face Value: $381.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $381.00 | | |
| | | | | $381.00 | | |

## REGINA KAY TAYLOR
**Case(s): 207 Clm No: 1693 Clm. Amt: $12,850.00**

*1021 WEST 36TH STREET*
*INDIANAPOLIS, IN 46208*
**Date Filed: 1/20/2017**
**Claim Face Value: $7,996.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| | | | | $12,850.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4593 | Objection Granted | 04/25/2022 | 4834 |

## LINDSAY M. SAUNDERS
**Case(s): 207 Clm No: 1694 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/20/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## 2525 SHADELAND LLC
**Case(s): 207 Clm No: 1695 Clm. Amt: $209,578.28**

*C/O PLUNKETT COONEY*
*ATTN: DAVID A. LERNER, ESQ*
*38505 WOODWARD AVE., SUITE 2000*
*BLOOMFIELD HILLS, MI 48304*
**Date Filed: 1/20/2017**
**Claim Face Value: $209,578.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $209,578.28 | | $154,897.05 |
| | | | | $209,578.28 | | $154,897.05 |

**FRED S. LACHER JR.**
**Case(s): 207 Clm No: 1696 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/20/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**SEBRINA SMITH**
**Case(s): 207 Clm No: 1697 Clm. Amt: $40,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/23/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $40,000.00** | | | | | | | |
| | 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**NEITH HEREDIA**
**Case(s): 207 Clm No: 1698 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/20/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | PRI | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**HARLEY SIEVENPIPER**
**Case(s): 207 Clm No: 1699 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**RICARDO B. GARCIA**
**Case(s): 207 Clm No: 1700 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ADREA CONNELL**
**Case(s): 207 Clm No: 1701 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**LATEISHA ANDERSON**

**Case(s): 207 Clm No: 1702 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/20/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**KEITH JAMES WERTMAN**

**Case(s): 207 Clm No: 1703 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**PETER SAMIR HANNA**

**Case(s): 207 Clm No: 1704 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**DEVIN MOSS**
**Case(s): 207 Clm No: 1705 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**SAMANTHA SEIFERT**
**Case(s): 207 Clm No: 1706 Clm. Amt: $25,350.00**

*Address Redacted*
**Date Filed: 1/20/2017**
**Claim Face Value: $25,350.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $25,350.00 | | $0.00 |
| | | | | $25,350.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**WASTE MANAGEMENT**
**Case(s): 207 Clm No: 1707 Clm. Amt: $10,475.72**

*C/O JACQUOLYN E. MILLS*
*1001 FANNIN STREET*
*HOUSTON, TX 77002*
**Date Filed: 1/20/2017**
**Claim Face Value: $10,475.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,475.72 | | |
| | | | | $10,475.72 | | |

**KNIN, LLC**
**Case(s): 207 Clm No: 1708 Clm. Amt: $40,052.00**

*1866 EAST CHISHOLM DRIVE*
*NAMPA, ID 83687*
**Date Filed: 1/20/2017**
**Claim Face Value: $40,052.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,052.00 | | |
| | | | | $40,052.00 | | |

**MICHAEL EDWARDS**
**Case(s): 207 Clm No: 1709 Clm. Amt: $3,922.85**

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $3,922.85**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,922.85 | | $0.00 |
| | | | | $3,922.85 | | $0.00 |

Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**WBXH, LLC**
**Case(s): 207 Clm No: 1710 Clm. Amt: $3,346.45**

*844 GOVERNMENT STREET*
*BATON ROUGE, LA 70802*
**Date Filed: 1/20/2017**
**Claim Face Value: $3,346.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,346.45 | | |
| | | | | $3,346.45 | | |

**KYLE HIDEY**
**Case(s): 207 Clm No: 1711 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**JOSH C. LINN**
**Case(s): 207 Clm No: 1712 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ZACHARY FRANK TAYLOR**
**Case(s): 207 Clm No: 1713 Clm. Amt: $74,194.45**

*Address Redacted*
**Date Filed: 1/23/2017**
**Claim Face Value: $74,194.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $74,194.45 | | $0.00 |
| | | | | $74,194.45 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SHANNITA MARIE JOHNSON**
**Case(s): 207 Clm No: 1714 Clm. Amt: $63,976.00**

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $63,976.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $63,976.00 | | $0.00 |
| | | | | $63,976.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**GILBERT BERNARD SHAW, JR**
**Case(s): 207 Clm No: 1715 Clm. Amt: $37,330.96**

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $37,330.96**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $37,330.96 | | $0.00 |
| | | | | $37,330.96 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### MATTHEW BICKFORD
**Case(s): 207 Clm No: 1716 Clm. Amt: $120,000.00**

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $120,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $120,000.00 | | $0.00 |
| | | | | $120,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### RYAN P. HAAS
**Case(s): 207 Clm No: 1717 Clm. Amt: $17,570.35**

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $17,570.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $17,570.35 | | $0.00 |
| | | | | $17,570.35 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### PRISTINE PROPERTIES
**Case(s): 207 Clm No: 1718 Clm. Amt: $2,180.00**

*ATTN: CLIFF RELIFORD*
*2626 PANTALL RD*
*THOMPSONS STATION, TN 37179*
**Date Filed: 1/23/2017**
**Claim Face Value: $2,180.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,180.00 | | |
| | | | | $2,180.00 | | |

### ANTHONY ADAMS
**Case(s): 207 Clm No: 1719 Clm. Amt: $12,267.00**

*Address Redacted*
**Date Filed: 1/23/2017**
**Amended By Clm #: 1720**
**Claim Face Value: $12,267.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $2,850.00 | | $0.00 |
| 207 | UNS | | | $9,417.00 | | $0.00 |
| | | | | $12,267.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ANTHONY ADAMS
### Case(s): 207 Clm No: 1720 Clm. Amt: $12,267.00

*Address Redacted*
**Date Filed: 1/23/2017**
**Orig. Date Filed: 1/23/2017**
**Amending Clm #: 1719**
**Claim Face Value: $12,267.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $2,850.00 | | $0.00 |
| 207 | UNS | | | $9,417.00 | | $0.00 |
| | | | | $12,267.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CHARLES BAQUERO
### Case(s): 207 Clm No: 1721 Clm. Amt: $33,573.90

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $33,573.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $33,573.90 | | $0.00 |
| | | | | $33,573.90 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CINQUETTA ANDRE EDGE
### Case(s): 207 Clm No: 1722 Clm. Amt:

*Address Redacted*
**Date Filed: 1/23/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**VANTIV, LLC**
**Case(s): 207 Clm No: 1723 Clm. Amt:**

*C/O ULMER & BERNE LLP*
*ATTN: TODD ATKINSON*
*1660 WEST 2ND STREET, SUITE 1100*
*CLEVELAND, OH 44113*
**Date Filed: 1/23/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $260,047.68 |
| | | | | | | $260,047.68 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

**GREG AGOPIAN**
**Case(s): 207 Clm No: 1724 Clm. Amt: $1,570,256.20**

*Address Redacted*
**Date Filed: 1/23/2017**
**Claim Face Value: $1,570,256.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,570,256.20 | | $0.00 |
| | | | | $1,570,256.20 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CASEY MUMMAW**
**Case(s): 207 Clm No: 1725 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**GYTHRI D/O RAMALINGAM**
**Case(s): 207 Clm No: 1726 Clm. Amt: $6,750.00**

*BLOCK 169C PUNGGOL FIELD*
*#17-673*
*SINGAPORE*
**Date Filed: 1/24/2017**
**Claim Face Value: $6,750.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $6,750.00 | | $0.00 |
| | | | | $6,750.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## KENIA MABEL GUEVARA
### Case(s): 207 Clm No: 1727 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed: 1/24/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## 93 NYRPT, LLC
### Case(s): 207 Clm No: 1728 Clm. Amt: $675,617.52

*C/O BENDERSON DEVELOPMENT COMPANY INC.*
*ATTN: KENNETH S. LABENSKI*
*570 DELAWARE AVE.*
*BUFFALO, NY 14202*
**Date Filed: 1/24/2017**
**Claim Face Value: $675,617.52**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $675,617.52 | | $534,148.68 |
| | | | | $675,617.52 | | $534,148.68 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

## LIRONG LIN
### Case(s): 207 Clm No: 1729 Clm. Amt: $15,778.10

*33 FAWN RIDGE RD*
*HENRIETTA, NY 14467*
**Date Filed: 1/24/2017**
**Claim Face Value: $15,778.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $15,778.10 | | $0.00 |
| | | | | $15,778.10 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## SHANE ASHER AND BARLETT ASHER
### Case(s): 207 Clm No: 1730 Clm. Amt:

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**AHMED MOHAMED SHATA**
**Case(s): 207 Clm No: 1731 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**FOCUS CENTRE TWO, LLC**
**Case(s): 207 Clm No: 1732 Clm. Amt: $411,825.26**

*ATTN: JAMES R. SCHRIER*
*250 MAIN ST., STE. 601*
*P.O. BOX 280*
*LAFAYETTE, IN 47902*
**Date Filed: 1/24/2017**
**Claim Face Value: $411,825.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $411,825.26 | | |
| | | | | $411,825.26 | | |

**NATHANIEL JAMES ROBENOLT**
**Case(s): 207 Clm No: 1733 Clm. Amt: $36,599.37**

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $36,599.37**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $36,599.37 | | $0.00 |
| | | | | $36,599.37 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**HECTOR M. NAVA, JR.**
**Case(s): 207 Clm No: 1734 Clm. Amt: $56,757.96**

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $56,757.96**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $56,757.96 | | $0.00 |
| | | | | $56,757.96 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JAMES ANDERSON**
**Case(s): 207 Clm No: 1735 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**ANTHONY GALLO**
**Case(s): 207 Clm No: 1736 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**JEANNE GALLO**
**Case(s): 207 Clm No: 1737 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ALESIA GALLO**
**Case(s): 207 Clm No: 1738 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ALEX ESCOBAR**
**Case(s): 207 Clm No: 1739 Clm. Amt: $70,000.00**

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TRENT ASH**
**Case(s): 207 Clm No: 1740 Clm. Amt: $76,000.00**

*Address Redacted*
**Date Filed: 1/23/2017**
**Claim Face Value: $76,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $76,000.00 | | $0.00 |
| | | | | $76,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SF CH2, LLC**
**Case(s): 207 Clm No: 1741 Clm. Amt: $465,743.10**

*C/O KRASNOW SAUNDERS LLP*
*ATTN: ISAIAH A. FISHMAN*
*500 N. DEARBORN ST., 2ND FLOOR*
*CHICAGO, IL, 60654*
**Date Filed: 1/24/2017**
**Claim Face Value: $465,743.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $465,743.10 | | |
| | | | | $465,743.10 | | |

## APRIL CHAPMAN-THOMAS
### Case(s): 207 Clm No: 1742 Clm. Amt: $11,224.50

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $11,224.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $11,224.50 | | $0.00 |
| | | | | $11,224.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## XOTOVIO BELL
### Case(s): 207 Clm No: 1743 Clm. Amt: $15,000.00

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $15,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | | | $15,000.00 | | $0.00 |
| | | | | $15,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## JOSEPH MICHAEL ESWAY
### Case(s): 207 Clm No: 1744 Clm. Amt: $6,696.34

*641 MANNELA DRIVE*
*STRAWBERRY PLAINS, TN 37871*
**Date Filed: 1/24/2017**
**Claim Face Value: $6,696.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $6,696.34 | | |
| | | | | $6,696.34 | | |


## POLINA MIKELOVA
### Case(s): 207 Clm No: 1745 Clm. Amt: $42,000.00

*Address Redacted*
**Date Filed: 1/23/2017**
**Claim Face Value: $42,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $42,000.00 | | $0.00 |
| | | | | $42,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MICHAEL FULKERSIN
### Case(s): 207 Clm No: 1746 Clm. Amt: $80,000.00

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SHINY BLACK CLEANING LLC
### Case(s): 207 Clm No: 1747 Clm. Amt: $3,800.00

*1 GOLDENROAD LN*
*MADISON, WI 53719*
**Date Filed: 1/23/2017**
**Claim Face Value: $3,800.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $3,800.00 | | $0.00 |
| 207 | UNS | Allowed | | | | $3,800.00 |
| | | | | $3,800.00 | | $3,800.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/09/2021 | 4210 | Objection Granted | 04/21/2021 | 4282 |

## CLANCY E. HULL
### Case(s): 207 Clm No: 1748 Clm. Amt: $15,022.00

*Address Redacted*
**Date Filed: 1/23/2017**
**Claim Face Value: $15,022.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $15,022.00 | | $0.00 |
| | | | | $15,022.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## RL BB-TX, LLC
### Case(s): 207 Clm No: 1749 Clm. Amt: $21,648.08

*C/O RIALTO CAPITAL*
*ATTN: STEPHANIE MAZZA*
*2490 PASEO VERDE PKWY, STE 120*
*HENDERSON, NV 89074*
**Date Filed: 1/23/2017**
**Claim Face Value: $21,648.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $21,648.08 | | |
| | | | | $21,648.08 | | |

**ROBERT EARL GUINN**

**Case(s): 207 Clm No: 1750 Clm. Amt: $7,216.24**

*8207 LAUREL GROVE CT*
*LOUISVILLE, KY 40228*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $7,216.24**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | | | $6,084.17 |
| 207 | UNS | Disallowed | | $7,216.24 | | $0.00 |
| | | | | $7,216.24 | | $6,084.17 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

**PATHFINDER COMMUNICATIONS CORP**

**Case(s): 207 Clm No: 1751 Clm. Amt: $3,876.00**

*ATTN: CLARE SVETANOFF*
*245 EDISON RD, SUITE 250*
*MISHAWAKA, IN 46545*
**Date Filed: 1/23/2017**
**Claim Face Value: $3,876.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,876.00 | | |
| | | | | $3,876.00 | | |

**JAM COMMUNICATIONS CORP**

**Case(s): 207 Clm No: 1752 Clm. Amt: $1,462.00**

*ATTN: CLARE SVETANOFF*
*245 EDISON ROAD, SUITE 250*
*MISHAWAKA, IN 46545*
**Date Filed: 1/23/2017**
**Claim Face Value: $1,462.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,462.00 | | |
| | | | | $1,462.00 | | |

**EPHRAIM REYES**

**Case(s): 207 Clm No: 1753 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DARLENE SAVILLA HOPKINS**
**Case(s): 207 Clm No: 1754 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/23/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**DARRYL R. BROWN**
**Case(s): 207 Clm No: 1755 Clm. Amt: $66,000.00**

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $66,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $66,000.00 | | $0.00 |
| | | | | | $66,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**BRIAN A. PROVIDENCE**
**Case(s): 207 Clm No: 1756 Clm. Amt: $20,000.00**

*Address Redacted*
**Date Filed: 1/23/2017**
**Claim Face Value: $20,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | | | $20,000.00 | | $0.00 |
| | | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**CLEOPATHRA E. ROBINSON**
**Case(s): 207 Clm No: 1757 Clm. Amt: $15,002.00**

*Address Redacted*
**Date Filed: 1/23/2017**
**Claim Face Value: $15,002.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $15,002.00 | | $0.00 |
| | | | | $15,002.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DAWN BELTON**
**Case(s): 207 Clm No: 1758 Clm. Amt: $90,000.00**

*Address Redacted*
**Date Filed: 1/23/2017**
**Claim Face Value: $90,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $90,000.00 | | $0.00 |
| | | | | $90,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**ISMET CAPIRO**
**Case(s): 207 Clm No: 1759 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LIJUAN YANG
### Case(s): 207 Clm No: 1760 Clm. Amt: $3,900.00

*4429 PANTHERA LEO DR.*
*CAMEL, IN 46074*
**Date Filed: 1/23/2017**
**Claim Face Value: $3,900.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $3,900.00 | | $0.00 |
| | | | | $3,900.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## MARIA GRISEL CARNERO GONZALEZ
### Case(s): 207 Clm No: 1761 Clm. Amt: $7,756.00

*Address Redacted*
**Date Filed: 1/23/2017**
**Claim Face Value: $7,756.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $7,756.00 | | $0.00 |
| | | | | $7,756.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## STORMIE M. GRAHAM
### Case(s): 207 Clm No: 1762 Clm. Amt: $48.35

*4460 ASHBERRY ST, APT 410*
*FORTWORTH, TX 76106*
**Date Filed: 1/23/2017**
**Claim Face Value: $48.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $48.35 | | $0.00 |
| | | | | $48.35 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## JACK SARKIS KEYIAN IV
### Case(s): 207 Clm No: 1763 Clm. Amt: $55,000.00

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $55,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $55,000.00 | | $0.00 |
| | | | | $55,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## NATHLI ROBINSON
**Case(s): 207 Clm No: 1764 Clm. Amt: $36,266.00**

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $36,266.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $36,266.00 | | $0.00 |
| | | | | $36,266.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## GLEN EASLEY
**Case(s): 207 Clm No: 1765 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CHAD WHITLOCK
**Case(s): 207 Clm No: 1766 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | PRI | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## NINO YAGHOUBI
**Case(s): 207 Clm No: 1767 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 1/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KIRKPATRICK PLAZA, LLC
**Case(s): 207 Clm No: 1768 Clm. Amt: $197,276.49**

*ATTN: HARRY A. LIGHT*
*400 WEST CAPITOL AVE, STE 2000*
*LITTLE ROCK, AR 72201*
**Date Filed: 1/23/2017**
**Claim Face Value: $197,276.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $197,276.49 | | |
| | | | | $197,276.49 | | |

## FORMER COVERED EMPLOYEES AND THEIR
**Case(s): 207 Clm No: 1769 Clm. Amt:**

*COVERED DEPENDENTS WHO HAVE*
*UNPAID CLAIMS FOR BENEFITS*
*C/O RUBIN & LEVIN, P.C.*
*ATTN: DEBORAH J. CARUSO*
*135 N. PENNSYLVANIA ST, STE 1400*
*INDIANAPOLIS, IN 46204*
**Date Filed: 1/24/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

## LAWRENCE CARVER
**Case(s): 207 Clm No: 1770 Clm. Amt: $151,407.60**

*Address Redacted*
**Date Filed: 1/24/2017**
**Claim Face Value: $151,407.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $151,407.60 | | $0.00 |
| | | | | $151,407.60 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**THOSE PERSONS LISTED ON EXHIBIT A**
**Case(s): 207 Clm No: 1771 Clm. Amt: $294,965.14**

*c/o Rubin & Levin, PC*
*ATTN: Deborah J Caruso, Trustee*
*135 N. Pennsylvania St, Ste 1400*
*INDIANAPOLIS, IN 46204*
**Date Filed: 1/24/2017**
**Claim Face Value: $294,965.14**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | |
| 207 | UNS | | | $294,965.14 | | |
| | | | | $294,965.14 | | |

**THOSE PERSONS LISTED ON EXHIBIT A**
**Case(s): 207 Clm No: 1772 Clm. Amt: $7,876.37**

*c/o Rubin & Levin, PC*
*ATTN: Deborah J Caruso, Trustee*
*135 N. Pennsylvania St, Ste 1400*
*INDIANAPOLIS, IN 46204*
**Date Filed: 12/12/2022**
**Orig. Date Filed: 1/24/2017**
**Amended By Clm #: 1772**
**Claim Face Value: $7,876.37**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | $7,876.37 | | $6,571.79 |
| | | | | $7,876.37 | | $6,571.79 |

**MICHAEL DEAN SWITALSKI SR**
**Case(s): 207 Clm No: 1773 Clm. Amt: $19,521.71**

*Address Redacted*
**Date Filed: 1/23/2017**
**Claim Face Value: $19,521.71**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $19,521.71 | | $0.00 |
| | | | | $19,521.71 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DEBORA IBRAHIM**
**Case(s): 207 Clm No: 1774 Clm. Amt: $83,364.73**

*34 MARKLEVILLE LN*
*WESTFIELD, IN 46074*
**Date Filed: 1/23/2017**
**Claim Face Value: $83,364.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $83,364.73 | | $0.00 |
| | | | | $83,364.73 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/31/2022 | 5013 | Objection Granted | 12/13/2022 | 5058 |

## STUDENT CU CONNECT CUSO, LLC (CUSO)
### Case(s): 207 Clm No: 1775 Clm. Amt: $150,083,040.42

*C/O FOLEY & LARDNER LLP*
*ATTN: RICHARD J. BERNARD*
*90 PARK AVENUE*
*NEW YORK, NY 10016*
**Date Filed: 1/24/2017**
**Claim Face Value: $150,083,040.42**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | SEC | | | $8,818,617.76 | | $0.00 |
| 207 | UNS | | | $141,264,422.66 | | $127,844,857.00 |
| | | | | $150,083,040.42 | | $127,844,857.00 |

## DANIEL SATTON
### Case(s): 207 Clm No: 1776 Clm. Amt:

*Address Redacted*
**Date Filed: 1/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

## TERESA DAWN SHEARER
### Case(s): 207 Clm No: 1777 Clm. Amt: $6,480.00

*4100 PATTY LANE*
*BETHANY, OK 73008*
**Date Filed: 1/24/2017**
**Claim Face Value: $6,480.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | PRI | Disallowed | | $6,480.00 | | $0.00 |
| | | | | $6,480.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 02/18/2022 | 1594 | Objection Granted | 04/25/2022 | 4835 |

## 4021 DURHAM OFFICE, LLC
### Case(s): 207 Clm No: 1778 Clm. Amt: $386,429.00

*C/O FOLEY & LARDNER LLP*
*ATTN: MATTHEW J. STOCKL*
*321 N. CLARK STREET, SUITE 2800*
*CHICAGO, IL 60654*
**Date Filed: 1/24/2017**
**Claim Face Value: $386,429.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $386,429.00 | | |
| | | | | $386,429.00 | | |

## ATLANTA'S FAVORITE TRANSPORTATION
### Case(s): 207 Clm No: 1779 Clm. Amt: $10,700.00

*ATTN: MAEDEAN NOBLE*
*696 CATHERINE STREET, SW*
*ATLANTA, GA 30310*
**Date Filed: 1/24/2017**
**Claim Face Value: $5,350.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | | | $5,350.00 | | $0.00 |
| 207 | PRI | | | $5,350.00 | | $0.00 |
| | | | | $10,700.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## WTVQ TELEVISION
### Case(s): 207 Clm No: 1780 Clm. Amt: $5,014.15

*C/O SZABO ASSOCIATES, INC.*
*ATTN: SANDI G. HENDERSON*
*3355 LENOX ROAD NE, SUITE 945*
*ALTANTA, GA 30326*
**Date Filed: 1/24/2017**
**Claim Face Value: $5,014.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,014.15 | | |
| | | | | $5,014.15 | | |

## ISRAEL SANDOVAL
### Case(s): 207 Clm No: 1781 Clm. Amt: $8,500.00

*Address Redacted*
**Date Filed: 1/24/2017**
**Orig. Date Filed: 1/10/2017**
**Bar Date: 1/30/2017**
**Amending Clm #: 1373**
**Claim Face Value: $8,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $8,500.00 | | $0.00 |
| | | | | $8,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SARAH ENYEART
### Case(s): 207 Clm No: 1782 Clm. Amt: $45,000.00

*Address Redacted*
**Date Filed: 1/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## AVIATION BUSINESS PARK VII, LLC
### Case(s): 207 Clm No: 1783 Clm. Amt: $512,610.56

*C/O WOMBLE CARLYLE*
*ATTN: THOMAS HARPER, ESQ.*
*5 EXCHANGE STREET*
*CHARLESTON, SC 29401*
**Date Filed: 1/27/2017**
**Claim Face Value: $512,610.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | ADM | Disallowed | | $53,936.60 | | $0.00 |
| 207 | UNS | | | $458,673.96 | | $386,846.60 |
| | | | | $512,610.56 | | $386,846.60 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 09/03/2020 | 4052 | Objection Granted | 10/22/2020 | 4114 |

## SARAH ENYEART
### Case(s): 207 Clm No: 1784 Clm. Amt: $45,000.00

*Address Redacted*
**Date Filed: 1/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ANDREW DEBONA
### Case(s): 207 Clm No: 1785 Clm. Amt: $60,000.00

*Address Redacted*
**Date Filed: 1/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### DEBORAH ENYEART
**Case(s): 207 Clm No: 1786 Clm. Amt: $55,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 1/24/2017** **Bar Date: 1/30/2017** **Claim Face Value: $55,000.00** | | | | | | | |
| | 207 | UNS | | | $55,000.00 | | $0.00 |
| | | | | | $55,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

### ROBERT I. TRUJILLO
**Case(s): 207 Clm No: 1787 Clm. Amt: $40,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 1/24/2017** **Bar Date: 1/30/2017** **Claim Face Value: $40,000.00** | | | | | | | |
| | 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### Phillip B. Frank
**Case(s): 207 Clm No: 1788 Clm. Amt: $508,533.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *12514 Pembrooke Cir* *Carmel, IN 46032* **Date Filed: 3/8/2023** **Orig. Date Filed: 1/24/2017** **Amending Clm #: 1788** **Amended By Clm #: 1788** **Claim Face Value: $508,533.00** | | | | | | | |
| | 207 | PRI | | | $6,404.64 | | |
| | 207 | UNS | | | $502,128.36 | | |
| | | | | | $508,533.00 | | |

### TODD E. IHLE
**Case(s): 207 Clm No: 1789 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 1/24/2017** **Bar Date: 1/30/2017** **Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## MANASA CHENNADI
### Case(s): 207 Clm No: 1790 Clm. Amt: $15,415.80

*1645 ALTAIR DR*
*CARMEL, IN 46032*
**Date Filed: 1/24/2017**
**Claim Face Value: $15,415.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $15,415.80 | | $0.00 |
| | | | | $15,415.80 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

## SAMUEL GALLAGHER
### Case(s): 207 Clm No: 1791 Clm. Amt: $70,000.00

*Address Redacted*
**Date Filed: 1/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

## LEXINGTON INSURANCE COMPANY AND CERTAIN OTHER SUBSIDIARIES OF AIG PROPERTY
### Case(s): 207 Clm No: 1792 Clm. Amt:

*C/O AIG, INC.,*
*ATTN: KEVIN J. LARNER, ESQ.*
*175 WATER STREET, 15TH FLOOR*
*NEW YORK, NY 10038*
**Date Filed: 1/25/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

## CHRISTOPHER SORTLAND
### Case(s): 207 Clm No: 1793 Clm. Amt: $4,565.17

*2435 DEER SIDE DR SE*
*CALGARY, AB T2J 5L7*
*CANADA*
**Date Filed: 1/25/2017**
**Claim Face Value: $4,565.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $4,565.17 | | $0.00 |
| | | | | $4,565.17 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**ITT MANUFACTURING ENTERPRISES LLC**
**Case(s): 207 Clm No: 1794 Clm. Amt:**

*C/O MCGUIREWOODS LLP*
*ATTN: SHAWN FOX*
*1345 AVE. OF THE AMERICAS, 7TH FLOOR*
*NEW YORK, NY 10105*
**Date Filed: 1/25/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

**JOSEPH LOVELL**
**Case(s): 207 Clm No: 1795 Clm. Amt: $12,791.00**

*301 MILLER DR.*
*RICHMOND, KY 40475*
**Date Filed: 1/25/2017**
**Claim Face Value: $12,791.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $12,791.00 | | $0.00 |
| | | | | $12,791.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**SARAN CONDE**
**Case(s): 207 Clm No: 1796 Clm. Amt: $31,111.00**

*Address Redacted*
**Date Filed: 1/17/2017**
**Claim Face Value: $31,111.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $31,111.00 | | $0.00 |
| | | | | $31,111.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MARY DIETZ**
**Case(s): 207 Clm No: 1797 Clm. Amt: $260.00**

*Address Redacted*
**Date Filed: 1/18/2017**
**Claim Face Value: $260.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | $260.00 | | $260.00 |
| | | | | $260.00 | | $260.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | | | Objection Granted | | 3079 |

## CANTRELL MCCULLOCH INCORPORATED
### Case(s): 207 Clm No: 1798 Clm. Amt: $25,400.21

ATTN: RONALD E. HOLUB, ATTORNEY
4144 N CENTRAL EXPWY #600
DALLAS, TX 75204
**Date Filed: 1/25/2017**
**Claim Face Value: $25,400.21**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $25,400.21 | | |
| | | | | $25,400.21 | | |

## CENTRAL TELEPHONE COMPANY NEVADA DBA CENTURYLINK
### Case(s): 207 Clm No: 1799 Clm. Amt: $1,261.81

C/O CENTURYLINK COMMUNICATIONS, LLC.- BANKRUPTCY
1801 CALIFORNIA ST RM.900
DENVER, CO 80202
**Date Filed: 1/18/2017**
**Claim Face Value: $1,261.81**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,261.81 | | |
| | | | | $1,261.81 | | |

## QWEST CORPORATION DBA CENTURYLINK QC
### Case(s): 207 Clm No: 1800 Clm. Amt: $1,469.59

C/O CENTURYLINK COMMUNICATIONS, LLC.- BANKRUPTCY
1801 CALIFORNIA ST RM. 900
DENVER, CO 80202
**Date Filed: 1/18/2017**
**Claim Face Value: $1,469.59**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,469.59 | | |
| | | | | $1,469.59 | | |

## GREYSTONE POWER CORPORATION
### Case(s): 207 Clm No: 1801 Clm. Amt: $3,168.80

ATTN: DANA WILLIAMS
P.O. BOX 897
DOUGLASVILLE, GA 30133
**Date Filed: 1/18/2017**
**Claim Face Value: $3,168.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,168.80 | | |
| | | | | $3,168.80 | | |

## ANTHONY T. CAPOZZI
### Case(s): 207 Clm No: 1802 Clm. Amt: $34,752.46

Address Redacted
**Date Filed: 1/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $34,752.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $34,752.46 | | $0.00 |
| | | | | $34,752.46 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SILVERBACK NETWORK, INC.
### Case(s): 207 Clm No: 1803 Clm. Amt: $53,727.00

*ATTN: JONATHAN CUMMINGS*
*223 W BULLDOG BLVD*
*BOX 523*
*PROVO, UT 84604*
**Date Filed: 1/24/2017**
**Claim Face Value: $53,727.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $53,727.00 | | $0.00 |
| | | | | $53,727.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## W.W. GRAINGER
### Case(s): 207 Clm No: 1804 Clm. Amt: $810.27

*7300 NORTH MELVINA AVE*
*MWX22838572659*
*NILES, IL 60714*
**Date Filed: 1/24/2017**
**Claim Face Value: $810.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $810.27 | | $0.00 |
| | | | | $810.27 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

## CHRISTOPHER THOMPSON
### Case(s): 207 Clm No: 1805 Clm. Amt: $20,633.00

*Address Redacted*
**Date Filed: 1/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,633.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,633.00 | | $0.00 |
| | | | | $20,633.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## HILLSBOROUGH COUNTY TAX COLLECTOR
### Case(s): 207 Clm No: 1806 Clm. Amt: $2,151.40

*ATTN: DOUG BELDEN, TAX COLLECTOR*
*P.O. BOX 30012*
*TAMPA, FL 33630-3012*
**Date Filed: 1/24/2017**
**Claim Face Value: $2,151.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | Disallowed | | $2,151.40 | | $0.00 |
| | | | | $2,151.40 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

### AVEMARIA M. LADSON
### Case(s): 207 Clm No: 1807 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 1/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $50,000.00 | | $0.00 |
| 207 | SEC | | | Unknown | Y | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### VIACOM MEDIA NETWORKS, DIVISION OF VIACOM INTERNATIONAL INC.
### Case(s): 207 Clm No: 1808 Clm. Amt: $2,554,040.47

*C/O VIACOM INC*
*ATTN: LISA SOLAZZO*
*1515 BROADWAY*
*NEW YORK, NY 10036*
**Date Filed: 1/21/2017**
**Claim Face Value: $2,554,040.47**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,554,040.47 | | |
| | | | | $2,554,040.47 | | |

### STRATEGY CONSULTANTS, LLC
### Case(s): 207 Clm No: 1809 Clm. Amt: $12,250.00

*C/O GRAYDON*
*ATTN: NATHAN L. SWEHLA, ESQ.*
*312 WALNUT ST, SUITE 1800*
*CINCINNATI, OH 45202*
**Date Filed: 1/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,250.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $12,250.00 | | $0.00 |
| | | | | $12,250.00 | | $0.00 |

### CONSTELLATION NEWENERGY, INC.
### Case(s): 207 Clm No: 1810 Clm. Amt: $16,485.93

*ATTN: SUSANNE LALONDE*
*1310 POINT STREET*
*BALTIMORE, MD 21231*
**Date Filed: 1/24/2017**
**Claim Face Value: $16,485.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $7,460.03 | | $0.00 |
| 207 | UNS | | | $9,025.90 | | $16,485.93 |
| | | | | $16,485.93 | | $16,485.93 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

**ROB THOURSON**
**Case(s): 207 Clm No: 1811 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/24/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**WESTCHESTER FIRE INSURANCE COMPANY**
**Case(s): 207 Clm No: 1812 Clm. Amt: $555,571.60**

*C/O MANIER & HEROD PC*
*ATTN: MICHAEL E. COLLINS*
*1201 Demonbreun St, Ste 900*
*Nashville, TN 37203*
**Date Filed: 1/24/2017**
**Amending Clm #: 1812**
**Amended By Clm #: 1812**
**Claim Face Value: $555,571.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $555,571.60 | | |
| | | | | $555,571.60 | | |

**JONATHAN E. MARTINEZ**
**Case(s): 207 Clm No: 1813 Clm. Amt: $95,406.89**

*Address Redacted*
**Date Filed: 1/24/2017**
**Claim Face Value: $95,406.89**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $95,406.89 | | $0.00 |
| | | | | $95,406.89 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DOLORES SOLIZ**
**Case(s): 207 Clm No: 1814 Clm. Amt: $4,808.31**

*Address Redacted*
**Date Filed: 1/24/2017**
**Claim Face Value: $4,808.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $4,808.31 | | $0.00 |
| | | | | $4,808.31 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**DEREK Z. KILLION**
**Case(s): 207 Clm No: 1815 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/24/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**BENSON JAMES**
**Case(s): 207 Clm No: 1816 Clm. Amt: $30,479.81**

*Address Redacted*
**Date Filed: 1/24/2017**
**Claim Face Value: $30,479.81**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $30,479.81 | | $0.00 |
| | | | | | $30,479.81 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**SOUTHWESTERN BELL TELEPHONE COMPANY**
**Case(s): 207 Clm No: 1817 Clm. Amt: $691.43**

*C/O AT&T SERVICES INC.*
*ATTN: KAREN A. CAVAGNARO*
*ONE AT&T WAY, ROOM 3A104*
*BEDMINSTER, NJ 07921*
**Date Filed: 1/24/2017**
**Claim Face Value: $691.43**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $691.43 | | |
| | | | | | $691.43 | | |

**BELLSOUTH TELECOMMUNICATIONS, INC.**
**Case(s): 207 Clm No: 1818 Clm. Amt: $3,568.20**

*C/O AT&T SERVICES, INC.*
*ATTN: KAREN A. CAVAGNARO*
*ONE AT&T WAY, ROOM 3A104*
*BEDMINSTER, NJ 07921*
**Date Filed: 1/24/2017**
**Claim Face Value: $3,568.20**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $3,568.20 | | |
| | | | | | $3,568.20 | | |

## INDIANA BELL TELEPHONE COMPANY, INC.
**Case(s): 207 Clm No: 1819 Clm. Amt: $1,930.14**

*C/O AT&T SERVICES, INC*
*ATTN: KAREN A. CAVAGNARO*
*ONE AT&T WAY, ROOM 3A104*
*BEDMINSTER, NJ 07921*
**Date Filed: 1/24/2017**
**Claim Face Value: $1,930.14**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $1,930.14 | | |
| | | | | $1,930.14 | | |

## PACIFIC BELL TELEPHONE COMPANY
**Case(s): 207 Clm No: 1820 Clm. Amt: $899.83**

*C/O AT&T SERVICES, INC.*
*ATTN: KAREN A. CAVAGNARO*
*ONE AT&T WAY, ROOM 3A104*
*BEDMINSTER, NJ 07921*
**Date Filed: 1/24/2017**
**Claim Face Value: $899.83**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $899.83 | | |
| | | | | $899.83 | | |

## Brightviews Landscape Services, Inc
**Case(s): 207 Clm No: 1821 Clm. Amt: $3,024.06**

*Attn: Tomas A Kuehn Esq*
*27001 Agoura Rd*
*Calabasas, CA 91301*
**Date Filed: 1/24/2017**
**Claim Face Value: $3,024.06**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $3,024.06 | | $0.00 |
| | | | | $3,024.06 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## DIRECT ENERGY BUSINESS, LLC
**Case(s): 207 Clm No: 1822 Clm. Amt: $8,153.72**

*C/O EDISON, MCDOWELL &*
*HETHERINGTON, LLP*
*1001 FANNIN, SUITE 2700*
*HOUSTON, TX 77002*
**Date Filed: 1/25/2017**
**Claim Face Value: $8,153.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | 503(b)(9) | Disallowed | | $2,621.08 | | $0.00 |
| 207 | UNS | | | $5,532.64 | | $8,153.72 |
| | | | | $8,153.72 | | $8,153.72 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

**GRETCHEN JENKINS**
**Case(s): 207 Clm No: 1823 Clm. Amt: $11,023.67**

*3201 INWOOD DRIVE*
*FORT WAYNE, IN 46815*
**Date Filed: 1/25/2017**
**Claim Face Value: $11,023.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | $11,023.67 | | $7,023.67 |
| | | | | $11,023.67 | | $7,023.67 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4595 | Objection Granted | 04/25/2022 | 4836 |

**SAMUEL TAYLOR**
**Case(s): 207 Clm No: 1824 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed: 1/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SAMUEL TAYLOR**
**Case(s): 207 Clm No: 1825 Clm. Amt: $15,000.00**

*Address Redacted*
**Date Filed: 1/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $15,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $15,000.00 | | $0.00 |
| | | | | $15,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**GEORGE ALEXANDER IAZZI**
**Case(s): 207 Clm No: 1826 Clm. Amt: $104,143.00**

*Address Redacted*
**Date Filed: 1/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $104,143.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $104,143.00 | | $0.00 |
| | | | | $104,143.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DAREK PAUL FISCHER**
**Case(s): 207 Clm No: 1827 Clm. Amt: $90,000.00**

*Address Redacted*
**Date Filed: 1/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $90,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $90,000.00 | | $0.00 |
| | | | | $90,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TASHA M. SMITH**
**Case(s): 207 Clm No: 1828 Clm. Amt: $155,535.00**

*Address Redacted*
**Date Filed: 1/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $155,535.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $155,535.00 | | $0.00 |
| | | | | $155,535.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JOHN STETTIN**
**Case(s): 207 Clm No: 1829 Clm. Amt: $18,087.00**

*Address Redacted*
**Date Filed: 1/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $18,087.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $18,087.00 | | $0.00 |
| | | | | $18,087.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JACOB DYLAN PEREZ
### Case(s): 207 Clm No: 1830 Clm. Amt:

*Address Redacted*
**Date Filed: 1/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## JOHN H GILLMORE JR
### Case(s): 207 Clm No: 1831 Clm. Amt: $43,018.00

*Address Redacted*
**Date Filed: 1/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $43,018.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $43,018.00 | | $0.00 |
| | | | | | $43,018.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## EDWARD THOMAS GARDNER
### Case(s): 207 Clm No: 1832 Clm. Amt: $10,000.00

*Address Redacted*
**Date Filed: 1/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | | | $10,000.00 | | $0.00 |
| | | | | | $10,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## HONOR PENELOPE VALLOR
### Case(s): 207 Clm No: 1833 Clm. Amt: $1,168.75

*1743 S.E. TACOMA STREET*
*PORTLAND, OR 97202*
**Date Filed: 1/24/2017**
**Claim Face Value: $1,168.75**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $1,168.75 | | |
| | | | | | $1,168.75 | | |

### MAXWELL LESLIE
**Case(s): 207 Clm No: 1834 Clm. Amt: $113,866.50**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/25/2017**<br>**Claim Face Value: $113,866.50** | | | | | | | |
| | 207 | UNS | | | $113,866.50 | | $0.00 |
| | | | | | $113,866.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### LISA D. BROWN
**Case(s): 207 Clm No: 1835 Clm. Amt: $14,170.36**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *1839 OLD MADISONVILLE ROAD*<br>*HENDERSON, KY 42420*<br>**Date Filed: 1/25/2017**<br>**Claim Face Value: $14,170.36** | | | | | | | |
| | 207 | UNS | Disallowed | | $14,170.36 | | $0.00 |
| | | | | | $14,170.36 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 02/18/2022 | 4617 | Objection Granted | 03/31/2022 | 4731 |

### RYAN ATKERSON
**Case(s): 207 Clm No: 1836 Clm. Amt: $8,423.44**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/25/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $8,423.44** | | | | | | | |
| | 207 | UNS | | | $8,423.44 | | $0.00 |
| | | | | | $8,423.44 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### PAUL E. KENNEDY
**Case(s): 207 Clm No: 1837 Clm. Amt: $3,473.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/24/2017**<br>**Claim Face Value: $3,473.00** | | | | | | | |
| | 207 | UNS | | | $3,473.00 | | $0.00 |
| | | | | | $3,473.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**CHRISTOPHER R. WOLFLA**
**Case(s): 207 Clm No: 1838 Clm. Amt: $50,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/24/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $50,000.00** | | | | | | | |
| | 207 | PRI | | | $50,000.00 | | $0.00 |
| | | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ABRAHAM PEREZ**
**Case(s): 207 Clm No: 1839 Clm. Amt: $38,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/24/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $38,000.00** | | | | | | | |
| | 207 | PRI | | | $38,000.00 | | $0.00 |
| | | | | | $38,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**SOLAR DRIVE BUSINESS, LLC**
**Case(s): 207 Clm No: 1840 Clm. Amt: $552,259.20**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *C/O HALLING MEZA LLP*<br>*ATTN: CHRIS W. HALLING, ESQ.*<br>*23586 CALABASSAS RD, SUITE 200*<br>*CALABASSAS, CA 91302*<br>**Date Filed: 1/24/2017**<br>**Claim Face Value: $552,259.20** | | | | | | | |
| | 207 | UNS | | | $552,259.20 | | $366,274.89 |
| | | | | | $552,259.20 | | $366,274.89 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 09/03/2020 | 4052 | Objection Granted | 10/22/2020 | 4114 |

**PAUL JARROLD**
**Case(s): 207 Clm No: 1841 Clm. Amt: $35,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/24/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $35,000.00** | | | | | | | |
| | 207 | UNS | | | $35,000.00 | | $0.00 |
| | | | | | $35,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**NICHOLAS EDMOND**
**Case(s): 207 Clm No: 1842 Clm. Amt: $36,096.52**

*Address Redacted*
**Date Filed: 1/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $36,096.52**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | PRI | | | $36,096.52 | | $0.00 |
| | | | | $36,096.52 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DAVID PRUDE**
**Case(s): 207 Clm No: 1843 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/24/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MARIE BAUER**
**Case(s): 207 Clm No: 1844 Clm. Amt: $9,000.00**

*PO BOX 313*
*ANTWERP, OH 45813*
**Date Filed: 1/25/2017**
**Claim Face Value: $9,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | PRI | Allowed | | $9,000.00 | | $6,500.00 |
| | | | | $9,000.00 | | $6,500.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4596 | Objection Granted | 04/25/2022 | 4737 |

**MARIA LEMON**
**Case(s): 207 Clm No: 1845 Clm. Amt: $9,836.54**

*7201 MIAHQUEAH CT.*
*FORT WAYNE, IN 46815*
**Date Filed: 1/25/2017**
**Claim Face Value: $9,836.54**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $9,836.54 | | $0.00 |
| | | | | $9,836.54 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4597 | Objection Granted | 04/25/2022 | 4838 |

## ERNEST BURGS
### Case(s): 207 Clm No: 1846 Clm. Amt: $150,000.00

*Address Redacted*
**Date Filed: 1/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $150,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $150,000.00 | | $0.00 |
| | | | | $150,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## GREGORY GILL
### Case(s): 207 Clm No: 1847 Clm. Amt: $77,000.00

*Address Redacted*
**Date Filed: 1/25/2017**
**Claim Face Value: $77,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $77,000.00 | | $0.00 |
| | | | | $77,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BRANDON BIEDA
### Case(s): 207 Clm No: 1848 Clm. Amt: $28,000.00

*Address Redacted*
**Date Filed: 1/25/2017**
**Claim Face Value: $28,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $28,000.00 | | $0.00 |
| | | | | $28,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SERGIO CASTRO**
**Case(s): 207 Clm No: 1849 Clm. Amt: $90,000.00**

*Address Redacted*
**Date Filed: 1/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $90,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $90,000.00 | | $0.00 |
| | | | | $90,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**JUSTIN H. LOTTIG**
**Case(s): 207 Clm No: 1850 Clm. Amt: $5,425.49**

*3405 NW 31ST CIRCLE*
*CAMAS, WA 98607*
**Date Filed: 1/25/2017**
**Claim Face Value: $5,425.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $5,425.49 | | $0.00 |
| | | | | $5,425.49 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |


**SCOTT CISCO**
**Case(s): 207 Clm No: 1851 Clm. Amt: $33,849.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $33,849.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $33,849.00 | | $0.00 |
| | | | | $33,849.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DOUGLAS LEE SEACRIST
**Case(s): 207 Clm No: 1852 Clm. Amt: $64,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $64,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $64,000.00 | | $0.00 |
| | | | | $64,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## TODD BRADFORD
**Case(s): 207 Clm No: 1853 Clm. Amt: $23,522.45**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $23,522.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $23,522.45 | | $0.00 |
| | | | | $23,522.45 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KODY LAWRENCE VICKNAIR
**Case(s): 207 Clm No: 1854 Clm. Amt: $72,308.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $72,308.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $72,308.00 | | $0.00 |
| | | | | $72,308.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**DAN FITZPATRICK CONSULTING, LLC**
**Case(s): 207 Clm No: 1855 Clm. Amt: $243,766.67**

*c/o HESTER BAKER KREBS LLC*
*Attn: DAVID R. KREBS, ESQ.*
*1 INDIANA SQUARE, STE 1600*
*INDIANAPOLIS, IN 46204*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $243,766.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| 207 | UNS | | | $230,916.67 | | $68,666.66 |
| | | | | $243,766.67 | | $68,666.66 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

**GERALD BOWES**
**Case(s): 207 Clm No: 1856 Clm. Amt: $49,221.91**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $49,221.91**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $49,221.91 | | $0.00 |
| | | | | $49,221.91 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**LUIS TORO**
**Case(s): 207 Clm No: 1857 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed: 1/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**EDGAR PEREZ**

**Case(s): 207 Clm No: 1858 Clm. Amt: $49,560.84**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $49,560.84**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $49,560.84 | | $0.00 |
| | | | | | $49,560.84 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ANTUAN DAVIS**

**Case(s): 207 Clm No: 1859 Clm. Amt: $29,024.85**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $29,024.85**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $29,024.85 | | $0.00 |
| | | | | | $29,024.85 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**LINDSEY CANIZALEZ**

**Case(s): 207 Clm No: 1860 Clm. Amt: $2,399.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $2,399.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $2,399.00 | | $0.00 |
| | | | | | $2,399.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**STRANGER INDUSTRIES**

**Case(s): 207 Clm No: 1861 Clm. Amt: $7,738.23**

*ATTN: HOLLY E. STANGER*
*4911 ELMWOOD AVE.*
*KANSAS CITY, MO 64130*
**Date Filed: 1/24/2017**
**Claim Face Value: $7,738.23**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $7,738.23 | | |
| | | | | | $7,738.23 | | |

**THOSE PERSONS LISTED ON EXHIBIT A**
**Case(s): 207 Clm No: 1862 Clm. Amt: $150,858.71**

c/o Rubin & Levin, PC
*ATTN: Deborah J Caruso, Trustee*
*135 N Pennsylvania St, Ste 1400*
*INDIANAPOLIS, IN 46204*
**Date Filed: 3/23/2023**
**Orig. Date Filed: 1/26/2017**
**Amending Clm #: 1862**
**Amended By Clm #: 1862**
**Claim Face Value: $150,858.71**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $150,858.71 | | |
| | | | | $150,858.71 | | |

**GARRISON PLACE OFFICE CENTER, LLC**
**Case(s): 207 Clm No: 1863 Clm. Amt: $280,221.73**

C/O DAWDA, MANN, MULCAHY & SADLER, PLC
*ATTN: EARL R. JOHNSON*
*39533 WOODWARD AVE, STE 200*
*BLOOMFIELD HILLS, MI 48304*
**Date Filed: 1/26/2017**
**Claim Face Value: $280,221.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $280,221.73 | | $208,214.49 |
| | | | | $280,221.73 | | $208,214.49 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 09/03/2020 | 4052 | Objection Granted | 10/22/2020 | 4114 |

**DESTYNI BLAYLOCK**
**Case(s): 207 Clm No: 1864 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**EDGAR PEREZ**
**Case(s): 207 Clm No: 1865 Clm. Amt: $49,560.84**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $49,560.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $49,560.84 | | $0.00 |
| | | | | $49,560.84 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BRANDON JEROUE**
**Case(s): 207 Clm No: 1866 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/24/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ROLAND ANDREW POLLAK**
**Case(s): 207 Clm No: 1867 Clm. Amt: $60,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/24/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $60,000.00** | | | | | | | |
| | 207 | PRI | | | $60,000.00 | | $0.00 |
| | | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**SARA JO SCHMIDT**
**Case(s): 207 Clm No: 1868 Clm. Amt: $1,500.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *1256 HOT SPRINGS COURT*<br>*LEXINGTON, KY 40517*<br>**Date Filed: 1/24/2017**<br>**Claim Face Value: $1,500.00** | | | | | | | |
| | 207 | UNS | Disallowed | | $1,500.00 | | $0.00 |
| | | | | | $1,500.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

**JAMES RYAN HOSEY**
**Case(s): 207 Clm No: 1869 Clm. Amt: $28,722.70**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/26/2017**<br>**Claim Face Value: $28,722.70** | | | | | | | |
| | 207 | UNS | | | $28,722.70 | | $0.00 |
| | | | | | $28,722.70 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## JOHN C. SAYLOR
### Case(s): 207 Clm No: 1870 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 1/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JOSE FEDERICO BARRIENTOS
### Case(s): 207 Clm No: 1871 Clm. Amt: $70,000.00

*Address Redacted*
**Date Filed: 1/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MEEBOER DATA PRODUCTS, INC.
### Case(s): 207 Clm No: 1872 Clm. Amt: $1,161.26

*C/O LEBLANC NETTLES DAVIS*
*ATTN: ZACHARY PRICE*
*401 E. MAIN ST.*
*BROWNSBURG, IN 46112*
**Date Filed: 1/26/2017**
**Claim Face Value: $1,161.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,161.26 | | |
| | | | | $1,161.26 | | |

## HOANG NGUYEN
### Case(s): 207 Clm No: 1873 Clm. Amt: $60,000.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CRI MILL RUN LIMITED
### Case(s): 207 Clm No: 1874 Clm. Amt: $565,262.94

*C/O HARRIS, MCCLELLAN, BINAU & COX P.L.L*
*ATTN: RALPH E. DILL, ESQ.*
*37 WEST BROAD STREET, SUITE 950*
*COLUMBUS, OH 43215*
**Date Filed: 1/24/2017**
**Claim Face Value: $565,262.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $565,262.94 | | |
| | | | | $565,262.94 | | |

## KEVIN C. ROBERTSON II
### Case(s): 207 Clm No: 1875 Clm. Amt:

*Address Redacted*
**Date Filed: 1/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TERRY LAWRENCE CORNISH
### Case(s): 207 Clm No: 1876 Clm. Amt:

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BRIAN A. SCOFIELD
### Case(s): 207 Clm No: 1877 Clm. Amt: $33,529.58

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $33,529.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $33,529.58 | | $0.00 |
| | | | | $33,529.58 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### THAT'S GOOD HR, INC.
### Case(s): 207 Clm No: 1878 Clm. Amt: $14,890.20

*C/O BOSE MCKINNEY & EVANS LLP*
*ATTN: DAVID J. JURKIEWICZ*
*111 MONUMENT CIRCLE, SUITE 2700*
*INDIANAPOLIS, IN 46204*
**Date Filed: 1/26/2017**
**Claim Face Value: $14,890.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| 207 | UNS | Allowed | | $2,040.20 | | $14,890.00 |
| | | | | $14,890.20 | | $14,890.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/09/2021 | 4211 | Objection Granted | 04/21/2021 | 4289 |

### CHELSEA J. BAGLEY
### Case(s): 207 Clm No: 1879 Clm. Amt: $15,385.29

*Address Redacted*
**Date Filed: 1/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $15,385.29**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $15,385.29 | | $0.00 |
| | | | | $15,385.29 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### Franchise Tax Board
### Case(s): 207 Clm No: 1880 Clm. Amt: $350,303.34

*c/o Bankruptcy Section MS A340*
*Attn: Rebecca Estonilo*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed: 2/24/2022**
**Orig. Date Filed: 1/25/2017**
**Bar Date: 1/30/2017**
**Amending Clm #: 1880**
**Amended By Clm #: 1880**
**Claim Face Value: $350,303.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | $117,261.74 | | $117,261.74 |
| 207 | SEC | | | $0.00 | | $0.00 |
| 207 | UNS | Allowed | | $233,041.60 | | $233,041.60 |
| | | | | $350,303.34 | | $350,303.34 |

**KATHLEEN ANNE BACHHUBER**

**Case(s): 207 Clm No: 1881 Clm. Amt: $5,000.00**

*N9532 WINNEBAGO PARK RD*
*FOND DU LAC, WI 54937*
**Date Filed: 1/25/2017**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | | | $5,000.00 |
| 207 | UNS | Disallowed | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $5,000.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 11/17/2022 | 5044 | Objection Granted | 12/13/2022 | 5075 |

**DUWADE RIDEAUX**

**Case(s): 207 Clm No: 1882 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**CHARLES CESPEDES**

**Case(s): 207 Clm No: 1883 Clm. Amt: $45,063.77**

*Address Redacted*
**Date Filed: 1/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,063.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,063.77 | | $0.00 |
| | | | | $45,063.77 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JUSTIN JAMES**
**Case(s): 207 Clm No: 1884 Clm. Amt: $108,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $108,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $108,000.00 | | $0.00 |
| | | | | $108,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MELIDA M. FLORES**
**Case(s): 207 Clm No: 1885 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/25/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**GREGORY SCOTT VANOVER**
**Case(s): 207 Clm No: 1886 Clm. Amt: $63,976.00**

*Address Redacted*
**Date Filed: 1/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $63,976.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $63,976.00 | | $0.00 |
| | | | | $63,976.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### GEORGE KELLEY
**Case(s): 207 Clm No: 1887 Clm. Amt: $80,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/26/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $80,000.00** | | | | | | | |
| | 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### RANDY ROBERT MOSELE
**Case(s): 207 Clm No: 1888 Clm. Amt: $10,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *660 TETE LOURS #5*<br>*MANDEVILLE, LA 70471*<br>**Date Filed: 1/26/2017**<br>**Claim Face Value: $10,000.00** | | | | | | | |
| | 207 | PRI | Disallowed | | $10,000.00 | | $0.00 |
| | | | | | $10,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

### BELINDA KEEL
**Case(s): 207 Clm No: 1889 Clm. Amt: $58,593.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/26/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $58,593.00** | | | | | | | |
| | 207 | UNS | | | $58,593.00 | | $0.00 |
| | | | | | $58,593.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### JEFFERY ROGERS
**Case(s): 207 Clm No: 1890 Clm. Amt: $126,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/25/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $126,000.00** | | | | | | | |
| | 207 | UNS | | | $126,000.00 | | $0.00 |
| | | | | | $126,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## JON-RYAN LEWIS
### Case(s): 207 Clm No: 1891 Clm. Amt: $108,000.00

*Address Redacted*
**Date Filed: 1/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $108,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $108,000.00 | | $0.00 |
| | | | | $108,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ANGELA ATILANO
### Case(s): 207 Clm No: 1892 Clm. Amt:

*Address Redacted*
**Date Filed: 1/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JEFFREY D. SPANGLER
### Case(s): 207 Clm No: 1893 Clm. Amt: $119,083.00

*Address Redacted*
**Date Filed: 1/25/2017**
**Claim Face Value: $119,083.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $119,083.00 | | $0.00 |
| | | | | $119,083.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**WALTER W. PIPER III**
**Case(s): 207 Clm No: 1894 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**U.S. REIF ICP SOUTH CAROLINA, LLC**
**Case(s): 207 Clm No: 1895 Clm. Amt: $508,394.19**

*C/O MCGUIRE WOODS LLP*
*ATTN: RICHARD J. MASON*
*77 W. WACKER DR. #4100*
*CHICAGO, IL 60601*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $508,394.19**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $508,394.19 | | $428,919.42 |
| | | | | | $508,394.19 | | $428,919.42 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 09/03/2020 | 4052 | Objection Granted | 10/22/2020 | 4114 |

**ZAIRA YVONNE ORTIZ**
**Case(s): 207 Clm No: 1896 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**EUGENE SCOTT, JR**
**Case(s): 207 Clm No: 1897 Clm. Amt: $24,998.72**

*Address Redacted*
**Date Filed: 1/25/2017**
**Claim Face Value: $24,998.72**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $24,998.72 | | $0.00 |
| | | | | | $24,998.72 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

**Brightview Landscape Services Inc**

**Case(s): 207 Clm No: 1898 Clm. Amt: $304.00**

*Attn: Tomas A Kuehn Esq*
*27001 Agoura Rd*
*Calabasas, CA 91301*
**Date Filed: 1/25/2017**
**Claim Face Value: $304.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $304.00 | | $0.00 |
| | | | | $304.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**200 BOP LL, LLC**

**Case(s): 207 Clm No: 1899 Clm. Amt: $569,314.18**

*C/O DAIN, TORPY, LE RAY, WIEST &*
*GARNER, PC*
*ATTN: MICHAEL J. MCDERMOTT*
*745 ATLANTIC AVE., 5TH FLR.*
*BOSTON, MA 0211*
**Date Filed: 1/25/2017**
**Claim Face Value: $569,314.18**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $569,314.18 | | $424,869.33 |
| | | | | $569,314.18 | | $424,869.33 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 09/03/2020 | 4052 | Objection Granted | 10/22/2020 | 4114 |

**MICHAEL KEATING**

**Case(s): 207 Clm No: 1900 Clm. Amt: $33,419.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $33,419.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $33,419.00 | | $0.00 |
| | | | | $33,419.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**AMANDA HILL**

**Case(s): 207 Clm No: 1901 Clm. Amt: $93,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $93,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $93,000.00 | | $0.00 |
| | | | | $93,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ORLANDO GOMEZ
**Case(s): 207 Clm No: 1902 Clm. Amt: $84,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $84,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $84,000.00 | | $0.00 |
| | | | | $84,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DONALD ALLY
**Case(s): 207 Clm No: 1903 Clm. Amt: $85,000.00**

*Address Redacted*
**Date Filed: 1/25/2017**
**Claim Face Value: $85,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $85,000.00 | | $0.00 |
| | | | | $85,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## JASON YOUNG
**Case(s): 207 Clm No: 1904 Clm. Amt: $35,043.19**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $35,043.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | PRI | | | $2,850.00 | | $0.00 |
| 207 | UNS | | | $32,193.19 | | $0.00 |
| | | | | $35,043.19 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**IRELAND MILLER, INC.**
**Case(s): 207 Clm No: 1905 Clm. Amt: $910,373.67**

*ATTN: DANA IRELAND*
*1 SEACOVE DRIVE*
*RANCHO PALOS VERDES, CA 90275*
**Date Filed: 1/26/2017**
**Claim Face Value: $910,373.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $910,373.67 | | $783,012.66 |
| | | | | $910,373.67 | | $783,012.66 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 09/03/2020 | 4052 | Objection Granted | 10/22/2020 | 4114 |

**DESHANNON M. BEATY**
**Case(s): 207 Clm No: 1906 Clm. Amt: $121,700.00**

*Address Redacted*
**Date Filed: 1/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $121,700.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | PRI | | | $121,700.00 | | $0.00 |
| | | | | $121,700.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**GREGORY FOSTER**
**Case(s): 207 Clm No: 1907 Clm. Amt: $110,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $110,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $110,000.00 | | $0.00 |
| | | | | $110,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## ALYSE K. ZACHARY
**Case(s): 207 Clm No: 1908 Clm. Amt: $45,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## COREY HAYES
**Case(s): 207 Clm No: 1909 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 1/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $2,850.00 | | $0.00 |
| 207 | UNS | | | $77,150.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CURTIS JAMES KOENIG
**Case(s): 207 Clm No: 1910 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SHANA CHAPMAN
**Case(s): 207 Clm No: 1911 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

## JAMES B. ANDERS
### Case(s): 207 Clm No: 1912 Clm. Amt: $12,850.00

*8586 NORTH RICKS DRIVE W.*
*MCCORDSVILLE, IN 46055*
**Date Filed: 1/26/2017**
**Claim Face Value: $6,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| | | | | $12,850.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 02/18/2022 | 4598 | Objection Granted | 04/25/2022 | 4839 |

## EVERETT TECHNICAL PARK I, LLC
### Case(s): 207 Clm No: 1913 Clm. Amt: $472,440.68

*C/O PEPPLE CANTU SCHMIDT PLLC*
*ATTN: JEFFREY HAWKINSON*
*1000 SECOND AVENUE, SUITE 2950*
*SEATTLE, WA 98101*
**Date Filed: 1/25/2017**
**Claim Face Value: $472,440.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | PRI | | | $47,599.34 | | $0.00 |
| 207 | UNS | | | $424,841.34 | | $424,841.34 |
| | | | | $472,440.68 | | $424,841.34 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim satisfied in part | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

## AMBRIA TURNER
### Case(s): 207 Clm No: 1914 Clm. Amt: $52,570.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $52,570.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $52,570.00 | | $0.00 |
| | | | | $52,570.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## ANTHONY MILTON
### Case(s): 207 Clm No: 1915 Clm. Amt: $70,498.16

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $70,498.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $70,498.16 | | $0.00 |
| | | | | $70,498.16 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ROBERT MONTGOMERY
### Case(s): 207 Clm No: 1916 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## THERESA BURNHAM
### Case(s): 207 Clm No: 1917 Clm. Amt: $33,500.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $33,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $33,500.00 | | $0.00 |
| | | | | $33,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MICHAEL A. HOLTMAN
### Case(s): 207 Clm No: 1918 Clm. Amt: $15,020.84

*14531 SADDLEBACK DRIVE*
*CARMEL, IN 46032*
**Date Filed: 1/26/2017**
**Claim Face Value: $15,020.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $15,020.84 | | $0.00 |
| | | | | $15,020.84 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim not in balance | 02/18/2022 | 4631 | Objection Granted | 04/25/2022 | 4840 |

**YAJUN ZHENG**
**Case(s): 207 Clm No: 1919 Clm. Amt: $1,555.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 1/26/2017** **Claim Face Value: $1,555.00** | | | | | | | |
| | 207 | UNS | | | $1,555.00 | | $0.00 |
| | | | | | $1,555.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**CLINT HOOPER**
**Case(s): 207 Clm No: 1920 Clm. Amt: $39,469.26**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 1/26/2017** **Bar Date: 1/30/2017** **Claim Face Value: $39,469.26** | | | | | | | |
| | 207 | UNS | | | $39,469.26 | | $0.00 |
| | | | | | $39,469.26 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**MAX SCHWARTZ**
**Case(s): 207 Clm No: 1921 Clm. Amt: $86,293.79**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 1/26/2017** **Bar Date: 1/30/2017** **Claim Face Value: $86,293.79** | | | | | | | |
| | 207 | UNS | | | $86,293.79 | | $0.00 |
| | | | | | $86,293.79 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JUSTIN WILLIS**
**Case(s): 207 Clm No: 1922 Clm. Amt: $7,679.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 1/26/2017** **Bar Date: 1/30/2017** **Claim Face Value: $7,679.00** | | | | | | | |
| | 207 | UNS | | | $7,679.00 | | $0.00 |
| | | | | | $7,679.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## MICHAEL A. HOLTMAN
### Case(s): 207 Clm No: 1923 Clm. Amt: $34,459.36

*14531 SADDLEBACK DRIVE*
*CARMEL, IN 46032*
**Date Filed: 1/26/2017**
**Claim Face Value: $34,459.36**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $34,459.36 | | $0.00 |
| | | | | $34,459.36 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

## ANGELICA SILVAS
### Case(s): 207 Clm No: 1924 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## PAUL K KU
### Case(s): 207 Clm No: 1925 Clm. Amt: $9,934.80

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $9,934.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | | | $5,000.00 |
| 207 | UNS | Disallowed | | $9,934.80 | | $0.00 |
| | | | | $9,934.80 | | $5,000.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

## AON HEWITT ASSOCIATES, LLC
### Case(s): 207 Clm No: 1926 Clm. Amt: $70,675.51

*ATTN: STEPHEN REUTHER*
*4 OVERLOOK POINT, 40B - 2N*
*LINCOLNSHIRE, IL 60069*
**Date Filed: 1/26/2017**
**Claim Face Value: $70,675.51**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $70,675.51 | | $0.00 |
| | | | | $70,675.51 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

### CHRISTOPHER LEE ENTERLINE
### Case(s): 207 Clm No: 1927 Clm. Amt: $61,680.02

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $61,680.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $61,680.02 | | $0.00 |
| | | | | $61,680.02 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### JONATHAN SINGLEY
### Case(s): 207 Clm No: 1928 Clm. Amt: $14,269.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $14,269.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $14,269.00 | | $0.00 |
| | | | | $14,269.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### ST. VINCENT CARMEL HOSPITAL
### Case(s): 207 Clm No: 1929 Clm. Amt: $42,525.38

*10330 N. MERIDIAN STREET*
*CARMEL, IN 46290*
**Date Filed: 1/26/2017**
**Claim Face Value: $42,525.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $42,525.38 | | $0.00 |
| | | | | $42,525.38 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 10/31/2022 | 5007 | Objection Granted | 12/13/2022 | 5070 |

### CHRISTOPHER LYNCH
### Case(s): 207 Clm No: 1930 Clm. Amt: $1,000.00

*7221 COLLINS STREET*
*WHITNEY POINT, NY 13862*
**Date Filed: 1/26/2017**
**Claim Face Value: $1,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | $1,000.00 | | $814.13 |
| | | | | $1,000.00 | | $814.13 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

## ULISSES MARIA
### Case(s): 207 Clm No: 1931 Clm. Amt: $47,000.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $47,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $47,000.00 | | $0.00 |
| | | | | $47,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## FRANK A. WINTERS
### Case(s): 207 Clm No: 1932 Clm. Amt: $5,535.20

*15288 W STREET*
*OMAHA, NE 68137*
**Date Filed: 1/26/2017**
**Claim Face Value: $5,535.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $5,535.20 | | $0.00 |
| | | | | $5,535.20 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 08/23/2022 | 4946 | Objection Granted | 10/26/2022 | 4986 |

## SOLAR DRIVE BUSINESS, LLC
### Case(s): 207 Clm No: 1933 Clm. Amt: $75,329.03

*C/O HALLING MEZA LLP*
*ATTN: CHRIS W. HALLING*
*23586 CALABASAS ROAD, SUITE 200*
*CALABASAS, CA 91302-5810*
**Date Filed: 1/24/2017**
**Claim Face Value: $75,329.03**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | ADM | Disallowed | | $75,329.03 | | $0.00 |
| | | | | $75,329.03 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

## JOHN MACNEIL
### Case(s): 207 Clm No: 1934 Clm. Amt: $35,000.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $35,000.00 | | $0.00 |
| | | | | $35,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### NATIONAL CITY INVESTMENT LP
**Case(s): 207 Clm No: 1935 Clm. Amt: $1,647,568.00**

*ATTN: ASHLEY GOSAL, ESQ.*
*121 W. MARKET ST*
*SAN DIEGO, CA 92101*
**Date Filed: 1/26/2017**
**Claim Face Value: $1,647,568.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,647,568.00 | | $1,137,406.89 |
| | | | | $1,647,568.00 | | $1,137,406.89 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 09/03/2020 | 4052 | Objection Granted | 10/22/2020 | 4114 |

### NICHOLAS SMITH
**Case(s): 207 Clm No: 1936 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Amount |
|------|-------|--------|-----------|----------------------|-----|--------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### RREF II WALNUT CREEK, LLC
**Case(s): 207 Clm No: 1937 Clm. Amt: $448,871.32**

*A DELAWARE LIMITED LIABILITY COMPANY*
*C/O ALLEN MATKINS, ET AL*
*ATTN: MICHAEL S. GREGER, ESQ.*
*1900 MAIN STREET, FIFTH FLOOR*
*IRVINE, CA 92614-7321*
**Date Filed: 1/26/2017**
**Claim Face Value: $448,871.32**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $448,871.32 | | $282,535.08 |
| | | | | $448,871.32 | | $282,535.08 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 09/03/2020 | 4052 | Objection Granted | 10/22/2020 | 4114 |

### BORIS ROSAS
**Case(s): 207 Clm No: 1938 Clm. Amt: $1,675.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $1,675.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Amount |
|------|-------|--------|-----------|----------------------|-----|--------------|
| 207 | UNS | | | $1,675.00 | | $0.00 |
| | | | | $1,675.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CAROL ROBLING**
**Case(s): 207 Clm No: 1939 Clm. Amt: $52,000.00**

ATTN: STEVEN E. HOVSEPIAN
1802 WEST CLEVELAND STREET
TAMPA, FL 33606
**Date Filed: 1/26/2017**
**Claim Face Value: $52,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $52,000.00 | | $0.00 |
| | | | | $52,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

**NATHAN J. VILLANI**
**Case(s): 207 Clm No: 1940 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**THE BOEING COMPANY**
**Case(s): 207 Clm No: 1941 Clm. Amt: $19,966.50**

ATTN: SARAH H. SEEWER
100 AIRPORT WAY
MC S100-3340
BERKELEY, MO 63134
**Date Filed: 1/26/2017**
**Claim Face Value: $19,966.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $19,966.50 | | |
| | | | | $19,966.50 | | |

**KAREN ROCHAT**
**Case(s): 207 Clm No: 1942 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ANTHONY JONES**
**Case(s): 207 Clm No: 1943 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SHANE SWANGER**
**Case(s): 207 Clm No: 1944 Clm. Amt: $11,868.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $11,868.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $11,868.00 | | $0.00 |
| | | | | $11,868.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**OMAR VERDINEZ**
**Case(s): 207 Clm No: 1945 Clm. Amt: $8,428.38**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $8,428.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $8,428.38 | | $0.00 |
| | | | | $8,428.38 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**PBY PARTNERS, LLC**
**Case(s): 207 Clm No: 1946 Clm. Amt: $306,976.14**

*ATTN: KELLY B. MULLINS*
*4901 HUNT ROAD, SUITE 102*
*CINCINNATI, OH 45242*
**Date Filed: 1/26/2017**
**Claim Face Value: $306,976.14**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $306,976.14 | | |
| | | | | $306,976.14 | | |

## RSR ELECTRONICS, INC.
### Case(s): 207 Clm No: 1947 Clm. Amt: $1,590,291.89

*ATTN: AJIT GULATI*
*900 HART STREET*
*RAHWAY, NJ 07065*
**Date Filed: 1/26/2017**
**Claim Face Value: $1,590,291.89**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | 503(b)(9) | | | $69,543.69 | | $0.00 |
| 207 | UNS | | | $1,520,748.20 | | $0.00 |
| | | | | $1,590,291.89 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## DEBRA LEVESKI
### Case(s): 207 Clm No: 1948 Clm. Amt: $0.00

*C/O PLEWS SHADLEY RACHER & BRAUN LLP*
*ATTN: JOHN M. KETCHAM*
*1346 N. DELAWARE ST.*
*INDIANAPOLIS, IN 46202*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $0.00 | | $0.00 |
| | | | | $0.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | | 3385 | Objection Granted | 06/12/2019 | 3451 |

## L-A LIBERTY SQUARE ASSOCIATES, LP
### Case(s): 207 Clm No: 1949 Clm. Amt: $414,010.28

*C/O DESIGNING FUTURES FOUNDATION*
*ATTN: PHILIP GLICK*
*105 SOUTH 7TH STREET*
*PHILADELPHIA, PA 19106*
**Date Filed: 1/26/2017**
**Claim Face Value: $414,010.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $414,010.28 | | $0.00 |
| | | | | $414,010.28 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

**Gardens 5901 Real Estate, LLC**
**Case(s): 207 Clm No: 1950 Clm. Amt: $60,569.90**

*c/o Greenspoon Marder Law*
*Attn: Chad S. Paiva, Esq.*
*525 Okeechobee Blvd., Suite 900*
*West Palm Beach, FL 33401*
**Date Filed: 1/20/2017**
**Claim Face Value: $43,962.23**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | ADM | | | $60,569.90 | | $0.00 |
| | | | | $60,569.90 | | $0.00 |

### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Cedar Glade LP*<br>*Attn: Robert Minkoff*<br>*Re: Gardens 5901 Real Estate, LLC*<br>*767 Fifth Ave., 19th Floor*<br>*New York, NY 10153* | 100.00% | | Final |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | | | Objection Granted | 02/23/2017 | 1291 |
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

**DARWIN DAMION RHULE**
**Case(s): 207 Clm No: 1951 Clm. Amt: $55,925.26**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $55,925.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $55,925.26 | | $0.00 |
| | | | | $55,925.26 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ARTHUR JOHN CHRISTIAN**
**Case(s): 207 Clm No: 1952 Clm. Amt: $94,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $94,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | PRI | | | $94,000.00 | | $0.00 |
| | | | | $94,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KATRINA MAXWELL
### Case(s): 207 Clm No: 1953 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ENRICO WEBB
### Case(s): 207 Clm No: 1954 Clm. Amt: $46,482.35

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $46,482.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $46,482.35 | | $0.00 |
| | | | | $46,482.35 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SCOTT MAXWELL
### Case(s): 207 Clm No: 1955 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**LEISHAN CUBIT**

**Case(s): 207 Clm No: 1956 Clm. Amt: $45,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**ALLEGIANCY**

**Case(s): 207 Clm No: 1957 Clm. Amt: $1,361,495.79**

*ATTN: STEPHEN CELUCK*
*1100 BOULDERS PKWY, SUITE 605*
*RICHMOND, VA 23225*
**Date Filed: 1/26/2017**
**Claim Face Value: $1,361,495.79**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $2,850.00 | | $0.00 |
| 207 | UNS | | | $1,358,645.79 | | $624,007.35 |
| | | | | $1,361,495.79 | | $624,007.35 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 09/03/2020 | 4052 | Objection Granted | 10/22/2020 | 4114 |

**DEANDRA T. SMITH**

**Case(s): 207 Clm No: 1958 Clm. Amt: $250,000.00**

*C/O BARRY S. FAGAN*
*25892 WOODWARD AVENUE*
*ROYAL OAK, MI 48067*
**Date Filed: 1/26/2017**
**Claim Face Value: $250,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $250,000.00 | | |
| | | | | $250,000.00 | | |

**TURNER BROADCASTING SALES, INC.**

**Case(s): 207 Clm No: 1959 Clm. Amt: $672,556.38**

*C/O VORYS, SATER, SEYMOUR & PEASE LLP*
*ATTN: TIFFANY STRELOW COBB*
*52 EAST GAY STREET*
*COLUMBUS, OH 43215*
**Date Filed: 1/26/2017**
**Claim Face Value: $672,556.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $672,556.38 | | $672,556.38 |
| | | | | $672,556.38 | | $672,556.38 |

**ABOVE & BEYOND CLEANING**

**Case(s): 207 Clm No: 1960 Clm. Amt: $5,994.78**

*1300 S 8th St*
*Springfield, IL 62703*
**Date Filed: 1/26/2017**
**Claim Face Value: $5,994.78**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $5,994.78 | | $0.00 |
| | | | | $5,994.78 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3709 | Objection Granted | 01/15/2020 | 3771 |

**DEUTSCHE BANK TRUST COMPANY AMERICAS**

**Case(s): 207 Clm No: 1961 Clm. Amt:**

*C/O SEWARD & KISSEL LLP*
*ATTN: ANDREW SILVERSTEIN*
*ONE BATTERY PARK PLAZA*
*NEW YORK, NY 10004*
**Date Filed: 1/26/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**DOUGLAS D. GIBSON**

**Case(s): 207 Clm No: 1962 Clm. Amt:**

*808 WALLINGTON CIRCLE APT B*
*GREENWOOD, IN 46143*
**Date Filed: 1/26/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

**CLASSESUSA.COM**

**Case(s): 207 Clm No: 1963 Clm. Amt: $787,620.00**

*ATTN: MITCH VINER*
*12181 BLUFF CREEK DR, STE 250*
*PLAYA VISTA, CA 90094*
**Date Filed: 1/26/2017**
**Claim Face Value: $787,620.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $787,620.00 | | |
| | | | | $787,620.00 | | |

**DANIEL ROYCE BOWMAN**
**Case(s): 207 Clm No: 1964 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**Delia Quintanilla**
**Case(s): 207 Clm No: 1965 Clm. Amt: $2,500.00**

*1530 SW 152nd Pl*
*Miami, FL 33194*
**Date Filed: 1/26/2017**
**Claim Face Value: $2,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $2,500.00 | | $0.00 |
| | | | | $2,500.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4615 | Objection Granted | 04/25/2022 | 4841 |

**LEON GRIFFIN**
**Case(s): 207 Clm No: 1966 Clm. Amt: $24,378.12**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $24,378.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $24,378.12 | | $0.00 |
| | | | | $24,378.12 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## JASON ISAACS
### Case(s): 207 Clm No: 1967 Clm. Amt: $80,000.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TRT ENTERPRISES, LLC
### Case(s): 207 Clm No: 1968 Clm. Amt: $5,389.45

*DBA STRATEGIC JANITORIAL SOLUTIONS*
*ATTN: TINA NATOLI*
*14333 PROTON RD*
*DALLAS, TX 75244*
**Date Filed: 1/26/2017**
**Claim Face Value: $5,389.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,389.45 | | |
| | | | | $5,389.45 | | |

## Stephen J Scanlon
### Case(s): 207 Clm No: 1969 Clm. Amt: $10,410.34

*85 Converse Rd*
*Marion, MA 02738*
**Date Filed: 1/26/2017**
**Claim Face Value: $10,410.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,410.34 | | |
| | | | | $10,410.34 | | |

## FATOUMATA KOUYATE
### Case(s): 207 Clm No: 1970 Clm. Amt: $5,000.00

*11511 SW 119TH PLACE ROAD*
*MIAMI, FL 33186*
**Date Filed: 1/26/2017**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | Unknown | Y | $0.00 |
| 207 | UNS | Disallowed | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4599 | Objection Granted | 04/25/2022 | 4842 |

**CHRISTOPHER JAMES DORITY**
**Case(s): 207 Clm No: 1971 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**STACIE L. BARRETT**
**Case(s): 207 Clm No: 1972 Clm. Amt: $26,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $26,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $26,000.00 | | $0.00 |
| | | | | $26,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**PAUL BRADLEY HAMMOND**
**Case(s): 207 Clm No: 1973 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**LISA MOLLET**
**Case(s): 207 Clm No: 1974 Clm. Amt: $67,466.44**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/26/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $67,466.44** | | | | | | | |
| | 207 | UNS | | | $67,466.44 | | $0.00 |
| | | | | | $67,466.44 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**KIRK DICKINSON**
**Case(s): 207 Clm No: 1975 Clm. Amt: $27,294.90**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/26/2017**<br>**Claim Face Value: $27,294.90** | | | | | | | |
| | 207 | UNS | | | $27,294.90 | | $0.00 |
| | | | | | $27,294.90 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JOHN F. AKER**
**Case(s): 207 Clm No: 1976 Clm. Amt: $27,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/26/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $27,000.00** | | | | | | | |
| | 207 | UNS | | | $27,000.00 | | $0.00 |
| | | | | | $27,000.00 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JOSE FEDERICO BARRIENTOS**
**Case(s): 207 Clm No: 1977 Clm. Amt: $70,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | SEC | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MARC ASISTORES**
**Case(s): 207 Clm No: 1978 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MAYRA CARBAJAL-NUNEZ**
**Case(s): 207 Clm No: 1979 Clm. Amt: $1,910.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,910.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $1,910.00 | | $0.00 |
| | | | | $1,910.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**YEUGENY SKOPINSKY**

**Case(s): 207 Clm No: 1980 Clm. Amt: $41,588.33**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $41,588.33**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $41,588.33 | | $0.00 |
| | | | | | $41,588.33 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**DAVID J. ROBINSON JR.**

**Case(s): 207 Clm No: 1981 Clm. Amt: $78,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $78,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $78,000.00 | | $0.00 |
| | | | | | $78,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**CHRISTINA HAMMOND**

**Case(s): 207 Clm No: 1982 Clm. Amt: $104,695.50**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $104,695.50**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $104,695.50 | | $0.00 |
| | | | | | $104,695.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## JESSICA CLARICE BECK
**Case(s): 207 Clm No: 1983 Clm. Amt: $56,773.74**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $56,773.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $56,773.74 | | $0.00 |
| | | | | $56,773.74 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## DAKOTA DANIELS
**Case(s): 207 Clm No: 1984 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## TRAVIS W. BARNES
**Case(s): 207 Clm No: 1985 Clm. Amt: $85,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $85,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $85,000.00 | | $0.00 |
| | | | | $85,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ROBERT L. MORRIS**
**Case(s): 207 Clm No: 1986 Clm. Amt: $60,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/26/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $60,000.00** | | | | | | | |
| | 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JOHN N. GEORGE**
**Case(s): 207 Clm No: 1987 Clm. Amt: $36,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/26/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $36,000.00** | | | | | | | |
| | 207 | UNS | | | $36,000.00 | | $0.00 |
| | | | | | $36,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ANTHONY PHA**
**Case(s): 207 Clm No: 1988 Clm. Amt: $65,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/26/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $65,000.00** | | | | | | | |
| | 207 | UNS | | | $65,000.00 | | $0.00 |
| | | | | | $65,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JACK KEESEE**
**Case(s): 207 Clm No: 1989 Clm. Amt: $70,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *7045 SIERRA CLUB CIR, APT. 4306*<br>*NAPLES, FL 34113*<br>**Date Filed: 1/26/2017**<br>**Claim Face Value: $70,000.00** | | | | | | | |
| | 207 | UNS | Disallowed | | $70,000.00 | | $0.00 |
| | | | | | $70,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 02/18/2022 | 4617 | Objection Granted | 03/31/2022 | 4731 |

## JAKE MILLS
### Case(s): 207 Clm No: 1990 Clm. Amt: $25,024,776.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $25,024,776.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | SEC | | | $24,776.00 | | $0.00 |
| 207 | UNS | | | $25,000,000.00 | | $25,000.00 |
| | | | | $25,024,776.00 | | $25,000.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KIMBERLY BORIAS
### Case(s): 207 Clm No: 1991 Clm. Amt: $45,000.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ADAM VIATOR
### Case(s): 207 Clm No: 1992 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed: 1/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | PRI | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## VECTREN ENERGY DELIVERY
### Case(s): 207 Clm No: 1993 Clm. Amt: $101.11

*ATTN: SHYANNE BERRIOS*
*P.O. BOX 209*
*EVANSVILLE, IN 47702*
**Date Filed: 1/26/2017**
**Claim Face Value: $101.11**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $101.11 | | |
| | | | | $101.11 | | |

## ALLEN EUGENE LOONEY
**Case(s): 207 Clm No: 1994 Clm. Amt: $2,000,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $2,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,000,000.00 | | $0.00 |
| | | | | $2,000,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JIMMY VASQUEZ
**Case(s): 207 Clm No: 1995 Clm. Amt: $32,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $32,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $32,000.00 | | $0.00 |
| | | | | $32,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ELLISH DANZY
**Case(s): 207 Clm No: 1996 Clm. Amt: $200,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $200,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $200,000.00 | | $0.00 |
| | | | | $200,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## VECTREN ENERGY DELIVERY
**Case(s): 207 Clm No: 1997 Clm. Amt: $119.29**

*ATTN: SHYANNE BERRIOS*
*P.O. BOX 209*
*EVANSVILLE, IN 47702*
**Date Filed: 1/26/2017**
**Claim Face Value: $119.29**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $119.29 | | |
| | | | | $119.29 | | |

## TRAVIS KEGG
### Case(s): 207 Clm No: 1998 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JASON JIMENEZ
### Case(s): 207 Clm No: 1999 Clm. Amt: $145,000.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $145,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $145,000.00 | | $0.00 |
| | | | | $145,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## NIKOLAS PALELLA
### Case(s): 207 Clm No: 2000 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JONQUEZ CALVIN**

**Case(s): 207 Clm No: 2001 Clm. Amt: $4,453.86**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $4,453.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,453.86 | | $0.00 |
| | | | | $4,453.86 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**FAE CONSULTING, PLLC**

**Case(s): 207 Clm No: 2002 Clm. Amt: $11,999.38**

*ATTN: URSULA IAFRATE*
*300 LOCK ROAD SUITE #302*
*DEERFIELD BEACH, FL 33442*
**Date Filed: 1/26/2017**
**Claim Face Value: $11,999.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $11,999.38 | | |
| | | | | $11,999.38 | | |

**BUFORD ANTHONY PHILLIPS**

**Case(s): 207 Clm No: 2003 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JASON TRONDSON**

**Case(s): 207 Clm No: 2004 Clm. Amt: $74,628.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $74,628.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $74,628.00 | | $0.00 |
| | | | | $74,628.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MICHAEL LOIZA
### Case(s): 207 Clm No: 2005 Clm. Amt: $60,000.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Amended By Clm #: 2007**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SHANE NICHOLS
### Case(s): 207 Clm No: 2006 Clm. Amt: $25,000.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $25,000.00 | | $0.00 |
| | | | | $25,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MICHAEL LOAIZA
### Case(s): 207 Clm No: 2007 Clm. Amt: $60,000.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Orig. Date Filed: 1/26/2017**
**Amending Clm #: 2005**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MICHAEL BIEGO
### Case(s): 207 Clm No: 2008 Clm. Amt: $105,205.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $105,205.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $105,205.00 | | $0.00 |
| | | | | $105,205.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## DENISE LIU
### Case(s): 207 Clm No: 2009 Clm. Amt: $53,879.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $53,879.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $53,879.00 | | $0.00 |
| | | | | $53,879.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## ALLISON HOPKINS
### Case(s): 207 Clm No: 2010 Clm. Amt: $207,374.76

*7537 N. GREGORY AVE.*
*FRESNO, CA, 93722*
**Date Filed: 1/26/2017**
**Claim Face Value: $207,374.76**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | Disallowed | | $207,374.76 | | $0.00 |
| | | | | $207,374.76 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

**MICHAEL A. LOAIZA**
**Case(s): 207 Clm No: 2011 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JOSEPH HAMLIN**
**Case(s): 207 Clm No: 2012 Clm. Amt: $16,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $16,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $16,000.00 | | $0.00 |
| | | | | $16,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MATTHEW BARR**
**Case(s): 207 Clm No: 2013 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**RANDY TYLER MULLINS**
**Case(s): 207 Clm No: 2014 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**SIJAN CICELLY MARTINEZ**
**Case(s): 207 Clm No: 2015 Clm. Amt: $20,000.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Claim Face Value: $20,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $20,000.00 | | $0.00 |
| | | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**BRANDON ROBINSON**
**Case(s): 207 Clm No: 2016 Clm. Amt: $42,000.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $42,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $42,000.00 | | $0.00 |
| | | | | | $42,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ANDRE VYTOPTOV**
**Case(s): 207 Clm No: 2017 Clm. Amt: $45,000.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DAWN LUECK**
**Case(s): 207 Clm No: 2018 Clm. Amt: $11,880.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $11,880.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $11,880.00 | | $0.00 |
| | | | | $11,880.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**DEMAR HILSON**
**Case(s): 207 Clm No: 2019 Clm. Amt: $4,425.71**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $4,425.71**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,425.71 | | $0.00 |
| | | | | $4,425.71 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## ANITA KEISLER
### Case(s): 207 Clm No: 2020 Clm. Amt: $2,850.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $2,850.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | PRI | | | $2,850.00 | Y | $0.00 |
| | | | | $2,850.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LYNDON JAMES SIPLE JR
### Case(s): 207 Clm No: 2021 Clm. Amt: $27,458.17

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $27,458.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $27,458.17 | | $0.00 |
| | | | | $27,458.17 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | 11/30/2018 | 3079 |

## JOSEPH A. MITCHELL
### Case(s): 207 Clm No: 2022 Clm. Amt: $20,954.74

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,954.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $20,954.74 | | $0.00 |
| | | | | $20,954.74 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JPMORGAN CHASE BANK, N.A.
### Case(s): 207 Clm No: 2023 Clm. Amt: $106,772.00

*ATTN: PATRICIA S. CARPEN*
*10 S DEARBORN, 37TH FLOOR*
*CHICAGO, IL 60603*
**Date Filed: 2/17/2017**
**Orig. Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Amending Clm #: 2023**
**Amended By Clm #: 2023**
**Claim Face Value: $106,772.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | SEC | | | $106,772.00 | | $0.00 |
| | | | | $106,772.00 | | $0.00 |

## EMILY VELA
### Case(s): 207 Clm No: 2024 Clm. Amt: $50,285.48

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,285.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,285.48 | | $0.00 |
| | | | | $50,285.48 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## GINA HAYDEN
### Case(s): 207 Clm No: 2025 Clm. Amt: $76,594.15

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $76,594.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $76,594.15 | | $0.00 |
| | | | | $76,594.15 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ANORAK XAYYACHACK
### Case(s): 207 Clm No: 2026 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ABLE SERVICES
### Case(s): 207 Clm No: 2027 Clm. Amt: $25,605.45

*C/O KIGHTLINGER & GRAY, LLP*
*ATTN: WILLIAM E. SMITH, III*
*BONTERRA BUILDING, SUITE 200*
*3620 BLACKISTON BLVD.*
*NEW ALBANY, IN 47150*
**Date Filed: 1/27/2017**
**Claim Face Value: $25,605.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $25,605.45 | | |
| | | | | $25,605.45 | | |

## BRIAN PRINCE
### Case(s): 207 Clm No: 2028 Clm. Amt: $74,466.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $74,466.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $74,466.00 | | $0.00 |
| | | | | $74,466.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BLAKE ROBERT REGAN
### Case(s): 207 Clm No: 2029 Clm. Amt: $74,500.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $74,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $74,500.00 | | $0.00 |
| | | | | $74,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## VECTREN ENERGY DELIVERY
### Case(s): 207 Clm No: 2030 Clm. Amt: $119.29

*ATTN: SHYANNE BERRIOS*
*P.O. BOX 209*
*EVANSVILLE, IN 47702*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $119.29**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $119.29 | | $0.00 |
| | | | | $119.29 | | $0.00 |

## VECTREN ENERGY DELIVERY
### Case(s): 207 Clm No: 2031 Clm. Amt: $12,754.27

*ATTN: SHYANNE BERRIOS*
*P.O. BOX 209*
*EVANSVILLE, IN 47702*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,754.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $12,754.27 | | $0.00 |
| | | | | $12,754.27 | | $0.00 |

**DENNIS HORMEL**

**Case(s): 207 Clm No: 2032 Clm. Amt: $3,098.23**

*7980 HAILEY CT SE*
*CALEDONIA, MI 49316*
**Date Filed: 1/26/2017**
**Claim Face Value: $3,098.23**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $3,098.23 | | $0.00 |
| | | | | $3,098.23 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No Basis | 08/23/2022 | 4948 | Objection Granted | 10/26/2022 | 4988 |

**TOMAS VAQUERANO CORTEZ**

**Case(s): 207 Clm No: 2033 Clm. Amt: $67,874.00**

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $67,874.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $67,874.00 | | $0.00 |
| | | | | $67,874.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DIANE S. FREELAND**

**Case(s): 207 Clm No: 2034 Clm. Amt: $6,497.36**

*10059 GLENN ABBEY LN.*
*FISHERS, IN 46037*
**Date Filed: 1/27/2017**
**Claim Face Value: $6,497.36**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $6,497.36 | | $0.00 |
| | | | | $6,497.36 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No Basis | 08/23/2022 | 4948 | Objection Granted | 10/26/2022 | 4988 |

**AMBRIA TURNER**

**Case(s): 207 Clm No: 2035 Clm. Amt: $52,570.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $52,570.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $52,570.00 | | $0.00 |
| | | | | $52,570.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DARIUS T CUNNINGHAM
**Case(s): 207 Clm No: 2036 Clm. Amt: $35,000.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $35,000.00 | | $0.00 |
| | | | | $35,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SHARRY L. MARSHALL
**Case(s): 207 Clm No: 2037 Clm. Amt: $81,230.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $81,230.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $81,230.00 | | $0.00 |
| | | | | $81,230.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## STEVEN MCCOMBS
**Case(s): 207 Clm No: 2038 Clm. Amt: $110,000.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Claim Face Value: $110,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $110,000.00 | | $0.00 |
| | | | | $110,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DENNIS HORMEL
### Case(s): 207 Clm No: 2039 Clm. Amt: $1,029.31

*7980 HAILEY CT SE*
*CALEDONIA, MI 49316*
**Date Filed: 1/26/2017**
**Claim Face Value: $1,029.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | PRI | Disallowed | | $1,029.31 | | $0.00 |
| 207 | UNS | Allowed | | | | $1,029.31 |
| | | | | $1,029.31 | | $1,029.31 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

## TROY RONDEAU
### Case(s): 207 Clm No: 2040 Clm. Amt: $45,000.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## CHRISTOPHER CARLSTROM
### Case(s): 207 Clm No: 2041 Clm. Amt: $2,838.75

*115 CHANDLER ST.*
*NASHUA, NH 03064*
**Date Filed: 1/26/2017**
**Claim Face Value: $2,838.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | Disallowed | | $2,838.75 | | $0.00 |
| | | | | $2,838.75 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 10/31/2022 | 5007 | Objection Granted | 12/13/2022 | 2070 |

## DENNIS HORMEL
### Case(s): 207 Clm No: 2042 Clm. Amt: $366.65

*7980 HAILEY CT SE*
*CALEDONIA, MI 49316*
**Date Filed: 1/26/2017**
**Claim Face Value: $366.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | PRI | | | $366.65 | | |
| | | | | $366.65 | | |

### RYEN WILLIAM CRAIG BOWYER
**Case(s): 207 Clm No: 2043 Clm. Amt: $24,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $24,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $2,850.00 | Y | $0.00 |
| 207 | UNS | | | $21,150.00 | | $0.00 |
| | | | | $24,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### DENNIS HORMEL
**Case(s): 207 Clm No: 2044 Clm. Amt: $2,073.62**

*7980 HAILEY CT. S.E.*
*CALENDONIA, MI 49316*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $2,073.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $2,073.62 | Y | $0.00 |
| | | | | $2,073.62 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 10/31/2022 | 5010 | Objection Granted | 12/13/2022 | 5073 |

### ROMAN MINEVICH
**Case(s): 207 Clm No: 2045 Clm. Amt: $113,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $113,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $113,000.00 | | $0.00 |
| | | | | $113,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### MICROSOFT CORPORATION AND MICROSOFT ONLINE, INC., ITS SUBSIDIARY
**Case(s): 207 Clm No: 2046 Clm. Amt: $177,466.46**

*C/O RIDDELL WILLIAMS P.S.*
*ATTN: JOSEPH E. SHICKICH, JR.*
*1001 4TH AVE. SUITE 4500*
*SEATTLE, WA 98154*
**Date Filed: 1/27/2017**
**Claim Face Value: $177,466.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $177,466.46 | | $0.00 |
| | | | | $177,466.46 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

### PAMELA ANN MORRIS
**Case(s): 207 Clm No: 2047 Clm. Amt: $83,369.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $83,369.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $83,369.00 | | $0.00 |
| | | | | $83,369.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### HAGGERTY-PALMER II, LLC
**Case(s): 207 Clm No: 2048 Clm. Amt: $605,923.59**

*ATTN: DAVID A. ROSENTHAL*
*410 MAIN STREET*
*LAFAYETTE, IN 47901*
**Date Filed: 1/27/2017**
**Claim Face Value: $605,923.59**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $605,923.59 | | $0.00 |
| | | | | $605,923.59 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 06/21/2021 | 4367 | Objection Granted | 07/28/2021 | 4417 |

### HAGGERTY-PALMER II, LLC
**Case(s): 207 Clm No: 2049 Clm. Amt: $92,143.16**

*ATTN: DAVID A. ROSENTHAL*
*410 MAIN STREET*
*LAFAYETTE, IN 47901*
**Date Filed: 1/27/2017**
**Claim Face Value: $92,143.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | ADM | Disallowed | | $92,143.16 | | $0.00 |
| | | | | $92,143.16 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

### STEPHANIE DEWEESE
**Case(s): 207 Clm No: 2050 Clm. Amt: $19,471.94**

*Address Redacted*
**Date Filed: 1/27/2017**
**Claim Face Value: $19,471.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $19,471.94 | | $0.00 |
| | | | | $19,471.94 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### CAPITAL HEALTH ASSOCIATES LP
#### Case(s): 207 Clm No: 2051 Clm. Amt: $1,544,866.69

*ATTN: SEAN YOUNGBLOOD*
*1000 MEADE ST*
*DUNMORE, PA 18512*
**Date Filed: 1/26/2017**
**Claim Face Value: $1,544,866.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,544,866.69 | | $192,100.74 |
| | | | | $1,544,866.69 | | $192,100.74 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 09/03/2020 | 4052 | Objection Granted | 10/22/2020 | 4114 |

### JAMES JOHNSON
#### Case(s): 207 Clm No: 2052 Clm. Amt: $20,000.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### ARECANNON JONES JR.
#### Case(s): 207 Clm No: 2053 Clm. Amt: $149,890.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $149,890.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $149,890.00 | | $0.00 |
| | | | | $149,890.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DAVID FREED
**Case(s): 207 Clm No: 2054 Clm. Amt: $5,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4600 | Objection Granted | 04/25/2022 | 4843 |

## JARID MIRANDA
**Case(s): 207 Clm No: 2055 Clm. Amt: $33,534.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Claim Face Value: $33,534.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $33,534.00 | | $0.00 |
| | | | | $33,534.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## PATRICE LUCERO
**Case(s): 207 Clm No: 2056 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JULIA MARTIN
**Case(s): 207 Clm No: 2057 Clm. Amt: $61,059.87**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $61,059.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $61,059.87 | | $0.00 |
| | | | | $61,059.87 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BRENDA CONDELLES**
**Case(s): 207 Clm No: 2058 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**CRUZ I. GARCIA**
**Case(s): 207 Clm No: 2059 Clm. Amt: $75,810.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $75,810.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $75,810.00 | | $0.00 |
| | | | | | $75,810.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ERICK L. MENCOS-SANTOS**
**Case(s): 207 Clm No: 2060 Clm. Amt: $84,037.18**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $84,037.18**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $84,037.18 | | $0.00 |
| | | | | | $84,037.18 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## KATY SERRA
### Case(s): 207 Clm No: 2061 Clm. Amt: $18,435.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Claim Face Value: $18,435.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $18,435.00 | | $0.00 |
| | | | | $18,435.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JESSICA ANAYA
### Case(s): 207 Clm No: 2062 Clm. Amt: $120,425.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $120,425.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $120,425.00 | | $0.00 |
| | | | | $120,425.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JONES LANG LASALLE AMERICAS, INC., RECEIVER
### Case(s): 207 Clm No: 2063 Clm. Amt: $397,407.70

*590 PITTSBURGH MILLS CIRCLE*
*MALL OFFICE*
*TARENTUM, PA 15084*
**Date Filed: 1/27/2017**
**Claim Face Value: $397,407.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $45,511.78 | | $0.00 |
| 207 | UNS | Disallowed | | $351,895.92 | | $0.00 |
| | | | | $397,407.70 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 06/21/2021 | 4367 | Objection Granted | 07/28/2021 | 4417 |

## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
### Case(s): 207 Clm No: 2064 Clm. Amt: $8,867.60

*ON BEHALF OF THE STATE OF TEXAS AND*
*LOCAL SALES TAX JURISDICTION*
*C/O BANKRUPTCY & COLLECTIONS*
*DIVISION*
*P.O. BOX 12548, MC-008*
*AUSTIN, TX 78711*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $8,867.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | | | $8,867.60 | | $0.00 |
| | | | | $8,867.60 | | $0.00 |

**GREENTREE II, LLC**

**Case(s): 207 Clm No: 2065 Clm. Amt: $421,892.88**

*C/O ARCHER & GREINER, P.C.*
*ATTN: JENNIFER L. DERING*
*300 DELAWARE AVE., SUITE 1100*
*WILMINGTON, DE 19801*
**Date Filed: 1/27/2017**
**Claim Face Value: $421,892.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $39,885.56 | | $0.00 |
| 207 | UNS | | | $382,007.32 | | $382,007.32 |
| | | | | $421,892.88 | | $382,007.32 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied in part | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

**TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**

**Case(s): 207 Clm No: 2066 Clm. Amt: $358,987.34**

*C/O BANKRUPTCY & COLLECTIONS DIVISION*
*P.O. BOX 12548, MC-008*
*AUSTIN, TX 78711*
**Date Filed: 1/26/2017**
**Claim Face Value: $358,987.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $358,987.34 | | $0.00 |
| | | | | $358,987.34 | | $0.00 |

**JACLYN B. DOEBBER**

**Case(s): 207 Clm No: 2067 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ANNA BARCENAS**

**Case(s): 207 Clm No: 2068 Clm. Amt: $1,235.17**

*Address Redacted*
**Date Filed: 1/27/2017**
**Claim Face Value: $1,235.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $1,235.17 | | |
| | | | | $1,235.17 | | |

**CRYSTAL MEMORY BURNETT**

**Case(s): 207 Clm No: 2069 Clm. Amt: $25,008.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $25,008.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $25,008.00 | | $0.00 |
| | | | | $25,008.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**LSOP NC LLC**

**Case(s): 207 Clm No: 2070 Clm. Amt: $344,779.21**

*C/O JENNIFER N. FOUNTAIN, ESQ.*
*804 GREEN VALLEY ROAD, SUITE 200*
*GREENSBORO, NC 27408*
**Date Filed: 1/27/2017**
**Claim Face Value: $344,779.21**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $344,779.21 | | $189,334.03 |
| | | | | $344,779.21 | | $189,334.03 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 09/03/2020 | 4052 | Objection Granted | 10/22/2020 | 4114 |

**ANNETTE L. BIRKES**

**Case(s): 207 Clm No: 2071 Clm. Amt: $6,500.00**

*W13216 KLAMER ROAD*
*LODI, WI 53555*
**Date Filed: 1/27/2017**
**Claim Face Value: $6,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $6,500.00 | | $0.00 |
| | | | | $6,500.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 4617 | Objection Granted | 03/31/2022 | 4731 |

**ALICIA NOTTER**
**Case(s): 207 Clm No: 2072 Clm. Amt: $9,952.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $9,952.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $9,952.00 | | $0.00 |
| | | | | $9,952.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**VERONICA DELVADA WILLIAMS**
**Case(s): 207 Clm No: 2073 Clm. Amt: $33,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $33,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $33,000.00 | | $0.00 |
| | | | | $33,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**Brightview Landscape Services**
**Case(s): 207 Clm No: 2074 Clm. Amt: $1,942.16**

*Attn: Tomas Kuehn*
*27001 Agoura Rd*
*Calabasas, CA 91301*
**Date Filed: 1/26/2017**
**Claim Face Value: $1,942.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,942.16 | | $0.00 |
| | | | | $1,942.16 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**JANICE E. NOTTENKAMPER**
**Case(s): 207 Clm No: 2075 Clm. Amt: $27,347.38**

*2509 CREEKSIDE DR.*
*LITTLE ROCK, AR 72211*
**Date Filed: 1/26/2017**
**Claim Face Value: $27,347.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $27,347.38 | | $0.00 |
| | | | | $27,347.38 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 4617 | Objection Granted | 03/31/2022 | 4731 |

## D.G. LAWN MAINTENANCE/LANDSCAPING, INC.
**Case(s): 207 Clm No: 2076 Clm. Amt: $4,464.72**

*ATTN: EDWARD A. O'HARA*
*304 S. FRANKLIN ST.*
*SYRACUSE, NY 13202*
**Date Filed: 1/26/2017**
**Claim Face Value: $4,464.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,464.72 | | |
| | | | | $4,464.72 | | |

## KEVIN MATTHEW KEANE
**Case(s): 207 Clm No: 2077 Clm. Amt: $833.20**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $833.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $833.20 | | |
| | | | | $833.20 | | |

## KFMB TV
**Case(s): 207 Clm No: 2078 Clm. Amt: $37,514.75**

*ATTN: KAREN JOHNSON*
*7677 ENGINEER ROAD*
*SAN DIEGO, CA 92111*
**Date Filed: 1/26/2017**
**Claim Face Value: $37,514.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $37,514.75 | | |
| | | | | $37,514.75 | | |

## UNIVERSITY ACCOUNTING SERVICE, LLC
**Case(s): 207 Clm No: 2079 Clm. Amt: $30,254.30**

*ATTN: WILLIAM R. DEARTH*
*2520 SOUTH 170TH ST*
*NEW BERLIN, WI 53151*
**Date Filed: 1/27/2017**
**Claim Face Value: $30,254.30**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,254.30 | | |
| | | | | $30,254.30 | | |

## PROVIDENCE MELROSE VISTA, LLC
**Case(s): 207 Clm No: 2080 Clm. Amt: $239,364.26**

*C/O KRIEG DEVAULT LLP*
*ATTN: KAY DEE BAIRD*
*ONE INDIANA SQUARE, SUITE 2800*
*INDIANAPOLIS, IN 46204*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Amended By Clm #: 2946**
**Claim Face Value: $239,364.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $239,364.26 | | $0.00 |
| | | | | $239,364.26 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 09/02/2020 | 4048 | Objection Granted | 10/22/2020 | 4111 |

**MATTHEW R. MCGUIRE**
**Case(s): 207 Clm No: 2081 Clm. Amt: $25,934.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Claim Face Value: $25,934.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $25,934.00 | | $0.00 |
| | | | | $25,934.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**INDIA HOWE**
**Case(s): 207 Clm No: 2082 Clm. Amt: $94,910.28**

*Address Redacted*
**Date Filed: 1/27/2017**
**Claim Face Value: $94,910.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $94,910.28 | | $0.00 |
| | | | | $94,910.28 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TIMOTHY BICKEL**
**Case(s): 207 Clm No: 2083 Clm. Amt: $1,822.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Claim Face Value: $1,822.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,822.00 | | $0.00 |
| | | | | $1,822.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### EARLE BROWNE TOWER, LLP
**Case(s): 207 Clm No: 2084 Clm. Amt: $281,084.63**

*C/O KRIEG DEVAULT LLP*
*ATTN: KAY DEE BAIRD*
*ONE INDIANA SQUARE, SUITE 2800*
*INDIANAPOLIS, IN 46204*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Amended By Clm #: 3105**
**Claim Face Value: $281,084.63**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $281,084.63 | | $0.00 |
| | | | | $281,084.63 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 09/02/2020 | 4048 | Objection Granted | 10/22/2020 | 4111 |

### DAVID A. LINK
**Case(s): 207 Clm No: 2085 Clm. Amt: $70,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### DAVID C. ATKINSON
**Case(s): 207 Clm No: 2086 Clm. Amt: $24,625.08**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $24,625.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $24,625.08 | | $0.00 |
| | | | | $24,625.08 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### ANNA BARCENAS
**Case(s): 207 Clm No: 2087 Clm. Amt: $6,325.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Claim Face Value: $6,325.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $6,325.00 | | $0.00 |
| | | | | $6,325.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 10/31/2022 | 5007 | Objection Granted | 12/13/2022 | 5070 |

## KAREN PATROS
### Case(s): 207 Clm No: 2088 Clm. Amt: $4,596.80

*404 PATCHEN DRIVE*
*LEXINGTON, KY 40517*
**Date Filed: 1/26/2017**
**Claim Face Value: $4,596.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $4,596.80 | | $0.00 |
| | | | | $4,596.80 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

## RYAN DEVORE
### Case(s): 207 Clm No: 2089 Clm. Amt: $6,942.20

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,942.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $6,942.20 | | $0.00 |
| | | | | $6,942.20 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

## TULANCE THOMAS
### Case(s): 207 Clm No: 2090 Clm. Amt: $9,000,000.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $9,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $9,000,000.00 | | $0.00 |
| | | | | $9,000,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DATACHAMPS LLC
### Case(s): 207 Clm No: 2091 Clm. Amt: $43,035.00

*ATTN: JONATHAN WESTERLUND*
*3219 E CAMELBACK RD. #225*
*PHOENIX, AZ 85018*
**Date Filed: 1/27/2017**
**Claim Face Value: $43,035.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $43,035.00 | | |
| | | | | $43,035.00 | | |

**CHAMPION ENERGY SERVICES, LLC**
**Case(s): 207 Clm No: 2092 Clm. Amt: $9,399.50**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *C/O ANDREWS KURTH KENYON LLP*<br>*ATTN: ASHLEY HARPER*<br>*600 TRAVIS, SUITE 4200*<br>*HOUSTON, TX 77002*<br>**Date Filed: 1/27/2017**<br>**Claim Face Value: $9,399.50** | 207 | UNS | | | $9,399.50<br>$9,399.50 | | |

**RYAN BERILLA**
**Case(s): 207 Clm No: 2093 Clm. Amt: $44,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/27/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $44,000.00** | 207 | UNS | | | $44,000.00<br>$44,000.00 | | $0.00<br>$0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ANTHONY HINKLE**
**Case(s): 207 Clm No: 2094 Clm. Amt: $59,814.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/27/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $59,814.00** | 207 | UNS | | | $59,814.00<br>$59,814.00 | | $0.00<br>$0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**WHITE REALTY AND SERVICE CORPORATION**
**Case(s): 207 Clm No: 2095 Clm. Amt: $448,110.31**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *C/O KROGER GARDIS & REGAS, LLP*<br>*ATTN: HARLEY K. MEANS*<br>*111 MONUMENT CIRCLE, SUITE 900*<br>*INDIANAPOLIS, IN 46204*<br>**Date Filed: 1/27/2017**<br>**Claim Face Value: $448,110.31** | 207 | UNS | | | $448,110.31<br>$448,110.31 | | |

## WHITE REALTY AND SERVICE CORPORATION
### Case(s): 207 Clm No: 2096 Clm. Amt: $60,282.68

*C/O KROGER GARDIS & REGAS, LLP*
*ATTN: HARLEY K. MEANS*
*111 MONUMENT CIRCLE, SUITE 900*
*INDIANAPOLIS, IN 46204*
**Date Filed: 1/27/2017**
**Claim Face Value: $60,282.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | ADM | Disallowed | | Unknown | Y | $0.00 |
| 207 | PRI | Disallowed | | $60,282.68 | | $0.00 |
| | | | | $60,282.68 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

## CHAMPION ENERGY SERVICES, LLC
### Case(s): 207 Clm No: 2097 Clm. Amt: $9,399.50

*C/O ANDREWS KURTH KENYON, LLP*
*ATTN: ASHLEY HARPER*
*600 TRAVIS, SUITE 4200*
*HOUSTON, TX 77002*
**Date Filed: 1/27/2017**
**Claim Face Value: $9,399.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $9,399.50 | | $0.00 |
| | | | | $9,399.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

## JOHN LINO
### Case(s): 207 Clm No: 2098 Clm. Amt: $12,767.84

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,767.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $12,767.84 | | $0.00 |
| | | | | $12,767.84 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ASHLEY PASCAL
### Case(s): 207 Clm No: 2099 Clm. Amt: $5,200.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,200.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,200.00 | | $0.00 |
| | | | | $5,200.00 | | $0.00 |

## JUAN R. BRAVO VALDEZ
**Case(s): 207 Clm No: 2100 Clm. Amt: $1,000.00**

*13169 W. TELEMARK CT*
*BOISE, ID 83713*
**Date Filed: 1/27/2017**
**Claim Face Value: $1,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | 503(b)(9) | Disallowed | | Unknown | Y | $0.00 |
| 207 | PRI | Allowed | | $1,000.00 | | $1,000.00 |
| | | | | $1,000.00 | | $1,000.00 |

## JUAN R. BRAVO VALDEZ
**Case(s): 207 Clm No: 2101 Clm. Amt: $1,000.00**

*13169 W. TELEMARK CT*
*BOISE, ID 83713*
**Date Filed: 1/27/2017**
**Claim Face Value: $1,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | 503(b)(9) | Disallowed | | Unknown | Y | $0.00 |
| 207 | PRI | Disallowed | | $1,000.00 | | $0.00 |
| | | | | $1,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/18/2022 | 4609 | Objection Granted | 03/31/2022 | 4729 |

## DEBORAH DEMURO
**Case(s): 207 Clm No: 2102 Clm. Amt: $1,114.74**

*161 LAWN AVE*
*SHAVERTON, PA 18708*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,114.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $1,114.74 | | $0.00 |
| | | | | $1,114.74 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**WILLIAM M COLLINS**
**Case(s): 207 Clm No: 2103 Clm. Amt: $133.33**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $133.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $133.33 | | $2.00 |
| 207 | UNS | Allowed | | | | $133.33 |
| | | | | $133.33 | | $135.33 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

**CHRISTINA LONG**
**Case(s): 207 Clm No: 2104 Clm. Amt: $44,602.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $44,602.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $44,602.00 | | $0.00 |
| | | | | $44,602.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TODD A. DECKARD**
**Case(s): 207 Clm No: 2105 Clm. Amt: $12,850.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $12,850.00 | | $0.00 |
| | | | | $12,850.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JOSE DUENAS
**Case(s): 207 Clm No: 2106 Clm. Amt: $95,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $95,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $95,000.00 | | $0.00 |
| | | | | $95,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MICHAEL C. BADIAL
**Case(s): 207 Clm No: 2107 Clm. Amt: $35,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $35,000.00 | | $0.00 |
| | | | | $35,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LAURA BROWN
**Case(s): 207 Clm No: 2108 Clm. Amt: $18,000.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Claim Face Value: $18,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $18,000.00 | | |
| | | | | $18,000.00 | | |

## ARTHUR CONDELLES
**Case(s): 207 Clm No: 2109 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JUAN MARTINEZ
**Case(s): 207 Clm No: 2110 Clm. Amt: $37,634.15**

*Address Redacted*
**Date Filed: 1/27/2017**
**Claim Face Value: $37,634.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $37,634.15 | | $0.00 |
| | | | | $37,634.15 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JACQUELINE RICHARDS
**Case(s): 207 Clm No: 2111 Clm. Amt: $42,239.00**

*6358 BROOKLINE DRIVE, APT C*
*INDIANAPOLIS, IN 46220*
**Date Filed: 1/26/2017**
**Claim Face Value: $42,239.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| 207 | UNS | Disallowed | | $29,389.00 | | $0.00 |
| | | | | $42,239.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 10/31/2022 | 5007 | Objection Granted | 12/13/2022 | 5070 |

## DENNIS HORMEL
**Case(s): 207 Clm No: 2112 Clm. Amt: $14,000.00**

*7980 HAILEY CT SE*
*CALEDONIA, MI 49316*
**Date Filed: 1/26/2017**
**Claim Face Value: $14,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $14,000.00 | | $0.00 |
| | | | | $14,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 4617 | Objection Granted | 03/31/2022 | 4731 |

## VIVIAN JOHNSON
**Case(s): 207 Clm No: 2113 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SAMUEL KHACHERIAN**
**Case(s): 207 Clm No: 2114 Clm. Amt: $25,834.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Claim Face Value: $25,834.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $25,834.00 | | $0.00 |
| | | | | $25,834.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ANDYE JOHNSON**
**Case(s): 207 Clm No: 2115 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**LAURA MCCLEARY**
**Case(s): 207 Clm No: 2116 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**JOSEPHINE R. DIZON**
**Case(s): 207 Clm No: 2117 Clm. Amt: $7,405.50**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $7,405.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $7,405.50 | | $0.00 |
| | | | | $7,405.50 | | $0.00 |

Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ANNE MARTIN**
**Case(s): 207 Clm No: 2118 Clm. Amt: $133,416.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Claim Face Value: $133,416.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $133,416.00 | | $0.00 |
| | | | | $133,416.00 | | $0.00 |

Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KOULAP SIVONGSAK**
**Case(s): 207 Clm No: 2119 Clm. Amt: $25,459.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $25,459.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $25,459.00 | | $0.00 |
| | | | | $25,459.00 | | $0.00 |

Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## MELISSA M. MENDEZ
### Case(s): 207 Clm No: 2120 Clm. Amt: $80,979.29

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,979.29**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,979.29 | | $0.00 |
| | | | | $80,979.29 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## JESSICA FONTENOT
### Case(s): 207 Clm No: 2121 Clm. Amt: $80,000.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## THERESA BURNHAM
### Case(s): 207 Clm No: 2122 Clm. Amt: $33,500.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $33,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $33,500.00 | | $0.00 |
| | | | | $33,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CHRISTINA CHANDLER
### Case(s): 207 Clm No: 2123 Clm. Amt: $100,000.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $100,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $100,000.00 | | $0.00 |
| | | | | $100,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CRISTY R. MCCLEAN
### Case(s): 207 Clm No: 2124 Clm. Amt: $25,850.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $25,850.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $25,850.00 | | $0.00 |
| | | | | $25,850.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## OSCAR GUEVARA
### Case(s): 207 Clm No: 2125 Clm. Amt: $60,000.00

*Address Redacted*
**Date Filed: 1/26/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ANTOINETTE TIMM**
**Case(s): 207 Clm No: 2126 Clm. Amt: $70,000.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|-------------------|----------------|------------------|
| | | | Claim Withdrawn | | 3079 |

**JARROD JONES**
**Case(s): 207 Clm No: 2127 Clm. Amt: $24,000.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $24,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | 503(b)(9) | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $24,000.00 | | $0.00 |
| | | | | $24,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|-------------------|----------------|------------------|
| | | | Claim Withdrawn | | 3079 |

**PHILL KUCZYNSKI**
**Case(s): 207 Clm No: 2128 Clm. Amt: $70,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|-------------------|----------------|------------------|
| | | | Claim Withdrawn | | 3079 |

### MEGAN HAMM
**Case(s): 207 Clm No: 2129 Clm. Amt: $12,000.00**

*Address Redacted*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $12,000.00 | | $0.00 |
| | | | | $12,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### BOEING EMPLOYEES' CREDIT UNION
**Case(s): 207 Clm No: 2130 Clm. Amt: $681,182.42**

*C/O RIDDELL WILLIAMS P.S.*
*ATTN: ROBERT N. AMKRAUT*
*1001 4TH AVE, SUITE 4500*
*SEATTLE, WA 98154*
**Date Filed: 1/27/2017**
**Claim Face Value: $681,182.42**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $681,182.42 | | |
| | | | | $681,182.42 | | |

### DOC & LADDY'S FAMILY FUN CENTER, LTD.
**Case(s): 207 Clm No: 2131 Clm. Amt: $902,551.03**

*C/O PAKIS GIOTES PAGE & BURLESON, P.C.*
*ATTN: DAVID C. ALFORD*
*P.O. BOX 58*
*WACO, TX 76703-0058*
**Date Filed: 1/27/2017**
**Claim Face Value: $902,551.03**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $37,134.15 | | $0.00 |
| 207 | UNS | | | $865,416.88 | | $229,864.14 |
| | | | | $902,551.03 | | $229,864.14 |

### KAYLA HARN
**Case(s): 207 Clm No: 2132 Clm. Amt: $35,145.58**

*Address Redacted*
**Date Filed: 1/27/2017**
**Claim Face Value: $35,145.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $35,145.58 | | $0.00 |
| | | | | $35,145.58 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## PHIL R BYSTRY
**Case(s): 207 Clm No: 2133 Clm. Amt: $165.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Claim Face Value: $165.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $165.00 | | $0.00 |
| | | | | $165.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

## CONSTANCE BROCK
**Case(s): 207 Clm No: 2134 Clm. Amt: $31,000.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $31,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $31,000.00 | | $0.00 |
| | | | | $31,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## RUIZHONG WANG
**Case(s): 207 Clm No: 2135 Clm. Amt: $9,146.90**

*5736 FAIRBOURNE COURT*
*CARMEL, IN 46033*
**Date Filed: 1/27/2017**
**Claim Face Value: $9,146.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $9,146.90 | | $0.00 |
| | | | | $9,146.90 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## DIANE FREELAND
**Case(s): 207 Clm No: 2136 Clm. Amt: $12,850.00**

*C/O CAROL THOMAS*
*268 BROOKVIEW DRIVE*
*RIVERDALE, GA 30274*
**Date Filed: 1/27/2017**
**Claim Face Value: $12,850.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| | | | | $12,850.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4601 | Objection Granted | 04/25/2022 | 4844 |

**RICHARD MOSLEY**
**Case(s): 207 Clm No: 2137 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

---

**ROSS-LIN HARN**
**Case(s): 207 Clm No: 2138 Clm. Amt: $35,685.51**

*Address Redacted*
**Date Filed: 1/27/2017**
**Claim Face Value: $35,685.51**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $35,685.51 | | $0.00 |
| | | | | | $35,685.51 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

---

**HEATHER YOUNG THOMAS**
**Case(s): 207 Clm No: 2139 Clm. Amt: $100,000.00**

*C/O MASTANDO & ARTRIP, LLC*
*ATTN: ERIC ARTRIP*
*301 WASHINGTON ST, SUITE 302*
*HUNTSVILLE, AL 35801*
**Date Filed: 1/27/2017**
**Claim Face Value: $100,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | Disallowed | | $100,000.00 | | $0.00 |
| | | | | | $100,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| No documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

## COURTNEY JENNINGS
### Case(s): 207 Clm No: 2140 Clm. Amt: $13,000.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Claim Face Value: $13,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $2,850.00 | | $0.00 |
| 207 | UNS | | | $10,150.00 | | $0.00 |
| | | | | $13,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MEDICA HEALTH PLANS
### Case(s): 207 Clm No: 2141 Clm. Amt: $16,391.82

*ATTN: LORI BRAEGELMAN*
*401 CARLSON PARKWAY CP 250*
*MINNETONKA, MN 55305*
**Date Filed: 1/27/2017**
**Claim Face Value: $16,391.82**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $16,391.82 | | |
| | | | | $16,391.82 | | |

## MANUEL EDMUNDO FLORES PORTILLO
### Case(s): 207 Clm No: 2142 Clm. Amt:

*Address Redacted*
**Date Filed: 1/27/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## IAN STOVER
### Case(s): 207 Clm No: 2143 Clm. Amt: $70,000.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ROBERT POPE**
**Case(s): 207 Clm No: 2144 Clm. Amt: $57,750.00**

*1405 SPYGLASS CT.*
*TYLER, TX 75703*
**Date Filed: 1/27/2017**
**Claim Face Value: $57,750.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $57,750.00 | | $0.00 |
| | | | | $57,750.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 10/31/2022 | 5007 | Objection Granted | 12/13/2022 | 5070 |

**JEREMY JOSEPH WINRIGHT**
**Case(s): 207 Clm No: 2145 Clm. Amt: $33,228.48**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $33,228.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $33,228.48 | | $0.00 |
| | | | | $33,228.48 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MATTHEW L. MORRIS**
**Case(s): 207 Clm No: 2146 Clm. Amt: $51,394.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $51,394.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $51,394.00 | | $0.00 |
| | | | | $51,394.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JOSEPH SCHETTLER**
**Case(s): 207 Clm No: 2147 Clm. Amt: $62,000.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $62,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $62,000.00 | | $0.00 |
| | | | | $62,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MICHAEL DUNAWAY
**Case(s): 207 Clm No: 2148 Clm. Amt: $67,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/27/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $67,000.00** | | | | | | | |
| | 207 | UNS | | | $67,000.00 | | $0.00 |
| | | | | | $67,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## KI YI
**Case(s): 207 Clm No: 2149 Clm. Amt: $79,709.29**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/27/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $79,709.29** | | | | | | | |
| | 207 | UNS | | | $79,709.29 | | $0.00 |
| | | | | | $79,709.29 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## DEBORA L. LOWKE
**Case(s): 207 Clm No: 2150 Clm. Amt: $13.72**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *95 DUBLIN AVENUE*<br>*NASHUA, NH 03063*<br>**Date Filed: 1/27/2017**<br>**Claim Face Value: $13.72** | | | | | | | |
| | 207 | PRI | Disallowed | | $13.72 | | $0.00 |
| | | | | | $13.72 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 10/31/2022 | 5007 | Objection Granted | 12/13/2022 | 5070 |

## NICK BOONE
**Case(s): 207 Clm No: 2151 Clm. Amt: $19,585.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/27/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $19,585.00** | | | | | | | |
| | 207 | UNS | | | $19,585.00 | | $0.00 |
| | | | | | $19,585.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**HEIDI MARSDEN**
**Case(s): 207 Clm No: 2152 Clm. Amt: $35,000.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $35,000.00 | | $0.00 |
| | | | | $35,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DEBRA L. LOWKE**
**Case(s): 207 Clm No: 2153 Clm. Amt: $148.87**

*95 DUBLIN AVENUE*
*NASHUA, NH 03063*
**Date Filed: 1/27/2017**
**Claim Face Value: $148.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | PRI | | | $148.87 | | |
| | | | | $148.87 | | |

**CHRISTOPHER G. COWGILL**
**Case(s): 207 Clm No: 2154 Clm. Amt: $19,000.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $19,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $19,000.00 | | $0.00 |
| | | | | $19,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BRANDON MACKEY**
**Case(s): 207 Clm No: 2155 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | PRI | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KELLYAN EDWARDS
### Case(s): 207 Clm No: 2156 Clm. Amt: $30,000.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ERMELINDA PONTICELLI
### Case(s): 207 Clm No: 2157 Clm. Amt: $4,252.50

*965 W. ESSEX PL.*
*ARLINGTON HEIGHTS, IL 60004*
**Date Filed: 1/27/2017**
**Claim Face Value: $4,252.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $4,252.50 | | $0.00 |
| 207 | UNS | Allowed | | | | $4,252.50 |
| | | | | $4,252.50 | | $4,252.50 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 02/09/2021 | 4212 | Objection Granted | 04/21/2021 | 4290 |

## WILLIAM J. CLARK
### Case(s): 207 Clm No: 2158 Clm. Amt: $45,000.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JOEL ROSS LOWTHER
### Case(s): 207 Clm No: 2159 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## MICHAEL WAYNE FULKERSIN
### Case(s): 207 Clm No: 2160 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## AMANDA HILL
### Case(s): 207 Clm No: 2161 Clm. Amt:

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**BUFORD ANTHONY PHILLIPS**
**Case(s): 207 Clm No: 2162 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**SARAH SMALL**
**Case(s): 207 Clm No: 2163 Clm. Amt: $38,203.41**

*Address Redacted*
**Date Filed: 1/27/2017**
**Claim Face Value: $38,203.41**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $38,203.41 | | $0.00 |
| | | | | $38,203.41 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**CARLA R. SMALL**
**Case(s): 207 Clm No: 2164 Clm. Amt: $102,280.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Claim Face Value: $102,280.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $102,280.00 | | $0.00 |
| | | | | $102,280.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CHRISTOPHER TIMOTHY MARTIN**
**Case(s): 207 Clm No: 2165 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/27/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

---

**KIMBERLY RODRIGUEZ**
**Case(s): 207 Clm No: 2166 Clm. Amt: $50,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/27/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $50,000.00** | | | | | | | |
| | 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

---

**JAMES HMUN**
**Case(s): 207 Clm No: 2167 Clm. Amt: $2,700.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/27/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $2,700.00** | | | | | | | |
| | 207 | UNS | | | $2,700.00 | | $0.00 |
| | | | | | $2,700.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**DEENA FLEISCHMAN**

**Case(s): 207 Clm No: 2168 Clm. Amt: $56,000.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $56,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $56,000.00 | | $0.00 |
| | | | | $56,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**HAMMONS, GOWENS, HURST, & ASSOCIATES**

**Case(s): 207 Clm No: 2169 Clm. Amt: $3,627.96**

*ATTN: LEAH MICHELLE ROPER*
*325 DEAN A MCGEE AVENUE*
*OKLAHOMA CITY, OK 73102*
**Date Filed: 1/27/2017**
**Claim Face Value: $3,627.96**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $3,627.96 | | $0.00 |
| | | | | $3,627.96 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

**CHRISTOPHER PALMER**

**Case(s): 207 Clm No: 2170 Clm. Amt: $43,000.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $43,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $43,000.00 | | $0.00 |
| | | | | $43,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TERRESA BIGHAM
### Case(s): 207 Clm No: 2171 Clm. Amt: $43,308.80

*C/O HAMMONS, GOWENS, HURST & ASSOCIATES*
*ATTN: LEAH MICHELLE ROPER*
*325 DEAN A MCGEE AVENUE*
*OKLAHOMA CITY, OK 73102*
**Date Filed: 1/27/2017**
**Claim Face Value: $43,308.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $43,308.80 | | $0.00 |
| | | | | $43,308.80 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

## BRANDON BURNS
### Case(s): 207 Clm No: 2172 Clm. Amt: $21,084.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $21,084.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $21,084.00 | | $0.00 |
| | | | | $21,084.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JULIANA ELIZONDO
### Case(s): 207 Clm No: 2173 Clm. Amt: $120,000.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $120,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $120,000.00 | | $0.00 |
| | | | | $120,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MAC ATLANTA SOUTH, LLC
### Case(s): 207 Clm No: 2174 Clm. Amt: $43,309.89

*ATTN: DEAN MACFARLAN*
*100 CRESCENT COURT, SUITE 200*
*DALLAS, TX 75201*
**Date Filed: 1/27/2017**
**Claim Face Value: $43,309.89**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $43,309.89 | | |
| | | | | $43,309.89 | | |

## DORIAN ELIZONDO
### Case(s): 207 Clm No: 2175 Clm. Amt: $100,000.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $100,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $100,000.00 | | $0.00 |
| | | | | $100,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## WESTCHESTER FIRE INSURANCE COMPANY
### Case(s): 207 Clm No: 2176 Clm. Amt:

*30 S. 17TH STREET*
*PHILADELPHIA, PA 19103*
**Date Filed: 1/27/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

## CRYSTAL BAYARDO
### Case(s): 207 Clm No: 2177 Clm. Amt: $70,000.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KATIANA DESIR
### Case(s): 207 Clm No: 2178 Clm. Amt: $60,000.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## PACIFIC EMPLOYERS INSURANCE COMPANY
### Case(s): 207 Clm No: 2179 Clm. Amt:

*C/O DUANE MORRIS LLP*
*ATTN: WENDY M. SIMKULAK*
*30 S. 17TH STREET*
*PHILADELPHIA, PA 19103*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $26,983.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | ADM | Withdrawn | | Unknown | Y | $0.00 |
| 207 | SEC | Withdrawn | | | | $0.00 |
| 207 | UNS | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

## BRADLEY D. SCHWARTZ
### Case(s): 207 Clm No: 2180 Clm. Amt: $15,268.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $15,268.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $15,268.00 | | $0.00 |
| | | | | $15,268.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## INDEMNITY INSURANCE COMPANY OF NORTH AMERICA
### Case(s): 207 Clm No: 2181 Clm. Amt:

*C/O DUANE MORRIS LLP*
*ATTN: WENDY M. SIMKULAK*
*30 S. 17TH STREET*
*PHILADELPHIA, PA 19103*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $26,983.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | ADM | Withdrawn | | | | $0.00 |
| 207 | SEC | Withdrawn | | Unknown | Y | $0.00 |
| 207 | UNS | Withdrawn | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

## LESLIE ESPARZA
### Case(s): 207 Clm No: 2182 Clm. Amt:

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**TEANG UNG**

**Case(s): 207 Clm No: 2183 Clm. Amt: $65,000.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $65,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $65,000.00 | | $0.00 |
| | | | | $65,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ESIS, INC.**

**Case(s): 207 Clm No: 2184 Clm. Amt:**

*C/O DUANE MORRIS LLP*
*ATTN: WENDY M. SIMKULAK*
*30 S. 17TH STREET*
*PHILADELPHIA, PA 19103*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | ADM | Withdrawn | | Unknown | Y | $0.00 |
| 207 | SEC | Withdrawn | | Unknown | Y | $0.00 |
| 207 | UNS | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

**RANDSTAD NORTH AMERICA, INC.**

**Case(s): 207 Clm No: 2185 Clm. Amt: $880.00**

*3625 CUMBERLAND BLVD*
*SUITE 600*
*ATLANTA, GA 30339*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $880.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $880.00 | | |
| | | | | $880.00 | | |

**ACE AMERICAN INSURANCE COMPANY**

**Case(s): 207 Clm No: 2186 Clm. Amt:**

*C/O DUANE MORRIS LLP*
*ATTN: WENDY M. SIMKULAK*
*30 S. 17TH STREET*
*PHILADELPHIA, PA 19103*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $26,983.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | ADM | Withdrawn | | | | $0.00 |
| 207 | SEC | Withdrawn | | Unknown | Y | $0.00 |
| 207 | UNS | Withdrawn | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

## TRAYTON JORDAN
**Case(s): 207 Clm No: 2187 Clm. Amt: $20,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/27/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $20,000.00** | | | | | | | |
| | 207 | UNS | | | $20,000.00 | | $0.00 |
| | | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## BRUCE JOHNSON
**Case(s): 207 Clm No: 2188 Clm. Amt: $45,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/27/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $45,000.00** | | | | | | | |
| | 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## FEDERAL INSURANCE COMPANY
**Case(s): 207 Clm No: 2189 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *C/O DUANE MORRIS LLP*<br>*ATTN: WENDY M. SIMKULAK*<br>*30 S. 17TH STREET*<br>*PHILADELPHIA, PA 19103*<br>**Date Filed: 1/27/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | ADM | Withdrawn | | Unknown | Y | $0.00 |
| | 207 | UNS | Withdrawn | | Unknown | Y | $0.00 |
| | | | | | | | $0.00 |

## CALEB MOORE
**Case(s): 207 Clm No: 2190 Clm. Amt: $55,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/27/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $55,000.00** | | | | | | | |
| | 207 | UNS | | | $55,000.00 | | $0.00 |
| | | | | | $55,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JESSICA NICOLE MOORE**
**Case(s): 207 Clm No: 2191 Clm. Amt: $9,830.72**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,830.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $9,830.72 | | $0.00 |
| | | | | $9,830.72 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TIFFANY M TUCKER**
**Case(s): 207 Clm No: 2192 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KARA MARCIAL**
**Case(s): 207 Clm No: 2193 Clm. Amt: $9,401.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,401.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $9,401.00 | | $0.00 |
| | | | | $9,401.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ALISHA DEROME**
**Case(s): 207 Clm No: 2194 Clm. Amt: $6,548.35**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,548.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $6,548.35 | | $0.00 |
| | | | | $6,548.35 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SAMANTHA SMITH**
**Case(s): 207 Clm No: 2195 Clm. Amt: $38,266.86**

*Address Redacted*
**Date Filed: 1/27/2017**
**Claim Face Value: $38,266.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $38,266.86 | | $0.00 |
| | | | | $38,266.86 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**WANDA CRUZ**
**Case(s): 207 Clm No: 2196 Clm. Amt: $3,500.00**

*26155 SW 124 CT*
*HOMESTEAD, FL 33032*
**Date Filed: 1/27/2017**
**Claim Face Value: $3,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $3,500.00 | | $0.00 |
| | | | | $3,500.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4632 | Objection Granted | 04/25/2022 | 4845 |

**COURTNEY CARR**
**Case(s): 207 Clm No: 2197 Clm. Amt: $6,334.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,334.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $6,334.00 | | $0.00 |
| | | | | $6,334.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ALEXANA HOME FULL SERVICE**
**Case(s): 207 Clm No: 2198 Clm. Amt: $8,964.52**

*ATTN: ALEJANDRO J. MEJIA*
*321 SE 17 TER.*
*CAPE CORAL, FL 33990*
**Date Filed: 1/27/2017**
**Claim Face Value: $8,964.52**

| Case | Class | Status | Objection | Proof Of Claim Amount | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|----------------------|
| 207 | UNS | | | $8,964.52 | |
| | | | | $8,964.52 | |

**RENEE REMBERT**
**Case(s): 207 Clm No: 2199 Clm. Amt: $135,378.50**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $135,378.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $135,378.50 | | $0.00 |
| | | | | $135,378.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KYLE A. WINSLOW**
**Case(s): 207 Clm No: 2200 Clm. Amt: $20,876.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,876.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $20,876.00 | | $0.00 |
| | | | | $20,876.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**BRIAN KEISER**
**Case(s): 207 Clm No: 2201 Clm. Amt: $9,519.12**

*75-6158 HAKU MELE ST.*
*KAILUA-KONA, HI 96740*
**Date Filed: 1/27/2017**
**Claim Face Value: $9,519.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $9,519.12 | | $0.00 |
| | | | | $9,519.12 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2021 | 3768 |

**SCOTT P. BAUMGARTE**
**Case(s): 207 Clm No: 2202 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

---

**WILLIAMS & CONNOLLY LLP**
**Case(s): 207 Clm No: 2203 Clm. Amt: $3,037,319.86**

*ATTN: I.P. BARLOW*
*725 TWELFTH STREET, N.W.*
*WASHINGTON, DC 20005*
**Date Filed: 1/27/2017**
**Claim Face Value: $3,037,319.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $3,037,319.86 | | $3,037,319.86 |
| | | | | $3,037,319.86 | | $3,037,319.86 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

---

**ROCKQUETTA HARRIS**
**Case(s): 207 Clm No: 2204 Clm. Amt: $33,000.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $33,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $33,000.00 | | $0.00 |
| | | | | $33,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KRISTA HARMON
### Case(s): 207 Clm No: 2205 Clm. Amt: $48,000.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $48,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $48,000.00 | | $0.00 |
| | | | | $48,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## ELLEN LASHER
### Case(s): 207 Clm No: 2206 Clm. Amt: $68,082.98

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $68,082.98**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $68,082.98 | | $0.00 |
| | | | | $68,082.98 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JOEL R. DOMINGUEZ
### Case(s): 207 Clm No: 2207 Clm. Amt: $160,785.75

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $160,785.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $160,785.75 | | $0.00 |
| | | | | $160,785.75 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ROCHELLE BALL
### Case(s): 207 Clm No: 2208 Clm. Amt: $27,278.00

| *Address Redacted*<br>**Date Filed: 1/27/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $27,278.00** | Case | Class | Status | Objection | Proof Of<br>Claim<br>Amount | IND | Final<br>Allowed<br>Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $27,278.00 | | $0.00 |
| | | | | | $27,278.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## ASHLEY OLIVIT
### Case(s): 207 Clm No: 2209 Clm. Amt: $16,500.00

| *Address Redacted*<br>**Date Filed: 1/27/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $16,500.00** | Case | Class | Status | Objection | Proof Of<br>Claim<br>Amount | IND | Final<br>Allowed<br>Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $16,500.00 | | $0.00 |
| | | | | | $16,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## GRANT BANGERTER
### Case(s): 207 Clm No: 2210 Clm. Amt: $5,000.00

| *1502 EAST HARRIER ST*<br>*EAGLE MOUNTAIN, UT 84005*<br>**Date Filed: 1/27/2017**<br>**Claim Face Value: $5,000.00** | Case | Class | Status | Objection | Proof Of<br>Claim<br>Amount | IND | Final<br>Allowed<br>Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | Allowed | | $5,000.00 | | $5,000.00 |
| | | | | | $5,000.00 | | $5,000.00 |

## ALONZO SALVATIERRA
### Case(s): 207 Clm No: 2211 Clm. Amt: $91,501.98

| *Address Redacted*<br>**Date Filed: 1/27/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $91,501.98** | Case | Class | Status | Objection | Proof Of<br>Claim<br>Amount | IND | Final<br>Allowed<br>Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $91,501.98 | | $0.00 |
| | | | | | $91,501.98 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ISABEL Y. JACOBO**
**Case(s): 207 Clm No: 2212 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**KATLYN M. HICKEY**
**Case(s): 207 Clm No: 2213 Clm. Amt: $25,433.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Claim Face Value: $25,433.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $25,433.00 | | $0.00 |
| | | | | | $25,433.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ROCCO PALELLA**
**Case(s): 207 Clm No: 2214 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## JENNIFER BRYANT
### Case(s): 207 Clm No: 2215 Clm. Amt: $45,369.08

*Address Redacted*
**Date Filed: 1/27/2017**
**Claim Face Value: $45,369.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,369.08 | | $0.00 |
| | | | | $45,369.08 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## MELISSA WRIGHT
### Case(s): 207 Clm No: 2216 Clm. Amt: $87,000.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $87,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $87,000.00 | | $0.00 |
| | | | | $87,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## NOEMI ARJON
### Case(s): 207 Clm No: 2217 Clm. Amt: $42,000.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Claim Face Value: $42,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $42,000.00 | | $0.00 |
| | | | | $42,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ERNEST BURGS
**Case(s): 207 Clm No: 2218 Clm. Amt: $150,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $150,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $150,000.00 | | $0.00 |
| | | | | $150,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## DAVID ISAAC REEP
**Case(s): 207 Clm No: 2219 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## BRANDON MATTHEWS
**Case(s): 207 Clm No: 2220 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 1/28/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**WANESHIA NORMAN**
**Case(s): 207 Clm No: 2221 Clm. Amt: $30,523.00**

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,523.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,523.00 | | $0.00 |
| | | | | $30,523.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MALISSIA L. BAUN**
**Case(s): 207 Clm No: 2222 Clm. Amt: $8,000,000.00**

*Address Redacted*
**Date Filed: 1/28/2017**
**Claim Face Value: $8,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $8,000,000.00 | | $0.00 |
| | | | | $8,000,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**RUTH HACK**
**Case(s): 207 Clm No: 2223 Clm. Amt: $35,096.79**

*Address Redacted*
**Date Filed: 1/28/2017**
**Claim Face Value: $35,096.79**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $35,096.79 | | $0.00 |
| | | | | $35,096.79 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JARED JAMISON
### Case(s): 207 Clm No: 2224 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DANA A. WILLIS
### Case(s): 207 Clm No: 2225 Clm. Amt: $20,008.68

*Address Redacted*
**Date Filed: 1/28/2017**
**Claim Face Value: $20,008.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,008.68 | | $0.00 |
| | | | | $20,008.68 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MIGUEL CUEVAS
### Case(s): 207 Clm No: 2226 Clm. Amt: $73,897.20

*Address Redacted*
**Date Filed: 1/28/2017**
**Claim Face Value: $73,897.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $73,897.20 | | $0.00 |
| | | | | $73,897.20 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**VINSON LONGLEY**
**Case(s): 207 Clm No: 2227 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JONATHON DEVORE**
**Case(s): 207 Clm No: 2228 Clm. Amt: $67,001.89**

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Amended By Clm #: 2230**
**Claim Face Value: $67,001.89**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $67,001.89 | | $0.00 |
| | | | | | $67,001.89 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**THOMAS D DUNCAN**
**Case(s): 207 Clm No: 2229 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | 503(b)(9) | | | $40,000.00 | | $0.00 |
| | | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## JONATHON DEVORE
### Case(s): 207 Clm No: 2230 Clm. Amt: $67,001.89

*Address Redacted*
**Date Filed: 1/28/2017**
**Orig. Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Amending Clm #: 2228**
**Claim Face Value: $67,001.89**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $67,001.89 | | $0.00 |
| | | | | $67,001.89 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## THOMAS HEISLER
### Case(s): 207 Clm No: 2231 Clm. Amt: $28,550.00

*Address Redacted*
**Date Filed: 1/28/2017**
**Claim Face Value: $28,550.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $28,550.00 | | $0.00 |
| | | | | $28,550.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## RYAN SIEKAS
### Case(s): 207 Clm No: 2232 Clm. Amt: $90,000.00

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $90,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $90,000.00 | | $0.00 |
| | | | | $90,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JUSTIN D GOODYEAR
### Case(s): 207 Clm No: 2233 Clm. Amt: $6,886.46

*232 S MISSISSIPPI AVE*
*MORTON, IL 61550*
**Date Filed: 1/28/2017**
**Claim Face Value: $6,886.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $6,886.46 | | $0.00 |
| | | | | $6,886.46 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**COLIN WINSOR**
**Case(s): 207 Clm No: 2234 Clm. Amt: $35,000.00**

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $35,000.00 | | $0.00 |
| | | | | $35,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SARA JO SCHMIDT**
**Case(s): 207 Clm No: 2235 Clm. Amt: $1,500.00**

*1256 HOT SPRINGS COURT*
*LEXINGTON, KY 40517*
**Date Filed: 1/28/2017**
**Claim Face Value: $1,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,500.00 | | $0.00 |
| | | | | $1,500.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

**CANDACE RENE HOKE**
**Case(s): 207 Clm No: 2236 Clm. Amt: $4,308.42**

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $4,308.42**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $2,850.00 | | $0.00 |
| 207 | UNS | | | $1,458.42 | | $0.00 |
| | | | | $4,308.42 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KEOSHA SMITH**
**Case(s): 207 Clm No: 2237 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**NIKOLAS PALELLA**
**Case(s): 207 Clm No: 2238 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/28/2017**
**Claim Face Value: $40,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**SHONTANA RUSSELL**
**Case(s): 207 Clm No: 2239 Clm. Amt: $28,898.64**

*Address Redacted*
**Date Filed: 1/28/2017**
**Claim Face Value: $28,898.64**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $28,898.64 | | $0.00 |
| | | | | | $28,898.64 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ENRIQUE GONZALEZ**
**Case(s): 207 Clm No: 2240 Clm. Amt: $19,841.69**

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $19,841.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $19,841.69 | | $0.00 |
| | | | | $19,841.69 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ROCCO PALELLA**
**Case(s): 207 Clm No: 2241 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/28/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**EDWARD DEAN HENNINGSEN**
**Case(s): 207 Clm No: 2242 Clm. Amt: $110,000.00**

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $110,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $110,000.00 | | $0.00 |
| | | | | $110,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JONATHAN BROWN**
**Case(s): 207 Clm No: 2243 Clm. Amt: $35,000.00**

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $35,000.00 | | $0.00 |
| | | | | $35,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**STEPHEN SCARBOROUGH**
**Case(s): 207 Clm No: 2244 Clm. Amt: $175,935.65**

*Address Redacted*
**Date Filed: 1/28/2017**
**Claim Face Value: $175,935.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $175,935.65 | | $0.00 |
| | | | | $175,935.65 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MALACHI C. LITTLE**
**Case(s): 207 Clm No: 2245 Clm. Amt: $7,500.00**

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $7,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $7,500.00 | | $0.00 |
| | | | | $7,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## NIKELL CRUMP
**Case(s): 207 Clm No: 2246 Clm. Amt: $53,000.00**

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $53,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $53,000.00 | | $0.00 |
| | | | | $53,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LATASHA RORIE
**Case(s): 207 Clm No: 2247 Clm. Amt: $59,295.37**

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Amended By Clm #: 2324**
**Claim Face Value: $59,295.37**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | | | Unknown | Y | $0.00 |
| 207 | PRI | | | $31,070.40 | | $0.00 |
| 207 | UNS | | | $28,224.97 | | $0.00 |
| | | | | $59,295.37 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## KENNETH GRINDLE
**Case(s): 207 Clm No: 2248 Clm. Amt: $4,800.00**

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $4,800.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,800.00 | | $0.00 |
| | | | | $4,800.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JARED GRINDLE**
**Case(s): 207 Clm No: 2249 Clm. Amt: $3,900.00**

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $3,900.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,900.00 | | $0.00 |
| | | | | $3,900.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ROSEMARY BURTON**
**Case(s): 207 Clm No: 2250 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DOUG ATKINS**
**Case(s): 207 Clm No: 2251 Clm. Amt: $57,871.25**

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $57,871.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $57,871.25 | | $0.00 |
| | | | | $57,871.25 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**RACHAEL WORLEY**
**Case(s): 207 Clm No: 2252 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

---

**MARLON BROWN**
**Case(s): 207 Clm No: 2253 Clm. Amt: $25,302.69**

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,302.69**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $25,302.69 | | $0.00 |
| | | | | | $25,302.69 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

---

**BRANDON MCKINNEY**
**Case(s): 207 Clm No: 2254 Clm. Amt: $9,500.00**

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,500.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $9,500.00 | | $0.00 |
| | | | | | $9,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**RONNYE BERNICE STEWART**
**Case(s): 207 Clm No: 2255 Clm. Amt: $49,916.42**

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $49,916.42**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $49,916.42 | | $0.00 |
| | | | | $49,916.42 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DULCE FLORES**
**Case(s): 207 Clm No: 2256 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**SHERRY SHOLOCK**
**Case(s): 207 Clm No: 2257 Clm. Amt: $23,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $23,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $23,000.00 | | $0.00 |
| | | | | $23,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CHAD WHITLOCK**
**Case(s): 207 Clm No: 2258 Clm. Amt: $7,436.00**

*Address Redacted*
**Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $7,436.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $7,436.00 | | $0.00 |
| | | | | $7,436.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JONNA DUKES**
**Case(s): 207 Clm No: 2259 Clm. Amt: $968.23**

*3555 S KING DR, NO 1S*
*CHICAGO, IL 60653*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $968.23**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $968.23 | | $0.00 |
| | | | | $968.23 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

**WHITNEY LESHEA KING**
**Case(s): 207 Clm No: 2260 Clm. Amt: $19,018.00**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $19,018.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $19,018.00 | | $0.00 |
| | | | | $19,018.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MARK FAJARDO**

**Case(s): 207 Clm No: 2261 Clm. Amt: $48,890.01**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $48,890.01**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $48,890.01 | | $0.00 |
| | | | | | $48,890.01 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**MARK FAJARDO**

**Case(s): 207 Clm No: 2262 Clm. Amt: $48,890.01**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $48,890.01**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $48,890.01 | | $0.00 |
| | | | | | $48,890.01 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**BECKY GOUDGE**

**Case(s): 207 Clm No: 2263 Clm. Amt: $15,341.28**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $15,341.28**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $15,341.28 | | $0.00 |
| | | | | | $15,341.28 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**SCOTT MAUTZ**
**Case(s): 207 Clm No: 2264 Clm. Amt: $1,700.00**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,700.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,700.00 | | $0.00 |
| | | | | $1,700.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**JACQUELYNN DOELLER**
**Case(s): 207 Clm No: 2265 Clm. Amt: $42,204.00**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $42,204.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $42,204.00 | | $0.00 |
| | | | | $42,204.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**ADAM WITHERS**
**Case(s): 207 Clm No: 2266 Clm. Amt: $86,626.00**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $86,626.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $86,626.00 | | $0.00 |
| | | | | $86,626.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MELISSA MALONE
### Case(s): 207 Clm No: 2267 Clm. Amt: $66,576.49

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $66,576.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $66,576.49 | | $0.00 |
| | | | | $66,576.49 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## WALTER NASH
### Case(s): 207 Clm No: 2268 Clm. Amt: $8,869.00

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $8,869.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $8,869.00 | | $0.00 |
| | | | | $8,869.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## WALTER M MYERS
### Case(s): 207 Clm No: 2269 Clm. Amt: $57,000.00

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $57,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $57,000.00 | | $0.00 |
| | | | | $57,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### JOYCE E. CHAVEZ
**Case(s): 207 Clm No: 2270 Clm. Amt: $20,979.00**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,979.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,979.00 | | $0.00 |
| | | | | $20,979.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### NATHAN RYAN CHAVEZ
**Case(s): 207 Clm No: 2271 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### VERONICA WOODFORD
**Case(s): 207 Clm No: 2272 Clm. Amt: $7,175.31**

*10107 CENTRAL ST, APT 208*
*KANSAS CITY, MO 64114*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $7,175.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | $7,175.31 | | $7,175.31 |
| | | | | $7,175.31 | | $7,175.31 |

### CHRISTOPHER L. GUY
**Case(s): 207 Clm No: 2273 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SHIRLEY ARQUINES
### Case(s): 207 Clm No: 2274 Clm. Amt: $62,000.00

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $62,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $62,000.00 | | $0.00 |
| | | | | $62,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DAVID JIMENEZ
### Case(s): 207 Clm No: 2275 Clm. Amt: $70,000.00

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## AMY ANDERSON/ DOW ANDERSON
### Case(s): 207 Clm No: 2276 Clm. Amt: $98,000.00

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $98,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $98,000.00 | | $0.00 |
| | | | | $98,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ANTHONY KRAUSE
**Case(s): 207 Clm No: 2277 Clm. Amt: $53,222.67**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $53,222.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $53,222.67 | | $0.00 |
| | | | | $53,222.67 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## THEODORA RANDOLPH
**Case(s): 207 Clm No: 2278 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ANDREW THOMAS EFFLER
**Case(s): 207 Clm No: 2279 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SAWO EESIAH
### Case(s): 207 Clm No: 2280 Clm. Amt: $205.39

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $205.39**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $205.39 | | $0.00 |
| | | | | $205.39 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## BRANDON C. MELIN
### Case(s): 207 Clm No: 2281 Clm. Amt: $41,000.00

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $41,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $41,000.00 | | $0.00 |
| | | | | $41,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## JADE DIXON
### Case(s): 207 Clm No: 2282 Clm. Amt:

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KALEB WARNER
### Case(s): 207 Clm No: 2283 Clm. Amt: $39,481.29

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $39,481.29**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $39,481.29 | | $0.00 |
| | | | | $39,481.29 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## CHRISTOPHER I. KENT
### Case(s): 207 Clm No: 2284 Clm. Amt: $80,000.00

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## BRANDON L. CLARK
### Case(s): 207 Clm No: 2285 Clm. Amt:

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KIMBERLY A. MOORE
### Case(s): 207 Clm No: 2286 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## VALERIA JOHNSON
### Case(s): 207 Clm No: 2287 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## VICKY WARNER
### Case(s): 207 Clm No: 2288 Clm. Amt: $23,135.36

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $23,135.36**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $23,135.36 | | $0.00 |
| | | | | $23,135.36 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SHANTANU PHADNIS
### Case(s): 207 Clm No: 2289 Clm. Amt: $24,001.29

*11550 WEEPING WILLOW DRIVE*
*ZIONSVILLE, IN 46077*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $24,001.29**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $24,001.29 | | $0.00 |
| | | | | $24,001.29 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4616 | Objection Granted | 04/25/2022 | 4846 |

**ROBERT C. ADAMS**
**Case(s): 207 Clm No: 2290 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JACOB C. ROSENTHAL**
**Case(s): 207 Clm No: 2291 Clm. Amt: $70,000.00**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ETHAN WASSERBURGER**
**Case(s): 207 Clm No: 2292 Clm. Amt: $49,000.00**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $49,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $49,000.00 | | $0.00 |
| | | | | $49,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### CRYSTAL REBECCA MUNIZ
**Case(s): 207 Clm No: 2293 Clm. Amt: $56,795.82**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $56,795.82**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $56,795.82 | | $0.00 |
| | | | | $56,795.82 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### BRANDON HAYES
**Case(s): 207 Clm No: 2294 Clm. Amt: $35,000.00**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $35,000.00 | | $0.00 |
| | | | | $35,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### RICHARD CRADDOCK
**Case(s): 207 Clm No: 2295 Clm. Amt: $35,435.16**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,435.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $35,435.16 | | $0.00 |
| | | | | $35,435.16 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### BARBARA E CRANE
**Case(s): 207 Clm No: 2296 Clm. Amt: $12,850.00**

*5808 RYMARK COURT*
*INDIANAPOLIS, IN 46250*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| | | | | $12,850.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 08/23/2022 | 4947 | Objection Granted | 10/26/2022 | 4987 |

## DYLAN ROSE
### Case(s): 207 Clm No: 2297 Clm. Amt: $7,620.00

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $7,620.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $7,620.00 | | $0.00 |
| | | | | $7,620.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## DARRYL JOHNSON, JR
### Case(s): 207 Clm No: 2298 Clm. Amt: $74,622.99

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $74,622.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $74,622.99 | | $0.00 |
| | | | | $74,622.99 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CHRISTIAN CARDENAS
### Case(s): 207 Clm No: 2299 Clm. Amt: $77,132.60

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $77,132.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $77,132.60 | | $0.00 |
| | | | | $77,132.60 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MOUNT CLEMENS REGIONAL MEDICAL CENTER
### Case(s): 207 Clm No: 2300 Clm. Amt: $104,833.00

*ATTN: JAY LABARGE*
*300 E LONG LAKE ROAD, SUITE 200*
*BLOOMFIELD HILLS, MI 48304*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $104,833.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $104,833.00 | | |
| | | | | $104,833.00 | | |

**BHUWANI NEOPANEY**
**Case(s): 207 Clm No: 2301 Clm. Amt: $46,000.00**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $46,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $46,000.00 | | $0.00 |
| | | | | $46,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**AUSTIN RYDZEWSKI**
**Case(s): 207 Clm No: 2302 Clm. Amt: $399,595.90**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $399,595.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $399,595.90 | | $0.00 |
| | | | | $399,595.90 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JONATHAN ERIC HAMILTON**
**Case(s): 207 Clm No: 2303 Clm. Amt: $12,896.88**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,896.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $12,896.88 | | $0.00 |
| | | | | $12,896.88 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## AMY ANDERSON / DOW ANDERSON
### Case(s): 207 Clm No: 2304 Clm. Amt: $98,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $98,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $98,000.00 | | $0.00 |
| | | | | $98,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ALTON J PETERSON
### Case(s): 207 Clm No: 2305 Clm. Amt: $69,426.47

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $69,426.47**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $69,426.47 | | $0.00 |
| | | | | $69,426.47 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KARRI HEDDEN
### Case(s): 207 Clm No: 2306 Clm. Amt:

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## INDIANAPOLIS POWER & LIGHT COMPANY
### Case(s): 207 Clm No: 2307 Clm. Amt: $14,402.50

*ATTN: BANKRUPTCY PROCESSING*
*P. O. BOX 1595*
*INDIANAPOLIS, IN 46206*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $14,402.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $14,402.50 | | |
| | | | | $14,402.50 | | |

### DUSTIN HAGER
**Case(s): 207 Clm No: 2308 Clm. Amt: $64,501.92**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $64,501.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $64,501.92 | | $0.00 |
| | | | | $64,501.92 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

### BRANDON-JAMES O'NEIL TAYLOR
**Case(s): 207 Clm No: 2309 Clm. Amt: $89,040.00**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $89,040.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $89,040.00 | | $0.00 |
| | | | | $89,040.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### JUSTIN HICKS
**Case(s): 207 Clm No: 2310 Clm. Amt: $29,964.00**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $29,964.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $29,964.00 | | $0.00 |
| | | | | $29,964.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KEITH ERIC SCHMIDT**
**Case(s): 207 Clm No: 2311 Clm. Amt: $65,000.00**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $65,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $65,000.00 | | $0.00 |
| | | | | | $65,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**AARON VILLANI**
**Case(s): 207 Clm No: 2312 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**SHANNAN FITZGERALD**
**Case(s): 207 Clm No: 2313 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## CIARA HORNBURGER
### Case(s): 207 Clm No: 2314 Clm. Amt: $100,000.00

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $100,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $2,500.00 | | $0.00 |
| 207 | UNS | | | $97,500.00 | | $0.00 |
| | | | | $100,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## HELEN KRONE
### Case(s): 207 Clm No: 2315 Clm. Amt: $14,424.00

*P.O. BOX 201252*
*BLOOMINGTON, MN 55420*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $14,424.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | $14,424.00 | | $9,640.76 |
| | | | | $14,424.00 | | $9,640.76 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/31/2022 | 5015 | Objection Granted | 12/13/2022 | 5060 |

## DILAN AZAREELAH DELGADO MOSQUEDA
### Case(s): 207 Clm No: 2316 Clm. Amt: $23,636.32

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $23,636.32**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $23,636.32 | | $0.00 |
| | | | | $23,636.32 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## JUSTIN SCOTT
**Case(s): 207 Clm No: 2317 Clm. Amt: $44,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/29/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $44,000.00** | | | | | | | |
| | 207 | UNS | | | $44,000.00 | | $0.00 |
| | | | | | $44,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## JUAN VALERIO
**Case(s): 207 Clm No: 2318 Clm. Amt: $10,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/29/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $10,000.00** | | | | | | | |
| | 207 | UNS | | | $10,000.00 | | $0.00 |
| | | | | | $10,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## LIRONG LIN
**Case(s): 207 Clm No: 2319 Clm. Amt: $7,017.70**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *33 FAWN RIDGE RD*<br>*HENRIETTA, NY 14467*<br>**Date Filed: 1/29/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $7,017.70** | | | | | | | |
| | 207 | UNS | | | $7,017.70 | | $0.00 |
| | | | | | $7,017.70 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## JOSE D DELGADO
**Case(s): 207 Clm No: 2320 Clm. Amt: $436,663.70**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/29/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $436,663.70** | | | | | | | |
| | 207 | UNS | | | $436,663.70 | | $0.00 |
| | | | | | $436,663.70 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## Akesha S Franks
### Case(s): 207 Clm No: 2321 Clm. Amt: $12,403.00

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,403.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $12,403.00 | | $0.00 |
| | | | | $12,403.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## NICHOLAS E. COFFMAN
### Case(s): 207 Clm No: 2322 Clm. Amt:

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ZHU TIAN
### Case(s): 207 Clm No: 2323 Clm. Amt: $5,293.94

*33 FAWN RIDGE RD*
*HENRIETTA, NY 14467*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,293.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,293.94 | | $0.00 |
| | | | | $5,293.94 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

## LATASHA RORIE
**Case(s): 207 Clm No: 2324 Clm. Amt: $59,554.97**

*Address Redacted*
**Date Filed: 1/29/2017**
**Orig. Date Filed: 1/28/2017**
**Bar Date: 1/30/2017**
**Amending Clm #: 2247**
**Claim Face Value: $59,554.97**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $31,070.40 | | $0.00 |
| 207 | UNS | | | $28,484.57 | | $0.00 |
| | | | | $59,554.97 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |


## JEFFREY MONTES
**Case(s): 207 Clm No: 2325 Clm. Amt: $52,000.00**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $52,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $52,000.00 | | $0.00 |
| | | | | $52,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## WILKE PIERRE
**Case(s): 207 Clm No: 2326 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DAVID RICE
### Case(s): 207 Clm No: 2327 Clm. Amt: $56,977.75

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $56,977.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $56,977.75 | | $0.00 |
| | | | | $56,977.75 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## AUTUMN MONTES
### Case(s): 207 Clm No: 2328 Clm. Amt: $39,000.00

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $39,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $39,000.00 | | $0.00 |
| | | | | $39,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## NICOLE WINTERS
### Case(s): 207 Clm No: 2329 Clm. Amt: $10,767.45

*15104 Redwood St*
*Omaha, NE 68138*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,767.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $10,767.45 | | $0.00 |
| | | | | $10,767.45 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 10/31/2022 | 5007 | Objection Granted | 12/13/2022 | 5070 |

## DANIEL WALDORF
### Case(s): 207 Clm No: 2330 Clm. Amt: $49,961.03

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $49,961.03**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $49,961.03 | | $0.00 |
| | | | | $49,961.03 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BOBBY BARNES
### Case(s): 207 Clm No: 2331 Clm. Amt: $96,000.00

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $96,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $96,000.00 | | $0.00 |
| | | | | $96,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BRIAN WHITEHEAD
### Case(s): 207 Clm No: 2332 Clm. Amt: $80,629.56

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,629.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,629.56 | | $0.00 |
| | | | | $80,629.56 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ANDREW NUNES
### Case(s): 207 Clm No: 2333 Clm. Amt: $104,662.24

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $104,662.24**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $104,662.24 | | $0.00 |
| | | | | $104,662.24 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## EDGAR CHAVEZ
### Case(s): 207 Clm No: 2334 Clm. Amt: $186,516.24

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $183,663.24**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | Disallowed | | $12,850.00 | | $0.00 |
| 207 | PRI | Disallowed | | $173,666.24 | | $0.00 |
| | | | | $186,516.24 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4602 | Objection Granted | 04/25/2022 | 4847 |

## BOBBY BARNES
### Case(s): 207 Clm No: 2335 Clm. Amt: $95,000.00

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $95,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $95,000.00 | | $0.00 |
| | | | | $95,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BELINDA MILLS
### Case(s): 207 Clm No: 2336 Clm. Amt: $27,000.00

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $27,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $27,000.00 | | $0.00 |
| | | | | $27,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JACQUELYN ANN WILLIAMS
### Case(s): 207 Clm No: 2337 Clm. Amt: $129,789.00

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $129,789.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $129,789.00 | | $0.00 |
| | | | | $129,789.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MATTHEW T JOHNSON
### Case(s): 207 Clm No: 2338 Clm. Amt: $31,522.41

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $31,522.41**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $31,522.41 | | $0.00 |
| | | | | $31,522.41 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JANELLE DILLEY**
**Case(s): 207 Clm No: 2339 Clm. Amt: $96,743.00**

*Address Redacted*
**Date Filed: 1/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $96,743.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $96,743.00 | | $0.00 |
| | | | | $96,743.00 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JUAN CASTILLO**
**Case(s): 207 Clm No: 2340 Clm. Amt: $29,935.84**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $29,935.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $29,935.84 | | $0.00 |
| | | | | $29,935.84 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KEVIN MELTON**
**Case(s): 207 Clm No: 2341 Clm. Amt: $36,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $36,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $36,000.00 | | $0.00 |
| | | | | $36,000.00 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**HOLLY HINDMARSH**
**Case(s): 207 Clm No: 2342 Clm. Amt: $45,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DANIEL ADDIE**
**Case(s): 207 Clm No: 2343 Clm. Amt: $108,716.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $108,716.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $108,716.00 | | $0.00 |
| | | | | $108,716.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**VARDGEZ TOROSSIAN**
**Case(s): 207 Clm No: 2344 Clm. Amt: $6,672.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,672.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $6,672.00 | | $0.00 |
| | | | | $6,672.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**WHITNEY PETERSON**
**Case(s): 207 Clm No: 2345 Clm. Amt: $12,973.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,973.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $12,973.00 | | $0.00 |
| | | | | | $12,973.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**JAZMYN MCKINNEY**
**Case(s): 207 Clm No: 2346 Clm. Amt: $20,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $20,000.00 | | $0.00 |
| | | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**DANNA RUSSELL**
**Case(s): 207 Clm No: 2347 Clm. Amt: $250,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $250,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $250,000.00 | | $0.00 |
| | | | | | $250,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## Akesha S Franks
### Case(s): 207 Clm No: 2348 Clm. Amt: $25,480.72

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,480.72**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $25,480.72 | | $0.00 |
| | | | | | $25,480.72 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## ERIN HINNEN
### Case(s): 207 Clm No: 2349 Clm. Amt: $44,044.25

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $44,044.25**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $44,044.25 | | $0.00 |
| | | | | | $44,044.25 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## SHAYNE SNEED
### Case(s): 207 Clm No: 2350 Clm. Amt: $300,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $300,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $300,000.00 | | $0.00 |
| | | | | | $300,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**APRIL MITCHELL**
**Case(s): 207 Clm No: 2351 Clm. Amt: $350,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $350,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $350,000.00 | | $0.00 |
| | | | | $350,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ROBERT DAVENPORT**
**Case(s): 207 Clm No: 2352 Clm. Amt: $95,340.94**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $95,340.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $95,340.94 | | $0.00 |
| | | | | $95,340.94 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TRAVIS COMBS**
**Case(s): 207 Clm No: 2353 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MICHAEL D. ST.JOHN**
**Case(s): 207 Clm No: 2354 Clm. Amt: $23,947.33**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $23,947.33**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $23,947.33 | | $0.00 |
| | | | | | $23,947.33 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**WENDI MYERS**
**Case(s): 207 Clm No: 2355 Clm. Amt: $37,957.58**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $37,957.58**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $37,957.58 | | $0.00 |
| | | | | | $37,957.58 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**NATHAN ERICKSON**
**Case(s): 207 Clm No: 2356 Clm. Amt: $230,114.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $230,114.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $230,114.00 | | $0.00 |
| | | | | | $230,114.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## MONIQUE L. BARRINGER
### Case(s): 207 Clm No: 2357 Clm. Amt: $13,397.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $13,397.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $13,397.00 | | $0.00 |
| | | | | $13,397.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ENRIQUE LOYD
### Case(s): 207 Clm No: 2358 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JOSEPH ROBERT MIXEN
### Case(s): 207 Clm No: 2359 Clm. Amt: $64,154.83

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $64,154.83**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $64,154.83 | | $0.00 |
| | | | | $64,154.83 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KEITH J. DOWERS, JR
### Case(s): 207 Clm No: 2360 Clm. Amt: $29,254.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $29,254.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $29,254.00 | | $0.00 |
| | | | | $29,254.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JOSEPH TAYLOR
### Case(s): 207 Clm No: 2361 Clm. Amt:

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ANNE ARUNDEL COUNTY, MARYLAND
### Case(s): 207 Clm No: 2362 Clm. Amt: $6,911.36

*C/O FINANCE OFFICE*
*ATTN: BRIAN D. SCHENCK*
*PO BOX 2700, MS 1103*
*ANNAPOLIS, MD 21404*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,911.36**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | | | $6,911.36 | | |
| | | | | $6,911.36 | | |

## EMILIA ADAMICHINA
### Case(s): 207 Clm No: 2363 Clm. Amt: $65,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $65,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $65,000.00 | | $0.00 |
| | | | | $65,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MISTY VALENCIA
**Case(s): 207 Clm No: 2364 Clm. Amt: $98,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $98,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $98,000.00 | | $0.00 |
| | | | | $98,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ADAM NORRIS
**Case(s): 207 Clm No: 2365 Clm. Amt: $160,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $160,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $160,000.00 | | $0.00 |
| | | | | $160,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CAROLYN HASTINGS
**Case(s): 207 Clm No: 2366 Clm. Amt: $25,129.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,129.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $25,129.00 | | $0.00 |
| | | | | $25,129.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**THOMAS A. SCHWARZE**
**Case(s): 207 Clm No: 2367 Clm. Amt: $72,500.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $72,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $72,500.00 | | $0.00 |
| | | | | $72,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**HERIBERTO LEMUS AGUILAR**
**Case(s): 207 Clm No: 2368 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JASON ABBENANTE**
**Case(s): 207 Clm No: 2369 Clm. Amt: $5,730.27**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Amended By Clm #: 2377**
**Claim Face Value: $5,730.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | SEC | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $5,730.27 | | $0.00 |
| | | | | $5,730.27 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MARTHA MASON**

**Case(s): 207 Clm No: 2370 Clm. Amt: $65,802.61**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 1/30/2017** **Bar Date: 1/30/2017** **Claim Face Value: $65,802.61** | | | | | | | |
| | 207 | UNS | | | $65,802.61 | | $0.00 |
| | | | | | $65,802.61 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ATLANTA WOMEN'S HEALTH GROUP**

**Case(s): 207 Clm No: 2371 Clm. Amt: $1,071.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: LAKEISHA THORNTON* *5780 PEACHTREE DUNWOODY RD. STE 300* *ATLANTA, GA 30342* **Date Filed: 1/30/2017** **Bar Date: 1/30/2017** **Claim Face Value: $1,071.00** | | | | | | | |
| | 207 | UNS | Allowed | | $1,071.00 | | $0.00 |
| | | | | | $1,071.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| No documentation | 10/31/2022 | 5008 | Objection Granted | 12/13/2022 | 5071 |

**DERRICK JOHNSON**

**Case(s): 207 Clm No: 2372 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 1/30/2017** **Bar Date: 1/30/2017** **Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**ONE ADVANTAGE, LLC**

**Case(s): 207 Clm No: 2373 Clm. Amt: $44,164.42**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *FORMERLY OPERATING AS FIRSTSOURCE ADVANTAGE, LLC* *ATTN: JAMES DUKE* *205 BRYANT WOODS SOUTH* *AMHERST, NY 14228* **Date Filed: 1/30/2017** **Bar Date: 1/30/2017** **Claim Face Value: $44,164.42** | | | | | | | |
| | 207 | UNS | | | $44,164.42 | | |
| | | | | | $44,164.42 | | |

## MICHAEL S. BIEGO
### Case(s): 207 Clm No: 2374 Clm. Amt: $105,215.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $105,215.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $105,215.00 | | $0.00 |
| | | | | $105,215.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## RIKELVIN GARCIA
### Case(s): 207 Clm No: 2375 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## PATRICK POWERS
### Case(s): 207 Clm No: 2376 Clm. Amt: $26,374.02

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $26,374.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $26,374.02 | | $0.00 |
| | | | | $26,374.02 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JASON ABBENANTE
### Case(s): 207 Clm No: 2377 Clm. Amt: $19,500.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Orig. Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Amending Clm #: 2369**
**Claim Face Value: $19,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $19,500.00 | | $0.00 |
| | | | | $19,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JAMES MICHAEL MIESNIK
### Case(s): 207 Clm No: 2378 Clm. Amt: $72,229.92

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $72,229.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $72,229.92 | | $0.00 |
| | | | | $72,229.92 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JOURNAL CENTER BUILDING ASSOCIATES
### Case(s): 207 Clm No: 2379 Clm. Amt: $142,380.90

*ATTN: LOWELL A HARE*
*5300 DTC PKWY #270*
*GREENWOOD VILLAGE, CO 80111*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $142,380.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $142,380.90 | | |
| | | | | $142,380.90 | | |

## TINA MCCUNE
### Case(s): 207 Clm No: 2380 Clm. Amt: $9,900.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,900.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $9,900.00 | | $0.00 |
| | | | | $9,900.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**FLOYD HODOH**

**Case(s): 207 Clm No: 2381 Clm. Amt: $5,500.00**

C/O J P GORHAM
PO BOX 86928
BATON ROUGE, LA 70879
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $5,500.00 | | $0.00 |
| | | | | $5,500.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 08/23/2022 | 4945 | Objection Granted | 10/26/2022 | 4985 |

**ANNE M. KELLER**

**Case(s): 207 Clm No: 2382 Clm. Amt: $13,577.25**

Address Redacted
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $13,577.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $13,577.25 | | $0.00 |
| | | | | $13,577.25 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JORGE VILLALBA ET AL. & OTHERS SIMILARLY SITUATED**

**Case(s): 207 Clm No: 2383 Clm. Amt: $1,099,896,000.00**

c/o Eileen Connor, Esq
The Projects On Predatory Student Lending, Inc
769 Centre St, Ste 106
Jamaica Plain, MA 02130
**Date Filed: 9/20/2021**
**Orig. Date Filed: 1/3/2017**
**Bar Date: 1/30/2017**
**Amending Clm #: 2383**
**Amended By Clm #: 2383**
**Claim Face Value: $1,099,896,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,099,896,000.00 | | $0.00 |
| 207 | UNS | | | | | $1,500,000,000.00 |
| | | | | $1,099,896,000.00 | | $1,500,000,000.00 |

**KAMERON CAYSON**

**Case(s): 207 Clm No: 2384 Clm. Amt: $40,000.00**

Address Redacted
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MARIO FIGUEROA**
**Case(s): 207 Clm No: 2385 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JAIRUS MCALLUM**
**Case(s): 207 Clm No: 2386 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KRISTIE BRYANT**
**Case(s): 207 Clm No: 2387 Clm. Amt: $702.47**

*3021 GOLDEN DALE LN*
*CHARLOTTE, NC 28262*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $702.47**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | | | $138.76 |
| 207 | UNS | Disallowed | | $702.47 | | $0.00 |
| | | | | $702.47 | | $138.76 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/31/2022 | 5017 | Objection Granted | 12/13/2022 | 5062 |

## STEVEN HARRIS
### Case(s): 207 Clm No: 2388 Clm. Amt: $32,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $32,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $32,000.00 | | $0.00 |
| | | | | $32,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## R.S.R. ELECTRONICS, INC.
### Case(s): 207 Clm No: 2389 Clm. Amt: $1,590,291.89

*ATTN: AJIR K. GULATI*
*900 HART ST*
*RAHWAY, NJ 07065*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,590,291.89**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,590,291.89 | | $0.00 |
| | | | | $1,590,291.89 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## RUBY WINFREY
### Case(s): 207 Clm No: 2390 Clm. Amt: $80,000.00

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

## 1-290 LIMITED PARTNERSHIP
### Case(s): 207 Clm No: 2391 Clm. Amt: $370,555.10

*ATTN: ERIC J. TAUBE*
*100 CONGRESS AVE, SUITE 1800*
*AUSTIN, TX 78701*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $370,555.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $370,555.10 | | |
| | | | | $370,555.10 | | |

## KIERA KERSEY
### Case(s): 207 Clm No: 2392 Clm. Amt: $23,415.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,201.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | | | $12,201.00 | | $0.00 |
| 207 | PRI | | | $11,214.00 | | $0.00 |
| | | | | $23,415.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## OP BY SUN CROSS, LLC.
### Case(s): 207 Clm No: 2393 Clm. Amt: $9,510.69

*DBA OFFICE PRIDE COMMERCIAL CLEANING SERVICES*
*ATTN: TODD NORMAN JONES*
*340 CLEVELAND PLACE SUITE A*
*VIRGINIA BEACH, VA 23462*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,510.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $9,510.69 | | |
| | | | | $9,510.69 | | |

## MIKE GAINES
### Case(s): 207 Clm No: 2394 Clm. Amt: $80,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## AP ADLER ALBEMARLE, LLC
### Case(s): 207 Clm No: 2395 Clm. Amt: $384,585.42

*C/O WATT, TIEDER, HOFFAR & FITZGERALD, LLP*
*ATTN: JENNIFER L. KNEELAND*
*1765 GREENSBORO STATION PLACE, SUITE 1000*
*MCLEAN, VA 22102*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $384,585.42**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $384,585.42 | | |
| | | | | $384,585.42 | | |

## MATT CARTER
### Case(s): 207 Clm No: 2396 Clm. Amt: $12,871.50

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,871.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $12,871.50 | | $0.00 |
| | | | | $12,871.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## JOSHUA MICHAEL SERGEANT
### Case(s): 207 Clm No: 2397 Clm. Amt:

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## D & A SERVICES, INC.
### Case(s): 207 Clm No: 2398 Clm. Amt: $5,520.00

*ATTN: DAVID THOMPSON*
*349 S. LAURA*
*WICHITA, KS 67211*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $2,300.00 | | $0.00 |
| 207 | SEC | Disallowed | | $920.00 | | $0.00 |
| 207 | UNS | Disallowed | | $2,300.00 | | $1,725.00 |
| | | | | $5,520.00 | | $1,725.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 09/03/2020 | 4052 | Objection Granted | 10/22/2020 | 4114 |

## DANIEL STEPHEN JONES
### Case(s): 207 Clm No: 2399 Clm. Amt: $36,900.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $36,900.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $36,900.00 | | $0.00 |
| | | | | $36,900.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DEAN KURTZ
### Case(s): 207 Clm No: 2400 Clm. Amt: $25,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $25,000.00 | | $0.00 |
| | | | | $25,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## KEN CADIEUX
### Case(s): 207 Clm No: 2401 Clm. Amt: $24,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Orig. Date Filed: 9/16/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 1285**
**Claim Face Value: $24,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $24,000.00 | | $0.00 |
| | | | | $24,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DANIEL REYNOSO**
**Case(s): 207 Clm No: 2402 Clm. Amt: $54,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $54,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $54,000.00 | | $0.00 |
| | | | | $54,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MARK LEE DOAN**
**Case(s): 207 Clm No: 2403 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CESAR REYNOSO**
**Case(s): 207 Clm No: 2404 Clm. Amt: $36,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $36,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $36,000.00 | | $0.00 |
| | | | | $36,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JOEL F. JIMENEZ**
**Case(s): 207 Clm No: 2405 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ERIKA DIAZ**
**Case(s): 207 Clm No: 2406 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ANNA KATHLEEN MACLACHLAN**
**Case(s): 207 Clm No: 2407 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KYERRA IVORY
### Case(s): 207 Clm No: 2408 Clm. Amt: $32,043.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $32,043.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $32,043.00 | | $0.00 |
| | | | | $32,043.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## TRAVIS COMBS
### Case(s): 207 Clm No: 2409 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MASTER SECURITY, INC.
### Case(s): 207 Clm No: 2410 Clm. Amt: $836.55

*ATTN: STEVEN B. RUGGLES*
*26 S. MARKET STREET*
*GIRARD, OH 44420*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $836.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $836.55 | | |
| | | | | $836.55 | | |

## RACHEL CHESSOR
### Case(s): 207 Clm No: 2411 Clm. Amt: $3,531.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $3,531.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,531.00 | | $0.00 |
| | | | | $3,531.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TAYLOR HARRIS**
**Case(s): 207 Clm No: 2412 Clm. Amt: $33,356.90**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $33,356.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $33,356.90 | | $0.00 |
| | | | | $33,356.90 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**HRT OF ROANOKE, INC.**
**Case(s): 207 Clm No: 2413 Clm. Amt: $339,728.49**

*C/O BAKER DONELSON, ET AL.*
*ATTN: JOHN ROWLAND*
*211 COMMERCE STREET*
*SUITE 800*
*NASHVILLE, TN 37201*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $339,728.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $339,728.49 | | |
| | | | | $339,728.49 | | |

**STEPHANIE DEMPS**
**Case(s): 207 Clm No: 2414 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**LAKESHA LYNN WILLIS**

**Case(s): 207 Clm No: 2415 Clm. Amt: $51,346.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $51,346.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | | | Unknown | Y | $0.00 |
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $51,346.00 | | $0.00 |
| | | | | $51,346.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**JERRY M. COHEN**

**Case(s): 207 Clm No: 2416 Clm. Amt:**

*C/O BOSE MCKINNEY & EVANS*
*ATTN: JAMES P. MOLOY*
*111 MONUMENT CIRCLE, SUITE 2700*
*INDIANAPOLIS, IN 46204*
**Date Filed: 1/30/2017**
**Orig. Date Filed: 1/20/2017**
**Bar Date: 1/30/2017**
**Amending Clm #: 1665**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**RYAN THOMAS**

**Case(s): 207 Clm No: 2417 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**RYAN L. O'DAY**
**Case(s): 207 Clm No: 2418 Clm. Amt: $44,390.87**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $44,390.87**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $44,390.87 | | $0.00 |
| | | | | | $44,390.87 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**JUDY ELLIS**
**Case(s): 207 Clm No: 2419 Clm. Amt: $63,976.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $63,976.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | | | $63,976.00 | | $0.00 |
| | | | | | $63,976.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**CHARLES HENRY HUFF**
**Case(s): 207 Clm No: 2420 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**CHARLES HENRY HUFF**

**Case(s): 207 Clm No: 2421 Clm. Amt: $63,976.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $63,976.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $63,976.00 | | $0.00 |
| | | | | $63,976.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CHARLES HENRY HUFF**

**Case(s): 207 Clm No: 2422 Clm. Amt: $161,212.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $161,212.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $161,212.00 | | $0.00 |
| | | | | $161,212.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TEQUILLA SHELTON**

**Case(s): 207 Clm No: 2423 Clm. Amt: $27,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $27,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $27,000.00 | | $0.00 |
| | | | | $27,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## STEPHEN DAVID PITZER
**Case(s): 207 Clm No: 2424 Clm. Amt: $42,241.27**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $42,241.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $42,241.27 | | $0.00 |
| | | | | $42,241.27 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JENNIFER LEFKO
**Case(s): 207 Clm No: 2425 Clm. Amt: $6,314.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,314.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $6,314.00 | | $0.00 |
| | | | | $6,314.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JEFFREY KNIGHT
**Case(s): 207 Clm No: 2426 Clm. Amt: $6,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $6,000.00 | | $0.00 |
| | | | | $6,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KEIVON FRANKLIN**
**Case(s): 207 Clm No: 2427 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $2,850.00 | | $0.00 |
| 207 | UNS | | | $47,150.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

---

**JAMES BRYON LUJAN**
**Case(s): 207 Clm No: 2428 Clm. Amt: $68,994.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $68,994.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $68,994.00 | | $0.00 |
| | | | | $68,994.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

---

**AMBER JANNEY**
**Case(s): 207 Clm No: 2429 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MEKEITA LINDER
**Case(s): 207 Clm No: 2430 Clm. Amt: $29,602.80**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $29,602.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $2,850.00 | | $0.00 |
| 207 | UNS | | | $26,752.80 | | $0.00 |
| | | | | $29,602.80 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## YULON ORLANDO JOHNSON
**Case(s): 207 Clm No: 2431 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CHRISTINE SAUCO
**Case(s): 207 Clm No: 2432 Clm. Amt: $55,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $55,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $55,000.00 | | $0.00 |
| | | | | $55,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CNO FINANCIAL GROUP, INC.
**Case(s): 207 Clm No: 2433 Clm. Amt: $535,637.99**

*C/O WOODEN MCLAUGHLIN LLP*
*ATTN: AMY L. VONDIELINGEN*
*ONE INDIANA SQUARE, SUITE 1800*
*INDIANAPOLIS, IN 46204*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $535,637.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $535,637.99 | | |
| | | | | $535,637.99 | | |

**LACEY JENKINS**
**Case(s): 207 Clm No: 2434 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**TERRY BODDY, JR**
**Case(s): 207 Clm No: 2435 Clm. Amt: $9,689.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,689.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $9,689.00 | | $0.00 |
| | | | | $9,689.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**AMBER PHELPS**
**Case(s): 207 Clm No: 2436 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BRANDON CAIN**

**Case(s): 207 Clm No: 2437 Clm. Amt: $108,773.50**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 1/30/2017** **Bar Date: 1/30/2017** **Claim Face Value: $108,773.50** | | | | | | | |
| | 207 | UNS | | | $108,773.50 | | $0.00 |
| | | | | | $108,773.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**BRANDON PRIME**

**Case(s): 207 Clm No: 2438 Clm. Amt: $63,976.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 1/30/2017** **Bar Date: 1/30/2017** **Claim Face Value: $63,976.00** | | | | | | | |
| | 207 | UNS | | | $63,976.00 | | $0.00 |
| | | | | | $63,976.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ACCESS INFORMATION MANAGEMENT OF TENNESSEE, LLC**

**Case(s): 207 Clm No: 2439 Clm. Amt: $4,417.38**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *C/O JONES WALDO HOLBROOK & MCDONOUGH, PC* *ATTN: JEFFREY WESTON SHIELDS, ESQ, 170 SOUTH MAIN STREET* *SUITE 1500* *SALT LAKE CITY, UT 84101* **Date Filed: 1/30/2017** **Bar Date: 1/30/2017** **Claim Face Value: $4,417.38** | | | | | | | |
| | 207 | UNS | | | $4,417.38 | | $4,417.38 |
| | | | | | $4,417.38 | | $4,417.38 |

**ANTHONY FORD**

**Case(s): 207 Clm No: 2440 Clm. Amt: $39,197.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 1/30/2017** **Bar Date: 1/30/2017** **Claim Face Value: $39,197.00** | | | | | | | |
| | 207 | UNS | | | $39,197.00 | | $0.00 |
| | | | | | $39,197.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## JAMIE BOLES
**Case(s): 207 Clm No: 2441 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TRAVIS STEWART
**Case(s): 207 Clm No: 2442 Clm. Amt: $54,296.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Claim Face Value: $54,296.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $54,296.00 | | $0.00 |
| | | | | $54,296.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ROBERT TSAI
**Case(s): 207 Clm No: 2443 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## COLLEEN SMITH
### Case(s): 207 Clm No: 2444 Clm. Amt: $28,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Claim Face Value: $28,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $28,000.00 | | $0.00 |
| | | | | $28,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CLAIRE STIEGLITZ
### Case(s): 207 Clm No: 2445 Clm. Amt: $4,569.74

*224 MARSHALL ROAD*
*BENSENVILLE, IL 60106*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $4,569.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $4,369.74 | | $0.00 |
| 207 | UNS | Disallowed | | $200.00 | | $0.00 |
| | | | | $4,569.74 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

## JAMES B. WHITE
### Case(s): 207 Clm No: 2446 Clm. Amt: $95,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $95,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $95,000.00 | | $0.00 |
| | | | | $95,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**RONNI HYLTON**

**Case(s): 207 Clm No: 2447 Clm. Amt: $37,350.08**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $37,350.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $2,850.00 | | $0.00 |
| 207 | UNS | | | $34,500.08 | | $0.00 |
| | | | | $37,350.08 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ASHLEY MARIE MILLIGAN**

**Case(s): 207 Clm No: 2448 Clm. Amt: $66,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $66,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $66,000.00 | | $0.00 |
| | | | | $66,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ABL, INC.**

**Case(s): 207 Clm No: 2449 Clm. Amt: $5,630.58**

*C/O THOMAS H. SANBORN, LLC*
*3770 STARR CENTRE DRIVE*
*CANFIELD, OH 44406*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,630.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,630.58 | | $1,584.90 |
| | | | | $5,630.58 | | $1,584.90 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 11/18/2019 | 3710 | Objection Granted | 01/15/2020 | 3772 |

## ASHLEY NURELDIN COWING
### Case(s): 207 Clm No: 2450 Clm. Amt: $50,000.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $50,000.00** | 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## QUINTONETT O'NEAL
### Case(s): 207 Clm No: 2451 Clm. Amt: $40,000.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $40,000.00** | 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## KEVIN M. MODANY
### Case(s): 207 Clm No: 2452 Clm. Amt: $3,360,199.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *10369 CHARTER OAKS*<br>*CARMEL, IN 46032*<br>**Date Filed: 1/30/2017**<br>**Orig. Date Filed: 11/16/2016**<br>**Bar Date: 1/30/2017**<br>**Amending Clm #: 846**<br>**Claim Face Value: $3,360,199.00** | 207 | PRI | Allowed | | $12,850.00 | | $6,404.64 |
| | 207 | UNS | Allowed | | $3,347,349.00 | | $5,001,794.36 |
| | | | | | $3,360,199.00 | | $5,008,199.00 |

## ROGER KNIGHT, II
### Case(s): 207 Clm No: 2453 Clm. Amt: $4,500.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $4,500.00** | 207 | UNS | | | $4,500.00 | | $0.00 |
| | | | | | $4,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**PHILLIP SCOTT MITCHELL**
**Case(s): 207 Clm No: 2454 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**TALIEA POCAIGUE**
**Case(s): 207 Clm No: 2455 Clm. Amt: $52,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $52,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $52,000.00 | | $0.00 |
| | | | | | $52,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**BRANDI HANNA**
**Case(s): 207 Clm No: 2456 Clm. Amt: $39,690.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $39,690.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $39,690.00 | | $0.00 |
| | | | | | $39,690.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## DANIEL MAELLER
**Case(s): 207 Clm No: 2457 Clm. Amt: $109,570.01**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $109,570.01**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $109,570.01 | | $0.00 |
| | | | | $109,570.01 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JAMEELA CHRISTIAN
**Case(s): 207 Clm No: 2458 Clm. Amt: $22,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $22,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $22,000.00 | | $0.00 |
| | | | | $22,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## STEVEN BOURGEOIS
**Case(s): 207 Clm No: 2459 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ANTHONY HUNTLEY**
**Case(s): 207 Clm No: 2460 Clm. Amt: $120,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $120,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $120,000.00 | | $0.00 |
| | | | | $120,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CRAIG R. DARY**
**Case(s): 207 Clm No: 2461 Clm. Amt: $142,701.42**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $142,701.42**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $2,850.00 | | $0.00 |
| 207 | UNS | | | $139,851.42 | | $0.00 |
| | | | | $142,701.42 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JOSEPH BALLARD**
**Case(s): 207 Clm No: 2462 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ROGELIO DEAN GARCIA
### Case(s): 207 Clm No: 2463 Clm. Amt: $10,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## NATHAN MICHELSEN
### Case(s): 207 Clm No: 2464 Clm. Amt: $19,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $19,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $19,000.00 | | $0.00 |
| | | | | $19,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SAMANTHA NEWELL
### Case(s): 207 Clm No: 2465 Clm. Amt: $5,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CONSOLIDATED HEALTH PLANS, INC.
### Case(s): 207 Clm No: 2466 Clm. Amt: $81,985.13

*ATTN: JOHN DENNIS KELLEY*
*2077 ROOSEVELT AVE.*
*SPRINGFIELD, MA 01104*
**Date Filed: 1/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $81,985.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $81,985.13 | | $0.00 |
| | | | | $81,985.13 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**JOSE MOYA**
**Case(s): 207 Clm No: 2467 Clm. Amt: $26,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $26,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $26,000.00 | | $0.00 |
| | | | | $26,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**ROBERT WILLIAM WITTENBERG**
**Case(s): 207 Clm No: 2468 Clm. Amt: $6,800.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,800.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $6,800.00 | | $0.00 |
| | | | | $6,800.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**KEISHA CORBETT**
**Case(s): 207 Clm No: 2469 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### AMANDA COUQUEZE POWELL
**Case(s): 207 Clm No: 2470 Clm. Amt: $20,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### MAGNUM COLORADO ONE, LLC
**Case(s): 207 Clm No: 2471 Clm. Amt: $378,587.45**

*C/O WOODBURY CORPORATION*
*ATTN: CHRIS MANCINI*
*2733 EAST PARLEYS WAY, SUITE 300*
*SALT LAKE CITY, UT 84109*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $378,587.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $378,587.45 | | |
| | | | | $378,587.45 | | |

### RODNEY KAY AND PAMELA KAY
**Case(s): 207 Clm No: 2472 Clm. Amt: $58,786.14**

*C/O LOWTHER JOHNSON, LLC*
*ATTN: KYLE HARMON*
*901 E ST. LOUIS ST, 20TH FLOOR*
*SPRINGFIELD, MO 65806*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $58,786.14**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $58,786.14 | | $0.00 |
| | | | | $58,786.14 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 10/31/2022 | 5007 | Objection Granted | 12/13/2022 | 5070 |

### GABRIEL JIMENEZ
**Case(s): 207 Clm No: 2473 Clm. Amt: $66,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $66,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $66,000.00 | | $0.00 |
| | | | | $66,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KHALILOU NANAKASSE
**Case(s): 207 Clm No: 2474 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## GISLI LARUS VALSSON
**Case(s): 207 Clm No: 2475 Clm. Amt: $4,035.00**

*FRAKKASTIG 12A*
*101, REYKJAVIK*
*ICELAND*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $4,035.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $4,035.00 | | $0.00 |
| | | | | $4,035.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## CARLO-SANCHEZ AKIL BURNSIDE
**Case(s): 207 Clm No: 2476 Clm. Amt: $67,271.11**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $67,271.11**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $67,271.11 | | $0.00 |
| | | | | $67,271.11 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JOEL QUINONEZ, JR.
**Case(s): 207 Clm No: 2477 Clm. Amt: $42,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $42,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $42,000.00 | | $0.00 |
| | | | | $42,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SAMUEL MORRIS
### Case(s): 207 Clm No: 2478 Clm. Amt: $5,175.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,175.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | Unknown | Y | $0.00 |
| 207 | UNS | Disallowed | | $5,175.00 | | $0.00 |
| | | | | $5,175.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

## RETRIEVEX ACQUISITION LLC I
### Case(s): 207 Clm No: 2479 Clm. Amt: $4,137.80

*C/O JONES WALDO HOLBROOK &*
*MCDONOUGH, PC*
*ATTN: JEFFREY WESTON SHIELDS, ESQ.*
*170 SOUTH MAIN ST, STE 1500*
*SALT LAKE CITY, UT 84101*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $4,137.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,137.80 | | |
| | | | | $4,137.80 | | |

## WESLEY TALBOT
### Case(s): 207 Clm No: 2480 Clm. Amt: $129,057.44

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $129,057.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $129,057.44 | | $0.00 |
| | | | | $129,057.44 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## RONCI BROWN
### Case(s): 207 Clm No: 2481 Clm. Amt: $100,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $100,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $100,000.00 | | $0.00 |
| | | | | $100,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TRACEY BLACKMAN
### Case(s): 207 Clm No: 2482 Clm. Amt: $29,225.04

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $29,225.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $29,225.04 | | $0.00 |
| | | | | $29,225.04 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 08/23/2022 | 4946 | Objection Granted | 10/26/2022 | 4986 |

## Angela Hicks
### Case(s): 207 Clm No: 2483 Clm. Amt: $5,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## IMPERIAL LLC
### Case(s): 207 Clm No: 2484 Clm. Amt: $299.55

*ATTN: CRAIGE E. JOHNSTON*
*2020 N. MINGO RD.*
*TULSA, OK 74116*
**Date Filed: 1/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $299.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $299.55 | | |
| | | | | $299.55 | | |

## CBS CORPORATION
### Case(s): 207 Clm No: 2485 Clm. Amt: $53,826.25

*C/O CBS LAW DEPT.*
*ATTN: HELEN D'ANTONA*
*51 WEST 52ND STREET*
*NEW YORK, NY 10019*
**Date Filed: 1/30/2019**
**Orig. Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Amending Clm #: 2485**
**Amended By Clm #: 2485**
**Claim Face Value: $53,826.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $53,826.25 | | |
| | | | | $53,826.25 | | |

## VALLEY PIZZA, INC.
### Case(s): 207 Clm No: 2486 Clm. Amt: $1,002.08

*ATTN: CYNTHIA S. STREAMS*
*3224 BOB WALLACE AVE*
*HUNTSVILLE, AL 35805*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,002.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,002.08 | | |
| | | | | $1,002.08 | | |

## CIGNA HEALTH AND LIFE INSURANCE COMPANY
### Case(s): 207 Clm No: 2487 Clm. Amt: $13,954.26

*C/O LEGAL DEPT*
*ATTN: Marilyou Rice*
*900 COTTAGE GROVE RD, B6LPA*
*BLOOMFIELD, CT 06152*
**Date Filed: 1/6/2022**
**Orig. Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Amending Clm #: 2487**
**Claim Face Value: $13,954.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $13,954.26 | | |
| 207 | SEC | | | $0.00 | | |
| 207 | UNS | | | $0.00 | | |
| | | | | $13,954.26 | | |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 11/24/2021 | 1526 | Objection Filed | | |

## LUIS E. REYES GONZALEZ
### Case(s): 207 Clm No: 2488 Clm. Amt: $42,849.50

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $42,849.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $42,849.50 | | $0.00 |
| | | | | $42,849.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MEKEITA LINDER
### Case(s): 207 Clm No: 2489 Clm. Amt: $29,602.80

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $29,602.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $2,850.00 | | $0.00 |
| 207 | UNS | | | $26,752.80 | | $0.00 |
| | | | | $29,602.80 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SCOTT A. SUDER**
**Case(s): 207 Clm No: 2490 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JACOB SCHAEFFER**
**Case(s): 207 Clm No: 2491 Clm. Amt: $1,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $1,000.00 | | $0.00 |
| | | | | $1,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SPURGEON DANIEL ANDERS PAULIAH**
**Case(s): 207 Clm No: 2492 Clm. Amt: $29,923.56**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $29,923.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $29,923.56 | | $0.00 |
| | | | | $29,923.56 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MARY L. HENRY**

**Case(s): 207 Clm No: 2493 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

---

**TDCA RESOURCE SQUARE, LLC**

**Case(s): 207 Clm No: 2494 Clm. Amt: $422,852.50**

*C/O MOORE & VAN ALLEN PLLC*
*ATTN: LUIS LLUBERAS*
*100 N. TRYON ST. SUITE 4700*
*CHARLOTTE, NC 28202*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $422,852.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | ADM | Disallowed | | $31,751.02 | | $0.00 |
| 207 | UNS | | | $391,101.48 | | $391,101.48 |
| | | | | $422,852.50 | | $391,101.48 |

### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Cedar Glade LP*<br>*Attn: Kesha Tanabe, Esq*<br>*Re: TDCA Resource Square LLC*<br>*660 Madison Avenue Suite 1700*<br>*New York NY 10065* | | | |
| *Cedar Glade LP*<br>*Attn: Kesha Tanabe*<br>*Re: TDCA Resource Square, LLC*<br>*660 Madison Ave, Suite 1700*<br>*New York, NY 10065* | 100.00% | | Final |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 09/03/2020 | 4052 | Objection Granted | 10/22/2020 | 4114 |

---

**EXECUTIVE EDUCATIONAL ASSOCIATES**

**Case(s): 207 Clm No: 2495 Clm. Amt: $3,860.28**

*DBA ALPHA BETA KAPPA NATIONAL*
*HONOR SOCIETY*
*ATTN: JANE C. DAVIS*
*31257 BIRD HAVEN ST*
*OCEAN VIEW, DE 19970*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $3,860.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,860.28 | | |
| | | | | $3,860.28 | | |

## MARK IZQUIERDO
**Case(s): 207 Clm No: 2496 Clm. Amt: $35,196.70**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,196.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $35,196.70 | | $0.00 |
| | | | | $35,196.70 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## POCKET NURSE ENTERPRISES, INC.
**Case(s): 207 Clm No: 2497 Clm. Amt: $32,561.10**

*ATTN: NANCY A. GILKEY*
*610 FRANKFORT RD.*
*MONACA, PA 15061*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $32,561.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $32,561.10 | | $0.00 |
| | | | | $32,561.10 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3709 | Objection Granted | 01/15/2020 | 3771 |

## JOSEPH DEMBECK
**Case(s): 207 Clm No: 2498 Clm. Amt: $234.60**

*827 Meadowood Ln*
*Warminster, PA 18974*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $234.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | | | $234.00 |
| 207 | UNS | | | $234.60 | | $0.00 |
| | | | | $234.60 | | $234.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 11/17/2022 | 5044 | Objection Granted | 12/13/2022 | 5075 |

## JAKE D. ANDRY
**Case(s): 207 Clm No: 2499 Clm. Amt: $2,002.67**

*Address Redacted*
**Date Filed: 1/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $2,002.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,002.67 | | $0.00 |
| | | | | $2,002.67 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CHARTPAK, INC.
### Case(s): 207 Clm No: 2500 Clm. Amt: $43,282.49

*ATTN: ANNA DEXTRAZE*
*ONE RIVER ROAD*
*LEEDS, MA 01053*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $43,282.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $43,282.49 | | $0.00 |
| | | | | $43,282.49 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## WELLS FARGO BANK, N.A., AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC., ETC.
### Case(s): 207 Clm No: 2501 Clm. Amt: $397,407.70

*C/O SHEPPARD MULLIN RICHTER &*
*HAMPTON LLP*
*ATTN: ALAN FELD*
*333 SOUTH HOPE STREET, 43RD FLOOR*
*LOS ANGELES, CA 90049*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $397,407.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $45,511.78 | | $0.00 |
| 207 | UNS | | | $351,895.92 | | $351,895.92 |
| | | | | $397,407.70 | | $351,895.92 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

## SELVI PAULIAH
### Case(s): 207 Clm No: 2502 Clm. Amt: $24,009.99

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $24,009.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $24,009.99 | | $0.00 |
| | | | | $24,009.99 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## REEP-OFC EIGHT WATER RIDGE NC LLC
### Case(s): 207 Clm No: 2503 Clm. Amt: $428,169.03

*C/O KRIEG DEVAULT LLP*
*ATTN: KAY DEE BAIRD, ESQ.*
*ONE INDIANA SQUARE, SUITE 2800*
*INDIANAPOLIS, IN 46204*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $428,169.03**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $428,169.03 | | |
| | | | | $428,169.03 | | |

**ELSEVIER, INC.**
**Case(s): 207 Clm No: 2504 Clm. Amt: $280,374.35**

*ATTN: KURT KELLER*
*3251 RIVERPORT LN.*
*MARYLAND HEIGHTS, MO 63043*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $280,374.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $280,374.35 | | $0.00 |
| | | | | $280,374.35 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**ANNETTE AUGUST-TAYLOR**
**Case(s): 207 Clm No: 2505 Clm. Amt: $89,040.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $89,040.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $89,040.00 | | $0.00 |
| | | | | $89,040.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BAI CENTURY, LLC.**
**Case(s): 207 Clm No: 2506 Clm. Amt: $242,417.14**

*720 EAST PALISADES AVENUE*
*SUITE 201*
*ENGLEWOOD CLIFFS, NJ 07632*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $242,417.14**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $242,417.14 | | |
| | | | | $242,417.14 | | |

**CHRISTOPHER L WALTERS**
**Case(s): 207 Clm No: 2507 Clm. Amt: $9,500.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $9,500.00 | | $0.00 |
| | | | | $9,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CARIN SOSA**
**Case(s): 207 Clm No: 2508 Clm. Amt: $24,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $24,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $20,000.00 | | $0.00 |
| 207 | UNS | | | $4,000.00 | | $0.00 |
| | | | | $24,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**NICOLE HOWLAND**
**Case(s): 207 Clm No: 2509 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MELISSA GAYLE BRAMBS**
**Case(s): 207 Clm No: 2510 Clm. Amt: $63,976.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $63,976.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $63,976.00 | | $0.00 |
| | | | | $63,976.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**WILLIAM FITZGERALD**
**Case(s): 207 Clm No: 2511 Clm. Amt: $90,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $90,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $90,000.00 | | $0.00 |
| | | | | | $90,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JACOB A EVERETT**
**Case(s): 207 Clm No: 2512 Clm. Amt: $150,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $150,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $150,000.00 | | $0.00 |
| | | | | | $150,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JASON HAYWARD**
**Case(s): 207 Clm No: 2513 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**SCOTT THRASHER**
**Case(s): 207 Clm No: 2514 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**DAVID M. DEWAR**
**Case(s): 207 Clm No: 2515 Clm. Amt: $63,976.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $63,976.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | | | $63,976.00 | | $0.00 |
| | | | | | $63,976.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**BRIAN BERMAN**
**Case(s): 207 Clm No: 2516 Clm. Amt: $8,915.11**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $8,915.11**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $8,915.11 | | $0.00 |
| | | | | | $8,915.11 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**KRISTI A. SCIAMBRA**
**Case(s): 207 Clm No: 2517 Clm. Amt: $113,560.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $113,560.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $113,560.00 | | $0.00 |
| | | | | $113,560.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**BRIAN MARTIN**
**Case(s): 207 Clm No: 2518 Clm. Amt: $25,719.49**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,719.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $25,719.49 | | $0.00 |
| | | | | $25,719.49 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JACOB YEOMANS JOHNSON**
**Case(s): 207 Clm No: 2519 Clm. Amt: $85,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $85,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $85,000.00 | | $0.00 |
| | | | | $85,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## YCNAN SANCHEZ
**Case(s): 207 Clm No: 2520 Clm. Amt: $48,689.80**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $48,689.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $48,689.80 | | $0.00 |
| | | | | $48,689.80 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SUMMER DANIELLE HAVERKOS
**Case(s): 207 Clm No: 2521 Clm. Amt: $20,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $2,850.00 | | $0.00 |
| 207 | UNS | | | $17,150.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JACOB JARECKI
**Case(s): 207 Clm No: 2522 Clm. Amt: $46,365.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $46,365.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $46,365.00 | | $0.00 |
| | | | | $46,365.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## AMERICAN NATIONAL LIFE INSURANCE
**Case(s): 207 Clm No: 2523 Clm. Amt: $576,859.00**

*C/O GREER HERZ & ADAMS*
*ATTN: TARA ANNWEILER*
*ONE MOODY PLAZA 18TH FLOOR*
*GALVESTON, TX 77550*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $576,859.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $576,859.00 | | |
| | | | | $576,859.00 | | |

## HECTOR PAZOS
### Case(s): 207 Clm No: 2524 Clm. Amt: $60,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## WILLIAM FORD
### Case(s): 207 Clm No: 2525 Clm. Amt: $80,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | | | Unknown | Y | $0.00 |
| | 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## JERRY MITCHELL
### Case(s): 207 Clm No: 2526 Clm. Amt: $30,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**IRON MOUNTAIN INFORMATION MANAGEMENT, LLC**
**Case(s): 207 Clm No: 2527 Clm. Amt: $25,270.61**

*ATTN: JOSEPH CORRIGAN*
*1 FEDERAL STREET*
*7TH FLOOR*
*BOSTON, MA 02110*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,270.61**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | ADM | Disallowed | | | | $0.00 |
| 207 | SEC | Disallowed | | $3,317.00 | | $0.00 |
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $21,953.61 | | $0.00 |
| | | | | $25,270.61 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**PRISCILLA HARRIS**
**Case(s): 207 Clm No: 2528 Clm. Amt: $12,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $12,000.00 | | $0.00 |
| | | | | $12,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**VLADISLAV STEPANENKO**
**Case(s): 207 Clm No: 2529 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CITY OF TROY
### Case(s): 207 Clm No: 2530 Clm. Amt: $7,674.34

ATTN: NICOLE MACMILLAN
500 W. BIG BEAVER
TROY, MI 48084
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $3,837.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $3,837.17 | | $0.00 |
| 207 | SEC | | | $3,837.17 | | $0.00 |
| | | | | $7,674.34 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

## CITY OF TROY
### Case(s): 207 Clm No: 2531 Clm. Amt: $378.36

ATTN: NICOLE MACMILLAN
500 W. BIG BEAVER
TROY, MI 48084
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $189.18**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $189.18 | | $0.00 |
| 207 | SEC | | | $189.18 | | $0.00 |
| | | | | $378.36 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

## GC NET LEASE (SYLMAR) INVESTORS, LLC
### Case(s): 207 Clm No: 2532 Clm. Amt: $970,338.00

C/O GRIFFIN CAPITAL CORPORATION
ATTN: MARY HIGGINS, ESQ. GENERAL COUNSEL
790 ESTATE DRIVE, SUITE 180
DEERFIELD, IL 60015
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $970,338.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $970,338.00 | | $882,295.00 |
| | | | | $970,338.00 | | $882,295.00 |

## JOSHUA DEERWESTER
### Case(s): 207 Clm No: 2533 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JOSEPH MICHAEL TAMBURRO**
**Case(s): 207 Clm No: 2534 Clm. Amt: $32,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $32,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $32,000.00 | | $0.00 |
| | | | | | $32,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**THOMAS KAISER**
**Case(s): 207 Clm No: 2535 Clm. Amt: $81,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $81,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $81,000.00 | | $0.00 |
| | | | | | $81,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**REYNA ROGERS**
**Case(s): 207 Clm No: 2536 Clm. Amt: $70,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | | | $70,000.00 | | $0.00 |
| | | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## NIC COMMUNICATIONS, LLC
### Case(s): 207 Clm No: 2537 Clm. Amt: $17,875.38

*ATTN: JEFFREY JONES*
*713 AYLES FORD CT.*
*FRANKLIN, TN 37069*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $17,875.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $17,875.38 | | $0.00 |
| 207 | UNS | Allowed | | | | $17,875.38 |
| | | | | $17,875.38 | | $17,875.38 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 02/09/2021 | 4213 | Objection Granted | 04/21/2021 | 4291 |

## JACK RUCKER IV
### Case(s): 207 Clm No: 2538 Clm. Amt: $67,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $67,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $67,000.00 | | $0.00 |
| | | | | $67,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MATEO THOMAS RIOS
### Case(s): 207 Clm No: 2539 Clm. Amt: $65,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $65,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $65,000.00 | | $0.00 |
| | | | | $65,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JASON FISHER**
**Case(s): 207 Clm No: 2540 Clm. Amt: $20,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**NIC COMMUNICATIONS, LLC**
**Case(s): 207 Clm No: 2541 Clm. Amt: $17,980.00**

*ATTN: JEFFREY JONES*
*713 AYLES FORD CT.*
*FRANKLIN, TN 37069*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $17,980.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $17,980.00 | | $0.00 |
| 207 | UNS | Allowed | | | | $17,980.00 |
| | | | | $17,980.00 | | $17,980.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 02/09/2021 | 4214 | Objection Granted | 04/21/2021 | 4292 |

**CONNOR S. JACKSON**
**Case(s): 207 Clm No: 2542 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DWAYNE TURNER
**Case(s): 207 Clm No: 2543 Clm. Amt: $72,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $72,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $72,000.00 | | $0.00 |
| | | | | $72,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## GALLERIA SHOPPING CENTER, LLC
**Case(s): 207 Clm No: 2544 Clm. Amt: $363,630.01**

*C/O HORACK TALLEY PHARR & LOWNDES*
*ATTN: KRISTIN D. OGBURN*
*301 SOUTH COLLEGE ST. SUITE 2600*
*CHARLOTTE, NC 28202*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $363,630.01**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $363,630.01 | | |
| | | | | $363,630.01 | | |

## ANNETTE AUGUST-TAYLOR
**Case(s): 207 Clm No: 2545 Clm. Amt: $89,004.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $89,004.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $89,004.00 | | $0.00 |
| | | | | $89,004.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JACKSONVILLE CLINIC MEDICAL PLAZA, LLC
**Case(s): 207 Clm No: 2546 Clm. Amt: $1,952,616.00**

*C/O BURR & FORMAN LLP*
*ATTN: J. ELLSWORTH SUMMERS, JR.*
*50 NORTH LAURA ST, STE 3000*
*JACKSONVILLE, FL 32202*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,952,616.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $1,952,616.00 | | $423,951.76 |
| | | | | $1,952,616.00 | | $423,951.76 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 09/03/2020 | 4052 | Objection Granted | 10/22/2020 | 4114 |

**SHARONDA BREWER**
**Case(s): 207 Clm No: 2547 Clm. Amt: $39,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $39,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $39,000.00 | | $0.00 |
| | | | | $39,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TAHZENEKA STANLEY**
**Case(s): 207 Clm No: 2548 Clm. Amt: $300.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $300.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $300.00 | | $0.00 |
| | | | | $300.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MICHAEL W. SLOCUM II**
**Case(s): 207 Clm No: 2549 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BRITTANEY BANDY**
**Case(s): 207 Clm No: 2550 Clm. Amt: $25,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $25,000.00 | | $0.00 |
| | | | | $25,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JULIEANN LOPEZ**
**Case(s): 207 Clm No: 2551 Clm. Amt: $36,371.34**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $36,371.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $36,371.34 | | $0.00 |
| | | | | $36,371.34 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MARQUES D. REEVES**
**Case(s): 207 Clm No: 2552 Clm. Amt: $11,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $11,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $11,000.00 | | $0.00 |
| | | | | $11,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## GARREN HENRY
### Case(s): 207 Clm No: 2553 Clm. Amt: $90,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $90,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $90,000.00 | | $0.00 |
| | | | | | $90,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## CHARLES S. WHEELER
### Case(s): 207 Clm No: 2554 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## DEEBRA J. RICHARDSON
### Case(s): 207 Clm No: 2555 Clm. Amt: $701.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $701.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | Disallowed | | $701.00 | | $0.00 |
| | | | | | $701.00 | | $0.00 |

## GREYSTONE POWER CORPORATION
### Case(s): 207 Clm No: 2556 Clm. Amt: $3,168.80

*P.O. BOX 897*
*DOUGLASVILLE, GA 30133*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $3,168.80**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $3,168.80 | | $0.00 |
| | | | | | $3,168.80 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

**JUSTIN CHUN SING YUEN**
**Case(s): 207 Clm No: 2557 Clm. Amt: $44,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $44,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $44,000.00 | | $0.00 |
| | | | | $44,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JAMAAL WATSON**
**Case(s): 207 Clm No: 2558 Clm. Amt: $19,430.85**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $19,430.85**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $19,430.85 | | $0.00 |
| | | | | $19,430.85 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JUAN L HINOJOSA AVILA**
**Case(s): 207 Clm No: 2559 Clm. Amt: $48,340.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $48,340.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $48,340.00 | | $0.00 |
| | | | | $48,340.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CANDACE FLOOD
### Case(s): 207 Clm No: 2560 Clm. Amt: $13,000.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $13,000.00** | 207 | UNS | | | $13,000.00 | | $0.00 |
| | | | | | $13,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## WCWJ-TV
### Case(s): 207 Clm No: 2561 Clm. Amt: $41,148.50

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *C/O CCR*<br>*ATTN: THOMAS J. HOGAN*<br>*20 BROAD HOLLOW RD, SUITE 1002*<br>*MELVILLE, NY 11747*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $41,148.50** | 207 | UNS | | | $41,148.50 | | $0.00 |
| | | | | | $41,148.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## NICHOLAS HARRIS
### Case(s): 207 Clm No: 2562 Clm. Amt: $10,000.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $10,000.00** | 207 | UNS | | | $10,000.00 | | $0.00 |
| | | | | | $10,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## ISRAEL SANDOVAL
### Case(s): 207 Clm No: 2563 Clm. Amt: $85,000.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $85,000.00** | 207 | UNS | | | $85,000.00 | | $0.00 |
| | | | | | $85,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ARNETTE PERSON**
**Case(s): 207 Clm No: 2564 Clm. Amt: $58,435.94**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $58,435.94**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $58,435.94 | | $0.00 |
| | | | | | $58,435.94 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**BRANDON L. FALNESS**
**Case(s): 207 Clm No: 2565 Clm. Amt: $23,098.80**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $23,098.80**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $23,098.80 | | $0.00 |
| | | | | | $23,098.80 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**BRANDON L. FALNESS**
**Case(s): 207 Clm No: 2566 Clm. Amt: $16,561.20**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $16,561.20**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $16,561.20 | | $0.00 |
| | | | | | $16,561.20 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## SORRELL STAGGERS
**Case(s): 207 Clm No: 2567 Clm. Amt:**

| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## IAN STOVER
**Case(s): 207 Clm No: 2568 Clm. Amt: $70,000.00**

| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $70,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## KRISTIAN THOMAS
**Case(s): 207 Clm No: 2569 Clm. Amt:**

| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## BRUCE ALEN SMITH
**Case(s): 207 Clm No: 2570 Clm. Amt: $3,134.00**

| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $3,134.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | Disallowed | | $3,134.00 | | $0.00 |
| | | | | | $3,134.00 | | $0.00 |

### TECH PARK 5, LLC
**Case(s): 207 Clm No: 2571 Clm. Amt: $591,244.00**

*C/O KRIEG DEVAULT LLP*
*ATTN: KAY DEE BAIRD*
*ONE INDIANA SQUARE, STE 2800*
*INDIANAPOLIS, IN 46204*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $591,244.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $591,244.00 | | |
| | | | | $591,244.00 | | |

### ROBERT ROGERS
**Case(s): 207 Clm No: 2572 Clm. Amt: $43,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $43,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $43,000.00 | | $0.00 |
| | | | | $43,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### ROBERT BRUGGE
**Case(s): 207 Clm No: 2573 Clm. Amt: $85,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $85,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $85,000.00 | | $0.00 |
| | | | | $85,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### AARON REIS
**Case(s): 207 Clm No: 2574 Clm. Amt: $45,849.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,849.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,849.00 | | $0.00 |
| | | | | $45,849.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**STEVEN BAILEY**
**Case(s): 207 Clm No: 2575 Clm. Amt: $72,777.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $72,777.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $72,777.00 | | $0.00 |
| | | | | | $72,777.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**PERRY WILLIAM ROBINSON**
**Case(s): 207 Clm No: 2576 Clm. Amt: $70,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**RALPH FRICK**
**Case(s): 207 Clm No: 2577 Clm. Amt: $20,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | | | $20,000.00 | | $0.00 |
| | | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**WESTERN HEATING & AIR CONDITIONING, INC.**
**Case(s): 207 Clm No: 2578 Clm. Amt: $1,619.75**

ATTN: GAIL L. POTRIDGE
4980 BRADLEY STREET
BOISE, ID 83714
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,619.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | Disallowed | | $1,562.50 | | $0.00 |
| 207 | UNS | | | $57.25 | | $1,619.75 |
| | | | | $1,619.75 | | $1,619.75 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | |

**JORGE E. GARCIA**
**Case(s): 207 Clm No: 2579 Clm. Amt:**

Address Redacted
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BARBARA A. FERGUSON**
**Case(s): 207 Clm No: 2580 Clm. Amt: $9,246.05**

228 W. COLCHESTER DR.
EAGLE, ID 83616
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,246.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $9,246.05 | | $0.00 |
| | | | | $9,246.05 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 4617 | Objection Granted | 03/31/2022 | 4731 |

**BRENT FARMER**
**Case(s): 207 Clm No: 2581 Clm. Amt: $100,000.00**

Address Redacted
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $100,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $100,000.00 | | $0.00 |
| | | | | $100,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MARK BAHRS
### Case(s): 207 Clm No: 2582 Clm. Amt: $42,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $42,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $42,000.00 | | $0.00 |
| | | | | $42,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MANUEL JEAN
### Case(s): 207 Clm No: 2583 Clm. Amt: $60,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## WAYNE LEWIS FOWLER
### Case(s): 207 Clm No: 2584 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**Daniel Thommen**
**Case(s): 207 Clm No: 2585 Clm. Amt: $1,307.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,307.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $1,307.00 | | $0.00 |
| | | | | $1,307.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DAVID FLORES**
**Case(s): 207 Clm No: 2586 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TALMADGE LEE**
**Case(s): 207 Clm No: 2587 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CHRIS HERNANDEZ**
**Case(s): 207 Clm No: 2588 Clm. Amt: $40,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $40,000.00** | 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**THOMAS VINCENT MANNING, JR.**
**Case(s): 207 Clm No: 2589 Clm. Amt: $100,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $100,000.00** | 207 | UNS | | | $100,000.00 | | $0.00 |
| | | | | | $100,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**KLAUDIA HOXHA**
**Case(s): 207 Clm No: 2590 Clm. Amt: $28,272.36**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $28,272.36** | 207 | PRI | | | Unknown | Y | $0.00 |
| | 207 | UNS | | | $28,272.36 | | $0.00 |
| | | | | | $28,272.36 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**RASHANA HUIZAR**
**Case(s): 207 Clm No: 2591 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**NICOLE JOHNSON**
**Case(s): 207 Clm No: 2592 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**THERESA SCHMIDT**
**Case(s): 207 Clm No: 2593 Clm. Amt: $41,943.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $41,943.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $41,943.00 | | $0.00 |
| | | | | | $41,943.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**VERONICA BARRERA**
**Case(s): 207 Clm No: 2594 Clm. Amt: $109,177.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $109,177.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $109,177.00 | | $0.00 |
| | | | | $109,177.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JIMMY R. ABAD**
**Case(s): 207 Clm No: 2595 Clm. Amt: $97,837.31**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $97,837.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $97,837.31 | | $0.00 |
| | | | | $97,837.31 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ERIC PETERS**
**Case(s): 207 Clm No: 2596 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TIFFANY HOTT
### Case(s): 207 Clm No: 2597 Clm. Amt: $32,719.66

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $32,719.66**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $32,719.66 | | $0.00 |
| | | | | $32,719.66 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## GARRY WEBB II
### Case(s): 207 Clm No: 2598 Clm. Amt: $1,000.00

*1310 TANGLEWOOD DR.*
*MANSFIELD, TX 76063*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | $1,000.00 | | $764.31 |
| | | | | $1,000.00 | | $764.31 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |


## 4-D PROPERTIES, LLP
### Case(s): 207 Clm No: 2599 Clm. Amt: $72,368.97

*C/O RUSING LOPEZ & LIZARDI, PLLC*
*ATTN: REBECCA K. O'BRIEN*
*6363 N. SWAN, #151*
*TUCSON, AZ 85718*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $72,368.97**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $34,868.96 | | $0.00 |
| 207 | UNS | | | $37,500.01 | | $37,500.01 |
| | | | | $72,368.97 | | $37,500.01 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

**CINDY HERNANDEZ**

**Case(s): 207 Clm No: 2600 Clm. Amt: $80,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $80,000.00** | | | | | | | |
| | 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**EMMANUEL MORRIS**

**Case(s): 207 Clm No: 2601 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JASON PINCKNEY**

**Case(s): 207 Clm No: 2602 Clm. Amt: $24,167.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $24,167.00** | | | | | | | |
| | 207 | UNS | | | $24,167.00 | | $0.00 |
| | | | | | $24,167.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**NATHANIEL WOLFE**
**Case(s): 207 Clm No: 2603 Clm. Amt: $41,854.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $41,854.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $41,854.00 | | $0.00 |
| | | | | | $41,854.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**REGINALD RASHAD COSTEN**
**Case(s): 207 Clm No: 2604 Clm. Amt: $28,676.83**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $28,676.83**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $28,676.83 | | $0.00 |
| | | | | | $28,676.83 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JILL GABRIDGE**
**Case(s): 207 Clm No: 2605 Clm. Amt: $66,508.77**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $66,508.77**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $66,508.77 | | $0.00 |
| | | | | | $66,508.77 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**CHRISTOPHER D WOOD**
**Case(s): 207 Clm No: 2606 Clm. Amt: $66,193.04**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $66,193.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | 503(b)(9) | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $66,193.04 | | $0.00 |
| | | | | $66,193.04 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BURT REINHOLD**
**Case(s): 207 Clm No: 2607 Clm. Amt: $75,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $75,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $75,000.00 | | $0.00 |
| | | | | $75,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JAMES M. COSTELLO II**
**Case(s): 207 Clm No: 2608 Clm. Amt: $95,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $95,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $95,000.00 | | $0.00 |
| | | | | $95,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DAVID WALL TRANSOU IV
**Case(s): 207 Clm No: 2609 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## ALLEN FEDERMAN, JOANNA CASTRO AND SIMILAR CLASS MEMBERS
**Case(s): 207 Clm No: 2610 Clm. Amt: $10,000,000.00**

*C/O OUTTEN & GOLDEN LLP*
*ATTN: JACK A. RAISNER*
*685 THIRD AVENUE, 25TH FLOOR*
*NEW YORK, NY 10017*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | $10,000,000.00 | | $10,000,000.00 |
| | | | | $10,000,000.00 | | $10,000,000.00 |

## NATHAN HAYES
**Case(s): 207 Clm No: 2611 Clm. Amt: $28,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $28,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $28,000.00 | | $0.00 |
| | | | | $28,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JOSEPH A BLEDSOE
**Case(s): 207 Clm No: 2612 Clm. Amt: $16,941.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $16,941.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $16,941.00 | | $0.00 |
| | | | | $16,941.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CLEANNET USA
**Case(s): 207 Clm No: 2613 Clm. Amt: $15,218.73**

*C/O CLEANNET OF ATLANTA*
*3577 A CHAMBLEE-TUCKER ROAD, #257*
*ATLANTA, GA 30341*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $15,218.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $15,218.73 | | $0.00 |
| | | | | $15,218.73 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## WESLEY DISTAD
**Case(s): 207 Clm No: 2614 Clm. Amt: $95,142.52**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $95,142.52**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $95,142.52 | | $0.00 |
| | | | | $95,142.52 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## THEOTIS K WEATHERSPOON
**Case(s): 207 Clm No: 2615 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JULIO ZUNIGA
**Case(s): 207 Clm No: 2616 Clm. Amt: $87,951.12**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $87,951.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $87,951.12 | | $0.00 |
| | | | | $87,951.12 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BRANDON CARUTHERS**
**Case(s): 207 Clm No: 2617 Clm. Amt: $49,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $49,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $49,000.00 | | $0.00 |
| | | | | | $49,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**NICOLAS BATES**
**Case(s): 207 Clm No: 2618 Clm. Amt: $75,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $75,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $75,000.00 | | $0.00 |
| | | | | | $75,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**SUSAN DAILEY**
**Case(s): 207 Clm No: 2619 Clm. Amt: $87,527.50**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $87,527.50**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $87,527.50 | | $0.00 |
| | | | | | $87,527.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## GAURI SHARMA
### Case(s): 207 Clm No: 2620 Clm. Amt: $2,850.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | | | Unknown | Y | $0.00 |
| 207 | PRI | | | $2,850.00 | | $0.00 |
| | | | | $2,850.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## NAVEEN CHAKILAM
### Case(s): 207 Clm No: 2621 Clm. Amt: $9,000.00

*1821 JUTLAND DR*
*CARMEL, IN 46032*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $9,000.00 | | $0.00 |
| | | | | $9,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4618 | Objection Granted | 04/25/2022 | 4848 |

## BRANDON WESTOVER
### Case(s): 207 Clm No: 2622 Clm. Amt: $94,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $94,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $94,000.00 | | $0.00 |
| | | | | $94,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## RACHEL WILLIAMS
**Case(s): 207 Clm No: 2623 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## JEREMY IAN CUMMINGS
**Case(s): 207 Clm No: 2624 Clm. Amt: $90,624.34**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $90,624.34**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $90,624.34 | | $0.00 |
| | | | | | $90,624.34 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## EMILY BRINSON
**Case(s): 207 Clm No: 2625 Clm. Amt: $19,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $19,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $19,000.00 | | $0.00 |
| | | | | | $19,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**KATHELENE B. POE**

**Case(s): 207 Clm No: 2626 Clm. Amt: $30,524.74**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,524.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $30,524.74 | | $0.00 |
| | | | | $30,524.74 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KATHIA YAMOUT**

**Case(s): 207 Clm No: 2627 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SHAUN SMITH**

**Case(s): 207 Clm No: 2628 Clm. Amt: $33,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $33,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $33,000.00 | | $0.00 |
| | | | | $33,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SANTIAGO A BARRERA
### Case(s): 207 Clm No: 2629 Clm. Amt: $8,375.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $8,375.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $8,375.00 | | $0.00 |
| | | | | $8,375.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## NEXSTAR BROADCASTING, INC.
### Case(s): 207 Clm No: 2630 Clm. Amt: $278,704.80

*545 E. JOHN CARPPENTER FREEWAY*
*SUITE 700*
*IRVING, TX 75062*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Amended By Clm #: 2652**
**Claim Face Value: $278,704.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $278,704.80 | | $0.00 |
| | | | | $278,704.80 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## JOHN DOUGLAS HUGHES
### Case(s): 207 Clm No: 2631 Clm. Amt: $63,976.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $63,976.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $63,976.00 | | $0.00 |
| | | | | $63,976.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CHRISTOPHER FORRY
**Case(s): 207 Clm No: 2632 Clm. Amt: $48,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $48,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $48,000.00 | | $0.00 |
| | | | | $48,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CHRISTINE ROTSLER
**Case(s): 207 Clm No: 2633 Clm. Amt: $30,078.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,078.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,078.00 | | $0.00 |
| | | | | $30,078.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JACOB NIEBUHR
**Case(s): 207 Clm No: 2634 Clm. Amt: $70,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**GLENN ESSEX**
**Case(s): 207 Clm No: 2635 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SETH PONTIFF**
**Case(s): 207 Clm No: 2636 Clm. Amt: $63,450.48**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $63,450.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $63,450.48 | | $0.00 |
| | | | | $63,450.48 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DANIEL PASHIA**
**Case(s): 207 Clm No: 2637 Clm. Amt: $45,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## NICOLE JESAITIS
### Case(s): 207 Clm No: 2638 Clm. Amt:

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


## CHARLES BAILEY
### Case(s): 207 Clm No: 2639 Clm. Amt: $25,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $25,000.00 | | $0.00 |
| | | | | | $25,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


## LEON BLYE
### Case(s): 207 Clm No: 2640 Clm. Amt: $28,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $28,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $28,000.00 | | $0.00 |
| | | | | | $28,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## DANIEL ESTRADA
### Case(s): 207 Clm No: 2641 Clm. Amt: $19,624.07

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $19,624.07**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $19,624.07 | | $0.00 |
| | | | | | $19,624.07 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## EDWARD JOSEPH CARROLL
### Case(s): 207 Clm No: 2642 Clm. Amt: $100,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $100,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $100,000.00 | | $0.00 |
| | | | | | $100,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## JAMIE MONTGOMERY
### Case(s): 207 Clm No: 2643 Clm. Amt: $30,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ADAM MITTELSTAEDT**

**Case(s): 207 Clm No: 2644 Clm. Amt: $29,113.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $29,113.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $29,113.00 | | $0.00 |
| | | | | $29,113.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**NICOLE OLSON**

**Case(s): 207 Clm No: 2645 Clm. Amt: $43,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $43,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $43,000.00 | | $0.00 |
| | | | | $43,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ARYN BLASE**

**Case(s): 207 Clm No: 2646 Clm. Amt: $20,661.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,661.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,661.00 | | $0.00 |
| | | | | $20,661.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### JESSICA LYNN LOVE
**Case(s): 207 Clm No: 2647 Clm. Amt: $70,000,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $70,000,000.00** | | | | | | | |
| | 207 | UNS | | | $70,000,000.00 | | $0.00 |
| | | | | | $70,000,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### KENDRA BOCKIUS
**Case(s): 207 Clm No: 2648 Clm. Amt: $35,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *NO ADDRESS PROVIDED*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $35,000.00** | | | | | | | |
| | 207 | UNS | | | $35,000.00 | | $0.00 |
| | | | | | $35,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### LISA A. CHODIL
**Case(s): 207 Clm No: 2649 Clm. Amt: $274.99**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *1104 HARVEST DR*<br>*SHOREWOOD, IL 60404*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $274.99** | | | | | | | |
| | 207 | PRI | Allowed | | $274.99 | | $40.00 |
| | | | | | $274.99 | | $40.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 10/31/2022 | 5007 | Objection Granted | 12/13/2022 | 5070 |

### MATTHEW JAKUBAS
**Case(s): 207 Clm No: 2650 Clm. Amt: $55,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $55,000.00** | | | | | | | |
| | 207 | UNS | | | $55,000.00 | | $0.00 |
| | | | | | $55,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## PAULA KRISTINE MOORE
### Case(s): 207 Clm No: 2651 Clm. Amt: $135,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $135,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $135,000.00 | | $0.00 |
| | | | | $135,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## NEXSTAR BROADCASTING, INC.
### Case(s): 207 Clm No: 2652 Clm. Amt: $278,704.80

*C/O GOGI MALIK*
*545 E. JOHN CARPENTER FREEWAY, STE 700*
*IRVING, TX 75062*
**Date Filed: 1/30/2017**
**Orig. Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Amending Clm #: 2630**
**Claim Face Value: $278,704.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $278,704.80 | | $0.00 |
| | | | | $278,704.80 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## PATRIC HAWKS
### Case(s): 207 Clm No: 2653 Clm. Amt: $75,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $75,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | PRI | | | $75,000.00 | | $0.00 |
| | | | | $75,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## RONNIE GODWIN
### Case(s): 207 Clm No: 2654 Clm. Amt: $111,273.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $111,273.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $111,273.00 | | $0.00 |
| | | | | $111,273.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JESUS RAMIREZ
### Case(s): 207 Clm No: 2655 Clm. Amt: $118,946.80

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $118,946.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $118,946.80 | | $0.00 |
| | | | | $118,946.80 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ANTHONY JAMES IAN REPETTI
### Case(s): 207 Clm No: 2656 Clm. Amt: $28,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $28,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $28,000.00 | | $0.00 |
| | | | | $28,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### CHARLES BRANDON BATES
### Case(s): 207 Clm No: 2657 Clm. Amt: $40,000.00

| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $40,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### CHARLES BRANDON BATES
### Case(s): 207 Clm No: 2658 Clm. Amt: $63,976.00

| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $63,976.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $63,976.00 | | $0.00 |
| | | | | | $63,976.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### MARIZILDA FONSECA
### Case(s): 207 Clm No: 2659 Clm. Amt: $2,500.00

| *7941 S.W. 146TH AVE*<br>*MIAMI, FL 33183*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $2,500.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | Disallowed | | $2,500.00 | | $0.00 |
| | | | | | $2,500.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 02/18/2022 | 4619 | Objection Granted | 04/25/2022 | 4849 |

### OSCAR BOTELLO TREVIZO
### Case(s): 207 Clm No: 2660 Clm. Amt: $74,108.00

| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $74,108.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $74,108.00 | | $0.00 |
| | | | | | $74,108.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**COREY KAMARAINEN**
**Case(s): 207 Clm No: 2661 Clm. Amt: $44,084.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $44,084.00** | | | | | | | |
| | 207 | UNS | | | $44,084.00 | | $0.00 |
| | | | | | $44,084.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**TALIA STOKES**
**Case(s): 207 Clm No: 2662 Clm. Amt: $73,694.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $73,694.00** | | | | | | | |
| | 207 | UNS | | | $73,694.00 | | $0.00 |
| | | | | | $73,694.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**DEREK G. LUERS**
**Case(s): 207 Clm No: 2663 Clm. Amt: $96,031.91**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $96,031.91** | | | | | | | |
| | 207 | UNS | | | $96,031.91 | | $0.00 |
| | | | | | $96,031.91 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**CECILIA CLINKSCALE**
**Case(s): 207 Clm No: 2664 Clm. Amt: $1,500.00**

*PO BOX 42718*
*PHILADELPHIA, PA 19101*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $1,500.00 | | $0.00 |
| | | | | $1,500.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

**BENJAMIN PFIESTER**
**Case(s): 207 Clm No: 2665 Clm. Amt: $38,003.16**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $38,003.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $38,003.16 | | $0.00 |
| | | | | $38,003.16 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**GARY JUSTIN NEELY**
**Case(s): 207 Clm No: 2666 Clm. Amt: $48,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $48,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $2,850.00 | | $0.00 |
| 207 | UNS | | | $45,150.00 | | $0.00 |
| | | | | $48,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MARCUS GUTIERREZ**
**Case(s): 207 Clm No: 2667 Clm. Amt: $45,172.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,172.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,172.00 | | $0.00 |
| | | | | $45,172.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**LOWELL EUGENE SHIPLEY, III**
**Case(s): 207 Clm No: 2668 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ALEJANDRO HERNANDEZ**
**Case(s): 207 Clm No: 2669 Clm. Amt: $26,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $26,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $26,000.00 | | $0.00 |
| | | | | $26,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**PATRICIA B. STEWART**
**Case(s): 207 Clm No: 2670 Clm. Amt: $6,482.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,482.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $6,482.00 | | $0.00 |
| | | | | | $6,482.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ALBERT P. CRUZ**
**Case(s): 207 Clm No: 2671 Clm. Amt: $47,460.98**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $47,460.98**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $47,460.98 | | $0.00 |
| | | | | | $47,460.98 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**DUC CHONG**
**Case(s): 207 Clm No: 2672 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## CODY GODWIN
### Case(s): 207 Clm No: 2673 Clm. Amt: $23,617.77

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $23,617.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $23,617.77 | | $0.00 |
| | | | | $23,617.77 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## LAZARO CARDENAS
### Case(s): 207 Clm No: 2674 Clm. Amt: $49,403.08

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $49,403.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $49,403.08 | | $0.00 |
| | | | | $49,403.08 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |


## NORMA TREVIZO
### Case(s): 207 Clm No: 2675 Clm. Amt: $11,702.40

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $11,702.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $11,702.40 | | $0.00 |
| | | | | $11,702.40 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DREW HAGUE**
**Case(s): 207 Clm No: 2676 Clm. Amt: $37,162.77**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $37,162.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $37,162.77 | | $0.00 |
| | | | | $37,162.77 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**RODERICK DEON WILLIAMS**
**Case(s): 207 Clm No: 2677 Clm. Amt: $85,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $85,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $85,000.00 | | $0.00 |
| | | | | $85,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JAIME DORSEY**
**Case(s): 207 Clm No: 2678 Clm. Amt: $14,431.80**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $14,431.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $14,431.80 | | $0.00 |
| | | | | $14,431.80 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CRYSTAL MYKELL
### Case(s): 207 Clm No: 2679 Clm. Amt: $43,442.68

*NO ADDRESS PROVIDED*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $43,442.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $43,442.68 | | $0.00 |
| | | | | $43,442.68 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## MICHAEL TUCKER
### Case(s): 207 Clm No: 2680 Clm. Amt: $1,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $1,000.00 | | $0.00 |
| | | | | $1,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## MICHAEL RIDEOUT
### Case(s): 207 Clm No: 2681 Clm. Amt: $64,555.62

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $64,555.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $64,555.62 | | $0.00 |
| | | | | $64,555.62 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**MARLAYNA MCBRIDE**

**Case(s): 207 Clm No: 2682 Clm. Amt: $43,746.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $43,746.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $43,746.00 | | $0.00 |
| | | | | $43,746.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MATTHEW HALLMON**

**Case(s): 207 Clm No: 2683 Clm. Amt: $29,386.64**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $29,386.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $29,386.64 | | $0.00 |
| | | | | $29,386.64 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SEAN S. CASTLE**

**Case(s): 207 Clm No: 2684 Clm. Amt: $38,566.14**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $38,566.14**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $38,566.14 | | $0.00 |
| | | | | $38,566.14 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## OLIVAS CURLEY
**Case(s): 207 Clm No: 2685 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## NICK W. BUCK
**Case(s): 207 Clm No: 2686 Clm. Amt: $110,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $110,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $110,000.00 | | $0.00 |
| | | | | $110,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KAMERON CAYSON
**Case(s): 207 Clm No: 2687 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JOSHUA SMITH
### Case(s): 207 Clm No: 2688 Clm. Amt: $93,019.75

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $93,019.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $93,019.75 | | $0.00 |
| | | | | $93,019.75 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TOAN DUONG
### Case(s): 207 Clm No: 2689 Clm. Amt: $14,389.24

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $14,389.24**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $14,389.24 | | $0.00 |
| | | | | $14,389.24 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KEVIN DUONG
### Case(s): 207 Clm No: 2690 Clm. Amt: $9,851.03

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,851.03**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $9,851.03 | | $0.00 |
| | | | | $9,851.03 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MARCO BERMUDEZ
**Case(s): 207 Clm No: 2691 Clm. Amt: $110,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $110,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $110,000.00 | | $0.00 |
| | | | | $110,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## NICOLE RADER
**Case(s): 207 Clm No: 2692 Clm. Amt: $68,300.22**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $68,300.22**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $68,300.22 | | $0.00 |
| | | | | $68,300.22 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JADDERRIN E. WILKINS
**Case(s): 207 Clm No: 2693 Clm. Amt: $34,862.00**

*NO ADDRESS PROVIDED*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $34,862.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $34,862.00 | | $0.00 |
| | | | | $34,862.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LUIS MEDINA
### Case(s): 207 Clm No: 2694 Clm. Amt: $47,800.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $47,800.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $47,800.00 | | $0.00 |
| | | | | $47,800.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## MARK ERIC MOEN
### Case(s): 207 Clm No: 2695 Clm. Amt: $66,045.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $66,045.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $66,045.00 | | $0.00 |
| | | | | $66,045.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## TORREY HUGHES
### Case(s): 207 Clm No: 2696 Clm. Amt: $42,224.20

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $42,224.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $42,224.20 | | $0.00 |
| | | | | $42,224.20 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MARGARET CAMPBELL**
**Case(s): 207 Clm No: 2697 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**GLENN CORTES**
**Case(s): 207 Clm No: 2698 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**NESTOR RAFAEL AYALA**
**Case(s): 207 Clm No: 2699 Clm. Amt: $45,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KELLIE KAMROWSKI**
**Case(s): 207 Clm No: 2700 Clm. Amt: $3,211.99**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $3,211.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,211.99 | | $0.00 |
| | | | | $3,211.99 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CHRISTOPHER JORDAN**
**Case(s): 207 Clm No: 2701 Clm. Amt: $133,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $133,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $133,000.00 | | $0.00 |
| | | | | $133,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JUSTIN CLUCKEY**
**Case(s): 207 Clm No: 2702 Clm. Amt: $70,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LAREESE HOLLIS
### Case(s): 207 Clm No: 2703 Clm. Amt:

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## ROBERT PHELPS
### Case(s): 207 Clm No: 2704 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CECILIA ANTOINETTE CLINKSCALE
### Case(s): 207 Clm No: 2705 Clm. Amt: $3,500.00

*PO BOX 42718*
*PHILADELPHIA, PA 19101*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $3,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $3,500.00 | | $0.00 |
| | | | | $3,500.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

## ELVIRA L. GONZALES
### Case(s): 207 Clm No: 2706 Clm. Amt: $107,940.53

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $107,940.53**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $107,940.53 | | $0.00 |
| | | | | $107,940.53 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## Akesha S Franks
### Case(s): 207 Clm No: 2707 Clm. Amt: $25,480.72

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,480.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $25,480.72 | | $0.00 |
| | | | | $25,480.72 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## TROY HEITMANN
### Case(s): 207 Clm No: 2708 Clm. Amt: $6,453.59

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,453.59**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $6,453.59 | | $0.00 |
| | | | | $6,453.59 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**WILLIAM CORWIN**
**Case(s): 207 Clm No: 2709 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**GREGORY DODGE**
**Case(s): 207 Clm No: 2710 Clm. Amt: $86,882.50**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $86,882.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $86,882.50 | | $0.00 |
| | | | | $86,882.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**VICTOR L. HAGANS**
**Case(s): 207 Clm No: 2711 Clm. Amt: $81,958.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $81,958.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | | | Unknown | Y | $0.00 |
| 207 | PRI | | | $40,000.00 | | $0.00 |
| 207 | UNS | | | $41,958.00 | | $0.00 |
| | | | | $81,958.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SHAD BURROUGHS
### Case(s): 207 Clm No: 2712 Clm. Amt:

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## LARRY WHITFIELD
### Case(s): 207 Clm No: 2713 Clm. Amt: $80,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## ALEXIS MINGHIN NG
### Case(s): 207 Clm No: 2714 Clm. Amt: $20,167.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,167.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | | | Unknown | Y | $0.00 |
| | 207 | UNS | | | $20,167.00 | | $0.00 |
| | | | | | $20,167.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## BARBARA MIRANDA
**Case(s): 207 Clm No: 2715 Clm. Amt: $38,742.63**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $38,742.63** | | | | | | | |
| | 207 | UNS | | | $38,742.63 | | $0.00 |
| | | | | | $38,742.63 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

## JUANITA LOPEZ
**Case(s): 207 Clm No: 2716 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## NATARA ROGERS
**Case(s): 207 Clm No: 2717 Clm. Amt: $24,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $24,000.00** | | | | | | | |
| | 207 | UNS | | | $24,000.00 | | $0.00 |
| | | | | | $24,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## EDWIN CARRANZA
**Case(s): 207 Clm No: 2718 Clm. Amt: $35,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $35,000.00** | | | | | | | |
| | 207 | UNS | | | $35,000.00 | | $0.00 |
| | | | | | $35,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**DANIEL PEIRCE**
**Case(s): 207 Clm No: 2719 Clm. Amt: $71,000.00**

| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $71,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $71,000.00 | | $0.00 |
| | | | | | $71,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**CLAUDETTE DECOUX**
**Case(s): 207 Clm No: 2720 Clm. Amt: $17,000.00**

| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $17,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $17,000.00 | | $0.00 |
| | | | | | $17,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**RAY SANDOVAL**
**Case(s): 207 Clm No: 2721 Clm. Amt: $28,000.00**

| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $28,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $28,000.00 | | $0.00 |
| | | | | | $28,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## JASON RYER
**Case(s): 207 Clm No: 2722 Clm. Amt: $35,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $35,000.00** | 207 | UNS | | | $35,000.00 | | $0.00 |
| | | | | | $35,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## JULIE GOTTSCHALK
**Case(s): 207 Clm No: 2723 Clm. Amt: $3,152.41**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *15784 UPPER FJORD WAY*<br>*APPLE VALLEY, MN 55124*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $3,152.41** | 207 | UNS | Disallowed | | $3,152.41 | | $0.00 |
| | | | | | $3,152.41 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 10/31/2022 | 5007 | Objection Granted | 12/13/2022 | 5070 |

## VEENAT KAVAN
**Case(s): 207 Clm No: 2724 Clm. Amt: $46,424.34**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *NO ADDRESS PROVIDED*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $46,424.34** | 207 | UNS | | | $46,424.34 | | $0.00 |
| | | | | | $46,424.34 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## FRANCES GRIMES
**Case(s): 207 Clm No: 2725 Clm. Amt: $18,500.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $18,500.00** | 207 | UNS | | | $18,500.00 | | $0.00 |
| | | | | | $18,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**TIFFANY WALKER**
**Case(s): 207 Clm No: 2726 Clm. Amt: $14,000.00**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $14,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $14,000.00 | | $0.00 |
| | | | | $14,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**Angela Hicks**
**Case(s): 207 Clm No: 2727 Clm. Amt: $4,000.00**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $4,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,000.00 | | $0.00 |
| | | | | $4,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JONATHAN HAWLEY**
**Case(s): 207 Clm No: 2728 Clm. Amt: $31,525.74**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $31,525.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $31,525.74 | | $0.00 |
| | | | | $31,525.74 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LOUISE MCDANIEL
**Case(s): 207 Clm No: 2729 Clm. Amt: $17,000.00**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $17,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $17,000.00 | | $0.00 |
| | | | | $17,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JONATHAN HAWLEY
**Case(s): 207 Clm No: 2730 Clm. Amt: $10,448.53**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,448.53**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $10,448.53 | | $0.00 |
| | | | | $10,448.53 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JONATHAN SOLTE
**Case(s): 207 Clm No: 2731 Clm. Amt: $48,000.00**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $48,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $48,000.00 | | $0.00 |
| | | | | $48,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JAMIE KIRK
**Case(s): 207 Clm No: 2732 Clm. Amt: $10,000.00**

*PO BOX 384*
*SHANNON, AL 35142*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 4617 | Objection Granted | 03/31/2022 | 4731 |

## DEBESHI MAITRA
### Case(s): 207 Clm No: 2733 Clm. Amt: $3,260.56

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $3,260.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | Disallowed | | Unknown | Y | $0.00 |
| 207 | UNS | Disallowed | | $3,260.56 | | $0.00 |
| | | | | $3,260.56 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## FRESH START SERVICE SOLUTIONS
### Case(s): 207 Clm No: 2734 Clm. Amt: $14,451.46

*ATTN: FERDINANDO PEREZ*
*3005 S. LAMAR BLVD, STE D109-365*
*AUSTIN, TX 78704*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $14,451.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | | | Unknown | Y | $0.00 |
| 207 | PRI | | | $14,451.46 | | $0.00 |
| | | | | $14,451.46 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## STANLEY EUGENE BUSBY, II
### Case(s): 207 Clm No: 2735 Clm. Amt: $28,789.01

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $28,789.01**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $28,789.01 | | $0.00 |
| | | | | $28,789.01 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ENCARNACION MOYA**
**Case(s): 207 Clm No: 2736 Clm. Amt: $52,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $52,000.00** | 207 | UNS | | | $52,000.00 | | $0.00 |
| | | | | | $52,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**YESENIA MEDINA**
**Case(s): 207 Clm No: 2737 Clm. Amt: $10,700.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/31/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $10,700.00** | 207 | UNS | | | $10,700.00 | | $0.00 |
| | | | | | $10,700.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ELENA BOCOLA-MAVAR**
**Case(s): 207 Clm No: 2738 Clm. Amt: $192.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *7500 IVY LANE*<br>*CANFIELD, OH 44406*<br>**Date Filed: 1/31/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $192.00** | 207 | UNS | Disallowed | | $192.00 | | $0.00 |
| | | | | | $192.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 10/31/2022 | 5014 | Objection Granted | 12/13/2022 | 5059 |

**VERONICA CUNNINGHAM**
**Case(s): 207 Clm No: 2739 Clm. Amt: $14,600.00**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $14,600.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $14,600.00 | | $0.00 |
| | | | | $14,600.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CHRISTINA EMMERT**
**Case(s): 207 Clm No: 2740 Clm. Amt: $40,829.00**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,829.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,829.00 | | $0.00 |
| | | | | $40,829.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MICHAEL CRADIT**
**Case(s): 207 Clm No: 2741 Clm. Amt: $54,000.00**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $54,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $54,000.00 | | $0.00 |
| | | | | $54,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JOHN MARTIN**
**Case(s): 207 Clm No: 2742 Clm. Amt: $77,609.21**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $77,609.21**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $77,609.21 | | $0.00 |
| | | | | $77,609.21 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**PHILLIP D. PATIRE**
**Case(s): 207 Clm No: 2743 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KYLE HIDEY**
**Case(s): 207 Clm No: 2744 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## CHRISTOPHER JUSTIN GARRISON
### Case(s): 207 Clm No: 2745 Clm. Amt: $57,982.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $57,982.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $57,982.00 | | $0.00 |
| | | | | $57,982.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JON MICHAEL BELL
### Case(s): 207 Clm No: 2746 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ST. PAUL FIRE AND MARINE INSURANCE COMPANY
### Case(s): 207 Clm No: 2747 Clm. Amt: $815,176.00

*C/O DLA PIPER LLP (US)*
*ATTN: TODD C. TORAL, ESQ,*
*2000 AVENUE OF THE STARS, STE 400 N.*
*TOWER*
*LOS ANGELES, CA 90071*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $815,176.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $815,176.00 | | $0.00 |
| | | | | $815,176.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

**KEITH HESSMAN**
**Case(s): 207 Clm No: 2748 Clm. Amt: $55,000.00**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $55,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $55,000.00 | | $0.00 |
| | | | | | $55,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**LISA VANDERMEY**
**Case(s): 207 Clm No: 2749 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ANGELA MICHELLE BROWN**
**Case(s): 207 Clm No: 2750 Clm. Amt: $65,214.28**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $65,214.28**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $65,214.28 | | $0.00 |
| | | | | | $65,214.28 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## APRIL LEE
**Case(s): 207 Clm No: 2751 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MARIA T. MOYA
**Case(s): 207 Clm No: 2752 Clm. Amt: $32,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $32,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $32,000.00 | | $0.00 |
| | | | | $32,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CHRISTINE A. HARBER
**Case(s): 207 Clm No: 2753 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### ADRIAN MOYA
**Case(s): 207 Clm No: 2754 Clm. Amt: $26,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $26,000.00** | 207 | UNS | | | $26,000.00 | | $0.00 |
| | | | | | $26,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### JACQUELINE MARIE BONNER
**Case(s): 207 Clm No: 2755 Clm. Amt: $88,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $88,000.00** | 207 | PRI | | | $88,000.00 | | $0.00 |
| | | | | | $88,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### SHRED-IT USA LLC
**Case(s): 207 Clm No: 2756 Clm. Amt: $56,546.32**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *C/O WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP*<br>*ATTN: MICKEE M. HENNESSEY, ESQ.*<br>*1201 RXR PLAZA*<br>*UNIONDALE, NY 11556*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $56,546.32** | 207 | ADM | Disallowed | | $7,852.46 | | $0.00 |
| | 207 | UNS | | | $48,693.86 | | $56,546.32 |
| | | | | | $56,546.32 | | $56,546.32 |

### YVETTE DE LEON
**Case(s): 207 Clm No: 2757 Clm. Amt: $95,800.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $95,800.00** | 207 | UNS | | | $95,800.00 | | $0.00 |
| | | | | | $95,800.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**CHRISTOPHER MICHAEL BOLBY**
**Case(s): 207 Clm No: 2758 Clm. Amt: $0.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $0.00 | | $0.00 |
| | | | | $0.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CHRISTINA OSBORN**
**Case(s): 207 Clm No: 2759 Clm. Amt: $56,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $56,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $56,000.00 | | $0.00 |
| | | | | $56,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KENYATTA R. WALLACE**
**Case(s): 207 Clm No: 2760 Clm. Amt: $3,850.00**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $3,850.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | | | $3,850.00 | | $0.00 |
| | | | | $3,850.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### ROKANIA D. DOWNING
**Case(s): 207 Clm No: 2761 Clm. Amt: $63,976.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $63,976.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | PRI | | | $63,976.00 | | $0.00 |
| | | | | $63,976.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### ERIC NOVAK
**Case(s): 207 Clm No: 2762 Clm. Amt: $16,676.00**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $16,676.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $16,676.00 | | $0.00 |
| | | | | $16,676.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### DIANE FREELAND
**Case(s): 207 Clm No: 2763 Clm. Amt: $12,850.00**

*C/O YVONNE GETER*
*115 FORESTSIDE COURT*
*COLLEGE PARK, GA 30349*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,850.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| | | | | $12,850.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4620 | Objection Granted | 04/25/2022 | 4850 |

### HILLSBOROUGH COUNTY WATER PUBLIC UTILITIES DEPT.
**Case(s): 207 Clm No: 2764 Clm. Amt: $512.01**

*ATTN: MIKE MANN*
*332 N. FALKENBURG RD.*
*TAMPA, FL 33619*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $512.01**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $512.01 | | $0.00 |
| | | | | $512.01 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 06/21/2021 | 4367 | Objection Granted | 07/28/2021 | 4417 |

### EDDY A. CANO
**Case(s): 207 Clm No: 2765 Clm. Amt: $81,364.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $81,364.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $81,364.00 | | $0.00 |
| | | | | $81,364.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

### DENNIS HORMEL
**Case(s): 207 Clm No: 2766 Clm. Amt: $231.00**

*7980 HAILEY CT. SE*
*CALEDONIA, MI 49316*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $231.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $231.00 | | $0.00 |
| | | | | $231.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 10/31/2022 | 5010 | Objection Granted | 12/13/2022 | 5073 |

### CHRISTOPHER CLARK
**Case(s): 207 Clm No: 2767 Clm. Amt: $45,000.00**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BRAD M. BEYER**
**Case(s): 207 Clm No: 2768 Clm. Amt: $85,397.75**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $85,397.75**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $85,397.75 | | $0.00 |
| | | | | | $85,397.75 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**MARRELL L. NEWMAN, SR.**
**Case(s): 207 Clm No: 2769 Clm. Amt: $37,000.00**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Amended By Clm #: 2771**
**Claim Face Value: $37,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $37,000.00 | | $0.00 |
| | | | | | $37,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ADEL ARELLANO**
**Case(s): 207 Clm No: 2770 Clm. Amt: $90,000.00**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $90,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $90,000.00 | | $0.00 |
| | | | | | $90,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## MARRELL NEWMAN, SR.
### Case(s): 207 Clm No: 2771 Clm. Amt: $37,000.00

*Address Redacted*
**Date Filed: 1/31/2017**
**Orig. Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Amending Clm #: 2769**
**Claim Face Value: $37,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $37,000.00 | | $0.00 |
| | | | | $37,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## HIGHLANDS BUSINESS PARK, LLC
### Case(s): 207 Clm No: 2772 Clm. Amt: $49,890.45

*ATTN: JORDAN BERNS, ESQ.*
*3733 PARK EAST DRIVE, STE 200*
*BEACHWOOD, OH 44122*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $49,890.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $49,890.45 | | $0.00 |
| | | | | $49,890.45 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

## AMERICAN EDUCATION SERVICES
### Case(s): 207 Clm No: 2773 Clm. Amt: $44,542.20

*C/O AES CREDIT*
*P.O. BOX 61047*
*HARRISBURG, PA 17106-1047*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $44,542.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $44,542.20 | | $0.00 |
| | | | | $44,542.20 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

## DETRICK GRIMES
### Case(s): 207 Clm No: 2774 Clm. Amt: $65,000.00

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $65,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $65,000.00 | | $0.00 |
| | | | | $65,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## JENNIFER LAVAL
### Case(s): 207 Clm No: 2775 Clm. Amt: $3,073.46

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $3,073.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $3,073.46 | | $0.00 |
| | | | | $3,073.46 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4622 | Objection Granted | 04/25/2022 | 4851 |

## ELLISH DANZY
### Case(s): 207 Clm No: 2776 Clm. Amt: $1,000,000.00

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,000,000.00 | | $0.00 |
| | | | | $1,000,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TIMOTHY J. ADAMS
### Case(s): 207 Clm No: 2777 Clm. Amt: $36,491.41

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $36,491.41**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $36,491.41 | | $0.00 |
| | | | | $36,491.41 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## AVERY MCNEAL
### Case(s): 207 Clm No: 2778 Clm. Amt:

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BRETT SCHUILWERVE**
**Case(s): 207 Clm No: 2779 Clm. Amt: $25,000.00**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $3,600.00 | | $0.00 |
| 207 | UNS | | | $21,400.00 | | $0.00 |
| | | | | $25,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JENNIFER A. JACKSON**
**Case(s): 207 Clm No: 2780 Clm. Amt: $38,000.00**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $38,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $38,000.00 | | $0.00 |
| | | | | $38,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ANDREW HALL**
**Case(s): 207 Clm No: 2781 Clm. Amt: $80,614.00**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,614.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,614.00 | | $0.00 |
| | | | | $80,614.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CECILEY CHAVEZ
### Case(s): 207 Clm No: 2782 Clm. Amt: $20,000.00

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JONATHAN BROWN
### Case(s): 207 Clm No: 2783 Clm. Amt:

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CARLTON JONES
### Case(s): 207 Clm No: 2784 Clm. Amt: $30,000.00

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MERLE WICHERN
### Case(s): 207 Clm No: 2785 Clm. Amt: $32,000.00

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $32,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $32,000.00 | | $0.00 |
| | | | | $32,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## STEVEN KING
### Case(s): 207 Clm No: 2786 Clm. Amt: $86,622.92

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $86,622.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $86,622.92 | | $0.00 |
| | | | | $86,622.92 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## RICHARD WINNING
### Case(s): 207 Clm No: 2787 Clm. Amt: $48,628.00

*Address Redacted*
**Date Filed: 2/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $48,628.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $48,628.00 | | $0.00 |
| | | | | $48,628.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ASHLEY RENEE BLACK
### Case(s): 207 Clm No: 2788 Clm. Amt: $32,000.00

*Address Redacted*
**Date Filed: 2/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $32,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $32,000.00 | | $0.00 |
| | | | | $32,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LAURA ISABEL REYNA
### Case(s): 207 Clm No: 2789 Clm. Amt: $25,079.00

*Address Redacted*
**Date Filed: 2/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,079.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $25,079.00 | | $0.00 |
| | | | | $25,079.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## SARAH PEEPLES DAWSON
### Case(s): 207 Clm No: 2790 Clm. Amt: $85,000.00

*Address Redacted*
**Date Filed: 2/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $85,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $85,000.00 | | $0.00 |
| | | | | $85,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CEDRIC SINGLETON**
**Case(s): 207 Clm No: 2791 Clm. Amt: $6,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 2/1/2017** **Bar Date: 1/30/2017** **Claim Face Value: $6,000.00** | | | | | | | |
| | 207 | UNS | | | $6,000.00 | | $0.00 |
| | | | | | $6,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**MONICA R. CARTER**
**Case(s): 207 Clm No: 2792 Clm. Amt: $8,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 2/1/2017** **Bar Date: 1/30/2017** **Claim Face Value: $8,000.00** | | | | | | | |
| | 207 | UNS | | | $8,000.00 | | $0.00 |
| | | | | | $8,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**MONTGOMERY COUNTY ENVIRONMENTAL SERVICES**
**Case(s): 207 Clm No: 2793 Clm. Amt: $783.12**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: JUDITH E. ROOCK* *1850 SPAULDING RD* *KETTERING, OH 45432* **Date Filed: 2/1/2017** **Bar Date: 1/30/2017** **Claim Face Value: $783.12** | | | | | | | |
| | 207 | UNS | | | $783.12 | | |
| | | | | | $783.12 | | |

**MICHAEL WAYNE FULKERSIN**
**Case(s): 207 Clm No: 2794 Clm. Amt: $40,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 1/27/2017** **Bar Date: 1/30/2017** **Claim Face Value: $40,000.00** | | | | | | | |
| | 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**CRAIG DWAYNE HADDLEY**
**Case(s): 207 Clm No: 2795 Clm. Amt: $16,000.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $16,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $16,000.00 | | $0.00 |
| | | | | $16,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JASMINN COMBS**
**Case(s): 207 Clm No: 2796 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JAQUELINE MARIE BONNER**
**Case(s): 207 Clm No: 2797 Clm. Amt: $88,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $88,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $88,000.00 | | $0.00 |
| | | | | $88,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**EMERSON AYALA**
**Case(s): 207 Clm No: 2798 Clm. Amt: $20,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**WJW TELEVISION LLC**
**Case(s): 207 Clm No: 2799 Clm. Amt: $17,038.25**

*A TRIBUNE MEDIA COMPANY*
*ATTN: PEGGY A. SMITH*
*5800 SOUTH MARGINAL RD*
*CLEVELAND, OH 44103*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $17,038.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $17,038.25 | | $0.00 |
| | | | | $17,038.25 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**STEVEN TYLER MURPHY**
**Case(s): 207 Clm No: 2800 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MICHAEL JORY BOSWORTH
### Case(s): 207 Clm No: 2801 Clm. Amt: $87,156.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $87,156.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $87,156.00 | | $0.00 |
| | | | | $87,156.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TERRY GRAHAM
### Case(s): 207 Clm No: 2802 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MICHAEL CHRISTOPHER HALL
### Case(s): 207 Clm No: 2803 Clm. Amt: $72,061.92

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $72,061.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $72,061.92 | | $0.00 |
| | | | | $72,061.92 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JEFFREY M. SIMPSON
**Case(s): 207 Clm No: 2804 Clm. Amt: $63,976.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $63,976.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $63,976.00 | | $0.00 |
| | | | | $63,976.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CHRISTOPHER JUSTIN GARRISON
**Case(s): 207 Clm No: 2805 Clm. Amt: $57,982.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $57,982.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $57,982.00 | | $0.00 |
| | | | | $57,982.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JOSHUA LANTER
**Case(s): 207 Clm No: 2806 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SANKYTA SMITH
**Case(s): 207 Clm No: 2807 Clm. Amt: $27,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $27,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $27,000.00 | | $0.00 |
| | | | | $27,000.00 | | $0.00 |

## GEORGE QUINONES
**Case(s): 207 Clm No: 2808 Clm. Amt: $100,000.00**

| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $100,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $100,000.00 | | $0.00 |
| | | | | | $100,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## NATHANIEL R. BOLLMAN
**Case(s): 207 Clm No: 2809 Clm. Amt: $15,582.24**

| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $15,582.24** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | | | $15,582.24 | | $0.00 |
| | | | | | $15,582.24 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## RENE D. FELDER
**Case(s): 207 Clm No: 2810 Clm. Amt: $88,000.00**

| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $88,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | PRI | | | $88,000.00 | | $0.00 |
| | | | | | $88,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**VICTOR L. HAGANS**
**Case(s): 207 Clm No: 2811 Clm. Amt: $81,958.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 1/30/2017** **Bar Date: 1/30/2017** **Claim Face Value: $81,958.00** | | | | | | | |
| | 207 | PRI | | | $40,000.00 | | $0.00 |
| | 207 | UNS | | | $41,958.00 | | $0.00 |
| | | | | | $81,958.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**MARIA ISABEL MCNAUGHTON**
**Case(s): 207 Clm No: 2812 Clm. Amt: $40,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 1/30/2017** **Bar Date: 1/30/2017** **Claim Face Value: $40,000.00** | | | | | | | |
| | 207 | PRI | | | $40,000.00 | | $0.00 |
| | | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**LAUREN ELISE MALOON**
**Case(s): 207 Clm No: 2813 Clm. Amt: $25,639.30**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 1/30/2017** **Bar Date: 1/30/2017** **Claim Face Value: $25,639.30** | | | | | | | |
| | 207 | UNS | | | $25,639.30 | | $0.00 |
| | | | | | $25,639.30 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## TERRY M. HILL
### Case(s): 207 Clm No: 2814 Clm. Amt: $92,000.00

*Address Redacted*
**Date Filed: 2/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $92,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $92,000.00 | | $0.00 |
| | | | | $92,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## JEFFREY T. KLIPP
### Case(s): 207 Clm No: 2815 Clm. Amt: $75,000.00

*Address Redacted*
**Date Filed: 2/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $75,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $75,000.00 | | $0.00 |
| | | | | $75,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## CHAS SETLOCK
### Case(s): 207 Clm No: 2816 Clm. Amt: $34,403.75

*Address Redacted*
**Date Filed: 2/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $34,403.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $34,403.75 | | $0.00 |
| | | | | $34,403.75 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SABREENA MIDDLEBROOKS**
**Case(s): 207 Clm No: 2817 Clm. Amt: $8,673.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $8,673.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $8,673.00 | | $0.00 |
| | | | | $8,673.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**WRAZ-TV/ FOX 50**
**Case(s): 207 Clm No: 2818 Clm. Amt: $10,412.50**

*ATTN: TONYA FAISON*
*2619 WESTERN BLVD*
*RALEIGH, NE 27606*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,412.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,412.50 | | $0.00 |
| | | | | $10,412.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**TYSON R. BROWN**
**Case(s): 207 Clm No: 2819 Clm. Amt: $17,886.47**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $17,886.47**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $17,886.47 | | $0.00 |
| | | | | $17,886.47 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SUE'S PLANT & FLORAL SERVICES**
**Case(s): 207 Clm No: 2820 Clm. Amt: $510.90**

*ATTN: SUSAN D. KOSOFF*
*11418 N. CREST CT*
*SPOKANE, WA 99218*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $510.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $510.90 | | |
| | | | | $510.90 | | |

## AMAZON WEB SERVICES, INC.
### Case(s): 207 Clm No: 2821 Clm. Amt: $94,572.72

ATTN: RAJITA BHATNAGAR
410 TERRY AVE, NORTH
SEATTLE, WA 98109
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $94,572.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 207 | UNS | | | $94,572.72 | | $0.00 |
| | | | | $94,572.72 | | $0.00 |

## MARK ANTHONY JOHNSON
### Case(s): 207 Clm No: 2822 Clm. Amt: $75,000.00

C/O LEGAL SERVICES CENTER
ATTN: EILEEN M. CONNOR, ESQ.
122 BOYLSYON ST
JAMAICA PLAIN, MA 02130
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $75,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $75,000.00 | | $0.00 |
| | | | | $75,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DAVID ANDREW PEREZ JR
### Case(s): 207 Clm No: 2823 Clm. Amt: $60,000.00

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TERRY BODDY, JR.
### Case(s): 207 Clm No: 2824 Clm. Amt: $9,689.00

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,689.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 207 | UNS | | | $9,689.00 | | $0.00 |
| | | | | $9,689.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**PATRICK CAFFEY**
**Case(s): 207 Clm No: 2825 Clm. Amt: $17,000.00**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $17,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $17,000.00 | | $0.00 |
| | | | | $17,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ARTHUR CONDELLES**
**Case(s): 207 Clm No: 2826 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MANDY L. SLENDER**
**Case(s): 207 Clm No: 2827 Clm. Amt: $17,864.50**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $17,864.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $17,864.50 | | $0.00 |
| | | | | $17,864.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ZACHARY D. BRAYFIELD
**Case(s): 207 Clm No: 2828 Clm. Amt: $31,559.19**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $31,559.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $31,559.19 | | $0.00 |
| | | | | $31,559.19 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DEBORAH K. YARBROUGH
**Case(s): 207 Clm No: 2829 Clm. Amt: $55,470.31**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $55,470.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $55,470.31 | | $0.00 |
| | | | | $55,470.31 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## JERRY M. BROWN
**Case(s): 207 Clm No: 2830 Clm. Amt: $46,199.34**

*27 OBRIEN GLENWAY*
*OSWEGO, NY 13126*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $46,199.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $46,199.34 | | $0.00 |
| | | | | $46,199.34 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

## JOSE MONTES DE OCA SILVA
**Case(s): 207 Clm No: 2831 Clm. Amt: $63,976.00**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $63,976.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $63,976.00 | | $0.00 |
| | | | | $63,976.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**PAMELA GEORGE**
**Case(s): 207 Clm No: 2832 Clm. Amt: $145,576.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/31/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $145,576.00** | | | | | | | |
| | 207 | PRI | | | $145,576.00 | | $0.00 |
| | | | | | $145,576.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**KELLY W. YELTON**
**Case(s): 207 Clm No: 2833 Clm. Amt: $63,976.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/31/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $63,976.00** | | | | | | | |
| | 207 | PRI | | | $63,976.00 | | $0.00 |
| | | | | | $63,976.00 | | $0.00 |

**RICARDA BROWN**
**Case(s): 207 Clm No: 2834 Clm. Amt: $29,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/31/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $29,000.00** | | | | | | | |
| | 207 | UNS | | | $29,000.00 | | $0.00 |
| | | | | | $29,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**LAURA WALTERS**
**Case(s): 207 Clm No: 2835 Clm. Amt: $30,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/31/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $30,000.00** | | | | | | | |
| | 207 | PRI | | | $30,000.00 | | $0.00 |
| | | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**ENTERGY LOUISIANA, LLC**
**Case(s): 207 Clm No: 2836 Clm. Amt: $18,506.64**

*ATTN: GLENDA B. CLEVELAND*
*L-JEF-359*
*4809 JEFFERSON HWY, STE A*
*NEW ORLEANS, LA 70121*
**Date Filed: 2/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,253.32**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $9,253.32 | | $0.00 |
| 207 | UNS | Disallowed | | $9,253.32 | | $0.00 |
| | | | | $18,506.64 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

**CRYSTAL MITCHELL**
**Case(s): 207 Clm No: 2837 Clm. Amt: $55,000.00**

*Address Redacted*
**Date Filed: 2/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $55,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $55,000.00 | | $0.00 |
| | | | | $55,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JONATHON R. HILLIS**
**Case(s): 207 Clm No: 2838 Clm. Amt: $70,815.62**

*Address Redacted*
**Date Filed: 2/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,815.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $70,815.62 | | $0.00 |
| | | | | $70,815.62 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ENTERGY LOUISIANA, LLC**

**Case(s): 207 Clm No: 2839 Clm. Amt: $13,722.96**

*ATTN: GLENDA B. CLEVELAND*
*L-JEF-359*
*4809 JEFFERSON HWY, STE A*
*NEW ORLEANS, LA 70121*
**Date Filed: 2/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $13,722.96**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $13,722.96 | | $13,722.96 |
| | | | | $13,722.96 | | $13,722.96 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 08/23/2022 | 4950 | Objection Granted | 10/26/2022 | 4990 |

**HOLLY MONTOYA**

**Case(s): 207 Clm No: 2840 Clm. Amt: $25,048.00**

*Address Redacted*
**Date Filed: 2/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,048.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $25,048.00 | | $0.00 |
| | | | | $25,048.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JOSEPHINE I. SANDOVAL**

**Case(s): 207 Clm No: 2841 Clm. Amt: $110,000.00**

*Address Redacted*
**Date Filed: 2/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $110,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $110,000.00 | | $0.00 |
| | | | | $110,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ANGELICA LOPEZ**

**Case(s): 207 Clm No: 2842 Clm. Amt: $64,474.02**

*Address Redacted*
**Date Filed: 2/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $64,474.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $64,474.02 | | $0.00 |
| | | | | $64,474.02 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KEVIN EUGENE HOLDER
### Case(s): 207 Clm No: 2843 Clm. Amt: $6,334.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,334.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $6,334.00 | | $0.00 |
| | | | | $6,334.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## MOSES CLARK
### Case(s): 207 Clm No: 2844 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 2/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## MICHAEL WILDER
### Case(s): 207 Clm No: 2845 Clm. Amt: $46,070.12

*Address Redacted*
**Date Filed: 2/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $46,070.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $46,070.12 | | $0.00 |
| | | | | $46,070.12 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BRENDA KAY ERRATT**
**Case(s): 207 Clm No: 2846 Clm. Amt: $9,000.00**

*9616 KITTRELL DR*
*INDIANAPOLIS, IN 46280*
**Date Filed: 2/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | | | $6,054.00 |
| 207 | UNS | Disallowed | | $9,000.00 | | $0.00 |
| | | | | $9,000.00 | | $6,054.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4603 | Objection Granted | 04/25/2022 | 4852 |

**MELINDA KONO**
**Case(s): 207 Clm No: 2847 Clm. Amt: $30,286.03**

*Address Redacted*
**Date Filed: 2/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,286.03**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,286.03 | | $0.00 |
| | | | | $30,286.03 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**NANCY SLURZBERG**
**Case(s): 207 Clm No: 2848 Clm. Amt: $10,925.65**

*7550 N. 16TH ST*
*APT. 6231*
*PHOENIX, AZ 85042*
**Date Filed: 2/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,925.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,925.65 | | $0.00 |
| | | | | $10,925.65 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**JOEL STRUBE**
**Case(s): 207 Clm No: 2849 Clm. Amt:**

*Address Redacted*
**Date Filed: 2/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BRIAN C. IFEOBU**
**Case(s): 207 Clm No: 2850 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed: 2/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $10,000.00 | | $0.00 |
| | | | | | $10,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**LAVARIS FRETT**
**Case(s): 207 Clm No: 2851 Clm. Amt: $3,279.72**

*Address Redacted*
**Date Filed: 2/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $3,279.72**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $3,279.72 | | $0.00 |
| | | | | | $3,279.72 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**MATTHEW MEDFORD**
**Case(s): 207 Clm No: 2852 Clm. Amt: $47,000.00**

*Address Redacted*
**Date Filed: 2/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $47,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $47,000.00 | | $0.00 |
| | | | | | $47,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## CRYSTAL D. UNDERWOOD
### Case(s): 207 Clm No: 2853 Clm. Amt: $59,108.00

*Address Redacted*
**Date Filed: 2/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $59,108.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $59,108.00 | | $0.00 |
| | | | | $59,108.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TIMOTHY ZUBYK JR
### Case(s): 207 Clm No: 2854 Clm. Amt:

*Address Redacted*
**Date Filed: 2/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JOHNATHON DALLAS THOMPSON
### Case(s): 207 Clm No: 2855 Clm. Amt: $38,000.00

*Address Redacted*
**Date Filed: 2/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $38,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $38,000.00 | | $0.00 |
| | | | | $38,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## VICTORIA C. PYLES
### Case(s): 207 Clm No: 2856 Clm. Amt: $47,108.00

| *Address Redacted*<br>**Date Filed: 2/2/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $47,108.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $47,108.00 | | $0.00 |
| | | | | | $47,108.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## KARI L ROWBOTHAM
### Case(s): 207 Clm No: 2857 Clm. Amt: $30,000.00

| *Address Redacted*<br>**Date Filed: 2/2/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $30,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## AARON RUFF
### Case(s): 207 Clm No: 2858 Clm. Amt: $80,000.00

| *Address Redacted*<br>**Date Filed: 2/2/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $80,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## HUNTER BACON
### Case(s): 207 Clm No: 2859 Clm. Amt: $13,718.00

*Address Redacted*
**Date Filed: 2/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $13,718.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $13,718.00 | | $0.00 |
| | | | | $13,718.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LISA MELLO
### Case(s): 207 Clm No: 2860 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 2/3/2017**
**Orig. Date Filed: 1/13/2017**
**Bar Date: 1/30/2017**
**Amending Clm #: 1496**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JAMES RICHARD OXLEY
### Case(s): 207 Clm No: 2861 Clm. Amt: $45,000.00

*Address Redacted*
**Date Filed: 2/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## GABRIEL FLORES
### Case(s): 207 Clm No: 2862 Clm. Amt: $87,000.00

*Address Redacted*
**Date Filed: 2/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $87,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $87,000.00 | | $0.00 |
| | | | | | $87,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## JAIME KITE
### Case(s): 207 Clm No: 2863 Clm. Amt: $45,000.00

*Address Redacted*
**Date Filed: 2/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## KRISTEN DEANN COWAN COX
### Case(s): 207 Clm No: 2864 Clm. Amt: $85,000.00

*Address Redacted*
**Date Filed: 2/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $85,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $85,000.00 | | $0.00 |
| | | | | | $85,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**JOE NIZNEK**
**Case(s): 207 Clm No: 2865 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 2/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KARI HEATH-SHULTZ**
**Case(s): 207 Clm No: 2866 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 2/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JEREMY HASSINGER**
**Case(s): 207 Clm No: 2867 Clm. Amt: $54,570.33**

*Address Redacted*
**Date Filed: 2/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $54,570.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $54,570.33 | | $0.00 |
| | | | | $54,570.33 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KRISTEN HALL**

**Case(s): 207 Clm No: 2868 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 2/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|--------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**BENJAMIN M. REEVES, JR.**

**Case(s): 207 Clm No: 2869 Clm. Amt:**

*Address Redacted*
**Date Filed: 2/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|--------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

**MICHAEL D MASON**

**Case(s): 207 Clm No: 2870 Clm. Amt: $34,000.00**

*Address Redacted*
**Date Filed: 2/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $34,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $34,000.00 | | $0.00 |
| | | | | $34,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|--------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JORDAN SMITH**
**Case(s): 207 Clm No: 2871 Clm. Amt: $57,780.26**

*Address Redacted*
**Date Filed: 2/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $57,780.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $57,780.26 | | $0.00 |
| | | | | $57,780.26 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**City of Webster**
**Case(s): 207 Clm No: 2872 Clm. Amt: $301.81**

*Attn: William M. Rodgers*
*101 Pennsylvania*
*Webster, TX 77598*
**Date Filed: 2/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $301.81**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $301.81 | | $0.00 |
| | | | | $301.81 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

**DERRICK C. MARTIN**
**Case(s): 207 Clm No: 2873 Clm. Amt: $51,634.60**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $51,634.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $51,634.60 | | $0.00 |
| | | | | $51,634.60 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**CAPITAL HEALTH ASSOCIATES LP**
**Case(s): 207 Clm No: 2874 Clm. Amt: $1,544,866.69**

*ATTN: SEAN YOUNGBLOOD*
*1000 MEADE STREET*
*DUNMORE, PA 18512*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,544,866.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $1,544,866.69 | | $0.00 |
| | | | | $1,544,866.69 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|------------------|
| Duplicate claim | | 3876 | Objection Granted | 05/20/2020 | 3930 |

**DAVID T MARTIN, SR**
**Case(s): 207 Clm No: 2875 Clm. Amt: $18,413.94**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $18,413.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $18,413.94 | | $0.00 |
| 207 | SEC | Disallowed | | Unknown | Y | $0.00 |
| | | | | $18,413.94 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|------------------|
| Claim satisfied | 08/23/2022 | 0 | Objection Granted | 10/26/2022 | 4986 |

**ADRIAN CARRASCO**
**Case(s): 207 Clm No: 2876 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 2/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|------------------|
| | | | Claim Withdrawn | | 3079 |

### ROBERT MILLER
**Case(s): 207 Clm No: 2877 Clm. Amt: $56,465.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 2/3/2017** **Bar Date: 1/30/2017** **Claim Face Value: $56,465.00** | | | | | | | |
| | 207 | UNS | | | $56,465.00 | | $0.00 |
| | | | | | $56,465.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### DONNA J. BAUMER
**Case(s): 207 Clm No: 2878 Clm. Amt: $10,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *9619 E Paseo San Bernardo* *Tucson, AZ 85747* **Date Filed: 2/3/2017** **Bar Date: 1/30/2017** **Claim Face Value: $10,000.00** | | | | | | | |
| | 207 | UNS | Disallowed | | $10,000.00 | | $0.00 |
| | | | | | $10,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 02/18/2022 | 4617 | Objection Granted | 03/31/2022 | 4731 |

### EMILI HERNANDEZ
**Case(s): 207 Clm No: 2879 Clm. Amt: $12,132.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 2/3/2017** **Bar Date: 1/30/2017** **Claim Face Value: $12,132.00** | | | | | | | |
| | 207 | UNS | | | $12,132.00 | | $0.00 |
| | | | | | $12,132.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### JESSICA L. DEW
**Case(s): 207 Clm No: 2880 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 2/3/2017** **Bar Date: 1/30/2017** **Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## RICKY SOUTHWOOD
### Case(s): 207 Clm No: 2881 Clm. Amt: $85,000.00

*Address Redacted*
**Date Filed: 2/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $85,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $85,000.00 | | $0.00 |
| | | | | $85,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## OLGA QUEVEDO
### Case(s): 207 Clm No: 2882 Clm. Amt: $7,714.17

*Address Redacted*
**Date Filed: 2/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $7,714.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $7,714.17 | | $0.00 |
| | | | | $7,714.17 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CONNECTICUT DEPARTMENT OF REVENUE SERVICES
### Case(s): 207 Clm No: 2883 Clm. Amt: $250.00

*ATTN: PAMELA D. CALACHAN*
*450 COLUMBUS BLVD.*
*SUITE.1 BANKRUPTCY TEAM*
*HARTFORD, CT 06103*
**Date Filed: 2/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $250.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $250.00 | | |
| | | | | $250.00 | | |

## KAVITHA VALLIAPPAN
### Case(s): 207 Clm No: 2884 Clm. Amt: $9,823.09

*8 HOUGANG STREET 92 TOWER 4*
*#07-01 REGENTVILLE*
*SINGAPORE -538686*
**Date Filed: 2/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,823.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $9,823.09 | | $0.00 |
| | | | | $9,823.09 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

### City of Webster
**Case(s): 207 Clm No: 2885 Clm. Amt: $1,755.88**

*Attn: William M. Rodgers*
*101 Pennsylvania*
*Webster, TX 77598*
**Date Filed: 2/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,755.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $1,755.88 | | $0.00 |
| | | | | $1,755.88 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

### KEVIN ROBERTS
**Case(s): 207 Clm No: 2886 Clm. Amt:**

*Address Redacted*
**Date Filed: 2/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### JARROD BUCHMAN
**Case(s): 207 Clm No: 2887 Clm. Amt: $33,902.62**

*Address Redacted*
**Date Filed: 2/4/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $33,902.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $33,902.62 | | $0.00 |
| | | | | $33,902.62 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### ARTA GRAJCEVCI
**Case(s): 207 Clm No: 2888 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 2/4/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JUSTIN R HUSVAR**
**Case(s): 207 Clm No: 2889 Clm. Amt: $30,935.00**

*Address Redacted*
**Date Filed: 2/4/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,935.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $30,935.00 | | $0.00 |
| | | | | | $30,935.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JEFFREY RYAN BACON**
**Case(s): 207 Clm No: 2890 Clm. Amt: $22,100.00**

*Address Redacted*
**Date Filed: 2/4/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $22,100.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $22,100.00 | | $0.00 |
| | | | | | $22,100.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**GERARDO S. NICOLAS**
**Case(s): 207 Clm No: 2891 Clm. Amt: $10,189.29**

*26 P. BURGOS STREET*
*SARIAYA*
*QUEZON*
*4322*
*PHILIPPINES*
**Date Filed: 2/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,189.29**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | Disallowed | | $10,189.29 | | $0.00 |
| | | | | | $10,189.29 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 11/18/2019 | 3706 | Objection Granted | 01/15/2020 | 3768 |

**BRANDON SIMPSON**
**Case(s): 207 Clm No: 2892 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 2/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**VICTOR L. GUMBS**
**Case(s): 207 Clm No: 2893 Clm. Amt: $58,912.32**

*Address Redacted*
**Date Filed: 2/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $58,912.32**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $12,850.00 | | $0.00 |
| 207 | UNS | | | $46,062.32 | | $0.00 |
| | | | | $58,912.32 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TAD CROWSON**
**Case(s): 207 Clm No: 2894 Clm. Amt: $45,046.00**

*Address Redacted*
**Date Filed: 2/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,046.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,046.00 | | $0.00 |
| | | | | $45,046.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ROSLIND Y PERRY
### Case(s): 207 Clm No: 2895 Clm. Amt: $22,000.00

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $22,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $22,000.00 | | $0.00 |
| | | | | $22,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## VICTOR L. HAGANS
### Case(s): 207 Clm No: 2896 Clm. Amt: $81,958.00

*Address Redacted*
**Date Filed: 2/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $81,958.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $40,000.00 | | $0.00 |
| 207 | UNS | | | $41,958.00 | | $0.00 |
| | | | | $81,958.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SHRED-IT USA
### Case(s): 207 Clm No: 2897 Clm. Amt: $205.45

*7734 S. 133RD STREET*
*OMAHA, NE 68138*
**Date Filed: 2/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $205.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $205.45 | | $0.00 |
| | | | | $205.45 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

## SHRED-IT USA
### Case(s): 207 Clm No: 2898 Clm. Amt: $485.90

*7734 S. 133RD STREET*
*OMAHA, NE 68138*
**Date Filed: 2/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $485.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $485.90 | | $0.00 |
| | | | | $485.90 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

### SHRED-IT USA
**Case(s): 207 Clm No: 2899 Clm. Amt: $2,464.57**

*7734 S. 133RD STREET*
*OMAHA, NE 68138*
**Date Filed: 2/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $2,464.57**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,464.57 | | $0.00 |
| | | | | $2,464.57 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

### SHRED-IT USA
**Case(s): 207 Clm No: 2900 Clm. Amt: $651.56**

*7734 S. 133RD STREET*
*OMAHA, NE 68138*
**Date Filed: 2/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $651.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $651.56 | | $0.00 |
| | | | | $651.56 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

### SHRED-IT USA
**Case(s): 207 Clm No: 2901 Clm. Amt: $493.08**

*7734 S. 133RD STREET*
*OMAHA, NE 68138*
**Date Filed: 2/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $493.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $493.08 | | $0.00 |
| | | | | $493.08 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

### MARK SINGLETON
**Case(s): 207 Clm No: 2902 Clm. Amt: $39,854.47**

*Address Redacted*
**Date Filed: 2/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $39,854.47**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $39,854.47 | | $0.00 |
| | | | | $39,854.47 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CPS ENERGY
**Case(s): 207 Clm No: 2903 Clm. Amt: $12,776.15**

*ATTN: GUILLERMO A. RODRIGUEZ*
*145 NAVARRO, MAIL DROP 110909*
*SAN ANTONIO, TX 78205*
**Date Filed: 2/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,776.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $12,776.15 | | $12,776.15 |
| | | | | $12,776.15 | | $12,776.15 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 08/23/2022 | 4950 | Objection Granted | 10/26/2022 | 4990 |

## MIKE SARGENT
**Case(s): 207 Clm No: 2904 Clm. Amt: $63,976.00**

*Address Redacted*
**Date Filed: 2/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $63,976.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $63,976.00 | | $0.00 |
| | | | | $63,976.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MARNEICE HOHNEKE
**Case(s): 207 Clm No: 2905 Clm. Amt: $65,000.00**

*Address Redacted*
**Date Filed: 2/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $65,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $65,000.00 | | $0.00 |
| | | | | $65,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## RYAN DEVORESKY BENJAMIN
**Case(s): 207 Clm No: 2906 Clm. Amt: $8,525.00**

*Address Redacted*
**Date Filed: 2/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $8,525.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | Y | $2,500.00 | | $0.00 |
| 207 | UNS | Disallowed | Y | $6,025.00 | | $0.00 |
| | | | | $8,525.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | | | Objection Granted | | 3079 |

### BOEING EMPLOYEES' CREDIT UNION
#### Case(s): 207 Clm No: 2907 Clm. Amt: $257,002.31

*C/O RIDDELL WILLIAMS, P.S.*
*ATTN: ROBERT N. AMKRAUT*
*1001 FOURTH AVENUE, SUITE 4500*
*SEATTLE, WA 98154-1192*
**Date Filed: 2/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $257,002.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | ADM | | | $257,002.31 | | $0.00 |
| | | | | $257,002.31 | | $0.00 |

### ROBERT E. WILLIAMS, JR.
#### Case(s): 207 Clm No: 2908 Clm. Amt: $23,217.43

*Address Redacted*
**Date Filed: 2/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $23,217.43**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $23,217.43 | | $0.00 |
| | | | | $23,217.43 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### Paul Goodwin
#### Case(s): 207 Clm No: 2909 Clm. Amt: $3,119.85

*Address Redacted*
**Date Filed: 2/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $3,119.85**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $3,119.85 | | $0.00 |
| | | | | $3,119.85 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### JAMES E. MCKINLEY III
#### Case(s): 207 Clm No: 2910 Clm. Amt: $48,000.00

*Address Redacted*
**Date Filed: 2/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $48,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $48,000.00 | | $0.00 |
| | | | | $48,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**TERRI L. BURTON, RAYMOND BRINEY, RODFORD SEABOLT, DALISHA ALDRIDGE...**
**Case(s): 207 Clm No: 2911 Clm. Amt:**

*C/O BALLINGER LAW, PLLC*
*ATTN: JAMES D. BALLINGER*
*3610 LEXINGTON ROAD*
*LOUISVILLE, KY 40207*
**Date Filed: 2/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

**BRENDA LANORE**
**Case(s): 207 Clm No: 2912 Clm. Amt: $58,508.00**

*Address Redacted*
**Date Filed: 2/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $29,254.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $29,254.00 | | $0.00 |
| 207 | SEC | | | $29,254.00 | | $0.00 |
| | | | | $58,508.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CHAD DUVALL**
**Case(s): 207 Clm No: 2913 Clm. Amt: $63,976.00**

*Address Redacted*
**Date Filed: 2/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $63,976.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $63,976.00 | | $0.00 |
| | | | | $63,976.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JAMES RICHARD OXLEY
### Case(s): 207 Clm No: 2914 Clm. Amt: $45,000.00

*Address Redacted*
**Date Filed: 2/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ERIC NOVAK
### Case(s): 207 Clm No: 2915 Clm. Amt: $16,676.00

*Address Redacted*
**Date Filed: 2/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $16,676.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $16,676.00 | | $0.00 |
| | | | | $16,676.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TIANA BREAULT
### Case(s): 207 Clm No: 2916 Clm. Amt: $42,532.00

*Address Redacted*
**Date Filed: 2/8/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $42,532.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $42,532.00 | | $0.00 |
| | | | | $42,532.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JEFFREY S. MORRIS
### Case(s): 207 Clm No: 2917 Clm. Amt: $51,070.03

*Address Redacted*
**Date Filed: 2/8/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $51,070.03**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $51,070.03 | | $0.00 |
| | | | | $51,070.03 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JOEL GARCIA
### Case(s): 207 Clm No: 2918 Clm. Amt: $70,000.00

*Address Redacted*
**Date Filed: 2/8/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## VICKI LIGHTNER
### Case(s): 207 Clm No: 2919 Clm. Amt: $46,868.00

*Address Redacted*
**Date Filed: 2/8/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $46,868.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $46,868.00 | | $0.00 |
| | | | | $46,868.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JOHNATHAN GARBER**
**Case(s): 207 Clm No: 2920 Clm. Amt: $27,413.00**

*Address Redacted*
**Date Filed: 2/8/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $27,413.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $27,413.00 | | $0.00 |
| | | | | $27,413.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ROSS DIRKSE**
**Case(s): 207 Clm No: 2921 Clm. Amt: $92,300.84**

*Address Redacted*
**Date Filed: 2/8/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $92,300.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $92,300.84 | | $0.00 |
| | | | | $92,300.84 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**PATRICIA GARY**
**Case(s): 207 Clm No: 2922 Clm. Amt: $16,000.00**

*Address Redacted*
**Date Filed: 2/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $16,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $16,000.00 | | $0.00 |
| | | | | $16,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### KELSEY PONSEGRAU
**Case(s): 207 Clm No: 2923 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 2/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### SAM DEBELLA
**Case(s): 207 Clm No: 2924 Clm. Amt: $6,780.00**

*Address Redacted*
**Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,780.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $6,780.00 | | $0.00 |
| | | | | $6,780.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### U.S. DEPARTMENT OF LABOR
**Case(s): 207 Clm No: 2925 Clm. Amt: $2,920,011.41**

*O/B/O ESI GROUP BENEFIT PLAN*
*ATTN: L. JOE RIVERS*
*1885 DIXIE HWY, STE 210*
*FT WRIGHT, KY 41011*
**Date Filed: 2/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $2,920,011.41**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Allowed | | $2,920,011.41 | | $472,828.34 |
| | | | | $2,920,011.41 | | $472,828.34 |

### EULER HERMES N.A. AGENT FOR DIRECT AGENT
**Case(s): 207 Clm No: 2926 Clm. Amt: $57,575.00**

*ATTN: AL STOKES*
*800 RED BROOKS BLVD*
*OWING MILLS, MD 21117*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $57,575.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $57,575.00 | | |
| | | | | $57,575.00 | | |

**EULER HERMES N.A.**

**Case(s): 207 Clm No: 2927 Clm. Amt: $10,900.00**

*AGENT FOR INSIDERREFFERALS.COM INC.*
*ATTN: AL STOKES*
*800 RED BROOK BLVD*
*OWINGS MILLS, MD 21117*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,900.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,900.00 | | $10,900.00 |
| | | | | $10,900.00 | | $10,900.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 08/23/2022 | 4950 | Objection Granted | 10/26/2022 | 4990 |

**GERTRUDE CECILIA NELSON**

**Case(s): 207 Clm No: 2928 Clm. Amt: $6,654.00**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,654.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $6,654.00 | | $0.00 |
| | | | | $6,654.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 06/21/2021 | 4367 | Objection Granted | 07/28/2021 | 4417 |

**JONNA DUKES**

**Case(s): 207 Clm No: 2929 Clm. Amt: $968.23**

*3555 S KING DR, No 15*
*CHICAGO, IL 60653*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $968.23**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $968.23 | | $0.00 |
| | | | | $968.23 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/18/2022 | 4609 | Objection Granted | 03/31/2022 | 4729 |

**THIERRY JACOBSOONE**

**Case(s): 207 Clm No: 2930 Clm. Amt: $1,204.00**

*12245 JOSEPH-CASAVANT STREET*
*MTL, QC H3M 2C7*
*CANADA*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,204.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,204.00 | | $0.00 |
| | | | | $1,204.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/18/2019 | 3707 | Objection Granted | 01/15/2020 | 3769 |

**JOHNATHAN D. CONDON**
**Case(s): 207 Clm No: 2931 Clm. Amt: $24,853.79**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $24,853.79**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $24,853.79 | | $0.00 |
| | | | | | $24,853.79 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JAMES EARL CONDON**
**Case(s): 207 Clm No: 2932 Clm. Amt: $24,853.79**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $24,853.79**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $24,853.79 | | $0.00 |
| | | | | | $24,853.79 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ERNEST L. JONES**
**Case(s): 207 Clm No: 2933 Clm. Amt: $31,463.00**

*Address Redacted*
**Date Filed: 1/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $31,463.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $31,463.00 | | $0.00 |
| | | | | | $31,463.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## HARLAN T. BRODIE
**Case(s): 207 Clm No: 2934 Clm. Amt: $27,624.54**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 2/3/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $27,624.54** | | | | | | | |
| | 207 | UNS | | | $27,624.54 | | $0.00 |
| | | | | | $27,624.54 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## AUSTIN TANNER ELSE
**Case(s): 207 Clm No: 2935 Clm. Amt: $23,796.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 2/3/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $23,796.00** | | | | | | | |
| | 207 | PRI | | | Unknown | Y | $0.00 |
| | 207 | UNS | | | $23,796.00 | | $0.00 |
| | | | | | $23,796.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## NEVADA POWER COMPANY DBS NV ENERGY
**Case(s): 207 Clm No: 2936 Clm. Amt: $14,822.26**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: SUSANA GARCIA*<br>*P.O. BOX 10100*<br>*RENO, NV 89520*<br>**Date Filed: 2/3/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $14,822.26** | | | | | | | |
| | 207 | UNS | | | $14,822.26 | | $14,822.26 |
| | | | | | $14,822.26 | | $14,822.26 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 08/23/2022 | 4950 | Objection Granted | 10/26/2022 | 4990 |

## AIRSTRON, INC.
**Case(s): 207 Clm No: 2937 Clm. Amt: $3,379.50**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: JAMIE P. PASCUCCI*<br>*1559 S.W. 21 AVENUE*<br>*FT. LAUDERDALE, FL 33312*<br>**Date Filed: 2/7/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $3,379.50** | | | | | | | |
| | 207 | UNS | | | $3,379.50 | | $3,379.50 |
| | | | | | $3,379.50 | | $3,379.50 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 08/23/2022 | 4950 | Objection Granted | 10/26/2022 | 4990 |

## AARON CHRISTOPHER CORMIER
### Case(s): 207 Clm No: 2938 Clm. Amt: $63,976.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 2/9/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $63,976.00** | | | | | | | |
| | 207 | PRI | | | $63,976.00 | | $0.00 |
| | | | | | $63,976.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## DARNELL SMITH
### Case(s): 207 Clm No: 2939 Clm. Amt: $81,819.10

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 2/9/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $81,819.10** | | | | | | | |
| | 207 | UNS | | | $81,819.10 | | $0.00 |
| | | | | | $81,819.10 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## STATE OF NEVADA DEPARTMENT OF TAXATION
### Case(s): 207 Clm No: 2940 Clm. Amt: $9,161.88

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: MIXALY MARLENE ARAMBULA*<br>*555 E. WASHINGTON AVE, SUITE 1300*<br>*LAS VEGAS, NV 89101*<br>**Date Filed: 2/9/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $9,161.88** | | | | | | | |
| | 207 | PRI | Disallowed | | $9,161.88 | | $0.00 |
| | | | | | $9,161.88 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 04/18/2022 | 4792 | Objection Granted | 06/15/2022 | 4887 |

## TRACY DEAN NEVILLE
### Case(s): 207 Clm No: 2941 Clm. Amt: $17,185.76

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 2/9/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $17,185.76** | | | | | | | |
| | 207 | UNS | | | $17,185.76 | | $0.00 |
| | | | | | $17,185.76 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**MATTHEW R. MCGUIRE**
**Case(s): 207 Clm No: 2942 Clm. Amt: $25,934.00**

*Address Redacted*
**Date Filed: 2/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,934.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $25,934.00 | | $0.00 |
| | | | | | $25,934.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**YASHAEL URENA**
**Case(s): 207 Clm No: 2943 Clm. Amt: $75,000.00**

*Address Redacted*
**Date Filed: 2/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $75,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $75,000.00 | | $0.00 |
| | | | | | $75,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**MARK ANTHONY SCOTT**
**Case(s): 207 Clm No: 2944 Clm. Amt: $11,826.00**

*Address Redacted*
**Date Filed: 2/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $11,826.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $11,826.00 | | $0.00 |
| | | | | | $11,826.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## CRYSTAL WHITE
### Case(s): 207 Clm No: 2945 Clm. Amt: $75,000.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 2/10/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $75,000.00** | | | | | | | |
| | 207 | UNS | | | $75,000.00 | | $0.00 |
| | | | | | $75,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


## PROVIDENCE MELROSE VISTA, LLC
### Case(s): 207 Clm No: 2946 Clm. Amt: $252,657.61

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *C/O KRIEG DEVAULT LLP*<br>*ATTN: KAY DEE BAIRD, ESQ.*<br>*ONE INDIANA SQUARE, SUITE 2800*<br>*INDIANAPOLIS, IN 46204*<br>**Date Filed: 2/10/2017**<br>**Orig. Date Filed: 1/27/2017**<br>**Bar Date: 1/30/2017**<br>**Amending Clm #: 2080**<br>**Claim Face Value: $252,657.61** | | | | | | | |
| | 207 | UNS | | | $252,657.61 | | |
| | | | | | $252,657.61 | | |


## JESSA LYN MCCALL
### Case(s): 207 Clm No: 2947 Clm. Amt: $28,546.87

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 2/9/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $28,546.87** | | | | | | | |
| | 207 | UNS | | | $28,546.87 | | $0.00 |
| | | | | | $28,546.87 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


## RONALD A. THOMAS
### Case(s): 207 Clm No: 2948 Clm. Amt: $25,000.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $25,000.00** | | | | | | | |
| | 207 | UNS | | | $25,000.00 | | $0.00 |
| | | | | | $25,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JEFHRELL KERR**
**Case(s): 207 Clm No: 2949 Clm. Amt: $11,247.44**

*NO ADDRESS PROVIDED*
**Date Filed: 2/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $11,247.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $11,247.44 | | $0.00 |
| | | | | $11,247.44 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**PASCHAL ABIAMIRI**
**Case(s): 207 Clm No: 2950 Clm. Amt: $33,169.91**

*Address Redacted*
**Date Filed: 2/11/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $33,169.91**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $33,169.91 | | $0.00 |
| | | | | $33,169.91 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SEAN S. GARY**
**Case(s): 207 Clm No: 2951 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed: 2/11/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JESSE L. HOPE JR.**
**Case(s): 207 Clm No: 2952 Clm. Amt: $22,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 2/13/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $22,000.00** | 207 | PRI | | | $22,000.00 | | $0.00 |
| | | | | | $22,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

---

**LAWRENCE DANIEL HAFERTEPE**
**Case(s): 207 Clm No: 2953 Clm. Amt: $42,501.23**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 2/13/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $42,501.23** | 207 | UNS | | | $42,501.23 | | $0.00 |
| | | | | | $42,501.23 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

---

**QWEST CORPORATION DBA CENTURYLINK QC**
**Case(s): 207 Clm No: 2954 Clm. Amt: $3,535.02**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *C/O CENTURYLINK COMMUNICATIONS, LLC.*<br>*ATTN: BANKRUPTCY*<br>*1801 CALIFORNIA ST. RM. 900*<br>*DENVER, CO 80202*<br>**Date Filed: 2/7/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $3,535.02** | 207 | ADM | Disallowed | | Unknown | Y | $0.00 |
| | 207 | PRI | Disallowed | | $3,535.02 | | $0.00 |
| | | | | | $3,535.02 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

### CENTRAL TELEPHONE COMPANY- NEVADA DBA CENTURYLINK
**Case(s): 207 Clm No: 2955 Clm. Amt: $801.34**

*C/O CENTURYLINK COMMUNICATIONS, LLC.*
*ATTN: BANKRUPTCY*
*1801 CALIFORNIA ST. RM 900*
*DENVER, CO 80202*
**Date Filed: 2/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $801.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | ADM | Disallowed | | Unknown | Y | $0.00 |
| 207 | PRI | Disallowed | | $801.34 | | $0.00 |
| | | | | $801.34 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

### CHARLESTON COUNTY REVENUE COLLECTIONS
**Case(s): 207 Clm No: 2956 Clm. Amt: $12,120.29**

*ATTN: JANICE A. PORTER*
*4045 BRIDGEVIEW DRIVE*
*NORTH CHARLESTON, SC 29405*
**Date Filed: 2/14/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,120.29**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | | | $12,120.29 | | |
| | | | | $12,120.29 | | |

### PALACE THEATRE TRUST
**Case(s): 207 Clm No: 2957 Clm. Amt: $495.00**

*ATTN: BETH MORTENSEN*
*80 HANOVER STREET*
*MANCHESTER, NH 03101*
**Date Filed: 2/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $495.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $495.00 | | $0.00 |
| | | | | $495.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 3878 | Objection Granted | 05/21/2020 | 3946 |

### MARIAH SPRIGGSBRUCE
**Case(s): 207 Clm No: 2958 Clm. Amt: $1,100.00**

*Address Redacted*
**Date Filed: 2/16/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,100.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Allowed | | $1,100.00 | | $885.46 |
| | | | | $1,100.00 | | $885.46 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

**MICHAEL MORRELL**

**Case(s): 207 Clm No: 2959 Clm. Amt: $34,983.29**

*Address Redacted*
**Date Filed: 2/15/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $34,983.29**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $34,983.29 | | $0.00 |
| | | | | $34,983.29 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JEFFREY KNIGHT**

**Case(s): 207 Clm No: 2960 Clm. Amt: $20,000.00**

*Address Redacted*
**Date Filed: 2/16/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JAMES CAMP STEWART, JR.**

**Case(s): 207 Clm No: 2961 Clm. Amt: $5,000.00**

*3420 CHATTAHOOCHEE RD*
*CUMMING, GA 30041*
**Date Filed: 2/16/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/18/2022 | 4609 | Objection Granted | 03/31/2022 | 4729 |

### DIANA JACKSON
### Case(s): 207 Clm No: 2962 Clm. Amt: $50,177.35

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 2/16/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $50,177.35** | 207 | UNS | | | $50,177.35<br>$50,177.35 | | $0.00<br>$0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

### CITY OF TOLEDO, DEPARTMENT OF PUBLIC UTILITIES
### Case(s): 207 Clm No: 2963 Clm. Amt: $1,148.53

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *C/O DEPARTMENT OF PUBLIC UTILITIES*<br>*ATTN: T LYNNE MOTON*<br>*420 MADISON AVENUE*<br>*SUITE 100*<br>*TOLEDO, OH 43667*<br>**Date Filed: 2/17/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $1,148.53** | 207<br>207 | SEC<br>UNS | Disallowed | | $242.35<br>$906.18<br>$1,148.53 | | $0.00<br>$1,148.53<br>$1,148.53 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

### KEVIN L. WARD
### Case(s): 207 Clm No: 2964 Clm. Amt: $42,619.93

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 2/20/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $42,619.93** | 207 | UNS | | | $42,619.93<br>$42,619.93 | | $0.00<br>$0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## JEREMY DAVIS
### Case(s): 207 Clm No: 2965 Clm. Amt: $60,000.00

*Address Redacted*
**Date Filed: 2/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## COURTNEY MCLAUGHLIN
### Case(s): 207 Clm No: 2966 Clm. Amt: $30,000.00

*Address Redacted*
**Date Filed: 2/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JOYCE WRIGHT
### Case(s): 207 Clm No: 2967 Clm. Amt: $78,000.00

*Address Redacted*
**Date Filed: 2/21/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $78,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $78,000.00 | | $0.00 |
| | | | | $78,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KENTAVIAN BRAYNT
### Case(s): 207 Clm No: 2968 Clm. Amt: $10,370.86

*Address Redacted*
**Date Filed: 2/21/2017**
**Orig. Date Filed: 12/7/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 1053**
**Amended By Clm #: 3408**
**Claim Face Value: $10,370.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $10,370.86 | | $0.00 |
| | | | | $10,370.86 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## RYAN SCHEFFER
### Case(s): 207 Clm No: 2969 Clm. Amt: $32,944.26

*Address Redacted*
**Date Filed: 2/21/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $32,944.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $32,944.26 | | $0.00 |
| | | | | $32,944.26 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JOHN L WION III
### Case(s): 207 Clm No: 2970 Clm. Amt: $64,801.39

*Address Redacted*
**Date Filed: 2/22/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $64,801.39**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $64,801.39 | | $0.00 |
| | | | | $64,801.39 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### KEITH LE BLANC
**Case(s): 207 Clm No: 2971 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 2/22/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


### ARTURO ALMAGUER
**Case(s): 207 Clm No: 2972 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 2/22/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $2,850.00 | | $0.00 |
| 207 | UNS | | | $37,150.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


### REBECCA WERNER
**Case(s): 207 Clm No: 2973 Clm. Amt: $5,800.00**

*Address Redacted*
**Date Filed: 2/21/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,800.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,800.00 | | $0.00 |
| | | | | $5,800.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JORDAN MINTER**
**Case(s): 207 Clm No: 2974 Clm. Amt: $42,501.53**

*Address Redacted*
**Date Filed: 2/21/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $42,501.53**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $42,501.53 | | $0.00 |
| | | | | | $42,501.53 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**MARSDEN BLDG MAINTENANCE, LLC**
**Case(s): 207 Clm No: 2975 Clm. Amt: $9,784.00**

*ATTN: JACKIE REINERTSON*
*2124 UNIVERSITY AVENUE WEST*
*ST. PAUL, MN 55114*
**Date Filed: 2/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,784.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $9,784.00 | | $0.00 |
| | | | | | $9,784.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**MARSDEN BLDG MAINTENANCE, LLC**
**Case(s): 207 Clm No: 2976 Clm. Amt: $9,784.00**

*ATTN: JACKIE REINERTSON*
*2124 UNIVERSITY AVENUE WEST*
*ST. PAUL, MN 55114*
**Date Filed: 2/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,784.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $9,784.00 | | $0.00 |
| | | | | | $9,784.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

**REBECCA VANDOLEN**
**Case(s): 207 Clm No: 2977 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 2/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## NEW YORK STATE DEPARTMENT OF LABOR
### Case(s): 207 Clm No: 2978 Clm. Amt: $1,943,588.14

*COUNSEL'S OFFICE*
*HARRIMAN STATE OFFICE CAMPUS*
*BLDG. 12, ROOM 509*
*ALBANY, NY 12240*
**Date Filed: 2/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,001,794.07**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $1,943,588.14 | | $0.00 |
| | | | | $1,943,588.14 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 01/24/2022 | 4563 | Objection Granted | 04/27/2022 | 4856 |

## MARION MCNEILLIE, JEFFREY MCNEILLIE, KYLE GROOM
### Case(s): 207 Clm No: 2979 Clm. Amt: $100,000.00

*Address Redacted*
**Date Filed: 2/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $100,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $100,000.00 | | $0.00 |
| | | | | $100,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BOB DUHAINY
### Case(s): 207 Clm No: 2980 Clm. Amt: $30,000.00

*Address Redacted*
**Date Filed: 2/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KATHE WILLINGS
### Case(s): 207 Clm No: 2981 Clm. Amt: $46,163.19

*Address Redacted*
**Date Filed: 2/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $46,163.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $46,163.19 | | $0.00 |
| | | | | $46,163.19 | | $0.00 |

Claim Note: **Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CHRISTOPHER HOPE
### Case(s): 207 Clm No: 2982 Clm. Amt: $81,684.00

*Address Redacted*
**Date Filed: 2/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $81,684.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $81,684.00 | | $0.00 |
| | | | | $81,684.00 | | $0.00 |

Claim Note: **Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JESUS MARCANO
### Case(s): 207 Clm No: 2983 Clm. Amt: $4,000.00

*Address Redacted*
**Date Filed: 2/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $4,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,000.00 | | $0.00 |
| | | | | $4,000.00 | | $0.00 |

Claim Note: **Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**STEPHEN WALKER**
**Case(s): 207 Clm No: 2984 Clm. Amt: $84,112.51**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 2/28/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $84,112.51** | | | | | | | |
| | 207 | UNS | | | $84,112.51 | | $0.00 |
| | | | | | $84,112.51 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**WILLIS KEITH HALL**
**Case(s): 207 Clm No: 2985 Clm. Amt: $55,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 2/27/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $55,000.00** | | | | | | | |
| | 207 | PRI | | | Unknown | Y | $0.00 |
| | 207 | UNS | | | $55,000.00 | | $0.00 |
| | | | | | $55,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**NICHOLE MCCORMICK**
**Case(s): 207 Clm No: 2986 Clm. Amt: $50,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 2/27/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $50,000.00** | | | | | | | |
| | 207 | PRI | | | Unknown | Y | $0.00 |
| | 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**WISCONSIN DEPARTMENT OF REVENUE**
**Case(s): 207 Clm No: 2987 Clm. Amt: $106,724.81**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *C/O SPECIAL PROCEDURES UNIT*<br>*P.O. BOX 8901*<br>*MADISON, WI 53708-8901*<br>**Date Filed: 2/27/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $106,724.81** | | | | | | | |
| | 207 | PRI | | | $48,563.21 | | |
| | 207 | UNS | | | $58,161.60 | | |
| | | | | | $106,724.81 | | |

**RAYMOND R. MATUSKO**
**Case(s): 207 Clm No: 2988 Clm. Amt: $85,000.00**

*Address Redacted*
**Date Filed: 2/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $85,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $85,000.00 | | $0.00 |
| | | | | $85,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**CHARLI MARIAH GREEN**
**Case(s): 207 Clm No: 2989 Clm. Amt: $55,000.00**

*Address Redacted*
**Date Filed: 2/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $55,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $55,000.00 | | $0.00 |
| | | | | $55,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**EUGENE C RISKO**
**Case(s): 207 Clm No: 2990 Clm. Amt: $27,175.37**

*Address Redacted*
**Date Filed: 2/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $27,175.37**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $27,175.37 | | $0.00 |
| | | | | $27,175.37 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JAMI HARPER
### Case(s): 207 Clm No: 2991 Clm. Amt: $38,761.20

*Address Redacted*
**Date Filed: 3/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $38,761.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $38,761.20 | | $0.00 |
| | | | | $38,761.20 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ELLISH DANZY
### Case(s): 207 Clm No: 2992 Clm. Amt: $5,000,000.00

*Address Redacted*
**Date Filed: 3/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,000,000.00 | | $0.00 |
| | | | | $5,000,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JACQUELINE MEADOWS
### Case(s): 207 Clm No: 2993 Clm. Amt: $30,000.00

*Address Redacted*
**Date Filed: 3/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CHAD YOUNG CECCHINI**
**Case(s): 207 Clm No: 2994 Clm. Amt: $7,759.26**

*Address Redacted*
**Date Filed: 3/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $7,759.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $7,759.26 | | $0.00 |
| | | | | $7,759.26 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**MICHAEL ALEX MURRAY**
**Case(s): 207 Clm No: 2995 Clm. Amt: $42,853.46**

*Address Redacted*
**Date Filed: 3/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $42,853.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $42,853.46 | | $0.00 |
| | | | | $42,853.46 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**AARAN RENWICK**
**Case(s): 207 Clm No: 2996 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 3/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ROXANA ESTRADA
### Case(s): 207 Clm No: 2997 Clm. Amt: $70,000.00

*Address Redacted*
**Date Filed: 3/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CHARLES JOECKS
### Case(s): 207 Clm No: 2998 Clm. Amt: $37,356.00

*Address Redacted*
**Date Filed: 3/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $37,356.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $37,356.00 | | $0.00 |
| | | | | $37,356.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ERIN JOHNSON
### Case(s): 207 Clm No: 2999 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 3/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## GEORGE SMITH
### Case(s): 207 Clm No: 3000 Clm. Amt: $25,935.98

*Address Redacted*
**Date Filed: 3/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,935.98**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $25,935.98 | | $0.00 |
| | | | | $25,935.98 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LUCKNER GERMAIN
### Case(s): 207 Clm No: 3001 Clm. Amt: $60,000.00

*Address Redacted*
**Date Filed: 1/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## AARON W DAUGHERTY
### Case(s): 207 Clm No: 3002 Clm. Amt: $53,847.20

*Address Redacted*
**Date Filed: 3/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $53,847.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $53,847.20 | | $0.00 |
| | | | | $53,847.20 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## COLLETTE CASTELLANOS
### Case(s): 207 Clm No: 3003 Clm. Amt: $58,000.00

*Address Redacted*
**Date Filed: 3/4/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $58,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $58,000.00 | | $0.00 |
| | | | | $58,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JULIE CAVANAUGH/HATTIS
### Case(s): 207 Clm No: 3004 Clm. Amt: $49,082.40

*Address Redacted*
**Date Filed: 3/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $49,082.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $49,082.40 | | $0.00 |
| | | | | $49,082.40 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JOSE DALE SIJERA
### Case(s): 207 Clm No: 3005 Clm. Amt: $60,000.00

*Address Redacted*
**Date Filed: 3/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DOMESTIC LINEN SUPPLY CO. INC.
### Case(s): 207 Clm No: 3006 Clm. Amt: $1,106.56

*DBA DOMESTIC UNIFORM RENTAL*
*ATTN: MARK COLTON*
*30555 NORTHWESTERN HIGHWAY #300*
*FARMINGTON HILLS, MI 48334*
**Date Filed: 2/14/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,106.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,106.56 | | $1,106.56 |
| | | | | $1,106.56 | | $1,106.56 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 08/23/2022 | 4950 | Objection Granted | 10/26/2022 | 4990 |

### CITY OF SAN BERNARDINO MUNICIPAL WATER DEPARTMENT
### Case(s): 207 Clm No: 3007 Clm. Amt: $20.75

*ATTN: KATHLEEN JOHNSON*
*300 N. D STREET, 5TH FLOOR*
*SAN BERNARDINO, CA 92418*
**Date Filed: 3/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20.75 | | $0.00 |
| | | | | $20.75 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

### MICHELLE W. SHAFE
### Case(s): 207 Clm No: 3008 Clm. Amt: $2,830.89

*CLARK COUNTY ASSESSOR*
*P.O. BOX 551401*
*LAS VEGAS, NV 89155-1401*
**Date Filed: 2/14/2017**
**Bar Date: 1/30/2017**
**Amended By Clm #: 3039**
**Claim Face Value: $2,830.89**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | | | $2,830.89 | | $0.00 |
| | | | | $2,830.89 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 09/02/2020 | 4048 | Objection Granted | 10/22/2020 | 4111 |

### CITY OF SAN BERNARDINO
### Case(s): 207 Clm No: 3009 Clm. Amt: $68.71

*MUNICIPAL WATER DEPARTMENT*
*ATTN: KATHLEEN JOHNSON*
*300 N. D STREET, 5TH FLOOR*
*SAN BERNARDINO, CA 92418*
**Date Filed: 2/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $68.71**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $68.71 | | |
| | | | | $68.71 | | |

### ERIN E. GOLDMAN
### Case(s): 207 Clm No: 3010 Clm. Amt: $34,497.42

*Address Redacted*
**Date Filed: 2/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $34,497.42**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $34,497.42 | | $0.00 |
| | | | | $34,497.42 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SAUL WILLIAMS III
### Case(s): 207 Clm No: 3011 Clm. Amt: $35,000.00

*Address Redacted*
**Date Filed: 3/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $35,000.00 | | $0.00 |
| | | | | $35,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JUNA NELSON
### Case(s): 207 Clm No: 3012 Clm. Amt: $25,000.00

*4112 53Rd Ave E*
*Bradenton, FL 34208*
**Date Filed: 3/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $10,350.00 | | $0.00 |
| 207 | UNS | Disallowed | | $14,650.00 | | $0.00 |
| | | | | $25,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

## BEATRICE LEWIS
### Case(s): 207 Clm No: 3013 Clm. Amt: $12,850.00

*6411 CELTIC DRIVE*
*ATLANTA, GA 30331*
**Date Filed: 3/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,730.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| | | | | $12,850.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4633 | Objection Granted | 04/25/2022 | 4853 |

## NATHAN EIKREM
### Case(s): 207 Clm No: 3014 Clm. Amt: $10,000.00

*Address Redacted*
**Date Filed: 3/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KIM HASTIE, REVENUE COMMISSIONER**
**Case(s): 207 Clm No: 3015 Clm. Amt: $13,159.58**

*P.O. DRAWER 1169*
*MOBILE, AL 36633-1169*
**Date Filed: 3/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,579.79**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $6,579.79 | | |
| 207 | SEC | | | $6,579.79 | | |
| | | | | $13,159.58 | | |

**RASHEA GAINES**
**Case(s): 207 Clm No: 3016 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 3/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MARDEN NIEVES**
**Case(s): 207 Clm No: 3017 Clm. Amt: $47,790.40**

*Address Redacted*
**Date Filed: 3/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $47,790.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $47,790.40 | | $0.00 |
| | | | | $47,790.40 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ALAINA ALKIRE**
**Case(s): 207 Clm No: 3018 Clm. Amt: $79,000.00**

*Address Redacted*
**Date Filed: 3/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $79,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | | | $79,000.00 | | $0.00 |
| | | | | $79,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ASHLEY SIBRI
### Case(s): 207 Clm No: 3019 Clm. Amt: $70,000.00

*Address Redacted*
**Date Filed: 3/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KRYSTELLE HICKS
### Case(s): 207 Clm No: 3020 Clm. Amt: $34,464.66

*Address Redacted*
**Date Filed: 3/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $34,464.66**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $34,464.66 | | $0.00 |
| | | | | $34,464.66 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## ZACHARY NELSON
### Case(s): 207 Clm No: 3021 Clm. Amt: $26,979.00

*Address Redacted*
**Date Filed: 3/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $26,979.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $26,979.00 | | $0.00 |
| | | | | $26,979.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SCOTT LUTTERMOSER**
**Case(s): 207 Clm No: 3022 Clm. Amt: $20,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 3/7/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $20,000.00** | 207 | UNS | | | $20,000.00 | | $0.00 |
| | | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**MATTHEW ROBERT WATERSTRADT**
**Case(s): 207 Clm No: 3023 Clm. Amt: $12,120.73**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 3/8/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $12,120.73** | 207 | UNS | | | $12,120.73 | | $0.00 |
| | | | | | $12,120.73 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ANTONIO BROWN**
**Case(s): 207 Clm No: 3024 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 3/8/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## GORDON BREEDING
### Case(s): 207 Clm No: 3025 Clm. Amt: $55,000.00

*Address Redacted*
**Date Filed: 3/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $55,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $55,000.00 | | $0.00 |
| | | | | $55,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JON DONOHUE
### Case(s): 207 Clm No: 3026 Clm. Amt:

*Address Redacted*
**Date Filed: 3/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MICHAELLE LOUIS-CHARLES
### Case(s): 207 Clm No: 3027 Clm. Amt: $65,000.00

*Address Redacted*
**Date Filed: 3/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $65,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $65,000.00 | | $0.00 |
| | | | | $65,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### NATHAN DEMONTIGNY
**Case(s): 207 Clm No: 3028 Clm. Amt: $26,000.00**

*Address Redacted*
**Date Filed: 3/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $26,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $26,000.00 | | $0.00 |
| | | | | $26,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### OHIO DEPARTMENT OF COMMERCE DIVISION
**Case(s): 207 Clm No: 3029 Clm. Amt:**

*OF UNCLAIMED FUNDS*
*ATTN: YAW OBENG*
*77 S. HIGH ST., 20TH FL*
*COLUMBUS, OH 43215*
**Date Filed: 3/10/2017**
**Bar Date: 3/15/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

### JAMES IAN METCALF
**Case(s): 207 Clm No: 3030 Clm. Amt: $65,793.63**

*Address Redacted*
**Date Filed: 3/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $65,793.63**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $65,793.63 | | $0.00 |
| | | | | $65,793.63 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### RODDRICK C. GOODJOHN III
**Case(s): 207 Clm No: 3031 Clm. Amt: $17,000.00**

*Address Redacted*
**Date Filed: 3/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $17,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $17,000.00 | | $0.00 |
| | | | | $17,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### RODDRICK C. GOODJOHN III
**Case(s): 207 Clm No: 3032 Clm. Amt: $17,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 3/10/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $17,000.00** | 207 | UNS | | | $17,000.00<br>$17,000.00 | | $0.00<br>$0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### JONATHAN RYAN MILLER
**Case(s): 207 Clm No: 3033 Clm. Amt: $250.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *6003 RIDGE CREEK CT*<br>*LOUISVILLE, KY 40291*<br>**Date Filed: 3/11/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $250.00** | 207 | 503(b)(9) | | | $250.00<br>$250.00 | | $0.00<br>$0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

### CHARTER TOWNSHIP OF CANTON
**Case(s): 207 Clm No: 3034 Clm. Amt: $9,882.97**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: BRUCE MALINCZAK*<br>*PO BOX 87010*<br>*CANTON, MI 48187*<br>**Date Filed: 3/12/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $9,882.97** | 207 | SEC | Disallowed | | $9,882.97<br>$9,882.97 | | $0.00<br>$0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

### TASHANNA FRANKSON
**Case(s): 207 Clm No: 3035 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 3/12/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | 207 | UNS | | | | | $0.00<br>$0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**MARYLAND HIGHER EDUCATION COMMISSION**
**Case(s): 207 Clm No: 3036 Clm. Amt: $580,000.00**

*ATTN: CHRISTINE M.H. WELLONS*
*6 NORTH LIBERTY ST., 10TH FLOOR*
*BALTIMORE, MD 21201*
**Date Filed: 3/13/2017**
**Bar Date: 3/15/2017**
**Claim Face Value: $580,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $580,000.00 | | $0.00 |
| | | | | $580,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

**SECURITIES AND EXCHANGE COMMISSION**
**Case(s): 207 Clm No: 3037 Clm. Amt:**

*ATTN: POLLY ATKINSON*
*1961 STOUT ST, STE1700*
*DENVER, CO 80294*
**Date Filed: 3/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Withdrawn | | | | |

**INDIANA DEPARTMENT OF EDUCATION**
**Case(s): 207 Clm No: 3038 Clm. Amt: $53,623.33**

*ATTN: MELISSA AMBRE*
*115 W. WASHINGTON ST*
*SOUTH TOWER, STE 600*
*INDIANAPOLIS, IN 46204*
**Date Filed: 3/13/2017**
**Bar Date: 3/15/2017**
**Claim Face Value: $53,623.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $53,623.33 | | |
| | | | | $53,623.33 | | |

**Michelle W. Shafe**
**Case(s): 207 Clm No: 3039 Clm. Amt: $5,760.94**

*Clark County Assessor*
*P.O. Box 551401*
*Las Vegas, NV 89155-1401*
**Date Filed: 3/19/2018**
**Bar Date: 1/30/2017**
**Amending Clm #: 3008**
**Claim Face Value: $5,760.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | | | $5,760.94 | | |
| | | | | $5,760.94 | | |

### INDIANA COMMISSION FOR HIGHER EDUCATION
**Case(s): 207 Clm No: 3040 Clm. Amt: $686,321.22**

*ATTN: ROSS MILLER*
*101 W. OHIO ST., STE 300*
*INDIANAPOLIS, IN 46204*
**Date Filed: 3/13/2017**
**Bar Date: 3/15/2017**
**Claim Face Value: $686,321.22**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $686,321.22 | | $0.00 |
| | | | | $686,321.22 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

### BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA
**Case(s): 207 Clm No: 3041 Clm. Amt: $10,000.00**

*ATTN: ERIN E. BUSCH*
*227 VARNER HALL*
*3835 HOLDREGE STREET*
*LINCOLN, NE 68583-0745*
**Date Filed: 3/14/2017**
**Bar Date: 1/30/2017**
**Amended By Clm #: 3077**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 09/02/2020 | 4048 | Objection Granted | 10/22/2020 | 4111 |

### CESAR LOPEZ
**Case(s): 207 Clm No: 3042 Clm. Amt: $20,770.87**

*Address Redacted*
**Date Filed: 3/14/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,770.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,770.87 | | $0.00 |
| | | | | $20,770.87 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**FLORIDA DEPARTMENT OF EDUCATION**
**Case(s): 207 Clm No: 3043 Clm. Amt: $344,844.00**

*OFFICE OF STUDENT*
*PO BOX 7019*
*TALLAHASSEE, FL 32314-7019*
**Date Filed: 3/14/2017**
**Bar Date: 3/15/2017**
**Claim Face Value: $344,844.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $344,844.00 | | $0.00 |
| | | | | $344,844.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

**BENSON TSO**
**Case(s): 207 Clm No: 3044 Clm. Amt: $95,663.47**

*Address Redacted*
**Date Filed: 3/14/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $95,663.47**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $95,663.47 | | $0.00 |
| | | | | $95,663.47 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TIMOTHY O. JENKINS**
**Case(s): 207 Clm No: 3045 Clm. Amt:**

*Address Redacted*
**Date Filed: 3/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**COMMISSION FOR INDEPENDENT EDUCATION, STATE OF FLORIDA**
**Case(s): 207 Clm No: 3046 Clm. Amt: $750,000.00**

*ATTN: JAMES RICHMOND*
*325 WEST GAINES ST, STE 1244*
*TALLAHASSEE, FL 32399*
**Date Filed: 3/14/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $750,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $750,000.00 | | $0.00 |
| | | | | $750,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 0 |

**UNITED STATES ON BEHALF OF U.S. DEPARTMENT OF EDUCATION**
**Case(s): 207 Clm No: 3047 Clm. Amt: $230,518,448.49**

*ATTN: DAVID DECELLES*
*P.O. BOX 875*
*BEN FRANKLIN STATION*
*WASHINGTON, DC 20044*
**Date Filed: 3/13/2017**
**Bar Date: 3/15/2017**
**Claim Face Value: $230,518,448.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Allowed | | $230,518,448.49 | | $283,782,751.00 |
| | | | | $230,518,448.49 | | $283,782,751.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 06/25/2020 | 3999 | Objection Granted | 07/20/2020 | 4014 |

**CENTERS FOR MEDICARE & MEDICAID SERVICES**
**Case(s): 207 Clm No: 3048 Clm. Amt: $91,580.70**

*ATTN: DAVID DECELLES, DEPT OF JUSTICE*
*P.O. BOX 875*
*BEN FRANKLIN STATION*
*WASHINGTON, DC 20044*
**Date Filed: 3/13/2017**
**Bar Date: 3/15/2017**
**Claim Face Value: $91,580.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Allowed | | $91,580.70 | | $79,917.46 |
| | | | | $91,580.70 | | $79,917.46 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 06/25/2020 | 3999 | Objection Granted | 07/20/2020 | 4014 |

## SPECTRUM HEALTH
### Case(s): 207 Clm No: 3049 Clm. Amt: $67,866.65

*C/O MILLER JOHNSON*
*ATTN: JOHN T PIGGINS*
*45 OTTAWA AVE., SW #1100*
*GRAND RAPIDS, MI 49503*
**Date Filed: 3/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $67,866.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $67,866.65 | | $0.00 |
| | | | | $67,866.65 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 10/31/2022 | 5008 | Objection Granted | 12/13/2022 | 5071 |

## MARY KATHLEEN HILLEY
### Case(s): 207 Clm No: 3050 Clm. Amt: $20,000.00

*Address Redacted*
**Date Filed: 3/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SHEILA WILLIAMS
### Case(s): 207 Clm No: 3051 Clm. Amt: $52,857.67

*Address Redacted*
**Date Filed: 3/14/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $52,857.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $52,857.67 | | $0.00 |
| | | | | $52,857.67 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MECKLENBURG COUNTY TAX COLLECTOR
### Case(s): 207 Clm No: 3052 Clm. Amt: $7,964.94

*Address Redacted*
**Date Filed: 3/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $7,964.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $7,964.94 | | |
| | | | | $7,964.94 | | |

**BOARD OF GOVERNORS FOR THE UNIVERSITY OF NORTH CAROLINA**
**Case(s): 207 Clm No: 3053 Clm. Amt: $50,000.00**

*NORTH CAROLINA ATTORNEY GENERAL'S OFFICE*
*SPECIAL LITIGATION SECTION*
*ATTN: ANN W. MATTHEWS*
*P.O. BOX 629*
*RALEIGH, NC 27602-0629*
**Date Filed: 3/14/2017**
**Bar Date: 3/15/2017**
**Amended By Clm #: 3056**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 09/02/2020 | 4048 | Objection Granted | 10/22/2020 | 4111 |

**U.S. DEPARTMENT OF VETERANS AFFAIRS (VA)**
**Case(s): 207 Clm No: 3054 Clm. Amt: $3,668,734.12**

*C/O US DEPT OF JUSTICE*
*ATTN: DAVID DECELLES*
*1100 L STREET, NW ROOM 10046*
*WASHINGTON, DC 20005*
**Date Filed: 3/14/2017**
**Bar Date: 3/15/2017**
**Claim Face Value: $3,668,734.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | Allowed | | $3,668,734.12 | | $2,946,463.35 |
| | | | | $3,668,734.12 | | $2,946,463.35 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 06/25/2020 | 3999 | Objection Granted | 07/20/2020 | 4014 |

**OREGON DEPARTMENT OF JUSTICE, FINANCIAL FRAUD/CONSUMER PROTECTION**
**Case(s): 207 Clm No: 3055 Clm. Amt: $7,500,000.00**

*ATTN: ANDREW SHULL OSB*
*1162 COURT STREET NE*
*SALEM, OR 97301*
**Date Filed: 3/14/2017**
**Bar Date: 3/15/2017**
**Claim Face Value: $7,500,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $7,500,000.00 | | $7,500,000.00 |
| | | | | $7,500,000.00 | | $7,500,000.00 |

**BOARD OF GOVERNORS FOR THE UNIVERSITY OF NORTH CAROLINA**

**Case(s): 207 Clm No: 3056 Clm. Amt: $50,000.00**

*NORTH CAROLINA DEPARTMENT OF JUSTICE*
*SPECIAL LITIGATION SECTION*
*ATTN: ANN W. MATTHEWS*
*P.O. BOX 629*
*RALEIGH, NC 27602-0629*
**Date Filed: 3/14/2017**
**Orig. Date Filed: 3/14/2017**
**Bar Date: 3/15/2017**
**Amending Clm #: 3053**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

**CALIFORNIA DEPT. OF CONSUMER AFFAIRS**

**Case(s): 207 Clm No: 3057 Clm. Amt: $775,780.93**

*BUREAU FOR PRIVATE POSTSECONDARY EDU.*
*ATTN: Lauren E Freema*
*1300 I, ST*
*SACRAMENTO, CA 95814*
**Date Filed: 3/11/2022**
**Orig. Date Filed: 3/14/2017**
**Bar Date: 3/15/2017**
**Amending Clm #: 3057**
**Amended By Clm #: 3057**
**Claim Face Value: $775,780.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | PRI | | | $69,393.14 | | |
| 207 | PRI | | | $118,488.71 | | |
| 207 | UNS | | | $587,899.08 | | |
| | | | | $775,780.93 | | |

**STATE OF NEW MEXICO**

**Case(s): 207 Clm No: 3058 Clm. Amt:**

*ATTN: JOSEPH YAR*
*P.O. DRAWER 1508*
*SANTA FE, NM 87504*
**Date Filed: 3/14/2017**
**Bar Date: 3/15/2017**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | | | |

**ABRAM MOODY**

**Case(s): 207 Clm No: 3059 Clm. Amt: $31,649.86**

*Address Redacted*
**Date Filed: 3/14/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $31,649.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $31,649.86 | | $0.00 |
| | | | | $31,649.86 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## RYAN ROMERO
### Case(s): 207 Clm No: 3060 Clm. Amt: $47,219.50

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 3/14/2017**<br>**Bar Date: 1/30/2017**<br>**Amended By Clm #: 3061**<br>**Claim Face Value: $47,219.50** | 207 | UNS | | | $47,219.50 | | $0.00 |
| | | | | | $47,219.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## RYAN ROMERO
### Case(s): 207 Clm No: 3061 Clm. Amt: $47,219.50

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 3/14/2017**<br>**Orig. Date Filed: 3/14/2017**<br>**Bar Date: 1/30/2017**<br>**Amending Clm #: 3060**<br>**Claim Face Value: $47,219.50** | 207 | UNS | | | $47,219.50 | | $0.00 |
| | | | | | $47,219.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## CARLOS RODRIGUEZ
### Case(s): 207 Clm No: 3062 Clm. Amt: $10,068.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *3208 E. BRANHAM LANE*<br>*PHOENIX, AZ 85042*<br>**Date Filed: 3/14/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $10,068.00** | 207 | UNS | Disallowed | | $10,068.00 | | $0.00 |
| | | | | | $10,068.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim satisfied | 08/23/2022 | 4946 | Objection Granted | 10/26/2022 | 4986 |

## CONSUMER FINANCIAL PROTECTION BUREAU, OFFICE OF ENFORCEMENT
### Case(s): 207 Clm No: 3063 Clm. Amt: $0.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: JONATHAN H. REISCHL*<br>*1700 G STREET NW*<br>*WASHINGTON, DC 20552*<br>**Date Filed: 9/23/2019**<br>**Orig. Date Filed: 3/14/2017**<br>**Bar Date: 3/15/2017**<br>**Amending Clm #: 3063**<br>**Amended By Clm #: 3063**<br>**Claim Face Value: $0.00** | 207 | UNS | | | $0.00 | | |
| | | | | | $0.00 | | |

**WASHINGTON STATE ATTORNEY GENERAL'S OFFICE, CONSUMER PROTECTION DIVISION**
**Case(s): 207 Clm No: 3064 Clm. Amt: $35,431,349.90**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: BENJAMIN ROESCH*<br>*800 FIFTH AVE, SUITE 2000*<br>*SEATTLE, WA 98104*<br>**Date Filed: 3/15/2017**<br>**Bar Date: 3/15/2017**<br>**Claim Face Value: $35,431,349.90** | 207 | UNS | | | $35,431,349.90 | | $35,431,349.90 |
| | | | | | $35,431,349.90 | | $35,431,349.90 |

**OFFICE OF THE MINNESOTA ATTORNEY GENERAL**
**Case(s): 207 Clm No: 3065 Clm. Amt: $58,631,925.42**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: KATHERINE KELLY*<br>*445 MINNESOTA STREET, STE 1200*<br>*SAINT PAUL, MN 55101*<br>**Date Filed: 3/15/2017**<br>**Bar Date: 3/15/2017**<br>**Claim Face Value: $58,631,925.42** | 207 | PRI | | | $857,850.00 | | $0.00 |
| | 207 | UNS | | | $57,774,075.42 | | $58,631,925.42 |
| | | | | | $58,631,925.42 | | $58,631,925.42 |

**DELAWARE DEPT. OF JUSTICE**
**Case(s): 207 Clm No: 3066 Clm. Amt: $247,950.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *CONSUMER PROTECTION UNIT*<br>*ATTN: MICHAEL CLARKE*<br>*820 NORTH FRENCH ST, 5TH FL*<br>*WILMINGTON, DE 19801*<br>**Date Filed: 3/15/2017**<br>**Bar Date: 3/15/2017**<br>**Claim Face Value: $247,950.00** | 207 | PRI | | | $247,950.00 | | $0.00 |
| | 207 | UNS | | | | | $247,950.00 |
| | | | | | $247,950.00 | | $247,950.00 |

**CONSUMER PROTECTION AND ADVOCACY**
**Case(s): 207 Clm No: 3067 Clm. Amt: $32,983,502.25**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *2005 N Central Ave*<br>*Phoenix, AZ 85004*<br>**Date Filed: 3/15/2017**<br>**Bar Date: 3/15/2017**<br>**Amended By Clm #: 3069**<br>**Claim Face Value: $32,983,502.25** | 207 | UNS | | | $32,983,502.25 | | $0.00 |
| | | | | | $32,983,502.25 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 09/02/2020 | 4048 | Objection Granted | 10/22/2020 | 4111 |

**COMMONWEALTH OF KENTUCKY**
**Case(s): 207 Clm No: 3068 Clm. Amt:**

*KENTUCKY STATE TREASURY*
*ATTN: NOAH R. FRIEND*
*1050 U.S. HWY 127 S, STE 100*
*FRANKFORT, KY 40601*
**Date Filed: 3/15/2017**
**Bar Date: 3/15/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

**CONUSMER PROTECTION AND ADVOCACY**
**Case(s): 207 Clm No: 3069 Clm. Amt: $32,983,502.25**

*2005 N Central Ave*
*Phoenix, AZ 85004*
**Date Filed: 3/15/2017**
**Orig. Date Filed: 3/15/2017**
**Bar Date: 3/15/2017**
**Amending Clm #: 3067**
**Claim Face Value: $32,983,502.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $32,983,502.25 | | $32,983,502.25 |
| | | | | $32,983,502.25 | | $32,983,502.25 |

**NEW YORK STATE EDUCATION DEPARTMENT**
**Case(s): 207 Clm No: 3070 Clm. Amt: $75,000.00**

*C/O ATTORNEY GENERAL'S OFFICE*
*ATTN: CAROLYN FAST*
*120 BROADWAY, 3RD FLOOR*
*NEW YORK, NY 10271*
**Date Filed: 3/15/2017**
**Bar Date: 3/15/2017**
**Claim Face Value: $75,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $75,000.00 | | $0.00 |
| | | | | $75,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | |

**MISSOURI DEPARTMENT OF HIGHER EDUCATION**
**Case(s): 207 Clm No: 3071 Clm. Amt: $200,000.00**

*ATTN: LEROY WADE*
*PO BOX 1469*
*JEFFERSON CITY, MO 65102*
**Date Filed: 3/15/2017**
**Bar Date: 3/15/2017**
**Claim Face Value: $200,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $200,000.00 | | $0.00 |
| | | | | $200,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

## COLORADO ATTORNEY GENERAL
### Case(s): 207 Clm No: 3072 Clm. Amt: $15,974,079.91

*ATTN: CYNTHIA H. COFFMAN*
*1300 BROADWAY, 7TH FLOOR*
*DENVER, CO 80203*
**Date Filed: 3/15/2017**
**Bar Date: 3/15/2017**
**Claim Face Value: $15,974,079.91**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $15,974,079.91 | | $15,974,079.91 |
| | | | | $15,974,079.91 | | $15,974,079.91 |

## NEW MEXICO HIGHER EDUCATION DEPARTMENT
### Case(s): 207 Clm No: 3073 Clm. Amt: $200,000.00

*ATTN: JENEVA LIROSI*
*2044 GALISTEO ST, STE 4*
*SANTA FE, NM 87505-2100*
**Date Filed: 3/15/2017**
**Bar Date: 3/15/2017**
**Claim Face Value: $200,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | Disallowed | | $200,000.00 | | $0.00 |
| | | | | $200,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

## Nora Potter
### Case(s): 207 Clm No: 3074 Clm. Amt: $70,500.00

*Address Redacted*
**Date Filed: 3/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $70,500.00 | | $0.00 |
| | | | | $70,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## MASSACHUSETTS DEPT OF HIGHER EDUCATION
### Case(s): 207 Clm No: 3075 Clm. Amt: $250,000.00

*ATTN: ASHLEY H. WISNESKI*
*1 ASHBURTON PLACE, ROOM 1401*
*BOSTON, MA 02108*
**Date Filed: 3/15/2017**
**Bar Date: 3/15/2017**
**Claim Face Value: $250,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | Disallowed | | $250,000.00 | | $0.00 |
| | | | | $250,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

**OREGON HIGHER EDUCATION COORDINATING COMMISSION**
**Case(s): 207 Clm No: 3076 Clm. Amt: $18,810.51**

OREGON DEPARTMENT OF JUSTICE
CIVIL ENFORCEMENT DIVISION
ATTN: MICHAEL GRANT
1162 COURT STREET NE
SALEM, OR 97301
**Date Filed: 3/15/2017**
**Bar Date: 3/15/2017**
**Claim Face Value: $18,810.51**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $18,810.51 | | $0.00 |
| | | | | $18,810.51 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

**BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA**
**Case(s): 207 Clm No: 3077 Clm. Amt: $10,000.00**

ATTN: ERIN E. BUSCH
227 VARNER HALL
3835 HOLDREGE STREET
LINCOLN, NE 68583-0745
**Date Filed: 3/15/2017**
**Orig. Date Filed: 3/14/2017**
**Bar Date: 1/30/2017**
**Amending Clm #: 3041**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

**CONSTANCE ARTIMESE TONEY-JACKSON**
**Case(s): 207 Clm No: 3078 Clm. Amt: $5,000.00**

5461 LOCO WEED COURT
LAS VEGAS, NV 89118
**Date Filed: 3/15/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | Disallowed | | $5,000.00 | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

**COMMONWEALTH OF KENTUCKY**
**Case(s): 207 Clm No: 3079 Clm. Amt: $166,385,000.00**

OFFICE OF THE ATTORNEY GENERAL
ATTN: TODD E. LEATHERMAN
1024 CAPITAL CENTER DRIVE
FRANKFORT, KY 40601
**Date Filed: 3/15/2017**
**Bar Date: 3/15/2017**
**Claim Face Value: $166,385,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | | | $1,826,850.00 | | $0.00 |
| 207 | UNS | | | $164,558,150.00 | | $166,385,000.00 |
| | | | | $166,385,000.00 | | $166,385,000.00 |

**COMMONWEALTH OF PENNSYLVANIA**
**Case(s): 207 Clm No: 3080 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *OFFICE OF ATTORNEY GENERAL BUREAU OF CONSUMER PROTECTION ATTN: JOHN M. ABEL 15TH FLOOR STRAWBERRY SQUARE HARRISBURG, PA 17120* | 207 | PRI | | | | | $0.00 |
| **Date Filed: 3/15/2017** | 207 | UNS | | | | | |
| **Bar Date: 3/15/2017** | | | | | | | |
| **Claim Face Value:** | | | | | | | $0.00 |

**COLORADO ATTORNEY GENERAL, CYNTHIA H. COFFMAN**
**Case(s): 207 Clm No: 3081 Clm. Amt: $15,974,079.91**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: LIBBY WEBSTER 1300 BROADWAY, 7TH FLOOR DENVER, CO 80203* | | | | | | | |
| **Date Filed: 3/15/2017** | 207 | UNS | | | $15,974,079.91 | | $15,974,079.91 |
| **Bar Date: 3/15/2017** | | | | | | | |
| **Claim Face Value: $15,974,079.91** | | | | | $15,974,079.91 | | $15,974,079.91 |

**IOWA ATTORNEY GENERAL**
**Case(s): 207 Clm No: 3082 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: NATHAN BLAKE 1305 E. WALNUT ST. DES MOINES, IA 50319* | | | | | | | |
| **Date Filed: 3/15/2017** | 207 | UNS | | | | | |
| **Bar Date: 3/15/2017** | | | | | | | |
| **Claim Face Value:** | | | | | | | |

**CONSUMER PROTECTION DIVISION OF THE OFFICE OF THE ATTORNEY GENERAL OF MARYLAND**
**Case(s): 207 Clm No: 3083 Clm. Amt: $169,158,543.91**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *OFFICE OF THE ATTORNEY GENERAL OF MARYLAND ATTN: CHRISTOPHER J. MADAIO 200 ST. PAUL STREET BALTIMORE, MD 21202* | 207 | PRI | | | $3,186,300.00 | | $0.00 |
| **Date Filed: 3/15/2017** | 207 | UNS | | | $165,972,243.91 | | $169,158,543.91 |
| **Bar Date: 3/15/2017** | | | | | | | |
| **Claim Face Value: $169,158,543.91** | | | | | $169,158,543.91 | | $169,158,543.91 |

**TIMOTHY KINNIE**
**Case(s): 207 Clm No: 3084 Clm. Amt: $40,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* | | | | | | | |
| **Date Filed: 3/17/2017** | | | | | | | |
| **Bar Date: 1/30/2017** | | | | | | | |
| **Claim Face Value: $40,000.00** | 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**THERESA HARRIS**
**Case(s): 207 Clm No: 3085 Clm. Amt:**

*Address Redacted*
**Date Filed: 3/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**JOSHUA MCEVOY**
**Case(s): 207 Clm No: 3086 Clm. Amt: $66,181.24**

*Address Redacted*
**Date Filed: 3/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $66,181.24**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $66,181.24 | | $0.00 |
| | | | | | $66,181.24 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**FOLARIN TALLMAN**
**Case(s): 207 Clm No: 3087 Clm. Amt: $116,630.00**

*Address Redacted*
**Date Filed: 3/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $116,630.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $116,630.00 | | $0.00 |
| | | | | | $116,630.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### ALEXANDER SINGSATHIT THIKEO
**Case(s): 207 Clm No: 3088 Clm. Amt: $85,000.00**

*Address Redacted*
**Date Filed: 3/21/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $85,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $85,000.00 | | $0.00 |
| | | | | $85,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### OHIO BUREAU OF WORKERS COMPENSATION
**Case(s): 207 Clm No: 3089 Clm. Amt: $5,819.36**

*P.O. BOX 15567*
*COLUMBUS, OH 43215-0567*
**Date Filed: 3/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,819.36**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | | | $5,819.36 | | |
| | | | | $5,819.36 | | |

### THE STEPHEN PHILLIPS MEMORIAL SCHOLARSHIP FUND, INC.
**Case(s): 207 Clm No: 3090 Clm. Amt: $4,500.00**

*ATTN: BARBARA WELLES ILER*
*27 FLINT STREET*
*SALEM, MA 01970*
**Date Filed: 3/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $4,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $4,500.00 | | $0.00 |
| | | | | $4,500.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | 04/13/2020 | 3878 | Objection Granted | 05/21/2020 | 3946 |

### CITY OF TEMPE
**Case(s): 207 Clm No: 3091 Clm. Amt: $1,840.33**

*Address Redacted*
**Date Filed: 3/14/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,840.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $1,840.33 | | |
| | | | | $1,840.33 | | |

**OFFICE OF THE ATTORNEY GENERAL, STATE OF ILLINOIS**
**Case(s): 207 Clm No: 3092 Clm. Amt: $3,072,300.00**

ATTN: JUSTIN MURRAY
100 W. RANDOLPH ST.
CHICAGO, IL 60601
**Date Filed: 3/20/2017**
**Bar Date: 3/15/2017**
**Claim Face Value: $169,695,940.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | PRI | | | $3,072,300.00 | | $0.00 |
| 207 | UNS | | | | | $169,695,940.00 |
| | | | | $3,072,300.00 | | $169,695,940.00 |

**E BOE**
**Case(s): 207 Clm No: 3093 Clm. Amt: $50,000.00**

Address Redacted
**Date Filed: 3/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**MICHAELLE LOUIS-CHARLES**
**Case(s): 207 Clm No: 3094 Clm. Amt: $65,000.00**

Address Redacted
**Date Filed: 3/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $65,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $65,000.00 | | $0.00 |
| | | | | $65,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JOHN FIIG**
**Case(s): 207 Clm No: 3095 Clm. Amt: $111,434.68**

Address Redacted
**Date Filed: 3/21/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $111,434.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $111,434.68 | | $0.00 |
| | | | | $111,434.68 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**MARIAH ELIZABETH MEADER**
**Case(s): 207 Clm No: 3096 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 3/22/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

---

**DENNIS HORMEL**
**Case(s): 207 Clm No: 3097 Clm. Amt: $12,850.00**

*7980 HAILEY CT. SE*
*CALEDONIA, MI 49316*
**Date Filed: 3/21/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,850.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $12,850.00 | | $0.00 |
| | | | | $12,850.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 02/18/2022 | 4623 | Objection Granted | 04/25/2022 | 4854 |

---

**THOMAS BRANDON FRYER**
**Case(s): 207 Clm No: 3098 Clm. Amt: $63,976.00**

*Address Redacted*
**Date Filed: 3/22/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $63,976.00 | | $0.00 |
| | | | | $63,976.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

---

**SHAWN SWEENEY**
**Case(s): 207 Clm No: 3099 Clm. Amt: $42,159.00**

*Address Redacted*
**Date Filed: 3/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $42,159.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $42,159.00 | | $0.00 |
| | | | | $42,159.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SHELBY STANLEY**
**Case(s): 207 Clm No: 3100 Clm. Amt: $21,813.08**

*Address Redacted*
**Date Filed: 3/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $21,813.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $21,813.08 | | $0.00 |
| | | | | $21,813.08 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**JOSHUA CHARNIGO**
**Case(s): 207 Clm No: 3101 Clm. Amt: $10,021.88**

*Address Redacted*
**Date Filed: 3/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,021.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,021.88 | | $0.00 |
| | | | | $10,021.88 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**JEANETTE SANCHEZ**
**Case(s): 207 Clm No: 3102 Clm. Amt: $37,071.66**

*Address Redacted*
**Date Filed: 3/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $37,071.66**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $37,071.66 | | $0.00 |
| | | | | $37,071.66 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SEAN COALBROOKE**
**Case(s): 207 Clm No: 3103 Clm. Amt: $75,000.00**

*Address Redacted*
**Date Filed: 3/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $75,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $75,000.00 | | $0.00 |
| | | | | $75,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JACQUELINE ROLFE**
**Case(s): 207 Clm No: 3104 Clm. Amt: $18,351.00**

*Address Redacted*
**Date Filed: 3/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $18,351.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $18,351.00 | | $0.00 |
| | | | | $18,351.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**EARLE BROWNE TOWER, LLP**
**Case(s): 207 Clm No: 3105 Clm. Amt: $289,879.58**

*C/O KRIEG DEVAULT LLP*
*ATTN: KAY DEE BAIRD, ESQ.*
*ONE INDIANA SQUARE, SUITE 2800*
*INDIANAPOLIS, IN 46204*
**Date Filed: 3/24/2017**
**Orig. Date Filed: 1/27/2017**
**Bar Date: 1/30/2017**
**Amending Clm #: 2084**
**Claim Face Value: $289,879.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $289,879.58 | | |
| | | | | $289,879.58 | | |

**DONNA R. TUCKER**
**Case(s): 207 Clm No: 3106 Clm. Amt: $56,000.00**

*Address Redacted*
**Date Filed: 3/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $56,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $56,000.00 | | $0.00 |
| | | | | $56,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## ADRIANO NANNINI
**Case(s): 207 Clm No: 3107 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed: 3/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BRIAN BUCK
**Case(s): 207 Clm No: 3108 Clm. Amt: $31,531.00**

*Address Redacted*
**Date Filed: 3/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $31,531.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $31,531.00 | | $0.00 |
| | | | | $31,531.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JOSEPH AHRENS
**Case(s): 207 Clm No: 3109 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 3/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KENNETH GWOZDZ**
**Case(s): 207 Clm No: 3110 Clm. Amt: $65,000.00**

*Address Redacted*
**Date Filed: 3/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $65,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $65,000.00 | | $0.00 |
| | | | | $65,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JOSHUA WOLFF**
**Case(s): 207 Clm No: 3111 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 3/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**LSREF4 DUAL, LLC**
**Case(s): 207 Clm No: 3112 Clm. Amt: $520,081.75**

*ATTN: ANDREW L. KRAEMER*
*2711 N. HASKELL AVE, STE 1800*
*DALLAS, TX 75204*
**Date Filed: 3/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $520,081.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $520,081.75 | | $464,453.86 |
| | | | | $520,081.75 | | $464,453.86 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed after bar date | | | Objection Granted | 03/22/2017 | 1450 |
| Insufficient documentation | 09/03/2020 | 4052 | Objection Granted | 10/22/2020 | 4114 |
| Filed after bar date | 08/23/2022 | 4950 | Objection Granted | 10/26/2022 | 4990 |

**TREVOR BOBO**
**Case(s): 207 Clm No: 3113 Clm. Amt: $48,829.16**

*Address Redacted*
**Date Filed: 3/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $48,829.16**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $48,829.16 | | $0.00 |
| | | | | | $48,829.16 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ANDREW BAUM**
**Case(s): 207 Clm No: 3114 Clm. Amt: $25,000.00**

*Address Redacted*
**Date Filed: 3/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $25,000.00 | | $0.00 |
| | | | | | $25,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**SHANE MONEY**
**Case(s): 207 Clm No: 3115 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 3/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JONATHAN FAMOSO**
**Case(s): 207 Clm No: 3116 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 3/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DANIEL ACOSTA**
**Case(s): 207 Clm No: 3117 Clm. Amt: $23,000.00**

*Address Redacted*
**Date Filed: 3/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $23,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $23,000.00 | | $0.00 |
| | | | | $23,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**RICHARD FELLOWS**
**Case(s): 207 Clm No: 3118 Clm. Amt: $68,719.66**

*Address Redacted*
**Date Filed: 3/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $68,719.66**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $68,719.66 | | $0.00 |
| | | | | $68,719.66 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MICHAEL R. MANION**
**Case(s): 207 Clm No: 3119 Clm. Amt: $34,000.00**

*Address Redacted*
**Date Filed: 3/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $34,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $34,000.00 | | $0.00 |
| | | | | $34,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**ALEXANDER AGHYARIAN**
**Case(s): 207 Clm No: 3120 Clm. Amt: $90,000.00**

*Address Redacted*
**Date Filed: 3/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $90,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $90,000.00 | | $0.00 |
| | | | | $90,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**ALEN KOVACEVIC**
**Case(s): 207 Clm No: 3121 Clm. Amt: $37,000.00**

*Address Redacted*
**Date Filed: 3/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $37,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $37,000.00 | | $0.00 |
| | | | | $37,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BRITTANY READHEAD**
**Case(s): 207 Clm No: 3122 Clm. Amt: $92,856.00**

*Address Redacted*
**Date Filed: 3/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $92,856.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $92,856.00 | | $0.00 |
| | | | | $92,856.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**VOIDED CLAIM - CLAIM CREATED IN ERROR**
**Case(s): Clm No: 3123 Clm. Amt:**

**Date Filed:**
**Bar Date: 1/30/2017**
**Claim Face Value:**

**CHAUNCEY PHILPOT**
**Case(s): 207 Clm No: 3124 Clm. Amt: $15,000.00**

*Address Redacted*
**Date Filed: 3/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $15,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $15,000.00 | | $0.00 |
| | | | | $15,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MARIAH ELIZABETH MEADER**
**Case(s): 207 Clm No: 3125 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 3/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### DISTRICT OF COLUMBIA
### Case(s): 207 Clm No: 3126 Clm. Amt:

*ATTN: BENJAMIN M. WISEMAN*
*441 4TH ST NW, STE 600 SOUTH*
*WASHINGTON, DC 20001*
**Date Filed: 3/15/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | | | | | $0.00 |
| 207 | UNS | | | | | |
| | | | | | | $0.00 |

### ESTHER E. TAYLOR
### Case(s): 207 Clm No: 3127 Clm. Amt: $62,000.00

*Address Redacted*
**Date Filed: 3/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $62,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $62,000.00 | | $0.00 |
| | | | | $62,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### JASON COFFMAN
### Case(s): 207 Clm No: 3128 Clm. Amt: $3,167.00

*Address Redacted*
**Date Filed: 3/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $3,167.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | 503(b)(9) | | | $3,167.00 | | $0.00 |
| | | | | $3,167.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### TRAVIS SYSLO
### Case(s): 207 Clm No: 3129 Clm. Amt: $51,000.00

*Address Redacted*
**Date Filed: 3/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $51,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $51,000.00 | | $0.00 |
| | | | | $51,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### JASON C. MOORE
#### Case(s): 207 Clm No: 3130 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 3/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### SHUNDRIKA CLARK
#### Case(s): 207 Clm No: 3131 Clm. Amt:

*Address Redacted*
**Date Filed: 3/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### SPOKANE COUNTY TREASURER
#### Case(s): 207 Clm No: 3132 Clm. Amt: $1,904.82

*ATTN: MINDY ENSIGN*
*PO BOX 2165*
*SPOKANE, WA 99210*
**Date Filed: 3/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,904.82**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $1,904.82 | | |
| | | | | $1,904.82 | | |

### SHARON K. MEEK
#### Case(s): 207 Clm No: 3133 Clm. Amt: $20,880.65

*13500 Chenal Pkwy Apt 1112*
*Little Rock, AR 72211*
**Date Filed: 3/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,880.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $20,880.65 | | $0.00 |
| | | | | $20,880.65 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 10/31/2022 | 5007 | Objection Granted | 12/13/2022 | 5070 |

## SARA MILLER
**Case(s): 207 Clm No: 3134 Clm. Amt: $125,000.00**

*Address Redacted*
**Date Filed: 3/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $125,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $125,000.00 | | $0.00 |
| | | | | $125,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DIEGO MANGUERA
**Case(s): 207 Clm No: 3135 Clm. Amt: $8,500.00**

*Address Redacted*
**Date Filed: 3/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $8,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $8,500.00 | | $0.00 |
| | | | | $8,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## STEVEN MANNE
**Case(s): 207 Clm No: 3136 Clm. Amt: $35,000.00**

*Address Redacted*
**Date Filed: 3/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $35,000.00 | | $0.00 |
| | | | | $35,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### FLOYD HODOH
**Case(s): 207 Clm No: 3137 Clm. Amt: $5,394.90**

*C/O J. P. GORHAM*
*PO BOX 86928*
*BATON ROGUE, LA 70879*
**Date Filed: 3/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,394.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | | | $5,394.90 |
| 207 | UNS | | | $5,394.90 | | $0.00 |
| | | | | $5,394.90 | | $5,394.90 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 11/17/2022 | 5044 | Objection Granted | 12/13/2022 | 5075 |

### JULIAN CHRISTOPHER ZUUR
**Case(s): 207 Clm No: 3138 Clm. Amt: $88,740.00**

*Address Redacted*
**Date Filed: 4/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $88,740.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $28,000.00 | | $0.00 |
| 207 | UNS | | | $60,740.00 | | $0.00 |
| | | | | $88,740.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### NATHAN H. SKILES
**Case(s): 207 Clm No: 3139 Clm. Amt: $9,000.00**

*Address Redacted*
**Date Filed: 4/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $9,000.00 | | $0.00 |
| | | | | $9,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MARIANA BARRERA**
**Case(s): 207 Clm No: 3140 Clm. Amt: $49,763.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 3/31/2017** **Bar Date: 1/30/2017** **Claim Face Value: $49,763.00** | | | | | | | |
| | 207 | UNS | | | $49,763.00 | | $0.00 |
| | | | | | $49,763.00 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**TN DEPT OF COMMERCE AND INSURANCE- CONSUMER AFFAIRS**
**Case(s): 207 Clm No: 3141 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *C/O TN ATTORNEY GENERAL, BANKRUPTCY DIVISION P.O. BOX 20207 NASHVILLE, TN 37202-0207* **Date Filed: 3/15/2017** **Bar Date: 1/30/2017** **Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | |

**SETH OLSEN**
**Case(s): 207 Clm No: 3142 Clm. Amt: $127,575.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 4/3/2017** **Bar Date: 1/30/2017** **Claim Face Value: $127,575.00** | | | | | | | |
| | 207 | UNS | | | $127,575.00 | | $0.00 |
| | | | | | $127,575.00 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**EDWARD T. HARTNAGEL**
**Case(s): 207 Clm No: 3143 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 4/3/2017** **Bar Date: 1/30/2017** **Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**WILLIAM LAWSON**
**Case(s): 207 Clm No: 3144 Clm. Amt: $100,000.00**

*Address Redacted*
**Date Filed: 4/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $100,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $100,000.00 | | $0.00 |
| | | | | | $100,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**ROBERT SPITTLER**
**Case(s): 207 Clm No: 3145 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed: 4/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $10,000.00 | | $0.00 |
| | | | | | $10,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**SUSAN D. PARSLEY**
**Case(s): 207 Clm No: 3146 Clm. Amt: $50,877.00**

*Address Redacted*
**Date Filed: 4/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,877.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $50,877.00 | | $0.00 |
| | | | | | $50,877.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ALEXANDER K. PARSLEY**
**Case(s): 207 Clm No: 3147 Clm. Amt: $30,750.00**

*Address Redacted*
**Date Filed: 4/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,750.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,750.00 | | $0.00 |
| | | | | $30,750.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SPECTRUM HEALTH CONTINUING CARE**
**Case(s): 207 Clm No: 3148 Clm. Amt: $41,950.49**

*C/O MILLER JOHNSON*
*ATTN: JOHN T PIGGINS*
*45 OTTAWA AVE, SW #1100*
*GRAND RAPIDS, MI 49503*
**Date Filed: 4/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $41,950.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $41,950.49 | | $0.00 |
| | | | | $41,950.49 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 10/31/2022 | 5008 | Objection Granted | 12/13/2022 | 5071 |

**KEVIN CHASE**
**Case(s): 207 Clm No: 3149 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 4/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## GUILLERMO A BARBA
### Case(s): 207 Clm No: 3150 Clm. Amt: $35,000.00

*Address Redacted*
**Date Filed: 4/4/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $35,000.00 | | $0.00 |
| | | | | $35,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## GENE DRAKE
### Case(s): 207 Clm No: 3151 Clm. Amt: $22,488.55

*Address Redacted*
**Date Filed: 4/4/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $22,488.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $22,488.55 | | $0.00 |
| | | | | $22,488.55 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JAMES HEYWORTH
### Case(s): 207 Clm No: 3152 Clm. Amt: $150,000.00

*Address Redacted*
**Date Filed: 4/4/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $150,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $150,000.00 | | $0.00 |
| | | | | $150,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**R. B. DEVOR**
**Case(s): 207 Clm No: 3153 Clm. Amt: $11,000.00**

*Address Redacted*
**Date Filed: 4/4/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $5,500.00 | | $0.00 |
| 207 | SEC | | | $3,800.00 | | $0.00 |
| 207 | UNS | | | $1,700.00 | | $0.00 |
| | | | | $11,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | | | Objection Granted | | 3079 |

**OSCAR J. DIAZ**
**Case(s): 207 Clm No: 3154 Clm. Amt:**

*Address Redacted*
**Date Filed: 4/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**PAUL PESSAGNO**
**Case(s): 207 Clm No: 3155 Clm. Amt: $55,000.00**

*Address Redacted*
**Date Filed: 4/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $55,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $55,000.00 | | $0.00 |
| | | | | $55,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ANTHONY A. DOWELL
### Case(s): 207 Clm No: 3156 Clm. Amt: $20,000.00

*Address Redacted*
**Date Filed: 4/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## YOSEFE TEGAYE
### Case(s): 207 Clm No: 3157 Clm. Amt: $85,000.00

*Address Redacted*
**Date Filed: 4/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $85,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $85,000.00 | | $0.00 |
| | | | | $85,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## GABRIELLE KELLERMAN
### Case(s): 207 Clm No: 3158 Clm. Amt: $90,000.00

*Address Redacted*
**Date Filed: 4/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $90,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $90,000.00 | | $0.00 |
| | | | | $90,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## RYAN MAUPIN
### Case(s): 207 Clm No: 3159 Clm. Amt:

*Address Redacted*
**Date Filed: 4/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MYRA SARMIENTO
### Case(s): 207 Clm No: 3160 Clm. Amt: $20,000.00

*Address Redacted*
**Date Filed: 4/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SHANA RILEY
### Case(s): 207 Clm No: 3161 Clm. Amt: $43,800.00

*Address Redacted*
**Date Filed: 4/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $43,800.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $43,800.00 | | $0.00 |
| | | | | $43,800.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CHRISTOPHER HAMMOND**
**Case(s): 207 Clm No: 3162 Clm. Amt: $35,195.29**

*Address Redacted*
**Date Filed: 4/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,195.29**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $35,195.29 | | $0.00 |
| | | | | | $35,195.29 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**STEVEN KENNEDY**
**Case(s): 207 Clm No: 3163 Clm. Amt: $37,338.56**

*Address Redacted*
**Date Filed: 4/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $37,338.56**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $37,338.56 | | $0.00 |
| | | | | | $37,338.56 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**LANIER BUTLER**
**Case(s): 207 Clm No: 3164 Clm. Amt:**

*Address Redacted*
**Date Filed: 4/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## BONITA R. FREEMAN
**Case(s): 207 Clm No: 3165 Clm. Amt: $33,120.00**

*Address Redacted*
**Date Filed: 4/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $33,120.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $33,120.00 | | $0.00 |
| | | | | $33,120.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## FREDDIE BELTRAN III
**Case(s): 207 Clm No: 3166 Clm. Amt: $102,049.00**

*Address Redacted*
**Date Filed: 4/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $102,049.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $102,049.00 | | $0.00 |
| | | | | $102,049.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DENNIS HORMEL
**Case(s): 207 Clm No: 3167 Clm. Amt: $10,500.00**

*7980 HAILEY CT. S.E.*
*CALEDONIA, MI 49316*
**Date Filed: 4/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $10,500.00 | | $0.00 |
| | | | | $10,500.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/01/1822 | 4617 | Objection Granted | 03/31/2022 | 4731 |

## DENNIS HORMEL
**Case(s): 207 Clm No: 3168 Clm. Amt: $24,705.94**

*7980 HAILEY CT SE*
*CALEDONIA, MI 49316*
**Date Filed: 4/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $24,705.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $24,705.94 | | $0.00 |
| | | | | $24,705.94 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 08/23/2022 | 4946 | Objection Granted | 10/26/2022 | 4986 |

## TIMOTHY R. REITER II
### Case(s): 207 Clm No: 3169 Clm. Amt: $90,000.00

*Address Redacted*
**Date Filed: 4/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $90,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $90,000.00 | | $0.00 |
| | | | | $90,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JAMES GRAY
### Case(s): 207 Clm No: 3170 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed: 4/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KELIOMER CASTILLO
### Case(s): 207 Clm No: 3171 Clm. Amt: $29,420.00

*Address Redacted*
**Date Filed: 4/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $29,420.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $29,420.00 | | $0.00 |
| | | | | $29,420.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**AMANDA NEUMEYER**
**Case(s): 207 Clm No: 3172 Clm. Amt: $120,000.00**

*Address Redacted*
**Date Filed: 4/11/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $120,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $120,000.00 | | $0.00 |
| | | | | $120,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SCOTT BUSIEK**
**Case(s): 207 Clm No: 3173 Clm. Amt: $70,500.00**

*Address Redacted*
**Date Filed: 4/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $70,500.00 | | $0.00 |
| | | | | $70,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MICHEAL MCCOMBER**
**Case(s): 207 Clm No: 3174 Clm. Amt: $70,000.00**

*Address Redacted*
**Date Filed: 4/11/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DUSTIN HETRICK
### Case(s): 207 Clm No: 3175 Clm. Amt: $72,000.00

*Address Redacted*
**Date Filed: 4/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $72,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $72,000.00 | | $0.00 |
| | | | | $72,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## JACLYN STEPHENS
### Case(s): 207 Clm No: 3176 Clm. Amt: $55,674.35

*Address Redacted*
**Date Filed: 4/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $55,674.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $55,674.35 | | $0.00 |
| | | | | $55,674.35 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JEB WEBB
### Case(s): 207 Clm No: 3177 Clm. Amt: $49,000.00

*Address Redacted*
**Date Filed: 4/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $49,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $49,000.00 | | $0.00 |
| | | | | $49,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DAMIEN DIETTERICK**
**Case(s): 207 Clm No: 3178 Clm. Amt: $7,060.00**

*Address Redacted*
**Date Filed: 4/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $7,060.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $7,060.00 | | $0.00 |
| | | | | $7,060.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Paid | 07/29/2019 | 3552 | Objection Granted | 09/25/2019 | 3634 |

**KIWANA WATSON WALKER**
**Case(s): 207 Clm No: 3179 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed: 4/14/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JASON PROTZMAN**
**Case(s): 207 Clm No: 3180 Clm. Amt: $75,000.00**

*Address Redacted*
**Date Filed: 4/15/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $75,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $75,000.00 | | $0.00 |
| | | | | $75,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ICIMS, INC.
**Case(s): 207 Clm No: 3181 Clm. Amt: $43,036.86**

*ATTN: COURTNEY CHRISTINE DUTTER*
*90 MATAWAN RD. PARKWAY #120 5TH*
*FLOOR*
*MATAWAN, NJ 07747*
**Date Filed: 4/14/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $43,036.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $43,036.86 | | $16,019.25 |
| | | | | $43,036.86 | | $16,019.25 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 11/18/2019 | 3710 | Objection Granted | 01/15/2020 | 3772 |
| Filed after bar date | 08/23/2022 | 4950 | Objection Granted | 10/26/2022 | 4990 |

## KEESHA BATES
**Case(s): 207 Clm No: 3182 Clm. Amt: $28,000.00**

*P.O. BOX 674*
*GARRISONVILLE , VA 22463*
**Date Filed: 4/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $28,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $28,000.00 | | $0.00 |
| | | | | $28,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

## JONAH ELIAS BRUMMETT
**Case(s): 207 Clm No: 3183 Clm. Amt: $63,976.00**

*Address Redacted*
**Date Filed: 4/17/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $63,976.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $63,976.00 | | $0.00 |
| | | | | $63,976.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JONAH ELIAS BRUMMETT**
**Case(s): 207 Clm No: 3184 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 4/17/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DONALD VINCENT CIOTA II**
**Case(s): 207 Clm No: 3185 Clm. Amt: $67,395.90**

*Address Redacted*
**Date Filed: 4/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $67,395.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $67,395.90 | | $0.00 |
| | | | | $67,395.90 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**TROY GLEASON**
**Case(s): 207 Clm No: 3186 Clm. Amt: $26,000.00**

*Address Redacted*
**Date Filed: 4/19/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $26,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $26,000.00 | | $0.00 |
| | | | | $26,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

**DERECK HEIM**
**Case(s): 207 Clm No: 3187 Clm. Amt: $78,000.00**

| *Address Redacted*<br>**Date Filed: 4/19/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $78,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $78,000.00 | | $0.00 |
| | | | | | $78,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**STEPHONE MITCHELL**
**Case(s): 207 Clm No: 3188 Clm. Amt: $50,000.00**

| *Address Redacted*<br>**Date Filed: 4/18/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $50,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**BRANDON GLEASON**
**Case(s): 207 Clm No: 3189 Clm. Amt: $17,000.00**

| *Address Redacted*<br>**Date Filed: 4/20/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $17,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $17,000.00 | | $0.00 |
| | | | | | $17,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**KYLE HIKALEA**
**Case(s): 207 Clm No: 3190 Clm. Amt: $8,000.00**

*Address Redacted*
**Date Filed: 4/21/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $8,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $8,000.00 | | $0.00 |
| | | | | $8,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

**VICTORIA ESTES**
**Case(s): 207 Clm No: 3191 Clm. Amt: $90,000.00**

*Address Redacted*
**Date Filed: 4/22/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $90,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $90,000.00 | | $0.00 |
| | | | | $90,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MICHAEL JOSEPH LAABS**
**Case(s): 207 Clm No: 3192 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 4/22/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KYLE QUISENBERRY
**Case(s): 207 Clm No: 3193 Clm. Amt: $62,572.63**

*Address Redacted*
**Date Filed: 4/22/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $62,572.63**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $62,572.63 | | $0.00 |
| | | | | | $62,572.63 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## ELIZABETH HICKS
**Case(s): 207 Clm No: 3194 Clm. Amt: $41,540.59**

*Address Redacted*
**Date Filed: 4/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $41,540.59**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $41,540.59 | | $0.00 |
| | | | | | $41,540.59 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## TRAVIS PIERCE
**Case(s): 207 Clm No: 3195 Clm. Amt: $42,743.83**

*Address Redacted*
**Date Filed: 4/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $42,743.83**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $42,743.83 | | $0.00 |
| | | | | | $42,743.83 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JOHN BARNES**
**Case(s): 207 Clm No: 3196 Clm. Amt:**

*Address Redacted*
**Date Filed: 4/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**HABIB RASHIDI-TORGHI**
**Case(s): 207 Clm No: 3197 Clm. Amt: $65,000.00**

*Address Redacted*
**Date Filed: 4/21/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $65,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $65,000.00 | | $0.00 |
| | | | | $65,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JEREMY R. SHARP**
**Case(s): 207 Clm No: 3198 Clm. Amt: $84,678.00**

*Address Redacted*
**Date Filed: 4/21/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $84,678.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $84,678.00 | | $0.00 |
| | | | | $84,678.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KATHLEEN MYERS (JOSEPH IS STUDENT)**
**Case(s): 207 Clm No: 3199 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 4/24/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 02/08/2023 | 5154 | Objection Granted | 03/15/2023 | 5194 |


**QUOC KLEN NGUYEN**
**Case(s): 207 Clm No: 3200 Clm. Amt: $32,549.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 4/24/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $32,549.00** | | | | | | | |
| | 207 | UNS | | | $32,549.00 | | $0.00 |
| | | | | | $32,549.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**LUCAS MYRAN**
**Case(s): 207 Clm No: 3201 Clm. Amt: $61,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 4/25/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $61,000.00** | | | | | | | |
| | 207 | UNS | | | $61,000.00 | | $0.00 |
| | | | | | $61,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**VOIDED CLAIM - CLAIM CREATED IN ERROR**
**Case(s): Clm No: 3202 Clm. Amt:**

**Date Filed:**
**Claim Face Value:**

## MICHAEL WALTER CONNELLY
### Case(s): 207 Clm No: 3203 Clm. Amt: $45,475.97

*Address Redacted*
**Date Filed: 4/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,475.97**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,475.97 | | $0.00 |
| | | | | $45,475.97 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## STEVEN JIMENEZ
### Case(s): 207 Clm No: 3204 Clm. Amt: $64,000.00

*Address Redacted*
**Date Filed: 4/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $64,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $64,000.00 | | $0.00 |
| | | | | $64,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JOSHUA RYDER
### Case(s): 207 Clm No: 3205 Clm. Amt: $45,000.00

*Address Redacted*
**Date Filed: 4/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LUIS ONTIVEROS
### Case(s): 207 Clm No: 3206 Clm. Amt: $58,689.19

*2730 LAFFERTY RD APT 629*
*PASADENA, TX, 77502*
**Date Filed: 4/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $58,689.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $58,689.19 | | $0.00 |
| | | | | $58,689.19 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

**DANIEL EXIGA**

**Case(s): 207 Clm No: 3207 Clm. Amt: $20,450.00**

*Address Redacted*
**Date Filed: 4/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,450.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,450.00 | | $0.00 |
| | | | | $20,450.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DANIEL EXIGA**

**Case(s): 207 Clm No: 3208 Clm. Amt: $20,450.00**

*Address Redacted*
**Date Filed: 4/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,450.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,450.00 | | $0.00 |
| | | | | $20,450.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**RAUL G. PEREZ**

**Case(s): 207 Clm No: 3209 Clm. Amt: $44,794.11**

*Address Redacted*
**Date Filed: 4/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $44,794.11**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $44,794.11 | | $0.00 |
| | | | | $44,794.11 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CHRISTIAN RUIZ**
**Case(s): 207 Clm No: 3210 Clm. Amt: $66,357.00**

*Address Redacted*
**Date Filed: 4/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $66,357.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $66,357.00 | | $0.00 |
| | | | | $66,357.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**FORREST STEPHAN**
**Case(s): 207 Clm No: 3211 Clm. Amt: $94,381.77**

*Address Redacted*
**Date Filed: 4/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $94,381.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $94,381.77 | | $0.00 |
| | | | | $94,381.77 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**Kwok-Ping E Tse**
**Case(s): 207 Clm No: 3212 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 5/8/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**SABRINA RENEE BROWN**
**Case(s): 207 Clm No: 3213 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 4/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**EDWARD C. STURGESS, JR**
**Case(s): 207 Clm No: 3214 Clm. Amt: $47,264.00**

*Address Redacted*
**Date Filed: 5/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $47,264.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $47,264.00 | | $0.00 |
| | | | | $47,264.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TREVOR JERMAINE CHRISTIAN**
**Case(s): 207 Clm No: 3215 Clm. Amt:**

*Address Redacted*
**Date Filed: 5/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TYLESHA ALLEN
### Case(s): 207 Clm No: 3216 Clm. Amt: $55,000.00

*Address Redacted*
**Date Filed: 5/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $55,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $55,000.00 | | $0.00 |
| | | | | $55,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MARCO AURELIO COMERLATO
### Case(s): 207 Clm No: 3217 Clm. Amt: $33,000.00

*Address Redacted*
**Date Filed: 5/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $33,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $33,000.00 | | $0.00 |
| | | | | $33,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JOHN FULLER
### Case(s): 207 Clm No: 3218 Clm. Amt: $68,000.00

*Address Redacted*
**Date Filed: 5/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $68,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $68,000.00 | | $0.00 |
| | | | | $68,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BOBSON 333, LLC**
**Case(s): 207 Clm No: 3219 Clm. Amt: $107,965.50**

*ATTN: JAMES MITCHELL*
*4 COPLEY PLACE #110*
*BOSTON, MA 02116*
**Date Filed: 5/4/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $107,965.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $107,965.50 | | $0.00 |
| | | | | $107,965.50 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

**ZEH GIBSON**
**Case(s): 207 Clm No: 3220 Clm. Amt: $62,069.67**

*Address Redacted*
**Date Filed: 5/4/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $62,069.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $62,069.67 | | $0.00 |
| | | | | $62,069.67 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BOBSON 333, LLC**
**Case(s): 207 Clm No: 3221 Clm. Amt: $28,281.34**

*ATTN: JAMES MITCHELL*
*4 COPLEY PLACE #110*
*BOSTON, MA 02116*
**Date Filed: 5/4/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $28,281.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $28,281.34 | | $28,281.34 |
| | | | | $28,281.34 | | $28,281.34 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 08/23/2022 | 4950 | Objection Granted | 10/26/2022 | 4990 |

**DOMINICK PARSON MACCARI**
**Case(s): 207 Clm No: 3222 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 5/5/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**ALEXIS RASCON**
**Case(s): 207 Clm No: 3223 Clm. Amt: $160,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 5/5/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $160,000.00** | 207 | UNS | | | $160,000.00 | | $0.00 |
| | | | | | $160,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**PHYLLIS SCHERER**
**Case(s): 207 Clm No: 3224 Clm. Amt: $9,711.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 5/5/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $9,711.00** | 207 | UNS | | | $9,711.00 | | $0.00 |
| | | | | | $9,711.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## VINCENT BRITTON
### Case(s): 207 Clm No: 3225 Clm. Amt: $83,813.00

*Address Redacted*
**Date Filed: 5/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $83,813.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $83,813.00 | | $0.00 |
| | | | | $83,813.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## EMILY HOLCOMB
### Case(s): 207 Clm No: 3226 Clm. Amt: $35,484.64

*Address Redacted*
**Date Filed: 5/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,484.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $35,484.64 | | $0.00 |
| | | | | $35,484.64 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JOHN THORNE
### Case(s): 207 Clm No: 3227 Clm. Amt:

*Address Redacted*
**Date Filed: 5/15/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## NEBRASKA DEPARTMENT OF REVENUE
**Case(s): 207-209 Clm No: 3228 Clm. Amt: $393.76**

*ATTENTION: BANKRUPTCY UNIT*
*P.O. BOX 94818*
*LINCOLN, NE 68509-4818*
**Date Filed: 5/16/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $393.76**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Withdrawn | | $270.14 | | $0.00 |
| 208 | PRI | Withdrawn | | $270.14 | | $0.00 |
| 209 | PRI | Withdrawn | | $270.14 | | $0.00 |
| 207 | UNS | Withdrawn | | $123.62 | | $0.00 |
| | | | | $934.04 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 10/14/2022 | 4977 | Objection Granted | 12/13/2022 | 5069 |

## KIMBERLY O'LEARY
**Case(s): 207 Clm No: 3229 Clm. Amt: $11,553.25**

*Address Redacted*
**Date Filed: 5/16/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $11,553.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $11,553.25 | | $0.00 |
| | | | | $11,553.25 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ETHAN E HALL
**Case(s): 207 Clm No: 3230 Clm. Amt: $26,500.00**

*Address Redacted*
**Date Filed: 5/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $26,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $26,500.00 | | $0.00 |
| | | | | $26,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**Bengerman P. Norviel**
**Case(s): 207 Clm No: 3231 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed:**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | PRI | | | Unknown | Y | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JERRON BERNARD DAVIS**
**Case(s): 207 Clm No: 3232 Clm. Amt: $5,291.63**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 5/18/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $5,291.63** | | | | | | | |
| | 207 | 503(b)(9) | | | Unknown | Y | $0.00 |
| | 207 | PRI | | | $2,157.63 | | $0.00 |
| | 207 | UNS | | | $3,134.00 | | $0.00 |
| | | | | | $5,291.63 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ERICK D. NORVIEL**
**Case(s): 207 Clm No: 3233 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 5/18/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | PRI | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JOSEPH ROBERTS**
**Case(s): 207 Clm No: 3234 Clm. Amt: $48,875.00**

*Address Redacted*
**Date Filed: 5/21/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $48,875.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $48,875.00 | | $0.00 |
| | | | | $48,875.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MARCUS SAM**
**Case(s): 207 Clm No: 3235 Clm. Amt: $63,207.00**

*Address Redacted*
**Date Filed: 5/22/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $63,207.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $0.00 | | $0.00 |
| 207 | UNS | | | $63,207.00 | | $0.00 |
| | | | | $63,207.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JEANNE TAYLOR**
**Case(s): 207 Clm No: 3236 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 5/22/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### Aaron Wooldridge
**Case(s): 207 Clm No: 3237 Clm. Amt: $23,474.05**

*Address Redacted*
**Date Filed: 5/22/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $23,474.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $23,474.05 | | $0.00 |
| | | | | $23,474.05 | | $0.00 |

Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### ALBERT D. CASTRO
**Case(s): 207 Clm No: 3238 Clm. Amt: $72,000.00**

*Address Redacted*
**Date Filed: 5/22/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $72,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $72,000.00 | | $0.00 |
| | | | | $72,000.00 | | $0.00 |

Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### ISRAEL DE LA CRUZ
**Case(s): 207 Clm No: 3239 Clm. Amt: $45,000.00**

*Address Redacted*
**Date Filed: 5/22/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### NGT Corporation dba Coverall Service Company
**Case(s): 207 Clm No: 3240 Clm. Amt: $267.80**

*Attn: Eddie Paskor*
*8965 Guilford Road, Suite 100*
*Columbia, MD 21046*
**Date Filed: 5/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $267.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $267.80 | | $267.80 |
| | | | | $267.80 | | $267.80 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 08/23/2022 | 4950 | Objection Granted | 10/26/2022 | 4990 |

## WESLEY DAVID
**Case(s): 207 Clm No: 3241 Clm. Amt: $90,680.00**

*Address Redacted*
**Date Filed: 6/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $90,680.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $90,680.00 | | $0.00 |
| | | | | $90,680.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JAYSON MICHAEL HINTON
**Case(s): 207 Clm No: 3242 Clm. Amt: $125,000.00**

*Address Redacted*
**Date Filed: 5/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $125,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $125,000.00 | | $0.00 |
| | | | | $125,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## MARCUS LEE HARRIS
**Case(s): 207 Clm No: 3243 Clm. Amt: $12,297.00**

*Address Redacted*
**Date Filed: 6/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,297.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $12,297.00 | | $0.00 |
| | | | | $12,297.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## STEVEN DOATY
### Case(s): 207 Clm No: 3244 Clm. Amt: $45,540.00

*Address Redacted*
**Date Filed: 5/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,540.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,540.00 | | $0.00 |
| | | | | $45,540.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TONI WRIGHT
### Case(s): 207 Clm No: 3245 Clm. Amt: $68,000.00

*Address Redacted*
**Date Filed: 5/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $68,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $68,000.00 | | $0.00 |
| | | | | $68,000.00 | | $0.00 |

## TYLER PITNER
### Case(s): 207 Clm No: 3246 Clm. Amt: $110,000.00

*Address Redacted*
**Date Filed: 5/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $110,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $110,000.00 | | $0.00 |
| | | | | $110,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DOUGLAS COUNTY, NEBRASKA
### Case(s): 207 Clm No: 3247 Clm. Amt: $4,388.45

*ATTN: TIMOTHY K. DOLAN*
*909 CIVIC CENTER, 1819 FARNAM ST.*
*OMAHA, NE 68183*
**Date Filed: 5/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $4,388.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $4,388.45 | | |
| | | | | $4,388.45 | | |

## COMMONWEALTH OF MASSACHUSETTS
### Case(s): 207 Clm No: 3248 Clm. Amt: $30,000,000.00

*OFFICE OF THE ATTORNEY GENERAL*
*C/O LYDIA FRENCH*
*1 ASHBURTON PLACE, 18TH FLOOR*
*BOSTON, MA 02108*
**Date Filed: 5/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,000,000.00 | | |
| | | | | $30,000,000.00 | | |

**TRAVIS J. WALLENFANG**
**Case(s): 207 Clm No: 3249 Clm. Amt: $87,000.00**

*Address Redacted*
**Date Filed: 5/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $87,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $87,000.00 | | $0.00 |
| | | | | $87,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**SHAWN PATRICK STOVER**
**Case(s): 207 Clm No: 3250 Clm. Amt: $22,000.00**

*Address Redacted*
**Date Filed: 5/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $22,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $22,000.00 | | $0.00 |
| | | | | $22,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**Joshua M. Russell**
**Case(s): 207 Clm No: 3251 Clm. Amt: $105,000.00**

*Address Redacted*
**Date Filed: 5/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $105,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $105,000.00 | | $0.00 |
| | | | | $105,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KELLY MILLER**
**Case(s): 207 Clm No: 3252 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 5/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**GENNARO FUNARO**
**Case(s): 207 Clm No: 3253 Clm. Amt: $12,782.26**

*Address Redacted*
**Date Filed: 5/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,782.26**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $12,782.26 | | $0.00 |
| | | | | | $12,782.26 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**Whitney Peete**
**Case(s): 207 Clm No: 3254 Clm. Amt: $22,519.86**

*Address Redacted*
**Date Filed: 6/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $22,519.86**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $22,519.86 | | $0.00 |
| | | | | | $22,519.86 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## TRAVIS WALLENFANG
**Case(s): 207 Clm No: 3255 Clm. Amt: $100,000.00**

*Address Redacted*
**Date Filed: 5/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $100,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $100,000.00 | | $0.00 |
| | | | | $100,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## KAYLAN DIEDERICH
**Case(s): 207 Clm No: 3256 Clm. Amt: $45,000.00**

*Address Redacted*
**Date Filed: 6/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CORY WALLACE
**Case(s): 207 Clm No: 3257 Clm. Amt: $14,512.00**

*Address Redacted*
**Date Filed: 6/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $14,512.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $14,512.00 | | $0.00 |
| | | | | $14,512.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JACOB GRAUL
### Case(s): 207 Clm No: 3258 Clm. Amt: $34,738.42

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 6/1/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $34,738.42** | 207 | UNS | | | $34,738.42 | | $0.00 |
| | | | | | $34,738.42 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## THOMAS INMAN
### Case(s): 207 Clm No: 3259 Clm. Amt: $70,000.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 6/1/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $70,000.00** | 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## ADRIAN CANDELARIA
### Case(s): 207 Clm No: 3260 Clm. Amt: $33,000.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 6/2/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $33,000.00** | 207 | UNS | | | $33,000.00 | | $0.00 |
| | | | | | $33,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## Bexar County
### Case(s): 207 Clm No: 3261 Clm. Amt: $13,378.30

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *c/o Linebarger Goggan Blair & Sampson, LLP*<br>*Attn: Don Stecker*<br>*711 Navarro Street, Suite 300*<br>*San Antonio, TX 78205*<br>**Date Filed: 6/5/2017**<br>**Bar Date: 1/30/2017**<br>**Amending Clm #: 23**<br>**Claim Face Value: $13,378.30** | 207 | SEC | | | $13,378.30 | | |
| | | | | | $13,378.30 | | |

**JOSE LUIS RAMIREZ**
**Case(s): 207 Clm No: 3262 Clm. Amt: $8,593.92**

*Address Redacted*
**Date Filed: 6/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $8,593.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $8,593.92 | | $0.00 |
| | | | | $8,593.92 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DEANE LANIER**
**Case(s): 207 Clm No: 3263 Clm. Amt: $81,860.84**

*Address Redacted*
**Date Filed: 6/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $81,860.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $81,860.84 | | $0.00 |
| | | | | $81,860.84 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**JOHN GUTZ**
**Case(s): 207 Clm No: 3264 Clm. Amt: $40,805.59**

*Address Redacted*
**Date Filed: 6/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,805.59**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,805.59 | | $0.00 |
| | | | | $40,805.59 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ROBERT GUY
**Case(s): 207 Clm No: 3265 Clm. Amt: $40,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 6/4/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $40,000.00** | 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## DEREK COLLINS
**Case(s): 207 Clm No: 3266 Clm. Amt: $16,327.50**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 6/4/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $16,327.50** | 207 | UNS | | | $16,327.50 | | $0.00 |
| | | | | | $16,327.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## JORDAN HUDSON
**Case(s): 207 Clm No: 3267 Clm. Amt: $30,625.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 6/5/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $30,625.00** | 207 | UNS | | | $30,625.00 | | $0.00 |
| | | | | | $30,625.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JAMES SHACKELTON**
**Case(s): 207 Clm No: 3268 Clm. Amt: $26,110.97**

*Address Redacted*
**Date Filed: 6/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $26,110.97**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $26,110.97 | | $0.00 |
| | | | | $26,110.97 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**BROOKE STANKAVICH**
**Case(s): 207 Clm No: 3269 Clm. Amt: $70,000.00**

*Address Redacted*
**Date Filed: 6/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


**Ryan P. Reed**
**Case(s): 207 Clm No: 3270 Clm. Amt: $16,605.00**

*Address Redacted*
**Date Filed: 6/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $16,605.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $16,605.00 | | $0.00 |
| | | | | $16,605.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## WILLIAM LEWIS
### Case(s): 207 Clm No: 3271 Clm. Amt: $38,125.05

*Address Redacted*
**Date Filed: 6/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $38,125.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $38,125.05 | | $0.00 |
| | | | | $38,125.05 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## Department of Veterans Affairs
### Case(s): 207 Clm No: 3272 Clm. Amt: $6,016.00

*Re: Leonard D. Rudley*
*PO Box 8888*
*Muskogee, OK 74402-8888*
**Date Filed: 6/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $6,016.00 | | $0.00 |
| | | | | $6,016.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 06/25/2020 | 3999 | Objection Granted | 07/20/2020 | 4014 |

## JULIAN AIRA
### Case(s): 207 Clm No: 3273 Clm. Amt: $70,000.00

*Address Redacted*
**Date Filed: 6/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JEFFREY IRWIN
### Case(s): 207 Clm No: 3274 Clm. Amt: $46,000.00

*Address Redacted*
**Date Filed: 6/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $46,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $46,000.00 | | $0.00 |
| | | | | $46,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## GENTRY ROBERTS
### Case(s): 207 Clm No: 3275 Clm. Amt: $10,000.00

*Address Redacted*
**Date Filed: 6/8/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## Department of Veterans Affairs
### Case(s): 207 Clm No: 3276 Clm. Amt: $100.00

*Re: Joseph K. Adams III*
*PO Box 8888*
*Muskogee, OK 74402-8888*
**Date Filed: 6/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $100.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $100.00 | | $0.00 |
| | | | | $100.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/25/2020 | 3999 | Objection Granted | 07/20/2020 | 4014 |

## MICHAEL GAUTHREAUX
### Case(s): 207 Clm No: 3277 Clm. Amt: $87,580.44

*Address Redacted*
**Date Filed: 6/8/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $87,580.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $87,580.44 | | $0.00 |
| | | | | $87,580.44 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## Department of Veterans Affairs
### Case(s): 207 Clm No: 3278 Clm. Amt: $646.63

*RE: MICHAEL T. LEMMON*
*PO BOX 8888*
*MUSKOGEE, OK 74402-8888*
**Date Filed: 6/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $646.63**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $646.63 | | $0.00 |
| | | | | $646.63 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 06/25/2020 | 3999 | Objection Granted | 07/20/2020 | 4014 |

## DEPARTMENT OF VETERANS AFFAIRS
### Case(s): 207 Clm No: 3279 Clm. Amt: $6,755.50

*RE: GERALD B. NORTHFIELD*
*PO BOX 8888*
*MUSKOGEE, OK 74402-8888*
**Date Filed: 6/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,755.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $6,755.50 | | $0.00 |
| | | | | $6,755.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 06/25/2020 | 3999 | Objection Granted | 07/20/2020 | 4017 |

## Gertrude C. Nelson
### Case(s): 207 Clm No: 3280 Clm. Amt: $25,000.00

*Address Redacted*
**Date Filed: 6/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $25,000.00 | | $25,000.00 |
| | | | | $25,000.00 | | $25,000.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 08/23/2022 | 4950 | Objection Granted | 10/26/2022 | 4990 |

## BENJAMIN WILEN
### Case(s): 207 Clm No: 3281 Clm. Amt: $94,000.00

*Address Redacted*
**Date Filed: 6/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $94,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $94,000.00 | | $0.00 |
| | | | | $94,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DEPARTMENT OF VETERANS AFFAIRS
### Case(s): 207 Clm No: 3282 Clm. Amt: $6,755.50

*RE: VALEN K. SCHAEFER*
*PO BOX 8888*
*MUSKOGEE, OK 74402-8888*
**Date Filed: 6/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,755.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $6,755.50 | | $0.00 |
| | | | | $6,755.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 06/25/2020 | 3999 | Objection Granted | 07/20/2020 | 4014 |

**DEPARTMENT OF VETERANS AFFAIRS**
**Case(s): 207 Clm No: 3283 Clm. Amt: $6,755.50**

*RE: NINAMARIA P. RASA*
*PO BOX 8888*
*MUSKOGEE, OK 74402-8888*
**Date Filed: 6/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,755.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $6,755.50 | | $0.00 |
| | | | | $6,755.50 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 06/25/2020 | 3999 | Objection Granted | 07/20/2020 | 4014 |

**DEPARTMENT OF VETERANS AFFAIRS**
**Case(s): 207 Clm No: 3284 Clm. Amt: $12,159.90**

*RE: JAMES E. SMITH*
*PO BOX 8888*
*MUSKOGEE, OK 74402-8888*
**Date Filed: 6/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,159.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $12,159.90 | | $0.00 |
| | | | | $12,159.90 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 06/25/2020 | 3999 | Objection Granted | 07/20/2020 | 4014 |

**DEPARTMENT OF VETERANS AFFAIRS**
**Case(s): 207 Clm No: 3285 Clm. Amt: $6,755.50**

*RE: ANDREW K. POPA*
*PO BOX 8888*
*MUSKOGEE, OK 74402-8888*
**Date Filed: 6/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,755.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $6,755.50 | | $0.00 |
| | | | | $6,755.50 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 06/25/2020 | 3999 | Objection Granted | 07/20/2020 | 4014 |

**DEPARTMENT OF VETERANS AFFAIRS**
**Case(s): 207 Clm No: 3286 Clm. Amt: $6,755.50**

*RE: EYMARD RAGUCOS*
*PO BOX 8888*
*MUSKOGEE, OK 74402-8888*
**Date Filed: 6/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,755.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $6,755.50 | | $0.00 |
| | | | | $6,755.50 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 06/25/2020 | 3999 | Objection Granted | 07/20/2020 | 4014 |

## DEPARTMENT OF VETERANS AFFAIRS
### Case(s): 207 Clm No: 3287 Clm. Amt: $100.00

*RE: DONALD L. LOWERY*
*PO BOX 8888*
*MUSKOGEE, OK 74402-8888*
**Date Filed: 6/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $100.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | Disallowed | | $100.00 | | $0.00 |
| | | | | $100.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 06/25/2020 | 3999 | Objection Granted | 07/20/2020 | 4014 |

## DEPARTMENT OF VETERANS AFFAIRS
### Case(s): 207 Clm No: 3288 Clm. Amt: $6,755.50

*RE: CHARLES C. CRUSER*
*PO BOX 8888*
*MUSKOGEE, OK 74402-8888*
**Date Filed: 6/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,755.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | Disallowed | | $6,755.50 | | $0.00 |
| | | | | $6,755.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 06/25/2020 | 3999 | Objection Granted | 07/20/2020 | 4014 |

## DEPARTMENT OF VETERANS AFFAIRS
### Case(s): 207 Clm No: 3289 Clm. Amt: $6,755.50

*RE: ANDREW G. ALONZO*
*PO BOX 8888*
*MUSKOGEE, OK 74402-8888*
**Date Filed: 6/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,755.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | Disallowed | | $6,755.50 | | $0.00 |
| | | | | $6,755.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 06/25/2020 | 3999 | Objection Granted | 07/20/2020 | 4014 |

## DEPARTMENT OF VETERANS AFFAIRS
### Case(s): 207 Clm No: 3290 Clm. Amt: $6,755.50

*RE: DERRICK D. HARDY*
*P.O. BOX 8888*
*MUSKOGEE, OK 74402-8888*
**Date Filed: 6/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,755.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | Disallowed | | $6,755.50 | | $0.00 |
| | | | | $6,755.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 06/25/2020 | 3999 | Objection Granted | | 4014 |

**DEPARTMENT OF VETERANS AFFAIRS**
**Case(s): 207 Clm No: 3291 Clm. Amt: $6,755.50**

*RE: HORACIO M. PEREZ II*
*PO BOX 8888*
*MUSKOGEE, OK 74402-8888*
**Date Filed: 6/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,755.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $6,755.50 | | $0.00 |
| | | | | $6,755.50 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 06/25/2020 | 3999 | Objection Granted | 07/20/2020 | 4014 |

**DEPARTMENT OF VETERANS AFFAIRS**
**Case(s): 207 Clm No: 3292 Clm. Amt: $6,755.50**

*RE: HALBERT R. NASCIMENTO*
*PO BOX 8888*
*MUSKOGEE, OK 74402-8888*
**Date Filed: 6/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,755.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $6,755.50 | | $0.00 |
| | | | | $6,755.50 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 06/25/2020 | 3999 | Objection Granted | | 4014 |

**DEPARTMENT OF VETERANS AFFAIRS**
**Case(s): 207 Clm No: 3293 Clm. Amt: $6,755.50**

*RE: DAVE F. AIONO*
*PO BOX 8888*
*MUSKOGEE, OK 74402-8888*
**Date Filed: 6/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,755.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $6,755.50 | | $0.00 |
| | | | | $6,755.50 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 06/25/2020 | 3999 | Objection Granted | 07/20/2020 | 4014 |

**DEPARTMENT OF VETERANS AFFAIRS**
**Case(s): 207 Clm No: 3294 Clm. Amt: $6,755.50**

*RE: ERIC L. MEDCALF*
*PO BOX 8888*
*MUSKOGEE, OK 74402-8888*
**Date Filed: 6/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $6,755.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $6,755.50 | | $0.00 |
| | | | | $6,755.50 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 06/25/2020 | 3999 | Objection Granted | 07/20/2020 | 4017 |

**WILLIAM SCHONFELDER**
**Case(s): 207 Clm No: 3295 Clm. Amt: $36,000.00**

*Address Redacted*
**Date Filed: 6/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $36,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $36,000.00 | | $0.00 |
| | | | | $36,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MARIO HAWKINS JR.**
**Case(s): 207 Clm No: 3296 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 6/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**NIKO N. SERVIN**
**Case(s): 207 Clm No: 3297 Clm. Amt: $71,000.00**

*Address Redacted*
**Date Filed: 6/11/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $71,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $71,000.00 | | $0.00 |
| | | | | $71,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CHRISTIE DIANE BEWICK**
**Case(s): 207 Clm No: 3298 Clm. Amt: $32,000.00**

*Address Redacted*
**Date Filed: 6/11/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $32,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $32,000.00 | | $0.00 |
| | | | | $32,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**GURESJ GURESJ**
**Case(s): 207 Clm No: 3299 Clm. Amt: $48,000.00**

*Address Redacted*
**Date Filed: 6/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $48,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $48,000.00 | | $0.00 |
| | | | | $48,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JONATHAN WHALEY**
**Case(s): 207 Clm No: 3300 Clm. Amt: $81,000.00**

*Address Redacted*
**Date Filed: 6/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $81,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $81,000.00 | | $0.00 |
| | | | | $81,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JERIMIAH HILGER**

**Case(s): 207 Clm No: 3301 Clm. Amt: $67,651.03**

*Address Redacted*
**Date Filed: 6/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $67,651.03**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $67,651.03 | | $0.00 |
| | | | | | $67,651.03 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**KYLE MCCALL**

**Case(s): 207 Clm No: 3302 Clm. Amt: $56,000.00**

*Address Redacted*
**Date Filed: 6/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $56,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $56,000.00 | | $0.00 |
| | | | | | $56,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**JENNY JOHNSTON**

**Case(s): 207 Clm No: 3303 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 6/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## CATINA BEALS
### Case(s): 207 Clm No: 3304 Clm. Amt: $41,000.00

*Address Redacted*
**Date Filed: 6/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $41,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $41,000.00 | | $0.00 |
| | | | | $41,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MARGO LAZETT BELL
### Case(s): 207 Clm No: 3305 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 6/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## INSIDERSREFERRAL.COM, DBA JOBS2CAREERS
### Case(s): 207 Clm No: 3306 Clm. Amt: $10,900.00

*C/O BILL BITTICK*
*6433 CHAMPION GRANDVIEW WAY*
*BLD 2, STE 100*
*AUSTIN, TX 78750*
**Date Filed: 6/14/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,900.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $10,900.00 | | $0.00 |
| | | | | $10,900.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2021 | 3876 | Objection Granted | 05/20/2020 | 3930 |

**QUALITY BUILDING MAINTENANCE, INC.**
**Case(s): 207 Clm No: 3307 Clm. Amt: $5,873.00**

ATTN: JAMES A. POLAK
7998 GEORGETOWN, RD STE 500
INDIANAPOLIS, IN 46268
**Date Filed: 6/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,873.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,873.00 | | $5,873.00 |
| | | | | $5,873.00 | | $5,873.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 08/23/2022 | 4950 | Objection Granted | 10/26/2022 | 4990 |

**BOSTON PROPERTIES LIMITED PARTNERSHIP**
**Case(s): 207 Clm No: 3308 Clm. Amt: $757,992.01**

C/O BAKER DONELSON
ATTN: J. DAVID FOLDS
901 K STREET NW, SUITE 900
WASHINGTON, DC 20001
**Date Filed: 6/15/2017**
**Orig. Date Filed: 11/22/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 910**
**Claim Face Value: $757,992.01**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $757,992.01 | | |
| | | | | $757,992.01 | | |

**JOEL WILLIAMS**
**Case(s): 207 Clm No: 3309 Clm. Amt: $50,000.00**

Address Redacted
**Date Filed: 6/15/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JOHN TURNER, II**
**Case(s): 207 Clm No: 3310 Clm. Amt: $117,653.00**

Address Redacted
**Date Filed: 6/15/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $117,653.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $117,653.00 | | $0.00 |
| | | | | $117,653.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JOSEPH ORR**

**Case(s): 207 Clm No: 3311 Clm. Amt: $70,000.00**

*Address Redacted*
**Date Filed: 6/16/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KERRY MYLES**

**Case(s): 207 Clm No: 3312 Clm. Amt: $1,037.00**

*Address Redacted*
**Date Filed: 6/16/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,037.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,037.00 | | $0.00 |
| | | | | $1,037.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ROBERT D. BARLOW, JR.**

**Case(s): 207 Clm No: 3313 Clm. Amt: $35,000.00**

*Address Redacted*
**Date Filed: 6/17/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $35,000.00 | | $0.00 |
| | | | | $35,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MIKIA JASMINE BELL
### Case(s): 207 Clm No: 3314 Clm. Amt: $44,799.63

*Address Redacted*
**Date Filed: 6/19/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $44,799.63**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $44,799.63 | | $0.00 |
| | | | | $44,799.63 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## LATOYA ASHFORD
### Case(s): 207 Clm No: 3315 Clm. Amt: $28,000.00

*Address Redacted*
**Date Filed: 6/19/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $28,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $28,000.00 | | $0.00 |
| | | | | $28,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## CONVERGEONE
### Case(s): 207 Clm No: 3316 Clm. Amt: $444,530.81

*C/O MERCHO CAUGHEY*
*ATTN: BENJAMIN T. CAUGHEY*
*828 E. 64TH STREET*
*INDIANAPOLIS, IN 46220*
**Date Filed: 6/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $444,530.81**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 208 | UNS | Disallowed | | | | $0.00 |
| 207 | UNS | Disallowed | | $444,530.81 | | $0.00 |
| | | | | $444,530.81 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/29/2019 | 3545 | Objection Granted | 09/25/2019 | 3620 |

## MICHAEL LINE
### Case(s): 207 Clm No: 3317 Clm. Amt: $40,550.54

*Address Redacted*
**Date Filed: 6/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,550.54**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,550.54 | | $0.00 |
| | | | | $40,550.54 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## PAUL GUALTIERI
### Case(s): 207 Clm No: 3318 Clm. Amt: $47,562.00

*Address Redacted*
**Date Filed: 6/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $47,562.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $47,562.00 | | $0.00 |
| | | | | $47,562.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ADAM MEANEY
### Case(s): 207 Clm No: 3319 Clm. Amt: $46,500.00

*Address Redacted*
**Date Filed: 6/21/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $46,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $46,500.00 | | $0.00 |
| | | | | $46,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## PAUL MATHERNE
**Case(s): 207 Clm No: 3320 Clm. Amt: $35,000.00**

*Address Redacted*
**Date Filed: 6/21/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $35,000.00 | | $0.00 |
| | | | | | $35,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## SEAN D MATRESE
**Case(s): 207 Clm No: 3321 Clm. Amt: $70,000.00**

*Address Redacted*
**Date Filed: 6/22/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## JASON THOMAS
**Case(s): 207 Clm No: 3322 Clm. Amt: $4,328.03**

*Address Redacted*
**Date Filed: 6/22/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $4,328.03**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $4,328.03 | | $0.00 |
| | | | | | $4,328.03 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## SPENCER CAIN
### Case(s): 207 Clm No: 3323 Clm. Amt: $52,000.00

*Address Redacted*
**Date Filed: 6/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $52,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $52,000.00 | | $0.00 |
| | | | | | $52,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## LINDA ORNDOFF
### Case(s): 207 Clm No: 3324 Clm. Amt: $36,781.00

*Address Redacted*
**Date Filed: 6/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $36,781.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $36,781.00 | | $0.00 |
| | | | | | $36,781.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## PERRY L. HOPPER SR.
### Case(s): 207 Clm No: 3325 Clm. Amt: $27,000.00

*Address Redacted*
**Date Filed: 6/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $27,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $27,000.00 | | $0.00 |
| | | | | | $27,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JENNIFER KLEE**
**Case(s): 207 Clm No: 3326 Clm. Amt: $54,687.00**

*Address Redacted*
**Date Filed: 6/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $54,687.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $54,687.00 | | $0.00 |
| | | | | | $54,687.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**ELISSA DUNN**
**Case(s): 207 Clm No: 3327 Clm. Amt: $106,000.00**

*Address Redacted*
**Date Filed: 6/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $106,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $106,000.00 | | $0.00 |
| | | | | | $106,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**VICTOR RODRIGUEZ**
**Case(s): 207 Clm No: 3328 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 6/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## ANTHONY VIVEROS
**Case(s): 207 Clm No: 3329 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed: 1/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DAVID RYAN DEARTH
**Case(s): 207 Clm No: 3330 Clm. Amt: $33,600.00**

*Address Redacted*
**Date Filed: 6/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $33,600.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $33,600.00 | | $0.00 |
| | | | | $33,600.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## JOHN ALLAND
**Case(s): 207 Clm No: 3331 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 6/30/2017**
**Bar Date: 1/30/2017**
**Amended By Clm #: 3332**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JOHN ALLAND
### Case(s): 207 Clm No: 3332 Clm. Amt: $60,000.00

*Address Redacted*
**Date Filed: 7/3/2017**
**Orig. Date Filed: 7/3/2017**
**Bar Date: 1/30/2017**
**Amending Clm #: 3331**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JOSHUA RANKIN
### Case(s): 207 Clm No: 3333 Clm. Amt: $83,353.00

*Address Redacted*
**Date Filed: 7/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $83,353.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $83,353.00 | | $0.00 |
| | | | | $83,353.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ANTHONY WARINER
### Case(s): 207 Clm No: 3334 Clm. Amt: $100,000.00

*Address Redacted*
**Date Filed: 7/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $100,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $100,000.00 | | $0.00 |
| | | | | $100,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**STEVEN L. HARRIMAN**
**Case(s): 207 Clm No: 3335 Clm. Amt: $45,000.00**

*Address Redacted*
**Date Filed: 7/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KATELYN RZESZUTKO**
**Case(s): 207 Clm No: 3336 Clm. Amt: $32,000.00**

*Address Redacted*
**Date Filed: 7/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $32,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $32,000.00 | | $0.00 |
| | | | | $32,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JOHN RICHARD BYBEE (RICK)**
**Case(s): 207 Clm No: 3337 Clm. Amt: $60,638.23**

*Address Redacted*
**Date Filed: 7/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,638.23**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,638.23 | | $0.00 |
| | | | | $60,638.23 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### RANDALL GERALD TANNER, JR.
**Case(s): 207 Clm No: 3338 Clm. Amt: $120,000.00**

*Address Redacted*
**Date Filed: 7/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $120,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $120,000.00 | | $0.00 |
| | | | | $120,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### PRIVITERA REALTY HOLDINGS, LLC
**Case(s): 207 Clm No: 3339 Clm. Amt: $50,858.23**

*ATTN: ROSANA PRIVITERA BIONDO*
*909 TROOST*
*KANSAS CITY, MO 64106*
**Date Filed: 7/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,858.23**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,858.23 | | $50,858.23 |
| | | | | $50,858.23 | | $50,858.23 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 08/23/2022 | 4950 | Objection Granted | 10/26/2022 | 4990 |

### JOSIAH HILL
**Case(s): 207 Clm No: 3340 Clm. Amt: $8,235.56**

*Address Redacted*
**Date Filed: 7/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $8,235.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $8,235.56 | | $0.00 |
| | | | | $8,235.56 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### AARON PRITCHETT
**Case(s): 207 Clm No: 3341 Clm. Amt: $12,428.00**

*Address Redacted*
**Date Filed: 7/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,428.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $12,428.00 | | $0.00 |
| | | | | $12,428.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ESTEBAN D. WILLIAMS
### Case(s): 207 Clm No: 3342 Clm. Amt: $38,000.00

*Address Redacted*
**Date Filed: 7/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $38,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $38,000.00 | | $0.00 |
| | | | | $38,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SHRED-IT USA LLC
### Case(s): 207 Clm No: 3343 Clm. Amt: $287.60

*ATTN: FASEEH AHMAD*
*7734 S. 133RD ST.*
*OMAHA, NE 68138*
**Date Filed: 7/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $287.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $287.60 | | $0.00 |
| | | | | $287.60 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

## JOY M. MORGAN
### Case(s): 207 Clm No: 3344 Clm. Amt: $32,000.00

*Address Redacted*
**Date Filed: 7/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $32,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $32,000.00 | | $0.00 |
| | | | | $32,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JENNIFER PATRICIA LOPEZ
### Case(s): 207 Clm No: 3345 Clm. Amt: $20,000.00

*Address Redacted*
**Date Filed: 7/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ELIZABETH CLOSE
### Case(s): 207 Clm No: 3346 Clm. Amt: $55,000.00

*Address Redacted*
**Date Filed: 7/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $55,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $55,000.00 | | $0.00 |
| | | | | $55,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## JONATHAN VALLES
### Case(s): 207 Clm No: 3347 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed: 7/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## JOELLE HOLLENBAUGH
### Case(s): 207 Clm No: 3348 Clm. Amt: $32,000.00

*Address Redacted*
**Date Filed: 7/14/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $32,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $32,000.00 | | $0.00 |
| | | | | $32,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TRAVIS SCHOLL**
**Case(s): 207 Clm No: 3349 Clm. Amt: $32,000.00**

*Address Redacted*
**Date Filed: 7/14/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $32,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $32,000.00 | | $0.00 |
| | | | | $32,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**TIMOTHY WILLIAMS**
**Case(s): 207 Clm No: 3350 Clm. Amt: $9,500.00**

*Address Redacted*
**Date Filed: 7/17/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $9,500.00 | | $0.00 |
| | | | | $9,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**BRANDON K. CAIN**
**Case(s): 207 Clm No: 3351 Clm. Amt: $45,000.00**

*Address Redacted*
**Date Filed: 7/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**RICHARD GOTTRON**
**Case(s): 207 Clm No: 3352 Clm. Amt:**

*Address Redacted*
**Date Filed: 7/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|------|-------|--------|-----------|----------------------|-----|---------------------|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JEFFREY FEHR**
**Case(s): 207 Clm No: 3353 Clm. Amt: $60,140.29**

*Address Redacted*
**Date Filed: 7/17/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,140.29**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|------|-------|--------|-----------|----------------------|-----|---------------------|
| | 207 | UNS | | | $60,140.29 | | $0.00 |
| | | | | | $60,140.29 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JUSTIN ABBOTT**
**Case(s): 207 Clm No: 3354 Clm. Amt: $33,161.81**

*Address Redacted*
**Date Filed: 7/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $33,161.81**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|------|-------|--------|-----------|----------------------|-----|---------------------|
| | 207 | UNS | | | $33,161.81 | | $0.00 |
| | | | | | $33,161.81 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ANTHONY LAVENE POWE**
**Case(s): 207 Clm No: 3355 Clm. Amt: $75,000.00**

*Address Redacted*
**Date Filed: 7/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $75,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $75,000.00 | | $0.00 |
| | | | | $75,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MICHAEL PASCHALL**
**Case(s): 207 Clm No: 3356 Clm. Amt: $28,250.00**

*Address Redacted*
**Date Filed: 7/19/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $28,250.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $28,250.00 | | $0.00 |
| | | | | $28,250.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CRYSTAL CHANEL AGUIRRE**
**Case(s): 207 Clm No: 3357 Clm. Amt: $58,696.76**

*Address Redacted*
**Date Filed: 7/19/2017**
**Orig. Date Filed: 1/9/2017**
**Bar Date: 1/30/2017**
**Amending Clm #: 1366**
**Claim Face Value: $58,696.76**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $58,696.76 | | $0.00 |
| | | | | $58,696.76 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CHARLES EDWARD GAINES**
**Case(s): 207 Clm No: 3358 Clm. Amt: $84,000.00**

*Address Redacted*
**Date Filed: 7/19/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $84,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | PRI | | | $84,000.00 | | $0.00 |
| | | | | $84,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**RYAN LIVINGSTON**
**Case(s): 207 Clm No: 3359 Clm. Amt: $42,321.50**

*Address Redacted*
**Date Filed: 7/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $42,321.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $42,321.50 | | $0.00 |
| | | | | $42,321.50 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |


**MICHAEL RIBAR**
**Case(s): 207 Clm No: 3360 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 7/21/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JOSEPH ALFRED MILLER**
**Case(s): 207 Clm No: 3361 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 7/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ALEXANDER SIMMONS**
**Case(s): 207 Clm No: 3362 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed: 7/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CORY SIMMONS**
**Case(s): 207 Clm No: 3363 Clm. Amt: $29,000.00**

*Address Redacted*
**Date Filed: 7/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $29,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $29,000.00 | | $0.00 |
| | | | | $29,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SARA GREAVES
**Case(s): 207 Clm No: 3364 Clm. Amt: $24,074.00**

*Address Redacted*
**Date Filed: 7/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $24,074.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $24,074.00 | | $0.00 |
| | | | | $24,074.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MICHAEL PYSKA
**Case(s): 207 Clm No: 3365 Clm. Amt: $105,005.54**

*Address Redacted*
**Date Filed: 7/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $105,005.54**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $105,005.54 | | $0.00 |
| | | | | $105,005.54 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## GLENN RICHARDS, JR.
**Case(s): 207 Clm No: 3366 Clm. Amt: $25,000.00**

*Address Redacted*
**Date Filed: 7/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $25,000.00 | | $0.00 |
| | | | | $25,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JOSHUA MCNABB**
**Case(s): 207 Clm No: 3367 Clm. Amt: $38,000.00**

*Address Redacted*
**Date Filed: 7/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $38,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $38,000.00 | | $0.00 |
| | | | | $38,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**LISA LUONG**
**Case(s): 207 Clm No: 3368 Clm. Amt: $48,000.00**

*Address Redacted*
**Date Filed: 7/26/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $48,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $48,000.00 | | $0.00 |
| | | | | $48,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MICHAEL GUERRA**
**Case(s): 207 Clm No: 3369 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 7/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**FREDY MONTANO**
**Case(s): 207 Clm No: 3370 Clm. Amt: $56,125.14**

*Address Redacted*
**Date Filed: 7/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $56,125.14**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $56,125.14 | | $0.00 |
| | | | | | $56,125.14 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

---

**DAVID J. HARPER**
**Case(s): 207 Clm No: 3371 Clm. Amt: $33,000.00**

*Address Redacted*
**Date Filed: 7/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $33,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $33,000.00 | | $0.00 |
| | | | | | $33,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

---

**BILLY HEROMAN'S FLOWERLAND, INC.**
**Case(s): 207 Clm No: 3372 Clm. Amt: $1,761.17**

*ATTN: BENJAMIN TOWNS HEROMAN*
*10812 N. HARRELL'S FERRY ROAD*
*BATON ROUGE, LA 70816*
**Date Filed: 7/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,761.17**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $1,761.17 | | $1,761.17 |
| | | | | | $1,761.17 | | $1,761.17 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 08/23/2022 | 4950 | Objection Granted | 10/26/2022 | 4990 |

---

**EDWARD MARSHALL GORDON**
**Case(s): 207 Clm No: 3373 Clm. Amt:**

*Address Redacted*
**Date Filed: 8/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## ROBERT MCKENZIE
### Case(s): 207 Clm No: 3374 Clm. Amt: $60,000.00

*Address Redacted*
**Date Filed: 8/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## WASHINGTON STATE DEPARTMENT OF LABOR & INDUSTRIES
### Case(s): 207 Clm No: 3375 Clm. Amt: $11,680.55

*ATTN: ANASTASIA HAMMOND*
*PO BOX 44171*
*OLYMPIA, WA 98504*
**Date Filed: 8/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $11,680.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 207 | PRI | | | $9,869.62 | | |
| 207 | UNS | | | $1,810.93 | | |
| | | | | $11,680.55 | | |

## SERGIO JARA
### Case(s): 207 Clm No: 3376 Clm. Amt: $34,678.08

*Address Redacted*
**Date Filed: 8/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $34,678.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 207 | UNS | | | $34,678.08 | | $0.00 |
| | | | | $34,678.08 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CARRIE LANCASTER
### Case(s): 207 Clm No: 3377 Clm. Amt: $80,000.00

*Address Redacted*
**Date Filed: 8/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DAVID SCOTT MCCULLOUGH**
**Case(s): 207 Clm No: 3378 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 8/2/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**ALLAHGEHOVAH JONES**
**Case(s): 207 Clm No: 3379 Clm. Amt: $57,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 8/2/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $57,000.00** | | | | | | | |
| | 207 | UNS | | | $57,000.00 | | $0.00 |
| | | | | | $57,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**PHILLIP EDGARS**
**Case(s): 207 Clm No: 3380 Clm. Amt: $31,165.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 8/3/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $31,165.00** | | | | | | | |
| | 207 | UNS | | | $31,165.00 | | $0.00 |
| | | | | | $31,165.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## STEPHANIE TORLINA
### Case(s): 207 Clm No: 3381 Clm. Amt: $38,100.77

*Address Redacted*
**Date Filed: 8/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $38,100.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $38,100.77 | | $0.00 |
| | | | | $38,100.77 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## PERRY DELONE, JR
### Case(s): 207 Clm No: 3382 Clm. Amt: $25,000.00

*Address Redacted*
**Date Filed: 8/4/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $25,000.00 | | $0.00 |
| | | | | $25,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## HARRY B. EVERS
### Case(s): 207 Clm No: 3383 Clm. Amt: $45,000.00

*Address Redacted*
**Date Filed: 8/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ST VINCENT HEART CENTER OF INDIANA
### Case(s): 207 Clm No: 3384 Clm. Amt: $65,035.82

*ATTN: STEPHANIE Y. HILL*
*2250 RELIABLE PARKWAY*
*CHICAGO, IL 60686*
**Date Filed: 8/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $65,035.82**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $65,035.82 | | $0.00 |
| | | | | $65,035.82 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No documentation | 10/31/2022 | 5008 | Objection Granted | 12/13/2022 | 5071 |

## VICTOR GAETA
### Case(s): 207 Clm No: 3385 Clm. Amt: $80,000.00

*Address Redacted*
**Date Filed: 8/8/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## ANTHONY WILLIAMS
### Case(s): 207 Clm No: 3386 Clm. Amt:

*Address Redacted*
**Date Filed: 8/8/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


## STEVEN M. LADD
### Case(s): 207 Clm No: 3387 Clm. Amt: $65,000.00

*Address Redacted*
**Date Filed: 8/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $65,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $65,000.00 | | $0.00 |
| | | | | $65,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SHAWN SAMPSON
**Case(s): 207 Clm No: 3388 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 8/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ROBERT GONZALEZ
**Case(s): 207 Clm No: 3389 Clm. Amt: $55,000.00**

*Address Redacted*
**Date Filed: 8/15/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $55,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $55,000.00 | | $0.00 |
| | | | | $55,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## RICKIE GRANTHAM
**Case(s): 207 Clm No: 3390 Clm. Amt: $20,000.00**

*Address Redacted*
**Date Filed: 8/15/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SANDRA LUZ YZAGUIRRE
**Case(s): 207 Clm No: 3391 Clm. Amt:**

*Address Redacted*
**Date Filed: 8/16/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## FRANCHISE TAX BOARD
**Case(s): 207 Clm No: 3392 Clm. Amt: $829.28**

*C/O BANKRUPTCY SECTION MSA340*
*PO BOX 2952*
*SACRAMENTO, CA 95812-2952*
**Date Filed: 8/17/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $829.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | ADM | Disallowed | | $829.28 | | $0.00 |
| | | | | $829.28 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 06/21/2021 | 4370 | Objection Granted | 07/28/2021 | 4419 |

## NANCY S. RODEN
**Case(s): 207 Clm No: 3393 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 8/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DAVID TATUM
**Case(s): 207 Clm No: 3394 Clm. Amt: $45,000.00**

| *Address Redacted*<br>**Date Filed: 8/18/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $45,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

## PAUL RAMM
**Case(s): 207 Clm No: 3395 Clm. Amt: $49,000.00**

| *Address Redacted*<br>**Date Filed: 8/18/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $49,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $49,000.00 | | $0.00 |
| | | | | | $49,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## DARLA ANN SMALLWOOD
**Case(s): 207 Clm No: 3396 Clm. Amt: $32,855.00**

| *Address Redacted*<br>**Date Filed: 8/20/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $32,855.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $32,855.00 | | $0.00 |
| | | | | | $32,855.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ROBERT GONZALEZ**
**Case(s): 207 Clm No: 3397 Clm. Amt: $55,000.00**

*Address Redacted*
**Date Filed: 8/21/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $55,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $55,000.00 | | $0.00 |
| | | | | $55,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**HEIKE NELLY JURADO**
**Case(s): 207 Clm No: 3398 Clm. Amt: $60,850.90**

*Address Redacted*
**Date Filed: 8/21/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,850.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,850.90 | | $0.00 |
| | | | | $60,850.90 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ZACHARY ASA VIVIAN**
**Case(s): 207 Clm No: 3399 Clm. Amt: $73,019.88**

*Address Redacted*
**Date Filed: 8/21/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $73,019.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $73,019.88 | | $0.00 |
| | | | | $73,019.88 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KRISTOFER J. PAGLIARO**
**Case(s): 207 Clm No: 3400 Clm. Amt: $180,000.00**

*Address Redacted*
**Date Filed: 8/21/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $180,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $180,000.00 | | $0.00 |
| | | | | | $180,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**YASHMINA UEJIMA**
**Case(s): 207 Clm No: 3401 Clm. Amt: $163,036.12**

*Address Redacted*
**Date Filed: 8/21/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $163,036.12**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $163,036.12 | | $0.00 |
| | | | | | $163,036.12 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**AMSEL O. GERONIMO**
**Case(s): 207 Clm No: 3402 Clm. Amt: $52,829.84**

*Address Redacted*
**Date Filed: 8/22/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $52,829.84**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $52,829.84 | | $0.00 |
| | | | | | $52,829.84 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**MITCHELL WHEELER**
**Case(s): 207 Clm No: 3403 Clm. Amt: $85,000.00**

*Address Redacted*
**Date Filed: 8/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $85,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $85,000.00 | | $0.00 |
| | | | | $85,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SHAWNA J. FERGUSON (aka Shawna J. Taylor)**
**Case(s): 207 Clm No: 3404 Clm. Amt: $70,000.00**

*Address Redacted*
**Date Filed: 8/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**LANCE ANDREW FOWLER**
**Case(s): 207 Clm No: 3405 Clm. Amt: $118,000.00**

*Address Redacted*
**Date Filed: 8/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $118,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $118,000.00 | | $0.00 |
| | | | | $118,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**STEPHANIE FRANKS**
**Case(s): 207 Clm No: 3406 Clm. Amt: $160,000.00**

*Address Redacted*
**Date Filed: 8/21/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $160,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $160,000.00 | | $0.00 |
| | | | | $160,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**DUSTIN FRANKS**
**Case(s): 207 Clm No: 3407 Clm. Amt: $45,000.00**

*Address Redacted*
**Date Filed: 8/21/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |
| | | | Claim Withdrawn | | 3079 |

**KENTAVIAN BRYANT**
**Case(s): 207 Clm No: 3408 Clm. Amt: $10,370.86**

*Address Redacted*
**Date Filed: 8/24/2017**
**Orig. Date Filed: 2/21/2017**
**Bar Date: 1/30/2017**
**Amending Clm #: 2968**
**Claim Face Value: $10,370.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,370.86 | | $0.00 |
| | | | | $10,370.86 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**GABRIEL R. VALENZUELA**
**Case(s): 207 Clm No: 3409 Clm. Amt: $82,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 8/29/2017 Bar Date: 1/30/2017 Claim Face Value: $82,000.00** | 207 | UNS | | | $82,000.00 | | $0.00 |
| | | | | | $82,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ANDREW GILES**
**Case(s): 207 Clm No: 3410 Clm. Amt: $38,106.58**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 8/31/2017 Bar Date: 1/30/2017 Claim Face Value: $38,106.58** | 207 | UNS | | | $38,106.58 | | $0.00 |
| | | | | | $38,106.58 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**RONALD GOFORTH JR.**
**Case(s): 207 Clm No: 3411 Clm. Amt: $10,539.81**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 8/31/2017 Bar Date: 1/30/2017 Claim Face Value: $10,539.81** | 207 | UNS | | | $10,539.81 | | $0.00 |
| | | | | | $10,539.81 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**SCOTT A. YOUNG**
**Case(s): 207 Clm No: 3412 Clm. Amt: $45,000.00**

*Address Redacted*
**Date Filed: 8/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**AMANDA JOHNSON**
**Case(s): 207 Clm No: 3413 Clm. Amt: $90,000.00**

*Address Redacted*
**Date Filed: 8/31/2017**
**Bar Date: 1/30/2017**
**Amended By Clm #: 3414**
**Claim Face Value: $90,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $90,000.00 | | $0.00 |
| | | | | $90,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**AMANDA JOHNSON**
**Case(s): 207 Clm No: 3414 Clm. Amt: $90,000.00**

*Address Redacted*
**Date Filed: 8/31/2017**
**Orig. Date Filed: 8/31/2017**
**Bar Date: 1/30/2017**
**Amending Clm #: 3413**
**Claim Face Value: $90,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $90,000.00 | | $0.00 |
| | | | | $90,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ROBERT KOWALEWSKI
**Case(s): 207 Clm No: 3415 Clm. Amt: $61,000.00**

*Address Redacted*
**Date Filed: 9/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $61,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 207 | UNS | | | $61,000.00 | | $0.00 |
| | | | | $61,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SHRED-IT USA LLC
**Case(s): 207 Clm No: 3416 Clm. Amt: $184.88**

*ATTN: FASEEH AHMAD*
*7734 S 133RD STREET*
*OMAHA, NE 68138*
**Date Filed: 9/1/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $184.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 207 | UNS | | | $184.88 | | $184.88 |
| | | | | $184.88 | | $184.88 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 08/23/2022 | 4950 | Objection Granted | 10/26/2022 | 4990 |

## CHRISTOPHER J. MUEHLEISEN
**Case(s): 207 Clm No: 3417 Clm. Amt: $20,000.00**

*Address Redacted*
**Date Filed: 8/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 207 | UNS | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## SAMUEL ORLANDO
**Case(s): 207 Clm No: 3418 Clm. Amt: $61,500.10**

*Address Redacted*
**Date Filed: 9/2/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $61,500.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 207 | UNS | | | $61,500.10 | | $0.00 |
| | | | | $61,500.10 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## JOEL ALEXANDER
### Case(s): 207 Clm No: 3419 Clm. Amt: $45,000.00

*Address Redacted*
**Date Filed: 9/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## JACY R. ROBERTS
### Case(s): 207 Clm No: 3420 Clm. Amt: $45,120.00

*Address Redacted*
**Date Filed: 9/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,120.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $45,120.00 | | $0.00 |
| | | | | | $45,120.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## DAN MYERS
### Case(s): 207 Clm No: 3421 Clm. Amt: $76,120.00

*Address Redacted*
**Date Filed: 9/6/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $76,120.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $76,120.00 | | $0.00 |
| | | | | | $76,120.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**CARLOS L MORGAN**
**Case(s): 207 Clm No: 3422 Clm. Amt: $55,953.14**

*Address Redacted*
**Date Filed: 9/7/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $55,953.14**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $55,953.14 | | $0.00 |
| | | | | $55,953.14 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CALEB KEIRSEY**
**Case(s): 207 Clm No: 3423 Clm. Amt: $101,529.39**

*Address Redacted*
**Date Filed: 9/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $101,529.39**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $101,529.39 | | $0.00 |
| | | | | $101,529.39 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CALEB JERRELL KEIRSEY**
**Case(s): 207 Clm No: 3424 Clm. Amt: $101,529.39**

*Address Redacted*
**Date Filed: 9/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $101,529.39**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $101,529.39 | | $0.00 |
| | | | | $101,529.39 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CALEB JERRELL KEIRSEY
### Case(s): 207 Clm No: 3425 Clm. Amt: $101,529.39

*Address Redacted*
**Date Filed: 9/9/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $101,529.39**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $101,529.39 | | $0.00 |
| | | | | $101,529.39 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC
### Case(s): 207 Clm No: 3426 Clm. Amt: $10,735.59

*ATTN: FAITH SANTIAGO*
*27 WATERVIEW DRIVE*
*SHELTON, CT 06484*
**Date Filed: 9/11/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,735.59**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $10,735.59 | | $0.00 |
| | | | | $10,735.59 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

## RANDY SWINDALL
### Case(s): 207 Clm No: 3427 Clm. Amt: $21,000.00

*Address Redacted*
**Date Filed: 9/11/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $21,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $21,000.00 | | $0.00 |
| | | | | $21,000.00 | | $0.00 |

**Claim Note:** Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## Void Claim - Claim Created in Error
### Case(s): Clm No: 3428 Clm. Amt:

**Date Filed:**
**Bar Date: 1/30/2017**
**Claim Face Value:**

## STEPHEN PEASE
### Case(s): 207 Clm No: 3429 Clm. Amt: $68,000.00

*Address Redacted*
**Date Filed: 9/15/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $68,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $68,000.00 | | $0.00 |
| | | | | $68,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BRANDON MCGRUDER
### Case(s): 207 Clm No: 3430 Clm. Amt: $49,000.00

*Address Redacted*
**Date Filed: 9/16/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $49,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $49,000.00 | | $0.00 |
| | | | | $49,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ALEJANDRO T. SANDOVAL
### Case(s): 207 Clm No: 3431 Clm. Amt: $30,000.00

*Address Redacted*
**Date Filed: 9/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KENNETH GUSTAFSON**
**Case(s): 207 Clm No: 3432 Clm. Amt: $15,000.00**

*Address Redacted*
**Date Filed: 9/18/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $15,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $15,000.00 | | $0.00 |
| | | | | | $15,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**KELSEY HIDINGER**
**Case(s): 207 Clm No: 3433 Clm. Amt: $77,000.00**

*Address Redacted*
**Date Filed: 9/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $77,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $77,000.00 | | $0.00 |
| | | | | | $77,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**PHILIP HIDINGER**
**Case(s): 207 Clm No: 3434 Clm. Amt: $82,000.00**

*Address Redacted*
**Date Filed: 9/20/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $82,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $82,000.00 | | $0.00 |
| | | | | | $82,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## ROBERT BLAKE MARTIN
### Case(s): 207 Clm No: 3435 Clm. Amt: $43,000.00

*Address Redacted*
**Date Filed: 9/21/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $43,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $43,000.00 | | $0.00 |
| | | | | $43,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## TRACY HORT
### Case(s): 207 Clm No: 3436 Clm. Amt: $38,000.00

*Address Redacted*
**Date Filed: 9/22/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $38,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $38,000.00 | | $0.00 |
| | | | | $38,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## CHRISTOPHER WUNDERLY
### Case(s): 207 Clm No: 3437 Clm. Amt: $35,000.00

*Address Redacted*
**Date Filed: 9/22/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $35,000.00 | | $0.00 |
| | | | | $35,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## BRYAN LAWLESS
### Case(s): 207 Clm No: 3438 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 9/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## MICHAEL EDWARD DUNN
### Case(s): 207 Clm No: 3439 Clm. Amt: $45,212.79

*Address Redacted*
**Date Filed: 9/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,212.79**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,212.79 | | $0.00 |
| | | | | $45,212.79 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## ZANDRA PATTERSON
### Case(s): 207 Clm No: 3440 Clm. Amt: $44,770.00

*Address Redacted*
**Date Filed: 9/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $44,770.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $44,770.00 | | $0.00 |
| | | | | $44,770.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MICHAEL A. COME**
**Case(s): 207 Clm No: 3441 Clm. Amt: $102,657.36**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/2/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $102,657.36** | 207 | UNS | | | $102,657.36 | | $0.00 |
| | | | | | $102,657.36 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**CALEB KEIRSEY**
**Case(s): 207 Clm No: 3442 Clm. Amt: $101,529.39**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/3/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $101,529.39** | 207 | UNS | | | $101,529.39 | | $0.00 |
| | | | | | $101,529.39 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**GLENN JOHNSON**
**Case(s): 207 Clm No: 3443 Clm. Amt: $120,654.34**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/3/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $120,654.34** | 207 | UNS | | | $120,654.34 | | $0.00 |
| | | | | | $120,654.34 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**REACT2MEDIA**
**Case(s): 207 Clm No: 3444 Clm. Amt: $9,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: ALEXANDER SCHALLER*<br>*35 WEST 36TH ST, STE 4E*<br>*NEW YORK, NY 10018*<br>**Date Filed: 10/10/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $9,000.00** | 207 | UNS | | | $9,000.00 | | $9,000.00 |
| | | | | | $9,000.00 | | $9,000.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 08/23/2022 | 4950 | Objection Granted | 10/26/2022 | 4990 |

**MICHAEL HOLODENKO**
**Case(s): 207 Clm No: 3445 Clm. Amt: $115,000.00**

*Address Redacted*
**Date Filed: 10/11/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $115,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $115,000.00 | | $0.00 |
| | | | | | $115,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**CLARKE WALDRON**
**Case(s): 207 Clm No: 3446 Clm. Amt: $23,500.00**

*Address Redacted*
**Date Filed: 10/10/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $23,500.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $23,500.00 | | $0.00 |
| | | | | | $23,500.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**JAIME BARRAGAN**
**Case(s): 207 Clm No: 3447 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 10/11/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**GABRIELA CARRILLO**
**Case(s): 207 Clm No: 3448 Clm. Amt: $41,636.99**

*Address Redacted*
**Date Filed: 10/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $41,636.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $41,636.99 | | $0.00 |
| | | | | $41,636.99 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ADAM WATKINS**
**Case(s): 207 Clm No: 3449 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 10/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**MARK PAYNE**
**Case(s): 207 Clm No: 3450 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 10/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

## DAMIAN AGEE
**Case(s): 207 Clm No: 3451 Clm. Amt: $40,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 10/13/2017** **Bar Date: 1/30/2017** **Claim Face Value: $40,000.00** | | | | | | | |
| | 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | | $40,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## DARREN ROUTON
**Case(s): 207 Clm No: 3452 Clm. Amt: $61,555.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 10/15/2017** **Bar Date: 1/30/2017** **Claim Face Value: $61,555.00** | | | | | | | |
| | 207 | UNS | | | $61,555.00 | | $0.00 |
| | | | | | $61,555.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

## NICKOLAS FLETCHER
**Case(s): 207 Clm No: 3453 Clm. Amt: $75,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *C/O HESTER BAKER KREBS LLC* *ATTN: DAVID R. KREBS* *ONE INDIANA SQUARE, SUITE 1600* *INDIANAPOLIS, IN 46204* **Date Filed: 10/16/2017** **Bar Date: 9/16/2016** **Claim Face Value: $75,000.00** | | | | | | | |
| | 207 | UNS | Allowed | | $75,000.00 | | $75,000.00 |
| | | | | | $75,000.00 | | $75,000.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 06/15/2022 | 4883 | Objection Granted | 06/16/2022 | 4893 |

## JAMIE KIRK
**Case(s): 207 Clm No: 3454 Clm. Amt: $75,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *C/O HESTER BAKER KREBS LLC* *ATTN: DAVID R. KREBS* *ONE INDIANA SQUARE, SUITE 1600* *INDIANAPOLIS, IN 46204* **Date Filed: 10/16/2017** **Bar Date: 9/16/2016** **Claim Face Value: $75,000.00** | | | | | | | |
| | 207 | UNS | Allowed | | $75,000.00 | | $75,000.00 |
| | | | | | $75,000.00 | | $75,000.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 06/15/2022 | 4883 | Objection Granted | 06/16/2022 | 4893 |

**CANDACE REED**

**Case(s): 207 Clm No: 3455 Clm. Amt: $75,000.00**

*C/O HESTER BAKER KREBS LLC*
*ATTN: DAVID R. KREBS*
*ONE INDIANA SQUARE, SUITE 1600*
*INDIANAPOLIS, IN 46204*
**Date Filed: 10/16/2017**
**Bar Date: 9/16/2016**
**Claim Face Value: $75,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Allowed | | $75,000.00 | | $75,000.00 |
| | | | | $75,000.00 | | $75,000.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 06/15/2022 | 4883 | Objection Granted | 06/16/2022 | 4893 |

**CEDRIC HILL**

**Case(s): 207 Clm No: 3456 Clm. Amt: $75,000.00**

*C/O HESTER BAKER KREBS LLC*
*ATTN: DAVID R. KREBS*
*ONE INDIANA SQUARE, SUITE 1600*
*INDIANAPOLIS, IN 46204*
**Date Filed: 10/16/2017**
**Bar Date: 9/16/2016**
**Claim Face Value: $75,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Allowed | | $75,000.00 | | $75,000.00 |
| | | | | $75,000.00 | | $75,000.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 06/15/2022 | 4883 | Objection Granted | 06/16/2022 | 4893 |

**JOSHUA WARREN**

**Case(s): 207 Clm No: 3457 Clm. Amt: $75,000.00**

*C/O HESTER BAKER KREBS LLC*
*ATTN: DAVID R. KREBS*
*ONE INDIANA SQUARE, SUITE 1600*
*INDIANAPOLIS, IN 46204*
**Date Filed: 10/16/2017**
**Bar Date: 9/16/2016**
**Claim Face Value: $75,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Allowed | | $75,000.00 | | $75,000.00 |
| | | | | $75,000.00 | | $75,000.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 06/15/2022 | 4883 | Objection Granted | 06/16/2022 | 4893 |

**PERRY VARNER**

**Case(s): 207 Clm No: 3458 Clm. Amt: $75,000.00**

*C/O HESTER BAKER KREBS LLC*
*ATTN: DAVID R. KREBS*
*ONE INDIANA SQUARE, SUITE 1600*
*INDIANAPOLIS, IN 46204*
**Date Filed: 10/16/2017**
**Bar Date: 9/16/2016**
**Claim Face Value: $75,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Allowed | | $75,000.00 | | $75,000.00 |
| | | | | $75,000.00 | | $75,000.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 06/15/2022 | 4883 | Objection Granted | 06/16/2022 | 4893 |

**DONNA YOUNG**

**Case(s): 207 Clm No: 3459 Clm. Amt: $75,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *C/O HESTER BAKER KREBS LLC*<br>*ATTN: DAVID R. KREBS*<br>*ONE INDIANA SQUARE, SUITE 1600*<br>*INDIANAPOLIS, IN 46204*<br>**Date Filed: 10/16/2017**<br>**Bar Date: 9/16/2016**<br>**Claim Face Value: $75,000.00** | 207 | UNS | Allowed | | $75,000.00<br>$75,000.00 | | $75,000.00<br>$75,000.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 06/15/2022 | 4883 | Objection Granted | 06/16/2022 | 4893 |

**CLEOPATHRA ROBINSON**

**Case(s): 207 Clm No: 3460 Clm. Amt: $17,500.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/19/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $17,500.00** | 207 | UNS | | | $17,500.00<br>$17,500.00 | | $0.00<br>$0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**TERRY GUTIERREZ**

**Case(s): 207 Clm No: 3461 Clm. Amt: $9,500.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/22/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $9,500.00** | 207 | UNS | | | $9,500.00<br>$9,500.00 | | $0.00<br>$0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**TAMECKO TURLEY**

**Case(s): 207 Clm No: 3462 Clm. Amt: $43,962.23**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/23/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $43,962.23** | 207 | UNS | | | $43,962.23<br>$43,962.23 | | $0.00<br>$0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

### SHRED-IT USA LLC
**Case(s): 207 Clm No: 3463 Clm. Amt: $369.81**

*ATTN: FASEEH AHMAD*
*7734 S 133RD STREET*
*OMAHA, NE 68138*
**Date Filed: 10/23/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $369.81**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $369.81 | | $0.00 |
| | | | | $369.81 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

### SHANTEL PAYNE
**Case(s): 207 Clm No: 3464 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### COLLIN A. JOHNSON
**Case(s): 207 Clm No: 3465 Clm. Amt: $17,813.96**

*Address Redacted*
**Date Filed: 10/25/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $17,813.96**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $17,813.96 | | $0.00 |
| | | | | $17,813.96 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

### JOHNETAN PITALUGA
**Case(s): 207 Clm No: 3466 Clm. Amt: $42,042.00**

*Address Redacted*
**Date Filed: 10/24/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $42,042.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $42,042.00 | | $0.00 |
| | | | | $42,042.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**ANDREW BOWERS**
**Case(s): 207 Clm No: 3467 Clm. Amt: $57,000.00**

*Address Redacted*
**Date Filed: 10/27/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $57,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $57,000.00 | | $0.00 |
| | | | | $57,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**EDWARD WILLIAMS**
**Case(s): 207 Clm No: 3468 Clm. Amt: $65,000.00**

*Address Redacted*
**Date Filed: 10/30/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $65,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $65,000.00 | | $0.00 |
| | | | | $65,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**LINDSEY TERRY JOHNSON JR**
**Case(s): 207 Clm No: 3469 Clm. Amt: $23,451.00**

*Address Redacted*
**Date Filed: 10/31/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $23,451.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $23,451.00 | | $0.00 |
| | | | | $23,451.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**CARLOS E MATA PRIMERO**
**Case(s): 207 Clm No: 3470 Clm. Amt: $70,248.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 11/1/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $70,248.00** | | | | | | | |
| | 207 | UNS | | | $70,248.00 | | $0.00 |
| | | | | | $70,248.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ERIC MUNIE**
**Case(s): 207 Clm No: 3471 Clm. Amt: $46,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 11/1/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $46,000.00** | | | | | | | |
| | 207 | UNS | | | $46,000.00 | | $0.00 |
| | | | | | $46,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**MARTINQUE JENKINS**
**Case(s): 207 Clm No: 3472 Clm. Amt: $9,401.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 11/9/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $9,401.00** | | | | | | | |
| | 207 | UNS | | | $9,401.00 | | $0.00 |
| | | | | | $9,401.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**311 NEW RODGERS ASSOCIATES LLC**
**Case(s): 207 Clm No: 3473 Clm. Amt: $359,365.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *ATTN: KAY DEE BAIRD, ESQ*<br>*C/O KRIEG DEVAULT LLP*<br>*ONE INDIANA SQUARE, SUITE 2800*<br>*INDIANAPOLIS, IN 46204*<br>**Date Filed: 11/9/2017**<br>**Orig. Date Filed: 1/13/2017**<br>**Bar Date: 1/30/2017**<br>**Amending Clm #: 1541**<br>**Claim Face Value: $359,365.00** | | | | | | | |
| | 207 | UNS | | | $359,365.00 | | |
| | | | | | $359,365.00 | | |

### CHELSEA M. VERHAGEN
### Case(s): 207 Clm No: 3474 Clm. Amt: $11,000.00

*Address Redacted*
**Date Filed: 11/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $11,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $11,000.00 | | $0.00 |
| | | | | $11,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


### CESAR M VELOZ
### Case(s): 207 Clm No: 3475 Clm. Amt: $70,000.00

*Address Redacted*
**Date Filed: 11/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |


### CHRISTIAN CARABALLO
### Case(s): 207 Clm No: 3476 Clm. Amt: $30,000.00

*Address Redacted*
**Date Filed: 11/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | | | $0.00 |
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**KEVIN DIMEO**
**Case(s): 207 Clm No: 3477 Clm. Amt: $48,000.00**

*Address Redacted*
**Date Filed: 11/14/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $48,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $48,000.00 | | $0.00 |
| | | | | $48,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**SAUL FLORES**
**Case(s): 207 Clm No: 3478 Clm. Amt: $52,931.00**

*Address Redacted*
**Date Filed: 11/15/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $52,931.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $52,931.00 | | $0.00 |
| | | | | $52,931.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**Void Claim - Claim Created in Error**
**Case(s): Clm No: 3479 Clm. Amt:**

**Date Filed:**
**Claim Face Value:**

**JACOB CROSKEY**
**Case(s): 207 Clm No: 3480 Clm. Amt: $45,000.00**

*Address Redacted*
**Date Filed: 11/15/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| | | | Claim Withdrawn | | 3079 |

**JOHN MCCULLOUGH**

**Case(s): 207 Clm No: 3481 Clm. Amt: $2,912.25**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 11/15/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $2,912.25** | | | | | | | |
| | 207 | UNS | | | $2,912.25 | | $0.00 |
| | | | | | $2,912.25 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**ALICIA E POLITE**

**Case(s): 207 Clm No: 3482 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 11/18/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| No documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

**ANDREA DIXON-LEDE**

**Case(s): 207 Clm No: 3483 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 11/20/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**BRANDON BUSH**

**Case(s): 207 Clm No: 3484 Clm. Amt: $25,226.65**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 11/20/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $25,226.65** | | | | | | | |
| | 207 | UNS | | | $25,226.65 | | $0.00 |
| | | | | | $25,226.65 | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**BRAD W. HARRIS**
**Case(s): 207 Clm No: 3485 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 11/21/2017 Bar Date: 1/30/2017 Claim Face Value:** | | | | | | | |
| | 207 | SEC | | | | | $0.00 |
| | | | | | | | $0.00 |

**Claim Note: Final Order Granting Trustee's Motion for Authority to Enter into Settlement of Student Class Action**

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| | | | Claim Withdrawn | | 3079 |

**BILLY JOE BREWER III**
**Case(s): 207 Clm No: 3486 Clm. Amt: $35,628.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 11/22/2017 Bar Date: 1/30/2017 Claim Face Value: $35,628.00** | | | | | | | |
| | 207 | UNS | | | $35,628.00 | | $0.00 |
| | | | | | $35,628.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | | | Objection Granted | | 3079 |

**BRIAN HOLLE**
**Case(s): 207 Clm No: 3487 Clm. Amt: $48,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 11/22/2017 Bar Date: 1/30/2017 Claim Face Value: $48,000.00** | | | | | | | |
| | 207 | UNS | | | $48,000.00 | | $0.00 |
| | | | | | $48,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | | | Objection Granted | | 3079 |

**ASHLEY MARIE MIRELES**
**Case(s): 207 Clm No: 3488 Clm. Amt: $3,600.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 11/23/2017 Bar Date: 1/30/2017 Claim Face Value: $3,600.00** | | | | | | | |
| | 207 | UNS | | | $3,600.00 | | $0.00 |
| | | | | | $3,600.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | | | Objection Granted | | 3079 |

### ANGELICA JENKINS
**Case(s): 207 Clm No: 3489 Clm. Amt: $35,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 11/27/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $35,000.00** | | | | | | | |
| | 207 | UNS | | | $35,000.00 | | $0.00 |
| | | | | | $35,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | | | Objection Granted | | 3079 |

### EVA JONES
**Case(s): 207 Clm No: 3490 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 11/27/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | | | Objection Granted | | 3079 |

### ERIC BRONCY
**Case(s): 207 Clm No: 3491 Clm. Amt: $137,738.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 11/28/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $137,738.00** | | | | | | | |
| | 207 | UNS | | | $137,738.00 | | $0.00 |
| | | | | | $137,738.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | | | Objection Granted | | 3079 |

### Jamie G. Smith
**Case(s): 207 Clm No: 3492 Clm. Amt: $93,075.37**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 11/28/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $93,075.37** | | | | | | | |
| | 207 | UNS | | | $93,075.37 | | $0.00 |
| | | | | | $93,075.37 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | | | Objection Granted | | 3079 |

## CHRISTOPHER HEATH MELTON
### Case(s): 207 Clm No: 3493 Clm. Amt: $41,929.00

*Address Redacted*
**Date Filed:** 11/30/2017
**Bar Date:** 1/30/2017
**Claim Face Value: $41,929.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $41,929.00 | | $0.00 |
| | | | | $41,929.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|------------------|
| Miscellaneous objection | | | Objection Granted | | 3079 |

## DIOSDAVIL NERIS JR.
### Case(s): 207 Clm No: 3494 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed:** 12/4/2017
**Bar Date:** 1/30/2017
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|------------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## Void Claims - Claim Created in Error
### Case(s): Clm No: 3495 Clm. Amt:

**Date Filed:**
**Claim Face Value:**

## Martin King
### Case(s): 207 Clm No: 3496 Clm. Amt: $60,000.00

*Address Redacted*
**Date Filed:** 12/11/2017
**Bar Date:** 1/30/2017
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|------------------|
| No Basis | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

**Susan Bloechle**
**Case(s): 207 Clm No: 3497 Clm. Amt: $13,000.00**

*Address Redacted*
**Date Filed: 12/12/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $13,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $13,000.00 | | $0.00 |
| | | | | $13,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

**RYAN MANGOLD**
**Case(s): 207 Clm No: 3498 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 12/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

**DAMERON HOSPITAL ASSOCIATION**
**Case(s): 207 Clm No: 3499 Clm. Amt: $299,627.79**

*C/O BOUTIN JONES INC.*
*ATTN: MARK GORTON, ESQ.*
*555 CAPITOL MALL, SUITE 1500*
*SACRAMENTO, CA 95814*
**Date Filed: 12/13/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $299,627.79**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $299,627.79 | | $0.00 |
| | | | | $299,627.79 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 10/31/2022 | 5008 | Objection Granted | 12/13/2022 | 5071 |

## AROUJ WHYEN
### Case(s): 207 Clm No: 3500 Clm. Amt: $1,700,000.00

ATTN: DANIEL TASHNEK
2205 MATHEWS AVENUE
REDONDO BEACH, CA 90278
**Date Filed: 12/14/2017**
**Orig. Date Filed: 11/22/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 913**
**Claim Face Value: $1,700,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $1,700,000.00 | | $0.00 |
| | | | | $1,700,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4621 | Objection Granted | 03/31/2022 | 4732 |

## STEVE LAW
### Case(s): 207 Clm No: 3501 Clm. Amt: $65,000.00

*Address Redacted*
**Date Filed: 12/14/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $65,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $65,000.00 | | $0.00 |
| | | | | $65,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

## JOHN MCCULLOUGH
### Case(s): 207 Clm No: 3502 Clm. Amt: $2,912.25

*Address Redacted*
**Date Filed: 12/15/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $2,912.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $2,912.25 | | $0.00 |
| | | | | $2,912.25 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## JUAN N MUNOZ
### Case(s): 207 Clm No: 3503 Clm. Amt: $20,398.00

*Address Redacted*
**Date Filed: 12/15/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,398.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,398.00 | | $0.00 |
| | | | | $20,398.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

**MICHAEL DELANCEY**
**Case(s): 207 Clm No: 3504 Clm. Amt: $21,000.00**

*Address Redacted*
**Date Filed: 12/21/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $21,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $21,000.00 | | $0.00 |
| | | | | $21,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

**CHRISTOPHER FOSTER**
**Case(s): 207 Clm No: 3505 Clm. Amt: $55,754.00**

*Address Redacted*
**Date Filed: 12/28/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $55,754.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $55,754.00 | | $0.00 |
| | | | | $55,754.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**DEREK PRITCHARD**
**Case(s): 207 Clm No: 3506 Clm. Amt: $76,344.47**

*Address Redacted*
**Date Filed: 12/29/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $76,344.47**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $76,344.47 | | $0.00 |
| | | | | $76,344.47 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

**Artin G Siraki**
**Case(s): 207 Clm No: 3507 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/1/2018**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**MATTHEW LASKOWSKI**

**Case(s): 207 Clm No: 3508 Clm. Amt: $33,154.94**

*2239 WILEY CT*
*HOLLYWOOD, FL 33020*
**Date Filed: 1/2/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $33,154.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $33,154.94 | | $0.00 |
| | | | | $33,154.94 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/18/2022 | 4617 | Objection Granted | 03/31/2022 | 4730 |

**BENJAMIN MAYBERRY**

**Case(s): 207 Clm No: 3509 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/3/2018**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**IVAN M. DIAZ**

**Case(s): 207 Clm No: 3510 Clm. Amt: $55,000.00**

*Address Redacted*
**Date Filed: 1/3/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $55,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $55,000.00 | | $0.00 |
| | | | | $55,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

**CASH TOMLINSON**

**Case(s): 207 Clm No: 3511 Clm. Amt: $100,000.00**

*Address Redacted*
**Date Filed: 1/4/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $100,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $100,000.00 | | $0.00 |
| | | | | $100,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

### LAURA CUTTICA
**Case(s): 207 Clm No: 3512 Clm. Amt: $40,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/4/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $40,000.00** | | | | | | | |
| | 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | | $40,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### STEPHEN GRANT
**Case(s): 207 Clm No: 3513 Clm. Amt: $45,789.99**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/5/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $45,789.99** | | | | | | | |
| | 207 | UNS | | | $45,789.99 | | $0.00 |
| | | | | | $45,789.99 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### Melvin Reed
**Case(s): 207 Clm No: 3514 Clm. Amt: $34,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/7/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $34,000.00** | | | | | | | |
| | 207 | UNS | | | $34,000.00 | | $0.00 |
| | | | | | $34,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### Isidore Ray Salas
**Case(s): 207 Clm No: 3515 Clm. Amt: $105,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/7/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $105,000.00** | | | | | | | |
| | 207 | UNS | | | $105,000.00 | | $0.00 |
| | | | | | $105,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### CHELSIE N NEWELL
**Case(s): 207 Clm No: 3516 Clm. Amt: $27,960.80**

*Address Redacted*
**Date Filed: 1/9/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $27,960.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $27,960.80 | | $0.00 |
| | | | | $27,960.80 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

### STATE OF MINNESOTA
**Case(s): 207 Clm No: 3517 Clm. Amt: $2,680.27**

*DEPARTMENT OF REVENUE*
*ATTN: SARA WESTLY*
*PO BOX 64447 - BKY*
*ST. PAUL, MN 55164-0047*
**Date Filed: 12/5/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $2,680.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $2,528.57 | | |
| 207 | UNS | | | $151.70 | | |
| | | | | $2,680.27 | | |

### PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC
**Case(s): 207 Clm No: 3518 Clm. Amt: $1,660.02**

*C/O PITNEY BOWES INC.*
*ATTN: FAITH SANTIAGO*
*27 WATERVIEW DRIVE, 3RD FL*
*SHELTON, CT 06484*
**Date Filed: 1/2/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,660.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $1,660.02 | | $0.00 |
| | | | | $1,660.02 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

### PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC
**Case(s): 207 Clm No: 3519 Clm. Amt: $27,850.18**

*C/O PITNEY BOWES INC.*
*ATTN: FAITH SANTIAGO*
*27 WATERVIEW DRIVE, 3RD FL*
*SHELTON, CT 06484*
**Date Filed: 1/2/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $27,850.18**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $27,850.18 | | $0.00 |
| | | | | $27,850.18 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

### KENNETH L. LYDAY
**Case(s): 207 Clm No: 3520 Clm. Amt: $40,070.00**

*Address Redacted*
**Date Filed: 1/8/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,070.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,070.00 | | $0.00 |
| | | | | $40,070.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### ASIA MARIE OLIVER
**Case(s): 207 Clm No: 3521 Clm. Amt: $8,580.00**

*Address Redacted*
**Date Filed: 1/10/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,730.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $2,850.00 | | $0.00 |
| 207 | SEC | | | $5,730.00 | | $0.00 |
| | | | | $8,580.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

### Lee Smith
**Case(s): 207 Clm No: 3522 Clm. Amt: $112,613.10**

*Address Redacted*
**Date Filed: 1/11/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $112,613.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $112,613.10 | | $0.00 |
| | | | | $112,613.10 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### Robert P Buchholz
**Case(s): 207 Clm No: 3523 Clm. Amt: $106,000.00**

*Address Redacted*
**Date Filed: 1/11/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $106,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $106,000.00 | | $0.00 |
| | | | | $106,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

## JORDAN HICKS
### Case(s): 207 Clm No: 3524 Clm. Amt: $26,218.58

*Address Redacted*
**Date Filed: 1/13/2018**
**Bar Date: 1/30/2017**
**Amended By Clm #: 3525**
**Claim Face Value: $26,218.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $26,218.58 | | $0.00 |
| | | | | $26,218.58 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## JORDAN HICKS
### Case(s): 207 Clm No: 3525 Clm. Amt: $26,226.79

*Address Redacted*
**Date Filed: 1/16/2018**
**Orig. Date Filed: 1/13/2018**
**Bar Date: 1/30/2017**
**Amending Clm #: 3524**
**Claim Face Value: $26,226.79**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $26,226.79 | | $0.00 |
| | | | | $26,226.79 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## CHRISTIANA NWAOGWUGWU
### Case(s): 207 Clm No: 3526 Clm. Amt: $27,356.35

*Address Redacted*
**Date Filed: 1/13/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $27,356.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $27,356.35 | | $0.00 |
| | | | | $27,356.35 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## RACINE MAHAMOUD TOURE
### Case(s): 207 Clm No: 3527 Clm. Amt: $53,676.72

*Address Redacted*
**Date Filed: 1/17/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $53,676.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $53,676.72 | | $0.00 |
| | | | | $53,676.72 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### ASIA MARIE OLIVER
**Case(s): 207 Clm No: 3528 Clm. Amt: $5,730.00**

*Address Redacted*
**Date Filed: 1/17/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,730.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,730.00 | | $0.00 |
| | | | | $5,730.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

### SAMUEL MONTANA PREVIS
**Case(s): 207 Clm No: 3529 Clm. Amt: $32,789.53**

*Address Redacted*
**Date Filed: 1/18/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $32,789.53**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $32,789.53 | | $0.00 |
| | | | | $32,789.53 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### Ray Wiggins Jr.
**Case(s): 207 Clm No: 3530 Clm. Amt: $45,977.89**

*Address Redacted*
**Date Filed: 1/18/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,977.89**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,977.89 | | $0.00 |
| | | | | $45,977.89 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### Luis Felix Mercado
**Case(s): 207 Clm No: 3531 Clm. Amt: $4,120.00**

*Address Redacted*
**Date Filed: 1/20/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $4,120.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $4,120.00 | | $0.00 |
| | | | | $4,120.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### JUSTIN P. CUNNINGHAM
**Case(s): 207 Clm No: 3532 Clm. Amt: $28,000.00**

*Address Redacted*
**Date Filed: 1/22/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $28,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $28,000.00 | | $0.00 |
| | | | | $28,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### JACOB Q BAIRD
**Case(s): 207 Clm No: 3533 Clm. Amt: $23,000.00**

*Address Redacted*
**Date Filed: 1/22/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $23,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $23,000.00 | | $0.00 |
| | | | | $23,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### BRANDON CARNEY
**Case(s): 207 Clm No: 3534 Clm. Amt: $55,000.00**

*Address Redacted*
**Date Filed: 1/22/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $55,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $55,000.00 | | $0.00 |
| | | | | $55,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

### FLOYD TAYLOR
**Case(s): 207 Clm No: 3535 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed: 1/22/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## Jasmine Mickles
### Case(s): 207 Clm No: 3536 Clm. Amt: $26,187.05

*Address Redacted*
**Date Filed: 1/22/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $26,187.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $26,187.05 | | $0.00 |
| | | | | $26,187.05 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## SARAH WEBB
### Case(s): 207 Clm No: 3537 Clm. Amt: $60,000.00

*Address Redacted*
**Date Filed: 1/22/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

## DEBORAH Y. PITTS
### Case(s): 207 Clm No: 3538 Clm. Amt: $72,869.57

*Address Redacted*
**Date Filed: 1/22/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $72,869.57**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $72,869.57 | | $0.00 |
| | | | | $72,869.57 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## JARED MATTERN
### Case(s): 207 Clm No: 3539 Clm. Amt: $70,000.00

*Address Redacted*
**Date Filed: 1/22/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### EVERARDO D. CAMACHO-GUERRERO
**Case(s): 207 Clm No: 3540 Clm. Amt: $46,457.31**

*Address Redacted*
**Date Filed: 1/23/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $46,457.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $46,457.31 | | $0.00 |
| | | | | $46,457.31 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### Julie Louise Rohret
**Case(s): 207 Clm No: 3541 Clm. Amt: $135,000.00**

*Address Redacted*
**Date Filed: 1/23/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $135,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $135,000.00 | | $0.00 |
| | | | | $135,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### JERRY BLAND JR
**Case(s): 207 Clm No: 3542 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 1/24/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### SHAWN HALL
**Case(s): 207 Clm No: 3543 Clm. Amt: $52,000.00**

*Address Redacted*
**Date Filed: 1/24/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $52,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $52,000.00 | | $0.00 |
| | | | | $52,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

## DAVID K ROBBINS II
### Case(s): 207 Clm No: 3544 Clm. Amt: $18,612.99

*Address Redacted*
**Date Filed: 1/24/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $18,612.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 207 | UNS | | | $18,612.99 | | $0.00 |
| | | | | $18,612.99 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## JEFFREY NICHOLS
### Case(s): 207 Clm No: 3545 Clm. Amt: $18,586.24

*Address Redacted*
**Date Filed: 1/24/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $18,586.24**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 207 | UNS | | | $18,586.24 | | $0.00 |
| | | | | $18,586.24 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## ANDREW SABOURIN
### Case(s): 207 Clm No: 3546 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 1/24/2018**
**Orig. Date Filed: 1/12/2017**
**Bar Date: 1/30/2017**
**Amending Clm #: 1469**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## VICTORIA MARIE KAHN
### Case(s): 207 Clm No: 3547 Clm. Amt: $117,526.04

*Address Redacted*
**Date Filed: 1/24/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $117,526.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 207 | UNS | | | $117,526.04 | | $0.00 |
| | | | | $117,526.04 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### SHALA MICHAL WEAVER
**Case(s): 207 Clm No: 3548 Clm. Amt: $102,292.15**

*Address Redacted*
**Date Filed: 1/24/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $102,292.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $102,292.15 | | $0.00 |
| | | | | $102,292.15 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### RICK HEBERT
**Case(s): 207 Clm No: 3549 Clm. Amt: $45,000.00**

*Address Redacted*
**Date Filed: 1/24/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### BRIANNA ARIEL EDWARDS
**Case(s): 207 Clm No: 3550 Clm. Amt: $20,000.00**

*Address Redacted*
**Date Filed: 1/25/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

### Crystal Hyde
**Case(s): 207 Clm No: 3551 Clm. Amt: $43,703.74**

*Address Redacted*
**Date Filed: 1/25/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $43,703.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $43,703.74 | | $0.00 |
| | | | | $43,703.74 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

### LANCE M BAUGHMAN
**Case(s): 207 Clm No: 3552 Clm. Amt: $70,000.00**

| *Address Redacted*<br>**Date Filed: 1/25/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $70,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | | $70,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### MATTHEW BERRY
**Case(s): 207 Clm No: 3553 Clm. Amt: $8,000.00**

| *Address Redacted*<br>**Date Filed: 1/25/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $8,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $8,000.00 | | $0.00 |
| | | | | | $8,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### JELISA A BROWN
**Case(s): 207 Clm No: 3554 Clm. Amt: $50,000.00**

| *Address Redacted*<br>**Date Filed: 1/25/2018**<br>**Bar Date: 1/30/2017**<br>**Amended By Clm #: 3624**<br>**Claim Face Value: $50,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | | $50,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### MEGAN M KOVIACK (AQUINO)
**Case(s): 207 Clm No: 3555 Clm. Amt: $45,578.00**

| *Address Redacted*<br>**Date Filed: 1/25/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $45,578.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $45,578.00 | | $0.00 |
| | | | | | $45,578.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

## ROBERT AZZALINA
**Case(s): 207 Clm No: 3556 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/25/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

## MICHELLE FUCCI
**Case(s): 207 Clm No: 3557 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 1/25/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

## RYAN RIZZUTTO
**Case(s): 207 Clm No: 3558 Clm. Amt: $80,811.68**

*Address Redacted*
**Date Filed: 1/25/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,811.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,811.68 | | $0.00 |
| | | | | $80,811.68 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

## JOSUE VILLALOBOS
**Case(s): 207 Clm No: 3559 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 1/25/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

## PAULO MARTINS
### Case(s): 207 Clm No: 3560 Clm. Amt: $48,000.00

*Address Redacted*
**Date Filed: 1/25/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $48,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $48,000.00 | | $0.00 |
| | | | | $48,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

## SANDRA A HUCKABY
### Case(s): 207 Clm No: 3561 Clm. Amt: $80,000.00

*Address Redacted*
**Date Filed: 1/25/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

## Void Claim - Entered in Error
### Case(s): Clm No: 3562 Clm. Amt:

**Date Filed:**
**Bar Date: 1/30/2017**
**Claim Face Value:**

## BRADFORD T. JOHNSON
### Case(s): 207 Clm No: 3563 Clm. Amt: $50,000.00

*Address Redacted*
**Date Filed: 1/25/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

### JOHN HUBBARD, CHASE HUBBARD
**Case(s): 207 Clm No: 3564 Clm. Amt: $124,706.58**

*Address Redacted*
**Date Filed: 1/26/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $124,706.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $124,706.58 | | $0.00 |
| | | | | $124,706.58 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### OSCAR GOMEZ JR.
**Case(s): 207 Clm No: 3565 Clm. Amt: $52,740.32**

*Address Redacted*
**Date Filed: 1/25/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $52,740.32**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $52,740.32 | | $0.00 |
| | | | | $52,740.32 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### CYNTHIA MAE RING
**Case(s): 207 Clm No: 3566 Clm. Amt: $55,000.00**

*Address Redacted*
**Date Filed: 1/26/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $55,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $55,000.00 | | $0.00 |
| | | | | $55,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

### BRADLEY ERIC ROLLINS
**Case(s): 207 Clm No: 3567 Clm. Amt: $68,000.00**

*Address Redacted*
**Date Filed: 1/26/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $68,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | | | $68,000.00 | | $0.00 |
| | | | | $68,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

### KEITH DAVIS
**Case(s): 207 Clm No: 3568 Clm. Amt: $31,000.00**

*Address Redacted*
**Date Filed: 1/27/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $31,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $31,000.00 | | $0.00 |
| | | | | $31,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### SANTRICIA JONES
**Case(s): 207 Clm No: 3569 Clm. Amt: $65,000.00**

*Address Redacted*
**Date Filed: 1/27/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $65,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $65,000.00 | | $0.00 |
| | | | | $65,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### RICKEY NANCE
**Case(s): 207 Clm No: 3570 Clm. Amt: $54,000.00**

*Address Redacted*
**Date Filed: 1/27/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $54,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $54,000.00 | | $0.00 |
| | | | | $54,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### JEREMY D GAGNIER
**Case(s): 207 Clm No: 3571 Clm. Amt: $104,097.00**

*Address Redacted*
**Date Filed: 1/27/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $104,097.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $104,097.00 | | $0.00 |
| | | | | $104,097.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

**JUSTIN JARVIS**
**Case(s): 207 Clm No: 3572 Clm. Amt: $42,676.00**

*Address Redacted*
**Date Filed: 1/27/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $42,676.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $42,676.00 | | $0.00 |
| | | | | $42,676.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3522 |

**CHRISTINA PUMPHREY**
**Case(s): 207 Clm No: 3573 Clm. Amt: $32,000.00**

*Address Redacted*
**Date Filed: 1/27/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $32,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $32,000.00 | | $0.00 |
| | | | | $32,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**BREANNE STEWART**
**Case(s): 207 Clm No: 3574 Clm. Amt: $36,933.60**

*Address Redacted*
**Date Filed: 1/28/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $36,933.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $36,933.60 | | $0.00 |
| | | | | $36,933.60 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**STUART HARRIS**
**Case(s): 207 Clm No: 3575 Clm. Amt: $37,400.00**

*Address Redacted*
**Date Filed: 1/28/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $37,400.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $37,400.00 | | $0.00 |
| | | | | $37,400.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### JORGE A BUSTAMANTE
**Case(s): 207 Clm No: 3576 Clm. Amt: $43,000.00**

*Address Redacted*
**Date Filed: 1/28/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $43,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $43,000.00 | | $0.00 |
| | | | | $43,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### STEPHEN LARRY REED JR.
**Case(s): 207 Clm No: 3577 Clm. Amt: $55,187.00**

*Address Redacted*
**Date Filed: 1/28/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $55,187.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $55,187.00 | | $0.00 |
| | | | | $55,187.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### JACK MICHAEL SOTO
**Case(s): 207 Clm No: 3578 Clm. Amt: $45,000.00**

*Address Redacted*
**Date Filed: 1/28/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### CHEYNON MARTIN
**Case(s): 207 Clm No: 3579 Clm. Amt: $45,000.00**

*Address Redacted*
**Date Filed: 1/29/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## Desirae Rendon
### Case(s): 207 Clm No: 3580 Clm. Amt: $34,331.24

| *Address Redacted*<br>**Date Filed: 1/29/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $34,331.24** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $34,331.24 | | $0.00 |
| | | | | | $34,331.24 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | | 3547 | Objection Granted | 09/25/2019 | 3622 |

## BREANA BAKIS
### Case(s): 207 Clm No: 3581 Clm. Amt: $28,533.00

| *Address Redacted*<br>**Date Filed: 1/29/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $28,533.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $28,533.00 | | $0.00 |
| | | | | | $28,533.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## ANNA CHANDLER
### Case(s): 207 Clm No: 3582 Clm. Amt: $45,000.00

| *Address Redacted*<br>**Date Filed: 1/29/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $45,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | | $45,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## JOSHUA HEMBREE
### Case(s): 207 Clm No: 3583 Clm. Amt: $39,860.61

| *Address Redacted*<br>**Date Filed: 1/29/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $39,860.61** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $39,860.61 | | $0.00 |
| | | | | | $39,860.61 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

## DAVID J TAYLOR
**Case(s): 207 Clm No: 3584 Clm. Amt: $45,694.06**

*Address Redacted*
**Date Filed: 1/29/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,694.06**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,694.06 | | $0.00 |
| | | | | $45,694.06 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## RODNEY PARKER
**Case(s): 207 Clm No: 3585 Clm. Amt: $91,804.33**

*Address Redacted*
**Date Filed: 1/30/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $91,804.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $91,804.33 | | $0.00 |
| | | | | $91,804.33 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

## SHELLEY TOWNSEND
**Case(s): 207 Clm No: 3586 Clm. Amt: $27,730.16**

*Address Redacted*
**Date Filed: 1/30/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $27,730.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $27,730.16 | | $0.00 |
| | | | | $27,730.16 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

## CHRISTOPHER PUSSMAN
**Case(s): 207 Clm No: 3587 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 1/30/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## BRITTANI PEREZ
**Case(s): 207 Clm No: 3588 Clm. Amt: $18,774.00**

*Address Redacted*
**Date Filed: 1/30/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $18,774.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $18,774.00 | | $0.00 |
| | | | | $18,774.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## TAMIEKA GRAY
**Case(s): 207 Clm No: 3589 Clm. Amt: $11,534.00**

*Address Redacted*
**Date Filed: 1/30/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $11,534.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $11,534.00 | | $0.00 |
| | | | | $11,534.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

## JASON FURLONG
**Case(s): 207 Clm No: 3590 Clm. Amt: $125,000.00**

*Address Redacted*
**Date Filed: 1/30/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $125,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $125,000.00 | | $0.00 |
| | | | | $125,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## NATHANAEL WADE MORGAN
**Case(s): 207 Clm No: 3591 Clm. Amt: $54,619.02**

*Address Redacted*
**Date Filed: 1/30/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $54,619.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $54,619.02 | | $0.00 |
| | | | | $54,619.02 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

**KIMBERLY COMBEST**

**Case(s): 207 Clm No: 3592 Clm. Amt: $37,000.00**

*Address Redacted*
**Date Filed: 1/30/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $37,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $37,000.00 | | $0.00 |
| | | | | $37,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

**RAMON GIL**

**Case(s): 207 Clm No: 3593 Clm. Amt: $26,198.59**

*Address Redacted*
**Date Filed: 1/30/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $26,198.59**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $26,198.59 | | $0.00 |
| | | | | $26,198.59 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

**Demetrius Askew**

**Case(s): 207 Clm No: 3594 Clm. Amt: $51,042.20**

*Address Redacted*
**Date Filed: 1/30/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $51,042.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $51,042.20 | | $0.00 |
| | | | | $51,042.20 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

**STEVEN BLAHUT**

**Case(s): 207 Clm No: 3595 Clm. Amt: $48,465.10**

*Address Redacted*
**Date Filed: 1/30/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $48,465.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $48,465.10 | | $0.00 |
| | | | | $48,465.10 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

## JERMAINE HARRIS
**Case(s): 207 Clm No: 3596 Clm. Amt: $70,000.00**

*Address Redacted*
**Date Filed: 1/30/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## MITCHELL AZEVEDO
**Case(s): 207 Clm No: 3597 Clm. Amt: $101,214.60**

*Address Redacted*
**Date Filed: 1/30/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $101,214.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $101,214.60 | | $0.00 |
| | | | | $101,214.60 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

## JONATHON MCCART
**Case(s): 207 Clm No: 3598 Clm. Amt: $17,543.00**

*Address Redacted*
**Date Filed: 1/30/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $17,543.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $17,543.00 | | $0.00 |
| | | | | $17,543.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## ELIZA VANTASSEL
**Case(s): 207 Clm No: 3599 Clm. Amt: $10,078.82**

*Address Redacted*
**Date Filed: 1/30/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,078.82**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,078.82 | | $0.00 |
| | | | | $10,078.82 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### JASON SAUER
**Case(s): 207 Clm No: 3600 Clm. Amt: $45,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $45,000.00** | | | | | | | |
| | 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | | $45,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### ANDREW LEBOV
**Case(s): 207 Clm No: 3601 Clm. Amt: $50,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $50,000.00** | | | | | | | |
| | 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | | $50,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

### KARLA CASTRO
**Case(s): 207 Clm No: 3602 Clm. Amt: $126,541.87**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $126,541.87** | | | | | | | |
| | 207 | UNS | | | $126,541.87 | | $0.00 |
| | | | | | $126,541.87 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### JOHN HICKS
**Case(s): 207 Clm No: 3603 Clm. Amt: $36,522.53**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/30/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $36,522.53** | | | | | | | |
| | 207 | UNS | | | $36,522.53 | | $0.00 |
| | | | | | $36,522.53 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## YAHYA THABATEH
### Case(s): 207 Clm No: 3604 Clm. Amt: $31,543.26

*Address Redacted*
**Date Filed: 1/30/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $31,543.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $31,543.26 | | $0.00 |
| | | | | $31,543.26 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

## Saleem Ahmed
### Case(s): 207 Clm No: 3605 Clm. Amt: $29,568.00

*Address Redacted*
**Date Filed: 1/30/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $29,568.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $29,568.00 | | $0.00 |
| | | | | $29,568.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

## OSCAR O ELVIR
### Case(s): 207 Clm No: 3606 Clm. Amt: $38,413.91

*Address Redacted*
**Date Filed: 1/30/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $38,413.91**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $38,413.91 | | $0.00 |
| | | | | $38,413.91 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

## TOMARIER JOHNSON
### Case(s): 207 Clm No: 3607 Clm. Amt: $9,300.00

*Address Redacted*
**Date Filed: 1/31/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,300.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $9,300.00 | | $0.00 |
| | | | | $9,300.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

**HOCHY LORA**
**Case(s): 207 Clm No: 3608 Clm. Amt: $68,899.94**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *No Valid Address*<br>**Date Filed: 1/31/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $68,899.94** | | | | | | | |
| | 207 | UNS | | | $68,899.94 | | $0.00 |
| | | | | | $68,899.94 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

**JAMES LAWSON**
**Case(s): 207 Clm No: 3609 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/31/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

**NATHANIEL GREENHILL**
**Case(s): 207 Clm No: 3610 Clm. Amt: $30,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/31/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $30,000.00** | | | | | | | |
| | 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | | $30,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

**JASON BAHOU**
**Case(s): 207 Clm No: 3611 Clm. Amt: $29,368.29**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 1/31/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $29,368.29** | | | | | | | |
| | 207 | UNS | | | $29,368.29 | | $0.00 |
| | | | | | $29,368.29 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## ALEX MARECKI
### Case(s): 207 Clm No: 3612 Clm. Amt: $22,000.00

| *Address Redacted*<br>**Date Filed: 1/31/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $22,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $22,000.00 | | $0.00 |
| | | | | | $22,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2001 | 3621 |

## DAVID YUNGAITIS
### Case(s): 207 Clm No: 3613 Clm. Amt: $40,000.00

| *Address Redacted*<br>**Date Filed: 1/31/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $40,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | | $40,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## JAMES E MCCLENDON
### Case(s): 207 Clm No: 3614 Clm. Amt:

| *Address Redacted*<br>**Date Filed: 1/31/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## JAMES HARRIS
### Case(s): 207 Clm No: 3615 Clm. Amt: $35,000.00

| *Address Redacted*<br>**Date Filed: 1/31/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $35,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $35,000.00 | | $0.00 |
| | | | | | $35,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## MELISSA HARRIS
**Case(s): 207 Clm No: 3616 Clm. Amt: $47,000.00**

*Address Redacted*
**Date Filed: 1/31/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $47,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $47,000.00 | | $0.00 |
| | | | | $47,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

## JUSTIN BOYD
**Case(s): 207 Clm No: 3617 Clm. Amt: $41,720.30**

*Address Redacted*
**Date Filed: 1/31/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $41,720.30**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $41,720.30 | | $0.00 |
| | | | | $41,720.30 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

## LUV HER
**Case(s): 207 Clm No: 3618 Clm. Amt: $26,203.00**

*Address Redacted*
**Date Filed: 2/1/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $26,203.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $26,203.00 | | $0.00 |
| | | | | $26,203.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

## PRISCILLA SULIK
**Case(s): 207 Clm No: 3619 Clm. Amt: $27,930.82**

*Address Redacted*
**Date Filed: 2/1/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $27,930.82**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $27,930.82 | | $0.00 |
| | | | | $27,930.82 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### VERONICA RATLIFF
**Case(s): 207 Clm No: 3620 Clm. Amt: $121,052.00**

*Address Redacted*
**Date Filed: 2/1/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $121,052.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $121,052.00 | | $0.00 |
| | | | | $121,052.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### VINCENT ABETE
**Case(s): 207 Clm No: 3621 Clm. Amt: $51,000.00**

*Address Redacted*
**Date Filed: 2/1/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $51,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $51,000.00 | | $0.00 |
| | | | | $51,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### MARK P EUBANKS
**Case(s): 207 Clm No: 3622 Clm. Amt: $14,126.00**

*Address Redacted*
**Date Filed: 2/1/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $14,126.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $14,126.00 | | $0.00 |
| | | | | $14,126.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3622 |

### ROSENDO E RENDON JR
**Case(s): 207 Clm No: 3623 Clm. Amt:**

*Address Redacted*
**Date Filed: 2/1/2018**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

## JELISA BROWN
### Case(s): 207 Clm No: 3624 Clm. Amt: $60,000.00

*Address Redacted*
**Date Filed: 2/1/2018**
**Orig. Date Filed: 1/25/2018**
**Bar Date: 1/30/2018**
**Amending Clm #: 3554**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## GARRETT T. MATSUNO
### Case(s): 207 Clm No: 3625 Clm. Amt: $45,505.45

*Address Redacted*
**Date Filed: 2/1/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,505.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,505.45 | | $0.00 |
| | | | | $45,505.45 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## QUINCY SIMMS
### Case(s): 207 Clm No: 3626 Clm. Amt: $30,000.00

*Address Redacted*
**Date Filed: 2/1/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

## JENNIFER CHRISTIAN
### Case(s): 207 Clm No: 3627 Clm. Amt: $70,000.00

*Address Redacted*
**Date Filed: 2/1/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### PHILIP ANDREW HIDINGER, Kelsey Rennee Hidinger
**Case(s): 207 Clm No: 3628 Clm. Amt: $90,000.00**

*Address Redacted*
**Date Filed: 2/1/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $90,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $90,000.00 | | $0.00 |
| | | | | $90,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### CHRIS YOM
**Case(s): 207 Clm No: 3629 Clm. Amt: $21,300.48**

*Address Redacted*
**Date Filed: 2/1/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $21,300.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $21,300.48 | | $0.00 |
| | | | | $21,300.48 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

### MALIAANA R BRUHN
**Case(s): 207 Clm No: 3630 Clm. Amt: $26,000.00**

*Address Redacted*
**Date Filed: 2/1/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $26,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $26,000.00 | | $0.00 |
| | | | | $26,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### JAMES M. CONAHAN
**Case(s): 207 Clm No: 3631 Clm. Amt: $50,500.00**

*Address Redacted*
**Date Filed: 2/1/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,500.00 | | $0.00 |
| | | | | $50,500.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### EVAN JARVIS
**Case(s): 207 Clm No: 3632 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 2/1/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### TANIA IBARRA
**Case(s): 207 Clm No: 3633 Clm. Amt: $33,082.00**

*Address Redacted*
**Date Filed: 2/2/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $33,082.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $33,082.00 | | $0.00 |
| | | | | $33,082.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

### NATHAN THOMAS SCHAEFER
**Case(s): 207 Clm No: 3634 Clm. Amt: $150,000.00**

*Address Redacted*
**Date Filed: 2/2/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $150,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $150,000.00 | | $0.00 |
| | | | | $150,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### JOSEPH SHEPHERD
**Case(s): 207 Clm No: 3635 Clm. Amt: $71,424.63**

*Address Redacted*
**Date Filed: 2/2/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $71,424.63**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $71,424.63 | | $0.00 |
| | | | | $71,424.63 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

### THOMAS SCHAEFER
**Case(s): 207 Clm No: 3636 Clm. Amt: $100,000.00**

*Address Redacted*
**Date Filed: 2/2/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $100,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $100,000.00 | | $0.00 |
| | | | | $100,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### KAREN DOBBINS-CARRUTH
**Case(s): 207 Clm No: 3637 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed: 2/2/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### MAYRA LISSETH RUIZ-WEBBER
**Case(s): 207 Clm No: 3638 Clm. Amt: $51,000.00**

*Address Redacted*
**Date Filed: 2/2/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $51,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $51,000.00 | | $0.00 |
| | | | | $51,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### DMONTE JACKSON
**Case(s): 207 Clm No: 3639 Clm. Amt:**

*Address Redacted*
**Date Filed: 2/3/2018**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No Basis | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

### CHARLES L HARRISON III
**Case(s): 207 Clm No: 3640 Clm. Amt: $30,462.00**

*Address Redacted*
**Date Filed: 2/3/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,462.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,462.00 | | $0.00 |
| | | | | $30,462.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

### JESSICA LEA BUSH
**Case(s): 207 Clm No: 3641 Clm. Amt: $88,620.55**

*Address Redacted*
**Date Filed: 2/4/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $88,620.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $88,620.55 | | $0.00 |
| | | | | $88,620.55 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### KIMBERLY GURLEY
**Case(s): 207 Clm No: 3642 Clm. Amt: $21,626.82**

*Address Redacted*
**Date Filed: 2/4/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $21,626.82**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $21,626.82 | | $0.00 |
| | | | | $21,626.82 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### HARLEIGH CARTER
**Case(s): 207 Clm No: 3643 Clm. Amt: $24,000.00**

*Address Redacted*
**Date Filed: 2/4/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $24,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $24,000.00 | | $0.00 |
| | | | | $24,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

**Niah Maria Silvestre**
**Case(s): 207 Clm No: 3644 Clm. Amt: $85,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 2/4/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $85,000.00** | | | | | | | |
| | 207 | UNS | | | $85,000.00 | | $0.00 |
| | | | | | $85,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

**WINTER GREEN-CUNNINGHAM**
**Case(s): 207 Clm No: 3645 Clm. Amt: $12,679.32**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 2/4/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $12,679.32** | | | | | | | |
| | 207 | UNS | | | $12,679.32 | | $0.00 |
| | | | | | $12,679.32 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

**JULIE SMITH**
**Case(s): 207 Clm No: 3646 Clm. Amt: $55,160.68**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 2/5/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $55,160.68** | | | | | | | |
| | 207 | UNS | | | $55,160.68 | | $0.00 |
| | | | | | $55,160.68 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

**ORLANDUS SHORTER**
**Case(s): 207 Clm No: 3647 Clm. Amt: $85,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 2/5/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $85,000.00** | | | | | | | |
| | 207 | UNS | | | $85,000.00 | | $0.00 |
| | | | | | $85,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### LATRENA COOPER
**Case(s): 207 Clm No: 3648 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 2/5/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### ETHAN JUNGWIRTH
**Case(s): 207 Clm No: 3649 Clm. Amt: $11,293.12**

*Address Redacted*
**Date Filed: 2/5/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $11,293.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $11,293.12 | | $0.00 |
| | | | | $11,293.12 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### BENJAMIN D ELIZALDE
**Case(s): 207 Clm No: 3650 Clm. Amt:**

*Address Redacted*
**Date Filed: 2/5/2018**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

### KELSEY HIDINGER
**Case(s): 207 Clm No: 3651 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 2/6/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### TYANNA L MORALES
**Case(s): 207 Clm No: 3652 Clm. Amt: $75,000.00**

*Address Redacted*
**Date Filed: 2/6/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $75,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $75,000.00 | | $0.00 |
| | | | | $75,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### JUSTIN REYNOLDS
**Case(s): 207 Clm No: 3653 Clm. Amt: $9,191.39**

*Address Redacted*
**Date Filed: 2/6/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,191.39**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $9,191.39 | | $0.00 |
| | | | | $9,191.39 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

### NICHOLAS PATULA
**Case(s): 207 Clm No: 3654 Clm. Amt: $48,000.00**

*Address Redacted*
**Date Filed: 2/6/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $48,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $48,000.00 | | $0.00 |
| | | | | $48,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### STEVEN BLAHUT
**Case(s): 207 Clm No: 3655 Clm. Amt: $48,000.00**

*Address Redacted*
**Date Filed: 2/5/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $48,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $48,000.00 | | $0.00 |
| | | | | $48,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

**RUTH WILLIAMS**
**Case(s): 207 Clm No: 3656 Clm. Amt: $92,931.91**

*Address Redacted*
**Date Filed: 2/5/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $92,931.91**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $92,931.91 | | $0.00 |
| | | | | $92,931.91 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

**AMBER LANINGHAM**
**Case(s): 207 Clm No: 3657 Clm. Amt: $55,969.85**

*Address Redacted*
**Date Filed: 2/5/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $55,969.85**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $55,969.85 | | $0.00 |
| | | | | $55,969.85 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**DEVARON GENTRY**
**Case(s): 207 Clm No: 3658 Clm. Amt: $43,910.62**

*Address Redacted*
**Date Filed: 2/5/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $43,910.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $43,910.62 | | $0.00 |
| | | | | $43,910.62 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

**Void Claim - Claim Entered in Error**
**Case(s): Clm No: 3659 Clm. Amt:**

**Date Filed:**
**Bar Date: 1/30/2017**
**Claim Face Value:**

### SHEMEKA HATCH
**Case(s): 207 Clm No: 3660 Clm. Amt: $15,500.00**

*Address Redacted*
**Date Filed: 2/5/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $15,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $15,500.00 | | $0.00 |
| | | | | $15,500.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### COREY HENDERSON
**Case(s): 207 Clm No: 3661 Clm. Amt: $26,656.00**

*Address Redacted*
**Date Filed: 2/5/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $26,656.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $26,656.00 | | $0.00 |
| | | | | $26,656.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

### ERICK J. MAZON
**Case(s): 207 Clm No: 3662 Clm. Amt: $53,000.00**

*Address Redacted*
**Date Filed: 2/5/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $53,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $53,000.00 | | $0.00 |
| | | | | $53,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### PADER MCRAE
**Case(s): 207 Clm No: 3663 Clm. Amt: $106,023.00**

*Address Redacted*
**Date Filed: 2/8/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $106,023.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $106,023.00 | | $0.00 |
| | | | | $106,023.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### ANTHONY T BEVACQUA
**Case(s): 207 Clm No: 3664 Clm. Amt: $22,030.00**

*Address Redacted*
**Date Filed: 2/8/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $22,030.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $22,030.00 | | $0.00 |
| | | | | $22,030.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

### SEAN JOSEPH STANTON
**Case(s): 207 Clm No: 3665 Clm. Amt: $87,000.00**

*Address Redacted*
**Date Filed: 2/8/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $87,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $87,000.00 | | $0.00 |
| | | | | $87,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### ABRAHAM MANJARREZ
**Case(s): 207 Clm No: 3666 Clm. Amt: $126,051.17**

*Address Redacted*
**Date Filed: 2/8/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $126,051.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $126,051.17 | | $0.00 |
| | | | | $126,051.17 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

### DAVID MICHAEL FARRIS
**Case(s): 207 Clm No: 3667 Clm. Amt: $31,701.08**

*Address Redacted*
**Date Filed: 2/8/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $31,701.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $31,701.08 | | $0.00 |
| | | | | $31,701.08 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**STEPHANY VILLEGAS**
**Case(s): 207 Clm No: 3668 Clm. Amt: $25,729.00**

*Address Redacted*
**Date Filed: 2/8/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,729.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $25,729.00 | | $0.00 |
| | | | | $25,729.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

**STEVE K PRITCHARD**
**Case(s): 207 Clm No: 3669 Clm. Amt: $66,549.66**

*Address Redacted*
**Date Filed: 2/8/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $66,549.66**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $66,549.66 | | $0.00 |
| | | | | $66,549.66 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

**Stephen Vysocky**
**Case(s): 207 Clm No: 3670 Clm. Amt: $69,000.00**

*Address Redacted*
**Date Filed: 2/9/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $69,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $69,000.00 | | $0.00 |
| | | | | $69,000.00 | | $0.00 |

**ANGEL ARMANDO RAMIREZ**
**Case(s): 207 Clm No: 3671 Clm. Amt: $22,000.00**

*Address Redacted*
**Date Filed: 2/9/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $22,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $22,000.00 | | $0.00 |
| | | | | $22,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**MATTHEW OHRMUND**

**Case(s): 207 Clm No: 3672 Clm. Amt: $32,224.00**

*Address Redacted*
**Date Filed: 2/9/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $32,224.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $32,224.00 | | $0.00 |
| | | | | $32,224.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

**ROBERT DERON LOWE**

**Case(s): 207 Clm No: 3673 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed: 2/10/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

**ZACHARY BROSKY**

**Case(s): 207 Clm No: 3674 Clm. Amt: $42,000.00**

*Address Redacted*
**Date Filed: 2/10/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $42,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $42,000.00 | | $0.00 |
| | | | | $42,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

**Scott Sexton**

**Case(s): 207 Clm No: 3675 Clm. Amt: $54,537.00**

*Address Redacted*
**Date Filed: 2/11/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $54,537.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | SEC | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $54,537.00 | | $0.00 |
| | | | | $54,537.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

## Wilfred Paul
**Case(s): 207 Clm No: 3676 Clm. Amt: $89,935.00**

*Address Redacted*
**Date Filed: 2/11/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $89,935.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $89,935.00 | | $0.00 |
| | | | | $89,935.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

## EDWIN DE LEON ROSA
**Case(s): 207 Clm No: 3677 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 2/11/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## JESSE PHARES DOTSON
**Case(s): 207 Clm No: 3678 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed: 2/9/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## Yolanda Curnutt
**Case(s): 207 Clm No: 3679 Clm. Amt: $34,451.00**

*Address Redacted*
**Date Filed: 2/12/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $34,451.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $34,451.00 | | $0.00 |
| | | | | $34,451.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

**Martin Daniel Velez**
**Case(s): 207 Clm No: 3680 Clm. Amt: $37,401.44**

*Address Redacted*
**Date Filed: 2/12/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $37,401.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $37,401.44 | | $0.00 |
| | | | | $37,401.44 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

**JULIAN D FORD**
**Case(s): 207 Clm No: 3681 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 2/12/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

**BRANDON PATZ**
**Case(s): 207 Clm No: 3682 Clm. Amt: $26,658.33**

*Address Redacted*
**Date Filed: 2/13/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $26,658.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $26,658.33 | | $0.00 |
| | | | | $26,658.33 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**MICHAEL DESLAURIERS**
**Case(s): 207 Clm No: 3683 Clm. Amt: $70,000.00**

*Address Redacted*
**Date Filed: 2/13/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

## CHRISTOPHER TEKAAT
### Case(s): 207 Clm No: 3684 Clm. Amt: $72,000.00

*Address Redacted*
**Date Filed: 2/13/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $72,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $72,000.00 | | $0.00 |
| | | | | $72,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## BABAK NARAGHIAN
### Case(s): 207 Clm No: 3685 Clm. Amt: $65,000.00

*Address Redacted*
**Date Filed: 2/13/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $65,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $65,000.00 | | $0.00 |
| | | | | $65,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## NATHAN S MONROE
### Case(s): 207 Clm No: 3686 Clm. Amt: $35,937.02

*Address Redacted*
**Date Filed: 2/14/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,937.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $35,937.02 | | $0.00 |
| | | | | $35,937.02 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

## MICHAEL NIELSEN
### Case(s): 207 Clm No: 3687 Clm. Amt: $12,095.98

*Address Redacted*
**Date Filed: 2/15/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,095.98**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $12,095.98 | | $0.00 |
| | | | | $12,095.98 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

**Void Claims - Claim Entered in Error**
**Case(s): Clm No: 3688 Clm. Amt:**

**Date Filed:**
**Bar Date: 1/30/2017**
**Claim Face Value:**

**Daniel Avis**
**Case(s): 207 Clm No: 3689 Clm. Amt: $76,208.00**

*Address Redacted*
**Date Filed: 2/16/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $76,208.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $76,208.00 | | $0.00 |
| | | | | $76,208.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**Adam Milleson**
**Case(s): 207 Clm No: 3690 Clm. Amt: $86,000.00**

*Address Redacted*
**Date Filed: 2/18/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $86,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $86,000.00 | | $0.00 |
| | | | | $86,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**KEITH LUDWIG**
**Case(s): 207 Clm No: 3691 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 2/18/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### ANTHONY BRIAN DALTON
**Case(s): 207 Clm No: 3692 Clm. Amt: $140,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 2/18/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $140,000.00** | | | | | | | |
| | 207 | UNS | | | $140,000.00 | | $0.00 |
| | | | | | $140,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

### LUIS A. TREJO
**Case(s): 207 Clm No: 3693 Clm. Amt: $50,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 2/19/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $50,000.00** | | | | | | | |
| | 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | | $50,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### MELIZA LEONE
**Case(s): 207 Clm No: 3694 Clm. Amt: $25,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 2/19/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $25,000.00** | | | | | | | |
| | 207 | UNS | | | $25,000.00 | | $0.00 |
| | | | | | $25,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### Josh Griffin
**Case(s): 207 Clm No: 3695 Clm. Amt: $1,700.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 2/19/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $1,700.00** | | | | | | | |
| | 207 | UNS | | | $1,700.00 | | $0.00 |
| | | | | | $1,700.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### MARK TIMPANO
**Case(s): 207 Clm No: 3696 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 2/20/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### ELI MCCLELLAN
**Case(s): 207 Clm No: 3697 Clm. Amt: $45,000.00**

*Address Redacted*
**Date Filed: 2/20/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### JESSIE COOLEY
**Case(s): 207 Clm No: 3698 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 2/20/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

### JEFFREY K. DAVIS
**Case(s): 207 Clm No: 3699 Clm. Amt: $72,000.00**

*Address Redacted*
**Date Filed: 2/21/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $72,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $72,000.00 | | $0.00 |
| | | | | $72,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## FRANCIS PHANNAVONG
### Case(s): 207 Clm No: 3700 Clm. Amt: $8,397.28

*Address Redacted*
**Date Filed: 2/23/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $8,397.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $8,397.28 | | $0.00 |
| | | | | $8,397.28 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## PRESTON ALLEN
### Case(s): 207 Clm No: 3701 Clm. Amt:

*Address Redacted*
**Date Filed: 2/23/2018**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

## JACQUELINE MARTINEZ
### Case(s): 207 Clm No: 3702 Clm. Amt: $12,302.44

*Address Redacted*
**Date Filed: 2/23/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,302.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $12,302.44 | | $0.00 |
| | | | | $12,302.44 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## ANTHONY KULICK
### Case(s): 207 Clm No: 3703 Clm. Amt: $43,938.00

*Address Redacted*
**Date Filed: 2/25/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $43,938.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 207 | UNS | | | $43,938.00 | | $0.00 |
| | | | | $43,938.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

### CHRISTIAN DUCASSE
**Case(s): 207 Clm No: 3704 Clm. Amt: $38,000.00**

*Address Redacted*
**Date Filed: 2/26/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $38,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $38,000.00 | | $0.00 |
| | | | | $38,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

### DOMINIQUE HUNTER
**Case(s): 207 Clm No: 3705 Clm. Amt: $3,865.11**

*Address Redacted*
**Date Filed: 2/26/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $3,865.11**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $3,865.11 | | $0.00 |
| | | | | $3,865.11 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### KIM HASTIE, REVENUE COMMISSIONER
**Case(s): 207 Clm No: 3706 Clm. Amt: $5,024.04**

*P.O. DRAWER 1169*
*MOBILE, AL 36633*
**Date Filed: 2/26/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,024.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | SEC | Disallowed | | $5,024.04 | | $0.00 |
| | | | | $5,024.04 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

### CELIA RODRIGUEZ
**Case(s): 207 Clm No: 3707 Clm. Amt:**

*Address Redacted*
**Date Filed: 2/26/2018**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**BENJAMIN AUSTIN**
**Case(s): 207 Clm No: 3708 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 2/26/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**ROBERT C. WITT**
**Case(s): 207 Clm No: 3709 Clm. Amt: $64,578.00**

*Address Redacted*
**Date Filed: 2/26/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $64,578.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $64,578.00 | | $0.00 |
| | | | | $64,578.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

**KARINA HALL**
**Case(s): 207 Clm No: 3710 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 2/26/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

**ROCIO G. TAPIA MORA**
**Case(s): 207 Clm No: 3711 Clm. Amt: $34,000.00**

*Address Redacted*
**Date Filed: 2/26/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $34,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $34,000.00 | | $0.00 |
| | | | | $34,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### GILBERTO TAPIA
**Case(s): 207 Clm No: 3712 Clm. Amt: $12,500.00**

*Address Redacted*
**Date Filed: 2/26/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $12,500.00 | | $0.00 |
| | | | | $12,500.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### CYNTHIA ANN MIOTKE
**Case(s): 207 Clm No: 3713 Clm. Amt:**

*Address Redacted*
**Date Filed: 2/26/2018**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

### JUSTIN DONALD RAY MIOTKE
**Case(s): 207 Clm No: 3714 Clm. Amt:**

*Address Redacted*
**Date Filed: 2/27/2018**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### ELIEZER SANTANA
**Case(s): 207 Clm No: 3715 Clm. Amt: $35,000.00**

*Address Redacted*
**Date Filed: 2/26/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $35,000.00 | | $0.00 |
| | | | | $35,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

**MARYROSE MATANZA**
**Case(s): 207 Clm No: 3716 Clm. Amt: $1,500,000.00**

Address Redacted
**Date Filed: 2/27/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,500,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $1,500,000.00 | | $0.00 |
| | | | | $1,500,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

**JASON JONES**
**Case(s): 207 Clm No: 3717 Clm. Amt: $23,924.00**

Address Redacted
**Date Filed: 2/27/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $23,924.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $23,924.00 | | $0.00 |
| | | | | $23,924.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

**Kristine Machleit**
**Case(s): 207 Clm No: 3718 Clm. Amt:**

Address Redacted
**Date Filed: 3/4/2018**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

**FRANCIS GRILLO**
**Case(s): 207 Clm No: 3719 Clm. Amt: $84,000.00**

Address Redacted
**Date Filed: 3/5/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $84,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $84,000.00 | | $0.00 |
| | | | | $84,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

**Brian Martinho**
**Case(s): 207 Clm No: 3720 Clm. Amt: $15,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 3/5/2018** **Bar Date: 1/30/2017** **Claim Face Value: $15,000.00** | | | | | | | |
| | 207 | PRI | | | $15,000.00 | | $0.00 |
| | | | | | $15,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**MICHAEL GLIDEWELL**
**Case(s): 207 Clm No: 3721 Clm. Amt: $45,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 3/8/2018** **Bar Date: 1/30/2017** **Claim Face Value: $45,000.00** | | | | | | | |
| | 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | | $45,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

**GABRIELA ACOSTA**
**Case(s): 207 Clm No: 3722 Clm. Amt: $65,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 3/8/2018** **Bar Date: 1/30/2017** **Claim Face Value: $65,000.00** | | | | | | | |
| | 207 | UNS | | | $65,000.00 | | $0.00 |
| | | | | | $65,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

**SAMUEL L.WHITE**
**Case(s): 207 Clm No: 3723 Clm. Amt: $85,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted* **Date Filed: 3/8/2018** **Bar Date: 1/30/2017** **Claim Face Value: $85,000.00** | | | | | | | |
| | 207 | UNS | | | $85,000.00 | | $0.00 |
| | | | | | $85,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

## JOHN ROBERT WILBERN
### Case(s): 207 Clm No: 3724 Clm. Amt: $7,000.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 3/9/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $7,000.00** | 207 | UNS | | | $7,000.00 | | $0.00 |
| | | | | | $7,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## PATRICIA PICONI
### Case(s): 207 Clm No: 3725 Clm. Amt: $20,000.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 3/9/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $20,000.00** | 207 | UNS | | | $20,000.00 | | $0.00 |
| | | | | | $20,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

## MARTHA SOLIS
### Case(s): 207 Clm No: 3726 Clm. Amt: $120,000.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 3/9/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $120,000.00** | 207 | UNS | | | $120,000.00 | | $0.00 |
| | | | | | $120,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

## THAI LEE
### Case(s): 207 Clm No: 3727 Clm. Amt: $30,000.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 3/9/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $30,000.00** | 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | | $30,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 11/18/2019 | 3705 | Objection Granted | 12/11/2019 | 3725 |

## DENISE M MARTINEZ
### Case(s): 207 Clm No: 3728 Clm. Amt: $9,000.00

*Address Redacted*
**Date Filed: 3/11/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $9,000.00 | | $0.00 |
| | | | | $9,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## CARMEN E FIGUEROA
### Case(s): 207 Clm No: 3729 Clm. Amt: $44,000.00

*Address Redacted*
**Date Filed: 3/13/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $44,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $44,000.00 | | $0.00 |
| | | | | $44,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## HARRIS COUNTY, ET. AL.
### Case(s): 207 Clm No: 3730 Clm. Amt: $44,804.61

*C/O LINEBARGER COGGAN BLAIR & SAMPSON,LLP*
*ATTN: JOHN P. DILLMAN*
*PO BOX 3064*
*HOUSTON, TX 77253-3064*
**Date Filed: 12/10/2018**
**Orig. Date Filed: 3/12/2018**
**Bar Date: 1/30/2017**
**Amending Clm #: 3730**
**Amended By Clm #: 3730**
**Claim Face Value: $44,804.61**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | ADM | | | $44,804.61 | | |
| | | | | $44,804.61 | | |

## DANIEL PICONI
### Case(s): 207 Clm No: 3731 Clm. Amt: $20,000.00

*Address Redacted*
**Date Filed: 3/13/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**RAUL GONZALEZ JR.**
**Case(s): 207 Clm No: 3732 Clm. Amt: $39,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 3/16/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $39,000.00** | | | | | | | |
| | 207 | UNS | | | $39,000.00 | | $0.00 |
| | | | | | $39,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

**DANIEL PICONI**
**Case(s): 207 Clm No: 3733 Clm. Amt: $10,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 3/16/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $10,000.00** | | | | | | | |
| | 207 | UNS | | | $10,000.00 | | $0.00 |
| | | | | | $10,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**RYAN JOHNSON**
**Case(s): 207 Clm No: 3734 Clm. Amt: $75,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 3/16/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $75,000.00** | | | | | | | |
| | 207 | UNS | | | $75,000.00 | | $0.00 |
| | | | | | $75,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

**LAUREN SCHOFIELD**
**Case(s): 207 Clm No: 3735 Clm. Amt: $76,964.05**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 3/17/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $76,964.05** | | | | | | | |
| | 207 | UNS | | | $76,964.05 | | $0.00 |
| | | | | | $76,964.05 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

**DAVID JUSTIN MAYFIELD**
**Case(s): 207 Clm No: 3736 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 3/20/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**STEVEN M MARTIN**
**Case(s): 207 Clm No: 3737 Clm. Amt: $34,665.79**

*Address Redacted*
**Date Filed: 3/21/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $34,665.79**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $34,665.79 | | $0.00 |
| | | | | $34,665.79 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

**ALICJA KRZYZANOWSKA**
**Case(s): 207 Clm No: 3738 Clm. Amt: $20,000.00**

*Address Redacted*
**Date Filed: 3/23/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | | | Unknown | Y | $0.00 |
| 207 | PRI | | | Unknown | Y | $0.00 |
| 207 | UNS | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**John Thomas Judge**
**Case(s): 207 Clm No: 3739 Clm. Amt: $50,810.84**

*Address Redacted*
**Date Filed: 3/23/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,810.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,810.84 | | $0.00 |
| | | | | $50,810.84 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### ALAN JAMES PARSLEY
**Case(s): 207 Clm No: 3740 Clm. Amt: $38,200.00**

*Address Redacted*
**Date Filed: 3/21/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $38,200.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $38,200.00 | | $0.00 |
| | | | | $38,200.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

### JOSEPH FREDERICK
**Case(s): 207 Clm No: 3741 Clm. Amt: $102,992.00**

*Address Redacted*
**Date Filed: 3/28/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $102,992.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $102,992.00 | | $0.00 |
| | | | | $102,992.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### DEREK FOSTER
**Case(s): 207 Clm No: 3742 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 3/28/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### GROVER DUNN, ASSISTANT TAX COLLECTOR
**Case(s): 207 Clm No: 3743 Clm. Amt: $9,840.27**

*P. O. BOX 1190*
*BESSEMER, AL 35021*
**Date Filed: 3/9/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,840.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | PRI | | | $9,840.27 | | |
| | | | | $9,840.27 | | |

### GROVER DUNN, ASSISTANT TAX COLLECTOR
**Case(s): 207 Clm No: 3744 Clm. Amt: $45,403.46**

*P. O. BOX 1190*
*BESSEMER, AL 35021*
**Date Filed: 3/9/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,403.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $45,403.46 | | $0.00 |
| | | | | $45,403.46 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 09/02/2020 | 4049 | Objection Granted | 10/22/2020 | 4112 |

### DOUGLAS HERNANDEZ
**Case(s): 207 Clm No: 3745 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 4/4/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### Jose Caraballo
**Case(s): 207 Clm No: 3746 Clm. Amt: $29,107.68**

*Address Redacted*
**Date Filed: 4/4/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $29,107.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $29,107.68 | | $0.00 |
| | | | | $29,107.68 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### Travis Kunz
**Case(s): 207 Clm No: 3747 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 4/12/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

## ANA SHER
### Case(s): 207 Clm No: 3748 Clm. Amt: $80,925.00

*Address Redacted*
**Date Filed: 4/16/2018**
**Bar Date: 1/30/2017**
**Amended By Clm #: 3750**
**Claim Face Value: $80,925.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,925.00 | | $0.00 |
| | | | | $80,925.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## CRYSTAL HAWKINS
### Case(s): 207 Clm No: 3749 Clm. Amt: $60,000.00

*Address Redacted*
**Date Filed: 4/19/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

## ANA SHER
### Case(s): 207 Clm No: 3750 Clm. Amt: $80,925.00

*Address Redacted*
**Date Filed: 4/19/2018**
**Orig. Date Filed: 4/16/2018**
**Bar Date: 1/30/2017**
**Amending Clm #: 3748**
**Claim Face Value: $80,925.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,925.00 | | $0.00 |
| | | | | $80,925.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## TOMAS CANIZALES
### Case(s): 207 Clm No: 3751 Clm. Amt: $109,961.53

*Address Redacted*
**Date Filed: 4/19/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $109,961.53**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $109,961.53 | | $0.00 |
| | | | | $109,961.53 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

**ANDRES GONZALEZ**
**Case(s): 207 Clm No: 3752 Clm. Amt: $9,000.00**

*Address Redacted*
**Date Filed: 4/19/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $9,000.00 | | $0.00 |
| | | | | $9,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**Parker Steven Beutler**
**Case(s): 207 Clm No: 3753 Clm. Amt: $90,444.45**

*Address Redacted*
**Date Filed: 4/19/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $90,444.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $90,444.45 | | $0.00 |
| | | | | $90,444.45 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

**TIMOTHY RICO**
**Case(s): 207 Clm No: 3754 Clm. Amt: $101,545.21**

*Address Redacted*
**Date Filed: 4/20/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $101,545.21**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $101,545.21 | | $0.00 |
| | | | | $101,545.21 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

**JORDAN VANDE BRAKE**
**Case(s): 207 Clm No: 3755 Clm. Amt: $53,017.00**

*Address Redacted*
**Date Filed: 4/22/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $53,017.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $53,017.00 | | $0.00 |
| | | | | $53,017.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

**FRANCISCO RODRIGUEZ**
**Case(s): 207 Clm No: 3756 Clm. Amt: $35,000.00**

*Address Redacted*
**Date Filed: 4/25/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $35,000.00 | | $0.00 |
| | | | | $35,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

**Benjamin Phillips**
**Case(s): 207 Clm No: 3757 Clm. Amt: $41,735.00**

*Address Redacted*
**Date Filed: 4/30/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $41,735.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $41,735.00 | | $0.00 |
| | | | | $41,735.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**JOSHUA VINEYARD**
**Case(s): 207 Clm No: 3758 Clm. Amt: $9,850.00**

*Address Redacted*
**Date Filed: 4/25/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $9,850.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $9,850.00 | | $0.00 |
| | | | | $9,850.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

**JERRY ROBINSON**
**Case(s): 207 Clm No: 3759 Clm. Amt: $67,807.20**

*Address Redacted*
**Date Filed: 4/26/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $67,807.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $67,807.20 | | $0.00 |
| | | | | $67,807.20 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## JOSHUA MOYE
### Case(s): 207 Clm No: 3760 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed: 4/28/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

## FREDERICK CHARLES ELMENDORF III
### Case(s): 207 Clm No: 3761 Clm. Amt: $26,232.13

*Address Redacted*
**Date Filed: 4/30/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $26,232.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $26,232.13 | | $0.00 |
| | | | | $26,232.13 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## Matthew Wood
### Case(s): 207 Clm No: 3762 Clm. Amt:

*Address Redacted*
**Date Filed: 5/4/2018**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No Basis | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

## CHRISTOPHER M. LEONE
### Case(s): 207 Clm No: 3763 Clm. Amt: $75,000.00

*Address Redacted*
**Date Filed: 5/7/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $75,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $75,000.00 | | $0.00 |
| | | | | $75,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**TOMAS CANIZALES**
**Case(s): 207 Clm No: 3764 Clm. Amt: $109,961.53**

*Address Redacted*
**Date Filed: 4/20/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $109,961.53**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $109,961.53 | | $0.00 |
| | | | | $109,961.53 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

**Christopher M. Leone**
**Case(s): 207 Clm No: 3765 Clm. Amt: $75,000.00**

*Address Redacted*
**Date Filed: 5/7/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $75,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $75,000.00 | | $0.00 |
| | | | | $75,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**DAVID DARDEN**
**Case(s): 207 Clm No: 3766 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 5/8/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**ALLAN WILTSIE**
**Case(s): 207 Clm No: 3767 Clm. Amt: $35,617.18**

*Address Redacted*
**Date Filed: 5/10/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $35,617.18**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $35,617.18 | | $0.00 |
| | | | | $35,617.18 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

### LUKAS WABY
**Case(s): 207 Clm No: 3768 Clm. Amt: $25,000.00**

| *Address Redacted*<br>**Date Filed: 5/15/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $25,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $25,000.00 | | $0.00 |
| | | | | | $25,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### JEYSON ANTONIO LOPEZ ELVIR
**Case(s): 207 Clm No: 3769 Clm. Amt:**

| *Address Redacted*<br>**Date Filed: 5/17/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| No Basis | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

### ANDRE A BLANCO
**Case(s): 207 Clm No: 3770 Clm. Amt: $60,000.00**

| *Address Redacted*<br>**Date Filed: 5/19/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $60,000.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | | $60,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| No documentation | 11/18/2019 | 3708 | Objection Granted | 01/15/2020 | 3770 |

### JUAN MANUEL AYARD
**Case(s): 207 Clm No: 3771 Clm. Amt: $38,500.00**

| *Address Redacted*<br>**Date Filed: 5/22/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $38,500.00** | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 207 | UNS | | | $38,500.00 | | $0.00 |
| | | | | | $38,500.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

## DAWN MARIE PFARR
**Case(s): 207 Clm No: 3772 Clm. Amt: $44,000.00**

*Address Redacted*
**Date Filed: 5/22/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $44,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $44,000.00 | | $0.00 |
| | | | | $44,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## JACQUELYN COPELAND
**Case(s): 207 Clm No: 3773 Clm. Amt:**

*Address Redacted*
**Date Filed: 5/28/2018**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | | | Unknown | Y | $0.00 |
| 207 | PRI | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## Joseph Bakke
**Case(s): 207 Clm No: 3774 Clm. Amt: $30,343.04**

*Address Redacted*
**Date Filed: 6/2/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,343.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,343.04 | | $0.00 |
| | | | | $30,343.04 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

## DAN RUBIN
**Case(s): 207 Clm No: 3775 Clm. Amt: $125,000.00**

*Address Redacted*
**Date Filed: 6/7/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $125,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $125,000.00 | | $0.00 |
| | | | | $125,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**SHAUN M KARRY**
**Case(s): 207 Clm No: 3776 Clm. Amt: $70,000.00**

*Address Redacted*
**Date Filed: 6/7/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

**JEREMY G JOE**
**Case(s): 207 Clm No: 3777 Clm. Amt: $70,000.00**

*Address Redacted*
**Date Filed: 6/10/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

**RAYMOND DEVERS**
**Case(s): 207 Clm No: 3778 Clm. Amt: $30,000.00**

*Address Redacted*
**Date Filed: 6/11/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

**RAYNANDO BANKS**
**Case(s): 207 Clm No: 3779 Clm. Amt: $37,295.00**

*Address Redacted*
**Date Filed: 6/12/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $37,295.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $37,295.00 | | $0.00 |
| | | | | $37,295.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

### TOM YANG
**Case(s): 207 Clm No: 3780 Clm. Amt: $41,126.21**

*Address Redacted*
**Date Filed: 6/12/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $41,126.21**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $41,126.21 | | $0.00 |
| | | | | $41,126.21 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### VERTINA BANKS
**Case(s): 207 Clm No: 3781 Clm. Amt: $13,012.37**

*Address Redacted*
**Date Filed: 6/12/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $13,012.37**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $13,012.37 | | $0.00 |
| | | | | $13,012.37 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### JOHNATHON R HATCH
**Case(s): 207 Clm No: 3782 Clm. Amt: $20,714.42**

*Address Redacted*
**Date Filed: 6/12/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,714.42**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,714.42 | | $0.00 |
| | | | | $20,714.42 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### HARRISON CARRILLO
**Case(s): 207 Clm No: 3783 Clm. Amt: $46,680.27**

*Address Redacted*
**Date Filed: 6/11/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $46,680.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $46,680.27 | | $0.00 |
| | | | | $46,680.27 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### SHAUNIQUA JORDAN
**Case(s): 207 Clm No: 3784 Clm. Amt: $75,000.00**

*Address Redacted*
**Date Filed: 6/19/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $75,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $75,000.00 | | $0.00 |
| | | | | $75,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### TIMOTHY WHITE
**Case(s): 207 Clm No: 3785 Clm. Amt: $20,000.00**

*Address Redacted*
**Date Filed: 6/21/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### FRANCIS MCGOVERN
**Case(s): 207 Clm No: 3786 Clm. Amt: $85,000.00**

*Address Redacted*
**Date Filed: 6/25/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $85,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $85,000.00 | | $0.00 |
| | | | | $85,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### Andre Maurice Moore
**Case(s): 207 Clm No: 3787 Clm. Amt:**

*Address Redacted*
**Date Filed: 7/16/2018**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

### Symour Tan Omandac Jr.
### Case(s): 207 Clm No: 3788 Clm. Amt: $59,000.00

*Address Redacted*
**Date Filed: 7/18/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $59,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $59,000.00 | | $0.00 |
| | | | | $59,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### KOKI-TV c/o Szabo Associates Inc.
### Case(s): 207 Clm No: 3789 Clm. Amt: $56,134.00

*Attn: Sandi G. Henderson*
*3355 Lenox Road NE, Ste. 945*
*Atlanta, GA 30326*
**Date Filed: 7/20/2018**
**Orig. Date Filed: 10/13/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 133**
**Claim Face Value: $56,134.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $56,134.00 | | |
| | | | | $56,134.00 | | |

### Ashley Slowe
### Case(s): 207 Clm No: 3790 Clm. Amt: $100,000.00

*45742 Wellesley Ter, Apt 315*
*Sterling, VA 20166*
**Date Filed: 7/20/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $100,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $100,000.00 | | $0.00 |
| | | | | $100,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/18/2022 | 4604 | Objection Granted | 04/25/2022 | 4855 |

### Steve Gamero
### Case(s): 207 Clm No: 3791 Clm. Amt: $25,000.00

*Address Redacted*
**Date Filed: 7/20/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $25,000.00 | | $0.00 |
| | | | | $25,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### Diana L. Jared
**Case(s): 207 Clm No: 3792 Clm. Amt: $5,192.00**

*Address Redacted*
**Date Filed: 7/26/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,192.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,192.00 | | $0.00 |
| | | | | $5,192.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### Eric Nunes
**Case(s): 207 Clm No: 3793 Clm. Amt: $41,000.00**

*Address Redacted*
**Date Filed: 7/30/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $41,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $41,000.00 | | $0.00 |
| | | | | $41,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### Dennis Saldivar
**Case(s): 207 Clm No: 3794 Clm. Amt: $33,042.74**

*Address Redacted*
**Date Filed: 7/26/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $33,042.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $33,042.74 | | $0.00 |
| | | | | $33,042.74 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### Clarentz Guerrier
**Case(s): 207 Clm No: 3795 Clm. Amt: $44,740.00**

*Address Redacted*
**Date Filed: 7/31/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $44,740.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $44,740.00 | | $0.00 |
| | | | | $44,740.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

### Devin Welhouse
**Case(s): 207 Clm No: 3796 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 8/3/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### Mark Francisco
**Case(s): 207 Clm No: 3797 Clm. Amt: $42,410.76**

*Address Redacted*
**Date Filed: 8/4/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $42,410.76**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $42,410.76 | | $0.00 |
| | | | | $42,410.76 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### Deanna Gill
**Case(s): 207 Clm No: 3798 Clm. Amt: $19,005.00**

*Address Redacted*
**Date Filed: 8/6/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $19,005.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $19,005.00 | | $0.00 |
| | | | | $19,005.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

### Jerry Rene Garcia
**Case(s): 207 Clm No: 3799 Clm. Amt: $45,000.00**

*Address Redacted*
**Date Filed: 8/6/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | $45,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### Osgood L.Taylor
**Case(s): 207 Clm No: 3800 Clm. Amt: $105,137.20**

*Address Redacted*
**Date Filed: 8/7/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $105,137.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $105,137.20 | | $0.00 |
| | | | | $105,137.20 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### Sayat Cinoglu
**Case(s): 207 Clm No: 3801 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 8/20/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### Allison McRee
**Case(s): 207 Clm No: 3802 Clm. Amt: $50,000.00**

*Address Redacted*
**Date Filed: 8/23/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $50,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $50,000.00 | | $0.00 |
| | | | | $50,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

### Timothy Nordvall
**Case(s): 207 Clm No: 3803 Clm. Amt: $80,440.00**

*Address Redacted*
**Date Filed: 8/29/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $51,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $29,440.00 | | $0.00 |
| 207 | UNS | | | $51,000.00 | | $0.00 |
| | | | | $80,440.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

## Robert Celifie
**Case(s): 207 Clm No: 3804 Clm. Amt: $29,440.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 8/29/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $29,440.00** | | | | | | | |
| | 207 | UNS | | | $29,440.00 | | $0.00 |
| | | | | | $29,440.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

## Brock Snoddy
**Case(s): 207 Clm No: 3805 Clm. Amt: $85,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 9/6/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $85,000.00** | | | | | | | |
| | 207 | UNS | | | $85,000.00 | | $0.00 |
| | | | | | $85,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## Thomas Handley
**Case(s): 207 Clm No: 3806 Clm. Amt: $35,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 9/9/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $35,000.00** | | | | | | | |
| | 207 | UNS | | | $35,000.00 | | $0.00 |
| | | | | | $35,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

## Antonio Mata
**Case(s): 207 Clm No: 3807 Clm. Amt: $45,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 9/11/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $45,000.00** | | | | | | | |
| | 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | | $45,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/21/2019 | 3621 |

### Julian Steele
**Case(s): 207 Clm No: 3808 Clm. Amt: $22,729.32**

*Address Redacted*
**Date Filed: 9/12/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $22,729.32**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $22,729.32 | | $0.00 |
| | | | | $22,729.32 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### Joseph Hlavac Jr
**Case(s): 207 Clm No: 3809 Clm. Amt: $65,000.00**

*Address Redacted*
**Date Filed: 9/15/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $65,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $65,000.00 | | $0.00 |
| | | | | $65,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### Kristopher Rippy
**Case(s): 207 Clm No: 3810 Clm. Amt: $75,000.00**

*Address Redacted*
**Date Filed: 9/18/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $75,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $75,000.00 | | $0.00 |
| | | | | $75,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### Sabrina Feltes
**Case(s): 207 Clm No: 3811 Clm. Amt: $100,000.00**

*Address Redacted*
**Date Filed: 9/28/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $100,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 207 | UNS | | | $100,000.00 | | $0.00 |
| | | | | $100,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### David J. Lopez
**Case(s): 207 Clm No: 3812 Clm. Amt: $146,847.42**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/1/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $146,847.42** | | | | | | | |
| | 207 | UNS | | | $146,847.42 | | $0.00 |
| | | | | | $146,847.42 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

### Gerry G. Beechert, III
**Case(s): 207 Clm No: 3813 Clm. Amt: $50,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/3/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $50,000.00** | | | | | | | |
| | 207 | 503(b)(9) | | | $50,000.00 | | $0.00 |
| | | | | | $50,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

### Jennifer Barth
**Case(s): 207 Clm No: 3814 Clm. Amt: $14,745.19**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/8/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $14,745.19** | | | | | | | |
| | 207 | UNS | | | $14,745.19 | | $0.00 |
| | | | | | $14,745.19 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### Danielle LaCasse
**Case(s): 207 Clm No: 3815 Clm. Amt: $41,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 11/2/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $41,000.00** | | | | | | | |
| | 207 | UNS | | | $41,000.00 | | $0.00 |
| | | | | | $41,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

### Universal Metro Incorporation
**Case(s): 207 Clm No: 3816 Clm. Amt: $41,580.00**

*Attn: Dave Triepke*
*12253 East Florence Ave*
*Santa Fe Springs, CA 90670*
**Date Filed: 11/7/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $41,580.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $41,580.00 | | $41,580.00 |
| | | | | $41,580.00 | | $41,580.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 08/23/2022 | 4950 | Objection Granted | 10/26/2022 | 4990 |

### Orlando Puga
**Case(s): 207 Clm No: 3817 Clm. Amt: $70,000.00**

*Address Redacted*
**Date Filed: 11/8/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $70,000.00 | | $0.00 |
| | | | | $70,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### Stephen D. Brown
**Case(s): 207 Clm No: 3818 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 11/13/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,000.00 | | $0.00 |
| | | | | $60,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### Adam N Zalazinski
**Case(s): 207 Clm No: 3819 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 11/15/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**SERGIO GARCIA**
**Case(s): 207 Clm No: 3820 Clm. Amt: $78,000.00**

*Address Redacted*
**Date Filed: 11/15/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $78,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $5,000.00 | | $0.00 |
| 207 | UNS | | | $73,000.00 | | $0.00 |
| | | | | $78,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

**Jason Harbaugh**
**Case(s): 207 Clm No: 3821 Clm. Amt: $56,600.00**

*Address Redacted*
**Date Filed: 11/19/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $56,600.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $56,600.00 | | $0.00 |
| | | | | $56,600.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

**omar mustafa**
**Case(s): 207 Clm No: 3822 Clm. Amt: $25,000.00**

*Address Redacted*
**Date Filed: 11/22/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $25,000.00 | | $0.00 |
| | | | | $25,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

**David Brown**
**Case(s): 207 Clm No: 3823 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed: 11/25/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

**Anastacia Dawn Roantes**
**Case(s): 207 Clm No: 3824 Clm. Amt: $49,669.00**

*Address Redacted*
**Date Filed: 11/25/2018**
**Bar Date: 1/30/2017**
**Amended By Clm #: 3825**
**Claim Face Value: $49,669.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $49,669.00 | | $0.00 |
| | | | | $49,669.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**Anastacia Dawn Roantes**
**Case(s): 207 Clm No: 3825 Clm. Amt: $49,669.00**

*Address Redacted*
**Date Filed: 11/25/2018**
**Orig. Date Filed: 11/25/2018**
**Bar Date: 1/30/2017**
**Amending Clm #: 3824**
**Claim Face Value: $49,669.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $49,669.00 | | $0.00 |
| | | | | $49,669.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**Alex Thammavongsa**
**Case(s): 207 Clm No: 3826 Clm. Amt: $67,570.26**

*Address Redacted*
**Date Filed: 11/28/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $67,570.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $67,570.26 | | $0.00 |
| | | | | $67,570.26 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**griselda romero**
**Case(s): 207 Clm No: 3827 Clm. Amt:**

*Address Redacted*
**Date Filed: 11/28/2018**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## Jesse Gonzalez
### Case(s): 207 Clm No: 3828 Clm. Amt: $80,000.00

*Address Redacted*
**Date Filed: 11/28/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|--------------|----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## Jireh Garcia
### Case(s): 207 Clm No: 3829 Clm. Amt: $38,627.17

*Address Redacted*
**Date Filed: 11/28/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $38,627.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $38,627.17 | | $0.00 |
| | | | | $38,627.17 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|--------------|----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

## Suzanne Houser
### Case(s): 207 Clm No: 3830 Clm. Amt: $20,000.00

*Address Redacted*
**Date Filed: 11/28/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|--------------|----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

## Clifford Ramos
### Case(s): 207 Clm No: 3831 Clm. Amt: $20,000.00

*Address Redacted*
**Date Filed: 11/28/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|--------------|----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

### David Epperson
**Case(s): 207 Clm No: 3832 Clm. Amt: $45,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 11/29/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $45,000.00** | | | | | | | |
| | 207 | UNS | | | $45,000.00 | | $0.00 |
| | | | | | $45,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

### Lynda Ruiz
**Case(s): 207 Clm No: 3833 Clm. Amt: $64,441.82**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 11/30/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $64,441.82** | | | | | | | |
| | 207 | UNS | | | $64,441.82 | | $0.00 |
| | | | | | $64,441.82 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | | | Objection Granted | | 3079 |
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### BRITTANY M COOK
**Case(s): 207 Clm No: 3834 Clm. Amt: $62,379.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 12/6/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $62,379.00** | | | | | | | |
| | 207 | UNS | | | $62,379.00 | | $0.00 |
| | | | | | $62,379.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

### Brandon Wiggins
**Case(s): 207 Clm No: 3835 Clm. Amt: $139,488.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 12/3/2018**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $139,488.00** | | | | | | | |
| | 207 | UNS | | | $139,488.00 | | $0.00 |
| | | | | | $139,488.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**National Instruments Corporation**
**Case(s): 207 Clm No: 3836 Clm. Amt: $18,175.00**

*Attn: Tori Kenney*
*11500 North Mopac Exwy*
*Autin, TX 78759*
**Date Filed: 12/28/2018**
**Bar Date: 1/30/2017**
**Claim Face Value: $18,175.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $18,175.00 | | |
| | | | | $18,175.00 | | |

**Activate Financial, LLC**
**Case(s): 207 Clm No: 3837 Clm. Amt: $19,715.74**

*P.O. Box 910009*
*San Diego, CA 92191-0009*
**Date Filed: 1/24/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $19,715.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $19,715.74 | | $0.00 |
| | | | | $19,715.74 | | $0.00 |

**James MacGeen**
**Case(s): 207 Clm No: 3838 Clm. Amt: $22,000.00**

*Address Redacted*
**Date Filed: 2/12/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $22,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $22,000.00 | | $0.00 |
| | | | | $22,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

**Stephen A. Facer**
**Case(s): 207 Clm No: 3839 Clm. Amt: $18,279.41**

*Address Redacted*
**Date Filed: 3/5/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $18,279.41**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $18,279.41 | | $0.00 |
| | | | | $18,279.41 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

**Marsellana Anderson**
**Case(s): 207 Clm No: 3840 Clm. Amt: $47,282.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 3/13/2019**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $47,282.00** | | | | | | | |
| | 207 | UNS | | | $47,282.00 | | $0.00 |
| | | | | | $47,282.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

**Kimberly Deveaux**
**Case(s): 207 Clm No: 3841 Clm. Amt: $13,503.34**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 3/19/2019**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $13,503.34** | | | | | | | |
| | 207 | UNS | | | $13,503.34 | | $0.00 |
| | | | | | $13,503.34 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

**Michael Haney**
**Case(s): 207 Clm No: 3842 Clm. Amt: $116,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 4/2/2019**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $116,000.00** | | | | | | | |
| | 207 | UNS | | | $116,000.00 | | $0.00 |
| | | | | | $116,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

**Natan Kalmanovich**
**Case(s): 207 Clm No: 3843 Clm. Amt: $80,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 5/14/2019**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $80,000.00** | | | | | | | |
| | 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | | $80,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### Robert Whitney
**Case(s): 207 Clm No: 3844 Clm. Amt: $37,214.55**

*Address Redacted*
**Date Filed: 5/14/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $37,214.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $37,214.55 | | $0.00 |
| | | | | $37,214.55 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

### Scott Buettner
**Case(s): 207 Clm No: 3845 Clm. Amt: $5,042.00**

*Address Redacted*
**Date Filed: 5/14/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $5,042.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $5,042.00 | | $0.00 |
| | | | | $5,042.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### Kevin Inthavong
**Case(s): 207 Clm No: 3846 Clm. Amt: $33,347.00**

*Address Redacted*
**Date Filed: 5/15/2019**
**Bar Date: 1/30/2017**
**Amended By Clm #: 3847**
**Claim Face Value: $33,347.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $33,347.00 | | $0.00 |
| | | | | $33,347.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### Kevin Inthavong
**Case(s): 207 Clm No: 3847 Clm. Amt: $33,347.00**

*Address Redacted*
**Date Filed: 5/15/2019**
**Orig. Date Filed: 5/16/2019**
**Bar Date: 1/30/2017**
**Amending Clm #: 3846**
**Amended By Clm #: 3851**
**Claim Face Value: $33,347.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $33,347.00 | | $0.00 |
| | | | | $33,347.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

**Kevin Inthavong**
**Case(s): 207 Clm No: 3848 Clm. Amt: $25,258.05**

*Address Redacted*
**Date Filed: 5/16/2019**
**Bar Date: 1/30/2017**
**Amended By Clm #: 3852**
**Claim Face Value: $25,258.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $25,258.05 | | $0.00 |
| | | | | $25,258.05 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

**Denise G. Manus**
**Case(s): 207 Clm No: 3849 Clm. Amt: $65,000.00**

*Address Redacted*
**Date Filed: 5/18/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $65,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $65,000.00 | | $0.00 |
| | | | | $65,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

**Kevin Inthavong**
**Case(s): 207 Clm No: 3850 Clm. Amt: $25,258.05**

*Address Redacted*
**Date Filed: 5/20/2019**
**Orig. Date Filed: 5/16/2019**
**Bar Date: 1/30/2017**
**Amending Clm #: 3848**
**Claim Face Value: $25,258.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $25,258.05 | | $0.00 |
| | | | | $25,258.05 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

**Kevin Inthavong**
**Case(s): 207 Clm No: 3851 Clm. Amt: $33,347.00**

*Address Redacted*
**Date Filed: 5/20/2019**
**Orig. Date Filed: 5/16/2019**
**Bar Date: 1/30/2017**
**Amending Clm #: 3847**
**Claim Face Value: $33,347.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $33,347.00 | | $0.00 |
| | | | | $33,347.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### Kevin Inthavong
**Case(s): 207 Clm No: 3852 Clm. Amt: $25,258.05**

*Address Redacted*
**Date Filed: 5/20/2019**
**Orig. Date Filed: 5/16/2019**
**Bar Date: 1/30/2017**
**Amending Clm #: 3848**
**Claim Face Value: $25,258.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $25,258.05 | | $0.00 |
| | | | | $25,258.05 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### Kevin Inthavong
**Case(s): 207 Clm No: 3853 Clm. Amt: $20,207.13**

*Address Redacted*
**Date Filed: 5/20/2019**
**Bar Date: 1/30/2017**
**Amended By Clm #: 3854**
**Claim Face Value: $20,207.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,207.13 | | $0.00 |
| | | | | $20,207.13 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### Kevin Inthavong
**Case(s): 207 Clm No: 3854 Clm. Amt: $20,207.13**

*Address Redacted*
**Date Filed: 5/20/2019**
**Orig. Date Filed: 5/20/2019**
**Bar Date: 1/30/2017**
**Amending Clm #: 3853**
**Claim Face Value: $20,207.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,207.13 | | $0.00 |
| | | | | $20,207.13 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### Alex Johnson
**Case(s): 207 Clm No: 3855 Clm. Amt: $37,787.16**

*Address Redacted*
**Date Filed: 5/24/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $37,787.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $37,787.16 | | $0.00 |
| | | | | $37,787.16 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**Jennifer Taylor**

**Case(s): 207 Clm No: 3856 Clm. Amt:**

c/o George Bach Law Firm
Attn: George Bach
P.O. Box 7386
Albuquerque, NM 87194
**Date Filed: 5/28/2019**
**Orig. Date Filed: 11/30/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 973**
**Amended By Clm #: 3905**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $125,000.00 |
| | | | | | | $125,000.00 |

**Angelica Winn**

**Case(s): 207 Clm No: 3857 Clm. Amt: $100,000,000.00**

Address Redacted
**Date Filed: 5/29/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $100,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $100,000,000.00 | | $0.00 |
| | | | | $100,000,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**Gage Robert Walker**

**Case(s): 207 Clm No: 3858 Clm. Amt: $39,942.52**

Address Redacted
**Date Filed: 5/30/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $39,942.52**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $39,942.52 | | $0.00 |
| | | | | $39,942.52 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

**Andres Alvarez**

**Case(s): 207 Clm No: 3859 Clm. Amt: $14,973.57**

Address Redacted
**Date Filed: 6/3/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $14,973.57**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $14,973.57 | | $0.00 |
| | | | | $14,973.57 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**David Joshua Corker**
**Case(s): 207 Clm No: 3860 Clm. Amt: $20,002.00**

*Address Redacted*
**Date Filed: 6/3/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,002.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,002.00 | | $0.00 |
| | | | | $20,002.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 09/03/2020 | 4051 | Objection Granted | 10/22/2020 | 4113 |

**John Morris**
**Case(s): 207 Clm No: 3861 Clm. Amt: $19,490.92**

*Address Redacted*
**Date Filed: 6/4/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $19,490.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $19,490.92 | | $0.00 |
| | | | | $19,490.92 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

**Angel Martinez**
**Case(s): 207 Clm No: 3862 Clm. Amt: $65,000.00**

*Address Redacted*
**Date Filed: 6/4/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $65,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $65,000.00 | | $0.00 |
| | | | | $65,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**Nicholas Miskanis**
**Case(s): 207 Clm No: 3863 Clm. Amt: $45,368.17**

*Address Redacted*
**Date Filed: 6/6/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $45,368.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $45,368.17 | | $0.00 |
| | | | | $45,368.17 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

**Jordan Sherfey**
**Case(s): 207 Clm No: 3864 Clm. Amt: $27,469.43**

*Address Redacted*
**Date Filed: 6/7/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $27,469.43**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $27,469.43 | | $0.00 |
| | | | | $27,469.43 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

**Bryan Rawlins**
**Case(s): 207 Clm No: 3865 Clm. Amt: $39,671.00**

*Address Redacted*
**Date Filed: 6/7/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $39,671.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $39,671.00 | | $0.00 |
| | | | | $39,671.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

**Stacy Heacock**
**Case(s): 207 Clm No: 3866 Clm. Amt: $75,000.00**

*Address Redacted*
**Date Filed: 6/12/2019**
**Bar Date: 1/30/2017**
**Amended By Clm #: 3872**
**Claim Face Value: $75,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $75,000.00 | | $0.00 |
| | | | | $75,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

**Amanda Corlew**
**Case(s): 207 Clm No: 3867 Clm. Amt: $80,000.00**

*Address Redacted*
**Date Filed: 6/19/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

## Christopher D. Mallett
### Case(s): 207 Clm No: 3868 Clm. Amt: $1,500,000,000.00

*Address Redacted*
**Date Filed: 6/23/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $1,500,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | 503(b)(9) | | | $46,007.00 | | $0.00 |
| 207 | UNS | | | $1,499,953,993.00 | | $0.00 |
| | | | | $1,500,000,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## Antonio Reddick
### Case(s): 207 Clm No: 3869 Clm. Amt:

*Address Redacted*
**Date Filed: 6/24/2019**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

## Maira E Urzua
### Case(s): 207 Clm No: 3870 Clm. Amt:

*Address Redacted*
**Date Filed: 6/24/2019**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

### David Alexander
**Case(s): 207 Clm No: 3871 Clm. Amt: $44,045.95**

*Address Redacted*
**Date Filed: 6/24/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $44,045.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $44,045.95 | | $0.00 |
| | | | | $44,045.95 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

### Stacy Heacock
**Case(s): 207 Clm No: 3872 Clm. Amt: $75,000.00**

*Address Redacted*
**Date Filed: 6/24/2019**
**Orig. Date Filed: 6/13/2019**
**Bar Date: 1/30/2017**
**Amending Clm #: 3866**
**Claim Face Value: $75,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $75,000.00 | | $0.00 |
| | | | | $75,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3549 | Objection Granted | 09/25/2019 | 3626 |

### Jabari Lawson
**Case(s): 207 Clm No: 3873 Clm. Amt:**

*Address Redacted*
**Date Filed: 6/25/2019**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### Demetrius Gardner
**Case(s): 207 Clm No: 3874 Clm. Amt:**

*Address Redacted*
**Date Filed: 6/26/2019**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| No Basis | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

### Michael Walden
**Case(s): 207 Clm No: 3875 Clm. Amt: $25,330.94**

*Address Redacted*
**Date Filed: 7/6/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,330.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $25,330.94 | | $0.00 |
| | | | | $25,330.94 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3548 | Objection Granted | 09/25/2019 | 3625 |

### Jason Nicholson
**Case(s): 207 Clm No: 3876 Clm. Amt: $43,000.00**

*Address Redacted*
**Date Filed: 7/10/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $43,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $43,000.00 | | $0.00 |
| | | | | $43,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### Derek Trujillo
**Case(s): 207 Clm No: 3877 Clm. Amt:**

*Address Redacted*
**Date Filed: 7/16/2019**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3547 | Objection Granted | 09/25/2019 | 3622 |

### Steven Marriott
**Case(s): 207 Clm No: 3878 Clm. Amt: $11,419.16**

*Address Redacted*
**Date Filed: 7/20/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $11,419.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $11,419.16 | | $0.00 |
| | | | | $11,419.16 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 07/29/2019 | 3551 | Objection Granted | 09/25/2019 | 3632 |

### Daniel Oliver Jenkins
### Case(s): 207 Clm No: 3879 Clm. Amt: $44,599.85

*Address Redacted*
**Date Filed: 7/23/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $44,599.85**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | ADM | | | $44,599.85 | | $0.00 |
| | | | | $44,599.85 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/29/2019 | 3546 | Objection Granted | 09/25/2019 | 3621 |

### Crystal Hawkins
### Case(s): 207 Clm No: 3880 Clm. Amt: $42,830.00

*Address Redacted*
**Date Filed: 8/5/2019**
**Orig. Date Filed: 1/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $42,830.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $42,830.00 | | $0.00 |
| | | | | $42,830.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

### Justin White
### Case(s): 207 Clm No: 3881 Clm. Amt: $20,309.34

*Address Redacted*
**Date Filed: 8/19/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $20,309.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $20,309.34 | | $0.00 |
| | | | | $20,309.34 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

### Enrique Espinoza
### Case(s): 207 Clm No: 3882 Clm. Amt: $10,000.00

*Address Redacted*
**Date Filed: 9/7/2019**
**Bar Date: 1/30/2017**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

### Patrick Duane Sperl
**Case(s): 207 Clm No: 3883 Clm. Amt: $29,923.00**

*Address Redacted*
**Date Filed: 10/25/2019**
**Orig. Date Filed: 1/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $29,923.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $29,923.00 | | $0.00 |
| | | | | $29,923.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2021 | 3876 | Objection Granted | 05/20/2020 | 3930 |

### Tiffany Minich
**Case(s): 207 Clm No: 3884 Clm. Amt: $16,334.00**

*Address Redacted*
**Date Filed: 11/14/2019**
**Orig. Date Filed: 1/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $16,334.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $16,334.00 | | $0.00 |
| | | | | $16,334.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

### Choowani P Shimilimo
**Case(s): 207 Clm No: 3885 Clm. Amt:**

*Address Redacted*
**Date Filed: 1/13/2020**
**Orig. Date Filed: 1/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

### Siarah Phillips
**Case(s): 207 Clm No: 3886 Clm. Amt: $25,000.00**

*Address Redacted*
**Date Filed: 2/13/2020**
**Orig. Date Filed: 1/3/2017**
**Bar Date: 1/30/2017**
**Claim Face Value: $25,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $25,000.00 | | $0.00 |
| | | | | $25,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/13/2020 | 3876 | Objection Granted | 05/20/2020 | 3930 |

### Void Claim - Claim Entered in Error
### Case(s): Clm No: 3887 Clm. Amt:

**Date Filed:**
**Claim Face Value:**

### Office Depot
### Case(s): 207 Clm No: 3888 Clm. Amt: $136,661.33

*c/o Shraiberg, Landau & Page, PA*
*Attn: Eric Pendergraft*
*2385 NW Executive Ctr Dr, Ste 300*
*Boca Raton, FL 33431*
**Date Filed: 5/5/2020**
**Bar Date: 1/30/2017**
**Amending Clm #: 22**
**Amended By Clm #: 3889**
**Claim Face Value: $136,661.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $136,661.33 | | $0.00 |
| | | | | $136,661.33 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 06/21/2021 | 4368 | Objection Granted | 07/28/2021 | 4418 |

### Office Depot
### Case(s): 207 Clm No: 3889 Clm. Amt: $131,305.15

*c/o Shraiberg Landau & Page PA*
*Attn: Eric Pendergraft*
*2385 NW Executive Ctr Dr, Ste 300*
*Boca Raton, FL 33431*
**Date Filed: 5/7/2020**
**Bar Date: 1/30/2017**
**Amending Clm #: 3888**
**Claim Face Value: $131,305.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $131,305.15 | | |
| | | | | $131,305.15 | | |

### Alex Intsiful
### Case(s): 207 Clm No: 3890 Clm. Amt:

*Address Redacted*
**Date Filed: 9/25/2020**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

**Patrick Lance Kovatch**
**Case(s): 207 Clm No: 3891 Clm. Amt: $26,635.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 9/26/2020**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $26,635.00** | | | | | | | |
| | 207 | UNS | Disallowed | | $26,635.00 | | $0.00 |
| | | | | | $26,635.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 06/21/2021 | 4367 | Objection Granted | 07/28/2021 | 4417 |

**Patrick Lance Kovatch**
**Case(s): 207 Clm No: 3892 Clm. Amt: $82,272.17**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 9/26/2020**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $82,272.17** | | | | | | | |
| | 207 | UNS | Disallowed | | $82,272.17 | | $0.00 |
| | | | | | $82,272.17 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 06/21/2021 | 4367 | Objection Granted | 07/28/2021 | 4417 |

**Michael Pennestri**
**Case(s): 207 Clm No: 3893 Clm. Amt: $15,232.13**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/4/2020**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $15,232.13** | | | | | | | |
| | 207 | UNS | Disallowed | | $15,232.13 | | $0.00 |
| | | | | | $15,232.13 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 06/21/2021 | 4367 | Objection Granted | 07/28/2021 | 4417 |

**Seth Olsen**
**Case(s): 207 Clm No: 3894 Clm. Amt: $64,100.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 10/6/2020**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $64,100.00** | | | | | | | |
| | 207 | UNS | Disallowed | | $64,100.00 | | $0.00 |
| | | | | | $64,100.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

### Michael Rivera
**Case(s): 207 Clm No: 3895 Clm. Amt: $60,643.03**

*Address Redacted*
**Date Filed: 10/6/2020**
**Bar Date: 1/30/2017**
**Claim Face Value: $60,643.03**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $60,643.03 | | $0.00 |
| | | | | $60,643.03 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

### Florida No 2 LLC
**Case(s): 207 Clm No: 3896 Clm. Amt: $362,561.15**

*Attn: Gary Triphan*
*5440 Morehouse Dr, Ste 4000*
*San Diego, CA 92121*
**Date Filed: 10/13/2020**
**Orig. Date Filed: 12/30/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 1299**
**Claim Face Value: $362,561.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | | | $362,561.15 | | |
| | | | | $362,561.15 | | |

### Jack Jenkins
**Case(s): 207 Clm No: 3897 Clm. Amt: $29,929.74**

*Address Redacted*
**Date Filed: 11/3/2020**
**Bar Date: 1/30/2017**
**Claim Face Value: $29,929.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $29,929.74 | | $0.00 |
| | | | | $29,929.74 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

### Daniel P Kissee
**Case(s): 207 Clm No: 3898 Clm. Amt: $15,000.00**

*Address Redacted*
**Date Filed: 12/4/2020**
**Bar Date: 1/30/2017**
**Claim Face Value: $15,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | Unknown | Y | $9.00 |
| 207 | SEC | Disallowed | | Unknown | Y | $9.00 |
| 207 | UNS | Disallowed | | $15,000.00 | | $0.00 |
| | | | | $15,000.00 | | $18.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

## Oregon Department of Revenue
### Case(s): 207 Clm No: 3899 Clm. Amt: $2,164,172.96

*955 Center St NE*
*Salem, OR 9731-2555*
**Date Filed: 1/29/2021**
**Orig. Date Filed: 12/5/2016**
**Bar Date: 1/30/2017**
**Amending Clm #: 1124**
**Claim Face Value: $2,164,172.96**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $388,661.46 | | |
| 207 | UNS | | | $1,775,511.50 | | |
| | | | | $2,164,172.96 | | |

## State of Florida - Department of Revenue
### Case(s): 207 Clm No: 3900 Clm. Amt: $210,252.59

*Attn: Frederick F Rudzik, Esq*
*P.O. Box 6668*
*Tallahassee, FL 32314-6668*
**Date Filed: 2/3/2021**
**Bar Date: 5/15/2017**
**Claim Face Value: $210,252.59**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $210,252.59 | | |
| | | | | $210,252.59 | | |

## Anthony Ham
### Case(s): 207 Clm No: 3901 Clm. Amt:

*Address Redacted*
**Date Filed: 2/23/2021**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 06/21/2021 | 4369 | Objection Granted | 08/09/2021 | 4440 |

## Colorado Department of Revenue
### Case(s): 207 Clm No: 3902 Clm. Amt: $12,434.00

*Attn: Donald Olivett*
*1375 Sherman St, Rm 504*
*Denver, CO 80261*
**Date Filed: 3/23/2021**
**Bar Date: 1/30/2017**
**Claim Face Value: $12,434.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | $9,144.00 | | |
| 207 | UNS | | | $3,290.00 | | |
| | | | | $12,434.00 | | |

### New York State Department of Taxation and Finance
**Case(s): 207 Clm No: 3903 Clm. Amt: $347.60**

*Bankruptcy Section*
*P.O. Box 5300*
*Albany, NY 12205-0300*
**Date Filed: 4/1/2021**
**Claim Face Value: $347.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | ADM | Disallowed | | $347.60 | | $0.00 |
| | | | | $347.60 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Contract Cure | 08/23/2022 | 4946 | Objection Granted | 10/26/2022 | 4986 |

### Mississippi Department of Revenue
**Case(s): 207 Clm No: 3904 Clm. Amt: $70.54**

*P.O. Box 22808*
*Jackson, MS 39225-2808*
**Date Filed: 6/28/2021**
**Bar Date: 1/30/2017**
**Claim Face Value: $70.54**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | Disallowed | | $70.54 | | $0.00 |
| | | | | $70.54 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied | 08/23/2022 | 19164946 | Objection Granted | 10/26/2022 | 4986 |

### Jennifer Taylor
**Case(s): 207 Clm No: 3905 Clm. Amt: $125,000.00**

*Attn: George Bach*
*P.O. Box 7386*
*Albuquerque, NM 87194*
**Date Filed: 7/28/2021**
**Orig. Date Filed: 11/30/3016**
**Bar Date: 1/30/2017**
**Amending Clm #: 3856**
**Claim Face Value: $125,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Withdrawn | | $125,000.00 | | $0.00 |
| | | | | $125,000.00 | | $0.00 |

### Mei E Ellis
**Case(s): 207 Clm No: 3906 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 8/2/2021**
**Bar Date: 1/30/2017**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 08/23/2022 | 4948 | Objection Granted | 10/26/2022 | 4988 |

### VOID - Claim Entered in Error
#### Case(s): Clm No: 3907 Clm. Amt:

**Date Filed:**
**Claim Face Value:**

### Texas Comptroller of Public Accounts
#### Case(s): 207 Clm No: 3908 Clm. Amt: $3,670.93

*c/o Office of the Attorney General Bankruptcy &*
*P.O. Box 12548*
*Austin, TX 78711-2548*
**Date Filed: 10/25/2021**
**Bar Date: 1/30/2017**
**Claim Face Value: $3,670.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | ADM | Disallowed | | $3,670.93 | | $0.00 |
| | | | | $3,670.93 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Disallowed with Prejudice | 08/23/2022 | 4946 | Objection Granted | 10/26/2022 | 4986 |

### Void Claim - Amending Claim 208-212
#### Case(s): 207 Clm No: 3909 Clm. Amt:

**Date Filed:**
**Claim Face Value:**

### Void Claim - Claim Created in Error
#### Case(s): Clm No: 3910 Clm. Amt:

**Date Filed:**
**Claim Face Value:**

### Dawn Pfarr
#### Case(s): 207 Clm No: 3911 Clm. Amt:

*Address Redacted*
**Date Filed: 1/19/2022**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/18/2022 | 4609 | Objection Granted | 03/31/2022 | 4729 |

### Tiffany Walker
**Case(s): 207 Clm No: 3912 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 4/19/2022**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value:** | | | | | | | |
| | 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 08/23/2022 | 4947 | Objection Granted | 10/26/2022 | 4987 |

### TIMOTHY HARTLOFF
**Case(s): 207 Clm No: 3913 Clm. Amt: $79,520.09**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 4/21/2022**<br>**Orig. Date Filed: 1/3/2017**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $79,502.09** | | | | | | | |
| | 207 | PRI | Disallowed | | $79,520.09 | | $0.00 |
| | | | | | $79,520.09 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 02/08/2023 | 5157 | Objection Filed | | |
| Duplicate claim | 02/08/2023 | 5157 | Objection Granted | 03/15/2023 | 5196 |
| Filed after bar date | 02/08/2023 | 5157 | Objection Filed | | |

### Adam Olivares
**Case(s): 207 Clm No: 3914 Clm. Amt: $77,873.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Address Redacted*<br>**Date Filed: 4/28/2022**<br>**Bar Date: 1/30/2017**<br>**Claim Face Value: $77,873.00** | | | | | | | |
| | 207 | UNS | Disallowed | | $77,873.00 | | $0.00 |
| | | | | | $77,873.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 08/23/2022 | 4949 | Objection Granted | 10/26/2022 | 4989 |

### Texas Comptroller of Public Accounts
**Case(s): 207 Clm No: 3915 Clm. Amt: $2,548.01**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *c/o Office of the Attorney General Bankruptcy Division*<br>*P.O. Box 12548, MC-008*<br>*Austin, TX 78711*<br>**Date Filed: 9/29/2022**<br>**Orig. Date Filed: 5/14/2022**<br>**Bar Date: 1/30/2017**<br>**Amending Clm #: 3915**<br>**Amended By Clm #: 3915**<br>**Claim Face Value: $2,548.01** | | | | | | | |
| | 207 | PRI | | | $2,277.07 | | |
| | 207 | UNS | | | $270.94 | | |
| | | | | | $2,548.01 | | |

**UTAH STATE TAX COMMISSION**
**Case(s): 207 Clm No: 3916 Clm. Amt: $24,839.79**

*210 N 1950 W*
*Salt Lake City, UT 84134-9000*
**Date Filed: 6/1/2022**
**Bar Date: 1/30/2017**
**Claim Face Value: $24,839.79**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | PRI | | | | | $18,654.99 |
| 207 | UNS | | | $24,839.79 | | $5,787.19 |
| | | | | $24,839.79 | | $24,442.18 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim satisfied in part | 08/23/2022 | 4946 | Objection Granted | 10/26/2022 | 4986 |

**David David**
**Case(s): 207 Clm No: 3917 Clm. Amt: $17,511.00**

*Address Redacted*
**Date Filed: 6/2/2022**
**Bar Date: 1/30/2017**
**Claim Face Value: $17,511.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $17,511.00 | | $0.00 |
| | | | | $17,511.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 08/23/2022 | 4949 | Objection Granted | 10/26/2022 | 4989 |

**Summer Morrow**
**Case(s): 207 Clm No: 3918 Clm. Amt:**

*Address Redacted*
**Date Filed: 6/24/2022**
**Bar Date: 1/30/2017**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 08/23/2022 | 4947 | Objection Granted | 10/26/2022 | 4987 |

**Karen Barker**
**Case(s): 207 Clm No: 3919 Clm. Amt: $35,000.00**

*Address Redacted*
**Date Filed: 8/1/2022**
**Bar Date: 1/30/2017**
**Amended By Clm #: 3920**
**Claim Face Value: $35,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 207 | UNS | Disallowed | | $35,000.00 | | $0.00 |
| | | | | $35,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 08/23/2022 | 4947 | Objection Granted | 10/26/2022 | 4987 |

### Void claim - Amending claim #3919
### Case(s): 207 Clm No: 3920 Clm. Amt:

*Address Redacted*
**Date Filed:**
**Claim Face Value:**

### Jacob Viregan
### Case(s): 207 Clm No: 3921 Clm. Amt: $800,000.00

*Address Redacted*
**Date Filed: 8/8/2022**
**Orig. Date Filed: 8/6/2022**
**Bar Date: 1/30/2017**
**Claim Face Value: $800,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $800,000.00 | | $0.00 |
| | | | | $800,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 08/23/2022 | 4947 | Objection Granted | 10/26/2022 | 4987 |

### Void claim - Amending claim #3921
### Case(s): 207 Clm No: 3922 Clm. Amt:

**Date Filed:**
**Claim Face Value:**

### Jacob Viregan
### Case(s): 207 Clm No: 3923 Clm. Amt: $2,500,000.00

*Address Redacted*
**Date Filed: 8/18/2022**
**Bar Date: 1/30/2017**
**Claim Face Value: $2,500,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 207 | UNS | Disallowed | | $2,500,000.00 | | $0.00 |
| | | | | $2,500,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 08/23/2022 | 4947 | Objection Granted | 10/26/2022 | 4987 |