UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:<br><br>ITT EDUCATIONAL SERVICES, INC. et al.[1]<br><br>Debtors | Chapter 7<br><br>Case No. 16-07207-JMC-7A |

### STUDENT CLAIMANTS' REPORT ON STUDENT CLASS DISTRIBUTION

Student Claimants Jorge Villalba, James Eric Brewer, Joshua Cahill, Juan Hincapie, and Cheryl House ("Student Claimants" or "Class Representatives"), on behalf of themselves and all other similarly situated ("Class Members" or "Student Class" or "the Class") respectfully submit this Report on Student Class Distribution.

1. On December 4, 2024, this Court held a status hearing on the Student Class distribution process.

2. At this hearing, in addition to updating the Court on the status of the distribution, Counsel for Student Claimants discussed raising the minimum check distribution amount from $10 to $50.

3. This suggestion was made to the Court because, based on the preliminary numbers from our Third Distribution, amounts under $50 appeared to be less likely to be cashed than amounts over $50. At the end of the hearing, Judge Carr invited Counsel to submit a motion if they wanted to raise the threshold.

4. After fully completing the Third Distribution earlier this month, and after carefully reviewing the numbers, Counsel does not believe that there is a sufficient difference among the different thresholds that would justify modifying the Distribution Plan to exclude the many Class Members who would not be entitled to a $50 or greater distribution.

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

1

5. Accordingly, Counsel does not intend to file a motion to raise the distribution threshold amount.

6. American Legal Claim Services, LLC will begin to implement the process for the Fourth Distribution on February 21, 2025. That distribution and any subsequent ones will be made according to the approved Distribution Plan [Doc. 4636].

Dated: February 14, 2025

Respectfully submitted,

/s/ Victoria Roytenberg
Victoria Roytenberg (pro hac vice)
Eileen M. Connor (pro hac vice)
John D. Sigel (pro hac vice)
**PROJECT ON PREDATORY STUDENT LENDING, INC**
769 Centre Street
Jamaica Plain, MA 02130
Phone: (617) 390-2669
Fax: (781) 218-9625

- and –

Catherine Steege
Melissa Root
**JENNER & BLOCK**
353 N. Clark Street Chicago, IL 60654
Phone: (312) 222-9350
Fax: (312) 840-7352