UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF00100 (rev 11/2020)

In re:

**ITT Educational Services, Inc.**,                    Case No. **16–07207–JMC–7A**
**Daniel Webster College, Inc.**,                    JOINTLY ADMINISTERED
**ESI Service Corp.**,
              Debtors.

## NOTICE

An Application for Payment of Unclaimed Funds was filed on February 20, 2025, by Creditor Dilks & Knopik, LLC.

**NOTICE IS GIVEN** that your rights may be affected. You should read these documents carefully and discuss them with your attorney. If you do not have an attorney, you may want to consult one.

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to enter an order on the Application for Payment of Unclaimed Funds or you want the Court to consider your views, an objection, explaining your position, must be filed with the Court by March 13, 2025.

If you mail your objection, it must be mailed early enough so that the Court receives it on or before March 13, 2025. Objections must comply with S.D.Ind. B–9013–1(d).

If these steps are not taken, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated:  February 21, 2025                    Eric R. Kleis
                                        Clerk, U.S. Bankruptcy Court