# Notice Recipients

District/Off: 0756−1  User: admin  Date Created: 2/21/2025
Case: 16−07207−JMC−7A  Form ID: SF00100  Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr          R. S. McCullough          P.O. Box 56201          Little Rock, AR 72215
16868094    Rebecca Carpenter Fowler          2 Maple Drive          Warrenton, MO 63383
            Rebecca Jo Carpenter Fowler          4335 W. Pine Blvd          St. Louis, MO 63108

                                                                                    TOTAL: 3