UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

In re:

ITT Educational Services, Inc ., Daniel Webster College, Inc., ESI Service Corp.

Case No. 16-07207-JMC-7A

Debtors.

### NOTICE OF TRANSFER OF CLAIM

A Transfer of Claim 2925 was filed on March 11, 2025, by Dilks & Knopik, LLC and is attached to this notice.

**NOTICE IS GIVEN** that the transferee will be substituted as the original claimant without further order of the Court only for that portion of the claim asserted on behalf of the original claimant unless an objection is filed by April 3, 2025

Dated: March 13, 2025

Eric R. Kleis
Clerk, U.S. Bankruptcy Court

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Indiana

In re  ITT Educational Services, Inc., Daniel Webster College, Inc., ESI Service Corp.,   Case No.  16-07207-JMC-7A

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Dilks & Knopik, LLC | KA THERINE J HAWKINS |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee Should be sent:

35308 SE Center Street
Snoqualmie WA 98065

Court Claim # (if known):  2925gn
Amount of Claim:
Date Claim Filed:

Phone:  425-836-5728
Last Four Digits of Acct #:

Phone:  (214) 986-6825
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Brian J Dilks - President                  Date:  3/11/2025
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.