**Fill in this Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | ITT Educational Services, Inc., Daniel Webster College, Inc., ESI Service Corp. | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | |

United States Bankruptcy Court for the:    Southern District of Indiana

Case Number:    16-07207-JMC-7A

FILED '25 MAR 19
BANKR SD INDPM 2:54

---

**Form 1340 (12/23)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $2,133.56 |
| Claimant's Name: | Dilks & Knopik, LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 35308 SE Center Street<br>Snoqualmie, WA 98065<br>425-836-5728 x123<br>admin@dilksknopik.com |

### 2. Claimant Information

Applicant[2] represents the following:

☐ The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:
Katherine J Hawkins (n/k/a Katherine H. Culbert)

☒ If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

### 3. Applicant Information

Applicant represents the following:

☒ Applicant is the Claimant.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

☐  Applicant is a representative of the deceased Claimant's estate.

**4. Supporting Documentation**

☒  Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

**5. Notice to United States Attorney**

☒  Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Southern District of Indiana
10 W. Market St., Ste. 2100
Indianapolis, IN 46204

| 6. Applicant Declaration | 6. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152. |
| Date:  March 11, 2025 | Date: _____ |
| _____ Signature of Applicant Andrew T. Drake – Vice President Dilks & Knopik, LLC | _____ Signature of Co-Applicant (if applicable) _____ Printed Name of Co-Applicant (if applicable) |
| 35308 SE Center Street Snoqualmie, WA 98065 428-836-5728 x123 admin@dilksknopik.com | Address: Telephone: _____ Email: _____ |

| 7. Notarization | 7. Notarization |
|---|---|
| STATE OF <u>WASHINGTON</u> | STATE OF_____ |
| COUNTY OF <u>KING</u> | COUNTY OF_____ |
| This Application for Unclaimed Funds, dated <u>March 11, 2025</u> was subscribed and sworn to before me this <u>11th</u> day of <u>March</u>, 20<u>25</u> by <u>Andrew T. Drake</u> who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. | This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this_____day of_____, 20_____by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. |
| (SEAL)        Notary Public: _____ Matthew Zettley My commission expires: February 19, 2026 | (SEAL) _____ Notary Public_____ My commission expires: |

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

Form 1340