SO ORDERED: May 5, 2025.



_____
**James M. Carr**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF03470 (rev 12/2022)

In re:

**ITT Educational Services, Inc.**,
**Daniel Webster College, Inc.**,
**ESI Service Corp.**,
  Debtors.

Case No. **16–07207–JMC–7A**
JOINTLY ADMINISTERED

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

An Application for Payment of Unclaimed Funds was filed on March 19, 2025, by Dilks & Knopik, LLC for payment of unclaimed funds deposited with the Court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish the entitlement of the claimant to the unclaimed funds.

**IT IS ORDERED** that the application is **GRANTED**.

**IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 2042, the held unclaimed funds be disbursed as follows:

  Amount:  $2,133.56
  Claimant: Dilks & Knopik, LLC
  Address:  35308 SE Center St, Snoqualmie, WA 98065

**NOTICE IS GIVEN** that the Clerk will disburse these funds no earlier than **14 days** from the date of this order.

###