# Notice Recipients

District/Off: 0756–1          User: admin          Date Created: 5/5/2025

Case: 16–07207–JMC–7A          Form ID: pdfOrder          Total: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
mdb          Daniel Webster College, Inc.          20 University Drive          Nashua, NH 03063
cr          Dilks & Knopik, LLC          35308 SE Center Street          Snoqualmie, WA 98065 UNITED STATES
16868438          KA THERINE J HAWKINS          719 Pinehurst Dr.          Richardson, TX 75080
          Katherine H. Culbert          13390 County Road 4134          Tyler, TX 75704

TOTAL: 4