United States Bankruptcy Court
Southern District of Indiana

In re:                                                                 Case No. 16-07207-JMC

ITT Educational Services, Inc.                                         Chapter 7

ESI Service Corp.

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0756-1 | User: admin | Page 1 of 24 |
|---|---|---|
| Date Rcvd: May 05, 2025 | Form ID: pdfOrder | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| mdb | + | Daniel Webster College, Inc., 20 University Drive, Nashua, NH 03063-1323 |
| | + | Katherine H. Culbert, 13390 County Road 4134, Tyler, TX 75704-6646 |
| 16868438 | + | KA THERINE J HAWKINS, 719 Pinehurst Dr., Richardson, TX 75080-4113 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: cmecf@dilksknopik.com | May 05 2025 21:21:00 | Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065, UNITED STATES 98065-9216 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2025                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Kappler | |
| | on behalf of Defendant Presidio Infrastructure Solutions LLC akappler@tokn.com |
| Abraham Murphy | |
| | on behalf of Creditor Bexar County  San Antonio, Texas murphy@abrahammurphy.com |

District/off: 0756-1                    User: admin                    Page 2 of 24
Date Rcvd: May 05, 2025                 Form ID: pdfOrder               Total Noticed: 4

Abraham Murphy
              on behalf of Creditor Alief Independent School District murphy@abrahammurphy.com

Abraham Murphy
              on behalf of Creditor City of Houston murphy@abrahammurphy.com

Abraham Murphy
              on behalf of Creditor Richardson Independent School District murphy@abrahammurphy.com

Abraham Murphy
              on behalf of Creditor Dallas County  Dallas, Texas murphy@abrahammurphy.com

Abraham Murphy
              on behalf of Creditor Clear Creek Independent School District murphy@abrahammurphy.com

Abraham Murphy
              on behalf of Creditor Arlington ISD Richardson ISD murphy@abrahammurphy.com

Abraham Murphy
              on behalf of Creditor Spring Independent School District murphy@abrahammurphy.com

Abraham Murphy
              on behalf of Creditor Harris County  Houston Texas murphy@abrahammurphy.com

Abraham Murphy
              on behalf of Creditor Tarrant County  Fort Worth, Texas murphy@abrahammurphy.com

Abraham Murphy
              on behalf of Creditor McLennan County  Waco, Texas murphy@abrahammurphy.com

Adam Craig Harris
              on behalf of Creditor Cerberus Business Finance  LLC adam.harris@srz.com

Aimee Vidaurri
              on behalf of Defendant USAA Life Insurance Company aimee.vidaurri@nortonrosefulbright.com

Alan Katz
              on behalf of Defendant Entergy Louisiana  LLC akatz@lockelord.com

Alan Mark Grochal
              on behalf of Creditor CEC Red Run LLC agrochal@tydingslaw.com

Alex M Beeman
              on behalf of Creditor Elkar LLC abeeman@reminger.com  abeeman@reminger.com

Alissa M. Nann
              on behalf of Defendant Student CU Connect CUSO  LLC anann@foley.com, DHeffer@foley.com

Alissa M. Nann
              on behalf of Defendant Eli Lilly Federal Credit Union anann@foley.com  DHeffer@foley.com

Alissa M. Nann
              on behalf of Creditor Student CU Connect CUSO  LLC anann@foley.com, DHeffer@foley.com

Alissa M. Nann
              on behalf of Defendant Veridian Credit Union anann@foley.com  DHeffer@foley.com

Alissa M. Nann
              on behalf of Defendant Bellco Credit Union anann@foley.com  DHeffer@foley.com

Alissa M. Nann
              on behalf of Defendant Directions Credit Union anann@foley.com  DHeffer@foley.com

Alissa M. Nann
              on behalf of Defendant Credit Union of America anann@foley.com  DHeffer@foley.com

Alissa M. Nann
              on behalf of Defendant The Rochdale Group  Inc. anann@foley.com, DHeffer@foley.com

Alissa M. Nann
              on behalf of Defendant Workers' Credit Union anann@foley.com  DHeffer@foley.com

Amanda Marie Hendren
              on behalf of Creditor Meeboer Data Products  Inc. d/b/a/ Data Comm amanda@indianalawgroup.com

Amy E Vulpio
              on behalf of Defendant Google LLC f/d/b/a Google Inc. avulpio@stradley.com

Amy E Vulpio
              on behalf of Creditor Google LLC fdba Google Inc. avulpio@stradley.com

Amy L VonDielingen
              on behalf of Creditor CNO Financial Group  Inc. amy.vondielingen@woodenlawyers.com

District/off: 0756-1                  User: admin                 Page 3 of 24

Date Rcvd: May 05, 2025            Form ID: pdfOrder            Total Noticed: 4

Andrew E. Houha
on behalf of Creditor LSREF4 Dual  LLC bkecfnotices@johnsonblumberg.com

Andrew L. Kraemer
on behalf of Creditor R LSREF4 Dual  LLC akraemer@johnsonblumberg.com, akraemerlawoffice@att.net

Andrew L. Kraemer
on behalf of Creditor LSREF4 Dual  LLC akraemer@johnsonblumberg.com, akraemerlawoffice@att.net

Andrew W Ferich
on behalf of Creditor Christin M. Long awf@chimicles.com

Andrew W. Hull
on behalf of Defendant Comcast Cable Communications of Pennsylvania  Inc. awhull@hooverhullturner.com, fgipson@hooverhullturner.com

Andrew W. Hull
on behalf of Defendant Comcast Cable Communications  Inc. awhull@hooverhullturner.com, fgipson@hooverhullturner.com

Andrew W.J. Tarr
on behalf of Defendant Wells Fargo Bank  N.A. atarr@robinsonbradshaw.com, kwells@robinsonbradshaw.com,docketing@robinsonbradshaw.com

Ann Wilkinson Matthews
on behalf of Creditor The University of North Carolina amatthews@ncdoj.gov

Annette England
on behalf of Creditor lg III  llc haas.annette@gmail.com

Annette England
on behalf of Creditor Gardens 5901 Real Estate Corp. haas.annette@gmail.com

Anthony Darrell Lehman
on behalf of Other Professional Integra Construction Inc. alehman@hlpwlaw.com

Anthony Darrell Lehman
on behalf of Defendant Integra Construction  Inc. alehman@hlpwlaw.com

Anthony F. Pirraglia
on behalf of Defendant Telemundo of Denver  LLC anthony.pirraglia@hklaw.com

Anthony F. Pirraglia
on behalf of Defendant Telemundo Network Group  LLC anthony.pirraglia@hklaw.com

Anthony F. Pirraglia
on behalf of Defendant NBCUniversal Media  LLC anthony.pirraglia@hklaw.com

Anthony F. Pirraglia
on behalf of Defendant Telemundo of Dallas  LP anthony.pirraglia@hklaw.com

Anthony F. Pirraglia
on behalf of Defendant Telemundo of Chicago  LLC anthony.pirraglia@hklaw.com

Anthony F. Pirraglia
on behalf of Defendant John/Jane Does anthony.pirraglia@hklaw.com

Anthony F. Pirraglia
on behalf of Defendant NBC Universal Digital Solutions  LLC anthony.pirraglia@hklaw.com

Anthony F. Pirraglia
on behalf of Defendant Telemundo Las Vegas  LLC anthony.pirraglia@hklaw.com

Anthony F. Pirraglia
on behalf of Defendant NBC Subsidiary (WTVJ-TV)  LLC anthony.pirraglia@hklaw.com

Anthony F. Pirraglia
on behalf of Defendant Telemundo Mid-Atlantic  LLC anthony.pirraglia@hklaw.com

Anthony F. Pirraglia
on behalf of Defendant Telemundo of Galveston-Houston Partners  LLC anthony.pirraglia@hklaw.com

Anthony F. Pirraglia
on behalf of Defendant Estrella Communications  LLC anthony.pirraglia@hklaw.com

Anthony F. Pirraglia
on behalf of Defendant Universal Television  LLC anthony.pirraglia@hklaw.com

Anthony F. Pirraglia
on behalf of Defendant Telemundo of Texas  LLC anthony.pirraglia@hklaw.com

Anthony R. Jost
on behalf of Creditor Joanna Castro tjost@rbelaw.com  rmcclintic@rbelaw.com

Anthony R. Jost

on behalf of Plaintiff Christopher Bowerman tjost@rbelaw.com  rmcclintic@rbelaw.com

Anthony R. Jost

on behalf of Creditor Allen Federman tjost@rbelaw.com  rmcclintic@rbelaw.com

Anthony R. Jost

on behalf of Plaintiff Allen Federman tjost@rbelaw.com  rmcclintic@rbelaw.com

Anthony R. Jost

on behalf of Plaintiff Joanna Castro tjost@rbelaw.com  rmcclintic@rbelaw.com

Anthony R. Jost

on behalf of Creditor Steve Ryan tjost@rbelaw.com  rmcclintic@rbelaw.com

Ashley Flynn Bartram

on behalf of Other Professional The Texas Higher Education Coordinating Board ashley.bartram@oag.texas.gov

Ashley Flynn Bartram

on behalf of Plaintiff Texas Higher Education Coordinating Board ashley.bartram@oag.texas.gov

Ben T. Caughey

on behalf of Defendant Deutsche Bank Trust Company Americas ben.caughey@merchocaughey.com

Ben T. Caughey

on behalf of Defendant John Wiley & Sons  Inc. ben.caughey@merchocaughey.com

Ben T. Caughey

on behalf of Defendant Deutsche Bank National Trust Company ben.caughey@merchocaughey.com

Ben T. Caughey

on behalf of Defendant Convergeone  Inc. ben.caughey@merchocaughey.com

Ben T. Caughey

on behalf of Creditor AP Adler Albemarle  LLC ben.caughey@merchocaughey.com

Benjamin F Johns

on behalf of Creditor Christin M. Long bjohns@shublawyers.com  klw@chimicles.com

Berry Dan Spears

on behalf of Defendant National Instruments Corporation berrydspears616@gmail.com

Bradley Winston

on behalf of Creditor Clare Christle bwinston@winstonlaw.com  lwheaton@winstonlaw.com

Brandon Craig Bickle

on behalf of Creditor Merit Partners  LLC bbickle@gablelaw.com

Brandon Michael Wise

on behalf of Creditor Ruby Blackwell bwise@prwlegal.com

C Daniel Motsinger

on behalf of Defendant Presidio Infrastructure Solutions LLC cmotsinger@kdlegal.com
cmotsinger@kdlegal.com;rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com

C Daniel Motsinger

on behalf of Creditor REEP-OFC Water Ridge Eight NC  LLC cmotsinger@kdlegal.com,
cmotsinger@kdlegal.com;rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com

C Daniel Motsinger

on behalf of Creditor Tech Park 5  LLC cmotsinger@kdlegal.com,
cmotsinger@kdlegal.com;rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com

Carlos Galliani

on behalf of Creditor Michelle Elizabeth O'Kelley carlos@thelidjifirm.com

Caroline Ellona Richardson

on behalf of Defendant Indianapolis Interpreters Incorporated d/b/a Luna Language Services caroline@paganelligroup.com
robin@paganelligroup.com;buffy@paganelligroup.com

