**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

IN THE MATTER OF:                                    CASE NO. 16-07207-JMC-7A

ITT EDUCATIONAL SERVICES, INC.
AND ESI SERVICE CORP.,
                                   Debtor.

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the court, the State of Indiana now substitutes Kyle A. Halbleib, State Bar No. 37290-29, as counsel of record in place of Heather M. Crockett.

Contact information for new counsel is as follows:

Kyle A. Halbleib, Atty. No. 37290-29
Deputy Attorney General
Office of Indiana Attorney General Todd Rokita
302 W. Washington Street, IGCS-5th Floor
Indianapolis, IN 46204
Phone: 317-232-6321; Fax: 317-232-7979
Email: Kyle.Halbleib@atg.in.gov

I consent to being substituted.

By:  /s/ Heather M. Crockett
Heather M. Crockett
Former attorney of record

I consent to the above substitution.

By:  /s/ Kyle A. Halbleib
Kyle A. Halbleib
New attorney of record.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on January 16, 2026.

*/s/ Heather M. Crockett*
Heather M. Crockett
Deputy Attorney General