Carolyn G. Wade

on behalf of Creditor Oregon Higher Educaton Coordinating Commission Carolyn.G.Wade@doj.state.or.us

Carolyn Meredith Fast

on behalf of Other Professional New York State Attorney General's Office carolyn.fast@ag.ny.gov

Cassandra A. Nielsen

on behalf of Plaintiff Deborah Caruso cassie.nielsen@skofirm.com  kali.wilburn@skofirm.com;cassandra.nielsen1@gmail.com

Cassandra A. Nielsen

on behalf of Plaintiff Deborah J. Caruso cassie.nielsen@skofirm.com  kali.wilburn@skofirm.com;cassandra.nielsen1@gmail.com

Cassandra A. Nielsen

on behalf of Counter Defendant Deborah Caruso cassie.nielsen@skofirm.com
kali.wilburn@skofirm.com;cassandra.nielsen1@gmail.com

Catherine L. Steege

on behalf of Creditor Cheryl House csteege@jenner.com  mhinds@jenner.com;thooker@jenner.com;aswingle@jenner.com

Catherine L. Steege

on behalf of Creditor Joshua Cahill csteege@jenner.com  mhinds@jenner.com;thooker@jenner.com;aswingle@jenner.com

Catherine L. Steege

on behalf of Creditor Juan Hincapie csteege@jenner.com  mhinds@jenner.com;thooker@jenner.com;aswingle@jenner.com

Catherine L. Steege

on behalf of Creditor Jorge Villalba csteege@jenner.com  mhinds@jenner.com;thooker@jenner.com;aswingle@jenner.com

Catherine L. Steege

on behalf of Creditor James Eric Brewer csteege@jenner.com  mhinds@jenner.com;thooker@jenner.com;aswingle@jenner.com

Cathleen Dianne Wyatt

on behalf of Debtor ITT Educational Services  Inc. cwyatt@fbtlaw.com, tacton@fbtlaw.com

Cathleen Dianne Wyatt

on behalf of Creditor Daniel M. Fitzpatrick cwyatt@fbtlaw.com  tacton@fbtlaw.com

Cathleen Dianne Wyatt

on behalf of Joined Party Daniel M. Fitzpatrick cwyatt@fbtlaw.com  tacton@fbtlaw.com

Charles Anthony Ercole

on behalf of Creditor Patricia Marshall cercole@klehr.com  acollazo@klehr.com

Charles Anthony Ercole

on behalf of Creditor Dennis Artis cercole@klehr.com  acollazo@klehr.com

Charles Anthony Ercole

on behalf of Creditor Donna A. Lindsay cercole@klehr.com  acollazo@klehr.com

Charles Edward Massey

on behalf of Defendant Degenhardt Enterprises  LLC d/b/a City Wide Maintenance of Cincinnati mbracken@nkylawyers.com,
cedmassey@nkylawyers.com

Christine K. Jacobson

on behalf of Creditor Christin M. Long cjacobson@jacobsonhile.com
5412@notices.nextchapterbk.com,9992889420@filings.docketbird.com

Christopher Turner

on behalf of Defendant Deloitte & Touche  LLP christopher.turner@lw.com

Christopher D Wagner

on behalf of Defendant Comcast Cable Communications  Inc. cwagner@hooverhullturner.com

Christopher D Wagner

on behalf of Defendant Comcast Cable Communications of Pennsylvania  Inc. cwagner@hooverhullturner.com

Christopher E. Baker

on behalf of Defendant Total Building Maintenance  Inc. cbaker@hbkfirm.com, thignight@hbkfirm.com

Christopher E. Baker

on behalf of Creditor Magnum Colorado One  LLC cbaker@hbkfirm.com, thignight@hbkfirm.com

Claude Michael Higgins

on behalf of Creditor New York State Department of Labor Michael.Higgins@ag.ny.gov

Courtney Elaine Chilcote

on behalf of Defendant Earshot Audio Post  LLC courtney@ckhattorneys.com, ckh@ckhattorneys.com;tracy@ckhattorneys.com

Courtney Michelle Scott

on behalf of Creditor Indiana Department of Revenue cscott1@dor.in.gov

Curt Derek Hochbein

on behalf of Plaintiff Deborah Caruso CHochbein@romclaw.com  emoon@romclaw.com;ksausman@romclaw.com

Curt Derek Hochbein

on behalf of Plaintiff Deborah J. Caruso CHochbein@romclaw.com  emoon@romclaw.com;ksausman@romclaw.com

Dale C Christensen

on behalf of Defendant Deutsche Bank Trust Company Delaware christensen@sewkis.com

Danielle Ann Pham

on behalf of Defendant United States Department of Education danielle.pham@usdoj.gov

Darryl S Laddin

on behalf of Defendant American Express Travel Related Services Company  Inc. bkrfilings@agg.com

District/off: 0756-1

User: admin

Page 6 of 24

Date Rcvd: May 05, 2025

Form ID: pdfOrder

Total Noticed: 4

Darryl S Laddin

on behalf of Creditor American Express Travel Related Services Co Inc bkrfilings@agg.com

David Januszewski

on behalf of Defendant Deutsche Bank AG, London Branch, a subsidiary of Deutsche Bank AG djanuszewski@cahill.com

David Januszewski

on behalf of Defendant Deutsche Bank Securities Inc. djanuszewski@cahill.com

David Tocco

on behalf of Defendant Middlefield Banking Co. successor to Liberty Bank, N.A. djtocco@vorys.com, mdwalkuski@vorys.com

David A. Rosenthal

on behalf of Creditor Hagerty-Palmer II, LLC darlaw@nlci.com

David J. Bodle

on behalf of Defendant Central Indiana Maintenance Inc. d/b/a City Wide Maintenance of Indy dbodle@hhclaw.com, layres@hhlaw-in.com

David R. Krebs

on behalf of Creditor Joshua Warren dkrebs@hbkfirm.com dadams@hbkfirm.com

David R. Krebs

on behalf of Creditor Donna Young dkrebs@hbkfirm.com dadams@hbkfirm.com

David R. Krebs

on behalf of Creditor Cedric Hill dkrebs@hbkfirm.com dadams@hbkfirm.com

David R. Krebs

on behalf of Creditor Jamie Kirk dkrebs@hbkfirm.com dadams@hbkfirm.com

David R. Krebs

on behalf of Creditor Candace Reed dkrebs@hbkfirm.com dadams@hbkfirm.com

David R. Krebs

on behalf of Creditor Perry Varner dkrebs@hbkfirm.com dadams@hbkfirm.com

David R. Krebs

on behalf of Creditor Nickolas Fletcher dkrebs@hbkfirm.com dadams@hbkfirm.com

David S Lefere

on behalf of Creditor B&B Mechanical Services LLC dlefere@mikameyers.com jfortney@mikameyers.com

Deborah Caruso

on behalf of Trustee Deborah J. Caruso dcaruso@rubin-levin.net dwright@rubin-levin.net;cgilly@rubin-levin.net;atty_dcaruso@bluestylus.com

Deborah Caruso

on behalf of Plaintiff Deborah Caruso dcaruso@rubin-levin.net dwright@rubin-levin.net;cgilly@rubin-levin.net;atty_dcaruso@bluestylus.com

Deborah Caruso

on behalf of Plaintiff Deborah J. Caruso dcaruso@rubin-levin.net dwright@rubin-levin.net;cgilly@rubin-levin.net;atty_dcaruso@bluestylus.com

Deborah J. Caruso

trusteecaruso@rubin-levin.net DJC@trustesolutions.net;cdjc11@trustesolutions.net

Diana Hooley

on behalf of Creditor Commonwealth of Massachusetts diana.hooley@state.ma.us

Donald D Levenhagen

on behalf of Creditor CRI Mill Run Limited dlevenhagen@landmanbeatty.com

Douglas Gooding

on behalf of Creditor Liberty Mutual Insurance Company dgooding@choate.com douglas-gooding-9991@ecf.pacerpro.com

Dustin R. DeNeal

on behalf of Debtor ESI Service Corp. ddeneal@firstib.com noticeFRindy@faegredrinker.com;faegrebddocket@faegredrinker.com

Dustin R. DeNeal

on behalf of Debtor ITT Educational Services Inc. ddeneal@firstib.com, noticeFRindy@faegredrinker.com;faegrebddocket@faegredrinker.com

Dustin R. DeNeal

on behalf of Trustee Deborah J. Caruso ddeneal@firstib.com noticeFRindy@faegredrinker.com;faegrebddocket@faegredrinker.com

Dustin R. DeNeal

on behalf of Member Debtor Daniel Webster College Inc. ddeneal@firstib.com, noticeFRindy@faegredrinker.com;faegrebddocket@faegredrinker.com

Dustin R. DeNeal
on behalf of Member Debtor ESI Service Corp. ddeneal@firstib.com
noticeFRindy@faegredrinker.com;faegrebddocket@faegredrinker.com

Dustin R. DeNeal
on behalf of Debtor Daniel Webster College  Inc. ddeneal@firstib.com,
noticeFRindy@faegredrinker.com;faegrebddocket@faegredrinker.com

Eboney Delane Cobb
on behalf of Creditor Arlington ISD Richardson ISD ecobb@pbfcm.com

Edward J LoBello
on behalf of Defendant Pitney Bowes Global Financial Services LLC elobello@bsk.com

Edward J LoBello
on behalf of Defendant Pitney Bowes Financing Inc. elobello@bsk.com

Edward J LoBello
on behalf of Defendant Pitney Bowes Global LLC elobello@bsk.com

Edward J LoBello
on behalf of Defendant Pitney Bowes Inc. elobello@bsk.com

Edward M King
on behalf of Creditor Insurance Company of North America tking@fbtlaw.com  lsugg@fbtlaw.com;tking@ecf.inforuptcy.com

Edward M King
on behalf of Creditor Pacific Employers Insurance Company tking@fbtlaw.com  lsugg@fbtlaw.com;tking@ecf.inforuptcy.com

Edward M King
on behalf of Creditor JPMorgan Chase Bank  N.A. tking@fbtlaw.com, lsugg@fbtlaw.com;tking@ecf.inforuptcy.com

Edward M King
on behalf of Creditor Westchester Fire Insurance Company tking@fbtlaw.com  lsugg@fbtlaw.com;tking@ecf.inforuptcy.com

Eileen Connor
on behalf of Plaintiff Joshua Cahill econnor@ppsl.org

Eileen Connor
on behalf of Creditor Jorge Villalba econnor@ppsl.org

Eileen Connor
on behalf of Plaintiff Cheryl House econnor@ppsl.org

Eileen Connor
on behalf of Plaintiff Jorge Villalba econnor@ppsl.org

Eileen Connor
on behalf of Plaintiff James Eric Brewer econnor@ppsl.org

Eileen Connor
on behalf of Plaintiff Juan Hincapie econnor@ppsl.org

Eileen M Connor
on behalf of Creditor Cheryl House econnor@ppsl.org

Eileen M Connor
on behalf of Creditor James Eric Brewer econnor@ppsl.org

Eileen M Connor
on behalf of Creditor Joshua Cahill econnor@ppsl.org

Eileen M Connor
on behalf of Creditor Juan Hincapie econnor@ppsl.org

Elaine Victoria Fenna
on behalf of Joined Party Kevin Modany elaine.fenna@morganlewis.com

Elaine Victoria Fenna
on behalf of Defendant Kevin Modany elaine.fenna@morganlewis.com

Elizabeth N. Hahn
on behalf of Plaintiff Deborah Caruso ehahn@rubin-levin.net  mralph@rubin-levin.net;lking@rubin-levin.net

Elizabeth N. Hahn
on behalf of Plaintiff Deborah J. Caruso ehahn@rubin-levin.net  mralph@rubin-levin.net;lking@rubin-levin.net

Eric Pendergraft
on behalf of Creditor Office Depot  Inc. ependergraft@slp.law, dwoodall@slp.law;bss@slp.law

Eric Pendergraft
on behalf of Defendant Office Depot  Inc. ependergraft@slp.law, dwoodall@slp.law;bss@slp.law

Eric Jay Taube
on behalf of Creditor I-290 Limited Partnership eric.taube@wallerlaw.com
annmarie.jezisek@wallerlaw.com;sherri.savala@wallerlaw.com

Erica Dausch
on behalf of Defendant University Bound  Inc. edausch@babstcalland.com

Erin Busch
on behalf of Creditor Board of Regents of the University of Nebraska ebusch@nebraska.edu

Gary H Leibowitz
on behalf of Creditor David Heumann gleibowitz@coleschotz.com  pratkowiak@coleschotz.com;gleibowitz@coleschotz.com

Gary H Leibowitz
on behalf of Creditor Kenneth Armstrong gleibowitz@coleschotz.com  pratkowiak@coleschotz.com;gleibowitz@coleschotz.com

Gary H Leibowitz
on behalf of Plaintiff Sean Miner gleibowitz@coleschotz.com  pratkowiak@coleschotz.com;gleibowitz@coleschotz.com

Gary H Leibowitz
on behalf of Creditor Shawna Admire gleibowitz@coleschotz.com  pratkowiak@coleschotz.com;gleibowitz@coleschotz.com

Gary H Leibowitz
on behalf of Creditor William Dieck gleibowitz@coleschotz.com  pratkowiak@coleschotz.com;gleibowitz@coleschotz.com

Gary H Leibowitz
on behalf of Creditor Sean Miner gleibowitz@coleschotz.com  pratkowiak@coleschotz.com;gleibowitz@coleschotz.com

Gary H Leibowitz
on behalf of Interested Party Shawna Admire gleibowitz@coleschotz.com
pratkowiak@coleschotz.com;gleibowitz@coleschotz.com

Gary H Leibowitz
on behalf of Creditor Sharjeel Ahmad gleibowitz@coleschotz.com  pratkowiak@coleschotz.com;gleibowitz@coleschotz.com

Gary H Leibowitz
on behalf of Interested Party David Heumann gleibowitz@coleschotz.com
pratkowiak@coleschotz.com;gleibowitz@coleschotz.com

George Bach
on behalf of Creditor Jennifer Taylor george@georgebachlaw.com

George Wade Hopper
on behalf of Creditor Catherine Street Associates ghopper@cohenandmalad.com  kkeith@cohenandmalad.com

Gregory Ostendorf
on behalf of Creditor Iron Mountain Information Management  LLC gostendorf@scopelitis.com, agregory@scopelitis.com

H. Jeffrey Schwartz
on behalf of Trustee's Attorney Deborah J Caruso jschwartz@robinskaplan.com

H. Jeffrey Schwartz
on behalf of Trustee Deborah J. Caruso jschwartz@robinskaplan.com

Hal F Morris
on behalf of Plaintiff Texas Higher Education Coordinating Board hal.morris@oag.texas.gov

Hal F Morris
on behalf of Other Professional The Texas Higher Education Coordinating Board hal.morris@oag.texas.gov

Harley K Means
on behalf of Defendant Onbrand24  LLC hkm@kgrlaw.com,
kwhigham@kgrlaw.com;cjs@kgrlaw.com;kpeerman@kgrlaw.com;tfroelich@kgrlaw.com

Harley K Means
on behalf of Defendant Oregon Public Employees Retirement Fund hkm@kgrlaw.com
kwhigham@kgrlaw.com;cjs@kgrlaw.com;kpeerman@kgrlaw.com;tfroelich@kgrlaw.com

Harley K Means
on behalf of Defendant Deaf Interpreter Services  Inc. hkm@kgrlaw.com,
kwhigham@kgrlaw.com;cjs@kgrlaw.com;kpeerman@kgrlaw.com;tfroelich@kgrlaw.com

Harley K Means
on behalf of Creditor White Realty and Service Corporation hkm@kgrlaw.com
kwhigham@kgrlaw.com;cjs@kgrlaw.com;kpeerman@kgrlaw.com;tfroelich@kgrlaw.com

Harley K Means
on behalf of Defendant Priority Press  Inc. hkm@kgrlaw.com,
kwhigham@kgrlaw.com;cjs@kgrlaw.com;kpeerman@kgrlaw.com;tfroelich@kgrlaw.com

Harley K Means
on behalf of Creditor Ireland Miller  Inc. hkm@kgrlaw.com,
kwhigham@kgrlaw.com;cjs@kgrlaw.com;kpeerman@kgrlaw.com;tfroelich@kgrlaw.com

Harley K Means
on behalf of Defendant General Building Services  Inc. d/b/a GBS GP hkm@kgrlaw.com,
kwhigham@kgrlaw.com;cjs@kgrlaw.com;kpeerman@kgrlaw.com;tfroelich@kgrlaw.com

Harley K Means
on behalf of Defendant C3 Security and Investigations  Inc. hkm@kgrlaw.com,
kwhigham@kgrlaw.com;cjs@kgrlaw.com;kpeerman@kgrlaw.com;tfroelich@kgrlaw.com

Harley K Means
on behalf of Defendant Integrity Network Solutions  Inc. hkm@kgrlaw.com,
kwhigham@kgrlaw.com;cjs@kgrlaw.com;kpeerman@kgrlaw.com;tfroelich@kgrlaw.com

Harley K Means
on behalf of Defendant Atlanta's Favorite Transportation  Inc. hkm@kgrlaw.com,
kwhigham@kgrlaw.com;cjs@kgrlaw.com;kpeerman@kgrlaw.com;tfroelich@kgrlaw.com

Harley K Means
on behalf of Defendant Lowe & Partners Worldwide  Inc. d/b/a SociedAd hkm@kgrlaw.com,
kwhigham@kgrlaw.com;cjs@kgrlaw.com;kpeerman@kgrlaw.com;tfroelich@kgrlaw.com

Harris J. Koroglu
on behalf of Creditor TEQ Hillsboro  LLC hkoroglu@shutts.com, fsantelices@shutts.com

Heather M. Crockett
on behalf of Creditor State of Indiana Heather.Crockett@atg.in.gov  marie.baker@atg.in.gov

Heather M. Crockett
on behalf of Creditor Indiana Commission for Higher Education Heather.Crockett@atg.in.gov  marie.baker@atg.in.gov

Heather M. Crockett
on behalf of Other Professional Indiana Department of Education Heather.Crockett@atg.in.gov  marie.baker@atg.in.gov

Henry Seiji Newman
on behalf of Creditor Geometry Global hsnewman@dglaw.com

Henry Seiji Newman
on behalf of Creditor Geometry Global LLC hsnewman@dglaw.com

Isaac Nutovic
on behalf of Defendant R.S.R. Electronics  Inc. inutovic@nutovic.com

J Russell Cunningham
on behalf of Creditor Nishikawa Farms  Inc.. rcunningham@dnlc.net, reaster@dnlc.net

Jack A Raisner
on behalf of Creditor Steve Ryan jar@raisnerroupinian.com  rrllp@ecf.courtdrive.com

Jack A Raisner
on behalf of Creditor Joanna Castro jar@raisnerroupinian.com  rrllp@ecf.courtdrive.com

Jack A Raisner
on behalf of Plaintiff Joanna Castro jar@raisnerroupinian.com  rrllp@ecf.courtdrive.com

Jack A Raisner
on behalf of Plaintiff Christopher Bowerman jar@raisnerroupinian.com  rrllp@ecf.courtdrive.com

Jack A Raisner
on behalf of Creditor Allen Federman jar@raisnerroupinian.com  rrllp@ecf.courtdrive.com

Jack A Raisner
on behalf of Plaintiff Allen Federman jar@raisnerroupinian.com  rrllp@ecf.courtdrive.com

James A. Knauer
on behalf of Joined Party Shawn J. Crawford jak@kgrlaw.com  tjf@kgrlaw.com

James A. Knauer
on behalf of Joined Party Glenn E. Tanner jak@kgrlaw.com  tjf@kgrlaw.com

James A. Knauer
on behalf of Joined Party Rocco F. Tarasi jak@kgrlaw.com  tjf@kgrlaw.com

James A. Knauer
on behalf of Joined Party Ryan L. Roney jak@kgrlaw.com  tjf@kgrlaw.com

James A. Knauer
on behalf of Joined Party Phillip B. Frank jak@kgrlaw.com  tjf@kgrlaw.com

James A. Knauer
on behalf of Joined Party Eugene Feichtner jak@kgrlaw.com  tjf@kgrlaw.com

James A. Knauer
on behalf of Joined Party Jill M. Minnick jak@kgrlaw.com  tjf@kgrlaw.com

James A. Knauer

on behalf of Joined Party Angela K. Knowlton jak@kgrlaw.com  tjf@kgrlaw.com

James A. Knauer

on behalf of Defendant Onbrand24  LLC jak@kgrlaw.com, tjf@kgrlaw.com

James David Ballinger

on behalf of Creditor Kayla Scifres jim@kentuckytrial.com  jennifer@kentuckytrial.com

James David Ballinger

on behalf of Creditor Dalisha K. Aldridge jim@kentuckytrial.com  jennifer@kentuckytrial.com

James David Ballinger

on behalf of Creditor Theresa Winters jim@kentuckytrial.com  jennifer@kentuckytrial.com

James David Ballinger

on behalf of Creditor Nicole Akerley jim@kentuckytrial.com  jennifer@kentuckytrial.com

James David Ballinger

on behalf of Creditor Raymond Briney jim@kentuckytrial.com  jennifer@kentuckytrial.com

James David Ballinger

on behalf of Creditor Terri L. Burton jim@kentuckytrial.com  jennifer@kentuckytrial.com

James David Ballinger

on behalf of Creditor Rodford Seabolt jim@kentuckytrial.com  jennifer@kentuckytrial.com

James E Rossow, Jr.

on behalf of Plaintiff Deborah Caruso jrossow@bbfr.law  kellis@bbfr.law

James E Rossow, Jr.

on behalf of Substituted Party Deborah J Caruso  ch 7 trustee for bankruptcy est of ITT Edu jrossow@bbfr.law, kellis@bbfr.law

James E Rossow, Jr.

on behalf of Defendant Deborah J Caruso Chapter 7 Trustee for the Bankruptcy Estate of jrossow@bbfr.law  kellis@bbfr.law

James E Rossow, Jr.

on behalf of Trustee Deborah J. Caruso jrossow@bbfr.law  kellis@bbfr.law

James E Rossow, Jr.

on behalf of Plaintiff Deborah J. Caruso jrossow@bbfr.law  kellis@bbfr.law

James E Rossow, Jr.

on behalf of Interested Party Deborah J Caruso  Trustee jrossow@bbfr.law, kellis@bbfr.law

James E. Carlberg

on behalf of Creditor Gessner 2014 LP jcarlberg@boselaw.com

James E. Zoccola

on behalf of Creditor Patricia Marshall jzoccola@lewis-kappes.com

James E. Zoccola

on behalf of Creditor Donna A. Lindsay jzoccola@lewis-kappes.com

James E. Zoccola

on behalf of Creditor Dennis Artis jzoccola@lewis-kappes.com

James Leigh Richmond

on behalf of Creditor Florida Department of Education James.Richmond@fldoe.org

James Leigh Richmond

on behalf of Other Professional Florida Commission for Independent Education James.Richmond@fldoe.org

James R. Schrier

on behalf of Creditor Focus Centre Two  LLC jrs@rtslawfirm.com, jar@rtslawfirm.com

James T Young

on behalf of Trustee Deborah J. Caruso james@rubin-levin.net  lking@rubin-levin.net

Jason Milstone

on behalf of Defendant Consumers Energy Company jason.milstone@cmsenergy.com

Jason R Burke

on behalf of Creditor Tucson Electric Power Company jburke@bbrlawpc.com  kellis@bbrlawpc.com

Jason R Burke

on behalf of Defendant Ohio Power Company jburke@bbrlawpc.com  kellis@bbrlawpc.com

Jason R Burke

on behalf of Creditor Sacramento Municipal Utility District jburke@bbrlawpc.com  kellis@bbrlawpc.com

Jason R Burke

on behalf of Defendant American Electric Power Service Corporation jburke@bbrlawpc.com  kellis@bbrlawpc.com

District/off: 0756-1                          User: admin                                Page 11 of 24
Date Rcvd: May 05, 2025                        Form ID: pdfOrder                          Total Noticed: 4

Jason R Burke
                        on behalf of Creditor Boston Gas Company jburke@bbrlawpc.com kellis@bbrlawpc.com

Jason R Burke
                        on behalf of Defendant NextEra Energy  Inc. jburke@bbrlawpc.com, kellis@bbrlawpc.com

Jason R Burke
                        on behalf of Creditor American Electric Power jburke@bbrlawpc.com kellis@bbrlawpc.com

Jason R Burke
                        on behalf of Creditor Niagara Mohawk Power Corporation jburke@bbrlawpc.com kellis@bbrlawpc.com

Jason R Burke
                        on behalf of Defendant Maryland State Retirement and Pension System jburke@bbrlawpc.com kellis@bbrlawpc.com

Jason R Burke
                        on behalf of Creditor Georgia Power Company jburke@bbrlawpc.com kellis@bbrlawpc.com

Jason R Burke
                        on behalf of Defendant Appalachian Power Company jburke@bbrlawpc.com kellis@bbrlawpc.com

Jason R Burke
                        on behalf of Creditor Amazon Web Services  Inc. jburke@bbrlawpc.com, kellis@bbrlawpc.com

Jason R Burke
                        on behalf of Defendant Tucson Electric Power Company jburke@bbrlawpc.com kellis@bbrlawpc.com

Jason R Burke
                        on behalf of Creditor Toledo Edison Company jburke@bbrlawpc.com kellis@bbrlawpc.com

Jason R Burke
                        on behalf of Defendant National Grid USA jburke@bbrlawpc.com kellis@bbrlawpc.com

Jason R Burke
                        on behalf of Creditor The Cleveland Electric Illuminating Company jburke@bbrlawpc.com kellis@bbrlawpc.com

Jason R Burke
                        on behalf of Creditor Kirkpatrick Plaza  LLC jburke@bbrlawpc.com, kellis@bbrlawpc.com

Jason R Burke
                        on behalf of Defendant Indiana Michigan Power Company jburke@bbrlawpc.com kellis@bbrlawpc.com

Jason R Burke
                        on behalf of Defendant American Electric Power Corporation jburke@bbrlawpc.com kellis@bbrlawpc.com

Jason R Burke
                        on behalf of Defendant Dominion Energy  Inc. jburke@bbrlawpc.com, kellis@bbrlawpc.com

Jason R Burke
                        on behalf of Defendant Niagara Mohawk Power Corporation jburke@bbrlawpc.com kellis@bbrlawpc.com

Jason R Burke
                        on behalf of Creditor Ohio Edison Company jburke@bbrlawpc.com kellis@bbrlawpc.com

Jason R Burke
                        on behalf of Defendant Amazon Web Services  Inc. jburke@bbrlawpc.com, kellis@bbrlawpc.com

Jason R Burke
                        on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion jburke@bbrlawpc.com kellis@bbrlawpc.com

Jason R Burke
                        on behalf of Defendant Baltimore Gas and Electric Company jburke@bbrlawpc.com kellis@bbrlawpc.com

Jason R Burke
                        on behalf of Defendant Ohio Edison Company jburke@bbrlawpc.com kellis@bbrlawpc.com

Jason R Burke
                        on behalf of Defendant Florida Power & Light Company jburke@bbrlawpc.com kellis@bbrlawpc.com

Jason R Burke
                        on behalf of Creditor Public Service Company of New Hampshire jburke@bbrlawpc.com kellis@bbrlawpc.com

Jason R Burke
                        on behalf of Defendant Virginia Electric and Power Company jburke@bbrlawpc.com kellis@bbrlawpc.com

Jason R Burke
                        on behalf of Defendant FirstEnergy Corp. jburke@bbrlawpc.com kellis@bbrlawpc.com

Jason R Burke
                        on behalf of Creditor Commonwealth Edison Company jburke@bbrlawpc.com kellis@bbrlawpc.com

Jason R Burke
                        on behalf of Defendant DTE Energy Company jburke@bbrlawpc.com kellis@bbrlawpc.com

Jason R Burke
on behalf of Creditor National Grid jburke@bbrlawpc.com kellis@bbrlawpc.com

Jason R Burke
on behalf of Creditor Florida Power and Light Company jburke@bbrlawpc.com kellis@bbrlawpc.com

Jason R Burke
on behalf of Creditor Baltimore Gas and Electric Company jburke@bbrlawpc.com kellis@bbrlawpc.com

Jason R Burke
on behalf of Defendant Southern California Edison Company jburke@bbrlawpc.com kellis@bbrlawpc.com

Jason R Burke
on behalf of Defendant American Electric Power Company Inc. jburke@bbrlawpc.com kellis@bbrlawpc.com

Jason V Stitt
on behalf of Defendant Cintas Corporation jstitt@kmklaw.com

Jason V Stitt
on behalf of Defendant Cintas Corporation No. 3 jstitt@kmklaw.com

Jason V Stitt
on behalf of Defendant Cintas Corporation No. 2 jstitt@kmklaw.com

Jason V Stitt
on behalf of Defendant Cintas Corporate Services  Inc. jstitt@kmklaw.com

Jay Jaffe
on behalf of Member Debtor ESI Service Corp. jay.jaffe@faegredrinker.com noticeFRindy@faegrebd.com

Jay Jaffe
on behalf of Member Debtor Daniel Webster College  Inc. jay.jaffe@faegredrinker.com, noticeFRindy@faegrebd.com

Jay Jaffe
on behalf of Debtor ESI Service Corp. jay.jaffe@faegredrinker.com noticeFRindy@faegrebd.com

Jay Jaffe
on behalf of Debtor ITT Educational Services  Inc. jay.jaffe@faegredrinker.com, noticeFRindy@faegrebd.com

Jay Jaffe
on behalf of Debtor Daniel Webster College  Inc. jay.jaffe@faegredrinker.com, noticeFRindy@faegrebd.com

Jay Jaffe
on behalf of Trustee Deborah J. Caruso jay.jaffe@faegredrinker.com noticeFRindy@faegrebd.com

Jay R LaBarge
on behalf of Creditor Mount Clemens Regional Medical Center jlabarge@stroblpc.com

Jeff J. Marwil
on behalf of Trustee Deborah J. Caruso jmarwil@proskauer.com

Jeff J. Marwil
on behalf of Plaintiff Deborah J. Caruso jmarwil@proskauer.com

Jeff J. Marwil
on behalf of Plaintiff Deborah Caruso jmarwil@proskauer.com

Jeffrey A Hokanson
on behalf of Defendant Kevin Modany jeff.hokanson@icemiller.com bgnotices@icemiller.com,david.young@icemiller.com

Jeffrey M. Hawkinson
on behalf of Creditor Everett Technical Park I  LLC jhawkinson@pcslegal.com, danderson@pcslegal.com

Jeffrey R. Waxman
on behalf of Creditor L-A Liberty Square Associates  L.P. jwaxman@morrisjames.com,
slisko@morrisjames.com;ddepta@morrisjames.com;mwhalen@morrisjames.com

Jennifer N Fountain
on behalf of Creditor Lsop NC  LLC jfountain@iislaw.com, sfilippini@iislaw.com

Jerrold Scott Kulback
on behalf of Creditor Greentree II  LLC jkulback@archerlaw.com

Jesse Ellsworth Summers, Jr.
on behalf of Creditor Jacksonville Clinic Medical Plaza  LLC esummers@burr.com, sguest@burr.com

Jessica L Titler
on behalf of Creditor Christin M. Long jt@chimicles.com

Jill B. Bienstock
on behalf of Creditor David Heumann jillbienstock@hotmail.com

Jill B. Bienstock

on behalf of Plaintiff Sean Miner jillbienstock@hotmail.com

Jill B. Bienstock

on behalf of Creditor Sean Miner jillbienstock@hotmail.com

Jill B. Bienstock

on behalf of Interested Party David Heumann jillbienstock@hotmail.com

Jill B. Bienstock

on behalf of Interested Party Shawna Admire jillbienstock@hotmail.com

Jill B. Bienstock

on behalf of Creditor Shawna Admire jillbienstock@hotmail.com

John Cannizzaro

on behalf of Defendant Kevin Modany john.cannizzaro@icemiller.com  Kelli.Bates@icemiller.com

John Marshall

JMarshall@JMPartnersLLC.com

John A. Majors

on behalf of Creditor Galleria Shopping Center  LLC jam@morganandpottinger.com, majormajors44@yahoo.com

John Andrew Chanin

on behalf of Creditor The Forum Three  LLC jchanin@lindquist.com, srummery@lindquist.com

John Andrew Goodridge

on behalf of Plaintiff Lehman Roofing  Inc jagoodridge@jaglo.com, angray@jaglo.com;dwhiggs@jaglo.com

John C Goodchild

on behalf of Defendant Kevin Modany john.goodchild@morganlewis.com

John C. Hoard

on behalf of Trustee Deborah J. Caruso johnh@rubin-levin.net
lking@rubin-levin.net;atty_jch@trustesolutions.com;sturpin@rubin-levin.net

John C. Hoard

on behalf of Defendant Deborah J. Caruso johnh@rubin-levin.net
lking@rubin-levin.net;atty_jch@trustesolutions.com;sturpin@rubin-levin.net

John C. Hoard

on behalf of Plaintiff Deborah J. Caruso johnh@rubin-levin.net
lking@rubin-levin.net;atty_jch@trustesolutions.com;sturpin@rubin-levin.net

John C. Hoard

on behalf of Plaintiff Deborah Caruso johnh@rubin-levin.net
lking@rubin-levin.net;atty_jch@trustesolutions.com;sturpin@rubin-levin.net

John David Folds

on behalf of Creditor HRT of Roanoke  Inc. dfolds@bakerdonelson.com, sparson@bakerdonelson.com

John David Folds

on behalf of Creditor Boston Properties L.P. dfolds@bakerdonelson.com  sparson@bakerdonelson.com

John Deitch Sigel

on behalf of Creditor Jorge Villalba jsigel@ppsl.org

John Deitch Sigel

on behalf of Creditor Cheryl House jsigel@ppsl.org

John Deitch Sigel

on behalf of Creditor James Eric Brewer jsigel@ppsl.org

John Deitch Sigel

on behalf of Creditor Joshua Cahill jsigel@ppsl.org

John Deitch Sigel

on behalf of Creditor Juan Hincapie jsigel@ppsl.org

John J Berry

on behalf of Creditor c/o John J. Berry Wells Fargo Bank  N.A. as Trustee john.berry@dinsmore.com,
Christina.Lee@DINSMORE.COM

John Joseph Allman

on behalf of Creditor Candace Reed jallman@hbkfirm.com  dadams@hbkfirm.com

John Joseph Allman

on behalf of Creditor Nickolas Fletcher jallman@hbkfirm.com  dadams@hbkfirm.com

John Joseph Allman

on behalf of Creditor Perry Varner jallman@hbkfirm.com  dadams@hbkfirm.com

John Joseph Allman

District/off: 0756-1                      User: admin                              Page 14 of 24
Date Rcvd: May 05, 2025                   Form ID: pdfOrder                        Total Noticed: 4

on behalf of Creditor Joshua Warren jallman@hbkfirm.com dadams@hbkfirm.com

John Joseph Allman

on behalf of Creditor Cedric Hill jallman@hbkfirm.com dadams@hbkfirm.com

John Joseph Allman

on behalf of Creditor Jamie Kirk jallman@hbkfirm.com dadams@hbkfirm.com

John Joseph Allman

on behalf of Creditor Donna Young jallman@hbkfirm.com dadams@hbkfirm.com

John M. Ketcham

on behalf of Creditor Debra Leveski jketcham@psrb.com scox@psrb.com

John M. Rogers

on behalf of Plaintiff Deborah J. Caruso johnr@rubin-levin.net cgilly@rubin-levin.net;lking@rubin-levin.net

Jonathan Marshall

on behalf of Creditor Liberty Mutual Insurance Company jmarshall@choate.com jonathan-marshall-4638@ecf.pacerpro.com

Jonathan David Sundheimer

on behalf of Creditor ITT Corporation jsundheimer@btlaw.com

Jonathan David Sundheimer

on behalf of Creditor 220 West Germantown LLC jsundheimer@btlaw.com

Jonathan David Sundheimer

on behalf of Creditor Level 3 Communications LLC jsundheimer@btlaw.com

Jonathan David Sundheimer

on behalf of Defendant Ricoh USA Inc. jsundheimer@btlaw.com

Jonathan David Sundheimer

on behalf of Defendant Allegient LLC jsundheimer@btlaw.com

Jonathan David Sundheimer

on behalf of Creditor Pearson Education Inc. jsundheimer@btlaw.com

Jonathan David Sundheimer

on behalf of Defendant Weigel Broadcasting Co. jsundheimer@btlaw.com

Jonathan David Sundheimer

on behalf of Defendant Brightview Landscapes LLC f/k/a The Brickman Group, Ltd. jsundheimer@btlaw.com

Jonathan David Sundheimer

on behalf of Defendant EBSCO Industries Inc. jsundheimer@btlaw.com

Jonathan David Sundheimer

on behalf of Creditor Ricoh USA Inc. jsundheimer@btlaw.com

Jonathan David Sundheimer

on behalf of Defendant Coverall of North America Inc. jsundheimer@btlaw.com

Jonathan Hjalmer Reischl

on behalf of Creditor Consumer Financial Protection Bureau jonathan.reischl@cfpb.gov

Jonathan William Garlough

on behalf of Creditor 4021 Durham Office LLC jgarlough@foley.com, mstockl@foley.com;mdlee@foley.com

Jonathan William Garlough

on behalf of Creditor Commerce Building II LLC jgarlough@foley.com, mstockl@foley.com;mdlee@foley.com

Jordan A Lavinsky

on behalf of Creditor Market-Turk Company jlavinsky@hansonbridgett.com

Joseph E Shickich, Jr

on behalf of Creditor Microsoft Corporation jshickich@foxrothschild.com vmagda@foxrothschild.com

Joseph E Shickich, Jr

on behalf of Defendant Microsoft Online Inc. jshickich@foxrothschild.com, vmagda@foxrothschild.com

Joseph E Shickich, Jr

on behalf of Creditor Microsoft Online Inc. jshickich@foxrothschild.com, vmagda@foxrothschild.com

Joseph E Shickich, Jr

on behalf of Defendant Microsoft Corporation jshickich@foxrothschild.com vmagda@foxrothschild.com

Joseph E. Bant

on behalf of Defendant CommunityAmerica Credit Union jebant@lewisricekc.com

Joseph L. Mulvey

on behalf of Trustee Deborah J. Caruso joseph@mulveylawllc.com linda@mulveylawllc.com

District/off: 0756-1                          User: admin                                  Page 15 of 24
Date Rcvd: May 05, 2025                        Form ID: pdfOrder                           Total Noticed: 4

Joseph L. Mulvey
                    on behalf of Plaintiff Deborah J. Caruso joseph@mulveylawllc.com  linda@mulveylawllc.com

Joseph Michael Sanders
                    on behalf of Creditor Illinois Attorney General's Office jsanders@atg.state.il.us

Joshua W. Casselman
                    on behalf of Trustee Deborah J. Caruso jcasselman@rubin-levin.net  angie@rubin-levin.net;atty_jcasselman@bluestylus.com

Joshua W. Casselman
                    on behalf of Interested Party Deborah J Caruso  Trustee jcasselman@rubin-levin.net,
                    angie@rubin-levin.net;atty_jcasselman@bluestylus.com

Joshua W. Casselman
                    on behalf of Substituted Party Deborah J Caruso  ch 7 trustee for bankruptcy est of ITT Edu jcasselman@rubin-levin.net,
                    angie@rubin-levin.net;atty_jcasselman@bluestylus.com

Joshua W. Casselman
                    on behalf of Defendant Deborah J Caruso  as the Chapter 7 Trustee for bankruptcy estate of ITT Educational Services Inc
                    jcasselman@rubin-levin.net, angie@rubin-levin.net;atty_jcasselman@bluestylus.com

Joshua W. Casselman
                    on behalf of Plaintiff Deborah J. Caruso jcasselman@rubin-levin.net  angie@rubin-levin.net;atty_jcasselman@bluestylus.com

Joshua W. Casselman
                    on behalf of Defendant Deborah J Caruso Chapter 7 Trustee for the Bankruptcy Estate of jcasselman@rubin-levin.net
                    angie@rubin-levin.net;atty_jcasselman@bluestylus.com

Julian Ari Hammond
                    on behalf of Plaintiff Sean Miner Jhammond@hammondlawpc.com  ppecherskaya@hammondlawpc.com

Julian Ari Hammond
                    on behalf of Creditor Sean Miner Jhammond@hammondlawpc.com  ppecherskaya@hammondlawpc.com

Justin Scott Murray
                    on behalf of Creditor Illinois Attorney General's Office jmurray@atg.state.il.us

Karl T Ryan
                    on behalf of Counterclaimant American Express Travel Related Services Company  Inc. info@ryanesq.com, kryan@ryanesq.com

Karl T Ryan
                    on behalf of Creditor American Express Travel Related Services Co  Inc info@ryanesq.com, kryan@ryanesq.com

Karl T Ryan
                    on behalf of Defendant American Express Travel Related Services Company  Inc. info@ryanesq.com, kryan@ryanesq.com

Kay Dee Baird
                    on behalf of Creditor REEP-OFC Water Ridge Eight NC  LLC kbaird@kdlegal.com,
                    rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com;nbaker@kdlegal.com

Kay Dee Baird
                    on behalf of Creditor Tech Park 5  LLC kbaird@kdlegal.com,
                    rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com;nbaker@kdlegal.com

Kay Dee Baird
                    on behalf of Defendant Presidio Infrastructure Solutions LLC kbaird@kdlegal.com
                    rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com;nbaker@kdlegal.com

Kayla D. Britton
                    on behalf of Trustee Deborah J. Caruso kbritton@taftlaw.com  aolave@taftlaw.com

Kayla D. Britton
                    on behalf of Debtor Daniel Webster College  Inc. kbritton@taftlaw.com, aolave@taftlaw.com

Kayla D. Britton
                    on behalf of Member Debtor ESI Service Corp. kbritton@taftlaw.com  aolave@taftlaw.com

Kayla D. Britton
                    on behalf of Member Debtor Daniel Webster College  Inc. kbritton@taftlaw.com, aolave@taftlaw.com

Kayla D. Britton
                    on behalf of Debtor ITT Educational Services  Inc. kbritton@taftlaw.com, aolave@taftlaw.com

Kayla D. Britton
                    on behalf of Debtor ESI Service Corp. kbritton@taftlaw.com  aolave@taftlaw.com

Kenneth C. Jones
                    on behalf of Defendant CommunityAmerica Credit Union kcjones@lewisricekc.com

Kevin Alonzo Morrissey
                    on behalf of Plaintiff Dennis Artis kmorrissey@lewis-kappes.com
                    soliver@lewis-kappes.com;leckert@lewis-kappes.com;kwilliams@lewis-kappes.com

District/off: 0756-1                              User: admin                                    Page 16 of 24
Date Rcvd: May 05, 2025                           Form ID: pdfOrder                              Total Noticed: 4

Kevin Alonzo Morrissey
                          on behalf of Plaintiff Patricia Marshall kmorrissey@lewis-kappes.com
                          soliver@lewis-kappes.com;leckert@lewis-kappes.com;kwilliams@lewis-kappes.com

Kevin Alonzo Morrissey
                          on behalf of Plaintiff Donna A. Lindsay kmorrissey@lewis-kappes.com
                          soliver@lewis-kappes.com;leckert@lewis-kappes.com;kwilliams@lewis-kappes.com

Kevin Dale Koons
                          on behalf of Joined Party Eugene Feichtner kkoons@kgrlaw.com  cheisey@kgrlaw.com

Kevin Dale Koons
                          on behalf of Joined Party Rocco F. Tarasi kkoons@kgrlaw.com  cheisey@kgrlaw.com

Kevin Dale Koons
                          on behalf of Joined Party Ryan L. Roney kkoons@kgrlaw.com  cheisey@kgrlaw.com

Kevin Dale Koons
                          on behalf of Joined Party Phillip B. Frank kkoons@kgrlaw.com  cheisey@kgrlaw.com

Kevin Dale Koons
                          on behalf of Joined Party Angela K. Knowlton kkoons@kgrlaw.com  cheisey@kgrlaw.com

Kevin Dale Koons
                          on behalf of Joined Party Glenn E. Tanner kkoons@kgrlaw.com  cheisey@kgrlaw.com

Kevin Dale Koons
                          on behalf of Joined Party Shawn J. Crawford kkoons@kgrlaw.com  cheisey@kgrlaw.com

Kevin Dale Koons
                          on behalf of Joined Party Jill M. Minnick kkoons@kgrlaw.com  cheisey@kgrlaw.com

Kevin M. Capuzzi
                          on behalf of Creditor MIE Properties - LA  LLC kcapuzzi@beneschlaw.com,
                          lmolinaro@beneschlaw.com;docket@beneschlaw.com

Kevin M. Capuzzi
                          on behalf of Creditor STG Realty Ventures  LLC kcapuzzi@beneschlaw.com,
                          lmolinaro@beneschlaw.com;docket@beneschlaw.com

Kevin M. Capuzzi
                          on behalf of Creditor North Monroe Properties LLC kcapuzzi@beneschlaw.com
                          lmolinaro@beneschlaw.com;docket@beneschlaw.com

Kevin M. Newman
                          on behalf of Creditor Peter Muserlian knewman@menterlaw.com  kmnbk@barclaydamon.com

LaChelle Stepp
                          on behalf of Defendant Indianapolis Power & Light Company lstepp@steppjaffe.com  lastepp@yahoo.com

Laura A DuVall
                          on behalf of U.S. Trustee U.S. Trustee Laura.Duvall@usdoj.gov

Lauren Freeman
                          on behalf of Creditor California Department of Consumer Affairs lauren.freeman@doj.ca.gov

Lauren Valkenaar
                          on behalf of Defendant USAA Life Insurance Company lvalkenaar@valkenaarlaw.com

Lauren C. Sorrell
                          on behalf of Creditor REEP-OFC Water Ridge Eight NC  LLC lsorrell@kdlegal.com,
                          ayeskie@kdlegal.com;cmotsinger@kdlegal.com;shammersley@kdlegal.com

Lawrence D. Coppel
                          on behalf of Creditor FRP Hillside LLC#4 lcoppel@gfrlaw.com

Lawrence Joel Kotler
                          on behalf of Creditor Ricoh USA  Inc. ljkotler@duanemorris.com

Lea Pauley Goff
                          on behalf of Defendant Charter Communications  Inc. lea.goff@skofirm.com, sierra.wibel@skofirm.com

Lee Duck Moylan
                          on behalf of Creditor Dennis Artis lmoylan@klehr.com  acollazo@klehr.com

Lee Duck Moylan
                          on behalf of Creditor Patricia Marshall lmoylan@klehr.com  acollazo@klehr.com

Lee Duck Moylan
                          on behalf of Creditor Donna A. Lindsay lmoylan@klehr.com  acollazo@klehr.com

Lisa Giandomenico
                          on behalf of Creditor State of New Mexico Office of the Attorney General lgiandomenico@nmag.gov

District/off: 0756-1                                    User: admin                                    Page 17 of 24
Date Rcvd: May 05, 2025                                 Form ID: pdfOrder                               Total Noticed: 4

Louis Hanner Watson, Jr.
                    on behalf of Creditor Jennifer Shackelford louis@watsonnorris.com

Lydia Faklis
                    on behalf of Creditor United States Department of Labor faklis.lydia.j@dol.gov

Martha R. Lehman
                    on behalf of Creditor Safesite  Inc. mlehman@amundsendavislaw.com,
                    marthalehman87@gmail.com;ispells@amundsendavislaw.com;lengle@salawus.com

Martha R. Lehman
                    on behalf of Creditor Dell Marketing  L.P. mlehman@amundsendavislaw.com,
                    marthalehman87@gmail.com;ispells@amundsendavislaw.com;lengle@salawus.com

Martha R. Lehman
                    on behalf of Creditor Sf ch2  LLC mlehman@amundsendavislaw.com,
                    marthalehman87@gmail.com;ispells@amundsendavislaw.com;lengle@salawus.com

Mary Alexandra Shipley
                    on behalf of Creditor U.S. REIF ICP South Carolina  LLC ashipley@mcguirewoods.com

Matthew G. Summers
                    on behalf of Interested Party Comcast Cable Communications Management  LLC summersm@ballardspahr.com,
                    lanoc@ballardspahr.com

Maureen Elin McOwen
                    on behalf of Creditor Consumer Financial Protection Bureau molly.mcowen@cfpb.gov

Melinda Hoover MacAnally
                    on behalf of Creditor State of Indiana Melinda.MacAnally@atg.in.gov  Carrie.Spann@atg.in.gov;Kenyatta.Peerman@atg.in.gov

Melinda Hoover MacAnally
                    on behalf of Other Professional Indiana Department of Education Melinda.MacAnally@atg.in.gov
                    Carrie.Spann@atg.in.gov;Kenyatta.Peerman@atg.in.gov

Melissa J. McCarty
                    on behalf of Defendant Oregon Public Employees Retirement Fund mdegroff@kgrlaw.com  cresler@kgrlaw.com

Melissa M. Root
                    on behalf of Creditor Juan Hincapie mroot@jenner.com  wwilliams@jenner.com

Melissa M. Root
                    on behalf of Creditor Joshua Cahill mroot@jenner.com  wwilliams@jenner.com

Melissa M. Root
                    on behalf of Creditor Cheryl House mroot@jenner.com  wwilliams@jenner.com

Melissa M. Root
                    on behalf of Creditor James Eric Brewer mroot@jenner.com  wwilliams@jenner.com

Melissa M. Root
                    on behalf of Creditor Jorge Villalba mroot@jenner.com  wwilliams@jenner.com

Meredith R. Theisen
                    on behalf of Plaintiff Deborah J. Caruso mtheisen@rubin-levin.net  mralph@rubin-levin.net;cgilly@rubin-levin.net

Meredith R. Theisen
                    on behalf of Plaintiff Deborah Caruso mtheisen@rubin-levin.net  mralph@rubin-levin.net;cgilly@rubin-levin.net

Meredith R. Theisen
                    on behalf of Trustee Deborah J. Caruso mtheisen@rubin-levin.net  mralph@rubin-levin.net;cgilly@rubin-levin.net

Michael Blumenthal
                    on behalf of Defendant Telemundo Network Group  LLC michael.blumenthal@hklaw.com

Michael Blumenthal
                    on behalf of Defendant Estrella Communications  LLC michael.blumenthal@hklaw.com

Michael Blumenthal
                    on behalf of Defendant Telemundo Mid-Atlantic  LLC michael.blumenthal@hklaw.com

Michael Blumenthal
                    on behalf of Defendant Telemundo of Chicago  LLC michael.blumenthal@hklaw.com

Michael Blumenthal
                    on behalf of Defendant Telemundo Las Vegas  LLC michael.blumenthal@hklaw.com

Michael Blumenthal
                    on behalf of Defendant Telemundo of Denver  LLC michael.blumenthal@hklaw.com

Michael Blumenthal
                    on behalf of Defendant Telemundo of Dallas  LP michael.blumenthal@hklaw.com

District/off: 0756-1                    User: admin                    Page 18 of 24
Date Rcvd: May 05, 2025                 Form ID: pdfOrder               Total Noticed: 4

Michael Blumenthal
                on behalf of Defendant Telemundo of Texas  LLC michael.blumenthal@hklaw.com

Michael Blumenthal
                on behalf of Defendant NBCUniversal Media  LLC michael.blumenthal@hklaw.com

Michael Blumenthal
                on behalf of Defendant NBC Subsidiary (WTVJ-TV)  LLC michael.blumenthal@hklaw.com

Michael Blumenthal
                on behalf of Defendant John/Jane Does michael.blumenthal@hklaw.com

Michael Blumenthal
                on behalf of Defendant Universal Television  LLC michael.blumenthal@hklaw.com

Michael Blumenthal
                on behalf of Defendant Telemundo of Galveston-Houston Partners  LLC michael.blumenthal@hklaw.com

Michael Blumenthal
                on behalf of Defendant NBC Universal Digital Solutions  LLC michael.blumenthal@hklaw.com

Michael O'Donnell
                on behalf of Creditor USAA Life Insurance Company mike.odonnell@nortonrosefulbright.com

Michael O'Donnell
                on behalf of Defendant USAA Life Insurance Company mike.odonnell@nortonrosefulbright.com

Michael Rella
                on behalf of Defendant Waste Management  Inc. MichaelRella@dwt.com

Michael Tye
                on behalf of Creditor United States of America  Department of Education michael.tye@usdoj.gov

Michael Tye
                on behalf of Defendant United States Department of Education michael.tye@usdoj.gov

Michael Anthony Collyard
                on behalf of Plaintiff Deborah Caruso mcollyard@robinskaplan.com  rhoule@robinskaplan.com

Michael Anthony Collyard
                on behalf of Trustee Deborah J. Caruso mcollyard@robinskaplan.com  rhoule@robinskaplan.com

Michael David Morris
                on behalf of Creditor c/o Michael Morris Missouri Department of Higher Education michael.morris@ago.mo.gov

Michael Edward Collins
                on behalf of Creditor Insurance Company of North America mcollins@manierherod.com

Michael Edward Collins
                on behalf of Creditor Pacific Employers Insurance Company mcollins@manierherod.com

Michael Edward Collins
                on behalf of Creditor Westchester Fire Insurance Company mcollins@manierherod.com

Michael J. Hebenstreit
                on behalf of Creditor Agera Energy  LLC mhebenstreit@lewiskappes.com, lhirst@lewis-kappes.com

Michael J. Hebenstreit
                on behalf of Defendant Agera Energy  LLC mhebenstreit@lewiskappes.com, lhirst@lewis-kappes.com

Michael J. Langlois
                on behalf of Defendant Periscope Library & Information Services  LLC d/b/a Altarama Information Services
                mlanglois@shouselanglois.com, rshouse@shouselanglois.com

Michael K. McCrory
                on behalf of Creditor ITT Corporation mmccrory@btlaw.com  bankruptcyindy@btlaw.com

Michael K. McCrory
                on behalf of Creditor Ricoh USA  Inc. mmccrory@btlaw.com, bankruptcyindy@btlaw.com

Michael K. McCrory
                on behalf of Defendant Ricoh USA  Inc. mmccrory@btlaw.com, bankruptcyindy@btlaw.com

Michael K. McCrory
                on behalf of Defendant EBSCO Industries  Inc. mmccrory@btlaw.com, bankruptcyindy@btlaw.com

Michael K. McCrory
                on behalf of Creditor Pearson Education  Inc. mmccrory@btlaw.com, bankruptcyindy@btlaw.com

Michael K. McCrory
                on behalf of Creditor 220 West Germantown LLC mmccrory@btlaw.com  bankruptcyindy@btlaw.com

Michael W. Hile

District/off: 0756-1                            User: admin                            Page 19 of 24
Date Rcvd: May 05, 2025                        Form ID: pdfOrder                       Total Noticed: 4

on behalf of Creditor Christin M. Long mhile@jacobsonhile.com assistant@jacobsonhile.com

Michael W. Hile

on behalf of Defendant CommunityAmerica Credit Union mhile@jacobsonhile.com assistant@jacobsonhile.com

Michael Wayne Grant

on behalf of Creditor Oregon Higher Educaton Coordinating Commission Michael.W.Grant@doj.oregon.gov

Nancy K. Swift

on behalf of Creditor SWRE Deal V Building LLC nswift@buchalter.com cbohnsack@buchalter.com

Nathan L Swehla

on behalf of Creditor Strategy Consultants  LLC nswehla@graydon.law

Pamela A. Paige

on behalf of Defendant Fedex Corporation ppaige@plunkettcooney.com pjarrett@plunkettcooney.com

Pamela A. Paige

on behalf of Defendant Fedex Freight  Inc. ppaige@plunkettcooney.com, pjarrett@plunkettcooney.com

Pamela A. Paige

on behalf of Defendant Fedex Office and Print Services  Inc. ppaige@plunkettcooney.com, pjarrett@plunkettcooney.com

Pamela A. Paige

on behalf of Creditor 2525 Shadeland LLC ppaige@plunkettcooney.com pjarrett@plunkettcooney.com

Pamela A. Paige

on behalf of Defendant Federal Express Corporation ppaige@plunkettcooney.com pjarrett@plunkettcooney.com

Pamela A. Paige

on behalf of Defendant Fedex Corporate Services  Inc. ppaige@plunkettcooney.com, pjarrett@plunkettcooney.com

Pamela A. Paige

on behalf of Defendant Fedex Ground Package System  Inc. ppaige@plunkettcooney.com, pjarrett@plunkettcooney.com

Philip A. Whistler

on behalf of Joined Party Kevin Modany philip.whistler@icemiller.com holly.minnis@icemiller.com

Rachel Claire Verbeke

on behalf of Creditor Mount Clemens Regional Medical Center rverbeke@stroblpc.com

Rachel Jaffe Mauceri

on behalf of Joined Party Kevin Modany rmauceri@rc.com

Rachel Jaffe Mauceri

on behalf of Defendant Kevin Modany rmauceri@rc.com

Randall R Shouse

on behalf of Defendant Periscope Library & Information Services  LLC d/b/a Altarama Information Services rshouse@shouselanglois.com, mlanglois@shouselanglois.com;shouse.randallr.r119171@notify.bestcase.com

Rene Sara Roupinian

on behalf of Plaintiff Christopher Bowerman rsr@raisnerroupinian.com warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com;rrllp@ecf.courtdrive.com

Rene Sara Roupinian

on behalf of Plaintiff Allen Federman rsr@raisnerroupinian.com warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com;rrllp@ecf.courtdrive.com

Rene Sara Roupinian

on behalf of Creditor Joanna Castro rsr@raisnerroupinian.com warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com;rrllp@ecf.courtdrive.com

Rene Sara Roupinian

on behalf of Creditor Steve Ryan rsr@raisnerroupinian.com warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com;rrllp@ecf.courtdrive.com

Rene Sara Roupinian

on behalf of Plaintiff Joanna Castro rsr@raisnerroupinian.com warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com;rrllp@ecf.courtdrive.com

Rene Sara Roupinian

on behalf of Creditor Allen Federman rsr@raisnerroupinian.com warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com;rrllp@ecf.courtdrive.com

Reuel D Ash

on behalf of Creditor Vantiv  LLC rash@ulmer.com, mure@ulmer.com

Richard Allyn

on behalf of Trustee's Attorney Deborah J Caruso rallyn@robinskaplan.com

Richard Allyn

on behalf of Plaintiff Deborah Caruso rallyn@robinskaplan.com

District/off: 0756-1                                    User: admin                                    Page 20 of 24
Date Rcvd: May 05, 2025                          Form ID: pdfOrder                          Total Noticed: 4

Richard B. Kaufman

on behalf of Defendant After Image Concepts  Inc. d/b/a Best Facility Services rich@rkaufmanlegal.com

Richard Grayson Grant

on behalf of Creditor Birch Communication rgrant@rgglaw.com  grantecf@gmail.com

Richard James Bernard

on behalf of Defendant Directions Credit Union richard.bernard@faegredrinker.com

Richard James Bernard

on behalf of Defendant Bellco Credit Union richard.bernard@faegredrinker.com

Richard James Bernard

on behalf of Defendant Veridian Credit Union richard.bernard@faegredrinker.com

Richard James Bernard

on behalf of Defendant Workers' Credit Union richard.bernard@faegredrinker.com

Richard James Bernard

on behalf of Defendant Eli Lilly Federal Credit Union richard.bernard@faegredrinker.com

Richard James Bernard

on behalf of Defendant Student CU Connect CUSO  LLC richard.bernard@faegredrinker.com

Richard James Bernard

on behalf of Defendant The Rochdale Group  Inc. richard.bernard@faegredrinker.com

Richard James Bernard

on behalf of Defendant Credit Union of America richard.bernard@faegredrinker.com

Richard James Bernard

on behalf of Creditor Student CU Connect CUSO  LLC richard.bernard@faegredrinker.com

Robert A. Breidenbach

on behalf of Creditor Gmb-FB  LLC rab@goldsteinpressman.com

Robert Bernard Bruner

on behalf of Defendant AT&T Corp. bob.bruner@nortonrosefulbright.com

Robert Bernard Bruner

on behalf of Defendant DirecTV  LLC bob.bruner@nortonrosefulbright.com

Robert M. Hirsh

on behalf of Creditor Cedar Glade Capital  LLC robert.hirsh@nortonrosefulbright.com

Robert N Amkraut

on behalf of Creditor Boeing Employees Credit Union ramkraut@foxrothschild.com

Robert R Kracht

on behalf of Creditor InfoStore  LLC rrk@mccarthylebit.com

Robert W. Fuller, III

on behalf of Defendant Wells Fargo Bank  N.A. rfuller@robinsonbradshaw.com,
emorris@robinsonbradshaw.com,docketing@robinsonbradshaw.com

Robert W. Miller

on behalf of Creditor Westchester Fire Insurance Company rmiller@manierherod.com

Ronald J. Moore

on behalf of U.S. Trustee U.S. Trustee Ronald.Moore@usdoj.gov

Ronald M. Tucker

on behalf of Creditor Simon Property Group  Inc. rtucker@simon.com, cmartin@simon.com,bankruptcy@simon.com

Roy F. Kiplinger

on behalf of Creditor Maria Lemon bankruptcy@kiplingerlaw.com  bankruptcy@kiplingerlaw.com

Roy F. Kiplinger

on behalf of Creditor Marie Bauer bankruptcy@kiplingerlaw.com  bankruptcy@kiplingerlaw.com

Roy F. Kiplinger

on behalf of Creditor Gretchen Jenkins bankruptcy@kiplingerlaw.com  bankruptcy@kiplingerlaw.com

Russell Ray Johnson, III

on behalf of Creditor Florida Power and Light Company russj4478@aol.com

Russell Ray Johnson, III

on behalf of Creditor Dte Gas Company russj4478@aol.com

Russell Ray Johnson, III

on behalf of Creditor Georgia Power Company russj4478@aol.com

Russell Ray Johnson, III

District/off: 0756-1                          User: admin                          Page 21 of 24
Date Rcvd: May 05, 2025                        Form ID: pdfOrder                     Total Noticed: 4

                              on behalf of Creditor Sacramento Municipal Utility District russj4478@aol.com

Russell Ray Johnson, III
                              on behalf of Creditor Niagara Mohawk Power Corporation russj4478@aol.com

Russell Ray Johnson, III
                              on behalf of Creditor Tucson Electric Power Company russj4478@aol.com

Russell Ray Johnson, III
                              on behalf of Creditor Commonwealth Edison Company russj4478@aol.com

Russell Ray Johnson, III
                              on behalf of Creditor American Electric Power russj4478@aol.com

Russell Ray Johnson, III
                              on behalf of Creditor Toledo Edison Company russj4478@aol.com

Russell Ray Johnson, III
                              on behalf of Creditor DTE Energy Company russj4478@aol.com

Russell Ray Johnson, III
                              on behalf of Creditor Boston Gas Company russj4478@aol.com

Russell Ray Johnson, III
                              on behalf of Creditor Southern California Edison russj4478@aol.com

Russell Ray Johnson, III
                              on behalf of Creditor Public Service Company of New Hampshire russj4478@aol.com

Russell Ray Johnson, III
                              on behalf of Creditor Dte Electric Company russj4478@aol.com

Russell Ray Johnson, III
                              on behalf of Creditor Baltimore Gas and Electric Company russj4478@aol.com

Russell Ray Johnson, III
                              on behalf of Creditor Dte Energy Company russj4478@aol.com

Russell Ray Johnson, III
                              on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion russj4478@aol.com

Russell Ray Johnson, III
                              on behalf of Creditor Ohio Edison Company russj4478@aol.com

Russell Ray Johnson, III
                              on behalf of Creditor National Grid russj4478@aol.com

Russell Ray Johnson, III
                              on behalf of Creditor The Cleveland Electric Illuminating Company russj4478@aol.com

Ryan Charles Nixon
                              on behalf of Creditor Kumagai Properties I  LLC rcnixon@lamarcalawgroup.com

Sally E Veghte
                              on behalf of Creditor Dennis Artis sveghte@klehr.com  acollazo@klehr.com

Sally E Veghte
                              on behalf of Creditor Patricia Marshall sveghte@klehr.com  acollazo@klehr.com

Sally E Veghte
                              on behalf of Creditor Donna A. Lindsay sveghte@klehr.com  acollazo@klehr.com

Sarah Lynn Fowler
                              on behalf of Creditor AP Adler Albemarle  LLC sfowler@bbfr.law, kellis@bbrlawpc.com

Sarah Lynn Fowler
                              on behalf of Defendant R.S.R. Electronics  Inc. sfowler@bbfr.law, kellis@bbrlawpc.com

Sarah Lynn Fowler
                              on behalf of Defendant Dove Data Products  Inc. sfowler@bbfr.law, kellis@bbrlawpc.com

Sarah Thomas Mayhew
                              on behalf of Creditor United States of America  Internal Revenue Service sarah.t.mayhew@usdoj.gov,
                              northern.taxcivil@usdoj.gov

Scott Patrick Fisher
                              on behalf of Defendant Kansas City Power & Light Company sfisher@drewrysimmons.com  lgarrison@DSVlaw.com

Scott Patrick Fisher
                              on behalf of Creditor Kansas City Power & Light Company sfisher@drewrysimmons.com  lgarrison@DSVlaw.com

Scott S. Anders
                              on behalf of Creditor Cascade Station 2  LLC scott.anders@jordanramis.com, litparalegal@jordanramis.com

Scott S. Anders
on behalf of Creditor Cascade Station 1 LLC scott.anders@jordanramis.com, litparalegal@jordanramis.com

Sean M Hirschten
on behalf of Creditor Debra Leveski shirschten@psrb.com

Sharon L. Stolte
on behalf of Defendant Kansas City Power & Light Company sstolte@sandbergphoenix.com

Sherry Millman
on behalf of Defendant American Equity Investment Life Insurance Company sherry.millman@hoganlovells.com
sherry-millman-9484@ecf.pacerpro.com

Sherry Millman
on behalf of Defendant Pan-American Life Insurance Group Inc. sherry.millman@hoganlovells.com,
sherry-millman-9484@ecf.pacerpro.com

Sherry Millman
on behalf of Defendant 8 Capital Partners L.P. sherry.millman@hoganlovells.com, sherry-millman-9484@ecf.pacerpro.com

Sherry Millman
on behalf of Defendant Future Fund Board of Guardians sherry.millman@hoganlovells.com
sherry-millman-9484@ecf.pacerpro.com

Sherry Millman
on behalf of Defendant Full Circle Capital Corporation n/k/a Great Elm Capital Corporation sherry.millman@hoganlovells.com,
sherry-millman-9484@ecf.pacerpro.com

Sherry Millman
on behalf of Defendant Deutsche Bank Trust Company Americas sherry.millman@hoganlovells.com
sherry-millman-9484@ecf.pacerpro.com

Sherry Millman
on behalf of Defendant KKR Debt Investors 11 - 2006 Ireland L.P. sherry.millman@hoganlovells.com
sherry-millman-9484@ecf.pacerpro.com

Sherry Millman
on behalf of Defendant Liberty Harbor Master Fund I L.P. sherry.millman@hoganlovells.com,
sherry-millman-9484@ecf.pacerpro.com

Sherry Millman
on behalf of Defendant USAA Life Insurance Company sherry.millman@hoganlovells.com
sherry-millman-9484@ecf.pacerpro.com

Sherry Millman
on behalf of Defendant United of Omaha Life Insurance Company sherry.millman@hoganlovells.com
sherry-millman-9484@ecf.pacerpro.com

Sherry Millman
on behalf of Defendant Deutsche Bank National Trust Company sherry.millman@hoganlovells.com
sherry-millman-9484@ecf.pacerpro.com

Sherry Millman
on behalf of Defendant KKR FI Partners I L.P. sherry.millman@hoganlovells.com  sherry-millman-9484@ecf.pacerpro.com

Sherry Millman
on behalf of Defendant Peaks Trust 2009-1 sherry.millman@hoganlovells.com  sherry-millman-9484@ecf.pacerpro.com

Sherry Millman
on behalf of Defendant Ensign Peak Advisors Inc. sherry.millman@hoganlovells.com, sherry-millman-9484@ecf.pacerpro.com

Sonia A. Chae
on behalf of Creditor Sonia Chae United States Securities & Exchange Commission chaes@sec.gov

Steven A. Malcoun
on behalf of Creditor Lathrop Business Park LLC dsmith@mayallaw.com

Steven D Carpenter
on behalf of Creditor Indiana Department of Revenue scarpenter1@dor.in.gov

Steven Eric Runyan
on behalf of Joined Party Shawn J. Crawford srunyan@kgrlaw.com

Steven Eric Runyan
on behalf of Joined Party Glenn E. Tanner srunyan@kgrlaw.com

Steven Eric Runyan
on behalf of Joined Party Jill M. Minnick srunyan@kgrlaw.com

Steven Eric Runyan
on behalf of Joined Party Eugene Feichtner srunyan@kgrlaw.com

Steven Eric Runyan

District/off: 0756-1                          User: admin                              Page 23 of 24
Date Rcvd: May 05, 2025                        Form ID: pdfOrder                        Total Noticed: 4

                                on behalf of Joined Party Ryan L. Roney srunyan@kgrlaw.com

Steven Eric Runyan
                                on behalf of Joined Party Angela K. Knowlton srunyan@kgrlaw.com

Steven Eric Runyan
                                on behalf of Joined Party Rocco F. Tarasi srunyan@kgrlaw.com

Steven Eric Runyan
                                on behalf of Joined Party Phillip B. Frank srunyan@kgrlaw.com

Steven Howard Holinstat
                                on behalf of Trustee Deborah J. Caruso sholinstat@proskauer.com

Steven Howard Holinstat
                                on behalf of Plaintiff Deborah J. Caruso sholinstat@proskauer.com

Steven Howard Holinstat
                                on behalf of Plaintiff Deborah Caruso sholinstat@proskauer.com

Steven Joseph Kasyjanski
                                on behalf of Defendant Base Hill  Inc. d/b/a Jan Point sjk-yount-atty@ameritech.net, skasyjan@gmail.com

Taejin Kim
                                on behalf of Creditor Cerberus Business Finance  LLC tae.kim@srz.com

Thomas C Scherer
                                on behalf of Creditor Cerberus Business Finance  LLC thomas.scherer@dentons.com, suzanne.japenga@dentons.com

Thomas E Mixdorf
                                on behalf of Joined Party Kevin Modany thomas.mixdorf@icemiller.com  brandy.matney@icemiller.com

Thomas M Beeman
                                on behalf of Creditor Elkar LLC tom@beemanlawoffice.com

Thomas Marvin Martin
                                on behalf of Defendant CommunityAmerica Credit Union tmmartin@lewisricekc.com

Thomas Ross Hooper
                                on behalf of Interested Party Deutsche Bank Trust Company Americas hooper@sewkis.com

Thomas Ross Hooper
                                on behalf of Defendant Deutsche Bank Trust Company Delaware hooper@sewkis.com

Tiffany Cobb
                                on behalf of Defendant Middlefield Banking Co.  successor to Liberty Bank, N.A. tscobb@vorys.com

Timothy Q. Karcher
                                on behalf of Trustee Deborah J. Caruso tkarcher@proskauer.com

Timothy Q. Karcher
                                on behalf of Plaintiff Deborah Caruso tkarcher@proskauer.com

Toby Merrill
                                on behalf of Creditor Joshua Cahill toby.merrill@ed.gov  ppsl@law.harvard.edu

Toby Merrill
                                on behalf of Creditor Cheryl House toby.merrill@ed.gov  ppsl@law.harvard.edu

Toby Merrill
                                on behalf of Creditor Juan Hincapie toby.merrill@ed.gov  ppsl@law.harvard.edu

Toby Merrill
                                on behalf of Creditor James Eric Brewer toby.merrill@ed.gov  ppsl@law.harvard.edu

Todd Allan Atkinson
                                on behalf of Creditor Vantiv  LLC todd.atkinson@wbd-us.com

Todd Christian Toral
                                on behalf of Creditor St. Paul Fire and Marine Insurance Company todd.toral@dlapiper.com  todd-toral-9280@ecf.pacerpro.com

Todd Evan Leatherman
                                on behalf of Creditor Office of the Kentucky Attorney General todd.leatherman@ky.gov

U.S. Trustee
                                ustpregion10.in.ecf@usdoj.gov

Wallace M Handler
                                on behalf of Creditor Hagerty-Palmer  II, LLC whandler@swappc.com, kkloock@swappc.com

Wendy D Brewer
                                on behalf of Defendant Microsoft Corporation wendy.brewer@oldnational.com  tcarson@fmdlegal.com

District/off: 0756-1

Date Rcvd: May 05, 2025

User: admin

Form ID: pdfOrder

Page 24 of 24

Total Noticed: 4

Wendy D Brewer

on behalf of Defendant Middlefield Banking Co.  successor to Liberty Bank, N.A. wendy.brewer@oldnational.com, tcarson@fmdlegal.com

Wendy D Brewer

on behalf of Creditor Microsoft Online  Inc. wendy.brewer@oldnational.com, tcarson@fmdlegal.com

Wendy D Brewer

on behalf of Defendant Microsoft Online  Inc. wendy.brewer@oldnational.com, tcarson@fmdlegal.com

Wendy D Brewer

on behalf of Creditor Microsoft Corporation wendy.brewer@oldnational.com  tcarson@fmdlegal.com

Weston Erick Overturf

on behalf of Defendant R.S.R. Electronics  Inc. woverturf@kgrlaw.com, dg@kgrlaw.com;sharding@kgrlaw.com

Weston Erick Overturf

on behalf of Defendant Dove Data Products  Inc. woverturf@kgrlaw.com, dg@kgrlaw.com;sharding@kgrlaw.com

Whitney L Mosby

on behalf of Creditor Cerberus Business Finance  LLC whitney.mosby@dentons.com, suzanne.japenga@dentons.com;nancy.branham@dentons.com

William Shotzbarger

on behalf of Creditor Chubb Companies wshotzbarger@duanemorris.com

William E Smith, III

on behalf of Creditor Able Services wsmith@k-glaw.com  cgriffin@k-glaw.com

William E Smith, III

on behalf of Defendant The National Technical Honor Society (NTHS) wsmith@k-glaw.com  cgriffin@k-glaw.com

William J. Barrett

on behalf of Creditor Boyd Orange GSA  LLC william.barrett@bfkn.com, mark.mackowiak@bfkn.com

William J. Barrett

on behalf of Creditor Boyd Orange GSA LLC william.barrett@bfkn.com  mark.mackowiak@bfkn.com

William J. Hanlon

on behalf of Defendant Maryland State Retirement and Pension System whanlon@seyfarth.com 2875011420@filings.docketbird.com;bankruptcydocket@seyfarth.com

TOTAL: 600

**SO ORDERED: May 5, 2025.**



_____
**James M. Carr**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF03470 (rev 12/2022)

In re:

**ITT Educational Services, Inc.**,
**Daniel Webster College, Inc.**,
**ESI Service Corp.**,
        Debtors.

Case No. **16–07207–JMC–7A**
JOINTLY ADMINISTERED

### ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

An Application for Payment of Unclaimed Funds was filed on March 19, 2025, by Dilks & Knopik, LLC for payment of unclaimed funds deposited with the Court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish the entitlement of the claimant to the unclaimed funds.

**IT IS ORDERED** that the application is **GRANTED**.

**IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 2042, the held unclaimed funds be disbursed as follows:

    Amount:  $2,133.56
    Claimant: Dilks & Knopik, LLC
    Address:  35308 SE Center St, Snoqualmie, WA 98065

**NOTICE IS GIVEN** that the Clerk will disburse these funds no earlier than **14 days** from the date of this order.

### ###